STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone:  631-732-2000
Facsimile:  631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x   CHAPTER 11
IN RE:
                                         Case No. 16-75545-REG
DOWLING COLLEGE,

                    Debtor.

-------------------------------------x

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned case on behalf of Kimberly Poppiti, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the undersigned at the following address:

STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone:  631-732-2000
Facsimile:  631-732-2662
Glenn P. Warmuth
gpw@stim-warmuth.com
Paula J. Warmuth
pjw@stim-warmuth.com

popk-04

Dated:   November 29, 2016

                STIM & WARMUTH, P.C.

                By:____/s/_____
                   GLENN P. WARMUTH
                   Attorney for
                   Kimberly Poppiti
                   2 Eighth Street
                   Farmingville, NY 11738
                   Telephone:  631-732-2000
                   Facsimile:  631-732-2662
                   Glenn P. Warmuth
                   Email:  gpw@stim-warmuth.com
                   Paula J. Warmuth
                   Email:  pjw@stim-warmuth.com