**United States Bankruptcy Court**
**Eastern District of New York**

In re   **Dowling College**                                                                 Case No.
                                              Debtor(s)                                     Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **November 29, 2016**          **/s/ Robert S. Rosenfeld**
                                       **Robert S. Rosenfeld**/**Chief Restructuring Officer**
                                       Signer/Title

Date:   **November 29, 2016**          **/s/ Sean C. Southard**
                                       Signature of Attorney
                                       **Sean C. Southard**
                                       **Klestadt Winters Jureller Southard & Stevens, LLP**
                                       **200 West 41st Street**
                                       **17th Floor**
                                       **New York, NY 10036-7203**
                                       **(212) 972-3000   Fax: (212) 972-2245**