24-7 Restoration, Inc.
34 Old Field Road
Setauket, NY 11733

4 Imprint
PO Box 1641
Milwaukee, WI 53201-1641

A E Auto Service Inc.
664 Montauk Highway
Shirley, NY 11967

A R C Graphics
44 George Street
E. Patchogue, NY 11472

A.C. Electrical Supplies
741 Smithtown By-Pass
Smithtown, NY 11787

A.O. Service Inc.
8 New York Avenue
Port Jefferson Station, NY 11776

A.W. & Sons Exhaust Inc.
336 Atlantic Street
Central Islip, NY 11722

AACTE
1307 New York Ave NW
Suite 300
Washington, DC 20005

Abigail Rose Eckhardt
8575 W. 93rd Court
Broomfield, CO 80021

ABS Pump Repair Inc.
89 Allen Blvd
Farmingdale, NY 11735

Absolute Plumbing of Long Island, Inc.
90F Knickerbocker Avenue
Bohemia, NY 11716

Access Staffing, LLC
PO Box 75334
Chicago, IL 60675-5334


Acme American Repairs Inc.
177-10 93rd Avenue
Jamaica, NY 11433


Action Sewer & Drain Services
PO Box 872
Bayport, NY 11705-0872


ADP, LLC
PO Box 842875
Boston, MA 02284


Advansys
68 Ourlmvah Road
Mosman, NSW, Autrialia


AdvanSys
68 Ourlmbah Road
Mosman NSW, Australia 2088


AFLAC New York
Attn: Remittance Processing
1932 Wynnton Road
Columbus, GA 31999


Airweld
94 Marine Street
Farmingdale, NY 11735


ALA
Membership Customer Service
Box 77-6499
Chicago, IL 60678-6499


Alan J. Schaefer
40 Moffitt Blvd.
Islip, NY 11751


Albert Inserra
45 Inlet View Path
East Moriches, NY 11940

Alexander Smirnov
46 Johnson Avenue
Apt. #4D
Sayville, NY 11782


Alexandra Noel Ruiz
15 Country Road
Medford, NY 11763-1501


Alfred Pue
1383 Chicago Avenue
Bay Shore, NY 11706


All-Ways Elevator Inc.
5 Davids Drive
Hauppauge, NY 11788


Amanda Gallagher
10 Hancock Road
West Islip, NY 11795


American Arbitration Association
120 Broadway
New York, NY 10271


American Express
PO Box 2855
New York, NY 10116


American Express
200 Vesey Street
New York, NY 10285


American Hazardous Materials
303 Middle Country Road
Middle Island, NY 11953


American Telephone Company
PO Box 1465
Melville, NY 11747


Andrew Karp
24 White Birch Trail
East Quogue, NY 11942

Anna McAree
14 Bayberry Lane
Sag Harbor, NY 11963

Anna Stoloff
325 W 4th Street
Deer Park, NY 11729

Anne Burns Thomas
147 Lexington Drive
Ithaca, NY 14850

Anne Dimola
14 Christopher Court
West Islip, NY 11795

Anne M. Rullan
10 Buckingham Meadow Road
East Setauket, NY 11733

Anne McCaffrey
80 Tremont Avenue
Medford, NY 11763

Anthony Candelario
PO Box 11421
New Brunswick, NJ 08906

Anthony Ketterer
2380 Julia Goldbach Avenue
Ronkonkoma, NY 11779

Antonetta Dente-Bostinto
42 Willett Avenue
Sayville, NY 11782

AO Services Inc.
8 New York Avenue
Port Jefferson, NY 11776

Apex Consulting Group Inc.
320 17th Street
W Babylon, NY 11704

Apgar Sales Co. Inc.
54 Miry Brook Road
Danbury, CT 06810

Apple Finance
Michael Lockwood
23801 Calabases Road
Suite 101
Calabasas, CA 91302

Arbitrage Group
3401 Louisiana Street, Suite 101
Houston, TX 77002

ARC Excess & Surplus LLC
113 South Service Road
PO Box 9012
Jericho, NY 11753

Archer, Byington, Glennon & Levine LLP
James W. Versocki
One Huntington Quadrangle, Suite 4C10
PO Box 9064
Melville, NY 11747

Arnold Saunders
25 Harbor Watch Court
Sag Harbor, NY 11963

Arrow Security
c/o Sterling National Bank
PO Box 75359
Chicago, IL 60675-5359

Associated Energy Services
86 Bridge Road
Islandia, NY 11749

Astro Moving & Storage
Mr. Joseph Verderber Sr.
30 Jefferson Avenue
Saint James, NY 11780

AT&T
PO Box 105068
Atlanta, GA 30348-5068

AT&T - Universal Biller
PO Box 5019
Carol Stream, IL 60197-5019

Baker & Taylor Books - 5
PO Box 277930
Atlanta, GA 30384-7930

Bank of New York Mellon
101 Barclay Street, 21 W.
New York, NY 10286

Barbara Nolan
55 Jones Drive
Sayville, NY 11782

Barnes & Noble Bookstore
Accounts Receivable Dept
PO Box 823660
Philadelphia, PA 19182-3660

