## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DOWLING COLLEGE,<br><br>Debtor and Debtor in Possession. | Chapter 11<br><br>Case No. 16-75545 ( REG ) |

### NOTICE OF APPEARANCE OF COUNSEL
### AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., appears herein as counsel, and Garfunkel Wild, P.C., appears herein as co-counsel, to UMB Bank, National Association as indenture trustee for three series of bonds issued by or for the benefit of the Debtor: (a) a series of revenue bonds issued for the benefit of the Debtor by the Suffolk County Industrial Development Agency in 1996; (b) a series of revenue bonds issued for the benefit of the Debtor by the Town of Brookhaven Industrial Development Agency in 2002; and (c) a series of revenue bonds issued by the Debtor in 2015 (collectively, the "Secured Obligations") in connection with the above-referenced case, pursuant to Bankruptcy Rule 9010(b); and requests, pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, and pursuant to 11 U.S.C. §§ 102(1) and 342, that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the attorneys listed below:

        Ian A. Hammel, Esq.
        Eric R. Blythe, Esq.
        MINTZ, LEVIN, COHN, FERRIS,
          GLOVSKY AND POPEO, P.C.
        One Financial Center
        Boston, Massachusetts  02111
        Tel:  617-542-6000
        Fax:  617-542-2241
        E-mail: ihammel@mintz.com
        E-mail: eblythe@mintz.com

- and -

Adam T. Berkowitz, Esq.
Garfunkel Wild, P.C.
111 Great Neck Road
Great Neck, NY 11021
Tel: 516-393-2500
Fax: 516-918-5697
E-mail: aberkowitz@garfunkelwild.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral and whether transmitted or conveyed by mail, overnight delivery, messenger, facsimile, telephone, electronic medium or otherwise filed or made with regard to the referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this proceeding; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist

pursuant to agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED: November 29, 2016

Respectfully submitted,

 /s/ Ian A. Hammel
Ian A. Hammel, Esq. (Pro Hac Pending)
Eric R. Blythe, Esq. (Pro Hac Pending)
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts  02111
Tel:  617-542-6000
Fax:  617-542-2241
E-mail: ihammel@mintz.com
E-mail: eblythe@mintz.com

- and –

 /s/ Adam T. Berkowitz
Adam T. Berkowitz
Garfunkel Wild, P.C.
111 Great Neck Road
Great Neck, NY 11021
Tel: 516-393-2500
Fax: 516-918-5697
E-mail: aberkowitz@garfunkelwild.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DOWLING COLLEGE,<br><br>        Debtor and Debtor in Possession. | Chapter 11<br><br>Case No. 16-75545 ( REG ) |

**CERTIFICATE OF SERVICE**

I, Adam T. Berkowitz, do hereby certify that on the 29th day of November, 2016, I caused a copy of the Notice of Appearance and Request for Service of Papers to be served through the ECF system, and that copies will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of the date herein.

Dated:  November 29, 2016

                                                */s/ Adam T. Berkowitz*
                                                Adam T. Berkowitz

4143005v.1