# Notice Recipients

District/Off: 0207–8      User: smarcus      Date Created: 11/30/2016
Case: 8–16–75545–reg      Form ID: 764      Total: 5

**Recipients of Notice of Electronic Filing:**
aty      Joseph Charles Corneau      jcorneau@klestadt.com
aty      Lauren Catherine Kiss      lkiss@klestadt.com
aty      Sean C Southard      ssouthard@klestadt.com

    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Dowling College      150 Idle Hour Blvd.      Oakdale, NY 11769
smg      United States Trustee      Office of the United States Trustee      Long Island Federal Courthouse      560 Federal Plaza      Central Islip, NY 11722–4437

    TOTAL: 2