# Notice Recipients

District/Off: 0207−8          User: smarcus          Date Created: 11/30/2016
Case: 8−16−75545−reg          Form ID: 245          Total: 746

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
8919180     16−75545
8919549     L.I. Hardware
8919841     The Allen J Flood Company Two Madison Avenue Larch
8919855     Town of Brookhaven I.D.A. One Independence Hill Fa

                                        TOTAL: 4

**Recipients of Notice of Electronic Filing:**
aty     Joseph Charles Corneau     jcorneau@klestadt.com
aty     Lauren Catherine Kiss     lkiss@klestadt.com
aty     Sean C Southard     ssouthard@klestadt.com

                                        TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Dowling College     150 Idle Hour Blvd.     Oakdale, NY 11769
smg     United States of America     Secretary of the Treasury     15th Street & Pennsylvania Ave. NW     Washington, DC 20220
smg     NYS Unemployment Insurance     Attn: Insolvency Unit     Bldg. #12, Room 256     Albany, NY 12201
smg     NYS Department of Taxation & Finance     Bankruptcy Unit     PO Box 5300     Albany, NY 12205
smg     Internal Revenue Service     PO Box 7346     Philadelphia, PA 19101−7346
smg     NYC Department of Finance     345 Adams Street     Office of Legal Affairs     Brooklyn, NY 11201−3719
smg     United States Trustee     Office of the United States Trustee     Long Island Federal Courthouse     560 Federal Plaza     Central Islip, NY 11722−4437
8919181     24−7 Restoration, Inc.     34 Old Field Road     Setauket, NY 11733
8919182     4 Imprint     PO Box 1641     Milwaukee, WI 53201−1641
8919183     A E Auto Service Inc.     664 Montauk Highway     Shirley, NY 11967
8919184     A R C Graphics     44 George Street     E. Patchogue, NY 11472
8919185     A.C. Electrical Supplies     741 Smithtown By−Pass     Smithtown, NY 11787
8919186     A.O. Service Inc.     8 New York Avenue     Port Jefferson Station, NY 11776
8919187     A.W. & Sons Exhaust Inc.     336 Atlantic Street     Central Islip, NY 11722
8919188     AACTE     1307 New York Ave NW     Suite 300     Washington, DC 20005
8919190     ABS Pump Repair Inc.     89 Allen Blvd     Farmingdale, NY 11735
8919195     ADP, LLC     PO Box 842875     Boston, MA 02284
8919198     AFLAC New York     Attn: Remittance Processing     1932 Wynnton Road     Columbus, GA 31999
8919200     ALA     Membership Customer Service     Box 77−6499     Chicago, IL 60678−6499
8919223     AO Services Inc.     8 New York Avenue     Port Jefferson, NY 11776
8919228     ARC Excess & Surplus LLC     113 South Service Road     PO Box 9012     Jericho, NY 11753
8919234     AT&T     PO Box 105068     Atlanta, GA 30348−5068
8919235     AT&T − Universal Biller     PO Box 5019     Carol Stream, IL 60197−5019
8919189     Abigail Rose Eckhardt     8575 W. 93rd Court     Broomfield, CO 80021
8919191     Absolute Plumbing of Long Island, Inc.     90F Knickerbocker Avenue     Bohemia, NY 11716
8919192     Access Staffing, LLC PO Box 75334     Chicago, IL 60675−5334
8919193     Acme American Repairs Inc.     177−10 93rd Avenue     Jamaica, NY 11433
8919194     Action Sewer & Drain Services     PO Box 872     Bayport, NY 11705−0872
8919197     AdvanSys     68 Ourlmbah Road     Mosman NSW, Australia 2088
8919196     Advansys     68 Ourlmvah Road     Mosman, NSW, Autrialia
8919199     Airweld     94 Marine Street     Farmingdale, NY 11735
8919201     Alan J. Schaefer     40 Moffitt Blvd.     Islip, NY 11751
8919202     Albert Inserra     45 Inlet View Path     East Moriches, NY 11940
8919203     Alexander Smirnov     46 Johnson Avenue     Apt. #4D     Sayville, NY 11782
8919204     Alexandra Noel Ruiz     15 Country Road     Medford, NY 11763−1501
8919205     Alfred Pue     1383 Chicago Avenue     Bay Shore, NY 11706
8919206     All−Ways Elevator Inc.     5 Davids Drive     Hauppauge, NY 11788
8919207     Amanda Gallagher     10 Hancock Road     West Islip, NY 11795
8919208     American Arbitration Association     120 Broadway     New York, NY 10271
8919210     American Express     200 Vesey Street     New York, NY 10285
8919209     American Express     PO Box 2855     New York, NY 10116
8919211     American Hazardous Materials     303 Middle Country Road     Middle Island, NY 11953
8919212     American Telephone Company     PO Box 1465     Melville, NY 11747
8919213     Andrew Karp     24 White Birch Trail     East Quogue, NY 11942
8919214     Anna McAree     14 Bayberry Lane     Sag Harbor, NY 11963
8919215     Anna Stoloff     325 W 4th Street     Deer Park, NY 11729
8919216     Anne Burns Thomas     147 Lexington Drive     Ithaca, NY 14850
8919217     Anne Dimola     14 Christopher Court     West Islip, NY 11795
8919218     Anne M. Rullan     10 Buckingham Meadow Road     East Setauket, NY 11733
8919219     Anne McCaffrey     80 Tremont Avenue     Medford, NY 11763
8919220     Anthony Candelario     PO Box 11421     New Brunswick, NJ 08906
8919221     Anthony Ketterer     2380 Julia Goldbach Avenue     Ronkonkoma, NY 11779

| | | | | | |
|---|---|---|---|---|---|
| 8919222 | Antonetta Dente–Bostinto | 42 Willett Avenue | Sayville, NY 11782 | | |
| 8919224 | Apex Consulting Group Inc. | 320 17th Street | W Babylon, NY 11704 | | |
| 8919225 | Apgar Sales Co. Inc. | 54 Miry Brook Road | Danbury, CT 06810 | | |
| 8919226 | Apple Finance | Michael Lockwood | 23801 Calabases Road | Suite 101 | Calabasas, CA 91302 |
| 8919227 | Arbitrage Group | 3401 Louisiana Street, Suite 101 | Houston, TX 77002 | | |
| 8919229 | Archer, Byington, Glennon & Levine LLP James W. Ve | One Huntington Quadrangle, Suite 4C10 | PO Box 9064    Melville, NY 11747 | | |
| 8919230 | Arnold Saunders | 25 Harbor Watch Court | Sag Harbor, NY 11963 | | |
| 8919231 | Arrow Security | c/o Sterling National Bank | PO Box 75359 | Chicago, IL 60675–5359 | |
| 8919232 | Associated Energy Services | 86 Bridge Road | Islandia, NY 11749 | | |
| 8919233 | Astro Moving & Storage | Mr. Joseph Verderber Sr. | 30 Jefferson Avenue | Saint James, NY 11780 | |
| 8919236 | Baker & Taylor Books – 5 | PO Box 277930 | Atlanta, GA 30384–7930 | | |
| 8919237 | Bank of New York Mellon | 101 Barclay Street, 21 W. | New York, NY 10286 | | |
| 8919238 | Barbara Nolan | 55 Jones Drive | Sayville, NY 11782 | | |
| 8919239 | Barnes & Noble Bookstore Accounts Receivable Dept | Philadelphia, PA 19182–3660 | | | |
| 8919240 | Barnes, Iaccarino & Sheperd LLP | 258 Saw Mill River Road | Elmsford, NY 10523 | | |
| 8919241 | Barnwell House of Tires | 65 Jetson Lane | Central Islip, NY 11722 | | |
| 8919242 | Barry McNamara | 28 Bowler Road | East Rockaway, NY 11518 | | |
| 8919243 | Bay Gas Service | PO Box 701 | Shirley, NY 11967 | | |
| 8919244 | Bernard Newcombe | 52 Lindburgh Street | Massapequa, NY 11762 | | |
| 8919245 | Bill Fox Co. | 310–8 Hallock Avenue | Port Jefferson Sta, NY 11776 | | |
| 8919246 | Bio Corporation | 3910 Minnesota Street | Alexandria, MN 56308 | | |
| 8919247 | Bio–Rad Labs | Life Science Group | PO Box 849750 | Los Angeles, CA 90084–9750 | |
| 8919249 | Blackboard Inc. | 1111 19th Street, NW | Washington, DC 20036 | | |
| 8919248 | Blackboard Inc. | 650 Massachussetts Avenue NW | 6th Floor | Washington, DC 20001 | |
| 8919250 | Blackboard Inc. | 650 Massachussetts Avenue, NW | 6th Floor | Washington, DC 20001 | |
| 8919251 | Blackman Plumbing Supply | PO Box 9400 | Uniondale, NY 11555–9400 | | |
| 8919252 | Bonnie Forbes | 9 Birchfield Court | Coram, NY 11727 | | |
| 8919253 | Brendan Mitchell | 33 Namkee Road | Blue Point, NY 11715 | | |
| 8919254 | Bri–Tech, Inc | 829 Lincoln Avenue | Bohemia, NY 11716 | | |
| 8919255 | Brian A. Davis | 9 Somerset Road N | Amityville, NY 11701–2019 | | |
| 8919256 | Brian Coyle | 31 Willow Avenue | Islip, NY 11751 | | |
