UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In Re:

DOWLING COLLEGE,

      Debtor and Debtor in Possession

**NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

Bankruptcy No.   16-   75545

                         **Debtor**
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the annexed affidavit of movant in support of this motion, applicant will move this Court before the Honorable <u>Robert E. Grossman</u> at the United States Bankruptcy Court, located at <u>290 Federal Plaza, P.O. Box 9013, Central Islip, New York 11722-9013</u>, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Eastern District of New York, District Court Local Rule 1.3(c), and District Court Administrative Order 97-13, for an Order allowing the admission of movant, a member of the firm of <u>Mintz, Levin, Cohn, Ferris, et al.</u> and a member in good standing of the Bar of the State(s) of <u>Massachusetts</u>, and or the U.S. District Court for the _____ District of <u>Massachusetts</u>, as attorney pro hac vice to argue or try this case in whole or in part as counsel.

                                                Respectfully submitted,

                                                /s/ Ian A. Hammel
                                                    (*Signature of Movant*)

                                                Ian A. Hammel

Dated: **Central Islip, New York**                  (Print or Type Name)

UNITED STATES BANKRUTPCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                    **AFFIRMATION**
                                                                          **IN SUPPORT OF**
       DOWLING COLLEGE,                  **MOTION TO ADMIT**
                                                                          **COUNSEL PRO HAC VICE**

       Debtor and Debtor in Possession

                             **Debtor**          Bankruptcy No.  16-   75545
-----------------------------------------------------------x

      **Ian A. Hammel**                        , an attorney duly admitted to practice law in the
                      *(Movant)*
State of _____**Massachusetts**_____, hereby affirms as follows under penalty of perjury:

1. I am **a Member of**_____ the law firm of:

   Name: **Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**_____

   Address: **One Financial Center**_____

          **Boston, MA 02111**_____

   Telephone No. **617-348-1724**_____

2. I submit this affirmation in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing in the Bar of the State(s) of **Massachusetts**_____ and/~~or~~ the U.S. District Court for the _____ District of **Massachusetts**_____ .
   **(If no such certificates are annexed hereto, your affirmant will file the same with the Clerk of the Bankruptcy Court within 10 business days from the date hereof.)**

4. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any, describe the pending disciplinary proceedings.)

5. Wherefore, your affirmant respectfully requests that he/~~she~~ be permitted to appear as counsel and advocate pro hac vice in this one case.

Dated: Central Islip, New York

                                                       /s/ Ian A. Hammel_____
                                                       *Signature of Movant*
                                                       Ian A. Hammel_____
                                                       *(Print or Type Name)*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
In Re:

DOWLING COLLEGE,

      Debtor and Debtor in Possession

                                          Debtor
-------------------------------------------------------------------------X

Case No. 16-75545

Chapter 11

## ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE

The motion for admission to practice pro hac vice in the above-captioned matter is granted. The admitted attorney, _____Ian A. Hammel_____, is permitted to argue or try this particular case in whole or in part as counsel. The admitted attorney may, enter appearances for parties, sign stipulations, receive payments upon judgments, decrees or orders, and otherwise serve as counsel in this case.

The Clerk is directed to enter the above attorney's appearance as counsel in the above-captioned case. The above-named attorney must serve a copy of this Order on Debtor's counsel (if any), the case trustee (if any), and all parties who filed notices of appearance, and file a certificate of such service within 10 business days of the date hereof.

UNITED STATES DISTRICT COURT

District of Massachusetts

CERTIFICATE OF
GOOD STANDING

*I, Robert M. Farrell, Clerk of this Court, certify that* **Ian A. Hammel**, *Bar* **632882**, *was duly admitted to practice in this Court on* **April 18, 1997**, *and is in good standing as a member of the Bar of this Court.*

*Dated at Boston, Massachusetts on* **November 10, 2016**

_____  
**Robert M. Farrell**  
CLERK

_____  
DEPUTY CLERK