**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re                                              :        Chapter 11
                                                   :
DOWLING COLLEGE,                                   :        Case No. 16-75545 (REG)
                                                   :
                                                   :
                        Debtor.                    :
----------------------------------------------------------------x

**ORDER SCHEDULING EMERGENCY HEARING ON SHORTENED NOTICE TO CONSIDER DEBTOR'S MOTION FOR ENTRY OF EMERGENCY, INTERIM AND FINAL ORDERS**
**(I) AUTHORIZING DEBTOR (A) TO OBTAIN POST-PETITION SECURED, SUPERPRIORITY FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, AND 364 AND (B) TO UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363; (II) GRANTING ADEQUATE PROTECTION TO PRE-PETITION SECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 361, 362, 363 AND 364; AND (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(B) AND 4001(C)**

Upon the following motion filed on November 29, 2016, by Dowling College (the "Debtor"):

- Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor (A) to Obtain Post-Petition Secured, Superpriority Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to Pre-Petition Secured Creditors Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364; and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(B) and 4001(C) [Docket No. 9];

(the "DIP Financing and Cash Collateral Motion") and upon the *Declaration of Robert S. Rosenfeld, Chief Restructuring Officer of the Debtor, Pursuant to Local Bankruptcy Rule 1007-4 in Support of First Day Motions* (the "First Day Declaration") [Docket No. 23]; and after due deliberation and sufficient cause appearing on shortening notice of hearing on the DIP Financing and Cash Collateral Motion required under the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Bankruptcy Rules for the Eastern District of New York (the "Local Rules"); it is hereby

**ORDERED**, that an emergency hearing will be held before the Honorable Robert E. Grossman, United States Bankruptcy Judge of the United States Bankruptcy Court for the Eastern District of New York, in Courtroom 860 at the Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722 on December 2, 2016, at 10:00 a.m., or as soon thereafter as counsel can be heard (the "Hearing") to consider authorizing DIP financing and the use of Cash Collateral on an emergency basis; and it is further

**ORDERED**, that on or before November 30, 2016, copies of this Order, the First Day Declaration, and the DIP Financing and Cash Collateral Motion shall be served by electronic mail or overnight mail service upon the parties set forth in the notice provision of the DIP Financing and Cash Collateral Motion; and it is further

**ORDERED**, that responses or objections, if any, to the relief sought in the DIP Financing and Cash Collateral Motion on an emergency basis, may be raised at the Hearing; and it is further

**ORDERED**, that the Court will hold a hearing to consider approval of the DIP Financing and Cash Collateral Motion on an interim basis on December 15, 2016 at 10:00 a.m; and it is further

**ORDERED**, that responses or objections, if any, to the relief sought in the DIP Financing and Cash Collateral Motion on an interim basis shall be filed with the Court and served upon counsel to the Debtor on or before December 12, 2016; and it is further

**ORDERED**, that in accordance with Bankruptcy Rule 9006 and Local Rule 9077-1(c), notice of the Hearing is shortened and shall be deemed sufficient and adequate if served in accordance with the terms of this Order.



Dated: Central Islip, New York  
November 30, 2016

Robert E. Grossman  
United States Bankruptcy Judge