**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re                                             :      Chapter 11
                                                 :
DOWLING COLLEGE,                  :      Case No. 16-75545 (REG)
                                                 :
                                               :
                          Debtor.      :
---------------------------------------------------------------x

**ORDER SCHEDULING EMERGENCY HEARING ON SHORTENED NOTICE TO CONSIDER MOTION OF THE DEBTOR FOR ENTRY OF AN ADMINISTRATIVE ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES**

Upon the following motion filed on November 29, 2016, by Dowling College (the "Debtor"):

- Motion of the Debtor for Entry of an Administrative Order Establishing Case Management Procedures [Docket No. 5];

(the "Case Management Procedures Motion") and upon the *Declaration of Robert S. Rosenfeld, Chief Restructuring Officer of the Debtor, Pursuant to Local Bankruptcy Rule 1007-4 in Support of First Day Motions* (the "First Day Declaration") [Docket No. 23]; and after due deliberation and sufficient cause appearing on shortening notice of hearing on the Case Management Procedures Motion required under the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Bankruptcy Rules for the Eastern District of New York (the "Local Rules"); it is hereby

**ORDERED**, that a hearing will be held before the Honorable Robert E. Grossman, United States Bankruptcy Judge of the United States Bankruptcy Court for the Eastern District of New York, in Courtroom 860 at the Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722 on December 2, 2016, at 10:00 a.m., or as soon thereafter

as counsel can be heard (the "<u>Hearing</u>") to consider the Case Management Procedures Motion; and it is further

**ORDERED**, that on or before November 30, 2016, copies of this Order, the First Day Declaration, and the Case Management Procedures Motion shall be served by electronic mail or overnight mail service upon the parties set forth in the notice provision of the Case Management Procedures Motion; and it is further

**ORDERED**, that responses or objections, if any, to the relief sought in the Case Management Procedures Motion, may be raised at the Hearing; and it is further

**ORDERED**, that in accordance with Bankruptcy Rule 9006 and Local Rule 9077-1(c), notice of the Hearing is shortened and shall be deemed sufficient and adequate if served in accordance with the terms of this Order.

**Dated: Central Islip, New York**
       **November 30, 2016**

                                                        **Robert E. Grossman**
                                                        **United States Bankruptcy Judge**