UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                              :        Chapter 11
                                                   :
DOWLING COLLEGE,                                   :        Case No. 16-75545 (REG)
                                                   :
                                                   :
                            Debtor.                :
----------------------------------------------------------------x

**ORDER SCHEDULING EMERGENCY HEARING ON SHORTENED NOTICE TO CONSIDER DEBTOR'S MOTION PURSUANT TO SECTIONS 105(A) AND 363(B) OF THE BANKRUPTCY CODE FOR AN ORDER (I) AUTHORIZING RSR CONSULTING, LLC TO CONTINUE TO PROVIDE THE DEBTOR WITH A CHIEF RESTRUCTURING OFFICER AND ADDITIONAL PERSONNEL, AND (II) DESIGNATING ROBERT S. ROSENFELD AS CHIEF RESTRUCTURING OFFICER TO THE DEBTOR EFFECTIVE AS OF THE PETITION DATE**

Upon the following motion filed on November 29, 2016, by Dowling College (the "Debtor"):

- Debtor's Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for an Order (I) Authorizing RSR Consulting, LLC to Continue to Provide the Debtor with a Chief Restructuring Officer and Additional Personnel, and (II) Designating Robert S. Rosenfeld as Chief Restructuring Officer to the Debtor Effective as of the Petition Date [Docket No. 7];

(the "RSR Retention Application") and upon the *Declaration of Robert S. Rosenfeld, Chief Restructuring Officer of the Debtor, Pursuant to Local Bankruptcy Rule 1007-4 in Support of First Day Motions* (the "First Day Declaration") [Docket No. 23]; and after due deliberation and sufficient cause appearing on shortening notice of hearing on the RSR Retention Application required under the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Bankruptcy Rules for the Eastern District of New York (the "Local Rules"); it is hereby

**ORDERED**, that a hearing will be held before the Honorable Robert E. Grossman, United States Bankruptcy Judge of the United States Bankruptcy Court for the Eastern District of New York, in Courtroom 860 at the Alfonse M. D'Amato Federal Courthouse, 290 Federal

Plaza, Central Islip, New York 11722 on December 2, 2016, at 10:00 a.m., or as soon thereafter as counsel can be heard (the "Hearing") to consider the RSR Retention Application; and it is further

**ORDERED**, that on or before November 30, 2016, copies of this Order, the First Day Declaration, and the RSR Retention Application shall be served by electronic mail or overnight mail service upon the parties set forth in the notice provision of the RSR Retention Application; and it is further

**ORDERED**, that responses or objections, if any, to the relief sought in the RSR Retention Application, may be raised at the Hearing; and it is further

**ORDERED**, that in accordance with Bankruptcy Rule 9006 and Local Rule 9077-1(c), notice of the Hearing is shortened and shall be deemed sufficient and adequate if served in accordance with the terms of this Order.

**Dated: Central Islip, New York**  
**November 30, 2016**

_/s/ Robert E. Grossman_  
**Robert E. Grossman**  
**United States Bankruptcy Judge**