UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

DOWLING COLLEGE,                    Chapter 11
                                    Case No. 16-75545

    Debtor and Debtor in Possession.
----------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                              )
COUNTY OF NASSAU  )

ELLEN HUGGLER, being duly sworn, deposes and says:

1.    I am not a party to this action, am over 18 years of age and reside in Long Beach, New York.

2.    That on the 30th day of November 2016, the undersigned served a copy of the following documents by depositing a true copy of same enclosed in a postage-paid properly addressed wrapper, VIA REGULAR MAIL, in an official depository under the exclusive care of United States Postal Service, directed to the persons hereafter named.

3.    The following documents were served:

    a)    Order for Admission to Practice Pro Hac Vice (Ian A. Hammel, Esq.) [docket no. 42]; and

    b)    Order for Admission to Practice Pro Have Vice (Eric R. Blythe, Esq.) [docket no. 43]

| U.S. Trustee<br>United States Trustee<br>Long Island Federal Courthouse<br>560 Federal Plaza – Room 560<br>Central Islip, New York 11722 | Klestadt Winters Jureller Southard & Stevens, LLP<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Attn: Joseph Charles Corneau, Esq.<br>Attn: Lauren Catherine Kiss, Esq.<br>Attn: Sean C. Southard, Esq. |
|---|---|
| **Stim & Warmuth, P.C.**<br>2 Eighth Street<br>Farmingville, New York 11738<br>Attn: Glenn P. Warmuth, Esq.<br>Attn: Paula J. Warmuth, Esq. | Meyer, Suozzi, English & Klein, P.C.<br>900 Stewart Avenue, Suite 300<br>Garden City, New York 11530<br>Attn: Howard B. Kleinberg, Esq. |

                                                  Ellen Huggler

Sworn to before me this 30th
day of November, 2016

_____
Notary Public

CHRYSANTHE VONTAS
Notary Public, State of New York
No. 01VO6100716
Qualified in Nassau County
Commission Expires Oct. 27, 20_19_

4146614v.1