**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Proposed Counsel to the Debtor and Debtor-*
  *in-Possession*

Hearing Date: **December 15, 2016**
Hearing Time: **10:00 a.m.**

Objection Deadline: **December 12, 2016**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
In re                                        :        Chapter 11
                                             :
DOWLING COLLEGE,                             :        Case No. 16-75545 (REG)
                                             :
                                             :
                         Debtor.             :
--------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTOR'S MOTION PURSUANT TO**
**SECTIONS 105(a) AND 363(b) OF THE BANKRUPTCY CODE AND**
**BANKRUPTCY RULE 9019 FOR AN ORDER AUTHORIZING THE DEBTOR**
**TO ENTER INTO AND PERFORM UNDER PLAN SUPPORT AGREEMENT**

**PLEASE TAKE NOTICE** that a hearing on the motion (the "Motion") of Dowling College (the "Debtor") in this chapter 11 case, for an order, pursuant to Sections 105(a) and 363(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the Debtor to enter into and perform under that certain Plan Support Agreement, dated as of November 29, 2016, by and among the Debtor, ACA[1], as the bond insurer for the Series 2006 Bonds, and the Holders of the Debtor's Series 1996 Bonds, Series 2002 Bonds, and Series 2015 Bonds, a copy of which is attached to the Motion as Exhibit B, has been scheduled before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 on **December 15, 2016 at 10:00 a.m.** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief sought in the Motion shall be made in writing, filed with the Court by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States

---

[1] Terms capitalized but not defined herein shall have the meanings assigned to them in the Plan Support Agreement.

Bankruptcy Court, Eastern District of New York, 271 Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, on a 3.5 inch floppy disc or compact disc, preferably in portable document Format (PDF), Microsoft Word, or any other Windows Based word processing format, with a hard copy delivered to the Chambers of the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, 271 Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, and served upon (i) The Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, New York 11722, Attn: Stan Yang, Esq., Trial Attorney; (ii) proposed counsel to the Debtor: Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036, Attn: Sean C. Southard, Esq.; (iii) counsel to the Debtor's material prepetition and post-petition secured lenders:(a) Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111, Attn: P. Miyoko Sato, Esq. and Ian A. Hammel, Esq., (b) Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn: Brian D. Pfeiffer, Esq. and Neil S. Begley, Esq., (c) Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, 9th Floor, East Meadow, NY 11554, Attn: Richard J. McCord, Esq. and Thomas J. McNamara, Esq., and (d) Garfunkel Wild, P.C., 111 Great Neck Road, Great Neck, NY 11021, Attn: Adam T. Berkowitz, Esq.; and (iv) proposed counsel to the Creditors' Committee, **so as to be received no later than 4:00 p.m. (Prevailing Eastern Time) on December 12, 2016**.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be adjourned without further notice except as announced in open court at the Hearing, or at any adjourned hearing.

Dated:   New York, New York
      November 30, 2016

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:   */s/ Sean C. Southard*
      Sean C. Southard
      Lauren C. Kiss
      200 West 41st Street, 17th Floor
      New York, NY 10036
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: ssouthard@klestadt.com
            lkiss@klestadt.com

      *Proposed Attorneys to the Debtor and Debtor*
       *in Possession*