**KLESTADT WINTERS JURELLER**
  **SOUTHARD & STEVENS, LLP**
200 West 41st St., 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Joseph C. Corneau
Lauren C. Kiss

*Proposed Counsel to the Debtor and Debtor in*
  *Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re                                                                  :    Chapter 11
                                                                          :
DOWLING COLLEGE,                                     :    Case No. 16-75545(REG)
                                                                          :
                                                                          :
                                    Debtor.            :
---------------------------------------------------------------x

### NOTICE OF FILING OF PROPOSED EMERGENCY BUDGET
### FOR PERIOD ENDING DECEMBER 16, 2016

**PLEASE TAKE NOTICE** that on November 29, 2016, Dowling College (the "Debtor")
filed a petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy
Code").

**PLEASE TAKE FURTHER NOTICE** that on November 29, 2016, the Debtor filed the
Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor (A) to Obtain
Post-Petition Secured, Superpriority Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and
364 and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate
Protection to Pre-Petition Secured Creditors Pursuant to 11 U.S.C. § 363; and Scheduling a Final
Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c) (the "DIP Financing Motion") [DE
9].

**PLEASE TAKE FURTHER NOTICE** that an emergency hearing on the DIP Financing
Motion is scheduled for December 2, 2016 at 10:00 a.m. (the "Emergency Hearing")

**PLEASE TAKE FURTHER NOTICE** that in advance of the Emergency Hearing, the
Debtor and the DIP Lenders (as defined in the DIP Financing Motion) have agreed to a budget
for the three (3) weeks ending December 16, 2016 (the "Emergency Budget").

**PLEASE TAKE FURTHER NOTICE** that a copy of the Emergency Budget is annexed hereto as **Exhibit A**.

Dated: New York, New York
        December 1, 2016

                         **KLESTADT WINTERS JURELLER**
                         **SOUTHARD & STEVENS, LLP**

                         By: */s/ Sean C. Southard*_____
                                Sean C. Southard
                                Joseph C. Corneau
                                Lauren C. Kiss
                         200 West 41st Street, 17th Floor
                         New York, New York 10036
                         Telephone: (212) 972-3000
                         Facsimile: (212) 972-2245

                         *Proposed Counsel for the Debtor and*
                         *Debtor in Possession*

**Exhibit A**

DOWLING COLLEGE
CHAPTER 11 CASH FLOW FORECAST - BY BOND SERIES
FOR THE 3-WEEK PERIOD ENDING DECEMBER 16, 2016
*USD*

|  | Week #: | 1 | 2 | 3 | **Weeks 1-3** |
|---|---|---|---|---|---|
|  | Period Ending Friday: | **12/2/2016** | **12/9/2016** | **12/16/2016** | **Total** |
| Cash Disbursements: **(1)** |  |  |  |  |  |
| **Administrative Overhead / Term Loan D** |  |  |  |  |  |
| Gross Wages/Salaries (incl. employer taxes) |  | 26,408 | - | 26,408 | 52,815 |
| General Insurance |  | 35,058 | - | - | 35,058 |
| Professionals **(2)** |  |  |  |  |  |
| Klestadt |  | - | - | - | - |
| Ingerman Smith, L.L.P. |  | - | - | - | - |
| Special Counsel - ERISA - TBD |  | - | - | - | - |
| RSR Consulting, LLC |  | - | - | 5,000 | 5,000 |
| Chapter 11 Creditors Committee |  | - | - | - | - |
| Student Refunds / Records Scanning |  | - | - | - | - |
| Health, Medical, Unemployment Claims and Related |  | - | - | - | - |
| Claims Agent |  | - | - | 20,000 | 20,000 |
| Administrative |  | - | 1,700 | 500 | 2,200 |
| Adequate Assurance |  | - | - | - | - |
| U.S. Trustee Fees |  | - | - | - | - |
| All Other Professional Fees |  | - | - | - | - |
| DIP Interest and Fees |  | 89,735 | - | - | 89,735 |
| Other |  | 3,750 | 3,750 | 3,750 | 11,250 |
| **Total Administrative Overhead / Term Loan D** |  | 154,951 | 5,450 | 55,658 | 216,059 |
| *2006 Bond Series - 68.0%* |  | *105,367* | *3,706* | *37,847* | *146,920* |
| *2002 Bond Series - 18.2%* |  | *28,201* | *992* | *10,130* | *39,323* |
| *2015 Bond Series - 13.8%* |  | *21,383* | *752* | *7,681* | *29,816* |
|  |  |  |  |  |  |
| **Collateral Preservation** |  |  |  |  |  |
| **Series 2006 Bonds / Term Loan A** |  |  |  |  |  |
| Gross Wages/Salaries (incl. employer taxes) |  | 3,189 | - | 3,189 | 6,378 |
| General Insurance |  | 12,039 | - | - | 12,039 |
| Utilities |  | 21,706 | 67,476 | 21,706 | 110,889 |
| Security Personnel |  | 20,151 | 20,151 | 20,151 | 60,453 |
| Property Management |  | - | - | - | - |
| Other Outside Services |  | 10,554 | 13,077 | 7,406 | 31,037 |
| Facility Maintenance |  | 1,000 | 1,000 | 1,000 | 3,000 |
| Real Estate Taxes |  | - | - | - | - |
| Landscaping / Snow Removal |  | 8,528 | - | - | 8,528 |
| Sales Broker - Marketing |  | 43,559 | 13,845 | 5,867 | 63,271 |
| Brookhaven Site Planning |  | - | 8,000 | - | 8,000 |
| DIP Interest and Fees |  | 91,170 | - | - | 91,170 |
| Other |  | 3,779 | 6,572 | 3,139 | 13,490 |
| **Total Series 2006 Bonds / Term Loan A** |  | 215,675 | 130,121 | 62,459 | 408,255 |

