**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Proposed Counsel to the Debtor and Debtor-*
  *in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                              :      Chapter 11
                                                   :
DOWLING COLLEGE,                                   :      Case No. 16-75545 (REG)
                                                   :
                                                   :
                                    Debtor.        :
-------------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Eastern District of New York Local Bankruptcy Rule 1073-3, Dowling College ("Dowling"), is a not-for-profit corporation organized under the laws of the State of New York. Accordingly, no corporations or entities directly or indirectly own any class of Dowling's equity interests.

[*Continued on next page*]

2.     The undersigned party understands that it must promptly file a supplemental statement upon any change in the information that the statement requires.

Dated:  New York, New York
       December 1, 2016

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**

By:  */s/ Sean C. Southard*
       Sean C. Southard
       Lauren C. Kiss
       200 West 41st Street, 17th Floor
       New York, NY 10036
       Tel: (212) 972-3000
       Fax: (212) 972-2245
       Email: ssouthard@klestadt.com
           lkiss@klestadt.com

*Proposed Attorneys to the Debtor and Debtor*
   *in Possession*