**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                         :

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11** |
|  | : |  |
| **DOWLING COLLEGE,**[1] | : | **Case No. 16-75545 (REG)** |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF FLORIDA | ) |
| | ) ss |
| COUNTY OF ORANGE | ) |

I, Marcia Uhrig, being duly sworn, depose and state:

1.     I am a Director with Garden City Group, LLC, the proposed claims and noticing agent for the debtor and debtor-in-possession (collectively, the "Debtor") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.     On November 29, 2016, at the direction of Klestadt Winters Jureller Southard & Stevens, LLP ("Klestadt"), proposed counsel for the Debtor, I caused true and correct copies of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (Securities Exchange Commission and Internal Revenue Service):

- **Voluntary Petition for Non-Individuals Filing for Bankruptcy** [Docket No. 1].

3.     On November 29, 2016, also at the direction of Klestadt, I caused  true and correct copies of the following documents (collectively, the "First Day Motions") to be served by e-mail on the

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078).  The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance

Parties with e-mail addresses):

- **Motion of the Debtor for Entry of an Order Approving the Form and Manner of Notice of Commencement of the Debtor's Chapter 11 Case ("Motion to Approve Notice of Commencement")** [Docket No. 4];

- **Motion of the Debtor for Entry of an Administrative Order Establishing Case Management Procedures ("Case Management Procedures Motion")** [Docket No. 5];

- **Application for an Order Appointing Garden City Group, LLC, as Claims and Noticing Agent for the Debtor Pursuant to 28 U.S.C. § 156(c) and 11 U.S.C. § 105(a),** *Nunc Pro Tunc* **to the Petition Date ("Garden City Group, LLC Retention Application")** [Docket No. 6];

- **Debtor's Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for an Order (I) Authorizing RSR Consulting, LLC to Continue to Provide the Debtor with a Chief Restructuring Officer and Additional Personnel, and (II) Designating Robert S. Rosenfeld as Chief Restructuring Officer to the Debtor Effective as of the Petition Date ("RSR Consulting, LLC Retention Application")** [Docket No. 7];

- **Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor (A) to Obtain Post-Petition Secured, Superpriority Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to Pre-Petition Secured Creditors Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364; and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(B) and 4001(C) ("DIP Financing and Cash Collateral Motion")** [Docket No. 9];

- **Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Closing and Balance Transfers of Certain Prepetition Bank Accounts; (II) Granting a Limited Waiver of Section 345 Investment and Deposit Requirements; and (III) Granting Related Relief ("Cash Management Motion")** [Docket No. 10];

- **Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Make Payments for Which Prepetition Payroll Deductions were Made and (II) Pay Union Obligations ("Employee Benefit Motion")** [Docket No. 11];

- **Motion of Debtor and Debtor in Possession, Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code, for Entry of Interim and Final Orders Authorizing the Debtor to (I) Continue its Existing Insurance Programs and**

**Related Agreements, Including Premium Financing Agreement and (II) Pay Certain Prepetition Insurance Premiums, Claims and Related Expenses ("Insurance Finance Motion")** [Docket No. 12];

- **Debtor's *Ex Parte* Application for Entry of a Scheduling Order and Debtor's Motion for Entry of (I) an Order (A) Approving Bidding Procedures for the Sale of the Debtor's Oakdale Campus, (B) Scheduling an Auction and a Sale Hearing Related Thereto, (C) Approving the Form of Notice of the Auction and Sale Hearing, (D) Approving a Termination Fee and Expense Reimbursement; and (II) an Order (A) Approving Such Sale of the Oakdale Campus Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Allowing the Payment of Certain Valid Lien Claims and (C) Related Relief ("Oakdale Sale Motion")** [Docket No. 13];

- **Debtor's Motion for Entry of Interim and Final Orders (I) Approving Sale Procedures for the Sale of the Debtor's Residential Portfolio and (II) Approving Such Sales of the Debtor's Residential Portfolio Free and Clear of Liens, Claims, Encumbrance and Other Interests ("Residential Portfolio Sale Motion")** [Docket No. 14];

- **Application for Interim and Final Orders Authorizing the Retention of A&G Realty Partners, LLC and Madison Hawk Partners, LLC as Real Estate Advisors to the Debtor, *Nunc Pro Tunc* to the Petition Date ("A&G Realty Partners, LLC and Madison Hawk Partners, LLC Retention Application")** [Docket No. 15];

- **Application for Interim and Final Orders Authorizing the Retention of Douglas Elliman as Real Estate Broker to the Debtor, *Nunc Pro Tunc* to the Petition Date ("Douglas Elliman Retention Application")** [Docket No. 16];

- **Application for an Order Approving the Retention of Klestadt Winters Jureller Southard & Stevens, LLP as General Bankruptcy Counsel to the Debtor, *Nunc Pro Tunc* to the Petition Date ("Klestadt Winters Jureller Southard & Stevens, LLP Retention Application")** [Docket No. 17];

- **Application for an Order Approving the Retention of Ingerman Smith, LLP as Special Counsel to the Debtor, *Nunc Pro Tunc* to the Petition Date ("Ingerman Smith, LLP Retention Application")** [Docket No. 18];

- **Application for an Order Approving the Retention of Smith & Downey, PA, as Special Counsel for the Debtor, *Nunc Pro Tunc* to the Petition Date ("Smith & Downey, PA Retention Application")** [Docket No. 19];

- **Motion of Debtor, Pursuant to Section 365(a) of the Bankruptcy Code, to Reject Certain Unexpired Leases Effective as of the Petition Date ("Motion to Reject Certain Unexpired Leases")** [Docket No. 20];

- **Motion for Entry of an Administrative Order, Pursuant to Local Rule 2016-1 and 11 U.S.C. §§ 105(a) and 331, Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("Procedures for Compensation and Reimbursement Motion")** [Docket No. 21];

- **Debtor's Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Authorizing the Debtor to Enter Into and Perform Under Plan Support Agreement ("Authorization to Perform Under Plan Support Agreement Motion")** [Docket No. 22];

- **Declaration of Robert S. Rosenfeld, Chief Restructuring Officer of the Debtor, pursuant to Local Bankruptcy Rule 1007-4 in Support of First Day Motions ("First Day Declaration")** [Docket No. 23]; and

- **Index of First Day Motions** [Docket No. 24].

5.      On November 29, 2016, also at the direction of Klestadt, I caused true and correct copies of the **Insurance Finance Motion** and the **First Day Declaration** to be served by e-mail on the parties identified on Exhibit C annexed hereto (Insurance Parties with e-mail addresses).

6.      On November 29, 2016, also at the direction of Klestadt, I caused true and correct copies of the **Employee Benefit Motion** and the **First Day Declaration** to be served by e-mail on the party identified on Exhibit D annexed hereto (Interested Party).

7.      On November 30, 2016, also at the direction of Klestadt, I caused  true and correct copies of the **First Day Motions** to be served by overnight on the parties identified on Exhibit E annexed hereto (Master Service List Parties), and by e-mail on the parties identified on Exhibit F annexed hereto (Master Service List Parties with Updated E-mail Addresses).

