**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                          :
In re                                     :          Chapter 11
                                          :
DOWLING COLLEGE,[1]                       :          Case No. 16-75545 (REG)
                                          :
Debtor.                                   :
                                          :
-----------------------------------------------------------x
```

### AFFIDAVIT OF SERVICE

```
STATE OF FLORIDA          )
                          ) ss
COUNTY OF ORANGE          )
```

I, Marcia Uhrig, being duly sworn, depose and state:

1.      I am a Director with Garden City Group, LLC, the proposed claims and noticing agent for the debtor and debtor-in-possession (collectively, the "Debtor") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On December 1, 2016, at the direction of Klestadt Winters Jureller Southard & Stevens, LLP ("Klestadt"), proposed counsel for the Debtor, I caused true and correct copies of the following documents to be served by e-mail on the party identified on Exhibit A annexed hereto (Rubin & Rothman):

- **Motion of the Debtor for Entry of an Order Approving the Form and Manner of Notice of Commencement of the Debtor's Chapter 11 Case** [Docket No. 4];

- **Motion of the Debtor for Entry of an Administrative Order Establishing Case Management Procedures** [Docket No. 5];

- **Application for an Order Appointing Garden City Group, LLC, as Claims and Noticing Agent for the Debtor Pursuant to 28 U.S.C. § 156(c) and 11 U.S.C. § 105(a), *Nunc Pro Tunc* to the Petition Date** [Docket No. 6];

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078).  The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

- **Debtor's Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for an Order (I) Authorizing RSR Consulting, LLC to Continue to Provide the Debtor with a Chief Restructuring Officer and Additional Personnel, and (II) Designating Robert S. Rosenfeld as Chief Restructuring Officer to the Debtor Effective as of the Petition Date** [Docket No. 7];

- **Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor (A) to Obtain Post-Petition Secured, Superpriority Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to Pre-Petition Secured Creditors Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364; and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(B) and 4001(C)** [Docket No. 9];

- **Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Closing and Balance Transfers of Certain Prepetition Bank Accounts; (II) Granting a Limited Waiver of Section 345 Investment and Deposit Requirements; and (III) Granting Related Relief** [Docket No. 10];

- **Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Make Payments for Which Prepetition Payroll Deductions were Made and (II) Pay Union Obligations** [Docket No. 11];

- **Motion of Debtor and Debtor in Possession, Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code, for Entry of Interim and Final Orders Authorizing the Debtor to (I) Continue its Existing Insurance Programs and Related Agreements, Including Premium Financing Agreement and (II) Pay Certain Prepetition Insurance Premiums, Claims and Related Expenses** [Docket No. 12];

- **Debtor's *Ex Parte* Application for Entry of a Scheduling Order and Debtor's Motion for Entry of (I) an Order (A) Approving Bidding Procedures for the Sale of the Debtor's Oakdale Campus, (B) Scheduling an Auction and a Sale Hearing Related Thereto, (C) Approving the Form of Notice of the Auction and Sale Hearing, (D) Approving a Termination Fee and Expense Reimbursement; and (II) an Order (A) Approving Such Sale of the Oakdale Campus Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Allowing the Payment of Certain Valid Lien Claims and (C) Related Relief** [Docket No. 13];

- **Debtor's Motion for Entry of Interim and Final Orders (I) Approving Sale Procedures for the Sale of the Debtor's Residential Portfolio and (II) Approving Such Sales of the Debtor's Residential Portfolio Free and Clear of Liens, Claims, Encumbrance and Other Interests** [Docket No. 14];

- **Application for Interim and Final Orders Authorizing the Retention of A&G Realty Partners, LLC and Madison Hawk Partners, LLC as Real Estate Advisors to the Debtor, *Nunc Pro Tunc* to the Petition Date** [Docket No. 15];

- **Application for Interim and Final Orders Authorizing the Retention of Douglas Elliman as Real Estate Broker to the Debtor,** *Nunc Pro Tunc* **to the Petition Date** [Docket No. 16];

- **Application for an Order Approving the Retention of Klestadt Winters Jureller Southard & Stevens, LLP as General Bankruptcy Counsel to the Debtor,** *Nunc Pro Tunc* **to the Petition Date** [Docket No. 17];

- **Application for an Order Approving the Retention of Ingerman Smith, LLP as Special Counsel to the Debtor,** *Nunc Pro Tunc* **to the Petition Date** [Docket No. 18];

- **Application for an Order Approving the Retention of Smith & Downey, PA, as Special Counsel for the Debtor,** *Nunc Pro Tunc* **to the Petition Date** [Docket No. 19];

- **Motion of Debtor, Pursuant to Section 365(a) of the Bankruptcy Code, to Reject Certain Unexpired Leases Effective as of the Petition Date** [Docket No. 20];

- **Motion for Entry of an Administrative Order, Pursuant to Local Rule 2016-1 and 11 U.S.C. §§ 105(a) and 331, Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals** [Docket No. 21];

