



SUFFOLK COUNTY CLERK
RECORDS OFFICE
RECORDING PAGE

Type of Instrument:    JUDGMENT
Recorded:    7/13/2016
Index Number:    15 606286            Sequence Number:    507

Plaintiff(s) :

POWERHOUSE MAINTENANCE, INC.dba POWERHOUSE PAVING

Defendant(s) :

DOWLING COLLEGE ENTERPRISE FOUNDATION, INC.

Attorney(s) :

KARL SILVERBERG
 NY

TAX_MAP_NO:

Liber Page(s):

ADDITIONAL INFORMATION EXISTS PLEASE SEE DOCUMENT
THIS PAGE IS A PART OF THE INSTRUMENT
THIS IS NOT A BILL

Judith A. Pascale
County Clerk, Suffolk County

E-file

At IAS Part _____, of the Supreme Court of the State of New York, County of Suffolk, at the Courthouse at 210 Center Drive, Riverhead, New York 11901 on the __ day of _____ 20___.

PRESENT:

~~HON.~~ _____, ~~J.S.C.~~

-----------------------------------------------------------X
POWERHOUSE MAINTENANCE, INC.
dba POWERHOUSE PAVING,

        Plaintiff,

- against -

DOWLING COLLEGE ENTERPRISE
FOUNDATION, INC. and
ALBERT INSERRA in his capacity as President
of an unincorporated association known as
DOWLING COLLEGE,

        Defendants,

<u>DOWLING COLLEGE,</u>

        Supplemental Defendant.
-----------------------------------------------------------X

Index No. 606286/2015

**JUDGMENT**

ENTERED: JUL 13 2016
AT: 12:12 pm

Plaintiff Powerhouse Maintenance, Inc. dba Powerhouse Paving and defendant Dowling College having entered into a stipulation of settlement, and defendant Dowling College having defaulted on the stipulation of settlement and failed to cure its default, now on motion of Karl J. Silverberg P.C., attorneys for Plaintiff
320 Carleton Ave
Central Islip NY
11722

ADJUDGED Plaintiff Powerhouse Maintenance, Inc. dba Powerhouse Paving, having a principal place of business at 2 West Beech Street, Islip, New York, 11751, does

Page 1 of 2

recover from Defendant Dowling College, having a principal place of business at 150 Idle Hour Boulevard, Oakdale, New York, 11769, the sum of $25,797.70, together with interest from July 17, 2015, the date the complaint was filed, at the statutory rate of 9 percent in the amount of $2,302.32, for a total amount of $28,100.02 and that the Plaintiffs shall have execution thereof.

$28,100.02 total

_____
Judith A. Pascale
SUFFOLK COUNTY CLERK

FILED

2016 JUL 13 P 12:12

JUDITH A. PASCALE
SUFFOLK COUNTY CLERK