**KLESTADT WINTERS JURELLER**     **Hearing Date: December 15, 2016**
**SOUTHARD & STEVENS, LLP**     **Hearing Time: 10:00 a.m.**
200 West 41st Street, 17th Floor
New York, NY 10036-7203     **Objection Deadline: December 12, 2016**
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Proposed Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re     :     Chapter 11
    :
DOWLING COLLEGE,     :     Case No. 16-75545 (REG)
    :
    :
                      Debtor.     :
-----------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) APPROVING SALE PROCEDURES FOR THE SALE OF THE DEBTOR'S RESIDENTIAL PORTFOLIO AND (II) APPROVING SUCH SALES OF THE DEBTOR'S RESIDENTIAL PORTFOLIO FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS**

     **PLEASE TAKE NOTICE** that a hearing on the motion (the "Motion") of Dowling College (the "Debtor") in this chapter 11 case, for an order, (i) approving sale procedures substantially in the form attached as Schedule 1 to the Sale Order[1] for the sale of the Debtor's portfolio of ancillary, mostly residential, real property and any personal property located thereon (the "Residential Portfolio") and (ii) approving the sale of the Residential Portfolio free and clear of all liens, claims, encumbrances, security interests and other interests pursuant to a proposed Purchase Agreement to the Buyers, has been scheduled before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 on **December 15, 2016 at 10:00 a.m.** (the "Hearing").

     **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief sought in the Motion shall be made in writing, filed with the Court by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States

---

[1] Capitalized terms used but not herein shall have the meaning ascribed to them in the Motion.

Bankruptcy Court, Eastern District of New York, 271 Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, on a 3.5 inch floppy disc or compact disc, preferably in portable document Format (PDF), Microsoft Word, or any other Windows Based word processing format, with a hard copy delivered to the Chambers of the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, 271 Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, and served upon (i) The Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, New York 11722, Attn: Stan Yang, Esq., Trial Attorney; (ii) proposed counsel to the Debtor: Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036, Attn: Sean C. Southard, Esq.; (iii) counsel to the Debtor's material prepetition and post-petition secured lenders: (a) Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111, Attn: P. Miyoko Sato, Esq. and Ian A. Hammel, Esq., (b) Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn: Brian D. Pfeiffer, Esq. and Neil S. Begley, Esq., (c) Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, 9th Floor, East Meadow, NY 11554, Attn: Richard J. McCord, Esq. and Thomas J. McNamara, Esq., and (d) Garfunkel Wild, P.C., 111 Great Neck Road, Great Neck, NY 11021, Attn: Adam T. Berkowitz, Esq.; and (iv) proposed counsel to the Creditors' Committee, **so as to be received no later than 4:00 p.m. (Prevailing Eastern Time) on December 12, 2016**.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be adjourned without further notice except as announced in open court at the Hearing, or at any adjourned hearing.

Dated:  New York, New York
        December 2, 2016

                                    **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
      Sean C. Southard
      Lauren C. Kiss
      200 West 41st Street, 17th Floor
      New York, NY 10036
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: ssouthard@klestadt.com
             lkiss@klestadt.com

      *Proposed Attorneys to the Debtor and Debtor in Possession*