**KLESTADT WINTERS JURELLER**  
**SOUTHARD & STEVENS, LLP**  
200 West 41st Street, 17th Floor  
New York, NY 10036-7203  
Telephone: (212) 972-3000  
Facsimile: (212) 972-2245  
Sean C. Southard  
Lauren C. Kiss  

*Proposed Counsel to the Debtor and Debtor-in-Possession*

**Hearing Date: December 15, 2016**  
**Hearing Time: 10:00 a.m.**

**Objection Deadline: December 12, 2016**

**UNITED STATES BANKRUPTCY COURT**  
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| DOWLING COLLEGE, | : Case No. 16-75545 (REG) |
| | : |
| Debtor. | : |

-------------------------------------------------------------------x

### NOTICE OF HEARING ON DEBTOR'S APPLICATION FOR INTERIM AND FINAL ORDERS AUTHORIZING THE RETENTION OF A&G REALTY PARTNERS, LLC AND MADISON HAWK PARTNERS, LLC AS REAL ESTATE ADVISORS TO THE DEBTOR, *NUNC PRO TUNC* TO THE PETITION DATE

**PLEASE TAKE NOTICE** that a hearing on the motion (the "Motion") of Dowling College (the "Debtor") in this chapter 11 case, for an order, approving the retention of A&G Realty Partners, LLC and Madison Hawk Partners, LLC, as real estate advisors to the Debtor, *nunc pro tunc* to the Petition Date, has been scheduled before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 on **December 15, 2016 at 10:00 a.m.** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief sought in the Motion shall be made in writing, filed with the Court by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, Eastern District of New York, 271 Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, on a 3.5 inch floppy disc or compact disc, preferably in portable document Format (PDF), Microsoft Word, or any other Windows Based word processing format, with a hard copy delivered to the Chambers of the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, 271 Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza,

Central Islip, New York 11722, and served upon (i) The Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, New York 11722, Attn: Stan Yang, Esq., Trial Attorney; (ii) proposed counsel to the Debtor:  Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036, Attn: Sean C. Southard, Esq.; (iii) counsel to the Debtor's material prepetition and post-petition secured lenders: (a) Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111, Attn: P. Miyoko Sato, Esq. and Ian A. Hammel, Esq., (b) Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn:  Brian D. Pfeiffer, Esq. and Neil S. Begley, Esq., (c) Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, 9th Floor, East Meadow, NY 11554, Attn: Richard J. McCord, Esq. and Thomas J. McNamara, Esq., and (d) Garfunkel Wild, P.C., 111 Great Neck Road, Great Neck, NY 11021, Attn:  Adam T. Berkowitz, Esq.; and (iv) proposed counsel to the Creditors' Committee, **so as to be received no later than 4:00 p.m. (Prevailing Eastern Time) on December 12, 2016**.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be adjourned without further notice except as announced in open court at the Hearing, or at any adjourned hearing.

Dated:   New York, New York
           December 2, 2016

                 **KLESTADT WINTERS JURELLER**
                  **SOUTHARD & STEVENS, LLP**

             By:   */s/ Sean C. Southard*
               Sean C. Southard
               Lauren C. Kiss
               200 West 41st Street, 17th Floor
               New York, NY 10036
               Tel: (212) 972-3000
               Fax: (212) 972-2245
               Email: ssouthard@klestadt.com
                  lkiss@klestadt.com

               *Proposed Attorneys to the Debtor and Debtor*
                *in Possession*