**KLESTADT WINTERS JURELLER**  **Hearing Date: December 15, 2016**
**SOUTHARD & STEVENS, LLP**  **Hearing Time: 10:00 a.m.**
200 West 41st Street, 17th Floor
New York, NY 10036-7203  **Objection Deadline: December 12, 2016**
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Proposed Counsel to the Debtor and Debtor-*
  *in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re                                  :   Chapter 11
                                       :
DOWLING COLLEGE,                       :   Case No. 16-75545 (REG)
                                       :
                                       :
                              Debtor.  :
----------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTOR'S APPLICATION FOR INTERIM AND FINAL
ORDERS AUTHORIZING THE RETENTION OF DOUGLAS ELLIMAN AS REAL
ESTATE BROKER FOR THE DEBTOR, *NUNC PRO TUNC* TO THE PETITION DATE**

      **PLEASE TAKE NOTICE** that a hearing on the application (the "Application") of Dowling College (the "Debtor") in this chapter 11 case, for an order, approving the retention of Douglas Elliman (the "Residential Agent"), as real estate broker for the Debtor, *nunc pro tunc* to the Petition Date, has been scheduled before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 on **December 15, 2016 at 10:00 a.m.** (the "Hearing").

      **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief sought in the Application shall be made in writing, filed with the Court by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, Eastern District of New York, 271 Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, on a 3.5 inch floppy disc or compact disc, preferably in portable document Format (PDF), Microsoft Word, or any other Windows Based word processing format, with a hard copy delivered to the Chambers of the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, 271 Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, and served upon (i) The Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato Federal

Courthouse, 560 Federal Plaza, Central Islip, New York 11722, Attn: Stan Yang, Esq., Trial Attorney; (ii) proposed counsel to the Debtor: Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036, Attn: Sean C. Southard, Esq.; (iii) counsel to the Debtor's material prepetition and post-petition secured lenders: (a) Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111, Attn: P. Miyoko Sato, Esq. and Ian A. Hammel, Esq., (b) Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn: Brian D. Pfeiffer, Esq. and Neil S. Begley, Esq., (c) Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, 9th Floor, East Meadow, NY 11554, Attn: Richard J. McCord, Esq. and Thomas J. McNamara, Esq., and (d) Garfunkel Wild, P.C., 111 Great Neck Road, Great Neck, NY 11021, Attn: Adam T. Berkowitz, Esq.; and (iv) proposed counsel to the Creditors' Committee, **so as to be received no later than 4:00 p.m. (Prevailing Eastern Time) on December 12, 2016**.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Application may be adjourned without further notice except as announced in open court at the Hearing, or at any adjourned hearing.

Dated: New York, New York
December 2, 2016

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
Sean C. Southard
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, NY 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: ssouthard@klestadt.com
lkiss@klestadt.com

*Proposed Attorneys to the Debtor and Debtor in Possession*