**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                              :    Chapter 11
:
**DOWLING COLLEGE,**[1]           :    Case No. 16-75545 (REG)
:
**Debtor.**                        :
:
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Ira Nikelsberg, being duly sworn, depose and state:

1. I am a Senior Project Manager with the Garden City Group, LLC, the proposed claims and noticing agent for the debtor and debtor-in-possession (collectively, the "Debtor") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On December 1, 2016, Klestadt Winters Jureller Southard & Stevens, LLP, proposed counsel for the Debtor, I caused true and correct copies of the following documents to be served by e-mail on the parties identified on Exhibit A annexed hereto (Potential Oakdale Purchasers):

- **Debtor's *Ex Parte* Application for Entry of a Scheduling Order and Debtor's Motion for Entry of (I) an Order (A) Approving Bidding Procedures for the Sale of the Debtor's Oakdale Campus, (B) Scheduling an Auction and a Sale Hearing Related Thereto, (C) Approving the Form of Notice of the Auction and Sale Hearing, (D) Approving a Termination Fee and Expense Reimbursement; and (II) an Order (A) Approving Such Sale of the Oakdale Campus Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Allowing the Payment of Certain Valid Lien Claims and (C) Related Relief** [Docket No. 13];

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078). The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

- **Declaration of Robert S. Rosenfeld, Chief Restructuring Officer of the Debtor, pursuant to Local Bankruptcy Rule 1007-4 in Support of First Day Motions** [Docket No. 23]; and

- *Ex Parte* **Order Scheduling a Hearing on Debtor's Motion for an Order (A) Approving Bidding Procedures for the Sale of the Debtor's Oakdale Campus, (B) Scheduling an Auction and a Sale Hearing Related Thereto, (C) Approving the Form and Manner of Notice of the Auction and Sale Hearing, and (D) Approving a Termination Fee and Expense Reimbursement** [Docket No. 39].

/s/ Ira Nikelsberg
Ira Nikelsberg

Sworn to before me this 5th day of
December, 2016

/s/ Debra Wolther
Debra Wolther
Notary Public, State of New York
No. 02WO4853469
Qualified in Nassau County
Commission Expires January 27, 2018

# EXHIBIT A

Michael.newman@touro.edu (Michael Newman)

Meln@touro.edu (Melvin M. Ness)

fduval@amicusinvestors.com

Tatiana.Izquierdo@leedsequity.com

himanshu@conquez.com

aaron.etingen@gus.global

Luca.Paindelli@bpiedu.com

raj.kaji@bpiedu.com

Kmoffat@sterlingpartners.com

aepstein@sterlingpartners.com

CHoehn-Saric@sterlingpartners.com