# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
In re                                          :    Chapter 11
:
**DOWLING COLLEGE,**[1]                        :    Case No. 16-75545 (REG)
:
Debtor.                                        :
:
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF FLORIDA      )
                      ) ss
COUNTY OF ORANGE      )

I, Marcia Uhrig, being duly sworn, depose and state:

1. I am a Director with the Garden City Group, LLC, the proposed claims and noticing agent for the debtor and debtor-in-possession (collectively, the "Debtor") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On December 2, 2016, Klestadt Winters Jureller Southard & Stevens, LLP ("Klestadt"), proposed counsel for the Debtor, I caused true and correct copies of the following documents to be served by e-mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses), and by first class mail on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties):

- **Notice of Hearing on Debtor's Motion for Entry of Interim and Final Orders (I) Approving Sale Procedures for the Sale of the Debtor's Residential Portfolio and (II) Approving Such Sales of the Debtor's Residential Portfolio Free and Clear of Liens, Claims, Encumbrances and Other Interests ("Notice of Hearing on Residential Portfolio Sale Motion")** [Docket No. 60];

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078). The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

- **Notice of Hearing on Debtor's Application for Interim and Final Orders Authorizing the Retention of A&G Realty Partners, LLC and Madison Hawk Partners, LLC as Real Estate Advisors to the Debtor,** *Nunc Pro Tunc* **to the Petition Date** [Docket No. 61]; and

- **Notice of Hearing on Debtor's Application for Interim and Final Orders Authorizing the Retention of Douglas Elliman as Real Estate Broker for the Debtor,** *Nunc Pro Tunc* **to the Petition Date** [Docket No. 62].

3. On December 2, 2016, also at the direction of Klestadt, I caused true and correct copies of the **Notice of Hearing on Residential Portfolio Sale Motion** to be served by first class mail on the parties identified on Exhibit C annexed hereto (Secured Parties, Potential Residential Portfolio Purchasers, and Residential Portfolio Tenants).

4. On December 2, 2016, also at the direction of Klestadt, I caused true and correct copies of the following documents to be served by first class mail on the parties identified on Exhibit D annexed hereto (Residential Portfolio Tenants):

- **Debtor's Motion for Entry of Interim and Final Orders (I) Approving Sale Procedures for the Sale of the Debtor's Residential Portfolio and (II) Approving Such Sales of the Debtor's Residential Portfolio Free and Clear of Liens, Claims, Encumbrance and Other Interests** [Docket No. 14]; and

- **Declaration of Robert S. Rosenfeld, Chief Restructuring Officer of the Debtor, pursuant to Local Bankruptcy Rule 1007-4 in Support of First Day Motions** [Docket No. 23].

/s/ Marcia Uhrig
Marcia Uhrig

Sworn to before me this 5th day of
December, 2016

/s/ Aurora Q. Tufts
Aurora Q. Tufts
Notary Public, State of Florida
No. FF 014088
Commission Expires:  May 2, 2017

