**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                    :    Chapter 11
                                         :
DOWLING COLLEGE,                         :    Case No. 16-75545 (REG)
                                         :
                                         :
                    Debtor.              :
------------------------------------------------------------x

### ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES

Upon the Motion (the "Motion")[1] of Dowling College ("Dowling" or the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case") for entry of an Order establishing certain notice, case management and administrative procedures, as more fully set forth in the Motion; and the Court having subject matter jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a) and 1334(b); and the Motion being a core proceeding under 28 U.S.C. § 157(b)(2); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided with respect to the relief granted herein as set forth in the Motion; and no other or further notice needing to be provided except as set forth herein; and the relief requested in the Motion and granted herein being in the best interests of the Debtor, its estate and its creditors; and upon the record of the hearing held by the Court on the Motion on December 2, 2016 (the "Hearing"); and just cause having been established at the Hearing; and upon the First Day Declaration; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent provided herein.

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

2. The Case Management Procedures attached hereto are approved to the extent set forth herein and shall govern all applicable aspects of the Chapter 11 Case, except as otherwise ordered by the Court.

3. The first three (3) Omnibus Hearing Dates are scheduled on December 15, 2016 at 10:00 a.m., January 10, 2017 at 10:00 a.m., and February 6, 2017 at 10:00 a.m. All omnibus hearings shall be heard in Courtroom 860 at Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722.

4. Upon the Court's authorization to engage Garden City Group, LLC ("GCG"), as the Debtor's notice and claims agent, GCG is authorized to establish a case website available at http://cases.gardencitygroup.com/dco where, among other things, key dates and information about the Debtor's Chapter 11 Case, including electronic copies of all pleadings filed in the Debtor's Chapter 11 Case may be posted to be viewed free of charge.

5. Any notice sent by the Debtor or any other party in interest to those parties listed in the Master Service List (as each is defined in the Case Management Procedures) or to any party or parties required by the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, Case Management Procedures or further order of this Court shall be deemed sufficient and in compliance thereof.

6. The Debtor and GCG are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

7. Except to the extent any of Dowling's former students request notice pursuant to Bankruptcy Rule 2002, are identified as claimants in the schedules, or timely file a proof of claim in this Chapter 11 Case, service of the (i) notice of the commencement of this Chapter 11 Case and (ii) notice of any date set by the Court for the filing of proofs of claim, upon all former

students enrolled at Dowling for the 2015-2016 academic year is appropriate under the circumstances and no other or further notice shall be required.

8.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.



Dated: Central Islip, New York  
December 6, 2016

Robert E. Grossman  
United States Bankruptcy Judge

3