**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
DOWLING COLLEGE,                                   :    Case No. 16-75545 (REG)
                                                   :
                                                   :
                        Debtor.                    :
---------------------------------------------------------------x

### ORDER APPROVING THE FORM AND MANNER OF NOTICE OF COMMENCEMENT OF THE DEBTOR'S CHAPTER 11 CASE

Upon the motion (the "<u>Motion</u>")[1] of Dowling College (the "<u>Debtor</u>"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "<u>Chapter 11 Case</u>"), seeking entry of an Order approving the form and manner of notice of commencement of the Debtor's Chapter 11 Case; and the Court having subject matter jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and the Motion being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided as set forth in the Motion; and no other or further notice needing to be provided; and the relief requested in the Motion being in the best interests of the Debtor and its estate and creditors; and the Court having reviewed the Motion; and upon the record of the hearing before the Court (the "<u>Hearing</u>"); and the Court having determined that the legal and factual bases set forth in the Motion, the First Day Declaration, and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

1. The Motion is granted to the extent provided herein.

2. The Debtor, with the assistance of Garden City Group, LLC ("GCG") (upon this Court's authorization to engage GCG as the Debtor's notice and claims agent), is hereby authorized and directed to mail the Commencement Notice to the Debtor's creditors, with the exception of the Former Students, which notice shall be served on or before December 9, 2016.

3. The Debtor, with the assistance of GCG (upon this Court's authorization to engage GCG as the Debtor's notice and claims agent), is hereby authorized and directed to e-mail the Commencement Notice to the Former Students, which notice shall be served on or before December 9, 2016.

4. The Debtor, with the assistance of GCG (upon this Court's authorization to engage GCG as the Debtor's notice and claims agent), shall undertake all other mailings directed by the Court, the United States Trustee, or as required by the Bankruptcy Code, including, without limitation, the notice of commencement of the Chapter 11 Case and any other correspondence that the Debtor may wish to send to creditors.

5. The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.



**Dated: Central Islip, New York**
**December 6, 2016**

                              Robert E. Grossman
                              United States Bankruptcy Judge