**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Proposed Counsel to the Debtor and Debtor-*
 *in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                        :    Chapter 11
                                             :
DOWLING COLLEGE,                             :    Case No. 16-75545 (REG)
                                             :
                                             :
                    Debtor.                  :
---------------------------------------------------------------x

## NOTICE OF SCHEDULING OF OMNIBUS HEARING DATES

**PLEASE TAKE NOTICE**, that Dowling College, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), hereby gives notice of the following omnibus hearings (the "Omnibus Hearings") and the associated omnibus hearing dates (the "Omnibus Hearing Dates") in this chapter 11 case:

- **December 15, 2016 at 10:00 a.m.** (Prevailing Eastern Time)

- **January 10, 2017 at 10:00 a.m.** (Prevailing Eastern Time)

- **February 6, 2017 at 10:00 a.m.** (Prevailing Eastern Time)

**PLEASE TAKE FURTHER NOTICE**, that these Omnibus Hearings will be held before the Honorable Robert E. Grossman, United States Bankruptcy Judge of the United States

Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722.

**PLEASE TAKE FURTHER NOTICE**, that copies of the Bankruptcy Court's *Order Establishing Case Management Procedures* [DE 69] and *Case Management Procedures* [DE 69-1] may be obtained from the Court's website at http://www.nyeb.uscourts.gov or, without charge, at the website of the claims and noticing agent at http://cases.gardencitygroup.com/dco.

**PLEASE TAKE FURTHER NOTICE**, that future Omnibus Hearing Dates will occur as scheduled by the Bankruptcy Court. All matters requiring a hearing in this case shall be set for and heard on Omnibus Hearing Dates, in accordance with the Bankruptcy Court's *Order Establishing Case Management Procedures* [DE 69] and *Case Management Procedures* [DE 69-1] unless alternative hearing dates are approved by the Bankruptcy Court.

Dated: New York, New York
December 7, 2016

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
Sean C. Southard
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, NY 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: ssouthard@klestadt.com
    lkiss@klestadt.com

*Proposed Attorneys to the Debtor and Debtor in Possession*