UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

DOWLING COLLEGE,

        Debtor.

-----------------------------------------------------------------X

Chapter 11

Case No.: 16-75545 (REG)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                     )ss:
COUNTY OF NASSAU )

       **CHRISTINE C. FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Glen Cove, New York.

       On December 8, 2016, service of the *Notice of Appearance and Demand for Service of Papers was* made upon:

Office of the United States Trustee
Central Islip Office
Alfonse M. D'Amato US Courthouse
560 Federal Plaza- Room 560
Central Islip, NY 11722-4437

Sean C. Southard, Esq.
Joseph Charles Corneau, Esq.
Lauren Catherine Kiss, Esq.
Klestadt & Winters, LLP
570 Seventh Avenue, 17th Floor
New York, New York 10018

Ian A. Hammel, Esq.
Eric R. Blythe, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky
And Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

Adam T. Berkowitz, Esq.
Garfunkel Wild, P.C.
111 Great Neck Road
Great Neck, New York 11021

Paula J. Warmuth, Esq.
Glenn P. Warmuth, Esq.
Stim & Warmuth, P.C.
2 Eighth Street
Farmingville, New York 11738

Howard B. Kleinberg, Esq.
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
Garden City, New York 11530

Karl Silverberg, Esq.
Silverberg, P.C.
320 Carleton Avenue, Suite 6400
Central Islip, NY 11722

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the aforementioned persons at the last known address set forth after each name.

/s/Christine C. Follett
**CHRISTINE C. FOLLETT**

Sworn to before me this
8th day of December, 2016

/s/ Lisa A. Nichols
Notary Public, State of New York
No. 01NI6093930
Qualified in Nassau County
Commission Expires June 9, 2019