**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Proposed Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re                                    :    Chapter 11
                                         :
DOWLING COLLEGE,                         :    Case No. 16-75545 (REG)
                                         :
                                         :
                         Debtor.         :
----------------------------------------------------------------x

## AMENDED NOTICE OF SCHEDULING OF OMNIBUS HEARING DATES

**PLEASE TAKE NOTICE**, that Dowling College, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), hereby gives notice of the following omnibus hearings (the "Omnibus Hearings") and the associated omnibus hearing dates (the "Omnibus Hearing Dates") in this chapter 11 case:

- **December 15, 2016 at 10:00 a.m.** (Prevailing Eastern Time)

- **January 10, 2017 at 10:00 a.m.** (Prevailing Eastern Time)

- **February 6, 2017 at 1:30 p.m.**[1] (Prevailing Eastern Time)

**PLEASE TAKE FURTHER NOTICE**, that these Omnibus Hearings will be held before the Honorable Robert E. Grossman, United States Bankruptcy Judge of the United States

---

[1] The time for this hearing was incorrectly listed in the prior notice as 10:00 a.m.

Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722.

**PLEASE TAKE FURTHER NOTICE**, that copies of the Bankruptcy Court's *Order Establishing Case Management Procedures* [DE 69] and *Case Management Procedures* [DE 69-1] may be obtained from the Court's website at http://www.nyeb.uscourts.gov or, without charge, at the website of the claims and noticing agent at http://cases.gardencitygroup.com/dco.

**PLEASE TAKE FURTHER NOTICE**, that future Omnibus Hearing Dates will occur as scheduled by the Bankruptcy Court. All matters requiring a hearing in this case shall be set for and heard on Omnibus Hearing Dates, in accordance with the Bankruptcy Court's *Order Establishing Case Management Procedures* [DE 69] and *Case Management Procedures* [DE 69-1] unless alternative hearing dates are approved by the Bankruptcy Court.

Dated:   New York, New York
         December 8, 2016

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

By:   */s/ Sean C. Southard*
      Sean C. Southard
      Lauren C. Kiss
      200 West 41st Street, 17th Floor
      New York, NY 10036
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: ssouthard@klestadt.com
             lkiss@klestadt.com

      *Proposed Attorneys to the Debtor and Debtor
      in Possession*