# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

---

IN RE:  
Dowling College  
aka   Dowling College, Inc.  
fdba Dowling College Alumni Association  
fdba Dowling Institute  
fdba Cecom  

SSN/TAX ID:  
11−2157078  

DEBTOR(s)

CASE NO: 8−16−75545−reg

CHAPTER: 11

---

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 12/2/16 was filed on 12/8/16.

The following deadlines apply:

The parties have until December 15, 2016 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is December 29, 2016.

If a Transcript Redaction Request is filed, the redacted transcript is due January 9, 2017.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is March 8, 2017, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext Legal Solutions at 888−706−4576 or you may view the document at the public terminal at the Office of the Clerk.

Dated: December 9, 2016

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 12/8/15]