UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
In Re:

                                                              CHAPTER 11

Dowling College
        fdba Dowling Institute
        fdba Dowling College Alumni Association
        fdba Cecom
        aka Dowling College, Inc.

                                             Case No. 8-16-75545-reg

                              Debtors.
----------------------------------------------------------------------X

## APPOINTMENT OF THE OFFICIAL COMMITTEE
## OF UNSECURED CREDITORS

        Under 11 U.S.C. section 1102(a)(1), the following creditors of the above captioned debtor, being among the largest unsecured claimants and who are willing to serve, are appointed to the Official Committee of Unsecured Creditors:

1. Ultimate Power Inc.,
   45 Nancy Street
   West Babylon, New York 11704

2. Linda Ardito
   5 Two Rod Road
   Huntington, NY 11743

3. Lori Zaikowski
   130 Jackie court
   Patchogue, NY 11772

Dated: Central Islip, New York
       December 9, 2016

                               **/s/ Christine H. Black**
                               Christine H. Black
                               Assistant United States Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
In Re:

                                                      CHAPTER 11

Dowling College
       fdba Dowling Institute
       fdba Dowling College Alumni Association
       fdba Cecom
       aka Dowling College, Inc.

                                       Case No. 8-16-75545-reg

                              Debtors.
---------------------------------------------------------------------X

**CERTIFICATION OF SERVICE OF THE**
**NOTICE OF THE APPOINTMENT OF THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**


        I, Joann C. Lomangino, am employed at the Office of the United States Trustee for the Eastern District of New York, hereby certify that I caused a copy of the annexed Notice of Appointment of the Official Committee of Unsecured Creditors to be served by hand delivery and first class mail, upon the persons listed on the attached list by mailing the same to their last known addresses.


Dated: Central Islip, New York
       December 9, 2016


                       ***/s/Joann C. Lomangino***
                       Joann C. Lomangino

## SERVICE LIST

Ultimate Power Inc.,
45 Nancy Street
West Babylon, New York 11704

Linda Ardito
5 Two Rod Road
Huntington, NY 11743

Lori Zaikowski
130 Jackie court
Patchogue, NY 11772