United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 16-75545-reg
Dowling College  Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-8     User: smarcus     Page 1 of 1     Date Rcvd: Dec 09, 2016
                        Form ID: 295     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2016.
```
db         +Dowling College,    150 Idle Hour Blvd.,   Oakdale, NY 11769-1999
           +Brian D Pfeiffer,   Schulte Roth & Zabel LLP,    919 Third Avenue,    New York, NY 10022-3921
           +Evan M. Lazerowitz,   Cooley LLP,    101 California St, 5th Floor,
             San Francisco, CA 94111-5800
           +Ian A. Hammel,   Mintz Levin Cohn Ferris,    Glovsky and Popeo PC,    One Financial Center,
             Boston, MA 02111-2657
           +Maria Chutchian,   Merger Market,    330 Hudson St., Floor 4,    New York, NY 10013-1046
           +Robert Rosenfeld,   RSR Consulting, LLC,    49 Roy Avenue,    Massapequa, NY 11758-6755
           +Sean C. Southard &,    Lauren Catherine Kiss,    Klesteadt Winters Jureller,
             Southard & Stevens, LLP,    200 West 41st Street, 17th Floor,    New York, NY 10036-7219
           +Stan Yang,   Office of the US Trustee,    560 Federal Plaza,    Central Islip, NY 11722-4456
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2016 at the address(es) listed below:
```
          Adam T Berkowitz    on behalf of Creditor    UMB Bank, National Association as Indenture Trustee
            aberkowitz@garfunkelwild.com, ehuggler@garfunkelwild.com
          Glenn P Warmuth    on behalf of Creditor Kimberly Dawn Poppiti gpw@stim-warmuth.com,
            pjw@stim-warmuth.com
          Howard B Kleinberg    on behalf of Interested Party    Certain Members Of The Dowling College Board
            of Trustees hkleinberg@MSEK.com, kgiddens@msek.com
          Jack A Raisner    on behalf of Creditor Lori  Zaikowski jar@outtengolden.com,
            kdeleon@outtengolden.com;jxh@outtengolden.com;rmasubuchi@outtengolden.com;rfisher@outtengolden.co
            m
          Joseph Charles Corneau    on behalf of Debtor    Dowling College jcorneau@klestadt.com
          Karl J Silverberg    on behalf of Creditor    Powerhouse Maintenance, Inc.
            ksilverberg@silverbergpclaw.com, ksilverberg@king-king-law.com
          Lauren Catherine Kiss    on behalf of Debtor    Dowling College lkiss@klestadt.com
          Rene S Roupinian    on behalf of Plaintiff Lori  Zaikowski rroupinian@outtengolden.com,
            jxh@outtengolden.com;cbrann@outtengolden.com;kcarter@outtengolden.com
          Richard J McCord    on behalf of Creditor    ACA Financial Guaranty Corp.
            rmccord@certilmanbalin.com,
            afollett@certilmanbalin.com;cfollett@certilmanbalin.com;cglick@certilmanbalin.com;CBAHECM@gmail.c
            om;mmcord@certilmanbalin.com
          Sean C Southard    on behalf of Debtor    Dowling College ssouthard@klestadt.com
          Stan Y Yang    stan.y.yang@usdoj.gov, stan.y.yang@usdoj.gov
          United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

---

IN RE:                                                                                                       CASE NO: 8−16−75545−reg

    Dowling College
    aka   Dowling College, Inc.
    fdba Dowling College Alumni Association
    fdba Dowling Institute
    fdba Cecom

SSN/TAX ID:                                                                                                  CHAPTER: 11

    11−2157078

               DEBTOR(s)

---

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 12/2/16 was filed on 12/8/16.

The following deadlines apply:

The parties have until December 15, 2016 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is December 29, 2016.

If a Transcript Redaction Request is filed, the redacted transcript is due January 9, 2017.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is March 8, 2017, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext Legal Solutions at 888−706−4576 or you may view the document at the public terminal at the Office of the Clerk.

Dated: December 9, 2016

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 12/8/15]