**SILVERMANACAMPORA LLP**
Counsel to the Official Committee of Unsecured Creditors
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

 DOWLING COLLEGE,                                      Chapter 11
 *f/d/b/a* DOWLING INSTITUTE,
 *f/d/b/a* DOWLING COLLEGE ALUMNI ASSOCIATION,      Case No. 16-75545 (REG)
 *f/d/b/a* CECOM,
 *a/k/a* DOWLING COLLEGE, INC.

                       Debtor.
----------------------------------------------------------x

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

    **PLEASE TAKE NOTICE** that SilvermanAcampora LLP hereby enters its appearance as proposed counsel to the Official Committee of Unsecured Creditors of Dowling College, *f/d/b/a* Dowling Institute, *f/d/b/a* Dowling College Alumni Association, *f/d/b/a* Cecom, *a/k/a* Dowling College, Inc. in the above-captioned chapter 11 case, and demands, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the undersigned, at the address set forth below:

Ronald J. Friedman, Esq.
Gerard R. Luckman, Esq.
Kenneth P. Silverman, Esq.
SilvermanAcampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
RFriedman@SilvermanAcampora.com
GLuckman@SilvermanAcampora.com
KSilverman@SilvermanAcampora.com

Dated: Jericho, New York
      December 12, 2016

                             **SILVERMANACAMPORA LLP**
                             Counsel to the Official Committee of Unsecured
                             Creditors


                             By:   *s/Ronald J. Friedman*
                                Ronald J. Friedman
                             A Member of the Firm
                             100 Jericho Quadrangle - Suite 300
                             Jericho, New York 11753
                             (516) 479-6300

                                      RJF/2010457.1/011111