**SILVERMANACAMPORA LLP**
Counsel to the Official Committee of Unsecured Creditors
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Gerard R. Luckman
Kenneth P. Silverman

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

  DOWLING COLLEGE,                                                  Chapter 11
  *f/d/b/a* DOWLING INSTITUTE,
  *f/d/b/a* DOWLING COLLEGE ALUMNI ASSOCIATION,        Case No. 16-75545 (REG)
  *f/d/b/a* CECOM,
  *a/k/a* DOWLING COLLEGE, INC.

                           Debtor.
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                            ) ss.:
COUNTY OF NASSAU     )

      I, **CHRISTINE M. TISO,** being duly sworn, depose and say that:  I am not a party to this action, am over 18 years of age and am employed by SilvermanAcampora LLP.

      On December 12, 2016, I served a **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** by **First Class Mail** delivery to the addresses listed below, said addresses designated for that purpose by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**TO:  \*Please see attached Service List\***

                                       *s/Christine M. Tiso*
                                 **CHRISTINE M. TISO**

Sworn to before me this
12th day of December, 2016

  *s/Christine D'Aquila*
        Notary Public

| |
|---|
| Christine D'Aquila<br>Notary Public, State of New York<br>No.30-4875643<br>Qualified in Nassau County<br>Commission Expires November 3, 2018 |

## SERVICE LIST

**Office of the UST**
Stan Y. Yang, Esq.
Office of the United States Trustee
Central Islip Office
Alfonse M D'Amato US Courthouse
560 Federal Plaza
Central Islip, NY 11722

**Debtor's Counsel**
Joseph Charles Corneau, Esq.
Lauren Catherine Kiss, Esq.
Sean C Southard, Esq.
Klestadt & Winters, LLP
570 Seventh Avenue, 17th Floor
New York, NY 10018

## PARTIES HAVING FILED A NOTICE OF APPEARANCE:

**Counsel to Kimberly Dawn Poppiti *(Creditor)***
Glenn P. Warmuth, Esq.
Stim & Warmuth PC
2 Eighth Street
Farmingville, NY 11738

**Counsel to UMB Bank, National Association as Indenture Trustee *(Creditor)***
Adam T. Berkowitz, Esq.
Garfunkel Wild, P.C.
111 Great Neck Road
Great Neck, NY 11021

**Counsel to Certain Members Of The Dowling College Board of Trustees *(Interested Party)***
Howard B. Kleinberg, Esq.
Meyer Suozzi English & Klein P.C.
990 Stewart Avenue Suite 300
PO Box 9194
Garden City, NY 11530-9194

**Counsel to Powerhouse Maintenance, Inc. *(Creditor)***
Karl J. Silverberg, Esq.
Silverberg P.C.
320 Carleton Ave., Suite 6400
Central Islip, NY 11722

**Counsel to ACA Financial Guaranty Corp. *(Creditor)***
Richard J. McCord, Esq.
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

CMT/2010558.1/011111

**Counsel to Lori Zaikowski** *(Creditor)*
Jack A. Raisner, Esq.
Outten & Golden LLP
685 Third Ave
25th Floor
New York, NY 10017

CMT/2010558.1/011111