IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DOWLING COLLEGE<br><br>　　　　　　　　　　Debtor.[1] | Chapter 11<br><br>Case No.: 16-75545 (REG)<br><br>**Related Docket No. 7** |

**FIRST SUPPLEMENTAL DECLARATION OF ROBERT S. ROSENFELD
IN SUPPORT OF THE DEBTOR'S MOTION PURSUANT TO SECTIONS 105(a) AND
363(b) OF THE BANKRUPTCY CODE FOR AN ORDER (I) AUTHORIZING RSR
CONSULTING, LLC TO CONTINUE TO PROVIDE THE DEBTOR WITH A CHIEF
RESTRUCTURING OFFICER AND ADDITIONAL PERSONNEL, AND (II)
DESIGNATING ROBERT S. ROSENFELD AS CHIEF RESTRUCTURING OFFICER
TO THE DEBTOR EFFECTIVE AS OF THE PETITION DATE**

　　　　I, Robert S. Rosenfeld, hereby declare that the following is true to the best of my knowledge, information and belief:

　　　　1.　　I am the sole member of the firm RSR Consulting LLC ("**RSR**"), which has its office at 49 Roy Avenue, Massapequa, New York 11758.

　　　　2.　　I submit this declaration (the "**First Supplemental Declaration**") to supplement the disclosures set forth in my declaration dated November 27, 2016 (the "**Initial Declaration**") [Exhibit B to Docket No. 7] in support of the Debtors' motion (the "**Motion**"), submitted by the above-captioned debtor and debtor-in-possession (the "**Debtor**"), for entry of an order (the

---
[1] The last four digits of the Debtor's federal employer identification number are 7078.

"Order") (i) authorizing RSR to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel, and (ii) designating Robert S. Rosenfeld as Chief Restructuring Officer ("CRO") to the Debtor effective as of the Petition Date.[2]

3. In paragraph 31 of the Initial Declaration, I stated that On October 18, 2016, in connection with this Chapter 11 Case, RSR received an advance retainer in the amount of $100,000[3]. On November 28, 2016, RSR applied a portion of its retainer in the amount of $8,531.00 against its balance due and owing. As of the petition date, RSR is currently holding a retainer balance in the amount of $91,469.00. This amount is currently held in a separate bank account maintained by RSR.

4. The foregoing constitutes a supplemental statement of RSR pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and RSR will continue to conduct due diligence and will file additional supplemental declarations to the extent necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 12th day of December 2016

_____
Robert S. Rosenfeld

---

[2] Capitalized terms used but not defined herein have the meaning ascribed to them in the Motion.
[3] As more particularly described in the First Day Declaration, since on or about September 20, 2016, necessary expenses of Dowling, including payment of professional fees and advance retainers, were funded by UMB Bank, National Association, as escrow agent in accordance with that certain escrow agreement of even date.