**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                        :           Chapter 11
                                                             :
DOWLING COLLEGE,                                             :           Case No. 16-75545 (REG)
                                                             :
                                                             :
                                    Debtor.                  :
-----------------------------------------------------------------x

## GLOBAL NOTES REGARDING
## DEBTOR'S BANKRUPTCY SCHEDULES AND STATEMENTS

The Schedules of Assets and Liabilities (the **"Schedules")** and Statements of Financial Affairs (the **"SOFA"** and, collectively with the Schedules, the **"Bankruptcy Materials")** of Dowling College in the above-captioned, chapter 11 case (the "**Debtor**" or "**Dowling**") were prepared pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") by management of the Debtor and are unaudited. While Debtor's management has made reasonable efforts to ensure that the Bankruptcy Materials are accurate and complete, based upon information that was available to them at the time of preparation, subsequent information may result in material changes to the Bankruptcy Materials. Moreover, because the Bankruptcy Materials contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that these Bankruptcy Materials are complete. The Debtor reserves all rights to amend the Bankruptcy Materials from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Bankruptcy Materials as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Bankruptcy Materials shall constitute a waiver of rights with respect to the above-captioned Debtor, including but not limited to any issues involving substantive consolidation, equitable subordination, or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code or any other relevant non-bankruptcy laws to recover assets or avoid transfers. These global notes regarding the Debtor's Bankruptcy Materials ("**Global Notes**") comprise an integral part of the Bankruptcy Materials and should be referred to and considered in connection with any review of the Bankruptcy Materials.

Since June 2016, the Debtor has been winding down its operations and has significantly reduced its staff and resources.  As a result, many of the Debtor's reporting and accounting functions have been significantly disrupted and delayed.  Accordingly, the Debtor has not received or fully analyzed all of the potential sources of the information required in support of the Bankruptcy Materials. The Debtor will continue its attempts to obtain and evaluate the necessary information available to it relating to the Debtor and may amend and update the Bankruptcy Materials as the same becomes necessary.  Subsequent information or discovery may result in material changes to the Bankruptcy Materials, and inadvertent errors or omissions may exist.  Accordingly, the Bankruptcy Materials are subject to modification, amendment and

1

supplementation as a matter of course at any time before the Debtor's case is closed pursuant to Bankruptcy Rule 1009.

The Debtor and its agents, financial advisors and attorneys do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein or in the Bankruptcy Schedules and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  In no event shall the Debtor or its agents, financial advisors and attorneys be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, financial advisors and attorneys are advised of the possibility of such damages.

## **General Notes**

### Description of Case

On November 29, 2016 (the "**Petition Date**"), the Debtor filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**").  The Debtor is performing minimal operations and managing its properties as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.  Since June 2016, the Debtor has been winding down its operations and expects to seek approval of a plan of liquidation in this Chapter 11 Case.

Basis of Presentation. The Bankruptcy Materials reflect the assets and liabilities of the Debtor. The Bankruptcy Materials do not purport to represent financial statements prepared in accordance with U.S. Generally Accepted Accounting Principles ("**GAAP**").

Failure to include an asset on the Bankruptcy Materials does not represent an admission that such asset is not property of the Debtor. Similarly, inclusion of a liability on the Bankruptcy Materials of the Debtor does not represent an admission that the Debtor is the party obligated for such liability.

Causes of Action. The Debtor, despite its efforts, may not have included all of its causes of action against third parties in the Bankruptcy Materials. The Debtor reserves all of its rights with respect to any causes of action it may have and neither these Global Notes nor the Bankruptcy Materials shall be deemed a waiver of any such causes of action or an abandonment of any such assets.

Claims Description. Any failure to designate a claim on the SOFA and Schedules as "contingent," "unliquidated," or "disputed" does not constitute an admission that such claim is not "contingent," "unliquidated," or "disputed." The Debtor reserves the right to dispute or assert offsets or defenses to any claim reflected on its Schedules as to amount, liability, or

classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtor reserves all rights to amend the SOFA and Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the SOFA and Schedules as to amount, liability or classification of the claim.

Furthermore, nothing contained in the SOFA and Schedules shall constitute a waiver of rights by the Debtor involving any present or future causes of action, contested matters or other issues under the provisions of chapter 5 or chapter 11 of the Bankruptcy Code or other applicable non-bankruptcy laws.

Listing a claim or contract (1) on Schedule F as "unsecured," or (2) on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to recharacterize or reclassify such claim or contract.

Dates. Unless otherwise indicated, all asset and liability information is listed as of November 29, 2016.

Excluded Assets and Liabilities. The Debtor has excluded certain categories of assets and liabilities from the Bankruptcy Materials that are recorded in the Debtor's books and records pursuant to certain accounting principles but are not necessarily indicative of value that can be realized or a liability that can be enforced.  Such excluded items include deferred liabilities.

General Reservation of Rights. The Debtor specifically reserves the right to amend, modify, supply, correct, change or alter any part of its Schedules and SOFAs as and to the extent necessary as it deems appropriate.

Insiders. In the circumstance where the Bankruptcy Materials require information regarding insiders and/or officers and directors, the Debtor has attempted to include therein the Debtor's (a) directors and (b) employees that may be, or may have been during the relevant period, "officers," as such term is defined by applicable law. The listing of a party as an insider is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtor, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including without limitation, federal securities laws, or with respect to any theories of liability or for any other purpose.

**Specific Notes**.

These Global Notes are in addition to the specific notes set forth below and in the individual Bankruptcy Materials. Disclosure of information in just one of the Schedules, SOFA, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct location within the Schedules, SOFA, exhibit or continuation sheet.

<u>Totals</u>.  All totals that are included in the Bankruptcy Materials represent totals of all the  known amounts included in the Schedules. The amounts shown for total liabilities exclude items identified as "unknown" or "undetermined" therefore, ultimate total liabilities as established following a claims bar process may differ  materially from those stated in the Bankruptcy Materials.

<u>Dates</u>. Unless otherwise indicated, all asset and liability information is listed as of the Petition Date (November 29, 2016).

<u>Accounts Receivable and Accounts Payable</u>. Accounts Receivable are presented without consideration for any liabilities related to mutual counterparty accounts payable, open or terminated contract liabilities, liquidated damages, setoff rights or collateral held by the Debtor, unless otherwise stated. Likewise, Accounts Payable do not include provisions for open or terminated contracts, liquidated damages, setoff rights or collateral that has been provided  on behalf of the counterparty.

<u>Leases</u>. In the ordinary course of business, the Debtor may have leased certain fixtures and equipment from certain third party lessors for use in the daily operation of its business. The underlying lease agreements are listed on Schedule G and any current amount due under such leases that were outstanding as of the Petition Date are listed on Schedule F. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with  respect to such issues.

<u>Restricted Funds</u>. Prior to the Petition Date, the Debtor had several bank and investments accounts that were treated as restricted in its books and records.  Pursuant to the Interim Cash Management Order [Docket No. 80], the Debtor is in the process of determining whether these accounts contain restricted funds which do not amount to unqualified property of the estate. The Debtor will endeavor to complete its assessment and report its findings to the Court through a statement to be filed with the Court within thirty (30) days after the Petition Date, and promptly thereafter transfer any unrestricted balances therein as cash collateral to the DIP Bank Accounts in a manner consistent with applicable lien rights. The Debtor reserves the right to seek an extension of this time period from the Court if it needs more time to complete its assessment.

<u>Endowment Funds</u>. Temporarily restricted net assets consist of various donor-restricted amounts for academic programs, scholarships, and revenue for future periods (i.e., contributions receivable and accumulated gains on endowment funds). Permanently restricted net assets represent endowment corpus, which provides investment income principally for scholarships.  Dowling's endowment consists of approximately *55* individual funds established for a variety of purposes, including donor-restricted endowment funds. Dowling's management and investment of donor-restricted endowment funds is subject to the provisions of New York Prudent Management of Institutional Funds Act (NYPMIFA). Pursuant to the investment policy approved by the board of trustees of Dowling, Dowling has interpreted NYPMIFA as allowing it to appropriate for expenditure or accumulate so much of a donor-restricted endowment fund, as Dowling deems prudent for the uses, benefits, purposes, and duration for which the endowment fund is established, subject to the intent of the donor as expressed in the gift instrument.  As a result of this interpretation, Dowling records the remaining portion of the donor-restricted endowment fund that is not

4

permanently restricted, as temporarily restricted until those amounts are appropriated for expenditure in a manner consistent with the standards of prudence prescribed by NYPMIFA.

<u>Levied Bank Accounts</u>.  Prior to the Petition Date, the Debtor's funds on deposit at TD Bank, NA (approximately $506,000) were removed from the accounts and placed in separate holding accounts by TD Bank, NA in accordance with its internal procedures and following receipt of certain Restraining Notices served pursuant to NY CPLR Section 5222(b) filed by certain prepetition judgment creditors.  Included in these restrained funds may have been certain restricted funds.  Consistent with the Interim Cash Management Order referred to above, the Debtor is in the process of evaluating the restrictions on these funds.  The Debtor has made written demand for turnover of these funds from TD Bank, NA.

<u>Deposits held with third parties</u>.  Prior to the Petition Date, the Debtor maintained certain funds on deposit with the indenture trustees in relation to certain bond series which amounted to reserve funds required under the various bond indenture agreements.  Prior to the Petition Date, the Debtor understands that the bond trustees exercised their rights under the indentures and swept any remaining funds in these accounts of approximately $1,089,000.

<u>Payments by secured lenders made pre-petition on behalf of the Debtor for third party expenses</u>.  On or about September 20, 2016, Dowling and the respective indenture trustees for the Series 2002 Bonds, Series 2006 Bonds and Series 2015 Bonds (collectively, the "**Bond Trustees**"), the Series 2006 Bond Insurer, and UMB Bank, N.A., as escrow agent (the "**Escrow Agent**"), entered into that certain Escrow Agreement, pursuant to which the Bond Trustees and Series 2006 Bond Insurer caused certain protective advances to be made under applicable loan facilities to pay directly certain expenses otherwise due and owing to Dowling (the "**Escrow Advance Agreement**").  The terms of the Escrow Advance Agreement clearly provided that Dowling maintained no interest in the funds held by the Escrow Agent.  Approximately $2.8 million was funded in this fashion through the Escrow Advance Agreement to pay expenses of Dowling prior to the Petition Date.  Notwithstanding the lack of interest in the funds transferred, the Debtor has chosen to disclose the subject payments made directly by the Escrow Agent for the benefit of Dowling in the SOFA relating to payments made to non-insiders 90 days and insiders within 1 year of the Petition Date.

<u>Retirement Plan</u>.  The Debtor has a contributory defined-contribution retirement plan with Teacher's Insurance and Annuity Association and College Retirement Equities Fund, which covered full-time employees who elected to participate in this plan (the "**Retirement Plan**").  The sponsor amended the Retirement Plan effective, May 25, 2012 to eliminate the required matching contributions and employer contributions, and to provide for discretionary matching contributions as well as discretionary employer contributions under the Retirement Plan.  Effective July 1, 2012, the Debtor suspended employer contributions.  The Debtor also participates in three multi-employer pension plans under terms of certain collective bargaining agreements that cover a number of its employees (current and former) that were union members.  The Debtor participates in the I.A.M National Pension Fund, National Pension Plan and the International Union of Operating Engineers (IUOE) Local 30 Pension Fund, both comprised of maintenance employees, and Local 153 Pension Fund, comprised of office and professional employees.

<u>Self-Insured Medical and Dental benefit plan.</u>  The Debtor was during recent periods self-insured for employee medical and dental benefits. Under the provisions of the self-insured health plan (the "**Health Plan**"), an insurance carrier provided claims processing and administrative functions, as well as stop-loss coverage over a stipulated level of claims.  Upon the closing of the Debtor's operations in June 2016, this Health Plan was terminated.  The U.S. Department of Labor is in the process of evaluating the outstanding unpaid claims under this Health Plan.  As of the Petition Date, the Debtor is unable to quantify the total amount of claims to be potentially asserted in relation to the termination of the Health Plan due to, among other reasons, the fact that many claims may be duplicates or disallowed under the Health Plan.  In addition, the Debtor's third party administrator of the Health Plan is a creditor and will not agree to process the associated claims until it is paid in full.  Finally, the Debtor is presently unable to determine which parties actually hold the claims for monetary loss associated with the Health Plan termination, if any.  Until further analysis can be performed, the Debtor has disclosed this issue herein and in the Schedules, without quantification of the amounts due.

<u>Early Retirement Incentive Program</u>. In January 2015, Dowling offered a one-time early retirement incentive program to faculty members that met certain qualifications. The benefit, which was tiered based on years of employment, was to be paid over a four-year period.  The balance due on these amounts at the Petition Date are included in Schedule F.

<u>Schedule A/B(3): Checking, savings, money market, or financial brokerage accounts</u>.  Bank account balances included on B.2 are reflective of the opening book balances as of November 29, 2016, which may differ slightly from the bank balances due to common reconciling items.   Such amounts are subject to the evaluation currently being performed, pursuant to the Interim Cash Management Order, on restricted accounts discussed above.

<u>Schedule A/B Part 9: Real Property</u>. The value of the land and buildings included on Schedule A are reflected based on appraisals prepared in 2013 through 2016 on the Debtor's properties.

<u>Schedule A/B Part 10</u>

<u>Part 10 # 62 :   Licenses, Franchises, and Other General Intangibles</u>. The items listed by Liberty in Schedule B.22 are either not carried as individual assets in the Debtor's books and records or have been fully depreciated, therefore, the Debtor has not estimated their value.

<u>Part 10 #64</u>: The Debtor has compiled certain student lists and related information. This information is confidential and therefore has not been included on Schedule A/B; the omission of such information should not be deemed a conclusion that such information has no value or does not exist.

<u>Part 10  #76-Trusts, equitable or future interests in property. Contributions/Pledges Receivable</u>. Contributions and Pledges Receivable include pledges that are to be fulfilled through the respective donors' interests in life insurance policies and annuities, for which Dowling is the sole beneficiary.  The Debtor is evaluating if these policies are conditional.  In addition, the Debtor has not received fair market appraisals of these assets.

<u>Schedule D: Creditors Holding Secured Claims</u>. Except to the extent provided otherwise in any Order of this Court, the Debtor reserves the right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Except as specifically stated herein, real property lessors, utility companies and other parties which may hold security deposits have not been listed on Schedule D. Certain of the Debtor's agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financing agreements. No attempt has been made to identify such agreements for purposes of Schedule D.

<u>Schedule E: Creditors Holding Unsecured Priority Claims.</u> While commercially reasonable efforts have been made, determining the date upon which each claim in Schedule E was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtor does not list a date for each claim listed on Schedule E. Further, the Debtor is still in the process of evaluating portions of some of the claims listed on Schedule E. The Debtor reserves the right to assert that any claim listed on Schedule E does not constitute an unsecured priority claim under 11 U.S.C. § 507.

<u>Schedule F: Creditors Holding Unsecured Non-Priority Claims</u>. Schedule F does not include certain deferred charges, deferred liabilities or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, they may be reflected on the Debtor's books and records as required in accordance with GAAP.

The claims listed in Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While reasonable efforts have been made to determine the date upon which each claim in Schedule F was incurred or arose, making all such determinations would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule F.

In addition, after further review of these claims, certain claims listed on Schedule F may ultimately be determined to be entitled to priority status under section 507 of the Bankruptcy Code. The Debtor has made its best efforts to include all trade creditors on Schedule F; however, the Debtor believes there are instances where vendors have yet to provide proper invoices for prepetition goods or services.

<u>Schedule G: Executory Contracts</u>. While commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusions may have occurred. The Debtor reserves all of

7

its rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed therein.

Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as easements, right of way, subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents are also not set forth on Schedule G.

In addition, certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The Debtor reserves all rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument (including, without limitation, any intercompany agreement) related to a creditor's claims. Finally, certain of the executory agreements may not have been memorialized and could be subject to dispute.

Listing a contract or agreement on this schedule does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. Any and all of the Debtor's rights, claims, and causes of action with respect to the contracts and agreements listed on this schedule are hereby reserved and preserved. Similarly, the listing of a contract or lease on this schedule does not constitute admission that such document is not a secured financing.

---

**Fill in this information to identify the case:**

Debtor name   **Dowling College**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   **16-75545 (REG)**

☐ Check if this is an amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*....................................................................................    $    **106,128,262.30**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..................................................................................    $    **2,677,447.50**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*....................................................................................    $    **108,805,709.80**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **61,264,658.65**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $    **162,431.95**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **4,368,896.53**

4. **Total liabilities** ............................................................................................
   Lines 2 + 3a + 3b    $    **65,795,987.13**

**Fill in this information to identify the case:**

Debtor name     **Dowling College**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   **16-75545 (REG)**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **US Bank, NA**<br>**800 Nicollet Mall**<br>**Minneapolis, MN 55402** | **Restricted Perkins** | **1467** | **$254,006.51** |
| 3.2. | **TD Bank, NA**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **Operating Account** | **7019** | **$0.00** |
| 3.3. | **TD Bank, NA**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **A/P Disb. Account** | **6763** | **$0.00** |
| 3.4. | **TD Bank, NA**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **A/P Manual Disb.** | **6748** | **$0.00** |
| 3.5. | **TD Bank, NA**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **Payroll** | **6771** | **$0.00** |
| 3.6. | **TD Bank, NA**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **Merchant Account** | **6755** | **$0.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Dowling College** | | Case number *(If known)* **16-75545 (REG)** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | **TD Bank, NA**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **Refund Account** | **6522** | **$0.00** |
| 3.8. | **TD Bank, NA**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **Flexible Spending Account** | **4257** | **$0.67** |
| 3.9. | **TD Bank, NA**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **(Reserves)TD Sewage Treatment Replacement Par** | **3090** | **$2.48** |
| 3.10. | **TD Bank, NA**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **(Reserves)TD Sewage Treatment Maintenance Fund** | **3082** | **$2.48** |
| 3.11. | **TD Bank, NA**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **TD Activity Account (Checking)** | **3699** | **$0.06** |
| 3.12. | **TD Bank, NA**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **Student Activity Center Money Market** | **2490** | **$0.00** |
| 3.13. | **Rabobank, NA**<br>**2100 South Blosser Road**<br>**Santa Monica, CA 93458** | **Operating Account** | **2066** | **$0.00** |
| 3.14. | **Rabobank, NA**<br>**2100 South Blosser Road**<br>**Santa Monica, CA 93458** | **2002 Bond Series Disbursement Account** | **2070** | **$0.00** |
| 3.15. | **Rabobank, NA**<br>**2100 South Blosser Road**<br>**Santa Monica, CA 93458** | **Creditor Funding/Depository Overhead** | **2067** | **$0.00** |
| 3.16. | **Rabobank, NA**<br>**2100 South Blosser Road**<br>**Santa Monica, CA 93458** | **Creditor Funding/Depository Overhead** | **2068** | **$0.00** |
| 3.17. | **Rabobank, NA**<br>**2100 South Blosser Road**<br>**Santa Monica, CA 93458** | **2015 Bond Series Disbursement Account** | **2069** | **$0.00** |
| 3.18. | **Rabobank, NA**<br>**2100 South Blosser Road**<br>**Santa Monica, CA 93458** | **2006 Bond Series Disbursement Account** | **2072** | **$0.00** |
| 3.19. | **Astoria Bank**<br>**1 Astoria Bank Plaza**<br>**Lake Success, NY 11042** | **Cash - Astoria Federal, Cash only** | **9057** | **$34,319.44** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Dowling College** | | Case number *(If known)* **16-75545 (REG)** |
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.20. | **Astoria Bank** **1 Astoria Bank Plaza** **Lake Success, NY 11042** | **Cash - Astoria Federal, Cash Reserve** | 5595 | $2,749.79 |
| 3.21. | **Astoria Bank** **1 Astoria Bank Plaza** **Lake Success, NY 11042** | **Cash - Astoria Federal, Payroll Escrow** | 8781 | $271.44 |
| 3.22. | **Astoria Bank** **1 Astoria Bank Plaza** **Lake Success, NY 11042** | **Astoria Port Jeff.** | 2706 | $603.02 |
| 3.23. | **Astoria Bank** **1 Astoria Bank Plaza** **Lake Success, NY 11042** | **Cash - Astoria Federal, Port Jeff MM** | 0780 | $356.00 |
| 3.24. | **TD Wealth** **1701 Marlton Pike E** **Cherry Hill, NJ 08003** | **Restricted - Buescher Trust Money Market** | 3018 | $64,872.46 |
| 3.25. | **Lazard Asset Management** **30 Rockefeller Plaza** **New York, NY 10112** | **Restricted Money Market** | 6340 | $48,717.00 |
| 3.26. | **Lazard Asset Management** **30 Rockefeller Plaza** **New York, NY 10112** | **Restricted Investments** | 8252 | $1,408,196.10 |
| 3.27. | **TD Wealth** **1701 Marlton Pike E** **Cherry Hill, NJ 08003** | **Restricted Vico Italian Chair Money Market** | 3012 | $109,890.05 |
| 3.28. | **California Republic Bank** **18400 Von Karman, Suite 100** **Irvine, CA 92612** | **Creditor Funding/Depository Overhead** | 5647 | $0.00 |
| 3.29. | **California Republic Bank** **18400 Von Karman, Suite 100** **Irvine, CA 92612** | **2015 Bond Series Disbursement Account** | 5662 | $5,100.00 |
| 3.30. | **California Republic Bank** **18400 Von Karman, Suite 100** **Irvine, CA 92612** | **2002 Bond Series Disbursement Account** | 5654 | $0.00 |
| 3.31. | **Rabobank, NA** **2100 South Blosser Road** **Santa Monica, CA 93458** | **Operating Account** | 0866 | $116,108.62 |

Debtor    **Dowling College**                                          Case number *(If known)* **16-75545 (REG)**
          Name

| | | | | |
|---|---|---|---|---|
| 3.32. | **Rabobank, NA** **2100 South Blosser Road** **Santa Monica, CA 93458** | **Creditor** **Funding/Depository** **Overhead** | **0867** | **$32,702.19** |
| 3.33. | **Rabobank, NA** **2100 South Blosser Road** **Santa Monica, CA 93458** | **Creditor** **Funding/Depository** **Overhead (Bond Series** **2006 CP Acct.)** | **0868** | **$30,711.53** |
| 3.34. | **TD Bank, NA** **1701 Route 70 East** **Cherry Hill, NJ 08034** | **Separate Holding** **Account created by TD** **following receipt of** **Restraining Notice** | | **$505,651.14** |
| 3.35. | **TD Bank, NA** **1701 Route 70 East** **Cherry Hill, NJ 08034-5400** | **Separate Holding** **Account created by TD** **following receipt of** **Restraining Notice** | | **$878.69** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                          | **$2,615,139.67** |
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit
        **Wilmington Trust**
        **Account No. 1039500**
   7.1.  **BNY-SCIDA 2006A DSRF**                                                     **Unknown**

        **Capital One**
        **Account No. 5524036182**
   7.2.  **TENANT SECURITY DEPOSITS**                                                 **$62,307.83**

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                          | **$62,307.83** |
        Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.     **Accounts receivable**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Dowling College** | Case number *(if known)* **16-75545 (REG)** |
|---|---|---|
| | Name | |

| 11b. Over 90 days old: | **1,527,000.00** | - | **1,527,000.00** | =.... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$0.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**      **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**      **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**      **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**      **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Furniture** | **$115,527.00** | **N/A** | **Unknown** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Office Equipment and Computers** | **$16,628.00** | **N/A** | **Unknown** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. **Paintings, prints, artwork, library collections** | **Unknown** | | **Unknown** |

| 43. | **Total of Part 7.** | **$0.00** |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Dowling College** | Case number *(If known)* **16-75545 (REG)** |
|---|---|---|
| | Name | |

☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2004 Dodge Grand Caravan**<br>**VIN # 1D4GP23R74B593224**<br>**Plate # CTS 2244** | Unknown | N/A | Unknown |
| 47.2. **2002 Dodge Ram 2500**<br>**VIN # 3B7KC26Z72M268965**<br>**Plate # GLZ 6361** | Unknown | N/A | Unknown |
| 47.3. **2002 Dodge Ram B-3500 Wagon**<br>**VIN # 2B5WB35ZX2K131735**<br>**Plate # CMC 9752** | Unknown | N/A | Unknown |
| 47.4. **2009 Chevy Silverado 2500**<br>**VIN # 1GCHK43KX9F111604**<br>**Plate # 243 86JY** | Unknown | N/A | Unknown |
| 47.5. **2002 Flat Boat Trailer**<br>**VIN # NYA532674**<br>**Plate # AF31832** | Unknown | N/A | Unknown |
| 47.6. **1997 Crew Boat Trailer**<br>**VIN # 100KKCJB3UG003544**<br>**Plate # AF64703** | Unknown | N/A | Unknown |
| 47.7. **2002 Dodge Ram Wagon**<br>**VIN # 2B5WB35Z82K119132**<br>**Plate # CME 5503** | Unknown | N/A | Unknown |
| 47.8. **2003 Dodge Dakota Sport PU**<br>**VIN # 1D7GG36X43S334160**<br>**Plate # CMC9791** | Unknown | N/A | Unknown |
| 47.9. **2002 Dodge Caravan SE**<br>**VIN # 1B4GP25302B741858**<br>**Plate # DCK9** | Unknown | N/A | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    **Dowling College**                                            Case number *(If known)*  **16-75545 (REG)**
_____
Name

| | | | |
|---|---|---|---|
| 47.10 · | **2008 Toyota Scion XB 4DSN**<br>**VIN # JTLKE50E781010912**<br>**Plate # EAH 6452** | **Unknown**    **N/A** | **Unknown** |
| 47.11 · | **2002 Dodge Ram 1500Q**<br>**VIN # 1D7HU18N13S280376**<br>**Plate # IDLEHR** | **Unknown**    **N/A** | **Unknown** |
| 47.12 · | **2007 Chevy Express G2**<br>**VIN # 1GAGG25V271248788**<br>**Plate # EBN 8813** | **Unknown**    **N/A** | **Unknown** |
| 47.13 · | **2002 Dodge Intrepid S**<br>**VIN # 2B3HD46R32H176965**<br>**Plate # BWN4270** | **Unknown**    **N/A** | **Unknown** |
| 47.14 · | **2008 Dodge Ram 1500S**<br>**VIN # 1D7HA16K18J181717**<br>**Plate # ELM 8805** | **Unknown**    **N/A** | **Unknown** |
| 47.15 · | **2003 Dodge Dakota**<br>**VIN # 1B7FL26X21S203396**<br>**Plate # 991DWL** | **Unknown**    **N/A** | **Unknown** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

|  | | | |
|---|---|---|---|
| 48.1. | **Skulls, Pacer, Boats** | **Unknown** | **Unknown** |

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm**
**machinery and equipment)**
**Other equipment and fixtures:**

| | | | |
|---|---|---|---|
| **2006** | **85,159.00** | | |
| **2007** | **151,466.00** | | |
| **2008** | **624,311.04** | | |
| **2009** | **573,493.52** | | |
| **2010** | **1,374,767.36** | | |
| **2011 or Later** | **730,492.16** | **$3,539,689.00**    **N/A** | **Unknown** |

51.    **Total of Part 8.**                                                                              **$0.00**
Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page  7

| Debtor | **Dowling College** | Case number *(If known)* **16-75545 (REG)** |
|--------|---------------------|---------------------------------------------|
| | Name | |

☐ Yes

| Part 9: | **Real property** |
|---------|-------------------|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **115 Idle Hour Blvd.**<br>**Oakdale, NY 11769**<br>**(based on June 30,**<br>**2014 Appraisals)** | Fee Ownership | $32,403.78 | Appraisal | $350,000.00 |
| 55.2. **89 Central Blvd**<br>**Oakdale, NY 11769**<br>**(based on June 30,**<br>**2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $313,000.00 |
| 55.3. **88 Central Blvd**<br>**Oakdale, NY 11769**<br>**(based on June 30,**<br>**2014 Appraisals)** | Fee Ownership | $17,412.55 | Appraisal | $300,000.00 |
| 55.4. **87 Central Blvd**<br>**Oakdale, NY 11769**<br>**(based on June 30,**<br>**2014 Appraisals)** | Fee Ownership | $160,187.00 | Appraisal | $310,000.00 |
| 55.5. **99 Idle Hour Blvd**<br>**Oakdale, NY 11769**<br>**(based on June 30,**<br>**2014 Appraisal)** | Fee Ownership | $230,866.90 | Appraisal | $315,000.00 |
| 55.6. **15 Idle Hour Blvd**<br>**Oakdale, NY 11769**<br>**(based on June 30,**<br>**2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $265,000.00 |
| 55.7. **58 Woodlawn Avenue**<br>**Oakdale, NY 11769**<br>**(based on June 30,**<br>**2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $314,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | | | Case number *(If known)* **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.8. | **27 Chateu Drive** **Oakdale, NY 11769** **(based on June 30,** **2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $315,000.00 |
| 55.9. | **39 Chateu Drive** **Oakdale, NY 11769** **(based on June 30,** **2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $350,000.00 |
| 55.10 · | **47 Chateu Drive** **Oakdale, NY 11769** **(based on June 30,** **2014 Appraisals)** | Fee Ownership | $154,805.77 | Appraisal | $350,000.00 |
| 55.11 · | **80 Chateu Drive** **Oakdale, NY 11769** **(based on June 30,** **2014 Appraisals)** | Fee Ownership | $95,820.07 | Appraisal | $320,000.00 |
| 55.12 · | **72 Chateu Drive** **Oakdale, NY 11769** **(based on June 30,** **2014 Appraisals)** | Fee Ownership | $66,313.53 | Appraisal | $283,000.00 |
| 55.13 · | **102 Connetquot Drive** **Oakdale, NY 11769** **(based on June 30,** **2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $630,000.00 |
| 55.14 · | **90 Elsmere Avenue** **Oakdale, NY 11769** **(based on June 30,** **2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $312,000.00 |
| 55.15 · | **138 Central Blvd.** **Oakdale, NY 11769** **(based on June 30,** **2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $352,000.00 |
| 55.16 · | **14 Elsmere Drive** **Oakdale, NY 11769** **(based on June 30,** **2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $345,000.00 |
| 55.17 · | **44 Van Bomel Blvd.** **Oakdale, NY 11769** **(based on June 30,** **2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $350,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Dowling College** | | | | | |
|---|---|---|---|---|---|---|
| | Name | | | Case number *(If known)* **16-75545 (REG)** | | |

| 55.18 · | **48 Van Bomel Blvd. Oakdale, NY 11769 (based on June 30, 2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $309,000.00 |
|---|---|---|---|---|---|
| 55.19 · | **52 Van Bomel Blvd. Oakdale, NY 11769 (based on June 30, 2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $290,000.00 |
| 55.20 · | **56 Van Bomel Blvd. Oakdale, NY 11769 (based on June 30, 2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $308,000.00 |
| 55.21 · | **64 Van Bomel Blvd. Oakdale, NY 11769 (based on June 30, 2014 Appraisals)** | Fee Ownership | $121,521.00 | Appraisal | $340,000.00 |
| 55.22 · | **21 Chateu Drive Oakdale, NY 11769 (based on June 30, 2014 Appraisals)** | Fee Ownership | $189,945.80 | Appraisal | $350,000.00 |
| 55.23 · | **64 Chateu Drive Oakdale, NY 11769 (based on June 30, 2014 Appraisals)** | Fee Ownership | $10,368.05 | Appraisal | $298,000.00 |
| 55.24 · | **81 Chateu Drive Oakdale, NY 11769 (based on June 30, 2014 Appraisals)** | Fee Ownership | $31,598.05 | Appraisal | $286,500.00 |
| 55.25 · | **94 Connetquot Drive Oakdale, NY 11769 (based on June 30, 2014 Appraisals)** | Fee Ownership | $172,775.10 | Appraisal | $630,000.00 |
| 55.26 · | **96 Biltmore Avenue Oakdale, NY 11769 (based on May 9, 2013 Appraisals)** | Fee Ownership | $97,845.28 | Appraisal | $425,000.00 |
| 55.27 · | **8 Montauk Highway Oakdale, NY 11769** | Fee Ownership | Unknown | FMV Estimate | Unknown |
| 55.28 · | **135 Idle Hour Blvd. Oakdale, NY 11769 (based on May 9, 2013 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $550,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Dowling College**                          Case number *(If known)* **16-75545 (REG)**
Name

| | | | | |
|---|---|---|---|---|
| 55.29· | **121 Central Blvd Oakdale, NY 11769 (based on June 30, 2014 Appraisals)** | Fee Ownership | $157,855.13 | Appraisal | $333,000.00 |
| 55.30· | **274 Connetquot Drive Oakdale, NY 11769 (based on June 30, 2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $235,000.00 |
| 55.31· | **275 Connetquot Drive Oakdale, NY 11769 (based on June 30, 2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $340,000.00 |
| 55.32· | **123 Idle Hour Blvd. Oakdale, NY 11769 (based on May 9, 2013 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $325,000.00 |
| 55.33· | **Oakdale Campus 150 Idle Hour Blvd. Oakdale, NY 11769 (based on April 6, 2016 Appraisals)** | Fee Ownership subject to leasehold estates | $52,335,000.00 | Fair Market | $52,335,000.00 |
| 55.34· | **Brookhaven Campus 1300 William Floyd Parkway Shirley, NY 11967 (based on April 6, 2016 Appraisals)** | Fee Ownership subject to leasehold estates | $42,650,000.00 | Fair Market | $42,650,000.00 |
| 55.35· | **8 Idle Hour Blvd. Oakdale, NY 11769** | Fee Ownership | $59,430.63 | Appraisal | $59,430.63 |
| 55.36· | **278 Connetquot Drive Oakdale, NY 11769** | Fee Ownership | $194,111.34 | Appraisal | $194,111.34 |
| 55.37· | **Education North Building 123 Idle Hour Blvd. Oakdale, NY 11769** | Fee Ownership | $96,220.33 | Appraisal | $96,220.33 |
| 55.38· | **St. Johns University Campus 500 Montauk Highway Oakdale, NY 11967** | Leasehold | Unknown | N/A | Unknown |

| Debtor | **Dowling College** | Case number *(If known)* **16-75545 (REG)** |
|---|---|---|
| | Name | |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $106,128,262.30 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** **Patent - Intermodal Transportation Simulation System** | Unknown | | Unknown |
| **Trademark - Gift of Knowledge** | Unknown | | Unknown |
| **Trademark - The Personal College** | Unknown | | Unknown |
| **Trademark - Explicit Ideology** | Unknown | | Unknown |
| **Trademark - The National Aviation and Transportation Center** | Unknown | | Unknown |
| **Trademark - The NAT Center** | Unknown | | Unknown |
| **Trademark - Transportation's "Solutions Integrator"** | Unknown | | Unknown |
| **Trademark - The College on the Banks of the Whole Wide World** | Unknown | | Unknown |
| **Pending trademark - The National Aviation and Technology Center** | Unknown | | Unknown |
| **61.** **Internet domain names and websites** **dowling.edu** | $0.00 | | Unknown |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor      **Dowling College**                                    Case number *(If known)*  **16-75545 (REG)**
_____
Name

**Alumni Directory**                          $0.00                              Unknown
_____     _____     _____

---

64.     **Other intangibles, or intellectual property**
        **65,000 IP Addresses**                     $0.00                              Unknown
        _____     _____     _____

---

65.     **Goodwill**

66.     **Total of Part 10.**                                        | $0.00 |
        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ☐ No
        ■ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                        Current value of
                                                                        debtor's interest

71.     **Notes receivable**
        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**
        **Zurich American Insurance Company**
        **Policy from: 10/1/16 - 10/1/17**
        **Property**                                                               Unknown
        _____     _____

        **Zurich American Insurance Company**
        **Policy from: 10/1/16 - 10/1/17**
        **Inland Marine**                                                          Unknown
        _____     _____

        **Philadelphia Indemnity Insurance Company**
        **Policy from: 10/1/16 - 10/1/17**
        **General Liability**                                                      Unknown
        _____     _____

        **Hartford Fire Insurance Company**
        **Policy from: 10/1/16 - 10/1/17**
        **Commerical Auto**                                                        Unknown
        _____     _____

Debtor   **Dowling College**                                           Case number *(If known)*  **16-75545 (REG)**
            Name

**Hartford Casualty Insurance Co.**
**Policy from: 10/1/16 - 10/1/17**
**Workers' Compensation**                                       Unknown

**Columbia Casualty**
**Policy from: 10/1/16 - 10/1/17**
**Umbrella**                                                 Unknown

**Chubb/Federal Insurance Company**
**Policy from: 10/1/16 - 10/1/17**
**Directors and Officers Liability/Employment Practices**
**Liabilty**                                                Unknown

**Chubb/Executive Risk Specialty Ins. Co.**
**Policy from: 10/1/16 - 10/1/17**
**Fiduciary Liability/Crime**                                Unknown

**Prudential**
**Policy from: 9/1/15-11/30/16**
**Short Term Disability**                                     Unknown

**American Bankers Insurance Company of Florida**
**Policy from: 12/31/15 - 12/31/16**
**Flood Insurance (Oakdale)**                                Unknown

**American Bankers Insurance Company of Florida**
**Policy from: 12/31/15 - 12/31/16**
**Flood Insurance (Fortunoff Hall)**                          Unknown

**American Bankers Insurance Company of Florida**
**Policy from: 12/31/15 - 12/31/16**
**Flood Insurance (Security Building)**                     Unknown

**American Bankers Insurance Company of Florida**
**Policy from: 12/31/15 - 12/31/16**
**Flood Insurance (80 Chateau Drive)**                    Unknown

**American Bankers Insurance Company of Florida**
**Policy from: 12/31/15 - 12/31/16**
**Flood Insurance (89 Central Blvd.)**                     Unknown

**American Bankers Insurance Company of Florida**
**Policy from: 12/31/15 - 12/31/16**
**Flood Insurance (1300 William Floyd Parkway)**      Unknown

**American Bankers Insurance Company of Florida**
**Policy from: 11/1/16 - 11/1/17**
**Flood Insurance (96 Biltmore Ave.)**                    Unknown

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor    **Dowling College**                                        Case number *(if known)*  **16-75545 (REG)**
Name

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (87 Central Blvd.)                                                          **Unknown**

---

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (88 Central Blvd.)                                                          **Unknown**

---

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (120 Central Blvd.)                                                         **Unknown**

---

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (138 Central Blvd.)                                                         **Unknown**

---

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (21 Chateau Drive)                                                          **Unknown**

---

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (27 Chateau Drive)                                                          **Unknown**

---

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (39 Chateau Drive)                                                          **Unknown**

---

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (47 Chateau Drive)                                                          **Unknown**

---

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (64 Chateau Drive)                                                          **Unknown**

---

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (72 Chateau Drive)                                                          **Unknown**

---

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (81 Chateau Drive)                                                          **Unknown**

---

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (94 Connetquot Drive)                                                       **Unknown**

---

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (102 Connetquot Drive)                                                      **Unknown**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | **Dowling College** | Case number *(If known)* **16-75545 (REG)** |
|---|---|---|
| | Name | |

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (275 Connetquot Drive)

Unknown

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (14 Elsmere Ave.)

Unknown

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (90 Elsmere Ave.)

Unknown

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (15 Idle Hour Blvd.)

Unknown

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (99 Idle Hour Blvd.)

Unknown

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (115 Idle Hour Blvd.)

Unknown

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (123 Idle Hour Blvd.)

Unknown

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (135 Idle Hour Blvd.)

Unknown

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (150 Idle Hour Blvd. - Racanelli)

Unknown

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (150 Idle Hour Blvd. - KSC)

Unknown

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (8 Montauk Highway)

Unknown

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (44 Van Bomel Blvd.)

Unknown

Debtor    **Dowling College**                                          Case number *(if known)* **16-75545 (REG)**
          Name

| | |
|---|---|
| **American Bankers Insurance Company of Florida**<br>**Policy from: 11/1/16 - 11/1/17**<br>**Flood Insurance (48 Van Bomel Blvd.)** | **Unknown** |
| **American Bankers Insurance Company of Florida**<br>**Policy from: 11/1/16 - 11/1/17**<br>**Flood Insurance (52 Van Bomel Blvd.)** | **Unknown** |
| **American Bankers Insurance Company of Florida**<br>**Policy from: 11/1/16 - 11/1/17**<br>**Flood Insurance (56 Van Bomel Blvd.)** | **Unknown** |
| **American Bankers Insurance Company of Florida**<br>**Policy from: 11/1/16 - 11/1/17**<br>**Flood Insurance (64 Van Bomel Blvd.)** | **Unknown** |
| **American Bankers Insurance Company of Florida**<br>**Policy from: 11/1/16 - 11/1/17**<br>**Flood Insurance (1300 William Floyd Parkway)** | **Unknown** |
| **American Bankers Insurance Company of Florida**<br>**Policy from: 11/1/16 - 11/1/17**<br>**Flood Insurance (58 Woodlawn Ave.)** | **Unknown** |

| | |
|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property**<br>**Jerry Kramer - Trust**<br>**Contributions Receivable $300,000** |

| | |
|---|---|
| **Stanley Henry - Life Insurance Policy**<br>**Contributions Receivable $2,000,000** | **Unknown** |
| **Jerry Curtin and Rosemarie Curtin - Life Insurance Policy**<br>**Contributions Receivable $1,000,000** | **Unknown** |
| **Eileen Hennessey - Life Insurance Policy**<br>**Contributions Receivable $370,104** | **Unknown** |
| **David Ochoa and Myrka Gonzalez - Life Insurance Policy**<br>**Contributions Receivable $1,250,000** | **Unknown** |
| **Louis Mancusco - Annuity**<br>**Contributions Receivable $682,082** | **Unknown** |

(Item 76 row "Jerry Kramer - Trust Contributions Receivable $300,000" — **Unknown**)

Debtor    **Dowling College**                                                    Case number *(If known)*  **16-75545 (REG)**
          Name

**Scott Rudolph Pledge**
**Contributions Receivable $250,000**                                                                        **Unknown**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                                              **$0.00**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **Dowling College**
_____
Name

Case number *(If known)* **16-75545 (REG)**

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,615,139.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $62,307.83 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $106,128,262.30 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,677,447.50 | + 91b. $106,128,262.30 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $108,805,709.80 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Dowling College**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) **16-75545 (REG)**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

---

**2.1** **A.O. Service Inc.**
Creditor's Name

**8 New York Avenue**
**Port Jefferson Station, NY 11776**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**Unknown** | **$0.00**

Describe the lien
**Mechanic's Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.2** **Absolute Plumbing of Long Island, Inc.**
Creditor's Name

**90F Knickerbocker Avenue**
**Bohemia, NY 11716**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/23/2016**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Oakdale Campus**
**150 Idle Hour Blvd.**
**Oakdale, NY 11769**
**(based on April 6, 2016 Appraisals)**

$13,695.00 | $52,335,000.00

Describe the lien
**Mechanic's Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Dowling College**
      Name

Case number (if know)   **16-75545 (REG)**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Absolute Plumbing of Long Island, Inc.**
**2. Carrier Corporation**
**3. Carrier Corporation**
**4. Carrier Corporation**
**5. Carrier Corporation**
**6. Carrier Corporation**

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Carrier Corporation** |
|---|---|

Creditor's Name

**c/o Administrative Agent
PO Box 241566
Cleveland, OH 44124**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
12/9/2015
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

Describe debtor's property that is subject to a lien
**Oakdale Campus
150 Idle Hour Blvd.
Oakdale, NY 11769
(based on April 6, 2016 Appraisals)**

Describe the lien
**Mechanic's Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

$2,541.48   $52,335,000.00

---

| 2.4 | **Carrier Corporation** |
|---|---|

Creditor's Name

**c/o Administrative Agent
PO Box 241566
Cleveland, OH 44124**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
4/8/2016
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

Describe debtor's property that is subject to a lien
**Oakdale Campus
150 Idle Hour Blvd.
Oakdale, NY 11769
(based on April 6, 2016 Appraisals)**

Describe the lien
**Mechanic's Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

$4,000.00   $52,335,000.00

---

| 2.5 | **Carrier Corporation** | Describe debtor's property that is subject to a lien | $20,940.00 | $52,335,000.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Dowling College**

Name

Case number (if know) **16-75545 (REG)**

---

Creditor's Name

**c/o Administrative Agent
PO Box 241566
Cleveland, OH 44124**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
4/13/2016**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**Oakdale Campus
150 Idle Hour Blvd.
Oakdale, NY 11769
(based on April 6, 2016 Appraisals)**

**Describe the lien
Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Carrier Corporation** | | **Describe debtor's property that is subject to a lien** | $34,200.00 | $52,335,000.00 |
|-----|-------------------------|--|---------------------------------------------------------|------------|----------------|

Creditor's Name

**c/o Administrative Agent
PO Box 241566
Cleveland, OH 44124**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
1/12/2016**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**Oakdale Campus
150 Idle Hour Blvd.
Oakdale, NY 11769
(based on April 6, 2016 Appraisals)**

**Describe the lien
Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **Carrier Corporation** | | **Describe debtor's property that is subject to a lien** | $6,317.50 | $52,335,000.00 |
|-----|-------------------------|--|---------------------------------------------------------|-----------|----------------|

Creditor's Name

**c/o Administrative Agent
PO Box 241566
Cleveland, OH 44124**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Oakdale Campus
150 Idle Hour Blvd.
Oakdale, NY 11769
(based on April 6, 2016 Appraisals)**

**Describe the lien
Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | Case number *(if know)* | **16-75545 (REG)** |
|---|---|---|---|

Name

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ■ Disputed |

---

| 2.8 | **New York State Department of Labor** | Describe debtor's property that is subject to a lien | $13,367.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**State Office Building Campus Room 500 Albany, NY 12240**

Creditor's mailing address

Describe the lien

**Judgment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/2/2016**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **New York State Department of Labor** | Describe debtor's property that is subject to a lien | $42,858.80 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**State Office Building Campus Room 500 Albany, NY 12240**

Creditor's mailing address

Describe the lien

**Judgment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/18/2016**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.10 | **New York State Unemployment Insurance** | Describe debtor's property that is subject to a lien | $645,357.83 | $0.00 |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | Case number (if know) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**PO Box 4301**
**Binghamton, NY 13902**

Creditor's mailing address

**Describe the lien**

**Warrant**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1<br>1 | **Powerhouse Paving** | Describe debtor's property that is subject to a lien | **$28,100.02** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**P.O Box 5845**
**Hauppauge, NY 11788**

Creditor's mailing address

**Describe the lien**

**Judgment**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1<br>2 | **SimplexGrinnell LP** | Describe debtor's property that is subject to a lien | **$25,095.00** | **$42,650,000.00** |
|---|---|---|---|---|

Creditor's Name

**Brookhaven Campus**
**1300 William Floyd Parkway**
**Shirley, NY 11967**
**(based on April 6, 2016 Appraisals)**

**50 Technology Drive**
**Westminster, MA 01441**

Creditor's mailing address

**Describe the lien**

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/18/2016**

**Last 4 digits of account number**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 10

| Debtor | **Dowling College** | | Case number (if know) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 3 | **T.M. Bier & Associates, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**79 Hazel Street**
**Glen Cove, NY 11542**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.1 4 | **U.S. Department of Education** | Describe debtor's property that is subject to a lien | **$1,256,267.73** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Financial Square**
**32 Old Slip, 25th Floor**
**New York, NY 10005**

Creditor's mailing address

**U.S. Dept of Education Bonds maturing in 2022, including accrued interest**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 5 | **Ultimate Power, Inc.** | Describe debtor's property that is subject to a lien | **$258,213.74** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**45 Nancy Street**
**West Babylon, NY 11704**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  **Dowling College**
_____    Case number (if know)    **16-75545 (REG)**
        Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Judgment** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed |

---

| 2.1 6 | **UMB Bank, N.A.** | **Describe debtor's property that is subject to a lien** | **$6,998,243.06** | **Unknown** |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name<br>**Corporate Trust Services**<br>**120 Sixth Street, Suite 1400**<br>**Minneapolis, MN 55402** | **Dowling CollegeTaxable Revenue Bonds**<br>**Series 2015A, including accrued interest** |
| Creditor's mailing address | **Describe the lien**<br>**Senior Mortgage Lien Non-Campus Real**<br>**Property** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed |

---

| 2.1 7 | **UMB Bank, N.A.** | **Describe debtor's property that is subject to a lien** | **$3,531,250.53** | **Unknown** |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name<br>**Corporate Trust Services**<br>**120 Sixth Street, Suite 1400**<br>**Minneapolis, MN 55402** | **Industrial Development Agency Series 1996**<br>**Refunding bonds, including accrued interest** |
| Creditor's mailing address | **Describe the lien**<br>**Junior Mortgage Lien Non-Campus Real**<br>**Property** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Dowling College** | | Case number (if know) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **UMB Bank, N.A.** | Describe debtor's property that is subject to a lien | **$11,122,497.92** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Corporate Trust Services
120 Sixth Street, Suite 1400
Minneapolis, MN 55402**

Creditor's mailing address

**Industrial Development Agency Series 2002
Revenue Bonds, including accrued interest**

Describe the lien

**First Mortgage Brookhaven Dorms and Junior
Mortgage on Non-Campus Real Property**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **Universal Temperature Controls Ltd.** | Describe debtor's property that is subject to a lien | **$7,830.03** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1749 Julia Goldbach Avenue
Ronkonkoma, NY 11779**

Creditor's mailing address

**Oakdale Campus**

Describe the lien

**Mechanic's Lien**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 0 | **Wilmington Trust, National Association** | Describe debtor's property that is subject to a lien | **$37,253,883.01** | **Unknown** |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Dowling College**

