UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:

    Dowling College,

                                Debtor(s)

-----------------------------------------------------------------x

Case No. 16-75545 (REG)

Chapter 11

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-1(b)

    Robert S. Rosenfeld _____, undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter __11__ of the Bankruptcy Code on __November 29, 2016__ .

2. Schedule(s) __D, E and F__ were not filed at the time of filing of the said petition, and is/are being filed herewith.

3. [*Check applicable box*]:

   ☐ The schedules filed herewith reflect no additions or corrections to, or deletions from, list of creditors which accompanied the petition.

   ☑ Annexed hereto is a listing of names and addresses of scheduled creditors added to or deleted from the list of creditors which accompanied the petition. Also listed, as applicable, are any scheduled creditors whose previously listed names and/or addresses have been corrected. The nature of the change (addition, deletion or correction) is indicated for each creditor listed.

1. [If creditors have been *added*] An amended mailing matrix is annexed hereto, listed added creditors **ONLY**, in the format prescribed by E.D.N.Y LBR 1007-3.

*Reminder: No amendment of schedules is effective until proof of service in accordance with E.D.N.Y LBR 1009-1(b) has been filed with the Court.*

Any additions to the list of creditors which accompanied the petition will be deemed an amendment to the list, if this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. The motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affirmation, all attachments and the amended schedules in accordance with E.D.N.Y LBR 1009-1.

Dated: __12/14/16__

                                                                            Debtor *(signature)*

Sworn to before me this __14th__
Day of __December__, 20__16__

Notary Public, State of New York

                                          CHRISTINE A. CANLON
                                     Notary Public State of New York
                                             No 01CA6165799
                                     Qualified in Suffolk County
                                  Commission Expires May 14 20__18__

In re Dowling College, Case No. 16-75545 (REG)

**Creditors Added to Matrix:**

Access Staffing, LLC
PO Box 75334
Chicago, IL 60675-5334

Archer, Byington, Glennon & Levine LLP
James W. Versocki
One Huntington Quadrangle, Suite 4C10
PO Box 9064
Melville, NY 11747

Department of Veteran Affairs
Agent Cashier-Buffalo Regional Processing
Kim Wagner
130 S Elmwood Avenue
Buffalo, NY 14202

Dowling College Employee Benefit Plan
150 Idle Hour Boulevard
Oakdale, NY 11769

Gerald M. O'Shea Inc.
4155 Veterans Highway, Suite 9
Ronkonkoma, NY 11779

Joint Board of Trustees of Local 153
265 West 14th Street
New York, NY 10011

IAM National Pension Fund
1300 Connecticut Ave., NW
Suite 300
Washington, DC 20036

IUOE Local 30
16-16 Whitestone Expressway
Robert V. Wilson, Business Representative
Whitestone, NY 11357

Law Office of Amos Weinberg
49 Somerset Dr. S
Great Neck, NY 11020

Local 153 Pension Fund
265 14th Street
New York, NY 10011

Local 434
652 4th Avenue
Dominic Taibbi
Brooklyn, NY 11232

Lori Zaikowski
130 Jackie Court
Patchogue, NY 11772

Lori Zaikowski, as Proposed Class Rep.
c/o Outten & Golden LLP
685 Third Avenue, 25th Floor
Jack A. Raisner, Rene S. Roupinian
New York, NY 10017

Martin Schoenhals
c/o Laine A. Armstrong
Advocates for Justice
225 Broadway, Suite 1902
New York, NY 10007

National Labor Relations Board
Region 29
Two Metro-Tech Center, 5th Floor
Matthew A. Jackson
Brooklyn, NY 11201

NYSUT
New York State United Teachers
150 Motor Parkway, Suite 306
Hauppauge, NY 11788
Attn: Sean Callahan, Esq.

