UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF YORK
-----------------------------------------------------------x

In Re:

Dowling College,

                       Debtor.
-----------------------------------------------------------x

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES**

Chapter 11
Case No. 8-16-75545 (reg)

        **PLEASE TAKE NOTICE**, that ROBERT L. CAPERS, United States Attorney for the Eastern District of New York by James H. Knapp, Assistant United States Attorney, hereby appears as in the above captioned proceeding for the Department of Education, a creditor of DOWLING COLLEGE and pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, the United States of America demands that any and all notices given or required to be given in the above-captioned Chapter 11 case and all papers served or required to be served in the above-captioned Chapter 11 case be given to and served upon the undersigned at the offices, telephone and telecopier numbers set forth herein.

        **PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the bankruptcy rules specified above, but also includes, without limitation, notices of any applications, complaint, demand, hearing, motion, petition, pleading or request, whether formal

or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, e-mail or otherwise.

Dated:  December 14, 2016

          ROBERT L. CAPERS
          United States Attorney
          Eastern District of New York
          610 Federal Plaza, 5th Fl.
          Central Islip, New York 11722

By:   *s/ James H. Knapp*
        James H. Knapp
        Assistant U.S. Attorney
        (631) 715-7879
        James.knapp@usdoj.gov

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and accurate copy of th foregoing Notice of Appearance and for Request for Notices was served on this 14th day of December, 2016 via the court's ECF system on those parties registered to receive notice in this case.

                                s/ Carol Cohen
                                *Carol Cohen*