**KLESTADT WINTERS JURELLER**
  **SOUTHARD & STEVENS, LLP**
200 West 41st St., 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Joseph C. Corneau
Lauren C. Kiss

*Proposed Counsel to the Debtor and Debtor in*
  *Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| In re | : | Chapter 11 |
|  | : |  |
| DOWLING COLLEGE, | : | Case No. 16-75545(REG) |
|  | : |  |
|  | : |  |
| Debtor. | : |  |

---------------------------------------------------------------x

### NOTICE OF FILING OF PROPOSED INTERIM BUDGET
### FOR PERIOD ENDING JANUARY 13, 2017

**PLEASE TAKE NOTICE** that on November 29, 2016, Dowling College (the "Debtor") filed a petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on November 29, 2016, the Debtor filed the Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor (A) to Obtain Post-Petition Secured, Superpriority Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to Pre-Petition Secured Creditors Pursuant to 11 U.S.C. § 363; and Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c) (the "DIP Financing Motion") [DE 9].

**PLEASE TAKE FURTHER NOTICE** that an emergency hearing on the DIP Financing Motion is scheduled for December 2, 2016 at 10:00 a.m. (the "Emergency Hearing"). Following the Emergency Hearing, the Bankruptcy Court entered its Emergency Order (I) Authorizing Debtor to Obtain Postpetition Financing and Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling an Interim Hearing, and (IV) Granting Certain Related Relief (the

"Emergency Order") [DE 63] which, *inter alia*, scheduled an interim hearing (the "Interim Hearing") on the DIP Financing Motion for December 15, 2016 at 10:00 a.m. (Eastern).

**PLEASE TAKE FURTHER NOTICE** that in advance of the Interim Hearing, the Debtor and the DIP Lenders (as defined in the DIP Financing Motion) have agreed to a budget for the seven (7) weeks ending January 13, 2017 (the "Interim Budget").

**PLEASE TAKE FURTHER NOTICE** that a copy of the Interim Budget is annexed hereto as **Exhibit A**.

Dated: New York, New York
          December 14, 2016

                                          **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

                                          By: */s/ Joseph C. Corneau*
                                               Sean C. Southard
                                               Joseph C. Corneau
                                               Lauren C. Kiss
                                     200 West 41st Street, 17th Floor
                                     New York, New York 10036
                                     Telephone: (212) 972-3000
                                     Facsimile: (212) 972-2245

