**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re                                                                  :    Chapter 11
                                                                           :
DOWLING COLLEGE,                                       :    Case No. 16-75545 (REG)
                                                                           :
                                                                           :
                                            Debtor.           :
---------------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF JEFFREY L. HUBBARD IN SUPPORT OF APPLICATION FOR INTERIM AND FINAL ORDERS AUTHORIZING THE RETENTION OF A&G REALTY PARTNERS, LLC AND MADISON HAWK PARTNERS, LLC AS REAL ESTATE ADVISORS TO THE DEBTOR, *NUNC PRO TUNC* TO THE PETITION DATE**

I, JEFFREY L. HUBBARD, declare, pursuant to section 1746 of title 28 of the United States Code, as follows:

1.  I am President of Madison Hawk Partners, LLC ("Madison Hawk"). I am authorized to execute this supplemental affidavit on behalf of Madison Hawk and submit the same in further support of the application (the "Application")[1] of Dowling College, (the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), seeking authorization to employ and retain A&G Realty Partners, LLC ("A&G") and Madison Hawk Partners, LLC ("Madison Hawk" and together with A&G, the "Campus Agents") as its real estate advisors, as set forth in the Application and the Services Agreement, and in compliance with Sections 327(a) and 328(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 2014-1 of the Local Bankruptcy Rules for the Eastern District of New York (the "Local Rules").

---
[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application and the Services Agreement.

2

2.      Madison Hawk maintains offices at 575 Lexington Avenue, Suite 4017, New York, New York 10022. Unless otherwise stated in this Affidavit, I have personal knowledge of the facts hereinafter set forth.

3.      For the avoidance of doubt, Madison Hawk understands that any fee due and payable by the Debtor or its estate in relation to services to be performed by the Campus Agents will be payable to A&G. For the further avoidance of doubt, Madison Hawk understands and agrees that it will not seek the payment of any fee or commission from the Debtor or its estate directly. Instead, Madison Hawk will be paid for its services rendered under this engagement from the fee that may be received by A&G.

Dated: December 14, 2016

                                                  */s/ Jeffrey L. Hubbard*
                                                  JEFFREY L. HUBBARD