**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :

In re                                         :           Chapter 11

**DOWLING COLLEGE,**[1]          :           Case No. 16-75545 (REG)

**Debtor.**                         :

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY   )
                                    ) ss
COUNTY OF PASSAIC     )

I, Ira Nikelsberg, being duly sworn, depose and state:

1. I am a Senior Project Manager with Garden City Group, LLC, the claims and noticing agent for the debtor and debtor-in-possession (collectively, the "Debtor") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On December 14, 2016, at the direction of Klestadt Winters Jureller Southard & Stevens, LLP ("Klestadt"), proposed counsel for the Debtor, I caused true and correct copies of the following documents to be served by first class mail on the parties identified on Exhibit A annexed hereto (Creditors Added to Matrix):

- **Affidavit Pursuant to Local Rule 1007-1(b) [re: Schedules and Amendment to Matrix] ("Affidavit re: Schedules and Amendment to Matrix")** [Docket No. 96]; and

- **Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines ("Notice of Commencement")**.

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078). The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

3. On December 14, 2016, also at the direction of Klestadt, I caused a true and correct copy of the **Affidavit re: Schedules and Amendment to Matrix** to be served by first class mail on the parties identified on Exhibit B annexed hereto (Creditors Removed from Matrix and Office of the United States Trustee).

4. On December 14, 2016, also at the direction of Klestadt , I caused true and correct copies of the following documents to be served by e-mail on the parties identified on Exhibit C annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses), and by facsimile on the party identified on Exhibit D annexed hereto (Office of the United States Trustee):

- **Notice of Filing of Proposed Interim Budget for Period Ending January 13, 2017** [Docket No. 100];

- **Supplemental Declaration of Jeffrey L. Hubbard in Support of Application for Interim and Final Orders Authorizing the Retention of A&G Realty Partners, LLC and Madison Hawk Partners, LLC as Real Estate Advisors to the Debtor,** *Nunc Pro Tunc* **to the Petition Date** [Docket No. 101]; and

- **Notice of Agenda of Matters Scheduled for Hearing on December 15, 2016 at 10:00 A.M. ("Notice of Hearing Agenda")** [Docket No. 102].

5. On December 14, 2016, also at the direction of Klestadt , I caused a true and correct copy of the **Notice of Hearing Agenda** to be served by e-mail on the parties identified on Exhibit E annexed hereto (Interested Parties).

/s/ Ira Nikelsberg
Ira Nikelsberg

Sworn to before me this 15th day of
December, 2016

/s/ Benjamin Rowner
Benjamin Rowner
Notary Public, State of New Jersey
ID # 2320193
Qualified in Passaic County
Commission Expires October 14, 2019

