**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:                                              Case No. 16-75545-reg

X Dowling College                                   Chapter 11

Debtor(s)
-----------------------------------------------------------x

### CHANGE OF DEBTOR(S) ADDRESS

Sir / Madam:

Please amend the Court's records to reflect my change of address as follows:

~~DEBTOR'S~~ CREDITOR'S NAME: Reinaldo BLANCO

~~JOINT DEBTOR'S NAME~~: _____

OLD ADDRESS: 49 Teaneck Dr
EAST Northport NY 11731

NEW ADDRESS: 200 Stoneleigh Dr
Riverhead, NY 11901

EMAIL ADDRESS: ronb4879@gmail.com
PHONE NUMBER: 261 806-6158

*RECEIVED 2016 DEC 16 P 12:10 CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK*

DO THE DEBTOR(S) HAVE A DeBN ACCOUNT? ___ YES ___ NO

Dated: 12/16/16

~~Debtor's~~ Creditor's Signature

_____
*Joint Debtor's Signature*

NOTE: *This does **NOT** reflect a change in caption. Any change to the caption must be done by Order and Application to the Court.*