**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
290 Federal Plaza
Central Islip N Y 11722

IN RE: Dowling College, f/d/b/a
Dowling Institute, f/d/b/a
Dowling College Alumni Association, f/d/b/a
Cecom, a/k/a
Dowling College, Inc.

Debtor

Case No. 16-75545-reg

Chapter 13

## REQUEST TO PLACE A RESTRICTION ON A FILED DOCUMENT(s) and/or CLAIM(s)

The Clerks Office requests that the Court determine if access to Document(s) No. 108 filed in CM/ECF should be restricted.

The document or claim contains:

☐ Personal identifiers as set forth in Bankruptcy Rule 9037
- Social Security Number
- Taxpayer Identification Number
- Birth Date
- The name of an individual, other than the debtor, known to be and identified as a minor
- Financial Account Number

☐ Trade Secrets

☐ Confidential Research, Development or Commercial Information

☐ Scandalous or Defamatory Matter

☑ Other: Per Chambers' request. Exhibit not attached to order.

**NOW, THEREFORE, IT IS HEREBY ORDERED, THAT**

☑ The Clerk's Office is directed to restrict access to the document.

☐ The filer is ordered to re-file the document together with all attachments, **redacted** as required by Bankruptcy Rule 9037, on or before _____.

☐ The Clerk's Office is directed not to restrict access to the document for the following reason(s):



Dated: Central Islip, New York
December 19, 2016

Robert E. Grossman
United States Bankruptcy Judge