**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                              : Chapter 11
                                                   :
DOWLING COLLEGE                                    : Case No. 16-75545 (REG)
f/d/b/a DOWLING INSTITUTE                          :
f/d/b/a DOWLING COLLEGE ALUMNI                     :
ASSOCIATION
f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.,
                                                   :
                    Debtor.                        :
---------------------------------------------------------------x

**ORDER PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY
CODE AUTHORIZING THE REJECTION OF CERTAIN
UNEXPIRED LEASES EFFECTIVE AS OF THE PETITION DATE**

Upon consideration of the motion (the "Motion")[1] of Dowling College (the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), seeking entry of an order pursuant to Section 365(a) of Title 11 of the United States Code (as amended, the "Bankruptcy Code") authorizing the Debtor to reject certain Leases as of the Petition Date, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the relief requested in the Motion being in the best interests of the Debtor, its estate and creditors; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just

---
[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

1

cause for the relief requested herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor

IT IS HEREBY ORDERED THAT

1. The Motion is granted.

2. The Leases, identified on <u>Schedule 1</u> hereto, including all attendant and ancillary agreements with respect thereto (if any), are hereby deemed rejected effective as of the Petition Date.

3. The non-debtor parties to the Leases must file a claim arising from rejection of the Leases by any applicable bar date established in this Chapter 11 Case.

4. This Order is without prejudice to any rights, claims, defenses and counterclaims that the Debtor may assert with respect to the Leases or any claims arising therefrom.

5. The inclusion of a Lease in the Motion shall not constitute an admission by the Debtor that such Lease is an executory contract or that the Debtor has any ability thereunder, and the Debtor reserves all rights, claims and defenses in connection therewith.

6. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.



**Dated: Central Islip, New York**
**December 16, 2016**

_____
**Robert E. Grossman**
**United States Bankruptcy Judge**

# Schedule 1

| Counterparty Name and Address | Description of Lease | Lease Identification Number | Lease Term | Surrender Date |
|---|---|---|---|---|
| Apple Inc.<br>23801 Calabasas Rd.<br>Suite 101<br>Calabasas, CA  91302 | 13 IMAC 27"/QC Computers<br>13 APP for IMAC – EDU/AE<br>13 Final Cut Pro X SINGLE UNIT-INT<br>1 LACIE 1TB Thunderbolt&USB3 V2-ZML | Master Lease Agreement #426, Schedule #197 | 3 years at @ $13,382.72/Yr - payable yearly in advance commencing on 9/1/15 | All 13 computers stolen on 8/19/16 (police report and insurance claim filed) |
| Leaf Capital Funding, Inc.<br>1720 A Crete Street<br>Moberly, MO  65270 | 2 HP M602N Printers in Oakdale Library<br>SN:  CNCCG1D029<br>SN:  CNCCG1D01M | 100-2614877-001 | 63 months @ $216.55/month commencing 3/13/14 | Still On Premises in Oakdale |
| Leaf Capital Funding, Inc.<br>1720 A Crete Street<br>Moberly, MO  65270 | 1 Standard SD440 Copier System<br>SN:  D223ZA00005 | 100-2614877-002 | 60 months @ $564.00/month commencing 4/30/2014 | Still on Premises in Oakdale |
| Leaf Capital Funding, Inc.<br>1720 A Crete Street<br>Moberly, MO  65270 | 1 Xerox D95 W/SS Finisher & 1 Xerox XC570 Copier System<br>SN:  BG2946099<br>SN:  XPN551898 | 100-2746247-001 | 60 Months @ $1,062.50 | Still on Premises in Oakdale |
| Leaf Capital Funding, Inc.<br>1720 A Crete Street<br>Moberly, MO  65270 | 1 Triumph 5255 Paper Cutter |  | 39 payments @ $583.28/month commencing 3/26/15 | Still on Premises in Oakdale |
| Xerox Financial Services LLC<br>45 Glover Avenue<br>Norwalk, CT  06856 | 18 Xerox WC5330 Copiers<br>1 Xerox WC7830 Copier<br>4 Xerox WC5855 Copier<br>3 Xerox WC5325 Copier<br>4 Xerox 3315 Copiers<br>1 Xerox D95 copier (service only)<br>1 Xerox XC570 copier (service only) | Lease#:  0026485 | 63 months @ $2,014.00/month commencing 7/1/14 | Still on Premises in Oakdale |

| Counterparty Name and Address | Description of Lease | Lease Identification Number | Lease Term | Surrender Date |
|---|---|---|---|---|
| Marlin Business Bank<br>2795 E Cottonwood Pkwy<br>Suite # 120<br>Salt Lake City, UT 84121 | 1 Kyocera/Copystar CS-255 Digital Copier | 401-1258874-001 | 36 months @ $130.00 | Still on Premises in Oakdale |
| Great American Financial Services Corporation<br>625 First Street SE<br>Cedar Rapids, IA 52401 | 1 – Canon IPF780 Wide Format Color Printer<br>S/N BAAB0296 | | 63 months @ $163.92 | Picked up by lessor on 10/7/16 |
| Mail Finance / Neopost USA<br>478 Wheelers Farms Rd.<br>Milford, CT 06481 | 1 Imager 2.5 Rena Address Printer<br>1 Rena 6' Conveyor w/ Dryer<br>1 M5500 3 Station Inserter<br>1 T250 Tabber<br>1 DF920 Folder | H12111864 | 60 monthly payments @ $1,910/month commencing 7/30/15 | Still on Premises in Oakdale |
| Everbank Commercial Finance, Inc.<br>c/o Insurance Center<br>P.O. box 3886<br>Bellevue, WA 98009 | 2 Canon Imagerunner 4225 Copier<br>1 Canon c3325i Copier | 41361179-1 | 63 months @ $394.51/month commencing 5/28/2016 | Still on Premises in Oakdale |