16-75545-reg

United States Bankruptcy Court

Eastern District of New York

Central Islip, NY

December 15, 2016

RE: Dowling College Bankruptcy Claim

TO WHOM IT MAY CONCERN:

Please note address change for Stephen Lamia, former Professor of Visual Arts @ Dowling College

FROM:

269 West 72nd Street

Apartment #6C

New York, NY 10023

TO:

316 East 68th Street

Apartment #5B

New York, NY 10065

Kindly send all future correspondence regarding this matter to me new address. Thank you.

Sincerely,

Stephen Lamia