**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                    :    Chapter 11
:
**DOWLING COLLEGE,**[1]                                  :    Case No. 16-75545 (REG)
:
**Debtor.**                                              :
:
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY   )
                      ) ss
COUNTY OF PASSAIC     )

I, Ira Nikelsberg, being duly sworn, depose and state:

1. I am a Senior Project Manager with the Garden City Group, LLC, the claims and noticing agent for the debtor and debtor-in-possession (collectively, the "Debtor") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On December 19, 2016, at the direction of Klestadt Winters Jureller Southard & Stevens, LLP, proposed counsel for the Debtor, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (Lease Counterparties):[2]

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078). The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

[2] The envelopes utilized for service included a legend which stated: "Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent."

2

- **Order Pursuant to Section 365(a) of the Bankruptcy Code Authorizing the Rejection of Certain Unexpired Leases Effective as of the Petition Date** [Docket No. 113].

/s/ Ira Nikelsberg
Ira Nikelsberg

Sworn to before me this 20th day of December, 2016

/s/ Benjamin Rowner
Benjamin Rowner
Notary Public, State of New Jersey
ID # 2320193
Qualified in Passaic County
Commission Expires October 14, 2019

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| APPLE INC | 23801 CALABASAS RD | SUITE 101 | | | CALABASAS | CA | 91302 |
| EVERBANK COMMERCIAL FINANCE, INC | C/O INSURANCE CENTER | PO BOX 3886 | | | BELLEVUE | WA | 98009 |
| GREAT AMERICAN FINANCIAL SERVICES CORPORATION | 625 FIRST ST SE | | | | CEDAR RAPIDS | IA | 52401 |
| JTA LEASING CO LLC | 34 WREN DR | | | | EAST HILLS | NY | 11576 |
| LEAF CAPITAL FUNDING, INC | 1720 A CRETE ST | | | | MOBERLY | MO | 65270 |
| MAIL FINANCE / NEOPOST USA | 478 WHEELERS FARMS RD | | | | MILFORD | CT | 06481 |
| MARLIN BUSINESS BANK | 2795 E COTTONWOOD PKWY | SUITE # 120 | | | SALT LAKE CITY | UT | 84121 |
| XEROX FINANCIAL SERVICES LLC | 45 GLOVER AVE | | | | NORWALK | CT | 06856 |