**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Proposed Counsel to the Debtor and Debtor-*
  *in-Possession*

**Hearing Date: January 10, 2017**
**Hearing Time: 10:00 a.m.**

**Objection Deadline: January 3, 2017**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re                                                        :    Chapter 11
                                                             :
DOWLING COLLEGE,                                             :
f/d/b/a DOWLING INSTITUTE,                                   :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                               :
ASSOCIATION,                                                 :
f/d/b/a CECOM,                                               :
a/k/a DOWLING COLLEGE, INC.,                                 :
                                                             :
                                        Debtor.              :
-----------------------------------------------------------------x

**NOTICE OF FINAL HEARING ON DEBTOR'S MOTION FOR ENTRY OF**
**INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTOR (A) TO**
**OBTAIN POST-PETITION SECURED, SUPERPRIORITY FINANCING**
**PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, AND 364 AND (B) TO**
**UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363; (II) GRANTING**
**ADEQUATE PROTECTION TO PRE-PETITION SECURED CREDITORS PURSUANT**
**TO 11 U.S.C. §§ 361, 362, 363 AND 364; AND (III) SCHEDULING A**
**FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(B) AND 4001(C)**

**PLEASE TAKE NOTICE** that a final hearing on the motion (the "Motion") of Dowling
College (the "Debtor") in this chapter 11 case, (a) authorizing, on a final basis, among other
things, (i) the Debtor to obtain Postpetition Secured, Superpriority Financing and to use Cash
Collateral, (ii) granting Liens (including Adequate Protection Liens) and Superpriority Claims,
and (iii) modifying the automatic stay to allow certain actions with respect to the Debtor's
postpetition indebtedness, and (b) granting such other and further relief as the Court may deem
just and proper, has been scheduled before the Honorable Robert E. Grossman, United States
Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York,
Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New
York 11722 on **January 10, 2017 at 10:00 a.m.** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief sought in the Motion shall be made in writing, filed with the Court by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, Eastern District of New York, 271 Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, on a 3.5 inch floppy disc or compact disc, preferably in portable document Format (PDF), Microsoft Word, or any other Windows Based word processing format, and served upon (i) The Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, New York 11722, Attn: Stan Yang, Esq., Trial Attorney; (ii) proposed counsel to the Debtor: Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036, Attn: Sean C. Southard, Esq.; (iii) counsel to the Debtor's material prepetition and post-petition secured lenders: (a) Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111, Attn: P. Miyoko Sato, Esq. and Ian A. Hammel, Esq., (b) Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn: Brian D. Pfeiffer, Esq. and Neil S. Begley, Esq., (c) Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, 9th Floor, East Meadow, NY 11554, Attn: Richard J. McCord, Esq. and Thomas J. McNamara, Esq., and (d) Garfunkel Wild, P.C., 111 Great Neck Road, Great Neck, NY 11021, Attn: Adam T. Berkowitz, Esq.; and (iv) proposed counsel to the Creditors' Committee: SilvermanAcampora, LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Ronald J. Friedman, Esq. and Gerard R. Luckman, Esq., **so as to be received no later than 4:00 p.m. (Prevailing Eastern Time) on January 3, 2017**.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be adjourned without further notice except as announced in open court at the Hearing, or at any adjourned hearing.

Dated:  New York, New York
        December 22, 2016

                                      **KLESTADT WINTERS JURELLER**
                                        **SOUTHARD & STEVENS, LLP**

                              By:  */s/ Sean C. Southard*
                                          Sean C. Southard
                                          Lauren C. Kiss
                                          200 West 41st Street, 17th Floor
                                          New York, NY 10036
                                          Tel: (212) 972-3000
                                          Fax: (212) 972-2245
                                          Email: ssouthard@klestadt.com
                                                      lkiss@klestadt.com

                                        *Proposed Attorneys to the Debtor and Debtor*
                                          *in Possession*