# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

---

IN RE:                                                                                                  CASE NO: 8–16–75545–reg

Dowling College
aka   Dowling College, Inc.
fdba Dowling College Alumni Association
fdba Dowling Institute
fdba Cecom

SSN/TAX ID:                                                                                              CHAPTER: 11

11–2157078

                DEBTOR(s)

---

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 12/15/16 was filed on 12/23/16.

The following deadlines apply:

The parties have until December 30, 2016 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is January 13, 2017.

If a Transcript Redaction Request is filed, the redacted transcript is due January 23, 2017.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is March 23, 2017, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext at 888.706.4576 or you may view the document at the public terminal at the Office of the Clerk.

Dated: December 27, 2016

                                                              For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 12/8/15]