# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: smarcus | Date Created: 12/27/2016 |
| Case: 8–16–75545–reg | Form ID: 295 | Total: 14 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Adam T Berkowitz | aberkowitz@garfunkelwild.com |
| aty | Glenn P Warmuth | gpw@stim–warmuth.com |
| aty | Howard B Kleinberg | hkleinberg@MSEK.com |
| aty | Jack A Raisner | jar@outtengolden.com |
| aty | Joseph Charles Corneau | jcorneau@klestadt.com |
| aty | Lauren Catherine Kiss | lkiss@klestadt.com |
| aty | Richard J McCord | rmccord@certilmanbalin.com |
| aty | Sean C Southard | ssouthard@klestadt.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Dowling College | 150 Idle Hour Blvd. | Oakdale, NY 11769 | | |
| | Jack A. Raisner | Outten & Golden LLP | 3 Park Avenue, 29th Floor | New York, NY 10016 | |
| | Gerard Luckman & | Kenneth Silverman | SilvermanAcampora LLP | 100 Jericho Quadrangle | Jericho, NY 11753 |
| | Ian A. Hammel | Mintz Levin Cohn Ferris | Glovsky & Popeo | One Financial Center | Boston, MA 02110 |
| | Christine Black | Office of the U.S. Trustee | 560 Federal Plaza | Central Islip, NY 11722 | |
| | Sean C. Southard & | Lauren Catherine Kiss | Klestadt WInters Jureller | Southard & Stevens, LLP | 200 West 41st Street, 17th Fl.   New York, NY 10036 |

TOTAL: 6