THU-44209 0207-8 pdfall 16-75545
Dowling College
150 Idle Hour Blvd.
Oakdale, NY 11769

016578 16578 1 AT 0.396 11782 4 9 8186-1-18607

Barbara Nolan
55 Jones Drive
Sayville, NY 11782-2804

RECEIVED 2016 DEC 23 P 12: 57
CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK

Case No. 16-75545-reg

# ATTENTION: ADDRESS CORRECTION REQUESTED

The United States Postal Service (USPS) National Change of Address database indicates that the address listed above is subject to a forwarding order to a new address. The USPS only provides forwarding service for a limited period of time.

**We request that you update your address immediately with the bankruptcy court(s) listed on the notice, pursuant to each court's local procedures, to reflect any change.**

If the Change of Address information should not be used, please contact your local Postmaster to correct the Change of Address information that has been filed with the Postal Service.

Barbara J. Nolan
164 S. Portage St.
Westfield NY 14787         ← New Address

B. Nolan 12-17-16

016578    44209016594024