ADVOCATES FOR JUSTICE,
  CHARTERED ATTORNEYS
225 Broadway, Suite 1902
New York, NY 10007
Phone: (212) 285-1400 x707
Email: laine@advocatesny.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X      CHAPTER 11

IN RE:
                                                          Case No. 16-75545-REG

DOWLING COLLEGE

                              Debtor.

-----------------------------------------------------------X

**NOTICE OF APPEARACE AND DEMAND FOR SERVICE OF PAPERS**

      **PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned case on behalf of Martin Schoenhals pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the undersigned at the following address:

    ADVOCATES FOR JUSTICE,
     CHARTERED ATTORNEYS
    225 Broadway, Suite 1902
    New York, NY 10007
    Phone: (212) 285-1400
    Arthur Z. Schwartz
    Email: aschwartz@afjlaw.com
    Laine A. Armstrong
    Email: laine@advocatesny.com

Dated: December 21, 2016

                                                                 By:      /s/
                                                                     Laine A. Armstrong
                                                                     Attorney for Martin Schoenhals

                                                                     225 Broadway, Ste. 1902
                                                                     New York, NY 10007
                                                                     Phone: (212) 285-1400 x707
                                                                     aschwartz@afjlaw.com
                                                                     laine@advocatesny.com