# **<u>Schedule 1</u>**

| Dowling's Officers | Dowling's Board of Trustees |
|---|---|
| Ralph Cerullo | Michael Puorro<br>John Racanelli<br>Patricia Blake<br>Gerald Curtin<br>Joseph Posillico<br>Ronald Parr<br>Jack O'Connor<br>Dennis O'Doherty |
| **Counsel to Dowling's Board of Trustees** | **Dowling's Proposed<br>Chief Restructuring Officer** |
| Meyer, Suozzi, English & Klein, P.C.<br>990 Stewart Avenue, Suite 300<br>Garden City, NY 11530-9194<br>Attn:  Howard B. Kleinberg, Esq. | Robert S. Rosenfeld<br>RSR Consulting, LLC<br>1330 Avenue of the Americas, Suite 23A<br>New York, New York 10019 |
| **Dowling's Proposed Restructuring Counsel** | **Dowling's Proposed Special Counsel** |
| Klestadt Winters Jureller Southard & Stevens, LLP<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Attn:  Sean C. Southard, Esq. | Ingerman Smith LLP<br>150 Motor Parkway, Suite 400<br>Hauppauge, New York 11788<br>Attn:  Christopher J. Clayton, Esq. |
| **United States Trustee** | **Indenture Trustee for the Series 1996, 2002, and 2015 Bonds and 2016 Escrow Funding Agent** |
| Office of the United States Trustee for the Eastern District of New York<br>Alfonse D'Amato Federal Courthouse<br>560 Federal Plaza<br>Central Islip, New York 11722<br>Attn:  Christine H. Black, Esq.<br>        Stan Y. Yang, Esq. | UMB BANK, National Association<br>2 South Broadway, Suite 600<br>St. Louis, Missouri 63102<br>Attn: Laura Roberson, Senior Vice President |
| **Majority Holder of the Series 1996, 2002, and 2015 Bonds** | **Counsel to Indenture Trustee for the Series 1996, 2002 and 2015 Bonds** |
| Oppenheimer Funds, Rochester Division<br>350 Linden Oaks<br>Rochester, New York 14625<br>Attn: Robert J. Bertucci, CFA | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, Massachusetts 02111<br>Attn: P. Miyoko Sato, Esq.<br>        Ian A. Hammel, Esq. |

| Local Counsel to Indenture Trustee for the Series 1996, 2002 and 2015 Bonds | Indenture Trustee for the Series 2006 Bonds |
|---|---|
| Garfunkel Wild, P.C.<br>111 Great Neck Road<br>Great Neck, New York 11021<br>Attn:  Adam T. Berkowitz, Esq. | Wilmington Trust, National Association<br>25 South Charles Street, 11th Floor<br>Mail Code: MD2-CS58<br>Baltimore, Maryland 21201<br>Attn:  Jay Smith |
| **Bond Insurer for the Series 2006 Bonds** | **Counsel to the Bond Insurer** |
| ACA Financial Guaranty Corp.<br>555 Theodore Fremd Avenue Suite C-205<br>Rye, New York 10580<br>Attn:  Carl McCarthy, Esq. and Maria Cheng, Managing Director | Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, New York 10022<br>Attn:  Brian D. Pfeiffer, Esq. and Neil S. Begley, Esq. |
| **Local Counsel to Bond Insurer** | |
| Certilman Balin Adler & Hyman, LLP<br>90 Merrick Avenue, 9th Floor<br>East Meadow, New York 11554<br>Attn:  Richard J. McCord, Esq. and Thomas J. McNamara, Esq. | |

24-7 Restoration, Inc.
34 Old Field Road
Setauket, NY 11733

4 Imprint
PO Box 1641
Milwaukee, WI 53201-1641

A E Auto Service Inc.
664 Montauk Highway
Shirley, NY 11967

A R C Graphics
44 George Street
E. Patchogue, NY 11472

A.C. Electrical Supplies
741 Smithtown By-Pass
Smithtown, NY 11787

A.O. Service Inc.
8 New York Avenue
Port Jefferson Station, NY 11776

A.W. & Sons Exhaust Inc.
336 Atlantic Street
Central Islip, NY 11722

AACTE
1307 New York Ave NW
Suite 300
Washington, DC 20005

ABS Pump Repair Inc.
89 Allen Blvd
Farmingdale, NY 11735

Absolute Plumbing of Long Island, Inc.
90 F Knickerbocker Avenue
Bohemia, NY 11716

ACA Financial Guaranty Corp.
Carl B. McCarthy, General Counsel
555 Theodore Fremd Avenue
Suite C-205
Rye, NY 10580

Access Staffing, LLC
PO Box 75334
Chicago, IL 60675-5334

Acme American Repairs Inc.
177-10 93rd Avenue
Jamaica, NY 11433

Action Sewer & Drain Services
PO Box 872
Bayport, NY 11705-0872

AdvanSys
68 Ourlmbah Road
Mosman NSW, Australia 2088

Airweld
94 Marine Street
Farmingdale, NY 11735

ALA
Membership Customer Service
Box 77-6499
Chicago, IL 60678-6499

Alan J. Schaefer
40 Moffitt Blvd.
Islip, NY 11751

Albert Inserra
45 Inlet View Path
East Moriches, NY 11940

Alexander Smirnov
46 Johnson Avenue
Apt. #4D
Sayville, NY 11782

Alexandra Noel Ruiz
15 Country Road
Medford, NY 11763-1501

Alfred Pue
1383 Chicago Avenue
Bay Shore, NY 11706

All-Ways Elevator Inc.
5 Davids Drive
Hauppauge, NY 11788

Amanda Gallagher
10 Hancock Road
West Islip, NY 11795

American Arbitration Association
120 Broadway
New York, NY 10271

American Bankers
PO Box 8695
Kalispell, MT 59904

American Express
PO Box 2855
New York, NY 10116

American Hazardous Materials
303 Middle Country Road
Middle Island, NY 11953

American Telephone Company
PO Box 1465
Melville, NY 11747

Andrew Karp
24 White Birch Trail
East Quogue, NY 11942

Anna McAree
14 Bayberry Lane
Sag Harbor, NY 11963

Anna Stoloff
325 W 4th Street
Deer Park, NY 11729

Anne Burns Thomas
147 Lexington Drive
Ithaca, NY 14850

Anne Dimola
14 Christopher Court
West Islip, NY 11795

Anne M. Rullan
10 Buckingham Meadow Road
East Setauket, NY 11733

Anne McCaffrey
80 Tremont Avenue
Medford, NY 11763

Anthony Candelario
PO Box 11421
New Brunswick, NJ 08906

Anthony Ketterer
2380 Julia Goldbach Avenue
Ronkonkoma, NY 11779

Antonetta Dente-Bostinto
42 Willett Avenue
Sayville, NY 11782

AO Services Inc.
8 New York Avenue
Port Jefferson, NY 11776

Apex Consulting Group Inc.
320 17th Street
W Babylon, NY 11704

Apgar Sales Co. Inc.
54 Miry Brook Road
Danbury, CT 06810

Apple Finance
Attn: Michael Lockwood
23801 Calabases Road, Suite 101
Calabasas, CA 91302

Arbitrage Group

Arielle Suzan Mendelson

Arnold Saunders
25 Harbor Watch Court
Sag Harbor, NY 11963

Aroosa Ismail

Arrow Security
c/o Sterling National Bank
PO Box 75359
Chicago, IL 60675-5359

Associated Energy Services
86 Bridge Road
Islandia, NY 11749

Astro Moving & Storage
Mr. Joseph Verderber Sr.
30 Jefferson Avenue
Saint James, NY 11780

