U.S. Bankruptcy Court, Eastern District of N.Y.
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Suite 1595
Brooklyn, NY 11201-1800

Michael J. Aloi
1511 SW Park Ave, APT 515
Portland, OR 97201

Hello Bankruptcy Court,

As a former employee of Dowling College, I am receiving mail in relation to the College's bankruptcy filing (Case No. 16-75545-reg). You currently have my old Bayport, NY address on file. Please update to my new Portland, OR address for future mailings related to this case.

OLD ADDRESS:

Michael Aloi
142 McConnell Avenue
Bayport, NY 11705

NEW ADDRESS:

Michael Aloi
1511 SW Park Ave, APT 515
Portland, OR 97201

Thank you,

*[signature]*

Michael Aloi
Former Dowling College employee