United States Bankruptcy Court
Eastern District of New York

In re:                                                                    Case No. 16-75545-reg
Dowling College                                                           Chapter 11
        Debtor
## CERTIFICATE OF NOTICE

District/off: 0207-8           User: smarcus              Page 1 of 2              Date Rcvd: Dec 27, 2016
                               Form ID: 295              Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2016.
db             +Dowling College,    150 Idle Hour Blvd.,    Oakdale, NY 11769-1999
               +Christine Black,    Office of the U.S. Trustee,    560 Federal Plaza,
                 Central Islip, NY 11722-4456
               +Gerard Luckman &,    Kenneth Silverman,    SilvermanAcampora LLP,    100 Jericho Quadrangle,
                 Jericho, NY 11753-2708
               +Ian A. Hammel,    Mintz Levin Cohn Ferris,    Glovsky & Popeo,    One Financial Center,
                 Boston, MA 02111-2657
              #+Jack A. Raisner,    Outten & Golden LLP,    3 Park Avenue, 29th Floor,    New York, NY 10016-5902
               +Sean C. Southard &,    Lauren Catherine Kiss,    Klestadt WInters Jureller,
                 Southard & Stevens, LLP,    200 West 41st Street, 17th Fl.,    New York, NY 10036-7219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2016 at the address(es) listed below:
              Adam T Berkowitz    on behalf of Creditor    UMB Bank, National Association as Indenture Trustee
               aberkowitz@garfunkelwild.com,    ehuggler@garfunkelwild.com
              Glenn P Warmuth    on behalf of Creditor Kimberly Dawn Poppiti gpw@stim-warmuth.com,
               pjw@stim-warmuth.com
              Glenn P Warmuth    on behalf of Interested Party Kimberly Dawn Poppiti gpw@stim-warmuth.com,
               pjw@stim-warmuth.com
              Howard B Kleinberg    on behalf of Interested Party    Certain Members Of The Dowling College Board
               of Trustees hkleinberg@MSEK.com,    kgiddens@msek.com
              Jack A Raisner    on behalf of Plaintiff Lori  Zaikowski jar@outtengolden.com,
               kdeleon@outtengolden.com;jxh@outtengolden.com;rmasubuchi@outtengolden.com;rfisher@outtengolden.co
               m
              Jack A Raisner    on behalf of Creditor Lori  Zaikowski jar@outtengolden.com,
               kdeleon@outtengolden.com;jxh@outtengolden.com;rmasubuchi@outtengolden.com;rfisher@outtengolden.co
               m
              James H. Knapp    on behalf of Creditor    Department of Education james.knapp@usdoj.gov
              Joseph Charles Corneau    on behalf of Debtor    Dowling College jcorneau@klestadt.com
              Karl J Silverberg    on behalf of Creditor    Powerhouse Maintenance, Inc.
               ksilverberg@silverbergpclaw.com,    ksilverberg@king-king-law.com
              Lauren Catherine Kiss    on behalf of Debtor    Dowling College lkiss@klestadt.com
              Rene S Roupinian    on behalf of Plaintiff Lori  Zaikowski rroupinian@outtengolden.com,
               jxh@outtengolden.com;cbrann@outtengolden.com;kcarter@outtengolden.com
              Richard J McCord    on behalf of Creditor    ACA Financial Guaranty Corp.
               rmccord@certilmanbalin.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;cglick@certilmanbalin.com;CBAHECM@gmail.c
               om;mmcord@certilmanbalin.com
              Ronald J Friedman    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               efilings@spallp.com,
               rfriedman@silvermanacampora.com;dmahoney@silvermanacampora.com;JHellman@SilvermanAcampora.com;JKr
               ell@SilvermanAcampora.com

```
District/off: 0207-8          User: smarcus              Page 2 of 2             Date Rcvd: Dec 27, 2016
                              Form ID: 295               Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Sean C Southard   on behalf of Debtor   Dowling College ssouthard@klestadt.com
          Stan Y Yang    stan.y.yang@usdoj.gov,   stan.y.yang@usdoj.gov
          United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                          TOTAL: 16

# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

---

IN RE:                                                                                                                                                                        CASE NO: 8−16−75545−reg

    Dowling College
    aka   Dowling College, Inc.
    fdba Dowling College Alumni Association
    fdba Dowling Institute
    fdba Cecom

SSN/TAX ID:                                                                                                                                                                                              CHAPTER: 11

    11−2157078

                           DEBTOR(s)

---

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 12/15/16 was filed on 12/23/16.

The following deadlines apply:

The parties have until December 30, 2016 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is January 13, 2017.

If a Transcript Redaction Request is filed, the redacted transcript is due January 23, 2017.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is March 23, 2017, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext at 888.706.4576 or you may view the document at the public terminal at the Office of the Clerk.

Dated: December 27, 2016

                                                                                         For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 12/8/15]