**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-*
  *Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |

-----------------------------------------------------------------x

### NOTICE OF FILING OF SECOND ADDENDUM TO RETENTION AGREEMENT BETWEEN THE DEBTOR AND FPM GROUP, LTD.

**PLEASE TAKE NOTICE** that on November 29, 2016, Dowling College (the "Debtor") filed a petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that on December 23, 2016, the Debtor filed its Application for an Order Approving the Retention of FPM Group, Ltd. as Consultants to the Debtor, *Nunc Pro Tunc* to December 6, 2016 (the "FPM Group Retention Application") [DE 127].

**PLEASE TAKE FURTHER NOTICE** that the retention agreement (the "Retention Agreement") between FPM Group, Ltd. and the Debtor and the first addendum to the Retention Agreement was attached to the FPM Group Retention Application as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that FPM Group, Ltd. and the Debtor have entered into a second addendum to the Retention Agreement, a copy of which is annexed hereto as **Exhibit A**.

Dated: New York, New York
        January 9, 2017

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
    Sean C. Southard
    Lauren C. Kiss
    200 West 41st Street, 17th Floor
    New York, NY 10036
    Tel: (212) 972-3000
    Fax: (212) 972-2245
    Email: ssouthard@klestadt.com
           lkiss@klestadt.com

*Attorneys to the Debtor and Debtor in Possession*