**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-*
 *Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |

---------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JANUARY 10, 2017 AT 10:00 A.M.

| | |
|---|---|
| **Time and Date of Hearing:** | January 10, 2017 at 10:00 a.m. (Eastern Time) |
| **Location of Hearing:** | Courtroom of the Honorable Robert E. Grossman, United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 |
| **Copies of Motions and Applications:** | The Motions and Applications may be viewed on the Court's website (http://www.nyeb.uscourts.gov/) with a login and password to the Court's Public Access to |

|  | Court Electronic Records and copies of such documents can be obtained from the Debtor's noticing agent, Garden City Group, LLC at http://cases.gardencitygroup.com/dco. |
|---|---|

I. **Uncontested Matters:**

1. Order Scheduling Initial Case Management Conference [DE 74]

   Status:  This matter is going forward.

2. Application for an Order Authorizing the Retention of CBRE, Inc. as Real Estate Broker for the Debtor, *Nunc Pro Tunc* to the Petition Date [DE 77]

   Status:  This matter is going forward.

3. Application for an Order Approving the Retention of Eichen & DiMeglio, P.C., as Accountants to the Debtor, *Nunc Pro Tunc* to the Petition Date [DE 126]

   Status:  This matter is going forward.

4. Application for an Order Approving the Retention of FPM Group, Ltd., as Consultants to the Debtor, *Nunc Pro Tunc* to December 6, 2016 [DE 127]

   Related Documents:

   A. Notice of Filing of Second Addendum to Retention Agreement Between the Debtor and FPM Group, Ltd. [DE 140]

   Status:  This matter is going forward.

5. Debtor's Motion for Entry of Interim and Final Orders (I) Approving Sale Procedures for the Sale of the Debtor's Residential Portfolio and (II) Approving Such Sales of the Debtor's Residential Portfolio Free and Clear of Liens, Claims, Encumbrance and Other Interests [DE 14]

   Responses Received:

   A. Karl Silverberg's Declaration in Opposition on Creditor Powerhouse Paving's Behalf [DE 56, 59]

   Related Documents:

   B. Order Authorizing Sales of Residential Portfolio and Related Procedures [DE 105]

Status:  This matter is going forward.

6. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor (A) to Obtain Post-Petition Secured, Superpriority Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to Pre-Petition Secured Creditors Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364; and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(B) and 4001(C) [DE 9]

   Responses Received:

   A. Committee's Limited Opposition to Entry of Final Order Authorizing Debtor in Possession Financing [DE 138]

   Related Documents:

   B. Emergency Order (I) Authorizing Debtor to Obtain PostPetition Financing and Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling an Interim Hearing, and (IV) Granting Certain Related Relief [DE 63]

   C. Second Emergency Order (I) Authorizing Debtor to Obtain PostPetition Financing and Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Certain Related Relief [DE 121]

   D. Notice of Final Hearing on Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor (A) to Obtain Post-Petition Secured, Superpriority Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to Pre-Petition Secured Creditors Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364; and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(B) and 4001(C) [DE 122]

   E. Notice of Filing of Proposed Final Order Granting Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor (A) to Obtain Post-Petition Secured, Superpriority Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to Pre-Petition Secured Creditors Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364; and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(B) and 4001(C) [DE 141]

   F. Notice of Filing of Approved Budget [DE 142]

Status: This matter is going forward.

7. Debtor's Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing the Debtor to Enter Into and Perform Under Plan Support Agreement [DE 22]

    Status: This matter is not going forward.

Dated: New York, New York
January 9, 2017

          **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
Sean C. Southard
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, NY 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: ssouthard@klestadt.com
       lkiss@klestadt.com

*Attorneys to the Debtor and Debtor in Possession*