**SILVERMANACAMPORA LLP**
Proposed Counsel to the Official Committee
  of Unsecured Creditors
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Gerard R. Luckman
Brian Powers

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.

                            Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NASSAU    )

I, **MELISSA COHEN**, being duly sworn, depose, and say that: I am not a party to this action, am over 18 years of age, and am employed by SilvermanAcampora LLP.

On January 5, 2017, I served the:

- **COMMITTEE'S LIMITED OPPOSITION TO ENTRY OF FINAL ORDER AUTHORIZING DEBTOR IN POSSESSION FINANCING**

by **First Class Mail** delivery to the addresses listed below, said addresses designated for that purpose by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**TO:**    **Office of the United States Trustee**
         Office of the United States Trustee
         Eastern District of New York
         560 Federal Plaza
         Central Islip, New York 11722
         Attn: Stan Y. Yang, Esq.

**Debtor**
Dowling College
c/o RSR Consulting, LLC
49 Roy Avenue
Massapequa, NY 11758
Attn:  Robert S. Rosenfeld, Esq.

**Debtor's Attorney**
Klestadt & Winters, LLP
570 Seventh Avenue, 17th Floor
New York, NY 10018
Attn:   Joseph C. Corneau, Esq.
        Lauren C. Kiss, Esq.
        Sean C. Southard, Esq.

**Indenture Trustee for the Series 1996, 2002**
**and 2015 Bonds and 2016 Escrow Funding Agent**
UMB Bank, National Association
2 South Broadway, Suite 600
St. Louis, MO 63102
Attn: Laura Roberson, Senior Vice President

**Majority Holder of the Series 1996, 2002, and 2015 Bonds**
Oppenheimer Funds, Rochester Division
350 Linden Oaks
Rochester, NY 14625
Attn: Robert J. Bertucci, CFA

**Local Counsel to UMB Bank as Indenture Trustee**
**for the Series 1996, 2002, and 2015 Bonds**
Garfunkel Wild, P.C.
111 Great Neck Road
Great Neck, NY 11021
Attn: Adam T. Berkowitz, Esq.

**Indenture Trustee for the Series 2006 Bonds**
Wilmington Trust, National Association
25 South Charles Street, 11th Floor
Mail Code: MD2-CS58
Baltimore, MD 21201
Attn: Jay Smith

**Bond Insurer for the Series 2006 Bonds**
ACA Financial Guaranty Corp.
555 Theodore Fremd Avenue
Suite C-205
Rye, NY 10580
Attn:   Carl McCarthy, Esq.
        Maria Cheng, Managing Director

**Notices of Appearance**

**Counsel for Creditor UMB Bank, National**
**Association as Indenture Trustee**
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
Attn:   Ian A. Hammel, Esq.
          Eric R. Blythe, Esq.

**Counsel to Interested Party Certain Members**
**of The Dowling College Board of Trustees**
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
Garden City, NY 11530-9194
Attn:  Howard B. Kleinberg, Esq.

**Counsel to Creditor Department of Education**
United States Attorney
Eastern District of New York
610 Federal Plaza, 5th Floor
Central Islip, NY 11722
Attn: Robert L. Capers, Esq.

**Counsel to Creditor ACA Financial Guaranty Corp.**
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
Attn:   Richard J. McCord, Esq.
          Thomas J. McNamara, Esq.

Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Attn:   Brian D. Pfeiffer, Esq.
          Neil S. Begley, Esq.

**Counsel to Creditor Powerhouse Maintenance, Inc.**
Silverberg P.C.
320 Carleton Avenue, Suite 6400
Central Islip, NY 11755
Attn: Karl Silverberg, Esq.

**Counsel to Creditor Kimberly Dawn Poppiti**
Stim & Warmuth, P.C.
2 eighth Street
Farmingville, NY 11738
Attn:   Paul J. Warmuth, Esq.
          Glenn P. Warmuth, Esq.

**Counsel to Martin Schoenhals**
Advocates for Justice
Chartered Attorneys
225 Broadway, Suite 1902
New York, NY 10007
Attn:   Arthur Z. Schwartz, Esq.
          Laine A. Armstrong, Esq.

                              *s/ Melissa Cohen*
                              **MELISSA COHEN**

Sworn to before me this
9th day of January, 2017.

> Carol Ann Gallo-Russo
> Notary Public, State of New York
> No. 01GA4632721
> Qualified in Suffolk County
> Commission Expires April 30, 2018

*s/ Carol Ann Gallo-Russo*
        Notary Public