16-75545-reg

Judge Grossman,

I have been advised by the court to provide my new address so that mail can be sent directly and not forwarded.

The new address is:

2 Putzel Ave
Guilford, CT 06437

Thank you!

Marilyn J Mathu

RE: Dowling College

RECEIVED 2017 JAN -9 P 12:26 CLERK, U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK