**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                         :    Chapter 11
                                              :
**DOWLING COLLEGE,**[1]                        :    Case No. 16-75545 (REG)
                                              :
**Debtor.**                                    :
                                              :
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss
COUNTY OF NASSAU    )

I, Ira Nikelsberg, being duly sworn, depose and state:

1. I am a Senior Project Manager with Garden City Group, LLC, the claims and noticing agent for the debtor and debtor-in-possession (collectively, the "Debtor") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On January 9, 2016, at the direction of Klestadt Winters Jureller Southard & Stevens, LLP ("Klestadt"), counsel for the Debtor, I caused true and correct copies of the following documents to be served by e-mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties with e- mail addresses):

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078). The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

- **Notice of Filing of Second Addendum to Retention Agreement Between the Debtor and FPM Group, Ltd.** [Docket No. 140];

- **Notice of Filing of Proposed Final Order Granting Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor (A) to Obtain Post-Petition Secured Superpriority Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to Pre-Petition Secured Creditors Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364; and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c) ("Notice of Filing of Proposed Final Order re Post-Petition Secured Superpriority Financing")** [Docket No. 141];

- **Notice of Filing of Approved Budget** [Docket No. 142]; and

- **Notice of Agenda of Matters Scheduled for Hearing on January 10, 2017 at 10:00 a.m. ("Notice of Agenda")** [Docket No. 143].

3.  On January 9, 2016, also at the direction of Klestadt, I caused true and correct copies of the **Notice of Filing of Proposed Final Order re Post-Petition Secured Superpriority Financing**, the **Notice of Filing of Approved Budget**, and the **Notice of Agenda** to be served by facsimile on the party identified on Exhibit B annexed hereto (Office of the United States Trustee) and by e-mail on the parties identified on Exhibit C annexed hereto (Interested Parties).

/s/ Ira Nikelsberg
Ira Nikelsberg

Sworn to before me this 9th day of
January, 2017


/s/ Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires:  September 23, 2017

