# NEWSDAY
# AFFIDAVIT OF PUBLICATION

MILLER ADVERTISING
71 5TH AVE 5TH FLOOR
NEW YORK, NY 10003-3004

---

STATE OF NEW YORK)　　　　　　　　Legal Notice No.　　　0021239637
　:SS.:
COUNTY OF SUFFOLK)

Jamie Asuncion of Newsday Media Group., Suffolk County, N.Y., being duly sworn, says that such person is, and at the time of publication of the annexed Notice was a duly authorized custodian of records of Newsday Media Group, the publisher of NEWSDAY, a newspaper published in the County of Suffolk, County of Nassau, County of Queens, and elsewhere in the State of New York and other places, and that the Notice of which the annexed is a true copy, was published in the following editions/counties of said newspaper on the following dates:

　　　　Wednesday　　　January 04, 2017　　　Nassau, Suffolk and Queens

**SWORN** to before me this
10 Day of January, 2017.

CHRISTOPHER LAWSON
Notary Public – State of New York
No. 01LA6348406
Qualified in Suffolk County
My Commission Expires September 26, 2020

| | |
|---|---|
| **BID DEADLINE DATE AND TIME:** | **MARCH 27, 2017 at 4:00 p.m. (EST)** |
| **AUCTION DATE AND TIME:** | **MARCH 31, 2017 at 11:00 a.m. (EST)** |
| **OBJECTION DEADLINE DATE AND TIME:** | **APRIL 6, 2017 at 4:00 p.m. (EST)** |
| **SALE HEARING DATE AND TIME:** | **APRIL 10, 2017 at 10:00 a.m. (EST)** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re: DOWLING COLLEGE, f/d/b/a DOWLING INSTITUTE, f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION, f/d/b/a CECOM, a/k/a DOWLING COLLEGE, INC., Debtor.

Chapter 11
Case No. 16-75545 (REG)

## NOTICE OF AUCTION AND HEARING TO CONSIDER APPROVAL OF THE SALE OF THE DEBTOR'S OAKDALE CAMPUS

**NOTICE IS HEREBY GIVEN,** as follows:

1. On November 29, 2016, Dowling College ("Dowling" or the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case") filed a motion (the "Motion")[1] which in pertinent part (the "Bidding Procedures Motion") sought entry of an order (the "Bidding Procedures Order") pursuant to Sections 105, 363 and 365 of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002(a),(2) and 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"): (a) approving the proposed Bidding Procedures and the schedule to be used in connection with the proposed sale of the Debtor's 25 acre campus located at 150 Idle Hour Boulevard, Oakdale, NY 11769 (the "Oakdale Campus"), free and clear of all liens, claims and encumbrances, security interests and other interests, to the Successful Bidder, (b) scheduling an Auction and a Sale Hearing to approve the Sale of the Oakdale Campus; (c) approving the form and manner of the notice of the Auction and Sale Hearing; and (d) approving the Bidding Protections in connection therewith.

2. A copy of the Motion, the Bidding Procedures, and the Bidding Procedures Order may be obtained by: (i) accessing the Bankruptcy Court's website at www.nyeb.uscourts.gov (password required); (ii) accessing the Debtor's noticing and claims agent website, http://cases.gardencitygroup.com/dco, or upon request by contacting Garden City Group, LLC ("GCG") at (866) 459-2643; (iii) going in person to the Office of the Clerk of the Bankruptcy Court at the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, NY 11722; or (iv) contacting Sean C. Southard, Esq. of Klestadt Winters Jureller Southard & Stevens, LLP, proposed counsel to the Debtor, at 200 West 41st Street, 17th Floor, New York, NY 10036, by telephone at (212) 972-3000 or by email at ssouthard@klestadt.com.

3. As set forth in the Bidding Procedures, the sale of the Oakdale Campus will be sold to the highest or best offer, subject to Bankruptcy Court approval.

4. All interested parties are invited to make offers for all of the Oakdale Campus in accordance with the terms of the Bidding Procedures and Bidding Procedures Order. The deadline to submit bids (the "Bid Deadline") is **March 27, 2017 at 4:00 p.m. (EST).** Pursuant to the Bidding Procedures Order, the Debtor shall conduct an Auction with respect to the Oakdale Campus. The Auction will take place at the offices of proposed counsel to the Debtor, Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, NY 10036, not later than **March 31, 2017,** starting at 11:00 a.m. (prevailing Eastern Time), or at such other later date and time or other place, as may be determined by the Debtor at or prior to the Auction.

