# AFFIDAVIT

**STATE OF TEXAS**           )
                             ) ss:
**CITY AND COUNTY OF DALLAS**)

I, Jeb Smith, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for New York distribution for

1   insertion(s) on the following date(s):

JAN-04-2017;

ADVERTISER: DOWLING COLLEGE;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
4   day of   January     2017

_____
Notary Public



TOBY A. BREITEN
Notary Public
STATE OF TEXAS
My Comm. Exp. April 24, 2018

P2JW004000-0-B01100-1--------XA Case 8-16-75545-reg Doc 149 Filed 01/11/17 Entered 01/11/17 10:51:58

# MUTUAL FUNDS

## Explanatory Notes

Data provided by LIPPER

Top 250 mutual-funds listings for Nasdaq-published share classes with net assets of at least $500 million each. **NAV** is net asset value. Percentage performance figures are total returns, assuming reinvestment of all distributions and after subtracting annual expenses. Figures don't reflect sales charges ("loads") or redemption fees. **NET CHG** is change in NAV from previous trading day. **YTD%RET** is year-to-date return. **3-YR%RET** is trailing three-year return annualized.

**e**-Ex-distribution. **f**-Previous day's quotation. **g**-Footnotes x and s apply. **j**-Footnotes e and s apply. **k**-Recalculated by Lipper, using updated data. **p**-Distribution costs apply, 12b-1. **r**-Redemption charge may apply. **s**-Stock split or dividend. **t**-Footnotes p and r apply. **v**-Footnotes x and e apply. **x**-Ex-dividend. **z**-Footnote x, e and s apply. **NA**-Not available due to incomplete price, performance or cost data. **NE**-Not released by Lipper; data under review. **NN**-Fund not tracked. **NS**-Fund didn't exist at start of period.

