**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

DOWLING COLLEGE,
f/d/b/a DOWLING INSTITUTE,
f/d/b/a DOWLING COLLEGE ALUMNI
ASSOCIATION,
f/d/b/a CECOM,
a/k/a DOWLING COLLEGE, INC.,

Debtor.

Chapter 11

Case No. 16-75545 (REG)

## REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 29, 2016 THROUGH DECEMBER 31, 2016

The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("RSR") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("Mr. Rosenfeld") as Chief Restructuring Officer ("CRO") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period November 29, 2016 through December 31, 2016.

   **Exhibit A** –   Summary of Fees and Expenses

   **Exhibit B** –   Summary of Services by Project Category

   **Exhibit C** –   Detailed time entries by Project Category

   **Exhibit D** –   Detail of Expenses Incurred

By: _____
Robert S. Rosenfeld
January 6, 2017

**Exhibit A**

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses**
**11/29/16 to 12/31/16**

## Summary of Fees

| Summary by Professional | Responsibility | Hours | Rate | | Amount | |
|---|---|---|---|---|---|---|
| R. Rosenfeld | Chief Restructuring Officer | 167.70 | $ | 390.00 | $ | 65,403.00 |
| N. Bivona | Consultant | 155.90 | $ | 375.00 | | 58,462.50 |
| R. McLeod | Consultant | 22.30 | $ | 335.00 | | 7,470.50 |
| **Total** | | **345.90** | | | **$** | **131,336.00** |
| **Average blended hourly rate** | | | | | **$** | **379.69** |

## Summary of Expenses

| Expense Categories | | Total | |
|---|---|---|---|
| **Accounting-software** | $ | | 1,852.57 |
| **Mailing/Postage** | | | 6.80 |
| **Office Supplies** | | | 6.25 |
| **Shipping** | | | 51.42 |
| **Total Disbursements** | $ | | **1,917.04** |

**RSR Consulting, LLC**                                                                **Exhibit B**
**Dowling College - Case #16-75545 (REG)**
**Summary of Services by Project Category**
**11/29/16 to 12/31/16**

| Project Category | Billable Time | Billable Amt |
|---|---|---|
| **Asset Analysis and Recovery** | 3.50 | $ 1,332.00 |
| **Asset Disposition** | 21.60 | 8,239.50 |
| **Bankruptcy Motions** | 10.50 | 4,012.50 |
| **Bankruptcy Planning** | 10.20 | 3,645.50 |
| **Business Operations** | 154.60 | 58,891.50 |
| **Case Administration** | 0.50 | 187.50 |
| **Cash Monitoring** | 7.20 | 2,518.00 |
| **Claims Investigation** | 0.50 | 195.00 |
| **Court Hearings** | 15.50 | 5,917.50 |
| **Creditor Committee Issues and Information Requests** | 1.30 | 495.00 |
| **Creditor Inquiries** | 4.00 | 1,560.00 |
| **Creditors' Committee-General** | 6.80 | 2,550.00 |
| **Dowling-Residential Ops** | 1.70 | 655.50 |
| **Dowling-Residential Sales** | 9.00 | 3,510.00 |
| **Financial Advisory** | 5.30 | 1,968.00 |
| **Financial Analysis** | 10.80 | 3,662.00 |
| **Financing matters/Cash Collateral** | 0.50 | 195.00 |
| **Meeting** | 0.50 | 195.00 |
| **Meetings with Creditors and/or Representatives** | 15.50 | 5,965.50 |
| **Meetings with Debtor and Representatives** | 9.60 | 3,615.00 |
| **Meetings with Lawyers** | 0.70 | 262.50 |
| **Oakdale-Residential** | 2.60 | 975.00 |
| **Reporting** | 4.40 | 1,650.00 |
| **Schedules/Statement of Financial Affairs** | 8.40 | 3,276.00 |
| **UST Reporting** | 40.00 | 15,600.00 |
| **Winddown** | 0.70 | 262.50 |
| **Grand Total** | 345.90 | $ 131,336.00 |

**RSR Consulting, LLC**                                                                                    **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**11/29/16 to 12/31/16**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| **Asset Analysis and Recovery** | | | | | |
| 12/02/2016 | Neil Bivona | Review flood insurance carrier responses to inquiries on several high premium policies.  Compare to real property schedule & premium payments made.  Reconcile report re: properties/policies with no response to date. | 0.50 | $375.00/hr | $187.50 |
| 12/22/2016 | Neil Bivona | Meeting with Djanus Receivable Management Services to discuss collection efforts on student receivables. | 1.00 | $375.00/hr | $375.00 |
| 12/22/2016 | Robert Rosenfeld | Meeting with Djanus Receivable Management Services to discuss collection efforts on student receivables. | 1.30 | $390.00/hr | $507.00 |
| 12/30/2016 | Neil Bivona | Review Life insurance policies & current premium due statement.  Check policies for grace periods.  Copy & send policies to Maple Life Financial for review. | 0.70 | $375.00/hr | $262.50 |
| **Totals For Asset Analysis and Recovery** | | | **3.50** | | **$1,332.00** |
| **Asset Disposition** | | | | | |
| 11/29/2016 | Neil Bivona | Follow up discussion with R. Campbell re: status of environmental questionnaires for Phase 1 study. | 0.30 | $375.00/hr | $112.50 |
| 12/01/2016 | Neil Bivona | Meeting w/ w. Benka re: inventory of IT equipment, IP addresses and shutdown & liquidation plan for IT equipment / services. | 0.60 | $375.00/hr | $225.00 |
| 12/02/2016 | Neil Bivona | Research options for valuing & selling IT equipment and laboratory equipment. | 1.00 | $375.00/hr | $375.00 |
| 12/02/2016 | Neil Bivona | Review R. Campbell answers to sections of environmental questionnaires for both Oakdale and Brookhaven campuses.  Correspond w/ L. Kiss re:  title searches. Complete additional sections of questionnaires. | 0.60 | $375.00/hr | $225.00 |
| 12/05/2016 | Robert Rosenfeld | Communications with A&G Realty and Madison Hawk regarding marketing of Debtor's property and communications preparation. | 1.50 | $390.00/hr | $585.00 |
| 12/05/2016 | Neil Bivona | Status call (follow up) with A. Graiser. | 0.20 | $375.00/hr | $75.00 |
| 12/06/2016 | Neil Bivona | Call with D. Elliman & MH/A&G with Winn Companies re: interest in Oakdale campus. | 0.70 | $375.00/hr | $262.50 |
| 12/06/2016 | Neil Bivona | Call with D. Elliman & MH/A&G with Winn Companies re: interest in Oakdale campus. | 0.70 | $375.00/hr | $262.50 |
| 12/09/2016 | Neil Bivona | Review Miller Environmental proposal for remediation of chemical labs.  Discuss with R. Campbell.  Prepare correspondence to Miller Environmental re: questions. | 1.10 | $375.00/hr | $412.50 |
| 12/13/2016 | Robert Rosenfeld | Call with Creditors Committee (R. Friedman) and A&G /Madison Hawk to discuss broker's retention and terms | 1.00 | $390.00/hr | $390.00 |
| 12/15/2016 | Neil Bivona | Follow up with Miller Environmental re: Phase I . | 0.30 | $375.00/hr | $112.50 |
| 12/15/2016 | Robert Rosenfeld | Meeting with K. Phillips (FPM), M. Cheng, B. Faustini, and R. Parr to discuss status of FPM project on site planning. | 1.50 | $390.00/hr | $585.00 |
| 12/15/2016 | Robert Rosenfeld | Execute closing documents for sale of residence. | 0.70 | $390.00/hr | $273.00 |

