**KLESTADT WINTERS JURELLER**
  **SOUTHARD & STEVENS, LLP**
200 West 41st St., 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Joseph C. Corneau
Lauren C. Kiss

*Attorneys to the Debtor and Debtor in*
  *Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |

---------------------------------------------------------------x

### NOTICE OF FILING OF APPROVED BUDGET IN RELATION TO AUTHORIZED DIP FINANCING THROUGH PERIOD ENDED MARCH 17, 2017

**PLEASE TAKE NOTICE,** that on November 29, 2016, Dowling College (the "Debtor")

filed the Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor (A) to

Obtain Post-Petition Secured, Superpriority Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363

and 364 and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate

Protection to Pre-Petition Secured Creditors Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364; and

(III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c) (the "DIP

Financing Motion") [DE 9].

**PLEASE TAKE FURTHER NOTICE** that on December 22, 2016, the Bankruptcy Court entered the Second Emergency Order (I) Authorizing Debtor to Obtain Postpetition Financing and Use Cash Collateral, (II) Granting Adequate Protection, (III) Granting Adequate Protection, and (IV) Granting Certain Related Relief (the "Second Emergency Order") [DE 121], pursuant to which, *inter alia*, the Court scheduled a further hearing on the DIP Financing Hearing for January 10, 2017 at 10:00 a.m. (the "January 10 Hearing").

**PLEASE TAKE FURTHER NOTICE** that at the January 10 Hearing, the Bankruptcy Court[1] So Ordered the record, authorizing the Debtor to use Cash Collateral and to continue to borrow funds under the DIP Documentation and terms and conditions of the Second Emergency Order through the period ended March 17, 2017, and scheduled a final hearing on the DIP Financing Motion for March 14, 2017 at 9:30 a.m. (Eastern Standard Time).

**PLEASE TAKE FURTHER NOTICE** that annexed hereto as **Exhibit A** is an approved form of budget for the period from the Petition Date through March 17, 2017.

Dated:   New York, New York
         January 11, 2017

                              **KLESTADT WINTERS JURELLER
                              SOUTHARD & STEVENS, LLP**

                    By:   *Joseph C. Corneau*
                          Sean C. Southard
                          Joseph C. Corneau
                          Lauren C. Kiss
                          200 West 41st Street, 17th Floor
                          New York, NY 10036
                          Tel: (212) 972-3000
                          Fax: (212) 972-2245
                          Email: ssouthard@klestadt.com
                                 jcorneau@klestadt.com
                                 lkiss@klestadt.com

                          *Attorneys to the Debtor and Debtor -in-
                          Possession*

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the DIP Documentation.

**EXHIBIT A**

DOWLING COLLEGE
CHAPTER 11 CASH FLOW FORECAST - BY BOND SERIES
FOR THE 16-WEEK PERIOD ENDING MARCH 17, 2017
*USD*

| | Week #: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Weeks 1-7 |
|---|---|---|---|---|---|---|---|---|---|
| | Period Ending Friday: | **12/2/2016** | **12/9/2016** | **12/16/2016** | **12/23/2016** | **12/30/2016** | **1/6/2017** | **1/13/2017** | **Subtotal** |
| **Cash Disbursements: (1)** | | | | | | | | | |
| **Administrative Overhead / Term Loan D** | | | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | | 26,408 | - | 26,408 | - | 26,408 | - | 26,408 | 105,630 |
| General Insurance | | 35,058 | - | - | - | - | 35,058 | - | 70,117 |
| Professionals (2) | | | | | | | | | |
| Klestadt | | - | - | - | - | - | - | - | - |
| Ingerman Smith, L.L.P. | | - | - | - | - | - | - | - | - |
| Special Counsel - ERISA - TBD | | - | - | - | - | - | 10,000 | - | 10,000 |
| RSR Consulting, LLC | | - | - | 5,000 | 35,000 | 35,000 | 15,000 | 20,000 | 110,000 |
| Chapter 11 Creditors Committee | | - | - | - | - | - | - | - | - |
| Student Refunds / Records Scanning | | - | - | - | - | 45,069 | - | - | 45,069 |
| Health, Medical, Unemployment Claims and Related | | - | - | - | - | - | - | - | - |
| Claims Agent | | - | - | 20,000 | - | - | - | - | 20,000 |
| Administrative | | - | 1,700 | 500 | - | - | - | - | 2,200 |
| Adequate Assurance | | - | - | - | - | - | - | - | - |
| U.S. Trustee Fees | | - | - | - | - | - | - | 6,500 | 6,500 |
| All Other Professional Fees | | - | - | - | - | - | - | 15,000 | 15,000 |
| DIP Interest and Fees | | 1,801 | - | - | 45,019 | - | - | - | 46,820 |
| Other | | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 26,250 |
| **Total Administrative Overhead / Term Loan D** | | 67,017 | 5,450 | 55,658 | 83,769 | 110,226 | 63,808 | 71,658 | 457,585 |
| *2006 Bond Series - 68.0%* | | *45,571* | *3,706* | *37,847* | *56,963* | *74,954* | *43,390* | *48,727* | *311,158* |
| *2002 Bond Series - 18.2%* | | *12,197* | *992* | *10,130* | *15,246* | *20,061* | *11,613* | *13,042* | *83,280* |
| *2015 Bond Series - 13.8%* | | *9,248* | *752* | *7,681* | *11,560* | *15,211* | *8,806* | *9,889* | *63,147* |
| | | | | | | | | | |
| **Collateral Preservation** | | | | | | | | | |
| **Series 2006 Bonds / Term Loan A** | | | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | | 3,189 | - | 3,189 | - | 3,189 | - | 3,189 | 12,757 |
| General Insurance | | 12,039 | - | - | - | - | - | - | 12,039 |
| Utilities | | 21,706 | 67,476 | 21,706 | 21,706 | 21,706 | 21,706 | 21,706 | 197,715 |
| Security Personnel | | 20,151 | 20,151 | 20,151 | 20,151 | 20,151 | 20,151 | 20,151 | 141,056 |
| Property Management | | - | - | - | - | - | - | - | - |
| Other Outside Services | | 10,554 | 13,077 | 7,406 | 60,750 | 5,904 | 15,577 | - | 113,267 |
| Facility Maintenance | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 7,000 |
| Real Estate Taxes | | - | - | - | - | - | - | - | - |
| Landscaping / Snow Removal | | 8,528 | - | - | 8,528 | - | - | - | 17,055 |
| Sales Broker - Marketing | | 43,559 | 13,845 | 5,867 | 4,839 | - | - | - | 68,110 |
| Brookhaven Site Planning | | - | 8,000 | - | - | - | - | - | 8,000 |
| DIP Interest and Fees | | 1,755 | - | - | 43,869 | - | - | - | 45,623 |
| Other | | 3,779 | 6,572 | 3,139 | 3,779 | 3,139 | 3,139 | 3,139 | 26,687 |
| **Total Series 2006 Bonds / Term Loan A** | | 126,260 | 130,121 | 62,459 | 164,621 | 55,090 | 61,573 | 49,186 | 649,310 |

