RETURN DATE: 2/6/17
~~2/13/17 1:30 PM~~

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
In re: Dowling College FdbA Dowling Institute FdbA Dowling College Alumni Association FdbA CECOM AKA Dowling College Inc.

Case No. 16-75545-REG
Chapter: Chapter 11

---------------------------------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed application of Patricia Karpowicz, _____ a hearing will be held before the Hon. Judge Grossman, Bankruptcy Judge, to consider the _____ motion for an Order granting relief as follows:

Return of Lion Statue & Base given to us by Dowling Lacross in memory of our son Christopher after his passing. Also the remaining balance in the Chris Karpowicz Memorial Scholarship Fund #2754

Date and time of hearing: 2/6/17 ~~2/13/17~~ 1:30 PM

Location: U.S. Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722
Courtroom # 866, 8th Floor

Dated: 1/11/17

(Signature) Patricia Karpowicz

RECEIVED
2017 JAN 11 P 2:27
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
**In re:** Dowling College F/b/a Dowling Institute F/b/a Dowling College Alumni Association F/b/a CECOM AKA Dowling College Inc.

Case No. 16-75545-REG.
Chapter: Chapter 11

------------------------------------------------------------x

## APPLICATION IN SUPPORT OF MOTION

To the Hon. **Judge Grossman**, Bankruptcy Judge:

I, **Patricia Karpowicz**, _____ herein, make this application in support of my motion for the following relief:

For the return of Lion Statue + base which was given to us by the Dowling Lacross in memory of our son Christopher after his passing. Also the remaining balance in the Chris Karpowicz Memorial Scholarship Fund #2754

In support of this motion, I hereby allege as follows:

To have the Lion Statue + base removed from Dowling property to our home. + To have any balance in the Chris Karpowicz Memorial Scholarship Fund returned to the Karpowicz family.

**WHEREFORE,** ___I___ prays for an Order granting relief requested.

Dated: 1/11/17

_Patricia Karpowicz_
**(Signature)**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re: Dowling College FdbA Dowling
Institute FdbA Dowling College
Alumni Association FdbA Cecom
AKA Dowling College Inc.

Case No. 16-75545-REG
Chapter: Chapter 11

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on ___1/11/17___, a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

1- Stan Y Yang, Office of the United States Trustee Central Islip Office Alfonse M D'Amato US Courthouse, 560 Federal Plaza, Central Islip N.Y. 11722

2- Ronald J. Friedman, Silverman Acampora LLP 100 Jericho Quadrangle, Suite 300 Jericho, N.Y. 11753

3- Dowling College, 150 Idle Hour Blvd. Oakdale N.Y. 11769

4- Joseph Charles Corneau, Klestadt + Winters LLP 570 Seventh Ave. 17th Floor, New York, N.Y. 10018

Dated: 1/11/17

_Patricia Karpowitz_
(Signature)

Rev. 5/2012

631-266-53??

## Dowling College
### Chris Karpowicz Memorial Scholarship Fund #2754

|  | Amount |
|---|---|
| Balance as of June 30, 1999 | 9,108.77 |
| **Revenues** |  |
| Contributions | 3,889.00 |
| **Expenses** |  |
| Expenses to support LaCrosse | 1,944.00 |
| Expenses to support LaCrosse | 56.00 |
| Fred Nowotarski | 200.00 |
| Pindar Vineyards | 221.82 |
|  | 2,421.82 |
| Balance as of May 31, 2000 | 10,575.95 |

Prepared by John Gibbs  05/31/00



