DACA VI, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Ph. 619-220-8900/ Fax 619-220-8112

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

In re:                                      ) CHAPTER 11
                                            )
DOWLING COLLEGE                             ) Case No. 16-75545 (REG)
                                            )
                                            )
        Debtors.                            ) NOTICE OF TRANSFER OF CLAIM
                                            ) OTHER THAN FOR SECURITY AND
                                            ) WAIVER OF NOTICE
                                            )
                                            ) Bankruptcy Rule 3001 (e)(1)

PLEASE TAKE NOTICE that the scheduled claim of **PETERSON'S NELNET LLC** ("Transferor") against the Debtor in the amount of **$4,495.00**, as listed within Schedule E/F of the Schedules of Assets and Liabilities filed by the Debtor, and all other claims of Transferor have been transferred and assigned other than for security to DACA VI, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than **$4,495.00** and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to DACA any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take any steps necessary to transfer this claim and all claims we hold against the above debtor into their name. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**PETERSON'S NELNET LLC**
**PO BOX 30216  OMAHA NE 68103-1316**

Print Name: Elizabeth Shelton    Title: Director of Accounting
Signature: _Elizabeth Shelton_    Date: 12/28/16
Updated Address (if needed): _____
Phone: 402-458-3585  Fax: 402-458-3042  E-Mail: elizabeth.shelton@nelnet.net

Federal Tax Identification / Social Security Number: _____

TRANSFEREE:
**DACA VI, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: _Andrew Whatnall_
Andrew Whatnall

Mail Ref# 1-1124
3063461