**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st St., 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Stephanie R. Sweeney
Lauren C. Kiss

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |

---------------------------------------------------------------x

**SUPPLEMENTAL AFFIDAVIT OF SEAN C. SOUTHARD DISCLOSING**
**REVISED PROFESSIONAL FEE HOURLY RATES**

STATE OF NEW YORK     )
                                        ) SS.:
COUNTY OF NEW YORK   )

SEAN C. SOUTHARD, being duly sworn, deposes and says:

1. I am an attorney at law, duly admitted to practice in the State of New York, as well as before the United States District Courts for the Southern and Eastern Districts of New York. I am a partner of the law firm known as Klestadt Winters Jureller Southard & Stevens, LLP ("KWJSS"). KWJSS maintains an office for the practice of law at 200 West 41st Street, 17th Floor, New York, New York 10036.

1

2. Effective on January 1, 2017, the hourly rates of K&W's professionals will be set as follows:

- Partners will bill at $495 to $695 per hour;
- Associates and Of Counsel will bill at $225 to $425 per hour; and
- Paralegals will bill at $175 per hour.

3. The hourly rates set forth above will be the firm's standard hourly rates effective as of January 1, 2017.

*/s/Sean C. Southard*
Sean C. Southard

Sworn to and Subscribed before me this
17th day of January, 2017

*/s/Renea Gargiulo*
Notary Public, State of New York
No. 01GA6313748
Qualified in Kings County
Comm. Exp. 10/27/2018