IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                : Chapter 11
                                     :
DOWLING COLLEGE,[1]                  : Case No. 16-75545 (REG)
                                     :
Debtor.                              :
                                     :

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**   )
                        ) ss
COUNTY OF **NASSAU**    )

I, Gea Somma, being duly sworn, depose and state:

1. I am an Assistant Director with the Garden City Group, LLC, the claims and noticing agent for the debtor and debtor-in-possession (collectively, the "Debtor") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On January 13, 2017, I caused a true and correct copy of the Form 2100B Notice to be served upon the respective parties identified on **Exhibit A** by first class mail.

                                                          Gea Somma

Sworn to before me this 17th day of
January, 2017

Susan Persichilli
Notary Public, State of New York
Nassau County
Lic. #01PE4778216
Comm. Exp. 3/19/18

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078). The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

# EXHIBIT A

| Docket # | Transferor | Transferee |
|---|---|---|
| 153 | Compass Consulting Group<br>18 Field Daisy Lane<br>East Northport, NY 11731 | Compass Consulting Group<br>c/o DACA VI, LLC<br>1565 Hotel Circle South<br>Suite 310<br>San Diego, CA 92108 |
| 154 | Markertek Video Supply<br>Attn Ryan Young<br>1 Tower Drive, PO Box 397<br>Saugerties, NY 12477 | Markertek Video Supply<br>c/o DACA VI, LLC<br>1565 Hotel Circle South<br>Suite 310<br>San Diego, CA 92108 |
| 155 | Peterson's Nelnet LLC<br>PO Box 30216<br>Omaha, NE 68103-1316 | Peterson's Nelnet LLC<br>c/o DACA VI, LLC<br>1565 Hotel Circle South<br>Suite 310<br>San Diego, CA 92108 |
| 156 | Professional Carpet System<br>73 Argyle Avenue<br>Selden, NY 11784 | Professional Carpet System<br>c/o DACA VI, LLC<br>1565 Hotel Circle South<br>Suite 310<br>San Diego, CA 92108 |
| 157 | Sani-Lav Inc.<br>805 Karshick Street<br>Bohemia, NY 11716 | Sani-Lav Inc.<br>c/o DACA VI, LLC<br>1565 Hotel Circle South<br>Suite 310<br>San Diego, CA 92108 |
| 158 | School Guide Publication<br>606 Halstead Avenue<br>Mamaroneck, NY 10543 | School Guide Publication<br>c/o DACA VI, LLC<br>1565 Hotel Circle South<br>Suite 310<br>San Diego, CA 92108 |
| 159 | Bill Fox Co.<br>310-8 Hallock Avenue<br>Port Jefferson Sta, NY 11776 | Bill Fox Co.<br>c/o DACA VI, LLC<br>1565 Hotel Circle South<br>Suite 310<br>San Diego, CA 92108 |

| Docket # | Transferor | Transferee |
|---|---|---|
| 160 | IACBE<br>11374 Strang Line Road<br>Lenexa, KS 66215 | IACBE<br>c/o DACA VI, LLC<br>1565 Hotel Circle South<br>Suite 310<br>San Diego, CA 92108 |
| 161 | Precision Designs Architecture<br>52 Commerce Drive<br>East Farmingdale, NY 11735-1206 | Precision Designs Architecture<br>c/o DACA VI, LLC<br>1565 Hotel Circle South<br>Suite 310<br>San Diego, CA 92108 |
| 162 | Symplicity Corporation<br>1560 Wilson Blvd Ste 550<br>Arlington, VA 22209- 2426 | Symplicity Corporation<br>c/o DACA VI, LLC<br>1565 Hotel Circle South<br>Suite 310<br>San Diego, CA 92108 |
| 163 | Utility Detection Inc.<br>PO Box 223<br>Milford, PA 18337 | Utility Detection Inc.<br>c/o DACA VI, LLC<br>1565 Hotel Circle South<br>Suite 310<br>San Diego, CA 92108 |