**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                           :     Chapter 11
:
**DOWLING COLLEGE,**[1]                         :     Case No. 16-75545 (REG)
:
Debtor.                                         :
:
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY    )
                       ) ss
COUNTY OF PASSAIC      )

I, Ira Nikelsberg, being duly sworn, depose and state:

1. I am a Senior Project Manager with Garden City Group, LLC, the claims and noticing agent for the debtor and debtor-in-possession (collectively, the "Debtor") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On January 17, 2017, I caused a true and correct copy of the Form 2100B Notice to be served upon the respective parties identified on **Exhibit A** by first class mail.


/s/ Ira Nikelsberg
Ira Nikelsberg

Sworn to before me this 19th day of
January, 2017

/s/ Benjamin Rowner
Benjamin Rowner
Notary Public, State of New Jersey
ID No. 2320193
Qualified in Passaic County
Commission Expires October 14, 2019

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078). The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

# EXHIBIT A

| Docket # | Transferor | Transferee |
|---|---|---|
| 168 | Mastrantonio Caterers Inc.<br>333 Moffitt Blvd<br>Islip, NY 11751 | Mastrantonio Caterers Inc.<br>c/o DACA VI, LLC<br>1565 Hotel Circle South<br>Suite 310<br>San Diego, CA 92108 |
| 169 | Superior Office Systems<br>49 West 37th Street<br>3rd Floor<br>New York, NY 10018 | Superior Office Systems<br>c/o DACA VI, LLC<br>1565 Hotel Circle South<br>Suite 310<br>San Diego, CA 92108 |