UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

DOWLING COLLEGE,                                             Chapter 11
*f/d/b/a* DOWLING INSTITUTE,
*f/d/b/a* DOWLING COLLEGE ALUMNI ASSOCIATION,    Case No.:  16-75545 (REG)
*f/d/b/a* CECOM,
*a/k/a* DOWLING COLLEGE, INC.,

                                 Debtor.
-------------------------------------------------------------------x

### ORDER AUTHORIZING RETENTION OF SILVERMANACAMPORA LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon the application (the "**Application**")[1], of the Official Committee of Unsecured Creditors (the "Committee") of Official Committee of Unsecured Creditors of Dowling College, *f/d/b/a* Dowling Institute, *f/d/b/a* Dowling College Alumni Association, *f/d/b/a* Cecom, *a/k/a* Dowling College, Inc. (the "**Debtor**"), seeking authority to retain SilvermanAcampora LLP ("**SilvermanAcampora**") as counsel to the Committee, and upon the Declaration in Support of the Application of Ronald J. Friedman, a member of SilvermanAcampora (the "**Friedman Declaration**"), which is annexed to the Application; and it appearing that: (i) SilvermanAcampora neither represents nor holds any interest adverse to the Committee or the Debtor; and (ii) the employment of SilvermanAcampora is necessary and in the best interests of the Committee; it is hereby

**ORDERED**, that the Committee be and hereby is authorized to retain SilvermanAcampora as its counsel, effective December 12, 2016, pursuant to § 1103 of title 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**"), to assist the Committee in the performance of its functions and to advise the Committee with respect to this case and for the other purposes set forth in the Application; and it is further

**ORDERED**, that SilvermanAcampora shall receive compensation for professional services rendered to the Committee and reimbursement of expenses as determined by this

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Application.

Court upon a properly noticed application, in compliance with the guidelines established by the United States Trustee for Region 2 for compensation and reimbursement of expenses and Administrative Order No. 613 of this Court; and it is further

**ORDERED**, that ten business days' notice must be provided by SilvermanAcampora to the Debtor, the Committee and the United States Trustee prior to any increases in SilvermanAcampora's rates for any individual providing services to the Committee, and such notice must be filed with the Court. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to Section 330 of the Bankruptcy Code.

**NO OBJECTION:**
United States Trustee


By: _____
Stan Yang