**SILVERMANACAMPORA LLP**
Proposed Counsel to the
Official Committee of Unsecured Creditors
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:

  DOWLING COLLEGE,                                        Chapter 11
  *f/d/b/a* DOWLING INSTITUTE,
  *f/d/b/a* DOWLING COLLEGE ALUMNI ASSOCIATION,    Case No.:  16-75545 (REG)
  *f/d/b/a* CECOM,
  *a/k/a* DOWLING COLLEGE, INC.,

                                  Debtor.
------------------------------------------------------------------------x

### AFFIDAVIT OF LINDA ARDITO IN SUPPORT OF APPLICATION TO RETAIN SILVERMANACAMPORA LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Linda Ardito, being duly sworn deposes and says:

1.    I have been selected as the Chairman of the Official Committee of Unsecured Creditors (the "**Committee**") of Official Committee of Unsecured Creditors of Dowling College, *f/d/b/a* Dowling Institute, *f/d/b/a* Dowling College Alumni Association, *f/d/b/a* Cecom, *a/k/a* Dowling College, Inc., the above-captioned debtor and debtor in possession (the "**Debtor**").

2.    I make this sworn statement in further support of the application (the "**Application**")[1] seeking the entry of an order, pursuant to §§328 and 1103(a) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") retaining SilvermanAcampora LLP ("**SilvermanAcampora**"), as counsel to the Committee *nunc pro tunc* to December 9, 2016.

3.    Pursuant to the Guidelines, be advised that I have been assured that SilvermanAcampora's billing rates and material terms for the engagement as Committee

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Application.

counsel are comparable to the billing rates and terms for other non-bankruptcy engagements of the firm. In addition, the billing rates and terms are comparable to other skilled professionals.

4.       Further, the Committee interviewed seven (7) firms prior to selecting SilvermanAcampora as our counsel.

5.       SilvermanAcampora has agreed to provide me with a statement of their fees and expenses on a monthly basis in order for the Committee to manage the costs associated with this case.

6.       SilvermanAcampora has reviewed the billing rates for all professionals and paraprofessionals who will be engaged in this matter with the Committee.  We think these rates are reasonable.

Dated: Jericho, New York
      December 12, 2016

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
DOWLING COLLEGE


By:     _s/ Linda Ardito_____
        Linda Ardito
        Chairman of the Committee

Sworn to before me this
12th day of December, 2016.


_s/ Brian Powers_
_____
     Notary Public

Brian Powers
Notary Public, State of New York
No.:  02PO6283072
Qualified in Nassau County
Commission Expires May 28, 2017

JFB/2011117.1/066648