# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

---

| | |
|---|---|
| IN RE: | CASE NO: 8–16–75545–reg |
| Dowling College | |
| aka Dowling College, Inc. | |
| fdba Dowling College Alumni Association | |
| fdba Dowling Institute | |
| fdba Cecom | |
| SSN/TAX ID: | CHAPTER: 11 |
| 11–2157078 | |
| DEBTOR(s) | |

---

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 1/10/17 was filed on 1/26/17.

The following deadlines apply:

The parties have until February 2, 2017 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is February 16, 2017.

If a Transcript Redaction Request is filed, the redacted transcript is due February 27, 2017.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is April 26, 2017, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext Legal Solutions at 888–706–4576 or you may view the document at the public terminal at the Office of the Clerk.

Dated: January 27, 2017

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 12/8/15]