# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: smarcus | Date Created: 1/27/2017 |
| Case: 8−16−75545−reg | Form ID: 295 | Total: 15 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Adam T Berkowitz | aberkowitz@garfunkelwild.com |
| aty | Gerard R Luckman | GLuckman@SilvermanAcampora.com |
| aty | Glenn P Warmuth | gpw@stim−warmuth.com |
| aty | Howard B Kleinberg | hkleinberg@MSEK.com |
| aty | Joseph Charles Corneau | jcorneau@klestadt.com |
| aty | Lauren Catherine Kiss | lkiss@klestadt.com |
| aty | Richard J McCord | rmccord@certilmanbalin.com |
| aty | Sean C Southard | ssouthard@klestadt.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Dowling College    150 Idle Hour Blvd.    Oakdale, NY 11769 |
| aty | Klestadt Winters Jureller Southard & Stevens, LLP    200 West 41st Street    17th Floor    New York, NY 10036−7203 |
| | Sean C. Southard    Klestadt Winters Jureller    Southard & Stevens, LLP    200 West 41st Street, 17th Floor    New York, NY 10036 |
| | Kenneth P. Silverman    SilvermanAcampora, LLP    100 Jericho Quadrangle    Suite 300    Jericho, NY 11753 |
| | Daniel S. Bleck    Mintz Levin Cohn Ferris    Glovsky and Popeo P.C.    One Financial Center    Boston, MA 02111 |
| | Brian Pfeiffer    Schulte Roth & Zabel, LLP    919 Third Avenue    New York, NY 10022 |
| | Christine Black    Office of the U.S. Trustee    560 Federal Plaza    Central Islip, NY 11722 |

TOTAL: 7