```
                          United States Bankruptcy Court
                           Eastern District of New York

In re:                                                              Case No. 16-75545-reg
Dowling College                                                     Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0207-8         User: smarcus             Page 1 of 2            Date Rcvd: Jan 27, 2017
                             Form ID: 295              Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2017.
db             +Dowling College,    150 Idle Hour Blvd.,    Oakdale, NY 11769-1999
aty            +Klestadt Winters Jureller Southard & Stevens, LLP,     200 West 41st Street,    17th Floor,
                 New York, NY 10036-7219
               +Brian Pfeiffer,    Schulte Roth & Zabel, LLP,    919 Third Avenue,    New York, NY 10022-3921
               +Christine Black,    Office of the U.S. Trustee,    560 Federal Plaza,
                 Central Islip, NY 11722-4456
               +Daniel S. Bleck,    Mintz Levin Cohn Ferris,    Glovsky and Popeo P.C.,    One Financial Center,
                 Boston, MA 02111-2657
               +Kenneth P. Silverman,    SilvermanAcampora, LLP,    100 Jericho Quadrangle,    Suite 300,
                 Jericho, NY 11753-2702
               +Sean C. Southard,    Klestadt Winters Jureller,    Southard & Stevens, LLP,
                 200 West 41st Street, 17th Floor,    New York, NY 10036-7219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2017 at the address(es) listed below:
         Adam T Berkowitz    on behalf of Creditor    UMB Bank, National Association as Indenture Trustee
          aberkowitz@garfunkelwild.com,     ehuggler@garfunkelwild.com
         Brendan M Scott    on behalf of Defendant    Dowling College bscott@klestadt.com
         Gerard R Luckman    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
          GLuckman@SilvermanAcampora.com,
          efilings@spallp.com;GLuckman@SilvermanAcampora.com;bpowers@sallp.com;ggerson@silvermanacampora.co
          m
         Glenn P Warmuth    on behalf of Creditor Kimberly Dawn Poppiti gpw@stim-warmuth.com,
          pjw@stim-warmuth.com
         Glenn P Warmuth    on behalf of Interested Party Kimberly Dawn Poppiti gpw@stim-warmuth.com,
          pjw@stim-warmuth.com
         Howard B Kleinberg    on behalf of Interested Party    Certain Members Of The Dowling College Board
          of Trustees hkleinberg@MSEK.com,    kgiddens@msek.com
         Jack A Raisner    on behalf of Creditor Lori  Zaikowski jar@outtengolden.com,
          kdeleon@outtengolden.com;jxh@outtengolden.com;rmasubuchi@outtengolden.com;rfisher@outtengolden.co
          m
         Jack A Raisner    on behalf of Plaintiff Lori  Zaikowski jar@outtengolden.com,
          kdeleon@outtengolden.com;jxh@outtengolden.com;rmasubuchi@outtengolden.com;rfisher@outtengolden.co
          m
         James H. Knapp    on behalf of Creditor    Department of Education james.knapp@usdoj.gov
         Joseph Charles Corneau    on behalf of Debtor    Dowling College jcorneau@klestadt.com
         Karl J Silverberg    on behalf of Creditor    Powerhouse Maintenance, Inc.
          ksilverberg@silverbergpclaw.com,     ksilverberg@king-king-law.com
         Laine A Armstrong    on behalf of Creditor Martin  Schoenhals laine@advocatesny.com
         Lauren Catherine Kiss    on behalf of Debtor    Dowling College lkiss@klestadt.com
         Neil S Begley    on behalf of Creditor    ACA Financial Guaranty Corp. neil.begley@srz.com
         Rene S Roupinian    on behalf of Plaintiff Lori  Zaikowski rroupinian@outtengolden.com,
          jxh@outtengolden.com;cbrann@outtengolden.com;kcarter@outtengolden.com
```

```
District/off: 0207-8          User: smarcus               Page 2 of 2              Date Rcvd: Jan 27, 2017
                              Form ID: 295                Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Richard J McCord    on behalf of Creditor    ACA Financial Guaranty Corp.
           rmccord@certilmanbalin.com,
           afollett@certilmanbalin.com;cfollett@certilmanbalin.com;cglick@certilmanbalin.com;CBAHECM@gmail.com;mmcord@certilmanbalin.com
          Ronald J Friedman    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
           efilings@spallp.com,
           rfriedman@silvermanacampora.com;dmahoney@silvermanacampora.com;JHellman@SilvermanAcampora.com;JKrell@SilvermanAcampora.com
          Sean C Southard    on behalf of Debtor    Dowling College ssouthard@klestadt.com
          Stan Y Yang    stan.y.yang@usdoj.gov,    stan.y.yang@usdoj.gov
          United States Trustee    USTPRegion02.LI.ECF@usdoj.gov

                                                                                         TOTAL: 20

# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

---

IN RE: CASE NO: 8−16−75545−reg

    Dowling College
    aka   Dowling College, Inc.
    fdba Dowling College Alumni Association
    fdba Dowling Institute
    fdba Cecom

SSN/TAX ID: CHAPTER: 11

    11−2157078

               DEBTOR(s)

---

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 1/10/17 was filed on 1/26/17.

The following deadlines apply:

The parties have until February 2, 2017 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is February 16, 2017.

If a Transcript Redaction Request is filed, the redacted transcript is due February 27, 2017.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is April 26, 2017, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext Legal Solutions at 888−706−4576 or you may view the document at the public terminal at the Office of the Clerk.

Dated: January 27, 2017

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 12/8/15]