**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
: 
In re : Chapter 11
 : 
**DOWLING COLLEGE,**[1] : Case No. 16-75545 (REG)
 : 
Debtor. : 
 : 
-----------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY    )
                       ) ss
COUNTY OF PASSAIC      )

I, Ira Nikelsberg, being duly sworn, depose and state:

1. I am a Senior Project Manager with Garden City Group, LLC, the claims and noticing agent for the debtor and debtor-in-possession (collectively, the "Debtor") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On January 30, 2017, at the direction of Klestadt Winters Jureller Southard & Stevens, LLP, counsel for the Debtor, I caused a true and correct copy of the following document to be served by e-mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses), and by first class mail on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties and Patricia Karpowicz):

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078). The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

- **Debtor's Statement in Response to Motion by Patricia Karpowicz to Authorize the Debtor to Return Lion Statue Given in Memory of Christopher Karpowicz and Return any Balance in the Christopher Karpowicz Memorial Scholarship Fund to the Family** [Docket No. 190].

/s/ Ira Nikelsberg<br>Ira Nikelsberg

Sworn to before me this 1st day of
February, 2017

/s/ Benjamin Rowner
Benjamin Rowner
Notary Public, State of New Jersey
ID # 2320193
Qualified in Passaic County
Commission Expires October 14, 2019

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | cmccarthy@aca.com |
| ACA FINANCIAL GUARANTY CORP | ATTN: MARIA CHENG, MANAGING DIRECTOR | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | mcheng@aca.com |
| ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS | ATTN LAINE A ARMSTRONG | 225 BROADWAY, SUITE 1902 | | | NEW YORK | NY | 10007 | laine@advocatesny.com |
| ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS | ATTN ARTHUR Z SCHWARTZ | 225 BROADWAY, SUITE 1902 | | | NEW YORK | NY | 10007 | aschwartz@afjlaw.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN RICHARD J MCCORD, ESQ | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | rmccord@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN THOMAS J MCNAMARA, ESQ | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | tmcnamara@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | rmccord@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: THOMAS J. MCNAMARA | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | tmcnamara@certilmanbalin.com |
| CIGNA HEALTH & LIFE INSURANCE CO | 900 COTTAGE GROVE ROAD, B6LPA | | | | HARTFORD | CT | 06152 | thomascarfagno@cigna.com |
| COHNREZNICK LLP | ATTN CHAD J. SHANDLER | 4 BECKER FARM ROAD | | | ROSELAND | NJ | 07068 | Chad.Shandler@CohnReznick.com |
| GARDEN CITY GROUP, LLC | ATTN: IRA NIKELSBERG | 1985 MARCUS AVENUE | | | LAKE SUCCESS | NY | 11042 | Ira.Nikelsberg@gardencitygroup.com |
| GARFUNKEL WILD PC | ATTN ADAM T BERKOWITZ ESQ | 111 GREAT NECK RD | | | GREAT NECK | NY | 11021 | aberkowitz@garfunkelwild.com |
| INGERMAN SMITH, LLP | ATTN CHRISTOPHER J. CLAYTON | 150 MOTOR PKWY, SUITE 400 | | | HAUPPAUGE | NY | 11788 | cclayton@ingermansmith.com |
