## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 2nd day of February, 2017, a copy of the **Objection of Cigna Health and Life Insurance Company to Motion of the Debtor for an Order, Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, Authorizing the Debtor to Examine (I) Cigna Health and Life Insurance Company and (II) Healthplex, Inc.** was served upon the following parties.

**BY TELEFAX AND FIRST CLASS U.S. MAIL**

Sean C. Southard, Esq.
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY  10036

Brian D. Pfeiffer, Esq.
Neil S. Begley, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

P. Miyoko Sato, Esq.
Ian A. Hammel, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.
One Financial Center
Boston, MA  02111

Adam T. Berkowitz, Esq.
Garfunkel Wild, P.C.
111 Great Neck Road
Great Neck, NY  11021

Richard J. McCord, Esq.
Thomas J. McNamara, Esq.
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue 9th Floor
East Meadow, NY  11554

Ronald J. Friedman, Esq.
Gerard R. Luckman, Esq.
SilvermanAcampora, LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY  11753

Stan Yang, Esq.
Office of the United States Trustee
Alfonse D'Amato Federal Courthouse
560 Federal Plaza
Central Islip, NY  11722


Jeffrey C. Wisler

#05292731