**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-*
 *Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                              : Chapter 11
                                                   :
DOWLING COLLEGE,                                   :
f/d/b/a DOWLING INSTITUTE,                         : Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                     :
ASSOCIATION,                                       :
f/d/b/a CECOM,                                     :
a/k/a DOWLING COLLEGE, INC.,                       :
                                                   :
                            Debtor.                :
---------------------------------------------------------------x

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON FEBRUARY 6, 2017 AT 1:30 P.M.

| **Time and Date of Hearing:** | February 6, 2017 at 1:30 p.m. (Eastern Time) |
|---|---|
| **Location of Hearing:** | Courtroom of the Honorable Robert E. Grossman, United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 |
| **Copies of Motions and Applications:** | The Motions and Applications may be viewed on the Court's website (http://www.nyeb.uscourts.gov/) with a login and password to the Court's Public Access to |

|  | Court Electronic Records and copies of such documents can be obtained from the Debtor's noticing agent, Garden City Group, LLC at http://cases.gardencitygroup.com/dco. |
|---|---|

I. **Uncontested Matters:**

1.  Motion of the Debtor for an Order, Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, Authorizing the Debtor to Examine (I) Cigna Health and Life Insurance Company and (II) Healthplex, Inc. [DE 179]

    Responses Received:

    A.  Objection of Cigna Health and Life Insurance Company to Motion of the Debtor for an Order, Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, Authorizing the Debtor to Examine (I) Cigna Health and Life Insurance Company and (II) Healthplex, Inc. [DE 192]

    Status:  This matter is going forward.

2.  Motion by Patricia Karpowicz to Authorize the Debtor to Return Lion Statue Given in Memory of Christopher Karpowicz and Return Any Balance in the Christopher Karpowicz Memorial Scholarship Fund to the Family [DE 152]

    Responses Received:

    A.  Debtor's Statement in Response to Motion by Patricia Karpowicz to Authorize the Debtor to Return Lion Statue Given in Memory of Christopher Karpowicz and Return Any Balance in the Christopher Karpowicz Memorial Scholarship Fund to the Family [DE 190]

    Status:  This matter is going forward.

II. **Adversary Proceeding**:

3.  *Lori Zaikowski, on behalf of herself and all others similarly situated v. Dowling College,* Adv. Pro. No. 16-08178 (REG)

    Pretrial Conference

    Related Documents:

    A.    Second Amended Adversary Class Action Complaint [Adv. Pro. DE 3]

    B.      Summons and Notice of Pretrial Conference in Adversary Proceeding [Adv. Pro. DE 4]

    C.      Dowling College's Answer with Affirmative Defenses [Adv. Pro. DE 7]

<u>Status</u>:  This matter is going forward.

Dated:  New York, New York
        February 3, 2017

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:  */s/ Sean C. Southard*
     Sean C. Southard
     Lauren C. Kiss
     200 West 41st Street, 17th Floor
     New York, NY 10036
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email: ssouthard@klestadt.com
            lkiss@klestadt.com

*Counsel to the Debtor and Debtor in Possession*