**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re** : **Chapter 11**
:
**DOWLING COLLEGE,**[1] : **Case No. 16-75545 (REG)**
:
**Debtor.** :
:
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**  )
   ) ss
COUNTY OF **NASSAU**  )

I, Gea Somma, being duly sworn, depose and state:

1. I am an Assistant Director with the Garden City Group, LLC, the claims and noticing agent for the debtor and debtor-in-possession (the "Debtor") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On February 13, 2017, I caused a true and correct copy of the Form 2100B Notice to be served upon the respective parties identified on **Exhibit A** by first class mail.

/s/ Gea Somma
Gea Somma

Sworn to before me this 15th day of
February, 2017

/s/ Debra Wolther
Debra Wolther
Notary Public, State of New York
Qualified in Nassau County
No. 02WO4853469
Commission Expires January 27, 2018

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078). The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

# EXHIBIT A

| Docket # | Transferor | Transferee |
|---|---|---|
| 199 | Fox Glass Company East<br>45 Bloomingdale Road<br>Hicksville, NY 11801 | Fox Glass Company East<br>c/o Daca VI, LLC<br>1565 Hotel Circle South<br>Suite 310<br>San Diego, CA 92108 |