Page 1

1   UNITED STATES BANKRUPTCY COURT

2   EASTERN DISTRICT OF NEW YORK

3   Case No. 16-75545-reg

4   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5   In the Matter of:

6

7   DOWLING COLLEGE

8

9               Debtor.

10  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11  Adv. Case No. 16-08178-reg

12  Zaikowski

13  v.

14  Dowling College

15  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

16                          United States Bankruptcy Court

17                          Long Island Federal Courthouse

18                          2290 Federal Plaza

19                          Central Islip, NY 11722

20                          February 6, 2017

21                          2:10 PM

22  B E F O R E:

23  HON. ROBERT E. GROSSMAN

24  U.S. BANKRUPTCY JUDGE

25  ECRO:  UNKNOWN

1    HEARING RE #152:  Motion to Authorize/Direct debtor to return

2    Lion Statue given in memory of Christopher Karpowicz and return

3    any balance in the Christopher Karpowicz memorial scholarship

4    fund to the family

5

6    HEARING RE #179:  Motion for 2004 Examination Pursuant to Rule

7    2004 of the Federal Bankruptcy Procedure, Authorizing the

8    Debtor to Examine Cigna Health, Life Insurance Company and

9    Healthplex, Inc.

10

11   Adv. Case No. 16-08178-reg:

12   HEARING RE #4:  Summons and Notice of Pre-Trial Conference

13

14

15

16

17

18

19

20

21

22

23

24

25   Transcribed by:  Theresa Pullan

1   A P P E A R A N C E S :

2

3   KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP

4        Attorneys for Dowling College, Debtor

5        200 West 41st Street, 17th Floor

6        New York, NY  10036-7203

7   BY:   SEAN SOUTHART, ESQ.

8

9   SILVERMAN ACAMPORA LLP

10       Attorneys for Official Committee

11       100 Jericho Quadrangle, Suite 300

12       Jericho, NY  11753

13   BY:   RONALD J. FRIEDMAN, ESQ.

14

15   CERTILMAN BALIN ADLER & HYMAN

16       Attorneys for ACA Financial Guaranty Corp., Creditor

17       90 Merrick Avenue

18       East Meadow, NY  11554

19   BY:   RICHARD J. MCCORD, ESQ.

20

21   OFFICE OF THE UNITED STATES TRUSTEE

22       Long Island Federal Courthouse

23       560 Federal Plaza

24       Central Islip, NY  11722

25   BY:   STANG YANG, ESQ.

1                    P R O C E E D I N G S

2            THE CLERK:  Matter 62, Zaikowski v. Dowling College,

3    and matter number 63, Dowling College.

4            MR. SOUTHART:  Good afternoon, Your Honor, Sean

5    Southart of Klestadt Winters Jureller Southard & Stevens on

6    behalf of --

7            THE COURT:  I'm just fascinated about how these guys

8    are going to try to break up.  Some of you can sit over there,

9    that's okay.

10           MR. SOUTHART:  On behalf of the debtor, Dowling

11   College.

12           THE COURT:  Okay.

13           MR. MCCORD:  Good afternoon, Your Honor Richard

14   McCord [indiscernible].

15           MR. BERKOWITZ:  Good morning, Your Honor, Adam

16   Berkowitz, Garfunkel Wild [indiscernible].

17           MR. WARMUTH:  Glenn Warmuth, Stim & Warmuth on behalf

18   of Kim Poppiti.

19           MR. WISLER:  Good afternoon, Your Honor, Jeffrey

20   Wisler on behalf of Cigna Health and Life Insurance Company.

21           MR. KLEINBERG:  Good afternoon, Judge, Howard

22   Kleinberg, Meyer Suozzi for members of the board of directors,

23   trustees of Dowling.

24           MS. ROUPINIAN:  Good afternoon, Your Honor, Rene

25   Roupinian and Jack Raisner on behalf of Lori Zaikowski from the

Page 5

1    firm of Outten & Golden.

2            MR. FRIEDMAN:  Good afternoon, Your Honor, Ronald

3    Friedman from SilvermanAcampora, counsel to the committee.

4            MR. YANG:  Good afternoon, Your Honor, Stan Yang from

5    the United States Trustee.

6            THE CLERK:  Please state your phone appearance.

7            THE COURT:  Nobody?

8            THE CLERK:  Please state your phone appearance from

9    Dowling.

10            MS. FARBER:  Good afternoon, this is Peggy Farber

11    from the New York State Attorney General's Office.

12            THE COURT:  Okay.  That's it?  Okay.

13            MR. SOUTHART:  Good afternoon again, Your Honor, Sean

14    Southart for the record on behalf of Dowling College.

15            There are three matters on the calendar this

16    afternoon, Your Honor.  We had filed an agenda last week, and

17    if agreeable to Your Honor, we would proceed in accordance with

18    the agenda.

19            The first matter on that agenda is the debtor's

20    motion for an order pursuant to Rule 2004 of the Federal Rules

21    of Bankruptcy Procedure authorizing the debtor to examine both

22    Cigna Health and Life Insurance Company and Healthplex, Inc.

23            Your Honor, this motion and the discovery sought

24    relates to claims associated with the terminated health and

25    dental plans that the debtor was party to prior to the petition

1    date.

2            We've talked with Your Honor at prior hearings about

3    some of the issues, and you've heard from some of the claimants

4    who have not had claims paid as a result of the termination of

5    those plans.  And so we had attempted to get information on

6    behalf of the debtor from the discovery targets prior to filing

7    the motion.

8            We have one objection and a response by Cigna Health

9    and Life Insurance Company.  Counsel is here on behalf of Cigna

10   today.  And I will say that we have had some very productive

11   discussions on a counsel level both before that objection was

12   filed and after.

13           And I'm pleased to say that the parties believe they

14   resolved the discovery requests on an initial basis and have

15   prepared in essence an agreeable form of subpoena that Cigna

16   would respond to within 45 days providing the information that

17   it feels it's able to provide consistent with its obligations

18   and including in relation to privacy requirements that it is

19   bound by.  And so the parties I think have worked in good faith

20   to resolve that.

21           We had presented that proposed form of order to

22   chambers by email on Friday.  I hope that Your Honor had an

23   opportunity to review it.  It's fairly basic in terms of the

24   revisions to the form of the proposed order.  And it relates

25   only to Cigna because we did not receive any response from

1    Healthplex, and counsel only represents Cigna.

2              So with regard to Healthplex, Your Honor, the debtor

3    is requesting to go forward today with what is an unopposed

4    motion seeking --

5              THE COURT:  What does that entity have?

6              MR. SOUTHART:  I'm sorry, Your Honor?

7              THE COURT:  What does Health, whatever it is, have?

8              MR. SOUTHART:  Healthplex is the third-party

9    administrator in relation to the dental plan as opposed to

10   Cigna who is the administrator for the health care plan.

11             THE COURT:  And both Cigna and the other entity are

12   merely administrators, neither of them have any obligation to

13   pay bills.  Or is that --

14             MR. SOUTHART:  As a general matter, yes, they're not

15   serving as an insurance company in relation to the -- they are

16   truly in a third party administer, they process the claims and

17   ultimately the debtor is responsible, Dowling was responsible

18   to pay the claims as a self-insured party under the plan.

19             THE COURT:  And they self-insured to 100 percent of

20   the claims, or they had an insurance policy above the self-

21   insured?

22             MR. SOUTHART:  I believe it's 100 percent, Your

23   Honor.  There's some limited, I forget the exact phrase, stop

24   loss coverage that I believe exists under one of those

25   policies.  But, by and large it's 100 percent.

