# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: smarcus | Date Created: 2/23/2017 |
| Case: 8–16–75545–reg | Form ID: 295 | Total: 9 |

**Recipients of Notice of Electronic Filing:**
aty    Joseph Charles Corneau    jcorneau@klestadt.com
aty    Lauren Catherine Kiss    lkiss@klestadt.com
aty    Richard J McCord    rmccord@certilmanbalin.com
aty    Ronald J Friedman    efilings@spallp.com
aty    Sean C Southard    ssouthard@klestadt.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Dowling College    150 Idle Hour Blvd.    Oakdale, NY 11769
aty    Klestadt Winters Jureller Southard & Stevens, LLP    200 West 41st Street    17th Floor    New York, NY 10036–7203
    Sean Southard, Esq.    Klestadt Winters Jureller    Southard & Stevens, LLP    200 West 41st Street, 17th Floor    New York, NY 10036–7203
    Stan Yang, Esq.    Office of the US Trustee    560 Federal Plaza    Central Islip, NY 11722

TOTAL: 4