**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-*
  *Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| DOWLING COLLEGE, : | |
| f/d/b/a DOWLING INSTITUTE, : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI : | |
| ASSOCIATION, : | |
| f/d/b/a CECOM, : | |
| a/k/a DOWLING COLLEGE, INC., : | |
| : | |
| Debtor. : | |

---------------------------------------------------------------x

### NOTICE OF FILING OF AMENDED SCHEDULES OF
### ASSETS AND LIABILITIES FOR DOWLING COLLEGE

**PLEASE TAKE NOTICE** that on December 13, 2016, Dowling College (the "Debtor") filed its *Schedules of Asset and Liabilities* [Docket No. 93] (the "Original Schedules") with the United States Bankruptcy Court for the Eastern District of New York (the "Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that the Debtor hereby amends the Original Schedules (the "Amended Schedules"). Except as set forth in the Amended Schedules, the Original Schedules, including but not limited to the Global Notes Regarding Debtor's Bankruptcy Schedules and Statements, remain in full force and effect. The Declaration Pursuant to E.D.N.Y.

LBR 1009-1(a) is attached hereto as **Exhibit A**. A copy of the notice sent to creditors affected by the Amended Schedules is attached hereto as **Exhibit B**.

Dated: New York, New York
February 23, 2017

          **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
     Sean C. Southard
     Lauren C. Kiss
     200 West 41st Street, 17th Floor
     New York, New York 10036
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email: ssouthard@klestadt.com
            lkiss@klestadt.com

     *Counsel to the Debtor and*
      *Debtor-in-Possession*