# **Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re                                          :        Chapter 11
                                               :
DOWLING COLLEGE,                               :
f/d/b/a DOWLING INSTITUTE,                      :        Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                 :
ASSOCIATION,                                   :
f/d/b/a CECOM,                                 :
a/k/a DOWLING COLLEGE, INC.,                   :
                                               :
                                    Debtor.    :
------------------------------------------------------------x

## DECLARATION PURSUANT TO E.D.N.Y. LBR 1009-1(a)

Robert S. Rosenfeld, Chief Restructuring Officer of Dowling College (the "Debtor"), makes this

declaration under 28 U.S.C. § 1746, and states the following:

      1.      Debtor filed a petition under chapter 11 of the Bankruptcy Code on November 29, 2016.

      2.      Filed herewith as **Exhibit A** is an amendment to Schedule A/B and E/F previously filed herein.

      3.      Set forth below is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

Schedule A/B has been amended as follows:

| Number in Schedules | Name of Institution in Original Schedules | Last 4 digits of account number in Original Schedules | Name of Institution in Amended Schedules | Last 4 digits of account number in Amended Schedules |
|---|---|---|---|---|
| 3.25 | Lazard Asset Management 30 Rockefeller Plaza New York, NY 10112 | 6340 | TD Wealth 1701 Marlton Pike E. Cherry Hill, NJ 08003 | 5014 |

| Number in Schedules | Name of Institution in Original Schedules | Last 4 digits of account number in Original Schedules | Name of Institution in Amended Schedules | Last 4 digits of account number in Amended Schedules |
|---|---|---|---|---|
| 3.26 | Lazard Asset Management 30 Rockefeller Plaza New York, NY 10112 | 8252 | TD Wealth 1701 Marlton Pike E. Cherry Hill, NJ 08003 | 5014 |
| 3.27 | TD Wealth 1701 Marlton Pike E Cherry Hill, NJ 08003 | 3012 | TD Wealth 1701 Marlton Pike E Cherry Hill, NJ 08003 | 6012 |

Schedule E/F has been amended as follows:

| Number in Schedules | Nonpriority's Creditor's Name and Mailing Address in Original Schedules | Nonpriority's Creditor's Name and Mailing Address in Amended Schedules |
|---|---|---|
| 3.39 | Arnold Saunders 25 Harbor Watch Court Sag Harbor, NY 11963 | Arnold Saunders 219 Lawrence Avenue Inwood, NY 11096 |
| 3.71 | Carlos Alvarez 25 Harbor Watch Court Sag Harbor, NY 11963 | Carlos Alvarez 6A Kings Court Valley Cottage, NY 10989 |
| 3.80 | Casa Del Campo 25 Harbor Watch Court Sag Harbor, NY 11963 | Casa Del Campo 1159 Deer Park Avenue North Babylon, NY 11703 |
| 3.121 | David J. Jensen 25 Harbor Watch Court Sag Harbor, NY 11963 | David J. Jensen 7 Game Court East Setauket, NY 11733 |
| 3.191 | Gregory Quirolo 25 Harbor Watch Court Sag Harbor, NY 11963 | Gregory Quirolo 358 Washington Avenue Pelham, NY 10803 |
| 3.197 | Hector M. Martinez Jr. 25 Harbor Watch Court Sag Harbor, NY 11963 | Hector M. Martinez Jr. 54 Claude Avenue Denville, NJ 07834 |

| Number in Schedules | Nonpriority's Creditor's Name and Mailing Address in Original Schedules | Nonpriority's Creditor's Name and Mailing Address in Amended Schedules |
|---|---|---|
| 3.250 | Joe Silvent<br>25 Harbor Watch Court<br>Sag Harbor, NY 11963 | Joe Silvent<br>PO Box 489<br>Effort, PA 18330 |
| 3.251 | John G. Trotta<br>25 Harbor Watch Court<br>Sag Harbor, NY 11963 | John G. Trotta<br>13 Brand Street<br>Hastings on Hudson, NY 10706 |
| 3.255 | John Tuttle<br>25 Harbor Watch Court<br>Sag Harbor, NY 11963 | John Tuttle<br>11 Jervis Avenue<br>Farmingdale, NY 11735 |
| 3.259 | Jose F. Talavera<br>25 Harbor Watch Court<br>Sag Harbor, NY 11963 | Jose F. Talavera<br>110 Pine Street<br>Deer Park, NY 11729 |
| 3.267 | Joseph Manzione<br>25 Harbor Watch Court<br>Sag Harbor, NY 11963 | Joseph Manzione<br>31-14 23 Road #13<br>Astoria, NY 11105 |
| 3.346 | Mary Cappasso<br>25 Harbor Watch Court<br>Sag Harbor, NY 11963 | Mary Cappasso<br>31 Noahs Path<br>Rocky Point, NY 11778 |
| 3.446 | Robert Gross<br>25 Harbor Watch Court<br>Sag Harbor, NY 11963 | Robert Gross<br>1 Woodstone Court<br>South Huntington, NY 11746 |
| 3.451 | Robert Moccia<br>25 Harbor Watch Court<br>Sag Harbor, NY 11963 | Robert Moccia<br>208-04 Robert Road<br>Bayside, NY 11360 |
| 3.498 | Steven Murray<br>25 Harbor Watch Court<br>Sag Harbor, NY 11963 | Steven Murray<br>34 Lakewood Road<br>Lake Ronkonkoma, NY 11779 |
| 3.509 | Susan Wendy Fox<br>25 Harbor Watch Court<br>Sag Harbor, NY 11963 | Susan Wendy Fox<br>32 Caleb Brewster Road<br>East Setauket, NY 11733 |

4.     An amended mailing matrix is annexed hereto as **<u>Exhibit B</u>**, reflecting only changes adding or deleting as have been referred to above.

Dated: February 22, 2017

<u>/s/ Robert S. Rosenfeld</u>
Robert S. Rosenfeld
Chief Restructuring Officer

# Exhibit A

**Fill in this information to identify the case:**

Debtor name    **Dowling College**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **16-75545 (REG)**

■ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **US Bank, NA**<br>**800 Nicollet Mall**<br>**Minneapolis, MN 55402** | **Restricted Perkins** | **1467** | **$254,006.51** |
| 3.2. | **TD Bank, NA**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **Operating Account** | **7019** | **$0.00** |
| 3.3. | **TD Bank, NA**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **A/P Disb. Account** | **6763** | **$0.00** |
| 3.4. | **TD Bank, NA**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **A/P Manual Disb.** | **6748** | **$0.00** |
| 3.5. | **TD Bank, NA**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **Payroll** | **6771** | **$0.00** |
| 3.6. | **TD Bank, NA**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **Merchant Account** | **6755** | **$0.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Dowling College** | | Case number *(If known)* **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.7. | **TD Bank, NA**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **Refund Account** | **6522** | **$0.00** |
| 3.8. | **TD Bank, NA**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **Flexible Spending**<br>**Account** | **4257** | **$0.67** |
| 3.9. | **TD Bank, NA**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **(Reserves)TD Sewage**<br>**Treatment Replacement**<br>**Par** | **3090** | **$2.48** |
| 3.10<br>. | **TD Bank, NA**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **(Reserves)TD Sewage**<br>**Treatment Maintenance**<br>**Fund** | **3082** | **$2.48** |
| 3.11<br>. | **TD Bank, NA**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **TD Activity Account**<br>**(Checking)** | **3699** | **$0.06** |
| 3.12<br>. | **TD Bank, NA**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **Student Activity Center**<br>**Money Market** | **2490** | **$0.00** |
| 3.13<br>. | **Rabobank, NA**<br>**2100 South Blosser Road**<br>**Santa Monica, CA 93458** | **Operating Account** | **2066** | **$0.00** |
| 3.14<br>. | **Rabobank, NA**<br>**2100 South Blosser Road**<br>**Santa Monica, CA 93458** | **2002 Bond Series**<br>**Disbursement Account** | **2070** | **$0.00** |
| 3.15<br>. | **Rabobank, NA**<br>**2100 South Blosser Road**<br>**Santa Monica, CA 93458** | **Creditor**<br>**Funding/Depository**<br>**Overhead** | **2067** | **$0.00** |
| 3.16<br>. | **Rabobank, NA**<br>**2100 South Blosser Road**<br>**Santa Monica, CA 93458** | **Creditor**<br>**Funding/Depository**<br>**Overhead** | **2068** | **$0.00** |
| 3.17<br>. | **Rabobank, NA**<br>**2100 South Blosser Road**<br>**Santa Monica, CA 93458** | **2015 Bond Series**<br>**Disbursement Account** | **2069** | **$0.00** |
| 3.18<br>. | **Rabobank, NA**<br>**2100 South Blosser Road**<br>**Santa Monica, CA 93458** | **2006 Bond Series**<br>**Disbursement Account** | **2072** | **$0.00** |
| 3.19<br>. | **Astoria Bank**<br>**1 Astoria Bank Plaza**<br>**Lake Success, NY 11042** | **Cash - Astoria Federal,**<br>**Cash only** | **9057** | **$34,319.44** |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Dowling College**
Name

Case number *(If known)*  **16-75545 (REG)**

| | | | | |
|---|---|---|---|---|
| 3.20. | **Astoria Bank**<br>**1 Astoria Bank Plaza**<br>**Lake Success, NY 11042** | **Cash - Astoria Federal,**<br>**Cash Reserve** | 5595 | $2,749.79 |
| 3.21. | **Astoria Bank**<br>**1 Astoria Bank Plaza**<br>**Lake Success, NY 11042** | **Cash - Astoria Federal,**<br>**Payroll Escrow** | 8781 | $271.44 |
| 3.22. | **Astoria Bank**<br>**1 Astoria Bank Plaza**<br>**Lake Success, NY 11042** | **Astoria Port Jeff.** | 2706 | $603.02 |
| 3.23. | **Astoria Bank**<br>**1 Astoria Bank Plaza**<br>**Lake Success, NY 11042** | **Cash - Astoria Federal,**<br>**Port Jeff MM** | 0780 | $356.00 |
| 3.24. | **TD Wealth**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **Restricted - Buescher**<br>**Trust Money Market** | 3018 | $64,872.46 |
| 3.25. | **TD Wealth**<br>**1701 Marlton Pike E.**<br>**Cherry Hill, NJ 08003** | **Restricted Money Market** | 5014 | $48,717.00 |
| 3.26. | **TD Wealth**<br>**1701 Marlton Pike E.**<br>**Cherry Hill, NJ 08003** | **Restricted Investments** | 5014 | $1,408,196.10 |
| 3.27. | **TD Wealth**<br>**1701 Marlton Pike E**<br>**Cherry Hill, NJ 08003** | **Restricted Vico Italian**<br>**Chair Money Market** | 6012 | $109,890.05 |
| 3.28. | **California Republic Bank**<br>**18400 Von Karman, Suite 100**<br>**Irvine, CA 92612** | **Creditor**<br>**Funding/Depository**<br>**Overhead** | 5647 | $0.00 |
| 3.29. | **California Republic Bank**<br>**18400 Von Karman, Suite 100**<br>**Irvine, CA 92612** | **2015 Bond Series**<br>**Disbursement Account** | 5662 | $5,100.00 |
| 3.30. | **California Republic Bank**<br>**18400 Von Karman, Suite 100**<br>**Irvine, CA 92612** | **2002 Bond Series**<br>**Disbursement Account** | 5654 | $0.00 |
| 3.31. | **Rabobank, NA**<br>**2100 South Blosser Road**<br>**Santa Monica, CA 93458** | **Operating Account** | 0866 | $116,108.62 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Dowling College**
_____    Case number *(If known)* **16-75545 (REG)**
          Name

| | | | | |
|---|---|---|---|---|
| 3.32. | **Rabobank, NA**<br>**2100 South Blosser Road**<br>**Santa Monica, CA 93458** | **Creditor**<br>**Funding/Depository**<br>**Overhead** | **0867** | **$32,702.19** |
| 3.33. | **Rabobank, NA**<br>**2100 South Blosser Road**<br>**Santa Monica, CA 93458** | **Creditor**<br>**Funding/Depository**<br>**Overhead (Bond Series**<br>**2006 CP Acct.)** | **0868** | **$30,711.53** |
| 3.34. | **TD Bank, NA**<br>**1701 Route 70 East**<br>**Cherry Hill, NJ 08034** | **Separate Holding**<br>**Account created by TD**<br>**following receipt of**<br>**Restraining Notice** | | **$505,651.14** |
| 3.35. | **TD Bank, NA**<br>**1701 Route 70 East**<br>**Cherry Hill, NJ 08034-5400** | **Separate Holding**<br>**Account created by TD**<br>**following receipt of**<br>**Restraining Notice** | | **$878.69** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                         | **$2,615,139.67** |

       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit
       **Wilmington Trust**
       **Account No. 1039500**
7.1.   **BNY-SCIDA 2006A DSRF**                                                          **Unknown**

       **Capital One**
       **Account No. 5524036182**
7.2.   **TENANT SECURITY DEPOSITS**                                                **$62,307.83**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                            | **$62,307.83** |

       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Dowling College** | Case number *(If known)* **16-75545 (REG)** |
| --- | --- | --- |
| | Name | |

| 11b. Over 90 days old: | **1,527,000.00** | - | **1,527,000.00** | =.... | **$0.00** |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

---

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **$0.00** |
| --- |

<table>
<tr><td>Part 4:</td><td colspan="2"><b>Investments</b></td></tr>
</table>

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
□ Yes Fill in the information below.

<table>
<tr><td>Part 5:</td><td colspan="2"><b>Inventory, excluding agriculture assets</b></td></tr>
</table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
□ Yes Fill in the information below.

<table>
<tr><td>Part 6:</td><td colspan="2"><b>Farming and fishing-related assets (other than titled motor vehicles and land)</b></td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

<table>
<tr><td>Part 7:</td><td colspan="2"><b>Office furniture, fixtures, and equipment; and collectibles</b></td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

□ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture**<br>**Furniture** | **$115,527.00** | **N/A** | **Unknown** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office Equipment and Computers** | **$16,628.00** | **N/A** | **Unknown** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles<br>42.1.  **Paintings, prints, artwork, library collections** | **Unknown** | | **Unknown** |

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| **$0.00** |
| --- |

44.      **Is a depreciation schedule available for any of the property listed in Part 7?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | Case number *(if known)* **16-75545 (REG)** |
|---|---|---|
| | Name | |

☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **2004 Dodge Grand Caravan**<br>VIN # 1D4GP23R74B593224<br>Plate # CTS 2244 | Unknown | N/A | Unknown |
| 47.2. **2002 Dodge Ram 2500**<br>VIN # 3B7KC26Z72M268965<br>Plate # GLZ 6361 | Unknown | N/A | Unknown |
| 47.3. **2002 Dodge Ram B-3500 Wagon**<br>VIN # 2B5WB35ZX2K131735<br>Plate # CMC 9752 | Unknown | N/A | Unknown |
| 47.4. **2009 Chevy Silverado 2500**<br>VIN # 1GCHK43KX9F111604<br>Plate # 243 86JY | Unknown | N/A | Unknown |
| 47.5. **2002 Flat Boat Trailer**<br>VIN # NYA532674<br>Plate # AF31832 | Unknown | N/A | Unknown |
| 47.6. **1997 Crew Boat Trailer**<br>VIN # 100KKCJB3UG003544<br>Plate # AF64703 | Unknown | N/A | Unknown |
| 47.7. **2002 Dodge Ram Wagon**<br>VIN # 2B5WB35Z82K119132<br>Plate # CME 5503 | Unknown | N/A | Unknown |
| 47.8. **2003 Dodge Dakota Sport PU**<br>VIN # 1D7GG36X43S334160<br>Plate # CMC9791 | Unknown | N/A | Unknown |
| 47.9. **2002 Dodge Caravan SE**<br>VIN # 1B4GP25302B741858<br>Plate # DCK9 | Unknown | N/A | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Dowling College**                                    Case number *(If known)* **16-75545 (REG)**
          Name

| | | | | | |
|---|---|---|---|---|---|
| 47.10. | **2008 Toyota Scion XB 4DSN**<br>**VIN # JTLKE50E781010912**<br>**Plate # EAH 6452** | | Unknown | N/A | Unknown |
| 47.11. | **2002 Dodge Ram 1500Q**<br>**VIN # 1D7HU18N13S280376**<br>**Plate # IDLEHR** | | Unknown | N/A | Unknown |
| 47.12. | **2007 Chevy Express G2**<br>**VIN # 1GAGG25V271248788**<br>**Plate # EBN 8813** | | Unknown | N/A | Unknown |
| 47.13. | **2002 Dodge Intrepid S**<br>**VIN # 2B3HD46R32H176965**<br>**Plate # BWN4270** | | Unknown | N/A | Unknown |
| 47.14. | **2008 Dodge Ram 1500S**<br>**VIN # 1D7HA16K18J181717**<br>**Plate # ELM 8805** | | Unknown | N/A | Unknown |
| 47.15. | **2003 Dodge Dakota**<br>**VIN # 1B7FL26X21S203396**<br>**Plate # 991DWL** | | Unknown | N/A | Unknown |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1. | **Skulls, Pacer, Boats** | Unknown | Unknown |

