# **<u>Exhibit B</u>**

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-
    Possession*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re                                                                                  :        Chapter 11
                                                                                            :
DOWLING COLLEGE,                                                      :
f/d/b/a DOWLING INSTITUTE,                                   :        Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI              :
ASSOCIATION,                                                                :
f/d/b/a CECOM,                                                              :
a/k/a DOWLING COLLEGE, INC.,                              :
                                                                                            :
                                                    Debtor.           :
---------------------------------------------------------------x

### NOTICE OF FILING OF AMENDED SCHEDULES OF ASSETS AND LIABILITIES FOR DOWLING COLLEGE AND TIME TO FILE PROOF OF CLAIMS IN RESPONSE THERETO

**You are receiving this notice because the Debtor has identified certain Scheduled Assets and Liabilities which do not accurately reflect the information contained in the Debtor's Books and Records and is accordingly amending its Original Schedules.[1]  Please take notice that your rights may be affected by the filing of these Amended Schedules.  Therefore, you are advised to review carefully the information contained in this notice and the Amended Schedules.**

**PLEASE TAKE NOTICE** that on December 13, 2016, Dowling College (the "Debtor")

filed its *Schedules of Asset and Liabilities* [Docket No. 93] (the "Original Schedules") with the

United States Bankruptcy Court for the Eastern District of New York (the "Court") pursuant to

---
[1] All capitalized terms shall have the meaning set forth herein.

section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that on February 23, 2017 the Debtor amended the Original Schedules (the "Amended Schedules") and filed the *Declaration Pursuant to E.D.N.Y. LBR 1009-1(a)* (the "Rule 1009-1(a) Declaration"), which lists the specific corrections to the Original Schedules and contains a copy of the Amended Schedules. A copy of the Rule 1009-1(a) Declaration is annexed hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that, under the *Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* [Docket No. 167] (the "Bar Date Order") entered by the Court on January 13, 2017, any claimant affected by any amendment or supplement to the Original Schedules shall have until March 31, 2017, which is a date no less than thirty (30) days from the date that notice of the Amended Schedules was given (the "Amended Schedules Bar Date"), to file proofs of claim related to the scheduled liabilities.

**PLEASE TAKE FURTHER NOTICE** that the following procedures for the filing of proofs of claim shall apply:

>(a) All proofs of claim must: (i) be written in the English language; (ii) be denominated in lawful currency of the United States; (iii) conform substantially to the Proof of Claim Form annexed hereto as **Exhibit 2** or the Official Bankruptcy Form No. B410[2]; (iv) set forth with specificity the legal and factual basis for the alleged claim; (v) include supporting documentation or an explanation as to why such documentation is not available; and (vi) be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.
>
>(b) Each proof of claim shall be deemed timely filed only if (i) the proof of claim is submitted electronically, so as to be actually received by Garden City Group ("GCG") on or before the Amended Schedules Bar Date, by using the Online Portal, or (ii) the Proof of Claim is mailed or delivered so as to be actually

---

[2] Official Bankruptcy Form No. B410 can be found at http://www.uscourts.gov/forms/bankruptcy-forms, the Official Website for the United States Bankruptcy Court.

received by the Debtor's court approved claims agent, GCG, or by the Court, on or before the Amended Schedules Bar Date at the following locations (collectively, the "Claims Processing Centers"):

> IF BY FIRST CLASS MAIL:
>
> Dowling College Case Administration
> c/o GCG
> P.O. Box 10342
> Dublin, OH 43017-5542
>
> OR
>
> IF BY HAND DELIVERY OR OVERNIGHT MAIL:
>
> Dowling College Case Administration
> c/o GCG
> 5151 Blazer Parkway, Suite A
> Dublin, Ohio 43017
>
> OR
>
> IF BY HAND DELIVERY:
>
> United States Bankruptcy Court, EDNY
> Alfonse D'Amato U.S. Courthouse
> 290 Federal Plaza
> Central Islip, New York 11722
> Attn: Clerk of the Court

(c)   Except as expressly permitted in the context of electronic submission at the Online Portal, the Claims Processing Centers *will not* accept proofs of claim sent by facsimile, telecopy, electronic mail or any other electronic transmission.

(d)   Proofs of claim will be deemed timely filed only if such claims are *actually received* by (i) GCG through the Online Portal on or before 5:00 p.m. (prevailing Eastern Time) on the Amended Schedules Bar Date or (ii) the Claims Processing Centers (including the Court) on or before 5:00 p.m. (prevailing Eastern Time) on the Amended Schedules Bar Date.

(e)   Any creditor that electronically files a proof of claim shall retain such proof of claim (and supporting documents) with an original signature for a period of not less than two (2) years from the date the proof of claim is electronically filed.

**PLEASE TAKE FURTHER NOTICE** that if you fail to file a proof of claim by the Amended Schedules Bar Date according to the procedures set forth herein, you will be bound by the classification and/or amount of liability set forth in the Amended Schedules.

