**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **DOWLING COLLEGE,**[1] | **Case No. 16-75545 (REG)** |
| **Debtor.** | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY )
) ss
COUNTY OF PASSAIC )

I, Ira Nikelsberg, being duly sworn, depose and state:

1. I am a Senior Project Manager with Garden City Group, LLC, the claims and noticing agent for the debtor and debtor-in-possession (collectively, the "Debtor") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On February 23, 2017, at the direction of Klestadt Winters Jureller Southard & Stevens, LLP, counsel for the Debtor, I caused true and correct copies of the following documents to be served by first class mail on the parties identified on Exhibit A annexed hereto (Affected Creditors):

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078). The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

- **Notice of Filing of Amended Schedules of Assets and Liabilities for Dowling College and Time to File Proof of Claims in Response Thereto** [Exhibit B of Docket No. 211-2];

- **Declaration Pursuant to E.D.N.Y. LBR 1009-1(a)** [Exhibits A and B of Docket No. 211-1 (includes the Amended Schedules and Amended Mailing Matrix)];

- **[Customized] Cover Letter to Scheduled Creditors** [annexed hereto as Exhibit B];

- **[Customized] Proof of Claim Form**.

                    /s/ Ira Nikelsberg
                    Ira Nikelsberg

Sworn to before me this 24th day of February, 2017

/s/ Benjamin Rowner
Benjamin Rowner
Notary Public, State of New Jersey
ID # 2320193
Qualified in Passaic County
Commission Expires October 14, 2019

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ARNOLD SAUNDERS | 219 LAWRENCE AVENUE | | | | INWOOD | NY | 11096 |
| CARLOS ALVAREZ | 6A KINGS COURT | | | | VALLEY COTTAGE | NY | 10989 |
| CASA DEL CAMPO | 1159 DEER PARK AVENUE | | | | NORTH BABYLON | NY | 11703 |
| DAVID J. JENSEN | 7 GAME COURT | | | | EAST SETAUKET | NY | 11733 |
| GREGORY QUIROLO | 358 WASHINGTON AVENUE | | | | PELHAM | NY | 10803 |
| HECTOR M. MARTINEZ JR. | 54 CLAUDE AVENUE | | | | DENVILLE | NJ | 07834 |
| JOE SILVENT | PO BOX 489 | | | | EFFORT | PA | 18330 |
| JOHN G. TROTTA | 13 BRAND STREET | | | | HASTINGS ON HUDSON | NY | 10706 |
| JOHN TUTTLE | 11 JERVIS AVENUE | | | | FARMINGDALE | NY | 11735 |
| JOSE F. TALAVERA | 110 PINE STREET | | | | DEER PARK | NY | 11729 |
| JOSEPH MANZIONE | 31-14 23 ROAD #13 | | | | ASTORIA | NY | 11105 |
| MARY CAPPASSO | 31 NOAHS PATH | | | | ROCKY POINT | NY | 11778 |
| ROBERT GROSS | 1 WOODSTONE COURT | | | | SOUTH HUNTINGTON | NY | 11746 |
| ROBERT MOCCIA | 208-04 ROBERT ROAD | | | | BAYSIDE | NY | 11360 |
| STEVEN MURRAY | 34 LAKEWOOD ROAD | | | | LAKE RONKONKOMA | NY | 11779 |
| SUSAN WENDY FOX | 32 CALEB BREWSTER ROAD | | | | EAST SETAUKET | NY | 11733 |

# EXHIBIT B

DCO0201700000 01000000

Name
Address 1
Address 2
Address 3
Address 4
City, State ZIP

In re: Dowling College
Case No. 16-75545 (REG)

To Whom It May Concern:

Enclosed please find a Notice of Deadline for Filing Proofs of Claim (the "Bar Date Notice") in the above referenced bankruptcy case pending in the United States Bankruptcy Court for the Eastern District of New York.

Please refer to the Bar Date Notice for complete instructions for filing a proof of claim. You have a claim scheduled by the Debtor as specified below.

Debtor: Dowling College

Your Claim has been listed in the Debtor's schedules as:

<Secured Amount>
<Priority Amount>
<Unsecured Amount>
<Contingent/Unliquidated/Disputed Status>

If you file a proof of claim in this chapter 11 case, you are encouraged to use the Online Claims Portal by visiting http://www.gardencitygroup.com/cases/dco and entering the Claimant Number and Control Number provided below:

| | |
|---|---|
| Claimant Number: | 01000000 |
| Control Number: | 9999999999 |

Also enclosed is a hardcopy proof of claim form. If you submit a claim using the Online Claims Portal, additional hardcopy submission is unnecessary. Please retain this letter for your records.

Thank you,
Garden City Group, LLC