IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
: 
In re : Chapter 11
:
**DOWLING COLLEGE,**[1] : Case No. 16-75545 (REG)
:
Debtor. :
:
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                         ) ss
COUNTY OF **NASSAU**     )

I, Gea Somma, being duly sworn, depose and state:

1. I am an Assistant Director with the Garden City Group, LLC, the claims and noticing agent for the debtor and debtor-in-possession (collectively, the "Debtor") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On February 22, 2017, I caused a true and correct copy of the Notice of Defective Transfer of Claim to be served upon the respective parties identified on **Exhibit A** by first class mail.

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078). The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

3. On February 22, 2017, I caused a true and correct copy of the Form 2100B Notice to be served upon the respective parties identified on **Exhibit B** by first class mail.

/s/ Gea Somma
Gea Somma

Sworn to before me this 24th day of
February, 2017

Vanessa M Vigilante
Notary Public, State of New York
No. 01VI6143817
Qualified in Nassau County
Commission Expires April 17, 2018

# EXHIBIT A

| Docket # | Transferor | Transferee |
|---|---|---|
| 198 | Apgar Sales Co. Inc.<br>54 Miry Brook Rd<br>Danbury, CT 06810-7453 | Apgar Sales Co. Inc.<br>c/o Daca VI, LLC<br>1565 Hotel Circle South<br>Suite 310<br>San Diego, CA 92108 |

# EXHIBIT B

| Docket # | Transferor | Transferee |
|---|---|---|
| 208 | Hobsons, Inc.<br>50 E Business Way<br>Suite 300<br>Cincinnati, OH 45241<br><br>Hobsons, Inc.<br>PO Box 505208<br>St Louis, MO 63150-5208 | Hobsons, Inc.<br>c/o Argo Partners<br>12 W 37 St<br>9th Floor<br>New York, NY 10018 |
| 209 | Absolute Plumbing of Long Island, Inc.<br>90F Knickerbocker Avenue<br>Bohemia, NY 11716 | Absolute Plumbing of Long Island, Inc.<br>c/o Argo Partners<br>12 W 37 St<br>9th Floor<br>New York, NY 10018 |