**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------------x
**In Re:**                                                                                    **NOTICE OF MOTION**
                                                                                                  **TO ADMIT COUNSEL**
                                                                                                     **PRO HAC VICE**


                                                                                                  **Bankruptcy No.**

---------------------------------------------------------------------------x




                                                          **Plaintiff**         **Adversary No.**
                            **-vs-**




                                                         **Defendant**
---------------------------------------------------------------------------x

     **PLEASE TAKE NOTICE** that, upon the annexed affidavit of movant in support of this motion, applicant will move this Court before the Honorable _____ at the United States Bankruptcy Court, located at _____"""", pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Eastern District of New York, District Court Local Rule 1.3(c), and District Court Administrative Order 97-13, for an Order allowing the admission of movant, a member of the firm of _____ and a member in good standing of the Bar of the State(s) of _____, and or the U.S. District Court for the _____ District of _____, as attorney pro hac vice to argue or try this case in whole or in part as counsel.

                                                                     Respectfully submitted,


                                                                  _____
                                                                    (*Signature of Movant*)


                                                                  _____
Dated:                                                                      **(Print or Type Name)**