# Certificate of Good Standing



## United States of America

## District of New Jersey

I,   WILLIAM T. WALSH,   Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Sharon L. Levine

was duly admitted to practice in said Court as of December 15, 1983 and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: 2/28/2017

WILLIAM T. WALSH, CLERK



By *Kimberly Johnson-Singh*
Kimberly Johnson-Singh, Deputy Clerk

*U. S. District Court for the District of New Jersey does not entertain a grievance committee.*
*Contact Board of Bar Examiners, New Jersey State Supreme Court.*