**UNITED STATES BANKRUTPCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
**In re:**                                                                                            **AFFIRMATION**
                                                                                                      **IN SUPPORT OF**
                                                                                                      **MOTION TO ADMIT**
                                                                                                      **COUNSEL PRO HAC VICE**

                                                                                                      **Bankruptcy No.**

-------------------------------------------------------------------x

_____**,** an attorney duly admitted to practice law in the
               *(Movant)*
State of _____, hereby affirms as follows under penalty of perjury:

1. I am _____ the law firm of:

    Name: _____

    Address:_____
    _____

    Telephone No._____

2. I submit this affirmation in support of my motion for admission to practice pro hac vice in the above-captioned matter.

**3.** As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing in the Bar of the State(s) of _____ and/or the U.S. District Court for the _____ District of _____.
**(If no such certificates are annexed hereto, your affirmant will file the same with the Clerk of the Bankruptcy Court within 10 business days from the date hereof.)**

4. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any, describe the pending disciplinary proceedings.)

5. Wherefore, your affirmant respectfully requests that he/she be permitted to appear as counsel and advocate pro hac vice in this one case.

Dated:                                                                                       _____
    March 1, 2017                                                         *Signature of Movant*
                                                                                             _____
                                                                                                      *(Print or Type Name)*