**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                                          :    Chapter 11
                                                                                     :
DOWLING COLLEGE,                                               :
f/d/b/a DOWLING INSTITUTE,                             :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI         :
ASSOCIATION,                                                       :
f/d/b/a CECOM,                                                       :
a/k/a DOWLING COLLEGE, INC.,                     :
                                                                                     :
                                            Debtor.                  :
---------------------------------------------------------------x

## STIPULATION AND ORDER LIMITING
## DISCLOSURE OF CONFIDENTIAL INFORMATION

**WHEREAS**, on November 29, 2016 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York (the "Court"); and

**WHEREAS**, prior to the Petition Date, Healthplex, Inc. ("Healthplex") provided claims administration service for dental claims for the Debtor's former employees; and

**WHEREAS**, on January 20, 2017, the Debtor filed a motion for an order, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, authorizing it to examine, among others, Healthplex [DE 179]; and

**WHEREAS**, on February 14, 2017, the Court entered an order (the "Order") authorizing the Debtor to serve a subpoena (the "Subpoena") upon Healthplex [DE 203]; and

**WHEREAS**, the Subpoena seeks disclosure of certain medical claims information for its former employees ("Patients"), and the Subpoena places at issue records that may contain certain confidential information prohibited from being disclosed under 42 CFR Part 2 ("Confidential Information"); and

**WHEREAS**, the Debtor has a legally recognized interest in disclosure of the Confidential Information; and

**WHEREAS**, the public interest and need for the disclosure of the Confidential Information to the Debtor, as limited by the Order and this Stipulation, outweighs any potential injury to the Patients, the physician-patient relationship and the treatment services.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS**:

1. Disclosure of the Confidential Information to the Debtor shall be limited to those parts of the Patient's records that are essential to fulfill the objective of the Subpoena, including, but not limited to, items 1 through 18 set forth on **Exhibit A** attached hereto.

2. The Debtor shall take measures as are necessary to limit further disclosure of the Confidential Information for the protection of the Patients, the physician-patient relationship and the treatment services.

3. This Stipulation is without prejudice to the right of the Debtor to request additional documents from Healthplex, and without prejudice to Healthplex's right to oppose such a request.

4. This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument. Any signature delivered by a party via telecopier transmission shall be deemed an original signature hereto.

[*Signature Page Follows*]

| | | | |
|---|---|---|---|
| Dated: | New York, New York<br>February 28, 2017 | Dated: | Uniondale, New York<br>February 28, 2017 |
| | KLESTADT WINTERS JURELLER<br>SOUTHARD & STEVENS, LLP | | HEALTHPLEX, INC. |

By:    */s/ Sean C. Southard*              By:    */s/ Sharon Zelkind*

       Sean C. Southard                                         Sharon Zelkind
       Lauren C. Kiss                                              President
       200 West 41st Street, 17th Floor           333 Earle Ovington Blvd., Suite 300
       New York, New York 10036                 Uniondale, New York 11553
       Tel: (212) 972-3000                                 Tel: (516) 542-2200
       Fax: (212) 972-2245                               Fax: (516) 228-1331
       Email: ssouthard@klestadt.com            Email: szelkind@healthplex.com
               lkiss@klestadt.com

                                                            *Healthplex, Inc.*
       *Counsel to the Debtor and Debtor in*
       *Possession*

"**SO ORDERED**"

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-*
 *Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |

----------------------------------------------------------------x

## EXHIBIT A

1. Copy of Dowling_Denied_Claims_Jan2015-Aug2016 (Microsoft Excel)
2. Copy of Dowling_June1_2016_ActiveParticipants (Microsoft Excel)
3. Dowling College Renewal Letter 6 28 13 (Microsoft Word)
4. Healthplex.Dowling College 7.1.2006 (Adobe Acrobat)
5. Healthplex.Dowling College Ext. 7.1.2013 (Adobe Acrobat)
6. Healthplex.Dowling College Letter Termination 6.3.2016 (Adobe Acrobat)
7. Healthplex.Dowling College Letter Termination w.cc.6.3.2016 (Adobe Acrobat)
8. Dowling College Term Notice to Providers (Adobe Acrobat)
9. Dowling Copy of post service claims 1.1.15 – present (Microsoft Excel)
10. Pre-Note Check Register Not paid 4.25.16 (Adobe Acrobat)
11. Claim Utilization History not paid 4.25.16 (Adobe Acrobat)

12. Pre-Note Check Register Not paid 3.28.16 (Adobe Acrobat)
13. Claim Utilization History not paid 3.28.16 (Adobe Acrobat)
14. Claims Check register paid for by Dowling 3.30.16 (Adobe Acrobat)
15. Claim Utilization History 2.29.16 (Adobe Acrobat)
16. Email communication between Dowling and Hplex – Failure to fund weekly email 11.20.15 (Adobe Acrobat)
17. Email communication between Dowling and Hplex 1.26.16 – 2.2.16 (Adobe Acrobat)
18. Email communication between Dowling and Hplex 4.25.16 – 5.23.16 (Adobe Acrobat)