

**NEW YORK STATE OF OPPORTUNITY.** | **Parks, Recreation and Historic Preservation**

ANDREW M. CUOMO
Governor

ROSE HARVEY
Commissioner

February 22, 2017

The Honorable Robert E. Grossman
United States Bankruptcy Court
Eastern District of New York
Central Islip
290 Federal Plaza
Central Islip, NY 11722

    Re:    National Register Eligibility, W. K. Vanderbilt Idle Hour Estate,
            Vanderbilt Farm/Artist Colony (Including buildings of former Dowling College)
            16PR08787

Dear Judge Grossman:

The Society for the Preservation of Long Island Antiquities (SPLIA) requested a Third Party Determination of Eligibility for the State and National Registers of Historic Places for the former Dowling College properties associated with William K. Vanderbilt's Idle Hour Estate. We understand that the Dowling College property will be auctioned in March, 2017, and would like to provide information that may be helpful to future developers of the property.

We have undertaken an evaluation of all properties developed as part of the estate, including many buildings outside the campus, based on the information provided by SPLIA, documentation conducted by the Town of Islip in 1979, and recent research. It is the opinion of the State Historic Preservation Office (SHPO) that the former Main House of the Vanderbilt estate, Idle Hour, later the former Dowling College Fortunoff Hall and Kramer Science Center, meets the criteria for the State and National Registers of Historic Places. The attached Resource Evaluation provides a statement of significance for this building and others on the former estate. A copy of this letter and our determination has also been sent to the real estate firms representing the property.

Listing on the registers is a prestigious honor that may also provide economic incentives. Owners of historic commercial properties listed in the National Register, for example, may qualify for a rehabilitation preservation tax credit. Non-profit owners and municipalities that own listed properties are eligible to apply for New York State historic preservation grants.

This is an evaluation of eligibility only. Properties cannot be listed on the National Register without the consent of the owner. Eligibility or listing on the National Register does not prohibit a property owner from making changes, selling, or even demolishing a property with private funds. Eligibility or listing does offer a measure of protection under federal and New York State historic preservation laws when state or federal funding, licenses, or permits are involved in a project. In these cases, the SHPO provides consultation to assess whether historic properties

Case 8-16-75545-reg    Doc 225    Filed 03/02/17    Entered 03/02/17 11:42:19

National Register Eligibility, W. K. Vanderbilt Idle Hour Estate,                          Page Two
Vanderbilt Farm/Artist Colony (Including buildings of former Dowling College)  16PR08787

might be adversely impacted by a project and to develop mitigation measures to alleviate any negative impacts. Please note that once determined to be eligible for listing, a property receives the same level of consultation as those properties that are actually listed on the Registers.

I have enclosed some literature on the State and National Registers of Historic Places and tax credit programs that you may find helpful. If you have any questions about this determination, please contact me at 518-268-2129, or lorraine.weiss@parks.ny.gov.

Sincerely,

*Lorraine Weiss*

Lorraine Weiss
Historic Preservation Planner

cc:
    Sarah Kautz
    Preservation Director
    Society for the Preservation of Long Island Antiquities
    161 Main Street / P.O. Box 148
    Cold Spring Harbor, NY 11724
    skautz@splia.org

    Emilio Amendola, Co-President, emilio@agrealtypartners.com
    Andy Graiser, Co-President, andy@agrealtypartners.com
    A&G Realty Partners, LLC
    445 Broadhollow Road Suite 410
    Melville, NY 11747

    Madison Hawk Partners
    575 Lexington Avenue
    Suite 4023
    New York, NY 10022
    info@madisonhawk.com



**NEW YORK STATE OF OPPORTUNITY.** | **Parks, Recreation and Historic Preservation**

**ANDREW M. CUOMO**
Governor

**ROSE HARVEY**
Commissioner

# RESOURCE EVALUATION

**DATE:** 2-16-17　　　　　　　　　　　　　　　**STAFF:** Lorraine Weiss
**PROPERTY:** Idle Hour, William K. Vanderbilt Estate,　　**COUNTY:** Suffolk
　　　　　　Including Vanderbilt Farm / Artist Colony
**LOCATION:** Various in Oakdale, Town of Islip　　　　**PROJECT REF:** 16PR08787
**PARENT USN 10305.000353:** Idle Hour, W.K. Vanderbilt Estate (Part of which is the former Dowling College) Including Farm / Artist Colony.  Full list below

| Status | USN (Unique Site Number) | Name | Location |
|---|---|---|---|
| National Register Eligible (NRE) | 10305.000341 | Oakdale LIRR Station; Idle Hour, W.K. Vanderbilt Estate | Montauk Hwy at Oakdale-Bohemia Rd |
| National Register Eligible | 10305.000358 | Main House (Former Dowling College) | Idlehour Blvd |
| National Register Eligible as the Vanderbilt Farm / Artist Colony District | 10305.000298 (Parent USN for Farm) | Vanderbilt Farm / Artist Colony | Idlehour Blvd |
| NRE | 10305.000299 | Farm Complex Water Tower | Hollywood Ave |
| NRE | 10305.000300 | Piggery | 34 Princess Gate |
| NRE | 10305.000301 | Duck House | 3 Princess Gate |
| NRE | 10305.000302 | Chicken Coop | 12 Princess Gate |
| NRE | 10305.000303 | Chicken Coop | 14 Princess Gate |
| NRE | 10305.000304 | Chicken Coop | 16 Princess Gate |
| NRE | 10305.000305 | Chicken Coop | 26 Princess Gate |
| NRE | 10305.000306 | Calf House | 33 Princess Gate |
| NRE | 10305.000307 | Piggery | 19 Tower Mews |
| NRE | 10305.000308 | Farm Building | 61 Princess Gate |
| NRE | 10305.000309 | Hog Wallow | Oceanview Dr. at Tower Mews |
| NRE | 10305.000310 | Piggery | 17 Featherbed Ln |
| NRE | 10305.000311 | Piggery | 31 Featherbed Ln |
| NRE | 10305.000312 | Chicken Tender's House | 49 Featherbed Ln |

