**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-*
 *Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |

---------------------------------------------------------------x

## EXHIBIT A

1. Copy of Dowling_Denied_Claims_Jan2015-Aug2016 (Microsoft Excel)
2. Copy of Dowling_June1_2016_ActiveParticipants (Microsoft Excel)
3. Dowling College Renewal Letter 6 28 13 (Microsoft Word)
4. Healthplex.Dowling College 7.1.2006 (Adobe Acrobat)
5. Healthplex.Dowling College Ext. 7.1.2013 (Adobe Acrobat)
6. Healthplex.Dowling College Letter Termination 6.3.2016 (Adobe Acrobat)
7. Healthplex.Dowling College Letter Termination w.cc.6.3.2016 (Adobe Acrobat)
8. Dowling College Term Notice to Providers (Adobe Acrobat)
9. Dowling Copy of post service claims 1.1.15 – present (Microsoft Excel)
10. Pre-Note Check Register Not paid 4.25.16 (Adobe Acrobat)
11. Claim Utilization History not paid 4.25.16 (Adobe Acrobat)

12. Pre-Note Check Register Not paid 3.28.16 (Adobe Acrobat)
13. Claim Utilization History not paid 3.28.16 (Adobe Acrobat)
14. Claims Check register paid for by Dowling 3.30.16 (Adobe Acrobat)
15. Claim Utilization History 2.29.16 (Adobe Acrobat)
16. Email communication between Dowling and Hplex – Failure to fund weekly email 11.20.15 (Adobe Acrobat)
17. Email communication between Dowling and Hplex 1.26.16 – 2.2.16 (Adobe Acrobat)
18. Email communication between Dowling and Hplex 4.25.16 – 5.23.16 (Adobe Acrobat)