**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x

**In Re:**
**DOWLING COLLEGE,**
**f/d/b/a DOWLING INSTITUTE,**
**f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,**
**f/d/b/a CECOM, a/k/a DOWLING COLLEGE**

**Case No.** 16-75545

**Chapter** 11

**Debtor**
-------------------------------------------------------------------------x

### ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE

The motion for admission to practice pro hac vice in the above-captioned matter is granted.  The admitted attorney, _____**Sharon L. Levine**_____, is permitted to argue or try this particular case in whole or in part as counsel. The admitted attorney may, enter appearances for parties, sign stipulations, receive payments upon judgments, decrees or orders, and otherwise serve as counsel in this case.

The Clerk is directed to enter the above attorney's appearance as counsel in the above-captioned case. The above-named attorney must serve a copy of this Order on Debtor's counsel (if any), the case trustee (if any), and all parties who filed notices of appearance, and file a certificate of such service within 10 business days of the date hereof.



**Dated: Central Islip, New York**
       **March 2, 2017**

**Robert E. Grossman**
**United States Bankruptcy Judge**