UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DOWLING COLLEGE,<br>f/d/b/a DOWLING INSTITUTE,<br>f/d/b/a DOWLING COLLEGE ALUMNI<br>ASSOCIATION,<br>f/d/b/a CECOM,<br>a/k/a DOWLING COLLEGE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-75545 (REG) |

**THIRD REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING
OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE
<u>PERIOD FROM FEBRUARY  1, 2017 THROUGH FEBRUARY 28, 2017</u>**

The following report of compensation earned and expenses incurred provided herein, are

being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing

RSR Consulting, LLC ("<u>RSR</u>") (I) to continue to provide the Debtor with a Chief Restructuring

Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("<u>Mr. Rosenfeld</u>") as

Chief Restructuring Officer ("<u>CRO</u>") to the Debtor effective as of the Petition Date. Please refer

to the following exhibits relating to the period February 1, 2017 through February 28, 2017.

    **Exhibit A** –   Summary of Fees and Expenses

    **Exhibit B** –   Summary of Services by Project Category

    **Exhibit C** –   Detailed time entries by Project Category

    **Exhibit D** –   Detail of Expenses Incurred

By: _____

**Robert S. Rosenfeld**

**March 8, 2017**

**Exhibit A**

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses**
**2/1/17 Through 2/28/17**

**Summary of Fees**

| Summary by Professional | Responsibility | Hours | Rate | | Amount |
|---|---|---|---|---|---|
| R. Rosenfeld | Chief Restructuring Officer | 93.00 | $ 390.00 | $ | 36,270.00 |
| N. Bivona | Consultant | 141.20 | $ 375.00 | | 52,950.00 |
| R. McLeod | Consultant | 6.20 | $ 335.00 | | 2,077.00 |
| I. Hellman | Paraprofessional | 51.20 | $ 125.00 | | 6,400.00 |
| **Total** | | **291.60** | | $ | **97,697.00** |
| | | | | | |
| **Average blended hourly rate** | | | | $ | **335.04** |

**Summary of Expenses**

| Expense Categories | | Total |
|---|---|---|
| **Accounting-software** | $ | 6.00 |
| **Mailing/Postage** | | 24.01 |
| **Office Supplies** | | 419.20 |
| **Computer supplies** | | 32.58 |
| | | |
| **Total Disbursements** | $ | **481.79** |

**RSR Consulting, LLC**                                                    **Exhibit B**
**Dowling College - Case #16-75545 (REG)**
**Summary of Services by Project Category**
**2/1/17 to 2/28/17**

| Category | Billable Time | Billable Amt |
|---|---|---|
| **Totals For Asset Analysis and Recovery** | **7.10** | **$2,742.00** |
| **Totals For Asset Disposition** | **29.10** | **$11,181.00** |
| **Totals For BRV-Stony Brook Dorm** | **1.90** | **$735.00** |
| **Totals For Business Analysis** | **12.70** | **$4,762.50** |
| **Totals For Business Operations** | **113.70** | **$43,105.50** |
| **Totals For Case Administration** | **0.40** | **$150.00** |
| **Totals For Cash Monitoring** | **7.20** | **$2,467.00** |
| **Totals For Creditor Inquiries** | **2.90** | **$1,104.00** |
| **Totals For Document Review** | **9.00** | **$3,412.50** |
| **Totals For Dowling-Opp Commercial sales** | **0.50** | **$187.50** |
| **Totals For Dowling-Residential Ops** | **7.00** | **$2,625.00** |
| **Totals For Dowling-Residential Sales** | **4.70** | **$1,777.50** |
| **Totals For Employee Benefits/Pensions** | **1.20** | **$468.00** |
| **Totals For Litigation Matters** | **57.20** | **$8,740.00** |
| **Totals For Meeting** | **3.70** | **$1,387.50** |
| **Totals For Meetings with Creditors and/or Representatives** | **6.30** | **$2,415.00** |
| **Totals For Meetings with Debtor and Representatives** | **14.10** | **$5,418.00** |
| **Totals For Oakdale-Residential** | **0.80** | **$312.00** |
| **Totals For Reporting** | **0.80** | **$300.00** |
| **Totals For Review Fee/Employment Applications** | **0.50** | **$195.00** |
| **Totals For UST Reporting** | **10.80** | **$4,212.00** |
| **Grand Total** | **291.60** | **$97,697.00** |

**RSR Consulting, LLC**                                                                          **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**2/1/17 to 2/28/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| **Asset Analysis and Recovery** | | | | | |
| 02/01/2017 | Neil Bivona | Access & test centralized collections website for collection agency contact & inquiries. Correspondence w/ M. Hablenko & W. Benka re set-up of forwarding rules. | 0.50 | $375.00/hr | $187.50 |
| 02/02/2017 | Neil Bivona | Prepare & send illustration request form to William Penn re: $2m Henry life insurance policy. | 0.50 | $375.00/hr | $187.50 |
| 02/06/2017 | Robert Rosenfeld | Call with Kevin Phillips (FPM) to discuss progress on  Brookhaven site planning and follow up information. | 0.50 | $390.00/hr | $195.00 |
| 02/14/2017 | Neil Bivona | Follow up with M. Hablenko re: A/R report reconciliation. | 0.30 | $375.00/hr | $112.50 |
| 02/14/2017 | Neil Bivona | Review life insurance policy premium optimization analysis & prepare correspondence to M. Hammoud re: account values, annual statement & market value analysis. | 0.50 | $375.00/hr | $187.50 |
| 02/21/2017 | Robert Rosenfeld | Meeting with C. Grossman regarding background on Endowment funds and supporting documentation at Debtor's office with L. Kiss (KWSSJ) and N. Bivona. | 2.00 | $390.00/hr | $780.00 |
| 02/21/2017 | Robert Rosenfeld | Search for supporting documents for Endowments throughout Debtor's offices. | 1.00 | $390.00/hr | $390.00 |
| 02/21/2017 | Robert Rosenfeld | Call with K. Phillips (FPM) to discuss status of Brookhaven site plan revised drawings. | 0.30 | $390.00/hr | $117.00 |
| 02/27/2017 | Robert Rosenfeld | Meeting with Walter Banka  to discuss search for Endowment records in Denise Schiozzi files. | 0.60 | $390.00/hr | $234.00 |
| 02/28/2017 | Robert Rosenfeld | Review documents retrieved from Debtor's offices related to Endowment Funds. | 0.60 | $390.00/hr | $234.00 |
| 02/28/2017 | Robert Rosenfeld | Follow up call with K. Phillips (FPM) to discuss open issues relating to plans for Town of Brookhaven. | 0.30 | $390.00/hr | $117.00 |
| **Totals For Asset Analysis and Recovery** | | | **7.10** | | **$2,742.00** |
| **Asset Disposition** | | | | | |
| 02/01/2017 | Neil Bivona | Download and review Phase I reports for Education North & South, Visual Arts Center, Consignment Shop, 275 Connetquot and various residences contiguous to main campus.  Draft correspondence to R. Bertucci re: the same. | 2.20 | $375.00/hr | $825.00 |
| 02/01/2017 | Neil Bivona | Review inquiry re: property supposedly owned by Dowling College on Montauk Hwy.  Review tax assessor roll and maps.  Correspondence with M> White rE: the same. | 0.70 | $375.00/hr | $262.50 |

