**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| DOWLING COLLEGE, <br> f/d/b/a DOWLING INSTITUTE, <br> f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION, <br> f/d/b/a CECOM, <br> a/k/a DOWLING COLLEGE, INC., | Case No. 16-75545 (REG) |
| Debtor. |  |

## CERTIFICATION OF SERVICE

I, Dipesh Patel, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am an associate with Saul Ewing LLP, counsel to the Dowling College Full Time Faculty Chapter of New York State United Teachers in the above-captioned bankruptcy case.

2. On March 7, 2017, I caused a true and accurate copy of the Order for Admission to Practice *Pro Hac Vice* [Docket Entry 227] to be served upon the following entities in the manner indicated below:

**VIA FIRST CLASS MAIL**
Those entities listed on the Master Service List dated February 27, 2017.

**VIA CM/ECF**
Those entities that have entered an appearance in these proceedings
under Fed. R. Bankr. P. 2002.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief.

Dated:  March 8, 2017             By:    */s/Dipesh Patel*
                                              Dipesh Patel