**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                              :        Chapter 11
                                                   :
DOWLING COLLEGE,                                   :
f/d/b/a DOWLING INSTITUTE,                          :        Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                      :
ASSOCIATION,                                        :
f/d/b/a CECOM,                                      :
a/k/a DOWLING COLLEGE, INC.,                        :
                                                   :
                                    Debtor.         :
-------------------------------------------------------------x

## ORDER AUTHORIZING DEBTOR TO CONTINUE TO OBTAIN
## POSTPETITION FINANCING AND USE CASH COLLATERAL

Upon the motion dated November 29, 2016 seeking entry of interim and final orders with

respect to postpetition financing and the use of cash collateral and other collateral of prepetition

lenders (the "Motion")[1], the Court having held a first emergency hearing (the "First Emergency

Hearing") on the Motion on December 2, 2016, and entered an emergency order thereon on

December 2, 2016 [DE 63], the Court having held a second emergency hearing (the "Second

Emergency Hearing") on the Motion on December 15, 2016, and entered a second emergency

order thereon on December 22, 2016 [DE 121], and the Court having held an interim hearing (the

"Interim Hearing") on the Motion on January 10, 2017, and having authorized certain of the

relief requested in the Motion on an interim basis through and including March 14, 2017 by so

ordering the record of the Interim Hearing, and it appearing that the relief requested in the

Motion is in the best interests of the Debtor, its estate, and creditors; and good and sufficient

notice of the Motion having been provided to parties in interest; and after due deliberation

thereon; and good and sufficient cause appearing therefor;

---

[1]   Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to them in the DIP
Motion and related exhibits.  Conclusions of law shall be construed as findings of fact, as applicable, pursuant to
Bankruptcy Rule 7052.

Based upon the record made before this Court, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.     <u>Disposition</u>.  The Motion is granted on an interim basis through and including April 14, 2017.

2.     <u>Authorization For DIP Financing and Use of Cash Collateral</u>. The Debtor is hereby authorized to use Cash Collateral and to incur the DIP Loan Obligations subject to the terms of the Approved Budget, the DIP Documentation, and this Order.   The Debtor has delivered to the DIP Lenders a weekly budget approved by the Required Lenders and the Debtor (the "<u>Approved Budget</u>") for the time period through April 14, 2017.  A copy of the Approved Budget is attached hereto as <u>Exhibit A</u>.  Amendments to the Approved Budget must be consented to by the Required Lenders and the Official Committee of Unsecured Creditors (the "<u>Creditors' Committee</u>") prior to the implementation thereof and shall not require further notice, hearing or court order.  The use of Cash Collateral authorized hereunder shall expire, and the loans made pursuant the DIP Documentation will mature on the earlier of (a) April 14, 2017 or (b) the occurrence of a Termination Event.

3.    <u>Valid and Binding Obligations</u>.  All obligations under the DIP Documentation and this Order shall constitute valid and binding obligations of the Debtor, enforceable against it and its successors and assigns, in accordance with the terms of the DIP Documentation, all prior orders granting the Motion and this Order.  Except as expressly modified hereby, prior orders of the Court granting the Motion shall not be affected hereby.



**Dated: Central Islip, New York**
**March 13, 2017**

_____
**Robert E. Grossman**
**United States Bankruptcy Judge**