**Exhibit A**

**DOWLING COLLEGE**
**CHAPTER 11 CASH FLOW FORECAST - BY BOND SERIES**
USD

\* 16 Week actual + proposed four weeks

| | Budget to Date Cumulative Through Week 16 (3-17-17) | | | Proposed Interim Budget Four Weeks Through 4-14-17 | | | | Twenty Week Budget Cumulative Through week 20 (4-14-17) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Budget | Actual Borrowed | Variance | Week 17 3/24/2017 | Week 18 3/31/2017 | Week 19 4/7/2017 | Week 20 4/14/2017 | Budget | Actual* | Variance |
| **Administrative Overhead / Term Loan D** | | | | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | 211,261 | 101,816 | 109,446 | 24,500 | - | 24,500 | - | 264,076 | 150,816 | 113,261 |
| General Insurance | 140,233 | 29,048 | 111,185 | - | 35,058 | - | - | 175,291 | 64,106 | 111,185 |
| Professionals | - | - | - | - | - | - | - | - | - | - |
| Klestadt | 60,000 | 68,940 | (8,940) | - | 88,583 | - | - | 96,000 | 157,523 | (61,523) |
| Ingerman Smith, L.L.P. | 48,000 | - | 48,000 | - | 16,000 | - | - | 64,000 | 16,000 | 48,000 |
| Special Counsel - ERISA - TBD | 20,000 | - | 20,000 | - | - | - | - | 20,000 | - | 20,000 |
| RSR Consulting, LLC | 340,000 | 240,000 | 100,001 | 30,000 | 25,000 | 25,000 | 25,000 | 420,000 | 345,000 | 75,001 |
| Chapter 11 Creditors Committee | 104,000 | 104,000 | - | - | 4,597 | - | - | 128,000 | 108,597 | 19,403 |
| Student Refunds / Records Scanning | 45,069 | 45,069 | - | - | - | - | - | 45,069 | 45,069 | - |
| Health, Medical, Unemployment Claims and Related | - | - | - | - | - | - | - | - | - | - |
| Claims Agent | 80,000 | 80,000 | - | - | - | - | 35,000 | 80,000 | 115,000 | (35,000) |
| Administrative | 3,700 | 2,200 | 1,500 | - | - | - | - | 3,700 | 2,200 | 1,500 |
| Adequate Assurance | - | - | - | - | - | - | - | - | - | - |
| U.S. Trustee Fees | 6,500 | 1,625 | 4,875 | - | - | 11,375 | - | 13,000 | 13,000 | - |
| All Other Professional Fees | 25,000 | - | 25,000 | - | - | - | - | 25,000 | - | 25,000 |
| DIP Interest and Fees | 51,321 | 49,521 | 1,800 | - | - | - | - | 51,321 | 49,521 | 1,800 |
| Other | 60,000 | 54,485 | 5,515 | 3,750 | 3,750 | 3,750 | 3,750 | 75,000 | 69,485 | 5,515 |
| **Total Administrative Overhead / Term Loan D** | **1,195,084** | **776,703** | **418,382** | **58,250** | **172,988** | **64,625** | **63,750** | **1,460,458** | **1,136,316** | **324,142** |
| *2006 Bond Series - 68.0%* | *812,657* | *528,158* | *284,500* | *39,610* | *117,632* | *43,945* | *43,350* | *993,111* | *772,695* | *220,417* |
| *2002 Bond Series - 18.2%* | *217,505* | *141,360* | *76,145* | *10,602* | *31,484* | *11,762* | *11,603* | *265,803* | *206,809* | *58,994* |
| *2015 Bond Series - 13.8%* | *164,922* | *107,185* | *57,737* | *8,039* | *23,872* | *8,918* | *8,798* | *201,543* | *156,812* | *44,732* |
| | | | | | | | | | | |
| **COLLTERAL PRESERVATION** | | | | | | | | | | |
| **Series 2006 Bonds / Term Loan A** | | | | | | | | | | |
| Cash Disbursements: **(1)** | | | | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | 25,513 | 9,778 | 15,735 | - | - | - | - | 31,891 | 9,778 | 22,113 |
| General Insurance | 12,039 | 12,039 | - | - | - | - | - | 12,039 | 12,039 | - |
| Utilities | 393,072 | 274,302 | 118,770 | 20,000 | 20,000 | 20,000 | 20,000 | 479,898 | 354,302 | 125,596 |
| Security Personnel | 322,415 | 207,755 | 114,660 | 15,800 | 15,800 | 15,800 | 15,800 | 403,018 | 270,955 | 132,064 |
| Property Management | - | - | - | - | - | - | - | - | - | - |
| Other Outside Services | 235,368 | 187,690 | 47,678 | 2,500 | 2,500 | 2,500 | 2,500 | 259,149 | 197,690 | 61,459 |
| Facility Maintenance | 16,000 | 14,000 | 2,000 | 1,000 | 1,000 | 1,000 | 1,000 | 20,000 | 18,000 | 2,000 |
