**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
In re                                                   :        **Chapter 11**
:
**DOWLING COLLEGE,**[1]                          :        **Case No. 16-75545 (REG)**
:
**Debtor.**                                             :
:
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**     )
                                              ) ss
COUNTY OF **NASSAU**     )

I, Gea Somma, being duly sworn, depose and state:

1.       I am an Assistant Director with the Garden City Group, LLC, the claims and noticing agent for the debtor and debtor-in-possession (the "Debtor") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.       On March 10, 2017, I caused a true and correct copy of the Form 2100B Notice to be served upon the respective parties identified on **Exhibit A** by first class mail.

/s/ Gea Somma
Gea Somma

Sworn to before me this 13th day of
March, 2017

/s/ Susan Persichilli
Susan Persichilli
Notary Public, State of New York
Qualified in Nassau County
Lic. #01PE4778218
Commission Expires March 19, 2018

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078). The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

# EXHIBIT A

| Docket # | Transferor | Transferee |
|---|---|---|
| 231 | Apgar Sales Company Inc.<br>Attn Keith Apgar<br>54 Miry Brook Rd<br>Ste 2<br>Danbury, CT 06810-7453 | Apgar Sales Company Inc.<br>c/o DACA VI, LLC<br>1565 Hotel Circle South<br>Suite 310<br>San Diego, CA 92108 |