B254 (Form 254 – Subpoena for Rule 2004 Examination) (12/13)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | **SUBPOENA FOR RULE 2004 EXAMINATION** |
| DOWLING COLLEGE | Case No. 16-75545 (REG) |
| | Chapter 11 |
| Debtor. | |

To:  KPMG LLP
     1305 Walt Whitman Road, Suite 200
     Melville, New York 11747

☒ YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure. A copy of the court order authorizing examination is attached.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| At a place to be determined, but within 100 miles of where the Witness resides, is employed or regularly transacts business in person. | May __, 2017<br>10:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection, copying, testing or sampling, the following documents, electronically stored information, or objects, at the place, date, and time specified below (list documents or objects):

*All documents specified in the Order annexed hereto, dated April __, 2017.*

| PLACE | DATE AND TIME |
|---|---|
| **SILVERMANACAMPORA LLP**<br>100 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>Attn: Anthony C. Acampora, Esq. | May __, 2017<br>4:00 p.m. |

| *ISSUING OFFICER SIGNATURE AND TITLE* | DATE |
|---|---|
| | April __, 2017 |

**ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER**
Anthony Acampora, Esq.
**SILVERMANACAMPORA LLP**
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300

*If the bankruptcy case is pending in a district other than the district in which the subpoena is issued, state the district under the case number.
B254 (Form 254 – Subpoena for Rule 2004 Examination) (12/13)