UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

DOWLING COLLEGE,
f/d/b/a DOWLING INSTITUTE,
f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,
f/d/b/a CECOM,
a/k/a DOWLING COLLEGE, INC.,

                            Debtor.
-----------------------------------------------------------------x

Chapter 11

Case No.: 16-75545 (REG)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NASSAU   )

    I, **SHEREE B. KING,** being duly sworn, depose and say that: I am not a party to this action, am over 18 years of age and am employed by SilvermanAcampora LLP.

    On March 21, 2017, I served the document(s) described as:

- **NOTICE OF HEARING ON COMMITTEE'S APPLICATION FOR ENTRY OF ORDER DIRECTING EXAMINATION OF KPMG LLP, BY AN AUTHORIZED PARTNER OR PERSON WITH KNOWLEDGE OF DEBTOR'S BUSINESS TRANSACTIONS AND PRODUCTION OF DOCUMENTS PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; and**

- **APPLICATION FOR ENTRY OF ORDER DIRECTING EXAMINATION OF KPMG LLP, BY AN AUTHORIZED PARTNER OR PERSON WITH KNOWLEDGE OF DEBTOR'S BUSINESS TRANSACTIONS AND PRODUCTION OF DOCUMENTS PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** *along with Exhibit A – Proposed Order and Exhibit B -*

To:    SEE ANNEXED SERVICE LIST:

by **first class mail** to the address(es) listed, said address(es) designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

s/SHEREE B. KING
**SHEREE B. KING**

Sworn to before me this
21st day of March 2017

*s/Carol Ann Gallo-Russo*
Notary Public

Carol Ann Gallo-Russo
Notary Public, State of New York
No. 01GA4632721
Qualified in Suffolk County
Commission Expires April 30, 2018

**Service List**
**Dowling College**
**Ch. 11 Case No.: 16-75545 (REG)**

<u>United States Trustee</u>

Office of the United States Trustee
Eastern District of New York
560 Federal Plaza
Central Islip, New York  11722
Attn:  Stan Y. Yang, Esq.

<u>Defendant</u>

KPMG LLP
1305 Walt Whiteman Road
Suite 200
Melville, New York  11747

<u>Notices of Appearance</u>

**Counsel for Creditor UMB Bank, National Association as Indenture Trustee**

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
Attn:   Ian A. Hammel, Esq.
          Eric R. Blythe, Esq.

**Counsel to Interested Party Certain Members Of The Dowling College Board of Trustees**

Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
Garden City, NY 11530-9194
Attn:  Howard B. Kleinberg, Esq.

**Counsel to Creditor Department of Education**

United States Attorney
Eastern District of New York
610 Federal Plaza, 5th Floor
Central Islip, NY 11722
Attn: Robert L. Capers, Esq.
James H. Knapp, Esq.

**Counsel to Creditor ACA Financial Guaranty Corp.**

Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
Attn:   Richard J. McCord, Esq.
          Thomas J. McNamara, Esq.

Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Attn:   Brian D. Pfeiffer, Esq.
          Neil S. Begley, Esq.

**Counsel to Creditor Powerhouse Maintenance, Inc.**

Silverberg P.C.
320 Carleton Avenue, Suite 6400
Central Islip, NY 11755
Attn: Karl Silverberg, Esq.

**Counsel to Creditor Kimberly Dawn Poppiti**

Stim & Warmuth, P.C.
2 eighth Street
Farmingville, NY 11738
Attn:   Paul J. Warmuth, Esq.
          Glenn P. Warmuth, Esq.

**Counsel to Martin Schoenhals**

Advocates for Justice
Chartered Attorneys
225 Broadway, Suite 1902
New York, NY 10007
Attn:   Arthur Z. Schwartz, Esq.
          Laine A. Armstrong, Esq.

**Counsel to Synchrony Bank**

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
Attn: Valerie Smith, Senior Manager

**Counsel to the Dowling College Full Time Faculty Chapter of New York State United Teachers**

Saul Ewing LLP
Sharon L. Levine, Esq.
Dipesh Patel, Esq.
1037 Raymond Blvd., Suite 1520
Newark, NJ  07102