# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: smarcus | Date Created: 3/24/2017 |
| Case: 8−16−75545−reg | Form ID: pdf000 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee        USTPRegion02.LI.ECF@usdoj.gov
aty     Lauren Catherine Kiss        lkiss@klestadt.com

TOTAL: 2