*AMENDED* **BID DEADLINE DATE AND TIME:**     **MARCH 29, 2017 at 4:00 p.m. (EST)**
*AMENDED* **AUCTION DATE AND TIME:**          **APRIL 4, 2017 at 11:00 a.m. (EST)**
**OBJECTION DEADLINE DATE AND TIME:**         **APRIL 6, 2017 at 4:00 p.m. (EST)**
**SALE HEARING DATE AND TIME:**               **APRIL 10, 2017 at 10:00 a.m. (EST)**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re                                                          :    Chapter 11
                                                               :
DOWLING COLLEGE,                                               :
f/d/b/a DOWLING INSTITUTE,                                     :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                                 :
ASSOCIATION,                                                   :
f/d/b/a CECOM,                                                 :
a/k/a DOWLING COLLEGE, INC.,                                   :
                                                               :
                                        Debtor.                :
---------------------------------------------------------------x

## AMENDED NOTICE OF BID DEADLINE AND AUCTION
## FOR THE SALE OF THE DEBTOR'S OAKDALE CAMPUS

**NOTICE IS HEREBY GIVEN,** as follows:

1.   On November 29, 2016, Dowling College ("Dowling" or the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case") filed a motion (the "Bidding Procedures Motion")[1] which in pertinent part sought entry of an order approving, among other things, bidding procedures and bidder protections for the sale of the Debtor's 25 acre campus located at 150 Idle Hour Boulevard, Oakdale, New York 11769 (the "Oakdale Campus") [DE 13].

2.   On December 16, 2016, the Court entered an order approving the Bidding Procedures Motion (the "Bidding Procedures Order") [DE 111], which set forth, among other things, the following schedule in connection with the sale of the Oakdale Campus:

---

[1] Capitalized terms used herein, unless herein defined, are used with the meanings ascribed to such terms in the Bidding Procedures Motion.

|   |   |
|---|---|
| Sealed Bid Deadline: | March 27, 2017 (4:00 p.m. EST) |
| Potential Auction: | March 31, 2017 (11:00 a.m. EST) |
| Objection Deadline: | April 6, 2017 (4:00 p.m. EST) |
| Sale Hearing: | April 10, 2017 (10:00 a.m. EST) |

3.     On March 24, 2017, the Debtor filed an application seeking an order authorizing the Debtor to pay a termination fee and expense reimbursement to Vanderbilt Palace LLC in accordance with the terms of that certain Asset Purchase Agreement dated as of March 22, 2017 (the "Stalking Horse Application") [DE 246].

4.     On March 24, 2017, the Court entered an order scheduling an expedited hearing on the Stalking Horse Application for March 30, 2017 at 1:00 p.m. (prevailing Eastern Time) in Room 860 of the United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722 (the "Scheduling Order") [DE 248].  As set forth in the Scheduling Order, objections to the Stalking Horse Application must be filed by March 29, 2017 at 12:00 p.m. (prevailing Eastern Time).

5.     As set forth in the Bidding Procedures, the sale of the Oakdale Campus will be sold to the highest or best offer, subject to Bankruptcy Court approval.

6.     All interested parties are invited to make offers for all of the Oakdale Campus in accordance with the terms of the Bidding Procedures and Bidding Procedures Order.  The amended deadline to submit bids (the "Amended Bid Deadline") is **March 29, 2017 at 4:00 p.m. (EST)**.

7.     The Auction will take place at the offices of **Certilman Balin Adler & Hyman LLP located at 90 Merrick Avenue, 9th Floor, East Meadow, New York 11554 on April 4, 2017**, **starting at 11:00 a.m. (prevailing Eastern Time)**, or at such other later date and time or other place, as may be determined by the Debtor at or prior to the Auction.

8. A Sale Hearing will be held on **April 10, 2017** before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722, which hearing may be adjourned from time to time, including, without limitation, by announcing such adjournment on the record at the Sale Hearing.

9. Objections, if any, to the Sale Motion must be made in writing, must state with particularity the reasons for the objection or response, and must be filed with the Clerk of the Bankruptcy Court, must conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, must set forth the name of the objecting party, the nature and basis of the objection and the specific grounds therefore and must be served upon: (a) the Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722, Attn: Stan Yang, Esq., Trial Attorney; (b) counsel to the Debtor: Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, NY 10036, Attn: Sean C. Southard, Esq.; (c) counsel to the post-petition lenders: (i) Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111, Attn: P. Miyoko Sato, Esq. and Ian A. Hammel, Esq., (ii) Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn: Brian D. Pfeiffer, Esq. and Neil S. Begley, Esq., (iii) Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, 9th Floor, East Meadow, NY 11554, Attn: Richard J. McCord, Esq. and Thomas J. McNamara, Esq., and (iv) Garfunkel Wild, P.C., 111 Great Neck Road, Great Neck, NY 11021, Attn: Adam T. Berkowitz, Esq.; and (d) counsel to the Creditors' Committee: SilvermanAcampora, LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Ronald J. Friedman, Esq., so as to be actually received by 4:00 p.m. (EST) on **April 6, 2017**.

Dated: New York, New York
       March 27, 2016

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:  */s/ Sean C. Southard*
      Sean C. Southard
      Lauren C. Kiss
      200 West 41st Street, 17th Floor
      New York, NY 10036
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: ssouthard@klestadt.com
             lkiss@klestadt.com

      *Counsel to the Debtor and Debtor in Possession*