CULLEN & DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman, Esq.
Elizabeth M. Aboulafia, Esq.

Counsel for NCF Capital Ltd.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X  Chapter 11

In re:

Case No. 16-75545 (REG)

Dowling College,

**NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS**

Debtor.

-------------------------------------------------------X

PLEASE TAKE NOTICE THAT NCF Capital Ltd. ("NCF") hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and Section 342 of the United States Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the persons listed below at the following address and telephone number:

> Matthew G. Roseman, Esq.
> Cullen and Dykman, LLP
> 100 Quentin Roosevelt Boulevard
> Garden City, New York 11530
> Telephone: (516) 357-3700
> Email: mroseman@cullenanddykman.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral and whether

transmitted or conveyed by e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right of NCF: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which NCF is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Garden City, New York
       March 27, 2017

                                            CULLEN AND DYKMAN LLP

                                            By: s/Matthew G. Roseman, Esq.
                                            Matthew G. Roseman, Esq.
                                            Elizabeth Aboulafia, Esq.
                                            Attorneys for NCF Capital Ltd.
                                            100 Quentin Roosevelt Boulevard
                                            Garden City, New York 11530
                                            (516) 357-3700

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

Dowling College,

                       Debtor.
-----------------------------------------------------------X
STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF NASSAU   )

Chapter 11

Case No. 16-75545 (REG)

**AFFIDAVIT OF SERVICE**

       NANCY CHRYSTAL being duly sworn, deposes and says:

       That she is over the age of 21 years, resides in Holbrook, New York and is not a party to this action.

       That on the 27th day of March, 2017, I served the **NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS** via regular mail by depositing a true copy thereof in a properly sealed wrapper in a depository maintained by the United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

SEE ATTACHED SERVICE LIST

                                                   NANCY CHRYSTAL

Sworn to before me this
27th day of March, 2017

Notary Public

KERRY A. BOYENS
Notary Public, State of New York
No. 01BO6182412
Qualified in Nassau County
Commission Expires February 25, 20___

3

Joseph Charles Corneau, Esq.
Klestadt & Winters, LLP
570 Seventh Avenue, 17th Floor
New York, NY 10018

Lauren Catherine Kiss, Esq.
Klestadt Winters Jureller Southard
& Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036-7203

Sean C. Southard, Esq.
Klestadt Winters Jureller Southard &
Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036-7203

Stan Y. Yang, Esq.
Office of the United States Trustee
Alfonse M D'Amato US Courthouse
560 Federal Plaza
Central Islip, NY 11722

Ronald J Friedman, Esq.
SilvermanAcampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753

Gerard R Luckman, Esq.
SilvermanAcampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753

Glenn P. Warmuth, Esq.
Paula J. Warmuth, Esq.
STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738

Ian A. Hammel, Esq.
Eric R. Blythe, Esq.
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

Adam T. Berkowitz, Esq.
Garfunkel Wild, P.C.
111 Great Neck Road
Great Neck, NY 11021

Howard B. Kleinberg, Esq.
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
Garden City, NY 11530-9194

Karl Silverberg, Esq.
Silverberg P.C.
320 Carleton Ave., Suite 6400
Central Islip, New York 11722

Certilman, Balin, Adler & Hyman, LLP
90 Merrick Avenue, 9th Fl.
East Meadow, NY 11554
Attn: Richard J. McCord, Esq. and
Thomas J. McNamara, Esq.

Ronald J. Friedman, Esq.
Gerard R. Luckman, Esq.
Kenneth P. Silverman, Esq.
SilvermanAcampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753

James H. Knapp
Assistant U.S. Attorney
Eastern District of New York
610 Federal Plaza, 5th Fl.
Central Islip, New York 11722

Arthur Z. Schwartz, Esq.
Laine A. Armstrong, Esq.
Advocates For Justice,
Chartered Attorneys
225 Broadway, Suite 1902
New York, NY 10007

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
Attn: Valerie Smith, Senior Manager

Brian D. Pfeiffer, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

Sharon L. Levine, Esq.
Dipesh Patel, Esq.
Saul Ewing LLP
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102