# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
**In re** : Chapter 11
:
**DOWLING COLLEGE,**[1] : Case No. 16-75545 (REG)
:
**Debtor.** :
:
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Ira Nikelsberg, being duly sworn, depose and state:

1.   I am a Senior Project Manager with Garden City Group, LLC, the claims and noticing agent for the debtor and debtor-in-possession (collectively, the "Debtor") in the above-captioned proceeding. Our business address is 1985 Marcus Ave, Lake Success, New York, 11042.

2.   On March 24, 2017, at the direction of Klestadt Winters Jureller Southard & Stevens, LLP ("Klestadt"), counsel for the Debtor, I caused true and correct copies of the following documents to be served by e-mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses), and by overnight delivery on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties without e-mail addresses):

- **Debtor's Application for Entry of an Order Approving a Termination Fee and Expense Reimbursement to Vanderbilt Palace LLC in Accordance with the Terms of the Purchase Agreement ("Stalking Horse Application")**

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078). The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

[Docket No. 246]; and

- **Order Shortening Time with Respect to the Hearing on Debtor's Application for Entry of an Order Approving a Termination Fee and Expense Reimbursement to Vanderbilt Palace LLC in Accordance with the Terms of the Purchase Agreement ("Order Shortening Time")** [Docket No. 248].

3. On March 24, 2017, also at the direction of Klestadt, I caused true and correct copies of the **Stalking Horse Application**, and the **Order Shortening Time**, to be served by e-mail on the parties identified on Exhibit C annexed hereto (Secured Parties and Potential Purchasers with e-mail addresses), and by overnight delivery on the parties identified on Exhibit D annexed hereto (Secured Parties and Potential Purchasers with failed or without e-mail addresses).[2]

4. On March 27, 2017, also at the direction of Klestadt, I caused a true and correct copy of the following document to be served by e-mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses), by overnight delivery on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties without e-mail addresses):

- **Amended Notice of Bid Deadline and Auction for the Sale of the Debtor's Oakdale Campus ("Amended Notice of Bid Deadline")** [Docket No. 250].

---

[2] The envelopes utilized for the services outlined in Exhibit D included a legend which stated: "Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent."

Certain addresses in Exhibits C and D have been redacted in order to protect confidential information. Complete contact and address information are maintained in a separate file by GCG.

5. On March 27, 2017, also at the direction of Klestadt, I caused a true and correct copy of the **Amended Notice of Bid Deadline** to be served by e-mail on the parties identified on Exhibit C annexed hereto (Secured Parties and Potential Purchasers with e-mail addresses), and by overnight delivery on the parties identified on Exhibit D annexed hereto (Secured Parties and Potential Purchasers with failed or without e-mail addresses).[2]

/s/ Ira Nikelsberg
Ira Nikelsberg

Sworn to before me this 27th day of
March, 2017

/s/ Debra Wolther
Debra Wolther
Notary Public, State of New York
No. 02WO4853469
Qualified in Nassau County
Commission Expires January 27, 2018

