UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                          :    Chapter 11
                                                               :
DOWLING COLLEGE,                                               :
f/d/b/a DOWLING INSTITUTE,                                     :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                                 :
ASSOCIATION,                                                   :
f/d/b/a CECOM,                                                 :
a/k/a DOWLING COLLEGE, INC.,                                   :
                                                               :
                                    Debtor.                    :    Debtor.
---------------------------------------------------------------x

**FIRST SUPPLEMENTAL DECLARATION OF ANDREW GRAISER IN SUPPORT
OF APPLICATION FOR INTERIM AND FINAL ORDERS
AUTHORIZING THE RETENTION OF A&G REALTY PARTNERS,
LLC AND MADISON HAWK PARTNERS, LLC AS REAL ESTATE
ADVISORS TO THE DEBTOR, *NUNC PRO TUNC* TO THE PETITION DATE**

I, **ANDREW GRAISER**, declare, pursuant to section 1746 of title 28 of the United States Code, as follows:

1. I am the Co-President of A&G Realty Partners, LLC ("A&G"). I am authorized to execute this Affidavit on behalf of A&G and submit this supplemental declaration (the "Declaration") on behalf of A&G in support of the application (the "Application")[1] of Dowling College, (the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), seeking authorization to employ and retain A&G and Madison Hawk Partners, LLC ("Madison Hawk" and together with A&G, the "Campus Agents") as its real estate advisors, as set forth in the Application and the Services Agreement, and in compliance with Sections 327(a) and 328(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application and the Services Agreement.

Rules of the United States Bankruptcy Court for the Eastern District of New York (the "Local Rules").

2. A&G maintains offices at 445 Broadhollow Road, Suite 410, Melville, New York 11747. Unless otherwise stated in this Declaration, I have personal knowledge of the facts hereinafter set forth.[2] To the extent that any information disclosed herein requires subsequent amendment or modification upon A&G's completion of further analysis or as additional creditor information becomes available to it, one or more supplemental affidavits will be submitted to the court reflecting the same.

3. The purpose of this Declaration is to provide additional disclosure regarding a connection identified since the filing the original Application.

4. Emilio Amendola, co-President of A&G is a member of Cold Spring Country Club located in Cold Spring Harbor, NY. A&G has recently determined that the Honorable Robert E. Grossman, United States Bankruptcy Judge, presiding over the instant chapter 11 case, is also a member of Cold Spring Country Club. Notwithstanding this connection and upon information and belief, Judge Grossman and Mr. Amendola have never met in person. Until today, Mr. Amendola was not aware that Judge Grossman was also a member of Cold Spring Country Club. This disclosure was made promptly upon determination of this connection.

5. A&G believes that notwithstanding this connection, it remains a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, and neither holds nor represents any interest adverse to the Debtor or its estate. By reason of the foregoing, I believe that A&G remains eligible for employment and retention by the Debtor pursuant to sections 327 and 328 of the Bankruptcy Code and the applicable Federal Rules and the Local Rules.

---

[2] Certain of the disclosures herein may relate to matters within the knowledge of other professionals at A&G and are based on information provided by them and records kept in the ordinary course of A&G's business.

Pursuant to 28 U.S.C 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: March 28, 2017

_____
ANDREW GRAISER