**S**ILVERMAN**A**CAMPORA **LLP**
Counsel to the Official Committee
  of Unsecured Creditors
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Brian Powers

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

    DOWLING COLLEGE f/d/b/a DOWLING
    INSTITUTE f/d/b/a DOWLING COLLEGE
    ALUMNI ASSOCIATION f/d/b/a CECOM
    a/k/a DOWLING COLLEGE, INC.

                        Debtor.
---------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NASSAU    )

    I, **MELISSA COHEN**, being duly sworn, depose, and say that: I am not a party to this action, am over 18 years of age, and am employed by SilvermanAcampora LLP.

    On March 29, 2017, I served the:

- **COMMITTEE'S OPPOSITION TO DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER APPROVING A TERMINATION FEE AND EXPENSE REIMBURSEMENT TO VANDERBILT PALACE LLC IN ACCORDANCE WITH THE TERMS OF THE PURCHASE AGREEMENT, together with SUPPORTING EXHIBIT A**

by **First Class Mail** delivery to the addresses listed below, said addresses designated for that purpose by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**TO:**    **Office of the United States Trustee**
          Office of the United States Trustee
          Eastern District of New York
          Attn: Stan Yang, Esq., Trial Attorney
          stan.y.yang@usdoj.gov

**Counsel to Debtor**
Klestadt Winters Jureller Southard & Stevens, LLP
Attn:  Sean C. Southard, Esq.
ssouthard@klestadt.com

**Counsel to Debtor's Material Prepetition and Post Petition Secured Lenders**
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
Attn:   P. Miyoko Sato, Esq.
        Ian A. Hammel, Esq.
PMSato@mintz.com
iahammel@mintz.com

**Counsel to Creditor ACA Financial Guaranty Corp.**
Certilman Balin Adler & Hyman, LLP
Attn:   Richard J. McCord, Esq.
        Thomas J. McNamara, Esq.
rmccord@certilmanbalin.com
tmcnamara@certilmanbalin.com

Schulte Roth & Zabel LLP
Attn:   Brian D. Pfeiffer, Esq.
        Neil S. Begley, Esq.
brian.pfeiffer@srz.com
neil.begley@srz.com

**Local Counsel to UMB Bank as Indenture Trustee
for the Series 1996, 2002, and 2015 Bonds**
Garfunkel Wild, P.C.
Attn:   Adam T. Berkowitz, Esq.
aberkowitz@garfunkelwild.com


                                                    *s/ Melissa Cohen*
                                                    **MELISSA COHEN**

Sworn to before me this
29th day of March, 2017.

> Carol Ann Gallo-Russo
> Notary Public, State of New York
> No. 01GA4632721
> Qualified in Suffolk County
> Commission Expires April 30, 2018

*s/ Carol Ann Gallo-Russo*
        Notary Public