**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re                                                                                  :    Chapter 11
                                                                                             :
DOWLING COLLEGE,                                                      :
f/d/b/a DOWLING INSTITUTE,                                     :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI               :
ASSOCIATION,                                                               :
f/d/b/a CECOM,                                                               :
a/k/a DOWLING COLLEGE, INC.,                            :
                                                                                             :
                                              Debtor.                         :
----------------------------------------------------------------x

### EX PARTE ORDER GRANTING LIMITED EXTENSION OF DEBTOR'S EXCLUSIVE PERIODS PENDING A HEARING ON THE DEBTOR'S MOTION FOR AN ORDER EXTENDING EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO 11 U.S.C. § 1121(d)

Upon the motion (the "Motion")[1] of the Debtor for entry of a bridge order (the "Bridge Order"), granting a limited extension of the Debtor's exclusive periods to file a chapter 11 plan and to solicit acceptances thereof through and including the Court's hearing on and adjudication of the Motion to Extend Exclusivity, currently set for April 26, 2017 at 1:30 p.m. (prevailing Eastern Time), which Motion to Extend Exclusivity was filed prior to the deadline for the Debtor to request an extension of the Exclusive Periods; and the Court having jurisdiction to consider the motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. § 1408; and it appearing that the relief requested is in the best interests of the Debtor, its estate, its creditors, and other parties in interest until the Court has made a final determination on the Motion to Extend Exclusivity to preserve the rights of the Debtor; and entry of this Bridge Order without a

---

[1] Capitalized terms used herein shall have the meanings ascribed to them in the Motion.

hearing being proper in light of the limited relief provided herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is granted to the extent set forth herein.

2. The Debtor's Exclusive Periods for filing of a chapter 11 plan and for soliciting acceptances thereto is extended through and including the Court's hearing on the adjudication of the Motion to Extend Exclusivity, currently scheduled for April 26, 2017 at 1:30 p.m. (prevailing Eastern Time).

3. This Bridge Order is without prejudice to the rights of the Debtor to request further extensions of the Exclusive Periods or seek other appropriate relief.

4. The terms and conditions of this Bridge Order shall be immediately effective and enforceable upon its entry.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Central Islip, New York  
March 29, 2017

_____  
Robert E. Grossman  
United States Bankruptcy Judge