UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

Dowling College f/d/b/a Dowling Institute,
f/d/b/a Dowling College Alumni Association,
f/d/b/a CECOM, aka Dowling College, Inc.,

        Debtor.
-------------------------------------------------------------X

Chapter 11
Case No. 16-75545-736 (REG)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, Thaler Law Firm PLLC appears for, and on behalf of, Venmar Holding SA in the above-captioned bankruptcy case and demands that all notices given or required to be given in this case be given to and served upon:

    THALER LAW FIRM PLLC
    675 Old Country Road
    Westbury, New York 11590
    Phone: (516) 279-6700
    Fax: (516) 279-6722
    Email: athaler@athalerlaw.com
    Attn: Andrew M. Thaler, Esq.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, any application, complaint, demand, motion, notice, order, petition, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, facsimile, hand delivery, telephone, electronically, or otherwise, which affects or seeks to affect in any way the above-named debtors or property of such debtors' bankruptcy estates.

Dated: March 29, 2017
       Westbury, New York

**THALER LAW FIRM PLLC**
*Attorneys for Venmar Holding SA*

By: _____
Andrew M. Thaler
675 Old Country Road
Westbury, New York 11590
Phone: (516) 279-6700
Fax: (516) 279-6722
athaler@athalerlaw.com