# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: smarcus | Date Created: 4/3/2017 |
| Case: 8−16−75545−reg | Form ID: 295 | Total: 12 |

**Recipients of Notice of Electronic Filing:**
aty    Howard B Kleinberg    hkleinberg@MSEK.com
aty    Joseph Charles Corneau    jcorneau@klestadt.com
aty    Lauren Catherine Kiss    lkiss@klestadt.com
aty    Richard J McCord    rmccord@certilmanbalin.com
aty    Ronald J Friedman    efilings@spallp.com
aty    Sean C Southard    ssouthard@klestadt.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Dowling College    150 Idle Hour Blvd.    Oakdale, NY 11769
aty    Klestadt Winters Jureller Southard & Stevens, LLP    200 West 41st Street    17th Floor    New York, NY 10036−7203
    Ian Hammel    Mintz Levin Cohn Ferris    Glovsky & Popeo PC    One Financial Center    Boston, MA 02111
    Sean C Southard    Klestadt Winters Jureller    Southard & Stevens, LLP    200 West 41st Street, 17th Floor    New York, NY 10036−7203
    Stan Yang    Office of the US Trustee    560 Federal Plaza    Central Islip, NY 11722
    Mark Frankel    Backenroth Frankel & Krinsky    800 3rd Ave    New York, NY 10022

TOTAL: 6