**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re                                                                          :    Chapter 11
                                                                                    :
DOWLING COLLEGE,                                                      :
f/d/b/a DOWLING INSTITUTE,                                         :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                              :
ASSOCIATION,                                                              :
f/d/b/a CECOM,                                                              :
a/k/a DOWLING COLLEGE, INC.,                                   :
                                                                                    :
                                                    Debtor.            :
----------------------------------------------------------------x

### ORDER DENYING DEBTOR'S APPLICATION TO APPROVE A TERMINATION FEE AND EXPENSE REIMBURSEMENT TO VANDERBILT PALACE LLC IN ACCORDANCE WITH THE TERMS OF THE PURCHASE AGREEMENT

Upon the application dated March 24, 2017 (the "Application")[1] of Dowling College (the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), for an order approving, and authorizing, the Debtor to pay a termination fee and expense reimbursement to Vanderbilt Palace LLC ("VPLLC") in accordance with the terms of that certain Asset Purchase Agreement dated as of March 22, 2017 (the "Purchase Agreement") for the sale of the Oakdale Campus; and it appearing that the Court has jurisdiction to consider the Application and the relief requested herein; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(N); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and appropriate notice of the Application has been given under the circumstances; and it appearing that no other or further notice need be given; and the Court having considered the Application and the opposition of the Official Committee of Unsecured Creditors thereto; for the

---
[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

reasons stated on the record of the hearing on the Application, it is hereby ordered:

1. The Application is denied.



Dated: Central Islip, New York  
April 5, 2017

Robert E. Grossman  
United States Bankruptcy Judge