# **<u>Exhibit A</u>**

ATTACHMENT "A"

# The Brick Studio's Facility Committee's Recommendation for Purchasing Studio Equipment/Supplies from Dowling College

Site visit 28 February 2017 and met with Don of Dowling College

## EQUIPMENT/SUPPLIES on Site

### Pottery Wheels
Eleven pottery wheels counted at studio with only 5 usable -others are inoperable, too old and/or noisy for our facility.

### Kilns
Three Kilns:
- Two Skutt kilns and one Bailey kiln:
  - all will need work replacing elements and/or relays.
  - not positive that all of them will reach proper temperature.
  - some damage to lining kiln bricks.
  - not sure if one Skutt kiln 1227-3 220 volts 3 phase -old - will reach cone 6 at 208 volts for proper firing.
- One small disassembled kiln-no elements or controls

### Kiln Shelving
- Twenty kiln shelves (halves) - most are warped to some degree
- Eleven small kiln shelves (halves)
- Numerous shelf supports of varying sizes
- Not enough to support three large kilns

### Envirovent Systems
- Three systems – one for each kiln all seem operational on preliminary inspection.

### Bailey De-Airing Pug Mill
- MSV55T – motor runs but of course we couldn't check pugging operation.-this weighs 700 lbs.

### Northstar slab roller

### Brent extruder

**Exhaust system** for spraying glazes (no booth-just exhaust system) - unable to test if operational.

**Tables/Shelves**
- one table with two small wedging areas-we would need larger areas
- one large table (seats approximately 8)
- one small table (seats approximately 6)
- seven stools (table height)
- four stools (for wheels)
- four tall metal shelf units on wheels
- nine tall metal shelf units
- one low 2 shelf unit

**Small Equipment/Supplies**
- six large rolling pins
- numerous hand building molds
- triple beam balance scale
- bench grinder
- drill with glaze mixer
- glaze sieves and screens
- double sink with settling trap
- Shop vac
- 5 or 6 foot ladder
- two Fire extinguishers
- two large Drain pallets for glaze buckets
- glaze buckets
- large garbage cans (4)
- mop and rolling bucket
- file cabinet
- tall metal storage cabinet

**Chemicals**
many containers but not enough time to list complete inventory – unknown if they are usable or contaminated in any way -if unusable will need proper disposal

**Air Exchanger**
Not needed.