# **Exhibit 2**

Page 1

1

2  UNITED STATES BANKRUPTCY COURT

3  EASTERN DISTRICT OF NEW YORK

4  CHAPTER 11

5  CASE NO. 16-75547 (REG)

6  - - - - - - - - - - - - - - - - - - - -x

7   In re

8   DOWLING COLLEGE, f/d/b/a DOWLING
    INSTITUTE, f/d/b/a DOWLING COLLEGE ALUMNI

9   ASSOCIATION, f/d/b/a CECOM, a/k/a DOWLING
    COLLEGE, INC.,

10

                    Debtor.

11

   - - - - - - - - - - - - - - - - - - - -x

12

13

                 90 Merrick Avenue

14               East Meadow, New York

15               April 4, 2017
                 11:06 a.m.

16

17

18               AUCTION IN THE ABOVE

19  CAPTIONED PROCEEDING

20                *       *       *

21

22

23

24

25

```
 1
 2   APPEARANCES:
 3    KLESTADT WINTERS JURELLER SOUTHARD &
      STEVENS, LLP
 4    Attorneys for Dowling College
        200 West 41st Street
 5      17th Floor
        New York, New York 10036-7203
 6
      BY:     SEAN C. SOUTHARD, ESQ.
 7              JOSEPH C. CORNEAU, ESQ.
 8
 9
10    BIDDER GROUP A - MATTHEW ROSEN
11    BIDDER GROUP B - DANIEL ROKACH
12    BIDDER GROUP C - CHENG YU HOU
13    BIDDER GROUP D - ASEEM CHAUHAN
14    BIDDER GROUP E - KABIR JAVAID
15
                    *     *     *
16
17
18
19
20
21
22
23
24
25
```

1      Dowling College Auction
2           MR. SOUTHARD:  Good morning.
3      For the record, my name is Sean
4      Southard and I'm a partner with the
5      law firm of Klestadt Winters Jereller
6      Southard and Stevens and we serve as
7      bankruptcy counsel to Dowling
8      College, which is now a Debtor in
9      Possession under Chapter 11 of U.S.
10     Bankruptcy Code, with a case pending
11     before the Honorable Robert E.
12     Grossman, Bankruptcy Judge for the
13     Eastern District of New York.
14          You're assembled here this
15     morning for an auction, that is being
16     held here, at 90 Merrick Avenue, East
17     Meadow, New York, by invitation of
18     the Certilman Balin Law Firm and
19     otherwise pursuant to the order of
20     the United States Bankruptcy Court
21     for the Eastern District of New York,
22     dated December 16, 2016, Docket
23     Number 111 in the Chapter 11, Case
24     Number 16-75545, which order, among
25     other things, approved certain

1        Dowling College Auction

2     Bidding Procedures that we will

3     intend to follow today, scheduled

4     this auction and approved related

5     notice.

6            Today, I will refer to that

7     order as the Bidding Procedures Order

8     and the Bidding Procedures approved

9     thereby, as the Bidding Procedures.

10           The Bidding Procedures Order

11    was entered in response to the

12    Debtor's, Dowling's, motion filed on

13    the first day of the case, which was

14    November 29th of 2016, that sought

15    the entry of the Bidding Procedures

16    Order and approval of the sale on an

17    overall basis and that is Docket

18    Number 13.

19           With regard to the attendees

20    this morning, everyone in attendance

21    this morning has checked in through

22    security for the building and also

23    checked in with the Debtor's

24    representatives, at the table located

25    outside this room.  I have been

1      Dowling College Auction

2      provided with designated seating.

3            We have five Bidder Groups that

4      were determined to be qualified

5      bidders, pursuant to the Bidding

6      Procedures, and who will have the

7      opportunity to participate in the

8      auction today.

9            By submitting bid packages and

10     participating today, each group has

11     agreed to be subject to the Bidding

12     Procedures established by the Debtor

13     and approved by the Bankruptcy Court.

14            That means, among other things,

15     that such Bidder provided a written

16     and signed irrevocable offer, stating

17     that the Bidder offers to consummate

18     the sale transaction on the terms and

19     conditions set forth on the Modified

20     Purchase Agreement, confirming that

21     the bid will remain irrevocable until

22     the earlier of 90 days following the

23     entry to the final sale order and

24     closing of the successful purchase.

25            That bid also states that the

1        Dowling College Auction

2        Bidder has had the opportunity to

3        conduct due diligence prior to its

4        offer and does not require further

5        due diligence, as relied solely upon

6        its own independent review and

7        investigation and did not relay upon

8        any written or oral representation,

9        except as expressly provided in the

10       Modified Purchase Agreement that was

11       submitted.

12            Each Bidder this morning, has

13       also provided a deposit, at least

14       five percent of their bid.  The

15       deposit is subject to forfeiture as

16       liquidated damages, as certain

17       conditions set forth in the Bidding

18       Procedures.

19            The sale is as is, where is,

20       except as set forth in the Purchase

21       Agreement.  And today, both the

22       highest and best bid and the back-up

23       bid, will be determined and are both

24       open and irrevocable pursuant to

25       those Bidding Procedures, until the

1       Dowling College Auction

2       earlier of 90 days following the

3       entry of the sale order or closing of

4       the sale.

5            The back-up Bidder's deposit,

6       will also be held pending closing and

7       then promptly returned thereafter.

8            For the avoidance of any doubt,

9       no bid made here or announcement as

10      to determination of the highest and

11      best bid, in view of the Debtor,

12      shall be deemed to be an accepted or

13      binding offer, unless and until it is

14      later approved by order of the

15      Bankruptcy Court.

16           Each group this morning has

17      been seated -- each Bidder Group has

18      been seated at a designated table,

19      labeled with letters A through E.

20      And each group has agreed to make one

21      person the group's authorized

22      representative to speak for the group

23      and make bids during the formal

24      auction proceedings on the record

25      today.

1      Dowling College Auction

2          The designated representatives

3      for those groups, as I understand it,

4      Group A is Matthew Roseman; Group B,

5      Daniel Rokach; Group C, Cheng Yu Hou;

6      Group D, Aseem Chauhan and Group E,

7      Kabir Javaid.

8          Also present this morning in

9      attendance, are representatives from

10     Dowling College, representatives from

11     ACA Financial Guarantee Corporation,

12     from the United States Trustee and

13     also on behalf of the Official

14     Committee of Unsecured Creditors.

15         There are some general rules we

16     would like to go over for

17     nonparticipant attendees this

18     morning.  Much like in the

19     courthouse, the formal auction

20     proceeding this morning will be

21     recorded by a court reporter.

22         Other than this recording,

23     there should be no recordings of any

24     kind permitted and that includes

25     photography of any kind, by any party

1          Dowling College Auction

2      during the auction proceedings.

3            Further, other than qualified

4      Bidder participants and their

5      authorized representatives, any use

6      of tablets, photography devices, cell

7      phones or smart phones is

8      particularly excluded and is not

9      permitted during the proceeding.  And

10     any unauthorized use, will result in

11     a halt of the proceedings, with such

12     parties being requested to leave.

13           Other than authorized

14     participants and designated

15     representatives, no parties are

16     authorized to make any comments or

17     statements on the record.  And

18     further, nonparticipant attendees

19     shall not be permitted to communicate

20     with the Bidder Groups, either prior

21     to or during the auction proceedings

22     today.

23           We also request that any

24     members of the press present today,

25     please refrain from questioning any

1        Dowling College Auction

2      participant or representative, until

3      I have announced that the proceedings

4      have concluded.

