## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : CHAPTER 11 |
| | : |
| DOWLING COLLEGE, | : CASE NO. 8-16-75545-reg |
| | : |
| Debtor | : Judge Rober E. Grossman |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
### PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that pursuant to section 1109(b) of title 11, United States Code,

section 101 *et seq.*, and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure,

the undersigned hereby appears as counsel to party in interest, KPMG LLP and requests service of all

notices and documents herein upon:

Euripides D. Dalmanieras, Esq.
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2600
EDalmani@foleyhoag.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the

Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the

Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any

applications, motions, petitions, complaints, demands, disclosure statements, or plans of

reorganization transmitted or conveyed by mail delivery, ECF, telephone, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (this "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to a trial by jury in any proceeding related to this Chapter 11 case or any case, controversy, or proceeding related to this Chapter 11 case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted,

Euripides D. Dalmanieras
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2600
617-832-1000
EDalmani@foleyhoag.com
*Counsel to KPMG, LLP*

Dated:  April 4, 2017

## CERTIFICATE OF SERVICE

I, Euripides D. Dalmanieras, one of the attorneys for KPMG LLP, hereby certify that on this 4th day of April, 2017, a true copy of the above document was served by U.S. Mail, first class postage prepaid, upon Debtor's Counsel, Counsel for the Official Committee of Unsecured Creditors, the Office of the United States Trustee and all parties who have filed a Notice of Appearance.

Euripides D. Dalmanieras