**Exhibit A**

**Dowling College**
**Proposed Interim DIP Budget Extension**

| | Undrawn Availability Through Week 20 | Interim Budget Proposal | | | | | |
|---|---|---|---|---|---|---|---|
| Week #: | | 21 | 22 | 23 | 24 | 25 | 26 |
| Period Ending Friday: | | 4/21/2017 | 4/28/2017 | 5/5/2017 | 5/12/2017 | 5/19/2017 | 5/26/2017 |
| **Administrative Overhead / Term Loan D** | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | 110,946 | 23,000 | - | 23,000 | - | 23,000 | - |
| General Insurance | 111,185 | - | 35,058 | - | - | - | 35,058 |
| Professionals (2) | | | | | | | |
| Klestadt | 32,583 | - | - | 68,000 | - | - | 120,000 |
| Ingerman Smith, L.L.P. | 64,000 | - | - | 32,000 | - | - | - |
| Special Counsel - ERISA - TBD | 20,000 | - | - | - | - | - | - |
| RSR Consulting, LLC | 100,001 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Chapter 11 Creditors Committee | - | - | - | 52,000 | - | - | - |
| Student Refunds / Records Scanning | - | - | - | - | - | - | - |
| Health, Medical, Unemployment Claims & Related | - | - | - | - | - | - | - |
| Claims Agent | - | 18,000 | - | - | - | 20,000 | - |
| Administrative | 1,500 | - | - | - | - | - | - |
| Adequate Assurance | - | - | - | - | - | - | - |
| U.S. Trustee Fees | - | - | - | - | - | - | - |
| All Other Professional Fees | 25,000 | - | - | - | 15,000 | - | - |
| DIP Interest and Fees | 1,800 | - | - | - | - | - | 4,502 |
| Other | 5,515 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 |
| **Total Administrtive Overhead / Term Loan D** | **472,530** | **69,750** | **63,808** | **203,750** | **43,750** | **71,750** | **188,310** |
| *2006 Bond Series - 68.0%* | *321,320* | *47,430* | *43,389* | *138,550* | *29,750* | *48,790* | *128,051* |
| *2002 Bond Series - 18.2%* | *86,000* | *12,695* | *11,613* | *37,083* | *7,963* | *13,059* | *34,272* |
| *2015 Bond Series - 13.8%* | *65,209* | *9,626* | *8,806* | *28,118* | *6,038* | *9,902* | *25,987* |
| | | | | | | | |
| **Collateral Preservation** | | | | | | | |
| **Series 2006 Bonds / Term Loan A** | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | 15,735 | - | - | - | - | - | - |
| General Insurance | - | - | - | - | - | - | - |
| Utilities | 158,770 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 |
| Security Personnel | 146,260 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 | 15,500 |
| Property Management | - | - | - | - | - | - | - |
| Other Outside Services | 47,678 | | | | 23,306 | | |
| Facility Maintenance | 4,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Real Estate Taxes | - | - | - | - | - | - | - |
| Landscaping / Snow Removal | 12,126 | 1,200 | 640 | 640 | 640 | 640 | 640 |
| Sales Broker - Marketing | 97,926 | - | - | - | - | - | - |
| Brookhaven Site Planning | - | - | - | - | - | - | 53,600 |
| DIP Interest and Fees | 1,755 | - | - | - | - | - | 4,387 |
| Other | 15,172 | 3,320 | 3,320 | 3,320 | 3,320 | 3,320 | 3,320 |
| **Total Series 2006 Bonds / Term Loan A** | **499,422** | **33,520** | **32,960** | **32,960** | **56,266** | **32,960** | **90,947** |
| | | | | | | | |
| **Series 2002 Bonds / Term Loan B** | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | - | - | - | - | - | - | - |
| General Insurance | - | - | - | - | - | - | - |
| Utilities | 15,942 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Security Personnel | 12,881 | 1,872 | 1,872 | 1,872 | 1,872 | 1,872 | 1,872 |
| Property Management | - | - | - | - | - | - | - |
| Other Outside Services | 6,444 | - | - | - | 14,000 | - | - |
| Facility Maintenance | (1,492) | 500 | 500 | 500 | 500 | 500 | 500 |
| Real Estate Taxes | - | - | - | - | - | - | - |
| Landscaping / Snow Removal | 1,350 | 300 | 160 | 160 | 160 | 160 | 160 |
| Sales Broker - Marketing | - | - | - | - | - | - | - |
| Brookhaven Site Planning | - | - | - | - | - | - | 13,400 |
| DIP Interest and Fees | 252 | - | - | - | - | - | 629 |
| Other | (2,789) | 346 | 346 | 346 | 346 | 346 | 346 |
| **Total Series 2002 Bonds / Term Loan B** | **32,587** | **5,018** | **4,878** | **4,878** | **18,878** | **4,878** | **18,907** |
| | | | | | | | |
| **Series 2015 Bonds / Term Loan C** | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | - | - | - | - | - | - | - |
| General Insurance | - | - | - | - | - | - | - |
| Utilities | 1,990 | 450 | 450 | 450 | 450 | 450 | 450 |
| Security Personnel | - | - | - | - | - | - | - |
| Property Management | - | - | - | - | - | - | - |
| Other Outside Services | - | 500 | 500 | 500 | 500 | 500 | 500 |
| Facility Maintenance | 1,300 | - | 500 | - | 500 | - | 500 |
| Real Estate Taxes | - | - | - | - | - | 67,507 | - |
| Landscaping / Snow Removal | 900 | - | - | - | - | - | - |
| Sales Broker - Marketing | - | - | - | - | - | - | - |
| Brookhaven Site Planning | - | - | - | - | - | - | - |
| DIP Interest and Fees | - | - | - | - | - | - | 482 |
| Other | - | 750 | 750 | 750 | 750 | 750 | 750 |
| **Total Series 2015 Bonds / Term Loan C** | **4,190** | **1,700** | **2,200** | **1,700** | **2,200** | **69,207** | **2,682** |
| **TOTAL Cash Disbursements** | **1,008,729** | **109,989** | **103,847** | **243,289** | **121,094** | **178,796** | **300,847** |