**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re : Chapter 11
:
**DOWLING COLLEGE,**[1] : Case No. 16-75545 (**REG**)
:
**Debtor.** :
:
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF **NEW YORK**   )
                       ) ss
COUNTY OF **NASSAU**    )

I, Gea Somma, being duly sworn, depose and state:

1. I am an Assistant Director with the Garden City Group, LLC, the claims and noticing agent for the debtor and debtor-in-possession (the "Debtor") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On April 19, 2017, I caused a true and correct copy of the Form 2100B Notice to be served upon the respective parties identified on **Exhibit A** by first class mail.

/s/ Gea Somma
Gea Somma

Sworn to before me this 20th day of
April, 2017

/s/ Susan Persichilli
Susan Persichilli
Notary Public, State of New York
Qualified in Nassau County
Lic. #01PE4778218
Commission Expires March 19, 2018

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078). The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

# EXHIBIT A

| Docket # | Transferor | Transferee |
|---|---|---|
| 294 | Port Jefferson Sporting<br>1395 Rte 112<br>Port Jefferson Station, NY 11776 | Port Jefferson Sporting<br>c/o Argo Partners<br>12 W 37 St<br>9th Floor<br>New York, NY 10018 |