# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: smarcus | Date Created: 4/25/2017 |
| Case: 8−16−75545−reg | Form ID: 295 | Total: 13 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Adam T Berkowitz | aberkowitz@garfunkelwild.com |
| aty | Howard B Kleinberg | hkleinberg@MSEK.com |
| aty | Joseph Charles Corneau | jcorneau@klestadt.com |
| aty | Lauren Catherine Kiss | lkiss@klestadt.com |
| aty | Richard J McCord | rmccord@certilmanbalin.com |
| aty | Ronald J Friedman | efilings@spallp.com |
| aty | Sean C Southard | ssouthard@klestadt.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Dowling College         150 Idle Hour Blvd.         Oakdale, NY 11769
aty         Klestadt Winters Jureller Southard & Stevens, LLP         200 West 41st Street         17th Floor         New York, NY 10036−7203
            Ian Hammel         Mintz Levin Cohn Ferris         Glovsky & Popeo PC         One Financial Center         Boston, MA 02111
            Chengyu Hou         Liu, Zheng, Chen & Hoffman LLP         358 5th Ave, Room 1003         New York, NY 10001
            Sean C. Southard         Klestadt Winters Jureller         Southard & Stevens, LLP         200 West 41st Street, 17th Floor         New York, NY 10036
            Stan Yang         Office of the US Trustee         560 Federal Plaza         Central Islip, NY 11722

TOTAL: 6