| | |
|---|---|
| **KLESTADT WINTERS JURELLER** | **Hearing Date: April 26, 2017** |
| **SOUTHARD & STEVENS, LLP** | **Hearing Time: 1:30 p.m.** |

200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                            :    Chapter 11
                                                 :
DOWLING COLLEGE,                                 :
f/d/b/a DOWLING INSTITUTE,                       :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                   :
ASSOCIATION,                                     :
f/d/b/a CECOM,                                   :
a/k/a DOWLING COLLEGE, INC.,                     :
                                                 :
                        Debtor.                  :
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION PURSUANT TO SECTIONS 105(a) AND 363(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 FOR AN ORDER AUTHORIZING THE DEBTOR TO ENTER INTO AND PERFORM UNDER PLAN SUPPORT AGREEMENT

**PLEASE TAKE NOTICE** that Dowling College (the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case, by and through its counsel, Klestadt Winters Jureller Southard & Stevens, LLP, hereby withdraws for consideration the *Debtor's Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Authorizing the Debtor to Enter Into and Perform Under Plan Support Agreement* [DE 22].

Dated: New York, New York
       April 25, 2017

                            **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
      Sean C. Southard
      Lauren C. Kiss
      200 West 41st Street., 17th Floor
      New York, New York 10036
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: ssouthard@klestadt.com
             lkiss@klestadt.com

*Counsel to the Debtor and
  Debtor-in-Possession*