# Exhibit A

## CATEGORY LIST

### In re: Dowling College
### Chapter 11 – Case No. 16-75545 (REG)

|  | CATEGORY | TOTAL HOURS | AMOUNT CHARGED | AVERAGE HOURLY RATE |
|---|---|---|---|---|
| 1. | Asset Analysis | 55.10 | $31,073.50 | $563.95 |
| 2. | Asset Sale | 55.50 | $29,009.50 | $522.69 |
| 3. | Case Administration | 92.30 | $48,552.50 | $526.03 |
| 4. | Claims Administration | 18.80 | $10,783.50 | $573.59 |
| 5. | Claims Objection | 9.00 | $5,625.00 | $625.00 |
| 6. | Creditors Meeting | 35.40 | $17,419.00 | $492.06 |
| 7. | Fee Application | 8.70 | $598.00 | $68.74 |
| 8. | Financing | 74.00 | $38,974.50 | $526.68 |
| 9. | Litigation | 23.60 | $13,682.00 | $579.75 |
| 10. | Plan/Disclosure | 2.50 | $1,254.50 | $501.80 |
| 11. | Retention Order | 21.20 | $9,020.50 | $425.50 |
|  |  |  |  |  |
|  | **Totals:** | **396.10** | **$205,992.50** |  |
|  | **Blended Hourly Rate:** |  |  | **$520.05** |