# Exhibit B

**In re: Dowling College**
**Chapter 11 – Case No. 16-75545 (REG)**

**PROFESSIONALS LIST**
**December 12, 2016 through and including March 31, 2017**

| PARTNERS | NEW YORK BAR ADMISSION YEAR | HOURS | RATE | AMOUNT | BLENDED RATE |
|---|---|---|---|---|---|
| Anthony C. Acampora | 1984 | 77.30 | $625.00 | $48,312.50 | |
| Ronald J. Friedman | 1997 | 62.40 | $585.00 | $36,504.00 | |
| Gerard R. Luckman | 1994 | 86.00 | $585.00 | $50,310.00 | |
| Kenneth P. Silverman | 1981 | 0.50<br>52.70 | $0.00<br>$695.00 | $0.00<br>$36,626.50 | |
| Patricia M. Colgan | 1986 | 0.30 | $425.00 | $127.50 | |
| | | 279.20 | | $171,880.20 | $615.61 |
| **COUNSEL** | | | | | |
| Jack B. Friedman | 1970 | 0.80 | $495.00 | $396.00 | |
| | | 0.80 | | $396.00 | $495.00 |
| **ASSOCIATES** | | | | | |
| Janet F. Brunell | 1988 | 5.50 | $300.00 | $1,650.00 | |
| Brian Powers | 2013 | 43.50<br>65.40 | $300.00<br>$325.00 | $12,630.00<br>$19,110.00 | |
| | | 114.40 | | $31,905.00 | $278.89 |
| **PARALEGALS** | | | | | |
| Lynne M. Manzolillo | | 1.20 | $210.00 | $252.00 | |
| | | 1.20 | | $252.00 | $210.00 |
| **LEGAL ASSISTANT** | | | | | |
| Melissa Cohen | | 0.10<br>0.20 | $140.00<br>$150.00 | $14.00<br>$30.00 | |
| Sheree B. King | | 0.20 | $150.00 | $30.00 | |
| | | 0.50 | | $74.00 | $148.00 |
| **TOTAL** | | 396.10 | | $205,992.50 | |
| **BLENDED HOURLY RATE:** | | | $520.05 | | |