# Exhibit C

**In re: Dowling College**
**Chapter 11 – Case No. 16-75545 (REG)**

**DISBURSEMENT SUMMARY**

**December 12, 2016 through and including March 31, 2017**

| | |
|---|---|
| Pacer | $25.40 |
| Postage | $217.85 |
| **TOTAL** | **$242.35** |

BPOWERS/2059023.1/066648