Barnes, Iaccarino & Sheperd LLP
258 Saw Mill River Road
Elmsford, NY 10523

Barnwell House of Tires
65 Jetson Lane
Central Islip, NY 11722

Barry McNamara
28 Bowler Road
East Rockaway, NY 11518

Bay Gas Service
PO Box 701
Shirley, NY 11967

Bernard Newcombe
52 Lindburgh Street
Massapequa, NY 11762

Bill Fox Co.
310-8 Hallock Avenue
Port Jefferson Sta, NY 11776

Bio Corporation
3910 Minnesota Street
Alexandria, MN 56308

Bio-Rad Labs
Life Science Group
PO Box 849750
Los Angeles, CA 90084-9750

Blackboard Inc.
650 Massachussetts Avenue NW
6th Floor
Washington, DC 20001

Blackboard Inc.
1111 19th Street, NW
Washington, DC 20036

Blackboard Inc.
650 Massachussetts Avenue, NW
6th Floor
Washington, DC 20001

Blackman Plumbing Supply
PO Box 9400
Uniondale, NY 11555-9400

Bonnie Forbes
9 Birchfield Court
Coram, NY 11727

Brendan Mitchell
33 Namkee Road
Blue Point, NY 11715

Bri-Tech, Inc
829 Lincoln Avenue
Bohemia, NY 11716

Brian A. Davis
9 Somerset Road N
Amityville, NY 11701-2019

Brian Coyle
31 Willow Avenue
Islip, NY 11751


Brian Kogen
555 Forbush Street
Boontan, NJ 07005


Brian Ramsarran
70 Scotchpine Drive
Islandia, NY 11749-1605


Brian Stipelman
2 Roosevelt Avenue
Greenlawn, NY 11740


Brianna L. Nicolia
30 The Moor
East Islip, NY 11730


Brianna M. Seckel
141 Constantine Way
Mount Sinai, NY 11766


Bridget Carroll
3 Doral Lane
Bay Shore, NY 11706


Brittany Jean Schulman
2911 Kane Avenue
Medford, NY 11763


Broadcast Music
10 Music Square E.
Nashville, TN 37203


Broadcast Music Inc.
PO Box 630893
Cincinnati, OH 45263


Bruce Haller
61 Half Hollow Road
Commack, NY 11725

Bruce Hoffman
PO Box 557
Mount Sinai, NY 11776

Bruce Leder, Esq.
1700 Galloping Hill Road
Kenilworth, NJ 07033

Cablevision
PO Box 371378
Pittsburgh, PA 15250-7378

Cablevision
PO Box 371378
Pittsburgh, PA 15250

Cablevision Lightpath, Inc.
PO Box 360111
Pittsburgh, PA 15251

Cablevision of Brookhaven
11 Industrial Road
Port Jefferson, NY 11776

Capital One NA
PO Box 60024
New Orleans, LA 70160-0024

Capital One NA
313 Carondelet Street
New Orleans, LA 70130

Carla Guevara
2712 Chestnut Avenue
Ronkonkoma, NY 11779

Carlos Alvarez
25 Harbor Watch Court
Sag Harbor, NY 11963

Carlos Cunha
54 Park Drive
Rocky Point, NY 11778

Carol Fisch
20 Sunflower Drive
Hauppauge, NY 11788


Carol Okolica
455 FDR Drive
Apt. B1607
New York, NY 10002


Carol Pulsonetti
158 Elkton Lane
North Babylon, NY 11703


Carolina Biological Supply
PO Box 60232
Charlotte, NC 28260-0232


Carolyn Spencer
18 Gianna Court
Southampton, NY 11968


Carousel Industries of NA, Inc.
PO Box 842084
Boston, MA 02284-2084


Carousel Industries of North America Inc
PO Box 842084
Boston, MA 02284


Carrier Commercial Service
P.O. Box 93844
Chicago, IL 60673-3844


Carrier Commercial Service
4110 Butler Pike
Plymouth Meeting, PA 19462


Carrier Corporation
c/o Administrative Agent
PO Box 241566
Cleveland, OH 44124


Casa Del Campo
25 Harbor Watch Court
Sag Harbor, NY 11963

Cascade Water Service
113 Bloomingdale Road
Hicksville, NY 11801


Cassidy Brooke Rollman
37 Arbour Street
West Islip, NY 11795-1016


CBUAO
5325 Lakefront Blvd #A
Delray Beach, FL 33484


CDW-G
75 Remittance Drive
Suite 1515
Chicago, IL 60675


Center for Education & E
370 Technology Drive
PO Box 3008
Malvern, PA 19355


Certilman Balin Adler & Hyman, LLP
Thomas J. McNamara, Esq.
90 Merrick Avenue
East Meadow, NY 11554


Cesar Arturo Alvarado
94 Harbor Road
Staten Island, NY 10303


Cha-Neice Gordon
25 Harbor Watch Court
Sag Harbor, NY 11963


Charles McCabe
58 Woodlawn Avenue
Oakdale, NY 11769


Charles McCabe
58 Woodlawn Ave.
Oakdale, NY 11769

Charles Thomas Collins
79 Summerfield Drive
Holtsville, NY 11742

Chase Weiss & Kehoe LLC
Matthew J. Weiss
190 Monroe Street, Suite 203
Hackensack, NJ 07601

Chris Sotiro
6 Mulligan Drive
Flanders, NJ 07836

Chrisann Anderson
156 Twin Lawns Avenue
Brentwood, NY 11717

Christian Lynch
82 Lincoln Avenue
Apt. B3
Rockville Centre, NY 11570

Christian Perring
56 Rollstone Avenue
West Sayville, NY 11796

Christina Green
21 Bauer Avenue
Manorville, NY 11949

Christina Vellia
18 Grace Marie Court
W. Babylon, NY 11704

Christine Felton
460 Lincoln Avenue
Sayville, NY 11782

Christine M. Schumm
2876 Vista Acedera
Carlsbad, CA 92009

Christopher Boyko
86 Litchfield Avenue
Babylon, NY 11702

Christopher Di Santo
73-03 Bell Blvd.
Apt. #6M
Bayside, NY 11364


Christopher Kretz
114 Lincoln Avenue
Sayville, NY 11782


Christopher Schmidt
1 Forest Road
Rockville Center, NY 11570


Chronicle of Higher Education
PO Box 16359
North Hollywood, CA 91615-9155


Chucks Auto Repair
157 Nassau Avenue
Islip, NY 11751


Cigna Health & Life Insurance Co.
900 Cottage Grove Road, B6LPA
Hartford, CT 06152


Ciscon Laundry Corp
Ultimate Laundry
4520 Sunrise Hwy
Oakdale, NY 11769


CIT Finance LLC
21146 Network Place
Chicago, IL 60673-1211


CIT Finance LLC
21146 Network Place
Chicago, IL 60673


Claire O'Rourke
45 Locust Street
Bayport, NY 11705


Classic Coach Transportation
1600 Locust Avenue
Bohemia, NY 11716

Claudia McGivney
32 Beacon Lane
East Northport, NY 11731


Clelon A. McGee
8517 Riddle Place
Raleigh, NC 27615


CohnReznick LLP
4 Becker Farm Road
Roseland, NJ 07068


College Board
11911 Freedom Drive
Suite 300
Reston, VA 20190


Commission on Independent
17 Elk Street
PO Box 7289
Albany, NY 12224


Commissioner of Motor Vehicles
Dept. of Motor Vehicles
PO Box 359
Utica, NY 13503


Compass Consulting Group
18 Field Daisy Lane
East Northport, NY 11731


Computer Integrated Services
561 Seventh Avenue
13th Floor
New York, NY 10018


Corp. For National & Community Service
1895 Preston White Drive
Suite 100
Reston, VA 20191-5434


Council for Higher Education
One Dupont Circle NW
Suite 510
Washington, DC 20036

Coz Delillo
14 Plover Lane
Hicksville, NY 11801


Craig Eason
3 Paula Lane
New City, NY 10956


CulinArt, Inc.
PO Box 4738
Houston, TX 77210-4738


CUPA-HR
PO Box 306257
Nashville, TN 37230-6257


Cynthia Grossman
68 Birchwood Road
Coram, NY 11727


Daily News
Attn:  Jim Lonek - Finance Dept
125 Theodore Conrad Drive
Jersey City, NJ 07305-4698


Dallas Cardone
2312 Sound Avenue
Baiting Hollow, NY 11933


Daniel Fiel
212 East 95th Street
 Unit 1-B
New York, NY 10128


Daniel Ness
PO Box 301
Williston Park, NY 11596


David E. Pritchard
88 Washington Avenue
Cambridge, MA 02140


David J. Jensen
25 Harbor Watch Court
Sag Harbor, NY 11963

David Racanelli
73 Pacific Dunes Ct.
Medford, NY 11763


Dawn Manganello
19 David Street
Holbrook, NY 11741


Dayspring Pen Shop
111 Derrick Drive
Irmo, SC 29063


Deborah Wynne (Deceased)
115 Michael Road
Oakdale, NY 11769


Debra Dunn
12 Waltess Road
Ronkonkoma, NY 11779


Debra Gustafson
32 Terrace Lane
Patchogue, NY 11772


Debra L. Piechnik
202 Palmer Circle
Sayville, NY 11782


Denise Igenito
145 S. 6th Street
Bethpage, NY 11714


Denise Zamiello-Schiozzi
117 Gillette Avenue
Patchogue, NY 11772


Department of Veteran Affairs
Agent Cashier-Buffalo Regional Processin
130 S Elmwood Avenue
Buffalo, NY 14202


Derek Charles Muzio
19 Peace Court
Selden, NY 11784

Desiree Nelson/Matthew Pasquale
56 Van Bomel Blvd
Oakdale, NY 11769


Diane Fischer
3 Hollow Road
Stony Brook, NY 11790


Diane Holliday
31 Clarkson Road
Centereach, NY 11720


Diane Impagliazzo
23 Meadow Farm Road
East Islip, NY 11730


Discover Student Loans
PO Box 30947
Salt Lake City, UT 84130


District No.  15 IAMAW
25 Harbor Watch Court
Sag Harbor, NY 11963


Donald Beahm
20 Trenridge Road
Lincoln, NE 68505


Donald Steven Dougherty
74 West Lane
Bayshore, NY 11706


Doreen Muse
53 Oak Avenue
Huntington Station, NY 11746


Dori Byan
209K Springmeadow Drive
Holbrook, NY 11741


Dowling College
St. Johns University Campus
500 Montauk Highway
Shirley, NY 11967