| 8919257 | Brian Kogen | 555 Forbush Street | Boontan, NJ 07005 | | |
| 8919258 | Brian Ramsarran | 70 Scotchpine Drive | Islandia, NY 11749–1605 | | |
| 8919259 | Brian Stipelman | 2 Roosevelt Avenue | Greenlawn, NY 11740 | | |
| 8919260 | Brianna L. Nicolia | 30 The Moor | East Islip, NY 11730 | | |
| 8919261 | Brianna M. Seckel | 141 Constantine Way | Mount Sinai, NY 11766 | | |
| 8919262 | Bridget Carroll | 3 Doral Lane | Bay Shore, NY 11706 | | |
| 8919263 | Brittany Jean Schulman | 2911 Kane Avenue | Medford, NY 11763 | | |
| 8919264 | Broadcast Music | 10 Music Square E. | Nashville, TN 37203 | | |
| 8919265 | Broadcast Music Inc. | PO Box 630893 | Cincinnati, OH 45263 | | |
| 8919266 | Bruce Haller | 61 Half Hollow Road | Commack, NY 11725 | | |
| 8919267 | Bruce Hoffman | PO Box 557 | Mount Sinai, NY 11776 | | |
| 8919268 | Bruce Leder, Esq. | 1700 Galloping Hill Road | Kenilworth, NJ 07033 | | |
| 8919291 | CBUAO | 5325 Lakefront Blvd #A | Delray Beach, FL 33484 | | |
| 8919292 | CDW–G | 75 Remittance Drive | Suite 1515 | Chicago, IL 60675 | |
| 8919318 | CIT Finance LLC | 21146 Network Place | Chicago, IL 60673 | | |
| 8919317 | CIT Finance LLC | 21146 Network Place | Chicago, IL 60673–1211 | | |
| 8919334 | CUPA–HR | PO Box 306257 | Nashville, TN 37230–6257 | | |
| 8919270 | Cablevision | PO Box 371378 | Pittsburgh, PA 15250 | | |
| 8919269 | Cablevision | PO Box 371378 | Pittsburgh, PA 15250–7378 | | |
| 8919271 | Cablevision Lightpath, Inc. | PO Box 360111 | Pittsburgh, PA 15251 | | |
| 8919272 | Cablevision of Brookhaven | 11 Industrial Road | Port Jefferson, NY 11776 | | |
| 8919274 | Capital One NA | 313 Carondelet Street | New Orleans, LA 70130 | | |
| 8919273 | Capital One NA | PO Box 60024 | New Orleans, LA 70160–0024 | | |
| 8919275 | Carla Guevara | 2712 Chestnut Avenue | Ronkonkoma, NY 11779 | | |
| 8919276 | Carlos Alvarez | 25 Harbor Watch Court | Sag Harbor, NY 11963 | | |
| 8919277 | Carlos Cunha | 54 Park Drive | Rocky Point, NY 11778 | | |
| 8919278 | Carol Fisch | 20 Sunflower Drive | Hauppauge, NY 11788 | | |
| 8919279 | Carol Okolica | 455 FDR Drive | Apt. B1607 | New York, NY 10002 | |
| 8919280 | Carol Pulsonetti | 158 Elkton Lane | North Babylon, NY 11703 | | |
| 8919281 | Carolina Biological Supply | PO Box 60232 | Charlotte, NC 28260–0232 | | |
| 8919282 | Carolyn Spencer | 18 Gianna Court | Southampton, NY 11968 | | |
| 8919283 | Carousel Industries of NA, Inc. | PO Box 842084 | Boston, MA 02284–2084 | | |
| 8919284 | Carousel Industries of North America Inc | PO Box 842084 | Boston, MA 02284 | | |
| 8919286 | Carrier Commercial Service | 4110 Butler Pike | Plymouth Meeting, PA 19462 | | |
| 8919285 | Carrier Commercial Service | P.O. Box 93844 | Chicago, IL 60673–3844 | | |
| 8919287 | Carrier Corporation | c/o Administrative Agent | PO Box 241566 | Cleveland, OH 44124 | |
| 8919288 | Casa Del Campo | 25 Harbor Watch Court | Sag Harbor, NY 11963 | | |
| 8919289 | Cascade Water Service | 113 Bloomingdale Road | Hicksville, NY 11801 | | |
| 8919290 | Cassidy Brooke Rollman | 37 Arbour Street | West Islip, NY 11795–1016 | | |
| 8919293 | Center for Education & E | 370 Technology Drive | PO Box 3008 | Malvern, PA 19355 | |
| 8919294 | Certilman Balin Adler & Hyman, LLP Thomas J. McNam | 90 Merrick Avenue | East Meadow, NY 11554 | | |
| 8919295 | Cesar Arturo Alvarado | 94 Harbor Road | Staten Island, NY 10303 | | |
| 8919296 | Cha–Neice Gordon | 25 Harbor Watch Court | Sag Harbor, NY 11963 | | |

8919298    Charles McCabe    58 Woodlawn Ave.    Oakdale, NY 11769
8919297    Charles McCabe    58 Woodlawn Avenue    Oakdale, NY 11769
8919299    Charles Thomas Collins    79 Summerfield Drive    Holtsville, NY 11742
8919300    Chase Weiss & Kehoe LLC Matthew J. Weiss    190 Monroe Street, Suite 203    Hackensack, NJ 07601
8919301    Chris Sotiro    6 Mulligan Drive    Flanders, NJ 07836
8919302    Chrisann Anderson    156 Twin Lawns Avenue    Brentwood, NY 11717
8919303    Christian Lynch    82 Lincoln Avenue    Apt. B3    Rockville Centre, NY 11570
8919304    Christian Perring    56 Rollstone Avenue    West Sayville, NY 11796
8919305    Christina Green    21 Bauer Avenue    Manorville, NY 11949
8919306    Christina Vellia    18 Grace Marie Court    W. Babylon, NY 11704
8919307    Christine Felton    460 Lincoln Avenue    Sayville, NY 11782
8919308    Christine M. Schumm    2876 Vista Acedera    Carlsbad, CA 92009
8919309    Christopher Boyko    86 Litchfield Avenue    Babylon, NY 11702
8919310    Christopher Di Santo    73–03 Bell Blvd.    Apt. #6M    Bayside, NY 11364
8919311    Christopher Kretz    114 Lincoln Avenue    Sayville, NY 11782
8919312    Christopher Schmidt    1 Forest Road    Rockville Center, NY 11570
8919313    Chronicle of Higher Education    PO Box 16359    North Hollywood, CA 91615–9155
8919314    Chucks Auto Repair    157 Nassau Avenue    Islip, NY 11751
8919315    Cigna Health & Life Insurance Co.    900 Cottage Grove Road, B6LPA    Hartford, CT 06152
8919316    Ciscon Laundry Corp    Ultimate Laundry    4520 Sunrise Hwy    Oakdale, NY 11769
8919319    Claire O'Rourke    45 Locust Street    Bayport, NY 11705
8919320    Classic Coach Transportation    1600 Locust Avenue    Bohemia, NY 11716
8919321    Claudia McGivney    32 Beacon Lane    East Northport, NY 11731
8919322    Clelon A. McGee    8517 Riddle Place    Raleigh, NC 27615
8919323    CohnReznick LLP    4 Becker Farm Road    Roseland, NJ 07068
8919324    College Board    11911 Freedom Drive    Suite 300    Reston, VA 20190
8919325    Commission on Independent    17 Elk Street    PO Box 7289    Albany, NY 12224
8919326    Commissioner of Motor Vehicles    Dept. of Motor Vehicles    PO Box 359    Utica, NY 13503
8919327    Compass Consulting Group    18 Field Daisy Lane    East Northport, NY 11731
8919328    Computer Integrated Services    561 Seventh Avenue    13th Floor    New York, NY 10018
8919329    Corp. For National & Community Service    1895 Preston White Drive    Suite 100    Reston, VA 20191–5434
8919330    Council for Higher Education    One Dupont Circle NW    Suite 510    Washington, DC 20036
8919331    Coz Delillo    14 Plover Lane    Hicksville, NY 11801
8919332    Craig Eason    3 Paula Lane    New City, NY 10956
8919333    CulinArt, Inc. PO Box 4738    Houston, TX 77210–4738
8919335    Cynthia Grossman    68 Birchwood Road    Coram, NY 11727
8919336    Daily News    Attn: Jim Lonek – Finance Dept    125 Theodore Conrad Drive    Jersey City, NJ 07305–4698
8919337    Dallas Cardone    2312 Sound Avenue    Baiting Hollow, NY 11933
8919338    Daniel Fiel    212 East 95th Street    Unit 1–B    New York, NY 10128
8919339    Daniel Ness    PO Box 301    Williston Park, NY 11596
8919340    David E. Pritchard    88 Washington Avenue    Cambridge, MA 02140
8919341    David J. Jensen    25 Harbor Watch Court    Sag Harbor, NY 11963
8919342    David Racanelli    73 Pacific Dunes Ct.    Medford, NY 11763
8919343    Dawn Manganello    19 David Street    Holbrook, NY 11741
8919344    Dayspring Pen Shop    111 Derrick Drive    Irmo, SC 29063
8919345    Deborah Wynne (Deceased)    115 Michael Road    Oakdale, NY 11769
8919346    Debra Dunn    12 Waltess Road    Ronkonkoma, NY 11779
8919347    Debra Gustafson    32 Terrace Lane    Patchogue, NY 11772
8919348    Debra L. Piechnik    202 Palmer Circle    Sayville, NY 11782
8919349    Denise Igenito    145 S. 6th Street    Bethpage, NY 11714
8919350    Denise Zamiello–Schiozzi    117 Gillette Avenue    Patchogue, NY 11772
8919351    Department of Veteran Affairs    Agent Cashier–Buffalo Regional Processin    130 S Elmwood Avenue    Buffalo, NY 14202
8919352    Derek Charles Muzio    19 Peace Court    Selden, NY 11784