DOWLING COLLEGE
CHAPTER 11 CASH FLOW FORECAST - BY BOND SERIES
FOR THE 3-WEEK PERIOD ENDING DECEMBER 16, 2016
*USD*

| | Week #: 1 | 2 | 3 | Weeks 1-3 |
|---|---|---|---|---|
| Period Ending Friday: | **12/2/2016** | **12/9/2016** | **12/16/2016** | **Total** |
| **Series 2002 Bonds / Term Loan B** | | | | |
| Gross Wages/Salaries (incl. employer taxes) | - | - | - | - |
| General Insurance | - | - | - | - |
| Utilities | 2,194 | 6,214 | 2,194 | 10,601 |
| Security Personnel | 1,865 | 1,865 | 1,865 | 5,595 |
| Property Management | - | - | - | - |
| Other Outside Services | 5,783 | 7,600 | 500 | 13,883 |
| Facility Maintenance | 500 | 500 | 500 | 1,500 |
| Real Estate Taxes | - | - | - | - |
| Landscaping / Snow Removal | 1,975 | - | - | 1,975 |
| Sales Broker - Marketing | - | - | - | - |
| Brookhaven Site Planning | - | 2,000 | - | 2,000 |
| DIP Interest and Fees | 13,074 | - | - | 13,074 |
| Other | 453 | 606 | 304 | 1,363 |
| **Total Series 2002 Bonds / Term Loan B** | 25,843 | 18,785 | 5,363 | 49,990 |
| | | | | |
| **Series 2015 Bonds / Term Loan C** | | | | |
| Gross Wages/Salaries (incl. employer taxes) | - | - | - | - |
| General Insurance | 17,962 | - | - | 17,962 |
| Utilities | 150 | 6,360 | 150 | 6,660 |
| Security Personnel | - | - | - | - |
| Property Management | - | - | - | - |
| Other Outside Services | 55 | - | - | 55 |
| Facility Maintenance | - | 500 | - | 500 |
| Real Estate Taxes | - | - | - | - |
| Landscaping / Snow Removal | 1,398 | - | - | 1,398 |
| Sales Broker - Marketing | - | - | - | - |
| Brookhaven Site Planning | - | - | - | - |
| DIP Interest and Fees | 10,020 | - | - | 10,020 |
| Other | 563 | 563 | 563 | 1,688 |
| **Total Series 2015 Bonds / Term Loan C** | 30,148 | 7,423 | 713 | 38,283 |
| | | | | |
| **Total Cash Disbursements** | 426,617 | 161,778 | 124,192 | 712,586 |

DOWLING COLLEGE
CHAPTER 11 CASH FLOW FORECAST - BY BOND SERIES
FOR THE 3-WEEK PERIOD ENDING DECEMBER 16, 2016
*USD*

| | Week #: | 1 | 2 | 3 | **Weeks 1-3** |
|---|---|---|---|---|---|
| | Period Ending Friday: | **12/2/2016** | **12/9/2016** | **12/16/2016** | **Total** |