8.      On November 30, 2016, also at the direction of Klestadt, I caused true and correct copies of the following documents to be served by e-mail on the parties identified on Exhibit G annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses)[2], and by

---

[2] Meyer Suozzi English & Klein, PC ("Meyer") filed a Notice of Appearance after the initial e-mail service of the First Day Motions on the parties who filed Notices of Appearance.  Accordingly, in addition to the documents listed under paragraph 8 herein, Meyer also received the First Day Motions via e-mail on December 1, 2016

overnight delivery on the parties identified on Exhibit E annexed hereto (Master Service List

Parties):

- **Order Scheduling Emergency Hearing on Shortened Notice to Consider Motion of the Debtor for Entry of an Order Approving the Form and Manner of Notice of Commencement of the Debtor's Chapter 11 Case** [Docket No. 30];

- **Order Scheduling Emergency Hearing on Shortened Notice to Consider Debtor's Motion for Entry of Emergency, Interim and Final Orders (I) Authorizing Debtor (A) to Obtain Post-Petition Secured, Superpriority Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to Pre-Petition Secured Creditors Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364; and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c) ("Order Scheduling Hearing on DIP Financing and Cash Collateral Motion")** [Docket No. 31];

- **Order Scheduling Emergency Hearing on Shortened Notice to Consider Motion of the Debtor for Entry of an Administrative Order Establishing Case Management Procedures** [Docket No. 32];

- **Order Scheduling Emergency Hearing on Shortened Notice to Consider the Debtor's Application for an Order Appointing Garden City Group, LLC, as Claims and Noticing Agent for the Debtor Pursuant to 28 U.S.C. § 156(c) and 11 U.S.C. § 105(a),** *Nunc Pro Tunc* **to the Petition Date** [Docket No. 33];

- **Order Scheduling Emergency Hearing on Shortened Notice to Consider Debtor's Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for an Order (I) Authorizing RSR Consulting, LLC to Continue to Provide the Debtor with a Chief Restructuring Officer and Additional Personnel, and (II) Designating Robert S. Rosenfeld as Chief Restructuring Officer to the Debtor Effective as of the Petition Date** [Docket No. 34];

- **Order Scheduling Emergency Hearing on Shortened Notice to Consider Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Closing and Balance Transfers of Certain Prepetition Bank Accounts; (II) Granting a Limited Waiver of Section 345 Investment and Deposit Requirements; and (III) Granting Related Relief ("Order Scheduling Hearing on Cash Management Motion")** [Docket No. 35];

- **Order Scheduling Emergency Hearing on Shortened Notice to Consider Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Make Payments for Which Prepetition Payroll Deductions were Made and (II) Pay Union Obligations ("Order Scheduling Hearing on Employee Benefit Motion")** [Docket No. 36];

- **Order Scheduling Emergency Hearing on Shortened Notice to Consider the Motion of the Debtor, Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code, for Entry of Interim and Final Orders Authorizing the Debtor to (I) Continue its Existing Insurance Programs and Related Agreements, Including Premium Financing Agreement and (II) Pay Certain Prepetition Insurance Premiums, Claims and Related Expenses ("Order Scheduling Hearing on Insurance Finance Motion")** [Docket No. 37];

- **Order Scheduling Emergency Hearing on Shortened Notice to Consider Debtor's Motion for Entry of Interim and Final Orders (I) Approving Sale Procedures for the Sale of the Debtor's Residential Portfolio and (II) Approving Such Sales of the Debtor's Residential Portfolio Free and Clear of Liens, Claims, Encumbrances and Other Interests ("Order Scheduling Hearing on Residential Portfolio Sale Motion")** [Docket No. 38];

- ***Ex Parte* Order Scheduling a Hearing on Debtor's Motion for an Order (A) Approving Bidding Procedures for the Sale of the Debtor's Oakdale Campus, (B) Scheduling an Auction and a Sale Hearing Related Thereto, (C) Approving the Form and Manner of Notice of the Auction and Sale Hearing, and (D) Approving a Termination Fee and Expense Reimbursement ("Order Scheduling Hearing on Oakdale Sale Motion")** [Docket No. 39];

- **Order Scheduling Emergency Hearing on Shortened Notice to Consider Debtor's Application for Interim and Final Orders Authorizing the Retention of A&G Realty Partners, LLC and Madison Hawk Partners, LLC as Real Estate Advisors to the Debtor, *Nunc Pro Tunc* to the Petition Date** [Docket No. 40];

- **Order Scheduling Emergency Hearing on Shortened Notice to Consider Debtor's Application for Interim and Final Orders Authorizing the Retention of Douglas Elliman as Real Estate Broker for the Debtor, *Nunc Pro Tunc* to the Petition Date** [Docket No. 41];

- **Notice of Hearing on Certain Filed Motions and Applications ("Notice of Hearing on First Day Motions")** [Docket No. 45];

- **Notice of Hearing on Motion of Debtor, Pursuant to Section 365(a) of the Bankruptcy Code, to Reject Certain Unexpired Leases Effective as of the Petition Date ("Notice of Hearing on Motion to Reject Certain Leases")** [Docket No. 46];

- **Notice of Hearing on Motion for Entry of an Administrative Order, Pursuant to Local Rule 2016-1 and 11 U.S.C. §§ 105(a) and 331, Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals** [Docket No. 47]; and

- **Notice of Hearing on Debtor's Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order**

**Authorizing the Debtor to Enter Into and Perform Under Plan Support Agreement** [Docket No. 48].

9.      On November 30, 2016, also at the direction of Klestadt, I caused true and correct copies of the **Order Scheduling Hearing on Insurance Finance Motion** and the **Notice of Hearing on First Day Motions** to be served by e-mail on the parties identified on Exhibit C annexed hereto (Insurance Parties with e-mail addresses).

10.      On November 30, 2016, also at the direction of Klestadt, I caused true and correct copies of the **Insurance Finance Motion,** the **First Day Declaration**, the **Order Scheduling Hearing on Insurance Finance Motion**, and the **Notice of Hearing on First Day Motions** to be served by overnight delivery on the parties identified on Exhibit H annexed hereto (Insurance Parties).

11.      On November 30, 2016, also at the direction of Klestadt, I caused true and correct copies of the **Order Scheduling Hearing on Employee Benefit Motion** and the **Notice of Hearing on First Day Motions** to be served by e-mail on the party identified on Exhibit D annexed hereto (Interested Party).

12.      On November 30, 2016, also at the direction of Klestadt, I caused true and correct copies of the **Employee Benefit Motion**, the **First Day Declaration**, the **Order Scheduling Hearing on Employee Benefit Motion**, and the **Notice of Hearing on First Day Motions** to be served by overnight delivery on the parties identified on Exhibit I annexed hereto (Interested Parties).

13.      On November 30, 2016, also at the direction of Klestadt, I caused true and correct copies of the **DIP Financing and Cash Collateral Motion**, the **Cash Management Motion**, the **Oakdale Sale Motion**, the **Residential Portfolio Sale Motion**, the **First Day Declaration**, **Order Scheduling Hearing on DIP Financing and Cash Collateral Motion**, the **Order Scheduling Hearing on Cash Management Motion**, the **Order Scheduling Hearing on Oakdale Sale Motion**, the **Order Scheduling Hearing on Residential Portfolio Sale Motion**,

and the **Notice of Hearing on First Day Motions** to be served by overnight delivery on the parties identified on Exhibit J annexed hereto (Secured Parties).[3]

14.    On November 30, 2016, also at the direction of Klestadt, I caused true and correct copies of the **Residential Portfolio Sale Motion**, the **First Day Declaration**, the **Order Scheduling Hearing on Residential Portfolio Sale Motion**, and the **Notice of Hearing on First Day Motions** to be served by overnight delivery on the parties identified on Exhibit K annexed hereto (Potential Residential Portfolio Purchasers).