- **Debtor's Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Authorizing the Debtor to Enter Into and Perform Under Plan Support Agreement** [Docket No. 22];

- **Declaration of Robert S. Rosenfeld, Chief Restructuring Officer of the Debtor, pursuant to Local Bankruptcy Rule 1007-4 in Support of First Day Motions** [Docket No. 23];

- **Index of First Day Motions** [Docket No. 24];

- **Order Scheduling Emergency Hearing on Shortened Notice to Consider Motion of the Debtor for Entry of an Order Approving the Form and Manner of Notice of Commencement of the Debtor's Chapter 11 Case** [Docket No. 30];

- **Order Scheduling Emergency Hearing on Shortened Notice to Consider Debtor's Motion for Entry of Emergency, Interim and Final Orders (I) Authorizing Debtor (A) to Obtain Post-Petition Secured, Superpriority Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to Pre-Petition Secured Creditors Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364; and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c)** [Docket No. 31];

- **Order Scheduling Emergency Hearing on Shortened Notice to Consider Motion of the Debtor for Entry of an Administrative Order Establishing Case Management Procedures** [Docket No. 32];

- **Order Scheduling Emergency Hearing on Shortened Notice to Consider the Debtor's Application for an Order Appointing Garden City Group, LLC, as Claims and Noticing Agent for the Debtor Pursuant to 28 U.S.C. § 156(c) and 11 U.S.C. § 105(a),** *Nunc Pro Tunc* **to the Petition Date** [Docket No. 33];

- **Order Scheduling Emergency Hearing on Shortened Notice to Consider Debtor's Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for an Order (I) Authorizing RSR Consulting, LLC to Continue to Provide the Debtor with a Chief Restructuring Officer and Additional Personnel, and (II) Designating Robert S. Rosenfeld as Chief Restructuring Officer to the Debtor Effective as of the Petition Date** [Docket No. 34];

- **Order Scheduling Emergency Hearing on Shortened Notice to Consider Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Closing and Balance Transfers of Certain Prepetition Bank Accounts; (II) Granting a Limited Waiver of Section 345 Investment and Deposit Requirements; and (III) Granting Related Relief** [Docket No. 35];

- **Order Scheduling Emergency Hearing on Shortened Notice to Consider Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Make Payments for Which Prepetition Payroll Deductions were Made and (II) Pay Union Obligations** [Docket No. 36];

- **Order Scheduling Emergency Hearing on Shortened Notice to Consider the Motion of the Debtor, Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code, for Entry of Interim and Final Orders Authorizing the Debtor to (I) Continue its Existing Insurance Programs and Related Agreements, Including Premium Financing Agreement and (II) Pay Certain Prepetition Insurance Premiums, Claims and Related Expenses** [Docket No. 37];

- **Order Scheduling Emergency Hearing on Shortened Notice to Consider Debtor's Motion for Entry of Interim and Final Orders (I) Approving Sale Procedures for the Sale of the Debtor's Residential Portfolio and (II) Approving Such Sales of the Debtor's Residential Portfolio Free and Clear of Liens, Claims, Encumbrances and Other Interests** [Docket No. 38];

- ***Ex Parte* Order Scheduling a Hearing on Debtor's Motion for an Order (A) Approving Bidding Procedures for the Sale of the Debtor's Oakdale Campus, (B) Scheduling an Auction and a Sale Hearing Related Thereto, (C) Approving the Form and Manner of Notice of the Auction and Sale Hearing, and (D) Approving a Termination Fee and Expense Reimbursement** [Docket No. 39];

- **Order Scheduling Emergency Hearing on Shortened Notice to Consider Debtor's Application for Interim and Final Orders Authorizing the Retention of A&G Realty Partners, LLC and Madison Hawk Partners, LLC as Real Estate Advisors to the Debtor,** *Nunc Pro Tunc* **to the Petition Date** [Docket No. 40];

- **Order Scheduling Emergency Hearing on Shortened Notice to Consider Debtor's Application for Interim and Final Orders Authorizing the Retention of Douglas Elliman as Real Estate Broker for the Debtor,** *Nunc Pro Tunc* **to the Petition Date** [Docket No. 41];

- **Notice of Hearing on Certain Filed Motions and Applications** [Docket No. 45];

- **Notice of Hearing on Motion of Debtor, Pursuant to Section 365(a) of the Bankruptcy Code, to Reject Certain Unexpired Leases Effective as of the Petition Date** [Docket No. 46];

- **Notice of Hearing on Motion for Entry of an Administrative Order, Pursuant to Local Rule 2016-1 and 11 U.S.C. §§ 105(a) and 331, Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals** [Docket No. 47];

- **Notice of Hearing on Debtor's Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Authorizing the Debtor to Enter Into and Perform Under Plan Support Agreement** [Docket No. 48];

- **Notice of Filing of Proposed Emergency Budget for Period Ending December 16, 2016** [Docket No. 49]; and

- **First Day Hearing Agenda** [Docket No. 50].

/s/ Marcy Uhrig
Marcy Uhrig

Sworn to before me this 2nd day of
December, 2016

/s/ Aurora Q. Tufts
Aurora Q. Tufts
Notary Public, State of Florida
No. FF 014088
Commission Expires:  May 2, 2017

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| RUBIN & ROTHMAN | 1787 VETERANS HIGHWAY SUITE 32 | PO BOX 9003 | | | ISLANDIA | NY | 11749 | comments@rubinrothman.com |