2

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | cmccarthy@aca.com |
| ACA FINANCIAL GUARANTY CORP | ATTN: MARIA CHENG, MANAGING DIRECTOR | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | mcheng@aca.com |
| BLACKBOARD INC | ATTN WILLIAM DAVY | 650 MASSACHUSETTS AVENUE NW, 6TH FLOOR | | | WASHINGTON | DC | 20001 | william.davy@blackboard.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | rmccord@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: THOMAS J. MCNAMARA | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | tmcnamara@certilmanbalin.com |
| CIGNA HEALTH & LIFE INSURANCE CO | 900 COTTAGE GROVE ROAD, B6LPA | | | | HARTFORD | CT | 06152 | thomascarfagno@cigna.com |
| COHNREZNICK LLP | ATTN CHAD J. SHANDLER | 4 BECKER FARM ROAD | | | ROSELAND | NJ | 07068 | Chad.Shandler@CohnReznick.com |
| GARDEN CITY GROUP, LLC | ATTN: IRA NIKELSBERG | 1985 MARCUS AVENUE | | | LAKE SUCCESS | NY | 11042 | Ira.Nikelsberg@gardencitygroup.com |
| GARFUNKEL WILD PC | ATTN ADAM T BERKOWITZ ESQ | 111 GREAT NECK RD | | | GREAT NECK | NY | 11021 | aberkowitz@garfunkelwild.com |
| INGERMAN SMITH, LLP | ATTN CHRISTOPHER J. CLAYTON | 150 MOTOR PKWY, SUITE 400 | | | HAUPPAUGE | NY | 11788 | cclayton@ingermansmith.com |
| JOSEPH BEHAR | 9 BROWN'S RIVER RD | | | | SAYVILLE | NY | 11782 | Jbehar2@optonline.net |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: SEAN C. SOUTHARD, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | ssouthard@klestadt.com |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: LAUREN C. KISS, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | lkiss@klestadt.com |
| LINDA ARDITO | 5 TWO ROD ROAD | | | | HUNTINGTON | NY | 11743 | Linda351@optonline.net |
| MEYER SUOZZI ENGLISH & KLEIN PC | ATTN HOWARD B KLEINBERG ESQ | 990 STEWART AVENUE | SUITE 300 | | GARDEN CITY | NY | 11530-9194 | hkleinberg@msek.com |
| MILMAN LABUDA LAW GROUP PLLC | ATTN JOHN M. HARRAS, ESQ | 3000 MARCUS AVENUE, SUITE 3W8 | | | LAKE SUCCESS | NY | 11042 | john@mllaborlaw.com |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC | ATTN IAN A HAMMEL ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | ihammel@mintz.com |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC | ATTN ERIC R BLYTHE ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | eblythe@mintz.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: P. MIYOKO SATO, ESQ. | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | msato@mintz.com |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN ALISON B. BIANCHI, COUNSEL AND | DEPUTY COMMISSIONER FOR LEGAL AFFAIRS | 89 WASHINGTON AVENUE | | ALBANY | NY | 12234 | Alison.Bianchi@nysed.gov |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN:DR. JOHN D'AGATI, DEPUTY COMMISSIONER | 89 WASHINGTON AVENUE | | | ALBANY | NY | 12234 | john.dagati@nysed.gov |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN, ATTORNEY GENERAL | ATTN: PEGGY FARBER | 120 BROADWAY, 24TH FLOOR | | NEW YORK | NY | 10271 | Peggy.Farber@ag.ny.gov |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE | ATTN:LORETTA E. LYNCH, ATTORNEY GENERAL | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530-0001 | askdoj@usdoj.gov |
| PAUL ABRAMSON | 6 WINSIDE LN | | | | CORAM | NY | 11727 | abramsop@dowling.edu |
| PSEGLI | ATTN  BRIAN HASSAN | 175 E OLD COUNTRY RD | | | HICKSVILLE | NY | 11801 | brian.hassan@pseg.com |