Name

Case number (if know)  **16-75545 (REG)**

Creditor's Name

**Corporate Trust Services
25 South Charles Street,
11th Floor
Baltimore, MD 21201**

Creditor's mailing address

**Suffolk County Industrial Development
Agency Series 2006 bonds, various Maturities
through 2036 with interest rates ranging from
4.375% to 6.625% net of $249,243 and
$269,397, respectively, including accrued
interest**

Describe the lien
**Mortgage Lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  | $61,264,658.65 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Certilman Balin Adler & Hyman, LLP**<br>**Thomas J. McNamara, Esq.**<br>**90 Merrick Avenue**<br>**East Meadow, NY 11554** | Line  **2.20** | |
| **Garfunkle Wild, P.C.**<br>**Adam T. Berkowitz, Esq.**<br>**111 Greak Neck Road, Suite 600**<br>**Great Neck, NY 11021** | Line  **2.16** | |
| **Garfunkle Wild, P.C.**<br>**Adam T. Berkowitz, Esq.**<br>**111 Greak Neck Road, Suite 600**<br>**Great Neck, NY 11021** | Line  **2.17** | |
| **Garfunkle Wild, P.C.**<br>**Adam T. Berkowitz, Esq.**<br>**111 Greak Neck Road, Suite 600**<br>**Great Neck, NY 11021** | Line  **2.18** | |
| **Milman Labuda Law Group PLLC**<br>**John M. Harras**<br>**3000 Marcus Avenue, Suite 3W8**<br>**Lake Success, NY 11042** | Line  **2.15** | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | Case number (if know) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Mintz Levin Ferris, Glovsky & Popeo**<br>**Miyoko Sato, Esq.**<br>**One Financial Center**<br>**Boston, MA 02111** | Line **2.16** |
| **Mintz Levin Ferris, Glovsky & Popeo**<br>**Miyoko Sato, Esq.**<br>**One Financial Center**<br>**Boston, MA 02111** | Line **2.17** |
| **Mintz Levin Ferris, Glovsky & Popeo**<br>**Miyoko Sato, Esq.**<br>**One Financial Center**<br>**Boston, MA 02111** | Line **2.18** |
| **OppenheimerFunds**<br>**Robert Bertucci**<br>**350 Linden Oaks**<br>**Rochester, NY 14603** | Line **2.16** |
| **Schulte Roth & Zabel LLP**<br>**Brian Pfeiffer, Esq.**<br>**919 Third Avenue**<br>**New York, NY 10022** | Line **2.20** |
| **Silverberg P.C.**<br>**Karl Silverberg, Esq.**<br>**320 Carleton Avenue, Suite 6400**<br>**Central Islip, NY 11722** | Line **2.11** |
| **Suffolk County Industrial Devel. Agency**<br>**H. Lee Dennison Building**<br>**3rd Floor**<br>**100 Veterans Highway**<br>**Hauppauge, NY 11788** | Line **2.17** |
| **Town of Brookhaven I.D.A.**<br>**One Independence Hill**<br>**Farmingville, NY 11738** | Line **2.18** |
| **U.S. Department of Education**<br>**1990 K. Street, N.W.**<br>**Washington, DC 20006** | Line **2.14** |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 10 of 10

**Fill in this information to identify the case:**

Debtor name **Dowling College**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) **16-75545 (REG)**

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Anne McCaffrey**<br>**80 Tremont Avenue**<br>**Medford, NY 11763** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$4,903.50** | **$4,903.50** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**compensation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Antonetta Dente-Bostinto**<br>**42 Willett Avenue**<br>**Sayville, NY 11782** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$5,103.00** | **$5,103.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**compensation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     51525     Best Case Bankruptcy

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,300.50** | **$2,850.00** |
|---|---|---|---|---|

**Charles McCabe**
**58 Woodlawn Ave.**
**Oakdale, NY 11769**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Rental Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,182.80** | **$5,182.80** |
|---|---|---|---|---|

**Christine Felton**
**460 Lincoln Avenue**
**Sayville, NY 11782**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,493.60** | **$5,493.60** |
|---|---|---|---|---|

**Claire O'Rourke**
**45 Locust Street**
**Bayport, NY 11705**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,700.00** | **$2,850.00** |
|---|---|---|---|---|

**Desiree Nelson/Matthew Pasquale**
**56 Van Bomel Blvd**
**Oakdale, NY 11769**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Rental Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| | | |
|---|---|---|
| Debtor | **Dowling College** | Case number (if known)   **16-75545 (REG)** |
| | Name | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,886.70 | $4,886.70 |
|---|---|---|---|---|
| | **Doreen Muse**<br>**53 Oak Avenue**<br>**Huntington Station, NY 11746** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**compensation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | $0.00 |
|---|---|---|---|---|
| | **Dowling College Employee Benefit**<br>**Plan**<br>**150 Idle Hour Boulevard**<br>**Oakdale, NY 11769** | Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,819.50 | $4,819.50 |
|---|---|---|---|---|
| | **Elizabeth (Ducie) O'Brien**<br>**457 Birch Hollow Drive**<br>**E. Yaphank, NY 11967** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**compensation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $833.63 | $833.63 |
|---|---|---|---|---|
| | **Francis Tidd**<br>**26 Magnolia Street**<br>**Central Islip, NY 11722** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**compensation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Dowling College** | | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,491.90** | **$4,491.90** |
|---|---|---|---|---|

**Gail Scherz**
**35 Terrell Street**
**Patchogue, NY 11772**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$771.60** | **$771.60** |
|---|---|---|---|---|

**Gary Bishop**
**106 Sunrise Avenue**
**Sayville, NY 11782**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,400.00** | **$2,850.00** |
|---|---|---|---|---|

**Geoffrey and Anna Maria Stewart**
**87 Central Blvd**
**Oakdale, NY 11769**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Rental Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**HealthPlex**
**333 Earle Ovington Blvd.**
**3rd Floor**
**Uniondale, NY 11553**

As of the petition filing date, the claim is:
Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**through 6/1/2016**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

| | | |
|---|---|---|
| Debtor | **Dowling College** | Case number (if known)    **16-75545 (REG)** |
| | Name | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,050.50 | $5,050.50 |
|---|---|---|---|---|

**Helen Bausenwein**
**235 Cedrus Avenue**
**East Northport, NY 11731**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,586.40 | $4,586.40 |
|---|---|---|---|---|

**Helen Densing**
**214 Oak Street**
**Patchogue, NY 11772**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,613.30 | $5,613.30 |
|---|---|---|---|---|

**Joan Van Brunt**
**24 Birchdale Drive**
**Holbrook, NY 11741**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,800.00 | $2,850.00 |
|---|---|---|---|---|

**John Ingoglia & Tabitha Ueblacker**
**88 Central Blvd.**
**Oakdale, NY 11769**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Rental Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Dowling College | Case number (if known) | 16-75545 (REG) |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $778.13 | $778.13 |
|---|---|---|---|---|
| | **John Urick** | Check all that apply. | | |
| | **951 Old Town Road** | ☐ Contingent | | |
| | **Coram, NY 11727** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **compensation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $866.25 | $866.25 |
|---|---|---|---|---|
| | **Jonathan Nguyen** | Check all that apply. | | |
| | **32 Madison Avenue** | ☐ Contingent | | |
| | **Medford, NY 11763** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **compensation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $816.38 | $816.38 |
|---|---|---|---|---|
| | **Jose Melendez** | Check all that apply. | | |
| | **247 Laclede Avenue** | ☐ Contingent | | |
| | **Uniondale, NY 11553** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **compensation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $915.00 | $915.00 |
|---|---|---|---|---|
| | **Juan Ramierz** | Check all that apply. | | |
| | **1013 N Delaware Avenue** | ☐ Contingent | | |
| | **Lindenhurst, NY 11757** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **compensation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|--------|---------------------|------------------------|--------------------|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$957.60** | **$957.60** |
|------|---------------------------------------------|----------------------------------------------|-------------|-------------|

**Justino Reyes**
**42 Floradora Drive**
**Mastic, NY 11950**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,900.00** | **$2,850.00** |
|------|---------------------------------------------|----------------------------------------------|----------------|----------------|

**Lauren Bufalo**
**44 Van Bomel Blvd**
**Oakdale, NY 11769**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Rental Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|---------------------------------------------|----------------------------------------------|-------------|-----------|

**Lori Zaikowski, as Proposed Class**
**Rep.**
**c/o Outten & Golden LLP**
**685 Third Avenue, 25th Floor**
**Jack A. Raisner, Rene S.**
**Roupinian**
**New York, NY 10017**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,493.60** | **$5,493.60** |
|------|---------------------------------------------|----------------------------------------------|----------------|----------------|

**Madeline Smith**
**217 Pleasant Drive**
**West Bay Shore, NY 11706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Dowling College | Case number (if known) | 16-75545 (REG) |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,802.70 | $4,802.70 |
|---|---|---|---|---|
| | **Marilyn Rock** | Check all that apply. | | |
| | **123 Vanderbilt Blvd** | ☐ Contingent | | |
| | **Oakdale, NY 11769** | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **compensation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,943.40 | $4,943.40 |
|---|---|---|---|---|
| | **Mary Bridgwood** | Check all that apply. | | |
| | **24 Emilie Drive** | ☐ Contingent | | |
| | **Center Moriches, NY 11934** | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **compensation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,237.40 | $5,237.40 |
|---|---|---|---|---|
| | **Mary Donoghue** | Check all that apply. | | |
| | **51 Cannon Drive** | ☐ Contingent | | |
| | **Holbrook, NY 11741** | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **compensation** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,214.75 | $2,850.00 |
|---|---|---|---|---|
| | **Melody L. Cope** | Check all that apply. | | |
| | **21 Chateau Drive** | ☐ Contingent | | |
| | **Oakdale, NY 11769** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Rental Security Deposit** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

| Debtor | Dowling College | Case number (if known) | 16-75545 (REG) |
|---|---|---|---|
| | Name | | |

---

**2.31** | Priority creditor's name and mailing address

**Michael Beck**
**44 Ocean Avenue**
**Blue Point, NY 11715**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$1,222.13    $1,222.13

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.32** | Priority creditor's name and mailing address

**Michael Cappell & Mandolynne**
**Hopkins**
**47 Chateau Drive**
**Oakdale, NY 11769**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,300.00    $2,850.00

Date or dates debt was incurred

Basis for the claim:
**Rental Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.33** | Priority creditor's name and mailing address

**Michael Klotz**
**60 River Road**
**P.O. Box 550**
**Great River, NY 11739**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$5,155.50    $5,155.50

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.34** | Priority creditor's name and mailing address

**Nancy Carroll**
**3223 Wilshire Lane**
**Apt. E23**
**Oakdale, NY 11769**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$4,725.00    $4,725.00

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| Debtor | **Dowling College** | Case number (if known)    **16-75545 (REG)** |
| | Name | |

| | | | | |
|---|---|---|---|---|
| 2.35 | Priority creditor's name and mailing address<br>**Nancy Jones**<br>**14 Mount Marcy Avenue**<br>**Farmingville, NY 11738** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$5,075.70** | **$5,075.70** |
| | Date or dates debt was incurred | Basis for the claim:<br>**compensation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.36 | Priority creditor's name and mailing address<br>**Open Access Plus Medical**<br>**Benefits**<br>**c/o Cigna Health & Life Insurance**<br>**Co.**<br>**900 Cottage Grove Road, B6LPA**<br>**Hartford, CT 06152** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred<br>**through 6/3/2016** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.37 | Priority creditor's name and mailing address<br>**Patti Zerafa**<br>**11 Milan Street**<br>**East Patchogue, NY 11772** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$5,050.50** | **$5,050.50** |
| | Date or dates debt was incurred | Basis for the claim:<br>**compensation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.38 | Priority creditor's name and mailing address<br>**Paula Marie & Robert Johnson**<br>**138 Central Blvd**<br>**Oakdale, NY 11769** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,600.00** | **$2,850.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental Security Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,346.60** | **$5,346.60** |
|---|---|---|---|---|

**Rebecca DeLorfano**
**41 Glenwood Place**
**Farmingville, NY 11738**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,166.54** | **$2,850.00** |
|---|---|---|---|---|

**Richard & Cherisse Forberg**
**102 Connetquot**
**Oakdale, NY 11769**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Rental Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,456.09** | **$2,850.00** |
|---|---|---|---|---|

**Rosemarie Fairchild**
**27 Chateau Drive**
**Oakdale, NY 11769**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Rental Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,500.00** | **$2,850.00** |
|---|---|---|---|---|

**Stephen Hanna & Mark Hanna**
**52 Van Bomel Blvd**
**Oakdale, NY 11769**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Rental Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,900.00 | $2,850.00 |
|---|---|---|---|---|

**Theresa & Caitlin Cody**
**39 Chateau Drive**
**Oakdale, NY 11769**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Rental Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,071.75 | $1,071.75 |
|---|---|---|---|---|

**William Stanley**
**19 Meadow Street**
**Garden City, NY 11530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $753.14 |
|---|---|---|---|

**4 Imprint**
**PO Box 1641**
**Milwaukee, WI 53201-1641**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38.99 |
|---|---|---|---|

**A E Auto Service Inc.**
**664 Montauk Highway**
**Shirley, NY 11967**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $129.75 |
|---|---|---|---|

**A R C Graphics**
**44 George Street**
**E. Patchogue, NY 11472**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$226.91** |
|---|---|---|---|

**A.C. Electrical Supplies**
**741 Smithtown By-Pass**
**Smithtown, NY 11787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|---|---|---|---|

**A.W. & Sons Exhaust Inc.**
**336 Atlantic Street**
**Central Islip, NY 11722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,100.00** |
|---|---|---|---|

**AACTE**
**1307 New York Ave NW**
**Suite 300**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |
|---|---|---|---|

**Abigail Rose Eckhardt**
**8575 W. 93rd Court**
**Broomfield, CO 80021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,707.67** |
|---|---|---|---|

**ABS Pump Repair Inc.**
**89 Allen Blvd**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,695.00** |
|---|---|---|---|

**Absolute Plumbing of Long Island, Inc.**
**90F Knickerbocker Avenue**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,034.61** |
|---|---|---|---|

**Access Staffing, LLC**
**PO Box 75334**
**Chicago, IL 60675-5334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $683.80 |
|---|---|---|---|

**Acme American Repairs Inc.**
**177-10 93rd Avenue**
**Jamaica, NY 11433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $960.00 |
|---|---|---|---|

**Action Sewer & Drain Services**
**PO Box 872**
**Bayport, NY 11705-0872**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $162.97 |
|---|---|---|---|

**ADP, LLC**
**PO Box 842875**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $715.00 |
|---|---|---|---|

**ALA**
**Membership Customer Service**
**Box 77-6499**
**Chicago, IL 60678-6499**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Alan J. Schaefer**
**40 Moffitt Blvd.**
**Islip, NY 11751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,259.19 |
|---|---|---|---|

**Albert Inserra**
**45 Inlet View Path**
**East Moriches, NY 11940**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,410.20 |
|---|---|---|---|

**Alexander Smirnov**
**46 Johnson Avenue**
**Apt. #4D**
**Sayville, NY 11782**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$225.00**

**Alexandra Noel Ruiz**
**15 Country Road**
**Medford, NY 11763-1501**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$218.76**

**Alfred Pue**
**1383 Chicago Avenue**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,550.00**

**All-Ways Elevator Inc.**
**5 Davids Drive**
**Hauppauge, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$798.20**

**Amanda Gallagher**
**10 Hancock Road**
**West Islip, NY 11795**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$675.00**

**American Bankers Insurance**
**PO Box 731178**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$171,500.66**

**American Express**
**PO Box 2855**
**New York, NY 10116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$778.68**

**American Hazardous Materials**
**303 Middle Country Road**
**Middle Island, NY 11953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,484.34**

**American Telephone Company**
PO Box 1465
Melville, NY 11747

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,652.35**

**Andrew Karp**
24 White Birch Trail
East Quogue, NY 11942

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,510.42**

**Anna Stoloff**
325 W 4th Street
Deer Park, NY 11729

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00**

**Anne Burns Thomas**
147 Lexington Drive
Ithaca, NY 14850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,174.80**

**Anne Dimola**
14 Christopher Court
West Islip, NY 11795

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00**

**Anne M. Rullan**
10 Buckingham Meadow Road
East Setauket, NY 11733

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,198.48**

**Anne McCaffrey**
80 Tremont Avenue
Medford, NY 11763

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$275.00**

**Anthony Candelario**
PO Box 11421
New Brunswick, NJ 08906

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,147.11**

**Antonetta Dente-Bostinto**
42 Willett Avenue
Sayville, NY 11782

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  compensation

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,955.33**

**AO Services Inc.**
8 New York Avenue
Port Jefferson, NY 11776

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$403.74**

**Apex Consulting Group Inc.**
320 17th Street
W Babylon, NY 11704

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$385.00**

**Apgar Sales Co. Inc.**
54 Miry Brook Road
Danbury, CT 06810

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,382.72**

**Apple Financial Services**
23801 Calabasas Road, Suite 101
Calabasas, CA 91302

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,750.00**

**Arbitrage Group**
3401 Louisiana Street, Suite 101
Houston, TX 77002

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $205.00 |
|---|---|---|---|

**Arnold Saunders**
**25 Harbor Watch Court**
**Sag Harbor, NY 11963**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,949.90 |
|---|---|---|---|

**Arrow Security**
**c/o Sterling National Bank**
**PO Box 75359**
**Chicago, IL 60675-5359**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,964.83 |
|---|---|---|---|

**Associated Energy Services**
**86 Bridge Road**
**Islandia, NY 11749**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,004.00 |
|---|---|---|---|

**Astro Moving & Storage**
**Mr. Joseph Verderber Sr.**
**30 Jefferson Avenue**
**Saint James, NY 11780**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $158.58 |
|---|---|---|---|

**AT&T**
**PO Box 105068**
**Atlanta, GA 30348-5068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $280.40 |
|---|---|---|---|

**AT&T - Universal Biller**
**PO Box 5019**
**Carol Stream, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $118.12 |
|---|---|---|---|

**Baker & Taylor Books - 5**
**PO Box 277930**
**Atlanta, GA 30384-7930**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,200.00**

**Bank of New York Mellon**
**101 Barclay Street, 21 W.**
**New York, NY 10286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,111.50**

**Barbara Nolan**
**55 Jones Drive**
**Sayville, NY 11782**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _compensation_

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,788.66**

**Barnes & Noble Bookstore**
**Accounts Receivable Dept**
**PO Box 823660**
**Philadelphia, PA 19182-3660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$470.00**

**Barnwell House of Tires**
**65 Jetson Lane**
**Central Islip, NY 11722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,782.00**

**Barry McNamara**
**28 Bowler Road**
**East Rockaway, NY 11518**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _compensation_

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**Bernard Newcombe**
**52 Lindburgh Street**
**Massapequa, NY 11762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$423.00**

**Bill Fox Co.**
**310-8 Hallock Avenue**
**Port Jefferson Sta, NY 11776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$229.60**

**Bio Corporation**
**3910 Minnesota Street**
**Alexandria, MN 56308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$261.00**

**Bio-Rad Labs**
**Life Science Group**
**PO Box 849750**
**Los Angeles, CA 90084-9750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$93,671.42**

**Blackboard Inc.**
**650 Massachussetts Avenue NW**
**6th Floor**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,288.15**

**Blackman Plumbing Supply**
**PO Box 9400**
**Uniondale, NY 11555-9400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,276.80**

**Bonnie Forbes**
**9 Birchfield Court**
**Coram, NY 11727**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,840.50**

**Bri-Tech, Inc**
**829 Lincoln Avenue**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$376.83**

**Brian Coyle**
**31 Willow Avenue**
**Islip, NY 11751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297.68 |
|---|---|---|---|

**Brian Kogen**
**555 Forbush Street**
**Boontan, NJ 07005**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,587.55 |
|---|---|---|---|

**Brian Stipelman**
**2 Roosevelt Avenue**
**Greenlawn, NY 11740**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.54 |
|---|---|---|---|

**Bridget Carroll**
**3 Doral Lane**
**Bay Shore, NY 11706**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.84 |
|---|---|---|---|

**Brittany Jean Schulman**
**2911 Kane Avenue**
**Medford, NY 11763**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $521.18 |
|---|---|---|---|

**Broadcast Music Inc.**
**PO Box 630893**
**Cincinnati, OH 45263**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,731.65 |
|---|---|---|---|

**Bruce Haller**
**61 Half Hollow Road**
**Commack, NY 11725**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $365.00 |
|---|---|---|---|

**Bruce Hoffman**
**PO Box 557**
**Mount Sinai, NY 11776**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,421.66** |
|---|---|---|---|

**Cablevision**
PO Box 371378
Pittsburgh, PA 15250-7378

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,835.61** |
|---|---|---|---|

**Cablevision Lightpath, Inc.**
PO Box 360111
Pittsburgh, PA 15251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98,488.84** |
|---|---|---|---|

**Capital One NA**
PO Box 60024
New Orleans, LA 70160-0024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,737.63** |
|---|---|---|---|

**Carla Guevara**
2712 Chestnut Avenue
Ronkonkoma, NY 11779

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$205.00** |
|---|---|---|---|

**Carlos Alvarez**
25 Harbor Watch Court
Sag Harbor, NY 11963

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,509.55** |
|---|---|---|---|

**Carlos Cunha**
54 Park Drive
Rocky Point, NY 11778

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,122.30** |
|---|---|---|---|

**Carol Fisch**
20 Sunflower Drive
Hauppauge, NY 11788

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,158.65** |
|---|---|---|---|

**Carol Okolica**
**455 FDR Drive**
**Apt. B1607**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,964.70** |
|---|---|---|---|

**Carol Pulsonetti**
**158 Elkton Lane**
**North Babylon, NY 11703**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _compensation_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$285.19** |
|---|---|---|---|

**Carolina Biological Supply**
**PO Box 60232**
**Charlotte, NC 28260-0232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,439.95** |
|---|---|---|---|

**Carolyn Spencer**
**18 Gianna Court**
**Southampton, NY 11968**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _compensation_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,760.00** |
|---|---|---|---|

**Carousel Industries of NA, Inc.**
**PO Box 842084**
**Boston, MA 02284-2084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93,296.50** |
|---|---|---|---|

**Carrier Commercial Service**
**P.O. Box 93844**
**Chicago, IL 60673-3844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **1217**

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Casa Del Campo**
**25 Harbor Watch Court**
**Sag Harbor, NY 11963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|
| | **Cascade Water Service** | ☐ Contingent | |
| | **113 Bloomingdale Road** | ☐ Unliquidated | |
| | **Hicksville, NY 11801** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,648.00** |
|---|---|---|---|
| | **CBUAO** | ☐ Contingent | |
| | **5325 Lakefront Blvd #A** | ☐ Unliquidated | |
| | **Delray Beach, FL 33484** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104.95** |
|---|---|---|---|
| | **Center for Education & E** | ☐ Contingent | |
| | **370 Technology Drive** | ☐ Unliquidated | |
| | **PO Box 3008** | ☐ Disputed | |
| | **Malvern, PA 19355** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|
| | **Cesar Arturo Alvarado** | ☐ Contingent | |
| | **94 Harbor Road** | ☐ Unliquidated | |
| | **Staten Island, NY 10303** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,865.55** |
|---|---|---|---|
| | **Charles McCabe** | ☐ Contingent | |
| | **58 Woodlawn Avenue** | ☐ Unliquidated | |
| | **Oakdale, NY 11769** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** compensation | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$305.14** |
|---|---|---|---|
| | **Charles Thomas Collins** | ☐ Contingent | |
| | **79 Summerfield Drive** | ☐ Unliquidated | |
| | **Holtsville, NY 11742** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|
| | **Chris Sotiro** | ☐ Contingent | |
| | **6 Mulligan Drive** | ☐ Unliquidated | |
| | **Flanders, NJ 07836** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,207.50**

**Chrisann Anderson**
**156 Twin Lawns Avenue**
**Brentwood, NY 11717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00**

**Christian Lynch**
**82 Lincoln Avenue**
**Apt. B3**
**Rockville Centre, NY 11570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,249.45**

**Christian Perring**
**56 Rollstone Avenue**
**West Sayville, NY 11796**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$193.67**

**Christina Green**
**21 Bauer Avenue**
**Manorville, NY 11949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,604.59**

**Christine Felten**
**460 Lincoln Avenue**
**Sayville, NY 11782**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,151.75**

**Christopher Boyko**
**86 Litchfield Avenue**
**Babylon, NY 11702**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$275.00**

**Christopher Di Santo**
**73-03 Bell Blvd.**
**Apt. #6M**
**Bayside, NY 11364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|--------|---------------------|------------------------|--------------------|
|        | Name                |                        |                    |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,732.75 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Christopher Kretz**
114 Lincoln Avenue
Sayville, NY 11782

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.79 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Christopher Schmidt**
1 Forest Road
Rockville Center, NY 11570