SANS Technology, Inc.
c/o William Wexler, Esq.
816 Deer Park Avenue
North Babylon, NY 11703

U.S. Department of Labor
Employee Benefits Security Administration
33 Whitehall Street, Suite 1200
Matt Mandredi
New York, NY 10004

U.S. Department of Education
Financial Square
32 Old Slip, 25th Floor
New York, NY 10005

U.S. Department of Education
1990 K. Street, N.W.
Washington, DC 20006

In re Dowling College, Case No. 16-75545 (REG)

**Creditors Removed from Matrix:**

Anna McAree
14 Bayberry Lane
Sag Harbor, NY 11963

Brendan Mitchell
33 Namkee Road
Blue Point, NY 11715

Brian A. Davis
9 Somerset Road N
Amityville, NY 11701-2019

Brian Ramsarran
70 Scotchpine Drive
Islandia, NY 11749-1605

Brianna L. Nicolia
30 The Moor
East Islip, NY 11730

Cablevision
PO Box 371378
Pittsburgh, PA 15250-7378

Cassidy Brooke Rollman
37 Arbour Street
West Islip, NY 11795-1016

Cha-Neice Gordon
25 Harbor Watch Court
Sag Harbor, NY 11963

Christina Vellia
18 Grace Marie Court
W. Babylon, NY 11704

Christine M. Schumm
2876 Vista Acedera
Carlsbad, CA 92009

Daniel Fiel
212 East 95th Street
Unit 1-B
New York, NY 10128

District No. 15 IAMAW
25 Harbor Watch Court
Sag Harbor, NY 11963

Emira Chand
105 Sheridan Avenue
Brooklyn, NY 11208-3024

Gabriella Russo
90-15 156 Avenue
Howard Beach, NY 11414

Hamid Ikram
48 W. Shore Road
Oakdale, NY 11769

Jaewoo Park
25 Harbor Watch Court
Sag Harbor, NY 11963

James E. Crenshaw
16 Bailey Lane
Manorville, NY 11949

Jamie Kass
6 Edith Court
West Babylon, NY 11704

Joseph Lee
25 Harbor Watch Court
Sag Harbor, NY 11963

Joshua D. Cerna
446 61st Street
Apt 2D
Brooklyn, NY 11220

Kyle Na Malin-Levantino
25 Harbor Watch Court
Sag Harbor, NY 11963

Marissa Grace Trezza
25 Harbor Watch Court
Sag Harbor, NY 11963

Matthew Benj Goldstein
519 East Penn Street
Long Beach, NY 11561

Matthew Joseph Simone
4037 Chestnut Street
Seaford, NY 11783-1909

Megan N. Murphy
7 Center Drive
Syosset, NY 11791

Milce Garcia
290 Oak Avenue
Riverhead, NY 11901

Peter Sean Hines
25 Harbor Watch Court
Sag Harbor, NY 11963

Ryan Munkwitz
21 Glen Hollow Drive
Apt. G28
Holtsville, NY 11742

Samantha Maria Labarbera
1581 Route 300
Newburgh, NY 12550-1755

Scott M. Keane
3 Girard Avenue
Erial, NJ 08081

Sean Patrick Irwin
364 Southbury Road
Roxbury, CT 06783

Sharon A. Wheeler
25 Harbor Watch Court
Sag Harbor, NY 11963

Sterling Waters
343 Newport Road
Uniondale, NY 11553

Steven Anthony D'Angelo
6 Whig Court
Holbrook, NY 11741

Tamara Costanzo
46 Meyer Lane
Medford, NY 11763

Taylor Pililani Takeda
95-987 Ukuwai Street
Apt. 2405
Mililani, HI 96789

Werlhens Francois
129 Woodland Avenue
Central Islip, NY 11722

William R. Goncalves
5 Cristina Drive
Manorville, NY 11949

Winters Bros. Hauling
1198 Prospect Ave
Westbury, NY 11590-2723

Xavier Simmons
102 Lexington Avenue
Central Islip, NY 11722

Yiging Lan
No. 144, Lishan Road
Lixia District
Jinan, 250013

Winters Bros. Hauling
1198 Prospect Ave
Westbury, NY 11590-2723

Xavier Simmons
102 Lexington Avenue
Central Islip, NY 11722

Yiging Lan
No. 144, Lishan Road
Lixia District
Jinan, 250013