                                     *Proposed Counsel for the Debtor and Debtor in Possession*

**Exhibit A**

DOWLING COLLEGE
CHAPTER 11 CASH FLOW FORECAST - BY BOND SERIES
FOR THE 7-WEEK PERIOD ENDING JANUARY 13, 2017
*USD*

| | Week #: | 1 | 2 | 3 | **Weeks 1-3** | 4 | 5 | 6 | 7 | **Weeks 4-7** | **Weeks 1-7** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Period Ending Friday: | **12/2/2016** | **12/9/2016** | **12/16/2016** | **Subtotal** | **12/23/2016** | **12/30/2016** | **1/6/2017** | **1/13/2017** | **Subtotal** | **Total** |
| Cash Disbursements: **(1)** | | | | | | | | | | | |
| **Administrative Overhead / Term Loan D** | | | | | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | | 26,408 | - | 26,408 | 52,815 | - | 26,408 | - | 26,408 | 52,815 | 105,630 |
| General Insurance | | 35,058 | - | - | 35,058 | - | - | 35,058 | - | 35,058 | 70,117 |
| Professionals **(2)** | | | | | | | | | | - | - |
|   Klestadt | | - | - | - | - | - | - | - | - | - | - |
|   Ingerman Smith, L.L.P. | | - | - | - | - | - | - | - | - | - | - |
|   Special Counsel - ERISA - TBD | | - | - | - | - | - | - | 10,000 | - | 10,000 | 10,000 |
|   RSR Consulting, LLC | | - | - | 5,000 | 5,000 | 35,000 | 35,000 | 15,000 | 20,000 | 105,000 | 110,000 |
|   Chapter 11 Creditors Committee | | - | - | - | - | - | - | - | - | - | - |
| Student Refunds / Records Scanning | | - | - | - | - | - | 45,069 | - | - | 45,069 | 45,069 |
| Health, Medical, Unemployment Claims and Related | | - | - | - | - | - | - | - | - | - | - |
| Claims Agent | | - | - | 20,000 | 20,000 | - | - | - | - | - | 20,000 |
| Administrative | | - | 1,700 | 500 | 2,200 | - | - | - | - | - | 2,200 |
| Adequate Assurance | | - | - | - | - | - | - | - | - | - | - |
| U.S. Trustee Fees | | - | - | - | - | - | - | - | 6,500 | 6,500 | 6,500 |
| All Other Professional Fees | | - | - | - | - | - | - | - | 15,000 | 15,000 | 15,000 |
| DIP Interest and Fees | | 1,760 | - | - | 1,760 | 43,988 | - | - | - | 43,988 | 45,747 |
| Other | | 3,750 | 3,750 | 3,750 | 11,250 | 3,750 | 3,750 | 3,750 | 3,750 | 15,000 | 26,250 |
| **Total Administrative Overhead / Term Loan D** | | **66,975** | **5,450** | **55,658** | **128,083** | **82,738** | **110,226** | **63,808** | **71,658** | **328,430** | **456,513** |
| *2006 Bond Series - 68.0%* | | *45,543* | *3,706* | *37,847* | *87,096* | *56,262* | *74,954* | *43,390* | *48,727* | *223,332* | *310,429* |
| *2002 Bond Series - 18.2%* | | *12,190* | *992* | *10,130* | *23,311* | *15,058* | *20,061* | *11,613* | *13,042* | *59,774* | *83,085* |
| *2015 Bond Series - 13.8%* | | *9,243* | *752* | *7,681* | *17,675* | *11,418* | *15,211* | *8,806* | *9,889* | *45,323* | *62,999* |
| | | | | | | | | | | | |
| **Collateral Preservation** | | | | | | | | | | | |
| **Series 2006 Bonds / Term Loan A** | | | | | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | | 3,189 | - | 3,189 | 6,378 | - | 3,189 | - | 3,189 | 6,378 | 12,757 |
| General Insurance | | 12,039 | - | - | 12,039 | - | - | - | - | - | 12,039 |
| Utilities | | 21,706 | 67,476 | 21,706 | 110,889 | 21,706 | 21,706 | 21,706 | 21,706 | 86,826 | 197,715 |
| Security Personnel | | 20,151 | 20,151 | 20,151 | 60,453 | 20,151 | 20,151 | 20,151 | 20,151 | 80,604 | 141,056 |
| Property Management | | - | - | - | - | - | - | - | - | - | - |
| Other Outside Services | | 10,554 | 13,077 | 7,406 | 31,037 | 60,750 | 5,904 | 15,577 | - | 82,231 | 113,267 |
| Facility Maintenance | | 1,000 | 1,000 | 1,000 | 3,000 | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 | 7,000 |
| Real Estate Taxes | | - | - | - | - | - | - | - | - | - | - |
| Landscaping / Snow Removal | | 8,528 | - | - | 8,528 | 8,528 | - | - | - | 8,528 | 17,055 |
| Sales Broker - Marketing | | 43,559 | 13,845 | 5,867 | 63,271 | 4,839 | - | - | - | 4,839 | 68,110 |
| Brookhaven Site Planning | | - | 8,000 | - | 8,000 | - | - | - | - | - | 8,000 |
| DIP Interest and Fees | | 1,788 | - | - | 1,788 | 44,691 | - | - | - | 44,691 | 46,479 |
| Other | | 3,779 | 6,572 | 3,139 | 13,490 | 3,779 | 3,139 | 3,139 | 3,139 | 13,197 | 26,687 |
| **Total Series 2006 Bonds / Term Loan A** | | **126,293** | **130,121** | **62,459** | **318,872** | **165,444** | **55,090** | **61,573** | **49,186** | **331,293** | **650,165** |
| | | | | | | | | | | | |
| **Series 2002 Bonds / Term Loan B** | | | | | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | | - | - | - | - | - | - | - | - | - | - |
| General Insurance | | - | - | - | - | - | - | - | - | - | - |
| Utilities | | 2,194 | 6,214 | 2,194 | 10,601 | 2,194 | 2,194 | 2,194 | 2,194 | 8,774 | 19,375 |
| Security Personnel | | 1,865 | 1,865 | 1,865 | 5,595 | 1,865 | 1,865 | 1,865 | 1,865 | 7,460 | 13,056 |
| Property Management | | - | - | - | - | - | - | - | - | - | - |
| Other Outside Services | | 5,783 | 7,600 | 500 | 13,883 | 500 | 2,813 | 13,300 | - | 16,613 | 30,495 |
| Facility Maintenance | | 500 | 500 | 500 | 1,500 | 500 | 500 | 500 | 500 | 2,000 | 3,500 |
| Real Estate Taxes | | - | - | - | - | - | - | - | - | - | - |
| Landscaping / Snow Removal | | 1,975 | - | - | 1,975 | 1,975 | - | - | - | 1,975 | 3,949 |
| Sales Broker - Marketing | | - | - | - | - | - | - | - | - | - | - |