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ACCESS STAFFING, LLC | PO BOX 75334 | | | | CHICAGO | IL | 60675-5334 |
| ARCHER, BYINGTON, GLENNON & LEVINE LLP | ATTN: JAMES W VERSOCKI | ONE HUNTINGTON QUADRANGLE, SUITE 4C10 | PO BOX 9064 | | MELVILLE | NY | 11747 |
| DEPARTMENT OF VETERAN AFFAIRS | AGENT CASHIER - BUFFALO REGIONAL PROCESSING | ATTN: KIM WAGNER | 130 S ELMWOOD AVE | | BUFFALO | NY | 14202 |
| DOWLING COLLEGE EMPLOYEE BENEFIT PLAN | 150 IDLE HOUR BLVD | | | | OAKDALE | NY | 11769 |
| GERALD M O'SHEA INC | 4155 VETERANS HIGHWAY, SUITE 9 | | | | RONKONKOMA | NY | 11779 |
| IAM NATIONAL PENSION FUND | 1300 CONNECTICUT AVE, NW | SUITE 300 | | | WASHINGTON | DC | 20036 |
| IUOE LOCAL 30 | ATTN: ROBERT V WILSON, BUSINESS REPRESENTATIVE | 16-16 WHITESTONE EXPRESSWAY | | | WHITESTONE | NY | 11357 |
| JOINT BOARD OF TRUSTEES OF LOCAL 153 | 265 WEST 14TH ST | | | | NEW YORK | NY | 10011 |
| LAW OFFICE OF AMOS WEINBERG | 49 SOMERSET DR S | | | | GREAT NECK | NY | 11020 |
| LOCAL 153 PENSION FUND | 265 14TH ST | | | | NEW YORK | NY | 10011 |
| LOCAL 434 | ATTN: DOMINIC TAIBBI | 625 4TH AVE | | | BROOKLYN | NY | 11232 |
| LORI ZAIKOWSKI | 130 JACKIE CT | | | | PATCHOGUE | NY | 11772 |
| LORI ZAIKOWSKI, AS PROPOSED CLASS REP. | C/O OUTTEN & GOLDEN LLP | ATTN: JACK A RAISNER & RENE S ROUPINIAN | 685 THIRD AVE, 25TH FLOOR | | NEW YORK | NY | 10017 |
| MARTIN SCHOENHALS | C/O LAINE A ARMSTRONG | ADVOCATES FOR JUSTICE | 225 BROADWAY, SUITE 1902 | | NEW YORK | NY | 10007 |
| NATIONAL LABOR RELATIONS BOARD | REGION 29 | ATTN: MATTHEW A JACKSON | TWO METRO-TECH CENTER, 5TH FLOOR | | BROOKLYN | NY | 11201 |
| NEW YORK STATE UNITED TEACHERS | ATTN: SEAN CALLAHAN, ESQ | 150 MOTOR PARKWAY, SUITE 306 | | | HAUPPAUGE | NY | 11788 |
| SANS TECHNOLOGY, INC. | C/O WILLIAM WEXLER, ESQ | 816 DEER PARK AVE | | | NORTH BABYLON | NY | 11703 |
| US DEPARTMENT OF EDUCATION | 1990 K STREET NW | | | | WASHINGTON | DC | 20006 |
| US DEPARTMENT OF EDUCATION | FINANCIAL SQUARE | 32 OLD SLIP, 25TH FLOOR | | | NEW YORK | NY | 10005 |
| US DEPARTMENT OF LABOR | EMPLOYEE BENEFITS SECURITY ADMINISTRATION | ATTN: MATT MANDREDI | 33 WHITEHALL ST, SUITE 1200 | | NEW YORK | NY | 10004 |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ANNA MCAREE | 14 BAYBERRY LANE | | | | SAG HARBOR | NY | 11963 |
| BRENDAN MITCHELL | 33 NAMKEE ROAD | | | | BLUE POINT | NY | 11715 |
| BRIAN A DAVIS | 9 SOMERSET ROAD N | | | | AMITYVILLE | NY | 11701-2019 |
| BRIAN RAMSARRAN | 70 SCOTCHPINE DRIVE | | | | ISLANDIA | NY | 11749-1605 |
| BRIANNA L NICOLIA | 30 THE MOOR | | | | EAST ISLIP | NY | 11730 |
| CABLEVISION | PO BOX 371378 | | | | PITTSBURGH | PA | 15250-7378 |
| CASSIDY BROOKE ROLLMAN | 37 ARBOUR STREET | | | | WEST ISLIP | NY | 11795-1016 |
| CHA-NEICE GORDON | 25 HARBOR WATCH COURT | | | | SAG HARBOR | NY | 11963 |
| CHRISTINA VELLIA | 2714 PECONIC AVE | | | | SEAFORD | NY | 11783-3430 |
| CHRISTINE M SCHUMM | 2876 VISTA ACEDERA | | | | CARLSBAD | CA | 92009 |
| DANIEL FIEL | 212 EAST 95TH STREET | UNIT 1-B | | | NEW YORK | NY | 10128 |
| DISTRICT NO. 15 IAMAW | 25 HARBOR WATCH COURT | | | | SAG HARBOR | NY | 11963 |
| EMIRA CHAND | 105 SHERIDAN AVENUE | | | | BROOKLYN | NY | 11208-3024 |
| GABRIELLA RUSSO | 90-15 156 AVENUE | | | | HOWARD BEACH | NY | 11414 |
| HAMID IKRAM | 435 JOHNSON PATH | | | | BOHEMIA | NY | 11716-3974 |
| JAEWOO PARK | 25 HARBOR WATCH COURT | | | | SAG HARBOR | NY | 11963 |
| JAMES E CRENSHAW | 16 BAILEY LANE | | | | MANORVILLE | NY | 11949 |
| JAMIE KASS | 16 PAUL DR | | | | MASTIC | NY | 11950-1912 |
| JOSEPH LEE | 25 HARBOR WATCH COURT | | | | SAG HARBOR | NY | 11963 |
| JOSHUA D CERNA | 446 61ST STREET | APT 2D | | | BROOKLYN | NY | 11220 |
| KYLE NA MALIN-LEVANTINO | 25 HARBOR WATCH COURT | | | | SAG HARBOR | NY | 11963 |
| MARISSA GRACE TREZZA | 25 HARBOR WATCH COURT | | | | SAG HARBOR | NY | 11963 |
| MATTHEW BENJ GOLDSTEIN | 519 EAST PENN STREET | | | | LONG BEACH | NY | 11561 |