AT&T
PO Box 105068
Atlanta, GA 30348-5068

AT&T - Universal Biller
PO Box 5019
Carol Stream, IL 60197-5019

Baker & Taylor Books - 5
PO Box 277930
Atlanta, GA 30384-7930

Barbara Nolan
55 Jones Drive
Sayville, NY 11782

Barnes & Noble Bookstore
Accounts Receivable Dept.
PO Box 823660
Philadelphia, PA 9182-3660

Barnwell House of Tires
65 Jetson Lane
Central Islip, NY 11722

Barry McNamara
28 Bowler Road
East Rockaway, NY 11518

Bay Gas Service
PO Box 701
Shirley, NY 11967

Bernard Newcombe
52 Lindburgh Street
Massapequa, NY 11762

Bill Fox Co.
310-8 Hallock Avenue
Port Jefferson Sta, NY 11776

Bio Corporation
3910 Minnesota Street
Alexandria, MN 56308

Bio-Rad Labs
Life Science Group
PO Box 849750
Los Angeles, CA 90084-9750

Blackboard Inc.
650 Massachussetts Avenue, NW
6th Floor
Washington, DC 20001

Blackman Plumbing Supply
PO Box 9400
Uniondale, NY 11555-9400

Bonnie Forbes
9 Birchfield Court
Coram, NY 11727

Brendan Mitchell
33 Namkee Road
Blue Point, NY 11715

Bri-Tech, Inc
829 Lincoln Avenue
Bohemia, NY 11716

Brian A. Davis
9 Somerset Road N
Amityville, NY 11701-2019

Brian Coyle
31 Willow Avenue
Islip, NY 11751

Brian Kogen
555 Forbush Street
Boontan, NJ 07005

Brian Ramsarran
70 Scotchpine Drive
Islandia, NY 11749-1605

Brian Stipelman
2 Roosevelt Avenue
Greenlawn, NY 11740

Brianna L. Nicolia
30 The Moor
East Islip, NY 11730

Brianna M. Seckel
141 Constantine Way
Mount Sinai, NY 11766

Brittany Jean Schulman

Broadcast Music
10 Music Square E.
Nashville, TN 37203

Bruce Haller
61 Half Hollow Road
Commack, NY 11725

Bruce Hoffman
PO Box 557
Mount Sinai, NY 11776

Cablevision
PO Box 371378
Pittsburgh, PA 15250-7378

Cablevision Lightpath, Inc.
PO Box 360111
Pittsburgh, PA 15251

Cablevision of Brookhaven
11 Industrial Road
Port Jefferson, NY 11776

Capital One NA
PO Box 60024
New Orleans, LA 70160-0024

Carla Guevara
2712 Chestnut Avenue
Ronkonkoma, NY 11779

Carlos Alvarez
25 Harbor Watch Court
Sag Harbor, NY 11963

Carlos Cunha
54 Park Drive
Rocky Point, NY 11778

Carol Fisch
20 Sunflower Drive
Hauppauge, NY 11788

Carol Okolica
455 FDR Drive
Apt. B1607
New York, NY 10002

Carol Pulsonetti
158 Elkton Lane
North Babylon, NY 11703

Carolina Biological Supply
PO Box 60232
Charlotte, NC 28260-0232

Carolyn Spencer
18 Gianna Court
Southampton, NY 11968

Carousel Industries of NA, Inc.
PO Box 842084
Boston, MA 02284-2084

Carousel Industries of North America Inc
PO Box 842084
Boston, MA 02284

Carrier Commercial Service
P.O. Box 93844
Chicago, IL 60673-3844

Carrier Corporation
c/o Administrative Agent
PO Box 241566
Cleveland, OH 44124

Casa Del Campo
25 Harbor Watch Court
Sag Harbor, NY 11963

Cascade Water Service
113 Bloomingdale Road
Hicksville, NY 11801

Cassidy Brooke Rollman
37 Arbour Street
West Islip, NY 11795-1016

CBUAO
5325 Lakefront Blvd # A
Delray Beach, FL 33484

CDW-G
75 Remittance Drive
Suite 1515
Chicago, IL 60675

Center for Education & E
370 Technology Drive
PO Box 3008
Malvern, PA 19355

Certilman Balin Adler & Hyman, LLP
Attn: Thomas J. McNamara, Esq.
90 Merrick Avenue
East Meadow, NY 11554

Cesar Arturo Alvarado
94 Harbor Road
Staten Island, NY 10303

Cha-Neice Gordon
25 Harbor Watch Court
Sag Harbor, NY 11963

Charles McCabe
58 Woodlawn Avenue
Oakdale, NY 11769

Charles Thomas Collins
79 Summerfield Drive
Holtsville, NY 11742

Chris Sotiro
6 Mulligan Drive
Flanders, NJ 07836

Chrisann Anderson

Christian Lynch
82 Lincoln Avenue
Apt. B3
Rockville Centre, NY 11570

Christian Perring
56 Rollstone Avenue
West Sayville, NY 11796

Christina Green
21 Bauer Avenue
Manorville, NY 11949

Christina Vellia
18 Grace Marie Court
W. Babylon, NY 11704

Christine Felton
460 Lincoln Avenue
Sayville, NY 11782

Christine M. Schumm
2876 Vista Acedera
Carlsbad, CA 92009

Christopher Boyko
86 Litchfield Avenue
Babylon, NY 11702

Christopher Di Santo
73-03 Bell Blvd.
Apt. #6M
Bayside, NY 11364

Christopher Kretz
114 Lincoln Avenue
Sayville, NY 11782

Christopher Schmidt
1 Forest Road
Rockville Center, NY 11570

Chronicle of Higher Education
PO Box 16359
North Hollywood, CA 91615-9155

Chucks Auto Repair
157 Nassau Avenue
Islip, NY 11751

Cigna Health & Life Insurance Co.
900 Cottage Grove Road, B6LPA
Hartford, CT 06152

Ciscon Laundry Corp
Ultimate Laundry
4520 Sunrise Hwy
Oakdale, NY 11769

CIT Finance LLC
21146 Network Place
Chicago, IL 60673-1211

Claire O'Rourke
45 Locust Street
Bayport, NY 11705

Classic Coach Transportation
1600 Locust Avenue
Bohemia, NY 11716

Claudia McGivney
32 Beacon Lane
East Northport, NY 11731

Clelon A. McGee
8517 Riddle Place
Raleigh, NC 27615

College Board
11911 Freedom Drive, Suite 300
Reston, VA 20190

Commission on Independent
17 Elk Street
PO Box 7289
Albany, NY 12224

Compass Consulting Group
18 Field Daisy Lane
East Northport, NY 11731

Computer Integrated Services
561 Seventh Avenue
13th Floor
New York, NY 10018

Corp. For National & Community Service
1895 Preston White Drive, Suite 100
Reston, VA 20191-5434

Council for Higher Education
One DuPont Circle NW, Suite 510
Washington, DC 20036

Coz Delillo
14 Plover Lane
Hicksville, NY 11801

Craig Eason
3 Paula Lane
New City, NY 10956

CulinArt, Inc.
PO Box 4738
Houston, TX 77210-4738

CUPA-HR
PO Box 306257
Nashville, TN 37230-6257

Cynthia Grossman
68 Birchwood Road
Coram, NY 11727

Daily News
Attn: Jim Lonek - Finance Dept
125 Theodore Conrad Drive
Jersey City, NJ 07305-4698