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | cmccarthy@aca.com |
| ACA FINANCIAL GUARANTY CORP | ATTN: MARIA CHENG, MANAGING DIRECTOR | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | mcheng@aca.com |
| ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS | ATTN LAINE A ARMSTRONG | 225 BROADWAY, SUITE 1902 | | | NEW YORK | NY | 10007 | laine@advocatesny.com |
| ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS | ATTN ARTHUR Z SCHWARTZ | 225 BROADWAY, SUITE 1902 | | | NEW YORK | NY | 10007 | aschwartz@afjlaw.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN RICHARD J MCCORD, ESQ | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | rmccord@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN THOMAS J MCNAMARA, ESQ | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | tmcnamara@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | rmccord@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: THOMAS J. MCNAMARA | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | tmcnamara@certilmanbalin.com |
| CIGNA HEALTH & LIFE INSURANCE CO | 900 COTTAGE GROVE ROAD, B6LPA | | | | HARTFORD | CT | 06152 | thomascarfagno@cigna.com |
| COHNREZNICK LLP | ATTN CHAD J. SHANDLER | 4 BECKER FARM ROAD | | | ROSELAND | NJ | 07068 | Chad.Shandler@CohnReznick.com |
| GARDEN CITY GROUP, LLC | ATTN: IRA NIKELSBERG | 1985 MARCUS AVENUE | | | LAKE SUCCESS | NY | 11042 | Ira.Nikelsberg@gardencitygroup.com |
| GARFUNKEL WILD PC | ATTN ADAM T BERKOWITZ ESQ | 111 GREAT NECK RD | | | GREAT NECK | NY | 11021 | aberkowitz@garfunkelwild.com |
| INGERMAN SMITH, LLP | ATTN CHRISTOPHER J. CLAYTON | 150 MOTOR PKWY, SUITE 400 | | | HAUPPAUGE | NY | 11788 | cclayton@ingermansmith.com |
| JOSEPH BEHAR | 9 BROWN'S RIVER RD | | | | SAYVILLE | NY | 11782 | Jbehar2@optonline.net |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: SEAN C. SOUTHARD, ESQ. | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | ssouthard@klestadt.com |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: LAUREN C. KISS, ESQ. | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | lkiss@klestadt.com |
| LINDA ARDITO | 5 TWO ROD ROAD | | | | HUNTINGTON | NY | 11743 | Linda351@optonline.net |
| MEYER SUOZZI ENGLISH & KLEIN PC | ATTN HOWARD B KLEINBERG ESQ | 990 STEWART AVENUE | SUITE 300 | | GARDEN CITY | NY | 11530-9194 | hkleinberg@msek.com |
| MILMAN LABUDA LAW GROUP PLLC | ATTN JOHN M. HARRAS, ESQ | 3000 MARCUS AVENUE, SUITE 3W8 | | | LAKE SUCCESS | NY | 11042 | john@mllaborlaw.com |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC | ATTN IAN A HAMMEL ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | ihammel@mintz.com |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC | ATTN ERIC R BLYTHE ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | eblythe@mintz.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: P. MIYOKO SATO, ESQ. | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | msato@mintz.com |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN ALISON B. BIANCHI, COUNSEL AND | DEPUTY COMMISSIONER FOR LEGAL AFFAIRS | 89 WASHINGTON AVENUE | | ALBANY | NY | 12234 | Alison.Bianchi@nysed.gov |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN:DR. JOHN D'AGATI, DEPUTY COMMISSIONER | 89 WASHINGTON AVENUE | | | ALBANY | NY | 12234 | john.dagati@nysed.gov |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN, ATTORNEY GENERAL | ATTN: PEGGY FARBER | 120 BROADWAY, 24TH FLOOR | | NEW YORK | NY | 10271 | Peggy.Farber@ag.ny.gov |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE | ATTN:LORETTA E. LYNCH, ATTORNEY GENERAL | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530-0001 | askdoj@usdoj.gov |
| PAUL ABRAMSON | 6 WINSIDE LN | | | | CORAM | NY | 11727 | abramsop@dowling.edu |
| PSEGLI | ATTN BRIAN HASSAN | 175 E OLD COUNTRY RD | | | HICKSVILLE | NY | 11801 | brian.hassan@pseg.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| RSR CONSULTING, LLC | ATTN: NEIL BIVONA | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 | nbivona@rsrconsultingllc.com |
| RSR CONSULTING, LLC | ATTN: ROBERT S. ROSENFELD | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 | rsrosenfeld@rsrconsultingllc.com |
| RUBIN & ROTHMAN | 1787 VETERANS HIGHWAY SUITE 32 | PO BOX 9003 | | | ISLANDIA | NY | 11749 | comments@rubinrothman.com |
| SCHULTE ROTH & ZABEL LLP | ATTN BRIAN D PFEIFFER | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | brian.pfeiffer@srz.com |
| SCHULTE ROTH & ZABEL LLP | ATTN: NEIL S. BEGLEY, ESQ. | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | neil.begley@srz.com |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281-1027 | newyork@sec.gov |
| SEYED RAJI | 24 PLEASANT LANE | | | | SOUTHAMPTON | NY | 11968 | seyraji@aol.com |
| SILVERBERG P.C. | ATTN KARL SILVERBERG | 320 CARLETON AVE, STE 6400 | | | CENTRAL ISLIP | NY | 11722 | ksilverberg@silverbergpclaw.com |
| SILVERMANACAMPORA LLP | ATTN RONALD J FRIEDMAN ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | RFriedman@SilvermanAcampora.com |
| SILVERMANACAMPORA LLP | ATTN GERARD R LUCKMAN, ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | GLuckman@SilvermanAcampora.com |
| SILVERMANACAMPORA LLP | ATTN KENNETH P SILVERMAN EQS | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | KSilverman@SilvermanAcampora.com |
| ST JOHNS UNIVERSITY | ATTN MARY PLANT | BERNADETTE LAVIN-MACDONALD CTR. | 8000 UTOPIA PKWY | | JAMAICA | NY | 11439 | plantm@stjohns.edu |
| STATEWIDE ROOFING INC | 2120 FIFTH AVENUE | | | | RONKONKOMA | NY | 11779 | reception@statewideroofingli.com |
| STIM & WARMUTH PC | ATTN GLENN P WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | gpw@stim-warmuth.com |
| STIM & WARMUTH PC | ATTN PAULA J WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | pjw@stim-warmuth.com |
| THE ALLEN J FLOOD COMPANIES, INC | TWO MADISON AVENUE | | | | LARCHMONT | NY | 10538 | claims@ajfusa.com |
| UMB BANK, NATIONAL ASSOCIATION | ATTN: LAURA ROBERSON, SENIOR VICE PRESIDENT | 2 SOUTH BROADWAY, SUITE 600 | | | ST. LOUIS | MO | 63102 | laura.roberson@umb.com |
| UNITED STATES ATTORNEY | ATTN JAMES H KNAPP | ASSISTANT US ATTORNEY | EASTERN DISTRICT OF NEW YORK | 610 FEDERAL PLAZA, 5TH FL | CENTRAL ISLIP | NY | 11722 | James.knapp@usdoj.gov |
| UNITED STATES DEPARTMENT OF EDUCATION | FINANCIAL SQUARE | ATTN CHRISTOPHER CURRY | 32 OLD SLIP, 25TH FLOOR | | NEW YORK | NY | 10005 | christopher.curry@ed.gov |
| WE DRIVE YOU, INC | ATTN CHRIS CUKAR | 700 AIRPORT BLVD, SUITE 250 | | | BURLINGAME | CA | 94010 | chris.cukar@wedriveu.com |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: JAY SMITH | 25 SOUTH CHARLES STREET, 11TH FLOOR | MAIL CODE: MD2-CS58 | | BALTIMORE | MD | 21201 | jhsmith@wilmingtontrust.com |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Fax |
|---|---|---|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE EASTERN DISTRICT OF NEW YORK | ATTN: STAN YANG, ESQ., TRIAL ATTORNEY | ALFONSE D'AMATO FEDERAL COURTHOUSE | 560 FEDERAL PLAZA | CENTRAL ISLIP | NY | 11722 | 6317157777 |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| OUTTEN & GOLDEN LLP | ATTN JACK A RAISNER | 685 THIRD AVE, 25TH FLOOR | | | NEW YORK | NY | 10017 | jar@outtengolden.com |
| OUTTEN & GOLDEN LLP | ATTN RENÉ S ROUPINIAN | 685 THIRD AVE, 25TH FLOOR | | | NEW YORK | NY | 10017 | rsr@outtengolden.com |