5. The Bidding Procedures Order further provides that a Sale Hearing will be held on **April 10, 2017** before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, NY 11722 (the "Bankruptcy Court"), which hearing may be adjourned from time to time, including, without limitation, by announcing such adjournment on the record at the Sale Hearing.

6. At the Sale Hearing, the Debtor will request that the Bankruptcy Court enter an order, among other things, approving the highest and best bid for the Oakdale Campus, pursuant to which the Debtor will transfer the Oakdale Campus. In addition, the Debtor requests that the Bankruptcy Court provide that the transfer of the Oakdale Campus be (i) free and clear of all liens, claims and interests, including successor liability claims, and (ii) exempt from any stamp tax or similar tax.

7. At the Sale Hearing, the Bankruptcy Court may enter such orders as it deems appropriate under applicable law and as required by the circumstances and equities of this Chapter 11 Case. Objections, if any, to the Sale Motion must be made in writing, must state with particularity the reasons for the objection or response, must be filed with the Clerk of the Bankruptcy Court, must conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, must set forth the name of the objecting party, the nature and basis of the objection and the specific grounds therefore and must be served upon: (a) the Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722, Attn: Stan Yang, Esq., Trial Attorney; (b) proposed counsel to the Debtor: Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, NY 10036, Attn: Sean C. Southard, Esq.; (c) counsel to the post-petition lenders: (i) Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C., One Financial Center, Boston, MA 02111, Attn: P. Miyoko Sato, Esq. and Ian A. Hammel, Esq., (ii) Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, Attn: Brian D. Pfeiffer, Esq. and Neil S. Begley, Esq., (iii) Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, 9th Floor, East Meadow, NY 11554, Attn: Richard J. McCord, Esq. and Thomas J. McNamara, Esq., and (iv) Garfunkel Wild, P.C., 111 Great Neck Road, Great Neck, NY 11021, Attn: Adam T. Berkowitz, Esq.; and (d) proposed counsel to the Creditors' Committee: Silverman Acampora, LLP, 100 Jericho Quadrangle, Suite 300, Jericho, NY 11753, Attn: Ronald J. Friedman, Esq. and Gerard R. Luckman, Esq., so as to be actually received by 4:00 p.m. (EST) on **April 6, 2017.**

8. Requests for information concerning the sale of the Oakdale Campus should be directed by written or telephonic request to: (i) A&G Realty Partners, LLC, 445 Broadhollow Road, Suite 410 Melville, NY 11747, Attn: Andrew Graiser and (ii) Madison Hawk Partners, LLC, 575 Lexington Avenue, Suite 4017, New York, NY 10022, Attn: Jeffrey L. Hubbard.

Dated: New York, New York, December 19, 2016

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP,** By: /s/ Sean C. Southard, Sean C. Southard, Lauren C. Kiss, 200 West 41st Street, 17th Floor, New York, NY 10036, Tel: (212) 972-3000, Fax: (212) 972-2245, Email: ssouthard@klestadt.com, lkiss@klestadt.com, *Proposed Attorneys to the Debtor and Debtor in Possession*

[1] Capitalized terms used herein, unless herein defined, are used with the meanings ascribed to such terms in the Motion.

# LEGAL NOTICES

**Legal Notice # 21232457**
TRIFORCE ATHLETICS, LLC., Arts. of Org. filed with the SSNY on 11/23/2016. Office loc: Nassau County. SSNY has been designated as agent upon whom process against the LLC may be served. SSNY shall mail process to: Matthew Rottkamp, 418 N. Newbridge Road, Levittown , NY 11756. Purpose: Any Lawful Purpose.

**Legal Notice # 21236794**
CKJ GROUP LLC Art. Of Org. Filed Sec. of State of NY 11/03/2016. Off. Loc.: Nassau Co. United States Corporation Agents, Inc., designated as agent upon whom process against it may be served. SSNY to mail copy of process to The LLC, C/O United States Corporation Agents, Inc., 7014 13th Avenue, Suite 202, Brooklyn, NY 11228. Purpose: Any lawful act or activity.