Tuesday, January 3, 2017

| Fund | NAV | Net Chg | YTD %Ret |
|---|---|---|---|
| **A** | | | |
| **American Funds Cl A** | | | |
| AmcpA p | 27.47 | +0.24 | 0.9 |
| AMutlA p | 37.03 | +0.20 | 0.5 |
| BalA p | 24.92 | +0.11 | 0.4 |
| BondA p | 12.72 | ... | ... |
| CapIBA p | 57.90 | +0.26 | 0.5 |
| CapWGrA | 44.16 | +0.33 | 0.8 |
| EupacA p | 45.32 | +0.21 | 0.5 |
| FdInvA p | 54.82 | +0.38 | 0.7 |
| GwthA p | 42.41 | +0.37 | 0.9 |
| HI TrA p | 10.29 | +0.03 | 0.3 |
| ICAA p | 36.50 | +0.27 | 0.7 |
| IncoA p | 21.78 | +0.11 | 0.5 |
| N PerA p | 35.52 | +0.19 | 0.5 |
| NEcoA p | 36.18 | +0.23 | 0.6 |
| NwWrldA | 51.76 | +0.31 | 0.6 |
| SmCpA p | 46.17 | +0.19 | 0.4 |
| TxExA p | 12.74 | ... | ... |
| WshA p | 41.21 | +0.26 | 0.6 |
| **AMG Managers Funds** | | | |
| YacktmanFd I | 21.53 | +0.14 | 0.7 |
| **AQR Funds** | | | |
| MgdFutStrI | NA | ... | NA |
| **B** | | | |
| **Baird Funds** | | | |
| AggBdInst | 10.70 | ... | ... |
| CorBdInst | 11.03 | ... | ... |
| **BlackRock Funds A** | | | |
| GlblAlloc p | 18.18 | ... | ... |
| **BlackRock Funds C** | | | |
| GlblAlloc t | 16.55 | ... | ... |
| **BlackRock Funds Inst** | | | |
| EqtyDivd | 22.71 | +0.16 | 0.7 |
| GlblAlloc | 18.28 | ... | ... |
| HiYldBd | 7.66 | +0.02 | 0.3 |
| StratIncOpptyIns | 9.84 | +0.01 | 0.1 |
| **D** | | | |
| **Del Invest Instl** | | | |
| Value | 19.87 | +0.19 | 1.0 |
| **Dimensional Fds** | | | |
| 5GlbFxdInc | 10.87 | ... | ... |
| EmgMktVa | 24.24 | +0.29 | 1.2 |
| EmMktCorEq | 17.52 | +0.16 | 0.9 |
| IntlCoreEq | 11.74 | +0.08 | 0.7 |
| IntSmCo | 17.35 | +0.08 | 0.5 |
| IntSmVa | 19.18 | +0.16 | 0.8 |
| US CoreEq1 | 19.42 | +0.15 | 0.8 |
| US CoreEq2 | 18.77 | +0.16 | 0.9 |
| US Small | 34.07 | +0.23 | 0.7 |
| US SmCpVal | 37.76 | +0.37 | 1.0 |
| US TgdVal | 24.22 | +0.21 | 0.9 |
| USLgVa | 35.40 | +0.31 | 0.9 |
| **Dodge & Cox** | | | |
| Balanced | 104.07 | +0.72 | 0.7 |
| Income | 13.60 | +0.01 | 0.1 |
| Intl Stk | 38.63 | +0.53 | 1.4 |
| Stock | 186.11 | +1.81 | 1.0 |
| **DoubleLine Funds** | | | |
| TotRetBdI | NA | ... | NA |
| TotRetBdN | NA | ... | NA |
| **F** | | | |
| **Federated Instl** | | | |
| StraValDivIS | 5.93 | +0.02 | 0.3 |
| **Fidelity** | | | |
| 500IdxInst | 79.01 | +0.66 | 0.8 |
| 500IdxInstPrem | 79.01 | +0.66 | 0.8 |
| 500IdxPrem | 79.01 | +0.67 | 0.9 |
| ExtMktIdxPrem r | 55.93 | +0.39 | 0.7 |
| TMktIdxF r | 65.06 | +0.53 | 0.8 |
| TMktIdxPrem | 65.06 | +0.53 | 0.8 |
| USBdIdxPrem | 11.50 | +0.01 | 0.1 |
| USBdIdxInstPrem | 11.50 | +0.01 | 0.1 |
| **Fidelity Advisor I** | | | |
| NwInsghtI | 27.20 | +0.25 | 0.9 |
| **Fidelity Freedom** | | | |
| FF2020 | 15.06 | +0.07 | 0.5 |
| FF2025 | 12.91 | +0.06 | 0.5 |
| FF2030 | 15.88 | +0.09 | 0.6 |
| FreedomK2020 | 14.02 | +0.06 | 0.4 |
| FreedomK2025 | 14.66 | +0.07 | 0.5 |
| FreedomK2030 | 14.97 | +0.09 | 0.6 |
| FreedomK2035 | 15.52 | +0.10 | 0.6 |
| FreedomK2040 | 15.54 | +0.10 | 0.6 |
| **Fidelity Invest** | | | |
| Balanc | 22.17 | +0.15 | 0.7 |
| BluCh | 67.98 | +0.62 | 0.9 |
| Contra | 99.44 | +0.98 | 1.0 |
| ContraK | 99.36 | +0.98 | 1.0 |
| CpInc r | 9.74 | +0.03 | 0.3 |
| DivIntl | 33.40 | +0.10 | 0.3 |
| DivrIntl | 33.33 | +0.10 | 0.3 |
| GroCo | 137.44 | +0.66 | 0.5 |
| GrowCoK | 137.30 | +0.67 | 0.5 |
| InvGB | 7.80 | +0.01 | 0.1 |
| InvGrBd | 11.10 | +0.01 | 0.1 |
| LowP r | 49.69 | +0.21 | 0.4 |
| LowPriStkK r | 49.65 | +0.22 | 0.4 |
| MagIn | 92.35 | +0.99 | 1.1 |
| OTC | 84.06 | +0.74 | 0.9 |
| Puritn | 20.71 | +0.13 | 0.6 |
| SrsEmrgMktF | 15.91 | +0.17 | 1.1 |
| SrsIntlGrF | 11.10 | ... | ... |
| TotalBond | 10.53 | +0.01 | 0.1 |
| **Fidelity Selects** | | | |
| Biotech r | 175.92 | +1.87 | 1.1 |
| **First Eagle Funds** | | | |
| GlbA | 54.43 | +0.17 | 0.3 |
| **FPA Funds** | | | |
| FPACres | 32.83 | +0.22 | 0.7 |
| **FrankTemp/Frank Adv** | | | |
| IncomeAdv | NA | ... | NA |
| **FrankTemp/Franklin A** | | | |
| CA TF A p | 7.32 | ... | ... |
| Fed TF A p | 12.02 | +0.01 | 0.1 |
| IncomeA p | NA | ... | NA |
| RisDv A p | NA | ... | NA |
| **FrankTemp/Franklin C** | | | |
| Income C t | NA | ... | NA |
| **FrankTemp/Temp A** | | | |
| GlBond A p | 12.03 | +0.03 | 0.2 |
| Growth A p | 23.77 | +0.21 | 0.9 |
| **FrankTemp/Temp Adv** | | | |
| GlBondAdv p | NA | ... | NA |
| **H** | | | |
| **Harbor Funds** | | | |
| CapAplnst | 57.25 | +0.60 | 1.1 |
| IntlInst r | 58.57 | +0.16 | 0.3 |
| **I** | | | |
| **Invesco Funds A** | | | |
| EqIncA | 10.64 | +0.08 | 0.8 |
| **J** | | | |
| **John Hancock Class 1** | | | |
| LSBalncd | 14.31 | +0.07 | 0.5 |
| LSGwth | 14.80 | +0.10 | 0.7 |
| **John Hancock Instl** | | | |
| DispValMCI | 21.67 | +0.20 | 0.9 |
| **JPMorgan Funds** | | | |
| MdCpVal L | NA | ... | NA |
| **JPMorgan R Class** | | | |
| CoreBond | NA | ... | NA |
| **JPMorgan Select Cls** | | | |
| CoreBond | NA | ... | NA |
| USLgCpCorPls | NA | ... | NA |
| **L** | | | |
| **Lazard Instl** | | | |
| EmgMktEq | 16.15 | +0.19 | 1.2 |
| **Loomis Sayles Fds** | | | |
| LSBondI | 13.59 | +0.03 | 0.2 |
| **Lord Abbett A** | | | |
| ShtDurIncmA p | 4.31 | ... | ... |
| **Lord Abbett F** | | | |
| ShtDurIncm | 4.30 | ... | ... |
| **M** | | | |
| **Metropolitan West** | | | |
| TotRetBd | 10.53 | -0.01 | -0.1 |
| TotRetBdI | 10.53 | ... | ... |
| TRBdPlan | 9.91 | ... | ... |
| **MFS Funds Class A** | | | |
| ValueA p | 36.32 | +0.27 | 0.7 |