**RSR Consulting, LLC**                                                                                        **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**11/29/16 to 12/31/16**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 12/16/2016 | Robert Rosenfeld | Execute closing documents for sale of 115 Idle Hour Blvd. | 0.50 | $390.00/hr | $195.00 |
| 12/19/2016 | Neil Bivona | Discussion w/ A. Stoloff re: closings for residential properties. | 0.50 | $375.00/hr | $187.50 |
| 12/19/2016 | Neil Bivona | Discussion with J. Sturchio re: approval of pending offer / contracts on 94 Connetquot.  Compile info for review & approval of offer & send to R. Rosenfeld. | 0.60 | $375.00/hr | $225.00 |
| 12/19/2016 | Neil Bivona | Meet w/ R. Rosenfeld re: residential property closing checklist. | 0.20 | $375.00/hr | $75.00 |
| 12/19/2016 | Neil Bivona | Edit, finalize and circulate residential closing checklist. | 0.40 | $375.00/hr | $150.00 |
| 12/19/2016 | Neil Bivona | Follow-up with R. Ferguson at Miller environmental re: reported 55 gallon drum at Brookhaven campus.  Confirm it contains used cooking oil to be removed by cafeteria vendor & not a phase I concern. | 0.30 | $375.00/hr | $112.50 |
| 12/19/2016 | Robert Rosenfeld | Discussions with potential buyers of Debtors' properties and provide information to parties. | 1.00 | $390.00/hr | $390.00 |
| 12/20/2016 | Robert Rosenfeld | Review and execute NDA's for potential buyers for Debtor's properties. | 0.70 | $390.00/hr | $273.00 |
| 12/21/2016 | Neil Bivona | Call with A. Graiser re: sale notice publication, broker advertising & planned A&G/MH meeting with unsecured creditors committee counsel. | 0.50 | $375.00/hr | $187.50 |
| 12/21/2016 | Robert Rosenfeld | Research information requests from A&G Realty relating to sale of Oakdale campus. | 1.50 | $390.00/hr | $585.00 |
| 12/22/2016 | Robert Rosenfeld | Review and execute NDA's relating to sale of Oakdale property (.5) and discuss issues with Andy Graiser relating to marketing of property (.4) | 0.90 | $390.00/hr | $351.00 |
| 12/23/2016 | Neil Bivona | Various correspondence w/ L Kiss re: publication of sale notices.  Set up Miller Advertising as new vendor for inclusion in weekly funding for advertising fees. | 0.60 | $375.00/hr | $225.00 |
| 12/27/2016 | Neil Bivona | Correspondence w/ Miller Environmental re: invoice for payment of chemical lab clean-up & scheduling of work.  Review Authorization to Proceed / Terms & Conditions form. | 0.70 | $375.00/hr | $262.50 |
| 12/27/2016 | Neil Bivona | Call with Leaf Financial re: copy center equipment lease rejection, scheduling for pickup of equipment & bankruptcy process / proof of claim process. | 0.50 | $375.00/hr | $187.50 |
| 12/27/2016 | Neil Bivona | Review authorization to proceed form and terms & conditions from Miller Environmental re: chemical lab clean-up.  Correspondence with S. Southard, R. Rosenfeld and A. Mitts (Miller) re: indemnification language. | 0.70 | $375.00/hr | $262.50 |
| 12/27/2016 | Neil Bivona | Attend to various issues related to residential property closings.  Discuss / correspond w/ A. Stoloff, R. Rosenfeld & J. Sturchio re: the same. | 0.40 | $375.00/hr | $150.00 |

**RSR Consulting, LLC**                                                      **Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**11/29/16 to 12/31/16**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 12/28/2016 | Neil Bivona | E-mail correspondence with A. Mitts (Miller Environmental) and J. Cote (Madison Hawk) re coordinating schedule for Oakdale site tours and chemical lab clean up work. | 0.60 | $375.00/hr | $225.00 |
| 12/28/2016 | Neil Bivona | Inspect vehicles vs insurance schedule. Match up VIN #s. Discuss w/ R Cerullo.  Review NADA & KBB websites re: best source for market value estimates. | 0.80 | $375.00/hr | $300.00 |
| **Totals For Asset Disposition** | | | **21.60** | | **$8,239.50** |
| **Bankruptcy Motions** | | | | | |
| 11/30/2016 | Neil Bivona | Review docket & download & organize petition & first day motions.  Review motions & prepare notes for first day hearing. | 2.50 | $375.00/hr | $937.50 |
| 12/01/2016 | Neil Bivona | Call w/ R Rosenfeld and S. Southard re: preparation for first day hearing. | 1.50 | $375.00/hr | $562.50 |
| 12/01/2016 | Robert Rosenfeld | Prepare for First Day hearing and follow up research to provide to counsel. | 3.50 | $390.00/hr | $1,365.00 |
| 12/02/2016 | Neil Bivona | Review draft of Emergency DIP Order.  Correspondence with S. Southard re: the same.  Correspond/discuss required changes to three week budget to conform to Court instructions and revised motion. | 0.90 | $375.00/hr | $337.50 |
| 12/02/2016 | Robert Rosenfeld | Review revisions to first day order for emergency DIP and retention issues. | 1.50 | $390.00/hr | $585.00 |
| 12/05/2016 | Neil Bivona | Review bankruptcy court docket. | 0.30 | $375.00/hr | $112.50 |
| 12/20/2016 | Neil Bivona | Review Lease rejection motion and order. | 0.30 | $375.00/hr | $112.50 |
| **Totals For Bankruptcy Motions** | | | **10.50** | | **$4,012.50** |
| **Bankruptcy Planning** | | | | | |
| 11/29/2016 | Robert McLeod | Update call regarding open bankruptcy filing and DIP agreement matters amongst RSR team, Dowling counsel and counsel for a lender. | 0.30 | $335.00/hr | $100.50 |
| 11/29/2016 | Robert McLeod | Update call regarding open bankruptcy filing and DIP agreement matters amongst RSR team, Dowling counsel and lender counsel. Prepared analysis in response to lender counsel in connection with certain budget items and discussed amongst RSR team. | 1.10 | $335.00/hr | $368.50 |
| 11/29/2016 | Neil Bivona | Call w/ National Gris re: Ch. 11 filing and process for post-petition service and adequate assurance deposits. | 0.40 | $375.00/hr | $150.00 |
| 11/29/2016 | Neil Bivona | Review / analyze allocation of Other line item among the various DIP tranches. | 0.50 | $375.00/hr | $187.50 |
| 11/29/2016 | Robert McLeod | Review revised DIP agreement and exhibits / schedules circulated by counsel. | 0.40 | $335.00/hr | $134.00 |
| 11/29/2016 | Robert Rosenfeld | Review revised motions and 1007 declaration for filing. | 3.50 | $390.00/hr | $1,365.00 |

**RSR Consulting, LLC**                                                                                    **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**11/29/16 to 12/31/16**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 11/30/2016 | Robert McLeod | Review first day motions filed with the court. Revise interim budget to reflect three-week period and circulate to debtor counsel for review, as requested and in response to Court's request. | 1.20 | $335.00/hr | $402.00 |
| 11/30/2016 | Robert McLeod | Conference amongst debtor counsel, lender counsel and RSR team to review first day motions / correspondence with the court and potential updates to interim budget. | 1.10 | $335.00/hr | $368.50 |
| 12/01/2016 | Robert McLeod | Reviewed correspondence from counsel on revised interim budget. Prepared update format of the budget and circulated to counsel for filing with the court, as requested. | 0.30 | $335.00/hr | $100.50 |
| 12/01/2016 | Robert McLeod | Call amongst Dowling counsel, lender counsel, and RSR team to review status of bankruptcy proceedings / first day hearings. Revised interim three-week budget to remove DIP loan up-front fee and circulated to counsel. | 0.80 | $335.00/hr | $268.00 |
| 12/05/2016 | Robert McLeod | Update call amongst debtor counsel and RSR team; review form of borrowing notice / upcoming hearings and requirements. | 0.60 | $335.00/hr | $201.00 |
| **Totals For Bankruptcy Planning** | | | **10.20** | | **$3,645.50** |
| **Business Operations** | | | | | |
| 11/29/2016 | Neil Bivona | Attend to various student records inquiries. | 0.50 | $375.00/hr | $187.50 |
| 11/29/2016 | Neil Bivona | DIP Budget review & revisions.  Multiple discussions w/ with R. Mcleod. | 2.20 | $375.00/hr | $825.00 |
| 11/29/2016 | Robert Rosenfeld | Work Quickbooks integration for Debtors accounting system. | 2.50 | $390.00/hr | $975.00 |
| 11/29/2016 | Robert Rosenfeld | Field calls from creditors with respect to bankruptcy filing. | 1.70 | $390.00/hr | $663.00 |
| 11/30/2016 | Neil Bivona | Meet with W. Benka re: Dowling.edu website & discussions with vendor.  e-mail & telephone call  with J. Ginsberg of Skyrush media re the same. | 1.00 | $375.00/hr | $375.00 |
| 11/30/2016 | Neil Bivona | Various correspondence w/ D .Impagliazzo re:  go-forward process with LIU & NYSED regarding student certification forms & recommendations, degree units & degree conferrals | 0.60 | $375.00/hr | $225.00 |
| 11/30/2016 | Neil Bivona | E-mail correspondence with R. Bertucci re: dowling.edu website & referring language and links for Douglas Elliman & CBRE. | 0.50 | $375.00/hr | $187.50 |
| 11/30/2016 | Neil Bivona | Discussion / preparation / review of emergency 2 week / 3 week budget out of 7 week interim budget. | 0.50 | $375.00/hr | $187.50 |
| 11/30/2016 | Neil Bivona | Draft language for dowling-edu website re: referring link to GCG case administration website & referring language / links got A&G Realty, CBRE, Douglas Ellian and LIU (for transcript). | 1.20 | $375.00/hr | $450.00 |
| 11/30/2016 | Robert Rosenfeld | Field calls from creditors and parties in interest relating to bankruptcy filing. | 2.00 | $390.00/hr | $780.00 |