CONTINUED ON NEXT PAGE

DOWLING COLLEGE
CHAPTER 11 CASH FLOW FORECAST - BY BOND SERIES
FOR THE 16-WEEK PERIOD ENDING MARCH 17, 2017
*USD*

| | Week #: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | **Weeks 1-7** |
|---|---|---|---|---|---|---|---|---|---|
| | Period Ending Friday: | **12/2/2016** | **12/9/2016** | **12/16/2016** | **12/23/2016** | **12/30/2016** | **1/6/2017** | **1/13/2017** | **Subtotal** |
| **Series 2002 Bonds / Term Loan B** | | | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | | - | - | - | - | - | - | - | - |
| General Insurance | | - | - | - | - | - | - | - | - |
| Utilities | | 2,194 | 6,214 | 2,194 | 2,194 | 2,194 | 2,194 | 2,194 | 19,375 |
| Security Personnel | | 1,865 | 1,865 | 1,865 | 1,865 | 1,865 | 1,865 | 1,865 | 13,056 |
| Property Management | | - | - | - | - | - | - | - | - |
| Other Outside Services | | 5,783 | 7,600 | 500 | 500 | 2,813 | 13,300 | - | 30,495 |
| Facility Maintenance | | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 3,500 |
| Real Estate Taxes | | - | - | - | - | - | - | - | - |
| Landscaping / Snow Removal | | 1,975 | - | - | 1,975 | - | - | - | 3,949 |
| Sales Broker - Marketing | | - | - | - | - | - | - | - | - |
| Brookhaven Site Planning | | - | 2,000 | - | - | - | - | - | 2,000 |
| DIP Interest and Fees | | 252 | - | - | 6,291 | - | - | - | 6,543 |
| Other | | 453 | 606 | 304 | 453 | 304 | 304 | 304 | 2,729 |
| **Total Series 2002 Bonds / Term Loan B** | | 13,020 | 18,785 | 5,363 | 13,777 | 7,676 | 18,163 | 4,863 | 81,646 |
| | | | | | | | | | |
| **Series 2015 Bonds / Term Loan C** | | | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | | - | - | - | - | - | - | - | - |
| General Insurance | | 17,962 | - | - | - | - | - | - | 17,962 |
| Utilities | | 150 | 6,360 | 150 | 150 | 150 | 150 | 150 | 7,260 |
| Security Personnel | | - | - | - | - | - | - | - | - |
| Property Management | | - | - | - | - | - | - | - | - |
| Other Outside Services | | 55 | - | - | - | - | - | - | 55 |
| Facility Maintenance | | - | 500 | - | 500 | - | 500 | - | 1,500 |
| Real Estate Taxes | | - | - | - | - | 87,181 | - | - | 87,181 |
| Landscaping / Snow Removal | | 1,398 | - | - | 1,398 | - | - | - | 2,795 |
| Sales Broker - Marketing | | - | - | - | - | - | - | - | - |
| Brookhaven Site Planning | | - | - | - | - | - | - | - | - |
| DIP Interest and Fees | | 193 | - | - | 4,822 | - | - | - | 5,014 |
| Other | | 563 | 563 | 563 | 563 | 563 | 563 | 563 | 3,938 |
| **Total Series 2015 Bonds / Term Loan C** | | 20,320 | 7,423 | 713 | 7,432 | 87,893 | 1,213 | 713 | 125,705 |
| | | | | | | | | | |
| **Total Cash Disbursements** | | 226,617 | 161,778 | 124,192 | 269,599 | 260,885 | 144,757 | 126,419 | 1,314,246 |