| JOSEPH BEHAR | 9 BROWN'S RIVER RD | | | | SAYVILLE | NY | 11782 | Jbehar2@optonline.net |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: SEAN C. SOUTHARD, ESQ. | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | ssouthard@klestadt.com |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: LAUREN C. KISS, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | lkiss@klestadt.com |
| LINDA ARDITO | 5 TWO ROD ROAD | | | | HUNTINGTON | NY | 11743 | Linda351@optonline.net |
| MEYER SUOZZI ENGLISH & KLEIN PC | ATTN HOWARD B KLEINBERG ESQ | 990 STEWART AVENUE | SUITE 300 | | GARDEN CITY | NY | 11530-9194 | hkleinberg@msek.com |
| MILMAN LABUDA LAW GROUP PLLC | ATTN JOHN M. HARRAS, ESQ | 3000 MARCUS AVENUE, SUITE 3W8 | | | LAKE SUCCESS | NY | 11042 | john@mllaborlaw.com |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC | ATTN IAN A HAMMEL ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | ihammel@mintz.com |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC | ATTN ERIC R BLYTHE ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | eblythe@mintz.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: P. MIYOKO SATO, ESQ. | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | msato@mintz.com |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN ALISON B. BIANCHI, COUNSEL AND | DEPUTY COMMISSIONER FOR LEGAL AFFAIRS | 89 WASHINGTON AVENUE | | ALBANY | NY | 12234 | Alison.Bianchi@nysed.gov |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN:DR. JOHN D'AGATI, DEPUTY COMMISSIONER | 89 WASHINGTON AVENUE | | | ALBANY | NY | 12234 | john.dagati@nysed.gov |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN, ATTORNEY GENERAL | ATTN: PEGGY FARBER | 120 BROADWAY, 24TH FLOOR | | NEW YORK | NY | 10271 | Peggy.Farber@ag.ny.gov |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE | ATTN:LORETTA E. LYNCH, ATTORNEY GENERAL | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530-0001 | askdoj@usdoj.gov |
| PAUL ABRAMSON | 6 WINSIDE LN | | | | CORAM | NY | 11727 | abramsop@dowling.edu |
| PSEGLI | ATTN BRIAN HASSAN | 175 E OLD COUNTRY RD | | | HICKSVILLE | NY | 11801 | brian.hassan@pseg.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| RSR CONSULTING, LLC | ATTN: NEIL BIVONA | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 | nbivona@rsrconsultingllc.com |
| RSR CONSULTING, LLC | ATTN: ROBERT S. ROSENFELD | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 | rsrosenfeld@rsrconsultingllc.com |
| RUBIN & ROTHMAN | 1787 VETERANS HIGHWAY SUITE 32 | PO BOX 9003 | | | ISLANDIA | NY | 11749 | comments@rubinrothman.com |
| SCHULTE ROTH & ZABEL LLP | ATTN BRIAN D PFEIFFER | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | brian.pfeiffer@srz.com |
| SCHULTE ROTH & ZABEL LLP | ATTN: NEIL S. BEGLEY, ESQ. | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | neil.begley@srz.com |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281-1027 | newyork@sec.gov; NYROBankruptcy@SEC.GOV |
| SEYED RAJI | 24 PLEASANT LANE | | | | SOUTHAMPTON | NY | 11968 | seyraji@aol.com |