1          THE COURT:  And are the operations of these policies

2    under the auspices of either DOL or attorney general or

3    somebody?  Or is everybody allowed to just self-insure with no

4    restraint?

5          MR. SOUTHART: I don't know the technical answer to

6    that question, Your Honor.  But I will say that the U.S.

7    Department of Labor is interested in this termination and the

8    claims associated with it.  They have opened an investigation.

9    That investigation was opened prepetition, and the debtor has

10   been supplying the U.S. Department of Labor with information

11   responsive to their request.

12         THE COURT:  Yeah, I'm just curious because I've seen

13   some letters to me and other things, pleadings, but a lot of

14   letters.  Monies were either deducted or I guess deducted from

15   employees or others at Dowling on a monthly basis.  And that

16   pool formed the basis for the self-insured pool.  Correct?

17         MR. SOUTHART:  Deductions as well as contribution by

18   Dowling itself.

19         THE COURT:  Okay.  So you had a pool of money in

20   theory.  You have a pool of money whether it came from the

21   deduction that they credited, that they put in, or money they

22   collected.  So there's a pool of money.  Those funds are

23   maintained in a trust account, a separate account?  How -- do

24   we know?

25         MR. SOUTHART:  They were not -- my understanding is

1    they were not maintained in a separate trust account nor --

2              THE COURT:  How were they supposed to be?

3              MR. SOUTHART:  Nor were they required to be.

4              THE COURT:  Okay.  So you're saying that an entity

5    can have a self-insured program, collect money and take money

6    from its workers and comingle those funds with operating funds?

7    I don't know, I'm just asking.

8              MR. SOUTHART:  I'm not saying that.  I was answering

9    your question.  The details of this, Your Honor, I'm not

10   personally privy to it.

11             THE COURT:  And I don't suspect, I think this is

12   going to be a long journey to figure this one out.  But all I'm

13   trying to do is make sure nothing I do now with regards to the

14   agreement you have with Cigna in any way impedes, interferes,

15   challenges, waives the rest of this conversation.  I don't

16   think it does, but I just want to make sure of that.

17             MR. SOUTHART:  Yeah, I appreciate Your Honor's

18   concern.  I don't believe it does either.

19             THE COURT:  All right.

20             MR. SOUTHART:  In particular, the agreement that is

21   reached and memorialized in that agreed form of order does

22   provide the debtor with the ability to notice up the motion and

23   pursue additional requests for discovery under bankruptcy rule

24   2004.

25             THE COURT:  And it doesn't require that the documents

1    be kept -- does it require, I don't remember whether you are

2    permitted -- if someone subpoenas the documents from the

3    debtor, are you restrained from turning those documents over?

4    In the agreement.  You may have other reasons, but in the

5    agreement.

6            MR. SOUTHART:  If there's no formal statement as to

7    our response to a subpoena in the form of order, there is

8    contemplated that the debtor will take reasonable steps to

9    protect privacy of the information that will be provided to it.

10   So I would envision under that scenario if the party issuing

11   that subpoena was some entity that the debtor felt should not

12   be entitled to the information they were requesting from --

13           THE COURT:  I just want to make sure I can stop the

14   distribution of those documents if I feel they impinge on

15   personal information that shouldn't be out there.  I'm not

16   worried about --

17           MR. SOUTHART:  I understand.

18           THE COURT:  Period.  So the order is going to reflect

19   somehow if it's not in there now, that the debtor will have an

20   opportunity, in fact the responsibility to remain the privacy

21   of these folks.  The economic fight is one thing, but we're not

22   going to have medical records of people floating around in a

23   bunch of lawsuits.

24           MR. SOUTHART:  Understood, Your Honor.

25           THE COURT:  Does anybody want to be heard on this?

1    Okay.  So -- oh yeah, come on up.  Just tell me who you are.

2         MARIELLE:  My name is Marielle [indiscernible] of

3    Dowling College.  I just wanted to mention in the questions

4    that you had asked, most of the employees that have outstanding

5    claims they're backed up to almost December.  I think the

6    employees find it a little disturbing that Dowling College

7    doesn't have a record of any of those claims for such a long

8    period of time.  We have employees that have had surgeries that

9    were preapproved, dental procedures that were preapproved that

10   are not being paid.

11        The employees that were responsible, the HR Director,

12   and the CFO that were responsible for paying Cigna the monies

13   that apparently are outstanding and the monies that were

14   withdrawn from our salaries, are still working at the college,

15   and it's very discouraging to the employees.

16        THE COURT:  I think just, I don't want to cut you off

17   but, there's going to be a lot of things in cases like this

18   that seem illogical and become very disturbing to people.

19   Hopefully we'll be able to sort it out to put some reasoning to

20   it as the long prescribes.  Whether that gets you a

21   satisfactory answer or not, I can't answer now.  But all of

22   these people and the Court will endeavor to get all the people

23   who have rights whatever rights they have, they can't

24   manufacture money, but just going to have to let it unfold.

25        MARIELLE:  Okay.

1          THE COURT:  There is a proposed action which I guess

2     I'll be asked to turn into a class action at some point or not,

3     trying to cover a number of these issues.  Who the parties are

4     that are responsible, I don't know.  Where did the money come

5     from?  I don't know.  Depends on what the sales bring of the

6     properties.

7          So you're going to be noticed of these hearings, you

8     can show up, it's your right, I'll let you speak, and we'll see

9     if we can sort it out.  Again, I can't guarantee you're going

10    to like the answers, but we'll get you the answers.

11         MARIELLE:  Appreciate that.  Thank you.

12         THE COURT:  All right.  I'm going to grant -- well

13    actually you're going to do a stipulation with Cigna.  Or I

14    have a proposed order.

15         MR. SOUTHART:  You do, Your Honor.

16         THE COURT:  All right.  We'll enter that proposed

17    order.  And with regards to the other company, we're going to

18    enter the order you originally submitted.

19         MR. SOUTHART:  Thank you, Your Honor.

20         THE COURT:  Yes, that's what we'll do there.  Okay.

21         MR. SOUTHART:  Thank you.  The next item on the

22    calendar this afternoon, Your Honor, is a motion by Patricia

23    Karpowicz to authorize the debtor to return a lion statue given

24    in memory of her son, Christopher Karpowicz and to return any

25    balance in the Christopher Karpowicz memorial scholarship fund

1    to the family.

2            Your Honor, the debtor did file a response.

3            THE COURT:  I understand.  You're going to give them

4    back the statute, you don't have any money left.

5            MR. SOUTHART:  That's correct, Your Honor.

6            THE COURT:  And the parties have agreed that that's

7    where you are.

8            MR. SOUTHART:  That is correct, Your Honor.

9            THE COURT:  And Ms. Karpowicz and/or her family will

10   be responsible to remove the statue.

11           MR. SOUTHART:  Correct, Your Honor.  And we'll make

12   arrangements along those lines to everyone's mutual

13   satisfaction.

14           THE COURT:  And right.  Now it's being protected so

15   nothing is happening to that?