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm**
       **machinery and equipment)**
       **Other equipment and fixtures:**

| | | | |
|---|---|---|---|
| 2006 | 85,159.00 | | |
| 2007 | 151,466.00 | | |
| 2008 | 624,311.04 | | |
| 2009 | 573,493.52 | | |
| 2010 | 1,374,767.36 | | |
| 2011 or Later | 730,492.16 | **$3,539,689.00** | N/A | Unknown |

51.    **Total of Part 8.**                                                            | **$0.00** |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page  7

| Debtor | **Dowling College** | Case number *(If known)*  **16-75545 (REG)** |
|---|---|---|
| | Name | |

☐ Yes

**Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **115 Idle Hour Blvd. Oakdale, NY 11769 (based on June 30, 2014 Appraisals)** | Fee Ownership | $32,403.78 | Appraisal | $350,000.00 |
| 55.2.  **89 Central Blvd Oakdale, NY 11769 (based on June 30, 2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $313,000.00 |
| 55.3.  **88 Central Blvd Oakdale, NY 11769 (based on June 30, 2014 Appraisals)** | Fee Ownership | $17,412.55 | Appraisal | $300,000.00 |
| 55.4.  **87 Central Blvd Oakdale, NY 11769 (based on June 30, 2014 Appraisals)** | Fee Ownership | $160,187.00 | Appraisal | $310,000.00 |
| 55.5.  **99 Idle Hour Blvd Oakdale, NY 11769 (based on June 30, 2014 Appraisal)** | Fee Ownership | $230,866.90 | Appraisal | $315,000.00 |
| 55.6.  **15 Idle Hour Blvd Oakdale, NY 11769 (based on June 30, 2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $265,000.00 |
| 55.7.  **58 Woodlawn Avenue Oakdale, NY 11769 (based on June 30, 2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $314,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | | Case number *(If known)* **16-75545 (REG)** | | |
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.8. | **27 Chateu Drive** **Oakdale, NY 11769** **(based on June 30,** **2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $315,000.00 |
| 55.9. | **39 Chateu Drive** **Oakdale, NY 11769** **(based on June 30,** **2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $350,000.00 |
| 55.10 · | **47 Chateu Drive** **Oakdale, NY 11769** **(based on June 30,** **2014 Appraisals)** | Fee Ownership | $154,805.77 | Appraisal | $350,000.00 |
| 55.11 · | **80 Chateu Drive** **Oakdale, NY 11769** **(based on June 30,** **2014 Appraisals)** | Fee Ownership | $95,820.07 | Appraisal | $320,000.00 |
| 55.12 · | **72 Chateu Drive** **Oakdale, NY 11769** **(based on June 30,** **2014 Appraisals)** | Fee Ownership | $66,313.53 | Appraisal | $283,000.00 |
| 55.13 · | **102 Connetquot Drive** **Oakdale, NY 11769** **(based on June 30,** **2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $630,000.00 |
| 55.14 · | **90 Elsmere Avenue** **Oakdale, NY 11769** **(based on June 30,** **2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $312,000.00 |
| 55.15 · | **138 Central Blvd.** **Oakdale, NY 11769** **(based on June 30,** **2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $352,000.00 |
| 55.16 · | **14 Elsmere Drive** **Oakdale, NY 11769** **(based on June 30,** **2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $345,000.00 |
| 55.17 · | **44 Van Bomel Blvd.** **Oakdale, NY 11769** **(based on June 30,** **2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $350,000.00 |

| Debtor | **Dowling College** | | Case number *(If known)* | **16-75545 (REG)** | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.18 · | **48 Van Bomel Blvd.**<br>**Oakdale, NY 11769**<br>**(based on June 30,**<br>**2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $309,000.00 |
| 55.19 · | **52 Van Bomel Blvd.**<br>**Oakdale, NY 11769**<br>**(based on June 30,**<br>**2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $290,000.00 |
| 55.20 · | **56 Van Bomel Blvd.**<br>**Oakdale, NY 11769**<br>**(based on June 30,**<br>**2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $308,000.00 |
| 55.21 · | **64 Van Bomel Blvd.**<br>**Oakdale, NY 11769**<br>**(based on June 30,**<br>**2014 Appraisals)** | Fee Ownership | $121,521.00 | Appraisal | $340,000.00 |
| 55.22 · | **21 Chateu Drive**<br>**Oakdale, NY 11769**<br>**(based on June 30,**<br>**2014 Appraisals)** | Fee Ownership | $189,945.80 | Appraisal | $350,000.00 |
| 55.23 · | **64 Chateu Drive**<br>**Oakdale, NY 11769**<br>**(based on June 30,**<br>**2014 Appraisals)** | Fee Ownership | $10,368.05 | Appraisal | $298,000.00 |
| 55.24 · | **81 Chateu Drive**<br>**Oakdale, NY 11769**<br>**(based on June 30,**<br>**2014 Appraisals)** | Fee Ownership | $31,598.05 | Appraisal | $286,500.00 |
| 55.25 · | **94 Connetquot Drive**<br>**Oakdale, NY 11769**<br>**(based on June 30,**<br>**2014 Appraisals)** | Fee Ownership | $172,775.10 | Appraisal | $630,000.00 |
| 55.26 · | **96 Biltmore Avenue**<br>**Oakdale, NY 11769**<br>**(based on May 9,**<br>**2013 Appraisals)** | Fee Ownership | $97,845.28 | Appraisal | $425,000.00 |
| 55.27 · | **8 Montauk Highway**<br>**Oakdale, NY 11769** | Fee Ownership | Unknown | FMV Estimate | Unknown |
| 55.28 · | **135 Idle Hour Blvd.**<br>**Oakdale, NY 11769**<br>**(based on May 9,**<br>**2013 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $550,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Dowling College** | | Case number *(If known)* **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 55.29. | **121 Central Blvd**<br>**Oakdale, NY 11769**<br>**(based on June 30,**<br>**2014 Appraisals)** | Fee Ownership | $157,855.13 | Appraisal | $333,000.00 |
|---|---|---|---|---|---|
| 55.30. | **274 Connetquot Drive**<br>**Oakdale, NY 11769**<br>**(based on June 30,**<br>**2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $235,000.00 |
| 55.31. | **275 Connetquot Drive**<br>**Oakdale, NY 11769**<br>**(based on June 30,**<br>**2014 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $340,000.00 |
| 55.32. | **123 Idle Hour Blvd.**<br>**Oakdale, NY 11769**<br>**(based on May 9,**<br>**2013 Appraisals)** | Fee Ownership | $0.00 | Appraisal | $325,000.00 |
| 55.33. | **Oakdale Campus**<br>**150 Idle Hour Blvd.**<br>**Oakdale, NY 11769**<br>**(based on April 6,**<br>**2016 Appraisals)** | Fee Ownership subject to leasehold estates | $52,335,000.00 | Fair Market | $52,335,000.00 |
| 55.34. | **Brookhaven Campus**<br>**1300 William Floyd**<br>**Parkway**<br>**Shirley, NY 11967**<br>**(based on April 6,**<br>**2016 Appraisals)** | Fee Ownership subject to leasehold estates | $42,650,000.00 | Fair Market | $42,650,000.00 |
| 55.35. | **8 Idle Hour Blvd.**<br>**Oakdale, NY 11769** | Fee Ownership | $59,430.63 | Appraisal | $59,430.63 |
| 55.36. | **278 Connetquot Drive**<br>**Oakdale, NY 11769** | Fee Ownership | $194,111.34 | Appraisal | $194,111.34 |
| 55.37. | **Education North**<br>**Building**<br>**123 Idle Hour Blvd.**<br>**Oakdale, NY 11769** | Fee Ownership | $96,220.33 | Appraisal | $96,220.33 |
| 55.38. | **St. Johns University**<br>**Campus**<br>**500 Montauk**<br>**Highway**<br>**Oakdale, NY 11967** | Leasehold | Unknown | N/A | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor | **Dowling College** | Case number *(If known)* **16-75545 (REG)** |
|---|---|---|
| | Name | |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$106,128,262.30

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Patent - Intermodal Transportation Simulation System** | Unknown | | Unknown |
| **Trademark - Gift of Knowledge** | Unknown | | Unknown |
| **Trademark - The Personal College** | Unknown | | Unknown |
| **Trademark - Explicit Ideology** | Unknown | | Unknown |
| **Trademark - The National Aviation and Transportation Center** | Unknown | | Unknown |
| **Trademark - The NAT Center** | Unknown | | Unknown |
| **Trademark - Transportation's "Solutions Integrator"** | Unknown | | Unknown |
| **Trademark - The College on the Banks of the Whole Wide World** | Unknown | | Unknown |
| **Pending trademark - The National Aviation and Technology Center** | Unknown | | Unknown |
| 61. **Internet domain names and websites** **dowling.edu** | $0.00 | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Dowling College** | | Case number *(If known)* | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| Alumni Directory | $0.00 | Unknown |

| 64. | **Other intangibles, or intellectual property** | | |
|---|---|---|---|
| | **65,000 IP Addresses** | $0.00 | Unknown |

65.     **Goodwill**

66.     **Total of Part 10.**

|  |
|---|
| $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

| 71. | **Notes receivable** |
|---|---|
| | Description (include name of obligor) |

| 72. | **Tax refunds and unused net operating losses (NOLs)** |
|---|---|
| | Description (for example, federal, state, local) |

| 73. | **Interests in insurance policies or annuities** | |
|---|---|---|
| | **Zurich American Insurance Company** | |
| | **Policy from: 10/1/16 - 10/1/17** | |
| | **Property** | Unknown |

| **Zurich American Insurance Company** | |
|---|---|
| **Policy from: 10/1/16 - 10/1/17** | |
| **Inland Marine** | Unknown |

| **Philadelphia Indemnity Insurance Company** | |
|---|---|
| **Policy from: 10/1/16 - 10/1/17** | |
| **General Liability** | Unknown |

| **Hartford Fire Insurance Company** | |
|---|---|
| **Policy from: 10/1/16 - 10/1/17** | |
| **Commerical Auto** | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Dowling College** | Case number *(If known)* **16-75545 (REG)** |
|---|---|---|
| | Name | |

**Hartford Casualty Insurance Co.**
Policy from: 10/1/16 - 10/1/17
**Workers' Compensation**                                                    Unknown

**Columbia Casualty**
Policy from: 10/1/16 - 10/1/17
**Umbrella**                                                                 Unknown

**Chubb/Federal Insurance Company**
Policy from: 10/1/16 - 10/1/17
**Directors and Officers Liability/Employment Practices**
**Liabilty**                                                                 Unknown

**Chubb/Executive Risk Specialty Ins. Co.**
Policy from: 10/1/16 - 10/1/17
**Fiduciary Liability/Crime**                                                Unknown

**Prudential**
Policy from: 9/1/15-11/30/16
**Short Term Disability**                                                    Unknown

**American Bankers Insurance Company of Florida**
Policy from: 12/31/15 - 12/31/16
**Flood Insurance (Oakdale)**                                                Unknown

**American Bankers Insurance Company of Florida**
Policy from: 12/31/15 - 12/31/16
**Flood Insurance (Fortunoff Hall)**                                         Unknown

**American Bankers Insurance Company of Florida**
Policy from: 12/31/15 - 12/31/16
**Flood Insurance (Security Building)**                                      Unknown

**American Bankers Insurance Company of Florida**
Policy from: 12/31/15 - 12/31/16
**Flood Insurance (80 Chateau Drive)**                                       Unknown

**American Bankers Insurance Company of Florida**
Policy from: 12/31/15 - 12/31/16
**Flood Insurance (89 Central Blvd.)**                                       Unknown

**American Bankers Insurance Company of Florida**
Policy from: 12/31/15 - 12/31/16
**Flood Insurance (1300 William Floyd Parkway)**                             Unknown

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
**Flood Insurance (96 Biltmore Ave.)**                                       Unknown

| Debtor | **Dowling College** | Case number *(If known)* **16-75545 (REG)** |
|---|---|---|
| | Name | |

American Bankers Insurance Company of Florida
Policy from: 11/1/16 - 11/1/17
Flood Insurance (87 Central Blvd.)                                    Unknown

American Bankers Insurance Company of Florida
Policy from: 11/1/16 - 11/1/17
Flood Insurance (88 Central Blvd.)                                    Unknown

American Bankers Insurance Company of Florida
Policy from: 11/1/16 - 11/1/17
Flood Insurance (120 Central Blvd.)                                   Unknown

American Bankers Insurance Company of Florida
Policy from: 11/1/16 - 11/1/17
Flood Insurance (138 Central Blvd.)                                   Unknown

American Bankers Insurance Company of Florida
Policy from: 11/1/16 - 11/1/17
Flood Insurance (21 Chateau Drive)                                    Unknown

American Bankers Insurance Company of Florida
Policy from: 11/1/16 - 11/1/17
Flood Insurance (27 Chateau Drive)                                    Unknown

American Bankers Insurance Company of Florida
Policy from: 11/1/16 - 11/1/17
Flood Insurance (39 Chateau Drive)                                    Unknown

American Bankers Insurance Company of Florida
Policy from: 11/1/16 - 11/1/17
Flood Insurance (47 Chateau Drive)                                    Unknown

American Bankers Insurance Company of Florida
Policy from: 11/1/16 - 11/1/17
Flood Insurance (64 Chateau Drive)                                    Unknown

American Bankers Insurance Company of Florida
Policy from: 11/1/16 - 11/1/17
Flood Insurance (72 Chateau Drive)                                    Unknown

American Bankers Insurance Company of Florida
Policy from: 11/1/16 - 11/1/17
Flood Insurance (81 Chateau Drive)                                    Unknown

American Bankers Insurance Company of Florida
Policy from: 11/1/16 - 11/1/17
Flood Insurance (94 Connetquot Drive)                                 Unknown

American Bankers Insurance Company of Florida
Policy from: 11/1/16 - 11/1/17
Flood Insurance (102 Connetquot Drive)                                Unknown

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Dowling College**
Name

Case number *(If known)* **16-75545 (REG)**

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (275 Connetquot Drive)

**Unknown**

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (14 Elsmere Ave.)

**Unknown**

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (90 Elsmere Ave.)

**Unknown**

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (15 Idle Hour Blvd.)

**Unknown**

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (99 Idle Hour Blvd.)

**Unknown**

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (115 Idle Hour Blvd.)

**Unknown**

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (123 Idle Hour Blvd.)

**Unknown**

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (135 Idle Hour Blvd.)