**PLEASE TAKE FURTHER NOTICE** that, copies of the Debtor's Original Schedules are available for inspection on the Court's Internet Website at http://www.nyeb.uscourts.gov. A login and password to the Court's Public Access to Electronic Court Records ("PACER") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.psc.uscourts.gov. Copies of the Debtor's Original Schedules are also available free of charge on the Noticing and Claims Agent's website at http://cases.gardencitygroup.com/dco and may be examined in person between the hours of 9:00 a.m. and 4:30 p.m., Monday through Friday at the Office of the Clerk of the Bankruptcy Court, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722. Copies of the Debtor's Original Schedules may also obtained by written request to the Debtor's counsel at the address and telephone number set forth below:

> Klestadt Winters Jureller Southard & Stevens, LLP
> 200 West 41st Street, 17th Floor
> New York, New York 10038
> (212) 972-3000

**If you are unsure about any of these matters, including whether you should file a proof of claim, you may wish to consult an attorney.**

Dated:  New York, New York
       February 23, 2017

                              **KLESTADT WINTERS JURELLER**
                              **SOUTHARD & STEVENS, LLP**

                    By:  */s/ Sean C. Southard*
                            Sean C. Southard
                            Lauren C. Kiss
                            200 West 41st Street, 17th Floor
                            New York, New York 10036
                            Tel: (212) 972-3000
                            Fax: (212) 972-2245
                            Email: ssouthard@klestadt.com
                                          lkiss@klestadt.com

                            *Counsel to the Debtor and*
                               *Debtor-in-Possession*

# **Exhibit 1**

This document has been included elsewhere in this pleading; this specific copy of this document has been omitted to avoid providing the Court multiple duplicate copies. This document, however, will be included in the service to affected parties.

# **Exhibit 2**

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK |||
|---|---|---|
| Name of Debtor:<br>Dowling College | | Case No.<br>16-75545 |

**Your Claim is Scheduled As Follows:**

IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim
Official Form 410*

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.**

## Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. | **Who is the current creditor?** | _____<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. | **Has this claim been acquired from someone else?** | ☐ No<br><br>☐ Yes. From whom? _____ |
| 3. | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>_____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City            State            ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ | **Where should payments to the creditor be sent?**<br>(if different)<br><br>_____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City            State            ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. | **Does this claim amend one already filed?** | ☐ No<br><br>☐ Yes. Claim number on court claims registry (if known) _____   Filed on_____<br>                                                                                                                                                          MM/DD/YYYY |
| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No<br><br>☐ Yes. Who made the earlier filing? _____ |

*Modified Official Form 410 (**GCG 5/16**)                                                                                                                                  page 1



| Part 2: | Give Information About the Claim as of the Date the Case Was Filed | |
|---|---|---|
| 6. | **Do you have any number you use to identify the debtor?** | ❑ No<br><br>❑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
| 7. | **How much is the claim?** | $_____.   **Does this amount include interest or other charges?**<br>❑ No<br>❑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |
| 9. | **Is all or part of the claim secured?** | ❑ No<br>❑ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>❑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>❑ Motor vehicle<br>❑ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**                $_____<br><br>**Amount of the claim that is secured:**     $_____<br><br>**Amount of the claim that is unsecured:** $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) _____%<br>❑ Fixed<br>❑ Variable |
| 10. | **Is this claim based on a lease?** | ❑ No<br><br>❑ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |
| 11. | **Is this claim subject to a right of setoff?** | ❑ No<br><br>❑ Yes. Identify the property: _____ |
| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❑ No<br><br>❑ Yes. *Check all that apply:*                                                                  **Amount entitled to priority**<br><br>❑ Domestic support obligations (including alimony and child support)        $_____<br>  under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>❑ Up to $2,850* of deposits toward purchase, lease, or rental of property      $_____<br>  or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>❑ Wages, salaries, or commissions (up to $12,850*) earned within 180      $_____<br>  days before the bankruptcy petition is filed or the debtor's business<br>  ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>❑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____<br><br>❑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).       $_____<br><br>❑ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.          $_____<br><br>* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. |

*Modified Official Form 410 (**GCG 5/16**)                                                                                                                    page 2



| **Part 3:** | **Sign Below** |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❑ I am the creditor.

❑ I am the creditor's attorney or authorized agent.

❑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

❑ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
                         MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name    _____
           First name            Middle name                 Last name

Title    _____

Company  _____
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  _____
         Number          Street

         _____
         City                                        State        ZIP Code

Contact phone  _____  Email _____

---

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER**: DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THIS CHAPTER 11 CASE IS _____, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS _____, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 410
# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all the information for the claim as of the Petition Date.**
- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.
- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).
- **Do not attach original documents because attachments may be destroyed after scanning.**
- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**
- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.
- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**