| Status | USN (Unique Site Number) | Name | Location |
|---|---|---|---|
| NRE | 10305.000313 | Blacksmith House | 35 Jade St |
| NRE | 10305.000314 | Chicken Coop | 4 Jade St |
| NRE | 10305.000315 | Sheds | 19 Jade St |
| NRE | 10305.000316 | Sheds | 29 Jade St |
| NRE | 10305.000317 | Blacksmith Shop | 31 Jade St |
| NRE | 10305.000318 | East Barn | 3 - 19 Quality St |
| Potentially NRE - Will need interior photographs and more information | 10305.000354 | Palm House | 191 Idle Hour Blvd. |
| Potentially NRE | 10305.000355 | West Gatehouse | 4 Connetquot Dr. |
| Potentially NRE | 10305.000356 | Bowling Alley | 149 Connetquot Dr. |
| Potentially NRE | 10305.000359 | East Gatehouse | 59 Vanderbilt Blvd. |
| Potentially NRE | 10305.000363 | Tool house & Potting Shed | 162 Central Blvd |
| Potentially NRE | 10305.000364 | Pottery | 10 Shore Dr. |
| Potentially NRE | 10305.000365 | Idle Hour - W.K. Vanderbilt Estate: Boarding House for Workmen | 41 Shore Dr. |
| Potentially NRE | 10305.000367 | Superintendent's House | 37 Hollywood Dr. |
| Potentially NRE | 10305.000368 | Laundry | 6 Asbury Ave |
| Potentially NRE | 10305.001648 | Grand Canal | Through Estate and Farm properties |
| Not Eligible | 10305.000357 | Ice House | 275 Connetquot Dr. |
| Not Eligible | 10305.000360 | Stables and Coach House (ASTOR HALL/ Curtin Student Center) | 90 - 98 Idle Hour Blvd |
| Not Eligible | 10305.000361 | Powerhouse | 120 Central Blvd |
| Not Eligible | 10305.000362 | Engineer's House | 121 Central Blvd. |
| Not Eligible | 10305.000366 | Tea House (Saxon Arms Restaurant) | Shore Dr. |
| Not Eligible | 10305.000369 | Eagle House | 44 Featherbed Ln |

Continued

**STATEMENT OF SIGNIFICANCE:**
*Based on submission and research by Sarah Kautz, Preservation Director, Society for the Preservation of Long Island Antiquities (SPLIA)*



Idle Hour properties in Oakdale. See ArcGIS Online map here: http://arcg.is/2h11NIM
Red pins = Dowling College properties    Green pins = non-Dowling properties
Blue lines = Grand Canal                 Yellow box = Idle Hour Farm Complex/Artist Colony Historic District

The extent of the former Vanderbilt Idle Hour estate is roughly delineated by Montauk Highway to the north, the Connetquot River to the south and west, and Vanderbilt Boulevard to the east. The former Dowling College campus in Oakdale, N.Y., features five historic properties built for William Kissam Vanderbilt as part of his Idle Hour country house and estate, including the country house itself. Many other Idle Hour properties survive beyond the campus boundaries situated throughout the western portion of Oakdale at their original sites (noted by the green pins on the map). In addition, the estate included the Vanderbilt Farm, a grouping of 20 buildings, and the Grand Canal. The only building not located within the original estate boundaries is the Oakdale Rail Road Station, which was built just off the grounds along the passenger rail line from New York City.

Resource Evaluation: Idle Hour, W. K. Vanderbilt Estate and Vanderbilt Farm/Artist Colony

4

**Historical Development:** Idle Hour was built on 900 acres purchased by the railroad mogul and financier William K. Vanderbilt in 1876 along the east bank of the Connetquot River in the western portion of Oakdale, NY. Vanderbilt was drawn to the area by the nearby Southside Sportsmen's Club, which is located just up the Connetquot River from Idle Hour at what is now the Connetquot River State Park Preserve. Vanderbilt joined other members of the Southside Sportsmen's Club who decided to build country houses near the Club, resulting in a cluster of lavishly designed county house estates that sprung up around the Great South Bay during the late 19th and early 20th century.

William K. Vanderbilt's Idle Hour was the first country house in the hamlet of Oakdale, followed by Frederick Bourne's Indian Neck Hall (1897–still extant), and Christopher Robert's Pepperidge Hall (circa 1890–demolished 1940). Directly across the Connetquot River from Idle Hour, William Bayard Cutting built Westbrook (1886–still extant) in the hamlet of Great River.

The grounds of these four estates combined with the Southside Sportsmen's Club to form a vast elite hunting reserve. Several other estates were also built in the Town of Islip. Though the country houses of Long Island's Great South Bay are as grand in scale and character as those of the North Shore's Gold Coast, they are not as well known. Nonetheless, these estates link the development of Long Island's South Shore to the prosperity generated by America's commercial and industrial growth during this period.