**RSR Consulting, LLC**                                                          **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**2/1/17 to 2/28/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 02/01/2017 | Neil Bivona | Create schedule of parties expressing interest in various Dowling assets (IT equipment, Library, docks & crew equipment, general inquiries, liquidators, etc.). | 0.70 | $375.00/hr | $262.50 |
| 02/01/2017 | Neil Bivona | Review information from NYSED re: restricted library collections. Draft correspondence to Claudia McGivney re: ability to consult re: disposition of library collections. | 0.50 | $375.00/hr | $187.50 |
| 02/02/2017 | Robert Rosenfeld | Call with Maria Cheng regarding status of real estate marketing efforts in Oakdale and Brookhaven. | 0.40 | $390.00/hr | $156.00 |
| 02/03/2017 | Robert Rosenfeld | Call with M. Cheng, A&G Realty, Madison Hawk, N. Bivona to discuss status of Oakdale sales process. | 0.50 | $390.00/hr | $195.00 |
| 02/03/2017 | Robert Rosenfeld | Call with MYC liquidators to discuss thoughts and views on liquidation and follow up with proposal. | 0.30 | $390.00/hr | $117.00 |
| 02/03/2017 | Neil Bivona | Call to L.K. Mclean Assoc.  (surveyor) re: 2006 Brookhaven survey & utilities drawings. | 0.20 | $375.00/hr | $75.00 |
| 02/06/2017 | Robert Rosenfeld | Calls with two potential bidders on Oakdale properties for follow up information and questions. | 0.80 | $390.00/hr | $312.00 |
| 02/07/2017 | Neil Bivona | Draft correspondence to R. Spina re: title to boat trailer, docks, rental rights for launching crew team. | 0.30 | $375.00/hr | $112.50 |
| 02/07/2017 | Neil Bivona | Call w/ M. Rathjan re: interest in purchasing docks, crew boat racks & shed. | 0.40 | $375.00/hr | $150.00 |
| 02/07/2017 | Robert Rosenfeld | Call with R. Karpowicz regarding removal of monument. | 0.30 | $390.00/hr | $117.00 |
| 02/08/2017 | Neil Bivona | Follow up with Miller Env re: Oakdale main campus phase I. | 0.20 | $375.00/hr | $75.00 |
| 02/08/2017 | Robert Rosenfeld | Call with R. Parr to discuss status of FPM work and follow up meetings with the Town of Brookhaven. | 0.50 | $390.00/hr | $195.00 |
| 02/08/2017 | Robert Rosenfeld | Call with  Brian Yellen (Yellen Partners) regarding liquidation of FF&E assets at Debtor's properties. | 0.50 | $390.00/hr | $195.00 |
| 02/10/2017 | Robert Rosenfeld | Call with Michael Murphy (DE Commercial) and N. Bivona to discuss status of marketing efforts on sale of 8 commercial/residential properties handled by DE Commercial. | 0.60 | $390.00/hr | $234.00 |
| 02/10/2017 | Robert Rosenfeld | Call with Richard Remmer, Connetquot Historical Society to discuss disposition of historical documents in Debtor's libraries. | 0.40 | $390.00/hr | $156.00 |
| 02/13/2017 | Neil Bivona | Meet w/ K. Phillips re: utility drawing for Brookhaven NAT center. | 0.60 | $375.00/hr | $225.00 |

**RSR Consulting, LLC**                                                                                          **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**2/1/17 to 2/28/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 02/13/2017 | Robert Rosenfeld | Call with R. Parr to discuss status of revised plan drawings by FPM and next steps for discussions with Town of Brookhaven. | 0.40 | $390.00/hr | $156.00 |
| 02/14/2017 | Neil Bivona | Meet w/ R. Spina re: transfer of title to boats & trailer sold by Dowling in Nov. 2015 & return of license plate. | 0.60 | $375.00/hr | $225.00 |
| 02/14/2017 | Neil Bivona | Review revisions to draft APA following prior call w/ S. Southard & R. Rosenfeld. | 0.50 | $375.00/hr | $187.50 |
| 02/14/2017 | Robert Rosenfeld | Call with B. Yellen (Yellen Partners) and D. Cook to discuss proposal for liquidation of furniture and fixtures for Debtor. | 0.80 | $390.00/hr | $312.00 |
| 02/14/2017 | Robert Rosenfeld | Call with J. Dicci (Town of Islip Attorney) regarding Planned Landmark Preservation designation status. | 0.30 | $390.00/hr | $117.00 |
| 02/15/2017 | Neil Bivona | Call w/ S. Southard & R. Rosenfeld to discuss comments on draft APA for Oakdale Campus buildings. | 1.50 | $375.00/hr | $562.50 |
| 02/15/2017 | Robert Rosenfeld | Review draft APA for distribution to potential buyer. | 1.00 | $390.00/hr | $390.00 |
| 02/15/2017 | Robert Rosenfeld | Call with S. Southard and N. Bivona to discuss comments to draft APA for Oakdale Campus. | 1.50 | $390.00/hr | $585.00 |
| 02/15/2017 | Robert Rosenfeld | Review revised APA for Oakdale campus. | 0.50 | $390.00/hr | $195.00 |
| 02/16/2017 | Neil Bivona | Call w/ C. Kretz (former librarian) regarding status and plans for library and special collections. | 0.50 | $375.00/hr | $187.50 |
| 02/16/2017 | Neil Bivona | Call w/ R. Parr, S. Southard, H. Kleinberg & R. Rosenfeld re:  Brookhaven site planning. | 0.70 | $375.00/hr | $262.50 |
| 02/16/2017 | Robert Rosenfeld | Call with R. Parr, S. Southard, H. Kleingberg, and N. Bivona to discuss process and status of Brookhaven Township site planning project. | 0.60 | $390.00/hr | $234.00 |
| 02/16/2017 | Robert Rosenfeld | Follow up call with R. Parr to discuss next steps for Brookhaven site planning project. | 0.20 | $390.00/hr | $78.00 |
| 02/16/2017 | Robert Rosenfeld | Review proposal from Yellen Partners relating to FF&E liquidation. | 0.40 | $390.00/hr | $156.00 |
| 02/17/2017 | Robert Rosenfeld | Call with JR Dici (Town Attorney for Islip) and S. Southard to discuss Bankruptcy Court issues related to Town's intent to designate properties for Planned Landmark Preservation. | 0.40 | $390.00/hr | $156.00 |
| 02/21/2017 | Robert Rosenfeld | Follow up call with Yellen Partners on proposal for liquidation of FF&E. | 0.40 | $390.00/hr | $156.00 |
| 02/22/2017 | Robert Rosenfeld | Discuss with R. Parr revised site plan for Brookhaven property and process for going forward. | 0.40 | $390.00/hr | $156.00 |
| 02/22/2017 | Robert Rosenfeld | Coordinate meetings with parties in interest for discussion on revised site plan for Brookhaven property. | 0.70 | $390.00/hr | $273.00 |

**RSR Consulting, LLC**                                                            **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**2/1/17 to 2/28/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|--------------|-------------|--------------|
| 02/22/2017 | Robert Rosenfeld | Call with B. Yellen (Yellen partners) to discuss FF&E proposal of Debtor's assets. | 0.50 | $390.00/hr | $195.00 |
| 02/23/2017 | Robert Rosenfeld | Coordinate Brookhaven site plan drawing meeting with secured creditors and unsecured creditors committee counsel and discuss with ACA outstanding issues on Plan process. | 1.50 | $390.00/hr | $585.00 |
| 02/23/2017 | Robert Rosenfeld | Review updated proposal from Yellen Partners on liquidation of FF&E and prepare summary analysis on liquidators' proposals. | 1.50 | $390.00/hr | $585.00 |
| 02/24/2017 | Neil Bivona | Review weekly status / update report from A&G / Madison Hawk re: Oakdale sale process. | 0.20 | $375.00/hr | $75.00 |
| 02/27/2017 | Robert Rosenfeld | Call with Maltz & Company regarding FF&E liquidation proposal. | 0.30 | $390.00/hr | $117.00 |
| 02/27/2017 | Robert Rosenfeld | Call with Ralph Cerullo to discuss draft APA provisions with respect to selker's representations. | 0.50 | $390.00/hr | $195.00 |
| 02/27/2017 | Robert Rosenfeld | Call with Kevin Phillips re: Town of Brookhaven site plan drawings. | 0.50 | $390.00/hr | $195.00 |
| 02/27/2017 | Robert Rosenfeld | Execute NDA's on Oakdale campus sale. | 0.50 | $390.00/hr | $195.00 |
| 02/28/2017 | Neil Bivona | Call with FPM, ACA, Oppenheimer and respective advisors re: latest draft site plan for Brookhaven site redevelopment. | 1.00 | $375.00/hr | $375.00 |
| 02/28/2017 | Robert Rosenfeld | Call with Ron Parr to discuss preparation for call with creditors on Brookhaven development plans. | 0.40 | $390.00/hr | $156.00 |
| 02/28/2017 | Robert Rosenfeld | call with J. Cote, J. Hubbard, and A. Graiser to discuss status of marketing process for Oakdale campus. | 0.30 | $390.00/hr | $117.00 |
| 02/28/2017 | Neil Bivona | Call w/ R. Friedman / UCC, FPM Group & R. Rosenfeld re: updated Brookhaven site plan. | 0.40 | $375.00/hr | $150.00 |
| **Totals For Asset Disposition** | | | **29.10** | | **$11,181.00** |
| **BRV-Stony Brook Dorm** | | | | | |
| 02/02/2017 | Neil Bivona | Review insurance certificate & notice of inadequate insurance coverage under the lease from Stonybrook.  Draft correspondence to Sterling Risk inquiring about adequacy of coverage. | 0.40 | $375.00/hr | $150.00 |
| 02/14/2017 | Robert Rosenfeld | Prepare and send Spring Semester bill to Stony Brook University and visit to Fed ex for sending out billing. | 1.00 | $390.00/hr | $390.00 |
| 02/28/2017 | Robert Rosenfeld | Research status of CO detection installation project for BRV dorms billing for 2nd semester 2017. | 0.50 | $390.00/hr | $195.00 |
| **Totals For BRV-Stony Brook Dorm** | | | **1.90** | | **$735.00** |
| **Business Analysis** | | | | | |