| Real Estate Taxes | - | - | - | - | - | - | - | - | - | - |
| Landscaping / Snow Removal | 42,638 | 36,512 | 6,126 | 2,000 | 2,000 | 2,000 | 8,528 | 45,051 | 51,040 | (5,989) |
| Sales Broker - Marketing | 119,480 | 26,393 | 93,087 | - | 4,839 | - | - | 124,319 | 31,232 | 93,087 |
| Brookhaven Site Planning | 17,600 | 17,600 | - | - | - | - | - | 26,400 | 17,600 | 8,800 |
| DIP Interest and Fees | 50,010 | 48,256 | 1,755 | - | - | - | - | 50,010 | 48,256 | 1,755 |
| Other | 56,859 | 46,687 | 10,172 | 2,500 | 2,500 | 2,500 | 2,500 | 69,598 | 56,687 | 12,910 |
| **Total Series 2006 Bonds / Term Loan A** | **1,290,995** | **881,012** | **409,983** | **43,800** | **48,639** | **43,800** | **50,328** | **1,521,373** | **1,067,579** | **453,794** |
| | | | | | | | | | | |
| **Series 2002 Bonds / Term Loan B** | | | | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | - | - | - | - | - | - | - | - | - | - |
| General Insurance | - | - | - | - | - | - | - | - | - | - |
| Utilities | 39,118 | 48,175 | (9,058) | - | - | 5,000 | 25,000 | 47,892 | 78,175 | (30,283) |
| Security Personnel | 29,841 | 16,946 | 12,896 | 1,865 | 1,865 | 1,865 | 1,865 | 37,302 | 24,406 | 12,896 |
| Property Management | - | - | - | - | - | - | - | - | - | - |
| Other Outside Services | 67,771 | 60,708 | 7,063 | - | - | - | 11,444 | 80,484 | 72,152 | 8,331 |
| Facility Maintenance | 8,000 | 9,492 | (1,492) | - | - | - | - | 10,000 | 9,492 | 508 |
| Real Estate Taxes | - | - | - | - | - | - | - | - | - | - |
| Landscaping / Snow Removal | 9,874 | 9,777 | 97 | 450 | 450 | 450 | 1,975 | 10,432 | 13,102 | (2,669) |
| Sales Broker - Marketing | - | - | - | - | - | - | - | - | - | - |
| Brookhaven Site Planning | 4,400 | 10,800 | (6,400) | - | - | - | - | 6,600 | 10,800 | (4,200) |
| DIP Interest and Fees | 7,172 | 6,920 | 252 | - | - | - | - | 7,172 | 6,920 | 252 |
| Other | 5,912 | 9,959 | (4,047) | 304 | 304 | 304 | 346 | 7,172 | 11,217 | (4,045) |
| **Total Series 2002 Bonds / Term Loan B** | **172,088** | **172,778** | **(690)** | **2,619** | **2,619** | **7,619** | **40,630** | **207,053** | **226,265** | **(19,212)** |
| | | | | | | | | | | |
| **Series 2015 Bonds / Term Loan C** | | | | | | | | | | |
| Cash Disbursements: | | | | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | - | - | - | - | - | - | - | - | - | - |
| General Insurance | 17,962 | 17962 | - | - | - | - | - | 17,962 | 17,962 | - |
| Utilities | 8,610 | 8,610 | - | 2,640 | 650 | 650 | 650 | 9,210 | 13,200 | (3,990) |
| Security Personnel | - | - | - | - | - | - | - | - | - | - |
| Property Management | - | - | - | - | - | - | - | - | - | - |
| Other Outside Services | 4,024 | 4,024 | - | 2,602 | 500 | 500 | 5,500 | 4,024 | 13,126 | (9,102) |
| Facility Maintenance | 4,000 | 4,000 | - | 1,550 | 250 | 250 | 250 | 5,000 | 6,300 | (1,300) |
| Real Estate Taxes | 87,181 | 87,181 | - | - | - | - | - | 87,181 | 87,181 | - |
| Landscaping / Snow Removal | 6,988 | 6,988 | - | 568 | 700 | 700 | 1,598 | 7,384 | 10,554 | (3,171) |
| Sales Broker - Marketing | - | - | - | - | - | - | - | - | - | - |
| Brookhaven Site Planning | - | - | - | - | - | - | - | - | - | - |
| DIP Interest and Fees | 5,497 | 5,497 | - | - | - | - | - | 5,497 | 5,497 | - |
| Other | 9,000 | 9,000 | - | 600 | 600 | 600 | 600 | 11,250 | 11,400 | (150) |
| **Total Series 2015 Bonds / Term Loan C** | **143,262** | **143,262** | **-** | **7,960** | **2,700** | **2,700** | **8,598** | **147,507** | **165,220** | **(17,713)** |
| | | | | | | | | | | |
| **TOTAL** | **2,801,429** | **1,973,754** | **827,675** | **112,629** | **226,946** | **118,744** | **163,306** | **3,336,391** | **2,595,379** | **741,012** |