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | cmccarthy@aca.com |
| ACA FINANCIAL GUARANTY CORP | ATTN: MARIA CHENG, MANAGING DIRECTOR | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | mcheng@aca.com |
| ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS | ATTN LAINE A ARMSTRONG | 225 BROADWAY, SUITE 1902 | | | NEW YORK | NY | 10007 | laine@advocatesny.com |
| ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS | ATTN ARTHUR Z SCHWARTZ | 225 BROADWAY, SUITE 1902 | | | NEW YORK | NY | 10007 | aschwartz@afjlaw.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN RICHARD J MCCORD, ESQ | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | rmccord@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN THOMAS J MCNAMARA, ESQ | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | tmcnamara@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | rmccord@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: THOMAS J. MCNAMARA | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | tmcnamara@certilmanbalin.com |
| GARDEN CITY GROUP, LLC | ATTN: IRA NIKELSBERG | 1985 MARCUS AVENUE | | | LAKE SUCCESS | NY | 11042 | Ira.Nikelsberg@gardencitygroup.com |
| GARFUNKEL WILD PC | ATTN ADAM T BERKOWITZ ESQ | 111 GREAT NECK RD | | | GREAT NECK | NY | 11021 | aberkowitz@garfunkelwild.com |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: SEAN C. SOUTHARD, ESQ. | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | ssouthard@klestadt.com |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: LAUREN C. KISS, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | lkiss@klestadt.com |
| MEYER SUOZZI ENGLISH & KLEIN PC | ATTN HOWARD B KLEINBERG ESQ | 990 STEWART AVENUE | SUITE 300 | | GARDEN CITY | NY | 11530-9194 | hkleinberg@msek.com |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC | ATTN IAN A HAMMEL ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | ihammel@mintz.com |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC | ATTN ERIC R BLYTHE ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | eblythe@mintz.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: P. MIYOKO SATO, ESQ. | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | msato@mintz.com |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN ALISON B. BIANCHI, COUNSEL AND | DEPUTY COMMISSIONER FOR LEGAL AFFAIRS | 89 WASHINGTON AVENUE | | ALBANY | NY | 12234 | Alison.Bianchi@nysed.gov |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN:DR. JOHN D'AGATI, DEPUTY COMMISSIONER | 89 WASHINGTON AVENUE | | | ALBANY | NY | 12234 | john.dagati@nysed.gov |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN, ATTORNEY GENERAL | ATTN: PEGGY FARBER | 120 BROADWAY, 24TH FLOOR | | NEW YORK | NY | 10271 | Peggy.Farber@ag.ny.gov |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE | ATTN:LORETTA E. LYNCH, ATTORNEY GENERAL | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530-0001 | askdoj@usdoj.gov |
| RSR CONSULTING, LLC | ATTN: NEIL BIVONA | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 | nbivona@rsrconsultingllc.com |
| RSR CONSULTING, LLC | ATTN: ROBERT S. ROSENFELD | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 | rsrosenfeld@rsrconsultingllc.com |
| SAUL EWING LLP | ATTN SHARON L LEVINE | 1037 RAYMOND BLVD, STE 1520 | | | NEWARK | NJ | 07102 | slevine@saul.com |
| SAUL EWING LLP | ATTN DIPESH PATEL | 1037 RAYMOND BLVD, STE 1520 | | | NEWARK | NJ | 07102 | dpatel@saul.com |
| SCHULTE ROTH & ZABEL LLP | ATTN BRIAN D PFEIFFER | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | brian.pfeiffer@srz.com |
| SCHULTE ROTH & ZABEL LLP | ATTN: NEIL S. BEGLEY, ESQ. | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | neil.begley@srz.com |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281-1027 | newyork@sec.gov; NYROBankruptcy@SEC.GOV |
| SILVERBERG P.C. | ATTN KARL SILVERBERG | 320 CARLETON AVE, STE 6400 | | | CENTRAL ISLIP | NY | 11722 | ksilverberg@silverbergpclaw.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| SILVERMANACAMPORA LLP | ATTN RONALD J FRIEDMAN ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | RFriedman@SilvermanAcampora.com |
| SILVERMANACAMPORA LLP | ATTN GERARD R LUCKMAN, ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | GLuckman@SilvermanAcampora.com |
| SILVERMANACAMPORA LLP | ATTN KENNETH P SILVERMAN EQS | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | KSilverman@SilvermanAcampora.com |
| STIM & WARMUTH PC | ATTN GLENN P WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | gpw@stim-warmuth.com |
| STIM & WARMUTH PC | ATTN PAULA J WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | pjw@stim-warmuth.com |
| SYNCHRONY BANK | C/O PRA RECEIVABLES MANAGEMENT, LLC | PO BOX 41021 | | | NORFOLK | VA | 23541 | claims@recoverycorp.com |
| UMB BANK, NATIONAL ASSOCIATION | ATTN: LAURA ROBERSON, SENIOR VICE PRESIDENT | 2 SOUTH BROADWAY, SUITE 600 | | | ST. LOUIS | MO | 63102 | laura.roberson@umb.com |
| UNITED STATES ATTORNEY | ATTN JAMES H KNAPP | ASSISTANT US ATTORNEY | EASTERN DISTRICT OF NEW YORK | 610 FEDERAL PLAZA, 5TH FL | CENTRAL ISLIP | NY | 11722 | James.knapp@usdoj.gov |