5           Thereafter, we further ask that

6      all parties present today be

7      respectful and courteous and honor

8      the wishes of any other attendee, who

9      does not wish to be questioned for

10     interview.

11          Without further ado, the

12     general rules for participants of the

13     auction.  These rules were generally

14     provided to each of the Bidder Groups

15     in advance of the auction this

16     morning, but I will read them for the

17     record.

18          First, Debtor representatives

19     shall conduct the auction in

20     accordance with the court approved

21     Bidding Procedures, which are

22     incorporated herein by reference to

23     their entirety.

24          A court stenographer shall be

25     present to transcribe the formal

Page 11

1           Dowling College Auction
2       portion of the auction proceedings.
3               Each Bidder Group shall
4       designate one spokesperson for formal
5       on the record communications.
6               All official bidding shall take
7       place in this designated room, in the
8       presence of the court reporter and on
9       the record.  No parties may confer
10      with the Dowling representatives or
11      other representatives or their own,
12      off the record.
13              Bidding shall be conducted in a
14      round-robin manner.
15              Currently, the highest bid and
16      the starting bid is for $9,000,000,
17      U.S. dollars, and that is by Group A,
18      who has been determined to be the
19      starting bid this morning.
20              Thereafter, the bidding order
21      shall proceed by Group B, then C,
22      then D, then E.
23              The initial overbid shall be an
24      amount of not less than $9.1 million,
25      with bidding increments thereafter of

Page 12

```
 1        Dowling College Auction
 2        not less than 100,000.
 3             All bidders shall have the
 4        right to pass when their turn comes
 5        and still participate in a later
 6        round of bidding, provided, however,
 7        that no Bidder Group may pass in two
 8        consecutive rounds.
 9             All Bidders shall have the
10        opportunity to request reasonable
11        adjournments, of not greater
12        approximately 10 minutes, during
13        auction proceedings, in order to
14        confer among themselves.
15             And I should also say, that in
16        the event someone requires a private
17        room for that purpose, we can make
18        one available to you in other parts
19        of the building.
20             After the close of the auction,
21        the Debtor, the Committee and the
22        Secured Parties, shall independently
23        and collectively confer, to discuss
24        and determine which of the Bidders
25        has submitted the highest and best
```

1      Dowling College Auction

2      bid, in their view.

3          After conferring with the

4      parties, the Debtor, the Committee or

5      the Secured Parties may separately

6      confer with one or more Bidder

7      Groups, in relation to the last

8      highest bid made and any other

9      further adjustments or enhancements

10     to bids that may be made.

11         For the avoidance of doubt, it

12     is possible that the Debtor may

13     determine to open additional bidding

14     after this point and prior to a

15     formal close of the auction.

16         Further, the Debtor, in

17     consultation with the Committee and

18     Secured Parties, reserves the right

19     to alter and modify the rules set

20     forth herein, where as otherwise

21     permitted by the Bidding Procedures.

22         I should note that I

23     inadvertently skipped over one

24     provision, which is, at such time as

25     all Bidders, other than the last

```
 1        Dowling College Auction
 2        highest Bidder, passes in the same
 3        round, each Bidder will be asked one
 4        more time, if they desire to submit a
 5        higher bid.  If all other Bidders
 6        decline, the Debtor shall indicate at
 7        that time, that it is prepared to
 8        close the bidding and if none of the
 9        Bidders responds with an improved
10        bid, will close the bidding, subject
11        to further deliberation by the
12        Debtor, the Committee and the Secured
13        Parties.
14             At the very close of the
15        auction, the Debtor will announce the
16        determination of the parties or any
17        related disputes it might have
18        missed, to the Bidders in attendance.
19             Thereafter, the results of the
20        auction, including the determination
21        as to the highest and best and
22        back-up bid, will be presented
23        promptly to the Debtor's Board of
24        Trustees following the close of the
25        auction and then to the Court at the
```

1           Dowling College Auction

2       Sale Approval Hearing, that is

3       currently scheduled for April 10th.

4           After the close of the auction

5       today, it will be the intention of

6       Dowling to finalize terms of the

7       Purchase Agreements immediately and

8       as soon as possible, with the winning

9       Bidder and back-up Bidder and

10      without -- at this point, we'll start

11      to get underway here momentarily.

12          Prior to our commencement of

13      the formal auction then, just a

14      couple of reminders.

15          As I mentioned earlier, we are

16      being transcribed by a court

17      reporter.  So when speaking, please

18      identify yourself for the record and

19      to ensure an accurate record, please

20      speak clearly and slowly and only one

21      person is to speak at a time.

22          Unless there are any questions

23      from participants, we will intend to

24      commence with the first round of

25      bidding.

1          Dowling College Auction

2              As each of the Bidding Groups

3     was informed prior to the auction, in

4     accordance with the Bidding

5     Procedures, the Debtor had announced

6     that Group A was determined to be the

7     highest and best bid at $9 million

8     and at this point in time, the next

9     highest bid must be at least $100,000

10    and Group B has the opportunity to

11    make the first bid, then followed by

12    Group C, D and E.  Group B.

13            MR. ROKACH:  Daniel Rokach,

14    9.1.

15            MR. SOUTHARD:  The bid is

16    $9.1 million?

17            MR. ROKACH:  Yes.

18            MR. SOUTHARD:  Thank you.

19    Group C.

20            MR. HOU:  9.2.

21            MR. SOUTHARD:  9.2 by Group C,

22    thank you.

23            MR. CHAUHAN:  Aseem Chauhan,

24    9.3.

25            MR. SOUTHARD:  Group E.

1          Dowling College Auction

2              MR. JAVAID:  Kabir Javaid, 9.4.

3              MR. SOUTHARD:  The bid is $9.4

4     million, now to Group A.

5              MR. ROSEMAN:  Matthew Roseman,

6     pass.

7              MR. SOUTHARD:  Group A's first

8     pass.  Group B.

9              MR. ROKACH:  9.5.

10             MR. SOUTHARD:  Thank you.

11             MR. HOU:  9.6.

12             MR. CHAUHAN:  9.7.

13             MR. SOUTHARD:  9.7 by Group D.

14    Group E.

15             MR. JAVAID:  9.8.

16             MR. SOUTHARD:  $9.8 million

17    bid.  Now to Group A.

18             MR. ROSEMAN:  9.9.

19             MR. ROKACH:  Daniel Rokach, 10

20    million.

21             MR. HOU:  10.1 million.

22             MR. SOUTHARD:  The bid is now

23    $10.1 million.  To Group D.

24             MR. CHAUHAN:  10.2.

25             MR. JAVAID:  10.3.

1          Dowling College Auction

2               MR. SOUTHARD:  Bid is now $10.3

3     million.  To Group A.

4               MR. ROSEMAN:  10.4.

5               MR. ROKACH:  10.5.

6               MR. SOUTHARD:  The bid is now

7     $10.5 million.  To Group C.

8               MR. HOU:  10.6.

9               MR. CHAUHAN:  10.7.

10               MR. JAVAID:  10.8.

11               MR. SOUTHARD:  $10.8 million.

12     To Group E.

13               MR. ROSEMAN:  10.9.

14               MR. ROKACH:  11 million.

15               MR. SOUTHARD:  The bid is $11

16     million by Group B.

17               MR. HOU:  $11.1 million.

18               MR. CHAUHAN:  11.2.

19               MR. JAVAID:  11.3.

20               MR. SOUTHARD:  The bid is now

21     $11.3 million by Group E.

22               MR. ROSEMAN:  11.4.

23               MR. ROKACH:  11.5.

24               MR. ROSEMAN:  11.6 million.

25               MR. CHAUHAN:  11.7.

1          Dowling College Auction

2              MR. JAVAID:  11.8.

3              MR. SOUTHARD:  The bid is now

4      $11.8 million.  To Group A.