Dowling College Chapter of NYSUT
150 Motor Parkway
Hauppauge, NY 11788


Dowling College Defined Contribution Pla
c/o Dowling College
150 Idle Hour Blvd.
Oakdale, NY 11769


Durham, Richard
3 Overlook Drive
Waterford, CT 06385


East Coast Conference
Attn: Bob Dranoff, Commissioner
300 Carlton Ave  NYIT Bldg 66
Central Islip, NY 11722


East Islip Lumber
33 Wall Street
East Islip, NY 11730


EBSCO Subscription Services
Payment Processing Center
PO Box 204661
Dallas, TX 75320-4661


Echanove Gonzalez de Anleo
Rheinbrohler Weg 11
Dusseldorf, 0 40489


EDUCAUSE
4771 Walnut Street
Suite 206
Boulder, CO 80304


EDVOTEK, Inc.
1121 5th St NW
Washington, DC 20001


Edward Gullason
7 Wayside Lane
Smithtown, NY 11787

Edward H. Wallace
55 Springdale Avenue
Massapequa, NY 11758-6748

Edward Urso
52 Greenwich Hills Drive
Greenwich, CT 06831

Elana Zolfo
93 Hidden Pond Circle
Smithtown, NY 11787

Elbar Duplicator Corporation
105-26 Jamaica Avenue
Richmond Hill, NY 11418

Elizabeth (Ducie) O'Brien
457 Birch Hollow Drive
E. Yaphank, NY 11967

Elizabeth J. Manning
131 S. Fairview Avenue
Bayport, NY 11705

Ellucian Support Inc.
62578 Collections Center Drive
Chicago, IL 60693

Elsa-Sofia Morote
64 Lexington Road
Shirley, NY 11967

Elsevier Science, B.V.
PO Box 945
New York, NY 10015-9094

Emily Anne Javis
44 Sabre Drive
Selden, NY 11784

Emira Chand
105 Sheridan Avenue
Brooklyn, NY 11208-3024

Engin Suvak
1172 Warwick Street
Uniondale, NY 11553


Environmental Energy
120 C E Jefryn Blvd
Deer Park, NY 11729


Eric Pavels
1150 Rosedale Road
Valley Stream, NY 11581


Erin Gregory
23 Ocean Avenue
Mastic, NY 11950


ESRI Inc.
380 New York Street
Redlands, CA 92373


ESU Student Activity Association
200 Prospect St. University Center
East Stroudsburg, PA 18301


Eugene R. Bayliss Jr.
16D Seabreeze Avenue
Milford, CT 06460


Everbank
PO Box 91160
Denver, CO 80291


Evoqua Water Technologies
28563 Network Place
Chicago, IL 60673-1285


Expense Reduction Analyst
PO Box 956251
St Louis, MO 63195-6251


Faronics Technologies
5506 Sunol Blvd.
Suite 202
Pleasanton, CA 94566

First Reliance Standard
PO Box 3123
Southeastern, PA 19398

First Student Inc.
1065 Belvoir Road
Plymouth Meeting, PA 19462

Fitzgerald's Driving School
1350 Deer Park Avenue
North Babylon, NY 11703

Ford Motor Credit
PO Box 220564
Pittsburgh, PA 15257

Fox Glass Company East
45 Bloomingdale Road
Hicksville, NY 11801

Francis Samuel
39 N Carll Avenue
Babylon, NY 11702

Francis Tidd
26 Magnolia Street
Central Islip, NY 11722

Francis Winslow
P.O. Box 14235
Hauppauge, NY 11788

Franklin Leavandosky
115 Ketcham Avenue
Patchogue, NY 11772

Fred Rispoli
132 Connetquot Road
Oakdale, NY 11769

Freedom Scientific
BLV Group - Charlie Madsen
11800 31st Ct N
Saint Petersburg, FL 33716

Freedom Scientific
c/o BLV Group, Charlie Madsen
11800 31st Court, N.
Saint Petersburg, FL 33716


G & G Fences of LI
PO Box 389
Bohemia, NY 11716


Gabriel Garcia
3561 SW 123rd Court
Miami, FL 33175


Gabriella Russo
90-15 156 Avenue
Howard Beach, NY 11414


Gail Scherz
35 Terrell Street
Patchogue, NY 11772


Garfunkle Wild, P.C.
Adam T. Berkowitz, Esq.
111 Greak Neck Road, Suite 600
Great Neck, NY 11021


Gary Bishop
106 Sunrise Avenue
Sayville, NY 11782


Gary Moran
473 Edgewood Place
Rutherford, NJ 07070


Gavin Chamberlain
8 Grand Haven Drive
Commack, NY 11725


GBC Acco Brands
PO Box 203412
Dallas, TX 75320-3412


Geoffrey and Anna Maria Stewart
87 Central Blvd
Oakdale, NY 11769

George Cavuto
34 Hemlock Lane
Bay Shore, NY 11706

George Foundotos
4 Damin Circle
St. James, NY 11780

George P. Evanego
63 Mayberry Avenue
Monroe, NJ 08831

George Samito
23 Westbridge Drive
Babylon, NY 11702

Geraldine Vincent
25 Dale Drive
Oakdale, NY 11769

Glen Brauchle
91 Deer Park Avenue
Apt 2
Babylon, NY 11702

Glenn W. Barham
9001 Blackley Lake Road
Wake Forest, NC 27587

GoDaddy.com Inc.
14455 N. Hayden Road
Suite 219
Scottsdale, AZ 85260

Gopher
NW5634
PO Box 1450
Minneapolis, MN 55485-5634

GreatAmerica Financial Services
PO Box 660831
Dallas, TX 75266-0831

GreatAmerica Financial Services
PO Box 660831
Dallas, TX 75266


Gregory Quirolo
25 Harbor Watch Court
Sag Harbor, NY 11963


Grossane Teresa
2070 Potter Avenue
Merrick, NY 11566


Guanann Li
135 Westwood Drive
Apt. 151
Westbury, NY 11590


GWAVA
1175 S. 800 E.
Orem, UT 84097


Hal Mishkin
56 Broadview Circle
Wading River, NY 11793


Hamid Ikram
48 W. Shore Road
Oakdale, NY 11769


Handras, Kerri
20 Charter Avenue
Dix Hills, NY 11746


Harland Technology Services
PO Box 45550
Omaha, NE 68145-0550


Harland Technology Services
PO Box 45550
Omaha, NE 68145


HealthPlex
333 Earle Ovington Blvd.
3rd Floor
Uniondale, NY 11553

Hector M. Martinez Jr.
25 Harbor Watch Court
Sag Harbor, NY 11963


Heidi Kelly - Strawgate
166 South Street
Manorville, NY 11949


Helen Bausenwein
235 Cedrus Avenue
East Northport, NY 11731


Helen Bohlen
21 Loft Road
Smithtown, NY 11787


Helen Densing
214 Oak Street
Patchogue, NY 11772


Herbert Bernstein
5 Brewster Lane
Bellport, NY 11713


Herff Jones
PO Box 882
Commack, NY 11725


Higher One
115 Munson Street
New Haven, CT 06511


Hobsons, Inc.
PO Box 505208
St Louis, MO 63150-5208


Home Depot Credit Service
PO Box 9055
Des Moines, IA 50368


Hoselton Chevrolet
909 Fairport Road
East Rochester, NY 14445

Hy-Cert Services, Inc.
PO Box 534
Miller Place, NY 11764-7006


I.A.M. National Pension Fund
P.O. Box 791129
Baltimore, MD 21279


I.A.M. National Pension Fund
1300 Connecticut Avenue, NW
Suite 300
Washington, DC 20036


IACBE
11374 Strang Line Road
Lenexa, KS 66215


IBM Corporation
PO Box 643600
Pittsburgh, PA 15267


Ingerman Smith, L.L.P.
150 Motor Pkwy
Suite 400
Hauppauge, NY 11788


Innovative Interfaces Inc
PO Box 74008010
540 W Madison, 4th Floor
Chicago, IL 60674-8010