8919353    Desiree Nelson/Matthew Pasquale    56 Van Bomel Blvd    Oakdale, NY 11769
8919354    Diane Fischer    3 Hollow Road    Stony Brook, NY 11790
8919355    Diane Holliday    31 Clarkson Road    Centereach, NY 11720
8919356    Diane Impagliazzo    23 Meadow Farm Road    East Islip, NY 11730
8919357    Discover Student Loans    PO Box 30947    Salt Lake City, UT 84130
8919358    District No.15 IAMAW    25 Harbor Watch Court    Sag Harbor, NY 11963
8919359    Donald Beahm    20 Trenridge Road    Lincoln, NE 68505
8919360    Donald Steven Dougherty    74 West Lane    Bayshore, NY 11706
8919361    Doreen Muse    53 Oak Avenue    Huntington Station, NY 11746
8919362    Dori Byan    209K Springmeadow Drive    Holbrook, NY 11741
8919363    Dowling College    St. Johns University Campus    500 Montauk Highway    Shirley, NY 11967
8919364    Dowling College Chapter of NYSUT    150 Motor Parkway    Hauppauge, NY 11788
8919365    Dowling College Defined Contribution Pla c/o Dowli    150 Idle Hour Blvd. Oakdale, NY 11769
8919366    Durham, Richard    3 Overlook Drive    Waterford, CT 06385
8919369    EBSCO Subscription Services    Payment Processing Center    PO Box 204661    Dallas, TX 75320–4661
8919371    EDUCAUSE    4771 Walnut Street    Suite 206    Boulder, CO 80304
8919372    EDVOTEK, Inc.    1121 5th St NW    Washington, DC 20001
8919389    ESRI Inc.    380 New York Street    Redlands, CA 92373
8919390    ESU Student Activity Association    200 Prospect St. University Center    East Stroudsburg, PA 18301
8919367    East Coast Conference    Attn: Bob Dranoff, Commissioner    300 Carlton Ave NYIT Bldg 66    Central Islip, NY 11722

```
8919368    East Islip Lumber        33 Wall Street        East Islip, NY 11730
8919370    Echanove Gonzalez de Anleo        Rheinbrohler Weg 11        Dusseldorf, 0 40489
8919373    Edward Gullason        7 Wayside Lane        Smithtown, NY 11787
8919374    Edward H. Wallace        55 Springdale Avenue        Massapequa, NY 11758−6748
8919375    Edward Urso        52 Greenwich Hills Drive        Greenwich, CT 06831
8919376    Elana Zolfo        93 Hidden Pond Circle        Smithtown, NY 11787
8919377    Elbar Duplicator Corporation        105−26 Jamaica Avenue        Richmond Hill, NY 11418
8919378    Elizabeth (Ducie) O'Brien        457 Birch Hollow Drive        E. Yaphank, NY 11967
8919379    Elizabeth J. Manning        131 S. Fairview Avenue        Bayport, NY 11705
8919380    Ellucian Support Inc.        62578 Collections Center Drive        Chicago, IL 60693
8919381    Elsa−Sofia Morote        64 Lexington Road        Shirley, NY 11967
8919382    Elsevier Science, B.V. PO Box 945        New York, NY 10015−9094
8919383    Emily Anne Javis        44 Sabre Drive        Selden, NY 11784
8919384    Emira Chand        105 Sheridan Avenue        Brooklyn, NY 11208−3024
8919385    Engin Suvak        1172 Warwick Street        Uniondale, NY 11553
8919386    Environmental Energy        120 C E Jefryn Blvd        Deer Park, NY 11729
8919387    Eric Pavels        1150 Rosedale Road        Valley Stream, NY 11581
8919388    Erin Gregory        23 Ocean Avenue        Mastic, NY 11950
8919391    Eugene R. Bayliss Jr.        16D Seabreeze Avenue        Milford, CT 06460
8919392    Everbank        PO Box 91160        Denver, CO 80291
8919393    Evoqua Water Technologies        28563 Network Place        Chicago, IL 60673−1285
8919394    Expense Reduction Analyst        PO Box 956251        St Louis, MO 63195−6251
8919395    Faronics Technologies        5506 Sunol Blvd.        Suite 202        Pleasanton, CA 94566
8919396    First Reliance Standard        PO Box 3123        Southeastern, PA 19398
8919397    First Student Inc.        1065 Belvoir Road        Plymouth Meeting, PA 19462
8919398    Fitzgerald's Driving School        1350 Deer Park Avenue        North Babylon, NY 11703
8919399    Ford Motor Credit        PO Box 220564        Pittsburgh, PA 15257
8919400    Fox Glass Company East        45 Bloomingdale Road        Hicksville, NY 11801
8919401    Francis Samuel        39 N Carll Avenue        Babylon, NY 11702
8919402    Francis Tidd        26 Magnolia Street        Central Islip, NY 11722
8919403    Francis Winslow        P.O. Box 14235        Hauppauge, NY 11788
8919404    Franklin Leavandosky        115 Ketcham Avenue        Patchogue, NY 11772
8919405    Fred Rispoli        132 Connetquot Road        Oakdale, NY 11769
8919406    Freedom Scientific        BLV Group − Charlie Madsen        11800 31st Ct N        Saint Petersburg, FL
           33716
8919407    Freedom Scientific        c/o BLV Group, Charlie Madsen        11800 31st Court, N.        Saint Petersburg, FL
           33716
8919408    G & G Fences of LI PO Box 389        Bohemia, NY 11716
8919416    GBC Acco Brands        PO Box 203412        Dallas, TX 75320−3412
8919432    GWAVA        1175 S. 800 E.        Orem, UT 84097
8919409    Gabriel Garcia        3561 SW 123rd Court        Miami, FL 33175
8919410    Gabriella Russo        90−15 156 Avenue        Howard Beach, NY 11414
8919411    Gail Scherz        35 Terrell Street        Patchogue, NY 11772
8919412    Garfunkle Wild, P.C. Adam T. Berkowitz, Esq.        111 Greak Neck Road, Suite 600        Great Neck, NY
           11021
8919413    Gary Bishop        106 Sunrise Avenue        Sayville, NY 11782
8919414    Gary Moran        473 Edgewood Place        Rutherford, NJ 07070
8919415    Gavin Chamberlain        8 Grand Haven Drive        Commack, NY 11725
8919417    Geoffrey and Anna Maria Stewart        87 Central Blvd        Oakdale, NY 11769
8919418    George Cavuto        34 Hemlock Lane        Bay Shore, NY 11706
8919419    George Foundotos        4 Damin Circle        St. James, NY 11780
8919420    George P. Evanego        63 Mayberry Avenue        Monroe, NJ 08831
8919421    George Samito        23 Westbridge Drive        Babylon, NY 11702
8919422    Geraldine Vincent        25 Dale Drive        Oakdale, NY 11769
8919423    Glen Brauchle        91 Deer Park Avenue        Apt 2        Babylon, NY 11702
8919424    Glenn W. Barham        9001 Blackley Lake Road        Wake Forest, NC 27587
8919425    GoDaddy.com Inc.        14455 N. Hayden Road        Suite 219        Scottsdale, AZ 85260
8919426    Gopher        NW5634        PO Box 1450        Minneapolis, MN 55485−5634
8919428    GreatAmerica Financial Services        PO Box 660831        Dallas, TX 75266
8919427    GreatAmerica Financial Services        PO Box 660831        Dallas, TX 75266−0831
8919429    Gregory Quirolo        25 Harbor Watch Court        Sag Harbor, NY 11963
8919430    Grossane Teresa        2070 Potter Avenue        Merrick, NY 11566
8919431    Guanann Li        135 Westwood Drive        Apt. 151        Westbury, NY 11590
8919433    Hal Mishkin        56 Broadview Circle        Wading River, NY 11793
8919434    Hamid Ikram        48 W. Shore Road        Oakdale, NY 11769
8919435    Handras, Kerri        20 Charter Avenue        Dix Hills, NY 11746
8919437    Harland Technology Services        PO Box 45550        Omaha, NE 68145
8919436    Harland Technology Services        PO Box 45550        Omaha, NE 68145−0550
8919438    HealthPlex        333 Earle Ovington Blvd.        3rd Floor        Uniondale, NY 11553
8919439    Hector M. Martinez Jr.        25 Harbor Watch Court        Sag Harbor, NY 11963
8919440    Heidi Kelly − Strawgate        166 South Street        Manorville, NY 11949
8919441    Helen Bausenwein        235 Cedrus Avenue        East Northport, NY 11731
8919442    Helen Bohlen        21 Loft Road        Smithtown, NY 11787
8919443    Helen Densing        214 Oak Street        Patchogue, NY 11772
8919444    Herbert Bernstein        5 Brewster Lane        Bellport, NY 11713
8919445    Herff Jones        PO Box 882        Commack, NY 11725