**DIP TRANCHE SUMMARY**

**DIP FUNDING - WEEKLY**

| | 1 | 2 | 3 | Total |
|---|---|---|---|---|
| Term Loan A / Series 2006 Bonds | 215,675 | 130,121 | 62,459 | 408,255 |
| Term Loan B / Series 2002 Bonds | 25,843 | 18,785 | 5,363 | 49,990 |
| Term Loan C / Series 2015 Bonds | 30,148 | 7,423 | 713 | 38,283 |
| Term Loan D / Administrative Overhead: | | | | |
|   Series 2006 Bonds    (68.0%) | 105,367 | 3,706 | 37,847 | 146,920 |
|   Series 2002 Bonds    (18.2%) | 28,201 | 992 | 10,130 | 39,323 |
|   Series 2015 Bonds     (13.8%) | 21,383 | 752 | 7,681 | 29,816 |
|    Subtotal - Term Loan D | 154,951 | 5,450 | 55,658 | 216,059 |
| **Total DIP Funding - Weekly** | **426,617** | **161,778** | **124,192** | **712,586** |

**DIP FUNDING - CUMULATIVE**

| | 1 | 2 | 3 | Total |
|---|---|---|---|---|
| Term Loan A / Series 2006 Bonds | 215,675 | 345,796 | 408,255 | 408,255 |
| Term Loan B / Series 2002 Bonds | 25,843 | 44,627 | 49,990 | 49,990 |
| Term Loan C / Series 2015 Bonds | 30,148 | 37,570 | 38,283 | 38,283 |
| Term Loan D / Administrative Overhead: | | | | |
|   Series 2006 Bonds    (68.0%) | 105,367 | 109,073 | 146,920 | 146,920 |
|   Series 2002 Bonds    (18.2%) | 28,201 | 29,193 | 39,323 | 39,323 |
|   Series 2015 Bonds     (13.8%) | 21,383 | 22,135 | 29,816 | 29,816 |
|    Subtotal - Term Loan D | 154,951 | 160,401 | 216,059 | 216,059 |
| **Total DIP Funding - Cumulative** | **426,617** | **588,394** | **712,586** | **712,586** |

**INCURRED/UNPAID PROFESSIONAL FEES**

| | 1 | 2 | 3 | Total |
|---|---|---|---|---|
| Term Loan D / Administrative Overhead: | | | | |
|   Series 2006 Bonds    (68.0%) | 10,710 | 21,420 | 33,830 | 33,830 |
|   Series 2002 Bonds    (18.2%) | 2,867 | 5,733 | 9,055 | 9,055 |
|   Series 2015 Bonds     (13.8%) | 2,174 | 4,347 | 6,866 | 6,866 |
| **Total Incurred/Unpaid Professional Fees** | **15,750** | **31,500** | **49,750** | **49,750** |

**TOTAL DIP COMMITMENT - CUMULATIVE**

| | 1 | 2 | 3 | Total |
|---|---|---|---|---|
| Term Loan A / Series 2006 Bonds | 215,675 | 345,796 | 408,255 | 408,255 |
| Term Loan B / Series 2002 Bonds | 25,843 | 44,627 | 49,990 | 49,990 |
| Term Loan C / Series 2015 Bonds | 30,148 | 37,570 | 38,283 | 38,283 |
| Term Loan D / Administrative Overhead: | | | | |
|   Series 2006 Bonds    (68.0%) | 116,077 | 130,493 | 180,750 | 180,750 |
|   Series 2002 Bonds    (18.2%) | 31,068 | 34,926 | 48,377 | 48,377 |
|   Series 2015 Bonds     (13.8%) | 23,557 | 26,482 | 36,682 | 36,682 |
|    Subtotal - Term Loan D | 170,701 | 191,901 | 265,809 | 265,809 |
| **Total DIP Commitment - Cumulative** | **442,367** | **619,894** | **762,336** | **762,336** |

*MEMO: TOTAL DIP COMMITMENT - CUMULATIVE*

| | 1 | 2 | 3 | Total |
|---|---|---|---|---|
| *Series 2006 Bonds* | *331,752* | *476,289* | *589,005* | *589,005* |
| *Series 2002 Bonds* | *56,910* | *79,553* | *98,368* | *98,368* |
| *Series 2015 Bonds* | *53,704* | *64,052* | *74,964* | *74,964* |
| ***Total DIP Commitment - Cumulative*** | ***442,367*** | ***619,894*** | ***762,336*** | ***762,336*** |