15.    On November 30, 2016, also at the direction of Klestadt, I caused true and correct copies of the **Cash Management Motion**, the **First Day Declaration**, the **Order Scheduling Hearing on Cash Management Motion**, and the **Notice of Hearing on First Day Motions** to be served by e-mail on the party identified on Exhibit L annexed hereto (Banking Institution with e-mail address), and by overnight delivery on the parties identified on Exhibit M annexed hereto (Banking Institutions).

16.    On November 30, 2016, also at the direction of Klestadt, I caused true and correct copies of the **Motion to Reject Certain Unexpired Leases**, the **First Day Declaration**, and the **Notice of Hearing on Motion to Reject Certain Leases** to be served by overnight delivery on the parties identified on Exhibit N annexed hereto (Lease Counterparties).

17.    On December 1, 2016, also at the direction of Klestadt, I caused true and correct copies of the **Oakdale Sale Motion**, the **First Day Declaration**, and the **Order Scheduling Hearing on Oakdale Sale Motion** to be served by e-mail delivery on the parties identified on Exhibit O annexed hereto (Potential Oakdale Purchaser).

---

[3] The envelopes utilized in the services outlined in paragraphs 14 and 16 included a legend or slip-sheet which stated: "Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent."

18.     On December 1, 2016, also at the direction of Klestadt, I caused true and correct copies of the following document to be served by e-mail on the parties identified on Exhibit G annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses):

- **Notice of Filing of Proposed Emergency Budget for Period Ending December 16, 2016** [Docket No. 49].

19.     On December 1, 2016, also at the direction of Klestadt, I caused true and correct copies of the following document to be served by e-mail on the parties identified on Exhibit P annexed hereto (Master Service List and Notice of Appearance Parties, Insurance Parties, Interested Party, and a Banking Institution with e-mail addresses):

- **First Day Hearing Agenda** [Docket No. 50].

/s/ Marcia Uhrig
Marcia Uhrig

Sworn to before me this 1st day of
December, 2016

/s/ Aurora Q. Tufts
Aurora Q. Tufts
Notary Public, State of Florida
No. FF 014088
Commission Expires:  May 2, 2017

9

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 |
| SECURITIES AND EXCHANGE COMMISSION | NORTHEAST REGIONAL OFFICE | ATTN JOHN MURRAY | WOOLWORTH BUILDING | 233 BROADWAY | NEW YORK | NY | 10279 |
| SECURITIES EXCHANGE COMMISSION | ATTN GENERAL COUNSEL | 100 F ST NE | | | WASHINGTON | DC | 20549-2000 |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281-1027 |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | cmccarthy@aca.com |
| ACA FINANCIAL GUARANTY CORP | ATTN: MARIA CHENG, MANAGING DIRECTOR | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | mcheng@aca.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | rmccord@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: THOMAS J. MCNAMARA | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | tmcnamara@certilmanbalin.com |
| CIGNA HEALTH & LIFE INSURANCE CO | 900 COTTAGE GROVE ROAD, B6LPA | | | | HARTFORD | CT | 06152 | thomascarfagno@cigna.com |
| COHNREZNICK LLP | ATTN CHAD J. SHANDLER | 4 BECKER FARM ROAD | | | ROSELAND | NJ | 07068 | Chad.Shandler@CohnReznick.com |
| GARDEN CITY GROUP, LLC | ATTN: IRA NIKELSBERG | 1985 MARCUS AVENUE | | | LAKE SUCCESS | NY | 11042 | Ira.Nikelsberg@gardencitygroup.com |
| GARFUNKEL WILD, PC | ATTN ADAM T BERKOWITZ, ESQ | 111 GREAT NECK RD | | | GREAT NECK | NY | 11021 | aberkowitz@garfunkelwild.com |
| INGERMAN SMITH, LLP | ATTN CHRISTOPHER J. CLAYTON | 150 MOTOR PKWY, SUITE 400 | | | HAUPPAUGE | NY | 11788 | cclayton@ingermansmith.com |
| JOSEPH BEHAR | 9 BROWN'S RIVER RD | | | | SAYVILLE | NY | 11782 | Jbehar2@optonline.net |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: SEAN C. SOUTHARD, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | ssouthard@klestadt.com |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: LAUREN C. KISS, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | lkiss@klestadt.com |
| LINDA ARDITO | 5 TWO ROD ROAD | | | | HUNTINGTON | NY | 11743 | Linda351@optonline.net |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN IAN A HAMMEL, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | ihammel@mintz.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN ERIC R BLYTHE, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | eblythe@mintz.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: P. MIYOKO SATO, ESQ. | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | msato@mintz.com |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN:DR. JOHN D'AGATI, DEPUTY COMMISSIONER | 89 WASHINGTON AVENUE | | | ALBANY | NY | 12234 | john.dagati@nysed.gov |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN, ATTORNEY GENERAL | ATTN: PEGGY FARBER | 120 BROADWAY, 24TH FLOOR | | NEW YORK | NY | 10271 | Peggy.Farber@ag.ny.gov |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE | ATTN:LORETTA E. LYNCH, ATTORNEY GENERAL | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530-0001 | askdoj@usdoj.gov |
| PSEGLI | ATTN  BRIAN HASSAN | 175 E OLD COUNTRY RD | | | HICKSVILLE | NY | 11801 | brian.hassan@pseg.com |
| RSR CONSULTING, LLC | ATTN: NEIL BIVONA | 1330 AVENUE OF THE AMERICAS, SUITE 23A | | | NEW YORK | NY | 10019 | nbivona@rsrconsultingllc.com |
| RSR CONSULTING, LLC | ATTN: ROBERT S. ROSENFELD | 1330 AVENUE OF THE AMERICAS, SUITE 23A | | | NEW YORK | NY | 10019 | rsrosenfeld@rsrconsultingllc.com |
| SCHULTE ROTH & ZABEL LLP | ATTN: BRIAN D. PFEIFFER | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | brian.pfeiffer@srz.com |
| SCHULTE ROTH & ZABEL LLP | ATTN: NEIL S. BEGLEY, ESQ. | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | neil.begley@srz.com |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281-1027 | newyork@sec.gov |
| SEYED RAJI | 24 PLEASANT LANE | | | | SOUTHAMPTON | NY | 11968 | seyraji@aol.com |
| ST JOHNS UNIVERSITY | ATTN MARY PLANT | BERNADETTE LAVIN-MACDONALD CTR. | 8000 UTOPIA PKWY | | JAMAICA | NY | 11439 | plantm@stjohns.edu |
| STATEWIDE ROOFING INC | 2120 FIFTH AVENUE | | | | RONKONKOMA | NY | 11779 | reception@statewideroofingli.com |
| STIM & WARMUTH, PC | ATTN GLENN P WARMUTH | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | gpw@stim-warmuth.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| STIM & WARMUTH, PC | ATTN PAULA J WARMUTH | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | pjw@stim-warmuth.com |
| THE ALLEN J FLOOD COMPANIES, INC | TWO MADISON AVENUE | | | | LARCHMONT | NY | 10538 | claims@ajfusa.com |
| UMB BANK, NATIONAL ASSOCIATION | ATTN: LAURA ROBERSON, SENIOR VICE PRESIDENT | 2 SOUTH BROADWAY, SUITE 600 | | | ST. LOUIS | MO | 63102 | laura.roberson@umb.com |
| UNITED STATES DEPARTMENT OF EDUCATION | FINANCIAL SQUARE | ATTN CHRISTOPHER CURRY | 32 OLD SLIP, 25TH FLOOR | | NEW YORK | NY | 10005 | christopher.curry@ed.gov |
| WE DRIVE YOU, INC | ATTN CHRIS CUKAR | 700 AIRPORT BLVD, SUITE 250 | | | BURLINGAME | CA | 94010 | chris.cukar@wedriveu.com |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: JAY SMITH | 25 SOUTH CHARLES STREET, 11TH FLOOR | MAIL CODE: MD2-CS58 | | BALTIMORE | MD | 21201 | jhsmith@wilmingtontrust.com |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| ARC EXCESS & SURPLUS, LLC | ATTN MICHAEL CAVALLARO | 113 SOUTH SERVICE ROAD | | | JERICHO | NY | 11753 | mcavallaro@arcxs.com |
| STERLINGRISK | ATTN JOHN B MCDONNELL | 135 CROSSWAYS PARK DRIVE | PO BOX 9017 | | WOODBURY | NY | 11797 | jmcdonnell@sterlingrisk.com; mfleischer@sterlingrisk.com |