| RSR CONSULTING, LLC | ATTN: NEIL BIVONA | 1330 AVENUE OF THE AMERICAS, SUITE 23A | | | NEW YORK | NY | 10019 | nbivona@rsrconsultingllc.com |
| RSR CONSULTING, LLC | ATTN: ROBERT S. ROSENFELD | 1330 AVENUE OF THE AMERICAS, SUITE 23A | | | NEW YORK | NY | 10019 | rsrosenfeld@rsrconsultingllc.com |
| RUBIN & ROTHMAN | 1787 VETERANS HIGHWAY SUITE 32 | PO BOX 9003 | | | ISLANDIA | NY | 11749 | comments@rubinrothman.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| SCHULTE ROTH & ZABEL LLP | ATTN: BRIAN D. PFEIFFER | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | brian.pfeiffer@srz.com |
| SCHULTE ROTH & ZABEL LLP | ATTN: NEIL S. BEGLEY, ESQ. | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | neil.begley@srz.com |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281-1027 | newyork@sec.gov |
| SEYED RAJI | 24 PLEASANT LANE | | | | SOUTHAMPTON | NY | 11968 | seyraji@aol.com |
| SILVERBERG P.C. | ATTN KARL SILVERBERG | 320 CARLETON AVE, STE 6400 | | | CENTRAL ISLIP | NY | 11722 | ksilverberg@silverbergpclaw.com |
| SILVERBERG P.C. | ATTN KARL SILVERBERG, ESQ | 320 CARLETON AVENUE, SUITE 6400 | | | CENTRAL ISLIP | NY | 11722 | ksilverberg@silverbergpclaw.com |
| ST JOHNS UNIVERSITY | ATTN MARY PLANT | BERNADETTE LAVIN-MACDONALD CTR. | 8000 UTOPIA PKWY | | JAMAICA | NY | 11439 | plantm@stjohns.edu |
| STATEWIDE ROOFING INC | 2120 FIFTH AVENUE | | | | RONKONKOMA | NY | 11779 | reception@statewideroofingli.com |
| STIM & WARMUTH PC | ATTN GLENN P WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | gpw@stim-warmuth.com |
| STIM & WARMUTH PC | ATTN PAULA J WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | pjw@stim-warmuth.com |
| THE ALLEN J FLOOD COMPANIES, INC | TWO MADISON AVENUE | | | | LARCHMONT | NY | 10538 | claims@ajfusa.com |
| UMB BANK, NATIONAL ASSOCIATION | ATTN: LAURA ROBERSON, SENIOR VICE PRESIDENT | 2 SOUTH BROADWAY, SUITE 600 | | | ST. LOUIS | MO | 63102 | laura.roberson@umb.com |
| UNITED STATES DEPARTMENT OF EDUCATION | FINANCIAL SQUARE | ATTN CHRISTOPHER CURRY | 32 OLD SLIP, 25TH FLOOR | | NEW YORK | NY | 10005 | christopher.curry@ed.gov |
| WE DRIVE YOU, INC | ATTN CHRIS CUKAR | 700 AIRPORT BLVD, SUITE 250 | | | BURLINGAME | CA | 94010 | chris.cukar@wedriveu.com |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: JAY SMITH | 25 SOUTH CHARLES STREET, 11TH FLOOR | MAIL CODE: MD2-CS58 | | BALTIMORE | MD | 21201 | jhsmith@wilmingtontrust.com |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 |
| ACA FINANCIAL GUARANTY CORP | ATTN: MARIA CHENG, MANAGING DIRECTOR | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 |
| AMERICAN EXPRESS | 200 VESEY ST | | | | NEW YORK | NY | 10285 |
| AMERICAN EXPRESS | PO BOX 2855 | | | | NEW YORK | NY | 10116 |
| BLACKBOARD INC | ATTN WILLIAM DAVY | 1111 19TH ST, NW | | | WASHINGTON | DC | 20036 |
| BLACKBOARD INC | ATTN WILLIAM DAVY | 650 MASSACHUSETTS AVENUE NW, 6TH FLOOR | | | WASHINGTON | DC | 20001 |
| CAPITAL ONE NA | 313 CARONDELET ST | | | | NEW ORLEANS | LA | 70130 |
| CAPITAL ONE NA | PO BOX 60024 | | | | NEW ORLEANS | LA | 70160-0024 |
| CARRIER COMMERCIAL SERVICE | 4110 BUTLER PIKE | | | | PLYMOUTH MEETING | PA | 19462 |
| CARRIER COMMERCIAL SERVICE | P.O. BOX 93844 | | | | CHICAGO | IL | 60673-3844 |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: THOMAS J. MCNAMARA | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 |