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Chronicle of Higher Education**
PO Box 16359
North Hollywood, CA 91615-9155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.28 |
|------|--------------------------------------------------|---------------------------------------------------------------------|--------|

**Chucks Auto Repair**
157 Nassau Avenue
Islip, NY 11751

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277,854.54 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Cigna Health & Life Insurance Co.**
900 Cottage Grove Road, B6LPA
Hartford, CT 06152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **administrative fees, stop loss premiums, and medical claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.80 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|--------|

**Ciscon Laundry Corp**
Ultimate Laundry
4520 Sunrise Hwy
Oakdale, NY 11769

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,132.12 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**CIT Finance LLC**
21146 Network Place
Chicago, IL 60673-1211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,364.15** |
|---|---|---|---|

**Claire O'Rourke**
**45 Locust Street**
**Bayport, NY 11705**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __compensation__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,120.00** |
|---|---|---|---|

**Classic Coach Transportation**
**1600 Locust Avenue**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,378.50** |
|---|---|---|---|

**Claudia McGivney**
**32 Beacon Lane**
**East Northport, NY 11731**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __compensation__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |
|---|---|---|---|

**Clelon A. McGee**
**8517 Riddle Place**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141,697.30** |
|---|---|---|---|

**CohnReznick LLP**
**4 Becker Farm Road**
**Roseland, NJ 07068**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00** |
|---|---|---|---|

**College Board**
**11911 Freedom Drive**
**Suite 300**
**Reston, VA 20190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,627.00** |
|---|---|---|---|

**Commission on Independent**
**17 Elk Street**
**PO Box 7289**
**Albany, NY 12224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,800.00** |
|---|---|---|---|

**Compass Consulting Group**
**18 Field Daisy Lane**
**East Northport, NY 11731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Corp. For National & Community Service**
**1895 Preston White Drive**
**Suite 100**
**Reston, VA 20191-5434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00** |
|---|---|---|---|

**Council for Higher Education**
**One Dupont Circle NW**
**Suite 510**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$233.95** |
|---|---|---|---|

**Coz Delillo**
**14 Plover Lane**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$284.85** |
|---|---|---|---|

**Craig Eason**
**3 Paula Lane**
**New City, NY 10956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$441.90** |
|---|---|---|---|

**CulinArt, Inc.**
**PO Box 4738**
**Houston, TX 77210-4738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,490.00** |
|---|---|---|---|

**CUPA-HR**
**PO Box 306257**
**Nashville, TN 37230-6257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,760.00 |
|---|---|---|---|

**Cynthia Grossman**
**68 Birchwood Road**
**Coram, NY 11727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|---|

**Daily News**
**Attn:  Jim Lonek - Finance Dept**
**125 Theodore Conrad Drive**
**Jersey City, NJ 07305-4698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,610.00 |
|---|---|---|---|

**Dallas Cardone**
**2312 Sound Avenue**
**Baiting Hollow, NY 11933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,283.02 |
|---|---|---|---|

**Daniel Ness**
**PO Box 301**
**Williston Park, NY 11596**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _compensation_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**David E. Pritchard**
**88 Washington Avenue**
**Cambridge, MA 02140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178.00 |
|---|---|---|---|

**David J. Jensen**
**25 Harbor Watch Court**
**Sag Harbor, NY 11963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,359.80 |
|---|---|---|---|

**David Racanelli**
**73 Pacific Dunes Ct.**
**Medford, NY 11763**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _compensation_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $447.90 |
|---|---|---|---|

**Dawn Manganello**
**19 David Street**
**Holbrook, NY 11741**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,055.49 |
|---|---|---|---|

**Dayspring Pen Shop**
**111 Derrick Drive**
**Irmo, SC 29063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,461.20 |
|---|---|---|---|

**Deborah Wynne (Deceased)**
**115 Michael Road**
**Oakdale, NY 11769**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,362.05 |
|---|---|---|---|

**Debra Dunn**
**12 Waltess Road**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $522.36 |
|---|---|---|---|

**Debra Gustafson**
**32 Terrace Lane**
**Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,865.40 |
|---|---|---|---|

**Debra L. Piechnik**
**202 Palmer Circle**
**Sayville, NY 11782**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,555.00 |
|---|---|---|---|

**Denise Igenito**
**145 S. 6th Street**
**Bethpage, NY 11714**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,664.81 |
|---|---|---|---|

**Denise Zamiello-Schiozzi**
**117 Gillette Avenue**
**Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,733.22 |
|---|---|---|---|

**Department of Veteran Affairs**
**Agent Cashier-Buffalo Regional Processin**
**130 S Elmwood Avenue**
**Buffalo, NY 14202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Derek Charles Muzio**
**19 Peace Court**
**Selden, NY 11784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,016.65 |
|---|---|---|---|

**Diane Fischer**
**3 Hollow Road**
**Stony Brook, NY 11790**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,816.10 |
|---|---|---|---|

**Diane Holliday**
**31 Clarkson Road**
**Centereach, NY 11720**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,464.29 |
|---|---|---|---|

**Diane Impagliazzo**
**23 Meadow Farm Road**
**East Islip, NY 11730**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,228.32 |
|---|---|---|---|

**Donald Beahm**
**20 Trenridge Road**
**Lincoln, NE 68505**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|--------|---------------------|--------------------------|--------------------|
| | Name | | |

---

**3.137** | Nonpriority creditor's name and mailing address

**Donald Steven Dougherty**
**74 West Lane**
**Bayshore, NY 11706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.138** | Nonpriority creditor's name and mailing address

**Doreen Muse**
**53 Oak Avenue**
**Huntington Station, NY 11746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __compensation__

Is the claim subject to offset? ☐ No ☐ Yes

**$1,716.59**

---

**3.139** | Nonpriority creditor's name and mailing address

**Dori Byan**
**209K Springmeadow Drive**
**Holbrook, NY 11741**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __compensation__

Is the claim subject to offset? ☐ No ☐ Yes

**$2,825.08**

---

**3.140** | Nonpriority creditor's name and mailing address

**Dugmore and Duncan Inc**
**30 Pond Park Road**
**Hingham, MA 02043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$79.64**

---

**3.141** | Nonpriority creditor's name and mailing address

**Durham, Richard**
**3 Overlook Drive**
**Waterford, CT 06385**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

**3.142** | Nonpriority creditor's name and mailing address

**East Coast Conference**
**Attn:  Bob Dranoff, Commissioner**
**300 Carlton Ave  NYIT Bldg 66**
**Central Islip, NY 11722**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,031.40**

---

**3.143** | Nonpriority creditor's name and mailing address

**East Islip Lumber**
**33 Wall Street**
**East Islip, NY 11730**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,110.19**

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$110.61**

**EBSCO Subscription Services**
**Payment Processing Center**
**PO Box 204661**
**Dallas, TX 75320-4661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,243.00**

**EDVOTEK, Inc.**
**1121 5th St NW**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,176.04**

**Edward Gullason**
**7 Wayside Lane**
**Smithtown, NY 11787**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$329.87**

**Edward H. Wallace**
**55 Springdale Avenue**
**Massapequa, NY 11758-6748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$456.50**

**Edward Urso**
**52 Greenwich Hills Drive**
**Greenwich, CT 06831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,086.70**

**Elana Zolfo**
**93 Hidden Pond Circle**
**Smithtown, NY 11787**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48.00**

**Elbar Duplicator Corporation**
**105-26 Jamaica Avenue**
**Richmond Hill, NY 11418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** |

**Elizabeth (Ducie) O'Brien**
**457 Birch Hollow Drive**
**E. Yaphank, NY 11967**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  compensation

Is the claim subject to offset? ■ No  ☐ Yes

$1,198.55

---

| | |
|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** |

**Elsa-Sofia Morote**
**64 Lexington Road**
**Shirley, NY 11967**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  compensation

Is the claim subject to offset? ■ No  ☐ Yes

$3,811.35

---

| | |
|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** |

**Elsevier Science, B.V.**
**PO Box 945**
**New York, NY 10015-9094**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$13,367.38

---

| | |
|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address** |

**Emily Anne Javis**
**44 Sabre Drive**
**Selden, NY 11784**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$197.59

---

| | |
|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** |

**Engin Suvak**
**1172 Warwick Street**
**Uniondale, NY 11553**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$580.56

---

| | |
|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address** |

**Environmental Energy**
**120 C E Jefryn Blvd**
**Deer Park, NY 11729**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,000.00

---

| | |
|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address** |

**Eric Pavels**
**1150 Rosedale Road**
**Valley Stream, NY 11581**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |
|---|---|---|---|

**Erin Gregory**
**23 Ocean Avenue**
**Mastic, NY 11950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**ESU Student Activity Association**
**200 Prospect St. University Center**
**East Stroudsburg, PA 18301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$289.20** |
|---|---|---|---|

**Eugene R. Bayliss Jr.**
**16D Seabreeze Avenue**
**Milford, CT 06460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,337.43** |
|---|---|---|---|

**Everbank Commercial Finance**
**P.O.Box 911608**
**Denver, CO 80291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,655.60** |
|---|---|---|---|

**Evoqua Water Technologies**
**28563 Network Place**
**Chicago, IL 60673-1285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,090.57** |
|---|---|---|---|

**Expense Reduction Analyst**
**PO Box 956251**
**St Louis, MO 63195-6251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$718.36** |
|---|---|---|---|

**First Reliance Standard**
**PO Box 3123**
**Southeastern, PA 19398**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

**3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,453.50**

**First Student Inc.**
**1065 Belvoir Road**
**Plymouth Meeting, PA 19462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,240.00**

**Fitzgerald's Driving School**
**1350 Deer Park Avenue**
**North Babylon, NY 11703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,503.73**

**Ford Motor Credit**
**PO Box 220564**
**Pittsburgh, PA 15257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,620.50**

**Fox Glass Company East**
**45 Bloomingdale Road**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,713.90**

**Francis Samuel**
**39 N Carll Avenue**
**Babylon, NY 11702**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,138.69**

**Francis Tidd**
**26 Magnolia Street**
**Central Islip, NY 11722**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,503.00**

**Francis Winslow**
**P.O. Box 14235**
**Hauppauge, NY 11788**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.97 |
|---|---|---|---|

**Franklin Leavandosky**
**115 Ketcham Avenue**
**Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,972.00 |
|---|---|---|---|

**Fred Rispoli**
**132 Connetquot Road**
**Oakdale, NY 11769**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $766.50 |
|---|---|---|---|

**Freedom Scientific**
**BLV Group - Charlie Madsen**
**11800 31st Ct N**
**Saint Petersburg, FL 33716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**G & G Fences of LI**
**PO Box 389**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,264.74 |
|---|---|---|---|

**Gail Scherz**
**35 Terrell Street**
**Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,088.12 |
|---|---|---|---|

**Gary Bishop**
**106 Sunrise Avenue**
**Sayville, NY 11782**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
|---|---|---|---|

**Gary Moran**
**473 Edgewood Place**
**Rutherford, NJ 07070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $222.45 |
|---|---|---|---|

**Gavin Chamberlain**
**8 Grand Haven Drive**
**Commack, NY 11725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689.52 |
|---|---|---|---|

**GBC Acco Brands**
**PO Box 203412**
**Dallas, TX 75320-3412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,194.95 |
|---|---|---|---|

**George Cavuto**
**34 Hemlock Lane**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,355.08 |
|---|---|---|---|

**George Foundotos**
**4 Damin Circle**
**Saint James, NY 11780**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|

**George P. Evanego**
**63 Mayberry Avenue**
**Monroe, NJ 08831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122.72 |
|---|---|---|---|

**George Samito**
**23 Westbridge Drive**
**Babylon, NY 11702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gerald M. O'Shea Inc.**
**4155 Veterans Highway, Suite 9**
**Ronkonkoma, NY 11779**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,963.72 |
|---|---|---|---|

**Geraldine Vincent**
**25 Dale Drive**
**Oakdale, NY 11769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,545.70 |
|---|---|---|---|

**Glen Brauchle**
**91 Deer Park Avenue**
**Apt 2**
**Babylon, NY 11702**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |
|---|---|---|---|

**Glenn W. Barham**
**9001 Blackley Lake Road**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $263.13 |
|---|---|---|---|

**Gopher**
**NW5634**
**PO Box 1450**
**Minneapolis, MN 55485-5634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,459.44 |
|---|---|---|---|

**GreatAmerica Financial Services**
**PO Box 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $205.00 |
|---|---|---|---|

**Gregory Quirolo**
**25 Harbor Watch Court**
**Sag Harbor, NY 11963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,308.15 |
|---|---|---|---|

**Guanann Li**
**135 Westwood Drive**
**Apt. 151**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$280.54** |
|---|---|---|---|

**Hal Mishkin**
**56 Broadview Circle**
**Wading River, NY 11793**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$207.83** |
|---|---|---|---|

**Handras, Kerri**
**20 Charter Avenue**
**Dix Hills, NY 11746**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,394.00** |
|---|---|---|---|

**Harland Technology Services**
**PO Box 45550**
**Omaha, NE 68145-0550**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**HealthPlex**
**333 Earle Ovington Blvd.**
**3rd Floor**
**Uniondale, NY 11553**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **through 6/1/2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Hector M. Martinez Jr.**
**25 Harbor Watch Court**
**Sag Harbor, NY 11963**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$243.76** |
|---|---|---|---|

**Heidi Kelly - Strawgate**
**166 South Street**
**Manorville, NY 11949**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,255.40** |
|---|---|---|---|

**Helen Bausenwein**
**235 Cedrus Avenue**
**East Northport, NY 11731**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Dowling College** | | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$162.77** |
|---|---|---|---|

**Helen Bohlen**
**21 Loft Road**
**Smithtown, NY 11787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,421.63** |
|---|---|---|---|

**Helen Densing**
**214 Oak Street**
**Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,685.40** |
|---|---|---|---|

**Herbert Bernstein**
**5 Brewster Lane**
**Bellport, NY 11713**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |
|---|---|---|---|

**Herff Jones**
**PO Box 882**
**Commack, NY 11725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64,162.35** |
|---|---|---|---|

**Higher One**
**115 Munson Street**
**New Haven, CT 06511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,304.86** |
|---|---|---|---|

**Hobsons, Inc.**
**PO Box 505208**
**St Louis, MO 63150-5208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$629.94** |
|---|---|---|---|

**Home Depot Credit Service**
**PO Box 9055**
**Des Moines, IA 50368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,695.77** |
|---|---|---|---|

**Hoselton Chevrolet**
**909 Fairport Road**
**East Rochester, NY 14445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$727.20** |
|---|---|---|---|

**Hy-Cert Services, Inc.**
**PO Box 534**
**Miller Place, NY 11764-7006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,950.76** |
|---|---|---|---|

**IACBE**
**11374 Strang Line Road**
**Lenexa, KS 66215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**IAM National Pension Fund**
**1300 Connecticut Ave., NW**
**Suite 300**
**Washington, DC 20036**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$106,785.34** |
|---|---|---|---|

**Ingerman Smith, L.L.P.**
**150 Motor Pkwy**
**Suite 400**
**Hauppauge, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,808.00** |
|---|---|---|---|

**Innovative Interfaces Inc**
**PO Box 74008010**
**540 W Madison, 4th Floor**
**Chicago, IL 60674-8010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$980.00** |
|---|---|---|---|

**Intelli-Tec Security Services**
**150 Eileen Way**
**Unit #2**
**Syosset, NY 11791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**International Union of Operation Enginee**
**16-16 Whitestone Expressway**
**5th Floor**
**Whitestone, NY 11357**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **d001**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|

**Investintech.com Inc.**
**425 University Avenue**
**Suite 301**
**Toronto, ON M5G1T6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**IRG Towing**
**92 Carlton Avenue**
**Islip Terrace, NY 11752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,396.59** |
|---|---|---|---|

**Iron Mountain**
**PO Box 27129**
**New York, NY 10087-7129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,658.64** |
|---|---|---|---|

**Isaac Rosler**
**58 Sound Breeze Trail**
**Wading River, NY 11792**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,750.00** |
|---|---|---|---|

**Island Sports Video, Inc**
**241 Christian Avenue**
**Stony Brook, NY 11790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,598.00** |
|---|---|---|---|

**It's Moore Entertainment**
**P.O Box 3273**
**Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**IUOE Local 30**
**New York Headquarters**
**16-16 Whitestone Expressway**
**Attn: William Lynn**
**Whitestone, NY 11357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.58** |
|---|---|---|---|

**Jack Schiavone**
**766 Brady Avenue**
**Apt. #437**
**Bronx, NY 10462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,096.00** |
|---|---|---|---|

**Jackie Hannan**
**5 Alfan Avenue**
**Sayville, NY 11782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$372.25** |
|---|---|---|---|

**Jackson Lewis, LLP**
**PO Box 416019**
**Boston, MA 02241-6019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,539.51** |
|---|---|---|---|

**Jaclyn Carlo**
**49 Grandview Lane**
**Smithtown, NY 11787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**Jacqueline Leonard**
**2836 Leslie Court**
**Laramie, WY 82072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,225.25** |
|---|---|---|---|

**Jacqueline Rogers**
**47 Simon Street**
**Babylon, NY 11702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,589.35 |
|---|---|---|---|

**James Murphy**
**7 Center Drive**
**Syosset, NY 11791**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $940.31 |
|---|---|---|---|

**Jamie Gunter**
**542 Terrace Road**
**Bayport, NY 11705**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,055.37 |
|---|---|---|---|

**Janine Barrese**
**124 Raynor Street**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Jarvis Watson**
**10 Fairview Drive**
**Shirley, NY 11967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Jason A. Long**
**55 Clymer Street**
**Port Jefferson Station, NY 11776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,349.00 |
|---|---|---|---|

**Jason Truffant**
**15 Idle Hour Blvd.**
**Oakdale, NY 11769**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|

**Jeffrey John DiMarco**
**426 Wading River Road**
**Manorville, NY 11949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

**3.235** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,613.08**

**Jeffrey Stover**
**930 Maple Street**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$839.90**

**Jennifer Formica**
**56 Stagg Street**
**Apt. 19**
**Brooklyn, NY 11206**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$767.00**

**Jeppesen-Sanderson**
**PO Box 840864**
**Dallas, TX 75284-0864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00**

**Jeremy Steven Johnson**
**278 N 8th Street**
**Lindenhurst, NY 11757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Jericho UFSD**
**99 Cedar Swamp Rd**
**Jericho, NY 11753-1202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18.09**

**Jesse Schaefer**
**223 W. Fulton Street**
**Long Beach, NY 11561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$997.99**

**Jessica Roque**
**10 Warren Grove Road**
**Warren Grove, NJ 08005**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,550.00 |
|---|---|---|---|

**Jet Environmental Testin**
**114 Wedgewood Drive**
**Coram, NY 11727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $237.55 |
|---|---|---|---|

**Jim Vignona**
**2 Point O Woods Avenue**
**Point O Woods, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,528.68 |
|---|---|---|---|

**Jo Ann Lewald**
**25 Midway Street**
**Babylon, NY 11702**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __compensation__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $262.06 |
|---|---|---|---|

**Joan Asher**
**55 Avenue D**
**Farmingville, NY 11738**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __compensation__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,516.21 |
|---|---|---|---|

**Joan Van Brunt**
**24 Birchdale Drive**
**Holbrook, NY 11741**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __compensation__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,182.62 |
|---|---|---|---|

**Joann Barry**
**29 Elchesten Drive**
**E Northport, NY 11731**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __compensation__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,048.00 |
|---|---|---|---|

**Joanne DeSantis**
**86 Woody Lane**
**Oakdale, NY 11769**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __compensation__

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$403.59** |
|---|---|---|---|

**Joe Fanning**
**3 Hazel Avenue**
**Farmingdale, NY 11735**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Joe Silvent**
**25 Harbor Watch Court**
**Sag Harbor, NY 11963**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$274.50** |
|---|---|---|---|

**John G. Trotta**
**25 Harbor Watch Court**
**Sag Harbor, NY 11963**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.59** |
|---|---|---|---|

**John Hanley**
**29 Dover Hill Drive**
**Nesconset, NY 11767**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$353.22** |
|---|---|---|---|

**John J. Monaco**
**27 Brookvale Lane**
**Lake Grove, NY 11755**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$254.15** |
|---|---|---|---|

**John Mateyko**
**84 Barnes Street**
**Long Beach, NY 11561**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$231.29** |
|---|---|---|---|

**John Tuttle**
**25 Harbor Watch Court**
**Sag Harbor, NY 11963**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,374.69** |
|---|---|---|---|

**John Urick**
**951 Old Town Road**
**Coram, NY 11727**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,974.10** |
|---|---|---|---|

**John Vargas**
**36 Irving Avenue**
**Floral Park, NY 11001**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,252.26** |
|---|---|---|---|

**Jonathan Nguyen**
**32 Madison Avenue**
**Medford, NY 11763**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Jose F. Talavera**
**25 Harbor Watch Court**
**Sag Harbor, NY 11963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,768.81** |
|---|---|---|---|

**Jose Melendez**
**247 Laclede Avenue**
**Uniondale, NY 11553**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.16** |
|---|---|---|---|

**Joseph A. Formisano**
**46 Merillon Avenue**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$67,518.36** |
|---|---|---|---|

**Joseph Behar**
**9 Brown's River Road**
**Sayville, NY 11782**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

**3.263** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$189.76**

**Joseph Bertuglia**
PO Box 349
Great River, NY 11739

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,576.36**

**Joseph D. Donofrio**
25 Harbor Watch Court
Sag Harbor, NY 11963

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$245.25**

**Joseph Economico**
215 Weskura Road
Yorktown Heights, NY 10598

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,559.20**

**Joseph Kasten**
80 Teddy Court
Ronkonkoma, NY 11779

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$205.00**

**Joseph Manzione**
25 Harbor Watch Court
Sag Harbor, NY 11963

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$179.00**

**Joseph Worrell**
16 Johns Road
East Setauket, NY 11733

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,007.35**

**Joshua Gidding**
325 Lenox Road
Huntington Station, NY 11746

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

**3.270**

Nonpriority creditor's name and mailing address
**Joshua Soto**
**68 Oakland Avenue**
**Deer Park, NY 11729**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.271**

Nonpriority creditor's name and mailing address
**Journal News Media Group**
**P.O Box 822883**
**Philadelphia, PA 19182-2883**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,160.00**

---

**3.272**

Nonpriority creditor's name and mailing address
**JTA Leasing Co. LLC**
**Attn: Mark Kitaeff**
**34 Wren Drive**
**East Hill, NY 11576**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$15,615.00**

---

**3.273**

Nonpriority creditor's name and mailing address
**Juan Ramierz**
**1013 N Delaware Avenue**
**Lindenhurst, NY 11757**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _compensation_

Is the claim subject to offset? ■ No  ☐ Yes

**$1,683.60**

---

**3.274**

Nonpriority creditor's name and mailing address
**June Ann Smith**
**4 Ovington Circle**
**Westbury, NY 11590**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$450.00**

---

**3.275**

Nonpriority creditor's name and mailing address
**Justin Robert Carlson**
**8 Mercer Street**
**Port Jefferson Station, NY 11776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,712.50**

---

**3.276**

Nonpriority creditor's name and mailing address
**Justino Reyes**
**42 Floradora Drive**
**Mastic, NY 11950**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _compensation_

Is the claim subject to offset? ■ No  ☐ Yes

**$909.72**

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

**3.277** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,850.20**

Katherine Ventimiglia
2 Emily Way
East Setauket, NY 11733

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.278** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7.78**

Kathleen Ruggeri
45 Ketewamoke Avenue
Babylon, NY 11702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.279** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$763.00**

Kaylee M. Graswald
27 Beverly Street
Islip, NY 11751

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120.00**

Keith McCaffrey
6 Flora Drive
Mount Sinai, NY 11766

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,994.80**

Kendell Thorton
PO Box 804
Winterville, NC 28590

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,819.75**

Kerri (Handras) McCabe
20 Charter Avenue
Dix Hills, NY 11746

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,550.00**

Kevin DeSlauriers
6 Jessie Road
Eastport, NY 11941

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,102.87 |
|---|---|---|---|

**Kevin DesLauriers**
**6 Jessie Road**
**Eastport, NY 11941**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.00 |
|---|---|---|---|

**Kevin Harrington**
**31 Middle Island Avenue**
**Medford, NY 11763**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,902.80 |
|---|---|---|---|

**Kimberly Poppiti**
**83 Buffalo Avenue**
**Medford, NY 11763**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Kiomelis Rodriguez**
**52 Tamarack Street**
**Central Islip, NY 11722**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,151.93 |
|---|---|---|---|

**Konica Minolta Premier Finance**
**PO Box 642333**
**Pittsburgh, PA 15264**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,025.00 |
|---|---|---|---|

**KPMG LLP**
**Dept 0511**
**PO Box 120511**
**Dallas, TX 75312-0511**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $983.80 |
|---|---|---|---|