DOWLING COLLEGE
CHAPTER 11 CASH FLOW FORECAST - BY BOND SERIES
FOR THE 7-WEEK PERIOD ENDING JANUARY 13, 2017
*USD*

| | Week #: | 1 | 2 | 3 | **Weeks 1-3** | 4 | 5 | 6 | 7 | **Weeks 4-7** | **Weeks 1-7** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Period Ending Friday: | **12/2/2016** | **12/9/2016** | **12/16/2016** | **Subtotal** | **12/23/2016** | **12/30/2016** | **1/6/2017** | **1/13/2017** | **Subtotal** | **Total** |
| Brookhaven Site Planning | | - | 2,000 | - | 2,000 | - | - | - | - | - | 2,000 |
| DIP Interest and Fees | | 256 | - | - | 256 | 6,409 | - | - | - | 6,409 | 6,665 |
| Other | | 453 | 606 | 304 | 1,363 | 453 | 304 | 304 | 304 | 1,366 | 2,729 |
| **Total Series 2002 Bonds / Term Loan B** | | **13,025** | **18,785** | **5,363** | **37,172** | **13,895** | **7,676** | **18,163** | **4,863** | **44,597** | **81,769** |
| **Series 2015 Bonds / Term Loan C** | | | | | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | | - | - | - | - | - | - | - | - | - | - |
| General Insurance | | 17,962 | - | - | 17,962 | - | - | - | - | - | 17,962 |
| Utilities | | 150 | 6,360 | 150 | 6,660 | 150 | 150 | 150 | 150 | 600 | 7,260 |
| Security Personnel | | - | - | - | - | - | - | - | - | - | - |
| Property Management | | - | - | - | - | - | - | - | - | - | - |
| Other Outside Services | | 55 | - | - | 55 | - | - | - | - | - | 55 |
| Facility Maintenance | | - | 500 | - | 500 | 500 | - | 500 | - | 1,000 | 1,500 |
| Real Estate Taxes | | - | - | - | - | - | 87,181 | - | - | 87,181 | 87,181 |
| Landscaping / Snow Removal | | 1,398 | - | - | 1,398 | 1,398 | - | - | - | 1,398 | 2,795 |
| Sales Broker - Marketing | | - | - | - | - | - | - | - | - | - | - |
| Brookhaven Site Planning | | - | - | - | - | - | - | - | - | - | - |
| DIP Interest and Fees | | 196 | - | - | 196 | 4,912 | - | - | - | 4,912 | 5,108 |
| Other | | 563 | 563 | 563 | 1,688 | 563 | 563 | 563 | 563 | 2,250 | 3,938 |
| **Total Series 2015 Bonds / Term Loan C** | | **20,324** | **7,423** | **713** | **28,459** | **7,522** | **87,893** | **1,213** | **713** | **97,340** | **125,799** |
| **Total Cash Disbursements** | | **226,617** | **161,778** | **124,192** | **512,586** | **269,599** | **260,885** | **144,757** | **126,419** | **801,659** | **1,314,246** |
| **DIP TRANCHE SUMMARY** | | | | | | | | | | | |
| **DIP FUNDING - WEEKLY** | | | | | | | | | | | |
| Term Loan A / Series 2006 Bonds | | 126,293 | 130,121 | 62,459 | 318,872 | 165,444 | 55,090 | 61,573 | 49,186 | 331,293 | 650,165 |
| Term Loan B / Series 2002 Bonds | | 13,025 | 18,785 | 5,363 | 37,172 | 13,895 | 7,676 | 18,163 | 4,863 | 44,597 | 81,769 |