| MATTHEW JOSEPH SIMONE | 4037 CHESTNUT STREET | | | | SEAFORD | NY | 11783-1909 |
| MEGAN N MURPHY | 7 CENTER DRIVE | | | | SYOSSET | NY | 11791 |
| MILCE GARCIA | 290 OAK AVENUE | | | | RIVERHEAD | NY | 11901 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE EASTERN DISTRICT OF NEW YORK | ATTN: STAN YANG, ESQ., TRIAL ATTORNEY | ALFONSE D'AMATO FEDERAL COURTHOUSE | 560 FEDERAL PLAZA | CENTRAL ISLIP | NY | 11722 |
| PETER SEAN HINES | 25 HARBOR WATCH COURT | | | | SAG HARBOR | NY | 11963 |
| RYAN MUNKWITZ | 21 GLEN HOLLOW DRIVE | APT. G28 | | | HOLTSVILLE | NY | 11742 |
| SAMANTHA MARIA LABARBERA | 1581 ROUTE 300 | | | | NEWBURGH | NY | 12550-1755 |
| SCOTT M.KEANE | 3 GIRARD AVENUE | | | | ERIAL | NJ | 08081 |
| SEAN PATRICK IRWIN | 364 SOUTHBURY ROAD | | | | ROXBURY | CT | 06783 |
| SHARON A WHEELER | 25 HARBOR WATCH COURT | | | | SAG HARBOR | NY | 11963 |
| STERLING WATERS | 343 NEWPORT ROAD | | | | UNIONDALE | NY | 11553 |
| STEVEN ANTHONY D'ANGELO | 6 WHIG COURT | | | | HOLBROOK | NY | 11741 |
| TAMARA COSTANZO | 46 MEYER LANE | | | | MEDFORD | NY | 11763 |
| TAYLOR PILILANI TAKEDA | 95-987 UKUWAI STREET | APT. 2405 | | | MILILANI | HI | 96789 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| WERLHENS FRANCOIS | 129 WOODLAND AVENUE | | | | CENTRAL ISLIP | NY | 11722 |
| WILLIAM R GONCALVES | 5 CRISTINA DRIVE | | | | MANORVILLE | NY | 11949 |
| WINTERS BROS. HAULING | 1198 PROSPECT AVE | | | | WESTBURY | NY | 11590-2723 |
| XAVIER SIMMONS | 102 LEXINGTON AVENUE | | | | CENTRAL ISLIP | NY | 11722 |
| YIGING LAN | NO. 144, LISHAN ROAD | LIXIA DISTRICT | | JINAN, 250013 CHINA | | | |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | cmccarthy@aca.com |
| ACA FINANCIAL GUARANTY CORP | ATTN: MARIA CHENG, MANAGING DIRECTOR | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | mcheng@aca.com |
| BLACKBOARD INC | ATTN WILLIAM DAVY | 1111 19TH ST NW FL 8 | | | WASHINGTON | DC | 20036-3624 | william.davy@blackboard.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | rmccord@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: THOMAS J. MCNAMARA | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | tmcnamara@certilmanbalin.com |
| CIGNA HEALTH & LIFE INSURANCE CO | 900 COTTAGE GROVE ROAD, B6LPA | | | | HARTFORD | CT | 06152 | thomascarfagno@cigna.com |
| COHNREZNICK LLP | ATTN CHAD J. SHANDLER | 4 BECKER FARM ROAD | | | ROSELAND | NJ | 07068 | Chad.Shandler@CohnReznick.com |
| GARDEN CITY GROUP, LLC | ATTN: IRA NIKELSBERG | 1985 MARCUS AVENUE | | | LAKE SUCCESS | NY | 11042 | Ira.Nikelsberg@gardencitygroup.com |
| GARFUNKEL WILD PC | ATTN ADAM T BERKOWITZ ESQ | 111 GREAT NECK RD | | | GREAT NECK | NY | 11021 | aberkowitz@garfunkelwild.com |
| INGERMAN SMITH, LLP | ATTN CHRISTOPHER J. CLAYTON | 150 MOTOR PKWY, SUITE 400 | | | HAUPPAUGE | NY | 11788 | cclayton@ingermansmith.com |
| JOSEPH BEHAR | 9 BROWN'S RIVER RD | | | | SAYVILLE | NY | 11782 | Jbehar2@optonline.net |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: SEAN C. SOUTHARD, ESQ. | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | ssouthard@klestadt.com |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: LAUREN C. KISS, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | lkiss@klestadt.com |
| LINDA ARDITO | 5 TWO ROD ROAD | | | | HUNTINGTON | NY | 11743 | Linda351@optonline.net |
| MEYER SUOZZI ENGLISH & KLEIN PC | ATTN HOWARD B KLEINBERG ESQ | 990 STEWART AVENUE | SUITE 300 | | GARDEN CITY | NY | 11530-9194 | hkleinberg@msek.com |