Dallas Cardone

Daniel Fiel
212 East 95th Street, Unit 1-B
New York, NY 10128

Daniel Ness
PO Box 301
Williston Park, NY 11596

David E. Pritchard
88 Washington Avenue
Cambridge, MA 02140

David J. Jensen
25 Harbor Watch Court
Sag Harbor, NY 11963

David Racanelli
73 Pacific Dunes Ct.
Medford, NY 11763

Dawn Manganello
19 David Street
Holbrook, NY 11741

Dayspring Pen Shop
111 Derrick Drive
Irmo, SC 29063

Deborah Wynne (Deceased)
115 Michael Road
Oakdale, NY 11769

Debra Dunn
12 Waltess Road
Ronkonkoma, NY 11779

Debra Gustafson
32 Terrace Lane
Patchogue, NY 11772

Debra L. Piechnik
202 Palmer Circle
Sayville, NY 11782

Denise Igenito
145 S. 6th Street
Bethpage, NY 11714

Denise Zamiello-Schiozzi
117 Gillette Avenue
Patchogue, NY 11772

Department of State

Department of Veteran Affairs
Agent Cashier - Buffalo Regional Processing
130 S Elmwood Avenue
Buffalo, NY 14202

Derek Charles Muzio
19 Peace Court
Selden, NY 11784

Desiree Nelson/Matthew Pasquale
56 Van Bomel Blvd
Oakdale, NY 11769

Diane Fischer
3 Hollow Road
Stony Brook, NY 11790

Diane Holliday
31 Clarkson Road
Centereach, NY 11720

Diane Impagliazzo
23 Meadow Farm Road
East Islip, NY 11730

Discover Student Loans
PO Box 30947
Salt Lake City, UT 84130

District No. 15 IAMAW
25 Harbor Watch Court
Sag Harbor, NY 11963

Donald Beahm
20 Trenridge Road
Lincoln, NE 68505

Donald Steven Dougherty
74 West Lane
Bayshore, NY 11706

Doreen Muse
53 Oak Avenue
Huntington Station, NY 11746

Dori Byan
209 K Springmeadow Drive
Holbrook, NY 11741

Dowling College
St. Johns University Campus
500 Montauk Highway
Shirley, NY 11967

Dowling College Chapter of NYSUT
150 Motor Parkway
Hauppauge, NY 11788

Dowling College Defined Contribution Plan
 c/o Dowling College
150 Idle Hour Blvd.
Oakdale, NY 11769

Durham, Richard
3 Overlook Drive
Waterford, CT 06385

East Coast Conference
Attn: Bob Dranoff, Commissioner
300 Carlton Ave  NYIT Bldg 66
Central Islip, NY 11722
East Islip Lumber

EBSCO Subscription Services
Payment Processing Center
PO Box 204661
Dallas, TX 75320-4661

Echanove Gonzalez de Anleo
Rheinbrohler Weg 11
Dusseldorf, 40489

EDUCAUSE
4771 Walnut Street
Suite 206
Boulder, CO 80304

EDVOTEK, Inc.
11215 th St NW
Washington, DC 20001

Edward Gullason
7 Wayside Lane
Smithtown, NY 11787

Edward H. Wallace
55 Springdale Avenue
Massapequa, NY 11758-6748

Edward Urso
52 Greenwich Hills Drive
Greenwich, CT 06831

Elana Zolfo
93 Hidden Pond Circle
Smithtown, NY 11787

Elbar Duplicator Corporation
105-26 Jamaica Avenue
Richmond Hill, NY 11418

Elizabeth (Ducie) O'Brien
457 Birch Hollow Drive
E. Yaphank, NY 11967

Elizabeth J. Manning
131 S. Fairview Avenue
Bayport, NY 11705

Ellucian Support Inc.
62578 Collections Center Drive
Chicago, IL 60693

Elsa-Sofia Morote
64 Lexington Road
Shirley, NY 11967

Elsevier Science, B.V.
PO Box 945
New York, NY 10015-9094

Emily Anne Javis
44 Sabre Drive
Selden, NY 11784

Emira Chand
105 Sheridan Avenue
Brooklyn, NY 11208-3024

Engin Suvak
1172 Warwick Street
Uniondale, NY 11553

Environmental Energy
120 CE Jefryn Blvd
Deer Park, NY 11729

Eric Pavels
1150 Rosedale Road
Valley Stream, NY 11581

Erin Gregory
23 Ocean Avenue
Mastic, NY 11950

ESRI Inc.
380 New York Street
Redlands, CA 92373

ESU Student Activity Association
200 Prospect St. University Center
East Stroudsburg, PA 18301

Eugene R. Bayliss Jr.
16D Seabreeze Avenue
Milford, CT 06460

Everbank
PO Box 91160
Denver, CO 80291

Evoqua Water Technologies
28563 Network Place
Chicago, IL 60673-1285

Expense Reduction Analyst
PO Box 956251
St Louis, MO 63195-6251

Faronics Technologies
5506 Sunol Blvd.
Suite 202
Pleasanton, CA 94566

First Student Inc.
1065 Belvoir Road
Plymouth Meeting, PA 19462

Fitzgerald's Driving School
1350 Deer Park Avenue
North Babylon, NY 11703

Ford Motor Credit
PO Box 220564
Pittsburgh, PA 15257

Fox Glass Company East
45 Bloomingdale Road
Hicksville, NY 11801

Francis Samuel
39 N Carll Avenue
Babylon, NY 11702

Francis Tidd
26 Magnolia Street
Central Islip, NY 11722

Francis Winslow
P.O. Box 14235
Hauppauge, NY 11788

Franklin Leavandosky
115 Ketcham Avenue
Patchogue, NY 11772

Fred Rispoli
132 Connetquot Road
Oakdale, NY 11769

Freedom Scientific
BLV Group - Charlie Madsen
11800 31st Ct N
Saint Petersburg, FL 33716

Freedom Scientific
c/o BLV Group, Charlie Madsen
11800 31st Court, N.
Saint Petersburg, FL 33716

G & G Fences of LI
PO Box 389
Bohemia, NY 11716

Gabriel Garcia
3561 SW 123rd Court
Miami, FL 33175

Gabriella Russo
90-15 156 Avenue
Howard Beach, NY 11414

Gail Scherz
35 Terrell Street
Patchogue, NY 11772

Garfunkle Wild, P.C.
Attn: Adam T. Berkowitz, Esq.
111 Great Neck Road, Suite 600
Great Neck, NY 11021