**Legal 2123963701**

| BID DEADLINE DATE AND TIME: | MARCH 27, 2017 at 4:00 p.m. (EST) |
| --- | --- |
| AUCTION DATE AND TIME: | MARCH 31, 2017 at 11:00 a.m. (EST) |
| OBJECTION DEADLINE DATE AND TIME: | APRIL 6, 2017 at 4:00 p.m. (EST) |
| SALE HEARING DATE AND TIME: | APRIL 10, 2017 at 10:00 a.m. (EST) |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re ) Chapter 11
DOWLING COLLEGE, )
f/d/b/a DOWLING INSTITUTE, ) Case No.
f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION, ) 16-75545 (REG)
f/d/b/a CECOM, )
a/k/a DOWLING COLLEGE, INC., )
  Debtor. )

**NOTICE OF AUCTION AND HEARING TO CONSIDER APPROVAL OF THE SALE OF THE DEBTOR'S OAKDALE CAMPUS**

NOTICE IS HEREBY GIVEN, as follows:

1. On November 29, 2016, Dowling College ("Dowling" or the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case") filed a motion (the "Motion") which in pertinent part (the "Bidding Procedures Motion") sought entry of an order (the "Bidding Procedures Order") pursuant to Sections 105, 363 and 365 of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002(a)(2) and 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"): (a) approving the proposed Bidding Procedures and the schedule to be used in connection with the proposed sale of the Debtor's 25 acre campus located at 150 Idle Hour Boulevard, Oakdale, NY 11769 (the "Oakdale Campus"), free and clear of all liens, claims and encumbrances, security interests and other interests, to the Successful Bidder; (b) scheduling an Auction and a Sale Hearing to approve the Sale of the Oakdale Campus; (c) approving the form and manner of the notice of the Auction and Sale Hearing; and (d) approving the Bidding Protections in connection therewith.

2. A copy of the Motion, the Bidding Procedures, and the Bidding Procedures Order may be obtained by: (i) accessing the Bankruptcy Court's website at www.nyeb.uscourts.gov (password required); (ii) accessing the Debtor's noticing and claims agent website, http://cases.gardencitygroup.com/dco, or upon request by contacting Garden City Group, LLC ("GCG") at (866) 459-2643; (iii) paid in person to the Office of the Clerk of the Bankruptcy Court at the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, NY 11722; or (iv) contacting Sean C. Southard, Esq. of Klestadt Winters Jureller Southard & Stevens, LLP, proposed counsel to the Debtor, at 200 West 41st Street, 17th Floor, New York, NY 10036, by telephone at (212) 972-3000 or by email at ssouthard@klestadt.com.

3. As set forth in the Bidding Procedures, the sale of the Oakdale Campus will be sold to the highest or best offer, subject to Bankruptcy Court approval.

4. All interested parties are invited to make offers for all of the Oakdale Campus in accordance with the terms of the Bidding Procedures and Bidding Procedures Order. The deadline to submit bids (the "Bid Deadline") is **March 27, 2017 at 4:00 p.m. (EST)**. Pursuant to the Bidding Procedures Order, the Debtor shall conduct an Auction with respect to the Oakdale Campus. The Auction will take place at the offices of proposed counsel to the Debtor, Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, NY 10036, not later than **March 31, 2017**, starting at 11:00 a.m. (prevailing Eastern Time), or at such other later date and time or other place, as may be determined by the Debtor at or prior to the Auction.

5. The Bidding Procedures Order further provides that a Sale Hearing will be held on **April 10, 2017** before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, NY 11722 (the "Bankruptcy Court"), which hearing may be adjourned from time to time, including, without limitation, by announcing such adjournment on the record at the Sale Hearing.

6. At the Sale Hearing, the Debtor will request that the Bankruptcy Court enter an order, among other things, approving the highest and best bid for the Oakdale Campus, pursuant to which the Debtor will transfer the Oakdale Campus. In addition, the Debtor requests that the Bankruptcy Court provide that the transfer of the Oakdale Campus be (i) free and clear of all liens, claims and interests, including successor liability claims, and (ii) exempt from any stamp tax or similar tax.