| **MFS Funds Class I** | | | |
| ValueI | 36.51 | +0.27 | 0.7 |
| **Mutual Series** | | | |
| GblDiscA | NA | ... | NA |
| GlbDiscz | 31.38 | +0.25 | 0.8 |
| **O** | | | |
| **Oakmark Funds Cl I** | | | |
| EqtyInc r | 30.59 | +0.17 | 0.6 |
| Oakmark | 73.17 | +0.69 | 0.9 |
| OakmrkInt | 22.80 | +0.10 | 0.4 |
| **Old Westbury Fds** | | | |
| LrgCpStr | 12.90 | +0.07 | 0.5 |
| **Oppenheimer Y** | | | |
| DevMktY | 32.20 | +0.23 | 0.7 |
| IntGrowY | 34.68 | ... | ... |
| **P** | | | |
| **Parnassus Fds** | | | |
| ParnEqFd | 39.73 | +0.44 | 1.1 |
| **PIMCO Fds Instl** | | | |
| AllAsset | NA | ... | NA |
| HiYld | NA | ... | NA |
| TotRt | NA | ... | NA |
| **PIMCO Funds A** | | | |
| IncomeFd | NA | ... | NA |
| **PIMCO Funds D** | | | |
| IncomeFd | NA | ... | NA |
| **PIMCO Funds Instl** | | | |
| IncomeFd | NA | ... | NA |
| **PIMCO Funds P** | | | |
| IncomeP | NA | ... | NA |
| **Price Funds** | | | |
| BlChip | NA | ... | NA |
| CapApp | NA | ... | NA |
| EqInc | NA | ... | NA |
| EqIndex | NA | ... | NA |
| Growth | NA | ... | NA |
| HelSci | NA | ... | NA |
| InstlCapG | NA | ... | NA |
| Intl G&I | NA | ... | NA |
| IntlStk | NA | ... | NA |
| MCapGro | NA | ... | NA |
| MCapVal | NA | ... | NA |
| N Horiz | NA | ... | NA |
| N Inc | NA | ... | NA |
| OverS SF r | NA | ... | NA |
| R2015 | NA | ... | NA |
| R2020 | NA | ... | NA |
| R2025 | NA | ... | NA |
| R2030 | NA | ... | NA |
| R2035 | NA | ... | NA |
| R2040 | NA | ... | NA |
| SmCapStk | NA | ... | NA |
| SmCapVal | NA | ... | NA |
| Value | NA | ... | NA |
| **Prudential Cl Z & I** | | | |
| TRBdZ | NA | ... | NA |
| **S** | | | |
| **Schwab Funds** | | | |
| S&P Sel | 34.71 | +0.29 | 0.8 |
| **T** | | | |
| **TIAA/CREF Funds** | | | |
| EqIdxInst | 16.73 | +0.14 | 0.8 |
| **Tweedy Browne Fds** | | | |
| GblValue | 25.16 | +0.12 | 0.5 |
| **V** | | | |
| **VANGUARD ADMIRAL** | | | |
| 500Adml | 208.33 | +1.76 | 0.9 |
| BalAdml | 31.27 | +0.16 | 0.5 |
| CAITAdml | 11.53 | ... | ... |
| CapOpAdml r | 125.26 | +1.01 | 0.8 |
| EMAdmr | 30.04 | +0.26 | 0.9 |
| EqIncAdml | 68.87 | +0.50 | 0.7 |
| ExtndAdml | 73.25 | +0.53 | 0.7 |
| GNMAAdml | 10.54 | ... | ... |
| GrwthAdml | 57.80 | +0.49 | 0.9 |
| HlthCareAdml r | 79.04 | +1.11 | 1.4 |
| HYCorAdml r | 5.84 | +0.01 | 0.2 |
| InfProAd | 25.54 | +0.06 | 0.2 |
| IntlGrAdml | 67.79 | +0.46 | 0.7 |
| ITBondAdml | 11.24 | ... | ... |
| ITIGradeAdml | 9.64 | ... | ... |
| LTGradeAdml | 10.08 | +0.02 | 0.2 |
| MidCpAdml | 164.35 | +1.41 | 0.9 |
| MuHYAdml | 11.01 | ... | ... |
| MuIntAdml | 13.89 | ... | ... |
| MuLTAdml | 11.38 | ... | ... |
| MuLtdAdml | 10.84 | ... | ... |
| MuShtAdml | 15.72 | ... | ... |
| PrmcpAdml r | 109.74 | +0.91 | 0.8 |
| REITAdml r | 117.32 | +0.45 | 0.4 |
| SmCapAdml | 59.41 | +0.42 | 0.7 |
| STBondAdml | 10.42 | -0.01 | -0.1 |
| STIGradeAdml | 10.63 | ... | ... |
| TotBdAdml | 10.65 | ... | ... |
| TotIntBdIdxAdm | 21.63 | -0.04 | -0.2 |
| TotIntlAdmIdx r | 24.80 | +0.17 | 0.7 |
| TotStAdml | 56.54 | +0.46 | 0.8 |
| TxMIn r | 11.81 | +0.07 | 0.6 |
| ValAdml | 36.54 | +0.31 | 0.9 |
| WdsrIIAdml | 62.97 | +0.62 | 1.0 |
| WellsIAdml | 61.88 | +0.18 | 0.3 |
| WelltnAdml | 67.85 | +0.40 | 0.6 |
| WndsrAdml | 69.95 | +0.71 | 1.0 |
| **VANGUARD FDS** | | | |
| DivdGro | 23.60 | +0.17 | 0.7 |
| GNMA | 10.54 | ... | ... |
| HlthCare r | 187.39 | +2.63 | 1.4 |
| INSTTRF2020 | 20.22 | +0.08 | 0.4 |
| INSTTRF2025 | 20.20 | +0.09 | 0.4 |
| INSTTRF2030 | 20.16 | +0.11 | 0.5 |
| INSTTRF2035 | 20.11 | +0.11 | 0.6 |
| INSTTRF2040 | 20.07 | +0.13 | 0.7 |
| LifeCon | 18.49 | +0.05 | 0.3 |
| LifeGro | 29.04 | +0.17 | 0.6 |
| LifeMod | 24.26 | +0.11 | 0.5 |
| PrmcpCor | 22.35 | +0.17 | 0.8 |
| SelValu r | 29.12 | +0.34 | 1.2 |
| STAR | 23.82 | +0.14 | 0.6 |
| STIGrade | 10.63 | ... | ... |
| TgtRe2015 | 14.56 | +0.05 | 0.3 |
| TgtRe2020 | 28.37 | +0.11 | 0.4 |
| TgtRe2025 | 16.42 | +0.07 | 0.4 |
| TgtRe2030 | 29.36 | +0.16 | 0.5 |
| TgtRe2035 | 17.84 | +0.10 | 0.6 |
| TgtRe2040 | 30.40 | +0.19 | 0.6 |
| TgtRe2045 | 19.02 | +0.13 | 0.7 |
| TgtRe2050 | 30.59 | +0.20 | 0.7 |
| TgtRetInc | 12.83 | +0.02 | 0.2 |
| TotIntBdIxInv | 10.82 | -0.02 | -0.2 |
| WellsI | 25.54 | +0.07 | 0.3 |
| Welltn | 39.29 | +0.23 | 0.6 |
| WndsrII | 35.49 | +0.35 | 1.0 |
| **VANGUARD INDEX FDS** | | | |
| 500 | 208.33 | +1.76 | 0.9 |
| ExtndIstPl | 180.75 | +1.29 | 0.7 |
| SmValAdml | 52.37 | +0.40 | 0.8 |
| TotBd2 | 10.61 | ... | ... |
| TotIntl | 14.82 | +0.09 | 0.6 |
| TotSt | 56.52 | +0.46 | 0.8 |
| **VANGUARD INSTL FDS** | | | |
| BalInst | 31.27 | +0.15 | 0.5 |
| DevMktsIndInst | 11.83 | +0.08 | 0.7 |
| ExtndInst | 73.24 | +0.52 | 0.7 |
| GrwthInst | 57.80 | +0.49 | 0.9 |
| InPrSeIn | 10.40 | +0.02 | 0.2 |
| InstIdx | 205.56 | +1.73 | 0.8 |
| InstPlus | 205.57 | +1.73 | 0.8 |
| InstTStPlus | 50.76 | +0.41 | 0.8 |
| MidCpInst | 36.31 | +0.32 | 0.9 |
| MidCpIstPl | 179.05 | +1.54 | 0.9 |
| SmCapInst | 59.42 | +0.42 | 0.7 |
| STIGradeInst | 10.63 | ... | ... |
| TotBdInst | 10.65 | ... | ... |
| TotBdInst2 | 10.61 | ... | ... |
| TotBdInstPl | 10.65 | ... | ... |
| TotIntBdIdxInst | 32.46 | -0.06 | -0.2 |
| TotIntlInstIdx r | 99.16 | +0.66 | 0.7 |
| TotItlInstPld r | 99.17 | +0.65 | 0.7 |
| TotStInst | 56.55 | +0.46 | 0.8 |
| ValueInst | 36.53 | +0.30 | 0.8 |
| **W** | | | |
| **Western Asset** | | | |
| CorePlusBdI | NA | ... | NA |