**RSR Consulting, LLC**                                                                                      **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**11/29/16 to 12/31/16**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 11/30/2016 | Robert Rosenfeld | Work on press release for debtor with respect to bankruptcy filing. | 1.00 | $390.00/hr | $390.00 |
| 11/30/2016 | Robert Rosenfeld | Continue work on Quickbooks financial integration relating to Debtor's accounting system. | 2.00 | $390.00/hr | $780.00 |
| 11/30/2016 | Robert Rosenfeld | Discuss with Debtor staff issues relating to Bankruptcy filing and Stony Brook dorms. | 1.50 | $390.00/hr | $585.00 |
| 12/01/2016 | Neil Bivona | attend to varous student records /certification / diploma requests & issues.  Various correspondence with . | 1.20 | $375.00/hr | $450.00 |
| 12/01/2016 | Neil Bivona | attend to various student records /certification / diploma requests & issues.  Various correspondence with D. Impagliazzo and B. Wilkow (LIU) re: steps / plan for addressing issues going forward.  Review information previously posted to Dowling.edu website re: the same. | 1.20 | $375.00/hr | $450.00 |
| 12/01/2016 | Neil Bivona | Meeting w/ Garden City Group re: setup of case administrative website FAQs for creditors, students, employees.  Discuss projects for reviewing endowment records and boxing/indexing student records for scanning.  Follow up to Fortunoff Hal with GCG to find Student records. | 1.80 | $375.00/hr | $675.00 |
| 12/01/2016 | Neil Bivona | Draft suggested language for links to real estate brokers on Dowling.edu website.  Correspondence with brokers and Oppenheimer (R Bettucci) re: the same. | 1.00 | $375.00/hr | $375.00 |
| 12/01/2016 | Neil Bivona | Preparation / revisions to DIP budget to address 3 week emergency period. | 0.50 | $375.00/hr | $187.50 |
| 12/01/2016 | Neil Bivona | Prepare, send & confirm DIP account wiring instructions with UMB. | 0.40 | $375.00/hr | $150.00 |
| 12/01/2016 | Neil Bivona | Follow up with A. Dimola and C. Davies re: status of check for renewal of disability policy / status of policy renewal with carrier. | 0.40 | $375.00/hr | $150.00 |
| 12/01/2016 | Robert Rosenfeld | Call with US Trustee and S. Southard to discuss first day motions and questions posed by UST. | 0.40 | $390.00/hr | $156.00 |
| 12/01/2016 | Robert Rosenfeld | Research cash balances and Top 20 lists for preparation for First Day Hearings. | 1.00 | $390.00/hr | $390.00 |
| 12/01/2016 | Robert Rosenfeld | Meetings with R. Cerullo to discuss financials and closing of books prior to petition date and update on a/p balances. | 1.50 | $390.00/hr | $585.00 |
| 12/01/2016 | Robert Rosenfeld | Meeting with Garden City Group and N. Bivona to discuss projects for tracking communications with students and donors and analysis of restricted cash relating to endowment funds. | 1.00 | $390.00/hr | $390.00 |
| 12/02/2016 | Neil Bivona | Preparation of new text and links for Dowling.edu website.  Correspondence with S. Southard, A&G/MH, CBRE & Douglas Ellian re: the same. | 1.50 | $375.00/hr | $562.50 |

**RSR Consulting, LLC**                                                                                          **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**11/29/16 to 12/31/16**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 12/02/2016 | Neil Bivona | Review DIP budget & DIP note - analyze variance reporting requirements & devise set-up of budget model to track variances.  Call w/ R. Mcleod re: the same. | 1.50 | $375.00/hr | $562.50 |
| 12/02/2016 | Neil Bivona | Attend to various student records issues & inquiries. Correspond with LIU and D. Impagliazzo re: the same. | 1.10 | $375.00/hr | $412.50 |
| 12/05/2016 | Robert Rosenfeld | Calls with creditors, and former employees regarding status of Debtor and claims process. | 1.50 | $390.00/hr | $585.00 |
| 12/05/2016 | Robert Rosenfeld | Research post petition repairs required for properties and communicate follow up information needed from Simplex related to fire alarm systems on several properties. | 1.50 | $390.00/hr | $585.00 |
| 12/05/2016 | Neil Bivona | Prepare funds flowchart reflecting proposed movement of unrestricted funds into the appropriate DIP accounts & scheduling of potentially restricted funds subject to further investigation prior to movement. | 1.70 | $375.00/hr | $637.50 |
| 12/05/2016 | Neil Bivona | Review US Trustee letter & information request. | 0.50 | $375.00/hr | $187.50 |
| 12/05/2016 | Neil Bivona | Signature Bank DIP account online access setup / identity verification. | 0.50 | $375.00/hr | $187.50 |
| 12/05/2016 | Neil Bivona | Set up notice of Borrowing forms & checklists.  Review vs. DIP Note and Emergency Order.   Prepare & circulate notice of borrowing for weeks 1-2. | 3.50 | $375.00/hr | $1,312.50 |
| 12/05/2016 | Neil Bivona | Various correspondence with D. Impagliazzo re: need to define go forward process for student certification from and recommendation requests.  Meeting with R. Cerullo re: prior interactions with NYSED & scheduling of a  call w Al Inserra to discuss. | 1.00 | $375.00/hr | $375.00 |
| 12/06/2016 | Neil Bivona | Review real estate and insurance schedules & begin process to update for US Trustee reporting. | 2.00 | $375.00/hr | $750.00 |
| 12/06/2016 | Neil Bivona | Call with R. Cerullo and A. Inserra re: student records, history of discussions with NYSED & processes put in place for conferring of degrees, transcripts, records transfer to LIU and professional certifications. | 0.80 | $375.00/hr | $300.00 |
| 12/06/2016 | Robert Rosenfeld | Calls with students relating to status of case and claims against estate. | 1.30 | $390.00/hr | $507.00 |
| 12/07/2016 | Robert Rosenfeld | Work on importing payables and reconciling accounts for preparation of petition date financial statements for UST office. | 5.00 | $390.00/hr | $1,950.00 |
| 12/07/2016 | Robert Rosenfeld | Weekly funding reporting and execution for DIP financing advances. | 0.80 | $390.00/hr | $312.00 |
| 12/07/2016 | Robert Rosenfeld | Calls with parties in interest regarding status of bankruptcy process. | 1.00 | $390.00/hr | $390.00 |
| 12/08/2016 | Robert Rosenfeld | Call with Garden City Group relating to analysis of endowment fund with respect to restricted funds for Cash Management Order. | 0.40 | $390.00/hr | $156.00 |