DOWLING COLLEGE
CHAPTER 11 CASH FLOW FORECAST - BY BOND SERIES
FOR THE 16-WEEK PERIOD ENDING MARCH 17, 2017
*USD*

| Week #: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Weeks 1-7 |
|---|---|---|---|---|---|---|---|---|
| Period Ending Friday: | 12/2/2016 | 12/9/2016 | 12/16/2016 | 12/23/2016 | 12/30/2016 | 1/6/2017 | 1/13/2017 | Subtotal |
| **DIP TRANCHE SUMMARY** | | | | | | | | |
| **DIP FUNDING - WEEKLY** | | | | | | | | |
| Term Loan A / Series 2006 Bonds | 126,260 | 130,121 | 62,459 | 164,621 | 55,090 | 61,573 | 49,186 | 649,310 |
| Term Loan B / Series 2002 Bonds | 13,020 | 18,785 | 5,363 | 13,777 | 7,676 | 18,163 | 4,863 | 81,646 |
| Term Loan C / Series 2015 Bonds | 20,320 | 7,423 | 713 | 7,432 | 87,893 | 1,213 | 713 | 125,705 |
| Term Loan D / Administrative Overhead: | | | | | | | | |
| Series 2006 Bonds  (68.0%) | 45,571 | 3,706 | 37,847 | 56,963 | 74,954 | 43,390 | 48,727 | 311,158 |
| Series 2002 Bonds  (18.2%) | 12,197 | 992 | 10,130 | 15,246 | 20,061 | 11,613 | 13,042 | 83,280 |
| Series 2015 Bonds  (13.8%) | 9,248 | 752 | 7,681 | 11,560 | 15,211 | 8,806 | 9,889 | 63,147 |
| Subtotal - Term Loan D | 67,017 | 5,450 | 55,658 | 83,769 | 110,226 | 63,808 | 71,658 | 457,585 |
| **Total DIP Funding - Weekly** | **226,617** | **161,778** | **124,192** | **269,599** | **260,885** | **144,757** | **126,419** | **1,314,246** |
| **DIP FUNDING - CUMULATIVE** | | | | | | | | |
| Term Loan A / Series 2006 Bonds | 126,260 | 256,381 | 318,840 | 483,461 | 538,551 | 600,124 | 649,310 | 649,310 |
| Term Loan B / Series 2002 Bonds | 13,020 | 31,805 | 37,168 | 50,945 | 58,620 | 76,783 | 81,646 | 81,646 |
| Term Loan C / Series 2015 Bonds | 20,320 | 27,742 | 28,455 | 35,887 | 123,780 | 124,992 | 125,705 | 125,705 |
| Term Loan D / Administrative Overhead: | | | | | | | | |
| Series 2006 Bonds  (68.0%) | 45,571 | 49,277 | 87,124 | 144,087 | 219,041 | 262,431 | 311,158 | 311,158 |
| Series 2002 Bonds  (18.2%) | 12,197 | 13,189 | 23,319 | 38,565 | 58,626 | 70,239 | 83,280 | 83,280 |
| Series 2015 Bonds  (13.8%) | 9,248 | 10,000 | 17,681 | 29,241 | 44,452 | 53,258 | 63,147 | 63,147 |
| Subtotal - Term Loan D | 67,017 | 72,467 | 128,124 | 211,893 | 322,119 | 385,927 | 457,585 | 457,585 |
| **Total DIP Funding - Cumulative** | **226,617** | **388,394** | **512,586** | **782,185** | **1,043,070** | **1,187,827** | **1,314,246** | **1,314,246** |
| **INCURRED/UNPAID PROFESSIONAL FEES** | | | | | | | | |
| Term Loan D / Administrative Overhead: | | | | | | | | |
| Series 2006 Bonds  (68.0%) | 14,960 | 29,920 | 46,580 | 63,240 | 80,580 | 91,120 | 107,610 | 107,610 |
| Series 2002 Bonds  (18.2%) | 4,004 | 8,008 | 12,467 | 16,926 | 21,567 | 24,388 | 28,802 | 28,802 |
| Series 2015 Bonds  (13.8%) | 3,036 | 6,072 | 9,453 | 12,834 | 16,353 | 18,492 | 21,839 | 21,839 |
| **Total Incurred/Unpaid Professional Fees** | **22,000** | **44,000** | **68,500** | **93,000** | **118,500** | **134,000** | **158,250** | **158,250** |
| **TOTAL DIP COMMITMENT - CUMULATIVE** | | | | | | | | |
| Term Loan A / Series 2006 Bonds | 126,260 | 256,381 | 318,840 | 483,461 | 538,551 | 600,124 | 649,310 | 649,310 |
| Term Loan B / Series 2002 Bonds | 13,020 | 31,805 | 37,168 | 50,945 | 58,620 | 76,783 | 81,646 | 81,646 |
| Term Loan C / Series 2015 Bonds | 20,320 | 27,742 | 28,455 | 35,887 | 123,780 | 124,992 | 125,705 | 125,705 |
| Term Loan D / Administrative Overhead: | | | | | | | | |
| Series 2006 Bonds  (68.0%) | 60,531 | 79,197 | 133,704 | 207,327 | 299,621 | 353,551 | 418,768 | 418,768 |
| Series 2002 Bonds  (18.2%) | 16,201 | 21,197 | 35,786 | 55,491 | 80,193 | 94,627 | 112,082 | 112,082 |
| Series 2015 Bonds  (13.8%) | 12,284 | 16,072 | 27,134 | 42,075 | 60,805 | 71,750 | 84,985 | 84,985 |
| Subtotal - Term Loan D | 89,017 | 116,467 | 196,624 | 304,893 | 440,619 | 519,927 | 615,835 | 615,835 |
| **Total DIP Commitment - Cumulative** | **248,617** | **432,394** | **581,086** | **875,185** | **1,161,570** | **1,321,827** | **1,472,496** | **1,472,496** |
| ***MEMO: TOTAL DIP COMMITMENT - CUMULATIVE*** | | | | | | | | |
| *Series 2006 Bonds* | *186,791* | *335,578* | *452,544* | *690,788* | *838,172* | *953,675* | *1,068,077* | *1,068,077* |
| *Series 2002 Bonds* | *29,221* | *53,002* | *72,953* | *106,435* | *138,813* | *171,410* | *193,728* | *193,728* |
| *Series 2015 Bonds* | *32,604* | *43,815* | *55,589* | *77,962* | *184,585* | *196,742* | *210,690* | *210,690* |
| ***Total DIP Commitment - Cumulative*** | ***248,617*** | ***432,394*** | ***581,086*** | ***875,185*** | ***1,161,570*** | ***1,321,827*** | ***1,472,496*** | ***1,472,496*** |