| SILVERBERG P.C. | ATTN KARL SILVERBERG | 320 CARLETON AVE, STE 6400 | | | CENTRAL ISLIP | NY | 11722 | ksilverberg@silverbergpclaw.com |
| SILVERMANACAMPORA LLP | ATTN RONALD J FRIEDMAN ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | RFriedman@SilvermanAcampora.com |
| SILVERMANACAMPORA LLP | ATTN GERARD R LUCKMAN, ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | GLuckman@SilvermanAcampora.com |
| SILVERMANACAMPORA LLP | ATTN KENNETH P SILVERMAN EQS | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | KSilverman@SilvermanAcampora.com |
| ST JOHNS UNIVERSITY | ATTN MARY PLANT | BERNADETTE LAVIN-MACDONALD CTR. | 8000 UTOPIA PKWY | | JAMAICA | NY | 11439 | plantm@stjohns.edu |
| STATEWIDE ROOFING INC | 2120 FIFTH AVENUE | | | | RONKONKOMA | NY | 11779 | reception@statewideroofingli.com |
| STIM & WARMUTH PC | ATTN GLENN P WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | gpw@stim-warmuth.com |
| STIM & WARMUTH PC | ATTN PAULA J WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | pjw@stim-warmuth.com |
| THE ALLEN J FLOOD COMPANIES, INC | TWO MADISON AVENUE | | | | LARCHMONT | NY | 10538 | claims@ajfusa.com |
| UMB BANK, NATIONAL ASSOCIATION | ATTN: LAURA ROBERSON, SENIOR VICE PRESIDENT | 2 SOUTH BROADWAY, SUITE 600 | | | ST. LOUIS | MO | 63102 | laura.roberson@umb.com |
| UNITED STATES ATTORNEY | ATTN JAMES H KNAPP | ASSISTANT US ATTORNEY | EASTERN DISTRICT OF NEW YORK | 610 FEDERAL PLAZA, 5TH FL | CENTRAL ISLIP | NY | 11722 | James.knapp@usdoj.gov |
| UNITED STATES DEPARTMENT OF EDUCATION | FINANCIAL SQUARE | ATTN CHRISTOPHER CURRY | 32 OLD SLIP, 25TH FLOOR | | NEW YORK | NY | 10005 | christopher.curry@ed.gov |
| WE DRIVE YOU, INC | ATTN CHRIS CUKAR | 700 AIRPORT BLVD, SUITE 250 | | | BURLINGAME | CA | 94010 | chris.cukar@wedriveu.com |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: JAY SMITH | 25 SOUTH CHARLES STREET, 11TH FLOOR | MAIL CODE: MD2-CS58 | | BALTIMORE | MD | 21201 | jhsmith@wilmingtontrust.com |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 |
| ACA FINANCIAL GUARANTY CORP | ATTN: MARIA CHENG, MANAGING DIRECTOR | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 |
| ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS | ATTN LAINE A ARMSTRONG | 225 BROADWAY, SUITE 1902 | | | NEW YORK | NY | 10007 |
| ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS | ATTN ARTHUR Z SCHWARTZ | 225 BROADWAY, SUITE 1902 | | | NEW YORK | NY | 10007 |
| AMERICAN EXPRESS | 200 VESEY ST | | | | NEW YORK | NY | 10285 |
| AMERICAN EXPRESS | PO BOX 2855 | | | | NEW YORK | NY | 10116 |
| BLACKBOARD INC | ATTN WILLIAM DAVY | 1111 19TH ST, NW | | | WASHINGTON | DC | 20036 |
| BLACKBOARD INC | ATTN WILLIAM DAVY | 1111 19TH ST NW FRNT 1 | | | WASHINGTON | DC | 20036-3619 |
| CAPITAL ONE NA | 313 CARONDELET ST | | | | NEW ORLEANS | LA | 70130 |
| CAPITAL ONE NA | PO BOX 60024 | | | | NEW ORLEANS | LA | 70160-0024 |
| CARRIER COMMERCIAL SERVICE | 4110 BUTLER PIKE | | | | PLYMOUTH MEETING | PA | 19462 |
| CARRIER COMMERCIAL SERVICE | P.O. BOX 93844 | | | | CHICAGO | IL | 60673-3844 |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN RICHARD J MCCORD, ESQ | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN THOMAS J MCNAMARA, ESQ | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: THOMAS J. MCNAMARA | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 |