16           MR. SOUTHART:  Correct, Your Honor.

17           THE COURT:  All right.  We'll grant that motion.

18           MR. SOUTHART:  Thank you, Your Honor.

19           Then the final matter on the calendar this afternoon

20   is the pretrial conference in relation to Lori Zykowski

21   [phonetic] claim brought as proposed class representative to

22   various similarly situated employees who were terminated by

23   Dowling prior to the petition date.

24           The claims in this complaint are focused on the

25   Warren Act and related notices that they assert were required,

1    and ultimately claims up to 60 days worth of benefits and wages

2    associated with what they allege was a failure to give proper

3    Warren Act notice.

4         Your Honor, the debtor has filed an answer and

5    asserted various affirmative defenses.  The parties have

6    conferred by phone about how they see the case, the claims, the

7    defenses in general terms.  There is a view, a general view

8    that we're not yet sure whether these claims if they were to be

9    allowed are in the money so to speak and the parties I think

10   recognize that this is potentially the type of claims that

11   could be resolved through settlement discussions and

12   potentially mediation.

13        And so in essence what the plaintiff would like to do

14   is proceed with its class certification efforts and then the

15   parties would exchange some initial discovery.

16        THE COURT:  The first step is we either have to

17   certify it or not, because I've got to know who are the parties

18   to any action, who's speaking for whom.

19        MR. SOUTHART:  Yes, Your Honor.  And the debtor

20   desires the same clarification.  And although generally

21   speaking we think it may be helpful to an efficient resolution

22   for these matters to be brought up in a class way.  So we have

23   agreed on a form of pretrial order that was circulated to

24   chambers again on Friday.  It provides for that class

25   certification to take place initially.

1          THE COURT:  Make sure to take a look at Judge

2    Weinstein.  He just issued a decision on class actions.

3          MR. SOUTHART:  Will do, Your Honor.

4          THE COURT:  With all due respect to the Supreme

5    Court, I find Judge Weinstein much more helpful.

6          MR. SOUTHART:  We shall do that.  So, Your Honor, I

7    can take you through if you like, and you haven't had a chance

8    to review it, the proposed dates.

9          THE COURT:  Well I looked through it.  The only,

10    we're going to issue or enter a form order that we use relative

11    to mediation which means you guys get a minimal amount of time

12    to choose somebody, I don't generally make you choose anybody

13    within a certain pool, you choose anybody that you both agree

14    with.

15          But if you don't within that period of time, I'll

16    appoint somebody and you all will be responsible for paying

17    that person.  But the Court -- I don't let, I don't do a lot of

18    mediation, and the last thing I do is let the selection of a

19    mediator go on for months.  I've never quite understood that.

20    But it's premature until we resolve class certification issue.

21          In this case I think it works much better, I think

22    geographically it will work, question-wise it'll work, the main

23    issue.  I think counsel, proposed counsel, have expertise in

24    this area.  So I'll look at the papers, but I had a couple of

25    others where sometimes objection to claim process, especially

1    in a bankruptcy works as well or better, but not this one.  My

2    initial take, but I'll look at everybody's position.

3              I know Judge Lifland always used to try to counsel us

4    to not do classes, but I think in certain types of cases, it

5    makes sense.  And then if we can get that done quickly, you can

6    get to your mediation.  And the goal here is to get folks, at

7    least get them to know if they're going to get -- they might

8    not get any money.  But there also, there's going to be a

9    pocket of money.  How that money is whacked up, may be the

10   subject of some debate.

11             MR. SOUTHART:  Understood, Your Honor.

12             THE COURT:  All right.  I'll just wait on that.

13   We'll sign -- you have a proposed, the order you gave me has

14   class certification going in front of me when?

15             MR. SOUTHART:  On or before March 10, Your Honor.

16             THE COURT:  All right.

17             MR. SOUTHART:  And then mediation commencing

18   thereafter to be completed no later than July 10.

19             THE COURT:  All right.  The sale of the Oak Dale

20   property will be done by then.

21             MR. SOUTHART:  Indeed it will, Your Honor.

22             THE COURT:  So we'll know something about where the

23   world is going to be.

24             All right.  We'll grant that.

25             MR. SOUTHART:  Thank you, Your Honor.

1              Your Honor, that concludes the matters on the

2     calendar for today.  Just in terms of a couple of other items

3     to mention to Your Honor.  The bar date obviously was set and

4     noticed, was given broadly including by publication.  The

5     debtor and I think the committee have received a number of

6     calls and questions in the typical order of things, and those

7     are being responded to timely.

8              Your Honor, there have been discussions I understand

9     between the DIP lenders and the committee in relation to their

10    differing views on certain value items and I'm sure counsel can

11    speak to that for the committee.

12             THE COURT:  What are we doing with the restricted

13    funds accounts?  You guys figure that out yet?

14             MR. SOUTHART:  Your Honor, we filed an initial report

15    as we were required to do by the terms of the cash management

16    order that Your Honor entered on the first day of the case.

17    And we continued to try to identify some more details about

18    those, a couple of those accounts in question.  We have

19    generally satisfied ourselves on the debtor's side that the

20    largest of those funds which is the endowed scholarship funds

21    are properly restricted and will ultimately require some

22    additional non-bankruptcy relief about the ultimate disposition

23    of those funds.

24             THE COURT:  Where do they go?

25             MR. SOUTHART:  Well, Your Honor, the New York City

1    Attorney General's office, the charities bureau which is

2    charged with in essence looking out for the best interest of

3    the state of New York is responsible for giving its views and

4    in essence policing the disposition of excess --

5            THE COURT:  You don't get to select where it goes.

6    Or do you?

7            MR. SOUTHART:  Your Honor, the debtor would be able

8    to have standing to make a suggestion about where funds would

9    go.  In the typical order of things, the Attorney General's

10   Office likes to try to find an alternative home for those funds

11   where the charity in question has a similar mission to that of

12   the debtor entity.  So what I would envision ultimately

13   happening is that another college, probably a local college

14   might well be the beneficiary of those endowed scholarships.

15           THE COURT:  But they don't become general operating

16   funds to go to creditors.

17           MR. SOUTHART:  They do not, Your Honor.  They do not.

18           THE COURT:  Okay.

19           MR. SOUTHART:  And that's a subject matter that has

20   been discussed pretty extensively with the New York State

21   Attorney General Office.  Ms. Barber I believe is on the phone

22   today, and we will continue to discuss those matters and

23   provide the attorney general's office with information they

24   request.

25           THE COURT:  All right.  One other question.  On the

1   sale process, I'm deluged to some degree with copies of the

2   same thing which is what the sale is as well as large numbers

3   of people, probably folks who live in that area and have their

4   own views on what should happen.  Property is being sold with

5   the presumption that it's free and clear of what?

6          MR. SOUTHART:  Any and all claims and encumbrances,

7   Your Honor.  I think what the civic groups are concerned

8   about --

9          THE COURT:  Somebody apparently went in front of --

10  which town is this?

11         MR. SOUTHART:  This is Islip, Your Honor.

12         THE COURT:  I don't think it was the town of Islip.

13  They tried recently to have the facility declared a historical

14  or monument or something, which when we saw it we questioned

15  whether or not that in and of itself caused problems whether it

16  was a violation of the stay.  Now, I don't believe the town did

17  anything, but it's important that we, you all understand what's

18  going on there.

19         MR. SOUTHART:  Yes, Your Honor, that's actually one

20  of the other items I was going to bring to your attention.  The

21  debtor has met with the town of Islip recently, and with given

22  an indication that the town does intend to proceed with a

23  designation of at least the mansion, the Vanderbilt mansion, at

24  the Oakdale campus there are some other buildings that they are

25  considering that designation.  And the debtor and its advisors

1    are investigating the applicability of the stay, and

2    discussing --

3                THE COURT:  Mr. McCord is an expert on these things

4    at this point.