**Unknown**

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (150 Idle Hour Blvd. - Racanelli)

**Unknown**

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (150 Idle Hour Blvd. - KSC)

**Unknown**

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (8 Montauk Highway)

**Unknown**

**American Bankers Insurance Company of Florida**
Policy from: 11/1/16 - 11/1/17
Flood Insurance (44 Van Bomel Blvd.)

**Unknown**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Dowling College** | Case number (If known) **16-75545 (REG)** |
|---|---|---|
| | Name | |

| | |
|---|---|
| **American Bankers Insurance Company of Florida**<br>**Policy from: 11/1/16 - 11/1/17**<br>**Flood Insurance (48 Van Bomel Blvd.)** | **Unknown** |
| **American Bankers Insurance Company of Florida**<br>**Policy from: 11/1/16 - 11/1/17**<br>**Flood Insurance (52 Van Bomel Blvd.)** | **Unknown** |
| **American Bankers Insurance Company of Florida**<br>**Policy from: 11/1/16 - 11/1/17**<br>**Flood Insurance (56 Van Bomel Blvd.)** | **Unknown** |
| **American Bankers Insurance Company of Florida**<br>**Policy from: 11/1/16 - 11/1/17**<br>**Flood Insurance (64 Van Bomel Blvd.)** | **Unknown** |
| **American Bankers Insurance Company of Florida**<br>**Policy from: 11/1/16 - 11/1/17**<br>**Flood Insurance (1300 William Floyd Parkway)** | **Unknown** |
| **American Bankers Insurance Company of Florida**<br>**Policy from: 11/1/16 - 11/1/17**<br>**Flood Insurance (58 Woodlawn Ave.)** | **Unknown** |

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property**<br>**Jerry Kramer - Trust**<br>**Contributions Receivable $300,000** | **Unknown** |
| | **Stanley Henry - Life Insurance Policy**<br>**Contributions Receivable $2,000,000** | **Unknown** |
| | **Jerry Curtin and Rosemarie Curtin - Life Insurance Policy**<br>**Contributions Receivable $1,000,000** | **Unknown** |
| | **Eileen Hennessey - Life Insurance Policy**<br>**Contributions Receivable $370,104** | **Unknown** |
| | **David Ochoa and Myrka Gonzalez - Life Insurance Policy**<br>**Contributions Receivable $1,250,000** | **Unknown** |
| | **Louis Mancusco - Annuity**<br>**Contributions Receivable $682,082** | **Unknown** |

| Debtor | **Dowling College** | | Case number *(If known)*  **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| **Scott Rudolph Pledge** | |
|---|---|
| **Contributions Receivable $250,000** | **Unknown** |

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| **$0.00** |
|---|

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor   **Dowling College**
_____    Case number *(If known)*  **16-75545 (REG)**
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,615,139.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $62,307.83 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................................> | | $106,128,262.30 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,677,447.50 | + 91b.  $106,128,262.30 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $108,805,709.80 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Dowling College</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td><strong>16-75545 (REG)</strong></td></tr>
</table>

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Anne McCaffrey**<br>**80 Tremont Avenue**<br>**Medford, NY 11763** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$4,903.50** | **$4,903.50** |
| | Date or dates debt was incurred | Basis for the claim:<br>**compensation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Antonetta Dente-Bostinto**<br>**42 Willett Avenue**<br>**Sayville, NY 11782** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$5,103.00** | **$5,103.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**compensation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        51525        Best Case Bankruptcy

| Debtor | **Dowling College** | | | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**Charles McCabe**<br>**58 Woodlawn Ave.**<br>**Oakdale, NY 11769** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,300.50** | **$2,850.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental Security Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address<br>**Christine Felton**<br>**460 Lincoln Avenue**<br>**Sayville, NY 11782** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | **$5,182.80** | **$5,182.80** |
| | Date or dates debt was incurred | Basis for the claim:<br>**compensation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.5 | Priority creditor's name and mailing address<br>**Claire O'Rourke**<br>**45 Locust Street**<br>**Bayport, NY 11705** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | **$5,493.60** | **$5,493.60** |
| | Date or dates debt was incurred | Basis for the claim:<br>**compensation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.6 | Priority creditor's name and mailing address<br>**Desiree Nelson/Matthew Pasquale**<br>**56 Van Bomel Blvd**<br>**Oakdale, NY 11769** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,700.00** | **$2,850.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental Security Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | |
|---|---|---|
| Debtor | **Dowling College** | Case number (if known)    **16-75545 (REG)** |
| | Name | |

| | | | | |
|---|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,886.70** | **$4,886.70** |
| | **Doreen Muse** | *Check all that apply.* | | |
| | **53 Oak Avenue** | ☐ Contingent | | |
| | **Huntington Station, NY 11746** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **compensation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **Dowling College Employee Benefit Plan** | *Check all that apply.* | | |
| | **150 Idle Hour Boulevard** | ■ Contingent | | |
| | **Oakdale, NY 11769** | ■ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>5</u>) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,819.50** | **$4,819.50** |
| | **Elizabeth (Ducie) O'Brien** | *Check all that apply.* | | |
| | **457 Birch Hollow Drive** | ☐ Contingent | | |
| | **E. Yaphank, NY 11967** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **compensation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$833.63** | **$833.63** |
| | **Francis Tidd** | *Check all that apply.* | | |
| | **26 Magnolia Street** | ☐ Contingent | | |
| | **Central Islip, NY 11722** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **compensation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Dowling College** | | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,491.90** | **$4,491.90** |
|---|---|---|---|---|
| | **Gail Scherz**<br>**35 Terrell Street**<br>**Patchogue, NY 11772** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**compensation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$771.60** | **$771.60** |
|---|---|---|---|---|
| | **Gary Bishop**<br>**106 Sunrise Avenue**<br>**Sayville, NY 11782** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,400.00** | **$2,850.00** |
|---|---|---|---|---|
| | **Geoffrey and Anna Maria Stewart**<br>**87 Central Blvd**<br>**Oakdale, NY 11769** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Rental Security Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **HealthPlex**<br>**333 Earle Ovington Blvd.**<br>**3rd Floor**<br>**Uniondale, NY 11553** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**through 6/1/2016** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No<br>☐ Yes | | |

| Debtor | **Dowling College** | | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

**2.15** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,050.50** | **$5,050.50**

**Helen Bausenwein**
**235 Cedrus Avenue**
**East Northport, NY 11731**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.16** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,586.40** | **$4,586.40**

**Helen Densing**
**214 Oak Street**
**Patchogue, NY 11772**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.17** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,613.30** | **$5,613.30**

**Joan Van Brunt**
**24 Birchdale Drive**
**Holbrook, NY 11741**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.18** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,800.00** | **$2,850.00**

**John Ingoglia & Tabitha Ueblacker**
**88 Central Blvd.**
**Oakdale, NY 11769**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Rental Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | |
|---|---|
| Debtor **Dowling College** | Case number (if known) **16-75545 (REG)** |
| Name | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $778.13 | $778.13 |
|---|---|---|---|---|

**John Urick**
**951 Old Town Road**
**Coram, NY 11727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $866.25 | $866.25 |
|---|---|---|---|---|

**Jonathan Nguyen**
**32 Madison Avenue**
**Medford, NY 11763**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $816.38 | $816.38 |
|---|---|---|---|---|

**Jose Melendez**
**247 Laclede Avenue**
**Uniondale, NY 11553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $915.00 | $915.00 |
|---|---|---|---|---|

**Juan Ramierz**
**1013 N Delaware Avenue**
**Lindenhurst, NY 11757**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Dowling College** | | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $957.60 | $957.60 |
|---|---|---|---|---|

**Justino Reyes**
**42 Floradora Drive**
**Mastic, NY 11950**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: **compensation** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,900.00 | $2,850.00 |
|---|---|---|---|---|

**Lauren Bufalo**
**44 Van Bomel Blvd**
**Oakdale, NY 11769**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Rental Security Deposit** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lori Zaikowski, as Proposed Class**
**Rep.**
**c/o Outten & Golden LLP**
**685 Third Avenue, 25th Floor**
**Jack A. Raisner, Rene S.**
**Roupinian**
**New York, NY 10017**

Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,493.60 | $5,493.60 |
|---|---|---|---|---|

**Madeline Smith**
**217 Pleasant Drive**
**West Bay Shore, NY 11706**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: **compensation** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Dowling College** | | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,802.70 | $4,802.70 |
|---|---|---|---|---|

**Marilyn Rock**
**123 Vanderbilt Blvd**
**Oakdale, NY 11769**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,943.40 | $4,943.40 |
|---|---|---|---|---|

**Mary Bridgwood**
**24 Emilie Drive**
**Center Moriches, NY 11934**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,237.40 | $5,237.40 |
|---|---|---|---|---|

**Mary Donoghue**
**51 Cannon Drive**
**Holbrook, NY 11741**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,214.75 | $2,850.00 |
|---|---|---|---|---|

**Melody L. Cope**
**21 Chateau Drive**
**Oakdale, NY 11769**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Rental Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,222.13 | $1,222.13 |
|---|---|---|---|---|
| | **Michael Beck** | Check all that apply. | | |
| | **44 Ocean Avenue** | ☐ Contingent | | |
| | **Blue Point, NY 11715** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **compensation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,300.00 | $2,850.00 |
|---|---|---|---|---|
| | **Michael Cappell & Mandolynne Hopkins** | Check all that apply. | | |
| | **47 Chateau Drive** | ☐ Contingent | | |
| | **Oakdale, NY 11769** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Rental Security Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,155.50 | $5,155.50 |
|---|---|---|---|---|
| | **Michael Klotz** | Check all that apply. | | |
| | **60 River Road** | ☐ Contingent | | |
| | **P.O. Box 550** | ☐ Unliquidated | | |
| | **Great River, NY 11739** | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **compensation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,725.00 | $4,725.00 |
|---|---|---|---|---|
| | **Nancy Carroll** | Check all that apply. | | |
| | **3223 Wilshire Lane** | ☐ Contingent | | |
| | **Apt. E23** | ☐ Unliquidated | | |
| | **Oakdale, NY 11769** | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **compensation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

**2.35** | Priority creditor's name and mailing address

**Nancy Jones**
**14 Mount Marcy Avenue**
**Farmingville, NY 11738**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$5,075.70    $5,075.70

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.36** | Priority creditor's name and mailing address

**Open Access Plus Medical**
**Benefits**
**c/o Cigna Health & Life Insurance**
**Co.**
**900 Cottage Grove Road, B6LPA**
**Hartford, CT 06152**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred
**through 6/3/2016**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

**2.37** | Priority creditor's name and mailing address

**Patti Zerafa**
**11 Milan Street**
**East Patchogue, NY 11772**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$5,050.50    $5,050.50

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.38** | Priority creditor's name and mailing address

**Paula Marie & Robert Johnson**
**138 Central Blvd**
**Oakdale, NY 11769**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,600.00    $2,850.00

Date or dates debt was incurred

Basis for the claim:
**Rental Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Dowling College** | | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,346.60 | $5,346.60 |
|---|---|---|---|---|

**Rebecca DeLorfano**
**41 Glenwood Place**
**Farmingville, NY 11738**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,166.54 | $2,850.00 |
|---|---|---|---|---|

**Richard & Cherisse Forberg**
**102 Connetquot**
**Oakdale, NY 11769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Rental Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,456.09 | $2,850.00 |
|---|---|---|---|---|

**Rosemarie Fairchild**
**27 Chateau Drive**
**Oakdale, NY 11769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Rental Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 | $2,850.00 |
|---|---|---|---|---|

**Stephen Hanna & Mark Hanna**
**52 Van Bomel Blvd**
**Oakdale, NY 11769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Rental Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,900.00 | $2,850.00 |
|---|---|---|---|---|

**Theresa & Caitlin Cody**
**39 Chateau Drive**
**Oakdale, NY 11769**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Rental Security Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,071.75 | $1,071.75 |
|---|---|---|---|---|

**William Stanley**
**19 Meadow Street**
**Garden City, NY 11530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $753.14 |
|---|---|---|---|

**4 Imprint**
**PO Box 1641**
**Milwaukee, WI 53201-1641**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38.99 |
|---|---|---|---|

**A E Auto Service Inc.**
**664 Montauk Highway**
**Shirley, NY 11967**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $129.75 |
|---|---|---|---|

**A R C Graphics**
**44 George Street**
**E. Patchogue, NY 11472**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$226.91** |
|---|---|---|---|
| | **A.C. Electrical Supplies**<br>**741 Smithtown By-Pass**<br>**Smithtown, NY 11787** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$550.00** |
|---|---|---|---|
| | **A.W. & Sons Exhaust Inc.**<br>**336 Atlantic Street**<br>**Central Islip, NY 11722** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,100.00** |
|---|---|---|---|
| | **AACTE**<br>**1307 New York Ave NW**<br>**Suite 300**<br>**Washington, DC 20005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$225.00** |
|---|---|---|---|
| | **Abigail Rose Eckhardt**<br>**8575 W. 93rd Court**<br>**Broomfield, CO 80021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,707.67** |
|---|---|---|---|
| | **ABS Pump Repair Inc.**<br>**89 Allen Blvd**<br>**Farmingdale, NY 11735** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,695.00** |
|---|---|---|---|
| | **Absolute Plumbing of Long Island, Inc.**<br>**90F Knickerbocker Avenue**<br>**Bohemia, NY 11716** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,034.61** |
|---|---|---|---|
| | **Access Staffing, LLC**<br>**PO Box 75334**<br>**Chicago, IL 60675-5334** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| Debtor | **Dowling College** |
| | Name |

Case number (*if known*)    **16-75545 (REG)**

---

**3.11** | Nonpriority creditor's name and mailing address
**Acme American Repairs Inc.**
**177-10 93rd Avenue**
**Jamaica, NY 11433**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$683.80**

---

**3.12** | Nonpriority creditor's name and mailing address
**Action Sewer & Drain Services**
**PO Box 872**
**Bayport, NY 11705-0872**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$960.00**

---

**3.13** | Nonpriority creditor's name and mailing address
**ADP, LLC**
**PO Box 842875**
**Boston, MA 02284**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$162.97**

---

**3.14** | Nonpriority creditor's name and mailing address
**ALA**
**Membership Customer Service**
**Box 77-6499**
**Chicago, IL 60678-6499**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$715.00**

---

**3.15** | Nonpriority creditor's name and mailing address
**Alan J. Schaefer**
**40 Moffitt Blvd.**
**Islip, NY 11751**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$800.00**

---

**3.16** | Nonpriority creditor's name and mailing address
**Albert Inserra**
**45 Inlet View Path**
**East Moriches, NY 11940**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No  ☐ Yes

**$9,259.19**

---

**3.17** | Nonpriority creditor's name and mailing address
**Alexander Smirnov**
**46 Johnson Avenue**
**Apt. #4D**
**Sayville, NY 11782**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No  ☐ Yes

**$3,410.20**

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$225.00** |
|---|---|---|---|

**Alexandra Noel Ruiz**
**15 Country Road**
**Medford, NY 11763-1501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$218.76** |
|---|---|---|---|

**Alfred Pue**
**1383 Chicago Avenue**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,550.00** |
|---|---|---|---|

**All-Ways Elevator Inc.**
**5 Davids Drive**
**Hauppauge, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$798.20** |
|---|---|---|---|

**Amanda Gallagher**
**10 Hancock Road**
**West Islip, NY 11795**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$675.00** |
|---|---|---|---|

**American Bankers Insurance**
**PO Box 731178**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$171,500.66** |
|---|---|---|---|

**American Express**
**PO Box 2855**
**New York, NY 10116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$778.68** |
|---|---|---|---|

**American Hazardous Materials**
**303 Middle Country Road**
**Middle Island, NY 11953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,484.34**

**American Telephone Company**
**PO Box 1465**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,652.35**

**Andrew Karp**
**24 White Birch Trail**
**East Quogue, NY 11942**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,510.42**

**Anna Stoloff**
**325 W 4th Street**
**Deer Park, NY 11729**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00**

**Anne Burns Thomas**
**147 Lexington Drive**
**Ithaca, NY 14850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,174.80**

**Anne Dimola**
**14 Christopher Court**
**West Islip, NY 11795**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00**

**Anne M. Rullan**
**10 Buckingham Meadow Road**
**East Setauket, NY 11733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,198.48**

**Anne McCaffrey**
**80 Tremont Avenue**
**Medford, NY 11763**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$275.00** |
|---|---|---|---|

**Anthony Candelario**
**PO Box 11421**
**New Brunswick, NJ 08906**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,147.11** |
|---|---|---|---|

**Antonetta Dente-Bostinto**
**42 Willett Avenue**
**Sayville, NY 11782**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** ___compensation___

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,955.33** |
|---|---|---|---|

**AO Services Inc.**
**8 New York Avenue**
**Port Jefferson, NY 11776**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$403.74** |
|---|---|---|---|

**Apex Consulting Group Inc.**
**320 17th Street**
**W Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$385.00** |
|---|---|---|---|

**Apgar Sales Co. Inc.**
**54 Miry Brook Road**
**Danbury, CT 06810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,382.72** |
|---|---|---|---|

**Apple Financial Services**
**23801 Calabasas Road, Suite 101**
**Calabasas, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,750.00** |
|---|---|---|---|

**Arbitrage Group**
**3401 Louisiana Street, Suite 101**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$205.00** |
|---|---|---|---|
| | **Arnold Saunders** | ☐ Contingent | |
| | **219 Lawrence Avenue** | ☐ Unliquidated | |
| | **Inwood, NY 11096** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,949.90** |
|---|---|---|---|
| | **Arrow Security** | ☐ Contingent | |
| | **c/o Sterling National Bank** | ☐ Unliquidated | |
| | **PO Box 75359** | ☐ Disputed | |
| | **Chicago, IL 60675-5359** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,964.83** |
|---|---|---|---|
| | **Associated Energy Services** | ☐ Contingent | |
| | **86 Bridge Road** | ☐ Unliquidated | |
| | **Islandia, NY 11749** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,004.00** |
|---|---|---|---|
| | **Astro Moving & Storage** | ☐ Contingent | |
| | **Mr. Joseph Verderber Sr.** | ☐ Unliquidated | |
| | **30 Jefferson Avenue** | ☐ Disputed | |
| | **Saint James, NY 11780** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$158.58** |
|---|---|---|---|
| | **AT&T** | ☐ Contingent | |
| | **PO Box 105068** | ☐ Unliquidated | |
| | **Atlanta, GA 30348-5068** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.40** |
|---|---|---|---|
| | **AT&T - Universal Biller** | ☐ Contingent | |
| | **PO Box 5019** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-5019** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$118.12** |
|---|---|---|---|
| | **Baker & Taylor Books - 5** | ☐ Contingent | |
| | **PO Box 277930** | ☐ Unliquidated | |
| | **Atlanta, GA 30384-7930** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,200.00** |
|---|---|---|---|
| | **Bank of New York Mellon**<br>**101 Barclay Street, 21 W.**<br>**New York, NY 10286** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,111.50** |
|---|---|---|---|
| | **Barbara Nolan**<br>**55 Jones Drive**<br>**Sayville, NY 11782** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,788.66** |
|---|---|---|---|
| | **Barnes & Noble Bookstore**<br>**Accounts Receivable Dept**<br>**PO Box 823660**<br>**Philadelphia, PA 19182-3660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$470.00** |
|---|---|---|---|
| | **Barnwell House of Tires**<br>**65 Jetson Lane**<br>**Central Islip, NY 11722** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,782.00** |
|---|---|---|---|
| | **Barry McNamara**<br>**28 Bowler Road**<br>**East Rockaway, NY 11518** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|
| | **Bernard Newcombe**<br>**52 Lindburgh Street**<br>**Massapequa, NY 11762** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$423.00** |
|---|---|---|---|
| | **Bill Fox Co.**<br>**310-8 Hallock Avenue**<br>**Port Jefferson Sta, NY 11776** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