After the death of William K. Vanderbilt in 1920, the 900-acre Idle Hour estate was divided and sold. Numerous buildings passed to new owners who subsequently adapted them for new uses. The country house remained relatively untouched by a succession of occupants throughout the 1920s and 1930s. It was known as Peace Haven from 1938 to 1946, when it was occupied by the Royal Fraternity of Master Metaphysicians, a spiritual cult lead by James B. Schafer. The National Dairy Research Council later purchased the main house and some accessory buildings in 1947 along with 23 acres of the original Vanderbilt estate. Adelphi College acquired Idle Hour's country house and stables in 1963 for its Adelphi Suffolk College campus, which became Dowling College in 1968. As Dowling College grew, it acquired three more Vanderbilt-era properties, bringing the total number of Idle Hour buildings on the Oakdale Campus to five.

The post-Vanderbilt years were likewise dynamic. Idle Hour's expansive farm complex, with its 20 properties, became an artists' colony in 1926. The Town of Islip designated the complex as the local Artist Colony Historic District in 1976. Large stretches of wooded land with extensive canals and roadways were redeveloped for suburban residences. The fist subdivision, named Idle Hour, distinguished itself by appealing to the area's Vanderbilt legacy.

Since the 1920s, the setting of Idle Hour has transformed from a bucolic country retreat to a densely developed suburban community. Throughout this transformation, the Vanderbilt-era landscape served as an anchor for the spatial character of western Oakdale as it evolved into a middle class community. Idle Hour's remaining structures are now incorporated into the campus development and the overall suburban fabric.

Resource Evaluation: Idle Hour, W. K. Vanderbilt Estate and Vanderbilt Farm/Artist Colony

5

## Assessment for National Register Criteria

Idle Hour is the former 900 acre country house and estate of William Kissam Vanderbilt (December 12, 1849 – July 22, 1920). As noted below, some of the Idle Hour properties described here built during the late 19th and early 20th century meet National Register Criterion A, B, and/ or C. A total of 19 historic properties are discussed below: five buildings owned by Dowling College, 10 private residences, one restaurant, one historic manmade waterway, one locally designated historic district comprising the former farm, and one railroad station. Each property has been variably adapted for use as an educational facility, private residence, or business.

The degree of post-Vanderbilt era development has blurred the original associations among the various buildings. Additional buildings, roadways, parking lots have replaced the landscape of the Vanderbilt estate. Therefore, the campus buildings and other estate-related buildings now located in residential neighborhoods do not exhibit the degree of cohesion needed to qualify as a National Register-eligible historic district. This means that buildings need to be evaluated as individual properties. As noted below, several properties and one historic district have been determined to be Eligible for listing on the State and National Registers of Historic Places due to the high degree of architectural integrity they retain. Other buildings have been altered for subsequent uses and have lost important aspects of their exterior architectural integrity, and have been determined to be Not Eligible for listing. A third set of buildings retain enough character-defining features on the exterior to merit more investigation, including interior photographs, before a determination can be made.

### USN: 10305.000341    National Register Eligible under Criteria A & C
**Oakdale Railroad Station** (Long Island Rail Road Station)  Montauk Highway at Oakdale-Bohemia Road
The station is eligible for listing under Criterion A for its association with the late-19th and early-20th century development of grand estates, many with self-sustaining farms, by families who had amassed fortunes during the period of industrial growth; and under Criterion C as an example of the Romanesque Revival architectural style.

The building is a distinctive example of a late 19th century Romanesque Revival-style passenger station. William K. Vanderbilt commissioned this one-and-one-half-story brick building in 1895 at a site just northeast of the Idle Hour estate. The builder was J. E. Van Orden and the designer was possibly Isaac H. Greene, a locally renowned Sayville architect. The station features English-style triple-casement windows, a high hipped roof with eyebrow and hipped roof dormers as well as a brick porte-cochère with Richardsonian arch. The building remains an active passenger station along the Long Island Rail Road.

### 10305.000358    National Register Eligible under Criteria A, B, & C
**Idle Hour Country House** (Former Dowling College Fortunoff Hall & Kramer Science Center)
The house (with additions) is eligible for listing under:
- Criterion A for its association with the late-19th and early-20th century development of grand estates, many with self-sustaining farms, by families who had amassed fortunes during the period of industrial growth;

Resource Evaluation: Idle Hour, W. K. Vanderbilt Estate and Vanderbilt Farm/Artist Colony

6

- Criterion B for its association with William K. Vanderbilt, grandson of Cornelius Vanderbilt (the "Commodore"), who worked with his brother in running the family's vast railroad empire; was a prominent horse breeder and racer who founded a number of racing-related organizations and facilities, including the Jockey Club; and was involved in the development of Grand Central Terminal and Madison Square Garden in New York City. Vanderbilt's hospitality at Idle Hour helped secure the family's acceptance by old guard members of New York society; and
- Criterion C as an example of an eclectic Country House design.



Located on the eastern bank of the Connetquot River, Idle Hour's existing 110-room brick and stone country house replaced an earlier wooden building that was destroyed by fire in 1899. The first house was designed by Richard Morris Hunt, who was also the architect for other Vanderbilt family residences in New York City, Newport RI (Marble House), and



*Excerpt from a 1920s ad for the estate, showing the main house and tennis court addition floor plans (SPLIA Archives)*

Asheville, NC (Biltmore). His son, Richard Howland Hunt, was the architect for the current Idle Hour house, built in stages between 1900 and 1904. A later addition was designed by Warren & Wetmore.