**RSR Consulting, LLC**                                                                    **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**2/1/17 to 2/28/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 02/15/2017 | Neil Bivona | Begin DIP variance to date / changes in go-forward budget analysis & report to DIP lenders. | 1.80 | $375.00/hr | $675.00 |
| 02/24/2017 | Neil Bivona | Call w/ R. Mcleod re: budget analysis, extension & revision and adding cumulative budget vs. borrowing analysis page to model. | 1.20 | $375.00/hr | $450.00 |
| 02/24/2017 | Neil Bivona | Review D. Cook re: analysis of Arrow Security staffing & potential to reduce shifts/expense; Correspondence w/ D. Cook re: the same. | 0.30 | $375.00/hr | $112.50 |
| 02/24/2017 | Neil Bivona | Review of DIP variance reports week 1-12; Continue work on DIP analysis report to Secured Lenders. | 4.50 | $375.00/hr | $1,687.50 |
| 02/24/2017 | Neil Bivona | Call w/ C. Grossman re: review of endowment files located in A-Frame storage. | 0.20 | $375.00/hr | $75.00 |
| 02/25/2017 | Neil Bivona | Review schedule of open/held invoices for TL C. Prepare correspondence to S. Southard re: DIP Material Adverse Deviation default / waiver and over-advance discussions w/ Oppenheimer & MIntz.  Correspondence w/ R. Rosenfeld rE: the same. | 0.50 | $375.00/hr | $187.50 |
| 02/26/2017 | Neil Bivona | Continue work on DIP analysis / Secured Lender report. | 1.20 | $375.00/hr | $450.00 |
| 02/27/2017 | Neil Bivona | Review / reconcile actual disbursements for 12 week period vs. timing of wen paid through week 13.  Adjust DIP review report to reflect adjustments. | 1.80 | $375.00/hr | $675.00 |
| 02/28/2017 | Neil Bivona | Continue work on DIP budget analysis report. | 1.20 | $375.00/hr | $450.00 |
| **Totals For Business Analysis** | | | **12.70** | | **$4,762.50** |
| **Business Operations** | | | | | |
| 02/01/2017 | Neil Bivona | Review / edit weekly disbursements to properly reflect pre- vs post petition allocations. | 0.50 | $375.00/hr | $187.50 |
| 02/01/2017 | Neil Bivona | Review / revise Dowling.edu website text and GCG FAQ's / contact page to reflect comments form conversation with NYAG and to better address inquiries received to date. | 1.60 | $375.00/hr | $600.00 |
| 02/01/2017 | Robert Rosenfeld | Call with Kate Smith (Bloomberg) re interview on Dowling. | 0.50 | $390.00/hr | $195.00 |
| 02/01/2017 | Robert Rosenfeld | Process transactions for weekly disbursements. | 0.50 | $390.00/hr | $195.00 |
| 02/01/2017 | Robert Rosenfeld | Work on compliance reporting for IDA and town reporting. | 1.50 | $390.00/hr | $585.00 |
| 02/02/2017 | Neil Bivona | Prepare open issues list for items to be reviewed by S. Southard. | 0.60 | $375.00/hr | $225.00 |

**RSR Consulting, LLC**                                                                                      **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**2/1/17 to 2/28/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 02/02/2017 | Neil Bivona | Various meetings & discussions w/ D. Cook re: sewage treatment plant operator contract / invoices, engineer of record new contract, Simplex inspections & invoices, heating issues / notice of violation for 52 Van Bomel; tenant hotline; tenant communication letters; tour of campuses with liquidators. | 1.20 | $375.00/hr | $450.00 |
| 02/02/2017 | Neil Bivona | Roll-Forward cumulative budget to week 10; review weekly invoices & prepare disbursement detail worksheets. | 2.30 | $375.00/hr | $862.50 |
| 02/02/2017 | Neil Bivona | Review S. Southard comments to revised Dowling.edu website text and GCG FAQs.  Revise as necessary & send to/discuss with W. Benka (website) and GCG (FAQs) re updating sites. | 0.50 | $375.00/hr | $187.50 |
| 02/02/2017 | Neil Bivona | Meet w/ Anne Dimola re: Union audit requests. | 0.20 | $375.00/hr | $75.00 |
| 02/02/2017 | Robert Rosenfeld | Visit to Signature Bank branch to deposit check from TD Bank | 0.80 | $390.00/hr | $312.00 |
| 02/02/2017 | Robert Rosenfeld | Search for checkbooks for TD Bank accounts at Fortunoff Hall with Anna Stoloff. | 1.00 | $390.00/hr | $390.00 |
| 02/02/2017 | Robert Rosenfeld | Work on billing for Stony Brook lease at  BRV dorm  and research responses to Stony Brook information requests. | 1.00 | $390.00/hr | $390.00 |
| 02/02/2017 | Robert Rosenfeld | Discussions and correspondence with TD Bank and TD Wealth in connection with RSR listed as authorized signer and transferring funds to Signature Bank. | 1.00 | $390.00/hr | $390.00 |
| 02/02/2017 | Robert Rosenfeld | Update rent receivable accounts in quickbooks for February billings. | 0.60 | $390.00/hr | $234.00 |
| 02/03/2017 | Neil Bivona | Proces DIP Account transfers and wire payments for weekly disbursements. | 0.30 | $375.00/hr | $112.50 |
| 02/03/2017 | Neil Bivona | Call w/ G. Gerrans at U.S. Dept of Education rE: status of reconciliation and closeout/assignment of Title IV programs. | 0.30 | $375.00/hr | $112.50 |
| 02/03/2017 | Neil Bivona | Prepare budget roll-forward through week 12 of backup to notice of borrowing. | 1.20 | $375.00/hr | $450.00 |
| 02/03/2017 | Neil Bivona | Gather & review Title IV / Perkins Loan files from R. Cerullo's office & review in preparation for meeting on 2/3/17 re: the same. | 1.60 | $375.00/hr | $600.00 |
| 02/03/2017 | Robert Rosenfeld | Process payments for week and update accounting. | 1.00 | $390.00/hr | $390.00 |
| 02/03/2017 | Robert Rosenfeld | Visits to TD Bank and Signature Bank for closing Debtor's accounts at TD Bank and depositing funds into Signature Bank. | 2.00 | $390.00/hr | $780.00 |

**RSR Consulting, LLC**                                                             **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**2/1/17 to 2/28/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 02/03/2017 | Robert Rosenfeld | Continue processing payments for week for Debtor. | 0.50 | $390.00/hr | $195.00 |
| 02/04/2017 | Robert Rosenfeld | Meeting with Denise Scialvo, Anna Stoloff, N. Bivona to discuss wind down of DOE Title IV funding reconciliation. | 3.00 | $390.00/hr | $1,170.00 |
| 02/06/2017 | Neil Bivona | Reconcile cash accounts to budget & review weekly payroll reports. | 0.80 | $375.00/hr | $300.00 |
| 02/06/2017 | Neil Bivona | Draft action plan for Title IV loan program reconciliation, close-out and communication with DOE. | 1.00 | $375.00/hr | $375.00 |
| 02/06/2017 | Neil Bivona | Draft correspondence to C. Grossman re: consulting on endowments. Correspondence to L. Kiss re: confidentiality agreement. | 0.50 | $375.00/hr | $187.50 |
| 02/06/2017 | Neil Bivona | Review check deposits re: application of Mandatory prepayments. | 0.50 | $375.00/hr | $187.50 |
| 02/06/2017 | Neil Bivona | Meetings w/ D. Cook re: 52 Van Bomel heat, Brookhaven Dorm elevator service contract & simplex inspections/invoices (Fortunoff Hall sprinkler system repairs). | 0.60 | $375.00/hr | $225.00 |
| 02/06/2017 | Neil Bivona | Call w/ R. McLeod re: budget variance reports; review of performance tobudget to date and plan for budget revisions. | 0.60 | $375.00/hr | $225.00 |
| 02/06/2017 | Neil Bivona | Prepare notice of borrowing for weeks 11-12. | 1.30 | $375.00/hr | $487.50 |
| 02/06/2017 | Neil Bivona | Meet w/ D. Impagliazzo re: various student inquiries. | 0.50 | $375.00/hr | $187.50 |
| 02/06/2017 | Neil Bivona | Prepare payroll funding disbursement worksheets. Set up transfes & wires. | 0.60 | $375.00/hr | $225.00 |
| 02/06/2017 | Robert Rosenfeld | Call with QuickBooks to resolve issues relating to accounting software. | 1.00 | $390.00/hr | $390.00 |
| 02/07/2017 | Neil Bivona | Meet w/ D. Cook re additional Simplex invoices & reconciliation to contract & work orders. | 0.30 | $375.00/hr | $112.50 |
| 02/07/2017 | Neil Bivona | Review & respond to correspondence form M. Hablenko re: AR reporting discrepancies. Review AR reports. | 0.40 | $375.00/hr | $150.00 |
| 02/08/2017 | Neil Bivona | Review Simplex inspection invoices for inspections vs. budget availability & timing. | 0.30 | $375.00/hr | $112.50 |
| 02/08/2017 | Neil Bivona | Review document retention schedule. Draft e-mail communication to C. Clayton re: the same. | 0.90 | $375.00/hr | $337.50 |
| 02/08/2017 | Robert Rosenfeld | Discussion with A. Dimola ( HR Director) regarding payroll issues; 403B Plan; IAM Pension audit and WARN calculation. | 1.00 | $390.00/hr | $390.00 |
| 02/08/2017 | Robert Rosenfeld | Research BOT information request on prior Board members for previous 6 years and search Dowling computer system for records. | 1.00 | $390.00/hr | $390.00 |