| UNITED STATES DEPARTMENT OF EDUCATION | FINANCIAL SQUARE | ATTN CHRISTOPHER CURRY | 32 OLD SLIP, 25TH FLOOR | | NEW YORK | NY | 10005 | christopher.curry@ed.gov |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: JAY SMITH | 25 SOUTH CHARLES STREET, 11TH FLOOR | MAIL CODE: MD2-CS58 | | BALTIMORE | MD | 21201 | jhsmith@wilmingtontrust.com |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| DOWLING COLLEGE | ATTN: ROBERT S. ROSENFELD | 150 IDLE HOUR BLVD. | | | OAKDALE | NY | 11769 |
| INTERNAL REVENUE SERVICE | | 2970 MARKET STREET | MAIL STOP 5-Q30.133 | | PHILADELPHIA | PA | 19104 |
| NEW YORK STATE DEP OF TAX & FINANCE | BANKRUPTCY UNIT – TCD | BUILDING 8, ROOM 455 | W.A. HARRIMAN STATE CAMPUS | | ALBANY | NY | 12227 |
| NEW YORK STATE DEPT OF TAXATION AND FINANCE | BANKRUPTCY UNIT | P.O. BOX 5300 | | | ALBANY | NY | 12205-5300 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN STAN YANG, ESQ, TRIAL ATTORNEY | ALFONSE D'AMATO FEDERAL COURTHOUSE | 560 FEDERAL PLAZA | | CENTRAL ISLIP | NY | 11722 |
| SECURITIES AND EXCHANGE COMMISSION | NE REG OFFICE, WOOLWORTH BUILD | ATTN JOHN MURRAY | 233 BROADWAY | | NEW YORK | NY | 10279 |
| SECURITIES EXCHANGE COMMISSION | ATTN GENERAL COUNSEL | 100 F ST NE | | | WASHINGTON | DC | 20549-2000 |
| THE UNITED STATES ATTORNEY'S OFFICE | EASTERN DISTRICT OF NEW YORK | ATTN LONG ISLAND BANKRUPTCY PROC | 610 FEDERAL PLAZA, 5TH FLOOR | | CENTRAL ISLIP | NY | 11722 |
| US DEPARTMENT OF EDUCATION | OFFICE OF GENERAL COUNSEL | 400 MARYLAND AVE., SW ROOM 6E353 | | | WASHINGTON | DC | 20202 |
| US DEPARTMENT OF EDUCATION | BANKRUPTCY LITIGATION SUPPORT | 50 BEALE STREET, SUITE 8629 | | | SAN FRANCISCO | CA | 94105 |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| AARON BALDWIN | | | | | | | | Aaron.Baldwin@nysed.gov |
| ANDREW GOLD | | | | | | | | agold@herrick.com |
| ANDREW THALER | | | | | | | | athaler@athalerlaw.com |
| AO SERVICE INC | 8 NEW YORK AVENUE | | | | PORT JEFFERSON | NY | 11776 | AOSERVICE1@YAHOO.COM |
| CARRIER CORPORATION | PO BOX 4808 TR-5 | OFFICE 401 | | | SYRACUSE | NY | 13221 | ELISABETH.M.COLES@CARRIER.UTC.COM |
| GCG# 100 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003717 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003718 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003719 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003720 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003721 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003722 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003723 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003724 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003725 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003729 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003730 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003731 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003733 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003734 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003735 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003736 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003737 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003738 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003739 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003741 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| GCG# 1003742 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003743 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003744 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003745 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003746 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003748 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003749 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003750 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003751 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003752 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003753 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003755 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003756 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003757 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003758 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003759 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003760 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003761 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1003762 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 101 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 102 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 103 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 104 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 105 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 406 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| GCG# 78 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 79 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 96 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 97 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 98 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 99 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| MATTHEW ROSEMAN | | | | | | | | MRoseman@Cullenanddykman.com |
| MENACHEM BRICKMAN | | | | | | | | mbrickman@kovenkrauszlaw.com |