5              MR. ROSEMAN:  13 million.

6              MR. SOUTHARD:  $13 million bid.

7      To Group B.

8              MR. ROKACH:  13.1.

9              MR. HOU:  13.2 million.

10             MR. CHAUHAN:  13.3.

11             MR. JAVAID:  13.4.

12             MR. SOUTHARD:  The bid is now

13     $13.4 million, is the last bid by

14     Group E.  The bid is now Group A's.

15             MR. ROSEMAN:  13.5.

16             MR. ROKACH:  13.6.

17             MR. HOU:  13.7.

18             MR. CHAUHAN:  Pass.

19             MR. SOUTHARD:  The current bid

20     is 13.7, bid by Group C.  Group D has

21     taken a pass.

22             MR. JAVAID:  14 million.

23             MR. SOUTHARD:  The bid is

24     $14 million by Group E.

25             MR. ROSEMAN:  14.5.

```
                                        Page 20
 1        Dowling College Auction
 2             MR. SOUTHARD:  The bid is
 3        $14.5 million by Group A.
 4             MR. ROKACH:  14.6.
 5             MR. HOU:  14.7.
 6             MR. SOUTHARD:  The bid is 14.7
 7        million by Group C.
 8             MR. CHAUHAN:  We would like to
 9        take an adjournment for a few
10        minutes.
11             MR. SOUTHARD:  Bidder Group D
12        has requested an adjournment.  We
13        will break for approximately
14        10 minutes.
15             [At this time, a recess was
16        taken at 11:27 a.m. and resumed at
17        11:41 a.m.]
18             MR. SOUTHARD:  This is Sean
19        Southard again, for the record.
20        We're back on the record after taking
21        a short break.
22             The last bid was 14.7 million
23        by Group C and the current bid is
24        that of Group D's.
25             MR. CHAUHAN:  14.8.
```

Page 21

1        Dowling College Auction

2            MR. JAVAID:  15.

3            MR. SOUTHARD:  I'm sorry, I

4    couldn't catch that last bid.

5            MR. JAVAID:  15 million.

6            MR. SOUTHARD:  $15 million by

7    Group E.

8            MR. ROSEMAN:  15.1.

9            MR. ROKACH:  Pass.

10           MR. SOUTHARD:  Group B has

11   passed.  $15.1 million was the last

12   bid by Group A.  Now Group C's bid.

13           MR. HOU:  15.5.

14           MR. SOUTHARD:  Group C has bid

15   $15.5 million.

16           MR. CHAUHAN:  15.6.

17           MR. JAVAID:  15.7.

18           MR. SOUTHARD:  $15.7 million

19   was the last bid by Group E.

20           MR. ROSEMAN:  15.8.

21           MR. ROKACH:  Pass.

22           MR. SOUTHARD:  $15.8 million

23   last bid by Group A.

24           Group B has now exercised their

25   second pass and has backed out of the

Page 22

Dowling College Auction

1    bid.

2    MR. HOU:  16.2.

3    MR. SOUTHARD:  Group C,

4    $16.2 million.

5    MR. CHAUHAN:  16.3.

6    MR. JAVAID:  16.5.

7    MR. ROSEMAN:  Pass.

8    MR. SOUTHARD:  Group A has

9    passed.  Group C.

10   MR. HOU:  17.

11   MR. SOUTHARD:  Group C has bid

12   17 million.

13   MR. CHAUHAN:  Pass.

14   MR. JAVAID:  Pass.

15   MR. SOUTHARD:  17 million now

16   to Group A.

17   MR. ROSEMAN:  Can we have an

18   adjournment, please?

19   MR. SOUTHARD:  Group A has

20   requested a break.  We will take a

21   break and go off the record.  The

22   current bid is 17 million.

23   [At this time, a recess was

24   taken at 11:44 a.m. and resumed at

Page 23

1      Dowling College Auction

2    11:52 a.m.]

3         MR. SOUTHARD:  Okay, we're back

4    on the record now.  Sean Southard

5    again, for Dowling College.

6         The last bid was bid by Group C

7    for $17 million.  Group D then

8    passed, Group E passed and now the

9    bid is Group A.

10         MR. ROSEMAN:  17.5.

11         MR. SOUTHARD:  Group A bid

12    17.5 million.  Group C.

13         MR. HOU:  $18 million.

14         MR. SOUTHARD:  Group C bid

15    $18 million.

16         MR. CHAUHAN:  18.1.

17         MR. SOUTHARD:  18.1 by Group D.

18         MR. JAVAID:  Pass.

19         MR. SOUTHARD:  Group E has

20    passed for the second consecutive

21    round and is now out of the bidding.

22    Group A.

23         MR. ROSEMAN:  18.2.

24         MR. HOU:  19 million.

25         MR. SOUTHARD:  Group C bid

1          Dowling College Auction

2      $19 million.

3              MR. CHAUHAN:  Pass.

4              MR. SOUTHARD:  Group D has

5      passed.

6              MR. ROSEMAN:  Pass.

7              MR. SOUTHARD:  Group A has

8      passed.

9              At this time, the high bid is

10      $19 million by Group C.  There has

11      been a pass by both Group D and Group

12      A.

13              This will be the last

14      opportunity by either Group D or

15      Group A to submit a higher bid.

16              MR. CHAUHAN:  19.1.

17              MR. SOUTHARD:  $19.1 million

18      bid by Group D.

19              MR. ROSEMAN:  19.2.

20              MR. SOUTHARD:  19.2 bid by

21      Group A.  Now to Group C.

22              MR. HOU:  $20 million.

23              MR. SOUTHARD:  Group C has bid

24      $20 million.

25              MR. CHAUHAN:  We would request

Page 25

1        Dowling College Auction

2      a brief adjournment.

3            MR. SOUTHARD:  Further

4      adjournment has been requested by

5      Group D.  We will take a short break.

6            The last high bid is

7      $20 million, bid by Group C.

8            [At this time, a recess was

9      taken at 11:55 a.m. and resumed at

10     11:59 a.m.]

11            MR. SOUTHARD:  We're back on

12     the record now.  This is Sean

13     Southard again, for Dowling College.

14            The last bid before our

15     adjournment was bid by Group C,

16     $20 million.  The current bid is to

17     Group D.

18            MR. CHAUHAN:  20.1.

19            MR. SOUTHARD:  20.1 by Group D.

20     Now Group A.

21            MR. ROSEMAN:  20.2.

22            MR. SOUTHARD:  $20.2 million to

23     Group C.

24            MR. HOU:  21 million.

25            MR. SOUTHARD:  21 million bid

1          Dowling College Auction

2      by Group C.  Now Group D.

3            MR. CHAUHAN:  Pass.

4            MR. SOUTHARD:  Group D has

5      passed.  Now it is 21 to Group A.

6            MR. ROSEMAN:  We would like an

7      adjournment.

8            MR. SOUTHARD:  Group A

9      requested an adjournment.  We will

10     take a break for a short while.

11            [At this time, a recess was

12     taken at 12:01 p.m. and resumed at

13     12:11 p.m.]

14            MR. SOUTHARD:  We're back on

15     the record now.  Sean Southard, for

16     Dowling College.

17            The last bid was made by Group

18     C for $21 million.  Then Group D

19     passed.  And now the bid is to Group

20     A.

21            MR. ROSEMAN:  21.1.

22            MR. SOUTHARD:  $21.1 million,

23     bid by Group A.