Int'l Assoc. of Machinists and Aerospace
AFL-CIO Local Lodge No. 434
District Lodge No. 15
652 4th Avenue
Brooklyn, NY 11232


Int'l Union of Operating Engineers
Local 30 (AFL-CIO)
New York Headquaters
16-16 White Stone Expressway
Whitestone, NY 11357

Intelli-Tec Security Services
150 Eileen Way
Unit #2
Syosset, NY 11791


International Union of Operation Enginee
16-16 Whitestone Expressway
5th Floor
Whitestone, NY 11357


Investintech.com Inc.
425 University Avenue
Suite 301
Toronto, ON M5G1T6


Ipswitch Inc.
PO Box 3726
New York, NY 10008


IRG Towing
92 Carlton Avenue
Islip Terrace, NY 11752


Iron Mountain
PO Box 27129
New York, NY 10087-7129


Isaac Rosler
58 Sound Breeze Trail
Wading River, NY 11792


Island Sports Video, Inc
241 Christian Avenue
Stony Brook, NY 11790


It's Moore Entertainment
P.O Box 3273
Patchogue, NY 11772


Jack Schiavone
766 Brady Avenue
Apt. #437
Bronx, NY 10462

Jackie Hannan
5 Alfan Avenue
Sayville, NY 11782


Jackson Lewis, LLP
PO Box 416019
Boston, MA 02241-6019


Jaclyn Carlo
49 Grandview Lane
Smithtown, NY 11787


Jacqueline Leonard
2836 Leslie Court
Laramie, WY 82072


Jacqueline Rogers
47 Simon Street
Babylon, NY 11702


Jaewoo Park
25 Harbor Watch Court
Sag Harbor, NY 11963


James E. Crenshaw
16 Bailey Lane
Manorville, NY 11949


James Murphy
7 Center Drive
Syosset, NY 11791


Jamie Gunter
542 Terrace Road
Bayport, NY 11705


Jamie Kass
6 Edith Court
West Babylon, NY 11704


Janine Barrese
124 Raynor Street
West Babylon, NY 11704

Jarvis Watson
10 Fairview Drive
Shirley, NY 11967


Jason A. Long
55 Clymer Street
Port Jefferson Station, NY 11776


Jason Truffant
15 Idle Hour Blvd.
Oakdale, NY 11769


Jeffrey John DiMarco
426 Wading River Road
Manorville, NY 11949


Jeffrey Stover
930 Maple Street
Bohemia, NY 11716


Jennifer Formica
56 Stagg Street
Apt. 19
Brooklyn, NY 11206


Jeppesen-Sanderson
PO Box 840864
Dallas, TX 75284-0864


Jeremy Steven Johnson
278 N 8th Street
Lindenhurst, NY 11757


Jericho UFSD
99 Cedar Swamp Rd
Jericho, NY 11753-1202


Jesse Schaefer
223 W. Fulton Street
Long Beach, NY 11561


Jessica Roque
10 Warren Grove Road
Warren Grove, NJ 08005

Jet Environmental Testin
114 Wedgewood Drive
Coram, NY 11727


Jim Vignona
2 Point O Woods Avenue
Point O Woods, NY 11706


Jo Ann Lewald
25 Midway Street
Babylon, NY 11702


Joan Asher
55 Avenue D
Farmingville, NY 11738


Joan Boyle Morriss
4231 Oakbeach Road W.
Babylon, NY 11702


Joann Barry
29 Elchesten Drive
E Northport, NY 11731


Joanne DeSantis
86 Woody Lane
Oakdale, NY 11769


Joe Fanning
3 Hazel Avenue
Farmingdale, NY 11735


Joe Silvent
25 Harbor Watch Court
Sag Harbor, NY 11963


John Casey
115 Idle Hour Blvd.
Oakdale, NY 11769


John G. Trotta
25 Harbor Watch Court
Sag Harbor, NY 11963

John G. Trotta
13 Brand Street
Hastings on Hudson, NY 10706

John Hanley
29 Dover Hill Drive
Nesconset, NY 11767

John Ingoglia & Tabitha Ueblacker
88 Central Blvd.
Oakdale, NY 11769

John J. Monaco
27 Brookvale Lane
Lake Grove, NY 11755

John Mateyko
84 Barnes Street
Long Beach, NY 11561

John Tuttle
25 Harbor Watch Court
Sag Harbor, NY 11963

John Urick
951 Old Town Road
Coram, NY 11727

John Van Brunt
24 Birchdale Drive
Holbrook, NY 11741

John Vargas
36 Irving Avenue
Floral Park, NY 11001

Jonathan Nguyen
32 Madison Avenue
Medford, NY 11763

Jose F. Talavera
25 Harbor Watch Court
Sag Harbor, NY 11963

Jose Melendez
247 Laclede Avenue
Uniondale, NY 11553


Joseph A. Formisano
46 Merillon Avenue
Garden City, NY 11530


Joseph Behar
9 Brown's River Road
Sayville, NY 11782


Joseph Bertuglia
PO Box 349
Great River, NY 11739


Joseph D. Donofrio
25 Harbor Watch Court
Sag Harbor, NY 11963


Joseph Donofrio
25 Harbor Watch Court
Sag Harbor, NY 11963


Joseph Economico
215 Weskura Road
Yorktown Heights, NY 10598


Joseph Kasten
80 Teddy Court
Ronkonkoma, NY 11779


Joseph Lee
25 Harbor Watch Court
Sag Harbor, NY 11963


Joseph Manzione
25 Harbor Watch Court
Sag Harbor, NY 11963


Joseph Worrell
16 Johns Road
East Setauket, NY 11733

Joshua D. Cerna
446 61st Street
Apt 2D
Brooklyn, NY 11220


Joshua Gidding
325 Lenox Road
Huntington Station, NY 11746


Joshua Soto
68 Oakland Avenue
Deer Park, NY 11729


Journal News Media Group
P.O Box 822883
Philadelphia, PA 19182-2883


JRB Software
PO Box 28-118
Christchurch, NZ 8242


JTA Leasing Co. LLC
Attn: Mark Kitaeff
34 Wren Drive
East Hill, NY 11576


JTA Leasing Co. LLC
Mark Kitaeff
34 Wren Drive
East Hill, NY 11576


Juan Ramierz
1013 N Delaware Avenue
Lindenhurst, NY 11757


June Ann Smith
4 Ovington Circle
Westbury, NY 11590


Justin Robert Carlson
8 Mercer Street
Port Jefferson Station, NY 11776

Justino Reyes
42 Floradora Drive
Mastic, NY 11950


Katherine Ventimiglia
2 Emily Way
East Setauket, NY 11733


Kathleen Ruggeri
45 Ketewamoke Avenue
Babylon, NY 11702


Kaylee M. Graswald
27 Beverly Street
Islip, NY 11751


Keith McCaffrey
6 Flora Drive
Mount Sinai, NY 11766


Kendell Thorton
PO BOX 804
Winterville, NC 28590


Kerri (Handras) McCabe
20 Charter Avenue
Dix Hills, NY 11746


Kevin DeSlauriers
6 Jessie Road
Eastport, NY 11941


Kevin Harrington
31 Middle Island Avenue
Medford, NY 11763


Kimberly Poppiti
83 Buffalo Avenue
Medford, NY 11763


Kiomelis Rodriguez
52 Tamarack Street
Central Islip, NY 11722

Konica Minolta Premier Finance
PO Box 642333
Pittsburgh, PA 15264


KPMG LLP
Dept 0511
PO Box 120511
Dallas, TX 75312-0511


Kristine Boniello
516 Locust Avenue
Oakdale, NY 11769


Kyle Na Malin-Levantino