8919446    Higher One        115 Munson Street        New Haven, CT 06511
8919447    Hobsons, Inc. PO Box 505208        St Louis, MO 63150−5208
```

```
8919448    Home Depot Credit Service        PO Box 9055        Des Moines, IA 50368
8919449    Hoselton Chevrolet        909 Fairport Road        East Rochester, NY 14445
8919450    Hy–Cert Services, Inc. PO Box 534        Miller Place, NY 11764–7006
8919452    I.A.M. National Pension Fund        1300 Connecticut Avenue, NW        Suite 300        Washington, DC
           20036
8919451    I.A.M. National Pension Fund        P.O. Box 791129        Baltimore, MD 21279
8919453    IACBE        11374 Strang Line Road        Lenexa, KS 66215
8919454    IBM Corporation        PO Box 643600        Pittsburgh, PA 15267
8919463    IRG Towing        92 Carlton Avenue        Islip Terrace, NY 11752
8919455    Ingerman Smith, L.L.P.        150 Motor Pkwy        Suite 400        Hauppauge, NY 11788
8919456    Innovative Interfaces Inc        PO Box 74008010        540 W Madison, 4th Floor        Chicago, IL
           60674–8010
8919457    Int'l Assoc. of Machinists and Aerospace        AFL–CIO Local Lodge No. 434        District Lodge No. 15        652
           4th Avenue        Brooklyn, NY 11232
8919458    Int'l Union of Operating Engineers        Local 30 (AFL–CIO)        New York Headquaters        16–16 White
           Stone Expressway        Whitestone, NY 11357
8919459    Intelli–Tec Security Services        150 Eileen Way        Unit #2        Syosset, NY 11791
8919460    International Union of Operation Enginee        16–16 Whitestone Expressway        5th Floor        Whitestone, NY
           11357
8919461    Investintech.com Inc.        425 University Avenue        Suite 301        Toronto, ON M5G1T6
8919462    Ipswitch Inc. PO Box 3726        New York, NY 10008
8919464    Iron Mountain        PO Box 27129        New York, NY 10087–7129
8919465    Isaac Rosler        58 Sound Breeze Trail        Wading River, NY 11792
8919466    Island Sports Video, Inc        241 Christian Avenue        Stony Brook, NY 11790
8919467    It's Moore Entertainment        P.O Box 3273        Patchogue, NY 11772
8919525    JRB Software        PO Box 28–118        Christchurch, NZ 8242
8919526    JTA Leasing Co. LLC Attn: Mark Kitaeff        34 Wren Drive        East Hill, NY 11576
8919527    JTA Leasing Co. LLC Mark Kitaeff        34 Wren Drive        East Hill, NY 11576
8919468    Jack Schiavone        766 Brady Avenue        Apt. #437        Bronx, NY 10462
8919469    Jackie Hannan        5 Alfan Avenue        Sayville, NY 11782
8919470    Jackson Lewis, LLP PO Box 416019        Boston, MA 02241–6019
8919471    Jaclyn Carlo        49 Grandview Lane        Smithtown, NY 11787
8919472    Jacqueline Leonard        2836 Leslie Court        Laramie, WY 82072
8919473    Jacqueline Rogers        47 Simon Street        Babylon, NY 11702
8919474    Jaewoo Park        25 Harbor Watch Court        Sag Harbor, NY 11963
8919475    James E. Crenshaw        16 Bailey Lane        Manorville, NY 11949
8919476    James Murphy        7 Center Drive        Syosset, NY 11791
8919477    Jamie Gunter        542 Terrace Road        Bayport, NY 11705
8919478    Jamie Kass        6 Edith Court        West Babylon, NY 11704
8919479    Janine Barrese        124 Raynor Street        West Babylon, NY 11704
8919480    Jarvis Watson        10 Fairview Drive        Shirley, NY 11967
8919481    Jason A. Long        55 Clymer Street        Port Jefferson Station, NY 11776
8919482    Jason Truffant        15 Idle Hour Blvd.        Oakdale, NY 11769
8919483    Jeffrey John DiMarco        426 Wading River Road        Manorville, NY 11949
8919484    Jeffrey Stover        930 Maple Street        Bohemia, NY 11716
8919485    Jennifer Formica        56 Stagg Street        Apt. 19        Brooklyn, NY 11206
8919486    Jeppesen–Sanderson        PO Box 840864        Dallas, TX 75284–0864
8919487    Jeremy Steven Johnson        278 N 8th Street        Lindenhurst, NY 11757
8919488    Jericho UFSD        99 Cedar Swamp Rd        Jericho, NY 11753–1202
8919489    Jesse Schaefer        223 W. Fulton Street        Long Beach, NY 11561
8919490    Jessica Roque        10 Warren Grove Road        Warren Grove, NJ 08005
8919491    Jet Environmental Testin        114 Wedgewood Drive        Coram, NY 11727
8919492    Jim Vignona        2 Point O Woods Avenue        Point O Woods, NY 11706
8919493    Jo Ann Lewald        25 Midway Street        Babylon, NY 11702
8919494    Joan Asher        55 Avenue D        Farmingville, NY 11738
8919495    Joan Boyle Morriss        4231 Oakbeach Road W.        Babylon, NY 11702
8919496    Joann Barry        29 Elchesten Drive        E Northport, NY 11731
8919497    Joanne DeSantis        86 Woody Lane        Oakdale, NY 11769
8919498    Joe Fanning        3 Hazel Avenue        Farmingdale, NY 11735
8919499    Joe Silvent        25 Harbor Watch Court        Sag Harbor, NY 11963
8919500    John Casey        115 Idle Hour Blvd.        Oakdale, NY 11769
8919501    John G. Trotta        13 Brand Street        Hastings on Hudson, NY 10706
8919502    John Hanley        29 Dover Hill Drive        Nesconset, NY 11767
8919503    John Ingoglia & Tabitha Ueblacker        88 Central Blvd.        Oakdale, NY 11769
8919504    John J. Monaco        27 Brookvale Lane        Lake Grove, NY 11755
8919505    John Mateyko        84 Barnes Street        Long Beach, NY 11561
8919506    John Tuttle        25 Harbor Watch Court        Sag Harbor, NY 11963
8919507    John Urick        951 Old Town Road        Coram, NY 11727
8919508    John Van Brunt        24 Birchdale Drive        Holbrook, NY 11741
8919509    John Vargas        36 Irving Avenue        Floral Park, NY 11001
8919510    Jonathan Nguyen        32 Madison Avenue        Medford, NY 11763
8919511    Jose Melendez        247 Laclede Avenue        Uniondale, NY 11553
8919512    Joseph A. Formisano        46 Merillon Avenue        Garden City, NY 11530
8919513    Joseph Behar        9 Brown's River Road        Sayville, NY 11782
8919514    Joseph Bertuglia        PO Box 349        Great River, NY 11739
8919515    Joseph D. Donofrio        25 Harbor Watch Court        Sag Harbor, NY 11963
8919516    Joseph Donofrio        25 Harbor Watch Court        Sag Harbor, NY 11963
8919517    Joseph Economico        215 Weskura Road        Yorktown Heights, NY 10598
```

```
8919518    Joseph Kasten      80 Teddy Court        Ronkonkoma, NY 11779
8919519    Joseph Lee     25 Harbor Watch Court       Sag Harbor, NY 11963
8919520    Joseph Manzione      25 Harbor Watch Court       Sag Harbor, NY 11963
8919521    Joshua D. Cerna      446 61st Street      Apt 2D      Brooklyn, NY 11220
8919522    Joshua Gidding      325 Lenox Road      Huntington Station, NY 11746
8919523    Joshua Soto     68 Oakland Avenue      Deer Park, NY 11729
8919524    Journal News Media Group     P.O Box 822883      Philadelphia, PA 19182–2883
8919528    Juan Ramierz     1013 N Delaware Avenue      Lindenhurst, NY 11757
8919529    June Ann Smith     4 Ovington Circle      Westbury, NY 11590
8919530    Justin Robert Carlson     8 Mercer Street      Port Jefferson Station, NY 11776
8919531    Justino Reyes     42 Floradora Drive      Mastic, NY 11950
8919543    KPMG LLP Dept 0511     PO Box 120511      Dallas, TX 75312–0511
8919532    Katherine Ventimiglia     2 Emily Way      East Setauket, NY 11733
8919533    Kathleen Ruggeri     45 Ketewamoke Avenue      Babylon, NY 11702
8919534    Kaylee M. Graswald     27 Beverly Street      Islip, NY 11751
8919535    Keith McCaffrey     6 Flora Drive      Mount Sinai, NY 11766
8919536    Kendell Thorton     PO BOX 804      Winterville, NC 28590