DOWLING COLLEGE
CHAPTER 11 CASH FLOW FORECAST - BY BOND SERIES
FOR THE 3-WEEK PERIOD ENDING DECEMBER 16, 2016
*USD*

| | Week #: | 1 | 2 | 3 | Weeks 1-3 |
|---|---|---|---|---|---|
| | Period Ending Friday: | 12/2/2016 | 12/9/2016 | 12/16/2016 | Total |

**NOTES:**

**(1)** The college is assumed to operate in bankruptcy on a zero cash basis with all required disbursements funded under the DIP loan facility.  Any proceeds from the use or sale of collateral or any other  miscellaneous cash inflows are assumed to be swept by the lenders to repay DIP borrowings or secured debt and are not reflected in the budget.  If it is ultimately determined that  the Debtor's cash of approximately $222,000 is deemed unrestricted, such funds will be utilized to fund budgeted disbursements prior to the use of DIP financing funds and will reduce the applicable DIP commitments on a dollar -for-dollar basis.

**(2)** Refer to the Professional Fees supporting schedule attached for detail of professional fees expected to be incurred during  the interim period. The scheduled indicates the amounts projected to be charged against existing retainers, the amounts to be pai d in cash and the amounts incurred and projected to be unpaid at the end of the interim period due to timing of  disbursements, filing of fee applications and required holdback amounts.

DOWLING COLLEGE
CHAPTER 11 CASH FLOW FORECAST - PROFESSIONAL FEES DETAIL
FOR THE 3-WEEK PERIOD ENDING DECEMBER 16, 2016
*USD*

| | Week #: | 1 | 2 | 3 | Weeks 1-3 |
|---|---|---|---|---|---|
| | Period Ending Friday: | **12/2/2016** | **12/9/2016** | **12/16/2016** | **Total** |
| **Professional Fees Incurred** | | | | | |
| Klestadt | | $ 22,500 | $ 22,500 | $ 22,500 | $ 67,500 |
| Ingerman Smith, L.L.P. | | 5,000 | 5,000 | 5,000 | 15,000 |
| Special Counsel - ERISA - TBD | | - | - | 2,500 | 2,500 |
| RSR Consulting, LLC | | 35,000 | 35,000 | 35,000 | 105,000 |
| Chapter 11 Creditors Committee | | 6,250 | 6,250 | 6,250 | 18,750 |
| **Total Professional Fees Incurred** | | $ 68,750 | $ 68,750 | $ 71,250 | $ 208,750 |
| | | | | | |
| **Professional Fees Cash Disbursements** | | | | | |
| Klestadt | | $ - | $ - | $ - | $ - |
| Ingerman Smith, L.L.P. | | - | - | - | - |
| Special Counsel - ERISA - TBD | | - | - | - | - |
| RSR Consulting, LLC | | - | - | 5,000 | 5,000 |
| Chapter 11 Creditors Committee | | - | - | - | - |
| **Total Professional Fees Cash Disbursements** | | $ - | $ - | $ 5,000 | $ 5,000 |
| | | | | | |
| **Professional Fees Retainers Applied** | | | | | |
| Klestadt | | $ 18,000 | $ 18,000 | $ 18,000 | $ 54,000 |
| Ingerman Smith, L.L.P. | | - | - | - | - |
| Special Counsel - ERISA - TBD | | - | - | - | - |
| RSR Consulting, LLC | | 35,000 | 35,000 | 30,000 | 100,000 |
| Chapter 11 Creditors Committee | | - | - | - | - |
| **Total Professional Fees Cash Disbursements** | | $ 53,000 | $ 53,000 | $ 48,000 | $ 154,000 |
| | | | | | |
| **Professional Fees Incurred Not Paid Balance** | | | | | |
| Klestadt | | $ 4,500 | $ 9,000 | $ 13,500 | $ 13,500 |
| Ingerman Smith, L.L.P. | | 5,000 | 10,000 | 15,000 | 15,000 |
| Special Counsel - ERISA - TBD | | - | - | 2,500 | 2,500 |
| RSR Consulting, LLC | | - | - | - | - |
| Chapter 11 Creditors Committee | | 6,250 | 12,500 | 18,750 | 18,750 |
| **Total Professional Fees Incurred Not Paid Balance** | | $ 15,750 | $ 31,500 | $ 49,750 | $ 49,750 |