# EXHIBIT D

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| DOMINIC TAIBBI | 652 4TH AVE | | | | BROOKLYN | NY | 11232 | iamdt57@gmail.com |

# EXHIBIT E

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVE SUITE C-205 | | | RYE | NY | 10580 |
| ACA FINANCIAL GUARANTY CORP | ATTN: MARIA CHENG, MANAGING DIR | 555 THEODORE FREMD AVE SUITE C-205 | | | RYE | NY | 10580 |
| AMERICAN EXPRESS | | 200 VESEY ST | | | NEW YORK | NY | 10285 |
| AMERICAN EXPRESS | PO BOX 2855 | | | | NEW YORK | NY | 10116 |
| BLACKBOARD INC | ATTN WILLIAM DAVY | 1111 19TH ST, NW | | | WASHINGTON | DC | 20036 |
| BLACKBOARD INC | ATTN WILLIAM DAVY | 650 MASSACHUSETTS AVENUE NW | 6TH FLOOR | | WASHINGTON | DC | 20001 |
| CAPITAL ONE NA | | 313 CARONDELET ST | | | NEW ORLEANS | LA | 70130 |
| CAPITAL ONE NA | PO BOX 60024 | | | | NEW ORLEANS | LA | 70160-0024 |
| CARRIER COMMERCIAL SERVICE | | 4110 BUTLER PIKE | | | PLYMOUTH MEETING | PA | 19462 |
| CARRIER COMMERCIAL SERVICE | P.O. BOX 93844 | | | | CHICAGO | IL | 60673-3844 |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: THOMAS J. MCNAMARA | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 |
| CIGNA HEALTH & LIFE INSURANCE CO | | 900 COTTAGE GROVE ROAD, B6LPA | | | HARTFORD | CT | 06152 |
| COHNREZNICK LLP | ATTN CHAD J. SHANDLER | 4 BECKER FARM ROAD | | | ROSELAND | NJ | 07068 |
| DOWLING COLLEGE | ATTN: ROBERT S. ROSENFELD | 150 IDLE HOUR BLVD. | | | OAKDALE | NY | 11769 |
| GARDEN CITY GROUP, LLC | ATTN: IRA NIKELSBERG | 1985 MARCUS AVENUE | | | LAKE SUCCESS | NY | 11042 |
| GARFUNKEL WILD PC | ATTN ADAM T BERKOWITZ ESQ | 111 GREAT NECK ROAD | | | GREAT NECK | NY | 11021 |
| GEORGE FOUNDOTOS | | 4 DAMIN CIRCLE | | | ST JAMES | NY | 11780 |
| HIGHER ONE | | 115 MUNSON STREET | | | NEW HAVEN | CT | 06511 |
| INGERMAN SMITH, LLP | ATTN CHRISTOPHER J. CLAYTON | 150 MOTOR PKWY, SUITE 400 | | | HAUPPAUGE | NY | 11788 |
| INTERNAL REVENUE SERVICE | | 2970 MARKET STREET | MAIL STOP 5-Q30.133 | | PHILADELPHIA | PA | 19104 |
| JOSEPH BEHAR | | 9 BROWN'S RIVER RD | | | SAYVILLE | NY | 11782 |
| KLESTADT WINTERS JURELLER SOUTHARD | ATTN: SEAN C. SOUTHARD, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 |
| KLESTADT WINTERS JURELLER SOUTHARD | ATTN: LAUREN C. KISS, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 |
| LINDA ARDITO | | 5 TWO ROD ROAD | | | HUNTINGTON | NY | 11743 |
| MILMAN LABUDA LAW GROUP PLLC | ATTN JOHN M. HARRAS, ESQ | 3000 MARCUS AVENUE, SUITE 3W8 | | | LAKE SUCCESS | NY | 11042 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY | ATTN: ERIC R. BLYTHE, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY | ATTN: IAN A. HAMMEL, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY | ATTN: P. MIYOKO SATO, ESQ. | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| NEW YORK STATE DEP OF TAX & FINANCE | BANKRUPTCY UNIT – TCD | BUILDING 8, ROOM 455 | W.A. HARRIMAN STATE CAMPUS | | ALBANY | NY | 12227 |
| NEW YORK STATE DEPARTMENT OF ED | ATTN ALISON B. BIANCHI, COUNSEL AND | DEPUTY COMM FOR LEGAL AFFAIRS | 89 WASHINGTON AVENUE | | ALBANY | NY | 12234 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF ED | ATTN DR. JOHN D'AGATI, DEPUTY COMM | 89 WASHINGTON AVENUE | | | ALBANY | NY | 12234 |
| NEW YORK STATE DEPARTMENT OF LABOR | UNEMPLOYMENT INSURANCE DIVISION | HARRIMAN STATE OFFICE CAMPUS | | | ALBANY | NY | 12240-0322 |
| NEW YORK STATE DEPT OF TAXATION AND FINANCE | BANKRUPTCY UNIT | P.O. BOX 5300 | | | ALBANY | NY | 12205-5300 |
| NYS UNEMPLOYMENT INSURANCE | PO BOX 4301 | | | | BINGHAMTON | NY | 13902-4301 |
| OFFICE OF THE NY STATE ATTORNEY GEN | ERIC T SCHNEIDERMAN, ATTORNEY GEN | ATTN: PEGGY FARBER | 120 BROADWAY, 24TH FLOOR | | NEW YORK | NY | 10271 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN STAN YANG, ESQ, TRIAL ATTORNEY | ALFONSE D'AMATO FEDERAL COURTHOUSE | 560 FEDERAL PLAZA | | CENTRAL ISLIP | NY | 11722 |
| OFFICE OF THE US ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE | ATTN LORETTA E LYNCH, ATTORNEY GEN | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530 |
| PAUL ABRAMSON | | 6 WINSIDE LN | | | CORAM | NY | 11727 |
| PSEGLI | ATTN  BRIAN HASSAN | 175 E OLD COUNTRY RD | | | HICKSVILLE | NY | 11801 |
| PSEGLI | PO BOX 888 | | | | HICKSVILLE | NY | 11802-0888 |
| RSR CONSULTING, LLC | ATTN: NEIL BIVONA | 1330 AVE OF THE AMERICAS, SUITE 23A | | | NEW YORK | NY | 10019 |
| RSR CONSULTING, LLC | ATTN: ROBERT S. ROSENFELD | 1330 AVE OF THE AMERICAS, SUITE 23A | | | NEW YORK | NY | 10019 |
| SCHULTE ROTH & ZABEL LLP | ATTN: BRIAN D. PFEIFFER | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 |
| SCHULTE ROTH & ZABEL LLP | ATTN: NEIL S. BEGLEY, ESQ. | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 |
| SECURITIES AND EXCHANGE COMMISSION | NE REG OFFICE, WOOLWORTH BUILD | ATTN JOHN MURRAY | 233 BROADWAY | | NEW YORK | NY | 10279 |
| SECURITIES EXCHANGE COMMISSION | ATTN GENERAL COUNSEL | 100 F ST NE | | | WASHINGTON | DC | 20549-2000 |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI, REGIONAL DIR | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281 |
| SEYED RAJI | | 24 PLEASANT LANE | | | SOUTHAMPTON | NY | 11968 |
| SILVERBERG P.C. | ATTN KARL SILVERBERG, ESQ | 320 CARLETON AVENUE, SUITE 6400 | | | CENTRAL ISLIP | NY | 11722 |
| ST JOHNS UNIVERSITY | ATTN MARY PLANT | BERNADETTE LAVIN-MACDONALD CTR. | 8000 UTOPIA PKWY | | JAMAICA | NY | 11439 |
| STATEWIDE ROOFING INC | | 2120 FIFTH AVENUE | | | RONKONKOMA | NY | 11779 |
| THE ALLEN J FLOOD COMPANIES, INC | | TWO MADISON AVENUE | | | LARCHMONT | NY | 10538 |
| THE UNITED STATES ATTORNEY'S OFFICE | EASTERN DISTRICT OF NEW YORK | ATTN LONG ISLAND BANKRUPTCY PROC | 610 FEDERAL PLAZA, 5TH FLOOR | | CENTRAL ISLIP | NY | 11722 |
| ULTIMATE POWER, INC | | 45 NANCY STREET | | | WEST BABYLON | NY | 11704 |
| UMB BANK, NATIONAL ASSOCIATION | ATTN LAURA ROBERSON, SENR VICE PRES | 2 SOUTH BROADWAY, SUITE 600 | | | ST. LOUIS | MO | 63102 |
| US DEPARTMENT OF EDUCATION | OFFICE OF GENERAL COUNSEL | 400 MARYLAND AVE., SW ROOM 6E353 | | | WASHINGTON | DC | 20202 |
| US DEPARTMENT OF EDUCATION | BANKRUPTCY LITIGATION SUPPORT | 50 BEALE STREET, SUITE 8629 | | | SAN FRANCISCO | CA | 94105 |
| US DEPARTMENT OF EDUCATION | ATTN:CHRISTOPHER CURRY | 32 OLD SLIP, 25TH FLOOR | | | NEW YORK | NY | 10005 |
| WE DRIVE YOU, INC | ATTN CHRIS CUKAR | 700 AIRPORT BLVD, SUITE 250 | | | BURLINGAME | CA | 94010 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| WILMINGTON TRUST, NAT'L ASSOCIATION | ATTN: JAY SMITH | 25 SOUTH CHARLES STREET, 11TH FLOOR | MAIL CODE: MD2-CS58 | | BALTIMORE | MD | 21201 |