| CIGNA HEALTH & LIFE INSURANCE CO | 900 COTTAGE GROVE ROAD, B6LPA | | | | HARTFORD | CT | 06152 |
| COHNREZNICK LLP | ATTN CHAD J. SHANDLER | 4 BECKER FARM ROAD | | | ROSELAND | NJ | 07068 |
| DOWLING COLLEGE | ATTN: ROBERT S. ROSENFELD | 150 IDLE HOUR BLVD. | | | OAKDALE | NY | 11769 |
| GARDEN CITY GROUP, LLC | ATTN: IRA NIKELSBERG | 1985 MARCUS AVENUE | | | LAKE SUCCESS | NY | 11042 |
| GARFUNKEL WILD PC | ATTN ADAM T BERKOWITZ ESQ | 111 GREAT NECK RD | | | GREAT NECK | NY | 11021 |
| GEORGE FOUNDOTOS | 4 DAMIN CIRCLE | | | | ST JAMES | NY | 11780 |
| HIGHER ONE | 115 MUNSON STREET | | | | NEW HAVEN | CT | 06511 |
| INGERMAN SMITH, LLP | ATTN CHRISTOPHER J. CLAYTON | 150 MOTOR PKWY, SUITE 400 | | | HAUPPAUGE | NY | 11788 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 |
| JOSEPH BEHAR | 9 BROWN'S RIVER RD | | | | SAYVILLE | NY | 11782 |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: SEAN C. SOUTHARD, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: LAUREN C. KISS, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 |
| LINDA ARDITO | 5 TWO ROD ROAD | | | | HUNTINGTON | NY | 11743 |
| MEYER SUOZZI ENGLISH & KLEIN PC | ATTN HOWARD B KLEINBERG ESQ | 990 STEWART AVENUE | SUITE 300 | | GARDEN CITY | NY | 11530-9194 |
| MILMAN LABUDA LAW GROUP PLLC | ATTN JOHN M. HARRAS, ESQ | 3000 MARCUS AVENUE, SUITE 3W8 | | | LAKE SUCCESS | NY | 11042 |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC | ATTN IAN A HAMMEL ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC | ATTN ERIC R BLYTHE ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: P. MIYOKO SATO, ESQ. | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN ALISON B. BIANCHI, COUNSEL AND | DEPUTY COMMISSIONER FOR LEGAL AFFAIRS | 89 WASHINGTON AVENUE | | ALBANY | NY | 12234 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN:DR. JOHN D'AGATI, DEPUTY COMMISSIONER | 89 WASHINGTON AVENUE | | | ALBANY | NY | 12234 |
| NEW YORK STATE DEPARTMENT OF LABOR | UNEMPLOYMENT INSURANCE DIVISION | HARRIMAN STATE OFFICE CAMPUS | | | ALBANY | NY | 12240-0322 |
| NEW YORK STATE DEPT OF TAXATION AND FINANCE | BANKRUPTCY UNIT – TCD | BUILDING 8, ROOM 455 | W.A. HARRIMAN STATE CAMPUS | | ALBANY | NY | 12227 |
| NEW YORK STATE DEPT OF TAXATION AND FINANCE | BANKRUPTCY UNIT | P.O. BOX 5300 | | | ALBANY | NY | 12205-5300 |
| NYS UNEMPLOYMENT INSURANCE | PO BOX 4301 | | | | BINGHAMTON | NY | 13902-4301 |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN, ATTORNEY GENERAL | ATTN: PEGGY FARBER | 120 BROADWAY, 24TH FLOOR | | NEW YORK | NY | 10271 |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE | ATTN:LORETTA E. LYNCH, ATTORNEY GENERAL | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530-0001 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE EASTERN DISTRICT OF NEW YORK | ATTN: STAN YANG, ESQ., TRIAL ATTORNEY | ALFONSE D'AMATO FEDERAL COURTHOUSE | 560 FEDERAL PLAZA | CENTRAL ISLIP | NY | 11722 |
| PAUL ABRAMSON | 6 WINSIDE LN | | | | CORAM | NY | 11727 |
| PSEGLI | ATTN  BRIAN HASSAN | 175 E OLD COUNTRY RD | | | HICKSVILLE | NY | 11801 |
| PSEGLI | PO BOX 888 | | | | HICKSVILLE | NY | 11802-0888 |
| RSR CONSULTING, LLC | ATTN: NEIL BIVONA | 1330 AVENUE OF THE AMERICAS, SUITE 23A | | | NEW YORK | NY | 10019 |
| RSR CONSULTING, LLC | ATTN: ROBERT S. ROSENFELD | 1330 AVENUE OF THE AMERICAS, SUITE 23A | | | NEW YORK | NY | 10019 |