**Kristine Boniello**
**516 Locust Avenue**
**Oakdale, NY 11769**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$2,835.00** |
| | **L&J Cesspool Service** | ☐ Contingent | | |
| | **2 Merrick Blvd** | ☐ Unliquidated | | |
| | **East Moriches, NY 11940** | ☐ Disputed | | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$750.00** |
| | **L.I. Automatic Doors** | ☐ Contingent | | |
| | **26 W Old Country Road** | ☐ Unliquidated | | |
| | **Hicksville, NY 11801** | ☐ Disputed | | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$2,109.89** |
| | **L.I. Hardware** | ☐ Contingent | | |
| | **4155 Veterans Hwy** | ☐ Unliquidated | | |
| | **Suite 9** | ☐ Disputed | | |
| | **Ronkonkoma, NY 11779** | | | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$241.93** |
| | **LaCorte Farm & Lawn Equipment** | ☐ Contingent | | |
| | **522 Edwards Avenue** | ☐ Unliquidated | | |
| | **Calverton, NY 11933** | ☐ Disputed | | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$3,690.00** |
| | **Landscapes by Sean Fleck** | ☐ Contingent | | |
| | **PO Box 1363** | ☐ Unliquidated | | |
| | **Stony Brook, NY 11790** | ☐ Disputed | | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$4,550.00** |
| | **LandTek Group Inc** | ☐ Contingent | | |
| | **235 County Line Road** | ☐ Unliquidated | | |
| | **Amityville, NY 11701** | ☐ Disputed | | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$6,000.00** |
| | **Laser Performance Product** | ☐ Contingent | | |
| | **44 W Jefryn Blvd** | ☐ Unliquidated | | |
| | **Suite N** | ☐ Disputed | | |
| | **Deer Park, NY 11729** | | | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,717.10 |
|---|---|---|---|

**Laura Pope Robbins**
**383 Birch Hollow Drive**
**Shirley, NY 11967**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $850.00 |
|---|---|---|---|

**Laurel Publications**
**Gloria Schetty**
**595 Rte 25A - Suite 18**
**Miller Place, NY 11764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,765.95 |
|---|---|---|---|

**Lazard Freres & Co., LLC**
**PO Box 5394**
**New York, NY 10124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,188.98 |
|---|---|---|---|

**Leaf**
**P.O. Box 742647**
**Cincinnati, OH 45274-2647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,526.45 |
|---|---|---|---|

**Leann Doyle**
**48 Grove Avenue**
**Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,750.00 |
|---|---|---|---|

**Legacy Plus, Inc.**
**234 Maple Avenue**
**Patchogue, NY 11722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $725.00 |
|---|---|---|---|

**LeMoyne College Golf**
**Office of Athletics**
**1419 Salt Springs Road**
**Syracuse, NY 13214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,819.95** |
|---|---|---|---|

**Leo A. Giglio**
**9 Hilltop Drive**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,521.21** |
|---|---|---|---|

**Lester Corrain**
**60 Morris Street**
**Brentwood, NY 11717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,325.00** |
|---|---|---|---|

**LI Library Resource Counsel (LILRC)**
**Melville Library Building**
**Suite E310**
**Stony Brook, NY 11794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,775.52** |
|---|---|---|---|

**Linda Ardito**
**5 Two Rod Road**
**Huntington, NY 11743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,551.55** |
|---|---|---|---|

**Linda Bausch**
**289 Donald Blvd**
**Holbrook, NY 11741**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,994.32** |
|---|---|---|---|

**Linda Catelli**
**14 Dorset Road**
**Southampton, NY 11968**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$330.80** |
|---|---|---|---|

**Linda Graceffo**
**160 Plainview Road**
**Woodbury, NY 11797**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | | Case number *(if known)* | **16-75545 (REG)** |
|--------|---------------------|---|--------------------------|---------------------|
| | Name | | | |

---

**3.312** Nonpriority creditor's name and mailing address

**Lisa Braxton**
**55 Panamoka Trail**
**Ridge, NY 11961**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __compensation__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,787.15**

---

**3.313** Nonpriority creditor's name and mailing address

**Local 153 Pension Fund**
**265 14th Street**
**New York, NY 10011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.314** Nonpriority creditor's name and mailing address

**Local 434**
**652 4th Avenue**
**Dominic Taibbi**
**Brooklyn, NY 11232**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.315** Nonpriority creditor's name and mailing address

**Lois Kahl**
**349 Singingwood Drive**
**Holbrook, NY 11741**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __compensation__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,000.00**

---

**3.316** Nonpriority creditor's name and mailing address

**Long Island and University**
**Ms Mercedes Ravelo, DirPublicSafety**
**250 Joralemon St., Brooklyn Law School**
**Brooklyn, NY 11201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.317** Nonpriority creditor's name and mailing address

**Long Island Business News**
**SDS-12-2632**
**P.O BOX 86**
**Minneapolis, MN 55486-2632**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$478.00**

---

**3.318** Nonpriority creditor's name and mailing address

**Long Island Geese Control**
**308 W Main Street, LL Suite 2**
**Smithtown, NY 11787**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,750.00**

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

**3.319** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,865.00**

**Long Island Gym Equipment Co.**
**1400 N Pentaquit Avenue**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.320** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,429.40**

**Lori Zaikowski**
**130 Jackie Court**
**Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$448.79**

**Lowe's**
**Business Accounts**
**PO Box 530954**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.322** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,471.00**

**Lucianna Basilice**
**23c Commadore Lane**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.323** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,070.10**

**Luis Rivera**
**11940 Angle Pond Avenue**
**Windermere, FL 34796**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$110.16**

**Madeline Nelson**
**45 Monroe Street**
**Northport, NY 11768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.325** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,325.04**

**Madeline Smith**
**217 Pleasant Drive**
**West Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,000.42** |
|---|---|---|---|

**MailFinance Inc.**
**25881 Network Place**
**Chicago, IL 60673-1258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$904.40** |
|---|---|---|---|

**Mailien L. Neefeldt**
**12 Sherry Street**
**East Islip, NY 11730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,788.55** |
|---|---|---|---|

**Marcus Tye**
**PO Box 832**
**East Quogue, NY 11942**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$198.42** |
|---|---|---|---|

**Margaret Intreglia**
**7 Marilyn Court**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Mariea Noblitt**
**801 Kenmore Road**
**Chapel Hill, NC 27514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,713.00** |
|---|---|---|---|

**Mariel Stegmeir**
**245 Edgewood Street**
**Islip Terrace, NY 11752**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.55** |
|---|---|---|---|

**Marilyn J. Mather**
**22 Redwood Court**
**Coram, NY 11727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,979.85 |
|---|---|---|---|

**Marilyn Mather**
**22 Redwood Court**
**Coram, NY 11727**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,235.25 |
|---|---|---|---|

**Marilyn Rock**
**123 Vanderbilt Blvd**
**Oakdale, NY 11769**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
|---|---|---|---|

**Mario Calabrese**
**135 Cook Road**
**Prospect, CT 06712**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,617.61 |
|---|---|---|---|

**Mark Carattini**
**32 William Street**
**Smithtown, NY 11787**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
|---|---|---|---|

**Mark D. Schulte**
**11 West End Avenue**
**Newton, NJ 07860**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,772.80 |
|---|---|---|---|

**Mark Greer**
**PO Box 428**
**Rocky Point, NY 11778**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $370.46 |
|---|---|---|---|

**Markertek Video Supply**
**Attn Ryan Young**
**1 Tower Drive, PO Box 397**
**Saugerties, NY 12477**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

**3.340** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,060.00**

**Marlin Leasing**
PO Box 13604
Philadelphia, PA 19101-3604

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.341** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,087.85**

**Marshall Perry**
933 Manor Lane
Bay Shore, NY 11706

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  compensation

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.342** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$438.00**

**Martha Klotz**
60 River Road
P.O. Box 550
Great River, NY 11739

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  compensation

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.343** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Martin Schoenhals**
c/o Laine A. Armstrong
Advocates for Justice
225 Broadway, Suite 1902
New York, NY 10007

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.344** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,604.44**

**Mary Abell**
268 Bowery
4th Floor
New York, NY 10012

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  compensation

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.345** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,256.65**

**Mary Bridgwood**
24 Emilie Drive
Center Moriches, NY 11934

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  compensation

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.346** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.39**

**Mary Cappasso**
25 Harbor Watch Court
Sag Harbor, NY 11963

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

**3.347** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,730.70**

**Mary Donoghue**
**51 Cannon Drive**
**Holbrook, NY 11741**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.348** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$98.29**

**Mary Sullivan**
**951 Kahle Street**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00**

**Mary T. Hickey**
**73 Fraser Avenue**
**Merrick, NY 11566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,986.83**

**Maryann Campagno**
**107 Guilford Avenue**
**Oakdale, NY 11769**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,171.85**

**Maryann Stover**
**264 Candee Avenue**
**Sayville, NY 00117-8200**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$443.60**

**Mastrantonio Caterers Inc.**
**333 Moffitt Blvd**
**Islip, NY 11751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.353** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00**

**Matthew Whelan**
**2 Emmet Drive**
**Stony Brook, NY 11790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $192.60 |
|---|---|---|---|

**Maureen Earle**
**506 Lombardy Blvd**
**Brightwaters, NY 11718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,835.00 |
|---|---|---|---|

**McCarney Tours**
**2858 N. Wading River Road**
**Wading River, NY 11792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,213.00 |
|---|---|---|---|

**McGraw-Hill**
**School Education Holdings LLC**
**Lockbox 71545**
**Chicago, IL 60694-1545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $715.49 |
|---|---|---|---|

**Medco Supply Company**
**PO Box 971543**
**Dallas, TX 75397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,298.75 |
|---|---|---|---|

**Meister Seelig & Fein LLP**
**125 Park Ave**
**7th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Melissa Tillman**
**1859 Leonard Lane**
**Merrick, NY 11566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,794.18 |
|---|---|---|---|

**Melody L. Cope**
**21 Chateau Drive**
**Oakdale, NY 11769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$719.00** |
|---|---|---|---|

**Mergent, Inc.**
**PO Box 741892**
**Atlanta, GA 30384-1892**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,547.85** |
|---|---|---|---|

**Meron Lindenfeld**
**5 Fairlee Drive**
**East Northport, NY 11731**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,540.00** |
|---|---|---|---|

**Metromedia Technologies, Inc.**
**PO Box 28350**
**New York, NY 10087-8350**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,312.85** |
|---|---|---|---|

**Michael Aloi**
**142 McConnell Avenue**
**Bayport, NY 11705**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
|---|---|---|---|

**Michael Anthony Cafaro**
**1174 Old Coats Road**
**Lillington, NC 27546**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,751.72** |
|---|---|---|---|

**Michael Beck**
**44 Ocean Avenue**
**Blue Point, NY 11715**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$206.05** |
|---|---|---|---|

**Michael Delia**
**129 Michaels Lane**
**Wading River, NY 11792**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$237.01** |
|---|---|---|---|

**Michael Herold**
**5 Tower Lane**
**Levittown, NY 11756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$463.80** |
|---|---|---|---|

**Michael J. Chebetar**
**PO Box 242**
**Cross River, NY 10518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$315.22** |
|---|---|---|---|

**Michael Klotz**
**60 River Road**
**P.O. Box 550**
**Great River, NY 11739**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58.02** |
|---|---|---|---|

**Michael Lettieri**
**15 The Lane**
**Bayport, NY 11705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|---|---|---|---|

**Michael P. Zingaro**
**35 Summit Road**
**Sparta, NJ 07871-1410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$177.75** |
|---|---|---|---|

**Michael Pinto**
**8 Elberta Drive**
**East Northport, NY 11731**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,497.05** |
|---|---|---|---|

**Michael Sakuma**
**515 High Street**
**Apt. 16**
**Prt Jefferson, NY 11777**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,257.16 |
|---|---|---|---|

**Michael Stattery**
**438 Lake Avenue S**
**Nesconset, NY 11767**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,276.14 |
|---|---|---|---|

**Michelle McKenna**
**3 Cheryl Lane**
**North Babylon, NY 11703**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,802.14 |
|---|---|---|---|

**Middle States Commission**
**3624 Market Street**
**Philadelphia, PA 19104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
|---|---|---|---|

**Mike Caldarella**
**108 Kemah-Mecca Lake Road**
**Newton, NJ 07860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
|---|---|---|---|

**Mike Covello**
**110 Merkel Drive**
**Bloomfield, NJ 07003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $408.63 |
|---|---|---|---|

**Monique Davis**
**1705 Avalon Pines Drive**
**Coram, NY 11727**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,250.00 |
|---|---|---|---|

**Moody's Investors Service, Inc.**
**7 World Trade Center**
**250 Greenwich Street**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **Dowling College** | | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|
| | **Moussa Keita**<br>**16 Palm Street**<br>**Central Islip, NY 11722** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$695.00** |
|---|---|---|---|
| | **Mr. Sign**<br>**1565 Sycamore Avenue**<br>**Bohemia, NY 11716** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|
| | **MWDD**<br>**5908 Featherlight Place**<br>**Santa Rosa, CA 95409** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89.53** |
|---|---|---|---|
| | **NA Publishing, Inc.**<br>**Department 771752**<br>**PO Box 77000**<br>**Detroit, MI 48277-1752** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$395.00** |
|---|---|---|---|
| | **NACAC**<br>**1050 N Highland Street**<br>**Suite 400**<br>**Arlington, VA 22201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,676.00** |
|---|---|---|---|
| | **NACUBO**<br>**1110 Vermont Ave NW**<br>**Suite 800**<br>**Washington, DC 20005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|
| | **Nana Sarfo Appiah**<br>**2350 Webster Avenue**<br>**Apt. 3F**<br>**Bronx, NY 10458** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

**3.389** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,175.50**

**Nancy Carroll**
**3223 Wilshire Lane**
**Apt. E23**
**Oakdale, NY 11769**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.390** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,471.02**

**Nancy Jones**
**14 Mount Marcy Avenue**
**Farmingville, NY 11738**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.391** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72.45**

**Nassau County Library**
**K. Ray, Locust Valley Library**
**170 Buckram Rd**
**Locust Valley, NY 11560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.392** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,332.36**

**Natalie L. Vandorn**
**28 Charles Road**
**East Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.393** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,394.50**

**Nathalia Rogers**
**60 Harned Drive**
**Centerport, NY 11721**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.394** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,330.00**

**National Center for Drug Free Sport**
**2537 Madison Avenue**
**Kansas City, MO 64108-2334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.395** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,830.04**

**National Grid**
**PO Box 11791**
**NEWARK, NJ 07101-4791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,777.35** |
|---|---|---|---|

**Neopost**
P.O. Box 30193
Tampa, FL 33630-3193

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,995.00** |
|---|---|---|---|

**Network Craze Technologies**
7037 Fly Road
E. Syracuse, NY 13057

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33.00** |
|---|---|---|---|

**New York Times**
PO Box 371456
Pittsbugh, PA 15250-7456

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|

**Newsday**
PO Box 3002
Boston, MA 02241-3002

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,148.84** |
|---|---|---|---|

**Nicholas Mauro**
39 Glen View
Southampton, NY 11968

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _compensation_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,834.00** |
|---|---|---|---|

**Nicole Cuccurullo**
7 Gorham Lane
Smithtown, NY 11787

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$228.25** |
|---|---|---|---|

**Noreen Urso**
52 Greenwich Hills Drive
Greenwich, CT 06831

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,860.00** |
|---|---|---|---|

**NRCCUA**
**PO Box 414378**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,180.00** |
|---|---|---|---|

**NY Party Works Inc.**
**45 W Jefryn Blvd**
**Deer Park, NY 11729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$420.10** |
|---|---|---|---|

**NYS Dep't of Enviromental Conservation**
**Div of Env Remediation/Tech Supp 11th Fl**
**625 Broadway**
**Albany, NY 12233-7020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$163.50** |
|---|---|---|---|

**NYS HESC TAP**
**99 Washington Avenue**
**14th Fl Refund Dept**
**Albany, NY 12255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**NYSATYC Inc**
**Wilbert Donnay,Accting Dept,F530J**
**Borough Of Manhattan Comm College**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$221.00** |
|---|---|---|---|

**NYSFAAA**
**Bank Street College of Education**
**610 West 112th Street**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**NYSUT**
**New York State United Teachers**
**150 Motor Parkway, Suite 306**
**Sean Callahan, Esq.**
**Hauppauge, NY 11788**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,739.95** |
|---|---|---|---|

**Oak Hall Industries, L.P.**
**840 Union Street, PO Box 1078**
**Salem, VA 24153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,999.58** |
|---|---|---|---|

**OCLC**
**4425 Solutions Center**
**Chicago, IL 60677-4004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4425**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$421.00** |
|---|---|---|---|

**Olena Huffmire**
**366 Collington Drive**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Open Access Plus Medical Benefits**
**c/o Cigna Health & Life Insurance Co.**
**900 Cottage Grove Road, B6LPA**
**Hartford, CT 06152**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **through 6/3/2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,650.00** |
|---|---|---|---|

**Optel Business Communications**
**PO Box 180**
**Nesconset, NY 11767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,348.84** |
|---|---|---|---|

**P & M Doors**
**10 Ocean Avenue**
**Copiague, NY 11726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$469.34** |
|---|---|---|---|

**Paraco Gas**
**2510 Route 44**
**Salt Point, NY 12578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $667.00 |
|---|---|---|---|

**Pasco Scientific**
**10101 Foothills Blvd**
**PO Box 619011**
**Roseville, CA 95678-9011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.38 |
|---|---|---|---|

**Patricia Albano**
**9 Hopes Avenue**
**Holtsville, NY 11742**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $241.00 |
|---|---|---|---|

**Patricia Hubbard**
**214 Huron Street**
**Apt.  #3R**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,173.85 |
|---|---|---|---|

**Patrick Johnson**
**5 Green Knoll Court**
**Northport, NY 11768**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,335.40 |
|---|---|---|---|

**Patti Zerafa**
**11 Milan Street**
**East Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,914.12 |
|---|---|---|---|

**Paul Abramson**
**6 Winside Lane**
**Coram, NY 11727**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,495.00 |
|---|---|---|---|

**Peterson's Nelnet LLC**
**PO BOX 30216**
**OMAHA, NE 68103-1316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|--------|---------------------|--------------------------|--------------------|
| | Name | | |

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|--------|

**Pine Bush Central School**
Route 302
PO Box 670
Pine Bush, NY 12566

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,650.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**Pine Hills Country Club**
2 Country Club Drive
Manorville, NY 11949

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,017.38 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**Port Jefferson Sporting**
1395 Rte 112
Port Jefferson Station, NY 11776

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,287.40 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**Precision Designs Architecture**
52 Commerce Drive
East Farmingdale, NY 11735-1206

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,350.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**Premier Display Inc.**
2979 Judith Drive
Bellmore, NY 11710

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $248.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Pride Equipment Corporation**
150 Nassau Avenue
Islip, NY 11751

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,560.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**Professional Carpet System**
73 Argyle Avenue
Selden, NY 11784

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,057.00 |
|---|---|---|---|

**ProQuest LLC**
**789 E Eisenhower Pky**
**PO Box 1346**
**Ann Arbor, MI 48106-1346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.78 |
|---|---|---|---|

**PSEG Long Island**
**P.O.Box 9050**
**Hicksville, NY 11802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **9091**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154,731.56 |
|---|---|---|---|

**PSEGLI**
**PO BOX 888**
**HICKSVILLE, NY 11802-0888**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,348.82 |
|---|---|---|---|

**Ralph Cerullo**
**23 Canterbury Court**
**East Setauket, NY 11733**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $341.38 |
|---|---|---|---|

**Ralph Ruggiero**
**37 Connetquot Drive**
**Oakdale, NY 11769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,101.35 |
|---|---|---|---|

**Rebecca DeLorfano**
**41 Glenwood Place**
**Farmingville, NY 11738**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,962.82 |
|---|---|---|---|

**Reinaldo Blanco**
**49 Teaneck Drive**
**East Northport, NY 11731**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,915.66 |
|---|---|---|---|

**Rhoda Miller**
**PO Box 58**
**Babylon, NY 11702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,896.40 |
|---|---|---|---|

**Richard Wilkens**
**7 Fairfield Manor Drive**
**Manorville, NY 11949**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,357.30 |
|---|---|---|---|

**Richard Wolff**
**90 Elsmere Avenue**
**Oakdale, NY 11769**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205.00 |
|---|---|---|---|

**Richard Wright**
**67-50 164th Street**
**Flushing, NY 11365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,562.16 |
|---|---|---|---|

**Robert Berchman**
**13 Blowing Fresh Drive**
**Salem, SC 29676**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,712.13 |
|---|---|---|---|

**Robert Campbell**
**265 Cedar Avenue**
**Islip, NY 11751**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $734.00 |
|---|---|---|---|

**Robert Dougherty**
**122 Norwalk Avenue**
**Medford, NY 11763**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,176.90** |
|---|---|---|---|

**Robert George Elkins**
**139 Richmond Avenue**
**Medford, NY 11763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$228.26** |
|---|---|---|---|

**Robert Gross**
**25 Harbor Watch Court**
**Sag Harbor, NY 11963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.54** |
|---|---|---|---|

**Robert Kersch**
**5 Leeside Drive**
**Great River, NY 11739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$695.68** |
|---|---|---|---|

**Robert Kopelman**
**12 Alice Street**
**Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$766.74** |
|---|---|---|---|

**Robert Landhauser**
**12 Duffin Avenue**
**West Islip, NY 11795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,468.70** |
|---|---|---|---|

**Robert Manley**
**151 Lake Drive S.**
**West Islip, NY 11795**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$205.00** |
|---|---|---|---|

**Robert Moccia**
**25 Harbor Watch Court**
**Sag Harbor, NY 11963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$321.74** |
|---|---|---|---|

**Robert Tota**
**2868 Lindale Street**
**Wantagh, NY 11793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21.00** |
|---|---|---|---|

**Robin Maynard**
**212 N Prospect Avenue**
**Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00** |
|---|---|---|---|

**Rogers & Taylor Appraise**
**300 Wheeler Road**
**Hauppauge, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,508.72** |
|---|---|---|---|

**Romanelli & Son, Inc**
**94 East Hoffman Avenue**
**Lindenhurst, NY 11757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,883.85** |
|---|---|---|---|

**Ronald Rosso**
**17 Anderano Avenue**
**Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$275.00** |
|---|---|---|---|

**Ronald Vargas**
**24 James Junior Avenue**
**Danielsom, CT 06239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$214.64** |
|---|---|---|---|

**Roxann Hristovsky**
**PO Box 748**
**Wading River, NY 11792**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.459 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,362.50** |
|---|---|---|---|

**Royal Star Associates Inc**
**1124 Cassel Avenue**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,216.57** |
|---|---|---|---|

**Rubenstein Associates, Inc.**
**Worldwide Plaza**
**825 Eighth Avenue**
**New York, NY 10019-7416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Russell Huber**
**46 Peach Tree Lane**
**Huntington Station, NY 11746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,044.20** |
|---|---|---|---|

**S. Bleiberg-Seperson**
**17 Meleny Road**
**Locust Valley, NY 11560**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$360.00** |
|---|---|---|---|

**Safeway Fire and Protection Co.**
**35 N Tyson Avenue**
**Floral Park, NY 11001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,239.80** |
|---|---|---|---|

**Sandra Loughran**
**7 Fifth Avenue**
**Northport, NY 11768**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,140.00** |
|---|---|---|---|

**Sani-Lav Inc.**
**805 Karshick Street**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Dowling College** | | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,425.00** |
|---|---|---|---|
| | **Sanitech Services, Inc**<br>**110 Lake Ave South**<br>**Suite 40**<br>**Nesconset, NY 11767** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **SANS Technology, Inc.**<br>**c/o William Wexler, Esq.**<br>**816 Deer Park Avenue**<br>**North Babylon, NY 11703** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|
| | **School Counselors of Roc**<br>**PO Box 144**<br>**Suffern, NY 10901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,900.00** |
|---|---|---|---|
| | **School Guide Publication**<br>**606 Halstead Avenue**<br>**Mamaroneck, NY 10543** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$401.10** |
|---|---|---|---|
| | **School Health Corp.**<br>**6764 Eagle Way**<br>**Chicago, IL 60678** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,980.00** |
|---|---|---|---|
| | **SCOPE**<br>**Publications Order Department**<br>**100 Lawrence Avenue**<br>**Smithtown, NY 11787** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|
| | **Scott J. Passanesi**<br>**4015 Muddy Creek Road**<br>**Virginia Beach, VA 23457** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$275.00** |
|---|---|---|---|

**Scott Makosiej**
**2519 27th Street**
**Apt.5C**
**Astoria, NY 11102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**SCPOES Pipe Band**
**PO Box 1116**
**Smithtown, NY 11787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$695.57** |
|---|---|---|---|

**SCWA**
**PO Box 3147**
**Hicksville, NY 11802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,176.00** |
|---|---|---|---|

**Sean Lyons**
**74 Brand Drive**
**Huntington, NY 11743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$517.92** |
|---|---|---|---|

**Select Office Systems Inc.**
**PO Box 11777**
**Burbank, CA 91510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,768.89** |
|---|---|---|---|