| Term Loan C / Series 2015 Bonds | | 20,324 | 7,423 | 713 | 28,459 | 7,522 | 87,893 | 1,213 | 713 | 97,340 | 125,799 |
| Term Loan D / Administrative Overhead: | | | | | | | | | | - | - |
| Series 2006 Bonds (68.0%) | | 45,543 | 3,706 | 37,847 | 87,096 | 56,262 | 74,954 | 43,390 | 48,727 | 223,332 | 310,429 |
| Series 2002 Bonds (18.2%) | | 12,190 | 992 | 10,130 | 23,311 | 15,058 | 20,061 | 11,613 | 13,042 | 59,774 | 83,085 |
| Series 2015 Bonds (13.8%) | | 9,243 | 752 | 7,681 | 17,675 | 11,418 | 15,211 | 8,806 | 9,889 | 45,323 | 62,999 |
| Subtotal - Term Loan D | | 66,975 | 5,450 | 55,658 | 128,083 | 82,738 | 110,226 | 63,808 | 71,658 | 328,430 | 456,513 |
| **Total DIP Funding - Weekly** | | **226,617** | **161,778** | **124,192** | **512,586** | **269,599** | **260,885** | **144,757** | **126,419** | **801,659** | **1,314,246** |
| **DIP FUNDING - CUMULATIVE** | | | | | | | | | | | |
| Term Loan A / Series 2006 Bonds | | 126,293 | 256,414 | 318,872 | 318,872 | 484,317 | 539,406 | 600,979 | 650,165 | 650,165 | 650,165 |
| Term Loan B / Series 2002 Bonds | | 13,025 | 31,809 | 37,172 | 37,172 | 51,067 | 58,743 | 76,906 | 81,769 | 81,769 | 81,769 |
| Term Loan C / Series 2015 Bonds | | 20,324 | 27,746 | 28,459 | 28,459 | 35,981 | 123,874 | 125,086 | 125,799 | 125,799 | 125,799 |
| Term Loan D / Administrative Overhead: | | | | | | | | | | - | - |
| Series 2006 Bonds (68.0%) | | 45,543 | 49,249 | 87,096 | 87,096 | 143,358 | 218,312 | 261,702 | 310,429 | 310,429 | 310,429 |
| Series 2002 Bonds (18.2%) | | 12,190 | 13,181 | 23,311 | 23,311 | 38,369 | 58,431 | 70,044 | 83,085 | 83,085 | 83,085 |
| Series 2015 Bonds (13.8%) | | 9,243 | 9,995 | 17,675 | 17,675 | 29,093 | 44,304 | 53,110 | 62,999 | 62,999 | 62,999 |
| Subtotal - Term Loan D | | 66,975 | 72,425 | 128,083 | 128,083 | 210,821 | 321,047 | 384,855 | 456,513 | 456,513 | 456,513 |
| **Total DIP Funding - Cumulative** | | **226,617** | **388,394** | **512,586** | **512,586** | **782,185** | **1,043,070** | **1,187,827** | **1,314,246** | **1,314,246** | **1,314,246** |
| **INCURRED/UNPAID PROFESSIONAL FEES** | | | | | | | | | | | |
| Term Loan D / Administrative Overhead: | | | | | | | | | | | |
| Series 2006 Bonds (68.0%) | | 10,710 | 21,420 | 33,830 | 33,830 | 46,240 | 61,030 | 69,020 | 82,960 | 82,960 | 82,960 |
| Series 2002 Bonds (18.2%) | | 2,867 | 5,733 | 9,055 | 9,055 | 12,376 | 16,335 | 18,473 | 22,204 | 22,204 | 22,204 |
| Series 2015 Bonds (13.8%) | | 2,174 | 4,347 | 6,866 | 6,866 | 9,384 | 12,386 | 14,007 | 16,836 | 16,836 | 16,836 |