| MILMAN LABUDA LAW GROUP PLLC | ATTN JOHN M. HARRAS, ESQ | 3000 MARCUS AVENUE, SUITE 3W8 | | | LAKE SUCCESS | NY | 11042 | john@mllaborlaw.com |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC | ATTN IAN A HAMMEL ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | ihammel@mintz.com |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC | ATTN ERIC R BLYTHE ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | eblythe@mintz.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: P. MIYOKO SATO, ESQ. | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | msato@mintz.com |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN ALISON B. BIANCHI, COUNSEL AND | DEPUTY COMMISSIONER FOR LEGAL AFFAIRS | 89 WASHINGTON AVENUE | | ALBANY | NY | 12234 | Alison.Bianchi@nysed.gov |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN:DR. JOHN D'AGATI, DEPUTY COMMISSIONER | 89 WASHINGTON AVENUE | | | ALBANY | NY | 12234 | john.dagati@nysed.gov |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN, ATTORNEY GENERAL | ATTN: PEGGY FARBER | 120 BROADWAY, 24TH FLOOR | | NEW YORK | NY | 10271 | Peggy.Farber@ag.ny.gov |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE | ATTN:LORETTA E. LYNCH, ATTORNEY GENERAL | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530-0001 | askdoj@usdoj.gov |
| PAUL ABRAMSON | 6 WINSIDE LN | | | | CORAM | NY | 11727 | abramsop@dowling.edu |
| PSEGLI | ATTN  BRIAN HASSAN | 175 E OLD COUNTRY RD | | | HICKSVILLE | NY | 11801 | brian.hassan@pseg.com |
| RSR CONSULTING, LLC | ATTN: NEIL BIVONA | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 | nbivona@rsrconsultingllc.com |
| RSR CONSULTING, LLC | ATTN: ROBERT S. ROSENFELD | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 | rsrosenfeld@rsrconsultingllc.com |
| RUBIN & ROTHMAN | 1787 VETERANS HIGHWAY SUITE 32 | PO BOX 9003 | | | ISLANDIA | NY | 11749 | comments@rubinrothman.com |
| SCHULTE ROTH & ZABEL LLP | ATTN: BRIAN D. PFEIFFER | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | brian.pfeiffer@srz.com |
| SCHULTE ROTH & ZABEL LLP | ATTN: NEIL S. BEGLEY, ESQ. | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | neil.begley@srz.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281-1027 | newyork@sec.gov |
| SEYED RAJI | 24 PLEASANT LANE | | | | SOUTHAMPTON | NY | 11968 | seyraji@aol.com |
| SILVERBERG P.C. | ATTN KARL SILVERBERG | 320 CARLETON AVE, STE 6400 | | | CENTRAL ISLIP | NY | 11722 | ksilverberg@silverbergpclaw.com |
| SILVERBERG P.C. | ATTN KARL SILVERBERG, ESQ | 320 CARLETON AVENUE, SUITE 6400 | | | CENTRAL ISLIP | NY | 11722 | ksilverberg@silverbergpclaw.com |
| SILVERMANACAMPORA LLP | ATTN RONALD J FRIEDMAN ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | RFriedman@SilvermanAcampora.com |
| SILVERMANACAMPORA LLP | ATTN GERARD R LUCKMAN, ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | GLuckman@SilvermanAcampora.com |
| SILVERMANACAMPORA LLP | ATTN KENNETH P SILVERMAN EQS | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | KSilverman@SilvermanAcampora.com |
| ST JOHNS UNIVERSITY | ATTN MARY PLANT | BERNADETTE LAVIN-MACDONALD CTR. | 8000 UTOPIA PKWY | | JAMAICA | NY | 11439 | plantm@stjohns.edu |
| STATEWIDE ROOFING INC | 2120 FIFTH AVENUE | | | | RONKONKOMA | NY | 11779 | reception@statewideroofingli.com |
| STIM & WARMUTH PC | ATTN GLENN P WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | gpw@stim-warmuth.com |
| STIM & WARMUTH PC | ATTN PAULA J WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | pjw@stim-warmuth.com |
| THE ALLEN J FLOOD COMPANIES, INC | TWO MADISON AVENUE | | | | LARCHMONT | NY | 10538 | claims@ajfusa.com |
| UMB BANK, NATIONAL ASSOCIATION | ATTN: LAURA ROBERSON, SENIOR VICE PRESIDENT | 2 SOUTH BROADWAY, SUITE 600 | | | ST. LOUIS | MO | 63102 | laura.roberson@umb.com |
| UNITED STATES ATTORNEY | ATTN JAMES H KNAPP | ASSISTANT US ATTORNEY | EASTERN DISTRICT OF NEW YORK | 610 FEDERAL PLAZA, 5TH FL | CENTRAL ISLIP | NY | 11722 | James.knapp@usdoj.gov |
| UNITED STATES DEPARTMENT OF EDUCATION | FINANCIAL SQUARE | ATTN CHRISTOPHER CURRY | 32 OLD SLIP, 25TH FLOOR | | NEW YORK | NY | 10005 | christopher.curry@ed.gov |
| WE DRIVE YOU, INC | ATTN CHRIS CUKAR | 700 AIRPORT BLVD, SUITE 250 | | | BURLINGAME | CA | 94010 | chris.cukar@wedriveu.com |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: JAY SMITH | 25 SOUTH CHARLES STREET, 11TH FLOOR | MAIL CODE: MD2-CS58 | | BALTIMORE | MD | 21201 | jhsmith@wilmingtontrust.com |