Gary Bishop
106 Sunrise Avenue
Sayville, NY 11782

Gary Moran
473 Edgewood Place
Rutherford, NJ 07070

Gavin Chamberlain
8 Grand Haven Drive
Commack, NY 11725

GBC Acco Brands
PO Box 203412
Dallas, TX 75320-3412

Geoffrey and Anna Maria Stewart
87 Central Blvd
Oakdale, NY 11769

George Cavuto
34 Hemlock Lane
Bay Shore, NY 11706

George Foundotos
4 Damin Circle
St. James, NY 11780

George P. Evanego
63 Mayberry Avenue
Monroe, NJ 08831

George Samito
23 Westbridge Drive
Babylon, NY 11702

Geraldine Vincent
25 Dale Drive
Oakdale, NY 11769

Glen Brauchle
91 Deer Park Avenue, Apt 2
Babylon, NY 11702

Glenn W. Barham
9001 Blackley Lake Road
Wake Forest, NC 27587

GoDaddy.com Inc.
14455 N. Hayden Road
Suite 219
Scottsdale, AZ 85260

Gopher
NW 5634
PO Box 1450
Minneapolis, MN 55485-5634

Great America Financial Services
PO Box 660831
Dallas, TX 75266-0831

Gregory Quirolo
25 Harbor Watch Court
Sag Harbor, NY 11963

Grossane Teresa
2070 Potter Avenue
Merrick, NY 11566

Guanann Li
135 Westwood Drive
Apt. 151
Westbury, NY 11590

GWAVA
1175 S. 800 E.
Orem, UT 84097

Hal Mishkin
56 Broadview Circle
Wading River, NY 11793

Hamid Ikram
48 W. Shore Road
Oakdale, NY 11769

Handras, Kerri
20 Charter Avenue
Dix Hills, NY 11746

Harland Technology Services
PO Box 45550
Omaha, NE 68145-0550

Harland Technology Services
PO Box 45550
Omaha, NE 68145

HealthPlex
333 Earle Ovington Blvd.
3rd Floor
Uniondale, NY 11553

Hector M. Martinez Jr.
25 Harbor Watch Court
Sag Harbor, NY 11963

Heidi Kelly - Strawgate
166 South Street
Manorville, NY 11949

Helen Bausenwein
235 Cedrus Avenue
East Northport, NY 11731

Helen Bohlen
21 Loft Road
Smithtown, NY 11787

Helen Densing
214 Oak Street
Patchogue, NY 11772

Herbert Bernstein
5 Brewster Lane
Bellport, NY 11713

Herff Jones
PO Box 882
Commack, NY 11725

Higher One
115 Munson Street
New Haven, CT 06511

Hobsons, Inc.
PO Box 505208
St Louis, MO 63150-5208

Home Depot Credit Service
PO Box 9055
Des Moines, IA 50368

Hoselton Chevrolet
909 Fairport Road
East Rochester, NY 14445

Hy-Cert Services, Inc.
PO Box 534
Miller Place, NY 11764-7006

I.A.M. National Pension Fund
P.O. Box 791129
Baltimore, MD 21279

IACBE
11374 Strang Line Road
Lenexa, KS 66215

IBM Corporation
PO Box 643600
Pittsburgh, PA 15267

Ingerman Smith, L.L.P.
150 Motor Pkwy
Suite 400
Hauppauge, NY 11788

Innovative Interfaces Inc.
PO Box 74008010
540 W Madison, 4th Floor
Chicago, IL 60674-8010

Int'l Assoc. of Machinists and Aerospace
AFL-CIO Local Lodge No. 434
District Lodge No. 15
652 4th Avenue
Brooklyn, NY 11232

Int'l Union of Operating Engineers
Local 30 (AFL-CIO)
New York Headquaters
16-16 White Stone Expressway
Whitestone, NY 11357

Intelli-Tec Security Services
150 Eileen Way
Unit #2
Syosset, NY 11791

International Union of Operation Engineer
16-16 Whitestone Expressway, 5th Floor
Whitestone, NY 11357

Investintech.com Inc.
425 University Avenue
Suite 301
Toronto, ON M5G1T6

Ipswitch Inc.
PO Box 3726
New York, NY 10008

IRG Towing
92 Carlton Avenue
Islip Terrace, NY 11752

Iron Mountain
PO Box 27129
New York, NY 10087-7129

Isaac Rosler
58 Sound Breeze Trail
Wading River, NY 11792

Island Sports Video, Inc
241 Christian Avenue
Stony Brook, NY 11790

It's Moore Entertainment
P.O Box 3273
Patchogue, NY 11772

Jack Schiavone
766 Brady Avenue, Apt.#437
Bronx, NY 10462

Jackie Hannan
5 Alfan Avenue
Sayville, NY 11782

Jackson Lewis, LLP
PO Box 416019
Boston, MA 02241-6019

Jaclyn Carlo
49 Grandview Lane
Smithtown, NY 11787

Jacqueline Leonard
2836 Leslie Court
Laramie, WY 82072

Jacqueline Rogers
47 Simon Street
Babylon, NY 11702

Jaewoo Park
25 Harbor Watch Court
Sag Harbor, NY 11963

James E. Crenshaw
16 Bailey Lane
Manorville, NY 11949

James Murphy
7 Center Drive
Syosset, NY 11791

Jamie Gunter
542 Terrace Road
Bayport, NY 11705

Jamie Kass
6 Edith Court
West Babylon, NY 11704

Janine Barrese
124 Raynor Street
West Babylon, NY 11704

Jarvis Watson
10 Fairview Drive
Shirley, NY 11967

Jason A. Long
55 Clymer Street
Port Jefferson Station, NY 11776

Jason Truffant
15 Idle Hour Blvd.
Oakdale, NY 11769

Jeffrey John DiMarco
426 Wading River Road
Manorville, NY 11949

Jeffrey Stover
930 Maple Street
Bohemia, NY 11716

Jennifer Formica
56 Stagg Street, Apt. 19
Brooklyn, NY 11206

Jeppesen-Sanderson
PO Box 840864
Dallas, TX 75284-0864

Jeremy Steven Johnson
278 N 8th Street
Lindenhurst, NY 11757

Jericho UFSD
99 Cedar Swamp Rd
Jericho, NY 11753-1202

Jesse Schaefer
223 W. Fulton Street
Long Beach, NY 11561

Jessica Roque
10 Warren Grove Road
Warren Grove, NJ 08005

Jet Environmental Testin
114 Wedgewood Drive
Coram, NY 11727

Jim Vignona
2 Point O Woods Avenue
Point O Woods, NY 11706
Jo Ann Lewald
25 Midway Street
Babylon, NY 11702