7. At the Sale Hearing, the Bankruptcy Court may enter such orders as it deems appropriate under applicable law and as required by the circumstances and equities of this Chapter 11 Case. Objections, if any, to the Sale Motion must be made in writing, must state with particularity the reasons for the objection or response, must be filed with the Clerk of the Bankruptcy Court, must conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, must set forth the name of the objecting party, the nature and basis of the objection and the specific grounds therefore and must be served upon: (a) the Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722, Attn: Stan Yang, Esq., Trial Attorney; (b) proposed counsel to the Debtor: Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, NY 10036, Attn: Sean C. Southard, Esq.; (c) counsel to the post-petition lenders: (i) Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C., One Financial Center, Boston, MA 02111, Attn: P. Miyoko Sato, Esq. and Ian A. Hammel, Esq., (ii) Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, Attn: Brian D. Pfeiffer, Esq. and Neil S. Begley, Esq., (iii) Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, 9th Floor, East Meadow, NY 11554, Attn: Richard J. McCord, Esq. and Thomas J. McNamara, Esq., and (iv) Garfunkel Wild, P.C., 111 Great Neck Road, Great Neck, NY 11021, Attn: Adam T. Berkowitz, Esq.; and (d) proposed counsel to the Creditors' Committee: Silverman Acampora, LLP, 100 Jericho Quadrangle, Suite 300, Jericho, NY 11753, Attn: Ronald J. Friedman, Esq. and Gerard R. Luckman, Esq., so as to be actually received by 4:00 p.m. (EST) on **April 6, 2017**.

8. Requests for information concerning the sale of the Oakdale Campus should be directed by written or telephonic request to: (i) A&G Realty Partners, LLC, 445 Broadhollow Road, Suite 410 Melville, NY 11747, Attn: Andrew Graiser and (ii) Madison Hawk Partners, LLC, 575 Lexington Avenue, Suite 4017, New York, NY 10022, Attn: Jeffrey L. Hubbard.

Dated: New York, New York, December 19, 2016

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**, By: _/s/ Sean C. Southard_
Sean C. Southard, Lauren C. Kiss, 200 West 41st Street, 17th Floor, New York, NY 10036, Tel: (212) 972-3000, Fax: (212) 972-2245, Email: ssouthard@klestadt.com, lkiss@klestadt.com, _Proposed Attorneys to the Debtor and Debtor in Possession_

[1] Capitalized terms used herein, unless herein defined, are used with the meanings ascribed to such terms in the Motion.

**Legal Notice # 21232131**
29 Topper Lane LLC, a domestic LLC, filed with the SSNY on 11/21/16. Office location: Nassau County. SSNY is designated as agent upon whom process against the LLC may be served. SSNY shall mail process The LLC, 900 N. Bay Ave., Massapequa, NY 11758. General purpose.

**Legal Notice # 21235986**
EBG LIQUORS LLC, Arts. of Org. filed with the SSNY on 12/09/2016. Office loc: Nassau County. SSNY has been designated as agent upon whom process against the LLC may be served. SSNY shall mail process to: The LLC, 1560 Hempstead Tpke, Elmont, NY 11003. Purpose: Any Lawful Purpose.

**Legal Notice # 21232190**
Abhi & Mansi LLC, a domestic LLC, filed with the SSNY on 11/10/16. Office location: Nassau County. SSNY is designated as agent upon whom process against the LLC may be served. SSNY shall mail process The LLC, 15 Juniper Ln., Muttontown, NY 11791. General purpose.

**Legal Notice # 21239678**
NOTICE OF SALE
SUPREME COURT COUNTY OF NASSAU, CITIMORTGAGE, INC., Plaintiff, vs. DAVID BELGRAVE; LORNA BELGRAVE, ET AL., Defendant(s).
Pursuant to a Judgment of Foreclosure and Sale duly filed on January 30, 2016, I, the undersigned Referee will sell at public auction at the CCP (Calendar Control Part Courtroom) in the Supreme Court, 100 Supreme Court Drive, Mineola, NY on February 07, 2017 at 11:30 a.m., premises known as 1332 Larboard Court, Uniondale, NY. All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of Hempstead, County of Nassau and State of New York, Section 50, Block 338 and Lot 114. Approximate amount of judgment is $389,891.97 plus interest and costs. Premises will be sold subject to provisions of filed Judgment Index # 15218/13.
Desiree Fusco, Esq., Referee Knuckles, Komosinski & Manfro, LLP, 565 Taxter Road, Ste. 590, Elmsford, NY 10523, Attorneys for Plaintiff