## Exchange-Traded Portfolios | WSJ.com/ETFresearch

Largest 100 exchange-traded funds, latest session

Tuesday, January 3, 2017

| ETF | Symbol | Closing Price | Chg (%) | YTD (%) |
|---|---|---|---|---|
| AlerianMLPETF | AMLP | 12.74 | 1.11 | 1.1 |
| CnsmrDiscSelSector | XLY | 81.88 | 0.59 | 0.6 |
| CnsStapleSelSector | XLP | 51.90 | 0.37 | 0.4 |
| DBGoldDoubleLgETN | DGP | 20.38 | 1.30 | 1.3 |
| DBGoldDoubleShrt | DZZ | 6.78 | -1.09 | -1.1 |
| DeutscheXMSCIEAFE | DBEF | 28.52 | 1.64 | 1.6 |
| EnSelectSectorSPDR | XLE | 76.17 | 1.13 | 1.1 |
| FinSelSectorSPDR | XLF | 23.51 | 1.12 | 1.1 |
| GuggenheimSP500EqW | RSP | 87.33 | 0.80 | 0.8 |
| HealthCareSelSect | XLV | 69.84 | 1.31 | 1.3 |
| IndSelSectorSPDR | XLI | 62.59 | 0.59 | 0.6 |
| iShIntermCredBd | CIU | 108.19 | [illegible] | [illegible] |
| iSh1-3YCreditBond | CSJ | 104.85 | -0.09 | -0.1 |
| iSharesTIPSBondETF | TIP | 113.28 | 0.10 | 0.1 |
| iSh3-7YTreasuryBd | IEI | 122.48 | -0.02 | -0.0 |
| iShCoreHiDividend | HDV | 82.78 | 0.64 | 0.6 |
| iShCoreMSCIEAFEETF | IEFA | 53.95 | 0.60 | 0.6 |
| iShCoreMSCIEmgMk | IEMG | 42.91 | 1.08 | 1.1 |
| iShCoreS&P500ETF | IVV | 226.58 | 0.71 | 0.7 |
| iShCoreS&PMdCp | IJH | 166.23 | 0.54 | 0.5 |
| iShCoreS&PSmCpETF | IJR | 138.29 | 0.56 | 0.6 |
| iShCoreUSAggBd | AGG | 108.17 | 0.10 | 0.1 |
| iShSelectDividend | DVY | 88.95 | 0.43 | 0.4 |
| iShEdgeMSCIMinEAFE | EFAV | 61.29 | 0.11 | 0.1 |
| iShEdgeMSCIMinUSA | USMV | 45.34 | 0.27 | 0.3 |
| iSharesGold | IAU | 11.16 | 0.72 | 0.7 |
| iShiBoxx$InvGrCpBd | LQD | 117.28 | 0.09 | 0.1 |
| iShiBoxx$HYCpBd | HYG | 86.91 | 0.42 | 0.4 |
| iSharesJPMUSDEmgBd | EMB | 110.60 | 0.34 | 0.3 |
| iShMBSETF | MBB | 106.40 | 0.06 | 0.1 |
| iSharesMSCIEAFESC | SCZ | 50.12 | 0.56 | 0.6 |
| iSharesMSCIEAFEETF | EFA | 58.09 | 0.62 | 0.6 |
| iShMSCIEmgMarkets | EEM | 35.43 | 1.20 | 1.2 |
| iShMSCIEurozoneETF | EZU | 34.68 | 0.23 | 0.2 |
| iShMSCIJapanETF | EWJ | 49.26 | 0.82 | 0.8 |
| iShNasdaqBiotech | IBB | 270.24 | 1.83 | 1.8 |
| iShNatlAMTFrMuniBd | MUB | 108.08 | -0.09 | -0.1 |
| iShRussell1000Gwth | IWF | 105.69 | 0.75 | 0.8 |
| iShRussell1000ETF | IWB | 125.44 | 0.79 | 0.8 |
| iShRussell1000Val | IWD | 112.83 | 0.71 | 0.7 |
| iShRussell2000Gwth | IWO | 154.63 | 0.45 | 0.4 |
| iShRussell2000ETF | IWM | 135.52 | 0.50 | 0.5 |
| iShRussell2000Val | IWN | 119.68 | 0.62 | 0.6 |
| iShRussell3000ETF | IWV | 133.93 | 0.71 | 0.7 |
| iShRussellMid-Cap | IWR | 180.21 | 0.75 | 0.8 |
| iShRussellMCValue | IWS | 81.07 | 0.80 | 0.8 |
| iShS&P500Growth | IVW | 122.63 | 0.69 | 0.7 |
| iShS&P500ValueETF | IVE | 102.21 | 0.82 | 0.8 |
| iShUSPfdStk | PFF | 37.50 | 0.78 | 0.8 |
| iShrSilverTr | SLV | 15.44 | 2.18 | 2.2 |
| iSh1-3YTreasuryBd | SHY | 84.38 | -0.08 | -0.1 |
| iSh7-10YTreasuryBd | IEF | 104.77 | -0.05 | -0.0 |
| iShRussellMCGrowth | IWP | 98.03 | 0.66 | 0.7 |
| PwrShrs QQQ | QQQ | 119.54 | 0.89 | 0.9 |
| PS SP500LoVoltPrt | SPLV | 41.63 | 0.12 | 0.1 |
| PowerSharesLoan | BKLN | 23.39 | 0.13 | 0.1 |
| SPDRBloomBarcHYBd | JNK | 36.63 | 0.49 | 0.5 |
| SchwIntlEquty | SCHF | 27.88 | 0.72 | 0.7 |
| SchwUS BrdMkt | SCHB | 54.55 | 0.68 | 0.7 |
| SchwUS LrgCap | SCHX | 53.67 | 0.77 | 0.8 |
| SPDR DJIA Tr | DIA | 198.42 | 0.46 | 0.5 |
| SPDR GldTr | GLD | 110.47 | 0.78 | 0.8 |
| SPDR S&PMdCpTr | MDY | 303.36 | 0.54 | 0.5 |
| SPDR S&P 500 | SPY | 225.24 | 0.76 | 0.8 |
| SPDR S&P Div | SDY | 85.80 | 0.28 | 0.3 |
| TechSelectSector | XLK | 48.79 | 0.89 | 0.9 |
| UtilitiesSelSector | XLU | 48.45 | -0.25 | -0.2 |
| VanEckVectBiotech | BBH | 109.88 | 2.15 | 2.1 |
| VanEckGoldMiner | GDX | 21.76 | 4.02 | 4.0 |
| VanEckVctrOilSvcs | OIH | 34.08 | 2.19 | 2.2 |
| VanEckVectorsPharm | PPH | 53.40 | 1.69 | 1.7 |
| VanEckVctrRetail | RTH | 76.28 | 0.63 | 0.6 |
| VanEckSemicondu | SMH | 71.76 | 0.17 | 0.2 |
| VanguardInfoTech | VGT | 122.46 | 0.79 | 0.8 |
| VanguardSCVal | VBR | 121.89 | 0.74 | 0.7 |
| VangdDivApp | VIG | 85.47 | 0.34 | 0.3 |
| VanguardFTSEDevMk | VEA | 36.77 | 0.63 | 0.6 |
| VanguardFTSEEmgMk | VWO | 36.17 | 1.09 | 1.1 |
| VanguardFTSEEurope | VGK | 48.10 | 0.33 | 0.3 |
| VanguardAWxUS | VEU | 44.50 | 0.72 | 0.7 |
| VanguardGrwth | VUG | 112.28 | 0.72 | 0.7 |
| VanguardHiDiv | VYM | 76.17 | 0.53 | 0.5 |
| VanguardIntrm | BIV | 83.01 | -0.07 | -0.1 |
| VangdIntrCorpBd | VCIT | 85.62 | -0.09 | -0.1 |
| VanguardLC | VV | 103.09 | 0.70 | 0.7 |
| VanguardMC | VO | 132.71 | 0.82 | 0.8 |
| VanguardMCVal | VOE | 97.97 | 0.80 | 0.8 |
| VanguardReit | VNQ | 82.80 | 0.33 | 0.3 |
| VanguardS&P500 | VOO | 206.74 | 0.70 | 0.7 |
| VanguardSTBd | BSV | 79.46 | 0.01 | 0.0 |
| VanguardSTCpBd | VCSH | 79.27 | -0.13 | -0.1 |
| VanguardSC | VB | 129.71 | 0.58 | 0.6 |
| VanguardTotBd | BND | 80.80 | 0.01 | 0.0 |
| VanguardTotIntlBd | BNDX | 54.10 | -0.35 | -0.3 |
| VanguardTtlIntlStk | VXUS | 46.21 | 0.72 | 0.7 |
| VanguardTotStk | VTI | 116.20 | 0.76 | 0.8 |
| VangdTotWrld | VT | 61.50 | 0.82 | 0.8 |
| VanguardValue | VTV | 93.63 | 0.67 | 0.7 |
| WisdomTreeEurope | HEDJ | 58.11 | 1.24 | 1.2 |
| WisdomTreeJapanHdg | DXJ | 50.41 | 1.76 | 1.8 |