**RSR Consulting, LLC**                                                                 **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**11/29/16 to 12/31/16**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 12/08/2016 | Neil Bivona | Gather and review files related to Oakdale residential rental properties.  Reconcile rental receipt checks vs. rent roll.  Begin preparation of aging report. | 1.80 | $375.00/hr | $675.00 |
| 12/08/2016 | Neil Bivona | Review and reconcile flood insurance declarations vs. payment of premiums due 11-1-16. Reconcile 12-31-16 premium notices vs. property schedule. | 1.20 | $375.00/hr | $450.00 |
| 12/08/2016 | Neil Bivona | Update master property schedule to include district, section, block and lot info and appraisal information. | 1.50 | $375.00/hr | $562.50 |
| 12/08/2016 | Neil Bivona | Review proposal from Miller environmental Re: disposal of hazardous materials nd chemicals in Kramer Science building.  Meet with R. Ferguson during phase I site inspection at Oakdale Campus. | 0.60 | $375.00/hr | $225.00 |
| 12/08/2016 | Neil Bivona | Prepare, gather and and organize documents for US Trustee's office to be delivered at the time of the initial Debtor's Interview. | 3.50 | $375.00/hr | $1,312.50 |
| 12/08/2016 | Neil Bivona | Reconcile 90 day check register to Schedule A funding requests. | 1.60 | $375.00/hr | $600.00 |
| 12/09/2016 | Neil Bivona | Review * edit Garden City Group communications plan and FAQs.  Review history of student inquiries & draft additional Student FAQs. | 1.60 | $375.00/hr | $600.00 |
| 12/09/2016 | Neil Bivona | Attend to various student records inquiries. | 0.50 | $375.00/hr | $187.50 |
| 12/09/2016 | Neil Bivona | Review funds flow schedule vs. bankruptcy schedule for balance confirmation, edit as necessary.  Prepare correspondence to S. Southard re: proposed transfers of unrestricted funds.  Prepare correspondence to secure creditors re: proposed transfers of unrestricted funds. | 1.20 | $375.00/hr | $450.00 |
| 12/09/2016 | Neil Bivona | Various meetings w/ R. Cerullo regarding maintenance plan & boiler service, rental property records, status of invoices since ch. 11 filing & Curtin center flood insurance. | 0.80 | $375.00/hr | $300.00 |
| 12/09/2016 | Neil Bivona | Begin drafting week 3 borrowing request & setting up template for carry forward of unspent amounts/unused budget and other adjustments.  Review DIP Note re: funding of accounts. Begin setting up transfer worksheet to reflect allocations of invoices and tallying of transfers. | 2.20 | $375.00/hr | $825.00 |
| 12/09/2016 | Neil Bivona | Meeting with A. Dimola re:  next two payroll periods and timing of funding.  Review 3 week emergency DIP budget & DIP Note re: timing of borrowings. | 0.50 | $375.00/hr | $187.50 |
| 12/12/2016 | Neil Bivona | Review open flood insurance invoices Note discrepancy on Curtin Center address..  Look up section block lot of Curtin Center building.  Discuss discrepancy in address & discuss with SterlingRisk.  Correspondence with Douglas Ellian re: search of Town records & other methods to verify address. | 0.60 | $375.00/hr | $225.00 |

**RSR Consulting, LLC**                                                                                      **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**11/29/16 to 12/31/16**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 12/13/2016 | Neil Bivona | Review shared network drive for Title IV reporting files. Go through Financial Aid Director's office to search for Title IV & FISAP records and reports. | 2.40 | $375.00/hr | $900.00 |
| 12/13/2016 | Neil Bivona | Meet with A. Stoloff. Review vendor invoices & segregate pre-petition from post-petition amounts. Calculate allocations & create payment worksheet. Set up payment instructions for vendor payments out of DIP accounts. | 4.20 | $375.00/hr | $1,575.00 |
| 12/13/2016 | Neil Bivona | Follow up on Notice of borrowing. Correspondence with UMB re: the same. | 0.40 | $375.00/hr | $150.00 |
| 12/13/2016 | Neil Bivona | Attend to various student records issues. | 0.40 | $375.00/hr | $150.00 |
| 12/14/2016 | Neil Bivona | Review requirements for interim budget & variance reporting & call with R. McLeod to discuss the same. | 1.10 | $375.00/hr | $412.50 |
| 12/14/2016 | Neil Bivona | Complete review & preparation of weekly invoices. Set up wire transfers from DIP accounts. | 2.40 | $375.00/hr | $900.00 |
| 12/14/2016 | Neil Bivona | Meeting with A. Dimola re: ADP tax payment shortfall re: imputed income on employee life insurance. Review supporting information. Discuss w/ R. Rosenfeld. | 0.50 | $375.00/hr | $187.50 |
| 12/14/2016 | Neil Bivona | Follow up w/ R. Campbell re: boiler service by D. King. Discussions w/ Carrier re willingness to provide post-petition services. | 0.30 | $375.00/hr | $112.50 |
| 12/14/2016 | Neil Bivona | Follow up with Sterling Risk & Madison Hawk re: proper identification of Curtin Center address / section block & lot for flood insurance coverage. | 0.50 | $375.00/hr | $187.50 |
| 12/14/2016 | Neil Bivona | Revise, format and circulate 7 week interim DIP budget & full 30 week DIP budget in preparation for interim hearing. | 1.50 | $375.00/hr | $562.50 |
| 12/14/2016 | Robert Rosenfeld | Call with R. Bertucci (Oppenheimer) regarding status of sales of residential houses and follow ups to perform prior to closing (.8); call with R. Cerullo to address concerns and issues discussed with R. Bertucci (.4) | 1.20 | $390.00/hr | $468.00 |
| 12/14/2016 | Robert Rosenfeld | Process bills for payment and update accounting for activity since petition date. | 3.00 | $390.00/hr | $1,170.00 |
| 12/15/2016 | Neil Bivona | Follow up w. R. Campbell re: Carrier. | 0.20 | $375.00/hr | $75.00 |
| 12/15/2016 | Neil Bivona | Review & prepare additional vendor payments. | 0.40 | $375.00/hr | $150.00 |
| 12/15/2016 | Neil Bivona | Examine contents of student records boxes & meet with GCG re: launch of record indexing project. | 1.50 | $375.00/hr | $562.50 |
| 12/15/2016 | Robert Rosenfeld | Discuss change of authorized signers to CRO and safeguarding of information for College with CFO and IT manager. | 1.00 | $390.00/hr | $390.00 |
| 12/15/2016 | Robert Rosenfeld | Calls with creditors and parties in interest relating to Dowling bankruptcy and interest in asset disposition. | 1.50 | $390.00/hr | $585.00 |
| 12/15/2016 | Robert Rosenfeld | Research issues relating to asset preservation to work on winterization issues. | 1.00 | $390.00/hr | $390.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**11/29/16 to 12/31/16**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 12/16/2016 | Neil Bivona | Various discussions w. R. Rosenfeld, I. Nikelsberg re: student records indexing project. Sort boxes for pickup. | 1.50 | $375.00/hr | $562.50 |
| 12/16/2016 | Neil Bivona | Prepare and transmit tax returns & financial statements to creditors committee counsel. | 0.50 | $375.00/hr | $187.50 |
| 12/16/2016 | Robert Rosenfeld | Visit to Astoria Bank for transferring signing authority over Debtor's accounts to RSR. | 1.50 | $390.00/hr | $585.00 |
| 12/16/2016 | Robert Rosenfeld | Meeting with Ralph Cerullo to discuss status of asset preservation and cost management for Debtor going forward. | 0.50 | $390.00/hr | $195.00 |
| 12/16/2016 | Robert Rosenfeld | Discussion with S. Stella regarding disposition of Accounts Receivable and monetization of asset and reconciliation of Title 4 programs. | 1.00 | $390.00/hr | $390.00 |
| 12/16/2016 | Robert Rosenfeld | Update accounting for transactions for week in quickbooks. | 1.00 | $390.00/hr | $390.00 |
| 12/16/2016 | Robert Rosenfeld | Evaluate repairs and other services needed for maintaining properties (1.5); email correspondence with R. Campbell and R. Cerullo on issues related to properties (.4). | 1.90 | $390.00/hr | $741.00 |
| 12/16/2016 | Robert Rosenfeld | Work on bank account signatory transfer to RSR for all banks. | 1.50 | $390.00/hr | $585.00 |
| 12/19/2016 | Neil Bivona | Prepare transmittal requests for transfer of unrestricted funds from Rabobank, CRB and Astoria Bank. | 1.80 | $375.00/hr | $675.00 |
| 12/19/2016 | Neil Bivona | Meeting w/ R. Rosenfeld re: transfer of unrestricted funds. | 0.20 | $375.00/hr | $75.00 |
| 12/19/2016 | Neil Bivona | Research options for data storage / archival / preservation. | 0.60 | $375.00/hr | $225.00 |
| 12/19/2016 | Neil Bivona | Several correspondence with M. Wisbey @ BMS re: request to transfer funds & need to follow up with UMB re: DACA on acct holding 2015 Bond rent proceeds. | 0.40 | $375.00/hr | $150.00 |
| 12/19/2016 | Neil Bivona | Call & e-mail with I. Nikelsberg at GCG re: student records box indexing & transportation. | 0.30 | $375.00/hr | $112.50 |
| 12/19/2016 | Robert Rosenfeld | Contact various banks for consolidating cash pursuant to cash management order.  Visit Astoria bank for transferring cash. | 1.50 | $390.00/hr | $585.00 |
| 12/19/2016 | Robert Rosenfeld | Update accounting in quickbooks for post petition activity. | 1.50 | $390.00/hr | $585.00 |
| 12/20/2016 | Neil Bivona | Review boxes of student records for scanning. Correspondence with LIU (B. Willow) and Databank (J. Malone) re: scope of records to be scanned. | 1.20 | $375.00/hr | $450.00 |
| 12/20/2016 | Neil Bivona | Call w/ Garden City Group re: status of hardcopy student records indexing. | 0.30 | $375.00/hr | $112.50 |
| 12/20/2016 | Neil Bivona | Review funding requirements, cash balances and budget through year-end. | 1.50 | $375.00/hr | $562.50 |