DOWLING COLLEGE
CHAPTER 11 CASH FLOW FORECAST - BY BOND SERIES
FOR THE 16-WEEK PERIOD ENDING MARCH 17, 2017
*USD*

| | Week #: | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | Weeks 8-16 | Weeks 1-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Period Ending Friday: | **1/20/2017** | **1/27/2017** | **2/3/2017** | **2/10/2017** | **2/17/2017** | **2/24/2017** | **3/3/2017** | **3/10/2017** | **3/17/2017** | **Subtotal** | **Total** |
| Cash Disbursements: **(1)** | | | | | | | | | | | | |
| **Administrative Overhead / Term Loan D** | | | | | | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | | - | 26,408 | - | 26,408 | - | 26,408 | - | 26,408 | - | 105,630 | 211,261 |
| General Insurance | | - | - | 35,058 | - | - | - | 35,058 | - | - | 70,117 | 140,233 |
| Professionals **(2)** | | | | | | | | | | | | |
| Klestadt | | - | - | - | - | - | - | 60,000 | - | - | 60,000 | 60,000 |
| Ingerman Smith, L.L.P. | | - | - | 32,000 | - | - | - | 16,000 | - | - | 48,000 | 48,000 |
| Special Counsel - ERISA - TBD | | - | - | 5,000 | - | - | - | 5,000 | - | - | 10,000 | 20,000 |
| RSR Consulting, LLC | | 35,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 20,000 | 230,000 | 340,000 |
| Chapter 11 Creditors Committee | | - | - | 72,000 | - | - | - | 32,000 | - | - | 104,000 | 104,000 |
| Student Refunds / Records Scanning | | - | - | - | - | - | - | - | - | - | - | 45,069 |
| Health, Medical, Unemployment Claims and Related | | - | - | - | - | - | - | - | - | - | - | - |
| Claims Agent | | 20,000 | - | - | - | 20,000 | - | - | - | 20,000 | 60,000 | 80,000 |
| Administrative | | 500 | - | - | - | 500 | - | - | - | 500 | 1,500 | 3,700 |
| Adequate Assurance | | - | - | - | - | - | - | - | - | - | - | - |
| U.S. Trustee Fees | | - | - | - | - | - | - | - | - | - | - | 6,500 |
| All Other Professional Fees | | - | 10,000 | - | - | - | - | - | - | - | 10,000 | 25,000 |
| DIP Interest and Fees | | - | - | - | - | - | - | - | - | - | - | 51,321 |
| Other | | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 33,750 | 60,000 |
| **Total Administrative Overhead / Term Loan D** | | 59,250 | 65,158 | 172,808 | 55,158 | 49,250 | 59,659 | 176,808 | 55,158 | 44,250 | 737,499 | 1,195,084 |
| *2006 Bond Series - 68.0%* | | *40,290* | *44,307* | *117,510* | *37,507* | *33,490* | *40,568* | *120,230* | *37,507* | *30,090* | *501,499* | *812,657* |
| *2002 Bond Series - 18.2%* | | *10,784* | *11,859* | *31,451* | *10,039* | *8,964* | *10,858* | *32,179* | *10,039* | *8,054* | *134,225* | *217,505* |
| *2015 Bond Series - 13.8%* | | *8,177* | *8,992* | *23,848* | *7,612* | *6,797* | *8,233* | *24,400* | *7,612* | *6,107* | *101,775* | *164,922* |
| | | | | | | | | | | | | |
| **Collateral Preservation** | | | | | | | | | | | | |
| **Series 2006 Bonds / Term Loan A** | | | | | | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | | - | 3,189 | - | 3,189 | - | 3,189 | - | 3,189 | - | 12,757 | 25,513 |
| General Insurance | | - | - | - | - | - | - | - | - | - | - | 12,039 |
| Utilities | | 21,706 | 21,706 | 21,706 | 21,706 | 21,706 | 21,706 | 21,706 | 21,706 | 21,706 | 195,358 | 393,072 |
| Security Personnel | | 20,151 | 20,151 | 20,151 | 20,151 | 20,151 | 20,151 | 20,151 | 20,151 | 20,151 | 181,358 | 322,415 |
| Property Management | | - | - | - | - | - | - | - | - | - | - | - |
| Other Outside Services | | - | - | 23,306 | - | - | - | - | 98,796 | - | 122,101 | 235,368 |
| Facility Maintenance | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 9,000 | 16,000 |
| Real Estate Taxes | | - | - | - | - | - | - | - | - | - | - | - |
| Landscaping / Snow Removal | | 8,528 | - | - | - | 8,528 | - | - | - | 8,528 | 25,583 | 42,638 |
| Sales Broker - Marketing | | - | - | - | - | - | - | 31,658 | 13,845 | 5,867 | 51,370 | 119,480 |
| Brookhaven Site Planning | | 9,600 | - | - | - | - | - | - | - | - | 9,600 | 17,600 |
| DIP Interest and Fees | | - | - | - | - | - | 4,387 | - | - | - | 4,387 | 50,010 |
| Other | | 3,779 | 3,139 | 3,139 | 3,139 | 3,779 | 3,139 | 3,139 | 3,139 | 3,779 | 30,172 | 56,859 |
| **Total Series 2006 Bonds / Term Loan A** | | 64,764 | 49,186 | 69,302 | 49,186 | 55,164 | 53,573 | 77,655 | 161,826 | 61,031 | 641,686 | 1,290,995 |