| CIGNA HEALTH & LIFE INSURANCE CO | 900 COTTAGE GROVE ROAD, B6LPA | | | | HARTFORD | CT | 06152 |
| COHNREZNICK LLP | ATTN CHAD J. SHANDLER | 4 BECKER FARM ROAD | | | ROSELAND | NJ | 07068 |
| DOWLING COLLEGE | ATTN: ROBERT S. ROSENFELD | 150 IDLE HOUR BLVD. | | | OAKDALE | NY | 11769 |
| GARDEN CITY GROUP, LLC | ATTN: IRA NIKELSBERG | 1985 MARCUS AVENUE | | | LAKE SUCCESS | NY | 11042 |
| GARFUNKEL WILD PC | ATTN ADAM T BERKOWITZ ESQ | 111 GREAT NECK RD | | | GREAT NECK | NY | 11021 |
| GEORGE FOUNDOTOS | 4 DAMIN CIRCLE | | | | ST JAMES | NY | 11780 |
| HIGHER ONE | 115 MUNSON STREET | | | | NEW HAVEN | CT | 06511 |
| INGERMAN SMITH, LLP | ATTN CHRISTOPHER J. CLAYTON | 150 MOTOR PKWY, SUITE 400 | | | HAUPPAUGE | NY | 11788 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 |
| JOSEPH BEHAR | 9 BROWN'S RIVER RD | | | | SAYVILLE | NY | 11782 |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: SEAN C. SOUTHARD, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: LAUREN C. KISS, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 |
| LINDA ARDITO | 5 TWO ROD ROAD | | | | HUNTINGTON | NY | 11743 |
| MEYER SUOZZI ENGLISH & KLEIN PC | ATTN HOWARD B KLEINBERG ESQ | 990 STEWART AVENUE | SUITE 300 | | GARDEN CITY | NY | 11530-9194 |
| MILMAN LABUDA LAW GROUP PLLC | ATTN JOHN M. HARRAS, ESQ | 3000 MARCUS AVENUE, SUITE 3W8 | | | LAKE SUCCESS | NY | 11042 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC | ATTN IAN A HAMMEL ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC | ATTN ERIC R BLYTHE ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: P. MIYOKO SATO, ESQ. | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN ALISON B. BIANCHI, COUNSEL AND | DEPUTY COMMISSIONER FOR LEGAL AFFAIRS | 89 WASHINGTON AVENUE | | ALBANY | NY | 12234 |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN:DR. JOHN D'AGATI, DEPUTY COMMISSIONER | 89 WASHINGTON AVENUE | | | ALBANY | NY | 12234 |
| NEW YORK STATE DEPARTMENT OF LABOR | UNEMPLOYMENT INSURANCE DIVISION | HARRIMAN STATE OFFICE CAMPUS | | | ALBANY | NY | 12240-0322 |
| NEW YORK STATE DEPT OF TAXATION AND FINANCE | BANKRUPTCY UNIT – TCD | BUILDING 8, ROOM 455 | W.A. HARRIMAN STATE CAMPUS | | ALBANY | NY | 12227 |
| NEW YORK STATE DEPT OF TAXATION AND FINANCE | BANKRUPTCY UNIT | P.O. BOX 5300 | | | ALBANY | NY | 12205-5300 |
| NYS UNEMPLOYMENT INSURANCE | PO BOX 4301 | | | | BINGHAMTON | NY | 13902-4301 |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN, ATTORNEY GENERAL | ATTN: PEGGY FARBER | 120 BROADWAY, 24TH FLOOR | | NEW YORK | NY | 10271 |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE | ATTN:LORETTA E. LYNCH, ATTORNEY GENERAL | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530-0001 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE EASTERN DISTRICT OF NEW YORK | ATTN: STAN YANG, ESQ., TRIAL ATTORNEY | ALFONSE D'AMATO FEDERAL COURTHOUSE | 560 FEDERAL PLAZA | CENTRAL ISLIP | NY | 11722 |
| PATRICIA KARPOWICZ | 42 GREENVALE DR | | | | EAST NORTHPORT | NY | 11731 |
| PAUL ABRAMSON | 6 WINSIDE LN | | | | CORAM | NY | 11727 |