5                MR. SOUTHART:  Discussing some of the options that

6    may exist.  I think the town discussions have been productive,

7    and you know the debtor desires and I think all the creditors

8    that have an interest in that property have a desire certainly

9    to maximize the value and recognize that the town does have a

10   role to play in the development of that property.  So all the

11   parties are talking I think in a collegiate way and hopefully

12   we won't be in front of Your Honor requesting any relief in

13   that respect.

14               THE COURT:  That's my goal.

15               MR. SOUTHART:  Mine as well, Your Honor.

16               THE COURT:  We can resolve this without me having to

17   determine what happens to that facility.

18               MR. SOUTHART:  It is an unusual circumstance that

19   frankly I've not seen before with the designation.

20               THE COURT:  It's, the oddity is I have two cases

21   against the town [indiscernible] Huntington along the same

22   kinds of lines what towns can do and not do.  And if you all

23   can stay ahead of that, it will be very helpful.

24               MR. SOUTHART:  Yes, Your Honor.  We are trying to.

25               THE COURT:  Anybody want to be heard on anything?

1           MR. FRIEDMAN:  Briefly if I may, Your Honor.  We have

2      the committee, both Mr. Southart in his office and Mr.

3      Rosenfeld in his office have been very cooperative and

4      collaborative with access to information.  We're trying to get

5      as many things done informally as we can so as not to burden

6      the courts or drive up any unnecessary administrative expense

7      fees.  WE have had some extensive discussions with counsel to

8      the DIP lenders as recently as Friday and I wanted to at least

9      report to the Court that we believe in a matter of days not

10     weeks, but days, we should have the form of some kind of

11     proposal that the parties can hopefully put pen to paper on in

12     a more aggressive fashion to negotiate into a closure with a

13     goal to have an in-person meeting at least amongst counsel

14     between the committee and DIP lenders and certainly the CEO and

15     debtor's professionals either at the end of February, the first

16     week of March, so by the time we're back here on March 14th,

17     we've gotten all of that moved off into running around the

18     track the way it's supposed to be.

19           Secondarily, with respect to some of the committee's

20     informal investigation and an inquiry into the prefiling

21     operations of the college and certainly related to the board of

22     directors.  Had a discussion today with Mr. Kleinberg but I've

23     also previously discussed with the CEO and counsel for the

24     debtor getting access to some of the information that they have

25     in lieu of having to file a separate 2004 subpoena, and I

1    believe that that informal discovery will continue on a

2    parallel track with the sale process and hopefully yield some

3    benefit as well at least for information purposes if nothing

4    else.

5            THE COURT:  Okay.  All right.  Okay.  You guys came

6    all the way out. Do you want to say anything or are you happy

7    with where you are?

8            UNIDENTIFIED:  [indiscernible]

9            THE COURT:  You don't have to.  You're ahead of the

10   game right now, so you can only go backwards.

11           UNIDENTIFIED:  And the best advice is to sit down.

12           THE COURT:  Someone taught me that 25 years ago.  We

13   need a date.

14           MR. SOUTHART:  Your Honor, I believe we have March 14

15   for the DIP hearing, but we were under the impression that's

16   the only item that can be on the calendar for that date.

17           THE COURT:  The sale is supposed to take place on the

18   -- no?

19           MR. SOUTHART:  The bids are due, Your Honor, on the

20   27th of March.

21           THE COURT:  Okay.  So the sale won't take place for a

22   while.  All right.  So the 14th?

23           MR. SOUTHART:  We have a sale approval hearing

24   reserved for April 10th.

25           THE COURT:  If we don't have to do anything on March

1   14th, I'll let you just come back in April.  Do you think we're

2   going to have to be fighting about the DIP in March?

3          MR. SOUTHART:  I certainly hope not, Your Honor.

4          THE COURT:  All right.  Leave the March date.  If you

5   don't need it, let us know and we'll move you out until April.

6          MR. SOUTHART:  Okay.

7          THE COURT:  So whatever else is on, we'll adjourn to

8   that date.  You guys are going to do the certification, you're

9   going to move ahead on that and see what we can do with that?

10  Okay.  Thank you.

11         ALL:  Thank you, Your Honor.

12      (Proceedings concluded at 2:41 PM)

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          RULINGS

2     DESCRIPTION

3                                                    PAGE

4     HEARING RE #152:  Motion to Authorize/Direct

5     debtor to return Lion Statue given in memory

6     of Christopher Karpowicz and return any

7     balance in the Christopher Karpowicz memorial

8     scholarship fund to the family                    13

9

10    HEARING RE #179:  Motion for 2004 Examination

11    Pursuant to Rule 2004 of the Federal Bankruptcy

12    Procedure, Authorizing the Debtor to Examine

13    Cigna Health, Life Insurance Company and

14    Healthplex, Inc.                                  12

15

16    Adv. Case No. 16-08178-reg:

17    HEARING RE #4:  Summons and Notice of

18    Pre-Trial Conference

19

20

21

22

23

24

25

1                        CERTIFICATION

2           I, Theresa Pullan, certify that the foregoing is a

3    correct transcript from the official electronic sound recording

4    of the proceedings in the above-entitled matter.

5    **Theresa Pullan**
     Digitally signed by Theresa Pullan
     DN: cn=Theresa Pullan, o, ou,
     email=digital1@veritext.com, c=US
     Date: 2017.02.22 14:56:34 -05'00'

6    AAERT Certified Electronic Transcriber CET**00650

7    Theresa Pullan

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22    Veritext

23    330 Old Country Road

24    Suite 300

25    Mineola, NY   11501

| & | | |
| --- | --- | --- |

**&**   3:3,15 4:5,17
5:1

**0**

**00650**   25:6

**1**

**10**   16:15,18
**100**   3:11 7:19,22
7:25
**10036-7203**   3:6
**10th**   22:24
**11501**   25:25
**11554**   3:18
**11722**   1:19 3:24
**11753**   3:12
**12**   24:14
**13**   24:8
**14**   22:14
**14th**   21:16 22:22
23:1
**152**   2:1 24:4
**16-08178**   1:11
2:11 24:16
**16-75545**   1:3
**179**   2:6 24:10
**17th**   3:5

**2**

**200**   3:5
**2004**   2:6,7 5:20
9:24 21:25 24:10
24:11
**2017**   1:20
**2290**   1:18
**25**   22:12
**27th**   22:20
**2:10**   1:21
**2:41**   23:12

**3**

**300**   3:11 25:24
**330**   25:23

**4**

**4**   2:12 24:17
**41st**   3:5
**45**   6:16

**5**

**560**   3:23

**6**

**6**   1:20
**60**   14:1
**62**   4:2
**63**   4:3

**9**

**90**   3:17

**a**

**aaert**   25:6
**ability**   9:22
**able**   6:17 11:19
18:7
**aca**   3:16
**acampora**   3:9
**access**   21:4,24
**account**   8:23,23
9:1
**accounts**   17:13,18
**act**   13:25 14:3
**action**   12:1,2
14:18
**actions**   15:2
**adam**   4:15
**additional**   9:23
17:22
**adjourn**   23:7
**adler**   3:15
**administer**   7:16
**administrative**
21:6
**administrator**   7:9
7:10
**administrators**
7:12