**3.53** Nonpriority creditor's name and mailing address
**Bio Corporation**
**3910 Minnesota Street**
**Alexandria, MN 56308**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$229.60**

**3.54** Nonpriority creditor's name and mailing address
**Bio-Rad Labs**
**Life Science Group**
**PO Box 849750**
**Los Angeles, CA 90084-9750**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$261.00**

**3.55** Nonpriority creditor's name and mailing address
**Blackboard Inc.**
**650 Massachussetts Avenue NW**
**6th Floor**
**Washington, DC 20001**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$93,671.42**

**3.56** Nonpriority creditor's name and mailing address
**Blackman Plumbing Supply**
**PO Box 9400**
**Uniondale, NY 11555-9400**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,288.15**

**3.57** Nonpriority creditor's name and mailing address
**Bonnie Forbes**
**9 Birchfield Court**
**Coram, NY 11727**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

**$2,276.80**

**3.58** Nonpriority creditor's name and mailing address
**Bri-Tech, Inc**
**829 Lincoln Avenue**
**Bohemia, NY 11716**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,840.50**

**3.59** Nonpriority creditor's name and mailing address
**Brian Coyle**
**31 Willow Avenue**
**Islip, NY 11751**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$376.83**

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$297.68** |
|---|---|---|---|

**Brian Kogen**
**555 Forbush Street**
**Boontan, NJ 07005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,587.55** |
|---|---|---|---|

**Brian Stipelman**
**2 Roosevelt Avenue**
**Greenlawn, NY 11740**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60.54** |
|---|---|---|---|

**Bridget Carroll**
**3 Doral Lane**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$153.84** |
|---|---|---|---|

**Brittany Jean Schulman**
**2911 Kane Avenue**
**Medford, NY 11763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$521.18** |
|---|---|---|---|

**Broadcast Music Inc.**
**PO Box 630893**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,731.65** |
|---|---|---|---|

**Bruce Haller**
**61 Half Hollow Road**
**Commack, NY 11725**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$365.00** |
|---|---|---|---|

**Bruce Hoffman**
**PO Box 557**
**Mount Sinai, NY 11776**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Dowling College** | | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,421.66 |
|---|---|---|---|
| | **Cablevision** | ☐ Contingent | |
| | **PO Box 371378** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15250-7378** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21,835.61 |
|---|---|---|---|
| | **Cablevision Lightpath, Inc.** | ☐ Contingent | |
| | **PO Box 360111** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15251** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $98,488.84 |
|---|---|---|---|
| | **Capital One NA** | ☐ Contingent | |
| | **PO Box 60024** | ☐ Unliquidated | |
| | **New Orleans, LA 70160-0024** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,737.63 |
|---|---|---|---|
| | **Carla Guevara** | ☐ Contingent | |
| | **2712 Chestnut Avenue** | ☐ Unliquidated | |
| | **Ronkonkoma, NY 11779** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** compensation | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $205.00 |
|---|---|---|---|
| | **Carlos Alvarez** | ☐ Contingent | |
| | **6A Kings Court** | ☐ Unliquidated | |
| | **Valley Cottage, NY 10989** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,509.55 |
|---|---|---|---|
| | **Carlos Cunha** | ☐ Contingent | |
| | **54 Park Drive** | ☐ Unliquidated | |
| | **Rocky Point, NY 11778** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** compensation | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,122.30 |
|---|---|---|---|
| | **Carol Fisch** | ☐ Contingent | |
| | **20 Sunflower Drive** | ☐ Unliquidated | |
| | **Hauppauge, NY 11788** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** compensation | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,158.65** |
|---|---|---|---|

**Carol Okolica**
**455 FDR Drive**
**Apt. B1607**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,964.70** |
|---|---|---|---|

**Carol Pulsonetti**
**158 Elkton Lane**
**North Babylon, NY 11703**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285.19** |
|---|---|---|---|

**Carolina Biological Supply**
**PO Box 60232**
**Charlotte, NC 28260-0232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,439.95** |
|---|---|---|---|

**Carolyn Spencer**
**18 Gianna Court**
**Southampton, NY 11968**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,760.00** |
|---|---|---|---|

**Carousel Industries of NA, Inc.**
**PO Box 842084**
**Boston, MA 02284-2084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,296.50** |
|---|---|---|---|

**Carrier Commercial Service**
**P.O. Box 93844**
**Chicago, IL 60673-3844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1217**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Casa Del Campo**
**1159 Deer Park Avenue**
**North Babylon, NY 11703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Cascade Water Service**
**113 Bloomingdale Road**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,648.00** |
|---|---|---|---|

**CBUAO**
**5325 Lakefront Blvd #A**
**Delray Beach, FL 33484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$104.95** |
|---|---|---|---|

**Center for Education & E**
**370 Technology Drive**
**PO Box 3008**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Cesar Arturo Alvarado**
**94 Harbor Road**
**Staten Island, NY 10303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,865.55** |
|---|---|---|---|

**Charles McCabe**
**58 Woodlawn Avenue**
**Oakdale, NY 11769**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$305.14** |
|---|---|---|---|

**Charles Thomas Collins**
**79 Summerfield Drive**
**Holtsville, NY 11742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$275.00** |
|---|---|---|---|

**Chris Sotiro**
**6 Mulligan Drive**
**Flanders, NJ 07836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,207.50 |
|---|---|---|---|

**Chrisann Anderson**
**156 Twin Lawns Avenue**
**Brentwood, NY 11717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Christian Lynch**
**82 Lincoln Avenue**
**Apt. B3**
**Rockville Centre, NY 11570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,249.45 |
|---|---|---|---|

**Christian Perring**
**56 Rollstone Avenue**
**West Sayville, NY 11796**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $193.67 |
|---|---|---|---|

**Christina Green**
**21 Bauer Avenue**
**Manorville, NY 11949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,604.59 |
|---|---|---|---|

**Christine Felton**
**460 Lincoln Avenue**
**Sayville, NY 11782**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,151.75 |
|---|---|---|---|

**Christopher Boyko**
**86 Litchfield Avenue**
**Babylon, NY 11702**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
|---|---|---|---|

**Christopher Di Santo**
**73-03 Bell Blvd.**
**Apt. #6M**
**Bayside, NY 11364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,732.75** |
|---|---|---|---|
| | **Christopher Kretz** | ☐ Contingent | |
| | **114 Lincoln Avenue** | ☐ Unliquidated | |
| | **Sayville, NY 11782** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** compensation | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$244.79** |
|---|---|---|---|
| | **Christopher Schmidt** | ☐ Contingent | |
| | **1 Forest Road** | ☐ Unliquidated | |
| | **Rockville Center, NY 11570** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$320.00** |
|---|---|---|---|
| | **Chronicle of Higher Education** | ☐ Contingent | |
| | **PO Box 16359** | ☐ Unliquidated | |
| | **North Hollywood, CA 91615-9155** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26.28** |
|---|---|---|---|
| | **Chucks Auto Repair** | ☐ Contingent | |
| | **157 Nassau Avenue** | ☐ Unliquidated | |
| | **Islip, NY 11751** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$277,854.54** |
|---|---|---|---|
| | **Cigna Health & Life Insurance Co.** | ☐ Contingent | |
| | **900 Cottage Grove Road, B6LPA** | ☐ Unliquidated | |
| | **Hartford, CT 06152** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** administrative fees, stop loss premiums, and medical claims | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$74.80** |
|---|---|---|---|
| | **Ciscon Laundry Corp** | ☐ Contingent | |
| | **Ultimate Laundry** | ☐ Unliquidated | |
| | **4520 Sunrise Hwy** | ☐ Disputed | |
| | **Oakdale, NY 11769** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,132.12** |
|---|---|---|---|
| | **CIT Finance LLC** | ☐ Contingent | |
| | **21146 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1211** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Dowling College** | | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,364.15** |
|---|---|---|---|

**Claire O'Rourke**
**45 Locust Street**
**Bayport, NY 11705**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,120.00** |
|---|---|---|---|

**Classic Coach Transportation**
**1600 Locust Avenue**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,378.50** |
|---|---|---|---|

**Claudia McGivney**
**32 Beacon Lane**
**East Northport, NY 11731**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$225.00** |
|---|---|---|---|

**Clelon A. McGee**
**8517 Riddle Place**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$141,697.30** |
|---|---|---|---|

**CohnReznick LLP**
**4 Becker Farm Road**
**Roseland, NJ 07068**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$325.00** |
|---|---|---|---|

**College Board**
**11911 Freedom Drive**
**Suite 300**
**Reston, VA 20190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,627.00** |
|---|---|---|---|

**Commission on Independent**
**17 Elk Street**
**PO Box 7289**
**Albany, NY 12224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,800.00** |
|---|---|---|---|

**Compass Consulting Group**
**18 Field Daisy Lane**
**East Northport, NY 11731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Corp. For National & Community Service**
**1895 Preston White Drive**
**Suite 100**
**Reston, VA 20191-5434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,650.00** |
|---|---|---|---|

**Council for Higher Education**
**One Dupont Circle NW**
**Suite 510**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$233.95** |
|---|---|---|---|

**Coz Delillo**
**14 Plover Lane**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$284.85** |
|---|---|---|---|

**Craig Eason**
**3 Paula Lane**
**New City, NY 10956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$441.90** |
|---|---|---|---|

**CulinArt, Inc.**
**PO Box 4738**
**Houston, TX 77210-4738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,490.00** |
|---|---|---|---|

**CUPA-HR**
**PO Box 306257**
**Nashville, TN 37230-6257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,760.00 |
|---|---|---|---|

**Cynthia Grossman**
**68 Birchwood Road**
**Coram, NY 11727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|---|

**Daily News**
**Attn: Jim Lonek - Finance Dept**
**125 Theodore Conrad Drive**
**Jersey City, NJ 07305-4698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,610.00 |
|---|---|---|---|

**Dallas Cardone**
**2312 Sound Avenue**
**Baiting Hollow, NY 11933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,283.02 |
|---|---|---|---|

**Daniel Ness**
**PO Box 301**
**Williston Park, NY 11596**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**David E. Pritchard**
**88 Washington Avenue**
**Cambridge, MA 02140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178.00 |
|---|---|---|---|

**David J. Jensen**
**7 Game Court**
**East Setauket, NY 11733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,359.80 |
|---|---|---|---|

**David Racanelli**
**73 Pacific Dunes Ct.**
**Medford, NY 11763**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $447.90 |
|---|---|---|---|

**Dawn Manganello**
**19 David Street**
**Holbrook, NY 11741**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __compensation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,055.49 |
|---|---|---|---|

**Dayspring Pen Shop**
**111 Derrick Drive**
**Irmo, SC 29063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,461.20 |
|---|---|---|---|

**Deborah Wynne (Deceased)**
**115 Michael Road**
**Oakdale, NY 11769**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __compensation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,362.05 |
|---|---|---|---|

**Debra Dunn**
**12 Waltess Road**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __compensation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $522.36 |
|---|---|---|---|

**Debra Gustafson**
**32 Terrace Lane**
**Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __compensation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,865.40 |
|---|---|---|---|

**Debra L. Piechnik**
**202 Palmer Circle**
**Sayville, NY 11782**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __compensation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,555.00 |
|---|---|---|---|

**Denise Igenito**
**145 S. 6th Street**
**Bethpage, NY 11714**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __compensation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,664.81** |
|---|---|---|---|

**Denise Zamiello-Schiozzi**
**117 Gillette Avenue**
**Patchogue, NY 11772**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  compensation

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,733.22** |
|---|---|---|---|

**Department of Veteran Affairs**
**Agent Cashier-Buffalo Regional Processin**
**130 S Elmwood Avenue**
**Buffalo, NY 14202**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Derek Charles Muzio**
**19 Peace Court**
**Selden, NY 11784**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,016.65** |
|---|---|---|---|

**Diane Fischer**
**3 Hollow Road**
**Stony Brook, NY 11790**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  compensation

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,816.10** |
|---|---|---|---|

**Diane Holliday**
**31 Clarkson Road**
**Centereach, NY 11720**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  compensation

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,464.29** |
|---|---|---|---|

**Diane Impagliazzo**
**23 Meadow Farm Road**
**East Islip, NY 11730**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  compensation

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,228.32** |
|---|---|---|---|

**Donald Beahm**
**20 Trenridge Road**
**Lincoln, NE 68505**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  compensation

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|
| | **Donald Steven Dougherty**<br>**74 West Lane**<br>**Bayshore, NY 11706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,716.59 |
|---|---|---|---|
| | **Doreen Muse**<br>**53 Oak Avenue**<br>**Huntington Station, NY 11746** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,825.08 |
|---|---|---|---|
| | **Dori Byan**<br>**209K Springmeadow Drive**<br>**Holbrook, NY 11741** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.64 |
|---|---|---|---|
| | **Dugmore and Duncan Inc**<br>**30 Pond Park Road**<br>**Hingham, MA 02043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
|---|---|---|---|
| | **Durham, Richard**<br>**3 Overlook Drive**<br>**Waterford, CT 06385** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,031.40 |
|---|---|---|---|
| | **East Coast Conference**<br>**Attn: Bob Dranoff, Commissioner**<br>**300 Carlton Ave  NYIT Bldg 66**<br>**Central Islip, NY 11722** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,110.19 |
|---|---|---|---|
| | **East Islip Lumber**<br>**33 Wall Street**<br>**East Islip, NY 11730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.61 |
|---|---|---|---|
| | **EBSCO Subscription Services**<br>**Payment Processing Center**<br>**PO Box 204661**<br>**Dallas, TX 75320-4661** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,243.00 |
|---|---|---|---|
| | **EDVOTEK, Inc.**<br>**1121 5th St NW**<br>**Washington, DC 20001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,176.04 |
|---|---|---|---|
| | **Edward Gullason**<br>**7 Wayside Lane**<br>**Smithtown, NY 11787** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **compensation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329.87 |
|---|---|---|---|
| | **Edward H. Wallace**<br>**55 Springdale Avenue**<br>**Massapequa, NY 11758-6748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $456.50 |
|---|---|---|---|
| | **Edward Urso**<br>**52 Greenwich Hills Drive**<br>**Greenwich, CT 06831** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,086.70 |
|---|---|---|---|
| | **Elana Zolfo**<br>**93 Hidden Pond Circle**<br>**Smithtown, NY 11787** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **compensation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.00 |
|---|---|---|---|
| | **Elbar Duplicator Corporation**<br>**105-26 Jamaica Avenue**<br>**Richmond Hill, NY 11418** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,198.55** |
| | **Elizabeth (Ducie) O'Brien**<br>**457 Birch Hollow Drive**<br>**E. Yaphank, NY 11967** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __compensation__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,811.35** |
| | **Elsa-Sofia Morote**<br>**64 Lexington Road**<br>**Shirley, NY 11967** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __compensation__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,367.38** |
| | **Elsevier Science, B.V.**<br>**PO Box 945**<br>**New York, NY 10015-9094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$197.59** |
| | **Emily Anne Javis**<br>**44 Sabre Drive**<br>**Selden, NY 11784** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$580.56** |
| | **Engin Suvak**<br>**1172 Warwick Street**<br>**Uniondale, NY 11553** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
| | **Environmental Energy**<br>**120 C E Jefryn Blvd**<br>**Deer Park, NY 11729** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
| | **Eric Pavels**<br>**1150 Rosedale Road**<br>**Valley Stream, NY 11581** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Dowling College** | | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Erin Gregory**
**23 Ocean Avenue**
**Mastic, NY 11950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**ESU Student Activity Association**
**200 Prospect St. University Center**
**East Stroudsburg, PA 18301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $289.20 |
|---|---|---|---|

**Eugene R. Bayliss Jr.**
**16D Seabreeze Avenue**
**Milford, CT 06460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,337.43 |
|---|---|---|---|

**Everbank Commercial Finance**
**P.O.Box 911608**
**Denver, CO 80291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,655.60 |
|---|---|---|---|

**Evoqua Water Technologies**
**28563 Network Place**
**Chicago, IL 60673-1285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,090.57 |
|---|---|---|---|

**Expense Reduction Analyst**
**PO Box 956251**
**St Louis, MO 63195-6251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $718.36 |
|---|---|---|---|

**First Reliance Standard**
**PO Box 3123**
**Southeastern, PA 19398**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,453.50 |
|---|---|---|---|