Idle Hour consists of a three-story, L–shaped main building (built 1900-1901) with two single-story enclosed cloisters (built 1901-1902) that link the main building to a glass conservatory (built 1903). The conservatory is a large, two-story open space with a glass and metal gabled roof and basement. Originally a palm garden, the conservatory was converted into a Turkish-themed room in 1904 by the architects Warren & Wetmore. Between the main building and the enclosed cloisters is a formal garden with a fountain.



*White and Warren addition*

Just before he hired Warren & Wetmore to design Grand Central Terminal, Mr. Vanderbilt commissioned the firm to construct a two-and-one-half-story Bachelor's wing with attached 2.5-story tennis court wing. Completed in 1904, this wing later became Dowling College's Kramer Science Center. The main house, cloisters and Bachelor's wing are composed of brick walls in a Dutch bond pattern with overscaled limestone trim around windows and doors, and a thick limestone belt course around the building between the first and second story. The west and east wall-planes of the house are punctuated by large projecting bays topped with ornate Flemish

gables that rise above the main roofline. One- and two-story loggia, an angled projecting bay at the corner of the "L," numerous dormers and chimneys, and extended eaves at the cross-hipped roof add to the complex massing.

Having been maintained by Dowling College since the 1960s, the overall condition and integrity of the building's exterior appears to be very good, including many decorative details like the numerous instances of Vanderbilt's insignia and/or coat of arms. Several original sculptures, as well as decorative garden ornaments and landscape features, are located on the grounds surrounding the house, including: exterior lighting fixtures; a planter in the shape of a classical capital; two lion statues; Carrera marble garden fountain; a fountain depicting Poseidon; a large urn with two boar's heads; a stone wellhead topped with a decorative iron overthrow; and part of the original fencing and gate. Around 1968, Dowling College moved the wellhead and the portion of the original fencing and gate from their original site adjacent to the East Gate House to their current position near the intersection of Idle Hour Boulevard and Chateau Drive. All other items appear to be in their original locations.

The palatial scale and character of the Vanderbilt-era interiors remain clearly discernable, although the building has been adapted for educational use and parts of the interior suffered localized damage during a fire in 1974. Following the fire, Dowling College worked to repair the damaged interiors informed by detailed archives at the college library's special collections that document the construction and occupation of Idle Hour. Despite localized losses caused by the 1974 fire, many important decorative details from the original interior survive.

**Parent USN 10305.000298   National Register Eligible under Criteria A & C**
**Vanderbilt Farm / Artist Colony**
The locally-designated Artist Colony Historic District was recorded on "Map No.139," filed in the County Clerk's office on January 26, 1972, which documents 20 properties. The District is bound on the north by Hollywood Drive, on the south and west by Featherbed Lane, and on the east by Golden Horn Road. The Vanderbilt Farm/\Artist Colony is eligible for listing on the State and National Registers of Historic Places under Criterion A first as an example of a farm established to support a private estate and second as an example of a property established or adapted as a retreat or community founded to support the work of artists; and under Criterion C as an example of estate farm architecture.

The properties include:

| | |
|---|---|
| Water/Clock Tower, Hollywood Ave | Hog Wallow, Oceanview Dr. at Tower Mews |
| Piggery, 34 Princess Gate | Piggery, 17 Featherbed Ln |
| Duck House, 3 Princess Gate | Piggery, 31 Featherbed Ln |
| Chicken Coop, 12 Princess Gate | Chicken Tender's House, 49 Featherbed Ln |
| Chicken Coop, 14 Princess Gate | Blacksmith House, 35 Jade St |
| Chicken Coop, 16 Princess Gate | Chicken Coop, 4 Jade St |
| Chicken Coop, 26 Princess Gate | Sheds, 19 Jade St |
| Calf House, 33 Princess Gate | Sheds, 29 Jade St |
| Piggery, 19 Tower Mews | Blacksmith Shop, 31 Jade St |
| Farm Building, 61 Princess Gate | East Barn, 3 - 19 Quality St |

Resource Evaluation: Idle Hour, W. K. Vanderbilt Estate and Vanderbilt Farm/Artist Colony 9

William K. Vanderbilt began to develop Idle Hour's 16-acre farm complex in 1889-90. Located southwest of the main estate buildings, the farm provisioned the estate and featured an exceptional herd of Alderney cattle. During the Vanderbilt's time, the farm had the capacity to furnish the large amounts of eggs, dairy products, and meat for the family's extensive entertaining.

In 1926, Lucy Sawyer Pritchard Thompson and her son, William Thompson III, purchased Idle Hour's farm and converted the area into an Artist Colony. Lucy Thompson was the widow of William Thompson, the vice president of Texas Co. (later Texaco) and an artist active in New York City.[1] According to an interview conducted by the East Islip Historical Society: *"[The Colony] was advertised as being a creative environment without financial exploit. In her promotional real estate brochure Mrs. Thompson stated, "The Idlehour Artists Colony is not being exploited for profit by real estate promoters but is exclusively handled by artists and writers who comprise the Board of Administration."*[2] "[A]rtists drawn to the colony included Harry Allen Weston, Carl Nordell, Ernest Albert, George Elmer Browne, Edwin Forrest Murdock, Myron Van Brunt, John Costigan, and Lynn T. Morgan." The former farm buildings were adapted for use as residences and studios, a gallery, a theater, and a clubhouse.[3] The colony was active for about a decade, but a number of artists continued to live and work in the neighborhood for many years afterwards.