**RSR Consulting, LLC**　　　　　　　　　　　　　　　　　　　　　　　　　　**Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**2/1/17 to 2/28/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 02/08/2017 | Robert Rosenfeld | Research computer system for files relating to support information on winddown of Debor including R. Cerullo hard drive. | 1.00 | $390.00/hr | $390.00 |
| 02/10/2017 | Neil Bivona | Prepare weekly compliance reporting. | 1.40 | $375.00/hr | $525.00 |
| 02/10/2017 | Neil Bivona | Review bank levy received on Perkins Loan Acct at US Bank.  Correspondence w/ S. Southrd re: the same.  Prepare letter to US Bank re: removal of levy. | 2.20 | $375.00/hr | $825.00 |
| 02/10/2017 | Neil Bivona | Review of third party subpoena.  Call law firm to discuss.  Meet w/ W. Benka re: search of student electronic files for responsive information. | 1.20 | $375.00/hr | $450.00 |
| 02/10/2017 | Neil Bivona | Review notices received from NY State Higher Education Service Corp. re: claims for return of scholarships & grants for students who did not complete coursework.   Research NY HESC.  Call with J D'Agati at NYSED re: the same. | 1.00 | $375.00/hr | $375.00 |
| 02/10/2017 | Neil Bivona | Perform budget / DIP account cash reconciliation.  Correspondence & call w/ R. McLeod re: the same. | 0.50 | $375.00/hr | $187.50 |
| 02/10/2017 | Robert Rosenfeld | Call with H. Kleinberg (counsel to BOT) and S. Southard to discuss open issues relating to Board of Trustees. | 0.80 | $390.00/hr | $312.00 |
| 02/10/2017 | Robert Rosenfeld | Update accounting for Debtor for weekly activity. | 1.00 | $390.00/hr | $390.00 |
| 02/11/2017 | Neil Bivona | Review weekly invoices & begin preparation of disbursement detail schedule. | 1.50 | $375.00/hr | $562.50 |
| 02/13/2017 | Neil Bivona | Complete disbursement detail report; prepare reconciliation to available budget & transfer/disbursement summary report.  Prepare transfer & wires for approval. | 2.40 | $375.00/hr | $900.00 |
| 02/13/2017 | Neil Bivona | Review invoices form UMB Bank.  Reconcile to prior disbursements.  Correspondence to S. Southard & L. Roberson re: the same. | 0.40 | $375.00/hr | $150.00 |
| 02/13/2017 | Neil Bivona | Attention to several student inquiries.  Correspondence w/ D. Impagliazzo re: the same. | 0.50 | $375.00/hr | $187.50 |
| 02/13/2017 | Neil Bivona | Review verizon invoice for Brookhaven campus.  Meet w/ W/ Benka re: review of which lines pertain to alarms, etc. | 0.20 | $375.00/hr | $75.00 |
| 02/13/2017 | Neil Bivona | Meet w/ D. Cook re: various issues (sewerage treatment plant, personal property liquidation, brookhaven gas & electric costs) | 0.60 | $375.00/hr | $225.00 |

**RSR Consulting, LLC**                                                                                                        **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**2/1/17 to 2/28/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|--------------|-------------|--------------|
| 02/13/2017 | Neil Bivona | Search physical files for information responsive to third party subpoena. Prepare correspondence to law firm re: findings (no records found). | 1.30 | $375.00/hr | $487.50 |
| 02/13/2017 | Robert Rosenfeld | Process funding transfers for Debtor and process disbursements for week. | 1.70 | $390.00/hr | $663.00 |
| 02/13/2017 | Robert Rosenfeld | Update call with S. Southard regarding outstanding issues relating to winddown process. | 0.40 | $390.00/hr | $156.00 |
| 02/13/2017 | Robert Rosenfeld | Call with Ira Nikelsberg regarding Garden City Group billing for December 2016. | 0.30 | $390.00/hr | $117.00 |
| 02/14/2017 | Neil Bivona | Mandatory prepayment analysis. | 1.80 | $375.00/hr | $675.00 |
| 02/14/2017 | Neil Bivona | Review ADP 2106 tax filing report by State. | 0.40 | $375.00/hr | $150.00 |
| 02/14/2017 | Neil Bivona | Correspondence w/ C. Grossman & L. Kiss re: scheduling of meeting to discuss gifts & endowments. | 0.40 | $375.00/hr | $150.00 |
| 02/14/2017 | Neil Bivona | Address student records inquiry issues. | 0.30 | $375.00/hr | $112.50 |
| 02/14/2017 | Robert Rosenfeld | Process additional checks for disbursements for week. | 1.00 | $390.00/hr | $390.00 |
| 02/14/2017 | Robert Rosenfeld | Review correspondence with IAM 153 Pension Fund auditors and discuss with A. Dimola information to provide in response to information request from auditors. | 1.20 | $390.00/hr | $468.00 |
| 02/15/2017 | Neil Bivona | Meet w/ D. Impagliazzo re: student transcript, recommendation & degrees requests. | 0.50 | $375.00/hr | $187.50 |
| 02/15/2017 | Neil Bivona | Review of preliminary week 12 variance report. Correspondence w/ R. McLeod re ability to relocate line items to stay within budget variance allowance. | 1.00 | $375.00/hr | $375.00 |
| 02/16/2017 | Neil Bivona | Prepare Notice of Mandatory Prepayment. | 0.50 | $375.00/hr | $187.50 |
| 02/16/2017 | Neil Bivona | Review & edit weekly disbursement detail worksheet to reflect re-allocation of line items to stay within budget variance allowance. | 0.40 | $375.00/hr | $150.00 |
| 02/16/2017 | Neil Bivona | Roll-forward of DIP budget through week 13 & 14. | 1.10 | $375.00/hr | $412.50 |
| 02/16/2017 | Neil Bivona | Analyze & estimate disbursements through week 14 & prepare Notice of Borrowing. | 1.20 | $375.00/hr | $450.00 |
| 02/16/2017 | Neil Bivona | Prepare weekly DIP Compliance reporting. | 1.50 | $375.00/hr | $562.50 |
| 02/16/2017 | Neil Bivona | Review payroll analysis re: 2% local 434 union salary adjustments & retroactive application to 1/1/17. Meeting w/ A. Dimola to discuss the same. | 0.60 | $375.00/hr | $225.00 |
| 02/16/2017 | Neil Bivona | Meet w/ W. Benka to discuss system clout storage transition proposal and alternatives. | 0.40 | $375.00/hr | $150.00 |