# EXHIBIT D

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ABSOLUTE PLUMBING OF LONG ISLAND | 90F KNICKERBOCKER AVENUE | | | | BOHEMIA | NY | 11716 |
| ADAM MOTTOLA | | 137 CARLETON AVE | | | ISLIP TERRACE | NY | 11752-2601 |
| DELILIAH CRAIG | | 14 DAWN CRESCENT | | | CENTRAL ISLIP | NY | 11722 |
| FINANCIAL PACIFIC LEASING, INC | | 3455 SOUTH 344TH WAY, SUITE 300 | | | FEDERAL WAY | WA | 98001 |
| GCG# 1003726 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1003727 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1003728 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1003732 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1003740 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1003747 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1003754 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GERALD M OSHEA INC | | 4155 VETERANS HIGHWAY | SUITE 9 | | RONKONKOMA | NY | 11779 |
| L.I. HARDWARE | | 4155 VETERANS HIGHWAY | SUITE 9 | | RONKONKOMA | NY | 11779 |
| LEAF CAPITAL FUNDING LLC | | 2005 MARKET STREET, 14TH FLOOR | | | PHILADELPHIA | PA | 19103 |
| NEW YORK STATE DEPARTMENT OF LABOR | STATE OFFICE BUILDING | CAMPUS ROOM 500 | | | ALBANY | NY | 12240 |
| NEW YORK STATE DEPARTMENT OF LABOR | BUILDING 12 | W.A. HARRIMAN CAMPUS | | | ALBANY | NY | 12240 |
| POWERHOUSE MAINTENANCE, INC | D/B/A POWERHOUSE PAVING | 2 WEST BEECH STREET | | | ISLIP | NY | 11751 |
| PREMIUM ASSIGNMENT CORPORATION | PO BOX 8800 | | | | TALLAHASSEE | FL | 32314 |
| PREMIUM ASSIGNMENT CORPORATION | | 3522 THOMASVILLE RD, SUITE 400 | | | TALLAHASSEE | FL | 32309 |
| SIMPLEXGRINNELL LP | | 50 TECHNOLOGY DRIVE | | | WESTMINSTER | MA | 01441 |
| STERLING NATIONAL BANK | | 42 BROADWAY | 4TH FLOOR | | NEW YORK | NY | 10004 |
| TEQLEASE, INC | | 23801 CALABASAS ROAD, SUITE 101 | | | CALABASAS | CA | 91302 |
| TM BIER & ASSOCIATES, INC | | 79 HAZEL STREET | | | GLEN COVE | NY | 11542 |
| TOSHIBA FINANCIAL SERVICES | | 1961 HIRST DRIVE | | | MOBERLY | MO | 65270 |
| UNIVERSAL TEMPERATURE CONTROLS LTD | | 1749 JULIA GOLDBACH AVENUE | | | RONKONKOMA | NY | 11779 |
| UNIVEST CAPITAL, INC | | 3220 TILLMAN DR STE 503 | | | BENSALEM | PA | 19020-2049 |
| XEROX FINANCIAL SERVICES | | 45 GLOVER AVENUE | | | NORWALK | CT | 06856 |