24            MR. HOU:  21.5.

25            MR. SOUTHARD:  $21.5 million

```
 1        Dowling College Auction
 2     bid by Group C.
 3            MR. CHAUHAN:  21.6.
 4            MR. SOUTHARD:  $21.6 million by
 5     Group D.
 6            MR. ROSEMAN:  21.7.
 7            MR. SOUTHARD:  21.7 by Group A.
 8            MR. HOU:  22.5.
 9            MR. SOUTHARD:  $22.5 million by
10     Group C.
11            MR. CHAUHAN:  We would like to
12     take a short break.
13            MR. SOUTHARD:  Short break has
14     been requested by Group D.  We'll go
15     off the record.
16            [At this time, a recess was
17     taken at 12:13 p.m. and resumed at
18     12:20 p.m.]
19            MR. SOUTHARD:  Okay, we are
20     back on the record.  Sean Southard,
21     for Dowling College.
22            The last bid was bid by Group C
23     at $22.5 million.  Group D requested
24     an adjournment and it is now their
25     opportunity to bid.
```

Page 28

1          Dowling College Auction

2               MR. CHAUHAN:  22.6.

3               MR. SOUTHARD:  22.6 million by

4      Group D.

5               MR. ROSEMAN:  22.7.

6               MR. SOUTHARD:  22.7, Group A.

7               MR. HOU:  23 million.

8               MR. SOUTHARD:  $23 million bid

9      by Group C.

10               MR. CHAUHAN:  Pass.

11               MR. SOUTHARD:  Group D passed.

12               MR. ROSEMAN:  23.1.

13               MR. SOUTHARD:  23.1 million by

14      Group A.

15               MR. HOU:  23.5 million.

16               MR. SOUTHARD:  Group C bids

17      23.5 million.

18               MR. CHAUHAN:  23.6.

19               MR. SOUTHARD:  Group D bids

20      23.6.

21               MR. ROSEMAN:  23.7.

22               MR. SOUTHARD:  23.7 bid by

23      Group A.  Now to Group C.

24               MR. HOU:  Pass.

25               MR. SOUTHARD:  Group C passes.

Page 29

          Dowling College Auction

1      Group D.

2              MR. CHAUHAN:  23.8.

3              MR. SOUTHARD:  23.8 by Group D.

4              MR. ROSEMAN:  Pass.

5              MR. SOUTHARD:  Group A passes.

6      $23.8 million last bid by Group D.

7      Now Group C.

8              MR. HOU:  24 million.

9              MR. SOUTHARD:  $24 million bid

10     by Group C.

11             MR. CHAUHAN:  Pass.

12             MR. SOUTHARD:  Group D has

13     passed.  Group A.

14             MR. ROSEMAN:  24.1.

15             MR. SOUTHARD:  $24.1 million

16     bid by Group A.

17             MR. HOU:  24.5.

18             MR. SOUTHARD:  Group C bids

19     24.5 million.

20             MR. CHAUHAN:  We would like a

21     brief adjournment.

22             MR. SOUTHARD:  An adjournment

23     was requested by Group D.  We'll take

24     a short break.

1      Dowling College Auction

2           [At this time, a recess was

3      taken at 12:24 p.m. and resumed at

4      12:30 p.m.]

5           MR. SOUTHARD:  We are back on

6      the record.  The last bid was by

7      Group C at 24.5 million and the

8      current bid opportunity is that of

9      Group D.

10           MR. CHAUHAN:  25 million.

11           MR. SOUTHARD:  Group D has bid

12      25 million even.

13           MR. ROSEMAN:  Pass.

14           MR. SOUTHARD:  Group A has

15      passed.  $25 million to Group C.

16           MR. HOU:  25.2 million.

17           MR. SOUTHARD:  $25.2 million

18      bid by Group C.

19           MR. CHAUHAN:  25.5.

20           MR. SOUTHARD:  25.5 by Group D.

21           MR. ROSEMAN:  Can we have an

22      adjournment, please?

23           MR. SOUTHARD:  An adjournment

24      was requested.  We will take a break.

25           [At this time, a recess was

1          Dowling College Auction

2      taken at 12:32 p.m. and resumed at

3      12:42 p.m.]

4              MR. SOUTHARD:  We're back on

5      the record now.  Sean Southard, for

6      Dowling College.

7              The last bid before the break

8      was $25.5 million by Group D and the

9      current bid opportunity is for Group

10     A.

11             MR. ROSEMAN:  25.6.

12             MR. SOUTHARD:  Group A has bid

13     25.6.

14             MR. HOU:  25.7.

15             MR. SOUTHARD:  25.7 by Group C.

16             MR. CHAUHAN:  25.8.

17             MR. SOUTHARD:  25.8 by Group D.

18             MR. ROSEMAN:  Pass.

19             MR. SOUTHARD:  25.8 is the last

20     bid.  Group A has passed.  Group C

21     has the bidding opportunity.

22             MR. HOU:  26 million.

23             MR. SOUTHARD:  Group C has bid

24     26 million.

25             MR. CHAUHAN:  Pass.

Page 32

1      Dowling College Auction

2           MR. SOUTHARD:  Group D passed

3      group.  Group A's opportunity.

4           MR. ROSEMAN:  26.1.

5           MR. SOUTHARD:  26.1 bid by

6      Group A.  Now Group C.

7           MR. HOU:  We request an

8      adjournment.

9           MR. SOUTHARD:  Group C has

10     requested an adjournment.  We'll take

11     a short break.

12          [At this time, a recess was

13     taken at 12:49 p.m. and resumed at

14     12:54 p.m.]

15          MR. SOUTHARD:  We are back on

16     the record.  The last bid before the

17     break was by Group A, for

18     26.1 million.  And the current bid

19     opportunity is for Group C.

20          MR. HOU:  26.5.

21          MR. SOUTHARD:  Group C has bid

22     26.5.

23          MR. CHAUHAN:  Pass.

24          MR. SOUTHARD:  Group D has

25     passed now for the second time in a

Page 33

1              Dowling College Auction

2         row and is out of bid.

3              MR. ROSEMAN:  Pass.

4              MR. SOUTHARD:  Group A has

5         likewise passed.  So the current high

6         bid is that of $26.5 million by Group

7         C.

8              Both Groups D and A have

9         passed.  You have one last

10        opportunity for a higher bid.  Group

11        D.

12             MR. CHAUHAN:  Pass.

13             MR. SOUTHARD:  Group D passes.

14        Group A.

15             MR. ROSEMAN:  Pass.

16             MR. SOUTHARD:  At this time, we

17        have closed the bidding and the

18        Dowling College representatives, with

19        their professionals and the Creditors

20        and their professionals, will meet

21        privately and confer on the bidding.

22             But for the record, the current

23        high bid is by Group C, for

24        $26.5 million.  The second highest

25        bid, by Group A, for $26.1 million.

1       Dowling College Auction

2       Thank you.

3              [At this time, a recess was

4       taken at 1:00 p.m. and resumed at

5       3:01 p.m.]

6              MR. SOUTHARD:  We're back on

7       the record at the auction for Dowling

8       College's Oakdale campus.

9              For the record, this is Sean

10      Southard, on behalf of Dowling

11      College.  We have just concluded an

12      extended break off the record, where

13      we have conferred among the various

14      interested parties on the bankruptcy

15      estate side, as well as private

16      discussions with the top three Bidder

17      Groups.

18             Essentially, given the results

19      of the auction today and the bidding,

20      the Debtor parties, as well as some

21      of the Creditor parties, have

22      requested additional information from

23      the Bidder Groups and are awaiting

24      that information, which is expected

25      within one or two days' time,

1         Dowling College Auction

2      depending on the group.  And it's

3      understandable given the place where

4      that information is coming from.