25 Harbor Watch Court
Sag Harbor, NY 11963


L&J Cesspool Service
2 Merrick Blvd
East Moriches, NY 11940


L.I. Automatic Doors
26 W Old Country Road
Hicksville, NY 11801


L.I. Hardware
4155 Veterans Hwy
Suite 9
Ronkonkoma, NY 11779


L.I. Hardware


LaCorte Farm & Lawn Equipment
522 Edwards Avenue
Calverton, NY 11933


Landscapes by Sean Fleck
PO Box 1363
Stony Brook, NY 11790


LandTek Group Inc
235 County Line Road
Amityville, NY 11701

Laser Performance Product
44 W Jefryn Blvd
Suite N
Deer Park, NY 11729


Laser Performance Products, Inc.
44 W. Jefryn Blvd.
Suite N
Deer Park, NY 11729


Laura Pope Robbins
383 Birch Hollow Drive
Shirley, NY 11967


Laurel Publications
Gloria Schetty
595 Rte 25A - Suite 18
Miller Place, NY 11764


Lauren Bufalo
44 Van Bomel Blvd
Oakdale, NY 11769


Laurie Forster
63 Rose Street
Massapequa Park, NY 11762


Lazard Freres & Co., LLC
PO Box 5394
New York, NY 10124


Leaf
P.O. Box 742647
Cincinnati, OH 45274-2647


Leaf
PO Box 742647
Cincinnati, OH 45274


Leann Doyle
48 Grove Avenue
Patchogue, NY 11772

Legacy Plus, Inc.
234 Maple Avenue
Patchogue, NY 11722

LeMoyne College Golf
Office of Athletics
1419 Salt Springs Road
Syracuse, NY 13214

Leo A. Giglio
9 Hilltop Drive
Melville, NY 11747

Leo Giglio
9 Hilltop Drive
Melville, NY 11747

Lester Corrain
60 Morris Street
Brentwood, NY 11717

Lester Corrian
542 Terrace Road
Bayport, NY 11705

LI Library Resource Counsel (LILRC)
Melville Library Building
Suite E310
Stony Brook, NY 11794

Linda Ardito
5 Two Rod Road
Huntington, NY 11743

Linda Bausch
289 Donald Blvd
Holbrook, NY 11741

Linda Catelli
14 Dorset Road
Southampton, NY 11968

Linda Graceffo
160 Plainview Road
Woodbury, NY 11797

Lisa Braxton
55 Panamoka Trail
Ridge, NY 11961


Local 153 Pension Fund
265 14th Street
New York, NY 10011


Lois Kahl
349 Singingwood Drive
Holbrook, NY 11741


Long Island and University
Ms Mercedes Ravelo, DirPublicSafety
250 Joralemon St., Brooklyn Law School
Brooklyn, NY 11201


Long Island Business News
SDS-12-2632
P.O BOX 86
Minneapolis, MN 55486-2632


Long Island Geese Control
308 W Main Street, LL Suite 2
Smithtown, NY 11787


Long Island Gym Equipment Co.
1400 N Pentaquit Avenue
Bay Shore, NY 11706


Lori Zaikowski
130 Jackie Court
Patchogue, NY 11772


Lowe's
Business Accounts
PO Box 530954
Atlanta, GA 30353


Lucianna Basilice
23c Commadore Lane
West Babylon, NY 11704

Luis Rivera
11940 Angle Pond Avenue
Windermere, FL 34796

Lumension Security, Inc.
8660 E. Hartford Drive
Suite 300
Scottsdale, AZ 85255

Madeline Nelson
45 Monroe Street
Northport, NY 11768

Madeline Smith
217 Pleasant Drive
West Bay Shore, NY 11706

MailFinance
478 Wheelers Farm Road
Milford, CT 06461

MailFinance Inc.
25881 Network Place
Chicago, IL 60673-1258

Mailien L. Neefeldt
12 Sherry Street
East Islip, NY 11730

Maplesoft
615 Kumpf Drive
Waterloo, ON N2V 1K8
Canada

Marcus Tye
PO Box 832
East Quogue, NY 11942

Margaret Intreglia
7 Marilyn Court
West Babylon, NY 11704

Mariea Noblitt
801 Kenmore Road
Chapel Hill, NC 27514

Mariel Stegmeir
245 Edgewood Street
Islip Terrace, NY 11752

Marilyn J. Mather
22 Redwood Court
Coram, NY 11727

Marilyn Mather
22 Redwood Court
Coram, NY 11727

Marilyn Rock
123 Vanderbilt Blvd
Oakdale, NY 11769

Mario Calabrese
135 Cook Road
Prospect, CT 06712

Marissa Grace Trezza
25 Harbor Watch Court
Sag Harbor, NY 11963

Mark Carattini
32 William Street
Smithtown, NY 11787

Mark D. Schulte
11 West End Avenue
Newton, NJ 07860

Mark Greer
PO Box 428
Rocky Point, NY 11778

Markertek Video Supply
Attn Ryan Young
1 Tower Drive, PO Box 397
Saugerties, NY 12477

Marlin Leasing
PO Box 13604
Philadelphia, PA 19101-3604

Marlin Leasing
PO Box 13604
Philadelphia, PA 19101

Marshall Perry
933 Manor Lane
Bay Shore, NY 11706

Martha Klotz
60 River Road
P.O. Box 550
Great River, NY 11739

Martin Schoenshals
c/o Law Office of Rachel J. Minter
345 Seventh Avenue, 21st Floor
New York, NY 10001

Mary Abell
268 Bowery
4th Floor
New York, NY 10012

Mary Bridgwood
24 Emilie Drive
Center Moriches, NY 11934

Mary Cappasso
25 Harbor Watch Court
Sag Harbor, NY 11963

Mary Donoghue
51 Cannon Drive
Holbrook, NY 11741

Mary Sullivan
951 Kahle Street
Bohemia, NY 11716

Mary T. Hickey
73 Fraser Avenue
Merrick, NY 11566

Maryann Campagno
107 Guilford Avenue
Oakdale, NY 11769

Maryann Stover
264 Candee Avenue
Sayville, NY 00117-8200

Mastrantonio Caterers Inc.
333 Moffitt Blvd
Islip, NY 11751

Mastrantonio Caterers Inc.
333 Moffitt Blvd.
Islip, NY 11751

Matthew Benj Goldstein
519 East Penn Street
Long Beach, NY 11561

Matthew Joseph Simone
4037 Chestnut Street
Seaford, NY 11783-1909

Matthew Whelan
2 Emmet Drive
Stony Brook, NY 11790

Maureen Earle
506 Lombardy Blvd
Brightwaters, NY 11718

McCarney Tours
2858 N. Wading River Road
Wading River, NY 11792

McGraw-Hill
School Education Holdings LLC
Lockbox 71545
Chicago, IL 60694-1545

MDS
PO Box 11394
Newark, NJ 07101

Medco Supply Company
PO Box 971543
Dallas, TX 75397


Megan N. Murphy
7 Center Drive
Syosset, NY 11791


Meister Seelig & Fein LLP
125 Park Ave
7th Floor
New York, NY 10017


Melissa Tillman
1859 Leonard Lane
Merrick, NY 11566


Melody L. Cope
21 Chateau Drive
Oakdale, NY 11769


Mergent, Inc.
PO Box 741892
Atlanta, GA 30384-1892


Meron Lindenfeld
5 Fairlee Drive
East Northport, NY 11731


Meru Leasing
c/o CIT Finance
21146 Network Place
Chicago, IL 60673


Meru Wireless
c/o Carousel Industries of N.A. Inc.
PO Box 842084
Boston, MA 02284