8919537    Kerri (Handras) McCabe     20 Charter Avenue      Dix Hills, NY 11746
8919538    Kevin DeSlauriers     6 Jessie Road      Eastport, NY 11941
8919539    Kevin Harrington     31 Middle Island Avenue      Medford, NY 11763
8919540    Kimberly Poppiti     83 Buffalo Avenue      Medford, NY 11763
8919141    Kimberly Poppiti     c/o Stim & Warmuth, P.C.      2 Eighth Street      Farmingville, NY 11738
8919541    Kiomelis Rodriguez     52 Tamarack Street      Central Islip, NY 11722
8919542    Konica Minolta Premier Finance      PO Box 642333      Pittsburgh, PA 15264
8919544    Kristine Boniello     516 Locust Avenue      Oakdale, NY 11769
8919545    Kyle Na Malin–Levantino     25 Harbor Watch Court       Sag Harbor, NY 11963
8919546    L&J Cesspool Service     2 Merrick Blvd      East Moriches, NY 11940
8919547    L.I. Automatic Doors     26 W Old Country Road      Hicksville, NY 11801
8919548    L.I. Hardware     4155 Veterans Hwy      Suite 9      Ronkonkoma, NY 11779
8919569    LI Library Resource Counsel (LILRC) Melville Libra      Suite E310      Stony Brook, NY 11794
8919550    LaCorte Farm & Lawn Equipment      522 Edwards Avenue      Calverton, NY 11933
8919552    LandTek Group Inc     235 County Line Road      Amityville, NY 11701
8919551    Landscapes by Sean Fleck     PO Box 1363      Stony Brook, NY 11790
8919553    Laser Performance Product      44 W Jefryn Blvd      Suite N      Deer Park, NY 11729
8919554    Laser Performance Products, Inc.      44 W. Jefryn Blvd.      Suite N      Deer Park, NY 11729
8919555    Laura Pope Robbins     383 Birch Hollow Drive      Shirley, NY 11967
8919556    Laurel Publications     Gloria Schetty      595 Rte 25A – Suite 18      Miller Place, NY 11764
8919557    Lauren Bufalo     44 Van Bomel Blvd      Oakdale, NY 11769
8919558    Laurie Forster     63 Rose Street      Massapequa Park, NY 11762
8919559    Lazard Freres & Co., LLC PO Box 5394      New York, NY 10124
8919564    LeMoyne College Golf      Office of Athletics      1419 Salt Springs Road      Syracuse, NY 13214
8919560    Leaf     P.O. Box 742647      Cincinnati, OH 45274–2647
8919561    Leaf     PO Box 742647      Cincinnati, OH 45274
8919562    Leann Doyle     48 Grove Avenue      Patchogue, NY 11772
8919563    Legacy Plus, Inc.     234 Maple Avenue      Patchogue, NY 11722
8919565    Leo A. Giglio     9 Hilltop Drive      Melville, NY 11747
8919566    Leo Giglio     9 Hilltop Drive      Melville, NY 11747
8919567    Lester Corrain     60 Morris Street      Brentwood, NY 11717
8919568    Lester Corrian     542 Terrace Road      Bayport, NY 11705
8919570    Linda Ardito     5 Two Rod Road      Huntington, NY 11743
8919571    Linda Bausch     289 Donald Blvd      Holbrook, NY 11741
8919572    Linda Catelli     14 Dorset Road      Southampton, NY 11968
8919573    Linda Graceffo     160 Plainview Road      Woodbury, NY 11797
8919574    Lisa Braxton     55 Panamoka Trail      Ridge, NY 11961
8919575    Local 153 Pension Fund     265 14th Street      New York, NY 10011
8919576    Lois Kahl     349 Singingwood Drive      Holbrook, NY 11741
8919578    Long Island Business News      SDS–12–2632      P.O BOX 86      Minneapolis, MN 55486–2632
8919579    Long Island Geese Control     308 W Main Street, LL Suite 2      Smithtown, NY 11787
8919580    Long Island Gym Equipment Co.      1400 N Pentaquit Avenue      Bay Shore, NY 11706
8919577    Long Island and University      Ms Mercedes Ravelo, DirPublicSafety      250 Joralemon St., Brooklyn Law
           School      Brooklyn, NY 11201
8919581    Lori Zaikowski     130 Jackie Court      Patchogue, NY 11772
8919582    Lowe's     Business Accounts      PO Box 530954      Atlanta, GA 30353
8919583    Lucianna Basilice     23c Commadore Lane      West Babylon, NY 11704
8919584    Luis Rivera     11940 Angle Pond Avenue      Windermere, FL 34796
8919585    Lumension Security, Inc.     8660 E. Hartford Drive      Suite 300      Scottsdale, AZ 85255
8919626    MDS     PO Box 11394      Newark, NJ 07101
8919665    MWDD     5908 Featherlight Place      Santa Rosa, CA 95409
8919586    Madeline Nelson     45 Monroe Street      Northport, NY 11768
8919587    Madeline Smith     217 Pleasant Drive      West Bay Shore, NY 11706
8919588    MailFinance     478 Wheelers Farm Road      Milford, CT 06461
8919589    MailFinance Inc.     25881 Network Place      Chicago, IL 60673–1258
8919590    Mailien L. Neefeldt     12 Sherry Street      East Islip, NY 11730
8919591    Maplesoft     615 Kumpf Drive      Waterloo, ON N2V 1K8      Canada
8919592    Marcus Tye     PO Box 832      East Quogue, NY 11942
8919593    Margaret Intreglia     7 Marilyn Court      West Babylon, NY 11704
8919594    Mariea Noblitt     801 Kenmore Road      Chapel Hill, NC 27514
8919595    Mariel Stegmeir     245 Edgewood Street      Islip Terrace, NY 11752
```

| | | | | |
|---|---|---|---|---|
| 8919596 | Marilyn J. Mather | 22 Redwood Court | Coram, NY 11727 | |
| 8919597 | Marilyn Mather | 22 Redwood Court | Coram, NY 11727 | |
| 8919598 | Marilyn Rock | 123 Vanderbilt Blvd | Oakdale, NY 11769 | |
| 8919599 | Mario Calabrese | 135 Cook Road | Prospect, CT 06712 | |
| 8919600 | Marissa Grace Trezza | 25 Harbor Watch Court | Sag Harbor, NY 11963 | |
| 8919601 | Mark Carattini | 32 William Street | Smithtown, NY 11787 | |
| 8919602 | Mark D. Schulte | 11 West End Avenue | Newton, NJ 07860 | |
| 8919603 | Mark Greer | PO Box 428 | Rocky Point, NY 11778 | |
| 8919604 | Markertek Video Supply | Attn Ryan Young | 1 Tower Drive, PO Box 397 | Saugerties, NY 12477 |
| 8919606 | Marlin Leasing | PO Box 13604 | Philadelphia, PA 19101 | |
| 8919605 | Marlin Leasing | PO Box 13604 | Philadelphia, PA 19101–3604 | |
| 8919607 | Marshall Perry | 933 Manor Lane | Bay Shore, NY 11706 | |
| 8919608 | Martha Klotz | 60 River Road | P.O. Box 550 | Great River, NY 11739 |
| 8919609 | Martin Schoenshals | c/o Law Office of Rachel J. Minter | 345 Seventh Avenue, 21st Floor | New York, NY 10001 |
| 8919610 | Mary Abell | 268 Bowery | 4th Floor | New York, NY 10012 |
| 8919611 | Mary Bridgwood | 24 Emilie Drive | Center Moriches, NY 11934 | |
| 8919612 | Mary Cappasso | 25 Harbor Watch Court | Sag Harbor, NY 11963 | |
| 8919613 | Mary Donoghue | 51 Cannon Drive | Holbrook, NY 11741 | |
| 8919614 | Mary Sullivan | 951 Kahle Street | Bohemia, NY 11716 | |
| 8919615 | Mary T. Hickey | 73 Fraser Avenue | Merrick, NY 11566 | |
| 8919616 | Maryann Campagno | 107 Guilford Avenue | Oakdale, NY 11769 | |
| 8919617 | Maryann Stover | 264 Candee Avenue | Sayville, NY 00117–8200 | |
| 8919618 | Mastrantonio Caterers Inc. | 333 Moffitt Blvd | Islip, NY 11751 | |
| 8919619 | Mastrantonio Caterers Inc. | 333 Moffitt Blvd. | Islip, NY 11751 | |
| 8919620 | Matthew Benj Goldstein | 519 East Penn Street | Long Beach, NY 11561 | |
| 8919621 | Matthew Joseph Simone | 4037 Chestnut Street | Seaford, NY 11783–1909 | |
| 8919622 | Matthew Whelan | 2 Emmet Drive | Stony Brook, NY 11790 | |
| 8919623 | Maureen Earle | 506 Lombardy Blvd | Brightwaters, NY 11718 | |
| 8919624 | McCarney Tours | 2858 N. Wading River Road | Wading River, NY 11792 | |
| 8919625 | McGraw–Hill | School Education Holdings LLC | Lockbox 71545 | Chicago, IL 60694–1545 |
| 8919627 | Medco Supply Company | PO Box 971543 | Dallas, TX 75397 | |
| 8919628 | Megan N. Murphy | 7 Center Drive | Syosset, NY 11791 | |
| 8919629 | Meister Seelig & Fein LLP | 125 Park Ave | 7th Floor | New York, NY 10017 |
| 8919630 | Melissa Tillman | 1859 Leonard Lane | Merrick, NY 11566 | |
| 8919631 | Melody L. Cope | 21 Chateau Drive | Oakdale, NY 11769 | |
| 8919632 | Mergent, Inc. | PO Box 741892 | Atlanta, GA 30384–1892 | |
| 8919633 | Meron Lindenfeld | 5 Fairlee Drive | East Northport, NY 11731 | |
| 8919634 | Meru Leasing c/o CIT Finance | 21146 Network Place | Chicago, IL 60673 | |