# EXHIBIT F

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| MILMAN LABUDA LAW GROUP PLLC | ATTN JOHN M. HARRAS, ESQ | 3000 MARCUS AVENUE, SUITE 3W8 | | | LAKE SUCCESS | NY | 11042 | john@mllaborlaw.com |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN ALISON B. BIANCHI, COUNSEL AND | DEPUTY COMMISSIONER FOR LEGAL AFFAIRS | 89 WASHINGTON AVENUE | | ALBANY | NY | 12234 | Alison.Bianchi@nysed.gov |
| PAUL ABRAMSON | 6 WINSIDE LN | | | | CORAM | NY | 11727 | abramsop@dowling.edu |
| SILVERBERG P.C. | ATTN KARL SILVERBERG, ESQ | 320 CARLETON AVENUE, SUITE 6400 | | | CENTRAL ISLIP | NY | 11722 | ksilverberg@silverbergpclaw.com |

# EXHIBIT G

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | cmccarthy@aca.com |
| ACA FINANCIAL GUARANTY CORP | ATTN: MARIA CHENG, MANAGING DIRECTOR | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | mcheng@aca.com |
| BLACKBOARD INC | ATTN WILLIAM DAVY | 650 MASSACHUSETTS AVENUE NW, 6TH FLOOR | | | WASHINGTON | DC | 20001 | william.davy@blackboard.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | rmccord@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: THOMAS J. MCNAMARA | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | tmcnamara@certilmanbalin.com |
| CIGNA HEALTH & LIFE INSURANCE CO | 900 COTTAGE GROVE ROAD, B6LPA | | | | HARTFORD | CT | 06152 | thomascarfagno@cigna.com |
| COHNREZNICK LLP | ATTN CHAD J. SHANDLER | 4 BECKER FARM ROAD | | | ROSELAND | NJ | 07068 | Chad.Shandler@CohnReznick.com |
| GARDEN CITY GROUP, LLC | ATTN: IRA NIKELSBERG | 1985 MARCUS AVENUE | | | LAKE SUCCESS | NY | 11042 | Ira.Nikelsberg@gardencitygroup.com |
| GARFUNKEL WILD PC | ATTN ADAM T BERKOWITZ ESQ | 111 GREAT NECK RD | | | GREAT NECK | NY | 11021 | aberkowitz@garfunkelwild.com |
| INGERMAN SMITH, LLP | ATTN CHRISTOPHER J. CLAYTON | 150 MOTOR PKWY, SUITE 400 | | | HAUPPAUGE | NY | 11788 | cclayton@ingermansmith.com |
| JOSEPH BEHAR | 9 BROWN'S RIVER RD | | | | SAYVILLE | NY | 11782 | Jbehar24@optonline.net |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: SEAN C. SOUTHARD, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | ssouthard@klestadt.com |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: LAUREN C. KISS, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | lkiss@klestadt.com |
| LINDA ARDITO | 5 TWO ROD ROAD | | | | HUNTINGTON | NY | 11743 | Linda351@optonline.net |
| MEYER SUOZZI ENGLISH & KLEIN PC | ATTN HOWARD B KLEINBERG ESQ | 990 STEWART AVENUE | SUITE 300 | | GARDEN CITY | NY | 11530-9194 | hkleinberg@msek.com |
| MILMAN LABUDA LAW GROUP PLLC | ATTN JOHN M. HARRAS, ESQ | 3000 MARCUS AVENUE, SUITE 3W8 | | | LAKE SUCCESS | NY | 11042 | john@mllaborlaw.com |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC | ATTN IAN A HAMMEL ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | ihammel@mintz.com |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC | ATTN ERIC R BLYTHE ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | eblythe@mintz.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: P. MIYOKO SATO, ESQ. | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | msato@mintz.com |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN ALISON B. BIANCHI, COUNSEL AND | DEPUTY COMMISSIONER FOR LEGAL AFFAIRS | 89 WASHINGTON AVENUE | | ALBANY | NY | 12234 | Alison.Bianchi@nysed.gov |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN:DR. JOHN D'AGATI, DEPUTY COMMISSIONER | 89 WASHINGTON AVENUE | | | ALBANY | NY | 12234 | john.dagati@nysed.gov |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN, ATTORNEY GENERAL | ATTN: PEGGY FARBER | 120 BROADWAY, 24TH FLOOR | | NEW YORK | NY | 10271 | Peggy.Farber@ag.ny.gov |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE | ATTN:LORETTA E. LYNCH, ATTORNEY GENERAL | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530-0001 | askdoj@usdoj.gov |
| PAUL ABRAMSON | 6 WINSIDE LN | | | | CORAM | NY | 11727 | abramsop@dowling.edu |
| PSEGLI | ATTN BRIAN HASSAN | 175 E OLD COUNTRY RD | | | HICKSVILLE | NY | 11801 | brian.hassan@pseg.com |
| RSR CONSULTING, LLC | ATTN: NEIL BIVONA | 1330 AVENUE OF THE AMERICAS, SUITE 23A | | | NEW YORK | NY | 10019 | nbivona@rsrconsultingllc.com |
| RSR CONSULTING, LLC | ATTN: ROBERT S. ROSENFELD | 1330 AVENUE OF THE AMERICAS, SUITE 23A | | | NEW YORK | NY | 10019 | rsrosenfeld@rsrconsultingllc.com |