| RUBIN & ROTHMAN | 1787 VETERANS HIGHWAY SUITE 32 | PO BOX 9003 | | | ISLANDIA | NY | 11749 |
| SCHULTE ROTH & ZABEL LLP | ATTN: BRIAN D. PFEIFFER | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 |
| SCHULTE ROTH & ZABEL LLP | ATTN: NEIL S. BEGLEY, ESQ. | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 |
| SECURITIES AND EXCHANGE COMMISSION | NORTHEAST REGIONAL OFFICE | ATTN JOHN MURRAY | WOOLWORTH BUILDING | 233 BROADWAY | NEW YORK | NY | 10279 |
| SECURITIES EXCHANGE COMMISSION | ATTN GENERAL COUNSEL | 100 F ST NE | | | WASHINGTON | DC | 20549-2000 |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281-1027 |
| SEYED RAJI | 24 PLEASANT LANE | | | | SOUTHAMPTON | NY | 11968 |
| SILVERBERG P.C. | ATTN KARL SILVERBERG | 320 CARLETON AVE, STE 6400 | | | CENTRAL ISLIP | NY | 11722 |
| SILVERBERG P.C. | ATTN KARL SILVERBERG, ESQ | 320 CARLETON AVENUE, SUITE 6400 | | | CENTRAL ISLIP | NY | 11722 |
| ST JOHNS UNIVERSITY | ATTN MARY PLANT | BERNADETTE LAVIN-MACDONALD CTR. | 8000 UTOPIA PKWY | | JAMAICA | NY | 11439 |
| STATEWIDE ROOFING INC | 2120 FIFTH AVENUE | | | | RONKONKOMA | NY | 11779 |
| STIM & WARMUTH PC | ATTN GLENN P WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 |
| STIM & WARMUTH PC | ATTN PAULA J WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 |
| THE ALLEN J FLOOD COMPANIES, INC | TWO MADISON AVENUE | | | | LARCHMONT | NY | 10538 |
| THE UNITED STATES ATTORNEY'S OFFICE | EASTERN DISTRICT OF NEW YORK | ATTN LONG ISLAND BANKRUPTCY PROCESSING | 610 FEDERAL PLAZA, 5TH FLOOR | | CENTRAL ISLIP | NY | 11722-4454 |
| ULTIMATE POWER, INC | 45 NANCY STREET | | | | WEST BABYLON | NY | 11704 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| UMB BANK, NATIONAL ASSOCIATION | ATTN: LAURA ROBERSON, SENIOR VICE PRESIDENT | 2 SOUTH BROADWAY, SUITE 600 | | | ST. LOUIS | MO | 63102 |
| UNITED STATES DEPARTMENT OF EDUCATION | OFFICE OF GENERAL COUNSEL | 400 MARYLAND AVE., SW ROOM 6E353 | | | WASHINGTON | DC | 20202-2110 |
| UNITED STATES DEPARTMENT OF EDUCATION | BANKRUPTCY LITIGATION SUPPORT | 50 BEALE STREET, SUITE 8629 | | | SAN FRANCISCO | CA | 94105 |
| UNITED STATES DEPARTMENT OF EDUCATION | FINANCIAL SQUARE | ATTN CHRISTOPHER CURRY | 32 OLD SLIP, 25TH FLOOR | | NEW YORK | NY | 10005 |
| WE DRIVE YOU, INC | ATTN CHRIS CUKAR | 700 AIRPORT BLVD, SUITE 250 | | | BURLINGAME | CA | 94010 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: JAY SMITH | 25 SOUTH CHARLES STREET, 11TH FLOOR | MAIL CODE: MD2-CS58 | | BALTIMORE | MD | 21201 |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ABSOLUTE PLUMBING OF LONG ISLAND, INC | 90F KNICKERBOCKER AVENUE | | | | BOHEMIA | NY | 11716 |
| ALLEN JOHNSON, JR | 138 CENTRAL BLVD | | | | OAKDALE | NY | 11769 |
| AO SERVICE INC | 8 NEW YORK AVENUE | | | | PORT JEFFERSON | NY | 11776 |
| CARMINE VACCHIO | 17 JACQUELINE WAY | | | | NORTH BABYLON | NY | 11703 |
| CARRIER CORPORATION | PO BOX 4808 TR-5 | OFFICE 401 | | | SYRACUSE | NY | 13221 |
| CHARLES MCCABE | 58 WOODLAWN AVE | | | | OAKDALE | NY | 11769 |
| CHERISSE FORBERG | 102 CONNETQUOT DR | | | | OAKDALE | NY | 11769 |
| CONNIE RACANELLI | 1895 WALT WHITMAN ROAD | | | | MELVILLE | NY | 11747 |
| DEBBIE DEJONG | 21 CHATEAU DR | | | | OAKDALE | NY | 11769 |
| DELILIAH CRAIG | 14 DAWN CRESCENT | | | | CENTRAL ISLIP | NY | 11722 |
| DENNIS O'DOHERTY ESQ | 25 CANDEE AVE | | | | SAYVILLE | NY | 11782 |