**Servpro of Greater Smith**
**620 Johnson Avenue**
**Suite 8**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,200.58** |
|---|---|---|---|

**Seyed Raji**
**24 Pleasant Lane**
**Southampton, NY 11968**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,179.39** |
|---|---|---|---|

**Sharon Dinapoli**
**589 Pulaski Road**
**Kings Park, NY 11754**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.481 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$833.40** |
|---|---|---|---|

**Sheryl Johnson**
**23 Gilbert Street**
**Patchogue, NY 11772**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.482 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,488.00** |
|---|---|---|---|

**SHI Corp**
**PO Box 952121**
**Dallas, TX 75395-2121**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.483 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,138.64** |
|---|---|---|---|

**Shred-it Long Island**
**P.O. Box 13574**
**New York, NY 10087-3574**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,027.00** |
|---|---|---|---|

**Sidearm Sports,LLC**
**PO BOX 843038**
**Kansas City, MO 64184-3038**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$930.75** |
|---|---|---|---|

**Sigma-Aldrich**
**PO Box 535182**
**Atlanta, GA 30353-5182**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,899.01** |
|---|---|---|---|

**Skyrush Marketing**
**P.O Box 354**
**Yapank, NY 11980**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $453.14 |
|---|---|---|---|
| | **Smart Power Inc.**<br>**829 Lincoln Avenue**<br>**Bohemia, NY 11716** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.00 |
|---|---|---|---|
| | **Southern New Hampshire University**<br>**Attn: Ray Prouty**<br>**2500 N. River Road**<br>**Manchester, NH 03106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|
| | **Spencer Robison**<br>**20 Oak Hill Avenue**<br>**Norwalk, CT 06854** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|
| | **St. Anthony's High School**<br>**Mrs. Kim Hearney, Director of College Co**<br>**275 Wolf Hill Road**<br>**South Huntington, NY 11747-1394** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,880.00 |
|---|---|---|---|
| | **St. John the Baptist Diocesan HS**<br>**1170 Montauk Hwy**<br>**West Islip, NY 11795-4959** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,500.00 |
|---|---|---|---|
| | **St. Johns University**<br>**Bernadette Lavin-MacDonald Ctr**<br>**8000 Utopia Pkwy**<br>**Jamaica, NY 11439** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|
| | **St. Joseph's College**<br>**155 W Roe Blvd.**<br>**Patchogue, NY 11772** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|--------|---------------------|--------------------------|---------------------|
| | Name | | |

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,123.61** |
|-------|------|------|------|
| | **Statewide Roofing Inc.** | ☐ Contingent | |
| | **2120 Fifth Avenue** | ☐ Unliquidated | |
| | **Ronkonkoma, NY 11779** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,903.20** |
|-------|------|------|------|
| | **Stephanie Tatum** | ☐ Contingent | |
| | **4 McFarland Avenue** | ☐ Unliquidated | |
| | **Central Islip, NY 11722** | ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$473.16** |
|-------|------|------|------|
| | **Stephen Angelella** | ☐ Contingent | |
| | **2788 Marion Street** | ☐ Unliquidated | |
| | **Bellmore, NY 11710** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,640.95** |
|-------|------|------|------|
| | **Stephen Lamia** | ☐ Contingent | |
| | **269 W 72nd Street** | ☐ Unliquidated | |
| | **Apt. 6C** | ■ Disputed | |
| | **New York, NY 10023** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$210.34** |
|-------|------|------|------|
| | **Steven Murray** | ☐ Contingent | |
| | **25 Harbor Watch Court** | ☐ Unliquidated | |
| | **Sag Harbor, NY 11963** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|-------|------|------|------|
| | **Steven R. Stecher** | ☐ Contingent | |
| | **225 Hillside Avenue** | ☐ Unliquidated | |
| | **Livingston, NJ 07039** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$575.00** |
|-------|------|------|------|
| | **Steven Tellerias** | ☐ Contingent | |
| | **448 Ocean Avenue** | ☐ Unliquidated | |
| | **Central Islip, NY 11722-1828** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.98** |
|---|---|---|---|

**Storr Tractor Company**
**175 13th Avenue**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,750.00** |
|---|---|---|---|

**Strategic Value Media**
**8700 Indian Creek Parkway**
**Suite 300**
**Ovelook Park, KS 66210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117.55** |
|---|---|---|---|

**Suffolk County Locksmith**
**944 Montauk Hwy**
**Suite C**
**Shirley, NY 11967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68.00** |
|---|---|---|---|

**Suffolk County News**
**PO Box 782**
**Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Suffolk Zone N.Y.S.A.H.P**
**%Joanne Hamilton,Suffolk Zone**
**7 Glen Hollow Drive, Apt B33**
**Holtsville, NY 11742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,425.98** |
|---|---|---|---|

**Superior Office Systems**
**49 West 37th Street**
**3rd Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,453.85** |
|---|---|---|---|

**Susan Carter**
**131 N Country Road**
**Miller Place, NY 11764**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Dowling College**                                    Case number *(if known)*    **16-75545 (REG)**
_____
Name

| | | |
|---|---|---|
| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $4,772.10 |

3.508

**Nonpriority creditor's name and mailing address**
**Susan Voorhees**
**43 Bayway Avenue**
**Bay Shore, NY 11706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $4,772.10
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **compensation**

Is the claim subject to offset? ☒ No  ☐ Yes

---

3.509

**Nonpriority creditor's name and mailing address**
**Susan Wendy Fox**
**25 Harbor Watch Court**
**Sag Harbor, NY 11963**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $27.71
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

3.510

**Nonpriority creditor's name and mailing address**
**Suzanne Fregosi**
**572 Laurelton Blvd.**
**Long Beach, NY 11561**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $1,056.00
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **compensation**

Is the claim subject to offset? ☒ No  ☐ Yes

---

3.511

**Nonpriority creditor's name and mailing address**
**Symplicity Corporation**
**17890 W Dixie Hwy**
**Suite 606**
**North Miami, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $4,675.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

3.512

**Nonpriority creditor's name and mailing address**
**The Allen J Flood Company**
**Two Madison Avenue**
**Larchmont, NY 10538**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $195,944.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

3.513

**Nonpriority creditor's name and mailing address**
**Theresa Domenichello**
**22 Canterbury Drive**
**Hauppauge, NY 11788**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $1,951.80
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

3.514

**Nonpriority creditor's name and mailing address**
**Theresa Talmage**
**83 East Moriches Blvd**
**Eastport, NY 11941**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $2,479.94
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **compensation**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,634.37** |
|---|---|---|---|

**Thomas Caputo**
**20 Heidi Court**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,445.73** |
|---|---|---|---|

**Thomas Daly**
**115 Roxbury Road**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,330.48** |
|---|---|---|---|

**Thomas Kelly**
**5960 Amherst Drive**
**Apt. B 101**
**Naples, FL 34112**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28.83** |
|---|---|---|---|

**Thomas Scientific**
**3501 Market Street**
**Philadelphia, PA 19104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$199.24** |
|---|---|---|---|

**Thomson Reuters-West**
**Payment Center**
**P.O Box 6292**
**Carol Stream, IL 60197-6292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,274.78** |
|---|---|---|---|

**Timothy Boyle**
**208 Oak Street**
**Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,438.95** |
|---|---|---|---|

**Timothy Kelly**
**36 Dale Drive**
**Oakdale, NY 11769**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| Debtor | **Dowling College** |
| | Name |

Case number (*if known*)  **16-75545 (REG)**

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,883.68** |
|---|---|---|---|

**Todd Rooney**
**51 Oakdale Avenue**
**Selden, NY 11784**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37.25** |
|---|---|---|---|

**Total Funds by Hasler**
**PO Box 30193**
**Tampa, FL 33630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00** |
|---|---|---|---|

**Tracy J. DiMarco**
**426 Wading River**
**Manorville, NY 11949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$987.00** |
|---|---|---|---|

**Trade Industry Network**
**163 Sterling Road**
**Toronto, 0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$322.89** |
|---|---|---|---|

**Travis Evans**
**518 W. 111th Street**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,543.05** |
|---|---|---|---|

**Troy Bohlander**
**Residence Life - Oakdale**
**150 Idle Hour Blvd.**
**Oakdale, NY 11769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**U.S. Department of Education**
**Financial Square**
**32 Old Slip, 25th Floor**
**New York, NY 10005**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Title IV Funds**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.529 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39,946.50** |
|---|---|---|---|

**UMB Bank, N.A.**
**Corporate Trust Services**
**120 Sixth Street, Suite 1400**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **fees charged to the Debtors account**

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,197.00** |
|---|---|---|---|

**Union Leasing Inc.**
**425 North Martingdale Road**
**6th Floor**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,780.00** |
|---|---|---|---|

**Universal Temperature Co.**
**1749 Julia Goldbach Avenue**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |
|---|---|---|---|

**University of Bridgeport**
**Women's Soccer**
**120 Waldmere Avenue**
**Bridgeport, CT 06601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |
|---|---|---|---|

**University of New Haven**
**Charger Gymnasium**
**300 Boston Post Road**
**West Haven, CT 06516**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,000.00** |
|---|---|---|---|

**University of Wisconsin**
**Lunar School of Business  ATTN Andrea Zw**
**PO BOX 742**
**Milwaukee, WI 53201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,600.00** |
|---|---|---|---|

**Univest**
**3331 Street Road**
**Suite 325**
**Bensalem, PA 19020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**Utility Detection, Inc.**
**PO Box 223**
**Milford, PA 18337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,249.46** |
|---|---|---|---|

**Valero**
**PO Box 300**
**Amarillo, TX 79105-0300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,950.00** |
|---|---|---|---|

**Value Line Publishing LLC**
**485 Lexington Avenue**
**9th Floor**
**New York, NY 10017-2630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$577.98** |
|---|---|---|---|

**Verizon**
**P.O. Box 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,328.94** |
|---|---|---|---|

**Verizon Wireless**
**PO Box 15023**
**Worcester, MA 01615-0023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4179**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$685.40** |
|---|---|---|---|

**Verona Safety Supply Inc.**
**913 Watson Avenue**
**Madison, WI 53713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.61** |
|---|---|---|---|

**Victoria Herrmann**
**118 Easy Street**
**West Sayville, NY 11796**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,062.25** |
|---|---|---|---|
| | **Waldo**<br>**118 North Bedford Road**<br>**Suite 201**<br>**Mt. Kisco, NY 10549** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,049.00** |
|---|---|---|---|
| | **Walter Benka**<br>**166-69 20th Avenue**<br>**Whitestone, NY 11357** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,473.84** |
|---|---|---|---|
| | **WB Mason Co Inc.**<br>**PO Box 981101**<br>**Boston, MA 02298-1101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$83,071.63** |
|---|---|---|---|
| | **We Drive You, Inc**<br>**700 Airport Blvd**<br>**Suite 250**<br>**Burlingame, CA 94010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,629.15** |
|---|---|---|---|
| | **Wendy Ehrensberger (Deceased)**<br>**18 Sheldon Avenue**<br>**Patchogue, NY 11772** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$113.00** |
|---|---|---|---|
| | **West Group**<br>**Payment Center**<br>**P.O. Box 6292**<br>**Carol Stream, IL 60197-6292** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|
| | **Western Suffolk Counselors**<br>**595 NY-25A # 18**<br>**Miller Place, NY 11764** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $274.25 |
|---|---|---|---|

**Whitney Stark**
**1250 Baldwin Road**
**Yorktown Heights, NY 10598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,536.80 |
|---|---|---|---|

**William Indick**
**125 Maple Street**
**Islip, NY 11751**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|

**William Schmoegner**
**5 Paddock Road**
**East Lyme, CT 06333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,464.73 |
|---|---|---|---|

**William Stanley**
**19 Meadow Street**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Wilmington Trust, National Association**
**Corporate Trust Services**
**25 South Charles Street, 11th Floor**
**Baltimore, MD 21201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **fees charged to the Debtors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**WSCA Spring Conference**
**595 Rte 25A**
**Suite 18**
**Miller Place, NY 11764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,347.78 |
|---|---|---|---|

**Xerox Education Services**
**PO Box 201322**
**Dallas, TX 75320-1322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,355.35** |
|---|---|---|---|

**Xerox Financial Services**
**P.O. Box 3147**
**Hicksville, NY 11802-3147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Yair Cohen**
**80-62 188th Street**
**Hollis, NY 11423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,306.70** |
|---|---|---|---|

**Yanek Mieczkowski**
**836 Walnut Avenue**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __compensation__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00** |
|---|---|---|---|

**Yenko Inc.**
**150 Grant Street**
**2nd Floor**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$649.40** |
|---|---|---|---|

**Yousuf Khan Aslam**
**138 Princess Street**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$784.50** |
|---|---|---|---|

**Zeklers Inc.**
**1061 N.Shepard Street**
**Suite L**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express**<br>**200 Vesey Street**<br>**New York, NY 10285** | Line __3.23__<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Archer, Byington, Glennon & Levine LLP**<br>**James W. Versocki**<br>**One Huntington Quadrangle, Suite 4C10**<br>**PO Box 9064**<br>**Melville, NY 11747** | Line **3.214**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Archer, Byington, Glennon & Levine LLP**<br>**One Huntington Quadrangle, Suite 4C10**<br>**PO Box 9064**<br>**James W. Versocki**<br>**Melville, NY 11747** | Line **3.221**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Blackboard Inc.**<br>**1111 19th Street, NW**<br>**Washington, DC 20036** | Line **3.55**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Bruce Leder, Esq.**<br>**1700 Galloping Hill Road**<br>**Kenilworth, NJ 07033** | Line **3.313**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Capital One NA**<br>**313 Carondelet Street**<br>**New Orleans, LA 70130** | Line **3.69**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Carrier Commercial Service**<br>**4110 Butler Pike**<br>**Plymouth Meeting, PA 19462** | Line **3.79**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Chase Weiss & Kehoe LLC**<br>**Matthew J. Weiss**<br>**190 Monroe Street, Suite 203**<br>**Hackensack, NJ 07601** | Line **3.190**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Department of Veteran Affairs**<br>**PO Box 4616**<br>**Kim Wagner**<br>**Buffalo, NY 14240** | Line **3.131**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **IUOE Local 30**<br>**16-16 Whitestone Expressway**<br>**Robert V. Wilson, BusinessRepresentative**<br>**Whitestone, NY 11357** | Line **3.221**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **John G. Trotta**<br>**13 Brand Street**<br>**Hastings on Hudson, NY 10706** | Line **3.251**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Joint Board of Trustees of Local 153**<br>**265 West 14th Street**<br>**New York, NY 10011** | Line **3.313**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Law Office of Amos Weinberg**<br>**49 Somerset Dr. S**<br>**Great Neck, NY 11020** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | **National Labor Relations Board**<br>**Region 29**<br>**Two Metro-Tech Center, 5th Floor**<br>**Matthew A. Jackson**<br>**Brooklyn, NY 11201** | Line **3.221**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **PSEGLI**<br>**175 E. Old Country Road**<br>**Hicksville, NY 11801** | Line **3.433**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Rubin & Rothman, LLC**<br>**1787 Veterans Highway, Suite 32**<br>**PO Box 9003**<br>**Islandia, NY 11749** | Line **3.69**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **U.S. Department of Labor**<br>**Employee Benefits SecurityAdministration**<br>**33 Whitehall Street, Suite 1200**<br>**Matt Mandredi**<br>**New York, NY 10004** | Line **2.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **UMB Bank, N.A.**<br>**PO Box 414589**<br>**Kansas City, MO 64141** | Line **3.529**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **United States Attorney's Office, EDNY**<br>**610 Federal Plaza**<br>**James H. Knapp, Assistant U.S. Attorney**<br>**Central Islip, NY 11722** | Line **3.528**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Wilmington Trust, National Association**<br>**Attn: Fee Processing Unit**<br>**PO Box 22900**<br>**Rochester, NY 14692** | Line **3.554**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 162,431.95 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,368,896.53 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,531,328.48 |

**Fill in this information to identify the case:**

Debtor name      **Dowling College**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **16-75545 (REG)**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Formativ 50 User License** | |
| | State the term remaining | **Eff 4/1/2016-3/31/2017** | **Advansys** **68 Ourlmvah Road** **Mosman, NSW, Autrialia** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Formativ 50 User License** | |
| | State the term remaining | **Exp. 3/31/2017** | **AdvanSys** **68 Ourlmbah Road** **Mosman NSW, Australia 2088** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **American Telephone Company, Used for 800#s, Inbound and International Calls** | |
| | State the term remaining | **Exp. 6/30/2016** | **American Telephone Company** **PO Box 1465** **Melville, NY 11747** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Apple Computers** | |
| | State the term remaining | **Exp. 8/31/2017** | **Apple Finance** **Michael Lockwood** **23801 Calabases Road** **Suite 101** **Calabasas, CA 91302** |
| | List the contract number of any government contract | | |

Debtor 1    **Dowling College**
           First Name       Middle Name       Last Name

Case number (*if known*)    **16-75545 (REG)**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Blackboard Learning System License** | |
|---|---|---|---|
| | State the term remaining | **Exp. 9/25/2016** | **Blackboard Inc.**<br>**650 Massachussetts Avenue, NW**<br>**6th Floor**<br>**Washington, DC 20001** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Blackboard Transact System License** | |
|---|---|---|---|
| | State the term remaining | **Exp. 9/30/2016** | **Blackboard Inc.**<br>**650 Massachussetts Avenue, NW**<br>**6th Floor**<br>**Washington, DC 20001** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Optonline Internet Modems, Cable TV, Optimum Voice at Employees Homes and VAC Bldg** | |
|---|---|---|---|
| | State the term remaining | **Exp. 6/30/2016** | **Cablevision**<br>**PO Box 371378**<br>**Pittsburgh, PA 15250** |
| | List the contract number of any government contract | **Acct #**<br>**07840-229394-01-3** | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Recurring cost for Oakdale and Brookhaven Data/Voice Circuits, Internet Circuits** | |
|---|---|---|---|
| | State the term remaining | **Exp. 5/31/2017** | **Cablevision Lightpath, Inc.**<br>**PO Box 360111**<br>**Pittsburgh, PA 15251** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Internet/voice/data** | |
|---|---|---|---|
| | State the term remaining | | **Cablevision Lightpath, Inc.**<br>**PO Box 360111**<br>**Pittsburgh, PA 15251** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Meru Wireless Support Contract** | |
|---|---|---|---|
| | State the term remaining | **Exp. 3/11/2017** | **Carousel Industries of North America Inc**<br>**PO Box 842084**<br>**Boston, MA 02284** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | **Dowling College** | | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |  |
|---|---|---|---|
| | List the contract number of any government contract | | |
| **2.11.** | State what the contract or lease is for and the nature of the debtor's interest | **Cisco Edge Router Maintenance** | |
| | State the term remaining | **Exp. 7/16/2016** | **CDW-G**<br>**75 Remittance Drive**<br>**Suite 1515**<br>**Chicago, IL 60675** |
| | List the contract number of any government contract | | |
| **2.12.** | State what the contract or lease is for and the nature of the debtor's interest | **WatchGaurd LiveSecurity Firewall Software Maintenance** | |
| | State the term remaining | **Exp. 2/28/2017** | **CDW-G**<br>**75 Remittance Drive**<br>**Suite 1515**<br>**Chicago, IL 60675** |
| | List the contract number of any government contract | | |
| **2.13.** | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease** | |
| | State the term remaining | **Month to month** | **Charles McCabe**<br>**58 Woodlawn Avenue**<br>**Oakdale, NY 11769** |
| | List the contract number of any government contract | | |
| **2.14.** | State what the contract or lease is for and the nature of the debtor's interest | **Academic Support** | |
| | State the term remaining | | **CIT Finance LLC**<br>**21146 Network Place**<br>**Chicago, IL 60673** |
| | List the contract number of any government contract | | |
| **2.15.** | State what the contract or lease is for and the nature of the debtor's interest | **Meru Wireless Lease** | |
| | State the term remaining | **Exp. 4/30/2017** | **CIT Finance LLC**<br>**21146 Network Place**<br>**Chicago, IL 60673** |
| | List the contract number of any government contract | | |

Debtor 1  **Dowling College**
    First Name        Middle Name        Last Name

Case number (*if known*)  **16-75545 (REG)**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Novell Academic License and 5 Service Request Pack** | |
|---|---|---|---|
| | State the term remaining | **Exp. 7/31/2016** | **Computer Integrated Services**<br>**561 Seventh Avenue**<br>**13th Floor**<br>**New York, NY 10018** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **Desiree Nelson/Matthew Pasquale**<br>**56 Van Bomel Blvd**<br>**Oakdale, NY 11769** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant persuant to license agreement dated October 2, 2014.** | |
|---|---|---|---|
| | State the term remaining | **through the period ending April 15, 2017** | **Dowling College**<br>**St. Johns University Campus**<br>**500 Montauk Highway**<br>**Shirley, NY 11967** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Labor Contract** | |
|---|---|---|---|
| | State the term remaining | **Memorandum of Agreement dated May 23, 2016** | **Dowling College Chapter of NYSUT**<br>**150 Motor Parkway**<br>**Hauppauge, NY 11788** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Collective Bargaining Agreement for the Period from September 1, 2012 through August 31, 2016, which was extended by prior agreementof the parties to August 31, 2018** | |
|---|---|---|---|
| | State the term remaining | **Exp. August 31, 2018** | **Dowling College Chapter of NYSUT**<br>**150 Motor Parkway**<br>**Hauppauge, NY 11788** |
| | List the contract number of any government contract | | |