DOWLING COLLEGE
CHAPTER 11 CASH FLOW FORECAST - BY BOND SERIES
FOR THE 7-WEEK PERIOD ENDING JANUARY 13, 2017
*USD*

| | Week #: | 1 | 2 | 3 | **Weeks 1-3** | 4 | 5 | 6 | 7 | **Weeks 4-7** | **Weeks 1-7** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Period Ending Friday: | **12/2/2016** | **12/9/2016** | **12/16/2016** | **Subtotal** | **12/23/2016** | **12/30/2016** | **1/6/2017** | **1/13/2017** | **Subtotal** | **Total** |
| **Total Incurred/Unpaid Professional Fees** | | **15,750** | **31,500** | **49,750** | **49,750** | **68,000** | **89,750** | **101,500** | **122,000** | **122,000** | **122,000** |
| **TOTAL DIP COMMITMENT - CUMULATIVE** | | | | | | | | | | | |
| Term Loan A / Series 2006 Bonds | | 126,293 | 256,414 | 318,872 | 318,872 | 484,317 | 539,406 | 600,979 | 650,165 | 650,165 | 650,165 |
| Term Loan B / Series 2002 Bonds | | 13,025 | 31,809 | 37,172 | 37,172 | 51,067 | 58,743 | 76,906 | 81,769 | 81,769 | 81,769 |
| Term Loan C / Series 2015 Bonds | | 20,324 | 27,746 | 28,459 | 28,459 | 35,981 | 123,874 | 125,086 | 125,799 | 125,799 | 125,799 |
| Term Loan D / Administrative Overhead: | | | | | - | | | | | - | - |
| Series 2006 Bonds (68.0%) | | 56,253 | 70,669 | 120,926 | 120,926 | 189,598 | 279,342 | 330,722 | 393,389 | 393,389 | 393,389 |
| Series 2002 Bonds (18.2%) | | 15,056 | 18,914 | 32,366 | 32,366 | 50,745 | 74,765 | 88,517 | 105,289 | 105,289 | 105,289 |
| Series 2015 Bonds (13.8%) | | 11,416 | 14,342 | 24,541 | 24,541 | 38,477 | 56,690 | 67,117 | 79,835 | 79,835 | 79,835 |
| Subtotal - Term Loan D | | 82,725 | 103,925 | 177,833 | 177,833 | 278,821 | 410,797 | 486,355 | 578,513 | 578,513 | 578,513 |
| **Total DIP Commitment - Cumulative** | | **242,367** | **419,894** | **562,336** | **562,336** | **850,185** | **1,132,820** | **1,289,327** | **1,436,246** | **1,436,246** | **1,436,246** |
| *MEMO: TOTAL DIP COMMITMENT - CUMULATIVE* | | | | | | | | | | | |
| *Series 2006 Bonds* | | *182,546* | *327,083* | *439,799* | *439,799* | *673,915* | *818,748* | *931,701* | *1,043,554* | *1,043,554* | *1,043,554* |
| *Series 2002 Bonds* | | *28,081* | *50,724* | *69,538* | *69,538* | *101,813* | *133,508* | *165,423* | *187,058* | *187,058* | *187,058* |
| *Series 2015 Bonds* | | *31,740* | *42,088* | *53,000* | *53,000* | *74,458* | *180,564* | *192,203* | *205,634* | *205,634* | *205,634* |
| *Total DIP Commitment - Cumulative* | | *242,367* | *419,894* | *562,336* | *562,336* | *850,185* | *1,132,820* | *1,289,327* | *1,436,246* | *1,436,246* | *1,436,246* |

**NOTES:**

**(1)** The college is assumed to operate in bankruptcy on a zero cash basis with all required disbursements funded under the DIP loan facility.  Any proceeds from the use or sale of collateral or any other  miscellaneous cash inflows are assumed to be swept by the lenders to repay DIP borrowings or secured debt and are not reflected in the budget.  If it is ultimately determined that the Debtor's cash of approximately $222,000 is deemed unrestricted, such funds will be utilized to fund budgeted disbursements prior to the use of DIP financing funds and will reduce the applicable DIP commitments on a dollar-for-dollar basis.