# EXHIBIT D

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Fax |
|---|---|---|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE EASTERN DISTRICT OF NEW YORK | ATTN: STAN YANG, ESQ., TRIAL ATTORNEY | ALFONSE D'AMATO FEDERAL COURTHOUSE | 560 FEDERAL PLAZA | CENTRAL ISLIP | NY | 11722 | 6317157777 |

# EXHIBIT E

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| AARON.ETINGEN@GUS.GLOBAL | | | | | | | | aaron.etingen@gus.global |
| AEPSTEIN@STERLINGPARTNERS.COM | | | | | | | | aepstein@sterlingpartners.com |
| ARC EXCESS & SURPLUS, LLC | ATTN MICHAEL CAVALLARO | 113 SOUTH SERVICE ROAD | | | JERICHO | NY | 11753 | mcavallaro@arcxs.com |
| CHOEHN-SARIC@STERLINGPARTNER | | | | | | | | CHoehn-Saric@sterlingpartners.com |
| DOMINIC TAIBBI | 652 4TH AVE | | | | BROOKLYN | NY | 11232 | iamdt57@gmail.com |
| FDUVAL@AMICUSINVESTORS.COM | | | | | | | | fduval@amicusinvestors.com |
| HIMANSHU@CONQUEZ.COM | | | | | | | | himanshu@conquez.com |
| IAM NATIONAL PENSION FUND | 1300 CONNECTICUT AVE., NW | SUITE 300 | | | WASHINGTON | DC | 20036-1703 | iamcontact@iamnpf.org |
| KMOFFAT@STERLINGPARTNERS.COM | | | | | | | | Kmoffat@sterlingpartners.com |
| LUCA.PAINDELLI@BPIEDU.COM | | | | | | | | Luca.Paindelli@bpiedu.com |
| MELVIN M NEWMAN | | | | | | | | Meln@touro.edu |
| MICHAEL NEWMAN | | | | | | | | Michael.newman@touro.edu |
| RAJ.KAJI@BPIEDU.COM | | | | | | | | raj.kaji@bpiedu.com |
| SIGNATURE BANK | ATTN CRAIG STOLOW | 565 FIFTH AVENUE, 12TH FLOOR | | | NEW YORK | NY | 10017 | cstolow@signatureny.com |
| STERLINGRISK | ATTN JOHN B MCDONNELL AND AND MICHAEL FLEISCHER | 135 CROSSWAYS PARK DRIVE | PO BOX 9017 | | WOODBURY | NY | 11797 | jmcdonnell@sterlingrisk.com; mfleischer@sterlingrisk.com |
| TATIANA.IZQUIERDO@LEEDSEQUITY.C | | | | | | | | Tatiana.Izquierdo@leedsequity.com |