Joan Asher
55 Avenue D
Farmingville, NY 11738

Joan Boyle Morriss
4231 Oakbeach Road W.
Babylon, NY 11702

Joann Barry
29 Elchesten Drive
E Northport, NY 11731

Joanne DeSantis
86 Woody Lane
Oakdale, NY 11769

Joe Fanning
3 Hazel Avenue
Farmingdale, NY 11735

Joe Silvent
25 Harbor Watch Court
Sag Harbor, NY 11963

John G. Trotta
25 Harbor Watch Court
Sag Harbor, NY 11963

John Hanley
29 Dover Hill Drive
Nesconset, NY 11767

John Ingoglia & Tabitha Ueblacker
88 Central Blvd.
Oakdale, NY 11769

John J. Monaco
27 Brookvale Lane
Lake Grove, NY 11755

John Mateyko
84 Barnes Street
Long Beach, NY 11561

John Tuttle
25 Harbor Watch Court
Sag Harbor, NY 11963

John Urick
951 Old Town Road
Coram, NY 11727

John Van Brunt
24 Birchdale Drive
Holbrook, NY 11741

John Vargas
36 Irving Avenue
Floral Park, NY 11001

Jonathan Nguyen
32 Madison Avenue
Medford, NY 11763

Jose F. Talavera
25 Harbor Watch Court
Sag Harbor, NY 11963

Jose Melendez
247 Laclede Avenue
Uniondale, NY 11553

Joseph A. Formisano
46 Merillon Avenue
Garden City, NY 11530

Joseph Behar
9 Brown's River Road
Sayville, NY 11782

Joseph Bertuglia
PO Box 349
Great River, NY 11739

Joseph D. Donofrio
25 Harbor Watch Court
Sag Harbor, NY 11963

Joseph Economico
215 Weskura Road
Yorktown Heights, NY 10598

Joseph Kasten
80 Teddy Court
Ronkonkoma, NY 11779

Joseph Lee
25 Harbor Watch Court
Sag Harbor, NY 11963

Joseph Manzione
25 Harbor Watch Court
Sag Harbor, NY 11963

Joseph Worrell
16 Johns Road
East Setauket, NY 11733

Joshua D. Cerna
446 61st Street, Apt 2D
Brooklyn, NY 11220

Joshua Gidding
325 Lenox Road
Huntington Station, NY 11746

Joshua Soto
68 Oakland Avenue
Deer Park, NY 11729

Journal News Media Group
P.O Box 822883
Philadelphia, PA 19182-2883

JRB Software
PO Box 28-118
Christchurch, NZ 8242

JTA Leasing Co. LLC
34 Wren Drive
East Hill, NY 11576
Attn: Mark Kitaeff

Juan Ramierz
1013 N. Delaware Avenue
Lindenhurst, NY 11757

June Ann Smith
4 Ovington Circle
Westbury, NY 11590

Justin Robert Carlson
8 Mercer Street
Port Jefferson Station, NY 11776

Justino Reyes
42 Floradora Drive
Mastic, NY 11950

Katherine Ventimiglia
2 Emily Way
East Setauket, NY 11733

Kathleen Ruggeri
45 Ketewamoke Avenue
Babylon, NY 11702

Kaylee M. Graswald

Keith McCaffrey
6 Flora Drive
Mount Sinai, NY 11766

Kendell Thorton
PO BOX 804
Winterville, NC 28590

Kerri (Handras) McCabe
20 Charter Avenue
Dix Hills, NY 11746

Kevin DeSlauriers
6 Jessie Road
Eastport, NY 11941

Kevin Harrington
31 Middle Island Avenue
Medford, NY 11763

Kimberly Poppiti
83 Buffalo Avenue
Medford, NY 11763

Kiomelis Rodriguez
52 Tamarack Street
Central Islip, NY 11722

Konica Minolta Premier Finance
PO Box 642333
Pittsburgh, PA 15264

KPMG LLP Dept 0511
PO Box 120511
Dallas, TX 75312-0511

Kristine Boniello
516 Locust Avenue
Oakdale, NY 11769

Kyle Na Malin-Levantino
25 Harbor Watch Court
Sag Harbor, NY 11963

L&J Cesspool Service
2 Merrick Blvd
East Moriches, NY 11940

L.I. Hardware
4155 Veterans Hwy
Suite 9
Ronkonkoma, NY 11779

L.I. Automatic Doors
26 W Old Country Road
Hicksville, NY 11801

LaCorte Farm & Lawn Equipment
522 Edwards Avenue
Calverton, NY 11933

Landscapes by Sean Fleck
PO Box 1363
Stony Brook, NY 11790

LandTek Group Inc
235 County Line Road
Amityville, NY 11701

Laser Performance Products, Inc.
44 W. Jefryn Blvd.
Suite N
Deer Park, NY 11729

Laura Pope Robbins
383 Birch Hollow Drive
Shirley, NY 11967

Laurel Publications
Attn: Gloria Schetty
595 Rte. 25A - Suite 18
Miller Place, NY 11764

Lauren Bufalo
44 Van Bomel Blvd
Oakdale, NY 11769

Leaf
P.O. Box 742647
Cincinnati, OH 45274-2647

Leann Doyle
48 Grove Avenue
Patchogue, NY 11772

Legacy Plus, Inc.
234 Maple Avenue
Patchogue, NY 11722

LeMoyne College Golf
Office of Athletics
1419 Salt Springs Road
Syracuse, NY 13214

Leo A. Giglio
9 Hilltop Drive
Melville, NY 11747

Lester Corrain
60 Morris Street
Brentwood, NY 11717

Lester Corrian
542 Terrace Road
Bayport, NY 11705

LI Library Resource Counsel (LILRC)
Melville Library Building
Suite E310
Stony Brook, NY 11794

Linda Ardito
5 Two Rod Road
Huntington, NY 11743

Linda Bausch
289 Donald Blvd
Holbrook, NY 11741

Linda Catelli
14 Dorset Road
Southampton, NY 11968

Linda Graceffo
160 Plainview Road
Woodbury, NY 11797

Lisa Braxton
55 Panamoka Trail
Ridge, NY 11961

Local 153 Pension Fund
265 14th Street
New York, NY 10011

Lois Kahl
349 Singingwood Drive
Holbrook, NY 11741

Long Island and University
Attn: Mercedes Ravelo, Dir. Public Safety
250 Joralemon St., Brooklyn Law School
Brooklyn, NY 11201

Long Island Business News
SDS-12-2632
P.O BOX 86
Minneapolis, MN 55486-2632
Long Island Geese Control
308 W Main Street, LL Suite 2
Smithtown, NY 11787

Long Island Gym Equipment Co.
1400 N Pentaquit Avenue
Bay Shore, NY 11706

Lori Zaikowski
130 Jackie Court
Patchogue, NY 11772

Lucianna Basilice
23C Commodore Lane
West Babylon, NY 11704

Luis Rivera
11940 Angle Pond Avenue
Windermere, FL 34796

Lumension Security, Inc.
8660 E. Hartford Drive, Suite 300
Scottsdale, AZ 85255

Madeline Nelson
45 Monroe Street
Northport, NY 11768

Madeline Smith
217 Pleasant Drive
West Bay Shore, NY 11706

MailFinance
478 Wheelers Farm Road
Milford, CT 06461

MailFinance Inc.
25881 Network Place
Chicago, IL 60673-1258

Mailien L. Neefeldt


Maplesoft
615 Kumpf Drive
Waterloo, ON N2V 1K8
Canada

Marcus Tye
PO Box 832
East Quogue, NY 11942

Margaret Intreglia
7 Marilyn Court
West Babylon, NY 11704

Mairea Noblitt
801 Kenmore Road
Chapel Hill, NC 27514

Mariel Stegmeir
245 Edgewood Street
Islip Terrace, NY 11752

Marilyn J. Mather
22 Redwood Court
Coram, NY 11727

Marilyn Rock
123 Vanderbilt Blvd
Oakdale, NY 11769

Mario Calabrese
135 Cook Road
Prospect, CT 06712

Marissa Grace Trezza
25 Harbor Watch Court
Sag Harbor, NY 11963

Mark Carattini
32 William Street
Smithtown, NY 11787

Mark D. Schulte
11 West End Avenue
Newton, NJ 07860

Mark Greer
PO Box 428
Rocky Point, NY 11778

Markertek Video Supply
Attn Ryan Young
1 Tower Drive, PO Box 397
Saugerties, NY 12477

Marlin Leasing
PO Box 13604
Philadelphia, PA 19101-3604

Marshall Perry
933 Manor Lane
Bay Shore, NY 11706

Martha Klotz
60 River Road
P.O. Box 550
Great River, NY 11739

Martin Schoenshals
c/o Law Office of Rachel J. Minter
345 Seventh Avenue, 21st Floor
New York, NY 10001

Mary Abell
268 Bowery
4th Floor
New York, NY 10012

Mary Bridgwood
24 Emilie Drive
Center Moriches, NY 11934

Mary Cappasso
25 Harbor Watch Court
Sag Harbor, NY 11963

Mary Donoghue
51 Cannon Drive
Holbrook, NY 11741

Mary Sullivan
951 Kahle Street
Bohemia, NY 11716

Mary T. Hickey
73 Fraser Avenue
Merrick, NY 11566

Maryann Campagno
107 Guilford Avenue
Oakdale, NY 11769

Maryann Stover
264 Candee Avenue
Sayville, NY 00117-8200

Mastrantonio Caterers Inc.
333 Moffitt Blvd
Islip, NY 11751

Matthew Benj Goldstein
519 East Penn Street
Long Beach, NY 11561

Matthew Joseph Simone
4037 Chestnut Street
Seaford, NY 11783-1909

Matthew Whelan
2 Emmet Drive
Stony Brook, NY 11790

Maureen Earle
506 Lombardy Blvd
Brightwaters, NY 11718

McCarney Tours
2858 N. Wading River Road
Wading River, NY 11792

McGraw-Hill
School Education Holdings LLC
Lockbox 71545
Chicago, IL 60694-1545

MDS

Medco Supply Company
PO Box 971543
Dallas, TX 75397

Megan N. Murphy
7 Center Drive
Syosset, NY 11791

Meister Seelig & Fein LLP
125 Park Ave, 7th Floor
New York, NY 10017

Melissa Tillman
1859 Leonard Lane
Merrick, NY 11566

Melody L. Cope
21 Chateau Drive
Oakdale, NY 11769

Mergent, Inc.
PO Box 741892
Atlanta, GA 30384-1892

Meron Lindenfeld
5 Fairlee Drive
East Northport, NY 11731

Meru Leasing
c/o CIT Finance
21146 Network Place
Chicago, IL 60673

Meru Wireless
c/o Carousel Industries of N.A. Inc.
PO Box 842084
Boston, MA 02284