**Legal Notice # 21239676**
NOTICE TO BIDDERS
MASSAPEQUA UNION FREE SCHOOL DISTRICT
SCIENCE LABS UPGRADES AT MASSAPEQUA HIGH SCHOOL
SED CONTROL NO. 28-05-23-03-0-010-039
MASD 1434 NB - 1
Notice is hereby given that SEALED PROPOSALS for:
**MASSAPEQUA UNION FREE SCHOOL DISTRICT**
**SCIENCE LABS UPGRADES**
**AT MASSAPEQUA HIGH SCHOOL - MAIN CAMPUS**
**SED Control No. 28-05-23-03-0-010-039**
**CONTRACT G – GENERAL CONSTRUCTION WORK**
**CONTRACT H – HVAC WORK**
**CONTRACT P – PLUMBING WORK**
**CONTRACT E – ELECTRICAL WORK**
Will be received until 10:00 A.M. prevailing time on **February 1, 2017**, at the Purchasing Office of **Massapequa UFSD**, located at **4925 Merrick Road, Massapequa, NY 11758**.
Complete Digital Sets of bidding documents, plans and Specifications, may be obtained online as a download at the following website: www.revplans.com for a nonrefundable fee of Forty-Nine Dollars ($49.00) beginning January 9, 2017. Complete sets of Hard Copy Bidding Documents, Plans and Specifications, may be obtained from **Revplans, 330 Route 17A, Suite #2, Goshen, New York 10924**, upon deposit of One Hundred Dollars ($100.00) for each set furnished for each location. Make deposit check payable to the **MASSAPEQUA UNION FREE SCHOOL DISTRICT**.
Bidders deposit will be refunded if the set is returned in good condition within thirty (30) days following the award of the contract or the rejection of the bids covered by such plans and specifications. Non-bidders shall receive partial reimbursement, in an amount equal to the amount of the deposit, less the actual cost of reproduction of the documents if the set is returned in good condition within thirty (30) days following the award of the contract or the rejection of the bids covered by such plans and specifications. Any bidder requiring documents to be shipped shall make arrangements with the printer and pay for all packaging and shipping costs.
All bid addenda will be transmitted to registered plan holders via email and will be available at **www.revplans.com**. Plan holders who have paid for hard copies of the bid documents will need to make the determination if hard copies of the addenda are required for their use, and coordinate directly with REVplans for hardcopies of addenda to be issued. There will be no charge of registered plan holders to obtain hard copies of the bid addenda.
Bids must be made in the standard proposal form in the manner designated therein and as required by the specifications that must be enclosed in sealed envelopes bearing the name of the job and name and address of the bidder on the outside, addressed to: **MASSAPEQUA UNION FREE SCHOOL DISTRICT**, clearly marked on the outside: **Bid For: Science Labs Upgrades**.
Each proposal submitted must be accompanied by a certified check or bid bond, made payable to the MASSAPEQUA UNION FREE SCHOOL DISTRICT, in an amount equal to five percent (5%) of the total amount of the bid, as a commitment by the bidder that, if its bid is accepted, it will enter into a contract to perform the work and will execute such further security as may be required for the faithful performance of the contract. **Certification of bonding company is required for this bid, see Instructions for Bidders section**. Each bidder shall agree to hold his/her bid price for forty-five (45) days after the formal bid opening.
A pre-bid meeting and walk thru is scheduled for **January 19, 2017 at 3:00 P.M.** at the project site. Potential bidders are asked to gather at the Main Entrance of the Massapequa High School at which time they shall be escorted to all areas of work. Although not mandatory, it is highly recommended that all potential bidders attend.
It is the Board's intention to award the contracts to the lowest qualified bidder providing the required security who can meet the experience, technical and budget requirements. The Board reserves the right to reject any or all bids, waive any informality and to accept such bid which, in the opinion of the Board, is in the best interests of the School District.
Massapequa Union Free School District
**Board of Education**
**4925 Merrick Road**
**Massapequa, New York 11758**

**Legal Notice # 21235904**
NASSAU HOME IMPROVEMENT LLC, Arts. of Org. filed with the SSNY on 12/9/2016. Office loc: Nassau County. SSNY has been designated as agent upon whom process against the LLC may be served. SSNY shall mail process to: The LLC, 40 Randall Ave, #310, Freeport, NY 11520. Purpose: Any Lawful Purpose.