ADVERTISEMENT

# The Mart

To advertise: 800-366-3975 or WSJ.com/classifieds

**BUSINESS OPPORTUNITY**

**PURE GOLD . 999**
MINIMUM INVESTMENT - $25,000
**Approx. $625 per Ounce**
**DIRECT FROM LARGE GOLD MINE**
IRA QUALIFIED
ACCREDITED INVESTORS ONLY
**1-855-339-0749**

**PERMIAN BASIN OILFIELDS FOR SALE**
Wolfcamp 20 billion field. Owner/operator with 1,800 acres, 5 fields, 200+ BOPD. 1,000,000+ barrels reserves. Will assist to increase production. $20,000,000 firm.
Serious Inquiries only
**985-246-3026**

**BUSINESS FOR SALE**

**PRINTING COMPANY FOR SALE**
Sales approaching $5.5 Million, Profitable, National Customer Base, Excellent Management and Equipment, Owner Motivated.
**Don Wright Realty LLC**
**Mills & Associates M & A Team**
**Call Chris S. Mills**
**937-435-3331**

THE WALL STREET JOURNAL.
THE MART
ADVERTISE TODAY
(800) 366-3975
sales.mart@wsj.com
Place an ad using the self-service option at:
wsj.com/classifieds
© 2017 Dow Jones & Company, Inc. All Rights Reserved.

**CAPITAL WANTED**

**High-Yield 12% Annual Interest Rate No Fees**
Quarterly Interest Payments
5 Year Note- 2 Year Call Option
- Beauty, Health And Wellness Industry
- Emerging National Trend
- Established And Growing Operating Brand
5 Locations In Central Florida and Tampa
Call 407-472-3725 jderrig@flagshipcg.com
Accredited Investors Only

**PROFESSIONAL SERVICES**

**Test my phone prospecting**
**Get More Customers**
**Keep More Customers**

You pick markets & prospects, I do your hunting & cold call intros plus lead tracking & follow-up calls with hands-on quality control that gets you quality appointments with execs you want as your customers. My tested, old-school relationship-building process builds a personalized customer experience engagement for long term success & higher customer retention in your specialized B2B market. All calls by me real-time. No outsourcing.
**Test a trial project.**
**ProspectingB2B.com**
**George M. Clay 619-692-3110**

**TRAVEL**

**Save Up To 60%**
**First & Business**
**INTERNATIONAL**
Major Airlines, Corporate Travel
Never Fly Coach Again!
**www.cooktravel.net**
**(800) 435-8776**

ADVERTISEMENT

# Legal Notices

To advertise: 800-366-3975 or WSJ.com/classifieds

THE WALL STREET JOURNAL.