**RSR Consulting, LLC**                                                                                    **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**11/29/16 to 12/31/16**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 12/20/2016 | Robert Rosenfeld | Visit to Astoria Bank relating to transferring funds to DIP bank accounts. | 1.00 | $390.00/hr | $390.00 |
| 12/20/2016 | Robert Rosenfeld | Discussion with R. Cerullo relating to disposition of simulator equipment and follow up review of documents supporting sale. | 1.00 | $390.00/hr | $390.00 |
| 12/21/2016 | Neil Bivona | Prepare notice of borrowing for DIP weeks 4-5. Discussions/correspondence with R McLeod, J. Pund, B. Faustini & L. Roberson re: the same. | 1.40 | $375.00/hr | $525.00 |
| 12/21/2016 | Robert Rosenfeld | Follow up on cash management for Debtor in consolidating cash from various bank accounts and funding for weekly disbursements. | 1.30 | $390.00/hr | $507.00 |
| 12/22/2016 | Neil Bivona | Review & schedule weekly invoices for payment (weeks 4-5), determine allocations & budget line item availability. Prepare working model to roll-forward cumulative line item availability vs. actual disbursements. | 4.80 | $375.00/hr | $1,800.00 |
| 12/22/2016 | Neil Bivona | Review payroll report from ADP w/ A. Dimola re: adjustments from prior period & employee deduction refunds. | 0.50 | $375.00/hr | $187.50 |
| 12/22/2016 | Robert Rosenfeld | Visit to Astoria Bank to consolidate funds and transfer to Signature DIP account. | 0.80 | $390.00/hr | $312.00 |
| 12/22/2016 | Robert Rosenfeld | Call with Sterling Insurance and Dimola to discuss compliance issues relating to tax on insurance claims and obtaining claim information on self insurance plan from CIGNA, | 0.80 | $390.00/hr | $312.00 |
| 12/22/2016 | Robert Rosenfeld | Interview with reporter from Higher Ed publication. | 0.70 | $390.00/hr | $273.00 |
| 12/22/2016 | Robert Rosenfeld | Update Debtors accounting in Quickbooks relating to cash activity and sale of residence closings. | 2.00 | $390.00/hr | $780.00 |
| 12/22/2016 | Robert Rosenfeld | Call with Don Cook to discuss property management role for Debtor. | 0.50 | $390.00/hr | $195.00 |
| 12/23/2016 | Neil Bivona | Calculate and prepare funds transfer needs for funding of week 4 invoices. Set up wire transfers and check payment register for payments. Reconcile invoice detail schedule to transfer schedule and wires/check register. Reconcile cash balance. | 4.40 | $375.00/hr | $1,650.00 |
| 12/23/2016 | Robert Rosenfeld | Instruct Anna Stoloff on Operating Quickbooks accounting program. | 1.00 | $390.00/hr | $390.00 |
| 12/23/2016 | Robert Rosenfeld | Process bills for payment; record bills in Quickbooks and process payments for week.. | 2.00 | $390.00/hr | $780.00 |
| 12/23/2016 | Robert Rosenfeld | Update Debtor's accounting for sale of residential properties. | 0.80 | $390.00/hr | $312.00 |
| 12/23/2016 | Robert Rosenfeld | Research repairs needed at BRV dorms. | 0.50 | $390.00/hr | $195.00 |
| 12/27/2016 | Neil Bivona | Review correspondence from student re: payment of past due amounts. Correspondence w/ A. Stoloff re: the same. Respond to student. | 0.30 | $375.00/hr | $112.50 |

**RSR Consulting, LLC**                                                                                      **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**11/29/16 to 12/31/16**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 12/27/2016 | Neil Bivona | Prepare account transfers and wires for weekly disbursements & complete tracking & reconciliation reports. | 1.30 | $375.00/hr | $487.50 |
| 12/27/2016 | Neil Bivona | Organize files for borrowing notices, disbursements & compliance reporting. | 0.40 | $375.00/hr | $150.00 |
| 12/27/2016 | Neil Bivona | Prepare transmittal of receipts / check deposits to Agent for mandatory prepayment under DIP Note.  Review DIP Note, Motion & Order re: the same. | 1.00 | $375.00/hr | $375.00 |
| 12/27/2016 | Neil Bivona | Review DIP Note, Motion & Order re: unrestricted funds transfer application.  Draft notice to Agent & DIP lenders.  Send notice to S. Southard for review. | 0.40 | $375.00/hr | $150.00 |
| 12/27/2016 | Robert Rosenfeld | Process bills for payment and issue wires for week ended 12/27/16 and update accounting for Debtor. | 1.50 | $390.00/hr | $585.00 |
| 12/28/2016 | Neil Bivona | Meeting with A. Stoloff re receipt of US Treasury checks. Discuss w/ S. Dinapoli re: Perkins Loan consolidation program.  Research prior pre petition and post petition deposits and identify additional checks related to Perkins loans. | 1.10 | $375.00/hr | $412.50 |
| 12/28/2016 | Neil Bivona | Review and process additional vendor invoices.  Set up account transfers and wire payments. | 0.40 | $375.00/hr | $150.00 |
| 12/28/2016 | Neil Bivona | Email correspondence with Sterling Risk re: correction of address on flood policy for Curtin Center. | 0.30 | $375.00/hr | $112.50 |
| 12/28/2016 | Neil Bivona | Respond to various student records inquiries.  E-mail correspondence with Databank re: scanning of grade rosters.  Meeting with R . Cerullo re: the same. | 0.30 | $375.00/hr | $112.50 |
| 12/28/2016 | Robert Rosenfeld | Review emails relating to insurance non-compliance letter and prepare email to Insurance Broker for response. | 0.40 | $390.00/hr | $156.00 |
| 12/28/2016 | Robert Rosenfeld | Review and respond to issues relating to tenant security deposits (.4); flood insurance issues (.3); DOE deposits from students (.3); coordination of site visits by buyers and chemical removal from Kramer Building (.3) | 1.30 | $390.00/hr | $507.00 |
| 12/29/2016 | Neil Bivona | Call w/ S. Southard re: library collections.  Review e-mail re: S. Southard call w/ NYSED & NYAG. Review web link with special library collection information.   Discussion w/ W. Benka re: the same. | 0.60 | $375.00/hr | $225.00 |
| 12/29/2016 | Neil Bivona | Correspondence w/ student re: payment of past due tuition and conferral of degree. | 0.30 | $375.00/hr | $112.50 |
| 12/29/2016 | Neil Bivona | Meeting w/ W. Benka re: extra set of backup tapes and offsite storage & lease rejections / scheduling of lessee pickup of equipment. | 0.40 | $375.00/hr | $150.00 |
| 12/29/2016 | Neil Bivona | Further research re: Perkins Loan payments & loan consolidation program.  Prepare action plan for A. Stoloff / R. Cerullo to gather pertinent information regarding potential payments deposited into Rabobank accounts by Cohn Reznick. | 0.70 | $375.00/hr | $262.50 |