CONTINUED ON NEXT PAGE

DOWLING COLLEGE
CHAPTER 11 CASH FLOW FORECAST - BY BOND SERIES
FOR THE 16-WEEK PERIOD ENDING MARCH 17, 2017
*USD*

| | Week #: 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | Weeks 8-16 Subtotal | Weeks 1-16 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Period Ending Friday: | 1/20/2017 | 1/27/2017 | 2/3/2017 | 2/10/2017 | 2/17/2017 | 2/24/2017 | 3/3/2017 | 3/10/2017 | 3/17/2017 | Subtotal | Total |
| **Series 2002 Bonds / Term Loan B** | | | | | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | - | - | - | - | - | - | - | - | - | - | - |
| General Insurance | - | - | - | - | - | | | - | - | - | - |
| Utilities | 2,194 | 2,194 | 2,194 | 2,194 | 2,194 | 2,194 | 2,194 | 2,194 | 2,194 | 19,742 | 39,118 |
| Security Personnel | 1,865 | 1,865 | 1,865 | 1,865 | 1,865 | 1,865 | 1,865 | 1,865 | 1,865 | 16,786 | 29,841 |
| Property Management | - | - | - | - | - | | | - | - | - | - |
| Other Outside Services | - | - | 12,713 | - | - | - | - | 24,564 | - | 37,276 | 67,771 |
| Facility Maintenance | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 4,500 | 8,000 |
| Real Estate Taxes | - | | | | - | | | | | - | - |
| Landscaping / Snow Removal | 1,975 | - | - | - | 1,975 | - | - | - | 1,975 | 5,924 | 9,874 |
| Sales Broker - Marketing | - | | | | - | | | | | - | - |
| Brookhaven Site Planning | 2,400 | - | - | - | - | - | - | - | - | 2,400 | 4,400 |
| DIP Interest and Fees | - | - | - | - | - | 629 | - | - | - | 629 | 7,172 |
| Other | 453 | 304 | 304 | 304 | 453 | 304 | 304 | 304 | 453 | 3,184 | 5,912 |
| **Total Series 2002 Bonds / Term Loan B** | 9,386 | 4,863 | 17,576 | 4,863 | 6,986 | 5,492 | 4,863 | 29,427 | 6,986 | 90,441 | 172,088 |
| | | | | | | | | | | | |
| **Series 2015 Bonds / Term Loan C** | | | | | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | - | - | - | - | - | | - | - | - | - | - |
| General Insurance | | | - | | - | - | - | | | - | 17,962 |
| Utilities | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,350 | 8,610 |
| Security Personnel | - | - | - | - | - | - | - | - | - | - | - |
| Property Management | - | - | - | - | - | - | - | - | - | - | - |
| Other Outside Services | - | - | - | - | - | - | - | 3,969 | - | 3,969 | 4,024 |
| Facility Maintenance | 500 | - | 500 | - | 500 | - | 500 | - | 500 | 2,500 | 4,000 |
| Real Estate Taxes | - | | | | - | | | | | - | 87,181 |
| Landscaping / Snow Removal | 1,398 | - | - | - | 1,398 | - | - | - | 1,398 | 4,193 | 6,988 |
| Sales Broker - Marketing | - | - | - | - | - | | | - | | - | - |
| Brookhaven Site Planning | - | - | - | - | - | - | - | - | - | - | - |
| DIP Interest and Fees | - | - | - | - | - | 482 | - | - | - | 482 | 5,497 |
| Other | 563 | 563 | 563 | 563 | 563 | 563 | 563 | 563 | 563 | 5,063 | 9,000 |
| **Total Series 2015 Bonds / Term Loan C** | 2,610 | 713 | 1,213 | 713 | 2,610 | 1,195 | 1,213 | 4,682 | 2,610 | 17,557 | 143,261 |
| | | | | | | | | | | | |
| **Total Cash Disbursements** | 136,010 | 119,919 | 260,898 | 109,919 | 114,010 | 119,919 | 260,538 | 251,092 | 114,877 | 1,487,182 | 2,801,428 |