| PSEGLI | ATTN BRIAN HASSAN | 175 E OLD COUNTRY RD | | | HICKSVILLE | NY | 11801 |
| PSEGLI | PO BOX 888 | | | | HICKSVILLE | NY | 11802-0888 |
| RSR CONSULTING, LLC | ATTN: NEIL BIVONA | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 |
| RSR CONSULTING, LLC | ATTN: ROBERT S. ROSENFELD | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 |
| RUBIN & ROTHMAN | 1787 VETERANS HIGHWAY SUITE 32 | PO BOX 9003 | | | ISLANDIA | NY | 11749 |
| SCHULTE ROTH & ZABEL LLP | ATTN BRIAN D PFEIFFER | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 |
| SCHULTE ROTH & ZABEL LLP | ATTN: NEIL S. BEGLEY, ESQ. | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 |
| SECURITIES AND EXCHANGE COMMISSION | NORTHEAST REGIONAL OFFICE | ATTN JOHN MURRAY | WOOLWORTH BUILDING | 233 BROADWAY | NEW YORK | NY | 10279 |
| SECURITIES EXCHANGE COMMISSION | ATTN GENERAL COUNSEL | 100 F ST NE | | | WASHINGTON | DC | 20549-2000 |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281-1027 |
| SEYED RAJI | 24 PLEASANT LANE | | | | SOUTHAMPTON | NY | 11968 |
| SILVERBERG P.C. | ATTN KARL SILVERBERG | 320 CARLETON AVE, STE 6400 | | | CENTRAL ISLIP | NY | 11722 |
| SILVERMANACAMPORA LLP | ATTN RONALD J FRIEDMAN ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 |
| SILVERMANACAMPORA LLP | ATTN GERARD R LUCKMAN, ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 |
| SILVERMANACAMPORA LLP | ATTN KENNETH P SILVERMAN EQS | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ST JOHNS UNIVERSITY | ATTN MARY PLANT | BERNADETTE LAVIN-MACDONALD CTR. | 8000 UTOPIA PKWY | | JAMAICA | NY | 11439 |
| STATEWIDE ROOFING INC | 2120 FIFTH AVENUE | | | | RONKONKOMA | NY | 11779 |
| STIM & WARMUTH PC | ATTN GLENN P WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 |
| STIM & WARMUTH PC | ATTN PAULA J WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 |
| THE ALLEN J FLOOD COMPANIES, INC | TWO MADISON AVENUE | | | | LARCHMONT | NY | 10538 |
| THE UNITED STATES ATTORNEY'S OFFICE | EASTERN DISTRICT OF NEW YORK | ATTN LONG ISLAND BANKRUPTCY PROCESSING | 610 FEDERAL PLAZA, 5TH FLOOR | | CENTRAL ISLIP | NY | 11722-4454 |
| ULTIMATE POWER, INC | 45 NANCY STREET | | | | WEST BABYLON | NY | 11704 |
| UMB BANK, NATIONAL ASSOCIATION | ATTN: LAURA ROBERSON, SENIOR VICE PRESIDENT | 2 SOUTH BROADWAY, SUITE 600 | | | ST. LOUIS | MO | 63102 |
| UNITED STATES ATTORNEY | ATTN JAMES H KNAPP | ASSISTANT US ATTORNEY | EASTERN DISTRICT OF NEW YORK | 610 FEDERAL PLAZA, 5TH FL | CENTRAL ISLIP | NY | 11722 |
| UNITED STATES DEPARTMENT OF EDUCATION | OFFICE OF GENERAL COUNSEL | 400 MARYLAND AVE., SW ROOM 6E353 | | | WASHINGTON | DC | 20202-2110 |
| UNITED STATES DEPARTMENT OF EDUCATION | BANKRUPTCY LITIGATION SUPPORT | 50 UNITED NATIONS PLZ STE 1200 | | | SAN FRANCISCO | CA | 94102-4918 |
| UNITED STATES DEPARTMENT OF EDUCATION | FINANCIAL SQUARE | ATTN CHRISTOPHER CURRY | 32 OLD SLIP, 25TH FLOOR | | NEW YORK | NY | 10005 |
| WE DRIVE YOU, INC | ATTN CHRIS CUKAR | 700 AIRPORT BLVD, SUITE 250 | | | BURLINGAME | CA | 94010 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: JAY SMITH | 25 SOUTH CHARLES STREET, 11TH FLOOR | MAIL CODE: MD2-CS58 | | BALTIMORE | MD | 21201 |