**adv**   1:11 2:11
24:16
**advice**   22:11
**advisors**   19:25
**affirmative**   14:5
**afternoon**   4:4,13
4:19,21,24 5:2,4
5:10,13,16 12:22
13:19
**agenda**   5:16,18,19
**aggressive**   21:12
**ago**   22:12
**agree**   15:13
**agreeable**   5:17
6:15
**agreed**   9:21 13:6
14:23
**agreement**   9:14
9:20 10:4,5
**ahead**   20:23 22:9
23:9
**allege**   14:2
**allowed**   8:3 14:9
**alternative**   18:10
**amount**   15:11
**answer**   8:5 11:21
11:21 14:4
**answering**   9:8
**answers**   12:10,10
**anybody**   10:25
15:12,13 20:25
**apparently**   11:13
19:9
**appearance**   5:6,8
**applicability**   20:1
**appoint**   15:16
**appreciate**   9:17
12:11
**approval**   22:23
**april**   22:24 23:1,5
**area**   15:24 19:3
**arrangements**
13:12

**asked**   11:4 12:2
**asking**   9:7
**assert**   13:25
**asserted**   14:5
**associated**   5:24
8:8 14:2
**attempted**   6:5
**attention**   19:20
**attorney**   5:11 8:2
18:1,9,21,23
**attorneys**   3:4,10
3:16
**auspices**   8:2
**authorize**   2:1
12:23 24:4
**authorizing**   2:7
5:21 24:12
**avenue**   3:17

**b**

**b**   1:22
**back**   13:4 21:16
23:1
**backed**   11:5
**backwards**   22:10
**balance**   2:3 12:25
24:7
**balin**   3:15
**bankruptcy**   1:1
1:16,24 2:7 5:21
9:23 16:1 17:22
24:11
**bar**   17:3
**barber**   18:21
**basic**   6:23
**basis**   6:14 8:15,16
**behalf**   4:6,10,17
4:20,25 5:14 6:6,9
**believe**   6:13 7:22
7:24 9:18 18:21
19:16 21:9 22:1
22:14
**beneficiary**   18:14

**benefit** 22:3
**benefits** 14:1
**berkowitz** 4:15,16
**best** 18:2 22:11
**better** 15:21 16:1
**bids** 22:19
**bills** 7:13
**board** 4:22 21:21
**bound** 6:19
**break** 4:8
**briefly** 21:1
**bring** 12:5 19:20
**broadly** 17:4
**brought** 13:21
  14:22
**buildings** 19:24
**bunch** 10:23
**burden** 21:5
**bureau** 18:1

**c**

**c** 3:1 4:1
**calendar** 5:15
  12:22 13:19 17:2
  22:16
**calls** 17:6
**campus** 19:24
**can't** 11:21,23
  12:9
**care** 7:10
**case** 1:3,11 2:11
  14:6 15:21 17:16
  24:16
**cases** 11:17 16:4
  20:20
**cash** 17:15
**caused** 19:15
**central** 1:19 3:24
**ceo** 21:14,23
**certain** 15:13 16:4
  17:10
**certainly** 20:8
  21:14,21 23:3

**certification**
  14:14,25 15:20
  16:14 23:8 25:1
**certified** 25:6
**certify** 14:17 25:2
**certilman** 3:15
**cet** 25:6
**cfo** 11:12
**challenges** 9:15
**chambers** 6:22
  14:24
**chance** 15:7
**charged** 18:2
**charities** 18:1
**charity** 18:11
**choose** 15:12,12
  15:13
**christopher** 2:2,3
  12:24,25 24:6,7
**cigna** 2:8 4:20
  5:22 6:8,9,15,25
  7:1,10,11 9:14
  11:12 12:13 24:13
**circulated** 14:23
**circumstance**
  20:18
**city** 17:25
**civic** 19:7
**claim** 13:21 15:25
**claimants** 6:3
**claims** 5:24 6:4
  7:16,18,20 8:8
  11:5,7 13:24 14:1
  14:6,8,10 19:6
**clarification**
  14:20
**class** 12:2 13:21
  14:14,22,24 15:2
  15:20 16:14
**classes** 16:4
**clear** 19:5
**clerk** 4:2 5:6,8

**closure** 21:12
**collaborative** 21:4
**collect** 9:5
**collected** 8:22
**college** 1:7,14 3:4
  4:2,3,11 5:14 11:3
  11:6,14 18:13,13
  21:21
**collegiate** 20:11
**come** 11:1 12:4
  23:1
**comingle** 9:6
**commencing**
  16:17
**committee** 3:10
  5:3 17:5,9,11 21:2
  21:14
**committee's**
  21:19
**company** 2:8 4:20
  5:22 6:9 7:15
  12:17 24:13
**complaint** 13:24
**completed** 16:18
**concern** 9:18
**concerned** 19:7
**concluded** 23:12
**concludes** 17:1
**conference** 2:12
  13:20 24:18
**conferred** 14:6
**considering** 19:25
**consistent** 6:17
**contemplated**
  10:8
**continue** 18:22
  22:1
**continued** 17:17
**contribution** 8:17
**conversation** 9:15
**cooperative** 21:3
**copies** 19:1

**corp** 3:16
**correct** 8:16 13:5
  13:8,11,16 25:3
**counsel** 5:3 6:9,11
  7:1 15:23,23 16:3
  17:10 21:7,13,23
**country** 25:23
**couple** 15:24 17:2
  17:18
**court** 1:1,16 4:7
  4:12 5:7,12 7:5,7
  7:11,19 8:1,12,19
  9:2,4,11,19,25
  10:13,18,25 11:16
  11:22 12:1,12,16
  12:20 13:3,6,9,14
  13:17 14:16 15:1
  15:4,5,9,17 16:12
  16:16,19,22 17:12
  17:24 18:5,15,18
  18:25 19:9,12
  20:3,14,16,20,25
  21:9 22:5,9,12,17
  22:21,25 23:4,7
**courthouse** 1:17
  3:22
**courts** 21:6
**cover** 12:3
**coverage** 7:24
**credited** 8:21
**creditor** 3:16
**creditors** 18:16
  20:7
**curious** 8:12
**cut** 11:16