**First Student Inc.**
**1065 Belvoir Road**
**Plymouth Meeting, PA 19462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,240.00 |
|---|---|---|---|

**Fitzgerald's Driving School**
**1350 Deer Park Avenue**
**North Babylon, NY 11703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,503.73 |
|---|---|---|---|

**Ford Motor Credit**
**PO Box 220564**
**Pittsburgh, PA 15257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,620.50 |
|---|---|---|---|

**Fox Glass Company East**
**45 Bloomingdale Road**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,713.90 |
|---|---|---|---|

**Francis Samuel**
**39 N Carll Avenue**
**Babylon, NY 11702**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,138.69 |
|---|---|---|---|

**Francis Tidd**
**26 Magnolia Street**
**Central Islip, NY 11722**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,503.00 |
|---|---|---|---|

**Francis Winslow**
**P.O. Box 14235**
**Hauppauge, NY 11788**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | |
|---|---|
| Debtor | **Dowling College** |
| | Name |

Case number *(if known)*    **16-75545 (REG)**

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112.97** |
|---|---|---|---|
| | **Franklin Leavandosky** | ☐ Contingent | |
| | **115 Ketcham Avenue** | ☐ Unliquidated | |
| | **Patchogue, NY 11772** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,972.00** |
|---|---|---|---|
| | **Fred Rispoli** | ☐ Contingent | |
| | **132 Connetquot Road** | ☐ Unliquidated | |
| | **Oakdale, NY 11769** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  __compensation__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$766.50** |
|---|---|---|---|
| | **Freedom Scientific** | ☐ Contingent | |
| | **BLV Group - Charlie Madsen** | ☐ Unliquidated | |
| | **11800 31st Ct N** | ☐ Disputed | |
| | **Saint Petersburg, FL 33716** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **G & G Fences of LI** | ☐ Contingent | |
| | **PO Box 389** | ☐ Unliquidated | |
| | **Bohemia, NY 11716** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,264.74** |
|---|---|---|---|
| | **Gail Scherz** | ☐ Contingent | |
| | **35 Terrell Street** | ☐ Unliquidated | |
| | **Patchogue, NY 11772** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  __compensation__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,088.12** |
|---|---|---|---|
| | **Gary Bishop** | ☐ Contingent | |
| | **106 Sunrise Avenue** | ☐ Unliquidated | |
| | **Sayville, NY 11782** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|
| | **Gary Moran** | ☐ Contingent | |
| | **473 Edgewood Place** | ☐ Unliquidated | |
| | **Rutherford, NJ 07070** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$222.45** |
|---|---|---|---|

**Gavin Chamberlain**
**8 Grand Haven Drive**
**Commack, NY 11725**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$689.52** |
|---|---|---|---|

**GBC Acco Brands**
**PO Box 203412**
**Dallas, TX 75320-3412**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,194.95** |
|---|---|---|---|

**George Cavuto**
**34 Hemlock Lane**
**Bay Shore, NY 11706**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  compensation

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72,355.08** |
|---|---|---|---|

**George Foundotos**
**4 Damin Circle**
**Saint James, NY 11780**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  compensation

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**George P. Evanego**
**63 Mayberry Avenue**
**Monroe, NJ 08831**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$122.72** |
|---|---|---|---|

**George Samito**
**23 Westbridge Drive**
**Babylon, NY 11702**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gerald M. O'Shea Inc.**
**4155 Veterans Highway, Suite 9**
**Ronkonkoma, NY 11779**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,963.72 |
|---|---|---|---|
| | **Geraldine Vincent** <br> **25 Dale Drive** <br> **Oakdale, NY 11769** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,545.70 |
|---|---|---|---|
| | **Glen Brauchle** <br> **91 Deer Park Avenue** <br> **Apt 2** <br> **Babylon, NY 11702** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __compensation__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |
|---|---|---|---|
| | **Glenn W. Barham** <br> **9001 Blackley Lake Road** <br> **Wake Forest, NC 27587** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $263.13 |
|---|---|---|---|
| | **Gopher** <br> **NW5634** <br> **PO Box 1450** <br> **Minneapolis, MN 55485-5634** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,459.44 |
|---|---|---|---|
| | **GreatAmerica Financial Services** <br> **PO Box 660831** <br> **Dallas, TX 75266-0831** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205.00 |
|---|---|---|---|
| | **Gregory Quirolo** <br> **358 Washington Avenue** <br> **Pelham, NY 10803** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,308.15 |
|---|---|---|---|
| | **Guanann Li** <br> **135 Westwood Drive** <br> **Apt. 151** <br> **Westbury, NY 11590** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __compensation__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$280.54** |
|---|---|---|---|

**Hal Mishkin**
**56 Broadview Circle**
**Wading River, NY 11793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$207.83** |
|---|---|---|---|

**Handras, Kerri**
**20 Charter Avenue**
**Dix Hills, NY 11746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,394.00** |
|---|---|---|---|

**Harland Technology Services**
**PO Box 45550**
**Omaha, NE 68145-0550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**HealthPlex**
**333 Earle Ovington Blvd.**
**3rd Floor**
**Uniondale, NY 11553**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **through 6/1/2016**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Hector M. Martinez Jr.**
**54 Claude Avenue**
**Denville, NJ 07834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$243.76** |
|---|---|---|---|

**Heidi Kelly - Strawgate**
**166 South Street**
**Manorville, NY 11949**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,255.40** |
|---|---|---|---|

**Helen Bausenwein**
**235 Cedrus Avenue**
**East Northport, NY 11731**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | | | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|---|---|
| | Name | | | | |

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$162.77** |
|---|---|---|---|
| | **Helen Bohlen**<br>**21 Loft Road**<br>**Smithtown, NY 11787** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,421.63** |
|---|---|---|---|
| | **Helen Densing**<br>**214 Oak Street**<br>**Patchogue, NY 11772** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __compensation__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,685.40** |
|---|---|---|---|
| | **Herbert Bernstein**<br>**5 Brewster Lane**<br>**Bellport, NY 11713** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __compensation__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |
|---|---|---|---|
| | **Herff Jones**<br>**PO Box 882**<br>**Commack, NY 11725** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,162.35** |
|---|---|---|---|
| | **Higher One**<br>**115 Munson Street**<br>**New Haven, CT 06511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,304.86** |
|---|---|---|---|
| | **Hobsons, Inc.**<br>**PO Box 505208**<br>**St Louis, MO 63150-5208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$629.94** |
|---|---|---|---|
| | **Home Depot Credit Service**<br>**PO Box 9055**<br>**Des Moines, IA 50368** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,695.77 |
|---|---|---|---|

**Hoselton Chevrolet**
**909 Fairport Road**
**East Rochester, NY 14445**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $727.20 |
|---|---|---|---|

**Hy-Cert Services, Inc.**
**PO Box 534**
**Miller Place, NY 11764-7006**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,950.76 |
|---|---|---|---|

**IACBE**
**11374 Strang Line Road**
**Lenexa, KS 66215**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**IAM National Pension Fund**
**1300 Connecticut Ave., NW**
**Suite 300**
**Washington, DC 20036**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106,785.34 |
|---|---|---|---|

**Ingerman Smith, L.L.P.**
**150 Motor Pkwy**
**Suite 400**
**Hauppauge, NY 11788**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,808.00 |
|---|---|---|---|

**Innovative Interfaces Inc**
**PO Box 74008010**
**540 W Madison, 4th Floor**
**Chicago, IL 60674-8010**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $980.00 |
|---|---|---|---|

**Intelli-Tec Security Services**
**150 Eileen Way**
**Unit #2**
**Syosset, NY 11791**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

**3.214**

**Nonpriority creditor's name and mailing address**

**International Union of Operation Enginee**
**16-16 Whitestone Expressway**
**5th Floor**
**Whitestone, NY 11357**

Date(s) debt was incurred _

Last 4 digits of account number  **d001**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.215**

**Nonpriority creditor's name and mailing address**

**Investintech.com Inc.**
**425 University Avenue**
**Suite 301**
**Toronto, ON M5G1T6**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$700.00**

---

**3.216**

**Nonpriority creditor's name and mailing address**

**IRG Towing**
**92 Carlton Avenue**
**Islip Terrace, NY 11752**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$150.00**

---

**3.217**

**Nonpriority creditor's name and mailing address**

**Iron Mountain**
**PO Box 27129**
**New York, NY 10087-7129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$6,396.59**

---

**3.218**

**Nonpriority creditor's name and mailing address**

**Isaac Rosler**
**58 Sound Breeze Trail**
**Wading River, NY 11792**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **compensation**

Is the claim subject to offset? ☑ No ☐ Yes

**$46,658.64**

---

**3.219**

**Nonpriority creditor's name and mailing address**

**Island Sports Video, Inc**
**241 Christian Avenue**
**Stony Brook, NY 11790**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$3,750.00**

---

**3.220**

**Nonpriority creditor's name and mailing address**

**It's Moore Entertainment**
**P.O Box 3273**
**Patchogue, NY 11772**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$1,598.00**

---

| Debtor | **Dowling College** | | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

**3.221** | Nonpriority creditor's name and mailing address

IUOE Local 30
New York Headquarters
16-16 Whitestone Expressway
Attn: William Lynn
Whitestone, NY 11357

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.222** | Nonpriority creditor's name and mailing address

Jack Schiavone
766 Brady Avenue
Apt. #437
Bronx, NY 10462

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$275.58**

**3.223** | Nonpriority creditor's name and mailing address

Jackie Hannan
5 Alfan Avenue
Sayville, NY 11782

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **compensation**

Is the claim subject to offset? ■ No ☐ Yes

**$1,096.00**

**3.224** | Nonpriority creditor's name and mailing address

Jackson Lewis, LLP
PO Box 416019
Boston, MA 02241-6019

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$372.25**

**3.225** | Nonpriority creditor's name and mailing address

Jaclyn Carlo
49 Grandview Lane
Smithtown, NY 11787

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **compensation**

Is the claim subject to offset? ■ No ☐ Yes

**$13,539.51**

**3.226** | Nonpriority creditor's name and mailing address

Jacqueline Leonard
2836 Leslie Court
Laramie, WY 82072

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

**3.227** | Nonpriority creditor's name and mailing address

Jacqueline Rogers
47 Simon Street
Babylon, NY 11702

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **compensation**

Is the claim subject to offset? ■ No ☐ Yes

**$1,225.25**

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,589.35 |
|---|---|---|---|

**James Murphy**
**7 Center Drive**
**Syosset, NY 11791**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  compensation

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $940.31 |
|---|---|---|---|

**Jamie Gunter**
**542 Terrace Road**
**Bayport, NY 11705**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  compensation

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,055.37 |
|---|---|---|---|

**Janine Barrese**
**124 Raynor Street**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  compensation

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Jarvis Watson**
**10 Fairview Drive**
**Shirley, NY 11967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Jason A. Long**
**55 Clymer Street**
**Port Jefferson Station, NY 11776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,349.00 |
|---|---|---|---|

**Jason Truffant**
**15 Idle Hour Blvd.**
**Oakdale, NY 11769**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  compensation

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

**Jeffrey John DiMarco**
**426 Wading River Road**
**Manorville, NY 11949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,613.08 |
|---|---|---|---|
| | **Jeffrey Stover** | ☐ Contingent | |
| | **930 Maple Street** | ☐ Unliquidated | |
| | **Bohemia, NY 11716** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $839.90 |
|---|---|---|---|
| | **Jennifer Formica** | ☐ Contingent | |
| | **56 Stagg Street** | ☐ Unliquidated | |
| | **Apt. 19** | ■ Disputed | |
| | **Brooklyn, NY 11206** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $767.00 |
|---|---|---|---|
| | **Jeppesen-Sanderson** | ☐ Contingent | |
| | **PO Box 840864** | ☐ Unliquidated | |
| | **Dallas, TX 75284-0864** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $275.00 |
|---|---|---|---|
| | **Jeremy Steven Johnson** | ☐ Contingent | |
| | **278 N 8th Street** | ☐ Unliquidated | |
| | **Lindenhurst, NY 11757** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |
|---|---|---|---|
| | **Jericho UFSD** | ☐ Contingent | |
| | **99 Cedar Swamp Rd** | ☐ Unliquidated | |
| | **Jericho, NY 11753-1202** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18.09 |
|---|---|---|---|
| | **Jesse Schaefer** | ☐ Contingent | |
| | **223 W. Fulton Street** | ☐ Unliquidated | |
| | **Long Beach, NY 11561** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $997.99 |
|---|---|---|---|
| | **Jessica Roque** | ☐ Contingent | |
| | **10 Warren Grove Road** | ☐ Unliquidated | |
| | **Warren Grove, NJ 08005** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Dowling College** | | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,550.00 |
|---|---|---|---|
| | **Jet Environmental Testin** | ☐ Contingent | |
| | **114 Wedgewood Drive** | ☐ Unliquidated | |
| | **Coram, NY 11727** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $237.55 |
|---|---|---|---|
| | **Jim Vignona** | ☐ Contingent | |
| | **2 Point O Woods Avenue** | ☐ Unliquidated | |
| | **Point O Woods, NY 11706** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,528.68 |
|---|---|---|---|
| | **Jo Ann Lewald** | ☐ Contingent | |
| | **25 Midway Street** | ☐ Unliquidated | |
| | **Babylon, NY 11702** | ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  __compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $262.06 |
|---|---|---|---|
| | **Joan Asher** | ☐ Contingent | |
| | **55 Avenue D** | ☐ Unliquidated | |
| | **Farmingville, NY 11738** | ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  __compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,516.21 |
|---|---|---|---|
| | **Joan Van Brunt** | ☐ Contingent | |
| | **24 Birchdale Drive** | ☐ Unliquidated | |
| | **Holbrook, NY 11741** | ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  __compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,182.62 |
|---|---|---|---|
| | **Joann Barry** | ☐ Contingent | |
| | **29 Elchesten Drive** | ☐ Unliquidated | |
| | **E Northport, NY 11731** | ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  __compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,048.00 |
|---|---|---|---|
| | **Joanne DeSantis** | ☐ Contingent | |
| | **86 Woody Lane** | ☐ Unliquidated | |
| | **Oakdale, NY 11769** | ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  __compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $403.59 |
|---|---|---|---|

**Joe Fanning**
**3 Hazel Avenue**
**Farmingdale, NY 11735**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
|---|---|---|---|

**Joe Silvent**
**PO Box 489**
**Effort, PA 18330**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $274.50 |
|---|---|---|---|

**John G. Trotta**
**13 Brand Street**
**Hastings on Hudson, NY 10706**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $60.59 |
|---|---|---|---|

**John Hanley**
**29 Dover Hill Drive**
**Nesconset, NY 11767**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $353.22 |
|---|---|---|---|

**John J. Monaco**
**27 Brookvale Lane**
**Lake Grove, NY 11755**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $254.15 |
|---|---|---|---|

**John Mateyko**
**84 Barnes Street**
**Long Beach, NY 11561**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $231.29 |
|---|---|---|---|

**John Tuttle**
**11 Jervis Avenue**
**Farmingdale, NY 11735**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Dowling College** | | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|---|

Name

| | | | |
|---|---|---|---|
| 3.256 | **Nonpriority creditor's name and mailing address**<br>**John Urick**<br>**951 Old Town Road**<br>**Coram, NY 11727** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$1,374.69** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __compensation__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.257 | **Nonpriority creditor's name and mailing address**<br>**John Vargas**<br>**36 Irving Avenue**<br>**Floral Park, NY 11001** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$6,974.10** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __compensation__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.258 | **Nonpriority creditor's name and mailing address**<br>**Jonathan Nguyen**<br>**32 Madison Avenue**<br>**Medford, NY 11763** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$2,252.26** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __compensation__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.259 | **Nonpriority creditor's name and mailing address**<br>**Jose F. Talavera**<br>**110 Pine Street**<br>**Deer Park, NY 11729** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$250.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.260 | **Nonpriority creditor's name and mailing address**<br>**Jose Melendez**<br>**247 Laclede Avenue**<br>**Uniondale, NY 11553** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$1,768.81** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __compensation__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.261 | **Nonpriority creditor's name and mailing address**<br>**Joseph A. Formisano**<br>**46 Merillon Avenue**<br>**Garden City, NY 11530** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100.16** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.262 | **Nonpriority creditor's name and mailing address**<br>**Joseph Behar**<br>**9 Brown's River Road**<br>**Sayville, NY 11782** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$67,518.36** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __compensation__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Dowling College** | | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.263** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$189.76**

**Joseph Bertuglia**
**PO Box 349**
**Great River, NY 11739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.264** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,576.36**

**Joseph D. Donofrio**
**25 Harbor Watch Court**
**Sag Harbor, NY 11963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.265** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$245.25**

**Joseph Economico**
**215 Weskura Road**
**Yorktown Heights, NY 10598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,559.20**

**Joseph Kasten**
**80 Teddy Court**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  compensation

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$205.00**

**Joseph Manzione**
**31-14 23 Road #13**
**Astoria, NY 11105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$179.00**