Hence, the Vanderbilt Farm/Artist Colony is distinguished by two historically significant periods, the first relating to its origin as Idle Hour's working farm, and the other associated with its reuse as an Artist Colony from the late 1920s. While the agricultural buildings have been adapted for residential use, the original Vanderbilt-era façades are preserved and the overall scale of the farm development remains largely intact.

*Continued*

---

[1] "The Artist's Colony at Oakdale," Lavern Whitlock, Sr. East Islip Historical Society, www.eastislip.org/Pages/Oakdale%20Artists%20Colony/oakdale_artists_colony.htm.

2 Memory Lane: Connetquot, New York," Connetquot Public Library, www.connetquotlibrary.org/services/local-history/memory-lane/entry31.php. Quoting from J.B. Suffolk. "The Idlehour Artists Colony," Oakdale, Long Island, New York. Advertising brochure. Connetquot Public Library vertical file.

3 "Memory Lane: Connetquot, New York," Connetquot Public Library, www.connetquotlibrary.org/services/local-history/memory-lane/entry31.php

### Assessment of Remaining Estate Buildings

The following properties retain a level of architectural integrity on the exterior, however, as individual buildings, the interior must also be assessed for eligibility. As noted, more information about the properties, alterations made, and interior photos will be required for further evaluation.

**USN: 10305.000356**       Potentially NRE, requires interior photos and more information
**Bowling Alley** (Private Residence)  149 Connetquot Drive
A low, one-story brick building with wooden frame and shingles. William K. Vanderbilt had the entire building moved from Switzerland to Idle Hour in the 1880s. It is located about a quarter mile south of the main house on Connetquot Drive. Around 1927, the building was rotated so Connetquot Drive could be constructed parallel to the river. Original diamond-pane casement windows remain, and, reportedly, so do many interior details such as the bowling lanes.

**USN: 10305.000359**       Potentially NRE, requires interior photos and more information
**East Gate House** (Private Residence)  59 Vanderbilt Boulevard
Situated at the northeast corner of the former Idle Hour grounds, the East Gate House was constructed prior to 1888 and designed by Richard Morris Hunt. The exterior of this two-story, English-style cottage has a smooth brick first floor façade topped by a half-timbered and stucco second floor with diamond-pane casement windows throughout. In 1920, the elaborate gate which stood at Idle Hour's East Gate House was moved to Centerport, where it continues to serve as the entrance gate for Eagle's Nest, the country house of William K. Vanderbilt's son, William K. Vanderbilt II.

**USN: 10305.000363**       Potentially NRE, requires interior photos and more information
**Gardner's Tool House and Potting Shed** (Private Residence)  162/166 Central Boulevard
A Georgian-style building possibly designed by Richard Howland Hunt and constructed by William Bason & Sons in 1902. This four bay, two-and-one-half-story brick building has a hipped roof with two original gabled dormers with two-over-two windows. The exterior brickwork features buttresses and segmental arches over the windows and doors. A portico was added to the main entrance in the 1920s. Plants for Idle Hour were grown at the Tool House and Potting Shed. To facilitate the growth of seedlings, the western façade originally had no windows.

**USN: 10305.000368**       Potentially NRE, requires interior photos and more information
**Laundry** (Private Residence)  6 Asbury Avenue
Built in 1904 on its own lane, Asbury Avenue, off Idle Hour Boulevard and Middlesex Road, the Idle Hour Laundry is a two-story, English-style half-timber and stucco house. The cross-hipped roof has multiple dormers and a deep flaring overhang above wide-mullioned casement windows with transoms. A U-shaped plan is created by two large bays that project from the front façade, reminiscent of the projections and recessions of the country house's punctuated wall-plane.

**USN: 10305.000364**     **Potentially NRE, requires interior photos and more information**
**Pottery** (Private residence)  10 Shore Drive/117 Middlesex Avenue
Referred to as "The Pottery," garden plants were reportedly potted in this one-story brick building constructed around 1900. At least one later single-story brick addition was made to the east side of the original building. Evidence suggests the house had some diamond-pane casement windows (possibly extant), and that the remnants of a walled garden may also present on the property. The building lies adjacent to the Grand Canal, Idle Hour's manmade waterway.

Barges may have carried coal for Idle Hour's Power House to a site along the nearby canal where the estate's coal pockets were located. Therefore, any modification or removal of the existing canal berm in the vicinity of this property should be archaeologically monitored to ensure that evidence of the Vanderbilt-era coal pockets can be documented if encountered. Because the Idle Hour was occupied during a period of dynamic innovation in energy technology, it would be of interest to know what form of coal storage was used there.

**USN: 10305.000367**     **Potentially NRE, requires interior photos and more information**
**Superintendent's House** (Private residence)  37 Hollywood Drive
A two-story brick building constructed in 1891 to the north of a non-surviving walled garden. The gable-on-hip roof has a wide overhang with exposed ornamental rafter ends. The superintendent of the Idle Hour estate lived in the house.

**USN: 10305.000354**     **Potentially NRE, requires interior photos and more information**
**Palm House** (Private residence)  191 Idle Hour Boulevard
When the conservatory at Idle Hour's main house was converted from a palm garden into a Turkish-themed room by Wetmore and Warren, William K. Vanderbilt commissioned this two and- one-half-story glass and metal building in 1904 to rehouse the palm garden's large tropical plants. The Palm House was built by the historic American greenhouse design firm, Lord and Burnham. It has been extensively renovated for residential use, but many original structural elements appear intact.