**RSR Consulting, LLC**                                                                                      **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**2/1/17 to 2/28/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 02/16/2017 | Robert Rosenfeld | Calls with R. Bertucci (Oppenheimer) (.4); and S. Fioto (Stony Brook) (.3) regarding status of payment of 2nd semester 2017 rent. | 0.70 | $390.00/hr | $273.00 |
| 02/16/2017 | Robert Rosenfeld | Update accounting in quickbooks for activity for week. | 0.50 | $390.00/hr | $195.00 |
| 02/17/2017 | Neil Bivona | Review draft BOT status report. | 0.80 | $375.00/hr | $300.00 |
| 02/17/2017 | Neil Bivona | Call and correspondence with C. Grossman re: information for preparation of meeting to discuss Gifts & Endowments. | 0.60 | $375.00/hr | $225.00 |
| 02/17/2017 | Neil Bivona | Review weekly invoices & prepare disbursement detail worksheet. | 2.20 | $375.00/hr | $825.00 |
| 02/17/2017 | Neil Bivona | Review alternative vendors to provide alternatives for cloud storage of systems & data. Follow-up call w/ W. Benka re: the same. | 0.50 | $375.00/hr | $187.50 |
| 02/17/2017 | Robert Rosenfeld | Obtain notary on signature required for Brookhaven Authorization for CO install. | 0.30 | $390.00/hr | $117.00 |
| 02/17/2017 | Robert Rosenfeld | Make deposits into Signature Bank in Hauppauge office. | 0.50 | $390.00/hr | $195.00 |
| 02/18/2017 | Neil Bivona | Review & edit revised draft of BOT status report. | 1.10 | $375.00/hr | $412.50 |
| 02/18/2017 | Neil Bivona | Meet W/ D. Scalzo at Dowling re: Title IV reconciliations & closeout. | 0.50 | $375.00/hr | $187.50 |
| 02/18/2017 | Neil Bivona | Continue work on budget review analysis. | 3.00 | $375.00/hr | $1,125.00 |
| 02/20/2017 | Neil Bivona | Continue work on budget analysis report for DIP Lenders. | 3.80 | $375.00/hr | $1,425.00 |
| 02/21/2017 | Neil Bivona | Prepare account transfers and wires for weekly payments including payroll. | 0.40 | $375.00/hr | $150.00 |
| 02/21/2017 | Neil Bivona | Meeting with C. Grossman, L. Kiss & R. Rosenfeld re: gifts and endowments. | 1.50 | $375.00/hr | $562.50 |
| 02/21/2017 | Neil Bivona | Research document shredding, disposal, recycling options & box/offsite storage options for hardcopy files.  Calls with several potential vendors. | 1.00 | $375.00/hr | $375.00 |
| 02/21/2017 | Neil Bivona | Call w/ J Pund re: notice of borrowing & budget review / analysis. | 0.40 | $375.00/hr | $150.00 |
| 02/21/2017 | Neil Bivona | Call w/ B. Faustini re: notice of borrowing & budget review / analysis. | 0.40 | $375.00/hr | $150.00 |
| 02/21/2017 | Neil Bivona | Review & revise notice of borrowing. | 1.20 | $375.00/hr | $450.00 |
| 02/21/2017 | Neil Bivona | Call w/ D. Cook Re: Brookhaven Nat Ctr. HVAC system controls & boiler issues; Shuttle Bus on Brookhaven campus; BRV Dorm status. | 0.50 | $375.00/hr | $187.50 |
| 02/21/2017 | Neil Bivona | Review reports & supporting documentation re: gifts & endowments in preparation for meeting w/ C. Grossman. | 0.70 | $375.00/hr | $262.50 |

**RSR Consulting, LLC**                                                                                    **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**2/1/17 to 2/28/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 02/21/2017 | Neil Bivona | Review information subpoena related to third party litigation received via certified mail.  Meet w/ W. Benka re: the same re searching of electronic student records (pre and post-Banner). | 0.30 | $375.00/hr | $112.50 |
| 02/21/2017 | Robert Rosenfeld | Work on payroll and labor union audit requests. | 0.50 | $390.00/hr | $195.00 |
| 02/22/2017 | Neil Bivona | Meet w/ d. Cook re: sewage treatment pipeline drawings. | 0.50 | $375.00/hr | $187.50 |
| 02/22/2017 | Neil Bivona | Meer with D. Impagliazzo re: open student transcript, ceritfication & degree issues. | 0.40 | $375.00/hr | $150.00 |
| 02/22/2017 | Neil Bivona | Prepare disbursements (paid by check) for week 13. | 0.70 | $375.00/hr | $262.50 |
| 02/22/2017 | Neil Bivona | Search / review file cabinets in A-Frame building re: missing gifts & endowment files. | 0.50 | $375.00/hr | $187.50 |
| 02/22/2017 | Neil Bivona | Call with former employee (E. Gullason) re: confirmation of compensation / copies of pay stubs & inability to access the same through ADP employee portal.  Meet w/ A. Dimola re: the same. | 0.70 | $375.00/hr | $262.50 |
| 02/22/2017 | Neil Bivona | Tour Curtin Student Center building w/ D. Cook. Search through files in various office sand storage areas to assess volume of retention vs. disposal. | 3.00 | $375.00/hr | $1,125.00 |
| 02/22/2017 | Neil Bivona | Meet w/ A. Stoloff & D. Scalzo re: closeout process for Title IV programs. | 0.50 | $375.00/hr | $187.50 |
| 02/22/2017 | Neil Bivona | Review student inquiries re: non-receipt of 1098-T tax forms.  Meet w/ W. Benka to review & discuss the same and develop process for reconciling & mailing additional forms as necessary & communicating with affected students. | 0.50 | $375.00/hr | $187.50 |
| 02/22/2017 | Robert Rosenfeld | Site visit to properties - Curtin building; Aframe; other residential properties. | 2.00 | $390.00/hr | $780.00 |
| 02/22/2017 | Robert Rosenfeld | Discussion with A. Dimola Union 30 audit requests. | 0.40 | $390.00/hr | $156.00 |
| 02/23/2017 | Neil Bivona | Prepare DIP account transfer & disbursement summaries.  Initiate DIP Account transfers. | 0.60 | $375.00/hr | $225.00 |
| 02/23/2017 | Neil Bivona | Correspondence w/ W. Benka re: St. John's Lease / Termination Notice to M. Cope.  Review notice & e-mail re: contents & forward to L. Kiss. | 0.20 | $375.00/hr | $75.00 |
| 02/23/2017 | Neil Bivona | Continue work on DIP analysis report. | 2.00 | $375.00/hr | $750.00 |
| 02/23/2017 | Neil Bivona | Review weekly disbursements & adjust re: limited cash / budget for TL C. | 1.20 | $375.00/hr | $450.00 |

**RSR Consulting, LLC**                                                                                      **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**2/1/17 to 2/28/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 02/23/2017 | Neil Bivona | Discussion w/ R. Rosenfeld & D. Cook re: Sean Flek Landscaping invoices & contract. | 0.80 | $375.00/hr | $300.00 |
| 02/23/2017 | Neil Bivona | Review additional 1098 T student inquiries received via GCG website.  Refer to W. Benka for investigation & response. | 0.50 | $375.00/hr | $187.50 |
| 02/23/2017 | Neil Bivona | Review former employee inquiry re: incorrect w-2.  Discuss review of situation with ADP with A. Dimola. | 0.30 | $375.00/hr | $112.50 |
| 02/23/2017 | Robert Rosenfeld | Process payments for week and update debtor's accounting. | 1.50 | $390.00/hr | $585.00 |
| 02/24/2017 | Neil Bivona | Prepare weekly compliance report. | 1.00 | $375.00/hr | $375.00 |
| 02/24/2017 | Neil Bivona | Call with former employee re: W-2 & employment / salary verification. | 0.30 | $375.00/hr | $112.50 |
| 02/24/2017 | Neil Bivona | Review analysis of electronic data retention proposals by W. Benka. Correspondence w/ W. Benka re: the same. | 0.40 | $375.00/hr | $150.00 |
| 02/27/2017 | Neil Bivona | Search Fortunoff Hall offices and basement storage rooms w/ D. Cook & R. Rosenfeld for missing endowment fund files, files related to student Activity fund and title IV programs. Search student records boxes for responsive information to third party litigation information subpoena. | 2.50 | $375.00/hr | $937.50 |
| 02/27/2017 | Neil Bivona | Correspondence w/ US DOE re: Title IV audit for 2016/2017 school year. | 0.30 | $375.00/hr | $112.50 |
| 02/27/2017 | Neil Bivona | Meeting w/ D. Cook re: surveys, St. John's lease/gym equipment, interested party for VAC pottery equipment & supplies, parking lot lights, leak in Kramer heating system pipe & simplex invoices. | 1.20 | $375.00/hr | $450.00 |
| 02/27/2017 | Neil Bivona | Prepare list of open TL C invoices for discussion w/ Oppenheimer.  Send to / discuss with S. Southard. | 0.50 | $375.00/hr | $187.50 |
| 02/27/2017 | Neil Bivona | Discuss inaccurate employee W-2 complaint w/ A. Dimola, A. Stoloff & R. Rosenfeld. | 0.20 | $375.00/hr | $75.00 |
| 02/27/2017 | Neil Bivona | Meet w/ W. Benka re: proposals for migration of servers / data to remote location. | 0.50 | $375.00/hr | $187.50 |
| 02/27/2017 | Neil Bivona | Research & confirm Diamond Comfort Systems invoice payments. | 0.30 | $375.00/hr | $112.50 |
| 02/27/2017 | Robert Rosenfeld | Call with R. Bertucci (Oppenheimer) re: various operating issues relating to Stony Brook lease payment, residential house sales and Town of Brookhaven site plan drawings. | 0.50 | $390.00/hr | $195.00 |