5      There is some overseas communications

6      involved.

7           So at this time, we are not

8      closing the auction, but instead are

9      adjourning the auction, in accordance

10     with the Bid Procedures and the

11     auction rules.  And we will be in

12     close contact with each of the top

13     three Bidder Groups, concerning the

14     information that we requested of

15     them, as well as the status of our

16     deliberations on the estate side.

17          And we will endeavor to

18     ultimately make determinations about

19     the highest and best bids today, as

20     well as the back-up bids, just as

21     soon as we are able and report those

22     results to all the parties.

23          So unless there are any further

24     questions at this time among any of

25     the Bidder Groups, I will consider

1          Dowling College Auction

2        this auction to be adjourned.

3              Thank you very much.

4              (Time noted:  3:05 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 37

1

2                        CERTIFICATION

3

4       I, JENNIFER BRENNAN, a Notary Public

5    for and within the State of New York, do

6    hereby certify:

7       That the within transcript is a true

8    and accurate record of the proceedings.

9       I further certify that I am not

10   related to any of the parties to this

11   action by blood or marriage, and that I

12   am in no way interested in the outcome of

13   this matter.

14      IN WITNESS WHEREOF, I have hereunto

15   set my hand this 4th day of April, 2017.

16                    *Jennifer Brennan*

17

18            JENNIFER BRENNAN

19

20                  *       *       *

21

22

23

24

25

**&**

**&**   2:3

**1**

**10**   12:12 17:19
    20:14
**10.1**   17:21,23
**10.2.**   17:24
**10.3**   18:2
**10.3.**   17:25
**10.4.**   18:4
**10.5**   18:7
**10.5.**   18:5
**10.6.**   18:8
**10.7.**   18:9
**10.8**   18:11
**10.8.**   18:10
**10.9.**   18:13
**100,000**   12:2 16:9
**10036-7203**   2:5
**10th**   15:3
**11**   1:4 3:9,23
    18:14,15
**11.1**   18:17
**11.2.**   18:18
**11.3**   18:21
**11.3.**   18:19
**11.4.**   18:22
**11.5.**   18:23
**11.6**   18:24
**11.7.**   18:25
**11.8**   19:4
**11.8.**   19:2
**111**   3:23
**11:06**   1:15
**11:27**   20:16
**11:41**   20:17
**11:44**   22:25
**11:52**   23:2
**11:55**   25:9

**11:59**   25:10
**12:01**   26:12
**12:11**   26:13
**12:13**   27:17
**12:20**   27:18
**12:24**   30:3
**12:30**   30:4
**12:32**   31:2
**12:42**   31:3
**12:49**   32:13
**12:54**   32:14
**13**   4:18 19:5,6
**13.1.**   19:8
**13.2**   19:9
**13.3.**   19:10
**13.4**   19:13
**13.4.**   19:11
**13.5.**   19:15
**13.6.**   19:16
**13.7**   19:20
**13.7.**   19:17
**14**   19:22,24
**14.5**   20:3
**14.5.**   19:25
**14.6.**   20:4
**14.7**   20:6,22
**14.7.**   20:5
**14.8.**   20:25
**15**   21:2,5,6
**15.1**   21:11
**15.1.**   21:8
**15.5**   21:15
**15.5.**   21:13
**15.6.**   21:16
**15.7**   21:18
**15.7.**   21:17
**15.8**   21:22
**15.8.**   21:20
**16**   3:22
**16-75545**   3:24

**16-75547**   1:5
**16.2**   22:5
**16.2.**   22:3
**16.3.**   22:6
**16.5.**   22:7
**17**   22:11,13,16,23
    23:7
**17.5**   23:12
**17.5.**   23:10
**17th**   2:5
**18**   23:13,15
**18.1**   23:17
**18.1.**   23:16
**18.2.**   23:23
**19**   23:24 24:2,10
**19.1**   24:17
**19.1.**   24:16
**19.2**   24:20
**19.2.**   24:19
**1:00**   34:4

**2**

**20**   24:22,24 25:7
    25:16
**20.1**   25:19
**20.1.**   25:18
**20.2**   25:22
**20.2.**   25:21
**200**   2:4
**2016**   3:22 4:14
**2017**   1:15 37:15
**21**   25:24,25 26:5
    26:18
**21.1**   26:22
**21.1.**   26:21
**21.5**   26:25
**21.5.**   26:24
**21.6**   27:4
**21.6.**   27:3
**21.7**   27:7
**21.7.**   27:6

**22.5**   27:9,23
**22.5.**   27:8
**22.6**   28:3
**22.6.**   28:2
**22.7**   28:6
**22.7.**   28:5
**23**   28:7,8
**23.1**   28:13
**23.1.**   28:12
**23.5**   28:15,17
**23.6.**   28:18,20
**23.7**   28:22
**23.7.**   28:21
**23.8**   29:4,7
**23.8.**   29:3
**24**   29:9,10
**24.1**   29:16
**24.1.**   29:15
**24.5**   29:20 30:7
**24.5.**   29:18
**25**   30:10,12,15
**25.2**   30:16,17
**25.5**   30:20 31:8
**25.5.**   30:19
**25.6.**   31:11,13
**25.7**   31:15
**25.7.**   31:14
**25.8**   31:17,19
**25.8.**   31:16
**26**   31:22,24
**26.1**   32:5,18 33:25
**26.1.**   32:4
**26.5**   33:6,24
**26.5.**   32:20,22
**29th**   4:14

**3**

**3:01**   34:5
**3:05**   36:4

**4**

**4**  1:15
**41st**  2:4
**4th**  37:15

**9**

**9**  16:7
**9,000,000**  11:16
**9.1**  11:24 16:16
**9.1.**  16:14
**9.2**  16:21
**9.2.**  16:20
**9.3.**  16:24
**9.4**  17:3
**9.4.**  17:2
**9.5.**  17:9
**9.6.**  17:11
**9.7**  17:13
**9.7.**  17:12
**9.8**  17:16
**9.8.**  17:15
**9.9.**  17:18
**90**  1:13 3:16 5:22
  7:2

**a**

**a.m.**  1:15 20:16,17
  22:25 23:2 25:9
  25:10
**able**  35:21
**aca**  8:11
**accepted**  7:12
**accurate**  15:19
  37:8
**action**  37:11
**additional**  13:13
  34:22
**adjourned**  36:2
**adjourning**  35:9
**adjournment**  20:9
  20:12 22:19 25:2
  25:4,15 26:7,9

27:24 29:22,23
  30:22,23 32:8,10
**adjournments**
  12:11
**adjustments**  13:9
**ado**  10:11
**advance**  10:15
**agreed**  5:11 7:20
**agreement**  5:20
  6:10,21
**agreements**  15:7
**alter**  13:19
**alumni**  1:8
**amount**  11:24
**announce**  14:15
**announced**  10:3
  16:5
**announcement**  7:9
**appearances**  2:2
**approval**  4:16
  15:2
**approved**  3:25 4:4
  4:8 5:13 7:14
  10:20
**approximately**
  12:12 20:13
**april**  1:15 15:3
  37:15
**aseem**  2:13 8:6
  16:23
**asked**  14:3
**assembled**  3:14
**association**  1:9
**attendance**  4:20
  8:9 14:18
**attendee**  10:8
**attendees**  4:19
  8:17 9:18
**attorneys**  2:4
**auction**  1:18 3:1
  3:15 4:1,4 5:1,8