Metromedia Technologies, Inc.
PO Box 28350
New York, NY 10087-8350

Metropolitan Data Solutions
279 Conklin Street
Farmingdale, NY 11735


Michael  P. Chiarelli
1954 New York Avenue
Huntington Station, NY 11746-2906


Michael Aloi
142 McConnell Avenue
Bayport, NY 11705


Michael Anthony Cafaro
1174 Old Coats Road
Lillington, NC 27546


Michael Beck
44 Ocean Avenue
Blue Point, NY 11715


Michael Cappell & Mandolynne Hopkins
47 Chateau Drive
Oakdale, NY 11769


Michael Delia
129 Michaels Lane
Wading River, NY 11792


Michael Herold
5 Tower Lane
Levittown, NY 11756


Michael J. Chebetar
PO Box 242
Cross River, NY 10518


Michael Klotz
60 River Road
P.O. Box 550
Great River, NY 11739


Michael Lettieri
15 The Lane
Bayport, NY 11705

Michael P. Zingaro
35 Summit Road
Sparta, NJ 07871-1410


Michael Sakuma
515 High Street
Apt. 16
Prt Jefferson, NY 11777


Michael Stattery
438 Lake Avenue S
Nesconset, NY 11767


Michelle McKenna
3 Cheryl Lane
North Babylon, NY 11703


MicroFocus, Inc.
PO Box 19224
Palatine, IL 60055


Microsoft
c/o SHI Corp
PO Box 952121
Dallas, TX 75395


Middle States Commission
3624 Market Street
Philadelphia, PA 19104


Mike Caldarella
108 Kemah-Mecca Lake Road
Newton, NJ 07860


Mike Covello
110 Merkel Drive
Bloomfield, NJ 07003


Milce Garcia
290 Oak Avenue
Riverhead, NY 11901

Milman Labuda Law Group PLLC
John M. Harras
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042


Minitab, Inc.
Quality Plaza
1829 Pine Hall Road
State College, PA 16801


Mintz Levin Ferris, Glovsky & Popeo
Miyoko Sato, Esq.
One Financial Center
Boston, MA 02111


Monique Davis
1705 Avalon Pines Drive
Coram, NY 11727


Moody's Investors Service, Inc.
7 World Trade Center
250 Greenwich Street
New York, NY 10007


Moussa Keita
16 Palm Street
Central Islip, NY 11722


Mr. Sign
1565 Sycamore Avenue
Bohemia, NY 11716


MWDD
5908 Featherlight Place
Santa Rosa, CA 95409


N.Y.S. Unemployment
PO Box 4301
Binghamton, NY 13902


NA Publishing, Inc.
Department 771752
PO Box 77000
Detroit, MI 48277-1752

NACAC
1050 N Highland Street
Suite 400
Arlington, VA 22201


NACUBO
1110 Vermont Ave NW
Suite 800
Washington, DC 20005


Nana Sarfo Appiah
2350 Webster Avenue
Apt. 3F
Bronx, NY 10458


Nancy Carroll
3223 Wilshire Lane
Apt. E23
Oakdale, NY 11769


Nancy Jones
14 Mount Marcy Avenue
Farmingville, NY 11738


Nassau County Library
K. Ray, Locust Valley Library
170 Buckram Rd
Locust Valley, NY 11560


Natalie L. Vandorn
28 Charles Road
East Patchogue, NY 11772


Nathalia Rogers
60 Harned Drive
Centerport, NY 11721


National Center for Drug Free Sport
2537 Madison Avenue
Kansas City, MO 64108-2334


National Grid
PO Box 11791
NEWARK, NJ 07101-4791

Neopost
P.O. Box 30193
Tampa, FL 33630-3193


NERCOMP
100 Western Blvd.
Suite 2
Glastonbury, CT 06033


Network Craze Technologies
7037 Fly Road
E. Syracuse, NY 13057


Network Craze Technologies, Inc.
7037 Fly Road
East Syracuse, NY 13057


New York State Department of Labor
State Office Building
Campus Room 500
Albany, NY 12240


New York State Department of Labor
Unemployment Insurance Division
Building 12 W. Averell
Harriman State Office Campus
Albany, NY 12240


New York Times
PO Box 371456
Pittsbugh, PA 15250-7456


Newsday
PO Box 3002
Boston, MA 02241-3002


Nicholas Mauro
39 Glen View
Southampton, NY 11968


Nicole Cuccurullo
7 Gorham Lane
Smithtown, NY 11787

Noreen Urso
52 Greenwich Hills Drive
Greenwich, CT 06831


Novell
c/o Computer Integrated Service
561 7th Avenue, 13th Floor
New York, NY 10018


NRCCUA
PO Box 414378
Kansas City, MO 64141


NY Party Works Inc.
45 W Jefryn Blvd
Deer Park, NY 11729


NYS Dep't of Enviromental Conservation
Div of Env Remediation/Tech Supp 11th Fl
625 Broadway
Albany, NY 12233-7020


NYS HESC TAP
99 Washington Avenue
14th Fl Refund Dept
Albany, NY 12255


NYS Higher Education Services Corp.
99 Washington Avenue
Albany, NY 12255


NYS Unemployment Insurance
PO Box 4301
Binghamton, NY 13902-4301


NYSATYC Inc
Wilbert Donnay,Accting Dept,F530J
Borough Of Manhattan Comm College
New York, NY 10007


NYSFAAA
Bank Street College of Education
610 West 112th Street
New York, NY 10025

Oak Hall Industries, L.P.
840 Union Street, PO Box 1078
Salem, VA 24153


OCLC
4425 Solutions Center
Chicago, IL 60677-4004


Office & Prof. Employees Int'l Union
Local 153, AFL-CIO
265 W. 14th Street
6th Floor
New York, NY 10011


Olena Huffmire
366 Collington Drive
Ronkonkoma, NY 11779


Open Access Plus Medical Benefits
c/o Cigna Health & Life Insurance Co.
900 Cottage Grove Road, B6LPA
Hartford, CT 06152


OppenheimerFunds
Robert Bertucci
350 Linden Oaks
Rochester, NY 14603


Optel Business Communication Systems
PO Box 180
Nesconset, NY 11767


Optel Business Communications
PO Box 180
Nesconset, NY 11767


P & M Doors
10 Ocean Avenue
Copiague, NY 11726


Paraco Gas
2510 Route 44
Salt Point, NY 12578

Pasco Scientific
10101 Foothills Blvd
PO Box 619011
Roseville, CA 95678-9011


Patricia Albano
9 Hopes Avenue
Holtsville, NY 11742


Patricia Hubbard
214 Huron Street
Apt. #3R
Brooklyn, NY 11222


Patrick Johnson
5 Green Knoll Court
Northport, NY 11768


Patti Zerafa
11 Milan Street
East Patchogue, NY 11772


Paul Abramson
6 Winside Lane
Coram, NY 11727


Paula Marie & Robert Johnson
138 Central Blvd
Oakdale, NY 11769


Peter Sean Hines
25 Harbor Watch Court
Sag Harbor, NY 11963


Peterson's Nelnet LLC
PO BOX 30216
OMAHA, NE 68103-1316


Pine Bush Central School
Route 302
PO Box 670
Pine Bush, NY 12566

Pine Hills Country Club
2 Country Club Drive
Manorville, NY 11949


Port Jefferson Sporting
1395 Rte 112
Port Jefferson Station, NY 11776


Powerhouse Paving
P.O Box 5845
Hauppauge, NY 11788


Precision Designs Architecture
52 Commerce Drive
East Farmingdale, NY 11735-1206


Premier Display Inc.
2979 Judith Drive
Bellmore, NY 11710


Premium Assignment Corporation
PO Box 8800
Tallahassee, FL 32314


Premium Assignment Corporation
3522 Thomasville Road
Suite 400
Tallahassee, FL 32314