| 8919635 | Meru Wireless | c/o Carousel Industries of N.A. Inc. | PO Box 842084 | Boston, MA 02284 |
| 8919636 | Metromedia Technologies, Inc. | PO Box 28350 | New York, NY 10087–8350 | |
| 8919637 | Metropolitan Data Solutions | 279 Conklin Street | Farmingdale, NY 11735 | |
| 8919639 | Michael Aloi | 142 McConnell Avenue | Bayport, NY 11705 | |
| 8919640 | Michael Anthony Cafaro | 1174 Old Coats Road | Lillington, NC 27546 | |
| 8919641 | Michael Beck | 44 Ocean Avenue | Blue Point, NY 11715 | |
| 8919642 | Michael Cappell & Mandolynne Hopkins | 47 Chateau Drive | Oakdale, NY 11769 | |
| 8919643 | Michael Delia | 129 Michaels Lane | Wading River, NY 11792 | |
| 8919644 | Michael Herold | 5 Tower Lane | Levittown, NY 11756 | |
| 8919645 | Michael J. Chebetar | PO Box 242 | Cross River, NY 10518 | |
| 8919646 | Michael Klotz | 60 River Road | P.O. Box 550 | Great River, NY 11739 |
| 8919647 | Michael Lettieri | 15 The Lane | Bayport, NY 11705 | |
| 8919648 | Michael P. Zingaro | 35 Summit Road | Sparta, NJ 07871–1410 | |
| 8919649 | Michael Sakuma | 515 High Street | Apt. 16 | Prt Jefferson, NY 11777 |
| 8919650 | Michael Stattery | 438 Lake Avenue S | Nesconset, NY 11767 | |
| 8919638 | MichaelP. Chiarelli | 1954 New York Avenue | Huntington Station, NY 11746–2906 | |
| 8919651 | Michelle McKenna | 3 Cheryl Lane | North Babylon, NY 11703 | |
| 8919652 | MicroFocus, Inc. | PO Box 19224 | Palatine, IL 60055 | |
| 8919653 | Microsoft c/o SHI Corp | PO Box 952121 | Dallas, TX 75395 | |
| 8919654 | Middle States Commission | 3624 Market Street | Philadelphia, PA 19104 | |
| 8919655 | Mike Caldarella | 108 Kemah–Mecca Lake Road | Newton, NJ 07860 | |
| 8919656 | Mike Covello | 110 Merkel Drive | Bloomfield, NJ 07003 | |
| 8919657 | Milce Garcia | 290 Oak Avenue | Riverhead, NY 11901 | |
| 8919658 | Milman Labuda Law Group PLLC | John M. Harras | 3000 Marcus Avenue, Suite 3W8 | Lake Success, NY 11042 |
| 8919659 | Minitab, Inc. Quality Plaza | 1829 Pine Hall Road | State College, PA 16801 | |
| 8919660 | Mintz Levin Ferris, Glovsky & Popeo | Miyoko Sato, Esq. | One Financial Center | Boston, MA 02111 |
| 8919661 | Monique Davis | 1705 Avalon Pines Drive | Coram, NY 11727 | |
| 8919662 | Moody's Investors Service, Inc. | 7 World Trade Center | 250 Greenwich Street | New York, NY 10007 |
| 8919663 | Moussa Keita | 16 Palm Street | Central Islip, NY 11722 | |
| 8919664 | Mr. Sign | 1565 Sycamore Avenue | Bohemia, NY 11716 | |
| 8919666 | N.Y.S. Unemployment | PO Box 4301 | Binghamton, NY 13902 | |
| 8919667 | NA Publishing, Inc. | Department 771752 | PO Box 77000 | Detroit, MI 48277–1752 |
| 8919668 | NACAC | 1050 N Highland Street | Suite 400 | Arlington, VA 22201 |
| 8919669 | NACUBO | 1110 Vermont Ave NW | Suite 800 | Washington, DC 20005 |
| 8919679 | NERCOMP | 100 Western Blvd. | Suite 2 | Glastonbury, CT 06033 |

8919690   NRCCUA      PO Box 414378      Kansas City, MO 64141
8919691   NY Party Works Inc.      45 W Jefryn Blvd      Deer Park, NY 11729
8919692   NYS Dep't of Enviromental Conservation      Div of Env Remediation/Tech Supp 11th Fl      625
          Broadway      Albany, NY 12233–7020
8919693   NYS HESC TAP      99 Washington Avenue      14th Fl Refund Dept      Albany, NY 12255
8919694   NYS Higher Education Services Corp.      99 Washington Avenue      Albany, NY 12255
8919695   NYS Unemployment Insurance      PO Box 4301      Binghamton, NY 13902–4301
8919696   NYSATYC Inc      Wilbert Donnay,Accting Dept,F530J      Borough Of Manhattan Comm College      New
          York, NY 10007
8919697   NYSFAAA      Bank Street College of Education      610 West 112th Street      New York, NY 10025
8919670   Nana Sarfo Appiah      2350 Webster Avenue      Apt. 3F      Bronx, NY 10458
8919671   Nancy Carroll      3223 Wilshire Lane      Apt. E23      Oakdale, NY 11769
8919672   Nancy Jones      14 Mount Marcy Avenue      Farmingville, NY 11738
8919673   Nassau County Library      K. Ray, Locust Valley Library      170 Buckram Rd      Locust Valley, NY
          11560
8919674   Natalie L. Vandorn      28 Charles Road      East Patchogue, NY 11772
8919675   Nathalia Rogers      60 Harned Drive      Centerport, NY 11721
8919676   National Center for Drug Free Sport      2537 Madison Avenue      Kansas City, MO 64108–2334
8919677   National Grid      PO Box 11791      NEWARK, NJ 07101–4791
8919678   Neopost      P.O. Box 30193      Tampa, FL 33630–3193
8919680   Network Craze Technologies      7037 Fly Road      E. Syracuse, NY 13057
8919681   Network Craze Technologies, Inc.      7037 Fly Road      East Syracuse, NY 13057
8919682   New York State Department of Labor      State Office Building      Campus Room 500      Albany, NY
          12240
8919683   New York State Department of Labor Unemployment In      Harriman State Office Campus      Albany, NY
          12240
8919684   New York Times      PO Box 371456      Pittsbugh, PA 15250–7456
8919685   Newsday      PO Box 3002      Boston, MA 02241–3002
8919686   Nicholas Mauro      39 Glen View      Southampton, NY 11968
8919687   Nicole Cuccurullo      7 Gorham Lane      Smithtown, NY 11787
8919688   Noreen Urso      52 Greenwich Hills Drive      Greenwich, CT 06831
8919689   Novell      c/o Computer Integrated Service      561 7th Avenue, 13th Floor      New York, NY 10018
8919699   OCLC      4425 Solutions Center      Chicago, IL 60677–4004
8919698   Oak Hall Industries, L.P.      840 Union Street, PO Box 1078      Salem, VA 24153
8919700   Office & Prof. Employees Int'l Union      Local 153, AFL–CIO      265 W. 14th Street      6th Floor      New
          York, NY 10011
8919701   Olena Huffmire      366 Collington Drive      Ronkonkoma, NY 11779
8919702   Open Access Plus Medical Benefits c/o Cigna Health      900 Cottage Grove Road, B6LPA Hartford,
8919703   OppenheimerFunds      Robert Bertucci      350 Linden Oaks      Rochester, NY 14603
8919704   Optel Business Communication Systems      PO Box 180      Nesconset, NY 11767
8919705   Optel Business Communications      PO Box 180      Nesconset, NY 11767
8919706   P & M Doors      10 Ocean Avenue      Copiague, NY 11726
8919729   PSEGLI      175 E. Old Country Road      Hicksville, NY 11801
8919728   PSEGLI      PO BOX 888      HICKSVILLE, NY 11802–0888
8919730   PSEGLI      PO Box 9039      Hicksville, NY 11802
8919707   Paraco Gas      2510 Route 44      Salt Point, NY 12578
8919708   Pasco Scientific      10101 Foothills Blvd      PO Box 619011      Roseville, CA 95678–9011
8919709   Patricia Albano      9 Hopes Avenue      Holtsville, NY 11742
8919710   Patricia Hubbard      214 Huron Street      Apt. #3R      Brooklyn, NY 11222
8919711   Patrick Johnson      5 Green Knoll Court      Northport, NY 11768
8919712   Patti Zerafa      11 Milan Street      East Patchogue, NY 11772
8919713   Paul Abramson      6 Winside Lane      Coram, NY 11727
8919714   Paula Marie & Robert Johnson      138 Central Blvd      Oakdale, NY 11769
8919715   Peter Sean Hines      25 Harbor Watch Court      Sag Harbor, NY 11963
8919716   Peterson's Nelnet LLC PO BOX 30216      OMAHA, NE 68103–1316
8919717   Pine Bush Central School      Route 302      PO Box 670      Pine Bush, NY 12566
8919718   Pine Hills Country Club      2 Country Club Drive      Manorville, NY 11949
8919719   Port Jefferson Sporting      1395 Rte 112      Port Jefferson Station, NY 11776
8919720   Powerhouse Paving      P.O Box 5845      Hauppauge, NY 11788
8919721   Precision Designs Architecture      52 Commerce Drive      East Farmingdale, NY 11735–1206
8919722   Premier Display Inc.      2979 Judith Drive      Bellmore, NY 11710
8919724   Premium Assignment Corporation      3522 Thomasville Road      Suite 400      Tallahassee, FL 32314