| SCHULTE ROTH & ZABEL LLP | ATTN: BRIAN D. PFEIFFER | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | brian.pfeiffer@srz.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| SCHULTE ROTH & ZABEL LLP | ATTN: NEIL S. BEGLEY, ESQ. | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | neil.begley@srz.com |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281-1027 | newyork@sec.gov |
| SEYED RAJI | 24 PLEASANT LANE | | | | SOUTHAMPTON | NY | 11968 | seyraji@aol.com |
| SILVERBERG P.C. | ATTN KARL SILVERBERG, ESQ | 320 CARLETON AVENUE, SUITE 6400 | | | CENTRAL ISLIP | NY | 11722 | ksilverberg@silverbergpclaw.com |
| ST JOHNS UNIVERSITY | ATTN MARY PLANT | BERNADETTE LAVIN-MACDONALD CTR. | 8000 UTOPIA PKWY | | JAMAICA | NY | 11439 | plantm@stjohns.edu |
| STATEWIDE ROOFING INC | 2120 FIFTH AVENUE | | | | RONKONKOMA | NY | 11779 | reception@statewideroofingli.com |
| STIM & WARMUTH PC | ATTN GLENN P WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | gpw@stim-warmuth.com |
| STIM & WARMUTH PC | ATTN PAULA J WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | pjw@stim-warmuth.com |
| THE ALLEN J FLOOD COMPANIES, INC | TWO MADISON AVENUE | | | | LARCHMONT | NY | 10538 | claims@ajfusa.com |
| UMB BANK, NATIONAL ASSOCIATION | ATTN: LAURA ROBERSON, SENIOR VICE PRESIDENT | 2 SOUTH BROADWAY, SUITE 600 | | | ST. LOUIS | MO | 63102 | laura.roberson@umb.com |
| UNITED STATES DEPARTMENT OF EDUCATION | FINANCIAL SQUARE | ATTN CHRISTOPHER CURRY | 32 OLD SLIP, 25TH FLOOR | | NEW YORK | NY | 10005 | christopher.curry@ed.gov |
| WE DRIVE YOU, INC | ATTN CHRIS CUKAR | 700 AIRPORT BLVD, SUITE 250 | | | BURLINGAME | CA | 94010 | chris.cukar@wedriveu.com |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: JAY SMITH | 25 SOUTH CHARLES STREET, 11TH FLOOR | MAIL CODE: MD2-CS58 | | BALTIMORE | MD | 21201 | jhsmith@wilmingtontrust.com |

# EXHIBIT H

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| ARC EXCESS & SURPLUS, LLC | ATTN MICHAEL CAVALLARO | 113 SOUTH SERVICE ROAD | | | JERICHO | NY | 11753 |
| PREMIUM ASSIGNMENT CORPORATION | PO BOX 8800 | | | | TALLAHASSEE | FL | 32314-8800 |
| PREMIUM ASSIGNMENT CORPORATION | | 3522 THOMASVILLE RD, SUITE 400 | | | TALLAHASSEE | FL | 32309 |
| STERLINGRISK | ATTN JOHN B MCDONNELL AND AND MICHAEL FLEISCHER | 135 CROSSWAYS PARK DRIVE | PO BOX 9017 | | WOODBURY | NY | 11797 |

# EXHIBIT I

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| DOMINIC TAIBBI | | 652 4TH AVE | | | BROOKLYN | NY | 11232 |
| IAM NATIONAL PENSION FUND | | 1300 CONNECTICUT AVE., NW | SUITE 300 | | WASHINGTON | DC | 20036-1703 |

# EXHIBIT J

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ABSOLUTE PLUMBING OF LONG ISLAND | 90F KNICKERBOCKER AVENUE | | | | BOHEMIA | NY | 11716 |
| AO SERVICE INC | | 8 NEW YORK AVENUE | | | PORT JEFFERSON | NY | 11776 |
| CARRIER CORPORATION | PO BOX 4808 TR-5 | OFFICE 401 | | | SYRACUSE | NY | 13221 |
| DELILIAH CRAIG | | 14 DAWN CRESCENT | | | CENTRAL ISLIP | NY | 11722 |
| FINANCIAL PACIFIC LEASING, INC | | 3455 SOUTH 344TH WAY, SUITE 300 | | | FEDERAL WAY | WA | 98001 |
| LEAF CAPITAL FUNDING LLC | | 2005 MARKET STREET, 14TH FLOOR | | | PHILADELPHIA | PA | 19103 |
| NEW YORK STATE DEPARTMENT OF LABOR | STATE OFFICE BUILDING | CAMPUS ROOM 500 | | | ALBANY | NY | 12240 |
| NEW YORK STATE DEPARTMENT OF LABOR | BUILDING 12 | W.A. HARRIMAN CAMPUS | | | ALBANY | NY | 12240 |
| POWERHOUSE MAINTENANCE, INC | D/B/A POWERHOUSE PAVING | 2 WEST BEECH STREET | | | ISLIP | NY | 11751 |
| PREMIUM ASSIGNMENT CORPORATION | PO BOX 8800 | | | | TALLAHASSEE | FL | 32314 |
| PREMIUM ASSIGNMENT CORPORATION | | 3522 THOMASVILLE RD, SUITE 400 | | | TALLAHASSEE | FL | 32309 |
| SIMPLEXGRINNELL LP | | 50 TECHNOLOGY DRIVE | | | WESTMINSTER | MA | 01441 |
| STERLING NATIONAL BANK | | 42 BROADWAY | | | NEW YORK | NY | 10004 |
| TEQLEASE, INC | | 23801 CALABASAS ROAD, SUITE 101 | | | CALABASAS | CA | 91302 |
| TM BIER & ASSOCIATES, INC | | 79 HAZEL STREET | | | GLEN COVE | NY | 11542 |
| TOSHIBA FINANCIAL SERVICES | | 1961 HIRST DRIVE | | | MOBERLY | MO | 65270 |
| UNIVERSAL TEMPERATURE CONTROLS LTD | | 1749 JULIA GOLDBACH AVENUE | | | RONKONKOMA | NY | 11779 |
| UNIVEST CAPITAL, INC | | 3331 STREET ROAD, SUITE 325 | | | BENSALEM | PA | 19020 |
| XEROX FINANCIAL SERVICES | | 45 GLOVER AVENUE | | | NORWALK | CT | 06856 |