| DESIREE NELSON/MATTHEW PASQUALE | 56 VAN BOMEL BLVD | | | | OAKDALE | NY | 11769 |
| FINANCIAL PACIFIC LEASING, INC | 3455 SOUTH 344TH WAY, SUITE 300 | | | | FEDERAL WAY | WA | 98001 |
| FRANK CETERO, ESQ | 248 HIGBIE LANE | | | | WEST ISLIP | NY | 11795 |
| GEOFFREY & ANNAMARIA STEWART | 87 CENTRAL BLVD | | | | OAKDALE | NY | 11769 |
| JAYNE LORUSSO-KAHT | 135 MAPLEWOOD RD | | | | HUNTINGTON STATION | NY | 11746 |
| JOHN CASEY | 115 IDLE HOUR BLVD | | | | OAKDALE | NY | 11769 |
| JOHN INGOGLIA & TABITHA UEBLACKER | 88 CENTRAL BLVD | | | | OAKDALE | NY | 11769 |
| JOHN K CASEY | 115 IDLE HOUR BLVD | | | | OAKDALE | NY | 11769 |
| KATHLEEN SCIANDRA, ESQ | 5 WESLEYAN COURT | | | | SMITHTOWN | NY | 11787 |
| KEVIN DOWD | 9 HOLLY RD | | | | OAKDALE | NY | 11769 |
| LANCE LONGO, ESQ | 43 SCHNEIDER LANE | | | | HAUPPAUGE | NY | 11788 |
| LAUREN BUFALO | 44 VAN BOMEL BLVD | | | | OAKDALE | NY | 11769 |
| LEAF CAPITAL FUNDING LLC | 2005 MARKET STREET, 14TH FLOOR | | | | PHILADELPHIA | PA | 19103 |
| MELODY COPE | 21 CHATEAU DRIVE | | | | OAKDALE | NY | 11769 |
| MELODY COPE | 21 CHATEAU DR | | | | OAKDALE | NY | 11769 |
| MICHAEL CAPASSO, ESQ | 159 ROUTE 25A | BUILDING 2 SUITE B | | | MILLER PLACE | NY | 11746 |
| MICHAEL CAPPELL & MANDOLYNNE HOPKINS | 47 CHATEAU DR | | | | OAKDALE | NY | 11769 |
| NEW YORK STATE DEPARTMENT OF LABOR | STATE OFFICE BUILDING | CAMPUS ROOM 500 | | | ALBANY | NY | 12240 |
| NEW YORK STATE DEPARTMENT OF LABOR | BUILDING 12 | W.A. HARRIMAN CAMPUS | | | ALBANY | NY | 12240 |
| O'DOHERTY & CATALDO | ATTN  SAL J CATALDO, ESQ | 25 CANDEE AVE | | | SAYVILLE | NY | 11782 |
| PAULA MARIE & ROBERT JOHNSON | 138 CENTRAL BLVD | | | | OAKDALE | NY | 11769 |
| POWERHOUSE MAINTENANCE, INC | D/B/A POWERHOUSE PAVING | 2 WEST BEECH STREET | | | ISLIP | NY | 11751 |
| PREMIUM ASSIGNMENT CORPORATION | PO BOX 8800 | | | | TALLAHASSEE | FL | 32314 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| PREMIUM ASSIGNMENT CORPORATION | 3522 THOMASVILLE RD, SUITE 400 | | | | TALLAHASSEE | FL | 32309 |
| RICHARD & CHERISSE FORBERG | 102 CONNETQUOT | | | | OAKDALE | NY | 11769 |
| RICHARD FORBERG | 102 CONNETQUOT DR | | | | OAKDALE | NY | 11769 |
| ROSEMARIE FAIRCHILD | 27 CHATEAU DR | | | | OAKDALE | NY | 11769 |
| ROSEMARIE GIAQUINTO | 48 VAN BOMEL BLVD | | | | OAKDALE | NY | 11769 |
| SIMPLEXGRINNELL LP | 50 TECHNOLOGY DRIVE | | | | WESTMINSTER | MA | 01441 |
| STEPHEN & MARK HANNA | 52 VAN BOMEL BLVD | | | | OAKDALE | NY | 11769 |
| STEPHEN J KUZMA, ESQ | 1660 ROUTE 112 | | | | PORT JEFFERSON STATION | NY | 11776 |
| STERLING NATIONAL BANK | 42 BROADWAY | | | | NEW YORK | NY | 10004 |
| TARA VACCHIO | 17 JACQUELINE WAY | | | | NORTH BABYLON | NY | 11703 |
| TEQLEASE, INC | 23801 CALABASAS ROAD, SUITE 101 | | | | CALABASAS | CA | 91302 |
| THERESA & CAITLIN CODY | 39 CHATEAU DRIVE | | | | OAKDALE | NY | 11769 |
| TM BIER & ASSOCIATES, INC | 79 HAZEL STREET | | | | GLEN COVE | NY | 11542 |
| TOSHIBA FINANCIAL SERVICES | 1961 HIRST DRIVE | | | | MOBERLY | MO | 65270 |
| TREANOR ASSOCIATES CORP | ATTN SEAN TREANOR | 182 EASTWOOD BLVD | | | CENTEREACH | NY | 11720 |
| UNIVERSAL TEMPERATURE CONTROLS LTD | 1749 JULIA GOLDBACH AVENUE | | | | RONKONKOMA | NY | 11779 |
| UNIVEST CAPITAL, INC | 3331 STREET ROAD, SUITE 325 | | | | BENSALEM | PA | 19020 |
| XEROX FINANCIAL SERVICES | 45 GLOVER AVENUE | | | | NORWALK | CT | 06856 |