Debtor 1    **Dowling College**
　　　　　　 First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*　**16-75545 (REG)**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Dowling.edu domain** | |
|---|---|---|---|
| | State the term remaining | **Exp. 7/31/2017** | **EDUCAUSE**<br>**4771 Walnut Street**<br>**Suite 206**<br>**Boulder, CO 80304** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Ellucian Banner and Oracle Maintenance and Support** | |
|---|---|---|---|
| | State the term remaining | **Exp. 6/30/2016** | **Ellucian Support Inc.**<br>**62578 Collections Center Drive**<br>**Chicago, IL 60693** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **ArcGIS Software License for the ArcGIS class** | |
|---|---|---|---|
| | State the term remaining | **Exp. 9/18/2016** | **ESRI Inc.**<br>**380 New York Street**<br>**Redlands, CA 92373** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **2 -Canon Imagerunner 4225 Serial#RKF07218 & RKF07211 & 1 Canon Imagerunner C33252 Serial #QTW09996,** | |
|---|---|---|---|
| | State the term remaining | **Exp. 5/28/2021** | **Everbank**<br>**PO Box 91160**<br>**Denver, CO 80291** |
| | List the contract number of any government contract | **Contract No. 41361179** | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Faronics Deep Freeze Professional** | |
|---|---|---|---|
| | State the term remaining | **Exp. 8/14/2016** | **Faronics Technologies**<br>**5506 Sunol Blvd.**<br>**Suite 202**<br>**Pleasanton, CA 94566** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Freedom Scientific JAWS Screen Reading Software District License (Five Users)** | |
|---|---|---|---|
| | State the term remaining | **Exp. 10/31/16** | **Freedom Scientific**<br>**c/o BLV Group, Charlie Madsen**<br>**11800 31st Court, N.**<br>**Saint Petersburg, FL 33716** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Dowling College** | | | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **Geoffrey and Anna Maria Stewart** |
| | List the contract number of any government contract _____ | | **87 Central Blvd** **Oakdale, NY 11769** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **GoDaddy dowling.edu Wildcard Certificate** | |
|---|---|---|---|
| | State the term remaining | **Exp. 3/22/2019** | **GoDaddy.com Inc.** **14455 N. Hayden Road** |
| | List the contract number of any government contract _____ | | **Suite 219** **Scottsdale, AZ 85260** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Meru Controller Certificate (Campus Wireless)** | |
|---|---|---|---|
| | State the term remaining | **Exp. 5/5/2019** | **GoDaddy.com Inc.** **14455 N. Hayden Road** |
| | List the contract number of any government contract _____ | | **Suite 219** **Scottsdale, AZ 85260** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Canon Image Pro** | |
|---|---|---|---|
| | State the term remaining | **Exp. 8/1/2020** | **GreatAmerica Financial Services** |
| | List the contract number of any government contract _____ | | **PO Box 660831** **Dallas, TX 75266** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **GroupWise Maintenance (Email Spam Filter)** | |
|---|---|---|---|
| | State the term remaining | **Exp. 7/10/2016** | **GWAVA** |
| | List the contract number of any government contract _____ | | **1175 S. 800 E.** **Orem, UT 84097** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Dowling College** | | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **RELOAD for GroupWise Maintenance (Email Backup)** | |
|---|---|---|---|
| | State the term remaining | **Exp. 8/29/2017** | **GWAVA** |
| | List the contract number of any government contract | | **1175 S. 800 E. Orem, UT 84097** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Kaspersky Anti-Virus for PC Desktop License and Support (Prepaid, 3 Years)** | |
|---|---|---|---|
| | State the term remaining | **Exp. 3/31/2017** | **GWAVA** |
| | List the contract number of any government contract | | **1175 S. 800 E. Orem, UT 84097** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Harland Scantron NCS Bubble-Sheet Scanner Maintenance for SRF Surveys** | |
|---|---|---|---|
| | State the term remaining | **Exp. 3/18/2017** | **Harland Technology Services** |
| | List the contract number of any government contract | | **PO Box 45550 Omaha, NE 68145** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **IBM SPSS and Amos Site License used on and off campus for Education Doctoral Programs, Education Graduate Programs, Sociology, and Professors performing Research** | |
|---|---|---|---|
| | State the term remaining | **Exp. 10/31/2016** | **IBM Corporation** |
| | List the contract number of any government contract | | **PO Box 643600 Pittsburgh, PA 15267** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **IBM AIX 6.1 Maintenance (Banner Database Servers)** | |
|---|---|---|---|
| | State the term remaining | **Eff 8/28/2014-8/27/2015** | **IBM Corporation** |
| | List the contract number of any government contract | | **PO Box 643600 Pittsburgh, PA 15267** |

| Debtor 1 | **Dowling College** | | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **IBM BladeCenter, Blades, DS5100 SAN, TSM (Server, Library, SAN) Hardware Maintenance** | |
|---|---|---|---|
| | | **Eff 1/1/2015-12/31/2015** | |
| | State the term remaining | | **IBM Corporation**<br>**PO Box 643600**<br>**Pittsburgh, PA 15267** |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Collective Bargaining Agreement from July 1, 2010 through June 30, 2014. Extension of Collective Bargaining Agreement June 2014. Memorandum of Agreement terms approved July 20, 2015 Labor Contract** | |
|---|---|---|---|
| | State the term remaining | | **Int'l Assoc. of Machinists and Aerospace**<br>**AFL-CIO Local Lodge No. 434**<br>**District Lodge No. 15**<br>**652 4th Avenue**<br>**Brooklyn, NY 11232** |
| | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Collective Bargaining Agreement** | |
|---|---|---|---|
| | State the term remaining | **Exo. 2/14/2018** | **Int'l Union of Operating Engineers**<br>**Local 30 (AFL-CIO)**<br>**New York Headquaters**<br>**16-16 White Stone Expressway**<br>**Whitestone, NY 11357** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Ipswitch WS_FTP Pro (20 Users)** | |
|---|---|---|---|
| | State the term remaining | **Exp. 3/16/2017** | **Ipswitch Inc.**<br>**PO Box 3726**<br>**New York, NY 10008** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **John Casey**<br>**115 Idle Hour Blvd.**<br>**Oakdale, NY 11769** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Dowling College** | | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **John Ingoglia & Tabitha Ueblacker** |
| | List the contract number of any government contract | | **88 Central Blvd.** **Oakdale, NY 11769** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **JRButils for NetWare Annual Registration** | |
|---|---|---|---|
| | State the term remaining | **Exp. 3/31/2017** | **JRB Software** |
| | List the contract number of any government contract | | **PO Box 28-118** **Christchurch, NZ 8242** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **JTA Lease # 023 for Tivoli Backup System (Monthly)** | |
|---|---|---|---|
| | State the term remaining | **Exp. 6/30/2016** | **JTA Leasing Co. LLC** **Mark Kitaeff** |
| | List the contract number of any government contract | | **34 Wren Drive** **East Hill, NY 11576** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Computers - Acadamic support** | |
|---|---|---|---|
| | State the term remaining | | **JTA Leasing Co. LLC** **Mark Kitaeff** |
| | List the contract number of any government contract | | **34 Wren Drive** **East Hill, NY 11576** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Konica Copier BIZHUB** | |
|---|---|---|---|
| | State the term remaining | **Exp. 2016** | **Konica Minolta Premier Finance** |
| | List the contract number of any government contract | | **PO Box 642333** **Pittsburgh, PA 15264** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Laser Performance Maintenance for HP Printers (Quarterly)** | |
|---|---|---|---|
| | State the term remaining | **Exp. 7/31/2016** | **Laser Performance Products, Inc.** **44 W. Jefryn Blvd.** **Suite N** |
| | List the contract number of any | | **Deer Park, NY 11729** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Dowling College**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **16-75545 (REG)**

<span style="background:#3d0033">     </span>  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **Lauren Bufalo**<br>**44 Van Bomel Blvd**<br>**Oakdale, NY 11769** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **2 Laserjet printersm Lease** | |
|---|---|---|---|
| | State the term remaining | **Exp. 4/1/2019** | **Leaf**<br>**PO Box 742647**<br>**Cincinnati, OH 45274** |
| | List the contract number of any government contract | **Contract NO. 100-2614877-001** | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment in Print ShopStandard SD440 Copier System** | |
|---|---|---|---|
| | State the term remaining | | **Leaf**<br>**PO Box 742647**<br>**Cincinnati, OH 45274** |
| | List the contract number of any government contract | **Contract No. 100-2614877-002** | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Triumph Paper Cutter Lease - Print Shp** | |
|---|---|---|---|
| | State the term remaining | **Exp. 6/1/2017** | **Leaf**<br>**PO Box 742647**<br>**Cincinnati, OH 45274** |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Xerox Copiers/Scan/Fax-Addii tional Finance funding** | |
|---|---|---|---|
| | State the term remaining | | **Leaf**<br>**PO Box 742647**<br>**Cincinnati, OH 45274** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **HEAT/Lumension Desktop Patching Software Maintenance** | **Lumension Security, Inc.**<br>**8660 E. Hartford Drive**<br>**Suite 300**<br>**Scottsdale, AZ 85255** |
|---|---|---|---|

Debtor 1   **Dowling College**
First Name        Middle Name        Last Name

Case number *(if known)*   **16-75545 (REG)**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **Exp. 7/23/2016** |  |
|---|---|---|---|
|  | List the contract number of any government contract | _____ |  |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Mailroom equipment** |  |
|---|---|---|---|
|  | State the term remaining |  | **MailFinance** |
|  | List the contract number of any government contract | **Lease # N15071076** | **478 Wheelers Farm Road**<br>**Milford, CT 06461** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Various equpment in Print Shop** |  |
|---|---|---|---|
|  | State the term remaining | **Exp. 1/22/2018** | **MailFinance** |
|  | List the contract number of any government contract | **Lease # H12111864** | **478 Wheelers Farm Road**<br>**Milford, CT 06461** |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Maplesoft License and Maintenance for Math Department (15 Concurrent Users)** |  |
|---|---|---|---|
|  | State the term remaining | **Exp. 7/28/2016** | **Maplesoft** |
|  | List the contract number of any government contract |  | **615 Kumpf Drive**<br>**Waterloo, ON N2V 1K8**<br>**Canada** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Copystar digital printer** |  |
|---|---|---|---|
|  | State the term remaining | **Expired** | **Marlin Leasing** |
|  | List the contract number of any government contract | **Lease # 401-1258874-001** | **PO Box 13604**<br>**Philadelphia, PA 19101** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **MDS Datacard ID Card System Maintenance** |  |
|---|---|---|---|
|  | State the term remaining | **Eff 11/1/2015-10/31/2016** | **MDS** |
|  | List the contract number of any government contract |  | **PO Box 11394**<br>**Newark, NJ 07101** |

| Debtor 1 | **Dowling College** | | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract** | |
|---|---|---|---|
| | State the term remaining | **Terminated** | **Melody L. Cope**<br>**21 Chateau Drive**<br>**Oakdale, NY 11769** |
| | List the contract number of any government contract | | |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **Melody L. Cope**<br>**21 Chateau Drive**<br>**Oakdale, NY 11769** |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **MDS Datacard ID Card System Maintenance** | |
|---|---|---|---|
| | State the term remaining | **Exp. 10/31/2016** | **Metropolitan Data Solutions**<br>**279 Conklin Street**<br>**Farmingdale, NY 11735** |
| | List the contract number of any government contract | | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **Michael Cappell & Mandolynne Hopkins**<br>**47 Chateau Drive**<br>**Oakdale, NY 11769** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **MicroFocus Cobol Support (Banner Cobol Compiler)** | |
|---|---|---|---|
| | State the term remaining | **Exp. 10/6/2016** | **MicroFocus, Inc.**<br>**PO Box 19224**<br>**Palatine, IL 60055** |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Microsoft Campus Agreement for Server and Desktop Operating Systems and MS Office for Faculty, Staff, and Students both on and off campus** | **Microsoft**<br>**c/o SHI Corp**<br>**PO Box 952121**<br>**Dallas, TX 75395** |
|---|---|---|---|

| Debtor 1 | **Dowling College** | | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | Exp. 9/30/2017 | |
| | List the contract number of any government contract | _____ | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **MiniTab 16 Multi User Maintenance for Math Department (15 Users)** | |
|---|---|---|---|
| | State the term remaining | Exp. 8/31/2016 | **Minitab, Inc.** |
| | List the contract number of any government contract | _____ | **Quality Plaza 1829 Pine Hall Road State College, PA 16801** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **NERCOMP Annual Membership Dues for Dowling College** | |
|---|---|---|---|
| | State the term remaining | Exp. 6/30/2016 | **NERCOMP** |
| | List the contract number of any government contract | _____ | **100 Western Blvd. Suite 2 Glastonbury, CT 06033** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Main Nortel 8600 Network Switch Maintenance** | |
|---|---|---|---|
| | State the term remaining | Exp. 4/9/2017 | **Network Craze Technologies, Inc.** |
| | List the contract number of any government contract | _____ | **7037 Fly Road East Syracuse, NY 13057** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Novell Academic License and 5 Service Request Pack** | |
|---|---|---|---|
| | State the term remaining | Eff 8/1/2015-7/31/2016 | **Novell** |
| | List the contract number of any government contract | _____ | **c/o Computer Integrated Service 561 7th Avenue, 13th Floor New York, NY 10018** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Collective Bargaining Agreement July 1,2007 through June 30, 2012. Extended by Memorandum of Agreement dated June 2012. Another Memorandum of Agreement dated January 12, 2015.** | |
|---|---|---|---|
| | State the term remaining | | **Office & Prof. Employees Int'l Union Local 153, AFL-CIO 265 W. 14th Street 6th Floor New York, NY 10011** |

Debtor 1    **Dowling College**
First Name        Middle Name        Last Name

Case number *(if known)*    **16-75545 (REG)**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|
| **2.70.** | State what the contract or lease is for and the nature of the debtor's interest | **Optel Business Communication Systems: Fujitsu Phone System Maintenance Contract** |
| | State the term remaining | **Exp. 6/30/2016** |
| | List the contract number of any government contract | |

**Optel Business Communication Systems**
**PO Box 180**
**Nesconset, NY 11767**

| **2.71.** | State what the contract or lease is for and the nature of the debtor's interest | **Service contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

**Optel Business Communication Systems**
**PO Box 180**
**Nesconset, NY 11767**

| **2.72.** | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease** |
|---|---|---|
| | State the term remaining | **Month to month** |
| | List the contract number of any government contract | |

**Paula Marie & Robert Johnson**
**138 Central Blvd**
**Oakdale, NY 11769**

| **2.73.** | State what the contract or lease is for and the nature of the debtor's interest | **LIPA Telephone Pole Lease** |
|---|---|---|
| | State the term remaining | **Exp. 6/30/2016** |
| | List the contract number of any government contract | **Acct # 0236-4010-45-0** |

**PSEGLI**
**PO Box 9039**
**Hicksville, NY 11802**

| **2.74.** | State what the contract or lease is for and the nature of the debtor's interest | **Pole Charges** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

**PSEGLI**
**PO Box 9039**
**Hicksville, NY 11802**

| Debtor 1 | **Dowling College** | | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **Richard & Cherisse Forberg** |
| | List the contract number of any government contract | | **102 Connetquot** **Oakdale, NY 11769** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **Rosemaire Giaquinto** |
| | List the contract number of any government contract | | **48 Van Bomel Blvd.** **Oakdale, NY 11769** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **Rosemarie Fairchild** |
| | List the contract number of any government contract | | **27 Chateau Drive** **Oakdale, NY 11769** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Schneider Electric APC Maintenance for Main UPS in FH 321 Data Center** | |
|---|---|---|---|
| | State the term remaining | **Exp. 2/19/2016** | **Schneider Electric** |
| | List the contract number of any government contract | | **132 Fairgrounds Road** **West Kingston, RI 02892** |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Microsoft Campus Agreement for Server and Desktop Operating Systems and MS Office for Faculty, Staff, and Students both on and off campus** | |
|---|---|---|---|
| | State the term remaining | **Exp. 9/30/2016** | **SHI Corp.** |
| | List the contract number of any government contract | | **PO Box 952121** **Dallas, TX 75395** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **SolarWinds Kiwi Syslog Server and Viewer** | **SolarWinds, Inc.** **3711 S. MoPac Expressway** **Austin, TX 78746** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Dowling College** | | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining   Exp. 8/18/2016 | |
| List the contract number of any government contract   _____ | |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Register LinkUp Software Maintenance (Accounting Check Printer) (LUE LITE 6.x, Serial # 06100129, Part # 13185359)** | |
|---|---|---|---|
| | State the term remaining | **Exp. 11/6/2016** | **Standard Register** |
| | List the contract number of any government contract | _____ | **600 Albany Street Dayton, OH 45417** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Apartment Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | **Exp. 2017** | **State University of NY at Stony Brook** |
| | List the contract number of any government contract | _____ | **University Plaza Albany, NY 12246** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **Stephen Hanna & Mark Hanna** |
| | List the contract number of any government contract | _____ | **52 Van Bomel Blvd Oakdale, NY 11769** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **College Lease Agreement dated as of June 1, 2006 covering "2006 Bond Facility"** | |
|---|---|---|---|
| | State the term remaining | **Exp. 6/1/2036** | **Suffolk County Industrial Devel. Agency H. Lee Dennison Building 3rd Floor** |
| | List the contract number of any government contract | _____ | **100 Veterans Highway Hauppauge, NY 11788** |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease Agreement dated as of June 1, 2006 covering "2006 Bond Facility"** | |
|---|---|---|---|
| | State the term remaining | **Exp. 6/1/2036** | **Suffolk County Industrial Devel. Agency H. Lee Dennison Building 3rd Floor** |
| | List the contract number of any government contract | _____ | **100 Veterans Highway Hauppauge, NY 11788** |

| Debtor 1 | **Dowling College** | | | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Lease and Sublease in relation to "Science Building Facility and Sewage Treatment Facility" dated as of December 1, 1990** | |
|---|---|---|---|
| | | **12/2/2010** | **Suffolk County Industrial Devel. Agency** |
| | State the term remaining | | **H. Lee Dennison Building** |
| | | | **3rd Floor** |
| | List the contract number of any government contract | | **100 Veterans Highway** |
| | | | **Hauppauge, NY 11788** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Amended and Restated Sublease Agreement dated as of June 1, 1996 -covering property "Science Building Facility and Sewage Treatment Facility"** | |
|---|---|---|---|
| | | **6/1/2021** | **Suffolk County Industrial Devel. Agency** |
| | State the term remaining | | **H. Lee Dennison Building** |
| | | | **3rd Floor** |
| | List the contract number of any government contract | | **100 Veterans Highway** |
| | | | **Hauppauge, NY 11788** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Outsource Expense** | |
|---|---|---|---|
| | State the term remaining | **Indefinite** | **Superior Office Services** |
| | | | **49 West 37th Street** |
| | List the contract number of any government contract | | **3rd Floor** |
| | | | **New York, NY 10018** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **VeriSign BannerWeb SSL Certificate** | |
|---|---|---|---|
| | State the term remaining | **Exp. 12/10/2016** | **Symantec Corp.** |
| | | | **487 E. Middle Road** |
| | List the contract number of any government contract | | **Mountain View, CA 94043** |

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **Theresa & Caitlin Cody** |
| | | | **39 Chateau Drive** |
| | List the contract number of any government contract | | **Oakdale, NY 11769** |

| Debtor 1 | **Dowling College** | | | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **College Lease by in relation to "2002 Bond Facility" dated as of November 1, 2002** | |
|---|---|---|---|
| | State the term remaining | **Exp. 11/1/2032** | |
| | List the contract number of any government contract | | **Town of Brookhaven I.D.A. One Independence Hill Farmingville, NY 11738** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease Agreement in relation to "2002 Bond Facility" dated as of November 1, 2002** | |
|---|---|---|---|
| | State the term remaining | **Exp. 11/1/2032** | |
| | List the contract number of any government contract | | **Town of Brookhaven I.D.A. One Independence Hill Farmingville, NY 11738** |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Chiller payments** | |
|---|---|---|---|
| | State the term remaining | **Exp. 10/1/2016** | |
| | List the contract number of any government contract | | **Univest 3331 Street Road Suite 325 Bensalem, PA 19020** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Phone lines used for Fire Alarms and Modems in Brookhaven** | |
|---|---|---|---|
| | State the term remaining | **Exp. 6/30/2016** | |
| | List the contract number of any government contract | | **Verizon PO Box 15124 Albany, NY 12212** |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Phone lines used for Fire Alarms and Modems in Oakdale** | |
|---|---|---|---|
| | State the term remaining | **Exp. 6/30/2016** | |
| | List the contract number of any government contract | | **Verizon PO Box 15124 Albany, NY 12212** |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Verizon Telephone Pole Lease** | |
|---|---|---|---|
| | State the term remaining | **Exp. 6/30/2016** | |
| | List the contract number of any | | **Verizon PO Box 15124 Albany, NY 12212** |

| Debtor 1 | **Dowling College** | | | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Pole Charges** | |
| | State the term remaining | | **Verizon**<br>**PO Box 15124**<br>**Albany, NY 12212** |
| | List the contract number of any government contract | | |
| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Tivoli Backup System License** | |
| | State the term remaining | **Exp. 12/31/2015** | **Vicom Computer Services, Inc.**<br>**400 Broadhollow Road**<br>**Suite 1**<br>**Farmingdale, NY 11735** |
| | List the contract number of any government contract | | |
| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **IBM AIX 6.1 Maintenance (Banner Database Servers)** | |
| | State the term remaining | **Exp. 8/27/2015** | **Vicom Computer Services, Inc.**<br>**400 Broadhollow Road**<br>**Suite 1**<br>**Farmingdale, NY 11735** |
| | List the contract number of any government contract | | |
| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **IBM BladeCenter, Blades, DS5100 SAN, TSM (Server, Library, SAN) Hardware Maintenance** | |
| | State the term remaining | **Exp. 12/31/2015** | **Vicom Computer Services, Inc.**<br>**400 Broadhollow Road**<br>**Suite 1**<br>**Farmingdale, NY 11735** |
| | List the contract number of any government contract | | |
| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Schneider Electric APC Maintenance for Main UPS in FH 321 Data Center** | |
| | State the term remaining | **Exp. 2/19/2017** | **Vicom Computer Services, Inc.**<br>**400 Broadhollow Road**<br>**Suite 1**<br>**Farmingdale, NY 11735** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Dowling College** | | | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **VMware vSphere and vCenter Maintenance (14 Processors)** | |
|---|---|---|---|
| | State the term remaining | **Exp. 3/31/2016** | **Vicom Computer Services, Inc.**<br>**400 Broadhollow Road**<br>**Suite 1**<br>**Farmingdale, NY 11735** |
| | List the contract number of any government contract | | |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **VMware vSphere and vCenter Maintenance (14 Processors)** | |
|---|---|---|---|
| | State the term remaining | **Eff 4/1/2015-3/31/2016** | **VMWare**<br>**c/o Vicom**<br>**400 Broadhollow Road, Suite 1**<br>**Farmingdale, NY 11735** |
| | List the contract number of any government contract | | |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Copiers/scan/faxAlso get billed or excess copies** | |
|---|---|---|---|
| | State the term remaining | **Exp. 10/1/2019** | **Xerox Financial Services**<br>**PO Box 3147**<br>**Hicksville, NY 11802** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Dowling College**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) **16-75545 (REG)**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street <br> City     State     Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | | Street <br> City     State     Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | | Street <br> City     State     Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | | Street <br> City     State     Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    **Dowling College**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **16-75545 (REG)**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 13, 2016**          *X* **/s/ Robert S. Rosenfeld**
                                          Signature of individual signing on behalf of debtor

                                          **Robert S. Rosenfeld**
                                          Printed name

                                          **Chief Restructuring Officer**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Dowling College**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) **16-75545 (REG)**

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **7/01/2016** to **Filing Date** | ☐ Operating a business<br>■ Other   **Rentals and Other** | **$714,000.00** |
   | **For prior year:**<br>From **7/01/2015** to **6/30/2016** | ■ Operating a business<br>☐ Other | **$32,688,928.00** |
   | **For year before that:**<br>From **7/01/2014** to **6/30/2015** | ■ Operating a business<br>☐ Other | **$38,055,174.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

| Debtor | **Dowling College** | | Case number *(if known)* | **16-75545 (REG)** |
|--------|---------------------|---|------|------|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **24-7 Restoration Inc.**<br>**34 Old Field Road**<br>**East Setauket, NY 11733** | 9/1/16<br>9/9/16<br>9/26/16<br>9/30/16<br>10/21/16<br>10/28/16<br>11/14/16<br>11/18/16<br>11/23/16 | $30,733.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **ADP LLC**<br>**PO Box 842875**<br>**Boston, MA 02284** | 9/2/16<br>9/2/16<br>9/20/16<br>9/20/16<br>9/30/16<br>9/30/16<br>10/7/16<br>10/14/16<br>10/14/16<br>11/3/16<br>11/3/16<br>11/14/16<br>11/14/16<br>11/18/16<br>11/23/16<br>11/23/16 | $211,030.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payroll** |
| 3.3. **American Bankers Insurance**<br>**PO Box 8695**<br>**Kalispell, MT 59904** | 10/28/16 | $58,665.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Flood Insurance** |
| 3.4. **Arrow Security**<br>**c/o Sterling National Bank**<br>**PO Box 75359**<br>**Chicago, IL 60675** | 9/8/16<br>9/28/16<br>9/30/16<br>10/7/16<br>10/14/16<br>10/21/16<br>10/28/16<br>11/4/16<br>11/14/16<br>11/18/16<br>11/23/16 | $301,864.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Cablevision Lightpath, Inc.**<br>**PO Box 360111**<br>**Pittsburgh, PA 15251** | 10/31/16<br>11/15/16 | $22,248.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **CohnReznick LLP**<br>**4 Becker Farm Road**<br>**Roseland, NJ 07068** | 9/7/16<br>9/30/16<br>9/30/16<br>10/7/16<br>10/14/16 | $403,172.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | Case number *(if known)* **16-75545 (REG)** |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.7. **DataBank IMX LLC**<br>**620 Freedom Business Center**<br>**Unit #120**<br>**King of Prussia, PA 19406** | 11/21/16 | $21,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Garden City Group LLC**<br>**PO Box 404579**<br>**Atlanta, GA 30384** | 11/18/16 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Ingerman Smith**<br>**150 Motor Parkway**<br>**Suite 400**<br>**Hauppauge, NY 11788** | 9/26/16<br>10/14/16<br>11/18/16<br>11/23/16 | $47,720.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Legal** |
| 3.10. **Intelli Tec Security Services LLC**<br>**150 Eileen WAy**<br>**Unit #2**<br>**Syosset, NY 11791** | 10/7/16<br>10/28/16<br>11/4/16<br>11/14/16 | $22,691.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Klestadt Winters Jureller**<br>**Southard & Stevens, LLP**<br>**200 West 41st Street**<br>**17th Floor**<br>**New York, NY 10036** | 9/26/16<br>9/30/16<br>10/25/16<br>11/4/16<br>11/18/16<br>11/23/16 | $503,830.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal** |
| 3.12. **Miller Environmental Group**<br>**538 Edwards Avenue**<br>**Riverhead, NY 11933** | 11/22/16 | $13,311.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **National Grid**<br>**PO Box 11791**<br>**Newark, NJ 07101** | 9/8/16<br>9/26/16<br>9/30/16<br>10/7/16<br>10/14/16<br>10/21/16<br>10/28/16<br>11/4/16<br>11/4/16<br>11/4/16<br>11/14/16<br>11/18/16<br>11/23/16 | $129,630.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Dowling College**                                                Case number *(if known)* **16-75545 (REG)**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.14. **Premium Assignment Corporation**<br>PO Box 8000<br>Tallahassee, FL 32314 | 11/14/16<br>11/23/16 | $71,869.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **PSEG Long Island LLC**<br>PO Box 888<br>Hicksville, NY 11802 | 9/7/16<br>9/26/16<br>9/30/16<br>10/7/16<br>10/14/16<br>10/21/16<br>10/28/16<br>11/4/16<br>11/14/16<br>11/18/16 | $181,379.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.16. **RSR Consulting, LLC**<br>1330 Avenue of the Americas<br>Suite 23A<br>New York, NY 10019 | 10/18/16<br>10/21/16<br>10/28/16<br>11/4/16<br>11/14/16<br>11/18/16<br>11/23/16 | $350,341.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.17. **Sean Fleckenstein**<br>PO Box 1363<br>Stony Brook, NY 11790 | 9/7/16<br>9/28/16<br>9/30/16<br>10/14/16<br>10/21/16<br>10/28/16<br>11/4/16<br>11/14/16<br>11/23/16<br>11/18/16 | $46,030.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.18. **Simplex Grinnell**<br>PO Box 790448<br>Saint Louis, MO 63179 | 11/21/16 | $41,589.89 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **SterlingRisk**<br>135 Crossways Park Drive<br>Woodbury, NY 11797 | 9/30/16 | $412,210.03 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. **TM Bier & Associates Inc.**<br>79 Hazel Street<br>Glen Cove, NY 11542 | 11/14/16<br>11/23/16 | $8,440.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Dowling College** | | Case number *(if known)* **16-75545 (REG)** |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.21. | **UMB Bank, N.A.**<br>**Corporate Trust Services**<br>**120 Sixth Street, Suite 1400**<br>**Minneapolis, MN 55402** | **9/7/16**<br>**10/03/16**<br>**10/14/16** | **$34,381.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.22. | **Water and Sewage Treatment**<br>**Enterprises**<br>**22 N. Dunton Avenue**<br>**Medford, NY 11763** | **10/14/16**<br>**10/14/16**<br>**10/28/16**<br>**10/28/16**<br>**11/18/16** | **$30,736.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. | **Winter Brothers Hauling of Long Island**<br>**1198 Prospect Avenue**<br>**Westbury, NY 11590** | **10/21/16**<br>**11/18/16** | **$8,078.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Ralph Cerullo**<br>**23 Canterbury Court**<br>**East Setauket, NY 11733** | **11/1/15 -**<br>**11/29/16** | **$244,211.94** | **Payroll** |
| 4.2. | **Ralph Cerullo, Jr.**<br>**23 Canterbury Court**<br>**East Setauket, NY 11733** | **11/1/15 -**<br>**1/29/16** | **$12,032.10** | **Payroll** |
| 4.3. | **Albert Inserra**<br>**45 Inlet View Path**<br>**East Moriches, NY 11940** | **11/1/15 -**<br>**8/19/16** | **$199,769.25** | **Payroll** |
| 4.4. | **Albert Inserra**<br>**45 Inlet View Path**<br>**East Moriches, NY 11940** | **3/16/2016** | **$335.13** | **Expense Reimbursement** |
| 4.5. | **Albert Inserra**<br>**45 Inlet View Path**<br>**East Moriches, NY 11940** | **6/29/2016** | **$769.18** | **Expense Reimbursement** |
| 4.6. | **David Racanelli**<br>**73 Pacific Dunes Court**<br>**Medford, NY 11763** | **11/1/15 -**<br>**6/2/16** | **$46,723.15** | **Payroll** |
| 4.7. | **Ralph Cerullo**<br>**23 Canterbury Court**<br>**East Setauket, NY 11733** | **10/7/2016 -**<br>**11/23/2016** | **$1,413.09** | **Expense Reimbursement** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Dowling College**                                    Case number *(if known)*   **16-75545 (REG)**