**(2)** Refer to the Professional Fees supporting schedule attached for detail of professional fees expected to be incurred during the interim period. The scheduled indicates the amounts projected to be charged against existing retainers, the amounts to be paid in cash and the amounts incurred and projected to be unpaid at the end of the interim period due to timing of  disbursements, filing of fee applications and required holdback amounts.

DOWLING COLLEGE
CHAPTER 11 CASH FLOW FORECAST - PROFESSIONAL FEES DETAIL
FOR THE 7-WEEK PERIOD ENDING JANUARY 13, 2017
*USD*

| | Week #: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | **Weeks 1-7** |
|---|---|---|---|---|---|---|---|---|---|
| | Period Ending Friday: | **12/2/2016** | **12/9/2016** | **12/16/2016** | **12/23/2016** | **12/30/2016** | **1/6/2017** | **1/13/2017** | **Total** |
| **Professional Fees Incurred** | | | | | | | | | |
| Klestadt | | $ 22,500 | $ 22,500 | $ 22,500 | $ 22,500 | $ 21,250 | $ 21,250 | $ 21,250 | $ 153,750 |
| Ingerman Smith, L.L.P. | | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 35,000 |
| Special Counsel - ERISA - TBD | | - | - | 2,500 | 2,500 | 2,500 | 2,500 | 1,250 | 11,250 |
| RSR Consulting, LLC | | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 15,000 | 20,000 | 210,000 |
| Chapter 11 Creditors Committee | | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 43,750 |
| **Total Professional Fees Incurred** | | $ 68,750 | $ 68,750 | $ 71,250 | $ 71,250 | $ 70,000 | $ 50,000 | $ 53,750 | $ 453,750 |
| | | | | | | | | | |
| **Professional Fees Cash Disbursements** | | | | | | | | | |
| Klestadt | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Ingerman Smith, L.L.P. | | - | - | - | - | - | - | - | - |
| Special Counsel - ERISA - TBD | | - | - | - | - | - | 10,000 | - | 10,000 |
| RSR Consulting, LLC | | - | - | 5,000 | 35,000 | 35,000 | 15,000 | 20,000 | 110,000 |
| Chapter 11 Creditors Committee | | - | - | - | - | - | - | - | - |
| **Total Professional Fees Cash Disbursements** | | $ - | $ - | $ 5,000 | $ 35,000 | $ 35,000 | $ 25,000 | $ 20,000 | $ 120,000 |
| | | | | | | | | | |
| **Professional Fees Retainers Applied** | | | | | | | | | |
| Klestadt | | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 | $ 13,250 | $ 13,250 | $ 13,250 | $ 111,750 |
| Ingerman Smith, L.L.P. | | - | - | - | - | - | - | - | - |
| Special Counsel - ERISA - TBD | | - | - | - | - | - | - | - | - |
| RSR Consulting, LLC | | 35,000 | 35,000 | 30,000 | - | - | - | - | 100,000 |
| Chapter 11 Creditors Committee | | - | - | - | - | - | - | - | - |
| **Total Professional Fees Cash Disbursements** | | $ 53,000 | $ 53,000 | $ 48,000 | $ 18,000 | $ 13,250 | $ 13,250 | $ 13,250 | $ 211,750 |
| | | | | | | | | | |
| **Professional Fees Incurred Not Paid Balance** | | | | | | | | | |
| Klestadt | | $ 4,500 | $ 9,000 | $ 13,500 | $ 18,000 | $ 26,000 | $ 34,000 | $ 42,000 | $ 42,000 |
| Ingerman Smith, L.L.P. | | 5,000 | 10,000 | 15,000 | 20,000 | 25,000 | 30,000 | 35,000 | 35,000 |
| Special Counsel - ERISA - TBD | | - | - | 2,500 | 5,000 | 7,500 | - | 1,250 | 1,250 |
| RSR Consulting, LLC | | - | - | - | - | - | - | - | - |
| Chapter 11 Creditors Committee | | 6,250 | 12,500 | 18,750 | 25,000 | 31,250 | 37,500 | 43,750 | 43,750 |
| **Total Professional Fees Incurred Not Paid Balance** | | $ 15,750 | $ 31,500 | $ 49,750 | $ 68,000 | $ 89,750 | $ 101,500 | $ 122,000 | $ 122,000 |