Metromedia Technologies, Inc.
PO Box 28350
New York, NY 10087-8350

Metropolitan Data Solutions
279 Conklin Street
Farmingdale, NY 11735

Michael P. Chiarelli
1954 New York Avenue
Huntington Station, NY 11746-2906

Michael Aloi
142 McConnell Avenue
Bayport, NY 11705

Michael Anthony Cafaro
1174 Old Coats Road
Lillington, NC 27546

Michael Beck
44 Ocean Avenue
Blue Point, NY 11715

Michael Cappell & Mandolynne Hopkins
47 Chateau Drive
Oakdale, NY 11769

Michael Delia
129 Michaels Lane
Wading River, NY 11792

Michael Herold
5 Tower Lane
Levittown, NY 11756

Michael J. Chebetar
PO Box 242
Cross River, NY 10518

Michael Klotz
60 River Road
P.O. Box 550
Great River, NY 11739

Michael Lettieri
15 The Lane
Bayport, NY 11705

Michael P. Zingaro
35 Summit Road
Sparta, NJ 07871-1410

Michael Sakuma
515 High Street, Apt. 16
Prt Jefferson, NY 11777

Michael Stattery
438 Lake Avenue S
Nesconset, NY 11767

Michelle McKenna
3 Cheryl Lane
North Babylon, NY 11703

MicroFocus, Inc.
PO Box 19224
Palatine, IL 60055

Microsoft
c/o SHI Corp
PO Box 952121
Dallas, TX 75395

Middle States Commission
3624 Market Street
Philadelphia, PA 19104

Mike Caldarella
108 Kemah-Mecca Lake Road
Newton, NJ 07860

Mike Covello
110 Merkel Drive
Bloomfield, NJ 07003

Milce Garcia
290 Oak Avenue
Riverhead, NY 11901

Minitab, Inc.
Quality Plaza
1829 Pine Hall Road
State College, PA 16801

Mintz Levin Ferris, Glovsky & Popeo
Attn: Miyoko Sato, Esq.
One Financial Center
Boston, MA 02111

Monique Davis
1705 Avalon Pines Drive
Coram, NY 11727

Moody's Investors Service, Inc.
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Moussa Keita
16 Palm Street
Central Islip, NY 11722

Mr. Sign
1565 Sycamore Avenue
Bohemia, NY 11716

MWDD
5908 Featherlight Place
Santa Rosa, CA 95409

NA Publishing, Inc.
Department 771752
PO Box 77000
Detroit, MI 48277-1752

NACAC
1050 N Highland Street
Suite 400
Arlington, VA 22201

NACUBO
1110 Vermont Ave NW
Suite 800
Washington, DC 20005

Nana Sarfo Appiah
2350 Webster Avenue, Apt. 3F
Bronx, NY 10458

Nancy Carroll
3223 Wilshire Lane, Apt. E23
Oakdale, NY 11769

Nancy Jones
14 Mount Marcy Avenue
Farmingville, NY 11738

Nassau County Library
K. Ray, Locust Valley Library
170 Buckram Rd
Locust Valley, NY 11560

Natalie L. Vandorn
28 Charles Road
East Patchogue, NY 11772

Nathalia Rogers
60 Harned Drive
Centerport, NY 11721

National Center for Drug Free Sport
2537 Madison Avenue
Kansas City, MO 64108-2334

National Grid
PO Box 11791
Newark, NJ 07101-4791

Neopost
P.O. Box 30193
Tampa, FL 33630-3193

NERCOMP
100 Western Blvd., Suite 2
Glastonbury, CT 06033

Network Craze Technologies, Inc.
7037 Fly Road
East Syracuse, NY 13057

New York State Department of Labor
State Office Building
Campus Room 500
Albany, NY 12240

New York Times
PO Box 371456
Pittsburgh, PA 15250-7456

Newsday
PO Box 3002
Boston, MA 02241-3002

Nicholas Mauro
39 Glen View
Southampton, NY 11968

Nicole Cuccurullo
7 Gorham Lane
Smithtown, NY 11787

Noreen Urso
52 Greenwich Hills Drive
Greenwich, CT 06831

Novell
c/o Computer Integrated Service
561 7th Avenue, 13th Floor
New York, NY 10018

NRCCUA
PO Box 414378
Kansas City, MO 64141

NY Party Works Inc.
45 W Jefryn Blvd
Deer Park, NY 11729

NYS Dept. of Environmental Conservation
Div. of Env. Remediation/Rech Supp.
625 Broadway, 11th Floor
Albany, NY 12233-7020

NYS HESC TAP
99 Washington Avenue
14th Floor, Refund Dept.
Albany, NY 12255

NYS Higher Education Services Corp.
99 Washington Avenue
Albany, NY 12255

NYS Unemployment Insurance
PO Box 4301
Binghamton, NY 13902-4301

NYSATYC Inc
Wilbert Donnay, Accounting Dept, F530J
Borough Of Manhattan Comm. College
New York, NY 10007

NYSFAAA
Bank Street College of Education
610 West 112th Street
New York, NY 10025

OCLC
4425 Solutions Center
Chicago, IL 60677-4004

Office & Prof. Employees Int'l Union
Local 153, AFL-CIO
265 W. 14th Street, 6th Floor
New York, NY 10011

Olena Huffmire
366 Collington Drive
Ronkonkoma, NY 11779

Open Access Plus Medical Benefits
c/o Cigna Health & Life Insurance Co.
900 Cottage Grove Road, B6LPA
Hartford, CT 06152

Oppenheimer Funds
Robert Bertucci
350 Linden Oaks
Rochester, NY 14603

Optel Business Communication Systems
PO Box 180
Nesconset, NY 11767

P & M Doors
10 Ocean Avenue
Copiague, NY 11726

Paraco Gas
2510 Route 44
Salt Point, NY 12578

Pasco Scientific
10101 Foothills Blvd
PO Box 619011
Roseville, CA 95678-9011

Patricia Albano
9 Hopes Avenue
Holtsville, NY 11742
Patricia Hubbard
214 Huron Street, Apt. #3R
Brooklyn, NY 11222

Patrick Johnson
5 Green Knoll Court
Northport, NY 11768

Patti Zerafa
11 Milan Street
East Patchogue, NY 11772

Paul Abramson
6 Winside Lane
Coram, NY 11727

Paula Marie & Robert Johnson
138 Central Blvd
Oakdale, NY 11769

Peter Sean Hines
25 Harbor Watch Court
Sag Harbor, NY 11963

Peterson's Nelnet LLC
PO Box 30216
Omaha, NE 68103-1316

Pine Bush Central School
Route 302
PO Box 670
Pine Bush, NY 12566

Pine Hills Country Club
2 Country Club Drive
Manorville, NY 11949

Port Jefferson Sporting
1395 Rte 112
Port Jefferson Station, NY 11776

Powerhouse Paving
P.O Box 5845
Hauppauge, NY 11788

Precision Designs Architecture
52 Commerce Drive
East Farmingdale, NY 11735-1206

Premier Display Inc.
2979 Judith Drive
Bellmore, NY 11710

Pride Equipment Corporation
150 Nassau Avenue
Islip, NY 11751

Professional Carpet System
73 Argyle Avenue
Selden, NY 11784

ProQuest LLC
789 E Eisenhower Pky
PO Box 1346
Ann Arbor, MI 48106-1346

PSEGLI
Po Box 888
Hicksville, NY 11802-0888

PSEGLI
PO Box 9039
Hicksville, NY 11802

Ralph Cerullo
23 Canterbury Court
East Setauket, NY 11733

Ralph Ruggiero
37 Connetquot Drive
Oakdale, NY 11769

Rebecca DeLorfano
41 Glenwood Place
Farmingville, NY 11738

Reinaldo Blanco
49 Teaneck Drive
East Northport, NY 11731

Rhoda Miller
PO Box 58
Babylon, NY 11702-0058

Richard & Cherisse Forberg
102 Connetquot
Oakdale, NY 11769

Richard Wilkens
7 Fairfield Manor Drive
Manorville, NY 11949

Richard Wolff
90 Elsmere Avenue
Oakdale, NY 11769

Richard Wright
67-50 164th Street
Flushing, NY 11365

Robert Berchman
13 Blowing Fresh Drive
Salem, SC 29676

Robert Campbell
265 Cedar Avenue
Islip, NY 11751

Robert Dougherty
122 Norwalk Avenue
Medford, NY 11763

Robert George Elkins
139 Richmond Avenue
Medford, NY 11763

Robert Gross
25 Harbor Watch Court
Sag Harbor, NY 11963

Robert Kersch
5 Leeside Drive
Great River, NY 11739

Robert Kopelman
12 Alice Street
Patchogue, NY 11772

Robert Landhauser
12 Duffin Avenue
West Islip, NY 11795

Robert Manley
151 Lake Drive S.
West Islip, NY 11795

Robert Moccia
25 Harbor Watch Court
Sag Harbor, NY 11963

Robert Tota

Robin Maynard
212 N Prospect Avenue
Patchogue, NY 11772

Rogers & Taylor Appraise
300 Wheeler Road
Hauppauge, NY 11788

Romanelli & Son, Inc
94 East Hoffman Avenue
Lindenhurst, NY 11757

Ronald Rosso
17 Anderano Avenue
Patchogue, NY 11772

Ronald Vargas
24 James Junior Avenue
Danielsom, CT 06239

Rosemarie Fairchild
27 Chateau Drive
Oakdale, NY 11769

Roxann Hristovsky
PO Box 748
Wading River, NY 11792

Royal Star Associates Inc.
1124 Cassel Avenue
Bay Shore, NY 11706

Rubenstein Associates, Inc.
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7416

Russell Huber
46 Peach Tree Lane
Huntington Station, NY 11746

Ryan Munkwitz
21 Glen Hollow Drive, Apt. G28
Holtsville, NY 11742

S. Bleiberg-Seperson
17 Meleny Road
Locust Valley, NY 11560

Safeway Fire and Protection Co.
35 N Tyson Avenue
Floral Park, NY 11001

Sallie Mae
12061 Bluemont Way
Reston, VA 20190

Samantha Maria Labarbera
1581 Route 300
Newburgh, NY 12550-1755

Sandra Loughran
7 Fifth Avenue
Northport, NY 11768

Sani-Lav Inc.
805 Karshick Street
Bohemia, NY 11716

Sanitech Services, Inc.
110 Lake Ave South, Suite 40
Nesconset, NY 11767

SANS Technology, Inc.
11921 Mekenic Court
Marriottsville, MD 21104

Schneider Electric

School Counselors of Roc
PO Box 144
Suffern, NY 10901

School Guide Publication
606 Halstead Avenue
Mamaroneck, NY 10543

School Health Corp.
6764 Eagle Way
Chicago, IL 60678

Schulte Roth & Zabel LLP Brian Pfeiffer, Esq.
919 Third Avenue
New York, NY 10022

SCOPE
Publications Order Department
100 Lawrence Avenue
Smithtown, NY 11787

Scott J. Passanesi


Scott M. Keane
3 Girard Avenue
Erial, NJ 08081

Scott Makosiej
251927th Street, Apt. 5C
Astoria, NY 11102

SCPOES Pipe Band
PO Box 1116
Smithtown, NY 11787

SCWA
PO Box 3147
Hicksville, NY 11802

Sean Lyons
74 Brand Drive
Huntington, NY 11743

Sean Patrick Irwin
364 Southbury Road
Roxbury, CT 06783

Select Office Systems Inc.
PO Box 11777
Burbank, CA 91510

Servpro of Greater Smith
620 Johnson Avenue, Suite 8
Bohemia, NY 11716

Seyed Raji
24 Pleasant Lane
Southampton, NY 11968

Shannon Alice Donovan
7 Huntington Avenue
Kings Park, NY 11754

Sharon A. Wheeler
25 Harbor Watch Court
Sag Harbor, NY 11963

Sharon Dinapoli
589 Pulaski Road
Kings Park, NY 11754

Sheryl Johnson
23 Gilbert Street
Patchogue, NY 11772

SHI Corp
PO Box 952121
Dallas, TX 75395-2121

Shred-it Long Island
P.O. Box 13574
New York, NY 10087-3574

Sidearm Sports, LLC
PO Box 843038
Kansas City, MO 64184-3038

Sigma-Aldrich
PO Box 535182
Atlanta, GA 30353-5182

Simplex Grinnell LP
50 Technology Drive
Westminster, MA 01441

Simplex Grinnell LP
PO Box 790448
Saint Louis, MO 63179-0448

Skyrush Marketing
P.O Box 354
Yapank, NY 11980

Smart Power Inc.
829 Lincoln Avenue
Bohemia, NY 11716

SolarWinds, Inc.
3711 S. MoPac Expressway
Austin, TX 78746

Southern New Hampshire University
2500 N. River Road
Manchester, NH 03106
Attn: Ray Prouty

Spencer Robison
20 Oak Hill Avenue
Norwalk, CT 06854

St. Anthony's High School
Mrs. Kim Hearney, Director of College Co
275 Wolf Hill Road
South Huntington, NY 11747-1394

St. John the Baptist Diocesan HS
1170 Montauk Hwy
West Islip, NY 11795-4959

St. Johns University
Bernadette Lavin-MacDonald Ctr
8000 Utopia Pkwy
Jamaica, NY 11439

St. Joseph's College
155 W Roe Blvd.
Patchogue, NY 11772

Standard Register
600 Albany Street
Dayton, OH 45417

State University of NY at Stony Brook
University Plaza
Albany, NY 12246

Statewide Roofing Inc.
2120 Fifth Avenue
Ronkonkoma, NY 11779

Stephanie Tatum
4 McFarland Avenue
Central Islip, NY 11722

Stephen Angelella
2788 Marion Street
Bellmore, NY 11710

Stephen Hanna & Mark Hanna
52 Van Bomel Blvd
Oakdale, NY 11769

Stephen Lamia
269 W. 72nd Street, Apt. 6C
New York, NY 10023

Sterling Waters
343 Newport Road
Uniondale, NY 11553

Steven Anthony D'Angelo
6 Whig Court
Holbrook, NY 11741

Steven Murray
25 Harbor Watch Court
Sag Harbor, NY 11963

Steven R. Stecher
225 Hillside Avenue
Livingston, NJ 07039

Steven Tellerias
448 Ocean Avenue
Central Islip, NY 11722-1828

Storr Tractor Company
175 13th Avenue
Ronkonkoma, NY 11779

Strategic Value Media
8700 Indian Creek Parkway, Suite 300
Ovelook Park, KS 66210

Suffolk County Industrial
Development Agency
H. Lee Dennison Building, 3rd Floor
100 Veterans Highway
Hauppauge, NY 11788

Suffolk County Locksmith
944 Montauk Hwy, Suite C
Shirley, NY 11967

Suffolk County News
PO Box 782
Patchogue, NY 11772

Suffolk Zone N.Y.S.A.H.P
%Joanne Hamilton, Suffolk Zone
7 Glen Hollow Drive, Apt B33
Holtsville, NY 11742

Superior Office Services
49 West 37th Street, 3rd Floor
New York, NY 10018

Superior Office Systems
49 West 37th Street, 3rd Floor
New York, NY 10018

Susan Carter
131 N Country Road
Miller Place, NY 11764

Susan Voorhees
43 Bayway Avenue
Bay Shore, NY 11706

Susan Wendy Fox
25 Harbor Watch Court
Sag Harbor, NY 11963

Suzanne Fregosi
572 Laurelton Blvd.
Long Beach, NY 11561

Symantec Corp.
487 E. Middle Road
Mountain View, CA 94043

Symplicity Corporation
17890 W Dixie Hwy, Suite 606
North Miami, FL 33160

T.M. Bier & Associates, Inc.
Attn: Mr. Steven Neuf
79 Hazel Street
Glen Cove, NY 11542

Tamara Costanzo
46 Meyer Lane
Medford, NY 11763

Taylor Pililani Takeda
95-987 Ukuwai Street, Apt. 2405
Mililani, HI 96789

The Allen J Flood Company
Two Madison Avenue
Larchmont, NY 10538

Theresa & Caitlin Cody
39 Chateau Drive
Oakdale, NY 11769

Theresa Domenichello

Theresa Talmage
83 East Moriches Blvd
Eastport, NY 11941

Thomas Caputo
20 Heidi Court
Bohemia, NY 11716

Thomas Daly
115 Roxbury Road
Garden City, NY 11530

Thomas Kelly
5960 Amherst Drive
Apt. B101
Naples, FL 34112

Thomas Scientific
3501 Market Street
Philadelphia, PA 19104

Thomson Reuters-West
Payment Center
P.O Box 6292
Carol Stream, IL 60197-6292

ThyssenKrupp Elevator
59 Otis Street
West Babylon, NY 11704

Timothy Boyle
208 Oak Street
Patchogue, NY 11772

Timothy Kelly
36 Dale Drive
Oakdale, NY 11769

Todd Rooney
51 Oakdale Avenue
Selden, NY 11784

Total Funds by Hasler

Town of Brookhaven I.D.A.
One Independence Hill
Farmingville, NY 11738

Tracy J. DiMarco
426 Wading River
Manorville, NY 11949

Trade Industry Network
163 Sterling Road
Toronto, Canada

Travis Evans
518 W. 111th Street
New York, NY 10025

Troy Bohlander
478 Del Rey Avenue
Canon, CO 81212

Troy Bohlander
Residence Life-Oakdale
150 Idle Hour Blvd
Oakdale, NY 11769

U.S. Department of Education
Financial Square
32 Old Slip, 25th Floor
New York, NY 10005

U.S. Department of Education
1990 K. Street, N.W.
Washington, DC 20006

Ultimate Power, Inc.
45 Nancy Street
West Babylon, NY 11704

UMB Bank, N.A.
Corporate Trust Services
120 Sixth Street, Suite 1400
Minneapolis, MN 55402

Union Leasing Inc.
425 North Martingdale Road, 6th Floor
Schaumburg, IL 60173

Universal Temperature Controls Ltd.
1749 Julia Goldbach Avenue
Ronkonkoma, NY 11779

University of Bridgeport
Women's Soccer
120 Waldmere Avenue
Bridgeport, CT 06601

University of New Haven
Charger Gymnasium
300 Boston Post Road
West Haven, CT 06516

University of Wisconsin
Lunar School of Business
PO Box 742
Milwaukee, WI 53201
Attn: Andrea Zw

Univest
3331 Street Road
Suite 325
Bensalem, PA 19020

Utility Detection, Inc.
PO Box 223
Milford, PA 18337

Valero
PO Box 300
Amarillo, TX 79105-0300

Value Line Publishing LLC
485 Lexington Avenue, 9th Floor
New York, NY 10017-2630

Verizon
P.O. Box 15124
Albany, NY 12212-5124

Verizon Wireless
PO Box 15023
Worcester, MA 01615-0023

Verona Safety Supply Inc.
913 Watson Avenue
Madison, WI 53713

Vicom Computer Services, Inc.
400 Broadhollow Road, Suite 1
Farmingdale, NY 11735

Victoria Herrmann
118 Easy Street
West Sayville, NY 11796

VMWare c/o Vicom
400 Broadhollow Road, Suite 1
Farmingdale, NY 11735

W.A.S.T.E. Inc.
22 N Dunton Avenue
Medford, NY 11763

Waldo
118 North Bedford Road, Suite 201
Mt. Kisco, NY 10549

Walter Benka
166-69 20th Avenue
Whitestone, NY 11357

WatchGuard
c/o CDWG
75 Remittance Drive, Suite 1515
Chicago, IL 60675

WB Mason Co Inc.
PO Box 981101
Boston, MA 02298-1101

We Drive You, Inc.
700 Airport Blvd, Suite 250
Burlingame, CA 94010

Wells Fargo Educational Financial Serv.
PO Box 5185
Sioux Falls, SD 57117

Wendy Ehrensberger (Deceased)
18 Sheldon Avenue
Patchogue, NY 11772

Werlhens Francois
129 Woodland Avenue
Central Islip, NY 11722

West Group Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

Western Suffolk Counselors
595 NY-25A #18
Miller Place, NY 11764

Whitney Stark
1250 Baldwin Road
Yorktown Heights, NY 10598

William D. Wexler, Esq.
816 Deer Park Avenue
North Babylon, NY 11703

William Indick
125 Maple Street
Islip, NY 11751

William R. Goncalves
5 Cristina Drive
Manorville, NY 11949

William Schmoegner
5 Paddock Road
East Lyme, CT 06333

William Stanley
19 Meadow Street
Garden City, NY 11530

Wilmington Trust, National Association
Corporate Trust Services
25 South Charles Street, 11th Floor
Baltimore, MD 21201

Winters Bros. Hauling
1198 Prospect Ave
Westbury, NY 11590-2723

WSCA Spring Conference
595 Route 25A, Suite 18
Miller Place, NY 11764

Xavier Simmons
102 Lexington Avenue
Central Islip, NY 11722

Xerox Education Services
PO Box 201322
Dallas, TX 75320-1322

Xerox Financial Services
P.O. Box 3147
Hicksville, NY 11802-3147

Yair Cohen
80-62 188th Street
Hollis, NY 11423

Yanek Mieczkowski
836 Walnut Avenue
Bohemia, NY 11716

Yenko Inc.
150 Grant Street, 2nd Floor
Brooklyn, NY 11201

Yiging Lan
No. 144, Lishan Road
Lixia District
Jinan, 250013

Yousuf Khan Aslam

Zachary Russell Holmes
285 Inlet Vw E.
Mattituck, NY 11952

Zeklers Inc.
1061 N. Shepard Street, Suite L
Anaheim, CA 92806