**Legal Notice # 21237409**
195 EAST HOFFMAN LLC, Arts. of Org. filed with the SSNY on 12/16/2016. Office loc: Nassau County. SSNY has been designated as agent upon whom process against the LLC may be served. SSNY shall mail process to: The LLC, 556 Central Ave, Bethpage, NY 11714. Reg Agent: Macchia Group, Inc., 556 Central Ave, Bethpage, NY 11714. Purpose: Any Lawful Purpose.

NOTICE OF FORMATION OF JD BONO PROPERTIES, LLC. Art. of Org. filed with Secy. of State of NY (SSNY) on JULY 18, 2016. Ofc in NASSAU Cty. SSNY designated agent of LLC upon whom process against it may be served. SSNY shall mail process to C/O UNITED STATES CORPORATION AGENTS, INC. 7014 13TH AVENUE SUITE 202, BROOKLYN, NEW YORK, 11228 Purpose:Any lawful purpose.

**Legal Notice # 21237653**
NOTICE FOR FORMATION of a limited liability company (LLC). The name of the limited liability company is RANCH STUDIOS LLC. The date of filing of the articles of organization with the Department of State was December 2, 2016. The County in New York in which the office of the company is located is Nassau. The Secretary of State has been designated as agent of the company upon whom process may be served, and the Secretary of State shall mail a copy of any process served upon him or her to The LLC, 1027 Clayton Road, Valley Stream, New York 11580. The business purpose of the company is to engage in any and all business activities permitted under the laws of the State of New York.

**Legal Notice # 21239685**
Notice of Organizational Board Meeting and Regular Board Meeting
Please take notice that the organizational meeting for the Roosevelt Fire District of the Town of Hempstead, County of Nassau, New York will be held on **Wednesday January 11, 2017 at 7:00 P.M.** on that day at 56 West Centennial Avenue Roosevelt New York.
The Regularly scheduled Board meeting of the Roosevelt Fire District, Board of Fire Commissioners will be held immediately following Wednesday January 11, 2017 at 8:00 PM.
This notification is being posted pursuant to the provisions of Section 94 of the Public Officers Law of the State of New York.
Clara Gillens Eromosele
Secretary/RMO
Roosevelt Fire District

**Legal Notice # 21235815**
SUPPLEMENTAL SUMMONS
Index #: 8710/2014
Filed: 12/06/2016
Plaintiff designates Nassau County as the place of trial. Venue is based upon the County in which the mortgaged premises is situated.
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
Nationstar Mortgage LLC d/b/a Champion Mortgage Company
Plaintiff,
-against-
Nassau County Public Administrator, as Administrator for the estate of Frank LaDuca a/k/a Frank Laduca a/k/a Frank La Duca, Michael Alpert Guardian Ad Litem on behalf of Frank LaDuca a/k/a Frank Laduca a/k/a Frank La Duca's respective heirs-at-law, next-of-kin, distributees, executors, administrators, trustees, devisees, legatees, assignees, lienors, creditors, and successors in interest and generally all persons having or claiming under, by or through said defendant who may be deceased, by purchase, inheritance, lien or otherwise, any right, title or interest in the real property described in the complaint herein, Frank LaDuca, Jr., as Heir to the Estate of Frank LaDuca a/k/a Frank Laduca a/k/a Frank La Duca,
Secretary of Housing and Urban Development, New York State Department of Taxation and Finance, United States of America Defendants.
TO THE ABOVE NAMED DEFENDANT(S):
RECEIVED
DEC 0 6 2016
NASSAU COUNTY COUNTY CLERK'S OFFICE
YOU ARE HEREBY SUMMONED to answer the Complaint in this action and to serve a copy of your Answer or, if the Complaint is not served with this Summons, to serve a Notice of Appearance on the attorneys for the plaintiff within twenty (20) days after service of this Summons, exclusive of the day of service; or within thirty (30) days after service is complete if this Summons is not personally delivered to you within the State of New York; or within sixty (60) days if it is the United States of America. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.
NOTICE
**YOU ARE IN DANGER OF LOSING YOUR HOME**
If you do not respond to this summons and complaint by serving a copy of the answer on the attorney for the mortgage company who filed this foreclosure proceeding against you and filing the answer with the court, a default judgment may be entered and you can lose your home.
Speak to an attorney or go to the court where your case is pending for further information on how to answer the summons and protect your property.
Sending a payment to your mortgage company will not stop this foreclosure action. **YOU MUST RESPOND BY SERVING A COPY OF THE ANSWER ON THE ATTORNEY FOR THE PLAINTIFF (MORTGAGE COMPANY) AND FILING THE ANSWER WITH THE COURT.**
Dated: Bay Shore, New York June 30, 2016
FRENKEL, LAMBERT, WEISS, WEISMAN & GORDON, LLP
BY: Pamela Flink
Attorneys for Plaintiff 53 Gibson Street
Bay Shore, New York 11706 (631) 969-3100
Our File No.: 01-062165-F00

**Legal Notice # 21239682**
FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
Docket #: NN- 11737-16
In the Matter of BABY GIRL HOPE
(b. 11/24/16)
A Child under Eighteen Years of Age
Alleged to be Destitute
JANE DOE, Mother
Respondent.
IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK TO THE ABOVE-NAMED RESPONDENT:
To: JANE DOE, WHO RESIDES OR IS FOUND AT: ADDRESS UNKNOWN.
RESPONDENT IS THE BIOLOGICAL MOTHER OF A FEMALE CHILD, WHO WAS BORN ON OR ABOUT NOVEMBER 24, 2016; LEFT BY A FEMALE WITH A MEMBER OF THE WANTAGH FIRE DEPARTMENT; AND IS ALLEGED TO BE ABANDONED IN ACCORDANCE WITH THE NEW YORK ABANDONED INFANT PROTECTION LAW.
A petition under Article 10-C of the Family Court Act having been filed with this Court requesting the following relief: that said child be determined to be a destitute child and placed with the Nassau County Department of Social Services;
**YOU ARE HEREBY SUMMONED** to appear before this Court on
Date/Time: Wednesday, February 8, 2017 at 9:00 A.M.
Part: 2
Floor/Room: Floor 2/ Room 204
Presiding: Hon. Robin M. Kent
Location: Nassau County Family Court
1200 Old Country Rd. Westbury, NY 11590
to answer the petition and to be dealt with in accordance with Article 10 of the Family Court Act.
On your failure to appear as herein directed, a warrant may be issued for your arrest.
Dated: December 28, 2016.
Rosalie Fitzgerald
Clerk of the Court

TO THE ABOVE-NAMED RESPONDENT:
The foregoing summons is served upon you by publication pursuant to an Order of the Hon. Robin M. Kent, Judge of the Family Court, Nassau County, dated and filed with the petition and other papers in the Office of the Clerk of the Family Court, Nassau County.

**NEWSDAY BUY & SELL**
Read for savings
Advertise for results!!
631-843-7653(SOLD)

**Legal Notice # 21238417**
SUPPLEMENTAL SUMMONS
Index No.: 11276-14
Date of Filing:
December 12, 2016
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS SEPARATE TRUSTEE FOR PENNYMAC LOAN TRUST 2010-NPL1, Plaintiff,
-against-
MORRIS BOARDMAN AKA MORRIS MORRIELLO INDIVIDUALLY AND AS HEIR AT LAW AND NEXT OF KIN OF RUBYE BOARDMAN; ROSIE BOARDMAN A/K/A ROSE MORRIELLO BOARDMAN INDIVIDUALLY AND AS HEIR AT LAW AND NEXT OF KIN OF RUBYE BOARDMAN; JOHN DOE 1 THROUGH 50; JANE DOE 1 THROUGH 50, INTENDING TO BE THE UNKNOWN HEIRS, DISTRIBUTES, DEVISEES, GRANTEES, TRUSTEES, LIENORS, CREDITORS, AND ASSIGNEES OF THE ESTATE OF RUBYE BOARDMAN WHO WAS BORN ON XXXX 1934 AND DIED ON MARCH 19, 2009, A RESIDENT OF THE COUNTY OF NASSAU, THEIR SUCCESSORS IN INTEREST IF ANY OF THE AFORESAID DEFENDANTS BE DECEASED, THEIR RESPECTIVE HEIRS AT LAW, NEXT OF KIN, AND SUCCESSORS IN INTEREST OF THE AFORESAID CLASSES OF PERSON, IF THEY OR ANY OF THEM BE DEAD, AND THEIR RESPECTIVE HSBANDS, WIVES OR WIDOWS, IF ANY, ALL OF WHOM AND WHOSE NAMES AND PLACES OF RESIDENCE ARE UNKNOWN TO THE PLAINTIFF; CAPITAL ONE BANK; CITIBANK, N.A.; NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE; TARGET NATIONAL BANK; UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE; "JOHN DOES" and "JANE DOES", said names being fictitious, parties intended being possible tenants or occupants of premises, and corporations, other entities or persons who claim, or may claim, a lien against the premises, Defendants.
TO THE ABOVE-NAMED DEFENDANTS:
YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a Notice of Appearance on the Plaintiff's attorney(s) within twenty (20) days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the State, or within thirty (30) days after completion of service where service is made in any other manner, and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.
NOTICE
YOU ARE IN DANGER OF LOSING YOUR HOME
If you do not respond to this summons and complaint by serving a copy of the answer on the attorney for the mortgage company who filed this foreclosure proceeding against you and filing an answer with the court, a default judgment may be entered and you can lose your home.
Speak to an attorney or go to the court where your case is pending for further information on how to answer the summons and protect your property.
Sending a payment to your mortgage company will not stop this foreclosure action. YOU MUST RESPOND BY SERVING A COPY OF THE ANSWER ON THE ATTORNEY FOR THE PLAINTIFF (MORTGAGE COMPANY) AND FILING THE ANSWER WITH THE COURT.
YOU ARE HEREBY PUT ON NOTICE THAT WE ARE ATTEMPTING TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE
TO THE ABOVE-NAMED DEFENDANTS:
The foregoing summons is served upon you by publication pursuant to an Order of the Honorable Thomas A. Adams of the Supreme Court of the State of New York, signed on November 17, 2016, and filed with supporting papers in the Office of the Clerk of the County of Nassau, State of New York.
The object of this action is to foreclose a mortgage upon the premises described below, executed by EMERSON BOARDMAN and RUBYE BOARDMAN, to CITIBANK, N .A bearing date April 8, 1988 and recorded in Liber 12646 of Mortgages at Page 364 in the County of Nassau on May 13, 1988. The aforesaid instruments were assigned to Plaintiff herein by assignment of mortgage dated September 25, 2014.
Said premises being known as and by 545 CLOCKS BLVD, EAST MASSAPEQUA, NY 11758.
Date: November 2, 2016
Batavia, New York
Andrea Clattenburg, Esq.
ROSICKI, ROSICKI & ASSOCIATES, P.C.
Attorneys for Plaintiff
Batavia Office
26 Harvester Avenue
Batavia, NY 14020
585.815.0288
Help For Homeowners In Foreclosure
New York State Law requires that we send you this notice about the foreclosure process. Please read it carefully. Mortgage foreclosure is a complex process. Some people may approach you about "saving" your home. You should be extremely careful about any such promises. The State encourages you to become informed about your options in foreclosure. There are government agencies, legal aid entities and other non-profit organizations that you may contact for information about foreclosure while you are working with your lender during this process. To locate an entity near you, you may call the toll-free helpline maintained by the New York State Banking Department at 1-877-BANKNYS (1-877-226-5697) or visit the Department's website at www.banking.state.ny.us. The State does not guarantee the advice of these agencies.

**Legal Notice # 21236083**
SHACKLEFORD BENNETT LLC, Arts. of Org. filed with the SSNY on 10/21/2016. Office loc: Nassau County. SSNY has been designated as agent upon whom process against the LLC may be served. SSNY shall mail process to: Thelma Shackleford, 132 Carnegie Ave, Elmont, NY 11003. Purpose: Any Lawful Purpose.

DID YOU KNOW THAT YOU CAN SEE NEWSDAY'S BUY & SELL ADS ON THE INTERNET?
www.newsday.com/classifieds

Client Name:
Advertiser:
Section/Page/Zone: B/B013/NA
Description:
Ad Number:
Insertion Number:
Size:
Color Type:
Publication Date: 01/04/2017
This E-sheet confirms that the ad appeared in Newsday on the date and page indicated. Derivative works or any exploitation or repurposing of any content displayed or contained herein is strictly prohibited.