**LEGAL NOTICES**

ADVERTISE TODAY

**(800) 366-3975**

**sales.legalnotices @wsj.com**

Place an ad with the self-service tool at:
**wsj.com/classifieds**

© 2017 Dow Jones & Company, Inc. All Rights Reserved.

THE WALL STREET JOURNAL.
THE MART
ADVERTISE TODAY
(800) 366-3975
sales.mart@wsj.com
© 2017 Dow Jones & Company, Inc. All Rights Reserved.

## CLASS ACTIONS

**Legal Notice**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN
*In re Automotive Parts Antitrust Litigation*, No. 12-md-02311

**If You Are a Truck and/or Equipment Dealership That Purchased Vehicles or Bought Certain Parts for a Vehicle in the U.S. Since 2000 You Could Receive Money from Settlements of Class Actions**

Lawsuits involving the prices of certain vehicle component parts have been settled with certain Defendants in various class actions in this litigation ("Settling Defendants"). The Settling Defendants are identified below. The cases are separate class actions within the lead case known as *In re Automotive Parts Antitrust Litigation*, 12-md-02311 (E.D. Mich.), which is currently before United States District Judge Marianne O. Battani.

You may be part of a class action settlement if you are a Truck and/or Equipment dealership that indirectly purchased certain component parts and/or vehicles for resale or lease containing these parts ("Dealer") in the District of Columbia or one or more of the following states: Arizona, Arkansas, California, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin.

**These Settlements may affect your rights. Read on for more information.**

**What Are The Lawsuits About?**

The lawsuits claim that the Defendants in each lawsuit agreed to unlawfully raise the price of certain motor vehicle component parts. As a result, dealers of Trucks and/or Equipment who purchased or leased Trucks and/or Equipment containing those parts or who indirectly purchased those replacement parts, which were manufactured or sold by a Defendant or any subsidiary, affiliate, or alleged co-conspirator of a Defendant may have paid more than they should have. Although the Settling Defendants have agreed to settle, the Settling Defendants do not agree that they engaged in any wrongdoing or are liable or owe any money or benefits to Plaintiffs. The Court has not yet decided who is right.

The Court has appointed Duane Morris LLP as interim class counsel ("Class Counsel") in these lawsuits to represent your dealership and all other members of the class actions. Your dealership will not be charged directly for these lawyers, and any fees that they are paid will come from any settlements or recovery in these lawsuits. If your dealership wants to be represented by its own lawyer, it may hire one at its own expense.

**Who's Included In The Settlements?**

Your dealership is part of one or more of the Settlements if it is a Truck and Equipment Dealer and falls within the definition of one or more of the settlement classes ("Settlement Classes") approved by Judge Battani. The class definitions are set forth in the full length Notice, which is available at www.TruckDealerSettlement.com. The term "Truck and Equipment Dealer" or "Truck and Equipment Dealership" means an entity or person authorized to engage in the business of selling or dealing in Trucks and/or Equipment at retail in the United States. A list of the parts included in these Settlements and their manufacturers can be found at www.TruckDealerSettlement.com.

**Who Are The Settling Defendants?**

The Settling Defendants are: Schaeffler Group USA Inc. ("Schaeffler"); JTEKT Corporation and JTEKT North America Corporation, formerly known as Koyo Corporation of U.S.A. (collectively, "JTEKT"); and NTN Corporation and NTN USA Corporation (collectively "NTN"). A list of the Defendants, their affiliates, and the alleged co-conspirators for each case involving the parts described in the Settlement Class definitions and settlement agreements is available at www.TruckDealerSettlement.com.

**What Do The Settlements Provide?**

Generally, you are included if, at any time between January 1, 2000 and November 21, 2016 for Bearings, you were a dealer of heavy-duty (Class 8) or medium-duty (Class 4, 5, 6, & 7) trucks, buses, commercial vehicles (excluding automobiles, light trucks, vans, sports utility vehicles, crossovers, pickup trucks, and/or snowmobile dealers), all-terrain vehicles, construction equipment, mining equipment, agricultural equipment, railway vehicles, materials-handling vehicles, and other similar vehicles ("Trucks and/or Equipment") that: (a) purchased Trucks and/or Equipment containing a Bearings; (b) indirectly purchased a Bearing as a replacement part. Indirectly means you bought the vehicle replacement part from someone other than the manufacturer of the part.

The specific definition of who is included in each Settlement Class is set forth in each Settlement Agreement between the Settlement Classes and the Settling Defendants. Each of those Settlement Agreements, and the related Complaints are accessible on the website www.TruckDealerSettlement.com.

The Settlement Funds total approximately $5.7 million. Detailed information about the respective Settlements and the parts involved can be found in the full-length Notice, which is available at www.TruckDealerSettlement.com. The amount of money your dealership may receive, if any, will depend upon where the dealership purchased the affected vehicles or component parts, the type and quantity of vehicles and parts your dealership purchased in the states listed above and the District of Columbia, and the total number of claims made by eligible Truck and Equipment Dealers.

**What Are My Rights And Options?**

1. Opt Your Dealership Out of the Settlements

If your dealership purchased any of the parts listed in the Settlement Class definitions as components in the specified vehicles or as parts and purchased such vehicles or parts in the states listed in this Notice or the District of Columbia and does not want to be legally bound by the Settlements, your dealership must exclude itself ("opt out") in a writing postmarked by March 1, 2017, or it will not be able to sue, or continue to sue, the Settling Defendants (including all related entities covered by the release in the individual settlement agreements) about the legal claims settled in the settlement agreements.

If your dealership submits a valid and timely request for exclusion / opt out, it will not share in the proceeds of that Settlement, and it will not be bound by the judgment. To be valid, the request for exclusion / opt out must follow the instructions set forth in the full-length Notice and be postmarked by March 1, 2017. The full instructions and requirements for opting out may be viewed at www.TruckDealerSettlement.com.

2. Object to the Settlement

If your dealership wishes to object to one or more of the Settlements or the request for attorneys' fees, reimbursement of expenses, and service awards, it may write to the Court and counsel about why it objects. To be considered, your dealership's objection must be filed according to the procedures set forth in the full-length Notice and postmarked no later than March 1, 2017. The full instructions and requirements for objecting to one or more of the Settlements may be viewed at www.TruckDealerSettlement.com.

3. Attend the Final Approval Hearing

The Court will hold a Final Approval Hearing at 2:30 p.m. on March 22, 2017, at the United States District Court for the Eastern District of Michigan, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Courtroom 272, Detroit, MI 48226 to decide whether to approve the Settlements and the request for attorney's fees, reimbursement of expenses and service awards. You or your own lawyer may attend and ask the Court's permission to speak, but you don't have to participate in the hearing in order to attend. To request to speak at the Final Approval Hearing, you must follow the procedures set forth in the full-length Notice no later than March 1, 2017.

This notice is a summary only. The complete terms, including the definitions of what parties and claims are being released are set forth in the full-length Notice, settlement agreements, and the Court filings which may be obtained at www.TruckDealerSettlement.com.

**For More Information, Contact the Settlement Administrator toll free at 1-866-742-4955 or visit www.TruckDealerSettlement.com.**

## NOTICE OF SALE

**BID DEADLINE DATE AND TIME:** **MARCH 27, 2017 at 4:00 p.m. (EST)**
**AUCTION DATE AND TIME:** **MARCH 31, 2017 at 11:00 a.m. (EST)**
**OBJECTION DEADLINE DATE AND TIME:** **APRIL 6, 2017 at 4:00 p.m. (EST)**
**SALE HEARING DATE AND TIME:** **APRIL 10, 2017 at 10:00 a.m. (EST)**
**UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK**

In re DOWLING COLLEGE, f/d/b/a DOWLING INSTITUTE, f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION, f/d/b/a CECOM, a/k/a DOWLING COLLEGE, INC., Debtor. ) Chapter 11 ) Case No. ) 16-75545 (REG)

**NOTICE OF AUCTION AND HEARING TO CONSIDER APPROVAL OF THE SALE OF THE DEBTOR'S OAKDALE CAMPUS**

**NOTICE IS HEREBY GIVEN,** as follows:

1. On November 29, 2016, Dowling College ("Dowling" or the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case") filed a motion (the "Motion")[1] which in pertinent part (the "Bidding Procedures Motion") sought entry of an order (the "Bidding Procedures Order") pursuant to Sections 105, 363 and 365 of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002(a)(2) and 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"): (a) approving the proposed Bidding Procedures and the schedule to be used in connection with the proposed sale of the Debtor's 25 acre campus located at 150 Idle Hour Boulevard, Oakdale, NY 11769 (the "Oakdale Campus"), free and clear of all liens, claims and encumbrances, security interests and other interests, to the Successful Bidder, (b) scheduling an Auction and a Sale Hearing to approve the Sale of the Oakdale Campus; (c) approving the form and manner of the notice of the Auction and Sale Hearing; and (d) approving the Bidding Protections in connection therewith.

2. A copy of the Motion, the Bidding Procedures, and the Bidding Procedures Order may be obtained by: (i) accessing the Bankruptcy Court's website at www.nyeb.uscourts.gov (password required); (ii) accessing the Debtor's noticing and claims agent website, http://cases.gardencitygroup.com/dco, or upon request by contacting Garden City Group, LLC ("GCG") at (866) 459-2643; (iii) going in person to the Office of the Clerk of the Bankruptcy Court at the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, NY 11722; or (iv) contacting Sean C. Southard, Esq. of Klestadt Winters Jureller Southard & Stevens, LLP, proposed counsel to the Debtor, at 200 West 41st Street, 17th Floor, New York, NY 10036, by telephone at (212) 972-3000 or by email at ssouthard@klestadt.com.

3. As set forth in the Bidding Procedures, the sale of the Oakdale Campus will be sold to the highest or best offer, subject to Bankruptcy Court approval.

4. All interested parties are invited to make offers for all of the Oakdale Campus in accordance with the terms of the Bidding Procedures and Bidding Procedures Order. The deadline to submit bids (the "Bid Deadline") is **March 27, 2017 at 4:00 p.m. (EST)**. Pursuant to the Bidding Procedures Order, the Debtor shall conduct an Auction with respect to the Oakdale Campus. The Auction will take place at the offices of proposed counsel to the Debtor, Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, NY 10036, not later than **March 31, 2017**, starting at 11:00 a.m. (prevailing Eastern Time), or at such other later date and time or other place, as may be determined by the Debtor at or prior to the Auction.

5. The Bidding Procedures Order further provides that a Sale Hearing will be held on **April 10, 2017** before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, NY 11722 (the "Bankruptcy Court"), which hearing may be adjourned from time to time, including, without limitation, by announcing such adjournment on the record at the Sale Hearing.

6. At the Sale Hearing, the Debtor will request that the Bankruptcy Court enter an order, among other things, approving the highest and best bid for the Oakdale Campus, pursuant to which the Debtor will transfer the Oakdale Campus. In addition, the Debtor requests that the Bankruptcy Court provide that the transfer of the Oakdale Campus be (i) free and clear of all liens, claims and interests, including successor liability claims, and (ii) exempt from any stamp tax or similar tax.

7. At the Sale Hearing, the Bankruptcy Court may enter such orders as it deems appropriate under applicable law and as required by the circumstances and equities of this Chapter 11 Case. Objections, if any, to the Sale Motion must be made in writing, must state with particularity the reasons for the objection or response, must be filed with the Clerk of the Bankruptcy Court, must conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, must set forth the name of the objecting party, the nature and basis of the objection and the specific grounds therefore and must be served upon: (a) the Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722, Attn: Stan Yang, Esq., Trial Attorney; (b) proposed counsel to the Debtor: Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, NY 10036, Attn: Sean C. Southard, Esq.; (c) counsel to the post-petition lenders: (i) Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C., One Financial Center, Boston, MA 02111, Attn: P. Miyoko Sato, Esq. and Ian A. Hammel, Esq., (ii) Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, Attn: Brian D. Pfeiffer, Esq. and Neil S. Begley, Esq., (iii) Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, 9th Floor, East Meadow, NY 11554, Attn: Richard J. McCord, Esq. and Thomas J. McNamara, Esq., and (iv) Garfunkel Wild, P.C., 111 Great Neck Road, Great Neck, NY 11021, Attn: Adam T. Berkowitz, Esq.; and (d) proposed counsel to the Creditors' Committee: Silverman Acampora, LLP, 100 Jericho Quadrangle, Suite 300, Jericho, NY 11753, Attn: Ronald J. Friedman, Esq. and Gerard R. Luckman, Esq., so as to be actually received by 4:00 p.m. (EST) on **April 6, 2017**.

8. Requests for information concerning the sale of the Oakdale Campus should be directed by written or telephonic request to: (i) A&G Realty Partners, LLC, 445 Broadhollow Road, Suite 410 Melville, NY 11747, Attn: Andrew Graiser and (ii) Madison Hawk Partners, LLC, 575 Lexington Avenue, Suite 4017, New York, NY 10022, Attn: Jeffrey L. Hubbard.

Dated: New York, New York, December 19, 2016, **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**, By: */s/ Sean C. Southard,* Sean C. Southard, Lauren C. Kiss, 200 West 41st Street, 17th Floor, New York, NY 10036, Tel: (212) 972-3000, Fax: (212) 972-2245, Email: ssouthard@klestadt.com, lkiss@klestadt.com, *Proposed Attorneys to the Debtor and Debtor in Possession*

[1] Capitalized terms used herein, unless herein defined, are used with the meanings ascribed to such terms in the Motion.

## BANKRUPTCIES

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**
In re DTEK Finance plc, Debtor in a Foreign Proceeding.
Chapter 15 Case No. 16-13521 (SHL)

**NOTICE OF FILING AND HEARING ON PETITION UNDER CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE AND MOTION FOR RELATED RELIEF**

**PLEASE TAKE NOTICE** that on December 16, 2016, Johan Bastin (the "Petitioner"), in his capacity as the foreign representative in respect of a voluntary Scheme of Arrangement (the "UK Proceeding") concerning the Debtor currently pending before the Chancery Division (Companies Court) of the High Court of Justice of England and Wales, filed the Verified Petition for Recognition of Foreign Main Proceeding, Supplementing "Voluntary Petition", and Motion for Related Relief Pursuant to Sections 105(a), 1507(a), 1509(b)(2)-(3), 1521(a), and 1525(a) of the Bankruptcy Code Giving Full Force and Effect to UK Scheme of Arrangement (together with the Chapter 15 Petition for Recognition of a Foreign Proceeding, the "Petition") pursuant to chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, among other things, the Petition seeks the entry of an order (i) recognizing the UK Proceeding as a foreign main proceeding pursuant to sections 1515 and 1517 of the Bankruptcy Code and (ii) granting related relief pursuant to sections 105(a), 1507(a), 1509(b)(2)-(3), 1521(a), and 1525(a) of the Bankruptcy Code giving full force and effect to a scheme of arrangement and related agreements concerning the Debtor.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing to consider the relief requested in the Petition for 11:00 a.m. (New York time) on January 17, 2017 (the "Recognition Hearing").

Copies of the Petition and all accompanying documentation are available to parties in interest on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Petitioner's counsel (including by facsimile or e-mail) addressed to:

LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Attn: Adam J. Goldberg
Marc A. Zelina

- and -

LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Attn: Adam E. Malatesta

- or -

adam.goldberg@lw.com, marc.zelina@lw.com, and adam.malatesta@lw.com.

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the Petition or the relief requested therein must do so in writing and in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, setting forth the basis therefor, which response or objection must be filed electronically with the Court on the Court's electronic case filing system in accordance with and except as provided in General Order M-399 and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means (copies of each of which may be viewed on the Court's website at www.nysb.uscourts.gov) (and otherwise, on a compact disc (CD), preferably in Portable Document Format (PDF), Word Perfect, or any other Windows-based word processing format, which CD shall be sent to the Office of the Clerk of the Court, Bowling Green, New York, NY 10004-1408). A hard copy of such response or objection to be sent to the Chambers of the Honorable Sean H. Lane, United States Bankruptcy Judge, and (ii) served upon (a) Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022-4834, Attn: Adam J. Goldberg and Marc A. Zelina, U.S. counsel to the Petitioner; (b) the Debtor, 3rd Floor 11-12 St. James's Square, London, SW1Y4LB, United Kingdom, Attn: Sarah Pearson; (c) Cadwalader, Wickersham & Taft LLP, Dashwood House, 69 Old Broad Street, London EC2M 1QS, United Kingdom, Attn: Karen McMaster, counsel to the Trustee; (d) Proskauer Rose LLP, 110 Bishopsgate, London EC2N 4AY, United Kingdom, Attn: Michael Freeman, counsel to the Security Agent; (e) Shearman & Sterling LLP, 9 Appold Street, London EC2A 2AP, United Kingdom, Attn: Solomon Noh, counsel to the Steering Committee; (f) Lucid Issuer Services Limited, Tankerton Works, 12 Argyle Walk, London WC1H 8HA United Kingdom, Attn: Yves Theis, the Information Agent, (g) CMS Cameron McKenna v.o.s., Palladium, Na Po˘rí˘cí 1079/3a, 110 00 Prague 1, Czech Republic, Attn: Mark Segall, counsel to the Bank Committee, (h) (1) UniCredit Bank Czech Republic, a.s., P.O. Box 421, 111 21 Praha 1, Czech Republic, Attn: Jiri Flegl, (2) Deutsche Bank (China) Co., Ltd, Beijing Branch, Floor 52, International Commerce Centre, 1 Austin Road West, Kowloon, Hong Kong, China, Attn: Anson Chan and Felix Shum, and (3) Oschadbank, 12G Hospitalna Street, Kyiv, 01001, Ukraine, Attn: Zemcova I.M., lenders under the Essential Credit Lines, and (i) the Office of the U.S. Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Shannon Scott and Susan Golden; so as to be **received by no later than 12:00 p.m. (New York time), January 6, 2017.**

**PLEASE TAKE FURTHER NOTICE** that all parties in interest opposed to the Petition or the request for relief contained therein must appear at the Recognition Hearing at the time and place set forth above.

**PLEASE TAKE FURTHER NOTICE** that, at the Recognition Hearing, the Court may order the scheduling of a case management conference to consider the efficient administration of the case.

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Court may grant the relief requested in the Petition without further notice.

**PLEASE TAKE FURTHER NOTICE** the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court, with a notice of adjournment filed with the Court, of the adjourned date or dates at the hearing or any other further adjourned hearing.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may, if necessary, be conducted as an evidentiary hearing.

**PLEASE TAKE FURTHER NOTICE** that additional information and updates in respect of the UK Proceeding are available to Noteholders at www.lucid-is.com/dtek, which Noteholders should regularly monitor for such information, updates, and notices of important events.

Dated: New York, New York
December 19, 2016

LATHAM & WATKINS LLP
By: /s/ Adam J. Goldberg
Adam J. Goldberg
Marc A. Zelina
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Adam E. Malatesta (admitted pro hac vice)
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Johan Bastin as Petitioner and Foreign Representative