**RSR Consulting, LLC**                                                                                      **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**11/29/16 to 12/31/16**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|--------------|-------------|--------------|
| 12/29/2016 | Neil Bivona | Search offices and file rooms for grade rosters.  Review files for periods covered & move grade roster files from file cabinets & place in boxes. | 2.90 | $375.00/hr | $1,087.50 |
| 12/30/2016 | Neil Bivona | Review Perkins Loan Consolidation information.  Review past incoming checks and deposits for Perkins Loan payments. | 1.30 | $375.00/hr | $487.50 |
| 12/30/2016 | Neil Bivona | Review of week 6 budget & 2nd Emergency DIP order. | 0.30 | $375.00/hr | $112.50 |
| 12/30/2016 | Neil Bivona | Prepare 18 boxes of student records / grade reports for pickup by Databank. | 1.60 | $375.00/hr | $600.00 |
| 12/31/2016 | Robert Rosenfeld | Analyze rent receivable schedule revised by A. Stoloff and make revisions in quickbooks. | 1.30 | $390.00/hr | $507.00 |
| **Totals For Business Operations** | | | **154.60** | | **$58,891.50** |
| **Case Administration** | | | | | |
| 12/15/2016 | Neil Bivona | Review proposed communication plan and FAQs drafted by Garden City Group for cease administration website. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Case Administration** | | | **0.50** | | **$187.50** |
| **Cash Monitoring** | | | | | |
| 12/01/2016 | Robert Rosenfeld | Research information for analysis of restricted funds and endowment balances and provide to Garden City Group for analysis. | 1.20 | $390.00/hr | $468.00 |
| 12/20/2016 | Neil Bivona | Review of weekly DIP budget variance reporting requirements under DIP Note.  Discuss the same with R. Mcleod. | 1.00 | $375.00/hr | $375.00 |
| 12/20/2016 | Robert McLeod | Call amongst RSR team regarding variance reporting; update invoice / disbursements tracking file to include cross-references to budget categories. | 0.90 | $335.00/hr | $301.50 |
| 12/20/2016 | Robert McLeod | Update cash flow model for actuals through Week 3 prepare draft compliance report; review questions on disbursements categories amongst RSR team. | 1.30 | $335.00/hr | $435.50 |
| 12/22/2016 | Robert McLeod | Finalize Week 3 compliance report and circulate amongst RSR team for review. | 0.80 | $335.00/hr | $268.00 |
| 12/27/2016 | Robert McLeod | Review disbursements detail for Week 4 and planned for Week 5; discuss amongst RSR team. | 0.70 | $335.00/hr | $234.50 |
| 12/29/2016 | Robert McLeod | Update cash flow model for actuals through Week 4 and prepare draft compliance report; circulate amongst RSR team for review. | 1.30 | $335.00/hr | $435.50 |
| **Totals For Cash Monitoring** | | | **7.20** | | **$2,518.00** |
| **Claims Investigation** | | | | | |
| 12/19/2016 | Robert Rosenfeld | Review follow up requests relating to WARN complaint. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Claims Investigation** | | | **0.50** | | **$195.00** |
| **Court Hearings** | | | | | |
| 12/02/2016 | Robert Rosenfeld | Attend First Day hearings for Debtor and meetings for preparation at Courthouse. | 3.00 | $390.00/hr | $1,170.00 |
| 12/02/2016 | Neil Bivona | Preparation and attendance at First Day Hearings. | 3.00 | $375.00/hr | $1,125.00 |

**RSR Consulting, LLC**                                                                    **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**11/29/16 to 12/31/16**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 12/09/2016 | Neil Bivona | Attend organizational meeting of creditors / Initial debtor interview with US Trustee. | 3.00 | $375.00/hr | $1,125.00 |
| 12/09/2016 | Robert Rosenfeld | Attend 341 creditors organization meeting at US Trustees office. | 2.00 | $390.00/hr | $780.00 |
| 12/15/2016 | Neil Bivona | Attend Interim hearing. | 2.50 | $375.00/hr | $937.50 |
| 12/15/2016 | Robert Rosenfeld | Attend court hearings for final orders on case. | 2.00 | $390.00/hr | $780.00 |
| **Totals For Court Hearings** | | | **15.50** | | **$5,917.50** |
| **Creditor Committee Issues and Information Requests** | | | | | |
| 12/14/2016 | Neil Bivona | Collect, review and prepare information requested by unsecured creditors committee. | 0.80 | $375.00/hr | $300.00 |
| 12/16/2016 | Robert Rosenfeld | Research and provide information to Creditors Committee counsel and respond to Committee requests. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Creditor Committee Issues and Information Requests** | | | **1.30** | | **$495.00** |
| **Creditor Inquiries** | | | | | |
| 12/08/2016 | Robert Rosenfeld | Call with C. Curry, US Department of Education with respect to Perkins Loan Analysis and follow up status on Perkins Loan reconciliation performed by Debtor. | 1.00 | $390.00/hr | $390.00 |
| 12/13/2016 | Robert Rosenfeld | Research US Attorney request for information relating to Federal Funds relating to Debtor bank accounts and discuss with R. Cerullo and S. Southard. | 1.00 | $390.00/hr | $390.00 |
| 12/14/2016 | Robert Rosenfeld | Continue follow up on federal loan money deposited with Debtor and address concerns of US Attorney's office respect to Federal Funds included in Debtors bank accounts. | 2.00 | $390.00/hr | $780.00 |
| **Totals For Creditor Inquiries** | | | **4.00** | | **$1,560.00** |
| **Creditors' Committee-General** | | | | | |
| 12/13/2016 | Neil Bivona | Participate on call with Creditor's Committee counsel, Lender's counsel & Debtor's counsel re: creditor committee's issues with first day orders & DIP facility. | 0.60 | $375.00/hr | $225.00 |
| 12/13/2016 | Neil Bivona | Quality control review of various petition schedules. | 0.50 | $375.00/hr | $187.50 |
| 12/13/2016 | Neil Bivona | Review & follow up re: CNA past due invoice re: umbrella liability coverage. Verify with broker that coverage is included in financed premiums. | 0.40 | $375.00/hr | $150.00 |
| 12/20/2016 | Neil Bivona | Draft discussion agenda for meeting with Creditors Committee counsel. | 1.00 | $375.00/hr | $375.00 |
| 12/21/2016 | Neil Bivona | Meeting with Unsecured Creditors Committee Counsel w/ R. Rosenfeld and S. Southard. | 4.30 | $375.00/hr | $1,612.50 |
| **Totals For Creditors' Committee-General** | | | **6.80** | | **$2,550.00** |
| **Dowling-Residential Ops** | | | | | |
| 12/24/2016 | Robert Rosenfeld | Process real estate tax payments for residential houses for 1st half 2016/2017. | 1.20 | $390.00/hr | $468.00 |
| 12/27/2016 | Neil Bivona | Reconcile RE tax bills & payments to Master Real Estate spreadsheet & closing schedule. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Dowling-Residential Ops** | | | **1.70** | | **$655.50** |
| **Dowling-Residential Sales** | | | | | |

**RSR Consulting, LLC**                                                                          **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**11/29/16 to 12/31/16**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 12/19/2016 | Robert Rosenfeld | Discussion with J. Sturchio (DE), R. Cerullo and N. Bivona to discuss action plan for tasks to complete sale of residences in Oakdale. | 0.80 | $390.00/hr | $312.00 |
| 12/19/2016 | Robert Rosenfeld | Review documents for executing for closing 64 Von Bomel and obtain notarization for various documents. | 3.20 | $390.00/hr | $1,248.00 |
| 12/20/2016 | Robert Rosenfeld | Follow up on additional documents to execute and manage closure of all utilities on sold properties. | 1.00 | $390.00/hr | $390.00 |
| 12/21/2016 | Robert Rosenfeld | Review closing documents for 138 Central Ave and execute in advance of closing on 12/23/16. | 1.00 | $390.00/hr | $390.00 |
| 12/23/2016 | Robert Rosenfeld | Review closing documents and execute for closing of 138 Central Avenue sale. | 0.50 | $390.00/hr | $195.00 |
| 12/27/2016 | Robert Rosenfeld | Review documents for closing on 81 Chateau and 115 Idle Hour and execute documents in advance of closing for week of 12/30/16. | 1.00 | $390.00/hr | $390.00 |
| 12/28/2016 | Robert Rosenfeld | Follow up counsel and Debtor relating to tenant security deposit questions and access to bank account funds for closings with buyers. | 0.50 | $390.00/hr | $195.00 |
| 12/28/2016 | Robert Rosenfeld | Review and execute forms for 115 Idle Hour Blvd and process and send out for overnight shipping at UPS. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Dowling-Residential Sales** | | | **9.00** | | **$3,510.00** |
| **Financial Advisory** | | | | | |
| 12/02/2016 | Robert McLeod | Prepared actual cash flow tracking template; call amongst RSR team to review same and to discuss outcome and next steps after today's court hearing. Update interim DIP budget to remove certain amounts as requested by counsel. | 1.80 | $335.00/hr | $603.00 |
| 12/02/2016 | Robert Rosenfeld | Review financial accounting records for Debtor for purposes of completing SOAL and SOFA and work on Quickbooks integration. | 3.50 | $390.00/hr | $1,365.00 |
| **Totals For Financial Advisory** | | | **5.30** | | **$1,968.00** |
| **Financial Analysis** | | | | | |
| 11/29/2016 | Robert McLeod | Review proposed changes to presentation of DIP budget circulated overnight to counsel / lenders. Call amongst RSR team to discuss same. Prepare revised budget format with better clarity on aggregate funding commitments by DIP tranches / bond series and circulate amongst RSR team for review. | 1.20 | $335.00/hr | $402.00 |
| 11/29/2016 | Robert McLeod | Additional revisions to budget presentation. | 0.40 | $335.00/hr | $134.00 |
| 11/29/2016 | Robert McLeod | Finalize revised budget presentation. Prepare .pdf versions of 30-week and 6-week versions for distribution to counsel / lenders. | 0.40 | $335.00/hr | $134.00 |
| 12/05/2016 | Robert McLeod | Review draft of first borrowing request and provide feedback amongst RSR team. | 0.30 | $335.00/hr | $100.50 |
| 12/11/2016 | Robert McLeod | Update cash forecast and actual tracking model to reflect cash receipts on a by-term-loan basis. Circulate amongst RSR team for review. | 1.90 | $335.00/hr | $636.50 |

**RSR Consulting, LLC**                                                                            **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**11/29/16 to 12/31/16**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 12/12/2016 | Robert McLeod | Call amongst RSR team to review budget-to-actual tracking, variance reporting, and next funding request. | 0.90 | $335.00/hr | $301.50 |
| 12/13/2016 | Robert McLeod | Update DIP / bankruptcy budget to reflect a seven-week period (as requested by counsel) and circulate amongst RSR team for review. | 1.50 | $335.00/hr | $502.50 |
| 12/13/2016 | Robert McLeod | Update cash flow actual tracking and prepare draft of budget compliance report in accordance with the DIP agreement for the first two weeks post-petition; circulate amongst RSR team for review. | 1.60 | $335.00/hr | $536.00 |
| 12/14/2016 | Robert McLeod | Call amongst RSR team to review 7-week budget, budget variance reporting, and planned week 3 disbursements. | 0.50 | $335.00/hr | $167.50 |
| 12/14/2016 | Robert McLeod | Update draft variance reporting for percentage calculation and explanatory comments. Reviewed reporting requirements per Sec 18 of the DIP agreement. Circulated draft schedule and comments for review amongst RSR team. | 0.80 | $335.00/hr | $268.00 |
| 12/14/2016 | Robert McLeod | Review draft budget report certification and updates to variance report presentation. | 0.20 | $335.00/hr | $67.00 |
| 12/15/2016 | Neil Bivona | Review & prepare summary DIP budget & borrowing information for S. Southard in preparation for interim hearing. | 0.60 | $375.00/hr | $225.00 |
| 12/29/2016 | Neil Bivona | Review weekly DIP variance report against weekly disbursements.  Make edits to variance notes.  Prepare disbursement list & Compliance letter & circulate. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Financial Analysis** | | | **10.80** | | **$3,662.00** |
| **Financing matters/Cash Collateral** | | | | | |
| 12/05/2016 | Robert Rosenfeld | Call with S. Southard and L. Kiss; and N. Bivona to discuss DIP financing requests and format for certification. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Financing matters/Cash Collateral** | | | **0.50** | | **$195.00** |
| **Meeting** | | | | | |
| 12/09/2016 | Robert Rosenfeld | Attend meeting with Rudy Fusco for Initial Debtor Interview. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Meeting** | | | **0.50** | | **$195.00** |
| **Meetings with Creditors and/or Representatives** | | | | | |
| 11/29/2016 | Neil Bivona | Call w/ B. Faustini re: DIP budget | 0.30 | $375.00/hr | $112.50 |
| 11/29/2016 | Neil Bivona | Call w/ S. Southard, RSR team & Mintz attorneys re: finalization of DIP budget / MAD covenant. | 0.30 | $375.00/hr | $112.50 |
| 11/29/2016 | Neil Bivona | Call w/ S. Southard, RSR team & attorneys for ACA & Oppenheimer re: finalization of DIP budget / MAD covenant & Other line item flexibility. | 0.40 | $375.00/hr | $150.00 |
| 11/29/2016 | Robert Rosenfeld | Attend calls with creditors' counsel and Debtors' counsel to discuss revisions to DIP Note and budget. | 1.00 | $390.00/hr | $390.00 |

**RSR Consulting, LLC**                                                                                              **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**11/29/16 to 12/31/16**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 11/30/2016 | Robert Rosenfeld | Call with Jerry Luckman, R. Friedman, S. Southard, L. Kiss to discuss motions for 12/15/16 hearing and further background. | 1.20 | $390.00/hr | $468.00 |
| 11/30/2016 | Robert Rosenfeld | Meeting with counsel & creditors' counsel to discuss DIP Order and first day hearing. | 1.00 | $390.00/hr | $390.00 |
| 11/30/2016 | Neil Bivona | Conference call amongst debtor counsel, lender counsel and RSR team to review first day motions / correspondence with the court and potential updates to interim budget. | 1.10 | $375.00/hr | $412.50 |
| 12/01/2016 | Robert Rosenfeld | Call with lenders' counsel, S. Southard (Klestadt), and N. Bivona to discuss follow up responses from UST and planning for First Day hearing. | 1.00 | $390.00/hr | $390.00 |
| 12/06/2016 | Neil Bivona | Status call w/ S. Southard and counsel for secured creditors. | 0.80 | $375.00/hr | $300.00 |
| 12/06/2016 | Neil Bivona | Call with B. Faustini re: notice of Borrowing. | 0.50 | $375.00/hr | $187.50 |
| 12/06/2016 | Neil Bivona | Several calls & e-mail correspondence with I. Hammel and R. Bertucci re Notice of borrowing & flood insurance bills on 121 & 89 Central. Review of information to answer questions on line items. | 1.60 | $375.00/hr | $600.00 |
| 12/11/2016 | Robert Rosenfeld | Attend call with S. Southard, G. Luckman and R. Friedman (Silverman Acamparo) regarding kick off call. | 1.20 | $390.00/hr | $468.00 |
| 12/15/2016 | Robert Rosenfeld | Meeting with unsecured creditors after court to discuss status. | 0.50 | $390.00/hr | $195.00 |
| 12/20/2016 | Neil Bivona | Call w/ J. Pund re: funding needs through year-end. | 0.30 | $375.00/hr | $112.50 |
| 12/21/2016 | Robert Rosenfeld | Attend creditor committee counsel meeting with S. Southard and N. Bivona to discuss issues in case. | 4.30 | $390.00/hr | $1,677.00 |
| **Totals For Meetings with Creditors and/or Representatives** | | | **15.50** | | **$5,965.50** |
| **Meetings with Debtor and Representatives** | | | | | |
| 11/29/2016 | Neil Bivona | Meeting with staff re: ch.11 filing. | 0.30 | $375.00/hr | $112.50 |
| 11/29/2016 | Neil Bivona | Meet w/ W. Benka re: planning of inventory process of IT equipment. | 0.50 | $375.00/hr | $187.50 |
| 12/05/2016 | Neil Bivona | Call w/ S. Southard re: proposed form of notice of borrowing. | 0.50 | $375.00/hr | $187.50 |
| 12/06/2016 | Neil Bivona | Call with S. Southard to discuss preparation of Ch. 11 schedules. | 1.50 | $375.00/hr | $562.50 |
| 12/14/2016 | Neil Bivona | Meet with R. Cerullo to discuss landscaping invoices, Title IV programs, historical financials & tax return requests by unsecured creditors committee. | 0.60 | $375.00/hr | $225.00 |
| 12/20/2016 | Neil Bivona | Meet with R. Cerullo re: backup of data / data servers / backup tapes offsite storage. | 0.40 | $375.00/hr | $150.00 |
| 12/20/2016 | Neil Bivona | Call w/ S. Southard & R. Rosenfeld re: preparation for meeting with UCC. | 1.00 | $375.00/hr | $375.00 |
| 12/20/2016 | Robert Rosenfeld | Call with S. Southard and N. Bivona for preparation for meeting with unsecured creditors committee. | 1.00 | $390.00/hr | $390.00 |
| 12/21/2016 | Neil Bivona | Follow up discussions w/ R. Rosenfeld and S. Southard after meeting with unsecured creditors committee counsel. | 1.00 | $375.00/hr | $375.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**11/29/16 to 12/31/16**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 12/28/2016 | Neil Bivona | Call with S. Southard re various issues including unrestricted funds application, cash receipts mandatory prepayments and rent security. | 0.50 | $375.00/hr | $187.50 |
| 12/29/2016 | Neil Bivona | Meeting w/ D Ipagliazzo re: pending student records requests. Items to be discussed w/ NYSED. | 0.90 | $375.00/hr | $337.50 |
| 12/30/2016 | Neil Bivona | Meeting w/ R. Cerullo re: gift instrument documentation, life insurance policies & annuity. | 0.60 | $375.00/hr | $225.00 |
| 12/30/2016 | Neil Bivona | Meeting w/A Stoloff re: cancellation of auto registrations & insurance for vehicles to be disposed of. | 0.30 | $375.00/hr | $112.50 |
| 12/30/2016 | Neil Bivona | Meeting w/ R. Cerullo to review vehicle fleet & reconcile to auto insurance policy. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Meetings with Debtor and Representatives** | | | **9.60** | | **$3,615.00** |
| **Meetings with Lawyers** | | | | | |
| 12/30/2016 | Neil Bivona | Call w/ S. Southard re: various topics including Perkins Loans, Life Insurance and rent security accounts. | 0.70 | $375.00/hr | $262.50 |
| **Totals For Meetings with Lawyers** | | | **0.70** | | **$262.50** |
| **Oakdale-Residential** | | | | | |
| 12/28/2016 | Neil Bivona | E-mail correspondence with S. southard re rent security for Oakdale residences. Meet with R Cerullo $ A Stoloff re: the same. Review Capital One rent escrow acct statement. Place calls to Capital One. | 2.10 | $375.00/hr | $787.50 |
| 12/29/2016 | Neil Bivona | Discussion w/ R. Cerullo & A. Stoloff re: 115 Idle hour past due rent and rent security check. Correspondence w/ S. Southard & Garfunkel Wild re: settlement at closing. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Oakdale-Residential** | | | **2.60** | | **$975.00** |
| **Reporting** | | | | | |
| 12/14/2016 | Neil Bivona | Prepare weekly DIP compliance reporting & certification documents. | 2.50 | $375.00/hr | $937.50 |
| 12/15/2016 | Neil Bivona | Review draft compliance reporting w. S. Southard. Make revisions, finalize & circulate. | 1.10 | $375.00/hr | $412.50 |
| 12/15/2016 | Neil Bivona | Meet w/ R. Cerullo, W. Benka & R. Rosenfeld re: data backup. | 0.40 | $375.00/hr | $150.00 |
| 12/15/2016 | Neil Bivona | Review lease rejection schedule. Correspondence w. S. Southard re: removing Tivoli backup server lease. | 0.40 | $375.00/hr | $150.00 |
| **Totals For Reporting** | | | **4.40** | | **$1,650.00** |
| **Schedules/Statement of Financial Affairs** | | | | | |
| 12/13/2016 | Robert Rosenfeld | Review revised SOAL and SOFA and make revisions to both and provide follow up support to counsel. | 7.50 | $390.00/hr | $2,925.00 |
| 12/14/2016 | Robert Rosenfeld | Follow up requests from Counsel to comply with filing requirements of SOAL and SOFA. | 0.90 | $390.00/hr | $351.00 |
| **Totals For Schedules/Statement of Financial Affairs** | | | **8.40** | | **$3,276.00** |
| **UST Reporting** | | | | | |

**RSR Consulting, LLC**                                                                                           **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**11/29/16 to 12/31/16**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 12/05/2016 | Robert Rosenfeld | Work on gathering data for preparation of SOALs and SOFA. Meetings with Debtor personnel and review and update Debtors financials into quickbooks. | 3.50 | $390.00/hr | $1,365.00 |
| 12/06/2016 | Robert Rosenfeld | Conference call with S. Southard, L. Kiss, N. Bivona to discuss status of SOAL and SOFA and action plan for completion. | 1.00 | $390.00/hr | $390.00 |
| 12/06/2016 | Robert Rosenfeld | Meeting with R. Cerullo to discuss information needed for SOAL & SOFA completion and obtain information for reports. | 1.50 | $390.00/hr | $585.00 |
| 12/06/2016 | Robert Rosenfeld | Work on 90 day transfer schedule for SOFA preparation. | 3.00 | $390.00/hr | $1,170.00 |
| 12/06/2016 | Robert Rosenfeld | Review information relating to preparation of SOAL and SOFA. | 2.00 | $390.00/hr | $780.00 |
| 12/07/2016 | Robert Rosenfeld | Review schedules for inclusion in SOAL and SOFA and provide revisions to analysis and discuss with Debtor's accounting personnel. | 3.00 | $390.00/hr | $1,170.00 |
| 12/08/2016 | Robert Rosenfeld | Compile information with respect to US Trustee Initial Debtor Interview information request. | 3.50 | $390.00/hr | $1,365.00 |
| 12/08/2016 | Robert Rosenfeld | Review Debtor's financial statements and research information required for preparation of SOALs and SOFA. | 4.00 | $390.00/hr | $1,560.00 |
| 12/09/2016 | Robert Rosenfeld | Work on preparation of Schedules and SOFA. | 5.00 | $390.00/hr | $1,950.00 |
| 12/10/2016 | Robert Rosenfeld | Work on SOAL and SOFA and prepare Notes to schedules. | 3.00 | $390.00/hr | $1,170.00 |
| 12/11/2016 | Robert Rosenfeld | Further review of SOAL and SOFA support and make revisions to schedules. | 1.00 | $390.00/hr | $390.00 |
| 12/12/2016 | Robert Rosenfeld | Work on schedules and SOFA. Research information in support of SOFA and SOAL and for Debtor. | 9.50 | $390.00/hr | $3,705.00 |
| **Totals For UST Reporting** | | | **40.00** | | **$15,600.00** |
| **Winddown** | | | | | |
| 12/28/2016 | Neil Bivona | Meet with A. Dimola and R. Cerullo re: planning for boxing & indexing employee records and financial records for archiving. | 0.70 | $375.00/hr | $262.50 |
| **Totals For Winddown** | | | **0.70** | | **$262.50** |
| **Grand Total** | | | **345.90** | | **$131,336.00** |

**RSR Consulting, LLC**                                                                       **Exhibit D**
**Dowling College- Case #16-75545 (REG)**
**Detailed Expense Report**
**11/29/16 to 12/31/16**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 11/30/2016 | Robert Rosenfeld | Purchase Quickbooks Hosting software for Debtor for integration of accounting system from Banner. | $1,846.57 |
| 12/10/2016 | Robert Rosenfeld | Monthly Excel software license fee for Right Networks hosting quickbooks software for College. | $6.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$1,852.57** |
| **Mailing/Postage** | | | |
| 12/27/2016 | Robert Rosenfeld | Postage for package to Garden City Group for returned                                       mail. | $6.80 |
| **Totals Billable Amounts for Mailing/Postage** | | | **$6.80** |
| **Office Supplies** | | | |
| 12/27/2016 | Robert Rosenfeld | Notary Public services-residential closings ($4); copies         of        documents        ($2.25) | $6.25 |
| **Totals Billable Amounts for Office Supplies** | | | **$6.25** |
| **Postage & Shipping** | | | |
| 12/28/2016 | Robert Rosenfeld | Overnight shipping cost for closing disclosure form for 115 Idle Hour Blvd sent to Garfunkel Wild office. | $25.61 |
| 12/27/2016 | Robert Rosenfeld | Overnight       shipping       to       Garfunkel       Wild | $25.81 |
| **Totals Billable Amounts for Postage & Shipping** | | | **$51.42** |
| **Grand Total** | | | **$1,917.04** |