DOWLING COLLEGE
CHAPTER 11 CASH FLOW FORECAST - BY BOND SERIES
FOR THE 16-WEEK PERIOD ENDING MARCH 17, 2017
*USD*

| | Week #: | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | Weeks 8-16 | Weeks 1-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Period Ending Friday: | 1/20/2017 | 1/27/2017 | 2/3/2017 | 2/10/2017 | 2/17/2017 | 2/24/2017 | 3/3/2017 | 3/10/2017 | 3/17/2017 | Subtotal | Total |
| **DIP TRANCHE SUMMARY** | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **DIP FUNDING - WEEKLY** | | | | | | | | | | | | |
| Term Loan A / Series 2006 Bonds | | 64,764 | 49,186 | 69,302 | 49,186 | 55,164 | 53,573 | 77,655 | 161,826 | 61,031 | 641,686 | 1,290,995 |
| Term Loan B / Series 2002 Bonds | | 9,386 | 4,863 | 17,576 | 4,863 | 6,986 | 5,492 | 4,863 | 29,427 | 6,986 | 90,441 | 172,088 |
| Term Loan C / Series 2015 Bonds | | 2,610 | 713 | 1,213 | 713 | 2,610 | 1,195 | 1,213 | 4,682 | 2,610 | 17,557 | 143,261 |
| Term Loan D / Administrative Overhead: | | | | | | | | | | | | |
| Series 2006 Bonds   (68.0%) | | 40,290 | 44,307 | 117,510 | 37,507 | 33,490 | 40,568 | 120,230 | 37,507 | 30,090 | 501,499 | 812,657 |
| Series 2002 Bonds   (18.2%) | | 10,784 | 11,859 | 31,451 | 10,039 | 8,964 | 10,858 | 32,179 | 10,039 | 8,054 | 134,225 | 217,505 |
| Series 2015 Bonds   (13.8%) | | 8,177 | 8,992 | 23,848 | 7,612 | 6,797 | 8,233 | 24,400 | 7,612 | 6,107 | 101,775 | 164,922 |
| Subtotal - Term Loan D | | 59,250 | 65,158 | 172,808 | 55,158 | 49,250 | 59,659 | 176,808 | 55,158 | 44,250 | 737,499 | 1,195,084 |
| **Total DIP Funding - Weekly** | | 136,010 | 119,919 | 260,898 | 109,919 | 114,010 | 119,919 | 260,538 | 251,092 | 114,877 | 1,487,182 | 2,801,428 |
| | | | | | | | | | | | | |
| **DIP FUNDING - CUMULATIVE** | | | | | | | | | | | | |
| Term Loan A / Series 2006 Bonds | | 714,074 | 763,259 | 832,561 | 881,747 | 936,911 | 990,484 | 1,068,138 | 1,229,964 | 1,290,995 | 1,290,995 | 1,290,995 |
| Term Loan B / Series 2002 Bonds | | 91,032 | 95,895 | 113,471 | 118,334 | 125,320 | 130,812 | 135,675 | 165,102 | 172,088 | 172,088 | 172,088 |
| Term Loan C / Series 2015 Bonds | | 128,315 | 129,027 | 130,240 | 130,952 | 133,562 | 134,757 | 135,970 | 140,651 | 143,261 | 143,261 | 143,261 |
| Term Loan D / Administrative Overhead: | | | | | | | | | | | | |
| Series 2006 Bonds   (68.0%) | | 351,448 | 395,755 | 513,265 | 550,772 | 584,262 | 624,830 | 745,060 | 782,567 | 812,657 | 812,657 | 812,657 |
| Series 2002 Bonds   (18.2%) | | 94,064 | 105,923 | 137,374 | 147,412 | 156,376 | 167,234 | 199,413 | 209,452 | 217,505 | 217,505 | 217,505 |
| Series 2015 Bonds   (13.8%) | | 71,323 | 80,315 | 104,163 | 111,774 | 118,571 | 126,804 | 151,203 | 158,815 | 164,922 | 164,922 | 164,922 |
| Subtotal - Term Loan D | | 516,835 | 581,993 | 754,801 | 809,958 | 859,208 | 918,868 | 1,095,676 | 1,150,834 | 1,195,084 | 1,195,084 | 1,195,084 |
| **Total DIP Funding - Cumulative** | | 1,450,256 | 1,570,175 | 1,831,073 | 1,940,992 | 2,055,002 | 2,174,921 | 2,435,459 | 2,686,551 | 2,801,428 | 2,801,428 | 2,801,428 |
| | | | | | | | | | | | | |
| **INCURRED/UNPAID PROFESSIONAL FEES** | | | | | | | | | | | | |
| Term Loan D / Administrative Overhead: | | | | | | | | | | | | |
| Series 2006 Bonds   (68.0%) | | 124,100 | 143,310 | 88,400 | 107,610 | 126,820 | 146,030 | 86,190 | 102,340 | 118,490 | 118,490 | 118,490 |
| Series 2002 Bonds   (18.2%) | | 33,215 | 38,357 | 23,660 | 28,802 | 33,943 | 39,085 | 23,069 | 27,391 | 31,714 | 31,714 | 31,714 |
| Series 2015 Bonds   (13.8%) | | 25,185 | 29,084 | 17,940 | 21,839 | 25,737 | 29,636 | 17,492 | 20,769 | 24,047 | 24,047 | 24,047 |
| **Total Incurred/Unpaid Professional Fees** | | 182,500 | 210,750 | 130,000 | 158,250 | 186,500 | 214,750 | 126,750 | 150,500 | 174,250 | 174,250 | 174,250 |
| | | | | | | | | | | | | |
| **TOTAL DIP COMMITMENT - CUMULATIVE** | | | | | | | | | | | | |
| Term Loan A / Series 2006 Bonds | | 714,074 | 763,259 | 832,561 | 881,747 | 936,911 | 990,484 | 1,068,138 | 1,229,964 | 1,290,995 | 1,290,995 | 1,290,995 |
| Term Loan B / Series 2002 Bonds | | 91,032 | 95,895 | 113,471 | 118,334 | 125,320 | 130,812 | 135,675 | 165,102 | 172,088 | 172,088 | 172,088 |
| Term Loan C / Series 2015 Bonds | | 128,315 | 129,027 | 130,240 | 130,952 | 133,562 | 134,757 | 135,970 | 140,651 | 143,261 | 143,261 | 143,261 |
| Term Loan D / Administrative Overhead: | | | | | | | | | | | | |
| Series 2006 Bonds   (68.0%) | | 475,548 | 539,065 | 601,665 | 658,382 | 711,082 | 770,860 | 831,250 | 884,907 | 931,147 | 931,147 | 931,147 |
| Series 2002 Bonds   (18.2%) | | 127,279 | 144,279 | 161,034 | 176,214 | 190,319 | 206,318 | 222,482 | 236,843 | 249,219 | 249,219 | 249,219 |
| Series 2015 Bonds   (13.8%) | | 96,508 | 109,398 | 122,103 | 133,613 | 144,308 | 156,439 | 168,695 | 179,584 | 188,968 | 188,968 | 188,968 |
| Subtotal - Term Loan D | | 699,335 | 792,743 | 884,801 | 968,208 | 1,045,708 | 1,133,618 | 1,222,426 | 1,301,334 | 1,369,334 | 1,369,334 | 1,369,334 |
| **Total DIP Commitment - Cumulative** | | 1,632,756 | 1,780,925 | 1,961,073 | 2,099,242 | 2,241,502 | 2,389,671 | 2,562,209 | 2,837,051 | 2,975,678 | 2,975,678 | 2,975,678 |
| | | | | | | | | | | | | |
| ***MEMO: TOTAL DIP COMMITMENT - CUMULATIVE*** | | | | | | | | | | | | |
| *Series 2006 Bonds* | | *1,189,621* | *1,302,324* | *1,434,226* | *1,540,129* | *1,647,993* | *1,761,344* | *1,899,388* | *2,114,871* | *2,222,142* | *2,222,142* | *2,222,142* |
| *Series 2002 Bonds* | | *218,311* | *240,174* | *274,505* | *294,548* | *315,639* | *337,130* | *358,157* | *401,944* | *421,306* | *421,306* | *421,306* |
| *Series 2015 Bonds* | | *224,823* | *238,426* | *252,342* | *264,565* | *277,870* | *291,196* | *304,664* | *320,235* | *332,229* | *332,229* | *332,229* |
| ***Total DIP Commitment - Cumulative*** | | *1,632,756* | *1,780,925* | *1,961,073* | *2,099,242* | *2,241,502* | *2,389,671* | *2,562,209* | *2,837,051* | *2,975,678* | *2,975,678* | *2,975,678* |

DOWLING COLLEGE
CHAPTER 11 CASH FLOW FORECAST -
PROFESSIONAL FEES DETAIL
FOR THE 16-WEEK PERIOD ENDING MARCH 17, 2017
*USD*

| Week #: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Weeks 1-7 |
|---|---|---|---|---|---|---|---|---|
| Period Ending Friday: | **12/2/2016** | **12/9/2016** | **12/16/2016** | **12/23/2016** | **12/30/2016** | **1/6/2017** | **1/13/2017** | **Subtotal** |
| **Professional Fees Incurred** | | | | | | | | |
| Klestadt | $ 22,500 | $ 22,500 | $ 22,500 | $ 22,500 | $ 21,250 | $ 21,250 | $ 21,250 | $ 153,750 |
| Ingerman Smith, L.L.P. | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 35,000 |
| Special Counsel - ERISA - TBD | - | - | 2,500 | 2,500 | 2,500 | 2,500 | 1,250 | 11,250 |
| RSR Consulting, LLC | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 15,000 | 20,000 | 210,000 |
| Chapter 11 Creditors Committee | 12,500 | 12,500 | 12,500 | 12,500 | 10,000 | 10,000 | 10,000 | 80,000 |
| **Total Professional Fees Incurred** | $ 75,000 | $ 75,000 | $ 77,500 | $ 77,500 | $ 73,750 | $ 53,750 | $ 57,500 | $ 490,000 |
| **Professional Fees Cash Disbursements** | | | | | | | | |
| Klestadt | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Ingerman Smith, L.L.P. | - | - | - | - | - | - | - | - |
| Special Counsel - ERISA - TBD | - | - | - | - | - | 10,000 | - | 10,000 |
| RSR Consulting, LLC | - | - | 5,000 | 35,000 | 35,000 | 15,000 | 20,000 | 110,000 |
| Chapter 11 Creditors Committee | - | - | - | - | - | - | - | - |
| **Total Professional Fees Cash Disbursements** | $ - | $ - | $ 5,000 | $ 35,000 | $ 35,000 | $ 25,000 | $ 20,000 | $ 120,000 |
| **Professional Fees Retainers Applied** | | | | | | | | |
| Klestadt | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 | $ 13,250 | $ 13,250 | $ 13,250 | $ 111,750 |
| Ingerman Smith, L.L.P. | - | - | - | - | - | - | - | - |
| Special Counsel - ERISA - TBD | - | - | - | - | - | - | - | - |
| RSR Consulting, LLC | 35,000 | 35,000 | 30,000 | - | - | - | - | 100,000 |
| Chapter 11 Creditors Committee | - | - | - | - | - | - | - | - |
| **Total Professional Fees Cash Disbursements** | $ 53,000 | $ 53,000 | $ 48,000 | $ 18,000 | $ 13,250 | $ 13,250 | $ 13,250 | $ 211,750 |
| **Professional Fees Incurred Not Paid Balance** | | | | | | | | |
| Klestadt | $ 4,500 | $ 9,000 | $ 13,500 | $ 18,000 | $ 26,000 | $ 34,000 | $ 42,000 | $ 42,000 |
| Ingerman Smith, L.L.P. | 5,000 | 10,000 | 15,000 | 20,000 | 25,000 | 30,000 | 35,000 | 35,000 |
| Special Counsel - ERISA - TBD | - | - | 2,500 | 5,000 | 7,500 | - | 1,250 | 1,250 |
| RSR Consulting, LLC | - | - | - | - | - | - | - | - |
| Chapter 11 Creditors Committee | 12,500 | 25,000 | 37,500 | 50,000 | 60,000 | 70,000 | 80,000 | 80,000 |
| **Total Professional Fees Incurred Not Paid Balance** | $ 22,000 | $ 44,000 | $ 68,500 | $ 93,000 | $ 118,500 | $ 134,000 | $ 158,250 | $ 158,250 |

DOWLING COLLEGE
CHAPTER 11 CASH FLOW FORECAST -
PROFESSIONAL FEES DETAIL
FOR THE 16-WEEK PERIOD ENDING MARCH 17, 2017
*USD*

| Week #: | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | Weeks 8-16 | Weeks 1-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Period Ending Friday: | **1/20/2017** | **1/27/2017** | **2/3/2017** | **2/10/2017** | **2/17/2017** | **2/24/2017** | **3/3/2017** | **3/10/2017** | **3/17/2017** | **Subtotal** | **Total** |
| **Professional Fees Incurred** | | | | | | | | | | | |
| Klestadt | $ 21,250 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 11,250 | $ 11,250 | $ 11,250 | $ 130,000 | $ 283,750 |
| Ingerman Smith, L.L.P. | 5,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 5,000 | 5,000 | 5,000 | 40,000 | 75,000 |
| Special Counsel - ERISA - TBD | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | - | - | 8,750 | 20,000 |
| RSR Consulting, LLC | 35,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 20,000 | 230,000 | 440,000 |
| Chapter 11 Creditors Committee | 10,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 7,500 | 7,500 | 7,500 | 72,500 | 152,500 |
| **Total Professional Fees Incurred** | $ 72,500 | $ 53,250 | $ 53,250 | $ 53,250 | $ 53,250 | $ 53,250 | $ 50,000 | $ 48,750 | $ 43,750 | $ 481,250 | $ 971,250 |
| **Professional Fees Cash Disbursements** | | | | | | | | | | | |
| Klestadt | $ - | $ - | $ - | $ - | $ - | $ - | $ 60,000 | $ - | $ - | $ 60,000 | $ 60,000 |
| Ingerman Smith, L.L.P. | - | - | 32,000 | - | - | - | 16,000 | - | - | 48,000 | 48,000 |
| Special Counsel - ERISA - TBD | - | - | 5,000 | - | - | - | 5,000 | - | - | 10,000 | 20,000 |
| RSR Consulting, LLC | 35,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 20,000 | 230,000 | 340,000 |
| Chapter 11 Creditors Committee | - | - | 72,000 | - | - | - | 32,000 | - | - | 104,000 | 104,000 |
| **Total Professional Fees Cash Disbursements** | $ 35,000 | $ 25,000 | $ 134,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 138,000 | $ 25,000 | $ 20,000 | $ 452,000 | $ 572,000 |
| **Professional Fees Retainers Applied** | | | | | | | | | | | |
| Klestadt | $ 13,250 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13,250 | $ 125,000 |
| Ingerman Smith, L.L.P. | - | - | - | - | - | - | - | - | - | - | - |
| Special Counsel - ERISA - TBD | - | - | - | - | - | - | - | - | - | - | - |
| RSR Consulting, LLC | - | - | - | - | - | - | - | - | - | - | 100,000 |
| Chapter 11 Creditors Committee | - | - | - | - | - | - | - | - | - | - | - |
| **Total Professional Fees Cash Disbursements** | $ 13,250 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13,250 | $ 225,000 |
| **Professional Fees Incurred Not Paid Balance** | | | | | | | | | | | |
| Klestadt | $ 50,000 | $ 65,000 | $ 80,000 | $ 95,000 | $ 110,000 | $ 125,000 | $ 76,250 | $ 87,500 | $ 98,750 | $ 98,750 | $ 98,750 |
| Ingerman Smith, L.L.P. | 40,000 | 44,000 | 16,000 | 20,000 | 24,000 | 28,000 | 17,000 | 22,000 | 27,000 | 27,000 | 27,000 |
| Special Counsel - ERISA - TBD | 2,500 | 3,750 | - | 1,250 | 2,500 | 3,750 | - | - | - | - | - |
| RSR Consulting, LLC | - | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 Creditors Committee | 90,000 | 98,000 | 34,000 | 42,000 | 50,000 | 58,000 | 33,500 | 41,000 | 48,500 | 48,500 | 48,500 |
| **Total Professional Fees Incurred Not Paid Balance** | $ 182,500 | $ 210,750 | $ 130,000 | $ 158,250 | $ 186,500 | $ 214,750 | $ 126,750 | $ 150,500 | $ 174,250 | $ 174,250 | $ 174,250 |