**d**

**d** 4:1
**dale** 16:19
**date** 6:1 13:23
  17:3 22:13,16
  23:4,8
**dates** 15:8

| | | | |
|---|---|---|---|
| **day** 17:16 | **director** 11:11 | **east** 3:18 | **exists** 7:24 |
| **days** 6:16 14:1 | **directors** 4:22 | **eastern** 1:2 | **expense** 21:6 |
| 21:9,10 | 21:22 | **economic** 10:21 | **expert** 20:3 |
| **debate** 16:10 | **discouraging** | **ecro** 1:25 | **expertise** 15:23 |
| **debtor** 1:9 2:1,8 | 11:15 | **efficient** 14:21 | **extensive** 21:7 |
| 3:4 4:10 5:21,25 | **discovery** 5:23 6:6 | **efforts** 14:14 | **extensively** 18:20 |
| 6:6 7:2,17 8:9 | 6:14 9:23 14:15 | **either** 8:2,14 9:18 | **f** |
| 9:22 10:3,8,11,19 | 22:1 | 14:16 21:15 | **f** 1:22 |
| 12:23 13:2 14:4 | **discuss** 18:22 | **electronic** 25:3,6 | **facility** 19:13 |
| 14:19 17:5 18:7 | **discussed** 18:20 | **email** 6:22 | 20:17 |
| 18:12 19:21,25 | 21:23 | **employees** 8:15 | **fact** 10:20 |
| 20:7 21:24 24:5 | **discussing** 20:2,5 | 11:4,6,8,11,15 | **failure** 14:2 |
| 24:12 | **discussion** 21:22 | 13:22 | **fairly** 6:23 |
| **debtor's** 5:19 | **discussions** 6:11 | **encumbrances** | **faith** 6:19 |
| 17:19 21:15 | 14:11 17:8 20:6 | 19:6 | **family** 2:4 13:1,9 |
| **december** 11:5 | 21:7 | **endeavor** 11:22 | 24:8 |
| **decision** 15:2 | **disposition** 17:22 | **endowed** 17:20 | **farber** 5:10,10 |
| **declared** 19:13 | 18:4 | 18:14 | **fascinated** 4:7 |
| **deducted** 8:14,14 | **distribution** 10:14 | **enter** 12:16,18 | **fashion** 21:12 |
| **deduction** 8:21 | **district** 1:2 | 15:10 | **february** 1:20 |
| **deductions** 8:17 | **disturbing** 11:6 | **entered** 17:16 | 21:15 |
| **defenses** 14:5,7 | 11:18 | **entitled** 10:12 | **federal** 1:17,18 |
| **degree** 19:1 | **documents** 9:25 | 25:4 | 2:7 3:22,23 5:20 |
| **deluged** 19:1 | 10:2,3,14 | **entity** 7:5,11 9:4 | 24:11 |
| **dental** 5:25 7:9 | **doesn't** 9:25 11:7 | 10:11 18:12 | **feel** 10:14 |
| 11:9 | **doing** 17:12 | **envision** 10:10 | **feels** 6:17 |
| **department** 8:7 | **dol** 8:2 | 18:12 | **fees** 21:7 |
| 8:10 | **don't** 8:5 9:7,11 | **especially** 15:25 | **felt** 10:11 |
| **depends** 12:5 | 9:15,18 10:1 | **esq** 3:7,13,19,25 | **fight** 10:21 |
| **description** 24:2 | 11:16 12:4,5 13:4 | **essence** 6:15 | **fighting** 23:2 |
| **designation** 19:23 | 15:12,15,17,17 | 14:13 18:2,4 | **figure** 9:12 17:13 |
| 19:25 20:19 | 18:5,15 19:12,16 | **everybody** 8:3 | **file** 13:2 21:25 |
| **desire** 20:8 | 22:9,25 23:5 | **everybody's** 16:2 | **filed** 5:16 6:12 |
| **desires** 14:20 20:7 | **dowling** 1:7,14 | **everyone's** 13:12 | 14:4 17:14 |
| **details** 9:9 17:17 | 3:4 4:2,3,10,23 | **exact** 7:23 | **filing** 6:6 |
| **determine** 20:17 | 5:9,14 7:17 8:15 | **examination** 2:6 | **final** 13:19 |
| **development** | 8:18 11:3,6 13:23 | 24:10 | **financial** 3:16 |
| 20:10 | **drive** 21:6 | **examine** 2:8 5:21 | **find** 11:6 15:5 |
| **differing** 17:10 | **due** 15:4 22:19 | 24:12 | 18:10 |
| **dip** 17:9 21:8,14 | **e** | **excess** 18:4 | **firm** 5:1 |
| 22:15 23:2 | **e** 1:22,22,23 3:1,1 | **exchange** 14:15 | **first** 5:19 14:16 |
| **direct** 2:1 24:4 | 4:1,1 | **exist** 20:6 | 17:16 21:15 |

**floating** 10:22
**floor** 3:5
**focused** 13:24
**folks** 10:21 16:6
 19:3
**foregoing** 25:2
**forget** 7:23
**form** 6:15,21,24
 9:21 10:7 14:23
 15:10 21:10
**formal** 10:6
**formed** 8:16
**forward** 7:3
**frankly** 20:19
**free** 19:5
**friday** 6:22 14:24
 21:8
**friedman** 3:13 5:2
 5:3 21:1
**front** 16:14 19:9
 20:12
**fund** 2:4 12:25
 24:8
**funds** 8:22 9:6,6
 17:13,20,20,23
 18:8,10,16

**g**

**g** 4:1
**game** 22:10
**garfunkel** 4:16
**general** 7:14 8:2
 14:7,7 18:15,21
**generally** 14:20
 15:12 17:19
**general's** 5:11
 18:1,9,23
**geographically**
 15:22
**getting** 21:24
**give** 13:3 14:2
**given** 2:2 12:23
 17:4 19:21 24:5

**giving** 18:3
**glenn** 4:17
**go** 7:3 15:19 17:24
 18:9,16 22:10
**goal** 16:6 20:14
 21:13
**goes** 18:5
**going** 4:8 9:12
 10:18,22 11:17,24
 12:7,9,12,13,17
 13:3 15:10 16:7,8
 16:14,23 19:18,20
 23:2,8,9
**golden** 5:1
**good** 4:4,13,15,19
 4:21,24 5:2,4,10
 5:13 6:19
**gotten** 21:17
**grant** 12:12 13:17
 16:24
**grossman** 1:23
**groups** 19:7
**guarantee** 12:9
**guaranty** 3:16
**guess** 8:14 12:1
**guys** 4:7 15:11
 17:13 22:5 23:8

**h**

**happen** 19:4
**happening** 13:15
 18:13
**happens** 20:17
**happy** 22:6
**haven't** 15:7
**health** 2:8 4:20
 5:22,24 6:8 7:7,10
 24:13
**healthplex** 2:9
 5:22 7:1,2,8 24:14
**heard** 6:3 10:25
 20:25
**hearing** 2:1,6,12
 22:15,23 24:4,10

24:17
**hearings** 6:2 12:7
**helpful** 14:21 15:5
 20:23
**historical** 19:13
**home** 18:10
**hon** 1:23
**honor** 4:4,13,15
 4:19,24 5:2,4,13
 5:16,17,23 6:2,22
 7:2,6,23 8:6 9:9
 10:24 12:15,19,22
 13:2,5,8,11,16,18
 14:4,19 15:3,6
 16:11,15,21,25
 17:1,3,8,14,16,25
 18:7,17 19:7,11
 19:19 20:12,15,24
 21:1 22:14,19
 23:3,11
**honor's** 9:17
**hope** 6:22 23:3
**hopefully** 11:19
 20:11 21:11 22:2
**howard** 4:21
**hr** 11:11
**huntington** 20:21
**hyman** 3:15

**i**

**identify** 17:17
**illogical** 11:18
**impedes** 9:14
**impinge** 10:14
**important** 19:17
**impression** 22:15
**including** 6:18
 17:4
**indication** 19:22
**indiscernible** 4:14
 4:16 11:2 20:21
 22:8
**informal** 21:20
 22:1

**informally** 21:5
**information** 6:5
 6:16 8:10 10:9,12
 10:15 18:23 21:4
 21:24 22:3
**initial** 6:14 14:15
 16:2 17:14
**initially** 14:25
**inquiry** 21:20
**insurance** 2:8
 4:20 5:22 6:9 7:15
 7:20 24:13
**insure** 8:3
**insured** 7:18,19
 7:21 8:16 9:5
**intend** 19:22
**interest** 18:2 20:8
**interested** 8:7
**interferes** 9:14
**investigating** 20:1
**investigation** 8:8
 8:9 21:20
**island** 1:17 3:22
**islip** 1:19 3:24
 19:11,12,21
**issue** 15:10,20,23
**issued** 15:2
**issues** 6:3 12:3
**issuing** 10:10
**item** 12:21 22:16
**items** 17:2,10
 19:20
**it'll** 15:22
**it's** 6:17,23 7:22
 7:25 10:19 11:15
 12:8 13:14 15:20
 19:5,17 20:20
 21:18
**i'll** 12:2,8 15:15
 15:24 16:2,12
 23:1
**i'm** 4:7 6:13 7:6
 8:12 9:7,8,9,12

10:15 12:12 17:10
19:1

**i've** 8:12 14:17
15:19 20:19 21:22

**j**

**j** 3:13,19
**jack** 4:25
**jeffrey** 4:19
**jericho** 3:11,12
**journey** 9:12
**judge** 1:24 4:21
15:1,5 16:3
**july** 16:18
**jureller** 3:3 4:5

**k**

**karpowicz** 2:2,3
12:23,24,25 13:9
24:6,7
**kept** 10:1
**kim** 4:18
**kind** 21:10
**kinds** 20:22
**kleinberg** 4:21,22
21:22
**klestadt** 3:3 4:5
**know** 8:5,24 9:7
12:4,5 14:17 16:3
16:7,22 20:7 23:5

**l**

**labor** 8:7,10
**large** 7:25 19:2
**largest** 17:20
**lawsuits** 10:23
**leave** 23:4
**left** 13:4
**lenders** 17:9 21:8
21:14
**letters** 8:13,14
**level** 6:11
**lieu** 21:25
**life** 2:8 4:20 5:22
6:9 24:13

**lifland** 16:3
**likes** 18:10
**limited** 7:23
**lines** 13:12 20:22
**lion** 2:2 12:23
24:5
**little** 11:6
**live** 19:3
**llp** 3:3,9
**local** 18:13
**long** 1:17 3:22
9:12 11:7,20
**look** 15:1,24 16:2
**looked** 15:9
**looking** 18:2
**lori** 4:25 13:20
**loss** 7:24
**lot** 8:13 11:17
15:17

**m**

**main** 15:22
**maintained** 8:23
9:1
**management**
17:15
**mansion** 19:23,23
**manufacture**
11:24
**march** 16:15
21:16,16 22:14,20
22:25 23:2,4
**marielle** 11:2,2,25
12:11
**matter** 1:5 4:2,3
5:19 7:14 13:19
18:19 21:9 25:4
**matters** 5:15
14:22 17:1 18:22
**maximize** 20:9
**mccord** 3:19 4:13
4:14 20:3
**meadow** 3:18

**means** 15:11
**mediation** 14:12
15:11,18 16:6,17
**mediator** 15:19
**medical** 10:22
**meeting** 21:13
**members** 4:22
**memorial** 2:3
12:25 24:7
**memorialized**
9:21
**memory** 2:2 12:24
24:5
**mention** 11:3 17:3
**merely** 7:12
**merrick** 3:17
**met** 19:21
**meyer** 4:22
**mine** 20:15
**mineola** 25:25
**minimal** 15:11
**mission** 18:11
**money** 8:19,20,21
8:22 9:5,5 11:24
12:4 13:4 14:9
16:8,9,9
**monies** 8:14 11:12
11:13
**monthly** 8:15
**months** 15:19
**monument** 19:14
**morning** 4:15
**motion** 2:1,6 5:20
5:23 6:7 7:4 9:22
12:22 13:17 24:4
24:10
**move** 23:5,9
**moved** 21:17
**mutual** 13:12

**n**

**n** 3:1 4:1
**name** 11:2

**need** 22:13 23:5
**negotiate** 21:12
**neither** 7:12
**never** 15:19
**new** 1:2 3:6 5:11
17:25 18:3,20
**non** 17:22
**notice** 2:12 9:22
14:3 24:17
**noticed** 12:7 17:4
**notices** 13:25
**number** 4:3 12:3
17:5
**numbers** 19:2
**ny** 1:19 3:6,12,18
3:24 25:25

**o**

**o** 1:22 4:1
**oak** 16:19
**oakdale** 19:24
**objection** 6:8,11
15:25
**obligation** 7:12
**obligations** 6:17
**obviously** 17:3
**oddity** 20:20
**office** 3:21 5:11
18:1,10,21,23
21:2,3
**official** 3:10 25:3
**oh** 11:1
**okay** 4:9,12 5:12
5:12 8:19 9:4 11:1
11:25 12:20 18:18
22:5,5,21 23:6,10
**old** 25:23
**opened** 8:8,9
**operating** 9:6
18:15
**operations** 8:1
21:21
**opportunity** 6:23
10:20

opposed 7:9
options 20:5
order 5:20 6:21
  6:24 9:21 10:7,18
  12:14,17,18 14:23
  15:10 16:13 17:6
  17:16 18:9
originally 12:18
outstanding 11:4
  11:13
outten 5:1

**p**

p 3:1,1 4:1
page 24:3
paid 6:4 11:10
paper 21:11
papers 15:24
parallel 22:2
particular 9:20
parties 6:13,19
  12:3 13:6 14:5,9
  14:15,17 20:11
  21:11
party 5:25 7:8,16
  7:18 10:10
patricia 12:22
pay 7:13,18
paying 11:12
  15:16
peggy 5:10
pen 21:11
people 10:22
  11:18,22,22 19:3
percent 7:19,22
  7:25
period 10:18 11:8
  15:15
permitted 10:2
person 15:17
  21:13
personal 10:15
personally 9:10

petition 5:25
  13:23
phone 5:6,8 14:6
  18:21
phonetic 13:21
phrase 7:23
place 14:25 22:17
  22:21
plaintiff 14:13
plan 7:9,10,18
plans 5:25 6:5
play 20:10
plaza 1:18 3:23
pleadings 8:13
please 5:6,8
pleased 6:13
pm 1:21 23:12
pocket 16:9
point 12:2 20:4
policies 7:25 8:1
policing 18:4
policy 7:20
pool 8:16,16,19,20
  8:22 15:13
poppiti 4:18
position 16:2
potentially 14:10
  14:12
pre 2:12 24:18
preapproved 11:9
  11:9
prefiling 21:20
premature 15:20
prepared 6:15
prepetition 8:9
prescribes 11:20
presented 6:21
presumption 19:5
pretrial 13:20
  14:23
pretty 18:20
previously 21:23

prior 5:25 6:2,6
  13:23
privacy 6:18 10:9
  10:20
privy 9:10
probably 18:13
  19:3
problems 19:15
procedure 2:7
  5:21 24:12
procedures 11:9
proceed 5:17
  14:14 19:22
proceedings
  23:12 25:4
process 7:16
  15:25 19:1 22:2
productive 6:10
  20:6
professionals
  21:15
program 9:5
proper 14:2
properly 17:21
properties 12:6
property 16:20
  19:4 20:8,10
proposal 21:11
proposed 6:21,24
  12:1,14,16 13:21
  15:8,23 16:13
protect 10:9
protected 13:14
provide 6:17 9:22
  18:23
provided 10:9
provides 14:24
providing 6:16
publication 17:4
pullan 2:25 25:2,7
purposes 22:3
pursuant 2:6 5:20
  24:11

pursue 9:23
put 8:21 11:19
  21:11

**q**

quadrangle 3:11
question 8:6 9:9
  15:22 17:18 18:11
  18:25
questioned 19:14
questions 11:3
  17:6
quickly 16:5
quite 15:19

**r**

r 1:22 3:1 4:1
raisner 4:25
reached 9:21
reasonable 10:8
reasoning 11:19
reasons 10:4
receive 6:25
received 17:5
recognize 14:10
  20:9
record 5:14 11:7
recording 25:3
records 10:22
reflect 10:18
reg 1:3,11 2:11
  24:16
regard 7:2
regards 9:13
  12:17
related 13:25
  21:21
relates 5:24 6:24
relation 6:18 7:9
  7:15 13:20 17:9
relative 15:10
relief 17:22 20:12
remain 10:20
remember 10:1

**remove** 13:10
**rene** 4:24
**report** 17:14 21:9
**representative** 13:21
**represents** 7:1
**request** 8:11 18:24
**requesting** 7:3 10:12 20:12
**requests** 6:14 9:23
**require** 9:25 10:1 17:21
**required** 9:3 13:25 17:15
**requirements** 6:18
**reserved** 22:24
**resolution** 14:21
**resolve** 6:20 15:20 20:16
**resolved** 6:14 14:11
**respect** 15:4 20:13 21:19
**respond** 6:16
**responded** 17:7
**response** 6:8,25 10:7 13:2
**responsibility** 10:20
**responsible** 7:17 7:17 11:11,12 12:4 13:10 15:16 18:3
**responsive** 8:11
**rest** 9:15
**restrained** 10:3
**restraint** 8:4
**restricted** 17:12 17:21
**result** 6:4

**return** 2:1,2 12:23 12:24 24:5,6
**review** 6:23 15:8
**revisions** 6:24
**richard** 3:19 4:13
**right** 9:19 12:8,12 12:16 13:14,17 16:12,16,19,24 18:25 22:5,10,22 23:4
**rights** 11:23,23
**road** 25:23
**robert** 1:23
**role** 20:10
**ronald** 3:13 5:2
**rosenfeld** 21:3
**roupinian** 4:24,25
**rule** 2:6 5:20 9:23 24:11
**rules** 5:20
**rulings** 24:1
**running** 21:17

**s**

**s** 3:1 4:1
**salaries** 11:14
**sale** 16:19 19:1,2 22:2,17,21,23
**sales** 12:5
**satisfaction** 13:13
**satisfactory** 11:21
**satisfied** 17:19
**saw** 19:14
**saying** 9:4,8
**scenario** 10:10
**scholarship** 2:3 12:25 17:20 24:8
**scholarships** 18:14
**sean** 3:7 4:4 5:13
**secondarily** 21:19
**see** 12:8 14:6 23:9
**seeking** 7:4

**seen** 8:12 20:19
**select** 18:5
**selection** 15:18
**self** 7:18,19,20 8:3 8:16 9:5
**sense** 16:5
**separate** 8:23 9:1 21:25
**serving** 7:15
**set** 17:3
**settlement** 14:11
**shouldn't** 10:15
**show** 12:8
**side** 17:19
**sign** 16:13
**silverman** 3:9
**silvermanacam...** 5:3
**similar** 18:11
**similarly** 13:22
**sit** 4:8 22:11
**situated** 13:22
**sold** 19:4
**somebody** 8:3 15:12,16 19:9
**son** 12:24
**sorry** 7:6
**sort** 11:19 12:9
**sought** 5:23
**sound** 25:3
**southard** 3:3 4:5
**southart** 3:7 4:4,5 4:10 5:13,14 7:6,8 7:14,22 8:5,17,25 9:3,8,17,20 10:6 10:17,24 12:15,19 12:21 13:5,8,11 13:16,18 14:19 15:3,6 16:11,15 16:17,21,25 17:14 17:25 18:7,17,19 19:6,11,19 20:5 20:15,18,24 21:2

22:14,19,23 23:3 23:6
**speak** 12:8 14:9 17:11
**speaking** 14:18,21
**stan** 5:4
**standing** 18:8
**stang** 3:25
**state** 5:6,8,11 18:3 18:20
**statement** 10:6
**states** 1:1,16 3:21 5:5
**statue** 2:2 12:23 13:10 24:5
**statute** 13:4
**stay** 19:16 20:1,23
**step** 14:16
**steps** 10:8
**stevens** 3:3 4:5
**stim** 4:17
**stipulation** 12:13
**stop** 7:23 10:13
**street** 3:5
**subject** 16:10 18:19
**submitted** 12:18
**subpoena** 6:15 10:7,11 21:25
**subpoenas** 10:2
**suggestion** 18:8
**suite** 3:11 25:24
**summons** 2:12 24:17
**suozzi** 4:22
**supplying** 8:10
**supposed** 9:2 21:18 22:17
**supreme** 15:4
**sure** 9:13,16 10:13 14:8 15:1 17:10

surgeries 11:8
suspect 9:11

**t**

take 9:5 10:8
14:25 15:1,7 16:2
22:17,21
talked 6:2
talking 20:11
targets 6:6
taught 22:12
technical 8:5
tell 11:1
terminated 5:24
13:22
termination 6:4
8:7
terms 6:23 14:7
17:2,15
thank 12:11,19,21
13:18 16:25 23:10
23:11
that's 4:9 5:12
12:20 13:5,6
18:19 19:19 20:14
22:15
theory 8:20
theresa 2:25 25:2
25:7
there's 7:23 8:22
10:6 11:17 16:8
they're 7:14 11:5
16:7
thing 10:21 15:18
19:2
things 8:13 11:17
17:6 18:9 20:3
21:5
think 6:19 9:11,16
11:5,16 14:9,21
15:21,21,23 16:4
17:5 19:7,12 20:6
20:7,11 23:1

third 7:8,16
three 5:15
time 11:8 15:11
15:15 21:16
timely 17:7
today 6:10 7:3
17:2 18:22 21:22
town 19:10,12,16
19:21,22 20:6,9
20:21
towns 20:22
track 21:18 22:2
transcribed 2:25
transcriber 25:6
transcript 25:3
trial 2:12 24:18
tried 19:13
truly 7:16
trust 8:23 9:1
trustee 3:21 5:5
trustees 4:23
try 4:8 16:3 17:17
18:10
trying 9:13 12:3
20:24 21:4
turn 12:2
turning 10:3
two 20:20
type 14:10
types 16:4
typical 17:6 18:9

**u**

u.s. 1:24 8:6,10
ultimate 17:22
ultimately 7:17
14:1 17:21 18:12
understand 10:17
13:3 17:8 19:17
understanding
8:25
understood 10:24
15:19 16:11

unfold 11:24
unidentified 22:8
22:11
united 1:1,16 3:21
5:5
unknown 1:25
unnecessary 21:6
unopposed 7:3
unusual 20:18
use 15:10

**v**

v 1:13 4:2
value 17:10 20:9
vanderbilt 19:23
various 13:22
14:5
veritext 25:22
view 14:7,7
views 17:10 18:3
19:4
violation 19:16

**w**

wages 14:1
wait 16:12
waives 9:15
want 9:16 10:13
10:25 11:16 20:25
22:6
wanted 11:3 21:8
warmuth 4:17,17
4:17
warren 13:25
14:3
way 9:14 14:22
20:11 21:18 22:6
week 5:16 21:16
weeks 21:10
weinstein 15:2,5
went 19:9
west 3:5
we'll 11:19 12:8
12:10,16,20 13:11
13:17 16:13,22,24

23:5,7
we're 10:21 12:17
14:8 15:10 21:16
23:1
we've 6:2 21:17
whacked 16:9
what's 19:17
who's 14:18
wild 4:16
winters 3:3 4:5
wise 15:22
wisler 4:19,20
withdrawn 11:14
won't 20:12 22:21
work 15:22,22
worked 6:19
workers 9:6
working 11:14
works 15:21 16:1
world 16:23
worried 10:16
worth 14:1

**x**

x 1:4,10,15

**y**

yang 3:25 5:4,4
yeah 8:12 9:17
11:1
years 22:12
yield 22:2
york 1:2 3:6 5:11
17:25 18:3,20
you're 9:4 12:7,9
12:13 13:3 22:9
23:8
you've 6:3

**z**

zaikowski 1:12
4:2,25
zykowski 13:20