**Joseph Worrell**
**16 Johns Road**
**East Setauket, NY 11733**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  compensation

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,007.35**

**Joshua Gidding**
**325 Lenox Road**
**Huntington Station, NY 11746**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  compensation

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Joshua Soto**
**68 Oakland Avenue**
**Deer Park, NY 11729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,160.00** |
|---|---|---|---|

**Journal News Media Group**
**P.O Box 822883**
**Philadelphia, PA 19182-2883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,615.00** |
|---|---|---|---|

**JTA Leasing Co. LLC**
**Attn: Mark Kitaeff**
**34 Wren Drive**
**East Hill, NY 11576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,683.60** |
|---|---|---|---|

**Juan Ramierz**
**1013 N Delaware Avenue**
**Lindenhurst, NY 11757**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**June Ann Smith**
**4 Ovington Circle**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,712.50** |
|---|---|---|---|

**Justin Robert Carlson**
**8 Mercer Street**
**Port Jefferson Station, NY 11776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$909.72** |
|---|---|---|---|

**Justino Reyes**
**42 Floradora Drive**
**Mastic, NY 11950**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,850.20** |
|---|---|---|---|

**Katherine Ventimiglia**
**2 Emily Way**
**East Setauket, NY 11733**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7.78** |
|---|---|---|---|

**Kathleen Ruggeri**
**45 Ketewamoke Avenue**
**Babylon, NY 11702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$763.00** |
|---|---|---|---|

**Kaylee M. Graswald**
**27 Beverly Street**
**Islip, NY 11751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120.00** |
|---|---|---|---|

**Keith McCaffrey**
**6 Flora Drive**
**Mount Sinai, NY 11766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,994.80** |
|---|---|---|---|

**Kendell Thorton**
**PO Box 804**
**Winterville, NC 28590**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,819.75** |
|---|---|---|---|

**Kerri (Handras) McCabe**
**20 Charter Avenue**
**Dix Hills, NY 11746**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,550.00** |
|---|---|---|---|

**Kevin DeSlauriers**
**6 Jessie Road**
**Eastport, NY 11941**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

**3.284** | Nonpriority creditor's name and mailing address | | **$1,102.87**

**Kevin DesLauriers**
**6 Jessie Road**
**Eastport, NY 11941**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** | Nonpriority creditor's name and mailing address | | **$205.00**

**Kevin Harrington**
**31 Middle Island Avenue**
**Medford, NY 11763**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** | Nonpriority creditor's name and mailing address | | **$4,902.80**

**Kimberly Poppiti**
**83 Buffalo Avenue**
**Medford, NY 11763**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | Nonpriority creditor's name and mailing address | | **$100.00**

**Kiomelis Rodriguez**
**52 Tamarack Street**
**Central Islip, NY 11722**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | Nonpriority creditor's name and mailing address | | **$9,151.93**

**Konica Minolta Premier Finance**
**PO Box 642333**
**Pittsburgh, PA 15264**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | Nonpriority creditor's name and mailing address | | **$77,025.00**

**KPMG LLP**
**Dept 0511**
**PO Box 120511**
**Dallas, TX 75312-0511**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290** | Nonpriority creditor's name and mailing address | | **$983.80**

**Kristine Boniello**
**516 Locust Avenue**
**Oakdale, NY 11769**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,835.00** |
|---|---|---|---|
| | **L&J Cesspool Service** | ☐ Contingent | |
| | **2 Merrick Blvd** | ☐ Unliquidated | |
| | **East Moriches, NY 11940** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|
| | **L.I. Automatic Doors** | ☐ Contingent | |
| | **26 W Old Country Road** | ☐ Unliquidated | |
| | **Hicksville, NY 11801** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,109.89** |
|---|---|---|---|
| | **L.I. Hardware** | ☐ Contingent | |
| | **4155 Veterans Hwy** | ☐ Unliquidated | |
| | **Suite 9** | ☐ Disputed | |
| | **Ronkonkoma, NY 11779** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$241.93** |
|---|---|---|---|
| | **LaCorte Farm & Lawn Equipment** | ☐ Contingent | |
| | **522 Edwards Avenue** | ☐ Unliquidated | |
| | **Calverton, NY 11933** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,690.00** |
|---|---|---|---|
| | **Landscapes by Sean Fleck** | ☐ Contingent | |
| | **PO Box 1363** | ☐ Unliquidated | |
| | **Stony Brook, NY 11790** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,550.00** |
|---|---|---|---|
| | **LandTek Group Inc** | ☐ Contingent | |
| | **235 County Line Road** | ☐ Unliquidated | |
| | **Amityville, NY 11701** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|
| | **Laser Performance Product** | ☐ Contingent | |
| | **44 W Jefryn Blvd** | ☐ Unliquidated | |
| | **Suite N** | ☐ Disputed | |
| | **Deer Park, NY 11729** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

**3.298** | Nonpriority creditor's name and mailing address
**Laura Pope Robbins**
**383 Birch Hollow Drive**
**Shirley, NY 11967**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  compensation

Is the claim subject to offset? ■ No ☐ Yes

**$4,717.10**

---

**3.299** | Nonpriority creditor's name and mailing address
**Laurel Publications**
**Gloria Schetty**
**595 Rte 25A - Suite 18**
**Miller Place, NY 11764**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$850.00**

---

**3.300** | Nonpriority creditor's name and mailing address
**Lazard Freres & Co., LLC**
**PO Box 5394**
**New York, NY 10124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,765.95**

---

**3.301** | Nonpriority creditor's name and mailing address
**Leaf**
**P.O. Box 742647**
**Cincinnati, OH 45274-2647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$20,188.98**

---

**3.302** | Nonpriority creditor's name and mailing address
**Leann Doyle**
**48 Grove Avenue**
**Patchogue, NY 11772**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  compensation

Is the claim subject to offset? ■ No ☐ Yes

**$1,526.45**

---

**3.303** | Nonpriority creditor's name and mailing address
**Legacy Plus, Inc.**
**234 Maple Avenue**
**Patchogue, NY 11722**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,750.00**

---

**3.304** | Nonpriority creditor's name and mailing address
**LeMoyne College Golf**
**Office of Athletics**
**1419 Salt Springs Road**
**Syracuse, NY 13214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$725.00**

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,819.95** |
|---|---|---|---|

**Leo A. Giglio**
**9 Hilltop Drive**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,521.21** |
|---|---|---|---|

**Lester Corrain**
**60 Morris Street**
**Brentwood, NY 11717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,325.00** |
|---|---|---|---|

**LI Library Resource Counsel (LILRC)**
**Melville Library Building**
**Suite E310**
**Stony Brook, NY 11794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,775.52** |
|---|---|---|---|

**Linda Ardito**
**5 Two Rod Road**
**Huntington, NY 11743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,551.55** |
|---|---|---|---|

**Linda Bausch**
**289 Donald Blvd**
**Holbrook, NY 11741**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,994.32** |
|---|---|---|---|

**Linda Catelli**
**14 Dorset Road**
**Southampton, NY 11968**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$330.80** |
|---|---|---|---|

**Linda Graceffo**
**160 Plainview Road**
**Woodbury, NY 11797**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,787.15 |
|---|---|---|---|

**Lisa Braxton**
**55 Panamoka Trail**
**Ridge, NY 11961**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __compensation__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Local 153 Pension Fund**
**265 14th Street**
**New York, NY 10011**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Local 434**
**652 4th Avenue**
**Dominic Taibbi**
**Brooklyn, NY 11232**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Lois Kahl**
**349 Singingwood Drive**
**Holbrook, NY 11741**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __compensation__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Long Island and University**
**Ms Mercedes Ravelo, DirPublicSafety**
**250 Joralemon St., Brooklyn Law School**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $478.00 |
|---|---|---|---|

**Long Island Business News**
**SDS-12-2632**
**P.O BOX 86**
**Minneapolis, MN 55486-2632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,750.00 |
|---|---|---|---|

**Long Island Geese Control**
**308 W Main Street, LL Suite 2**
**Smithtown, NY 11787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | |
|---|---|
| Debtor **Dowling College** | Case number *(if known)* **16-75545 (REG)** |
| Name | |

---

**3.319**

Nonpriority creditor's name and mailing address
**Long Island Gym Equipment Co.**
**1400 N Pentaquit Avenue**
**Bay Shore, NY 11706**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,865.00**

---

**3.320**

Nonpriority creditor's name and mailing address
**Lori Zaikowski**
**130 Jackie Court**
**Patchogue, NY 11772**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,429.40**

---

**3.321**

Nonpriority creditor's name and mailing address
**Lowe's**
**Business Accounts**
**PO Box 530954**
**Atlanta, GA 30353**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$448.79**

---

**3.322**

Nonpriority creditor's name and mailing address
**Lucianna Basilice**
**23c Commadore Lane**
**West Babylon, NY 11704**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __compensation__

Is the claim subject to offset? ☐ No ☐ Yes

**$1,471.00**

---

**3.323**

Nonpriority creditor's name and mailing address
**Luis Rivera**
**11940 Angle Pond Avenue**
**Windermere, FL 34796**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

**$9,070.10**

---

**3.324**

Nonpriority creditor's name and mailing address
**Madeline Nelson**
**45 Monroe Street**
**Northport, NY 11768**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$110.16**

---

**3.325**

Nonpriority creditor's name and mailing address
**Madeline Smith**
**217 Pleasant Drive**
**West Bay Shore, NY 11706**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

**$4,325.04**

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,000.42** |
|---|---|---|---|
| | **MailFinance Inc.** | ☐ Contingent | |
| | **25881 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1258** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$904.40** |
|---|---|---|---|
| | **Mailien L. Neefeldt** | ☐ Contingent | |
| | **12 Sherry Street** | ☐ Unliquidated | |
| | **East Islip, NY 11730** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,788.55** |
|---|---|---|---|
| | **Marcus Tye** | ☐ Contingent | |
| | **PO Box 832** | ☐ Unliquidated | |
| | **East Quogue, NY 11942** | ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _compensation_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$198.42** |
|---|---|---|---|
| | **Margaret Intreglia** | ☐ Contingent | |
| | **7 Marilyn Court** | ☐ Unliquidated | |
| | **West Babylon, NY 11704** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|
| | **Mariea Noblitt** | ☐ Contingent | |
| | **801 Kenmore Road** | ☐ Unliquidated | |
| | **Chapel Hill, NC 27514** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,713.00** |
|---|---|---|---|
| | **Mariel Stegmeir** | ☐ Contingent | |
| | **245 Edgewood Street** | ☐ Unliquidated | |
| | **Islip Terrace, NY 11752** | ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _compensation_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.55** |
|---|---|---|---|
| | **Marilyn J. Mather** | ☐ Contingent | |
| | **22 Redwood Court** | ☐ Unliquidated | |
| | **Coram, NY 11727** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,979.85 |
|---|---|---|---|

**Marilyn Mather**
**22 Redwood Court**
**Coram, NY 11727**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  <u>compensation</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,235.25 |
|---|---|---|---|

**Marilyn Rock**
**123 Vanderbilt Blvd**
**Oakdale, NY 11769**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  <u>compensation</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
|---|---|---|---|

**Mario Calabrese**
**135 Cook Road**
**Prospect, CT 06712**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,617.61 |
|---|---|---|---|

**Mark Carattini**
**32 William Street**
**Smithtown, NY 11787**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  <u>compensation</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
|---|---|---|---|

**Mark D. Schulte**
**11 West End Avenue**
**Newton, NJ 07860**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,772.80 |
|---|---|---|---|

**Mark Greer**
**PO Box 428**
**Rocky Point, NY 11778**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  <u>compensation</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $370.46 |
|---|---|---|---|

**Markertek Video Supply**
**Attn Ryan Young**
**1 Tower Drive, PO Box 397**
**Saugerties, NY 12477**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,060.00** |
|---|---|---|---|

**Marlin Leasing**
PO Box 13604
Philadelphia, PA 19101-3604

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,087.85** |
|---|---|---|---|

**Marshall Perry**
933 Manor Road
Bay Shore, NY 11706

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$438.00** |
|---|---|---|---|

**Martha Klotz**
60 River Road
P.O. Box 550
Great River, NY 11739

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Martin Schoenhals**
c/o Laine A. Armstrong
Advocates for Justice
225 Broadway, Suite 1902
New York, NY 10007

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,604.44** |
|---|---|---|---|

**Mary Abell**
268 Bowery
4th Floor
New York, NY 10012

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,256.65** |
|---|---|---|---|

**Mary Bridgwood**
24 Emilie Drive
Center Moriches, NY 11934

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.39** |
|---|---|---|---|

**Mary Cappasso**
31 Noahs Path
Rocky Point, NY 11778

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

**3.347** | Nonpriority creditor's name and mailing address

**Mary Donoghue**
**51 Cannon Drive**
**Holbrook, NY 11741**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

$4,730.70

---

**3.348** | Nonpriority creditor's name and mailing address

**Mary Sullivan**
**951 Kahle Street**
**Bohemia, NY 11716**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$98.29

---

**3.349** | Nonpriority creditor's name and mailing address

**Mary T. Hickey**
**73 Fraser Avenue**
**Merrick, NY 11566**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$450.00

---

**3.350** | Nonpriority creditor's name and mailing address

**Maryann Campagno**
**107 Guilford Avenue**
**Oakdale, NY 11769**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

$5,986.83

---

**3.351** | Nonpriority creditor's name and mailing address

**Maryann Stover**
**264 Candee Avenue**
**Sayville, NY 00117-8200**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

$4,171.85

---

**3.352** | Nonpriority creditor's name and mailing address

**Mastrantonio Caterers Inc.**
**333 Moffitt Blvd**
**Islip, NY 11751**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$443.60

---

**3.353** | Nonpriority creditor's name and mailing address

**Matthew Whelan**
**2 Emmet Drive**
**Stony Brook, NY 11790**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$450.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$192.60** |
|---|---|---|---|

**Maureen Earle**
**506 Lombardy Blvd**
**Brightwaters, NY 11718**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,835.00** |
|---|---|---|---|

**McCarney Tours**
**2858 N. Wading River Road**
**Wading River, NY 11792**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,213.00** |
|---|---|---|---|

**McGraw-Hill**
**School Education Holdings LLC**
**Lockbox 71545**
**Chicago, IL 60694-1545**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$715.49** |
|---|---|---|---|

**Medco Supply Company**
**PO Box 971543**
**Dallas, TX 75397**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,298.75** |
|---|---|---|---|

**Meister Seelig & Fein LLP**
**125 Park Ave**
**7th Floor**
**New York, NY 10017**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**Melissa Tillman**
**1859 Leonard Lane**
**Merrick, NY 11566**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,794.18** |
|---|---|---|---|

**Melody L. Cope**
**21 Chateau Drive**
**Oakdale, NY 11769**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$719.00** |
|---|---|---|---|

**Mergent, Inc.**
**PO Box 741892**
**Atlanta, GA 30384-1892**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,547.85** |
|---|---|---|---|

**Meron Lindenfeld**
**5 Fairlee Drive**
**East Northport, NY 11731**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,540.00** |
|---|---|---|---|

**Metromedia Technologies, Inc.**
**PO Box 28350**
**New York, NY 10087-8350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,312.85** |
|---|---|---|---|

**Michael Aloi**
**142 McConnell Avenue**
**Bayport, NY 11705**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
|---|---|---|---|

**Michael Anthony Cafaro**
**1174 Old Coats Road**
**Lillington, NC 27546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,751.72** |
|---|---|---|---|

**Michael Beck**
**44 Ocean Avenue**
**Blue Point, NY 11715**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$206.05** |
|---|---|---|---|

**Michael Delia**
**129 Michaels Lane**
**Wading River, NY 11792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | | | |
|---|---|---|---|
| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
| | Name | | |

| | | |
|---|---|---|
| 3.368 | **Nonpriority creditor's name and mailing address**<br>**Michael Herold**<br>**5 Tower Lane**<br>**Levittown, NY 11756**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$237.01** |
| 3.369 | **Nonpriority creditor's name and mailing address**<br>**Michael J. Chebetar**<br>**PO Box 242**<br>**Cross River, NY 10518**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$463.80** |
| 3.370 | **Nonpriority creditor's name and mailing address**<br>**Michael Klotz**<br>**60 River Road**<br>**P.O. Box 550**<br>**Great River, NY 11739**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __compensation__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$315.22** |
| 3.371 | **Nonpriority creditor's name and mailing address**<br>**Michael Lettieri**<br>**15 The Lane**<br>**Bayport, NY 11705**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$58.02** |
| 3.372 | **Nonpriority creditor's name and mailing address**<br>**Michael P. Zingaro**<br>**35 Summit Road**<br>**Sparta, NJ 07871-1410**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$550.00** |
| 3.373 | **Nonpriority creditor's name and mailing address**<br>**Michael Pinto**<br>**8 Elberta Drive**<br>**East Northport, NY 11731**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$177.75** |
| 3.374 | **Nonpriority creditor's name and mailing address**<br>**Michael Sakuma**<br>**515 High Street**<br>**Apt. 16**<br>**Prt Jefferson, NY 11777**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __compensation__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,497.05** |

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

**3.375** Nonpriority creditor's name and mailing address
**Michael Stattery**
**438 Lake Avenue S**
**Nesconset, NY 11767**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **compensation**

Is the claim subject to offset? ■ No ☐ Yes

$3,257.16

**3.376** Nonpriority creditor's name and mailing address
**Michelle McKenna**
**3 Cheryl Lane**
**North Babylon, NY 11703**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **compensation**

Is the claim subject to offset? ■ No ☐ Yes

$3,276.14

**3.377** Nonpriority creditor's name and mailing address
**Middle States Commission**
**3624 Market Street**
**Philadelphia, PA 19104**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$14,802.14

**3.378** Nonpriority creditor's name and mailing address
**Mike Caldarella**
**108 Kemah-Mecca Lake Road**
**Newton, NJ 07860**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$275.00

**3.379** Nonpriority creditor's name and mailing address
**Mike Covello**
**110 Merkel Drive**
**Bloomfield, NJ 07003**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$275.00

**3.380** Nonpriority creditor's name and mailing address
**Monique Davis**
**1705 Avalon Pines Drive**
**Coram, NY 11727**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **compensation**

Is the claim subject to offset? ■ No ☐ Yes

$408.63

**3.381** Nonpriority creditor's name and mailing address
**Moody's Investors Service, Inc.**
**7 World Trade Center**
**250 Greenwich Street**
**New York, NY 10007**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,250.00

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Moussa Keita**
**16 Palm Street**
**Central Islip, NY 11722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$695.00** |
|---|---|---|---|

**Mr. Sign**
**1565 Sycamore Avenue**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
|---|---|---|---|

**MWDD**
**5908 Featherlight Place**
**Santa Rosa, CA 95409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$89.53** |
|---|---|---|---|

**NA Publishing, Inc.**
**Department 771752**
**PO Box 77000**
**Detroit, MI 48277-1752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$395.00** |
|---|---|---|---|

**NACAC**
**1050 N Highland Street**
**Suite 400**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,676.00** |
|---|---|---|---|

**NACUBO**
**1110 Vermont Ave NW**
**Suite 800**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Nana Sarfo Appiah**
**2350 Webster Avenue**
**Apt. 3F**
**Bronx, NY 10458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,175.50 |
|---|---|---|---|
| | **Nancy Carroll**<br>**3223 Wilshire Lane**<br>**Apt. E23**<br>**Oakdale, NY 11769** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,471.02 |
|---|---|---|---|
| | **Nancy Jones**<br>**14 Mount Marcy Avenue**<br>**Farmingville, NY 11738** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $72.45 |
|---|---|---|---|
| | **Nassau County Library**<br>**K. Ray, Locust Valley Library**<br>**170 Buckram Rd**<br>**Locust Valley, NY 11560** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,332.36 |
|---|---|---|---|
| | **Natalie L. Vandorn**<br>**28 Charles Road**<br>**East Patchogue, NY 11772** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,394.50 |
|---|---|---|---|
| | **Nathalia Rogers**<br>**60 Harned Drive**<br>**Centerport, NY 11721** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,330.00 |
|---|---|---|---|
| | **National Center for Drug Free Sport**<br>**2537 Madison Avenue**<br>**Kansas City, MO 64108-2334** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24,830.04 |
|---|---|---|---|
| | **National Grid**<br>**PO Box 11791**<br>**NEWARK, NJ 07101-4791** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Dowling College**                                        Case number (if known)    **16-75545 (REG)**
_____
Name

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,777.35** |
|---|---|---|---|

**Neopost**
P.O. Box 30193
Tampa, FL 33630-3193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,995.00** |
|---|---|---|---|

**Network Craze Technologies**
7037 Fly Road
E. Syracuse, NY 13057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33.00** |
|---|---|---|---|

**New York Times**
PO Box 371456
Pittsbugh, PA 15250-7456

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|

**Newsday**
PO Box 3002
Boston, MA 02241-3002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,148.84** |
|---|---|---|---|

**Nicholas Mauro**
39 Glen View
Southampton, NY 11968

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  compensation

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,834.00** |
|---|---|---|---|

**Nicole Cuccurullo**
7 Gorham Lane
Smithtown, NY 11787

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$228.25** |
|---|---|---|---|

**Noreen Urso**
52 Greenwich Hills Drive
Greenwich, CT 06831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,860.00** |
|---|---|---|---|

**NRCCUA**
**PO Box 414378**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,180.00** |
|---|---|---|---|

**NY Party Works Inc.**
**45 W Jefryn Blvd**
**Deer Park, NY 11729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$420.10** |
|---|---|---|---|

**NYS Dep't of Enviromental Conservation**
**Div of Env Remediation/Tech Supp 11th Fl**
**625 Broadway**
**Albany, NY 12233-7020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$163.50** |
|---|---|---|---|

**NYS HESC TAP**
**99 Washington Avenue**
**14th Fl Refund Dept**
**Albany, NY 12255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**NYSATYC Inc**
**Wilbert Donnay,Accting Dept,F530J**
**Borough Of Manhattan Comm College**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$221.00** |
|---|---|---|---|

**NYSFAAA**
**Bank Street College of Education**
**610 West 112th Street**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NYSUT**
**New York State United Teachers**
**150 Motor Parkway, Suite 306**
**Sean Callahan, Esq.**
**Hauppauge, NY 11788**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,739.95** |
|---|---|---|---|

**Oak Hall Industries, L.P.**
**840 Union Street, PO Box 1078**
**Salem, VA 24153**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,999.58** |
|---|---|---|---|

**OCLC**
**4425 Solutions Center**
**Chicago, IL 60677-4004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4425**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$421.00** |
|---|---|---|---|

**Olena Huffmire**
**366 Collington Drive**
**Ronkonkoma, NY 11779**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Open Access Plus Medical Benefits**
**c/o Cigna Health & Life Insurance Co.**
**900 Cottage Grove Road, B6LPA**
**Hartford, CT 06152**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **through 6/3/2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,650.00** |
|---|---|---|---|

**Optel Business Communications**
**PO Box 180**
**Nesconset, NY 11767**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,348.84** |
|---|---|---|---|

**P & M Doors**
**10 Ocean Avenue**
**Copiague, NY 11726**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$469.34** |
|---|---|---|---|

**Paraco Gas**
**2510 Route 44**
**Salt Point, NY 12578**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Dowling College | Case number (if known) | 16-75545 (REG) |
|---|---|---|---|
| | Name | | |

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$667.00** |
|---|---|---|---|

**Pasco Scientific**
**10101 Foothills Blvd**
**PO Box 619011**
**Roseville, CA 95678-9011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42.38** |
|---|---|---|---|

**Patricia Albano**
**9 Hopes Avenue**
**Holtsville, NY 11742**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$241.00** |
|---|---|---|---|

**Patricia Hubbard**
**214 Huron Street**
**Apt.  #3R**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,173.85** |
|---|---|---|---|

**Patrick Johnson**
**5 Green Knoll Court**
**Northport, NY 11768**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,335.40** |
|---|---|---|---|

**Patti Zerafa**
**11 Milan Street**
**East Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,914.12** |
|---|---|---|---|

**Paul Abramson**
**6 Winside Lane**
**Coram, NY 11727**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,495.00** |
|---|---|---|---|

**Peterson's Nelnet LLC**
**PO BOX 30216**
**OMAHA, NE 68103-1316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**Pine Bush Central School**
Route 302
PO Box 670
Pine Bush, NY 12566

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,650.00 |
|---|---|---|---|

**Pine Hills Country Club**
2 Country Club Drive
Manorville, NY 11949

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,017.38 |
|---|---|---|---|

**Port Jefferson Sporting**
1395 Rte 112
Port Jefferson Station, NY 11776

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,287.40 |
|---|---|---|---|

**Precision Designs Architecture**
52 Commerce Drive
East Farmingdale, NY 11735-1206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,350.00 |
|---|---|---|---|

**Premier Display Inc.**
2979 Judith Drive
Bellmore, NY 11710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $248.00 |
|---|---|---|---|

**Pride Equipment Corporation**
150 Nassau Avenue
Islip, NY 11751

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,560.00 |
|---|---|---|---|

**Professional Carpet System**
73 Argyle Avenue
Selden, NY 11784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Dowling College | Case number *(if known)* | 16-75545 (REG) |
|---|---|---|---|
| | Name | | |

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,057.00 |
|---|---|---|---|

ProQuest LLC
789 E Eisenhower Pky
PO Box 1346
Ann Arbor, MI 48106-1346

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.78 |
|---|---|---|---|

PSEG Long Island
P.O.Box 9050
Hicksville, NY 11802

Date(s) debt was incurred _
Last 4 digits of account number  9091

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $154,731.56 |
|---|---|---|---|

PSEGLI
PO BOX 888
HICKSVILLE, NY 11802-0888

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,348.82 |
|---|---|---|---|

Ralph Cerullo
23 Canterbury Court
East Setauket, NY 11733

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  compensation

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $341.38 |
|---|---|---|---|

Ralph Ruggiero
37 Connetquot Drive
Oakdale, NY 11769

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,101.35 |
|---|---|---|---|

Rebecca DeLorfano
41 Glenwood Place
Farmingville, NY 11738

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  compensation

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,962.82 |
|---|---|---|---|

Reinaldo Blanco
49 Teaneck Drive
East Northport, NY 11731

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  compensation

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,915.66 |
|---|---|---|---|

**Rhoda Miller**
**PO Box 58**
**Babylon, NY 11702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,896.40 |
|---|---|---|---|

**Richard Wilkens**
**7 Fairfield Manor Drive**
**Manorville, NY 11949**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,357.30 |
|---|---|---|---|

**Richard Wolff**
**90 Elsmere Avenue**
**Oakdale, NY 11769**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.00 |
|---|---|---|---|

**Richard Wright**
**67-50 164th Street**
**Flushing, NY 11365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,562.16 |
|---|---|---|---|

**Robert Berchman**
**13 Blowing Fresh Drive**
**Salem, SC 29676**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,712.13 |
|---|---|---|---|

**Robert Campbell**
**265 Cedar Avenue**
**Islip, NY 11751**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $734.00 |
|---|---|---|---|

**Robert Dougherty**
**122 Norwalk Avenue**
**Medford, NY 11763**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,176.90 |
|---|---|---|---|

**Robert George Elkins**
**139 Richmond Avenue**
**Medford, NY 11763**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $228.26 |
|---|---|---|---|

**Robert Gross**
**1 Woodstone Court**
**South Huntington, NY 11746**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $120.54 |
|---|---|---|---|

**Robert Kersch**
**5 Leeside Drive**
**Great River, NY 11739**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $695.68 |
|---|---|---|---|

**Robert Kopelman**
**12 Alice Street**
**Patchogue, NY 11772**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $766.74 |
|---|---|---|---|

**Robert Landhauser**
**12 Duffin Avenue**
**West Islip, NY 11795**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,468.70 |
|---|---|---|---|

**Robert Manley**
**151 Lake Drive S.**
**West Islip, NY 11795**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $205.00 |
|---|---|---|---|

**Robert Moccia**
**208-04 Robert Road**
**Bayside, NY 11360**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$321.74** |
|---|---|---|---|

**Robert Tota**
**2868 Lindale Street**
**Wantagh, NY 11793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.00** |
|---|---|---|---|

**Robin Maynard**
**212 N Prospect Avenue**
**Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Rogers & Taylor Appraise**
**300 Wheeler Road**
**Hauppauge, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,508.72** |
|---|---|---|---|

**Romanelli & Son, Inc**
**94 East Hoffman Avenue**
**Lindenhurst, NY 11757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,883.85** |
|---|---|---|---|

**Ronald Rosso**
**17 Anderano Avenue**
**Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Ronald Vargas**
**24 James Junior Avenue**
**Danielsom, CT 06239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$214.64** |
|---|---|---|---|

**Roxann Hristovsky**
**PO Box 748**
**Wading River, NY 11792**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,362.50** |
|---|---|---|---|
| | **Royal Star Associates Inc**<br>**1124 Cassel Avenue**<br>**Bay Shore, NY 11706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,216.57** |
|---|---|---|---|
| | **Rubenstein Associates, Inc.**<br>**Worldwide Plaza**<br>**825 Eighth Avenue**<br>**New York, NY 10019-7416** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$275.00** |
|---|---|---|---|
| | **Russell Huber**<br>**46 Peach Tree Lane**<br>**Huntington Station, NY 11746** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,044.20** |
|---|---|---|---|
| | **S. Bleiberg-Seperson**<br>**17 Meleny Road**<br>**Locust Valley, NY 11560** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _compensation_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$360.00** |
|---|---|---|---|
| | **Safeway Fire and Protection Co.**<br>**35 N Tyson Avenue**<br>**Floral Park, NY 11001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,239.80** |
|---|---|---|---|
| | **Sandra Loughran**<br>**7 Fifth Avenue**<br>**Northport, NY 11768** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _compensation_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.465 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,140.00** |
|---|---|---|---|
| | **Sani-Lav Inc.**<br>**805 Karshick Street**<br>**Bohemia, NY 11716** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Dowling College** | | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.466 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,425.00** |
|---|---|---|---|
| | **Sanitech Services, Inc** | ☐ Contingent | |
| | **110 Lake Ave South** | ☐ Unliquidated | |
| | **Suite 40** | ☐ Disputed | |
| | **Nesconset, NY 11767** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.467 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **SANS Technology, Inc.** | ■ Contingent | |
| | **c/o William Wexler, Esq.** | ■ Unliquidated | |
| | **816 Deer Park Avenue** | ■ Disputed | |
| | **North Babylon, NY 11703** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.468 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$175.00** |
|---|---|---|---|
| | **School Counselors of Roc** | ☐ Contingent | |
| | **PO Box 144** | ☐ Unliquidated | |
| | **Suffern, NY 10901** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.469 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,900.00** |
|---|---|---|---|
| | **School Guide Publication** | ☐ Contingent | |
| | **606 Halstead Avenue** | ☐ Unliquidated | |
| | **Mamaroneck, NY 10543** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.470 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$401.10** |
|---|---|---|---|
| | **School Health Corp.** | ☐ Contingent | |
| | **6764 Eagle Way** | ☐ Unliquidated | |
| | **Chicago, IL 60678** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.471 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,980.00** |
|---|---|---|---|
| | **SCOPE** | ☐ Contingent | |
| | **Publications Order Department** | ☐ Unliquidated | |
| | **100 Lawrence Avenue** | ☐ Disputed | |
| | **Smithtown, NY 11787** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.472 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |
|---|---|---|---|
| | **Scott J. Passanesi** | ☐ Contingent | |
| | **4015 Muddy Creek Road** | ☐ Unliquidated | |
| | **Virginia Beach, VA 23457** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
|---|---|---|---|

**Scott Makosiej**
**2519 27th Street**
**Apt.5C**
**Astoria, NY 11102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**SCPOES Pipe Band**
**PO Box 1116**
**Smithtown, NY 11787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $695.57 |
|---|---|---|---|

**SCWA**
**PO Box 3147**
**Hicksville, NY 11802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,176.00 |
|---|---|---|---|

**Sean Lyons**
**74 Brand Drive**
**Huntington, NY 11743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $517.92 |
|---|---|---|---|

**Select Office Systems Inc.**
**PO Box 11777**
**Burbank, CA 91510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,768.89 |
|---|---|---|---|

**Servpro of Greater Smith**
**620 Johnson Avenue**
**Suite 8**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,200.58 |
|---|---|---|---|

**Seyed Raji**
**24 Pleasant Lane**
**Southampton, NY 11968**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,179.39** |
|---|---|---|---|

**Sharon Dinapoli**
**589 Pulaski Road**
**Kings Park, NY 11754**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.481 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$833.40** |
|---|---|---|---|

**Sheryl Johnson**
**23 Gilbert Street**
**Patchogue, NY 11772**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __compensation__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.482 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,488.00** |
|---|---|---|---|

**SHI Corp**
**PO Box 952121**
**Dallas, TX 75395-2121**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.483 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,138.64** |
|---|---|---|---|

**Shred-it Long Island**
**P.O. Box 13574**
**New York, NY 10087-3574**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,027.00** |
|---|---|---|---|

**Sidearm Sports,LLC**
**PO BOX 843038**
**Kansas City, MO 64184-3038**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$930.75** |
|---|---|---|---|

**Sigma-Aldrich**
**PO Box 535182**
**Atlanta, GA 30353-5182**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,899.01** |
|---|---|---|---|

**Skyrush Marketing**
**P.O Box 354**
**Yapank, NY 11980**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$453.14** |
|---|---|---|---|
| | **Smart Power Inc.** | ☐ Contingent | |
| | **829 Lincoln Avenue** | ☐ Unliquidated | |
| | **Bohemia, NY 11716** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00** |
|---|---|---|---|
| | **Southern New Hampshire University** | ☐ Contingent | |
| | **Attn: Ray Prouty** | ☐ Unliquidated | |
| | **2500 N. River Road** | ☐ Disputed | |
| | **Manchester, NH 03106** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|
| | **Spencer Robison** | ☐ Contingent | |
| | **20 Oak Hill Avenue** | ☐ Unliquidated | |
| | **Norwalk, CT 06854** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|
| | **St. Anthony's High School** | ☐ Contingent | |
| | **Mrs. Kim Hearney, Director of College Co** | ☐ Unliquidated | |
| | **275 Wolf Hill Road** | ☐ Disputed | |
| | **South Huntington, NY 11747-1394** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,880.00** |
|---|---|---|---|
| | **St. John the Baptist Diocesan HS** | ☐ Contingent | |
| | **1170 Montauk Hwy** | ☐ Unliquidated | |
| | **West Islip, NY 11795-4959** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76,500.00** |
|---|---|---|---|
| | **St. Johns University** | ☐ Contingent | |
| | **Bernadette Lavin-MacDonald Ctr** | ☐ Unliquidated | |
| | **8000 Utopia Pkwy** | ☐ Disputed | |
| | **Jamaica, NY 11439** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|
| | **St. Joseph's College** | ☐ Contingent | |
| | **155 W Roe Blvd.** | ☐ Unliquidated | |
| | **Patchogue, NY 11772** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,123.61** |
|---|---|---|---|
| | **Statewide Roofing Inc.** | ☐ Contingent | |
| | **2120 Fifth Avenue** | ☐ Unliquidated | |
| | **Ronkonkoma, NY 11779** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,903.20** |
|---|---|---|---|
| | **Stephanie Tatum** | ☐ Contingent | |
| | **4 McFarland Avenue** | ☐ Unliquidated | |
| | **Central Islip, NY 11722** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **compensation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$473.16** |
|---|---|---|---|
| | **Stephen Angelella** | ☐ Contingent | |
| | **2788 Marion Street** | ☐ Unliquidated | |
| | **Bellmore, NY 11710** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,640.95** |
|---|---|---|---|
| | **Stephen Lamia** | ☐ Contingent | |
| | **269 W 72nd Street** | ☐ Unliquidated | |
| | **Apt. 6C** | ■ Disputed | |
| | **New York, NY 10023** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **compensation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$210.34** |
|---|---|---|---|
| | **Steven Murray** | ☐ Contingent | |
| | **34 Lakewood Road** | ☐ Unliquidated | |
| | **Lake Ronkonkoma, NY 11779** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|
| | **Steven R. Stecher** | ☐ Contingent | |
| | **225 Hillside Avenue** | ☐ Unliquidated | |
| | **Livingston, NJ 07039** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$575.00** |
|---|---|---|---|
| | **Steven Tellerias** | ☐ Contingent | |
| | **448 Ocean Avenue** | ☐ Unliquidated | |
| | **Central Islip, NY 11722-1828** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Dowling College** | | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.98** |
|---|---|---|---|

**Storr Tractor Company**
**175 13th Avenue**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,750.00** |
|---|---|---|---|

**Strategic Value Media**
**8700 Indian Creek Parkway**
**Suite 300**
**Ovelook Park, KS 66210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117.55** |
|---|---|---|---|

**Suffolk County Locksmith**
**944 Montauk Hwy**
**Suite C**
**Shirley, NY 11967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68.00** |
|---|---|---|---|

**Suffolk County News**
**PO Box 782**
**Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Suffolk Zone N.Y.S.A.H.P**
**%Joanne Hamilton,Suffolk Zone**
**7 Glen Hollow Drive, Apt B33**
**Holtsville, NY 11742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,425.98** |
|---|---|---|---|

**Superior Office Systems**
**49 West 37th Street**
**3rd Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,453.85** |
|---|---|---|---|

**Susan Carter**
**131 N Country Road**
**Miller Place, NY 11764**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _compensation_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Dowling College** | Case number (*if known*) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

**3.508** | Nonpriority creditor's name and mailing address

**Susan Voorhees**
**43 Bayway Avenue**
**Bay Shore, NY 11706**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __compensation__

Is the claim subject to offset? ☑ No ☐ Yes

$4,772.10

---

**3.509** | Nonpriority creditor's name and mailing address

**Susan Wendy Fox**
**32 Caleb Brewster Road**
**East Setauket, NY 11733**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$27.71

---

**3.510** | Nonpriority creditor's name and mailing address

**Suzanne Fregosi**
**572 Laurelton Blvd.**
**Long Beach, NY 11561**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __compensation__

Is the claim subject to offset? ☑ No ☐ Yes

$1,056.00

---

**3.511** | Nonpriority creditor's name and mailing address

**Symplicity Corporation**
**17890 W Dixie Hwy**
**Suite 606**
**North Miami, FL 33160**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$4,675.00

---

**3.512** | Nonpriority creditor's name and mailing address

**The Allen J Flood Company**
**Two Madison Avenue**
**Larchmont, NY 10538**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$195,944.00

---

**3.513** | Nonpriority creditor's name and mailing address

**Theresa Domenichello**
**22 Canterbury Drive**
**Hauppauge, NY 11788**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$1,951.80

---

**3.514** | Nonpriority creditor's name and mailing address

**Theresa Talmage**
**83 East Moriches Blvd**
**Eastport, NY 11941**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __compensation__

Is the claim subject to offset? ☑ No ☐ Yes

$2,479.94

---

| Debtor | **Dowling College** | | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,634.37 |
|---|---|---|---|

**Thomas Caputo**
**20 Heidi Court**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,445.73 |
|---|---|---|---|

**Thomas Daly**
**115 Roxbury Road**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,330.48 |
|---|---|---|---|

**Thomas Kelly**
**5960 Amherst Drive**
**Apt. B 101**
**Naples, FL 34112**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.83 |
|---|---|---|---|

**Thomas Scientific**
**3501 Market Street**
**Philadelphia, PA 19104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199.24 |
|---|---|---|---|

**Thomson Reuters-West**
**Payment Center**
**P.O Box 6292**
**Carol Stream, IL 60197-6292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,274.78 |
|---|---|---|---|

**Timothy Boyle**
**208 Oak Street**
**Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,438.95 |
|---|---|---|---|

**Timothy Kelly**
**36 Dale Drive**
**Oakdale, NY 11769**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,883.68 |
|---|---|---|---|

**Todd Rooney**
**51 Oakdale Avenue**
**Selden, NY 11784**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __compensation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.25 |
|---|---|---|---|

**Total Funds by Hasler**
**PO Box 30193**
**Tampa, FL 33630**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.00 |
|---|---|---|---|

**Tracy J. DiMarco**
**426 Wading River**
**Manorville, NY 11949**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $987.00 |
|---|---|---|---|

**Trade Industry Network**
**163 Sterling Road**
**Toronto, 0**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $322.89 |
|---|---|---|---|

**Travis Evans**
**518 W. 111th Street**
**New York, NY 10025**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,543.05 |
|---|---|---|---|

**Troy Bohlander**
**Residence Life - Oakdale**
**150 Idle Hour Blvd.**
**Oakdale, NY 11769**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**U.S. Department of Education**
**Financial Square**
**32 Old Slip, 25th Floor**
**New York, NY 10005**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Title IV Funds__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,946.50 |
|---|---|---|---|

**UMB Bank, N.A.**
**Corporate Trust Services**
**120 Sixth Street, Suite 1400**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **fees charged to the Debtors account**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,197.00 |
|---|---|---|---|

**Union Leasing Inc.**
**425 North Martingdale Road**
**6th Floor**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,780.00 |
|---|---|---|---|

**Universal Temperature Co.**
**1749 Julia Goldbach Avenue**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**University of Bridgeport**
**Women's Soccer**
**120 Waldmere Avenue**
**Bridgeport, CT 06601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**University of New Haven**
**Charger Gymnasium**
**300 Boston Post Road**
**West Haven, CT 06516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**University of Wisconsin**
**Lunar School of Business  ATTN Andrea Zw**
**PO BOX 742**
**Milwaukee, WI 53201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,600.00 |
|---|---|---|---|

**Univest**
**3331 Street Road**
**Suite 325**
**Bensalem, PA 19020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

---

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**Utility Detection, Inc.**
**PO Box 223**
**Milford, PA 18337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,249.46** |
|---|---|---|---|

**Valero**
**PO Box 300**
**Amarillo, TX 79105-0300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,950.00** |
|---|---|---|---|

**Value Line Publishing LLC**
**485 Lexington Avenue**
**9th Floor**
**New York, NY 10017-2630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$577.98** |
|---|---|---|---|

**Verizon**
**P.O. Box 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,328.94** |
|---|---|---|---|

**Verizon Wireless**
**PO Box 15023**
**Worcester, MA 01615-0023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4179**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$685.40** |
|---|---|---|---|

**Verona Safety Supply Inc.**
**913 Watson Avenue**
**Madison, WI 53713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.61** |
|---|---|---|---|

**Victoria Herrmann**
**118 Easy Street**
**West Sayville, NY 11796**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **compensation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dowling College** | | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,062.25** |
|---|---|---|---|
| | **Waldo** | ☐ Contingent | |
| | **118 North Bedford Road** | ☐ Unliquidated | |
| | **Suite 201** | ☐ Disputed | |
| | **Mt. Kisco, NY 10549** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,049.00** |
|---|---|---|---|
| | **Walter Benka** | ☐ Contingent | |
| | **166-69 20th Avenue** | ☐ Unliquidated | |
| | **Whitestone, NY 11357** | ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,473.84** |
|---|---|---|---|
| | **WB Mason Co Inc.** | ☐ Contingent | |
| | **PO Box 981101** | ☐ Unliquidated | |
| | **Boston, MA 02298-1101** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83,071.63** |
|---|---|---|---|
| | **We Drive You, Inc** | ☐ Contingent | |
| | **700 Airport Blvd** | ☐ Unliquidated | |
| | **Suite 250** | ☐ Disputed | |
| | **Burlingame, CA 94010** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,629.15** |
|---|---|---|---|
| | **Wendy Ehrensberger (Deceased)** | ☐ Contingent | |
| | **18 Sheldon Avenue** | ☐ Unliquidated | |
| | **Patchogue, NY 11772** | ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __compensation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$113.00** |
|---|---|---|---|
| | **West Group** | ☐ Contingent | |
| | **Payment Center** | ☐ Unliquidated | |
| | **P.O. Box 6292** | ☐ Disputed | |
| | **Carol Stream, IL 60197-6292** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|
| | **Western Suffolk Counselors** | ☐ Contingent | |
| | **595 NY-25A # 18** | ☐ Unliquidated | |
| | **Miller Place, NY 11764** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Dowling College** | | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|---|
| | Name | | | |

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $274.25 |
|---|---|---|---|

**Whitney Stark**
**1250 Baldwin Road**
**Yorktown Heights, NY 10598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,536.80 |
|---|---|---|---|

**William Indick**
**125 Maple Street**
**Islip, NY 11751**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|

**William Schmoegner**
**5 Paddock Road**
**East Lyme, CT 06333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,464.73 |
|---|---|---|---|

**William Stanley**
**19 Meadow Street**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **compensation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Wilmington Trust, National Association**
**Corporate Trust Services**
**25 South Charles Street, 11th Floor**
**Baltimore, MD 21201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **fees charged to the Debtors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**WSCA Spring Conference**
**595 Rte 25A**
**Suite 18**
**Miller Place, NY 11764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,347.78 |
|---|---|---|---|

**Xerox Education Services**
**PO Box 201322**
**Dallas, TX 75320-1322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Dowling College** | Case number *(if known)* | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,355.35** |
|---|---|---|---|

**Xerox Financial Services**
**P.O. Box3147**
**Hicksville, NY 11802-3147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Yair Cohen**
**80-62 188th Street**
**Hollis, NY 11423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,306.70** |
|---|---|---|---|

**Yanek Mieczkowski**
**836 Walnut Avenue**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  compensation

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**Yenko Inc.**
**150 Grant Street**
**2nd Floor**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$649.40** |
|---|---|---|---|

**Yousuf Khan Aslam**
**138 Princess Street**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.50** |
|---|---|---|---|

**Zeklers Inc.**
**1061 N.Shepard Street**
**Suite L**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express**<br>**200 Vesey Street**<br>**New York, NY 10285** | Line  **3.23**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Dowling College** | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Archer, Byington, Glennon & Levine LLP**<br>**James W. Versocki**<br>**One Huntington Quadrangle, Suite 4C10**<br>**PO Box 9064**<br>**Melville, NY 11747** | Line __3.214__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Archer, Byington, Glennon & Levine LLP**<br>**One Huntington Quadrangle, Suite 4C10**<br>**PO Box 9064**<br>**James W. Versocki**<br>**Melville, NY 11747** | Line __3.221__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Blackboard Inc.**<br>**1111 19th Street, NW**<br>**Washington, DC 20036** | Line __3.55__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Bruce Leder, Esq.**<br>**1700 Galloping Hill Road**<br>**Kenilworth, NJ 07033** | Line __3.313__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Capital One NA**<br>**313 Carondelet Street**<br>**New Orleans, LA 70130** | Line __3.69__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Carrier Commercial Service**<br>**4110 Butler Pike**<br>**Plymouth Meeting, PA 19462** | Line __3.79__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Chase Weiss & Kehoe LLC**<br>**Matthew J. Weiss**<br>**190 Monroe Street, Suite 203**<br>**Hackensack, NJ 07601** | Line __3.190__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Department of Veteran Affairs**<br>**PO Box 4616**<br>**Kim Wagner**<br>**Buffalo, NY 14240** | Line __3.131__<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **IUOE Local 30**<br>**16-16 Whitestone Expressway**<br>**Robert V. Wilson, BusinessRepresentative**<br>**Whitestone, NY 11357** | Line __3.221__<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **John G. Trotta**<br>**13 Brand Street**<br>**Hastings on Hudson, NY 10706** | Line __3.251__<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Joint Board of Trustees of Local 153**<br>**265 West 14th Street**<br>**New York, NY 10011** | Line __3.313__<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Law Office of Amos Weinberg**<br>**49 Somerset Dr. S**<br>**Great Neck, NY 11020** | Line __3.10__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Dowling College** | | Case number (if known) | **16-75545 (REG)** |
|---|---|---|---|---|

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | **National Labor Relations Board**<br>**Region 29**<br>**Two Metro-Tech Center, 5th Floor**<br>**Matthew A. Jackson**<br>**Brooklyn, NY 11201** | Line **3.221**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **PSEGLI**<br>**175 E. Old Country Road**<br>**Hicksville, NY 11801** | Line **3.433**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Rubin & Rothman, LLC**<br>**1787 Veterans Highway, Suite 32**<br>**PO Box 9003**<br>**Islandia, NY 11749** | Line **3.69**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **U.S. Department of Labor**<br>**Employee Benefits SecurityAdministration**<br>**33 Whitehall Street, Suite 1200**<br>**Matt Mandredi**<br>**New York, NY 10004** | Line **2.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **UMB Bank, N.A.**<br>**PO Box 414589**<br>**Kansas City, MO 64141** | Line **3.529**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **United States Attorney's Office, EDNY**<br>**610 Federal Plaza**<br>**James H. Knapp, Assistant U.S. Attorney**<br>**Central Islip, NY 11722** | Line **3.528**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Wilmington Trust, National Association**<br>**Attn: Fee Processing Unit**<br>**PO Box 22900**<br>**Rochester, NY 14692** | Line **3.554**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 162,431.95 |
| **5b. Total claims from Part 2** | 5b. + $ | 4,368,896.53 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 4,531,328.48 |

# **<u>Exhibit B</u>**

In re Dowling College, Case No. 16-75545 – Updated Addresses

Arnold Saunders
219 Lawrence Avenue
Inwood, NY 11096

Carlos Alvarez
6A Kings Court
Valley Cottage, NY 10989

Casa Del Campo
1159 Deer Park Avenue
North Babylon, NY 11703

David J. Jensen
7 Game Court
East Setauket, NY 11733

Gregory Quirolo
358 Washington Avenue
Pelham, NY 10803

Hector M. Martinez Jr.
54 Claude Avenue
Denville, NJ 07834

Joe Silvent
PO Box 489
Effort, PA 18330

John G. Trotta
13 Brand Street
Hastings on Hudson, NY 10706

John Tuttle
11 Jervis Avenue
Farmingdale, NY 11735

Jose F. Talavera
110 Pine Street
Deer Park, NY 11729

Joseph Manzione
31-14 23 Road #13
Astoria, NY 11105

Mary Cappasso
31 Noahs Path
Rocky Point, NY 11778

Robert Gross
1 Woodstone Court
South Huntington, NY 11746

Robert Moccia
208-04 Robert Road
Bayside, NY 11360

Steven Murray
34 Lakewood Road
Lake Ronkonkoma, NY 11779

Susan Wendy Fox
32 Caleb Brewster Road
East Setauket, NY 11733