**USN: 10305.000355**     **Potentially NRE, requires interior photos and more information**
**West Gate House** (Private residence)  4 Connetquot Drive
Located at the junction of old Montauk Highway with the Connetquot River close to the railway tracks, the West Gate House stood at Idle Hour's western entrance. This two-story English-style cottage was built in 1889 and was probably designed by either Richard Morris Hunt or the locally renowned Sayville architect, Isaac Greene. The lower-story façade is smooth brick, while the upper story is half-timber and stucco with a bracketed overhang. Diamond-pane casement windows appear throughout with oriel bay windows on the southeast façade.

**USN: 10305.000365**     **Potentially NRE, requires interior photos and more information**
**Workmen's House** (Private residence)  41 Shore Drive NR Status: Undetermined Local Status: Not designated Previous Surveys: Yes, see spreadsheet Description: This one-and-one-half-story brick building was constructed in 1893 to board workmen at the estate. The four-bay first floor features a granite string-course and segmental brick arches above the windows and doors. The overhanging second floor has a gambrel roof with Shingle style, gabled dormers.

Resource Evaluation: Idle Hour, W. K. Vanderbilt Estate
and Vanderbilt Farm/Artist Colony

12

**USN: 10305.001648**        Potentially NRE, requires interior photos and more information
**Grand Canal**    Throughout former estate and farm property
A recent ecological and public health survey for Suffolk County Department of Health Services recommended removing some of the canal's berms to improve tidal flow. The report is available online here: www.suffolkcountyny.gov/portals/0/ecodev/pdfs/GrandCanalFinalReport.pdf.

The Grand Canal encompasses an extensive network of manmade waterways dug for William K. Vanderbilt. The Vanderbilts and their guests enjoyed recreational boating along Idle Hour's canals and used the waterways to travel from the main house to accessory buildings. The estate's workers used the waterways to transport supplies across the estate and to deliver provisions from the Idle Hour farm to the main house. To SPLIA's knowledge, the historical design and construction of the Grand Canal system has not been thoroughly studied and remains unclear. For example, some locals suggest that it was lined with tile, and some believe portions of the canal network were built after the Vanderbilt era. Lacking more robust historical study, any potential actions to improve the Grand Canal, such as reducing its berm height to facilitate tidal flow, could result in the loss of important evidence.

The Grand Canal should also be studied in the context of privately-developed canal systems that have been incorporated into the general use of canals for suburban development on Long Island.

**Properties not eligible for listing on the State and National Registers of Historic Places**

**USN: 10305.000360**        Not eligible for listing on the National Register due to alterations
**Stables and Coach House** (Former Dowling College Curtin Student Center) 90-98 Idle Hour Boulevard/49-65 Chateau Drive
Located across the lawn to the east of the Idle Hour country house, the Stables and Coach House is Idle Hour's largest accessory building. It was considered to be one of the finest stables in the United States at the time it was built in 1888. The building retains its original whitewashed brick exterior, and the huge hipped gambrel roof of slate and glass. An 1889 addition provided space for washing carriages.

The Stables and Coach House was designed by Richard Morris Hunt, who also designed the first country house at Idle Hour, which was lost to a fire in 1899. It represents one of only a few surviving examples of Richard Morris Hunt's work on Long Island. The builder was William Bason and Sons of Sayville, the same local company that constructed the main house.

**USN: 10305.000361**        Not eligible for listing on the National Register due to alterations
**Power House** (Former Dowling College Performing Arts Center) 120 Central Boulevard
The Power House is a one-and-one-half-story brick building with buttresses and segmented arches above the windows and doors. It was built in 1900 during the construction of the second Idle Hour country house designed by Richard Howland Hunt. Hunt probably designed the Power House as well. Situated on Central Boulevard not far from the main house, this building contained mechanical equipment that supplied the second mansion with electricity for modern light and heat.

**USN: 10305.000362**      **Not eligible for listing on the National Register due to alterations**
**Engineer's House** (Former Dowling College Security Office) 121 Central Boulevard
An English-style, two-story house constructed in 1904 adjacent to the Power House. The first floor façade is of smooth brick, while the second floor is half-timber and stucco. The hipped roof has a wide overhang and extended rafter ends. The wall-faced dormers also have hipped roofs. Idle Hour's engineer oversaw the mechanical equipment at the nearby Power House.

**USN: 10305.000357**      **Not eligible for listing on the National Register due to alterations**
**Ice House** (Former Dowling College Dowling Institute) 275 Connetquot Drive
Built in 1890 by William Bason of Sayville, the brick walls of this two-story building are two feet thick. The Ice House was originally constructed with two sets of double doors at the east and west ends and without windows. To accommodate the adaptive reuse of the building, windows and additional doors were added. The Ice House served as a residence for the Dowling College president, as a nursery school, and, most recently, as the Dowling Institute and Dowling College Music House.

**USN: 10305.000366**      **Not eligible for listing on the National Register due to alterations**
**Tea House** (Commercial – Lessing's View Restaurant) 3 Consuelo Place
After a series of extensive renovations for commercial use as a restaurant, the original building is discernable but enclosed by later additions. Preliminary evidence suggests that some distinguishing Vanderbilt-era elements remain intact, such as fireplaces, chimneys, and a portion of the northern façade with diamond-pane casement windows. Additional details of the original interior may remain from the Vanderbilt era, when the building was used for entertaining and clambakes.

*Other Resources*
www.oldlongisland.com/2010/03/idle-hour.html
www.oldlongisland.com/2009/08/when-idle-hour-was-for-sale.html

# NATIONAL REGISTER OF HISTORIC PLACES
## RECOGNIZING AND DOCUMENTING NEW YORK STATE'S DIVERSE HERITAGE


*Great Camp Sagamore, Raquette Lake*

**HISTORIC PROPERTIES ARE TANGIBLE LINKS WITH THE PAST THAT PROVIDE A SENSE OF IDENTITY & INSPIRE PRIDE IN OUR HERITAGE. NEW YORK IS A LEADER IN THE NATIONAL REGISTER PROGRAM, WITH MORE THAN 6,000 LISTINGS, INCLUDING APPROXIMATELY 120,000 PROPERTIES.**

### What is the National Register of Historic Places?
Established by the National Historic Preservation Act of 1966, the National Register of Historic Places is the official list of historic properties that have been recognized as significant in American history, architecture, archaeology, engineering, or culture. The Division for Historic Preservation in the Office of Parks, Recreation and Historic Preservation coordinates the National Register program in New York State, as well as the parallel State Register program.

### What qualifies a property for listing on the National Register?
There are five categories of historic properties that are eligible for listing on the National Register: buildings, sites, structures, objects, and districts.

**Buildings** are houses, churches, barns, railroad stations, theaters, schools, and factories.

**Sites** range from designed landscapes, such as parks and cemeteries, to archaeological sites.

**Structures** are bridges, fire towers, roadways, and ships.

**Objects** are often artistic in nature and can include outdoor sculptures, monuments, and fountains.

**Districts** are groupings of resources, such as residential neighborhoods, commercial areas, and industrial complexes, that are linked by shared associations.

In order to qualify for listing, properties must meet at least one of the following criteria:
- associated with events that have made a significant contribution to our history,
- associated with persons significant in our past,
- clearly illustrate an architectural style, period, type, or method of construction,
- yield information important in prehistory or history (archaeological sites).


*Central Troy Historic District, Troy*

In general, properties must retain sufficient integrity to illustrate their significance. Qualities of integrity include location, design, setting, materials, workmanship, feeling, and association. Properties less than 50 years old are not usually considered eligible for National Register listing.

### What are the benefits of listing?
The National Register is a recognized and visible component of land-use planning and promotes heritage tourism, economic development, and appreciation of historic resources. Benefits include:

**Recognition**
- Listing honors the property by recognizing its importance to its community, the state, or the nation.
- Listing raises the community's awareness and pride in its past.

**Economic Incentives**
- Owners of historic *commercial* properties (e.g. office, industrial, rental residential) listed on the National Register may qualify for a preservation tax credit.


*Niagara Mohawk Building, Syracuse*


*West End Presbyterian Church, Manhattan*


**NEW YORK STATE OF OPPORTUNITY.**

**DIVISION FOR HISTORIC PRESERVATION**
**OFFICE OF PARKS, RECREATION AND HISTORIC PRESERVATION**
WWW.NYSPARKS.COM/SHPO ◇ 518.237.8643

Case 8-16-75545-reg    Doc 225    Filed 03/02/17    Entered 03/02/17 11:42:19



*Trans World Airlines Flight Center, Queens*



*Little Falls Historic District, Herkimer County*



*Montauk Lighthouse, Suffolk County*



*Lil's Diner, Albany*

The Tax Reform Act of 1986 allows a 20 percent federal tax credit for the substantial rehabilitation of income-producing historic properties. The work performed must meet federal preservation standards. **NYS legislation also provides an additional state tax credit for Income-Producing properties and for rehabilitating Owner-Occupied homes in eligible census tracts.**

- National Register listing is often a prerequisite for historic preservation grants and loans available through not-for-profit organizations, private foundations and government agencies.
- Not-for-profit organizations and municipalities that own registered properties are qualified to apply for New York State historic preservation matching grants.

### Protection

- Properties listed on the National Register or determined eligible for listing receive protection and consideration in the planning of projects that involve state or federal funding, permits or licenses. State and federal agencies must consult with the Division for Historic Preservation staff to avoid, minimize or mitigate adverse project effects.
- In New York State, the State Environmental Quality Review Act (SEQRA) provides additional protection to listed properties.

### Are there any restrictions?

Listing on the National Register does not interfere with a private property owner's right to remodel, alter, manage, use, sell, or even demolish a property. If state or federal funding is used or a project requires a state or federal permit, project developers are required to consult with division staff regarding the plans. The consultation process considers how historic resources may be impacted and whether there are alternative plans that will bring about the desired results. National Register listing does not provide absolute protection against any change to a property.

National Register listing should not be confused with local landmark designation, which is enacted by local governments and provides additional protection for historic properties. National Register designation does not regulate the actions of private property owners unless they receive funds or need permits from state or federal government agencies.

### What is the process for listing properties ?

1. Sponsor contacts the Division for Historic Preservation National Register staff for application and guidance;
2. Property is evaluated by National Register staff for eligibility. If property is eligible, the sponsor prepares required nomination materials (description, history, photos, and maps) under guidance of National Register staff.
3. Nomination is reviewed by the New York State Board for Historic Preservation. The board's recommendation is forwarded for approval to the State Historic Preservation Officer, who is the OPRHP Commissioner.
4. If approved, property is listed on the State Register and forwarded to the National Park Service for approval and listing on the National Register.

### For more information

The National Register website has detailed guidelines on criteria, how to prepare nominations, etc.:
www.nps.gov/history/nr/

National Park Service has online publications on preservation topics, including technical issues:
www.nps.gov/history/hps/tps/topics/index.htm

**National Register Unit
Division for Historic Preservation
NYS Office of Parks, Recreation
 & Historic Preservation
Peebles Island, P.O. Box 189
Waterford, NY 12188-0189
518.237.8643
www.nysparks.com/shpo**

**An Equal Opportunity/Affirmative Action Agency** *This material has been financed in part with Federal funds from the National Park Service, Department of the Interior. However, the contents and opinions do not necessarily reflect the views or policies of the Department of the Interior. This project has been administered by the Division for Historic Preservation, New York State Office of Parks, Recreation and Historic Preservation. This division receives Federal funds from the National Park Service, Department of the Interior. Regulations of the U.S. Department of the Interior strictly prohibit unlawful discrimination in departmental Federally assisted Programs on the basis of race, color, national origin, age, or handicap. Any person who believes he or she has been discriminated against in any program, activity, or facility operated by a recipient of Federal assistance should write to: Director, Equal Opportunity Program, U.S. Department of the Interior, National Park Service, P.O. Box 37127, Washington, D.C. 20012-7127.*                                                                                                                   12/14

# FEDERAL AND NEW YORK STATE HISTORIC PRESERVATION TAX CREDIT PROGRAMS

## Help for Historic Income-Producing Properties

Owners of historic commercial, office, industrial, agricultural or residential rental properties may be eligible for 20% federal and 20% state historic preservation income tax credits for rehabilitation projects.

### TO APPLY:

- You must own an income-producing property.
- The property must be listed on the New York State and National Registers of Historic Places individually or contributing to a listed historic district.
- All the work must be approved by the Division for Historic Preservation—before you begin.
- To apply for the state preservation tax credit, the property must also be located in an eligible census tract as well as qualify for the federal credit.

The rehabilitation work must follow the Secretary of the Interior's Standards for Rehabilitation (visit nps.gov/tps/standards.htm), which focuses on repairing historic materials, retaining character-defining features and preserving important interior spaces. The credit does not cover new construction outside the existing footprint of the historic building.

For information, visit nysparks.com/shpo/tax-credit-programs or call 518-237-8643.

### GENERAL GUIDELINES

- Contact the division for assistance early in the project planning process before you begin work.
- Projects are reviewed by the division prior to submission to the National Park Service, which is responsible for final tax credit project approval.
- The tax credits are a dollar-for-dollar reduction in federal and state tax liability.
- The cost of the rehabilitation must be equal to or greater than the adjusted basis of the property; basically, the adjusted basis is the value of property minus the value of the land.
- The three part application includes: 1. Evaluation of the property's significance; 2. Description of the proposed rehabilitation; and 3. Certification of completed work.

### QUICK TIPS:

- Thoroughly photograph the inside and outside of your building to document its existing, pre-rehabilitation condition.
- Historic windows, significant interior spaces and original floor plans are important, character-defining features that require careful consideration and appropriate treatment during project planning and construction.



**New York State Historic Preservation Office**
Division for Historic Preservation
nysparks.com/shpo



NEW YORK STATE OF OPPORTUNITY. | **Parks, Recreation and Historic Preservation**

# FREQUENTLY ASKED QUESTIONS

## What is a preservation tax credit?

It is a set percentage of the final historic rehabilitation costs subtracted from the amount of federal and/or state income taxes owed.

## How are the federal and state tax credit programs different?

While both programs offer credits equal to 20% of the rehabilitation costs respectively, the state credit is limited to properties that not only qualify for the federal tax credit, but are also located in eligible census tracts. Additionally, the state tax credit is capped at $5 million in credits. For more information, visit nysparks.com/shpo/tax-credit-programs/ or call 518-237-8643.

## What kind of work qualifies?

All interior and exterior rehabilitation work is eligible for the tax credits as long as it follows the Secretary of the Interior's Standards for Rehabilitation, including work that adapts the property for contemporary use or improves its energy efficiency. The programs essentially cover the entire historic building, from foundation to roof, inside and out. For technical guidance on various preservation and rehabilitation topics, visit nps.gov/history/hps/tps/tax/index.htm. For tax credit information and technical assistance, visit nysparks.com/shpo/tax-credit-programs/ or call 518-237-8643.

## How can I find out if my property is listed on the New York State and National Registers of Historic Places?

Visit nysparks.com/shpo/ for access to digital State and National Registers nomination forms—see the division's Cultural Resource Information System (CRIS) or call 518-237-8643 for State and National Registers program assistance.

## What if my property is not listed on the State and National Registers?

The division can help you determine if your property is eligible for State and National Registers listing and, if so, provide assistance on the nomination process. Although listing is a program requirement, the property does not have to be listed before you begin the project. Information and assistance is available at nysparks.com/shpo/national-register/ or call 518-237-8643.

## Can the preservation tax credits be used in combination with other public funding programs?

Yes. A variety of federal and state loan, grant and tax credit programs can be used in conjunction with the preservation tax credits, such as community development grants and low income housing credits.

## What is the review and approval process?

The division is your primary contact, reviewing your application materials throughout project planning and construction, providing technical assistance and advice, requesting information as needed and submitting your application materials to the National Park Service for review and approval.

## DIVISION FOR HISTORIC PRESERVATION
### nysparks.com/shpo