**RSR Consulting, LLC**                                                                                          **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**2/1/17 to 2/28/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 02/28/2017 | Neil Bivona | Call w/ C. Curry at U.S. Dept. of Ed re: required A-133 Audit and Compliance Supplement filings, Dowling status & go forward process for closing out of Federal Aid programs. | 0.40 | $375.00/hr | $150.00 |
| 02/28/2017 | Neil Bivona | Call w/ H. Simmons at Quintarios, Prieto, Wood & Boyer re: third party litigation subpoena received by Dowling & inability to locate any responsive materials. | 0.30 | $375.00/hr | $112.50 |
| 02/28/2017 | Neil Bivona | Review Title IV reconciliation prepared by D. Scalzo. E-mial correspondence to D. Scalzo with questions. | 0.30 | $375.00/hr | $112.50 |
| 02/28/2017 | Neil Bivona | Call w/ Don Cook re: proposal for updated surveys for 123 & 135 Idle Hour, 275 Conntquot and 64 Van Bomel; party with interest in pottery equipment in VAC. | 0.40 | $375.00/hr | $150.00 |
| 02/28/2017 | Neil Bivona | Review GCG Communication escalation report. Update re: tax / 1098 issues resolved last week. Forward student inquiries to D. Impagliazzo for review and response. | 0.70 | $375.00/hr | $262.50 |
| 02/28/2017 | Robert Rosenfeld | Call with R. Bertucci (Oppenheimer) relating to Stony Brook dorm issues; liquidator proposals for FF&E liquidation and marketing issues of residential properties in Oakdale. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Business Operations** | | | **113.70** | | **$43,105.50** |
| **Case Administration** | | | | | |
| 02/13/2017 | Neil Bivona | Call w/ GCG re: various topics (FQs, student records indexing project, projections for future costs of plan solicitation process, etc. | 0.40 | $375.00/hr | $150.00 |
| **Totals For Case Administration** | | | **0.40** | | **$150.00** |
| **Cash Monitoring** | | | | | |
| 02/02/2017 | Robert McLeod | Finalized Week 9 cash budget vs actual compliance report and update preliminary version for Week 10 based on revised amounts of certain disbursements. | 1.00 | $335.00/hr | $335.00 |
| 02/06/2017 | Robert McLeod | Revised preliminary Week 10 cash flow actual vs budget compliance report for additional disbursements made Feb 3 and latest DIP borrowings. Update call amongst RSR team to review and discuss plan for revising / extending longer-term budget. | 1.30 | $335.00/hr | $435.50 |
| 02/06/2017 | Robert Rosenfeld | Update cash accounts for activity and reconcile balances at month end. | 1.00 | $390.00/hr | $390.00 |
| 02/10/2017 | Robert McLeod | Review / reconcile cash activity tracking through Week 10 with ending cash balance; discuss amongst RSR team. | 0.50 | $335.00/hr | $167.50 |

**RSR Consulting, LLC**                                                                                      **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**2/1/17 to 2/28/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 02/15/2017 | Robert McLeod | Update cash budget vs actual cash tracking for Week 11 actual and Week 12 anticipated cash receipts and disbursements; prepare Week 11 final and Week 12 preliminary compliance reports and circulate amongst RSR team for review. | 1.10 | $335.00/hr | $368.50 |
| 02/24/2017 | Robert McLeod | Finalize Week 12 and prepare preliminary Week 13 cash flow actual versus budget compliance reports and circulate amongst RSR team for review. | 1.20 | $335.00/hr | $402.00 |
| 02/24/2017 | Robert McLeod | Call amongst RSR team to review budget to actual variances, update mechanism for DIP loan draw requests, and plan steps to update DIP budget for the period after the interim 16 weeks approved by the Court. | 1.10 | $335.00/hr | $368.50 |
| **Totals For Cash Monitoring** | | | **7.20** | | **$2,467.00** |
| **Creditor Inquiries** | | | | | |
| 02/06/2017 | Robert Rosenfeld | Call with Gena Moody relating to IAM Union Pension audit and information request and follow up with questions for audit. | 0.70 | $390.00/hr | $273.00 |
| 02/06/2017 | Robert Rosenfeld | Meet and discuss with Anne Dimola (HR Director) IAM Pension audit and information requests to respond to. | 0.40 | $390.00/hr | $156.00 |
| 02/08/2017 | Neil Bivona | Review GCG communication escalation report. Research & prepare responses to inquiries. | 0.70 | $375.00/hr | $262.50 |
| 02/14/2017 | Neil Bivona | Review weekly GCG communication escalation report.  Research issues & prepare responses. | 0.50 | $375.00/hr | $187.50 |
| 02/22/2017 | Neil Bivona | Call w/ I. Nikelberg re: tax form inquiries through GCG website, increasing of frequency of reporting to twice a week & updating of FAQs. | 0.30 | $375.00/hr | $112.50 |
| 02/28/2017 | Neil Bivona | Call w/ J. Stoff at Cradle of Aviation Museum re: status of request for return of loaned model in Brookhaven Nat Ctr & process/timing for Court approval and return. | 0.30 | $375.00/hr | $112.50 |
| **Totals For Creditor Inquiries** | | | **2.90** | | **$1,104.00** |
| **Document Review** | | | | | |
| 02/07/2017 | Neil Bivona | Review draft Non-Estate Property motion.  Draft correspondence to S. Southard re: the same. | 1.40 | $375.00/hr | $525.00 |
| 02/08/2017 | Neil Bivona | Review & edit non estate property motion. | 1.20 | $375.00/hr | $450.00 |
| 02/10/2017 | Neil Bivona | Review revised non Estate Property motion reflecting lender counsel and UCC comments. | 0.40 | $375.00/hr | $150.00 |
| 02/10/2017 | Neil Bivona | Review draft NDA for C. Grossman re: endowments & gifts consulting. | 0.50 | $375.00/hr | $187.50 |

**RSR Consulting, LLC**                                                                                  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**2/1/17 to 2/28/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 02/14/2017 | Neil Bivona | Review / comment on draft APA for sale of Oakdale campus buildings. | 2.20 | $375.00/hr | $825.00 |
| 02/15/2017 | Robert Rosenfeld | Research and obtain Board of Trustee information per request from BOT members. | 0.50 | $390.00/hr | $195.00 |
| 02/24/2017 | Neil Bivona | Review Debtor's initials Disclosures re: Lori Zaikowski / WARN Act complaint. | 0.30 | $375.00/hr | $112.50 |
| 02/27/2017 | Robert Rosenfeld | Search Fortunoff Hall for documents related to restricted Endowment Funds and other key documents. | 2.00 | $390.00/hr | $780.00 |
| 02/28/2017 | Neil Bivona | Review materials / prepare for BOT status update meeting. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Document Review** | | | **9.00** | | **$3,412.50** |
| **Dowling-Opp Commercial sales** | | | | | |
| 02/10/2017 | Neil Bivona | Call w/ M. Murphy at Douglas Ellian re: status of commercial properties analysis & marketing process. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Dowling-Opp Commercial sales** | | | **0.50** | | **$187.50** |
| **Dowling-Residential Ops** | | | | | |
| 02/01/2017 | Neil Bivona | Review notice of violation from Suffolk County Health Dept. re: 52 Van Bomel. Review lease & discuss w/ A. Stoloff. Call Romanelli & Son oil to inquire about status of oil delivery & service contract. Attempt to contact Mr. Hannah (tenant). Call Suffolk County Health Dept contact and leave message re: status. refer to D. cook for handling. | 1.20 | $375.00/hr | $450.00 |
| 02/06/2017 | Neil Bivona | Make further revisions to draft tenant communication letters. | 0.50 | $375.00/hr | $187.50 |
| 02/07/2017 | Neil Bivona | Meet with E. McCarthy & call w/ S. Southard re: tenant communication letters and eviction proceedings. | 0.50 | $375.00/hr | $187.50 |
| 02/07/2017 | Neil Bivona | Review & format updated rent schedules for tenant communication letters. | 0.40 | $375.00/hr | $150.00 |
| 02/08/2017 | Neil Bivona | Reconcile tenant security deposit account & rental statements. Prepare & send tenant communication letters. | 2.00 | $375.00/hr | $750.00 |
| 02/13/2017 | Neil Bivona | Meet w/ A. stoloff re: rent security check for 48 Van Bomel. Draft language re: the same for tenant communication letter. | 0.40 | $375.00/hr | $150.00 |
| 02/16/2017 | Neil Bivona | Various correspondence w/ S. Southard, E McCarthy & R> Rosenfeld re: status of rent security for 48 Van Bomel / R. Gianquinto. | 0.30 | $375.00/hr | $112.50 |
| 02/21/2017 | Neil Bivona | Meet w/ A. Stoloff re: return of rent security for 72 chateau and 21 Chateau; Prepare revised tenant communication letter for 48 Van Bomel / R. Giaquinto. | 0.50 | $375.00/hr | $187.50 |

**RSR Consulting, LLC**                                                                                          **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**2/1/17 to 2/28/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 02/22/2017 | Neil Bivona | Send amended tenant communication letter to R. Giaquinto / 48 Van Bomel re: confirmation of rent security check. | 0.30 | $375.00/hr | $112.50 |
| 02/27/2017 | Neil Bivona | Call w/ R. Bertucci re: TL C additional funding need & various other items. | 0.90 | $375.00/hr | $337.50 |
| **Totals For Dowling-Residential Ops** | | | **7.00** | | **$2,625.00** |
| **Dowling-Residential Sales** | | | | | |
| 02/03/2017 | Robert Rosenfeld | Call with J Sturccio regarding status of offers from buyers on residential houses. | 0.50 | $390.00/hr | $195.00 |
| 02/06/2017 | Robert Rosenfeld | Call with J. Sturcchio (DE Residential) to discuss sale discussions with buyer on 15 Idle Hour Boulevard. | 0.50 | $390.00/hr | $195.00 |
| 02/08/2017 | Neil Bivona | Review market analysis for 27 Chateau. | 0.50 | $375.00/hr | $187.50 |
| 02/08/2017 | Neil Bivona | Follow up with M. White re: Oakdale converted properties title searches. | 0.20 | $375.00/hr | $75.00 |
| 02/14/2017 | Neil Bivona | Correspondence with M. White & J. Sturchio re: status of open issues on residential & commercial / residential properties. | 0.30 | $375.00/hr | $112.50 |
| 02/15/2017 | Neil Bivona | Tour 21 Chateau drive & drive-by comparable form Market analysis.  Prepare recommendation to UCC coulee re: listing price. | 1.30 | $375.00/hr | $487.50 |
| 02/15/2017 | Neil Bivona | Call with J. Sturchio re: listing price analysis on 21 Chateau; issues re: 89 Central, tenant ocmunicaiton letters and contact from tenants re: interest in purchasing residences. | 0.60 | $375.00/hr | $225.00 |
| 02/15/2017 | Neil Bivona | Review notice of unpaid taxes re: 99 Idle Hour Blvd.  Prepare correspondence to M> White re: the same. | 0.30 | $375.00/hr | $112.50 |
| 02/17/2017 | Neil Bivona | Various correspondence w/ J Sturchio re: 21 Chateau drive. | 0.30 | $375.00/hr | $112.50 |
| 02/27/2017 | Neil Bivona | Review letter from Town of Islip planning department re: special use permits. | 0.20 | $375.00/hr | $75.00 |
| **Totals For Dowling-Residential Sales** | | | **4.70** | | **$1,777.50** |
| **Employee Benefits/Pensions** | | | | | |
| 02/28/2017 | Robert Rosenfeld | Call with M. Connors (ERISA counsel); S. Southard, A. Dimola and K. Gaye (Eichen) to discuss status of 403B Plan winddown and termination procedures. | 1.00 | $390.00/hr | $390.00 |
| 02/28/2017 | Robert Rosenfeld | Call with K. Gaye (Eichen) to discuss open issues relating to 403B audit for 2015. | 0.20 | $390.00/hr | $78.00 |
| **Totals For Employee Benefits/Pensions** | | | **1.20** | | **$468.00** |
| **Litigation Matters** | | | | | |
| 02/01/2017 | Ilene Hellman | Phone call with Anne Dimola re: Payroll for WARN complaint analysis | 0.20 | $125.00/hr | $25.00 |

**RSR Consulting, LLC**                                                                                          **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**2/1/17 to 2/28/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 02/01/2017 | Ilene Hellman | Analyzed info RE: WARN Complaint related to Payroll | 1.90 | $125.00/hr | $237.50 |
| 02/01/2017 | Ilene Hellman | Analyzed info RE: WARN Complaint related to Payroll | 0.90 | $125.00/hr | $112.50 |
| 02/01/2017 | Ilene Hellman | Analyzed info RE: WARN Complaint related to Payroll | 0.50 | $125.00/hr | $62.50 |
| 02/01/2017 | Robert Rosenfeld | Work on WARN Complaint payroll analysis. | 1.00 | $390.00/hr | $390.00 |
| 02/02/2017 | Ilene Hellman | Analysis of Cigna Deductions to add to the WARN Complaint | 1.10 | $125.00/hr | $137.50 |
| 02/02/2017 | Ilene Hellman | Analysis of Cigna Deductions to add to the WARN Complaint | 0.80 | $125.00/hr | $100.00 |
| 02/02/2017 | Ilene Hellman | Warn Complaint benefit analysis | 0.90 | $125.00/hr | $112.50 |
| 02/03/2017 | Ilene Hellman | Analysis of pay periods for WARN complaint | 2.80 | $125.00/hr | $350.00 |
| 02/03/2017 | Ilene Hellman | Analysis of pay periods for WARN complaint | 4.70 | $125.00/hr | $587.50 |
| 02/06/2017 | Ilene Hellman | analysis of part time employees for WARN complaint. | 1.50 | $125.00/hr | $187.50 |
| 02/06/2017 | Robert Rosenfeld | Review WARN calculation analysis and make revisions and summarize analysis for counsel review. | 1.50 | $390.00/hr | $585.00 |
| 02/08/2017 | Ilene Hellman | Phone conf with Anne Dimola (HR Manager) from Dowling and Counsel | 1.50 | $125.00/hr | $187.50 |
| 02/08/2017 | Robert Rosenfeld | Call with B. Scott (KWJSS), C. Clayton, A. Dimola , I. Hellman regarding potential WARN damage claim calculation and information to provide for discovery. | 1.00 | $390.00/hr | $390.00 |
| 02/08/2017 | Robert Rosenfeld | Review WARN calculation for purposes of WARN complaint. | 0.50 | $390.00/hr | $195.00 |
| 02/09/2017 | Ilene Hellman | Revise WARN calculation analysis based on additional information received from A. Dimola (Dowling HR Manager). | 3.20 | $125.00/hr | $400.00 |
| 02/09/2017 | Ilene Hellman | Revise WARN calculation analysis based on additional information received from A. Dimola (Dowling HR Manager). | 3.30 | $125.00/hr | $412.50 |
| 02/10/2017 | Ilene Hellman | Revise analysis of data for WARN complaint. | 3.80 | $125.00/hr | $475.00 |
| 02/12/2017 | Ilene Hellman | analysis of Full Time employees for WARN complaint. | 2.70 | $125.00/hr | $337.50 |
| 02/13/2017 | Ilene Hellman | analysis of part time employees for WARN complaint. | 5.00 | $125.00/hr | $625.00 |
| 02/14/2017 | Ilene Hellman | Emails and phone calls to gather required information for Warn Complaint analysis | 0.80 | $125.00/hr | $100.00 |
| 02/14/2017 | Ilene Hellman | analysis of Adjuncts, Full Time and Part Time employees noticed re: Warn Complaint | 3.80 | $125.00/hr | $475.00 |
| 02/14/2017 | Ilene Hellman | analysis of Adjuncts, Full Time and Part Time employees noticed re: Warn Complaint | 1.50 | $125.00/hr | $187.50 |

**RSR Consulting, LLC**                                                                                     **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**2/1/17 to 2/28/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 02/14/2017 | Robert Rosenfeld | Discuss with I. Hellman revisions to make to WARN claim analysis and review changes to analysis. | 0.50 | $390.00/hr | $195.00 |
| 02/15/2017 | Ilene Hellman | Analysis of data for Warn complaint | 2.50 | $125.00/hr | $312.50 |
| 02/15/2017 | Ilene Hellman | Analysis of data for Warn complaint | 0.70 | $125.00/hr | $87.50 |
| 02/17/2017 | Ilene Hellman | Analysis of employees who were part of Warn Notification | 2.00 | $125.00/hr | $250.00 |
| 02/20/2017 | Ilene Hellman | Analysis of employees noticed in WARN Complaint | 0.30 | $125.00/hr | $37.50 |
| 02/20/2017 | Ilene Hellman | Analysis of employees noticed in WARN Complaint | 0.40 | $125.00/hr | $50.00 |
| 02/20/2017 | Ilene Hellman | Analysis of employees noticed in WARN Complaint | 0.80 | $125.00/hr | $100.00 |
| 02/20/2017 | Ilene Hellman | Analysis of employees noticed in WARN Complaint | 0.40 | $125.00/hr | $50.00 |
| 02/21/2017 | Ilene Hellman | Updated information on warn calculation based upon HR input | 2.00 | $125.00/hr | $250.00 |
| 02/21/2017 | Robert Rosenfeld | Review WARN claim calculation revisions and provide comments. | 0.50 | $390.00/hr | $195.00 |
| 02/23/2017 | Robert Rosenfeld | Review draft discovery papers relating to WARN litigation and discuss with counsel. | 1.00 | $390.00/hr | $390.00 |
| 02/24/2017 | Ilene Hellman | Warn Calculation updated summary | 1.20 | $125.00/hr | $150.00 |
| **Totals For Litigation Matters** | | | **57.20** | | **$8,740.00** |
| **Meeting** | | | | | |
| 02/02/2017 | Neil Bivona | Meeting with Cynthia Grossman re: gifts, endowments, scholarship funds; location of records; go-forward consulting services to help address NYAG inquiries and concerns. | 0.70 | $375.00/hr | $262.50 |
| 02/04/2017 | Neil Bivona | Meeting w/ D. Scalzo, S. DiNapoli, A. Stoloff & R. Rosenfeld re: Title IV and other Federal student financial Aid programs reconciliation & closeout. | 3.00 | $375.00/hr | $1,125.00 |
| **Totals For Meeting** | | | **3.70** | | **$1,387.50** |
| **Meetings with Creditors and/or Representatives** | | | | | |
| 02/03/2017 | Robert Rosenfeld | Attend call with UCC counsel (R. Friedman, J. Luckman), S. Southard, L. Kiss and N. Bivona for status update. | 1.00 | $390.00/hr | $390.00 |
| 02/03/2017 | Robert Rosenfeld | Attend status update call with ACA and Oppenheimer counsel; S. Southard, L. Kiss and N. Bivona. | 1.00 | $390.00/hr | $390.00 |
| 02/03/2017 | Neil Bivona | Call with ACA, AG Realty, Madison Hawk & R. Rosenfeld re: meeting with Town of Islip. Follow-up call with M. Cheng & R. Rosenfeld. | 0.80 | $375.00/hr | $300.00 |

**RSR Consulting, LLC**                                                                              **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**2/1/17 to 2/28/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 02/03/2017 | Neil Bivona | Call with R. Friedman & G. Luckman (UCC), S. Southard & R. Rosenfeld re: meeting with Town of Islip & update / status on various items & issues. | 1.00 | $375.00/hr | $375.00 |
| 02/03/2017 | Neil Bivona | Call w. R. Rosenfeld, S. Southard & counsel for DIP / secured Lenders re: status update on various issues. | 1.00 | $375.00/hr | $375.00 |
| 02/28/2017 | Robert Rosenfeld | Call with secured creditors, counsel and brokers to discuss revised plans for Brookhaven site plans for development project. | 1.00 | $390.00/hr | $390.00 |
| 02/28/2017 | Robert Rosenfeld | Call with R. Friedman, FPM, VHB, R. Parr and S. Southard to discuss site plans for Brookhaven project development. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Meetings with Creditors and/or Representatives** | | | **6.30** | | **$2,415.00** |
| **Meetings with Debtor and Representatives** | | | | | |
| 02/02/2017 | Neil Bivona | Call w/ S. Southard re: preparation for lender's counsel call & update on various issues. | 1.00 | $375.00/hr | $375.00 |
| 02/02/2017 | Robert Rosenfeld | Call with S. Southard, N, Bivona to prep for meeting with creditors and open issues. | 0.60 | $390.00/hr | $234.00 |
| 02/08/2017 | Robert Rosenfeld | Call with H. Kleinberg to discuss issues with Board of Trustees and follow up information requests. | 0.40 | $390.00/hr | $156.00 |
| 02/08/2017 | Robert Rosenfeld | Call with P. Blake (BOT member) to discuss status update and information to provide to Board going forward. | 0.50 | $390.00/hr | $195.00 |
| 02/10/2017 | Neil Bivona | Call w/ s. Southard & R. Rosenfeld re: status update on various topics. | 1.00 | $375.00/hr | $375.00 |
| 02/10/2017 | Robert Rosenfeld | Call with S. Southard (Klestadt) and N. Bivona to discuss status update and tasks to perform on open issues. | 1.00 | $390.00/hr | $390.00 |
| 02/14/2017 | Robert Rosenfeld | Call with S. Southard and N. Bivona to discuss update on status of issues. | 0.50 | $390.00/hr | $195.00 |
| 02/15/2017 | Neil Bivona | Follow-up call with S. Southard re: terms of oOrder for residential sales (0.2) and Klestadt billing vs. budget availability (0.2) | 0.40 | $375.00/hr | $150.00 |
| 02/21/2017 | Robert Rosenfeld | Coordinate Board meeting with BOT members. | 0.50 | $390.00/hr | $195.00 |
| 02/22/2017 | Robert Rosenfeld | Coordinate Board meeting with BOT members. | 0.70 | $390.00/hr | $273.00 |
| 02/23/2017 | Neil Bivona | Status update call w/ S. Southard, L. Kiss & R. Rosenfeld. | 1.00 | $375.00/hr | $375.00 |
| 02/23/2017 | Robert Rosenfeld | Attend status update call with S. Southard, L. Kiss and N. Bivona to discuss outstanding issues. | 1.30 | $390.00/hr | $507.00 |
| 02/23/2017 | Robert Rosenfeld | Coordinate Board of Trustee meeting and make revisions to status report and provide to Board for review. | 0.70 | $390.00/hr | $273.00 |

**RSR Consulting, LLC**                                                                          **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**2/1/17 to 2/28/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 02/27/2017 | Robert Rosenfeld | Call with S.Southard re: prep for BOT meeting. | 0.50 | $390.00/hr | $195.00 |
| 02/28/2017 | Neil Bivona | Attend Dowling BOT status update meeting & follow-up discussions w/ R. Rosenfeld, S. Southard & C. Clayton. | 2.00 | $375.00/hr | $750.00 |
| 02/28/2017 | Robert Rosenfeld | Attend Board of Trustee's meeting. | 2.00 | $390.00/hr | $780.00 |
| **Totals For Meetings with Debtor and Representatives** | | | **14.10** | | **$5,418.00** |
| **Oakdale-Residential** | | | | | |
| 02/21/2017 | Robert Rosenfeld | Work on sale documents for properties and tend to operating issues relating to Oppenheimer properties. | 0.80 | $390.00/hr | $312.00 |
| **Totals For Oakdale-Residential** | | | **0.80** | | **$312.00** |
| **Reporting** | | | | | |
| 02/03/2017 | Neil Bivona | Prepare weekly DIP Compliance reporting. | 0.80 | $375.00/hr | $300.00 |
| **Totals For Reporting** | | | **0.80** | | **$300.00** |
| **Review Fee/Employment Applications** | | | | | |
| 02/08/2017 | Robert Rosenfeld | Discuss fee invoices from Garden City Group relating to December and January fees and discuss support for billing and further explanation of bills. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Review Fee/Employment Applications** | | | **0.50** | | **$195.00** |
| **UST Reporting** | | | | | |
| 02/08/2017 | Robert Rosenfeld | Call with S. Yang regarding status on issues for Debtor and reporting for MOR. | 0.30 | $390.00/hr | $117.00 |
| 02/09/2017 | Robert Rosenfeld | Prepare MOR for January 2017. | 4.50 | $390.00/hr | $1,755.00 |
| 02/10/2017 | Robert Rosenfeld | Make revisions to January 2017 MOR. | 2.00 | $390.00/hr | $780.00 |
| 02/13/2017 | Robert Rosenfeld | Make revisions to MOR for January 2017. | 1.30 | $390.00/hr | $507.00 |
| 02/15/2017 | Robert Rosenfeld | Make revisions to January MOR based on additional information received. | 1.00 | $390.00/hr | $390.00 |
| 02/16/2017 | Robert Rosenfeld | Make revisions to MOR pursuant to S.Southard comments and finalize January 2017 MOR for Debtor. | 0.90 | $390.00/hr | $351.00 |
| 02/17/2017 | Robert Rosenfeld | Make further revisions to January MOR and provide to counsel for filing. | 0.80 | $390.00/hr | $312.00 |
| **Totals For UST Reporting** | | | **10.80** | | **$4,212.00** |
| **Grand Total** | | | **291.60** | | **$97,697.00** |

**RSR Consulting, LLC**                                                          **Exhibit D**
**Dowling College- Case #16-75545 (REG)**
**Detailed Expense Report**
**2/1/17 to 2/28/17**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 02/13/2017 | Robert Rosenfeld | Monthly fee for Right Networks for quickbooks hosting | $6.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$6.00** |
| **Computer hardware** | | | |
| 02/13/2017 | Robert Rosenfeld | Purchase thumb drive for storing files from personnel | $32.58 |
| **Totals Billable Amounts for Computer hardware** | | | **$32.58** |
| **Miscellaneous** | | | |
| 02/01/2017 | Robert Rosenfeld | Notary fee for reporting to IDA and Town municipalities. | $10.00 |
| **Totals Billable Amounts for Miscellaneous** | | | **$10.00** |
| **Office Supplies** | | | |
| 02/07/2017 | Robert Rosenfeld | Notary public fee for Town of Islip rental document | $2.00 |
| **Totals Billable Amounts for Office Supplies** | | | **$2.00** |
| **Postage & Shipping** | | | |
| 02/14/2017 | Robert Rosenfeld | FedEx charge for shipping Stony Brook Billing overnight | $24.01 |
| **Totals Billable Amounts for Postage & Shipping** | | | **$24.01** |
| **Supplies-Tax Forms** | | | |
| 02/20/2017 | Neil Bivona | 1098-T forms. | $407.20 |
| **Totals Billable Amounts for Supplies-Tax Forms** | | | **$407.20** |
| **Grand Total** | | | **$481.79** |