6:1 7:1,24 8:1,19
  9:1,2,21 10:1,13
  10:15,19 11:1,2
  12:1,13,20 13:1,15
  14:1,15,20,25 15:1
  15:4,13 16:1,3
  17:1 18:1 19:1
  20:1 21:1 22:1
  23:1 24:1 25:1
  26:1 27:1 28:1
  29:1 30:1 31:1
  32:1 33:1 34:1,7
  34:19 35:1,8,9,11
  36:1,2
**authorized**  7:21
  9:5,13,16
**available**  12:18
**avenue**  1:13 3:16
**avoidance**  7:8
  13:11
**awaiting**  34:23

**b**

**b**  1:8,8,9 2:11 8:4
  11:21 16:10,12
  17:8 18:16 19:7
  21:10,24
**back**  6:22 7:5
  14:22 15:9 20:20
  23:3 25:11 26:14
  27:20 30:5 31:4
  32:15 34:6 35:20
**backed**  21:25
**balin**  3:18
**bankruptcy**  1:2
  3:7,10,12,20 5:13
  7:15 34:14
**basis**  4:17
**behalf**  8:13 34:10
**best**  6:22 7:11
  12:25 14:21 16:7
  35:19

**bid**  5:9,21,25 6:14
  6:22,23 7:9,11
  11:15,16,19 13:2,8
  14:5,10,22 16:7,9
  16:11,15 17:3,17
  17:22 18:2,6,15,20
  19:3,6,12,13,14,19
  19:20,23 20:2,6,22
  20:23 21:4,12,12
  21:14,19,23 22:2
  22:12,23 23:6,6,9
  23:11,14,25 24:9
  24:15,18,20,23
  25:6,7,14,15,16,25
  26:17,19,23 27:2
  27:22,22,25 28:8
  28:22 29:7,10,17
  30:6,8,11,18 31:7
  31:9,12,20,23 32:5
  32:16,18,21 33:2,6
  33:10,23,25 35:10
**bidder**  2:10,11,12
  2:13,14 5:3,15,17
  6:2,12 7:17 9:4,20
  10:14 11:3 12:7
  13:6 14:2,3 15:9,9
  20:11 34:16,23
  35:13,25
**bidder's**  7:5
**bidders**  5:5 12:3,9
  12:24 13:25 14:5
  14:9,18
**bidding**  4:2,7,8,9
  4:10,15 5:5,11
  6:17,25 10:21
  11:6,13,20,25 12:6
  13:13,21 14:8,10
  15:25 16:2,4
  23:21 31:21 33:17
  33:21 34:19

**bids** 7:23 13:10
28:16,19 29:19
35:19,20
**binding** 7:13
**blood** 37:11
**board** 14:23
**break** 20:13,21
22:21,22 25:5
26:10 27:12,13
29:25 30:24 31:7
32:11,17 34:12
**brennan** 37:4,18
**brief** 25:2 29:22
**building** 4:22
12:19

**c**

**c** 2:6,7,12 8:5
11:21 16:12,19,21
18:7 19:20 20:7
20:23 21:14 22:4
22:10,12 23:6,12
23:14,25 24:10,21
24:23 25:7,15,23
26:2,18 27:2,10,22
28:9,16,23,25 29:8
29:11,19 30:7,15
30:18 31:15,20,23
32:6,9,19,21 33:7
33:23
**c's** 21:12
**campus** 34:8
**captioned** 1:19
**case** 1:5 3:10,23
4:13
**catch** 21:4
**cecom** 1:9
**cell** 9:6
**certain** 3:25 6:16
**certification** 37:2
**certify** 37:6,9

**certilman** 3:18
**chapter** 1:4 3:9,23
**chauhan** 2:13 8:6
16:23,23 17:12,24
18:9,18,25 19:10
19:18 20:8,25
21:16 22:6,14
23:16 24:3,16,25
25:18 26:3 27:3
27:11 28:2,10,18
29:3,12,21 30:10
30:19 31:16,25
32:23 33:12
**checked** 4:21,23
**cheng** 2:12 8:5
**clearly** 15:20
**close** 12:20 13:15
14:8,10,14,24 15:4
35:12
**closed** 33:17
**closing** 5:24 7:3,6
35:8
**code** 3:10
**collectively** 12:23
**college** 1:8,8,9 2:4
3:1,8 4:1 5:1 6:1
7:1 8:1,10 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1,5 24:1
25:1,13 26:1,16
27:1,21 28:1 29:1
30:1 31:1,6 32:1
33:1,18 34:1,11
35:1 36:1
**college's** 34:8
**comes** 12:4
**coming** 35:4

**commence** 15:24
**commencement**
15:12
**comments** 9:16
**committee** 8:14
12:21 13:4,17
14:12
**communicate** 9:19
**communications**
11:5 35:5
**concerning** 35:13
**concluded** 10:4
34:11
**conditions** 5:19
6:17
**conduct** 6:3 10:19
**conducted** 11:13
**confer** 11:9 12:14
12:23 13:6 33:21
**conferred** 34:13
**conferring** 13:3
**confirming** 5:20
**consecutive** 12:8
23:20
**consider** 35:25
**consultation** 13:17
**consummate** 5:17
**contact** 35:12
**corneau** 2:7
**corporation** 8:11
**counsel** 3:7
**couple** 15:14
**court** 1:2 3:20
5:13 7:15 8:21
10:20,24 11:8
14:25 15:16
**courteous** 10:7
**courthouse** 8:19
**creditor** 34:21
**creditors** 8:14
33:19

**current** 19:19
20:23 22:23 25:16
30:8 31:9 32:18
33:5,22
**currently** 11:15
15:3

**d**

**d** 1:8,8,9 2:13 8:6
11:22 16:12 17:13
17:23 19:20 20:11
23:7,17 24:4,11,14
24:18 25:5,17,19
26:2,4,18 27:5,14
27:23 28:4,11,19
29:2,4,7,13,24
30:9,11,20 31:8,17
32:2,24 33:8,11,13
**d's** 20:24
**damages** 6:16
**daniel** 2:11 8:5
16:13 17:19
**dated** 3:22
**day** 4:13 37:15
**days** 5:22 7:2
34:25
**debtor** 1:10 3:8
5:12 7:11 10:18
12:21 13:4,12,16
14:6,12,15 16:5
34:20
**debtor's** 4:12,23
14:23
**december** 3:22
**decline** 14:6
**deemed** 7:12
**deliberation** 14:11
**deliberations**
35:16
**depending** 35:2
**deposit** 6:13,15
7:5

**designate** 11:4
**designated** 5:2
  7:18 8:2 9:14 11:7
**desire** 14:4
**determination**
  7:10 14:16,20
**determinations**
  35:18
**determine** 12:24
  13:13
**determined** 5:4
  6:23 11:18 16:6
**devices** 9:6
**diligence** 6:3,5
**discuss** 12:23
**discussions** 34:16
**disputes** 14:17
**district** 1:3 3:13
  3:21
**docket** 3:22 4:17
**dollars** 11:17
**doubt** 7:8 13:11
**dowling** 1:8,8,8,9
  2:4 3:1,7 4:1 5:1
  6:1 7:1 8:1,10 9:1
  10:1 11:1,10 12:1
  13:1 14:1 15:1,6
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1,5 24:1
  25:1,13 26:1,16
  27:1,21 28:1 29:1
  30:1 31:1,6 32:1
  33:1,18 34:1,7,10
  35:1 36:1
**dowling's** 4:12
**due** 6:3,5

**e**

**e** 2:14 3:11 7:19
  8:6 11:22 16:12
  16:25 17:14 18:12

  18:21 19:14,24
  21:7,19 23:8,19
**earlier** 5:22 7:2
  15:15
**east** 1:14 3:16
**eastern** 1:3 3:13
  3:21
**either** 9:20 24:14
**endeavor** 35:17
**enhancements**
  13:9
**ensure** 15:19
**entered** 4:11
**entirety** 10:23
**entry** 4:15 5:23
  7:3
**esq** 2:6,7
**essentially** 34:18
**established** 5:12
**estate** 34:15 35:16
**event** 12:16
**excluded** 9:8
**exercised** 21:24
**expected** 34:24
**expressly** 6:9
**extended** 34:12

**f**

**f** 1:8,8,9
**filed** 4:12
**final** 5:23
**finalize** 15:6
**financial** 8:11
**firm** 3:5,18
**first** 4:13 10:18
  15:24 16:11 17:7
**five** 5:3 6:14
**floor** 2:5
**follow** 4:3
**followed** 16:11
**following** 5:22 7:2
  14:24

**forfeiture** 6:15
**formal** 7:23 8:19
  10:25 11:4 13:15
  15:13
**forth** 5:19 6:17,20
  13:20
**further** 6:4 9:3,18
  10:5,11 13:9,16
  14:11 25:3 35:23
  37:9

**g**

**general** 8:15 10:12
**generally** 10:13
**given** 34:18 35:3
**go** 8:16 22:22
  27:14
**good** 3:2
**greater** 12:11
**grossman** 3:12
**group** 2:10,11,12
  2:13,14 5:10 7:16
  7:17,20,22 8:4,4,5
  8:6,6 11:3,17,21
  12:7 16:6,10,12,12
  16:19,21,25 17:4,7
  17:8,13,14,17,23
  18:3,7,12,16,21
  19:4,7,14,14,20,20
  19:24 20:3,7,11,23
  20:24 21:7,10,12
  21:12,14,19,23,24
  22:4,9,10,12,17,20
  23:6,7,8,9,11,12
  23:14,17,19,22,25
  24:4,7,10,11,11,14
  24:15,18,21,21,23
  25:5,7,15,17,19,20
  25:23 26:2,2,4,5,8
  26:17,18,19,23
  27:2,5,7,10,14,22
  27:23 28:4,6,9,11

  28:14,16,19,23,23
  28:25 29:2,4,6,7,8
  29:11,13,14,17,19
  29:24 30:7,9,11,14
  30:15,18,20 31:8,9
  31:12,15,17,20,20
  31:23 32:2,3,3,6,6
  32:9,17,19,21,24
  33:4,6,10,13,14,23
  33:25 35:2
**group's** 7:21
**groups** 5:3 8:3
  9:20 10:14 13:7
  16:2 33:8 34:17
  34:23 35:13,25
**guarantee** 8:11

**h**

**halt** 9:11
**hand** 37:15
**hearing** 15:2
**held** 3:16 7:6
**hereunto** 37:14
**high** 24:9 25:6
  33:5,23
**higher** 14:5 24:15
  33:10
**highest** 6:22 7:10
  11:15 12:25 13:8
  14:2,21 16:7,9
  33:24 35:19
**honor** 10:7
**honorable** 3:11
**hou** 2:12 8:5 16:20
  17:11,21 18:8,17
  19:9,17 20:5
  21:13 22:3,11
  23:13,24 24:22
  25:24 26:24 27:8
  28:7,15,24 29:9,18
  30:16 31:14,22
  32:7,20

| **i** |
| --- |

**identify** 15:18
**immediately** 15:7
**improved** 14:9
**inadvertently** 13:23
**includes** 8:24
**including** 14:20
**incorporated** 10:22
**increments** 11:25
**independent** 6:6
**independently** 12:22
**indicate** 14:6
**information** 34:22 34:24 35:4,14
**informed** 16:3
**initial** 11:23
**institute** 1:8
**intend** 4:3 15:23
**intention** 15:5
**interested** 34:14 37:12
**interview** 10:10
**investigation** 6:7
**invitation** 3:17
**involved** 35:6
**irrevocable** 5:16 5:21 6:24

| **j** |
| --- |

**javaid** 2:14 8:7 17:2,5,15,25 18:10 18:19 19:2,11,22 21:2,5,17 22:7,15 23:18
**jennifer** 37:4,18
**jereller** 3:5
**joseph** 2:7

| **judge** 3:12 |
| --- |
| **jureller** 2:3 |

| **k** |
| --- |

**k** 1:9
**kabir** 2:14 8:7 17:2
**kind** 8:24,25
**klestadt** 2:3 3:5

| **l** |
| --- |

**labeled** 7:19
**law** 3:5,18
**leave** 9:12
**letters** 7:19
**likewise** 33:5
**liquidated** 6:16
**llp** 2:3
**located** 4:24

| **m** |
| --- |

**manner** 11:14
**marriage** 37:11
**matter** 37:13
**matthew** 2:10 8:4 17:5
**meadow** 1:14 3:17
**means** 5:14
**meet** 33:20
**members** 9:24
**mentioned** 15:15
**merrick** 1:13 3:16
**million** 11:24 16:7 16:16 17:4,16,20 17:21,23 18:3,7,11 18:14,16,17,21,24 19:4,5,6,9,13,22 19:24 20:3,7,22 21:5,6,11,15,18,22 22:5,13,16,23 23:7 23:12,13,15,24 24:2,10,17,22,24 25:7,16,22,24,25

26:18,22,25 27:4,9 27:23 28:3,7,8,13 28:15,17 29:7,9,10 29:16,20 30:7,10 30:12,15,16,17 31:8,22,24 32:18 33:6,24,25
**minutes** 12:12 20:10,14
**missed** 14:18
**modified** 5:19 6:10
**modify** 13:19
**momentarily** 15:11
**morning** 3:2,15 4:20,21 6:12 7:16 8:8,18,20 10:16 11:19
**motion** 4:12

| **n** |
| --- |

**name** 3:3
**new** 1:3,14 2:5,5 3:13,17,21 37:5
**nonparticipant** 8:17 9:18
**notary** 37:4
**note** 13:22
**noted** 36:4
**notice** 4:5
**november** 4:14
**number** 3:23,24 4:18

| **o** |
| --- |

**oakdale** 34:8
**offer** 5:16 6:4 7:13
**offers** 5:17
**official** 8:13 11:6
**okay** 23:3 27:19

| **open** 6:24 13:13 |
| --- |

**opportunity** 5:7 6:2 12:10 16:10 24:14 27:25 30:8 31:9,21 32:3,19 33:10
**oral** 6:8
**order** 3:19,24 4:7 4:7,10,16 5:23 7:3 7:14 11:20 12:13
**outcome** 37:12
**outside** 4:25
**overall** 4:17
**overbid** 11:23
**overseas** 35:5

| **p** |
| --- |

**p.m.** 26:12,13 27:17,18 30:3,4 31:2,3 32:13,14 34:4,5 36:4
**packages** 5:9
**participant** 10:2
**participants** 9:4 9:14 10:12 15:23
**participate** 5:7 12:5
**participating** 5:10
**particularly** 9:8
**parties** 9:12,15 10:6 11:9 12:22 13:4,5,18 14:13,16 34:14,20,21 35:22 37:10
**partner** 3:4
**parts** 12:18
**party** 8:25
**pass** 12:4,7 17:6,8 19:18,21 21:9,21 21:25 22:8,14,15 23:18 24:3,6,11 26:3 28:10,24

29:5,12 30:13
31:18,25 32:23
33:3,12,15
**passed** 21:11
22:10 23:8,8,20
24:5,8 26:5,19
28:11 29:14 30:15
31:20 32:2,25
33:5,9
**passes** 14:2 28:25
29:6 33:13
**pending** 3:10 7:6
**percent** 6:14
**permitted** 8:24 9:9
9:19 13:21
**person** 7:21 15:21
**phones** 9:7,7
**photography** 8:25
9:6
**place** 11:7 35:3
**please** 9:25 15:17
15:19 22:19 30:22
**point** 13:14 15:10
16:8
**portion** 11:2
**possession** 3:9
**possible** 13:12
15:8
**prepared** 14:7
**presence** 11:8
**present** 8:8 9:24
10:6,25
**presented** 14:22
**press** 9:24
**prior** 6:3 9:20
13:14 15:12 16:3
**private** 12:16
34:15
**privately** 33:21
**procedures** 4:2,7,8
4:9,10,15 5:6,12

6:18,25 10:21
13:21 16:5 35:10
**proceed** 11:21
**proceeding** 1:19
8:20 9:9
**proceedings** 7:24
9:2,11,21 10:3
11:2 12:13 37:8
**professionals**
33:19,20
**promptly** 7:7
14:23
**provided** 5:2,15
6:9,13 10:14 12:6
**provision** 13:24
**public** 37:4
**purchase** 5:20,24
6:10,20 15:7
**purpose** 12:17
**pursuant** 3:19 5:5
6:24

**q**

**qualified** 5:4 9:3
**questioned** 10:9
**questioning** 9:25
**questions** 15:22
35:24

**r**

**read** 10:16
**reasonable** 12:10
**recess** 20:15 22:24
25:8 26:11 27:16
30:2,25 32:12
34:3
**record** 3:3 7:24
9:17 10:17 11:5,9
11:12 15:18,19
20:19,20 22:22
23:4 25:12 26:15
27:15,20 30:6

31:5 32:16 33:22
34:7,9,12 37:8
**recorded** 8:21
**recording** 8:22
**recordings** 8:23
**refer** 4:6
**reference** 10:22
**refrain** 9:25
**reg** 1:5
**regard** 4:19
**related** 4:4 14:17
37:10
**relation** 13:7
**relay** 6:7
**relied** 6:5
**remain** 5:21
**reminders** 15:14
**report** 35:21
**reporter** 8:21 11:8
15:17
**representation** 6:8
**representative**
7:22 10:2
**representatives**
4:24 8:2,9,10 9:5
9:15 10:18 11:10
11:11 33:18
**request** 9:23 12:10
24:25 32:7
**requested** 9:12
20:12 22:21 25:4
26:9 27:14,23
29:24 30:24 32:10
34:22 35:14
**require** 6:4
**requires** 12:16
**reserves** 13:18
**respectful** 10:7
**responds** 14:9
**response** 4:11

**result** 9:10
**results** 14:19
34:18 35:22
**resumed** 20:16
22:25 25:9 26:12
27:17 30:3 31:2
32:13 34:4
**returned** 7:7
**review** 6:6
**right** 12:4 13:18
**robert** 3:11
**robin** 11:14
**rokach** 2:11 8:5
16:13,17 17:9
17:19,19 18:5,14
18:23 19:8,16
20:4 21:9,21
**room** 4:25 11:7
12:17
**roseman** 8:4 17:5
17:5,18 18:4,13,22
18:24 19:5,15,25
21:8,20 22:8,18
23:10,23 24:6,19
25:21 26:6,21
27:6 28:5,12,21
29:5,15 30:13,21
31:11,18 32:4
33:3,15
**rosen** 2:10
**round** 11:14 12:6
14:3 15:24 23:21
**rounds** 12:8
**row** 33:2
**rules** 8:15 10:12
10:13 13:19 35:11

**s**

**sale** 4:16 5:18,23
6:19 7:3,4 15:2
**scheduled** 4:3 15:3

**sean**  2:6 3:3 20:18
   23:4 25:12 26:15
   27:20 31:5 34:9
**seated**  7:17,18
**seating**  5:2
**second**  21:25
   23:20 22:25 33:24
**secured**  12:22
   13:5,18 14:12
**security**  4:22
**separately**  13:5
**serve**  3:6
**set**  5:19 6:17,20
   13:19 37:15
**short**  20:21 25:5
   26:10 27:12,13
   29:25 32:11
**side**  34:15 35:16
**signature**  37:17
**signed**  5:16
**skipped**  13:23
**slowly**  15:20
**smart**  9:7
**solely**  6:5
**soon**  15:8 35:21
**sorry**  21:3
**sought**  4:14
**southard**  2:3,6 3:2
   3:4,6 16:15,18,21
   16:25 17:3,7,10,13
   17:16,22 18:2,6,11
   18:15,20 19:3,6,12
   19:19,23 20:2,6,11
   20:18,19 21:3,6,10
   21:14,18,22 22:4,9
   22:12,16,20 23:3,4
   23:11,14,17,19,25
   24:4,7,17,20,23
   25:3,11,13,19,22
   25:25 26:4,8,14,15
   26:22,25 27:4,7,9

27:13,19,20 28:3,6
   28:8,11,13,16,19
   28:22,25 29:4,6,10
   29:13,16,19,23
   30:5,11,14,17,20
   30:23 31:4,5,12,15
   31:17,19,23 32:2,5
   32:9,15,21,24 33:4
   33:13,16 34:6,10
**speak**  7:22 15:20
   15:21
**speaking**  15:17
**spokesperson**  11:4
**start**  15:10
**starting**  11:16,19
**state**  37:5
**statements**  9:17
**states**  1:2 3:20
   5:25 8:12
**stating**  5:16
**status**  35:15
**stenographer**
   10:24
**stevens**  2:3 3:6
**street**  2:4
**subject**  5:11 6:15
   14:10
**submit**  14:4 24:15
**submitted**  6:11
   12:25
**submitting**  5:9
**successful**  5:24

**t**

**table**  4:24 7:18
**tablets**  9:6
**take**  11:6 20:9
   22:21 25:5 26:10
   27:12 29:24 30:24
   32:10
**taken**  19:21 20:16
   22:25 25:9 26:12

27:17 30:3 31:2
   32:13 34:4
**terms**  5:18 15:6
**thank**  16:18,22
   17:10 34:2 36:3
**things**  3:25 5:14
**three**  34:16 35:13
**time**  13:24 14:4,7
   15:21 16:8 20:15
   22:24 24:9 25:8
   26:11 27:16 30:2
   30:25 32:12,25
   33:16 34:3,25
   35:7,24 36:4
**today**  4:3,6 5:8,10
   6:21 7:25 9:22,24
   10:6 15:5 34:19
   35:19
**top**  34:16 35:12
**transaction**  5:18
**transcribe**  10:25
**transcribed**  15:16
**transcript**  37:7
**true**  37:7
**trustee**  8:12
**trustees**  14:24
**turn**  12:4
**two**  12:7 34:25

**u**

**u.s.**  3:9 11:17
**ultimately**  35:18
**unauthorized**  9:10
**understand**  8:3
**understandable**
   35:3
**underway**  15:11
**united**  1:2 3:20
   8:12
**unsecured**  8:14
**use**  9:5,10

**v**

**various**  34:13
**view**  7:11 13:2

**w**

**way**  37:12
**west**  2:4
**whereof**  37:14
**winning**  15:8
**winters**  2:3 3:5
**wish**  10:9
**wishes**  10:8
**witness**  37:14
**written**  5:15 6:8

**x**

**x**  1:6,11

**y**

**york**  1:3,14 2:5,5
   3:13,17,21 37:5
**yu**  2:12 8:5