Pride Equipment Corporation
150 Nassau Avenue
Islip, NY 11751


Professional Carpet System
73 Argyle Avenue
Selden, NY 11784


ProQuest LLC
789 E Eisenhower Pky
PO Box 1346
Ann Arbor, MI 48106-1346


PSEGLI
PO BOX 888
HICKSVILLE, NY 11802-0888

PSEGLI
175 E. Old Country Road
Hicksville, NY 11801


PSEGLI
PO Box 9039
Hicksville, NY 11802


Ralph Cerullo
23 Canterbury Court
East Setauket, NY 11733


Ralph Ruggiero
37 Connetquot Drive
Oakdale, NY 11769


Rebecca DeLorfano
41 Glenwood Place
Farmingville, NY 11738


Reinaldo Blanco
49 Teaneck Drive
East Northport, NY 11731


Rhoda Miller
PO Box 58
Babylon, NY 11702


Rhoda Miller
PO Box 58
Babylon, NY 11702-0058


Richard & Cherisse Forberg
102 Connetquot
Oakdale, NY 11769


Richard Wilkens
7 Fairfield Manor Drive
Manorville, NY 11949


Richard Wolff
90 Elsmere Avenue
Oakdale, NY 11769

Richard Wright
67-50 164th Street
Flushing, NY 11365


Robert Berchman
13 Blowing Fresh Drive
Salem, SC 29676


Robert Campbell
265 Cedar Avenue
Islip, NY 11751


Robert Dougherty
122 Norwalk Avenue
Medford, NY 11763


Robert George Elkins
139 Richmond Avenue
Medford, NY 11763


Robert Gross
25 Harbor Watch Court
Sag Harbor, NY 11963


Robert Kersch
5 Leeside Drive
Great River, NY 11739


Robert Kopelman
12 Alice Street
Patchogue, NY 11772


Robert Landhauser
12 Duffin Avenue
West Islip, NY 11795


Robert Manley
151 Lake Drive S.
West Islip, NY 11795


Robert Moccia
25 Harbor Watch Court
Sag Harbor, NY 11963

Robert Tota
2868 Lindale Street
Wantagh, NY 11793


Robin Maynard
212 N Prospect Avenue
Patchogue, NY 11772


Rogers & Taylor Appraise
300 Wheeler Road
Hauppauge, NY 11788


Romanelli & Son, Inc
94 East Hoffman Avenue
Lindenhurst, NY 11757


Ronald Rosso
17 Anderano Avenue
Patchogue, NY 11772


Ronald Vargas
24 James Junior Avenue
Danielsom, CT 06239


Rosemaire Giaquinto
48 Van Bomel Blvd.
Oakdale, NY 11769


Rosemarie Fairchild
27 Chateau Drive
Oakdale, NY 11769


Roxann Hristovsky
PO Box 748
Wading River, NY 11792


Royal Star Associates Inc
1124 Cassel Avenue
Bay Shore, NY 11706


Rubenstein Associates, Inc.
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7416

Rubin & Rothman, LLC
1787 Veterans Highway, Suite 32
PO Box 9003
Islandia, NY 11749


Russell Huber
46 Peach Tree Lane
Huntington Station, NY 11746


Ryan Munkwitz
21 Glen Hollow Drive
Apt. G28
Holtsville, NY 11742


S. Bleiberg-Seperson
17 Meleny Road
Locust Valley, NY 11560


Safeway Fire and Protection Co.
35 N Tyson Avenue
Floral Park, NY 11001


Sallie Mae
12061 Bluemont Way
Reston, VA 20190


Samantha Maria Labarbera
1581 Route 300
Newburgh, NY 12550-1755


Sandra Loughran
7 Fifth Avenue
Northport, NY 11768


Sani-Lav Inc.
805 Karshick Street
Bohemia, NY 11716


Sanitech Services, Inc
110 Lake Ave South
Suite 40
Nesconset, NY 11767

SANS Technology, Inc.
11921 Mekenic Court
Marriottsville, MD 21104


Schneider Electric
132 Fairgrounds Road
West Kingston, RI 02892


School Counselors of Roc
PO Box 144
Suffern, NY 10901


School Guide Publication
606 Halstead Avenue
Mamaroneck, NY 10543


School Health Corp.
6764 Eagle Way
Chicago, IL 60678


Schulte Roth & Zabel LLP
Brian Pfeiffer, Esq.
919 Third Avenue
New York, NY 10022


SCOPE
Publications Order Department
100 Lawrence Avenue
Smithtown, NY 11787


Scott J. Passanesi
4015 Muddy Creek Road
Virginia Beach, VA 23457


Scott M.Keane
3 Girard Avenue
Erial, NJ 08081


Scott Makosiej
2519 27th Street
Apt.5C
Astoria, NY 11102

SCPOES Pipe Band
PO Box 1116
Smithtown, NY 11787


SCWA
PO Box 3147
Hicksville, NY 11802


Sean Lyons
74 Brand Drive
Huntington, NY 11743


Sean Patrick Irwin
364 Southbury Road
Roxbury, CT 06783


Select Office Systems Inc.
PO Box 11777
Burbank, CA 91510


Servpro of Greater Smith
620 Johnson Avenue
Suite 8
Bohemia, NY 11716


Seyed Raji
24 Pleasant Lane
Southampton, NY 11968


Shannon Alice Donovan
7 Huntington Avenue
Kings Park, NY 11754


Sharon A. Wheeler
25 Harbor Watch Court
Sag Harbor, NY 11963


Sharon Dinapoli
589 Pulaski Road
Kings Park, NY 11754


Sheryl Johnson
23 Gilbert Street
Patchogue, NY 11772

SHI Corp
PO Box 952121
Dallas, TX 75395-2121


SHI Corp.
PO Box 952121
Dallas, TX 75395


Shred-it Long Island
P.O. Box 13574
New York, NY 10087-3574


Sidearm Sports,LLC
PO BOX 843038
Kansas City, MO 64184-3038


Sigma-Aldrich
PO Box 535182
Atlanta, GA 30353-5182


Silverberg P.C.
Karl Silverberg, Esq.
320 Carleton Avenue, Suite 6400
Central Islip, NY 11722


SimplexGrinnell LP
50 Technology Drive
Westminster, MA 01441


SimplexGrinnell LP
PO Box 790448
Saint Louis, MO 63179-0448


Skyrush Marketing
P.O Box 354
Yapank, NY 11980


Smart Power Inc.
829 Lincoln Avenue
Bohemia, NY 11716


SolarWinds, Inc.
3711 S. MoPac Expressway
Austin, TX 78746

Southern New Hampshire University
Attn: Ray Prouty
2500 N. River Road
Manchester, NH 03106


Spencer Robison
20 Oak Hill Avenue
Norwalk, CT 06854


St. Anthony's High School
Mrs. Kim Hearney, Director of College Co
275 Wolf Hill Road
South Huntington, NY 11747-1394


St. John the Baptist Diocesan HS
1170 Montauk Hwy
West Islip, NY 11795-4959


St. Johns University
Bernadette Lavin-MacDonald Ctr
8000 Utopia Pkwy
Jamaica, NY 11439


St. Joseph's College
155 W Roe Blvd.
Patchogue, NY 11772


Standard Register
600 Albany Street
Dayton, OH 45417


State University of NY at Stony Brook
University Plaza
Albany, NY 12246


Statewide Roofing Inc.
2120 Fifth Avenue
Ronkonkoma, NY 11779


Stephanie Tatum
4 McFarland Avenue
Central Islip, NY 11722

Stephen Angelella
2788 Marion Street
Bellmore, NY 11710


Stephen Hanna & Mark Hanna
52 Van Bomel Blvd
Oakdale, NY 11769


Stephen Lamia
269 W 72nd Street
Apt. 6C
New York, NY 10023


Sterling Waters
343 Newport Road
Uniondale, NY 11553


SterlingRisk
135 Crossways Park Drive
Woodbury, NY 11797


Steven Anthony D'Angelo
6 Whig Court
Holbrook, NY 11741


Steven Murray
25 Harbor Watch Court
Sag Harbor, NY 11963


Steven R. Stecher
225 Hillside Avenue
Livingston, NJ 07039


Steven Tellerias
448 Ocean Avenue
Central Islip, NY 11722-1828


Storr Tractor Company
175 13th Avenue
Ronkonkoma, NY 11779


Strategic Value Media
8700 Indian Creek Parkway
Suite 300
Ovelook Park, KS 66210

Suffolk County Industrial Devel. Agency
H. Lee Dennison Building
3rd Floor
100 Veterans Highway
Hauppauge, NY 11788

Suffolk County Locksmith
944 Montauk Hwy
Suite C
Shirley, NY 11967

Suffolk County News
PO Box 782
Patchogue, NY 11772

Suffolk Zone N.Y.S.A.H.P
%Joanne Hamilton,Suffolk Zone
7 Glen Hollow Drive, Apt B33
Holtsville, NY 11742

Superior Office Services
49 West 37th Street
3rd Floor
New York, NY 10018

Superior Office Systems
49 West 37th Street
3rd Floor
New York, NY 10018

Susan Carter
131 N Country Road
Miller Place, NY 11764

Susan Voorhees
43 Bayway Avenue
Bay Shore, NY 11706

Susan Wendy Fox
25 Harbor Watch Court
Sag Harbor, NY 11963

Suzanne Fregosi
572 Laurelton Blvd.
Long Beach, NY 11561

Symantec Corp.
487 E. Middle Road
Mountain View, CA 94043


Symplicity Corporation
17890 W Dixie Hwy
Suite 606
North Miami, FL 33160


T.M. Bier & Associates, Inc.
Mr. Steven Neuf
79 Hazel Street
Glen Cove, NY 11542


T.M. Bier & Associates, Inc.
79 Hazel Street
Glen Cove, NY 11542


Tamara Costanzo
46 Meyer Lane
Medford, NY 11763


Taylor Pililani Takeda
95-987 Ukuwai Street
Apt. 2405
Mililani, HI 96789


The Allen J Flood Company
Two Madison Avenue
Larchmont, NY 10538


Theresa & Caitlin Cody
39 Chateau Drive
Oakdale, NY 11769


Theresa Domenichello
22 Canterbury Drive
Hauppauge, NY 11788


Theresa Talmage
83 East Moriches Blvd
Eastport, NY 11941

Thomas Caputo
20 Heidi Court
Bohemia, NY 11716


Thomas Daly
115 Roxbury Road
Garden City, NY 11530


Thomas Kelly
5960 Amherst Drive
Apt. B 101
Naples, FL 34112


Thomas Scientific
3501 Market Street
Philadelphia, PA 19104


Thomson Reuters-West
Payment Center
P.O Box 6292
Carol Stream, IL 60197-6292


ThyssenKrupp Elevator
59 Otis Street
West Babylon, NY 11704


Timothy Boyle
208 Oak Street
Patchogue, NY 11772


Timothy Kelly
36 Dale Drive
Oakdale, NY 11769


Todd Rooney
51 Oakdale Avenue
Selden, NY 11784


Total Funds by Hasler
PO Box 30193
Tampa, FL 33630


Town of Brookhaven I.D.A.
One Independence Hill
Farmingville, NY 11738

Tracy J. DiMarco
426 Wading River
Manorville, NY 11949


Trade Industry Network
163 Sterling Road
Toronto, 0


Travis Evans
518 W. 111th Street
New York, NY 10025


Troy Bohlander
478 Del Rey Avenue
Canon, CO 81212


Troy Bohlander
Residence Life- Oakdale
150 Idle Hour Blvd
Oakdale, NY 11769


U.S. Department of Education
Financial Square
32 Old Slip, 25th Floor
New York, NY 10005


U.S. Department of Education
1990 K. Street, N.W.
Washington, DC 20006


U.S. Treasury
Department of Treasury, IRS
Cincinnati, OH 45999


Ultimate Power, Inc.
45 Nancy Street
West Babylon, NY 11704


UMB Bank, N.A.
Corporate Trust Services
120 Sixth Street, Suite 1400
Minneapolis, MN 55402

Union Leasing Inc.
425 North Martingdale Road
6th Floor
Schaumburg, IL 60173


Universal Temperature Co.
1749 Julia Goldbach Avenue
Ronkonkoma, NY 11779


Universal Temperature Controls Ltd.
1749 Julia Goldbach Avenue
Ronkonkoma, NY 11779


University of Bridgeport
Women's Soccer
120 Waldmere Avenue
Bridgeport, CT 06601


University of New Haven
Charger Gymnasium
300 Boston Post Road
West Haven, CT 06516


University of Wisconsin
Lunar School of Business  ATTN Andrea Zw
PO BOX 742
Milwaukee, WI 53201


Univest
3331 Street Road
Suite 325
Bensalem, PA 19020


Utility Detection, Inc.
PO Box 223
Milford, PA 18337


Valero
PO Box 300
Amarillo, TX 79105-0300


Value Line Publishing LLC
485 Lexington Avenue
9th Floor
New York, NY 10017-2630

Verizon
P.O. Box 15124
Albany, NY 12212-5124


Verizon
PO Box 15124
Albany, NY 12212


Verizon Wireless
PO Box 15023
Worcester, MA 01615-0023


Verona Safety Supply Inc.
913 Watson Avenue
Madison, WI 53713


Vicom Computer Services, Inc.
400 Broadhollow Road
Suite 1
Farmingdale, NY 11735


Victoria Herrmann
118 Easy Street
West Sayville, NY 11796


VMWare
c/o Vicom
400 Broadhollow Road, Suite 1
Farmingdale, NY 11735


W.A.S.T.E.  Inc.
22 N Dunton Avenue
Medford, NY 11763


Waldo
118 North Bedford Road
Suite 201
Mt. Kisco, NY 10549


Walter Benka
166-69 20th Avenue
Whitestone, NY 11357

WatchGuard
c/o CDWG
75 Remittance Drive, Suite 1515
Chicago, IL 60675


WB Mason Co Inc.
PO Box 981101
Boston, MA 02298-1101


We Drive You, Inc
700 Airport Blvd
Suite 250
Burlingame, CA 94010


Wells Fargo Educational Financial Serv.
PO Box 5185
Sioux Falls, SD 57117


Wendy Ehrensberger (Deceased)
18 Sheldon Avenue
Patchogue, NY 11772


Werlhens Francois
129 Woodland Avenue
Central Islip, NY 11722


West Group
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292


Western Suffolk Counselors
595 NY-25A # 18
Miller Place, NY 11764


Whitney Stark
1250 Baldwin Road
Yorktown Heights, NY 10598


William D. Wexler, Esq.
816 Deer Park Avenue
North Babylon, NY 11703

William Indick
125 Maple Street
Islip, NY 11751


William R. Goncalves
5 Cristina Drive
Manorville, NY 11949


William Schmoegner
5 Paddock Road
East Lyme, CT 06333


William Stanley
19 Meadow Street
Garden City, NY 11530


Wilmington Trust, National Association
Corporate Trust Services
25 South Charles Street, 11th Floor
Baltimore, MD 21201


Winters Bros. Hauling
1198 Prospect Ave
Westbury, NY 11590-2723


WSCA Spring Conference
595 Rte 25A
Suite 18
Miller Place, NY 11764


Xavier Simmons
102 Lexington Avenue
Central Islip, NY 11722


Xerox Education Services
PO Box 201322
Dallas, TX 75320-1322


Xerox Financial Services
P.O. Box3147
Hicksville, NY 11802-3147


Xerox Financial Services
PO Box 3147
Hicksville, NY 11802

Yair Cohen
80-62 188th Street
Hollis, NY 11423


Yanek Mieczkowski
836 Walnut Avenue
Bohemia, NY 11716


Yenko Inc.
150 Grant Street
2nd Floor
Brooklyn, NY 11201


Yiging Lan
No. 144, Lishan Road
Lixia District
Jinan, 250013


Yousuf Khan Aslam
138 Princess Street
Hicksville, NY 11801


Zachary Russell Holmes
285 Inlet Vw E.
Mattituck, NY 11952


Zeklers Inc.
1061 N.Shepard Street
Suite L
Anaheim, CA 92806