8919723   Premium Assignment Corporation      PO Box 8800      Tallahassee, FL 32314
8919725   Pride Equipment Corporation      150 Nassau Avenue      Islip, NY 11751
8919727   ProQuest LLC      789 E Eisenhower Pky      PO Box 1346      Ann Arbor, MI 48106–1346
8919726   Professional Carpet System      73 Argyle Avenue      Selden, NY 11784
8919731   Ralph Cerullo      23 Canterbury Court      East Setauket, NY 11733
8919732   Ralph Ruggiero      37 Connetquot Drive      Oakdale, NY 11769
8919733   Rebecca DeLorfano      41 Glenwood Place      Farmingville, NY 11738
8919734   Reinaldo Blanco      49 Teaneck Drive      East Northport, NY 11731
8919735   Rhoda Miller      PO Box 58      Babylon, NY 11702
8919736   Rhoda Miller      PO Box 58      Babylon, NY 11702–0058
8919737   Richard & Cherisse Forberg      102 Connetquot      Oakdale, NY 11769
8919738   Richard Wilkens      7 Fairfield Manor Drive      Manorville, NY 11949
8919739   Richard Wolff      90 Elsmere Avenue      Oakdale, NY 11769
8919740   Richard Wright      67–50 164th Street      Flushing, NY 11365
8919741   Robert Berchman      13 Blowing Fresh Drive      Salem, SC 29676
8919742   Robert Campbell      265 Cedar Avenue      Islip, NY 11751

| 8919743 | Robert Dougherty | 122 Norwalk Avenue | Medford, NY 11763 |
| 8919744 | Robert George Elkins | 139 Richmond Avenue | Medford, NY 11763 |
| 8919745 | Robert Gross | 25 Harbor Watch Court | Sag Harbor, NY 11963 |
| 8919746 | Robert Kersch | 5 Leeside Drive | Great River, NY 11739 |
| 8919747 | Robert Kopelman | 12 Alice Street | Patchogue, NY 11772 |
| 8919748 | Robert Landhauser | 12 Duffin Avenue | West Islip, NY 11795 |
| 8919749 | Robert Manley | 151 Lake Drive S. | West Islip, NY 11795 |
| 8919750 | Robert Moccia | 25 Harbor Watch Court | Sag Harbor, NY 11963 |
| 8919751 | Robert Tota | 2868 Lindale Street | Wantagh, NY 11793 |
| 8919752 | Robin Maynard | 212 N Prospect Avenue | Patchogue, NY 11772 |
| 8919753 | Rogers & Taylor Appraise | 300 Wheeler Road | Hauppauge, NY 11788 |
| 8919754 | Romanelli & Son, Inc | 94 East Hoffman Avenue | Lindenhurst, NY 11757 |
| 8919755 | Ronald Rosso | 17 Anderano Avenue | Patchogue, NY 11772 |
| 8919756 | Ronald Vargas | 24 James Junior Avenue | Danielsom, CT 06239 |
| 8919757 | Rosemaire Giaquinto | 48 Van Bomel Blvd. | Oakdale, NY 11769 |
| 8919758 | Rosemarie Fairchild | 27 Chateau Drive | Oakdale, NY 11769 |
| 8919759 | Roxann Hristovsky | PO Box 748 | Wading River, NY 11792 |
| 8919760 | Royal Star Associates Inc | 1124 Cassel Avenue | Bay Shore, NY 11706 |
| 8919761 | Rubenstein Associates, Inc. Worldwide Plaza | 825 Eighth Avenue | New York, NY 10019–7416 |
| 8919762 | Rubin & Rothman, LLC | 1787 Veterans Highway, Suite 32 | PO Box 9003 | Islandia, NY 11749 |
| 8919763 | Russell Huber | 46 Peach Tree Lane | Huntington Station, NY 11746 |
| 8919764 | Ryan Munkwitz | 21 Glen Hollow Drive | Apt. G28 | Holtsville, NY 11742 |
| 8919765 | S. Bleiberg–Seperson | 17 Meleny Road | Locust Valley, NY 11560 |
| 8919772 | SANS Technology, Inc. | 11921 Mekenic Court | Marriottsville, MD 21104 |
| 8919778 | SCOPE | Publications Order Department | 100 Lawrence Avenue | Smithtown, NY 11787 |
| 8919782 | SCPOES Pipe Band | PO Box 1116 | Smithtown, NY 11787 |
| 8919783 | SCWA | PO Box 3147 | Hicksville, NY 11802 |
| 8919793 | SHI Corp | PO Box 952121 | Dallas, TX 75395–2121 |
| 8919794 | SHI Corp. | PO Box 952121 | Dallas, TX 75395 |
| 8919766 | Safeway Fire and Protection Co. | 35 N Tyson Avenue | Floral Park, NY 11001 |
| 8919767 | Sallie Mae | 12061 Bluemont Way | Reston, VA 20190 |
| 8919768 | Samantha Maria Labarbera | 1581 Route 300 | Newburgh, NY 12550–1755 |
| 8919769 | Sandra Loughran | 7 Fifth Avenue | Northport, NY 11768 |
| 8919770 | Sani–Lav Inc. | 805 Karshick Street | Bohemia, NY 11716 |
| 8919771 | Sanitech Services, Inc | 110 Lake Ave South | Suite 40 | Nesconset, NY 11767 |
| 8919773 | Schneider Electric | 132 Fairgrounds Road | West Kingston, RI 02892 |
| 8919774 | School Counselors of Roc | PO Box 144 | Suffern, NY 10901 |
| 8919775 | School Guide Publication | 606 Halstead Avenue | Mamaroneck, NY 10543 |
| 8919776 | School Health Corp. | 6764 Eagle Way | Chicago, IL 60678 |
| 8919777 | Schulte Roth & Zabel LLP Brian Pfeiffer, Esq. | 919 Third Avenue | New York, NY 10022 |
| 8919779 | Scott J. Passanesi | 4015 Muddy Creek Road | Virginia Beach, VA 23457 |
| 8919780 | Scott M.Keane | 3 Girard Avenue | Erial, NJ 08081 |
| 8919781 | Scott Makosiej | 2519 27th Street | Apt.5C | Astoria, NY 11102 |
| 8919784 | Sean Lyons | 74 Brand Drive | Huntington, NY 11743 |
| 8919785 | Sean Patrick Irwin | 364 Southbury Road | Roxbury, CT 06783 |
| 8919786 | Select Office Systems Inc. PO Box 11777 | Burbank, CA 91510 |
| 8919787 | Servpro of Greater Smith | 620 Johnson Avenue | Suite 8 | Bohemia, NY 11716 |
| 8919788 | Seyed Raji | 24 Pleasant Lane | Southampton, NY 11968 |
| 8919789 | Shannon Alice Donovan | 7 Huntington Avenue | Kings Park, NY 11754 |
| 8919790 | Sharon A. Wheeler | 25 Harbor Watch Court | Sag Harbor, NY 11963 |
| 8919791 | Sharon Dinapoli | 589 Pulaski Road | Kings Park, NY 11754 |
| 8919792 | Sheryl Johnson | 23 Gilbert Street | Patchogue, NY 11772 |
| 8919795 | Shred–it Long Island | P.O. Box 13574 | New York, NY 10087–3574 |
| 8919796 | Sidearm Sports,LLC PO BOX 843038 | Kansas City, MO 64184–3038 |
| 8919797 | Sigma–Aldrich | PO Box 535182 | Atlanta, GA 30353–5182 |
| 8919798 | Silverberg P.C. | Karl Silverberg, Esq. | 320 Carleton Avenue, Suite 6400 | Central Islip, NY 11722 |
| 8919799 | SimplexGrinnell LP | 50 Technology Drive | Westminster, MA 01441 |
| 8919800 | SimplexGrinnell LP PO Box 790448 | Saint Louis, MO 63179–0448 |
| 8919801 | Skyrush Marketing | P.O Box 354 | Yapank, NY 11980 |
| 8919802 | Smart Power Inc. | 829 Lincoln Avenue | Bohemia, NY 11716 |
| 8919803 | SolarWinds, Inc. | 3711 S. MoPac Expressway | Austin, TX 78746 |
| 8919804 | Southern New Hampshire University | Attn: Ray Prouty | 2500 N. River Road | Manchester, NH 03106 |
| 8919805 | Spencer Robison | 20 Oak Hill Avenue | Norwalk, CT 06854 |
| 8919806 | St. Anthony's High School | Mrs. Kim Hearney, Director of College Co | 275 Wolf Hill Road | South Huntington, NY 11747–1394 |
| 8919807 | St. John the Baptist Diocesan HS | 1170 Montauk Hwy | West Islip, NY 11795–4959 |
| 8919808 | St. Johns University | Bernadette Lavin–MacDonald Ctr | 8000 Utopia Pkwy | Jamaica, NY 11439 |
| 8919809 | St. Joseph's College | 155 W Roe Blvd. | Patchogue, NY 11772 |
| 8919810 | Standard Register | 600 Albany Street | Dayton, OH 45417 |
| 8919811 | State University of NY at Stony Brook | University Plaza | Albany, NY 12246 |
| 8919812 | Statewide Roofing Inc. | 2120 Fifth Avenue | Ronkonkoma, NY 11779 |
| 8919813 | Stephanie Tatum | 4 McFarland Avenue | Central Islip, NY 11722 |
| 8919814 | Stephen Angelella | 2788 Marion Street | Bellmore, NY 11710 |
| 8919815 | Stephen Hanna & Mark Hanna | 52 Van Bomel Blvd | Oakdale, NY 11769 |
| 8919816 | Stephen Lamia | 269 W 72nd Street | Apt. 6C | New York, NY 10023 |

| | | | | | |
|---|---|---|---|---|---|
| 8919817 | Sterling Waters | 343 Newport Road | Uniondale, NY 11553 | | |
| 8919818 | SterlingRisk | 135 Crossways Park Drive | Woodbury, NY 11797 | | |
| 8919819 | Steven Anthony D'Angelo | 6 Whig Court | Holbrook, NY 11741 | | |
| 8919820 | Steven Murray | 25 Harbor Watch Court | Sag Harbor, NY 11963 | | |
| 8919821 | Steven R. Stecher | 225 Hillside Avenue | Livingston, NJ 07039 | | |
| 8919822 | Steven Tellerias | 448 Ocean Avenue | Central Islip, NY 11722–1828 | | |
| 8919823 | Storr Tractor Company | 175 13th Avenue | Ronkonkoma, NY 11779 | | |
| 8919824 | Strategic Value Media | 8700 Indian Creek Parkway | Suite 300 | Ovelook Park, KS 66210 | |
| 8919825 | Suffolk County Industrial Devel. Agency | H. Lee Dennison Building | 3rd Floor | 100 Veterans Highway | Hauppauge, NY 11788 |
| 8919826 | Suffolk County Locksmith | 944 Montauk Hwy | Suite C | Shirley, NY 11967 | |
| 8919827 | Suffolk County News | PO Box 782 | Patchogue, NY 11772 | | |
| 8919828 | Suffolk Zone N.Y.S.A.H.P | %Joanne Hamilton,Suffolk Zone | 7 Glen Hollow Drive, Apt B33 | Holtsville, NY 11742 | |
| 8919829 | Superior Office Services | 49 West 37th Street | 3rd Floor | New York, NY 10018 | |
| 8919830 | Superior Office Systems | 49 West 37th Street | 3rd Floor | New York, NY 10018 | |
| 8919831 | Susan Carter | 131 N Country Road | Miller Place, NY 11764 | | |
| 8919832 | Susan Voorhees | 43 Bayway Avenue | Bay Shore, NY 11706 | | |
| 8919833 | Susan Wendy Fox | 25 Harbor Watch Court | Sag Harbor, NY 11963 | | |
| 8919834 | Suzanne Fregosi | 572 Laurelton Blvd. | Long Beach, NY 11561 | | |
| 8919835 | Symantec Corp. | 487 E. Middle Road | Mountain View, CA 94043 | | |
| 8919836 | Symplicity Corporation | 17890 W Dixie Hwy | Suite 606 | North Miami, FL 33160 | |
| 8919838 | T.M. Bier & Associates, Inc. | 79 Hazel Street | Glen Cove, NY 11542 | | |
| 8919837 | T.M.Bier & Associates, Inc. Mr. Steven Neuf | 79 Hazel Street | Glen Cove, NY 11542 | | |
| 8919839 | Tamara Costanzo | 46 Meyer Lane | Medford, NY 11763 | | |
| 8919840 | Taylor Pililani Takeda | 95–987 Ukuwai Street | Apt. 2405 | Mililani, HI 96789 | |
| 8919842 | Theresa & Caitlin Cody | 39 Chateau Drive | Oakdale, NY 11769 | | |
| 8919843 | Theresa Domenichello | 22 Canterbury Drive | Hauppauge, NY 11788 | | |
| 8919844 | Theresa Talmage | 83 East Moriches Blvd | Eastport, NY 11941 | | |
| 8919845 | Thomas Caputo | 20 Heidi Court | Bohemia, NY 11716 | | |
| 8919846 | Thomas Daly | 115 Roxbury Road | Garden City, NY 11530 | | |
| 8919847 | Thomas Kelly | 5960 Amherst Drive | Apt. B 101 | Naples, FL 34112 | |
| 8919848 | Thomas Scientific | 3501 Market Street | Philadelphia, PA 19104 | | |
| 8919849 | Thomson Reuters–West | Payment Center | P.O Box 6292 | Carol Stream, IL 60197–6292 | |
| 8919850 | ThyssenKrupp Elevator | 59 Otis Street | West Babylon, NY 11704 | | |
| 8919851 | Timothy Boyle | 208 Oak Street | Patchogue, NY 11772 | | |
| 8919852 | Timothy Kelly | 36 Dale Drive | Oakdale, NY 11769 | | |
| 8919853 | Todd Rooney | 51 Oakdale Avenue | Selden, NY 11784 | | |
| 8919854 | Total Funds by Hasler | PO Box 30193 | Tampa, FL 33630 | | |
| 8919856 | Tracy J. DiMarco | 426 Wading River | Manorville, NY 11949 | | |
| 8919857 | Trade Industry Network | 163 Sterling Road | Toronto, 0 | | |
| 8919858 | Travis Evans | 518 W. 111th Street | New York, NY 10025 | | |
| 8919859 | Troy Bohlander | 478 Del Rey Avenue | Canon, CO 81212 | | |
| 8919860 | Troy Bohlander | Residence Life– Oakdale | 150 Idle Hour Blvd | Oakdale, NY 11769 | |
| 8919862 | U.S. Department of Education | 1990 K. Street, N.W. | Washington, DC 20006 | | |
| 8919861 | U.S. Department of Education | Financial Square | 32 Old Slip, 25th Floor | New York, NY 10005 | |
| 8919863 | U.S. Treasury | Department of Treasury, IRS | Cincinnati, OH 45999 | | |
| 8919865 | UMB Bank, N.A. | Corporate Trust Services | 120 Sixth Street, Suite 1400 | Minneapolis, MN 55402 | |
| 8919916 | UMB Bank, NA as Indenture Trustee | c/o Mintz, Levin, Cohn, Ferris, | Glovsky and Pompeo, P.C. | One Financial Center | Boston, MA 02111 | Attn: Ian Hammel & Eric Blythe, Esqs. |
| 8919864 | Ultimate Power, Inc. | 45 Nancy Street | West Babylon, NY 11704 | | |
| 8919866 | Union Leasing Inc. | 425 North Martingdale Road | 6th Floor | Schaumburg, IL 60173 | |
| 8919867 | Universal Temperature Co. | 1749 Julia Goldbach Avenue | Ronkonkoma, NY 11779 | | |
| 8919868 | Universal Temperature Controls Ltd. | 1749 Julia Goldbach Avenue | Ronkonkoma, NY 11779 | | |
| 8919869 | University of Bridgeport | Women's Soccer | 120 Waldmere Avenue | Bridgeport, CT 06601 | |
| 8919870 | University of New Haven | Charger Gymnasium | 300 Boston Post Road | West Haven, CT 06516 | |
| 8919871 | University of Wisconsin | Lunar School of Business ATTN Andrea Zw | PO BOX 742 | Milwaukee, WI 53201 | |
| 8919872 | Univest | 3331 Street Road | Suite 325 | Bensalem, PA 19020 | |
| 8919873 | Utility Detection, Inc. | PO Box 223 | Milford, PA 18337 | | |
| 8919882 | VMWare c/o Vicom | 400 Broadhollow Road, Suite 1 | Farmingdale, NY 11735 | | |
| 8919874 | Valero | PO Box 300 | Amarillo, TX 79105–0300 | | |
| 8919875 | Value Line Publishing LLC | 485 Lexington Avenue | 9th Floor | New York, NY 10017–2630 | |
| 8919876 | Verizon | P.O. Box 15124 | Albany, NY 12212–5124 | | |
| 8919877 | Verizon | PO Box 15124 | Albany, NY 12212 | | |
| 8919878 | Verizon Wireless | PO Box 15023 | Worcester, MA 01615–0023 | | |
| 8919879 | Verona Safety Supply Inc. | 913 Watson Avenue | Madison, WI 53713 | | |
| 8919880 | Vicom Computer Services, Inc. | 400 Broadhollow Road | Suite 1 | Farmingdale, NY 11735 | |
| 8919881 | Victoria Herrmann | 118 Easy Street | West Sayville, NY 11796 | | |
| 8919883 | W.A.S.T.E.Inc. | 22 N Dunton Avenue | Medford, NY 11763 | | |
| 8919887 | WB Mason Co Inc. | PO Box 981101 | Boston, MA 02298–1101 | | |
| 8919902 | WSCA Spring Conference | 595 Rte 25A | Suite 18 | Miller Place, NY 11764 | |
| 8919884 | Waldo | 118 North Bedford Road | Suite 201 | Mt. Kisco, NY 10549 | |
| 8919885 | Walter Benka | 166–69 20th Avenue | Whitestone, NY 11357 | | |
| 8919886 | WatchGuard c/o CDWG | 75 Remittance Drive, Suite 1515 | Chicago, IL 60675 | | |

8919888    We Drive You, Inc        700 Airport Blvd        Suite 250        Burlingame, CA 94010
8919889    Wells Fargo Educational Financial Serv. PO Box 518        Sioux Falls, SD 57117
8919890    Wendy Ehrensberger (Deceased)        18 Sheldon Avenue        Patchogue, NY 11772
8919891    Werlhens Francois        129 Woodland Avenue        Central Islip, NY 11722
8919892    West Group Payment Center P.O. Box 6292        Carol Stream, IL 60197–6292
8919893    Western Suffolk Counselors        595 NY–25A # 18        Miller Place, NY 11764
8919894    Whitney Stark        1250 Baldwin Road        Yorktown Heights, NY 10598
8919895    William D. Wexler, Esq.        816 Deer Park Avenue        North Babylon, NY 11703
8919896    William Indick        125 Maple Street        Islip, NY 11751
8919897    William R. Goncalves        5 Cristina Drive        Manorville, NY 11949
8919898    William Schmoegner        5 Paddock Road        East Lyme, CT 06333
8919899    William Stanley        19 Meadow Street        Garden City, NY 11530
8919900    Wilmington Trust, National Association        Corporate Trust Services        25 South Charles Street, 11th
           Floor        Baltimore, MD 21201
8919901    Winters Bros. Hauling        1198 Prospect Ave        Westbury, NY 11590–2723
8919903    Xavier Simmons        102 Lexington Avenue        Central Islip, NY 11722
8919904    Xerox Education Services        PO Box 201322        Dallas, TX 75320–1322
8919905    Xerox Financial Services        P.O. Box3147        Hicksville, NY 11802–3147
8919906    Xerox Financial Services        PO Box 3147        Hicksville, NY 11802
8919907    Yair Cohen        80–62 188th Street        Hollis, NY 11423
8919908    Yanek Mieczkowski        836 Walnut Avenue        Bohemia, NY 11716
8919909    Yenko Inc.        150 Grant Street        2nd Floor        Brooklyn, NY 11201
8919910    Yiging Lan        No. 144, Lishan Road        Lixia District        Jinan, 250013
8919911    Yousuf Khan Aslam        138 Princess Street        Hicksville, NY 11801
8919912    Zachary Russell Holmes        285 Inlet Vw E.        Mattituck, NY 11952
8919913    Zeklers Inc.        1061 N.Shepard Street        Suite L        Anaheim, CA 92806

TOTAL: 739