# EXHIBIT K

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ALLEN JOHNSON, JR | | 138 CENTRAL BLVD | | | OAKDALE | NY | 11769 |
| CARMINE VACCHIO | | 17 JACQUELINE WAY | | | NORTH BABYLON | NY | 11703 |
| CHERISSE FORBERG | | 102 CONNETQUOT DR | | | OAKDALE | NY | 11769 |
| CONNIE RACANELLI | | 1895 WALT WHITMAN ROAD | | | MELVILLE | NY | 11747 |
| DEBBIE DEJONG | | 21 CHATEAU DR | | | OAKDALE | NY | 11769 |
| DENNIS O'DOHERTY ESQ | | 25 CANDEE AVE | | | SAYVILLE | NY | 11782 |
| FRANK CETERO, ESQ | | 248 HIGBIE LANE | | | WEST ISLIP | NY | 11795 |
| JAYNE LORUSSO-KAHT | | 135 MAPLEWOOD RD | | | HUNTINGTON STATION | NY | 11746 |
| JOHN K CASEY | | 115 IDLE HOUR BLVD | | | OAKDALE | NY | 11769 |
| KATHLEEN SCIANDRA, ESQ | | 5 WESLEYAN COURT | | | SMITHTOWN | NY | 11787 |
| KEVIN DOWD | | 9 HOLLY RD | | | OAKDALE | NY | 11769 |
| LANCE LONGO, ESQ | | 43 SCHNEIDER LANE | | | HAUPPAUGE | NY | 11788 |
| MELODY COPE | | 21 CHATEAU DR | | | OAKDALE | NY | 11769 |
| MICHAEL CAPASSO, ESQ | 159 ROUTE 25A | BUILDING 2 SUITE B | | | MILLER PLACE | NY | 11746 |
| O'DOHERTY & CATALDO | ATTN  SAL J CATALDO, ESQ | 25 CANDEE AVE | | | SAYVILLE | NY | 11782 |
| RICHARD FORBERG | | 102 CONNETQUOT DR | | | OAKDALE | NY | 11769 |
| STEPHEN J KUZMA, ESQ | 1660 ROUTE 112 | | | | PORT JEFFERSON STATION | NY | 11776 |
| TARA VACCHIO | | 17 JACQUELINE WAY | | | NORTH BABYLON | NY | 11703 |
| TREANOR ASSOCIATES CORP | ATTN SEAN TREANOR | 182 EASTWOOD BLVD | | | CENTEREACH | NY | 11720 |

# EXHIBIT L

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| SIGNATURE BANK | ATTN CRAIG STOLOW | 565 FIFTH AVENUE, 12TH FLOOR | | | NEW YORK | NY | 10017 | cstolow@signatureny.com |

# EXHIBIT M

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| ASTORIA BANK | ATTN LEGAL DEPARTMENT | 1 ASTORIA BANK PLAZA | | | LAKE SUCCESS | NY | 11042 |
| CALIFORNIA REPUBLIC BANK | ATTN LEGAL DEPARTMENT | 18400 VON KARMAN | SUITE 100 | | IRVINE | CA | 92612 |
| LAZARD ASSET MANAGEMENT | ATTN LEGAL DEPARTMENT | 30 ROCKEFELLER PLAZA | | | NEW YORK | NY | 10112 |
| RABOBANK NA | ATTN LEGAL DEPARTMENT | 2100 SOUTH BLOSSER ROAD | | | SANTA MONICA | CA | 93458 |
| SIGNATURE BANK | ATTN CRAIG STOLOW | 565 FIFTH AVENUE, 12TH FLOOR | | | NEW YORK | NY | 10017 |
| TD BANK NA | ATTN LEGAL DEPARTMENT | 1701 MARLTON PIKE E | | | CHERRY HILL | NJ | 08003 |
| TD BANK NA | ATTN LEVY DEPARTMENT | 1701 ROUTE 70 EAST | | | CHERRY HILL | NJ | 08034-5400 |
| TD WEALTH | ATTN LEGAL DEPARTMENT | 1701 MARLTON PIKE E | | | CHERRY HILL | NJ | 08003 |
| US BANK NA | ATTN LEGAL DEPARTMENT | 800 NICOLLET MALL | | | MINNEAPOLIS | MN | 55402 |

# EXHIBIT N

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| APPLE INC | | 23801 CALABASAS RD | SUITE 101 | | CALABASAS | CA | 91302 |
| EVERBANK COMMERCIAL FINANCE, INC | C/O INSURANCE CENTER | PO BOX 3886 | | | BELLEVUE | WA | 98009 |
| GREAT AMERICAN FINANCIAL SERV CORP | 625 FIRST ST SE | | | | CEDAR RAPIDS | IA | 52401 |
| JTA LEASING CO LLC | | 34 WREN DR | | | EAST HILLS | NY | 11576 |
| LEAF CAPITAL FUNDING, INC | | 1720 A CRETE ST | | | MOBERLY | MO | 65270 |
| MAIL FINANCE / NEOPOST USA | | 478 WHEELERS FARMS RD | | | MILFORD | CT | 06481 |
| MARLIN BUSINESS BANK | | 2795 E COTTONWOOD PKWY | SUITE # 120 | | SALT LAKE CITY | UT | 84121 |
| XEROX FINANCIAL SERVICES LLC | | 45 GLOVER AVE | | | NORWALK | CT | 06856 |

Page 1 of 1

# EXHIBIT O

fduval@amicusinvestors.com

Tatiana.Izquierdo@leedsequity.com

himanshu@conquez.com

aaron.etingen@gus.global

Luca.Paindelli@bpiedu.com

raj.kaji@bpiedu.com

Kmoffat@sterlingpartners.com

aepstein@sterlingpartners.com

CHoehn-Saric@sterlingpartners.com

# EXHIBIT P

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | cmccarthy@aca.com |
| ACA FINANCIAL GUARANTY CORP | ATTN: MARIA CHENG, MANAGING DIRECTOR | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | mcheng@aca.com |
| ARC EXCESS & SURPLUS, LLC | ATTN MICHAEL CAVALLARO | 113 SOUTH SERVICE ROAD | | | JERICHO | NY | 11753 | mcavallaro@arcxs.com |
| BLACKBOARD INC | ATTN WILLIAM DAVY | 650 MASSACHUSETTS AVENUE NW, 6TH FLOOR | | | WASHINGTON | DC | 20001 | william.davy@blackboard.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | rmccord@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: THOMAS J. MCNAMARA | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | tmcnamara@certilmanbalin.com |
| CIGNA HEALTH & LIFE INSURANCE CO | 900 COTTAGE GROVE ROAD, B6LPA | | | | HARTFORD | CT | 06152 | thomascarfagno@cigna.com |
| COHNREZNICK LLP | ATTN CHAD J. SHANDLER | 4 BECKER FARM ROAD | | | ROSELAND | NJ | 07068 | Chad.Shandler@CohnReznick.com |
| DOMINIC TAIBBI | 652 4TH AVE | | | | BROOKLYN | NY | 11232 | iamdt57@gmail.com |
| GARDEN CITY GROUP, LLC | ATTN: IRA NIKELSBERG | 1985 MARCUS AVENUE | | | LAKE SUCCESS | NY | 11042 | Ira.Nikelsberg@gardencitygroup.com |
| GARFUNKEL WILD PC | ATTN ADAM T BERKOWITZ ESQ | 111 GREAT NECK RD | | | GREAT NECK | NY | 11021 | aberkowitz@garfunkelwild.com |
| INGERMAN SMITH, LLP | ATTN CHRISTOPHER J. CLAYTON | 150 MOTOR PKWY, SUITE 400 | | | HAUPPAUGE | NY | 11788 | cclayton@ingermansmith.com |
| JOSEPH BEHAR | 9 BROWN'S RIVER RD | | | | SAYVILLE | NY | 11782 | Jbehar2@optonline.net |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: SEAN C. SOUTHARD, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | ssouthard@klestadt.com |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: LAUREN C. KISS, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | lkiss@klestadt.com |
| LINDA ARDITO | 5 TWO ROD ROAD | | | | HUNTINGTON | NY | 11743 | Linda351@optonline.net |
| MEYER SUOZZI ENGLISH & KLEIN PC | ATTN HOWARD B KLEINBERG ESQ | 990 STEWART AVENUE | SUITE 300 | | GARDEN CITY | NY | 11530-9194 | hkleinberg@msek.com |
| MILMAN LABUDA LAW GROUP PLLC | ATTN JOHN M. HARRAS, ESQ | 3000 MARCUS AVENUE, SUITE 3W8 | | | LAKE SUCCESS | NY | 11042 | john@mllaborlaw.com |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC | ATTN IAN A HAMMEL ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | ihammel@mintz.com |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC | ATTN ERIC R BLYTHE ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | eblythe@mintz.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: P. MIYOKO SATO, ESQ. | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | msato@mintz.com |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN ALISON B. BIANCHI, COUNSEL AND | DEPUTY COMMISSIONER FOR LEGAL AFFAIRS | 89 WASHINGTON AVENUE | | ALBANY | NY | 12234 | Alison.Bianchi@nysed.gov |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN:DR. JOHN D'AGATI, DEPUTY COMMISSIONER | 89 WASHINGTON AVENUE | | | ALBANY | NY | 12234 | john.dagati@nysed.gov |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN, ATTORNEY GENERAL | ATTN: PEGGY FARBER | 120 BROADWAY, 24TH FLOOR | | NEW YORK | NY | 10271 | Peggy.Farber@ag.ny.gov |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE | ATTN:LORETTA E. LYNCH, ATTORNEY GENERAL | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530-0001 | askdoj@usdoj.gov |
| PAUL ABRAMSON | 6 WINSIDE LN | | | | CORAM | NY | 11727 | abramsop@dowling.edu |
| PSEGLI | ATTN  BRIAN HASSAN | 175 E OLD COUNTRY RD | | | HICKSVILLE | NY | 11801 | brian.hassan@pseg.com |
| RSR CONSULTING, LLC | ATTN: NEIL BIVONA | 1330 AVENUE OF THE AMERICAS, SUITE 23A | | | NEW YORK | NY | 10019 | nbivona@rsrconsultingllc.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| RSR CONSULTING, LLC | ATTN: ROBERT S. ROSENFELD | 1330 AVENUE OF THE AMERICAS, SUITE 23A | | | NEW YORK | NY | 10019 | rsrosenfeld@rsrconsultingllc.com |
| SCHULTE ROTH & ZABEL LLP | ATTN: BRIAN D. PFEIFFER | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | brian.pfeiffer@srz.com |
| SCHULTE ROTH & ZABEL LLP | ATTN: NEIL S. BEGLEY, ESQ. | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | neil.begley@srz.com |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281-1027 | newyork@sec.gov |
| SEYED RAJI | 24 PLEASANT LANE | | | | SOUTHAMPTON | NY | 11968 | seyraji@aol.com |
| SIGNATURE BANK | ATTN CRAIG STOLOW | 565 FIFTH AVENUE, 12TH FLOOR | | | NEW YORK | NY | 10017 | cstolow@signatureny.com |
| SILVERBERG P.C. | ATTN KARL SILVERBERG, ESQ | 320 CARLETON AVENUE, SUITE 6400 | | | CENTRAL ISLIP | NY | 11722 | ksilverberg@silverbergpclaw.com |
| ST JOHNS UNIVERSITY | ATTN MARY PLANT | BERNADETTE LAVIN-MACDONALD CTR. | 8000 UTOPIA PKWY | | JAMAICA | NY | 11439 | plantm@stjohns.edu |
| STATEWIDE ROOFING INC | 2120 FIFTH AVENUE | | | | RONKONKOMA | NY | 11779 | reception@statewideroofingli.com |
| STERLINGRISK | ATTN JOHN B MCDONNELL AND AND MICHAEL FLEISCHER | 135 CROSSWAYS PARK DRIVE | PO BOX 9017 | | WOODBURY | NY | 11797 | jmcdonnell@sterlingrisk.com; mfleischer@sterlingrisk.com |
| STIM & WARMUTH PC | ATTN GLENN P WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | gpw@stim-warmuth.com |
| STIM & WARMUTH PC | ATTN PAULA J WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | pjw@stim-warmuth.com |
| THE ALLEN J FLOOD COMPANIES, INC | TWO MADISON AVENUE | | | | LARCHMONT | NY | 10538 | claims@ajfusa.com |
| UMB BANK, NATIONAL ASSOCIATION | ATTN: LAURA ROBERSON, SENIOR VICE PRESIDENT | 2 SOUTH BROADWAY, SUITE 600 | | | ST. LOUIS | MO | 63102 | laura.roberson@umb.com |
| UNITED STATES DEPARTMENT OF EDUCATION | FINANCIAL SQUARE | ATTN CHRISTOPHER CURRY | 32 OLD SLIP, 25TH FLOOR | | NEW YORK | NY | 10005 | christopher.curry@ed.gov |
| WE DRIVE YOU, INC | ATTN CHRIS CUKAR | 700 AIRPORT BLVD, SUITE 250 | | | BURLINGAME | CA | 94010 | chris.cukar@wedriveu.com |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: JAY SMITH | 25 SOUTH CHARLES STREET, 11TH FLOOR | MAIL CODE: MD2-CS58 | | BALTIMORE | MD | 21201 | jhsmith@wilmingtontrust.com |