# EXHIBIT D

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| CHARLES MCCABE | 58 WOODLAWN AVE | | | | OAKDALE | NY | 11769 |
| DESIREE NELSON/MATTHEW PASQUALE | 56 VAN BOMEL BLVD | | | | OAKDALE | NY | 11769 |
| GEOFFREY & ANNAMARIA STEWART | 87 CENTRAL BLVD | | | | OAKDALE | NY | 11769 |
| JOHN CASEY | 115 IDLE HOUR BLVD | | | | OAKDALE | NY | 11769 |
| JOHN INGOGLIA & TABITHA UEBLACKER | 88 CENTRAL BLVD | | | | OAKDALE | NY | 11769 |
| LAUREN BUFALO | 44 VAN BOMEL BLVD | | | | OAKDALE | NY | 11769 |
| MELODY COPE | 21 CHATEAU DRIVE | | | | OAKDALE | NY | 11769 |
| MICHAEL CAPPELL & MANDOLYNNE HOPKINS | 47 CHATEAU DR | | | | OAKDALE | NY | 11769 |
| PAULA MARIE & ROBERT JOHNSON | 138 CENTRAL BLVD | | | | OAKDALE | NY | 11769 |
| RICHARD & CHERISSE FORBERG | 102 CONNETQUOT | | | | OAKDALE | NY | 11769 |
| ROSEMARIE FAIRCHILD | 27 CHATEAU DR | | | | OAKDALE | NY | 11769 |
| ROSEMARIE GIAQUINTO | 48 VAN BOMEL BLVD | | | | OAKDALE | NY | 11769 |
| STEPHEN & MARK HANNA | 52 VAN BOMEL BLVD | | | | OAKDALE | NY | 11769 |
| THERESA & CAITLIN CODY | 39 CHATEAU DRIVE | | | | OAKDALE | NY | 11769 |