**5.  Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Great American Financial Services**<br>**PO Box 660831**<br>**Dallas, TX 75266** | **Copier System** | **10/7/2016** | **Unknown** |

**6.  Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account
of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a
debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **UMB Corporate Trust Services**<br>**P.O. Box 419692**<br>**Kansas City, MO 64141** | **Setoff pursuant to the lender's right under the Bond Indenture**<br>Last 4 digits of account number:  __5743__ | **Unknown date within the 90 days prior to the Petition Date** | $453,676.31 |
| **Wilmington Trust**<br>**1100 N. Market Street**<br>**Wilmington, DE 19891** | **Setoff pursuant to the lender's right under the Bond Indenture**<br>Last 4 digits of account number:  __9500__ | **Unknown date within the 90 days prior to the Petition Date** | $276,195.16 |
| **UMB Corporate Trust Services**<br>**P.O. Box 419692**<br>**Kansas City, MO 64141** | **Setoff pursuant to the lender's right under the Bond Indenture**<br>Last 4 digits of account number:  __2511__ | **Unknown date within the 90 days prior to the Petition Date** | $74,574.19 |
| **UMB Corporate Trust Services**<br>**P.O. Box 419692**<br>**Kansas City, MO 64141** | **Setoff pursuant to the lender's right under the Bond Indenture**<br>Last 4 digits of account number:  __2513__ | **Unknown date wtihin the 90 days prior to the Petition Date** | $414,283.10 |
| **UMB Corporate Trust Services**<br>**P.O. Box 419692**<br>**Kansas City, MO 64141** | **Setoff pursuant to the lender's right under the Bond Indenture**<br>Last 4 digits of account number:  __2516__ | **Unknown date within the 90 days prior to the Petition Date** | $68,533.99 |
| **UMB Corporate Trust Services**<br>**P.O. Box 419692**<br>**Kansas City, MO 64141** | **Setoff pursuant to the lender's right under the Bond Indenture**<br>Last 4 digits of account number:  __3952__ | **Unknown date within the 90 days prior to the Petition Date** | $543,518.66 |

| Debtor | **Dowling College** | | Case number *(if known)* | **16-75545 (REG)** |

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Ultimate Power, Inc.**<br>**45 Nancy Street**<br>**West Babylon, NY 11704** | **Ultimate Power, Inc. served a Restraining Notice pursuant to NYS CPLR Section 5222(b) on TD Bank, NA. Following receipt of the Restraining Notice TD Bank, NA removed certain funds from the Debtor's accounts and placed those funds in a separate holding account.**<br>Last 4 digits of account number:  **7019** | **September 13, 2016** | $230.00 |
| **Ultimate Power, Inc.**<br>**45 Nancy Street**<br>**West Babylon, NY 11704** | **Ultimate Power, Inc. served a Restraining Notice pursuant to NYS CPLR Section 5222(b) on TD Bank, NA. Following receipt of the Restraining Notice TD Bank, NA removed certain funds from the Debtor's accounts and placed those funds in a separate holding account.**<br>Last 4 digits of account number:  **4257** | **September 13, 2016** | $16,156.12 |
| **Ultimate Power, Inc.**<br>**45 Nancy Street**<br>**West Babylon, NY 11704** | **Ultimate Power, Inc. served a Restraining Notice pursuant to NYS CPLR Section 5222(b) on TD Bank, NA. Following receipt of the Restraining Notice TD Bank, NA removed certain funds from the Debtor's accounts and placed those funds in a separate holding account.**<br>Last 4 digits of account number:  **3082** | **September 13, 2016** | $60,510.96 |
| **Ultimate Power, Inc.**<br>**45 Nancy Street**<br>**West Babylon, NY 11704** | **Ultimate Power, Inc. served a Restraining Notice pursuant to NYS CPLR Section 5222(b) on TD Bank, NA. Following receipt of the Restraining Notice TD Bank, NA removed certain funds from the Debtor's accounts and placed those funds in a separate holding account.**<br>Last 4 digits of account number:  **3090** | **September 13, 2016** | $60,555.55 |
| **Ultimate Power, Inc.**<br>**45 Nancy Street**<br>**West Babylon, NY 11704** | **Ultimate Power, Inc. served a Restraining Notice pursuant to NYS CPLR Section 5222(b) on TD Bank, NA. Following receipt of the Restraining Notice TD Bank, NA removed certain funds from the Debtor's accounts and placed those funds in a separate holding account.**<br>Last 4 digits of account number:  **2490** | **September 13, 2016** | $368,198.51 |
| **Powerhouse Paving**<br>**P.O Box 5845**<br>**Hauppauge, NY 11788** | **Powerhouse Paving served a Restraining Notice pursuant to NYS CPLR Section 5222(b) on TD Bank, NA. Following receipt of the Restraining Notice TD Bank, NA removed certain funds from the Debtor's accounts and placed those funds in a separate holding account.**<br>Last 4 digits of account number:  **3699** | **August 22, 2016** | $878.69 |

| **Part 3:** | **Legal Actions or Assignments** |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | **Dowling College** | | | Case number *(if known)* **16-75545 (REG)** |

☐ None.

| | **Case title**<br>**Case number** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.1. | **Sans Technology, Inc. v. Dowling College**<br>**Index No. 613595/2015** | **Breach of Contract** | **Supreme Court of the State of New York**<br>**John P. Cohalan, Jr. Court Complex**<br>**400 Carleton Avenue**<br>**P.O. Box 9080**<br>**Central Islip, NY 11722** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Gerald M. Oshea Inc., d/b/a L.I. Hardware v. Dowling College**<br>**Index No. CC-000159-16/IS** | **Goods Sold and Delivered Arbitration Award - Small Claims** | **Suffolk County District Court - Fifth**<br>**3105 Veterans Memorial Highway**<br>**Ronkonkoma, NY 11779** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.3. | **Gerald M. Oshea Inc., d/b/a L.I. Hardware v. Dowling College**<br>**Index No. CC-000158-16/IS** | **Goods Sold and Delivered Arbitration Award - Small Claims** | **Suffolk County District Court - Fifth**<br>**3105 Veterans Memorial Highway**<br>**Ronkonkoma, NY 11779** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.4. | **Ultimate Power Inc. v. Dowling College**<br>**Index No. 607580/2015** | **Labor and Materials** | **Supreme Court of the State of New York**<br>**John P. Cohalan, Jr. Court Complex**<br>**400 Carleton Avenue**<br>**P.O. Box 9080**<br>**Central Islip, NY 11722** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.5. | **Powerhouse Maintenance, Inc. d/b/a Powerhouse Paving v. Dowling College Enterprise Foundation, Inc. and Albert Inserra in his Capacity as President of an unincorporated association know as Dowling College, and Dowling College**<br>**Index No. 606286/2015** | **Labor and Materials** | **Supreme Court of the State of New York**<br>**John P. Cohalan, Jr. Court Complex**<br>**400 Carleton Avenue**<br>**P.O. Box 9080**<br>**Central Islip, NY 11722** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.6. | **Lori Zaikowski, on behalf of herself and all others similarly situated v. Dowling College, aka Dowling College Enterprise Foundation, Inc., dba Dowling Institute, dba Dowling College Alumni Association, dba Cecom**<br>**Adversary Case No. 16-08178** | **Demand for payment of salary and benefits** | **United States Bankruptcy Court, EDNY**<br>**290 Federal Plaza**<br>**Central Islip, NY 11722** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Nicholas J. Mauro, Ph.D.**<br>**N/A** | **Demand for Early Retirement Incentive Plan payments** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     

| Debtor | **Dowling College** | | Case number *(if known)* | **16-75545 (REG)** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | **Access Staffing, LLC v. Dowling College** | **Breach of Contract** | **Supreme Court of the State of New York**<br>**Supreme Court, Nassau County**<br>**100 Supreme Court Drive**<br>**Mineola, NY 11501** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | **Martin Schoenhals v. Dowling College Chapter, New York State United Teachers, Local # 3890, New York State United Teachers, AFT, AFL-CIO and Dowling College**<br>**Civil Action No. 15-cv-02044** | **Wrongful termination** | **United States District Court, EDNY**<br>**Long Island Courthouse**<br>**100 Federal Plaza**<br>**Central Islip, NY 11722** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Absolute Plumbing of Long Island, Inc. v. Dowling College**<br>**N/A** | **Mechanic's Lien** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Carrier Corporation**<br>**N/A** | **Mechanic's Lien**<br>**$2,541.48** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Carrier Corporation**<br>**N/A** | **Mechanic's Lien**<br>**$4,000.00** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Carrier Corporation**<br>**N/A** | **Mechanic's Lien**<br>**$20,940.00** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Carrier Corporation**<br>**N/A** | **Mechanic's Lien**<br>**$34,200.00** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **Carrier Corporation**<br>**N/A** | **Mechanic's Lien**<br>**$6,317.50** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Universal Temperature Controls Ltd.**<br>**N/A** | **Mechanic's Lien**<br>**$7,830.03** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **SimplexGrinnell LP**<br>**N/A** | **Mechanic's Lien**<br>**$25,095.00** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    __Dowling College__                                              Case number _(if known)_  __16-75545 (REG)__

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.18. | United States of America National Labor Relations Board<br>29-CA-183006 | The International Union of Operating Engineers, Local 30 filed a charge with the National Labor Relations Board against Dowling College arising from alleged violations of the Collective Bargaining Agreement by and between IUOE, Local 30 and Dowling College. The NLRB is conducting an investigation. | United States of America National Labor Region 29 Two Metro-Tech Center, 5th Floor Brooklyn, NY 11201 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | U.S. Department of Labor | The U.S. Department of Labor is conducting an investigation into the Dowling College Employee Benefit Plan. | U.S. Department of Labor Employee Benefits SecurityAdministration 33 Whitehall Street, Suite 1200 Matt Manfredi New York, NY 10004 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | Local 153, OPEIU; OPEIU, Local 153 and Dowling College<br>1-16-0003-3581 | Demand for arbitration filed by Office & Prof. Employees Int'l Union Local 153, AFL-CIO in connection with a grievance arising from alleged violations of the Collective Bargaining Agreement by and between Local 153 and Dowling College. | American Arbitration Association 120 Broadway, 21st Floor New York, NY 10271 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | **Dowling College** | | | Case number *(if known)* **16-75545 (REG)** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.21. | **Dowling College Chapter of NYSUT** | **Grievance filed by the Dowling College Chapter of New York State United Teachers arising from alleged violations of the Collective Bargaining Agreement by and among Dowling College Chapter of New York State United Teachers and Dowling College.** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **13 iMac A1419s - Stolen** | **28,178.82** | **8/26/2016** | **Unknown** |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Dowling College**                                                    Case number *(if known)*   **16-75545 (REG)**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **CohnReznick LLP**<br>**4 Becker Farm Road**<br>**Roseland, NJ 07068** | | **8/8/2016**<br>**10/14/2016** | **$637,436.04** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**UMB Bank, National Association, as**<br>**escrow agent from funds**<br>**contributed by the proposed debtor**<br>**in possession lenders for the**<br>**benefit of the Debtor** | | | |
| 11.2. | **Klestadt Winters Jureller**<br>**Southard & Stevens, LLP**<br>**200 West 41st Street**<br>**17th Floor**<br>**New York, NY 10036-7203** | **Attorney Fees** | **9/30/2016**<br>**10/25/2016**<br>**11/4/2016**<br>**11/18/2016**<br>**11/23/2016** | **$457,221.34** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**UMB Bank, National Association, as**<br>**escrow agent from funds**<br>**contributed by the proposed debtor**<br>**in possession lenders for the**<br>**benefit of the Debtor** | | | |
| 11.3. | **Ingerman Smith, L.L.P.**<br>**150 Motor Pkwy**<br>**Suite 400**<br>**Hauppauge, NY 11788** | | **11/23/2016** | **$15,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**UMB Bank, National Association, as**<br>**escrow agent from funds**<br>**contributed by the proposed debtor**<br>**in possession lenders for the**<br>**benefit of the Debtor** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Dowling College** | | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.4. | **RSR Consulting, LLC 1330 Avenue of the Americas Suite 23A New York, NY 10019** | | **10/18/2016 10/21/2016 10/28/2016 11/4/2016 11/14/2016 11/18/2016 11/23/2016** | **$350,341.37** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **UMB Bank, National Association, as escrow agent from funds contributed by the proposed debtor in possession lenders for the benefit of the Debtor** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Dowling College | Case number *(if known)* | 16-75545 (REG) |
|--------|-----------------|--------------------------|----------------|

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

> **Debtor collects and retains names, addresses, SSN's of students, and certain financial information.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **I.A.M. National Pension Fund** | EIN:  **51-6031295** |

Has the plan been terminated?
■ No
☐ Yes

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **International Union of Operating Engineers Local 30 Pension Fund 001** | EIN:  **51-6045848** |

Has the plan been terminated?
■ No
☐ Yes

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Local 153 Pension Fund 001** | EIN:  **13-2864289** |

Has the plan been terminated?
■ No
☐ Yes

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Dowling College Defined Contribution Plan** | EIN:  **11-2157078** |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | **Dowling College** | | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|---|

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Astro Moving & Storage**<br>**30 Jefferson Avenue**<br>**Saint James, NY 11780** | **Ralph Cerullo**<br>**23 Canterbury Court**<br>**East Setauket, NY 11733**<br><br>**Anna Stoloff**<br>**325 W 4th St**<br>**Deer Park, NY 11729** | **Various records for School of Ed, School of Business, Arts & Sciences, Dowling Institute, HR, Business & Finance, Accounting, Bursar, Admissions, Degreet Audit, etc.** | ☐ No<br>■ Yes |
| **Iron Mountain**<br>**1000 Campus Drive**<br>**Collegeville, PA 19426** | **Ralph Cerullo**<br>**23 Canterbury Court**<br>**East Setauket, NY 11733**<br><br>**Anna Stoloff**<br>**325 W 4th St**<br>**Deer Park, NY 11729** | **Various records for School of Ed, School of Business, Arts & Sciences, Dowling Institute, HR, Business & Finance, Accounting, Bursar, Admissions, Degreet Audit, etc.** | ☐ No<br>■ Yes |
| **Iron Mountain**<br>**1000 Campus Drive**<br>**Collegeville, PA 19426** | **Anna Stoloff**<br>**325 W 4th St**<br>**Deer Park, NY 11729**<br><br>**Ralph Cerullo**<br>**23 Canterbury Court**<br>**East Setauket, NY 11733** | **Multi-Media Storage** | ☐ No<br>■ Yes |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor    **Dowling College**                                      Case number *(if known)*  **16-75545 (REG)**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **People of the State of New York c/o NYSAG, Charities Bureau 120 Broadway Attn: Peggy Farber New York, NY 10271** | **Dowling College - Oakdale Campus Dowling College - Brookhaven Campus** | **Misc. restricted assets** | **Unknown** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■  No.
   ☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.  **Dowling Manhattan Center 26 Broadway, 12th Floor New York, NY 10004** | **Center for learning** | EIN: <br><br> From-To   **Pre June 2016 until June 2016** |

26.  **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Ralph Cerullo**<br>**23 Canterbury Court**<br>**East Setauket, NY 11733** | **4/25/2013 - Present** |
| 26a.2.    **Jaclyn Carlo**<br>**49 Grandview Lane**<br>**Smithtown, NY 11787** | **10/9/2006 - 8/11/2013** |
| 26a.3.    **Jacqueline Pearsall**<br>**201 O'Keefe Court**<br>**Oakdale, NY 11769** | **9/21/2005 - 5/2/2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **KPMG LLC**<br>**1305 Walt Whitman Road**<br>**Suite 200**<br>**Melville, NY 11747** | **1/1/1993 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **UMB Bank, N.A.**<br>**Corporate Trust Services**<br>**120 Sixth Street, Suite 1400**<br>**Minneapolis, MN 55402** |
| 26d.2.    **Wilmington Trust, National Association**<br>**Corporate Trust Services**<br>**25 South Charles Street, 11th Floor**<br>**Baltimore, MD 21201** |
| 26d.3.    **ACA Financial Guaranty Corp.**<br>**Carl B. McCarthy, General Counsel**<br>**555 Theodore Fremd Avenue**<br>**Suite C-205**<br>**Rye, NY 10580** |
| 26d.4.    **Oppenheimer Funds**<br>**350 Linden Oaks**<br>**Rochester, NY 14603** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |

**Name and address**

26d.5. **Moody's Investors Service, Inc.**
**7 World Trade Center**
**250 Greenwich Street**
**New York, NY 10007**

26d.6. **Standard & Poor's Financial Services LLC**
**55 Water Street**
**New York, NY 10041**

26d.7. **TD Bank, N.A.**
**188 North Main Street**
**Sayville, NY 11782**

26d.8. **RBC Capital**
**3 World Financial Center**
**New York, NY 10281**

26d.9. **SterlingRisk**
**135 Crossways Park Drive**
**Woodbury, NY 11797**

26d.10. **Middle States Commmission on Higher Educ**
**3624 Market Street**
**2nd Floor West**
**Philadelphia, PA 19104**

26d.11. **New York State Education Department**
**89 Washington Avenue**
**Albany, NY 12234**

26d.12. **United States Department of Education**
**Lyndon Baines Johnson (LBJ)**
**Department of Education Building**
**400 Maryland Avenue, SW**
**Washington, DC 20202**

26d.13. **Office of the Attorney General**
**The Capitol**
**Albany, NY 12224**

26d.14. **Baker Tilly**
**125 Baylis Road**
**Suite 300**
**Melville, NY 11747**

26d.15. **Dowling College Chapter of NYSUT**
**150 Motor Parkway**
**Hauppauge, NY 11788**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Dowling College**                                     Case number *(if known)*    **16-75545 (REG)**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gerald J. Curtin | PO Box 608<br>Great River, NY 11739 | Trustee, Vice Chairman | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jack O'Connor | 59 Harbour Drive<br>Bethpage, NY 11714 | Trustee | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dennis O'Doherty | 105 Cleveland Avenue<br>Sayville, NY 11782 | Trustee | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ronald Parr | 6 Glenrich Drive<br>Saint James, NY 11780 | Trustee | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joseph K. Posillico | 3 Kaiser Hill Road<br>Huntington, NY 11743 | Trustee, Secretary | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael P. Puorro | 25 Davison Lane West<br>West Islip, NY 11795 | Trustee, Chairman | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Racanelli | 4 Morris Lane<br>Oyster Bay, NY 11771 | Trustee | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. Patricia M. Blake, Esq. | 452 Montauk Highway<br>East Moriches, NY 11940 | Trustee | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert S. Rosenfeld, CPA, CFE | c/o RSR Consulting, LLC<br>1330 Avenue of the Americas<br>Suite 23A<br>New York, NY 10019 | Chief Restructuring Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ralph Cerullo | 23 Canterbury Court<br>East Setauket, NY 11733 | Chief Financial Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anne Dimola | 14 Christopher Court<br>West Islip, NY 11795 | Corp., Secretary | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

| Debtor | **Dowling College** | | | Case number *(if known)* | **16-75545 (REG)** |

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Albert Inserra | **45 Inlet View Path East Moriches, NY 11940** | **President** | **Resigned 8/19/2016** |
| Mryka A. Gonzalez | **104 Monroe Avenue Patchogue, NY 11772** | **Trustee** | **Resigned 8/31/2015** |
| Deborah K. Richman | **175 East Shore Road Huntington, NY 11743** | **Trustee** | **Resigned 11/24/2015** |
| Chad Shandler | **c/o CohnReznick LLP 1301 Avenue of the Americas New York, NY 10019** | **Chief Restructing Officer** | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Ralph Cerullo 23 Canterbury Court East Setauket, NY 11733** | **$244,211.94** | **11/1/15 - 11/30/16** | **Payroll** |
| | **Relationship to debtor Chief Financial Officer** | | | |
| 30.2. | **Ralph Cerullo 23 Canterbury Court East Setauket, NY 11733** | **$1,413.09** | **10/7/16 - 11/23/16** | **Expense checks** |
| | **Relationship to debtor Chief Financial Officer** | | | |
| 30.3. | **Ralph Cerullo, Jr. 23 Canterbury Court East Setauket, NY 11733** | **12032.10** | **11/1/15 - 1/29/16** | **Payroll** |
| | **Relationship to debtor Son of Chief Financial Officer** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Dowling College**                                    Case number *(if known)*   **16-75545 (REG)**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **Albert Inserra**<br>**45 Inlet View Path**<br>**East Moriches, NY 11940** | **$199,769.25** | **11/1/15 -**<br>**8/19/16** | **Payroll** |
| | **Relationship to debtor**<br>**Former President** | | | |
| 30.5. | **Albert Inserra**<br>**45 Inlet View Path**<br>**East Moriches, NY 11940** | **$335.13** | **3/16/2016** | **Expense Check** |
| | **Relationship to debtor**<br>**Former President** | | | |
| 30.6. | **Albert Inserra**<br>**45 Inlet View Path**<br>**East Moriches, NY 11940** | **$769.18** | **6/29/2016** | **Expense check** |
| | **Relationship to debtor**<br>**Former President** | | | |
| 30.7. | **David Racanelli**<br>**73 Pacific Dunes Ct.**<br>**Medford, NY 11763** | **$46,723.15** | **11/1/15 -**<br>**6/2/16** | **Payroll** |
| | **Relationship to debtor**<br>**Brother/Son to Trustee** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☐ No
   ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Dowling College Defined Contribution Plan - 403(b)** | EIN:   **11-2157078** |
| **I.A.M. National Pension Fund** | EIN:   **51-6031295** |
| **International Union of Operating Engineers Local 30 Pension Fund 001** | EIN:   **51-6045848** |
| **Local 153 Pension Fund 001** | EIN:   **13-2864289** |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Dowling College**                                  Case number *(if known)*  **16-75545 (REG)**

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 13, 2016**

**/s/ Robert S. Rosenfeld**                              **Robert S. Rosenfeld**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes