**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                          :        Chapter 11
                                                               :
DOWLING COLLEGE,                                               :
f/d/b/a DOWLING INSTITUTE,                                     :        Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                                 :
ASSOCIATION,                                                   :
f/d/b/a CECOM,                                                 :
a/k/a DOWLING COLLEGE, INC.,                                   :
                                        Debtor.                :
-----------------------------------------------------------------x

**SUMMARY SHEET PURSUANT TO UNITED STATES TRUSTEE**
**GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FILED UNDER 11 U.S.C. § 330 FOR**
**THE FIRST INTERIM FEE APPLICATION OF KLESTADT WINTERS**
**JURELLER SOUTHARD & STEVENS, LLP, GENERAL BANKRUPTCY**
**COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION**

| | |
|---|---|
| Name of Applicant: | Klestadt Winters Jureller Southard & Stevens, LLP |
| | |
| Compensation Period: | November 29, 2016 through March 31, 2017 |
| | |
| Role in This Case: | Counsel to the Debtor and Debtor in Possession |
| | |
| Current Application: | |
| | |
| Total Fees Requested in the Fee Statements: | $524,093.75 |

| | |
|---|---|
| Total Fees Requested for the Compensation Period: | $522,896.25[1] |
| Total Expenses Requested for the Compensation Period: | $9,239.82 |
| Total Sought: | $532,136.07 |
| | |
| Petition Date: | November 29, 2016 |
| | |
| Retention Date: | November 29, 2016 |
| | |
| Date of Order Approving Employment: | January 5, 2017 |
| | |
| Blended Rate in this Application for All Attorneys: | $465.48 |
| | |
| Blended Rate in this Application for All Timekeepers: | $463.68 |
| | |
| Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed: | $233,955.20 |
| | |
| Expenses Sought in this Application Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed: | $4,302.16 |
| | |
| Number of Professionals Included in this Application: | 9 |
| | |
| Difference Between Fees Budgeted and Compensation Sought for this Period: | See Summary of Services Rendered |
| | |
| Number of Professionals Billing Fewer than 15 Hours to the Case During this Period: | 2 Paralegals |
| | |
| Are any rates higher than those approved or disclosed at retention? | No. |

This is an:  _X_ interim   ___ final application.

---

[1] Upon further review of KWJS&S's time entries, KWJS&S has determined to voluntarily write off nine (9) time entries totaling $1,197.50 for time related to preparing, reviewing, or revising the Fee Statements (defined herein). As such, KWJS&S's total fees requested for the First Interim Compensation Period reflect a commensurate reduction as compared to the total amounts invoiced by KWJS&S on account of the First Interim Compensation Period.

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                 :    Chapter 11
                                                      :
DOWLING COLLEGE,                                      :
f/d/b/a DOWLING INSTITUTE,                            :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                        :
ASSOCIATION,                                          :
f/d/b/a CECOM,                                        :
a/k/a DOWLING COLLEGE, INC.,                          :
                                        Debtor.       :
------------------------------------------------------------------x

**APPLICATION OF KLESTADT WINTERS JURELLER SOUTHARD &**
**STEVENS, LLP, GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR**
**AND DEBTOR IN POSSESSION, FOR A FIRST INTERIM ALLOWANCE**
**OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**
**THE PERIOD OF NOVEMBER 29, 2016 THROUGH MARCH 31, 2017**

**TO THE HONORABLE ROBERT E. GROSSMAN,**
**UNITED STATES BANKRUPTCY JUDGE**:

Klestadt Winters Jureller Southard & Stevens, LLP ("KWJS&S"), as general bankruptcy

counsel to Dowling College, (the "Debtor"), debtor and debtor-in-possession in the above-

captioned chapter 11 case (the "Chapter 11 Case"), as and for its application ("Application") for

a first interim allowance of compensation for services rendered and reimbursement of expenses

for the period of November 29, 2016 through March 31, 2017, pursuant to 11 U.S.C. §§ 330(a)

and 331, and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"),

respectfully sets forth and represents as follows:

<b><u>INTRODUCTION</u></b>

1.      This application is respectfully submitted by KWJS&S for a first allowance of

compensation and reimbursement of expenses for all services rendered to the Debtor from

November 29, 2016 through March 31, 2017 (the "<u>First Interim Compensation Period</u>"), as

follows:

| | |
|---|---|
| Total Fees Requested in the Fee Statements for the First Interim Compensation Period: | $524,093.75 |
| Total Fees Requested for the First Interim Compensation Period: | $522,896.25[2] |
| Total Expenses Requested for the First Interim Compensation Period: | <u>$9,239.82</u> |
| **Total Sought:** | **$532,136.07** |

2.      During the First Interim Compensation Period, KWJS&S committed a total of

1,147.40 hours of professional and paraprofessional time, resulting in an average hourly billing

rate of $463.68.  Copies of the detailed attorney time records for the First Interim Compensation

Period are annexed hereto as **Exhibit B** and summaries of the time records broken down by

timekeeper and billing task code are annexed as **Exhibits C** and **D**, respectively.

3.      During the First Interim Compensation Period, KWJS&S advanced $9,239.82 for

expenses for which it seeks reimbursement.  A detailed summary of expenses is annexed hereto

as **Exhibit E**.

4.      Annexed hereto as **Exhibit F** is the certification of Sean C. Southard.

---

[2] Upon further review of KWJS&S's time entries, KWJS&S has determined to voluntarily write off nine (9) time entries totaling $1,197.50 for time related to preparing, reviewing, or revising the Fee Statements (defined herein).

## JURISDICTION

5.    This Court has jurisdiction over this Application by virtue of 28 U.S.C. §§ 157(a) and (b), and 1334(b), and the Administrative Order No. 264 titled "In the Matter of The Referral of Matters to the Bankruptcy Judges" of the United States District Court for the Eastern District of New York (Weinstein, C.J.) dated August 28, 1986.

6.    Venue is proper in this district pursuant to 28 U.S.C. § 1409(a) because this proceeding arises in a case under the Bankruptcy Code pending in this district.

## BACKGROUND

7.    On November 29, 2016 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York (the or this "Court").

8.    On the Petition Date, an application to employ KWJS&S as attorneys for the Debtor was filed (the "KWJS&S Retention Application") [Docket No. 17].  The KWJS&S Retention Application was granted by order of the Court dated January 5, 2017 and the retention was approved *nunc pro tunc* to the Petition Date (the KWJS&S Retention Order") [Docket No. 136].  A copy of the KWJS&S Retention Order is annexed hereto as **Exhibit A**.

9.    On December 21, 2016, the Court entered the *Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [Docket No. 117].

---

As such, KWJS&S's total fees requested for the First Interim Period reflect a commensurate reduction as compared to the total amounts invoiced by KWJS&S on account of the First Interim Period.

10.    In accordance with the Interim Compensation Order, KWJS&S submitted monthly fee statements seeking interim compensation and reimbursement of expenses.  During the First Interim Compensation Period, KWJS&S submitted the following monthly fee statements:

(a) On January 13, 2017, pursuant to the Interim Compensation Order, KWJS&S served its first fee statement for the period from November 29, 2016 through December 31, 2016 (the "First Fee Statement").  The First Fee Statement sought (i) an allowance of $172,390.00 as compensation for services rendered and (ii) the reimbursement of $2,822.05 in expenses.  As of the date hereof, KWJS&S has received a total of $140,734.05, which represents payment for (i) 80% of KWJS&S's fees and (ii) 100% of the expenses incurred pursuant to the First Fee Statement.

(b) On February 14, 2017, pursuant to the Interim Compensation Order, KWJS&S served its second fee statement for the period from January 1, 2017 through January 31, 2017 (the "Second Fee Statement").  The Second Fee Statement sought (i) an allowance of $120,054.00 as compensation for services rendered and (ii) the reimbursement of $1,480.11 in expenses.  As of the date hereof, KWJS&S has received a total of $97,523.31, which represents payment for (i) 80% of KWJS&S's fees and (ii) 100% of the expenses incurred pursuant to the Second Fee Statement.

(c) On March 8, 2017, pursuant to the Interim Compensation Order, KWJS&S served its third fee statement for the period from February 1, 2017 through February 28, 2017 (the "Third Fee Statement").  The Third Fee Statement sought (i) an allowance of $81,923.75 as compensation for services rendered and (ii) the reimbursement of $2,137.68 in expenses.  As of the date hereof, the time for filing objections to the Third Fee Statement has passed and no objections were filed.  As such, KWJS&S expects to receive a total of $67,676.68 shortly, which represents (i) 80% of KWJS&S's fees and (ii) 100% of the expenses incurred pursuant to the Third Fee Statement.

(d) On April 14, 2017, pursuant to the Interim Compensation Order, KWJS&S served its fourth fee statement for the period from March 1, 2017 through March 31, 2017 (the "Fourth Fee Statement" and together with the First Fee Statement, Second Fee Statement and Third Fee Statement, the "Fee Statements").  The Fourth Fee Statement sought (i) an allowance of $149,726.00 as compensation for services rendered and (ii) the reimbursement of $1,082.98 in expenses.  As of the date hereof, the time for filing objections to the Fourth Fee Statement has not passed.

11.     KWJS&S has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these cases.    No promises have been received by KWJS&S as to compensation in connection with this Chapter 11 Case other than in accordance with the provisions of the Bankruptcy Code.

## SUMMARY OF SERVICES RENDERED

12.     In conformity with the United States Trustee Guidelines For Reviewing Applications For Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, dated January 30, 1996 (the "U.S. Trustee Guidelines") and the Unites States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Large Chapter 11 Cases (the "Large Case Guidelines"), KWJS&S has segregated its time entries during the First Interim Compensation Period into the following project categories, which correspond to the major tasks undertaken by KWJS&S during the same period:

| | |
|---|---|
| A. | Asset Analysis and Recovery |
| B. | Asset Disposition – Brookhaven Campus |
| C. | Asset Disposition – Brookhaven Dorms |
| D. | Asset Disposition – General |
| E. | Asset Disposition – Oakdale Campus |
| F. | Asset Disposition – Residential Portfolio |
| G. | Asset Disposition – Restricted Assets |
| H. | Assumption and Rejection of Leases and Contracts |
| I. | Case Administration |
| J. | Claims Administration and Objection |
| K. | Corporate Governance and Board Matters |
| L. | Employment Benefits and Pensions |
| M. | Employment and Fee Application Objections |
| N. | Employment and Fee Application |
| O. | Financing and Cash Collateral |
| P. | Litigation |
| Q. | Litigation – WARN Adversary Proceeding |

> R.    Meeting and Communications with Creditors
> S.    Non-Working Travel
> T.    Plan and Disclosure Statement
> U.    Relief from Stay and Adequate Protection

13.    In this section of the Application, KWJS&S describes, in summary fashion, the services performed during the First Interim Compensation Period by project category.

**A.  <u>Asset Analysis and Recovery</u>**

14.    The "Asset Analysis and Recovery" project category includes time charges by KWJS&S in relation to time spent investigating and evaluating the Debtor's interest in certain insurance policies and the potential disposition of the Debtor's internet protocol numbers (the "<u>IP Addresses</u>") in order to maximize value for the estate.

15.    A total of 6.10 hours amounting to $3,270.00 in fees were incurred by KWJS&S in connection with this project category during the First Interim Compensation Period.  Prior to the Petition Date, KWJS&S's prospective budget for the 13 weeks following the Petition Date was $6,500 and for the 30 weeks following the Petition Date was $11,375.00 for this project category.  As a result, KWJS&S's actual fees incurred in this project category were under the prospective budget.

**B.  <u>Asset Disposition – Brookhaven Campus</u>**

16.    The "Asset Disposition – Brookhaven Campus" project category encompasses activities related to the Debtor's estimated 105 acres of land located at 1300 William Floyd Parkway, Shirley, Town of Brookhaven, New York (the "<u>Brookhaven Campus</u>").  During the First Interim Compensation Period KWJS&S analyzed the title report relative to the Brookhaven Campus, reviewed the initial site plan sketches prepared by the Debtor's engineering and

environmental science consultants and participated in conference calls where the various planning concepts for the Brookhaven Campus were discussed.

17.    A total of 15.10 hours amounting to $7,272.50 in fees were incurred by KWJS&S in connection with this project category during the First Interim Compensation Period.  Prior to the Petition Date, KWJS&S's prospective budget for the 13 weeks following the Petition Date was $8,500 and for the 30 weeks following the Petition Date was $29,750.00 for this project category.  As a result, KWJS&S's actual fees incurred in this project category were under the prospective budget.

### C.  Asset Disposition – Brookhaven Dorms

18.    The "Asset Disposition – Brookhaven Dorms" project category encompasses activities related to the 289-bed dormitory facility located at the Brookhaven Campus (the "Brookhaven Dorm").  The Debtor currently leases the Brookhaven Dorm to the State University of New York at Stony Brook ("SBU"), which lease expires at the end of the 2017 Spring semester.  During the First Interim Period KWJS&S analyzed the lease arrangement with SBU and reviewed and commented on contacts in connection with the lease to ensure that all rules and regulations were followed by the Debtor.

19.    A total of 4.60 hours amounting to $2,542.50 in fees were incurred by KWJS&S in connection with this project category during the First Interim Compensation Period.  Prior to the Petition Date, KWJS&S's prospective budget for the 13 weeks following the Petition Date was $4,250 and for the 30 weeks following the Petition Date was $6,375.00 for this project category.  As a result, KWJS&S's actual fees incurred in this project category were under the budget.

D. **Asset Disposition – General**

20.    The "Asset Disposition – General" project category includes time charges by KWJS&S in relation to assets which do not fall into the Brookhaven Campus, Brookhaven Dorms, Oakdale Campus or Residential Portfolio asset disposition project categories.  During the First Interim Compensation Period KWJS&S worked closely with Hilco IP Services, LLC d/b/a Hilco Streambank ("Hilco Streambank") and the Debtor to establish procedures for the sale of the Debtor's IP Addresses.  KWJS&S prepared a motion seeking approval of the sale procedures and successfully obtained an order from the Court approving the sale procedures.  As a result of KWJS&S's efforts, proceeds from the sale of the IP Addresses will be used to pay down the DIP Note (defined herein), benefitting all parties in interest.

21.    Since the Debtor intends to sell of all of the assets it owns as part of this Chapter 11 Case, the Debtor must return to the proper parties or dispose of certain personal property that remain in Dowling's possession, but which items are properly characterized as non-estate property. KWJS&S, in consultation with the Debtor, the Official Committee of Unsecured Creditors (the "Creditors' Committee"), and the DIP Lenders (defined herein) developed notice procedures whereby the Debtor may begin to dispose of certain of the personal property located at the Oakdale and Brookhaven Campus.  These notice procedures were a necessary step to ensure that closings of the Oakdale and Brookhaven Campus can occur without delay.

22.    A total of 37.30 hours amounting to $17,787.50 in fees were incurred by KWJS&S in connection with this project category during the First Interim Compensation Period. Prior to the Petition, KWJS&S had not included this project category in the prospective budget. This project category was created after the Petition Date because certain assets like the personal

8

property and the IP addresses required disposition and were more appropriately billed under a separate category.

**E. <u>Asset Disposition – Oakdale Campus</u>**

23.    The "Asset Disposition – Oakdale Campus" project category includes time charges by KWJS&S in relation to the sale of the Debtor's 25 acre campus located at 150 Idle Hour Boulevard, Oakdale, New York 11769 (the "<u>Oakdale Campus</u>").  The Debtor is utilizing the Chapter 11 process to effectuate an orderly liquidation of its assets and wind down of its affairs.  KWJS&S has been instrumental in this process, working closely with the Debtor, the Creditors' Committee, the DIP Lenders, the United States Trustee (the "<u>U.S. Trustee</u>") and various other parties-in-interest to resolve numerous issues that have arisen in connection with the sale of the Oakdale Campus.

24.    During the First Interim Compensation Period KWJS&S filed and obtained court approval of a number of significant motions relating to the sale of the Oakdale Campus, including a motion approving bidding procedures for the sale of the Oakdale Campus.  After approval of the bidding procedures, KWJS&S assisted the Debtor in soliciting and evaluating competing bids.  KWJS&S communicated with potential bidders and facilitated the transfer of information between the Debtor and the other potential bidders.  KWJS&S discussed with various parties the potential for being a stalking horse bidder.  KWJS&S, together with the Debtor and the Campus Agents, negotiated and entered into a purchase agreement with Vanderbilt Palace LLC as a potential stalking horse bidder for a purchase price of $8,000,000.00.  Other parties also sought to become potential stalking horse and therefore KWJS&S was required to negotiate with those other parties as well.  The Debtor ultimately received competing

bids higher than the $8,000,000 stalking horse bid and the Court denied the stalking horse application.

25.     The Debtor hosted an auction and KWJS&S led negotiations with the qualified bidders, the Creditors' Committee, the DIP Lenders, the U.S. Trustee, the Campus Agents and the Debtor.   The auction was very successful and resulted in a high bid of $26,500,000, submitted by Princeton Education Center LLC ("Princeton").   KWJS&S's efforts at the auction and the following days led to a sale of the Oakdale Campus for considerably more value than the parties had initially anticipated.

26.     KWJS&S assisted the Debtor with the negotiation and execution of the asset purchase agreement between the Debtor and Princeton.   In addition to the asset purchase agreement, KWJS&S drafted, revised and negotiated numerous other agreements necessary to the sale.   KWJS&S prepared for and attended the sale hearing, at the conclusion of which the Court approved the sale to Princeton.

27.     A total of 202.40 hours amounting to $101,356.50 in fees were incurred by KWJS&S in connection with this project category during the First Interim Compensation Period. Prior to the Petition Date, KWJS&S's prospective budget for the 13 weeks following the Petition Date was $53,125.00 and for the 30 weeks following the Petition Date was $63,750.00 for this project category.   As a result, KWJS&S's actual fees incurred in this project category were over the prospective budget because, among other things, the scope of KWJS&S's role in relation to organizing the sale and auction process expanded from that predicted before the Petition Date. Also, given the active participation and interest of multiple bidders, KWJS&S was caused to expend more resources that originally estimated.

## F. **Asset Disposition – Residential Portfolio**

28.     The "Asset Disposition – Residential Portfolio" project category includes time charges by KWJS&S in relation to the sale of the thirty-two (32) parcels of predominantly residential property and associated personal property owned by Dowling, most of which are improved by single family residences, surrounding the Oakdale Campus (the "Residential Portfolio").  On the Petition Date, KWJS&S filed a motion seeking approval of procedures for the sale of the Residential Portfolio and approving such sales free and clear of liens, claims, encumbrances and other interests.  KWJS&S negotiated the proposed sale procedures with the DIP Lenders and the Creditors' Committee and ultimately obtained Court approval of the sale procedures which provide a streamlined process for the Debtor to market and sell the Residential Portfolio without further Court approval.  Once a contract was fully executed for a parcel of the Residential Portfolio, KWJS&S prepared a sale notice and a certification after the objection deadline passed which then enabled the sale to close.

29.     A total of 114.60 hours amounting to $50,039.50 in fees were incurred by KWJS&S in connection with this project category during the First Interim Compensation Period. Prior to the Petition Date, KWJS&S's prospective budget for the 13 weeks following the Petition Date was $20,000.00 and for the 30 weeks following the Petition Date was $24,000.00 for this project category.  As a result, KWJS&S's actual fees incurred in this project category were over the prospective budget because, among other things, KWJS&S's estimate did not anticipate multiple hearings seeking approval of the relief associated with the Residential Portfolio, nor the full extent of its role in fulfillment of the associated disposition procedures.

### G. **Asset Disposition – Restricted Assets**

30.      The "Asset Disposition – Restricted Assets" project category includes time charges by KWJS&S in relation to assets, including bank accounts that contain restricted funds which must be safeguarded (the "Restricted Funds") or property that is deemed restricted because it was donated to the Debtor subject to donor-imposed restrictions (the "Restricted Assets").  Following the Petition Date, KWJS&S analyzed documentation to determine whether and to what extent any of the Debtor's prepetition bank accounts contain Restricted Funds. KWJS&S conducted extensive research to determine whether the Restricted Funds were property of the Debtor's estate and prepared a detailed report setting forth its initial findings.  After filing the report, KWJS&S reviewed information as it became available and regularly provided updates to the DIP Lenders, Creditors' Committee, U.S. Trustee and the Charities Bureau of the Office of the Attorney General for the State of New York (the "Charities Bureau").  KWJS&S regularly conferred with the Charities Bureau concerning Restricted Assets and disposition of the same.

31.      A total of 77.30 hours amounting to $34,593.00 in fees were incurred by KWJS&S in connection with this project category during the First Interim Compensation Period. Prior to the Petition, KWJS&S had not included this project category in the prospective budget. This project category was created after the Petition Date because the scope of the tasks and role of KWJS&S was only identified at or about the time of the Petition Date.

### H. **Assumption and Rejection of Leases and Contracts**

32.      The "Assumption and Rejection of Leases and Contracts" project category includes time changes by KWJS&S in relation to the executory contracts and leases of non-residential real property that the Debtor was party to as of the Petition Date.  KWJS&S worked closely with the Debtor to determine which contacts and leases should be assumed or rejected at

12

the very beginning of the case to avoid incurring any unnecessary administrative expenses.  After consultation with the Debtor, KWJS&S prepared a motion seeking to reject certain leases effective as of the Petition Date, and obtained Court approval of the motion which helped preserve the value of the estate.

33.     A total of 7.00 hours amounting to $3,495.00 in fees were incurred by KWJS&S in connection with this project category during the First Interim Compensation Period.  Prior to the Petition Date, KWJS&S's prospective budget for the 13 weeks and 30 weeks following the Petition Date was $5,475.00 for this project category.   As a result, KWJS&S's actual fees incurred for this project category were under the prospective budget.

**I.    Case Administration**

34.     The "Case Administration" project category includes time charges by KWJS&S in relation to conversations concerning the operation and administration of this Chapter 11 Case. KWJS&S has been responsible for monitoring the Chapter 11 Case on a daily basis and advising the Debtor with respect to the administration of the Chapter 11 Case.   KWJS&S spent a substantial amount of time assisting the Debtor in the preparation of its Chapter 11 petition and drafted all of the "first day" motions and related pleadings which were submitted by the Debtor for the Court's consideration.  The orders which were obtained within a few days of the Petition Date provided the Debtor with the breathing room necessary to comply with the requirements of Chapter 11 and the ability to effectively begin a controlled liquidation under the protections of this Chapter 11 Case.

35.     During the First Interim Compensation Period, KWJS&S maintained near constant communication with the Debtor, counsel to the Creditors' Committee, the DIP Lenders, the U.S. Trustee and other parties-in-interest, responding to inquiries and providing relevant

information as requested by the parties. KWJS&S endeavored to maintain a constructive dialogue with each of the creditor constituencies which enabled it to assist the Debtor in resolving issues on a consensual basis. In addition, KWJS&S regularly held internal meetings to discuss the status of the Chapter 11 Case and matters that needed to be addressed.

36.    At the beginning of the Chapter 11 Case KWJS&S worked closely with the Debtor to prepare the Debtor's schedules and statements of financial affairs. In addition, KWJS&S prepared a motion and related documents seeking the establishment of a claim bar date. After the establishment of the claim bar date and notice thereof, KWJS&S responded to numerous inquiries from creditors, bondholders and former students in relation to the bar date.

37.    Former students routinely called KWJS&S with questions concerning the status of the Chapter 11 Case, their respective rights and claims against the Debtor's estate, and whether their loans could be discharged as a result of the Debtor's closure. KWJS&S responded to the former students' inquiries and provided them with requested information.

38.    Throughout the First Interim Compensation Period KWJS&S filed numerous pleadings with the Court and prepared for court hearings, including drafting and submitting required agendas and proposed orders. KWJS&S worked closed with the Debtor's claims and noticing agent to ensure proper service of all the pleadings. Prior to the court hearings, KWJS&S met with other parties to prepare for the hearings.

39.    A total of 275.80 hours amounting to $111,212.50 in fees were incurred by KWJS&S in connection with this project category during the First Interim Compensation Period. Prior to the Petition Date, KWJS&S's prospective budget for the 13 weeks following the Petition Date was $23,750.00 and for the 30 weeks following the Petition Date was $47,500.00. As a result, KWJS&S's actual fees incurred for this project category were over the prospective budget

14

because, among other things, it underestimated the number of general issues and the roles it would play for the Debtor in relation to the same.

**J.  Claims Administration and Objections**

40.    The "Claims Administration and Objections" project category includes time charges by KWJS&S in relation to activities undertaken in connection with the claims asserted in the Chapter 11 Case.  Among other things, KWJS&S assisted in drafting a settlement agreement between the Debtor and two former union employees and drafted a motion seeking approval of the settlement agreement.  KWJS&S also participated in numerous conference calls with the Debtor and the claim and noticing agent regarding the filed claims and the claim and noticing agent's analysis of same.

41.    A total of 17.20 hours amounting to $8,358.50 in fees were incurred by KWJS&S in connection with this project category during the First Interim Compensation Period.  Prior to the Petition Date, KWJS&S's prospective budget for the 13 weeks following the Petition Date was $4,750.00 and for the 30 weeks following the Petition Date was $16,625.00.  As a result, KWJS&S's actual fees incurred for this project category were under the prospective budget.

**K.  Corporate Governance and Board Matters**

42.    The "Corporate Governance and Board Matters" project category includes time charges by KWJS&S in matters related to the Debtor's Board of Trustees (the "Board"). KWJS&S regularly met with the Board and advised them on the Chapter 11 Case.  KWJS&S prepared for and attended meetings and participated in calls of the Debtor's Board, gave presentations to the Board and advised the Board in order to assist it in making critical decisions related to the Chapter 11 Case.  KWJS&S also prepared various Board resolutions.

43.    A total of 28.10 hours amounting to $14,937.50 in fees were incurred by KWJS&S in connection with this project category during the First Interim Compensation Period. Prior to the Petition Date, KWJS&S's prospective budget for the 13 weeks following the Petition Date was $7,125.00 and for the 30 weeks following the Petition Date was $11,875.00.  As a result, KWJS&S's actual fees incurred during this project category were over the prospective budget because, among other things, KWJS&S underestimated the number of issues that would require Board attention and time KWJS&S would require to interface in relation to the same.

**L.  <u>Employee Benefits and Pensions</u>**

44.    The "Employee Benefits and Pension" project category includes time charges by KWJS&S in relation to various employee matters.  On the Petition Date, KWJS&S filed a motion to allow the Debtor to continue to pay its employees' salaries and to continue to pay certain union obligations.  This motion was critical to ensure that the Debtors' employees would not suffer undue hardship or serious financial difficulties.

45.    In addition, prior to the Petition Date, the United States Department of Labor (the "<u>DOL</u>") alleged that the Debtor failed to fund certain payments due to the employee benefit health plan.  In order to understand and analyze the claims associated with the health plan, the Debtor requested an updated detailed claims report from the Cigna Health and Life Insurance Company ("<u>Cigna</u>") and Healthplex, Inc. ("<u>Healthplex</u>"), the third-party administrators for the health plans.  After Cigna and Healthplex refused to turn over the documentation, KWJS&S drafted an application pursuant to Bankruptcy Rule 2004 allowing the Debtor to issue subpoenas to Cigna and Healthplex.  The Court entered orders granting the 2004 motion and KWJS&S worked closely with Cigna and Healthplex to revise the proposed orders to ensure that

confidential information was protected.  In addition, KWJS&S drafted subpoenas to both parties and reviewed the documents receive in response to the subpoenas.

46.     A total of 30.90 hours amounting to $14,917.50 in fees were incurred by KWJS&S in connection with this project category during the First Interim Compensation Period. Prior to the Petition Date, KWJS&S's prospective budget for the 13 weeks following the Petition Date was $2,375.00 and for the 30 weeks following the Petition Date was $4,750.00.  As a result, KWJS&S's actual fees incurred during this project category were over the prospective budget because, among other things, many issues surrounding this category of work were either unknown or underestimated prior to the Petition Date.

## M. <u>Employment and Fee Application Objections</u>

47.     The "Employment and Fee Application Objections" project category includes time charges by KWJS&S in relation to the review of monthly fee statements filed by certain of the Debtor's retained professionals and counsel to the Creditors' Committee.

48.     A total of 1.90 hours amounting to $712.50 in fees were incurred by KWJS&S in connection with this project category during the First Interim Compensation Period.  Prior to the Petition Date, KWJS&S's prospective budget for the 13 weeks following the Petition Date was $2,500.00 and for the 30 weeks following the Petition Date was $3,750.00.  As a result, KWJS&S's actual fees incurred during this project category were under the prospective budget.

## N. <u>Employment and Fee Applications</u>

49.     The "Employment and Fee Applications" project category includes time charges by KWJS&S in relation to the retention of the Debtor's professionals.  On the Petition Date, KWJS&S filed on the Debtor's behalf applications to employ various professionals, including (i) KWJS&S, as general bankruptcy counsel, (ii) Garden City Group, LLC, as claims and noticing

agent, (iii) Robert S. Rosenfeld, with the assistance of RSR Consulting, LLC, as Chief Restructuring Officer (the "CRO"), (iv) A&G Realty Partners, LLC and Madison Hawk Partners, LLC (collectively, the "Campus Agents"), as real estate brokers, (v) Douglas Elliman, as real estate broker, (vi) Ingerman Smith, LLC, as special counsel, and (vii) Smith & Downey, PA, as special counsel.  Following the Petition Date, KWJS&S filed additional applications to employ various professionals, including (i) CBRE, Inc., as real estate broker, (ii) Eichen & DiMeglio, P.C., as accountants, and (iii) FPM Group, Ltd., as consultants.

50.    With the exception of Ingerman Smith, LLC, KWJS&S successfully obtained Court approval to retain each of the Debtor's professionals.  KWJS&S continues to work closely with Ingerman Smith, LLC and the U.S. Trustee to resolve any outstanding issues.  The advice and assistance of the Debtor's retained professionals has been critical to the Debtor's efforts to conduct this Chapter 11 Case in an effective and efficient manner.

51.    A total of 76.60 hours amounting to $29,552.50 in fees were incurred by KWJS&S in connection with this project category during the First Interim Compensation Period.  Prior to the Petition Date, KWJS&S's prospective budget for the 13 weeks following the Petition Date was $3,750.00 and for the 30 weeks following the Petition Date was $6,250.00.  As a result, KWJS&S's actual fees incurred for this project category were over the prospective budget because, among other things, the number of professionals to be retained and complexity of the terms of engagement were either unknown or underestimated prior to the Petition Date.

**O.  Financing and Cash Collateral**

52.     The "Financing and Cash Collateral" project category includes time charges by KWJS&S in relation to the time and effort spent by KWJS&S in securing post-petition financing.  KWJS&S, on behalf of the Debtor, engaged in extensive, arms-length negotiations

with the DIP Lenders, which negotiations culminated in that certain Debtor-in-Possession Multi-Draw Term Loan Promissory Note dated as of November 29, 2016, by and among the Debtor and each lender party thereto (collectively, the "<u>DIP Lenders</u>") and UMB Bank, National Association in its capacity as agent on behalf of the DIP Lenders (the "<u>DIP Note</u>").  During the First Interim Compensation Period, KWJS&S has prepared for and attended four (4) hearings where KWJS&S, on behalf of the Debtor, sought approval of certain financing and cash collateral arrangements.  KWJS&S, on behalf of the Debtor, worked closely with the DIP Lenders to modify the proposed financing orders in accordance with the Court's instructions after each hearing.  The financing that has been approved to date by the Court has provided the Debtor with much-needed funding to conduct this Chapter 11 Case.

53.    A total of 134.90 hours amounting to $67,978.50 in fees were incurred by KWJS&S in connection with this project category during the First Interim Compensation Period.  Prior to the Petition Date, KWJS&S's prospective budget for the 13 weeks and 30 weeks following the Petition Date was $47,500.00.  As a result, KWJS&S's actual fees incurred for this project category were over the prospective budget because, among other things, the number of hearings and opposition in relation to financing relief were not anticipated prior to the Petition Date.

**P. <u>Litigation</u>**

54.    The "Litigation" project category includes time charges by KWJS&S in relation to the two (2) federal and state court proceedings that the Debtor was involved in as of the Petition Date.  In these proceedings, the Debtor had been named as a defendant.  With respect to those actions, KWJS&S communicated with the plaintiffs to advise them of the commencement of the Chapter 11 Case and the automatic stay implications.  In addition, KWJS&S participated

in a settlement conference in connection with the federal court action where the plaintiff has sued for wrongful termination.

55.     A total of 13.60 hours amounting to $7,562.00 in fees were incurred by KWJS&S in connection with this project category during the First Interim Compensation Period.  Prior to the Petition Date, KWJS&S's prospective budget for the 13 weeks following the Petition Date was $5,475.00 and for the 30 weeks following the Petition Date was $9,125.00.  As a result, KWJS&S's actual fees incurred for this project category were approximately the same as the prospective budget.

## Q. **Litigation – WARN Adversary Proceeding**

56.     The "Litigation – WARN Adversary Proceeding" project category includes time charges by KWJS&S in relation to the class action complaint filed two (2) days after the Petition Date by a former employee on behalf of herself and a class of similarly situated former employees of the Debtor, which alleges that the Debtor did not provide 60 days advance written notice of a mass layoff as required by the Worker Adjustment and Restraining Notification Act (the "WARN Complaint").  KWJS&S, on behalf of the Debtor, analyzed the WARN Complaint, discussed the allegations with certain of the Debtor's employees and retained professionals, and prepared and filed an answer with affirmative defenses to the WARN Complaint.  KWJS&S extensively researched the faltering company defense and other defenses that may apply under these circumstances.

57.     KWJS&S then engaged in discussions with plaintiff's counsel regarding a proposed initial pretrial order and prepared the Debtor's initial disclosures.  To better understand the Debtor's potential liability and damages if the plaintiff's claims are valid, the Debtor analyzed the priority claims filed by former employees and scheduled by the Debtor and

researched various issues related thereto. The plaintiff subsequently filed a motion seeking to certify a class of former employees who meet certain requirements. KWJS&S reviewed the motion and conducted research on the standard for class certification and related issues in preparation for a response to the motion.

58.     A total of 63.10 hours amounting to $32,640.00 in fees were incurred by KWJS&S in connection with this project category during the First Interim Compensation Period. Prior to the Petition, KWJS&S had not included this project category in the prospective budget because the Debtor had no knowledge of the WARN Complaint as it was filed after the Petition Date. This project category was created immediately after the WARN Complaint was filed.

**R.  Meetings and Communications with Creditors**

59.     The "Meetings and Communications with Creditors" project category includes time charges by KWJS&S in relation to KWJS&S's communication with counsel to the Creditors' Committee. KWJS&S had several meetings and conference calls with counsel to the Creditors' Committee regarding the Debtor's operations and expectations in the Chapter 11 Case. In addition, at the beginning of the Chapter 11 Case, KWJS&S and the Debtor attended an initial case meeting with the U.S. Trustee. KWJS&S assisted the Debtor in preparing for the meeting and also attended the meeting with the CRO.

60.     A total of 11.80 hours amounting to $6,390.00 in fees were incurred by KWJS&S in connection with this project category during the First Interim Compensation Period. Prior to the Petition Date, KWJS&S's prospective budget for the 13 weeks following the Petition Date was $16,625.00 and for the 30 weeks following the Petition Date was $23,750.00 for this project category. As a result, KWJ&S's actual fees incurred for this project category were under the prospective budget.

**S.  <u>Non-Working Travel</u>**

61.    The "Non-Working Travel" project category includes time charges by KWJS&S for KWJS&S attorneys who were required to travel to, among other places, Central Islip for court hearings and the Oakdale Campus for meetings.

62.    A total of 19.20 hours amounting to $5,036.25 in fees were incurred by KWJS&S in connection with this project category during the First Interim Compensation Period.  Prior to the Petition Date, KWJS&S's prospective budget for the 13 weeks following the Petition Date was $6,000.00 and for the 30 weeks following the Petition Date was $9,000.00 for this project category.  As a result, KWJ&S's actual fees incurred for this project category were under the prospective budget.

**T.  <u>Plan and Disclosure Statement</u>**

63.    The "Plan and Disclosure Statement" project category includes time charges by KWJS&S in relation to a chapter 11 plan and disclosure statement.  During the First Interim Compensation Period KWJS&S prepared a motion seeking to extend the exclusive periods during which the Debtor may file a chapter 11 plan and solicit acceptances thereto.  After filing the motion, the Court entered a bridge order granting a limited extension of the exclusive periods until a hearing on the motion.

64.    A total of 9.70 hours amounting to $4,324.50 in fees were incurred by KWJS&S in connection with this project category during the First Interim Compensation Period.  Prior to the Petition Date, KWJS&S's prospective budget for the 13 weeks following the Petition Date was $47,500.00 and for the 30 weeks following the Petition Date was $71,250.00 for this project category.  As a result, KWJ&S's actual fees incurred for this project category were under the prospective budget.

**U.** **Relief from Stay and Adequate Protection**

65.    The "Relief from Stay and Adequate Protection" project category includes time charges by KWJS&S in relation to advising the Debtor on potential violations of the automatic stay.

66.    A total of 0.20 hours amounting to $115.00 in fees were incurred by KWJS&S in connection with this project category during the First Interim Compensation Period.  Prior to the Petition Date, KWJS&S's prospective budget for the 13 weeks following the Petition Date was $1,825.00 and for the 30 weeks following the Petition Date was $3,650.00 for this project category.  As a result, KWJ&S's actual fees incurred for this project category were under the prospective budget.

## TIME AND DISBURSEMENT RECORDS AND STAFFING

67.    The services performed by KWJS&S for and on behalf of the Debtor in connection with the above matters during the First Interim Compensation Period are detailed and itemized in full in the time and disbursement logs annexed hereto as **Exhibit B**.  Set forth on the attached **Exhibit C** is a summary of the persons who performed services on behalf of the Debtor, the hours of services performed by such person, the applicable hourly rate, and the total value of the services performed by each person during the First Interim Compensation Period.

68.    The persons at KWJS&S that assisted the Debtor on the above matters during the First Interim Compensation Period are as follows:

a.    Sean C. Southard is an equity partner at KWJS&S.  Mr. Southard is a graduate of St. John's University School of Law and was admitted to practice before this Court in 2001.  Mr. Southard's rates of $550 per hour in 2016 and $575 in 2017 are

reasonable and such rates were Mr. Southard's normal and customary rate during the period covered by this Application.

      b.      Joseph C. Corneau is a partner employed by KWJS&S.  Mr. Corneau is a graduate of Hofstra University School of Law and was admitted to practice before this Court in 2005.  Mr. Corneau's rates of $475 per hour in 2016 and $495 in 2017 are reasonable and such rates were Mr. Corneau's normal and customary rate during the period covered by this Application.

      c.      Brendan M. Scott is a partner employed by KWJS&S.  Mr. Scott is a graduate of University of Pittsburgh School of Law and was admitted to practice before this Court in 2006.  Mr. Scott's rates of $475 per hour in 2016 and $495 in 2017 are reasonable and such rates were Mr. Scott's normal and customary rate during the period covered by this Application.

      d.      Lauren C. Kiss is an associate employed by KWJS&S.  Ms. Kiss is a graduate of St. John's University School of Law and was admitted to practice before this Court in 2012.  Ms. Kiss' rates of $325 per hour in 2016 and $375 in 2017 are reasonable and such rates were Ms. Kiss' normal and customary rate during the period covered by this Application.

      e.      Matthew G. White is Of Counsel with KWJS&S.  Mr. White is a graduate of St. John's University School of Law and was admitted to practice before all courts in the State of New York in 2002.  Mr. White's rate of $350 per hour in 2016 and 2017 is reasonable and such rate was Mr. White's normal and customary rate during the period covered by this Application.

f.      Renea Gargiulo is a bankruptcy paralegal employed by KWJS&S. Ms. Gargiulo's rates of $150 per hour in 2016 and $175 in 2017 are reasonable and such rates were Ms. Gargiulo's normal and customary rate during the period covered by this Application.

g.      Kristen Garofalo is bankruptcy paralegal employed by KWJS&S. Ms. Garofalo's rates of $150 per hour in 2016 and $175 in 2017 are and such rates were Ms. Garofalo's normal and customary rate during the period covered by this Application.

h.      Stephanie Nocella is bankruptcy paralegal employed by KWJS&S. Ms. Nocella's rates of $150 per hour in 2016 and $175 in 2017 are and such rates were Ms. Nocella's normal and customary rate during the period covered by this Application.

i.      Rayella Bergman is bankruptcy paralegal employed by KWJS&S. Ms. Bergman's rates of $150 per hour in 2016 and $175 in 2017 are and such rates were Ms. Bergman's normal and customary rate during the period covered by this Application.

69.      The total fees requested for the services rendered in connection with this case during the First Interim Compensation Period amounts to $522,896.25 based upon a total of 1,147.40 hours.  The blended hourly rate for all services provided during the First Interim Period is $463.68.

## LEGAL AUTHORITY FOR REQUESTED COMPENSATION

70.      Section 330(a)(1) of the Bankruptcy Code provides that a bankruptcy court may award "reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and . . . reimbursement for actual, necessary expenses."  11. U.S.C. §330(a)(1).

71.    There are numerous factors to be considered by the Court in determining allowances of compensation. <u>See</u>, <u>e.g.</u>, <u>In re First Colonial Corp. of America</u>, 544 F.2d 1291 (5th Cir.), <u>cert</u>. <u>denied</u>, 431 U.S. 904 (1977); <u>Johnson v. Georgia Highway Express, Inc.</u>, 488 F.2d 714 (5th Cir. 1974); <u>In re Drexel Burnham Lambert Group Inc</u>., 133 B.R. 13 (Bankr. S.D.N.Y. 1991). <u>See</u> <u>also</u> <u>In re Nine Associates, Inc.</u>, 76 B.R. 943 (S.D.N.Y. 1987); <u>In re Cuisine Magazine, Inc.</u>, 61 B.R. 210 (Bankr. S.D.N.Y. 1986).

72.    The perspective from which an application for an allowance of compensation should be viewed in a reorganization case was aptly stated by Congressman Edwards on the floor of the House of Representatives on September 28, 1978, when he made the following statement in relation to section 330 of the Bankruptcy Code:

> [B]ankruptcy legal services are entitled to command the same competency of counsel as other cases. In that light, the policy of this section is to compensate attorneys and other professionals serving in a case under title 11 at the same rate as the attorney or other professional would be compensated for performing comparable services other than in a case under title 11. Contrary language in the Senate report accompanying S.2266 is rejected, and Massachusetts Mutual Life Insurance Company v. Brock, 405 F.2d 429, 432 (5th Cir. 1968) is overruled. Notions of economy of the estate in fixing fees are outdated and have no place in a bankruptcy code.

124 Cong. Rec. H11,092 (daily ed. Sept. 28, 1978).  <u>See</u> <u>also</u> <u>In re McCombs</u>, 751 F.2d 286 (8th Cir. 1984); <u>In re Drexel Burnham Lambert Group Inc</u>., 133 B.R. 13 (Bankr. S.D.N.Y. 1991); <u>In re Carter</u>, 101 B.R. 170 (Bankr. D.S.D. 1989); <u>In re Public Service Co. of New Hampshire</u>, 93 B.R. 823, 830 (Bankr. D.N.H. 1988); <u>In re White Motor Credit Corp</u>., 50 B.R. 885 (Bankr. N.D. Ohio 1985).

73.    In awarding compensation pursuant to section 330 of the Bankruptcy Code to professional persons employed under the Bankruptcy Code, the Court must take into account,

among other factors, the cost of comparable non-bankruptcy services. Section 330 of the Bankruptcy Code provides, in pertinent part, for payment of: (a) reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional persons employed by such person; and (b) reimbursement for actual, necessary expenses. 11 U.S.C. § 330(a)(1).

74.    As the court in In re Drexel Burnham Lambert Group Inc., 133 B.R. 13 (Bankr. S.D.N.Y. 1991), stated:

> With due recognition of the historical position of Bankruptcy Courts in compensation matters, we recognize that creditors have agreed to pay rates for retained counsel of their choice because of the needs of the particular case. One could posit other situations or cases where a presumption of prior informed judgment might not be as strong. Here, however, we have a multi-debtor, multi-committee case involving sophisticated creditors who have determined that the rates charged and tasks undertaken by attorneys are appropriate. *We should not, and will not, second guess the determination of those parties, who are directed by Congress, under the Bankruptcy Code, to shape and resolve the case, and who are in fact bearing the cost.* To do so, of course, would be to continue what Congress specifically intended to stop in 1978: Courts, instead of markets, setting rates, with the inevitable consequence that all the legal specialists required by the debtor or official committees would demur to participate.

Drexel, 133 B.R. at 20-21 (emphasis added).

75.    The professional services rendered by KWJS&S have required an expenditure of substantial time and effort.  During the First Interim Compensation Period, 1,147.40 recorded hours have been expended by KWJS&S professionals and paraprofessionals in rendering the required services for which KWJS&S seeks compensation.

76.    Time and labor devoted, however, is only one of the many factors to be considered in awarding attorney compensation.  The number of hours expended must be considered in light of (i) the amount involved and the results achieved to date; (ii) the novelty

and difficulty of the questions presented; (iii) the skill requisite to perform properly the legal services; (iv) the preclusion of other employment on behalf of other clients; (v) the customary fee charged to a private client for the services rendered; (vi) awards in similar cases; (vii) time constraints required by the exigencies of the case, including the frequency and amount of time required to be devoted other than during regular business hours; (viii) the experience, reputation and ability of the attorneys rendering services; and (ix) the nature and length of the professional relationship with the client (the "Johnson Factors").  See Johnson v. Georgia Highway Express, 488 F.2d at 717-19 (enumerating factors to be considered in awarding attorneys' fees in equal employment opportunities cases under Title VII); In re First Colonial Corp. of America, 544 F.2d at 1294 (applying the Johnson Factors in bankruptcy cases).

77.    The majority of the Johnson Factors are codified in section 330(a) of the Bankruptcy Code, and have been applied by various courts in making determinations that requested attorneys' fees constitute reasonable compensation.  However, it is well settled that the "lodestar method,"[3] as opposed to an application solely of the Johnson Factors, is the best means of determining attorney fees in bankruptcy cases[4].  In fact, the Supreme Court has clearly articulated that the "lodestar method" is presumed to subsume the Johnson Factors, as does

---

[3] Application of the "lodestar method" involves multiplying the number of hours reasonably expended on the case by the reasonable hourly rate of compensation for each attorney. Shaw v. Travelers Indemnity Co. (In re Grant Assocs.), 154 B.R. 836, 843 (S.D.N.Y. 1993). This method of calculating attorney fees is appropriate in light of section 330(a) of the Bankruptcy Code, which serves as a starting point, permitting bankruptcy courts, in their own discretion, to consider other factors, such as the novelty and difficulty of the issues, the special skills of counsel, and their results obtained. In re Copeland, 154 B.R. 693, 698 (Bankr. W.D. Mich. 1993).

[4] See e.g., Pennsylvania v. Delaware Valley Citizens Counsel for Clean Air, 483 U.S. 711 ("Delaware Valley II"), on remand, 826 F.2d 238 (3d Cir. 1987); Pennsylvania v. Delaware Valley Citizens Council for Clean Air, 478 U.S. 546 (1986) ("Delaware Valley I"); United States Football League v. National Football League, 887 F.2d 408, 413 (2d Cir. 1989), cert. denied, 493 U.S. 1071 (1990); Lindy Bros. Builders Inc. v. American Radiator and Standard Sanitary Corp., 487 F.2d 161 (3d Cir. 1973), vacated on other grounds, 540 F.2d 102 (3d Cir. 1976); In re Cena's Fine Furniture, Inc., 109 B.R. 575 (E.D.N.Y. 1990); In re Drexel Burnham Lambert Group Inc.,133 B.R. 13, 21 (Bankr. S.D.N.Y. 1991).

section 330(a) of the Bankruptcy Code.  <u>Delaware Valley I</u>, 478 U.S. at 563; <u>Cena's Fine Furniture</u>, 109 B.R. at 581.

78.    KWJS&S respectfully submits that the services rendered and expenses incurred during the First Interim Compensation Period for which KWJS&S seeks compensation and reimbursement clearly satisfy the requisite standards of reasonableness including, <u>inter alia</u>, the following:  the time and labor required; the novelty and difficulty of the questions and matters resolved; the skill required to perform the services properly; the experience, reputation and ability of the attorney performing the services; the fees charged and fees awarded in similar cases; the time involved; the undesirability of the case; and the results obtained.  KWJS&S respectfully submits that application of the foregoing criteria more than justifies awarding payment in full of the compensation requested in this Application since the number of hours expended by and the hourly rates of KWJS&S are more than reasonable.

**WHEREFORE**, KWJS&S respectfully requests that it be granted (i) a first allowance of compensation for professional services rendered as general bankruptcy counsel to the Debtor for the First Interim Compensation Period in the amount of <u>$522,896.25</u>; (ii) reimbursement of its actual and necessary disbursements totaling <u>$9,239.82</u>; and (iii) such other and further relief as is just.

Dated:   New York, New York
April 28, 2017

                                         **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:   */s/ Sean C. Southard*
          Sean C. Southard
          Lauren C. Kiss
          200 West 41st Street., 17th Floor
          New York, New York 10036
          Tel: (212) 972-3000
          Fax: (212) 972-2245
          Email: ssouthard@klestadt.com
                lkiss@klestadt.com

          *Counsel to the Debtor and*
           *Debtor-in-Possession*

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING INSTITUTE, | : | |
| f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION, | : | |
| | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| | : | |
| Debtor. | : | |

------------------------------------------------------------------x

### ORDER AUTHORIZING THE RETENTION OF KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP AS GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR, *NUNC PRO TUNC* TO THE PETITION DATE

Upon the application dated November 29, 2016 (the "Application")[1] of Dowling College (the "Debtor")  for an order approving the retention of Klestadt Winters Jureller Southard & Stevens, LLP ("KWJS&S") as its counsel *nunc pro tunc* to the Petition Date and upon the affidavit of Sean C. Southard, sworn to on November 29, 2016 and attached to the Application as Exhibit B (the "Southard Affidavit") and upon the supplemental affidavit of Sean C. Southard, sworn to on December 28, 2016 [Doc. No. 129] (the "Southard Supp. Affidavit" and together with the Southard Affidavit, the "Affidavits"); and it appearing that KWJS&S has complied with the guidelines of the United States Trustee in relation to the Application, and it further that KWJS&S is a disinterested person pursuant to Section 101(14) of title 11 of the United States

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

Code (the "Bankruptcy Code") and does not represent an interest adverse to the Debtor's estate with respect to the matters on which KWJS&S is to be employed; it is

**ORDERED,** that the Application is granted as set forth herein; and it is further

**ORDERED,** that the retention of KWJS&S as general bankruptcy counsel for the Debtor to perform all of the services set forth in the Application on the terms set forth in the Application and the Affidavits is hereby approved pursuant to Section 327(a) of the Bankruptcy Code, *nunc pro tunc* to the Petition Date; and it is further

**ORDERED,** that the compensation to be paid to KWJS&S shall be subject to the approval of this Court upon notice and a hearing pursuant to Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, the United States Trustee fee guidelines, and such other procedures as may be fixed by order of this Court, for professional services rendered and expenses incurred by KWJS&S; and it is further

**ORDERED,** that prior to any increases in KWJS&S's rates, KWJS&S shall file a supplemental affidavit with the Court and provide ten (10) business days' notice to the Debtor, the United States Trustee and any official committee, which supplemental affidavit shall explain the basis for the requested rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtor has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in Section 330 of the Bankruptcy Code, and all rates and rate increases are subject to review by the Court; and it is further

**ORDERED**, that KWJS&S shall apply any remaining amounts of its prepetition retainer as a credit toward postpetition fees and expenses, after such postpetition fees and expenses are

approved pursuant to the first Order of the Court awarding fees and expenses to KWJS&S; and it is further

**ORDERED**, that for the avoidance of doubt, all payments to KWJS&S on account of compensation in this Chapter 11 Case shall in all respects remain subject to the terms of any documents or orders of this Court concerning debtor in possession financing or the use of cash and other collateral, including but not limited to any approved budget associated therewith, and which shall control in the event of any conflict between the relief contemplated by this Order and those materials; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

**ORDERED**, that if there is any inconsistency between the terms of this Order, the Application, and the Affidavits, the terms of this Order shall govern.

**NO OBJECTION:**

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By:_/S/  Stan Y. Yang   12/28/206____
Stan Yang, Esq.
TRIAL ATTORNEY



**Dated: Central Islip, New York**
**January 5, 2017**

_____
**Robert E. Grossman**
**United States Bankruptcy Judge**

3

# <u>Exhibit B</u>

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| **Matter Description (First Line): Asset Analysis and Recovery** | | | | | | | |
| 11/30/2016 | Joseph C. Corneau | 10691.011/ Dowling College Asset Analysis and Recovery Emailing (2x) with Mr. Southard and Ms. Kiss regarding restraint on TD accounts (0.2). Conferring with Ms. Kiss regarding information on restraint on accounts (0.1). Telephone call to TD Bank for information for service of Chapter 11 filing notice (0.4). Drafting letter to TD Bank regarding release of restraint (0.4). Conferring with Mr. Southard regarding TD Bank restraint (0.1). | Fees | 1.20 | 0.00 | 475.00 | 570.00 |
| 12/01/2016 | Sean C. Southard | 10691.011/ Dowling College Asset Analysis and Recovery Email with Mr. Corneau on IPv4 address interest from Hilco. | Fees | 0.10 | 0.00 | 550.00 | 55.00 |
| 12/01/2016 | Joseph C. Corneau | 10691.011/ Dowling College Asset Analysis and Recovery Telephone call with Mr. Hazan regarding IP addresses (0.3). Emailing with Mr. Southard regarding IP addresses (0.1). | Fees | 0.40 | 0.00 | 475.00 | 190.00 |
| 12/07/2016 | Sean C. Southard | 10691.011/ Dowling College Asset Analysis and Recovery Emails with Messrs. Hazan and Fried in relation to Dowling College IPv4 addresses. | Fees | 0.20 | 0.00 | 550.00 | 110.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/13/2016 | Sean C. Southard | 10691.011/ Dowling College<br>Asset Analysis and Recovery<br>Emails with Mr. Corneau and then Mr. Rosenfeld on interest in insurance policies then with Mr. Bivona on insured health waivers. | Fees | 0.10 | 0.00 | 550.00 | 55.00 |
| 12/14/2016 | Sean C. Southard | 10691.011/ Dowling College<br>Asset Analysis and Recovery<br>Reviewing and responding to email from Mr. Rosenfeld on US Attorney interest in Title IV funds (.2); call with Mr. Cerullo thereon (.4); email with Mr. Knapp of US Attorney on Title IV monies and schedules (.2); call with Mr. Knapp related to same (.3); then emails to client representatives (.1); call with Mr. Cerullo and emails with same on US DOE issue (.1); reviewing prior email from Mr. Rosenfeld and Mr. Curry of US DOE (.1); call with Mr. Rosenfeld thereon (.4). | Fees | 1.40 | 0.00 | 550.00 | 770.00 |
| 12/16/2016 | Sean C. Southard | 10691.011/ Dowling College<br>Asset Analysis and Recovery<br>Emails with Mr. Hazan on discussion concerning sale disposition of IPV4 addresses. | Fees | 0.10 | 0.00 | 550.00 | 55.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/20/2016 | Sean C. Southard | 10691.011/ Dowling College Asset Analysis and Recovery Reviewing and responding to several emails on flight simulator and equipment owned by third party with Mr. Rosenfeld (.2); call with Mr. Fried and Ms. Potter of Hilco/Streambank in relation to IPV4 addresses and potential disposition strategies and value; then email to Messrs. Bivona, Rosenfeld and Ms. Kiss (.5); further emails in relation to flight simulator with Mr. Rosenfeld (.1). | Fees | 0.80 | 0.00 | 550.00 | 440.00 |
| 12/30/2016 | Sean C. Southard | 10691.011/ Dowling College Asset Analysis and Recovery Email and then call with Mr. Bivona in relation to life insurance policies and related matters (.3); emails with Messrs. Rosenfeld and Bivona in relation to restricted assets other than funds (.1). | Fees | 0.40 | 0.00 | 550.00 | 220.00 |
| 01/17/2017 | Sean C. Southard | 10691.011/ Dowling College Asset Analysis and Recovery Reviewing and responding to emails on TD Bank release of funds with Mr. Rosenfeld and with Mr. Corneau (.1); discussing with Mr. Corneau (.1); then further emails thereon related to demand (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/25/2017 | Sean C. Southard | 10691.011/ Dowling College<br>Asset Analysis and Recovery<br>Reviewing and commenting on NDA for receivable collection and emails with Ms. kiss thereon. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 01/26/2017 | Sean C. Southard | 10691.011/ Dowling College<br>Asset Analysis and Recovery<br>Reviewing and revising confidentiality agreement for receivable agent and emails with Ms. Kiss and Mr. Bivona thereon (.4); reviewing email from Mr. Bivona and attachments in relation to A/R collection (.2). | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 03/16/2017 | Sean C. Southard | 10691.011/ Dowling College<br>Asset Analysis and Recovery<br>Reviewing and responding to email from Mr. Bivona on collection of receivables (.1); reviewing email from Ms. Klein on Perkins recall (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| | | **Matter Description (First Line): Asset Analysis and Recovery** | | **6.10** | **0.00** | | **3,270.00** |

**Matter Description (First Line): Asset Disposition - Brookhaven Campus**

| | | | | | | | |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/30/2016 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call with Mr. Cohen on interest of client in purchasing property; emails introducing to brokers (.2); emails with Mr. Desiderio on interest of client in property; emails introducing to brokers (.2). | Fees | 0.40 | 0.00 | 550.00 | 220.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/05/2016 | Matthew G. White | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Email correspondence with Mr. Southard and Ms. Kiss re: title search and Phase I Questionnaire. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 12/07/2016 | Matthew G. White | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Email correspondence with Phase I Questionnaire with Mr. Southard and Ms. Kiss. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 12/09/2016 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing title report and related emails. | Fees | 0.20 | 0.00 | 550.00 | 110.00 |
| 12/11/2016 | Matthew G. White | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing title report relative to Brookhaven. | Fees | 1.00 | 0.00 | 350.00 | 350.00 |
| 12/15/2016 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing email from Ms. Kiss and from Mr. White to Mr. Bivona on restrictions. | Fees | 0.20 | 0.00 | 550.00 | 110.00 |
| 12/15/2016 | Matthew G. White | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing tile report for Brookhaven parcel and preparing responses to Phase I Questionnaire relative to same. | Fees | 0.60 | 0.00 | 350.00 | 210.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/15/2016 | Matthew G. White | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Preparing and forwarding revisions to closing documents to Mr. Leyden (.4); multiple email correspondence with Messrs. Leyden and Nikmanfard re: same (.3); reviewing title report for 80 Chateau (.8); reviewing title report for 64 Van Bomel (.8); reviewing revised proposed board resolution (.1); reviewing revised closing documents for 99 Idle Hour (.1); reviewing revised closing documents for 64 Van Bomel (.1); reviewing revised closing documents for 80 Chateau (.1); multiple email correspondence with Mr. Nikmanfard and Ms. Martinez re: payment of 1st half real property taxes for 99 Idle Hour, 64 Van Bomel and 80 Chateau (.3). | Fees | 3.00 | 0.00 | 350.00 | 1,050.00 |
| 01/12/2017 | Matthew G. White | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing Brookhaven Phase I Site Assessment Report. | Fees | 1.00 | 0.00 | 350.00 | 350.00 |
| 01/24/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing site plan sketches and related emails with Mr. Rosenfeld (.3); reviewing email from Mr. Bertucci responding to same and Mr. Rosenfelds response thereto (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/25/2017 | Matthew G. White | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing preliminary site plan. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 01/26/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing preliminary site plan concepts from FPM and related emails with Messrs. Rosenfeld and Bivona thereon (.4); call with planning parties and Messrs. Rosenfeld, Bertucci, et al. in relation to Brookhaven planning concepts (.8); follow-up call with Mr. Rosenfeld (.2); reviewing email from Mr. Bertucci and then with Mr. Rosenfeld thereon concerning access road as related to planning (.1). | Fees | 1.50 | 0.00 | 575.00 | 862.50 |
| 02/06/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing and responding to emails with Mr. Rosenfeld on Sewage treatment negotiations. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/14/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with Mr. Pfeiffer in relation to planning with Brookhaven and related issues. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/16/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call with Messrs. Rosenfeld, Bivona, Parr and Kleinberg on Brookhaven town planning process (.7); call with Mr. Rosenfeld related to same (.2); discussing zoning and planning matters with Mr. White (.2). | Fees | 1.10 | 0.00 | 575.00 | 632.50 |
| 02/22/2017 | Lauren C. Kiss | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing revised plan prepared by FPM. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 02/22/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing updated drawing for campus development and related emails with Mr. Rosenfeld (.3); reviewing further emails from Mr. Rosenfeld scheduling calls with creditors and board (.2); emails with Mr. White thereon (.1). | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 02/22/2017 | Matthew G. White | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing revised site plan. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/23/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing email response from Mr. Friedman in relation to Brookhaven Site plan (.1); reviewing further emails from Mr. Rosenfeld to board, creditors and committee counsel on timing and agenda for meeting on Brookhaven (.2). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 02/27/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Mr. Rosenfeld on land use and planning call with creditors. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 02/28/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Mr. Rosenfeld and Mr. Kleinberg in relation to call on legal requirements for Brookhaven town process (.1); call in relation to site planning and drawings with secured creditor representative sand Debtor planning parties (1.1); call with committee and debtor planning parties in relation to same (.5); reviewing email from Mr. Rosenfeld in relation to call summary and attendees (.1). | Fees | 1.80 | 0.00 | 575.00 | 1,035.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/01/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing email from Ms. Sato (.1); call with Messrs. Rosenfeld and Parr on status of planning and related concerns (.5); call with Mr. Hammel on concerns associated with planning (.2); reviewing further emails among Mr. Hammel and Mr. Rosenfeld on planning comments and response; then reviewing emails to committee counsel thereon (.2). | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 03/02/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing further revised concept drawings and related emails. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/07/2017 | Lauren C. Kiss | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing email from Mr. Rosenfeld summarizing meeting with Town of Brookhaven. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 03/07/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Messrs. Bivona and Rosenfeld on interest of party in Aviation assets (.1); reviewing update email from Mr. Rosenfeld on status of meeting with Town of Brookhaven (.2). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------|-----------|-------|-------|-------|-------|
| 03/08/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call with Mr. Rosenfeld in relation to planning status and town reaction to meeting (.1); call with Mr. Collins on proposal from Farrell Fritz for land use services (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/16/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Ms. Kiss on FPM status on planning and related personnel matters. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| | **Matter Description (First Line): Asset Disposition - Brookhaven Campus** | | | **15.10** | **0.00** | | **7,272.50** |
| **Matter Description (First Line): Asset Disposition - Brookhaven Dorms** | | | | | | | |
| 11/30/2016 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Call with Mr. Cohen in relation to Aviation School interest in FAA. | Fees | 0.10 | 0.00 | 550.00 | 55.00 |
| 01/25/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing email and documents from Mr. Rosenfeld on invoicing and lease arrangement with SBU. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/26/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing and responding to emails from Mr. Rosenfeld on SBU billing and reviewing related correspondence from Mr. Bertucci (.2); further emails with Mr. Rosenfeld thereon (.1); call with Mr. Rosenfeld in relation to Dorm rental to SBU (.1); reviewing email from Mr. Bertucci with concerns on dorm in relation to FPM planning and discussions with Brookhaven Town, then emails with Mr. Rosenfeld thereon (.2); call with Ms. Sato in relation to invoicing on SBU (.2); emails with Mr. Rosenfeld thereon (.1). | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 01/31/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Call with Mr. Berkowitz in relation to Brookhaven dorm payments (.2). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/01/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing email fro Mr. Rosenfeld in relation to dorm invoicing and status. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 02/15/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing emails among Mr. Hammel and Mr. Rosenfeld in relation to SBU invoicing and status. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/23/2017 | Lauren C. Kiss | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing contract for elevator maintenance. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 02/24/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing proposed contract form and related emails with Messrs. Rosenfeld and Cook. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 03/06/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing and responding to email from Mr. Rosenfeld on SBU signage interest. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 03/10/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing and responding to emails with Mr. Rosenfeld on SBU dorm lease payment (.1); further emails with Mr. Rosenfeld thereon (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/13/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Emails with Mr. Rosenfeld on SBU dorm payment and status. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 03/14/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing emails among Messrs. Bertucci and Rosenfeld. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/15/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing email on SBU rent and security payment from Mr. Rosenfeld. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 03/21/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Emails with Mr. Rosenfeld and others on scheduling of call for retention discussion with Farrel Fritz. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 03/22/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Call with Oppenheimer and Debtor representatives on retention and scope of engagement in relation to Brookhaven planning and dorm (.8); emails with Messrs. Rosenfeld and Parr on further call and deliberation (.1); reviewing email and contract for elevator maintenance from Mr. Rosenfeld; responding to same and preparing suggested revision (.4). | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| | **Matter Description (First Line): Asset Disposition - Brookhaven Dorms** | | | 4.60 | 0.00 | | 2,542.50 |

**Matter Description (First Line): Asset Disposition - General**

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------|-----------|-------|-------|-------|-------|
| 11/30/2016 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Several emails with Ms. Kiss and Mr. Corneau; research on restraint of funds and section 542/543 self-effectuating nature (.5); reviewing draft letter to TD Bank from Mr. Corneau (.1); emails with Messrs. Rosenfeld and Bivona thereon (.1). | Fees | 0.70 | 0.00 | 550.00 | 385.00 |
| 12/15/2016 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emails with Mr. Rosenfeld on parties interested in personal property. | Fees | 0.10 | 0.00 | 550.00 | 55.00 |
| 12/19/2016 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emails in relation to proceeds of Apple computers with Mr. Rosenfeld; reviewing lease information and responding to same (.2). | Fees | 0.20 | 0.00 | 550.00 | 110.00 |
| 12/22/2016 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing proposal from Hilco on IPV4 sale and emails thereon with Mr. Rosenfeld and Mr. Bivona (.2); emails with Ms. Farber in relation to NYS request for information and call (.1). | Fees | 0.30 | 0.00 | 550.00 | 165.00 |
| 12/27/2016 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Email with Mr. Hazan on IPv4 addresses and sale strategies. | Fees | 0.10 | 0.00 | 550.00 | 55.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/29/2016 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Reviewing Dowling web information on library collections and emails with Messrs. Bivona and Benka thereon (.4); several emails with Messrs. Rosenfeld and Bivona and Ms. Kiss on sale of IPv4 addresses and proposal for same by Hilco; then emails with Messrs. Hazan and Fried of Hilco thereon (.3); further review and respond to emails from Mr. Rosenfeld on NYS views and timing for response (.2); emails with Mr. Bivona in relation to Perkins loan remittance (.1). | Fees | 1.00 | 0.00 | 550.00 | 550.00 |
| 01/07/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Emails with Messrs. Bivona, Rosenfeld and Cerullo in relation to restricted funds; then emails with Ms. Kiss thereon (.4). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 01/18/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Several emails with Mr. Rosenfeld and then with Mr. Hazan on sale strategies for IPV4 addresses. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/19/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Reviewing and responding to email from Mr. Bivona in relation to disposition of personal property (.1); email to Mr. Maltz on FF&E sale (.1); reviewing and responding to emails with Mr. Rosenfeld in relation to asset identification and records (.2); research on asset disposition strategies and preparing related notice and stipulation form; preparing email outline to Messrs. Bivona, Rosenfeld and Clayton (1.2); discussing with Ms. Kiss (.1) reviewing several emails related to TD Bank release of funds from Mr. Rosenfeld and bank representatives (.2); revising stipulation and emails related to same with Messrs. Bivona and Rosenfeld (.1); call with Mr. Cerullo in relation to asset identification and wind down (.2). | Fees | 2.10 | 0.00 | 575.00 | 1,207.50 |
| 01/20/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Emails with Mr. Maltz on FF&E sale options. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/24/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Reviewing and responding to email from Mr. Hammel in relation to Hilco retention and terms of sale. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/25/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emails with Mr. Rosenfeld on TD Bank payments (.1); reviewing email from Mr. Bivona on property request example received by GCG (.1); reviewing email from Mr. Bivona concerning student account and receivable collection from RCS (.2). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 01/27/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing and responding to emails from Ms. Kiss and Mr. Rosenfeld on flight simulators and request from Mid Island Air (.2); emails with Ms. Kiss on ACA inquiry as to property sale agent (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 01/27/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Call with Mr. Damadeo regarding flight simulators and emailing with Messrs. Southard, Rosenfeld and Bivona. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 01/30/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing email and documentation on flight simulators. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 01/31/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Preparing motion for protocol on disposition of non-estate property | Fees | 1.00 | 0.00 | 575.00 | 575.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/02/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing email from Mr. Bivona with updated website language and FAQ info on property retrieval. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/03/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Drafting stipulation resolving Karpowicz motion. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 02/03/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing and revising motion on non-estate property and emails with Ms. Kiss thereon (.9); reviewing and revising stipulation on Karpowicz statue and emails with Ms. Kiss thereon (.3); reviewing email to Mr. Friedman from Ms. Kiss (.1). | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 02/06/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing and revising motion seeking to establish procedures for the disposition of personal property. | Fees | 1.10 | 0.00 | 375.00 | 412.50 |
| 02/06/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing email from Ms. Kiss with comments on motion to dispose of estate property; then emails with Ms. Kiss to Messrs. Bivona and Rosenfeld (.2). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/07/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Executing stipulation with Karpowicz statue; emails with Ms. Kiss thereon. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/07/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emails with Messrs. Rosenfeld and Bivona and Ms. Kiss. in relation to non-estate property disposition and motion papers (.2); reviewing comments from Mr. Bivona to same. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/08/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing Messrs. Rosenfeld and Bivona's comments on motion seeking to establish procedures for the disposition of non-estate property [.2]; revising motion based on comments [.4]; reviewing Mr. Bivona's additional comments and further revising motion [.2]. | Fees | 0.80 | 0.00 | 375.00 | 300.00 |
| 02/08/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing updated motion papers in relation to non-estate property and emails with Ms. Kiss thereon. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/09/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing email from Mr. Bivona in relation to document retention strategies and status (.2); reviewing email on revised form of non-estate property motion and related emails with Mr. Bivona (.3). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 02/10/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Telephone call with Mr. Powers discussing committee's comments to motion seeking to establish procedures for the disposition of non-estate property and revising motion with comments. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 02/10/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing emails related to asset disposition (.1). | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 02/13/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing entry of stipulation on Lion Statue. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 02/13/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emails with Ms. Kiss and Messrs. Rosenfeld and Bivona on IPv4 address sale (.2); reviewing procedures form from prior Hilco sale and emails with Ms. Kiss thereon (.2). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/13/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Drafting order and notice for motion seeking to establish procedures for the disposition of non-estate property [1.8]; reviewing documents in file and drafting motion seeking to establish procedures for the sale of the Debtor's IP Addresses [.8]. | Fees | 2.60 | 0.00 | 375.00 | 975.00 |
| 02/14/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing and responding to email from Ms. Kiss and revising drafts of notice and order on non-estate property disposition motion (.5). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 02/14/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Drafting motion seeking to establish procedures for the sale of the Debtor's IP Addresses [5.2]; reviewing Mr. Southard's changes to the notice of intent to dispose of personal property and emailing with Messrs. Rosenfeld and Bivona and committee counsel [.2]. | Fees | 5.40 | 0.00 | 375.00 | 2,025.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/15/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing and responding to email from Mr. Powers on protocol for disposition of NEP and request for insurance information (.1); call with Mr. Powers thereon (.3); further emails with Messrs. Bivona and Ms. Kiss thereon (.1); reviewing draft motion to establish procedures for sale of IP and related emails with Ms. Kiss (.5). | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 02/15/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Discussing motion seeking to establish procedures for the sale of the Debtor's IP Addresses with Mr. Southard and revising motion based upon discussion [.8]; searching file for insurance policy in response to committee's request and emailing with Messrs. Rosenfeld and Bivona [.2]. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |
| 02/16/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emails with Ms. Kiss on committee position relative to non-estate property. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/16/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Telephone call with individual seeking return of painting and emailing with Messrs. Southard, Rosenfeld and Bivona [.2]; reviewing GCG communications report [.2]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 02/17/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Discussing and then reviewing email from Ms. Kiss to lenders on form of motion to approve disposition of non-estate property (.1); reviewing emails among Mr. Hazan and Ms. Kiss on procedures for IPv4 sales (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/21/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing email and quotes from liquidators on sale of FF&E. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 02/22/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing email and summary of FF&E proposals from Mr. Rosenfeld and responding to same. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 02/23/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Telephone call with Mr. Damadeo from Mid Island Air discussing documentation on flight simulators and emailing summary to Messrs. Southard, Rosenfeld and Bivona. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------|-----------|-------|-------|-------|-------|
| 02/23/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing email and attachments from Ms. Kiss on analysis of Mid Island Air Service. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/24/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing email and updated proposal on FF&E liquidation from Mr. Rosenfeld; responding to same. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/27/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing email and mark-up of procedures for IPv4 addresses by Mr. Hazan (.2); reviewing email from Mr. Rosenfeld on status of FF&E proposals (.1); reviewing and responding to further emails on FF&E proposals and summary from Mr. Rosenfeld (.1); further emails and discussion with Ms. Kiss on IPv4 motion and committee review (.1). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 02/27/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing Mr. Hazan's comments to the motion seeking to establish procedures for the sale of the Debtor's IP Addresses, revising same, discussing with Mr. Southard and emailing with Mr. Hazan and committee counsel separately. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/02/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emails with Ms. Kiss on Hilco sale motion (.1); emails with Mr. Rosenfeld on FF&E liquidators (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/02/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Telephone call with Mr. Powers discussing motion seeking to establish procedures for the sale of the Debtor's IP Addresses. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 03/03/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing emails among Messrs. Hammel and Rosenfeld on FF&E liquidation status and strategy (.2); discussing with Ms. Kiss IPv4 sale (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 03/06/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Telephone call with Mr. Hammel regarding Hilco motions and reviewing Mr. Hammel's comments to sale motion. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 03/06/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Several emails with Ms. Kiss and then estate parties on Hilco motion papers; reviewing response from Mr. Hammel; then emails with Mr. Rosenfeld thereon. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/07/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Telephone call with Messrs. Southard, Hazan, Hammel and Rosenfeld discussing Mr. Hammel's comments to the motion seeking approval of sale procedures for the Debtor's IP Addresses [.4]; follow up call with Messrs. Southard and Hazan [.1]; discussing changes to motion with Mr. Southard [.1]; revising sale motion and emailing with Messrs. Southard, Hazan and Hammel separately [.5]; emailing motion and explanation of changes to Messrs. Friedman, Powers and McCord separately [.2]. | Fees | 1.30 | 0.00 | 375.00 | 487.50 |
| 03/07/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emails and call with Mr. Hammel and Mr. Hazan on status of IPv4 sale and terms of same (.6); further call with Mr. Hazan and Ms. Kiss (.1); emails on updated form and discussion with Ms. Kiss on motion (.2); further emails with Mr. Hammel thereon (.1); reviewing revised Hilco motion and several related emails with Ms. Kiss and Mr. Hazan (.2). | Fees | 1.20 | 0.00 | 575.00 | 690.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 03/09/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing invoice for publication cost of bar date notice and emailing list of questions to Messrs. Rosenfeld and Bivona [.3]; drafting notice of hearing for motion seeking approval of procedures for the sale of the Debtor's IP Addresses [.2]; reviewing and finalizing sale motion [.5]. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |
| 03/10/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing motion revisions on NEP motion by Ms. Kiss and discussing same. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/13/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Revising motion seeking approval of procedures for the sale of the Debtor's IP Addresses with Mr. Yang's comments. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 03/14/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emailing Mr. Hazan changes to motion seeking approval of procedures for the sale of the Debtor's IP Addresses. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 03/15/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Call with Mr. Hammel in relation to various status items (.4). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/15/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Revising order approving procedures for the sale of the Debtor's IP Addresses to conform with motion and emailing with Ms. Black and Mr. Yang. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 03/16/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing and responding to several emails on F&E liquidation agents and selection of same with Mr. Rosenfeld. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 03/17/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Revising, finalizing and filing motion seeking to establish procedures for the sale of the Debtor's IP Addresses [.8]; discussing motions with Mr. McCord [.1]; emailing with Mr. Nickelsberg regarding service of motions [.1]. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |
| 03/17/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emails in relation to disposition of IPv4 addresses, etc. and service with Ms. Kiss (.1); emails with Ms. Kiss on NEP disposition motion (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/20/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Reviewing research on records retention motions; discussing with Ms. Kiss (.3); reviewing plan of record retention from Mr. Bivona; revising same and several emails thereon (1.3). | Fees | 1.60 | 0.00 | 575.00 | 920.00 |
| 03/30/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Meeting with Mr. Rosenfeld and then with Mr. Bivona in relation to records and personal property disposition and related matters. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 03/31/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Emails with Mr. Bivona on computer equipment cleansing and sale. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| | | **Matter Description (First Line): Asset Disposition - General** | | 37.30 | 0.00 | | 17,787.50 |

**Matter Description (First Line): Asset Disposition - Oakdale Campus**

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/29/2016 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Messrs. Graiser and Hubbard on expenses and expectations of marketing during interim order approval; emails with Messrs. Bivona and Rosenfeld thereon; and with Ms. Kiss (.2); final review and revisions to purchase agreement form and emails and discussion with Ms. Kiss thereon (.5). | Fees | 0.70 | 0.00 | 550.00 | 385.00 |
| 11/29/2016 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Revising and finalizing Oakdale bidding procedures motion and related exhibits [.8]. | Fees | 0.80 | 0.00 | 325.00 | 260.00 |
| 11/30/2016 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing form of scheduling order on bid procedures; emails with Ms. Kiss thereon (.2); reviewing and responding to several emails from Mr. Silverberg on judgment and free and clear nature of sale motion; reviewing sale pleadings related to same (.3). | Fees | 0.50 | 0.00 | 550.00 | 275.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/01/2016 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing prior correspondence for interested party information on going concern bids and emails and discussions with Ms. Kiss on contacts for notice of sale (.3) emails with Messrs. Graiser and Hubbard thereon with Ms. Kiss (.1). | Fees | 0.40 | 0.00 | 550.00 | 220.00 |
| 12/01/2016 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Discussing list of service parties with Mr. Southard and emailing GCG list of parties to serve Oakdale bidding procedures on. | Fees | 0.20 | 0.00 | 325.00 | 65.00 |
| 12/02/2016 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing email from Ms. Sturchio to Messrs. Graiser and Hubbard on client with interest in Oakdale. | Fees | 0.10 | 0.00 | 550.00 | 55.00 |
| 12/05/2016 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing and responding to title search emails from Ms. Kiss and Mr. White (.1); reviewing emails on Oakdale campus update from broker concerning contacts and interested parties, then emails with Mr. Rosenfeld thereon and concerning hearing relief (.2). | Fees | 0.30 | 0.00 | 550.00 | 165.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/06/2016 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with A&G and Madison Hawk with<br>interested buyer (.5). | Fees | 0.50 | 0.00 | 550.00 | 275.00 |
| 12/07/2016 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Ms. Kiss on title search results. | Fees | 0.10 | 0.00 | 550.00 | 55.00 |
| 12/09/2016 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Messrs. Testa and Farley in<br>relation to stalking horse interest. | Fees | 0.20 | 0.00 | 550.00 | 110.00 |
| 12/12/2016 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails and call with Mr. Graiser in relation<br>to bid procedures and status; emails with<br>Ms. Kiss and Mr. Friedman thereon (.3); call<br>with Mr. Friedman on same (.3); further<br>emails with Mr. Graiser; then with Mr.<br>Friedman on marketing budget (.3). | Fees | 0.90 | 0.00 | 550.00 | 495.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/13/2016 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails with A&G and Madison Hawk and committee counsel on call set up and co-brokerage (.2); call with Mr. Friedman discussing bid procedures order and bid procedures (.6); call with Messrs. Friedman, Rosenfeld, Hubbard and Graiser on sale process and retention (.5); reviewing emails from Mr. Graiser and Mr. Rosenfedl on update from call and reaction to same (.2); reviewing and responding to status report from A&G/Madison on interested parties and request of committee for same (.2); reviewing and revising bid procedures and email with Messrs. Friedman and Silverman thereon (.4); reviewing motion, revising proposed form of bid procedures order and then email with Messrs. Friedman and Silverman thereon (.4). | Fees | 2.50 | 0.00 | 550.00 | 1,375.00 |
| 12/14/2016 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails with Mr. Graiser and Mr. Hubbard on retention and appearance for bid procedures (.1); reviewing and revising bid procedures in relation to Committee concerns (.3); emails thereon with A&G and Madison Haw and ACA parties for approval (.2); further revisions to bid procedures; emails thereon to interested parties (.2); | Fees | 0.80 | 0.00 | 550.00 | 440.00 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/14/2016 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing Oakdale bidding procedures and summarizing same for December 15 hearing [2.1]; finalizing and filing Mr. Hubbard's supplemental declaration [.2]. | Fees | 2.30 | 0.00 | 325.00 | 747.50 |
| 12/15/2016 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Several emails and review of draft publication and broker registration form with Madison Hawk and A&G realty following hearings (.3); further emails with Mr. Rosenfeld and Graiser in relation to same (.1); reviewing bid procedures uploaded; then emails with Messrs. Graiser and Hubbard thereon (.2). | Fees | 0.60 | 0.00 | 550.00 | 330.00 |
| 12/16/2016 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing and revising bidding procedures order and exhibits in accordance with chamber's comments. | Fees | 0.50 | 0.00 | 325.00 | 162.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/16/2016 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Graiser on email blast notice for Oakdale campus sale and bid procedures; emails on entry of order with Ms. Kiss and conformed version (.3); emails and call with Ms. Ryan in relation to bid procedures; reviewing and revising same and form of order and notice; then emails thereon to interested parties and chambers on submission of revised procedures; including calls with counsel to committee and ACA (.9); further emails and call with chambers thereon and final revisions to same; then emails with interested parties (.4). | Fees | 1.60 | 0.00 | 550.00 | 880.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------|-----------|-------|-------|-------|-------|
| 12/19/2016 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing entry of bid procedures (.2); emails thereon with brokers and related parties (.2); emails with Mr. Levin on pricing for publication of notice; discussing with Ms. Kiss (.2); emails with Mr. Rosenfeld in relation to meeting among committee and campus agents (.1); email with Mr. Bivona in relation to chemical clean-up at Oakdale labs (.1); emails on NDA form with Mr. Cote (.1); reviewing email from Ms. Kiss on bid procedures and sale notice (.1); then emails with Mr. Levin and Ms. Kiss on publication form and notice and options (.2); emails with Mr. Rosenfeld in relation to agent meeting with committee on Oakdale sale (.1). | Fees | 1.30 | 0.00 | 550.00 | 715.00 |
| 12/19/2016 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Comparing version of bidding procedures submitted to chambers to version signed by Judge Grossman [.2]; telephone calls with Mr. Nickelsberg regarding service of Oakdale bidding procedures order [.2]; finalizing sale notice and emailing with GCG [.1]. | Fees | 0.50 | 0.00 | 325.00 | 162.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/20/2016 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing email from Mr. Levin on pricing for publication on Dowling sale; emails with Messrs. Rosenfeld and Bivona thereon and Ms. Kiss (.2); emails with Ms. Cote in relation to broker registration form (.1); emails with Ms. Cote on sale NDA (.1); reviewing further emails on pricing from GCG for publication (.1); Reviewing email and proposed chemical removal engagement from Mr. Bivona; responding to same (.2). | Fees | 0.70 | 0.00 | 550.00 | 385.00 |
| 12/20/2016 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing publication quotes from GCG and Miller Advertising [.3]; telephone call with Mr. Nickelsberg discussing service of bidding procedures order [.2]. | Fees | 0.50 | 0.00 | 325.00 | 162.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/21/2016 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Discussing tax assessment matters with Mr. Rosenfeld and Mr. Bivona (.1); then call with Mr. White thereon (.2); call with A&G Realty concerning same and committee views on planning (.2); reviewing emails and discussing publication requirements and costs with Ms. Kiss; discussing with Messrs. Rosenfeld and Bivona (.3); reviewing email from Mr. Kleinberg in relation to Oakdale campus sale and board interest; then discussing with Mr. Rosenfeld (.1). | Fees | 0.90 | 0.00 | 550.00 | 495.00 |
| 12/22/2016 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails on NDA form and discussing with Ms. Kiss (.1); discussing schedules to APA with Ms. Kiss (.1) | Fees | 0.20 | 0.00 | 550.00 | 110.00 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/22/2016 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Telephone call with Mr. Cote regarding schedules to APA for Oakdale Campus and confidentiality agreement [.1]; reviewing confidentiality agreement and emailing with Mr. Southard [.2]; reviewing affidavit of service related to Oakdale bidding procedures order [.1]; telephone call with Mr. Bivona discussing payment of publication costs [.1]; reviewing revised publication costs and emailing with Mr. Southard [.4]. | Fees | 0.90 | 0.00 | 325.00 | 292.50 |
| 12/23/2016 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing and responding to several emails in relation to publication and payment for same with Ms. Kiss and Mr. Levin and then Mr. Bivona. | Fees | 0.30 | 0.00 | 550.00 | 165.00 |
| 12/23/2016 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Revising ads and emailing comments to Mr. Levin [.2]; discussing comments with Mr. Levin and reviewing revised ads [.4]. | Fees | 0.60 | 0.00 | 325.00 | 195.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/27/2016 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing contract in relation to chemical disposal at Oakdale and emails thereon with Mr. Bivona (.4); further emails on revisions to agreement with Mr. Bivona (.1); emails with Ms. Kiss and Mr. Levin on sale publication (.1). | Fees | 0.60 | 0.00 | 550.00 | 330.00 |
| 12/29/2016 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Clayton on interest of SCCC on purchase of campus. | Fees | 0.10 | 0.00 | 550.00 | 55.00 |
| 01/04/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing email on co-broker status from Mr. Graiser (.1); emails with Mr. Rosenfeld thereon (.2); | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 01/10/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Baldwin and Ms. Kiss in relation to bid procedures (.1); call with Mr. Friedman on status of sale and marketing (.1); reviewing email and affidavit from Mr. Egloff on publication of WSJ and Newsday (.1); discussing press release with Mr. Bivona from agents (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/11/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing emails from Mr. Bivona and from Ms. kiss on proposed press release from A&G and edits to same. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 01/11/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing and filing affidavits of service for publication of Oakdale bidding procedures [.2]; reviewing and revising press release from A&G and Madison Hawk [.7]. | Fees | 0.90 | 0.00 | 375.00 | 337.50 |
| 01/11/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing proposed Oakdale residential tenant letter. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 01/12/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing emails on NDA's among Mr. Rosenfeld and Mr. Cote; then emails on update with Mr. Rosenfeld (.2); reviewing and responding to emails on press release from Ms. kiss and agents on campus (.2); reviewing email on Phase I report from Mr. Bivona and email to Mr. White thereon (.1); emails with Mr. Rosenfeld on status report (.1). | Fees | 0.60 | 0.00 | 575.00 | 345.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/12/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Revising press release per Mr. Southard's comments and emailing with Mr. Bivona. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 01/13/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Rosenfeld on update for Oakdale sale and marketing (.1); reviewing emails on auction press release edits from Mr. Bivona and responses from agents (.2). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 01/17/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing and responding to emails from Mr. Rosenfeld in relation to A&G update and committee and board review (.3); reviewing email to committee counsel from Mr. Rosenfeld and response from Mr. Friedman (.1); emails with Messrs. Rosenfeld, Graiser and Hubbard in relation to board call and update (.1). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 01/17/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing status update from A&G and Madison Hawk. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/18/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Messrs. Graiser and Hubbard on update and call scheduling (.1); call with same and Mr. Rosenfeld (.4); reviewing and responding to emails from Mr. Bivona in relation to expense reimbursement (.1); further emails with Mr. Graiser on stalking horse interest (.1). | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 01/23/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing status update from A&G and Madison Hawk. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 01/24/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing sale and marketing status update from A&G and email from Mr. Rosenfeld. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/26/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing email from Mr. Rosenfeld and call to same on Town of Islip meeting. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 01/26/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing Town of Islip proposed zoning amendment as it pertains to the planned landmark preservation of portion of the Oakdale campus. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/27/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing email from Mr. Rosenfeld and responding to same on Town of Islip meeting and issues (.2); call with CRO and agents for Oakdale campus in relation to meeting with Town of Islip and results of same (.5); call with Mr. White in relation to historical designation issues and related matters (.2); reviewing email and updated status report from Mr. Rosenfeld on behalf of campus agents (.1); call with Mr. Rosenfeld in relation to Town walk-through (.2). | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 01/27/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing emails regarding Town of Islip meeting [.1]; reviewing status report from A&G and Madison Hawk [.2]. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 01/27/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Conference call re: Town of Islip proposed zoning amendment (.2); telephone conference with Messrs. Bivona and Murphy and Ms. Sturchio re: Town of Islip proposed zoning amendment (.2). | Fees | 0.40 | 0.00 | 350.00 | 140.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------------------|-----------|-------|-------|-------|-------|
| 01/31/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Mr. Rosenfeld in relation to<br>meeting with Town of Brookhaven. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/01/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Email correspondence with Mr. Bivona re:<br>deeded parcels. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 02/02/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing email and letter from Mr. Testa<br>on stalking horse interest; forwarding same<br>to appropriate parties. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/02/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing engineering report proposal for<br>Montauk Place property (.2); email<br>correspondence with Mr. Murphy and Ms.<br>Sturchio re: converted Dowling properties. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 02/03/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with A&G realty and Mr. Rosenfeld on<br>status (.4); emails with DIP lender counsel<br>in relation to landmark status of Dowling<br>residential (.1). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/06/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Multiple email correspondence with Ms. Sturchio re: converted Dowling properties (.2); email correspondence with title company re: same (.1). | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 02/08/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Email correspondence with Mr. Bivona re: title searches for converted properties. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 02/09/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Researching town's designation of debtor's property as planned landmark preservation in relation to the automatic stay. | Fees | 2.50 | 0.00 | 375.00 | 937.50 |
| 02/10/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Email correspondence with Mr. Bivona re: title searches for converted properties. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 02/13/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Mr. Cote in relation to sale status and stalking horse interest (.2); reviewing and revising form of APA for Oakdale campus sale and preparing schedules for same; emails with Mr. Corneau and Ms. Kiss on various matters related to same (2.2); reviewing PLP regulations for Town of Islip (.4). | Fees | 2.80 | 0.00 | 575.00 | 1,610.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------|-----------|-------|-------|-------|-------|
| 02/13/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing A&G and Madison Hawk's status report [.1]; reviewing information on the Planned Landmark Preservation Overlay from the town of Islip [.5]; further research re: whether planned landmark preservation as violation of automatic stay or police power exception to stay [2.6]; discussing research results with Mr. Southard [.1]. | Fees | 3.30 | 0.00 | 375.00 | 1,237.50 |
| 02/13/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Email correspondence with Mr. Southard re: APA (.1); multiple email correspondence with Mr. Southard re: New York State deed transfer tax exemption (.2); email correspondence with Mr. Bivona re: Town of Islip Discount Commercial Compliance Permit Fees (.1). | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 02/13/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing and responding to email from Mr. Southard regarding encumbrances on Oakdale property [0.2]. Researching status of warrant as a lien [0.2]. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/14/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing research on Town of Islip PLP intention and stay applicability and emails from Ms. Kiss thereon (.6); reviewing and revising APA and preparing schedules for same; reviewing ancillary documentation, including title reports and phase I; then preparing email to Messrs. Rosenfeld, White, Bivona and Ms. Kiss thereon (2.5). | Fees | 3.10 | 0.00 | 575.00 | 1,782.50 |
| 02/14/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Email correspondence with Mr. Southard re: revised APA (.1); reviewing revised APA and schedules (.9). | Fees | 1.00 | 0.00 | 350.00 | 350.00 |
| 02/15/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Cote and then with Messrs. Rosenfeld and Bivona concerning APA (.3); call with Messrs. Rosenfeld and Bivona on APA terms for Oakdale sale (1.5); reviewing and revising APA and schedules to same for Oakdale and emails with Messrs. Rosenfeld and Bivona and White thereon (1.2); further emails with Messrs. Rosenfeld and Bivona thereon (.2). | Fees | 3.20 | 0.00 | 575.00 | 1,840.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/15/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Multiple email correspondence with Messrs. Southard, Bivona and Rosenfeld re: revised APA (.3); reviewing revised APA (.2); reviewing title reports for four (4) converted Dowling properties (1.6); reviewing relevant sections of Town of Islip Zoning Code (.8); email correspondence with Messrs. Murphy and Bivona and Ms. Sturchio re: converted Dowling properties (.3). | Fees | 3.20 | 0.00 | 350.00 | 1,120.00 |
| 02/16/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails with Messrs. Cote, Rosenfeld and Bivona in relation to APA form for stalking horse (.3); further emails with Mr. Cote and then with Mr. Rosenfeld on stalking horse bid timing and earnest money (.2). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 02/16/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Email correspondence with Mr. Southard re: stalking horse bid deadline. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/17/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Mr. Rosenfeld and Mr. DiCioccio in relation to Town of Islip intentions and bankruptcy (.4); emails with Mr. Rigiano in relation to Oakdale developer interest (.1); emails with Mr. White on PLP intentions by Town of Islip (.2). | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 02/17/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Multiple email correspondence with Mr. Southard re: Town of Islip Planned Landmark Preservation Overlay District. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 02/21/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing status report for week ending February 17. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 02/21/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Email correspondence with Mr. Bivona re: deeded parcels (.1); telephone conference with title company re: searches for deed parcels (.1). | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 02/22/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Bivona in relation to Oakdale properties for sale. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/23/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Call with Mr. Cote and emails on status of Oakdale stalking horse agreement and schedules to same (.5); reviewing APA and schedules; emails with Mr. Rosenfeld and Mr. Bivona thereon (.4); emails with Mr. McCord on updated stalking horse agreement (.1); further emails with Mr. Cote on earnest money and terms (.1); reviewing and responding to emails from Mr. Edib on BUEI, LLC interest in assets (.1); call with Mr. Edib thereon (.3); emails on update from expression of interest with Mr. Rosenfeld (.1). | Fees | 1.60 | 0.00 | 575.00 | 920.00 |
| 02/23/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing revised stalking horse agreement. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 02/24/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails with Messrs. Cote and Bivona on legal descriptions and terms (.2); emails with Mr. Cote on purchaser interest (.1); emails with Mr. McCord on comments to APA (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/24/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing email correspondence between Messrs. Southard, Bivona and Cote re: legal description for Oakdale parcels. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 02/25/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing email from Mr. Rosenfeld to Mr. Cerullo on APA representations. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 02/27/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails on status of sale with Mr. Cote and stalking horse offers. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 02/27/2017 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing status report as of February 24. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 02/28/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails with Advantage title (.1); reviewing email from Mr. Cote and offer package from Island Group (.5). | Fees | 0.60 | 0.00 | 575.00 | 345.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/01/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing APA and email on proposed stalking horse bid from Mr. Cote and related emails on further call for discussion (.4); call with A&G representatives and Mr. Rosenfeld on stalking horse proposal (.4); emails and call with Mr. McCord on status of APA form (.1); emails with Mr. Cote in relation to stalking horse interest in FF&E (.1); reviewing diligence on interested buyer and emails with Mr. Rosenfeld thereon (.2). | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 03/02/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Calls to and with Mr. McCarthy and then with Mr. McCord in relation to stalking horse interest and bid (.4); emails with Mr. Rosenfeld on Oakdale stalking horse consideration (.1); emails with Ms. Kiss on stalking horse considerations (.1); call with Mr. Rosenfeld on stalking horse status (.2); reviewing Oakdale historic preservation letter filed by NYS and related emails (.4); reviewing and responding to further emails from Mr. McCord and Ms. Kiss and call with Mr. McCord (.3). | Fees | 1.40 | 0.00 | 575.00 | 805.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/02/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing letter and information filed by NYS Division for Historic Preservation [.4]; telephone call with Mr. McCord discussing APA with stalking horse bidder, emailing with Mr. Southard and reviewing APA and emailing with Mr. McCord [.2]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 03/02/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing letter from New York State Division for Historical Preservation (.8); reviewing correspondence from Mr. Bivona in response to Town of Islip Department of Planning and Development (.1); multiple email correspondence with Mr. Bivona re: same (.2); reviewing updated Asset Purchase Agreement (.6). | Fees | 1.70 | 0.00 | 350.00 | 595.00 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------|-----------|-------|-------|-------|-------|
| 03/03/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing email request by Mr. Javaid for bidding procedures and from Ms. Kiss in response (.1); emails with Mr. Cote on sale of name and reviewing research thereon (.3); reviewing bid procedures order in relation to stalking horse (.2); call with Mr. McCord on stalking horse (.2); discussing stalking horse with Ms. Kiss and motion to approve same (.3); call with Mr. Rosenfeld on stalking horse bid concerns (.2); email to committee counsel on status (.1); call with campus agents and Mr. Rosenfeld and Ms. Kiss on stalking horse negotiation (.5); emails with Mr. Silverberg on objection; reviewing objection and responding to same; then emails with counsel to committee and ACA with update (.3). | Fees | 2.20 | 0.00 | 575.00 | 1,265.00 |
| 03/03/2017 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Discussing stalking horse bidder and approval of bid protections with Mr. Southard [.3]; conference call with Messrs. Southard and Rosenfeld and real estate brokers discussing stalking horse bidder [.5]; reviewing APA with stalking horse bidder and drafting motion seeking to approve bid protections [1.0]. | Fees | 1.80 | 0.00 | 375.00 | 675.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/06/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails with Mr. Rosenfeld on status of stalking horse discussion; then with Mr. Amendola (.2); call with same and then revising APA and emails thereon (.4); reviewing updated broker report on marketing and offer status and related emails (.2); emails and call with Mr. Friedman and Mr. Powers thereon (.2); discussing and then initial review of stalking horse bid application from Ms. Kiss (.3); revising APA and related emails on FF&E with estate parties (.6). | Fees | 1.90 | 0.00 | 575.00 | 1,092.50 |
| 03/06/2017 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Drafting motion seeking approval of stalking horse application [3.0]; discussing bidding protections with Mr. Southard [.1]; reviewing status update and email to Board regarding stalking horse bidder [.2]. | Fees | 3.30 | 0.00 | 375.00 | 1,237.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/07/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Amendola on stalking horse financial wherewithal (.1); reviewing and revising APA and schedules; then emails with brokers and Mr. Rosenfeld on APA form and FF&E issues and representations; emails with counsel to committee thereon (1.1); revising schedules to APA (.2). | Fees | 1.40 | 0.00 | 575.00 | 805.00 |
| 03/08/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Messrs. Rosenfeld and Bivona and Ms. Kiss on APA and schedules for stalking horse (time split with other matters) (.4); reviewing and revising APA and schedules; reviewing title report, PLP regulations and correspondence in relation to historical designation; then emails with Mr. White thereon (.8); emails with Messrs. Rosenfeld, Bivona and White and Ms. Kiss thereon; then further revision to schedules and emails updating same (.4); emails with Ms. Farber on timeline for sale (.1); call with Mr. White on status of Oakdale campus sale and schedules to APA (.3); reviewing further emails on real estate description from Mr. Bivona and then to Mr. White (.1). | Fees | 2.10 | 0.00 | 575.00 | 1,207.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/08/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Conference call with Messrs. Southard,<br>Corneau, Rosenfeld and Bivona discussing<br>budget and schedules to APA. | Fees | 1.10 | 0.00 | 375.00 | 412.50 |
| 03/08/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Multiple email correspondence with Mr.<br>Southard re: seller representation (.4);<br>reviewing amended Asset Purchase<br>Agreement and schedules thereto (.5);<br>reviewing searches contained in title report<br>(.3); reviewing tax maps for Idle Hour and<br>Central Avenue lots (.2); reviewing updated<br>Asset Purchase Agreement schedules (.1);<br>reviewing legal descriptions for campus<br>properties (.2); email correspondence with<br>Messrs. Southard and Bivona re: same (.2) | Fees | 1.90 | 0.00 | 350.00 | 665.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/09/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails with Messrs. Bivona and White on schedules to APA and real property description (.1); reviewing email from Mr. Amendola and comments on APA from proposed stalking horse (.3); further emails with Messrs. Amendola and Rosenfeld on financial wherewithal (.1); call with Mr. Amendola on status (.1); emails with Messrs. Rosenfeld and Bivona on excluded assets and schedules completion (.3); emails with Ms. Farber on NYSAG position on sale (.1); call with Messes. Farber, Young, Stewart and Anello in relation to sale matters and approval (.4); further emails related to same with Messrs. Rosenfeld and Clayton ( .2): revising APA; call with Mr. Rosenfeld on status of same (.8); further updating APA and schedules and several emails among interested parties on review and call scheduling to discuss same (.7). | Fees | 3.10 | 0.00 | 575.00 | 1,782.50 |
| 03/09/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing New York State guide to sales pursuant to §§ 510, 511 and 511-a (.2); reviewing updated Asset Purchase Agreement and schedules thereto (.3). | Fees | 0.50 | 0.00 | 350.00 | 175.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/10/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing and responding to email from Mr. Hammel in relation to Oakdale campus and FF&E; then to Messrs. Amendola and Rosenfeld thereon (.2); call with Mr. Amendola on sale negotiations with stalking horse; then emails with Messrs. Rosenfeld and Bivona and Ms. Kiss thereon (.2); emails with Mr. Bivona on excluded property revisions (.1); revising stalking horse agreement; then emails with Mr. McCord (.3); several emails with Messrs. Bivona and Rosenfeld on disclosure matters and APA (.1); reviewing and responding to NYSAG representatives on financial disclosure requests and related matters concerning 510/511 petition under NPL and to Ms. Kiss and Mr. Rosenfeld thereon (.6); reviewing email and diligence of stalking horse from Mr. Amendola (.1); preparing draft memo and related email to board and counsel on NYSAG and Bankruptcy Court approval process for stalking horse bid (.6); reviewing and revising stalking horse agreement; emails with Messrs. Rosenfeld and Bivona thereon (.5); call with Mr. Friedman on status of review of stalking horse (.1). | Fees | 2.80 | 0.00 | 575.00 | 1,610.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 03/10/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Discussing motion to shorten time for hearing to consider stalking horse application with Mr. Southard and drafting same [1.8]; reviewing and revising board resolution approving APA with stalking horse bidder [.2]; emailing relevant documents to AG's office [.1]. | Fees | 2.10 | 0.00 | 375.00 | 787.50 |
| 03/10/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Multiple email correspondence with Messrs. Southard, Bivona and Rosenfeld re: disclosures under APA (.9); reviewing maps and comparing same (.3); reviewing Asset Purchase Agreement re: same (.2). | Fees | 1.40 | 0.00 | 350.00 | 490.00 |
| 03/13/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Mr. Pfeiffer on status of stalking horse agreement (.1); revising stalking horse agreement and schedules to same; then emails thereon with estate parties (1.6); emails with Mr. Hammel in relation to FF&E values (.1); reviewing and revising motion to approve stalking horse and then motion to shorten time on stalking horse and related emails with Ms. Kiss (.5); emails with broker on stalking horse status and board approval (.2). | Fees | 2.50 | 0.00 | 575.00 | 1,437.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/13/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Drafting motion to shorten time on hearing for stalking horse application [.5]; reviewing status report [.1]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 03/14/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails to Messrs. Amendola and Cote and Rosenfeld on status of stalking horse bid and board approval (.1); call with Mr. Rosenfeld in relation to stalking horse status (.2); emails with Mr. Friedman on stalking horse (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/15/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails with Ms. Kiss on declaration by broker in support of stalking horse bid (.1); reviewing retention and report by A&G/Madison Hawk and then preparing declaration of Mr. Amendola in support of stalking horse bid; emails in relation to same (.7); call with Mr. Rosenfeld on status of stalking horse bid (.1); call with Mr. Frankel on stalking horse interest and email on same (.2); preparing email to Messrs. Rosenfeld and Amendola on stalking horse issues and comments (.2); call with Mr. Pfeiffer thereon related to stalking horse bid status (.2); several further emails on terms of stalking horse and issues with Messrs. Amendola and Rosenfeld (.3). | Fees | 1.80 | 0.00 | 575.00 | 1,035.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/16/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Several emails on organizing call with stalking horse (.2); call with Mr. Rosenfeld on status (.1); call with Messrs. Rosenfeld, Cote and Hubbard thereon (.3); emails with chambers on status of potential stalking horse and motion (.1); discussing NYS NPL petition with Ms. Kiss and related emails (.2); call with stalking horse parties (.5); call with Ms. Cheng and Mr. Pfeiffer on status; then related emails (.4); reviewing and revising APA and then emails on same for stalking horse with ACA counsel (.4). | Fees | 2.20 | 0.00 | 575.00 | 1,265.00 |
| 03/16/2017 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing declaration in support of stalking horse application [.2]; discussing 510/511 petition with Mr. Southard, reviewing informational booklet from AG's office and drafting petition [2.1]. | Fees | 2.30 | 0.00 | 375.00 | 862.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/17/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Ms. Cheng (.2); reviewing APA and revising same; then emails thereon (.3); preparing email to stalking horse counsel and parties (.2); call and emails with Mr. Rosenfeld on stalking horse status (.2); reviewing letter from Town of Islip on tax matters; several emails and calls thereon (.5); emails with Ms. Kiss on Mr. Gold and interest of Amity in stalking horse opportunity (.2). | Fees | 1.60 | 0.00 | 575.00 | 920.00 |
| 03/17/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing correspondence from Town of Islip Assessor re: tax exempt status (.1); multiple email correspondence with Messrs. Southard and Rosenfeld re: same (.4). | Fees | 0.50 | 0.00 | 350.00 | 175.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/20/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing emails on tax obligations (.1); emails to interested stalking horse and brokers on status (.2); call with Mr. Thaler (.3); call to Mr. Pfeiffer (.3) call with Mr. Kremen on interest in bidding (.2); preparing emails to brokers on interested bidders and introductions (.1); emails with brokers in relation to stalking horse bid modification; etc. (.1); call with brokers and Mr. Rosenfeld on Oakdale campus status (.6); discussion with Ms. Kiss; then call with Mr. Gold on Amity interest (.3); revising stalking horse form (.4); emails with brokers and then with Mr. Gold thereon (.2); further call with Mr. Gold (.1); call with Mr. Stigler of Advantage Title (.1); emails with brokers on diligence by stalking horse party (.2); call with Mr. Gold (.1); email to counsel to Town of Islip on PLP status (.1); several further emails with Mr. Brickman and others on stalking horse bid revisions and APA (.7). | Fees | 4.10 | 0.00 | 575.00 | 2,357.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/20/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Conference call discussing Oakdale Campus status update [.6]; reviewing status report and high level attorney eyes only information [.2]; call with Mr. Gold regarding asset purchase agreement and emailing with Messrs. Cote and Amendola [.1]. | Fees | 0.90 | 0.00 | 375.00 | 337.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/21/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Ms. Cheng on sale status (.2); reviewing and responding to email from Mr. Thaler with APA (.2); call with Mr. Rosenfeld on stalking horse and bidder status (.2); call with Mr. Stigler of Advantage title (.2); call with Mr. Pfeiffer (.2); call with counsel to Empire Equities stalking horse on open issues (.5); reviewing and revising schedules and APA form and related emails with proposed purchaser counsel and ACA parties and brokers (.5); emails with Mr. Brickman on tax letter (.1); call and emails with brokers on tax matters and stalking horse views (.2); then calls to and with Mr. Brickman and related emails; reviewing title report and APA; revising schedules to APA and emails to interested parties on title and tax matters (.8); call with Mr. Rosenfeld on status (.1); emails with Ms. Cheng and Mr. Pfeiffer (.1); emails with interested bidders on updated schedules to APA (.2); email with Mr. Kremen on interest and stalking horse status (.1); call with Mr. White on tax issues (.3); several emails and then call with Mr. Thaler in relation to APA and purchaser interest (.8). | Fees | 4.70 | 0.00 | 575.00 | 2,702.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------|-----------|-------|-------|-------|-------|
| 03/21/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Review of word version of APA filed on<br>petition date and emailing with Mr. Thaler. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 03/22/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Brickman on APA and<br>stalking horse requested changes to<br>schedules (.1); revising schedules to APA<br>and emails thereon (.2); meeting with Ms.<br>Kiss discussing NYS AG petition under<br>NFP law and emails thereon and with Ms.<br>Kiss and Ms. Anello (.4); emails on escrow<br>instructions for bids with Mr. Cote, Mr.<br>Thaler and Ms. Nocella (.2); emails with<br>Messrs. Rosenfeld and Parr in relation to tax<br>and Town of Islip discussions (.2); call with<br>Mr. Kremens on status; then related emails<br>with brokers (.2); reviewing bid procedures,<br>then  several emails to brokers on status,<br>timing and request for call (.3); emails with<br>Ms. Ryan on status (.1); emails with Mr.<br>Brickman; preparing execution copy of APA<br>and related emails and call to Mr. Brickman<br>(.4); reviewing email from Mr. DiCioccio on<br>behalf of Town of Islip (.1); then related<br>emails (.1); emails with Mr. Friedman on<br>status, then with Ms. Cheng and Mr. Pfeiffer<br>(.1); call with brokers (.4); further call with<br>Mr. Brickman (.1); emails on status update | Fees | 6.10 | 0.00 | 575.00 | 3,507.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement

to chambers, creditors and brokers (.3); reviewing and revising motions for stalking horse approval, and then motion for shortened notice; several emails with interested parties in relation to stalking horse status and approval of forms (1.6); emails with Mr. Thaler on updated timing (.1); call with Mr. Cote on Chinese interest and related emails (.1); emails with Messrs. Rosenfeld, Cook on SPDES permit resolution and responding to same (.2); call with Mr. Friedman on status (.2); reviewing and responding to emails from Messrs. Hammel and Pfeiffer on clarifications for FF&E sale and stalking horse approval (.7).

| 03/22/2017 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing requirements for 510/511 petition [.1]; discussing requirements and documents necessary for 510/511 petition with Mr. Southard [.4]; reviewing emails on stalking horse application, discussing schedule with Mr. Southard and locating updated documents [.3]; reviewing and revising stalking horse application and motion to shorten time [.5]. | Fees | 1.30 | 0.00 | 375.00 | 487.50 |
| 03/22/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing email correspondence from Town of Islip re: preservation overlay district. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 03/23/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing and revising motion to approve stalking horse and related emails thereon (.6); discussing with Ms. Kiss motion and notice; call with Mr. Amendola on same (.2); call with Mr. McCord on status and schedule (.2); preparing board update and | Fees | 7.40 | 0.00 | 575.00 | 4,255.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement

related emails with Mr. Rosenfeld; preparing redlines of APA and explanation for BOT (.4); call with Mr. Cote on interest of stalking horse Wanda group (.2); call with Mr. Rosenfeld on status of deal (.2); call with Mr. Gold on Amity interest (.2); emails thereon (.1); call with Mr. Powers on behalf of Committee views (.2); email with Mr. Cote and Mr. Rosenfeld on lot for title (.1); call with Mr. White and emails on title issues (.2); further call with Mr. Gold on APA question (.1); further emails with estate parties on stalking horse status (.1); call with Mr. Brickman and related emails on status of stalking horse and request for further edits (.2); call with Ms. Kiss thereon and related emails with stalking horse (.2); further call with Mr. Roseman on interest of client; emails with brokers and Mr. Rosenfeld on status of same (.3); emails with ACA and brokers on status of stalking horse; emails with chambers thereon (.3); call with Mr. Pfeiffer and Ms. Cheng on status; then emails with brokers; emails with Mr. Rosenfeld on board update and action (.4); further call with Mr. Roseman; then revising APA form and emails to same (.4); attending to stalking horse agreement and several related emails with Mr. Brickman and Ms. Kiss; then with estate parties on update; emails with Mr. Amendola on declarations in support of motion, etc. (.7); call with estate parties on status (.4); call with Mr. Gold on client's interest; then preparing email with updated APA and related information (.3); further emails on competing bid form with Mr. Cote and diligence status (.2); reviewing and revising form of agreement from Mr. Roseman; emails with Ms. Kiss and other estate parties

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | thereon (.7); call with Mr. Roseman and several emails on status of competing bid status from Mr. Roseman's client (.5). | | | | | |
| 03/23/2017 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Discussing stalking horse bid with Mr. Southard and telephone call with Messrs. Southard and Amendola [.2]; discussing updated APA with Mr. Southard and emailing with Mr. Brickman [.1]; finalizing stalking horse application and motion to shorten time [.5]; conference call discussing stalking horse bid [.4]. | Fees | 1.20 | 0.00 | 375.00 | 450.00 |
| 03/23/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Email correspondence with Mr. Southard re: campus lots (.2); reviewing proposed changes to Asset Purchase Agreement pertaining to form of deed and zoning issues (1.0); multiple email correspondence with Mr. Southard re: same (.3); reviewing revised schedules (.2). | Fees | 1.70 | 0.00 | 350.00 | 595.00 |
| 03/24/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Calls with Mr. Roseman and several emails in relation to bidder interest and diligence requests (.3); reviewing and responding to email from Mr. White on comments to schedules and APA; reviewing and updating schedules (.3); several emails with brokers and interested bidder parties thereon (.4); emails and call with Mr. Baldwin in related to NYSED views on sale (.2); call with estate parties and creditors on status of stalking horse matters; several related emails (.7) further calls and emails attending to stalking horse considerations with bidder and estate representatives, including with Mr. Brickman (.3); preparing board update | Fees | 9.00 | 0.00 | 575.00 | 5,175.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement

on status (.2); call with Mr. Cote on form of APA (.1); several emails and call with Mr. Brickman in relation to APA and with brokers on final approval of stalking horse (.4); emails on diligence requests from alternative bidders (.2); call with Mr. Pfeiffer (.1); call and emails with chambers in relation to scheduling and motion discussing with Ms. Kiss thereon (.3); further emails with parties in interest on scheduling and timing (.2); emails with Mr. Brickman on final form and with Ms. Kiss thereon for stalking horse (.2); reviewing and updating stalking horse motion, motion for expedited hearing and discussing with Ms. Kiss and several emails with same (.9); further emails with Mr. Baldwin on NYSED views and review of sale (.2); further review and emails with Ms. Kiss on motions and form of agreement (.4); then communicating with stalking horse on timing and court approval; emails related to same (.2); updating form of competing bid and related emails and call with Mr. Cote thereon (.4); further emails with creditor parties on status and update related to timing for bids and auction and request for call; then reviewing responses to same (.3); call with estate parties related to same (.3); call with Mr. Rosenfeld on status (.2); calls with Mr. Cote on closing conditions and stalking horse (.3); emails with Messrs. Gold, Goldstoff and then with Messrs. Bivona and Cote on diligence (.2); further call with Mr. Rosenfeld in relation to status (.2); meeting with Mr. Corneau and then emails on status of sale and overview of process (.7); further call with Mr. Baldwin; then emails related to same (.3); reviewing and revising several notices related to updates on stalking horse

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement

|  |  | developments, press releases and then communication to board (.5). |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| 03/24/2017 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Conference call discussing stalking horse bids [.8]; telephone call with chambers and Mr. Southard discussing hearing on stalking horse application [.2]; finalizing and filing stalking horse application and motion to shorten time [1.1]; discussing service with Messrs. Nickelsberg and Southard separately and emailing additional service parties to Mr. Nickelsberg [.2]; reviewing email and order from the Court scheduling hearing [.1]; drafting amended notice of bid deadline and auction [.7]. | Fees | 3.10 | 0.00 | 375.00 | 1,162.50 |
| 03/24/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Conferring with Mr. Southard regarding Oakdale sale. | Fees | 0.70 | 0.00 | 495.00 | 346.50 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/27/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing email and letter from Mr. Baldwin of NYSED and then emails thereon with Messrs. Rosenfeld, Bivona et al. (.3); then emails with various bidders, counsel and brokers on updated diligence, schedule, etc. (.7); call with Mr. Cote on same and updated diligence and bidding (.2); further emails with bidder counsel, including Mr. Thaler and Mr. Brickman on same (.4); call with Mr. Roseman (.2); emails with Ms. Kiss and interested parties on notice filing for updated deadlines, discussing with Ms. Kiss (.2); discussing sale approval order with Ms. Kiss and then related emails with Mr. Corneau and Mr. Steigler related to title review of order (.2); emails with Ms. Kiss and GCG on service matters (.1); emails with Mr. Rosenfeld and then with bidders on board approval, schedule for bids, etc. (.2); meeting with Mr. Corneau on APA comments and auction process (1.4); reviewing email from Mr. Hammel on comments to APA (.1); call with Mr. White on title questions; then emails thereon (.2); call with Mr. Steigler in relation to sale order comments (.2); call with Mr. Rosenfeld on board meeting and approval (.1); emails and call with Mr. Friedman on status (.3);  reviewing and revising competing bid form and then emails with Mr. Cote and Mr. Friedman thereon (.5); call with Mr. Rosenfeld (.2). | Fees | 5.50 | 0.00 | 575.00 | 3,162.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/27/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Discussing notice of amended bid deadline and auction with Mr. Southard, finalizing and filing same, and emailing with GCG regarding service [.4]; reviewing documents in file and drafting 510/511 petition [2.4]; discussing sale order filed on the petition date with Mr. Southard, reviewing file and emailing sale order to Messrs. Southard and Corneau [.1]; discussing APA with Mr. Corneau, reviewing file and emailing word versions of APA filed on petition date and stalking horse APA to Mr. Corneau [.2]; drafting list of email addresses for bid packages [.3]. | Fees | 3.40 | 0.00 | 375.00 | 1,275.00 |
| 03/27/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing stalking horse APA, bidding procedures order and related documents [2.9]. Conferring with Mr. Southard regarding auction, bidding procedures, comments to APA, and then call with Mr. Rosenfeld, call to Mr. White and call to Title Agent [1.4]. | Fees | 4.30 | 0.00 | 495.00 | 2,128.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------------|-----------|-------|-------|-------|-------|
| 03/28/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails on auction process at Certilman with Mr. McCord, et al. (.1); emails on bid delivery with interested parties and Ms. Kiss; emails with bidders thereon (.3); reviewing email on Phase I review and reps from Mr. Bivona (.1); several related emails on diligence and open questions of parties among debtor representatives (.2); emails on court reporter with Ms. Garofalo; discussing status and hearing preparation on stalking horse with Ms. Kiss and petition for NFP (.3); call with Mr. Hubbard on status; emails with Mr. Cote and other brokers in relation to bidder update and auctions (.4); emails and call with Mr. Roseman (.3); call with Mr. McNamara on auction space; then discussing same with Mr. Corneau (.2); several emails with brokers and CRO in relation to auction process and call; then preparing auction rules, etc. (.5); call with Mr. Amendola (.1); discussion of auction process and rules with Mr. Corneau (.3); call with brokers and CRO in relation to auction process and timing and rules, etc. (.8); revising rules and emails thereon (.2); call with Mr. Cote (.1); further emails with Mr. Cote to bidders on bid procedures and qualified bids (.1); call with Mr. Friedman on status (.2); preparing email to lenders and committee on status, etc. (.2); reviewing and revising Oakdale sale order and emails with Mr. Corneau thereon (.3). | Fees | 4.70 | 0.00 | 575.00 | 2,702.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/28/2017 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing list of email addresses for service of bid packages and emailing with Mr. Southard [.2]; updating list of email addresses with Mr. Southard's comments [.1]; reviewing draft of 510/511 petition for missing information and documents and discussing same with Mr. Southard [.8]; emailing questions on deeds to Mr. White and downloading deeds [.3]; discussing assignment to summarize deeds with Mr. Gargiulo [.1]; revising chart of deeds prepared by Ms. Gargiulo [.2]; updating petition with new information [1.0]; conference call on auction and bidding details [.8]; discussing status of sale with Mr. Southard [.1]; reviewing Newsday article and emailing with Mr. Southard [.2]; reviewing and revising binder prepared by Ms. Gargiulo for March 30 hearing [.2]; telephone call with Mr. Gold regarding deposit amount, reviewing bidding procedures and emailing with brokers [.2]. | Fees | 4.20 | 0.00 | 375.00 | 1,575.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/28/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing latest markup of APA [0.2]. Reviewing multiple emails regarding representations and response to same [0.2]. Reviewing data room [0.5]. Conferring with Mr. Southard regarding bidding procedures [0.3]. Telephone call regarding auction preparation [0.7]. Emailing 2x with Ms. Garofalo regarding court reporter for auction [0.2]. Reviewing Newsday article regarding auction [0.2]. Reviewing and commenting on draft sale order [0.8]. | Fees | 3.10 | 0.00 | 495.00 | 1,534.50 |
| 03/28/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Multiple email correspondence with Ms. Kiss re: deeds for Oakdale campus (.1); reviewing recorded deeds as contained in title report (.2). | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 03/29/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Discussing status with Mr. Southard [.1]; uploading proposed order for stalking horse application [.1]; reviewing 510-511 petition and emailing with Mr. Southard [.3]; reviewing Committee's objection to the stalking horse application [.2]; revising hearing binder [.4]. | Fees | 1.10 | 0.00 | 375.00 | 412.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/29/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Several calls and emails with Messrs. Rosenfeld, White and Bivona on sale status and diligence matters; emails with title thereon (.9); several emails attending to deposit receipts and bids with brokers and interested parties (.4); reviewing sale order revisions from Mr. Corneau and discussion with same and in relation to bid comparisons (.5); call with Mr. Rosenfeld related to same (.2); emails with Mr. Corneau on liens and values on property sold (.2); calls and emails with Messrs. Powers and Friedman in relation to objection by committee; reviewing same (.5); review of bids and attending to comparison of bids; several discussions with parties in interest thereon (1.6 ); call with Mr. Amendola (.2); calls to and with Mr. Yang (.2); reviewing bid comparison and discussion with Mr. Corneau thereon (.4); call with Mr. Cote on same (.1);  further call with Mr. Amendola (.1); call with Mr. Frankel (.1); call with Mr. Cote (.1); email with brokers and Mr. McNamaara on auction logistics (.2); call with creditor parties and debtor represenatives on bid status (.5); call with brokers related to same (.4); preparing for auction and hearing on stalking horse (1.4). | Fees | 7.60 | 0.00 | 575.00 | 4,370.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------|-----------|-------|-------|-------|-------|
| 03/29/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing files regarding aggregate liens on Oakdale campus [0.3]. Reviewing bid package of NCF Capital [0.9]. Conferring with Mr. Southard regarding auction process and sale-related issues [0.8]. Reviewing Committee objection to bid protections [0.2]. Reviewing additional bids and preparing summary chart comparing same [4.5]. Conferring with Mr. Southard regarding bids received [0.3]. Conferring with Mr. Southard regarding bid review [0.2]. Conference call regarding bids received and then conferring with Mr. Southard related thereto [1.1]. Conference call with brokers [0.5]. Reviewing bid procedures regarding admission to auction and emailing with Mr. Southard related thereto [0.5]. | Fees | 9.30 | 0.00 | 495.00 | 4,603.50 |
| 03/29/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Multiple email correspondence with Mr. Southard re: representations (.2); reviewing municipal searches (.2); reviewing Phase I and related report (.4); telephone conference with Messrs. Southard, Bivona and Rosenfeld re: disclosures and representations (.3). | Fees | 1.10 | 0.00 | 350.00 | 385.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------|-----------|-------|-------|-------|-------|
| 03/30/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Preparing for stalking horse hearing (.5); several emails with counsel to bidder on call (.2); call with Mr. Rosenfeld on status (.2); email update to board of trustees on bid summary (.1); call with Amity counsel (.7); call with Messrs. Cote and Hubbard (.4); emails with Mr. Corneau on Amity and stalking horse mark-up and related emails (.2); further preparing for hearing on stalking horse and witness (.4); appearing for Oakdale stalking horse application and discussions with counsel and parties before and after same (1.5); call with Mr. Corneau advising of status (.1); call with Mr. Cote on status of bidder qualifications (.1); call to Ms. Farber and then call to Ms. Anello on comments of Court relative to state law approval (.1); call with creditor representatives on status of stalking horse and qualification of bidders, et al. (.8); emails with bidders on qualifications (.2); emails with Mr. Friedman on bid status (.1). | Fees | 5.60 | 0.00 | 575.00 | 3,220.00 |
| 03/30/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Travel to/from hearing (half rate) (1.8). | Fees | 1.80 | 0.00 | 287.50 | 517.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/30/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing bids to assess qualification under bidding procedures [0.4]. Emailing with Mr. Southard regarding stalking horse [0.1]. Telephone call with Messrs. Gold and Goldstoff regarding APA [0.7]. Comparing stalking horse APA to best bid received [0.2]. Preparing summary of call with Herrick for brokers [0.4]. Telephone call with Mr. Southard regarding hearing [0.2]. Telephone call with Mr. Southard regarding outcome of hearing [0.1]. Conferring with Ms. Garofalo regarding transcript [0.1]. Conferring with Ms. Garofalo regarding binders for auction [0.1]. Participating in Board of Trustees call [0.9]. Conferring with Mr. Southard regarding status [0.4]. Conference call with lenders, Committee counsel regarding qualification of bidders [0.8]. | Fees | 4.40 | 0.00 | 495.00 | 2,178.00 |
| 03/31/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Returning call to Mr. Thaler (.1); reviewing email from Mr. Cote on funds for Island group and financial wherewithal (.1); call with Ms. Anello on Court comments to NYSAG and supreme court process (.3); call with Mr. McCarthy on regulatory review of sale (.2); emails with chambers and Mr. | Fees | 7.20 | 0.00 | 575.00 | 4,140.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement

Corneau on order denying bid protections
(.2); discussing auction logistics with Mr.
Corneau (.4); further emails with Ms. Anello
on NYSAG position on sale (.1); call with
brokers and Messrs. Corneau and Rosenfeld
in relation to same (.8); emails with Mr.
Rosenfeld on press and logistics of auction
(.1); reviewing and preparing auction rules
and presentation and then related emails
with parties in interest (1.2); call with Mr.
Hubbard on review of space (.1); reviewing
related emails from Mr. Cote and then with
Messrs. McCord and McNamara (.3); call
with Ms. Sterling and Mr. Rosenfeld on
press and auction matters (.3); reviewing
email and diligence on Princeton group
financial wherewithal and emails with
brokers and Mr. Rosenfeld thereon (.2); call
with Mr. Thaler (.1); emails to bidders in
relation to qualifications (.3); reviewing
transcript of hearing from March 30, then
emails thereon with NYSAG parties and
then with creditors (.5); discussing with Mr.
Corneau (.2); several emails and review of
auction entry sign in form for non-
participants (.2); emails with Messrs.
McNamara and McCord on insurance and
with Messrs. Rosenfeld and Bivona thereon
(.2); emails to bidders on sale approval order
form (.2); emails with chambers on auction
location (.1); preparing auction presentation
further, call with Mr. Cote; discussions with
Mr. Corneau thereon (.8); reviewing email
from Mr. Corneau and revised bidding
procedures (.1); further emails on reliance
letters from Mr. Bivona (.1).

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/31/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Drafting order denying bid protections [0.5]. Conference call regarding auction logistics [0.6]. Uploading order denying bid protections [0.2]. Reviewing and revising auction sign in form [0.2]. Reviewing transcript of 3/30 hearing [0.4]. Conferring with Mr. Southard regarding auction preparation [0.2]. Reviewing and commenting on auction script [0.4]. | Fees | 2.50 | 0.00 | 495.00 | 1,237.50 |
| | **Matter Description (First Line): Asset Disposition - Oakdale Campus** | | | 202.40 | 0.00 | | 101,356.50 |
| **Matter Description (First Line): Asset Disposition - Residential Portfolio** | | | | | | | |
| 11/29/2016 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing emails and discussion with Ms. Kiss on notice requirements noted by UST and reviewing revised form of order (.3); call with Mr. Hammel and Ms. Kiss on US Trustee concerns related to residential portfolio and Rule 6003 (.3); emails on execution of 14 Elsmere (.1); emails with Ms. Kiss and discussion on notice requirements (.2); reviewing and responding to emails from Mr. Rosenfeld on motion and information related to Residential portfolio (.1). | Fees | 1.00 | 0.00 | 550.00 | 550.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/29/2016 | Lauren C. Kiss | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emailing with Ms. Sturchio regarding potential purchasers [.2]; reviewing Mr. Hammel's comments to the residential sale procedures motion [.2]; revising and finalizing residential sale procedures motion [.8]; discussing impact of Bankruptcy Rule 6004(a) with Mr. Southard, revising proposed order and emailing with Mr. Hammel [.4]. | Fees | 1.60 | 0.00 | 325.00 | 520.00 |
| 11/30/2016 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Ms. Sturchio and Mr. Hammel in relation to urgency of closings on residential parcels (.2); calls to and with counsel to 138 Central Blvd., 80 Chateau Drive, 81 Chateau Drive, 102 Connetquot Drive, etc. in relation to filing and intentions on motion to approve sale (.4); call with Mr. Leyden; emails with Mr. Niknamfard (.2); discussing preparation for hearing with Ms. Kiss on real estate closings and call with Ms. Kiss and Mr. Hammel thereon (.2); further emails with Ms. Sturchio in relation to bankruptcy and residential sales (.1). | Fees | 1.10 | 0.00 | 550.00 | 605.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/30/2016 | Lauren C. Kiss | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Discussing assignment to review contracts and locate attorney's phone numbers with Ms. Bergman and emailing Ms. Bergman contracts [.2]; conference call with Messrs. Southard and Hammel discussing residential sale procedures motion [.2]. | Fees | 0.40 | 0.00 | 0.00 | 0.00 |
| 12/01/2016 | Lauren C. Kiss | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing six residential sale contracts and emailing with chambers [.3]; summarizing residential sale procedures motion and preparing charts for hearing [2.1]; reviewing service list to confirm whether tenants were all served and emailing with Mr. Southard [.2]. | Fees | 2.60 | 0.00 | 325.00 | 845.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/01/2016 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Ms. Cozzette on real estate sales and relief sought on first day; discussing with Ms. Kiss and further emails on copies of contracts (.3); reviewing email update on residential sales from Ms. Kiss and Ms. Sturchio (.2); emails with Ms. Kiss and discussion on service of lien holders; emails with Mr. Corneau thereon (.2); discussing with Ms. Kiss; several emails thereon; then reviewing motion, preparing questions for witness and presentation to Court (1.1). | Fees | 1.80 | 0.00 | 550.00 | 990.00 |
| 12/05/2016 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Preparing email to counsel to creditors interested in Residential Portfolio on next steps (.2); call with Mr. Hammel in relation to motion to approve residential sale and related matters (.3); call with Ms. Sturchio and Mr. Hammel (.5). | Fees | 1.00 | 0.00 | 550.00 | 550.00 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/06/2016 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Call with Messrs. Berkowitz, Hammel and Leyden on residential real estate proposal (.7); revising form of proposed order and emails thereon; reviewing and circulating resolution (.4); discussing status on Residential portfolio with Ms. Kiss (.1); call with Mr. White in relation to status of closings and expectations (.1); emails with Mr. Bivona in relation to insurance for residences (.1) | Fees | 1.40 | 0.00 | 550.00 | 770.00 |
| 12/06/2016 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing affidavit of service for residential sale motion to confirm whether all judgment creditors were served. | Fees | 0.20 | 0.00 | 325.00 | 65.00 |
| 12/06/2016 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Mr. Southard re: scheduling and title issues (.1); further email correspondence with Mr. Southard re: scheduling and title issues (.1); telephone conference with Mr. Southard re: scheduling and title issues (.2). | Fees | 0.40 | 0.00 | 350.00 | 140.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/07/2016 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Call with Mr. Berkowitz in relation to title and scheduling matters on residential closings (.2); revising resolution for real estate closings (.2); emails with Mr. Leyden and Ms. Kiss on lienholders and service requirements (.1). | Fees | 0.50 | 0.00 | 550.00 | 275.00 |
| 12/07/2016 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing list of judgment creditors prepared by Garfunkel Wild, comparing to service list and emailing with GCG regarding additional service. | Fees | 0.30 | 0.00 | 325.00 | 97.50 |
| 12/08/2016 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Mr. Leyden on resolution form for sales (.1); further emails with Mr. Berkowitz on same (.1); emails with Mr. Leyden on closing schedule for Dowling residential closings; then with Mr. White thereon (.1). | Fees | 0.30 | 0.00 | 550.00 | 165.00 |
| 12/08/2016 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email correspondence from Ms. Martinez re: status of residential real estate files. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/09/2016 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Discussing residential real estate matters with Mr. White. | Fees | 0.20 | 0.00 | 550.00 | 110.00 |
| 12/09/2016 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Discussing residential real estate matters with Mr. White. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 12/12/2016 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Ms. Martinez and Mr. Rosenfeld and Mr. White on scheduling for residential closings. | Fees | 0.10 | 0.00 | 550.00 | 55.00 |
| 12/12/2016 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email correspondence from Ms. Martinez re: closings for 64 Van Bomel and 80 Chateau. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/13/2016 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Mr. Hammel and then call on status of Residential Real estate sales (.4); revising form of order on residential sale and schedule to same on procedures; then emails with Series 2015 counsel thereon (.3); emails with Ms. Sturchio on availability for hearing (.1); reviewing and revising updated form of order; emails with committee counsel thereon (.3); preparing board resolution update; emails with Ms. Kiss thereon (.3); further emails with Mr. Friedman on comments to relief (.1); emails with Ms. Kiss on Residential sale exhibit (.1). | Fees | 1.60 | 0.00 | 550.00 | 880.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/14/2016 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email from Ms. Kiss on Residential real property (.1); call with Messrs. Berkowitz and Leyden in relation to closings on residential properties (.4); reviewing 99 Idle Hour fax (.1); emails with Mr. White in relation to preparation of deeds and transfer documents; then call with same (.3); emails with Mr. Hammel and Berkowitz on committee questions and status on consent (.1); call with counsel to 99 Idle Hour purchaser in relation to electric service and pre-closing issues; then related emails (.2); reviewing and discussing service and lien holders for proposed form of order with Ms. Kiss (.2); emails with chambers thereon (.1). | Fees | 1.50 | 0.00 | 550.00 | 825.00 |
| 12/14/2016 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Revising summary of residential portfolio and emailing with Mr. Southard [.3]; revising board resolution for approval of eight homes [.5]; summarizing residential sale procedures for December 15 hearing [.4]. | Fees | 1.20 | 0.00 | 325.00 | 390.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/14/2016 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing and responding to email from Mr. Southard re: preparation of closing documents (.3); reviewing broker commission statements for 99 Idle Hour and 80 Chateau (.1); reviewing title report for 99 Idle Hour (.9); reviewing closing documents for 99 Idle Hour (.3); reviewing closing documents for 64 Van Bomel (.3); reviewing closing documents for 80 Chateau (.3); reviewing proposed board resolution providing for the sale of residential real property (.1); telephone conference with Mr. Southard re: status (.2). | Fees | 2.40 | 0.00 | 350.00 | 840.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/15/2016 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Discussing title and document review on 64 Van Bomel and 80 Chateau with Mr. White (.1); reviewing related emails among Mr. White and Mr. Leyden (.1); reviewing proposed revised closing documents on 64 Van Bomel and then meeting with Mr. Rosenfeld for execution (.3); call with Mr. Berkowitz in relation to closings and form of order (.2); emails with Ms. Sturchio in relation to sales and retention (.2); call with Ms. Sato on sales of real estate; related emails (.3); reviewing title information from Ms. Martinez (.1); email with Mr. Kleinberg in relation to resolution for sales (.1); reviewing emails on resolution from Mr. Kleinberg and then related emails with board members (.2); further email with Ms. Sato and Ms. Sturchio on call (.1); further emails among Mr. Bertucci and Mr. Hammel on closing scheduling and status (.1). | Fees | 1.80 | 0.00 | 550.00 | 990.00 |
| 12/16/2016 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Drafting notice of residential sales to send to creditors. | Fees | 0.40 | 0.00 | 325.00 | 130.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/16/2016 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with board and counsel on residential sale resolution and results of hearing on second day (.3); emails with Messes. Sato and Sturchio on call (.1); call with same and Mr. Bertucci in relation to marketing and sale of real estate (.5); emails and review of documents for closing on 12/19 (.1); call with Ms. Schiandra in relation to closing (.1); emails with Messrs. White and Leyden thereon and calculations for closing (.1); emails with Mr. Rosenfeld in relation to 115 Idle Hour and disclosure documents emails with Mr. White thereon (.2). | Fees | 1.40 | 0.00 | 550.00 | 770.00 |
| 12/16/2016 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing FHA documents for 115 Idle Hour (.2); email correspondence with Mr. Southard re: same (.1); receive and review further revised closing statement for 99 Idle Hour (.1); receive and review further revised closing statement for 64 Van Bomel (.1); receive and review further revised closing statement for 80 Chateau (.1). | Fees | 0.60 | 0.00 | 350.00 | 210.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/17/2016 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing and responding to several emails<br>from Mr. Rosenfeld and Ms. Sturchio and<br>Mr. Bertucci in relation to closings<br>scheduled for upcoming week. | Fees | 0.30 | 0.00 | 550.00 | 165.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/19/2016 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with board in relation to resolution and final execution (.1); emails with Mr. White on proceeds of sale (.1); emails with Mr. Cerullo and call with same on sales resolution and Mr. O'Doherty's signature (.1); several emails with Dr. Blake on board approval and consent matters (.3); call with Mr. White in relation to closing on 64 Van Bomel; then connecting Mr. Rosenfeld with Mr. White in relation to closing for 80 Chataeu and 99 Idle Hour (.4); calls and emails to Ms. Martinez and Mr. Leyden in relation to closing on same; emails on closing matters with Ms. Martinez and Mr. Rosenfeld (.3); call with Mr. Berkowitz on closing and authority (.1); call with Mr. Hammel related to deposits and related issues on closings (.2); further call with Mr. Berkowitz (.1); call with Mr. White on closing results (.1); emails with Ms. Martinez on additional closing documentation (.1); emails from Ms. Sturchio on interest of broker in real estate (.1); further emails with Mr. Niknamfard in relation to closings and required documentation and then with Messrs. White and Rosenfeld (.2); emails with Ms. Sturchio on contents of 94 Connetquot; proposed offer and contract (.2). | Fees | 2.40 | 0.00 | 550.00 | 1,320.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/19/2016 | Lauren C. Kiss | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Finalizing board resolution with signature pages for residential sales [.2]; telephone call with Mr. Nickelsberg regarding service of residential sale order [.1]. | Fees | 0.30 | 0.00 | 325.00 | 97.50 |
| 12/19/2016 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Preparing for close of title for 64 Van Bomel (.5); closing title for 64 Van Bomel (2.4); multiple email correspondence with Messrs. Nikmanfard and Rosenfeld re: FIRPTA and smoke affidavits (.4); conference call with Messrs. Southard and Rosenfeld re: execution of closing documents (.2); meeting with Mr. Rosenfeld re: same (.5); reviewing email correspondence form Ms. Sturchio re: accepted offer for  94 Connetquot (.1). | Fees | 4.10 | 0.00 | 350.00 | 1,435.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/20/2016 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email on 94 Connetquot and related emails with Ms. Sturchio and Ms. Kiss and Mr. White (.2); call with Ms. Sato on residential sales status (.4); emails with Ms. Sturchio in relation to interest in all properties (.1); emails with Mr. White and Mr. Rosenfeld and Ms. Sturchio on 115 Idle Hour (.2); call with Mr. Berkowitz in relation to title and authorization by board; emails with board on missing signature (.2); call with Mr. White in relation to closing; reviewing order approving closings (.2); several emails and then call with Dr. Blake on board authorization (.4); Reviewing notice of hearing on residential sales and related email with Ms. Kiss (.1); reviewing emails on notice from GCG and service of same (.1). | Fees | 1.90 | 0.00 | 550.00 | 1,045.00 |
| 12/20/2016 | Lauren C. Kiss | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Telephone call with Mr. Nickelsberg discussing service of residential sale notice [.2]; finalizing residential sale notice and emailing with GCG [.3]. | Fees | 0.50 | 0.00 | 325.00 | 162.50 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/20/2016 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Preparing for close of title for 99 Idle Hour (.5); preparing for close of title for 80 Chateau (.5); closing title for title for 99 Idle Hour (1.6); closing title for 80 Chateau (1.6); reviewing broker sales agreement for 94 Connetquot (.1); email correspondence with Mr. Southard re: same (.1). | Fees | 4.40 | 0.00 | 350.00 | 1,540.00 |
| 12/21/2016 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Dr. Blake and then Ms. Kiss on resolution for title (.1); several emails and discussions with Mr. Rosenfeld in relation to closing for 138 Central (.4); emails with Ms. Stoloff and Mr. Rosenfeld on insurance coverage for homes (.1); call with Mr. White on security deposit and closing issues (.1); reviewing notice of closing proceeds application by UMB (.1). | Fees | 0.80 | 0.00 | 550.00 | 440.00 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------|-----------|-------|-------|-------|-------|
| 12/21/2016 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Ms. Sturchio (.1); multiple email correspondence with Ms. Martinez re: scheduling of close of title for 138 Central Boulevard (.3); reviewing fully executed board resolution (.1); reviewing title report for 138 Central Boulevard (.8); reviewing final closing statements and copies of proceeds checks for 99 Idle Hour (.1); reviewing final closing statements and copies of proceeds checks for 64 Van Bomel (.1); reviewing final closing statements and copies of proceeds checks for 80 Chateau (.1); forwarding closing statements and copies of fully executed deeds to Mr. Rosenfeld (.1); reviewing proposed closing documents and adjustments for 138 Central Boulevard (.3); email correspondence with Mr. Rosenfeld re: same (.1). | Fees | 2.10 | 0.00 | 350.00 | 735.00 |
| 12/22/2016 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email from Mr. White on deeds for 99 Idle, 64 van Bomel and 80 Chateau (.1); emails with Ms. Sturchio on interest in bulk bid by realtor (.1). | Fees | 0.20 | 0.00 | 550.00 | 110.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/22/2016 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing affidavit of service for residential sale notice. | Fees | 0.20 | 0.00 | 325.00 | 65.00 |
| 12/22/2016 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Ms. Martinez re: 64 Van Bomel (.1); multiple email correspondence with Ms. Martinez re: scheduling close of title for 81 Chateau (.3); Forwarding copies of executed deeds, final statements of adjustments and proceeds checks for 99 Idle Hour, 64 Van Bomel and 80 Chateau to Mr. Rosenfeld (.1). | Fees | 0.50 | 0.00 | 350.00 | 175.00 |
| 12/23/2016 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Call with Mr. White and emails on closing issues and deposit (.2); further call with Mr. White thereon (.1); emails with Ms. Sturchio and Mr. Hammel in relation to status and marketing of closings (.2); call with Mr. White (.1). | Fees | 0.60 | 0.00 | 550.00 | 330.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/23/2016 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Ms. Sturchio re: close of title for 138 Central Boulevard (.1); preparing for close of title for 138 Central Boulevard (.5); Closing title for 138 Central Boulevard (3.7); Reviewing proposed closing documents and statement of adjustments for 81 Chateau (.3); reviewing proposed closing documents and statement of adjustments for 115 Idle Hour (.3); Forwarding copy of fully executed deed, final statement of adjustments and copies of proceeds checks for 138 Central Boulevard to Mr. Rosenfeld (.1) | Fees | 4.90 | 0.00 | 350.00 | 1,715.00 |
| 12/27/2016 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing emails among Ms. Sturchio and Mr. Rosenfeld (.1); emails with Mr. White and Mr. Leyden on closing schedules and open issues in relation to deposits (.2); further emails with Mr. White and Mr. Rosenfeld on closing signatures and availability (.1). | Fees | 0.40 | 0.00 | 550.00 | 220.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------|-----------|-------|-------|-------|-------|
| 12/27/2016 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Messrs. Rosenfeld and Southard re: closing documents for 81 Chateau and 115 Idle Hour (.3); multiple email correspondence with Mr. Leyden re: security deposits and scheduling (.2); reviewing scanned copies of closing documents as executed by Mr. Rosenfeld (.1); email correspondence with Mr. Southard re: security deposits (.1). | Fees | 0.70 | 0.00 | 350.00 | 245.00 |
| 12/28/2016 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email from Mr. Bertucci to Mr. Leyden on payment of rent and closings (.1); reviewing lease on terms of security deposit return and emails and call with Mr. White thereon (.3); several further emails among Messrs. White, Leyden and Cataldo on 115 Idle hour closing and related issues (.2). | Fees | 0.60 | 0.00 | 550.00 | 330.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/28/2016 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing lease agreement for 115 Idle Hour (.3); multiple email correspondence with Mr. Southard re: security deposits (.2); telephone conference with Mr. Cataldo re: security deposit (.1); telephone conference with Mr. Southard re: security deposits (.1); reviewing seller's closing disclosure for 115 Idle Hour and proposing revisions to same (.2); reviewing revised seller's closing disclosure for 115 Idle Hour (.1); multiple email correspondence with Mr. Rosenfeld re: same (.2); multiple email correspondence with Mr. Leyden re: repair credit for 115 Idle Hour (.2); reviewing title report for 115 Idle Hour (.8). | Fees | 2.20 | 0.00 | 350.00 | 770.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/29/2016 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Discussing security deposit and relief from Court with Mr. Corneau (.4); call with Mr. Bivona in relation to same (.1); further call with Mr. Bivona and Mr. Cerullo thereon related to Capital One business contact (.1); call with Mr. White thereon; then further emails related to delivery of check for 115 Idle Hour closing and lease termination (.3); emails with Messrs. Bivona and Rosenfeld on UCC counsel review of master real estate (.1); reviewing several emails on rent payment for 115 Idle Hour and closing adjustments; then emails with Mr. White thereon (.2); reviewing and revising draft release and termination agreement on leasehold in relation to security and email with Mr. White (.2). | Fees | 1.40 | 0.00 | 550.00 | 770.00 |
| 12/29/2016 | Joseph C. Corneau | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Conferring with Mr. Southard regarding security deposits of former tenants. | Fees | 0.40 | 0.00 | 475.00 | 190.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/29/2016 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email correspondence from Mr. Leyden re: adjustment for rental arrears for 115 Idle Hour (.1); telephone conference with Mr. Southard re: security deposit (.2); telephone conference with Mr. Cataldo for 115 Idle Hour re: security deposit (.1); drafting general release with regard to refund of security deposit (.5); telephone conference with Mr. Southard re: same (.2); multiple email correspondence with Mssrs. Leyden and Cataldo re: lender underwriting issue pertaining to 115 Idle Hour (.4). | Fees | 1.50 | 0.00 | 350.00 | 525.00 |
| 12/30/2016 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing emails in relation to closing status on 115 Idle Hour (.1); emails on closing and check for security to tenant purchaser (.1); call with Mr. White on closing completion and further closings scheduled (.2). | Fees | 0.40 | 0.00 | 550.00 | 220.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/30/2016 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with Messrs. Leyden and Cataldo re: lender underwriting issue pertaining to 115 Idle Hour (.1); email correspondence with Ms. Martinez re: repair credit (.1); preparing for close of title for 115 Idle Hour (.5); closing title for 115 Idle Hour (2.0). | Fees | 2.70 | 0.00 | 350.00 | 945.00 |
| 01/03/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with Mr. Rosenfeld re: 115 Idle Hour (.1); email correspondence with Ms. Martinez re: rental security deposit for 115 Idle Hour (.1); further email correspondence with Ms. Martinez re: rental security deposit for 115 Idle Hour (.1). | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 01/04/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing and responding to email from Mr. Bertucci on status of sales (.2); call with Mr. Hammel and Ms. Sato in relation to same (.2); emails with Messrs. Bivona and Rosenfeld thereon (.1); further call with Ms. Sato in relation to sale process (.4); call with Messrs. Bivona and Rosenfeld thereon and reviewing related emails (.6). | Fees | 1.50 | 0.00 | 575.00 | 862.50 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/04/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing closing adjustments for 102 Connetquot (.2); email correspondence with Mr. Nikmanfard re: 80 Chateau (.1). | Fees | 0.30 | 0.00 | 350.00 | 105.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/05/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing prior form of order and related emails with Ms. Kiss concerning approval of procedures for sale (.2); emails with Ms. Sato on committee and debtor discussions over process (.1); reviewing and revising sale order (.4); reviewing emails on 94 Connetquot from Ms. Sturchio (.1); revising schedule to proposed order (.2); emails with Ms. kiss on notice and service of procedures order (.1); emails with Mr. Rosenfeld on committee and debtor process for sale approval (.1); reviewing and responding to emails on 102 Connetquot from Ms. Martinez (.1); emails on 14 Elsmere with Ms. Martinez (.1); emails with Mr. Leyden on closing timing; then with Mr. Rosenfeld and White (.1); then emails and discussion with Mr. White on rent and with Mr. Bivona (.2); emails with Ms. Kiss on title reports (.1); reviewing email from Mr. Bivona to committee counsel on proposed sale 94 connetquote (.1); reviewing emails from Mr. White and Mr. Niknamfard on closing matters for various properties (.2); further emails with Mr. White on title concerns for upcoming closings (.1). | Fees | 2.20 | 0.00 | 575.00 | 1,265.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/05/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Comparing residential sale procedures order submitted to chambers and order filed by court, reviewing service of order and emailing with Mr. Southard. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 01/05/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing final closing adjustments, proposed deed and transfer documents for 102 Connetquot (.3); email correspondence with Ms. Martinez re: contract of sale for 14 Elsmere (.1); reviewing contract of sale for 14 Elsmere (.2); email correspondence with Ms. Martinez re: amendment to contract of sale for 14 Elsmere (.1); reviewing amendment (.1); email correspondence with Mr. Nikmanfard re: location of cesspool for 14 Elsmere; further email correspondence with Mr. Nikmanfard re: location of cesspool for 14 Elsmere (.2); email correspondence with Mr. Leyden re: release of security deposit for 102 Connetquot (.1); email correspondence with Mr. Bivona re: rental arrears and security deposit refund for 102 Connetquot (.1); further email correspondence with Mr. Bivona re: rental arrears and security deposit refund for 102 Connetquot (.1); email correspondence with Mr. Southard re: title reports for all | Fees | 2.40 | 0.00 | 350.00 | 840.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

properties (.1); further email correspondence with Mr. Southard re: title reports for all properties (.1); further email correspondence with Mr. Nikmanfard re: location of cesspool for 14 Elsmere (.1); email correspondence with Ms. Martinez re: scheduling of 102 Connetquot and 81 Chateau (.1); email correspondence with Mr. Rosenfeld re: closing documents (.1); further email correspondence with Mr. Rosenfeld re: closing documents (.2); email correspondence with Mr. Southard re: electric meter removal for 80 Chateau (.1); email correspondence with Mr. Bivona re: electric meter removal for 80 Chateau (.1); email correspondence with Mr. Rosenfeld re: 115 Idle Hour (.1); email correspondence with Mr. Southard re: release of security deposit on 138 Central (.1).

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/06/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing and revising form of residential sale procedures and proposed order (.2); emails with Ms. Kiss thereon and then with counsel to committee (.2); emails with counsel to 2015 bondholders and then call with Mr. Hammel thereon (.3); reviewing email from Mr. Bertucci on 27 Chateau maintenance (.1); discussing with Mr. Bivona; approach to tenants (.2); emails with Messrs. Rosenfeld and White on closing requirements; emails and discussion with Mr. Bivona on security deposit (.3); meeting with Mr. White in relation to closing and documentation (.2); discussing procedures and status with Mr. Rosenfeld and Mr. Bivona (.1); further emails with committee counsel on procedure revisions (.1) emails with Mr. Bivona and Mr. Friedman on approving listing and sale prices (.1); preparing email to Mr. Yang and Ms. Black on form of order  (.1); emails with chambers thereon (.1). | Fees | 2.00 | 0.00 | 575.00 | 1,150.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/06/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with Mr. Nikmanfard re: executed closing documents for 102 Connetquot and 81 Chateau (.1); further email correspondence with Mr. Nikmanfard re: executed closing documents for 102 Connetquot (.2); email correspondence with Mr. Southard re: closing documents for 102 Connetquot (.1). | Fees | 0.40 | 0.00 | 350.00 | 140.00 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/09/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Drafting rental release for 102 Connetquot (.2); attendance at close of title for 102 Connetquot (1.0); email correspondence with Mr. Nikmanfard re: 102 Connetquot (.1); further email correspondence with Mr. Nikmanfard re: 102 Connetquot (.1); email correspondence with Ms. Martinez re: 81 Chateau (.1); reviewing final closing adjustments for 81 Chateau (.2); reviewing final settlement package to UMB for 81 Chateau (.2); reviewing final closing adjustments for 81 Chateau (.2); reviewing final settlement package to UMB for 102 Connetquot (.2); email correspondence with Mr. Rosenfeld re: closing statement for 102 Connetquot (.1); email correspondence with Mr. Nikmanfard re: closing statement for 102 Connetquot (.1); further email correspondence with Mr. Rosenfeld re: closing statement for 102 Connetquot (.1). | Fees | 2.60 | 0.00 | 350.00 | 910.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/10/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing emails among Ms. Sturchio and Mr. Bivona on residential listings and master agreement; then discussing with Mr. Rosenfeld (.2); call with Mr. White in relation to status of closings and approval of sale procedures (.2); emails with Mr. Niknamfard and White in relation to 14 Elsmere closing (.1); reviewing email and summary of residential closings from Mr. Rosenfeld (.1). | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 01/10/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Mr. Southard and Mr. Rosenfeld re: status of total proceeds paid to UMB (.1); email correspondence with Mr. Nikmanfard re: status of executed closing documents (.1); email correspondence with Mr. Nikmanfard re:  closing statement for 102 Connetquot (.1); email correspondence with Mr. Rosenfeld re: deeds for 102 Connetquot and 81 Chateau (.1); Email correspondence with Ms. Martinez re: deeds for 102 Connetquot and 81 Chateau (.1); receiving deeds and transfer documents for 102 Connetquot and 81 Chateau (.1); reviewing certificate of occupancy and tax map for 64 Chateau (.1). | Fees | 0.70 | 0.00 | 350.00 | 245.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/11/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Call with Mr. Berkowitz related to sale procedures and deposits (.2); reviewing emails from Ms. Sturchio on master listing agreement; then discussing listing agreement with Mr. White (.3); reviewing and revising letter to tenant and related emails with Mr. Bivona thereon (.4). | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 01/11/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing spreadsheet referencing closed real estate files (.1); reviewing master listing agreement (.2); telephone conference with Mr. Southard re: master listing agreement (.2); email correspondence with Mr. Bivona re: legality of tennis court and converted garage for 64 Chateau and encroachment of tennis court onto adjacent parcel (.4). | Fees | 0.90 | 0.00 | 350.00 | 315.00 |
| 01/12/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Preparing resolution for sales in relation to approved procedures; emails with Ms. Kiss thereon. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/13/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing updated version of proposed resolution from Ms. Kiss on residential sales post-petition; then preparing email to Messrs. Leyden, Berkowitz, White and Rosenfeld thereon (.2); reviewing entry of order on sales procedures (.2); reviewing emails among Messrs. Bivona and Friedman on residential property (.1); emails with Mr. Bivona on lots and title matters to Mr. White (.1); reviewing email on tenant delinquencies and status from Mr. Bivona (.1). | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 01/13/2017 | Lauren C. Kiss | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing and revising board resolution approving sale of remaining residences [.4]; reviewing second residential order to determine whether changes were made [.1]. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/13/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing proposed Board of Trustees Resolution re: sale of Oakdale residential properties (.1); email correspondence with Mr. Bivona re: metes and bounds of 275 Connetquot Drive (.1); Reviewing deed for 275 Connetquot Drive (.1); further email correspondence with Mr. Bivona re: 275 Connetquot Drive (.1); email correspondence with Mr. Nikmanfard re: scheduling of closing for 14 Elsmere (.1). | Fees | 0.50 | 0.00 | 350.00 | 175.00 |
| 01/17/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Call with Mr. Berkowitz on status of resolution form and title approval (.1); further call with Mr. Berkowitz on resolution form; revising same and circulating via email to Ms. Kiss and Mr. Rosenfeld (.3); | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 01/17/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing second order approving residential sale procedures and drafting form of proposed sale notice. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/18/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing notice of proposed sale form and emails with Ms. Kiss and Mr. Berkowitz thereon. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/19/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing and responding to emails from Mr. Rosenfeld in relation deposit returns and closing status. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/19/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Mr. Rosenfeld re: 138 Central rental security deposit. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 01/20/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Revising resolution on sale procedures (.2); reviewing and responding to security deposit emails on various closings and tenant vacatures among Messrs. White, Rosenfeld and Bivona (.2). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/20/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing proposed closing adjustments for 14 Elsmere (.2); email correspondence with Messrs. Southard, Bivona and Rosenfeld re: refund of rental security deposits (.1); further email correspondence with Messrs. Southard, Bivona and Rosenfeld re: refund of rental security deposits (.2); reviewing rental security deposit escrow account statement (.1); reviewing lease for 21 Chateau (.2); email correspondence with Mr. Cataldo re: return of rental security deposit for 138 Central (.1); further email correspondence with Mr. Cataldo re: return of rental security deposit for 138 Central (.2). | Fees | 1.10 | 0.00 | 350.00 | 385.00 |
| 01/23/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing final title report for 14 Elsmere (.5); Email correspondence with Ms. Martinez re: closing documents for 14 Elsmere (.1); reviewing closing documents for 14 Elsmere (.2). | Fees | 0.80 | 0.00 | 350.00 | 280.00 |
| 01/24/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing several emails from Ms. Martinez  on closing for 14 Elsmere. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/25/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Mr. Rosenfeld re: execution of closing documents for 14 Elsmere (.1); further email correspondence with Mr. Rosenfeld re: execution of closing documents for 14 Elsmere (.1); email correspondence with Ms. Martinez re: closing documents for 14 Elsmere (.1). | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 01/26/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email from Mr. White on 275 Connetquot. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 01/26/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Mr. Bivona re: deed for 64 Chateau (.1); reviewing file in preparation for close of title on 14 Elsmere (.3); email correspondence with Ms. Martinez re: confirmation of closing for 14 Elsmere (.1); reviewing tax map and Suffolk County GIS map for 275 Connetquot (.2); reviewing metes and bounds for 275 Connetquot and comparing same with tax map (.2); email correspondence with Mr. Bivona re: metes and bounds of 275 Connetquot (.2). | Fees | 1.10 | 0.00 | 350.00 | 385.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 01/27/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email from Mr. McCarthy on McLean survey and lien (.1); reviewing email from Mr. Bivona and Mr. McCarthy in relation to tenant vacatur (.1); call with Mr. White in relation to closing and residential property issues (.2). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 01/27/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with Mr. Rosenfeld re: lender closing documents for 14 Elsmere (.1); email correspondence with Ms. Martinez re: lender closing documents (.1); attendance at close of title for 14 Elsmere (2.5); telephone conference with Messrs. Bivona and Murphy and Ms. Sturchio re: 275 Connetquot Drive and 64 Chateau (.8); telephone conference with Mr. Southard re: status (.5); reviewing final settlement package to UMB for 14 Elsmere (.2). | Fees | 4.20 | 0.00 | 350.00 | 1,470.00 |
| 01/30/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with Mr. Bivona re: rental occupancy status of 21 Chateau (.1); further email correspondence with Mr. Bivona re: rental occupancy status of 21 Chateau (.1). | Fees | 0.20 | 0.00 | 350.00 | 70.00 |

4/19/2017 9:54:08 AM

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/31/2017 | Joseph C. Corneau | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Researching regarding procedures for evicting holdover tenants. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 01/31/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Discussion with Mr. Berkowitz in relation to status and process for pending sales. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 02/01/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Call with Mr. Berkowitz in relation to residential sale process (.1); reviewing emails on return of security deposit on 87 Central with Mr. Rosenfeld and Mr. White (.1); reviewing email from Mr. Bivona and Ms. Stuchio in relation to interested buyer in property (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 02/01/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Mr. Rosenfeld re: 138 Central security deposit (.1); reviewing proposed contract of sale and proposed purchaser's rider for 94 Connetquot Drive (.9). | Fees | 1.00 | 0.00 | 350.00 | 350.00 |
| 02/03/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Discussing status of residential defaults and eviction with Mr. Corneau. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/03/2017 | Joseph C. Corneau | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Conferring with Mr. Southard regarding issue related to holdover tenants and means to evict. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 02/06/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing copies of leases and email from Mr. Bivona on residential homes; then email with Ms. Kiss thereon (.2); emails with Messrs. Bivona and McCarthy on discussion of action in relation to tenant delinquencies (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 02/07/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email from Mr. Bivona on list of action items for residential tenants and proposed form of letter to same; revising letter and email thereon (.4); call with Messrs. Bivona and McCarthy in relation to approach with tenants (.4); reviewing email on 27 Chateau Drive notice from Mr. McCarthy (.1). | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 02/08/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email from Mr. Bivona on rental income statements (.1); reviewing email from Mr. Bivona with tenant communications copies (.2). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

4/19/2017 9:54:08 AM

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/08/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Mr. Nikmanfard re: deadline for creditors' objection re: 94 Connetquot Drive (.1); email correspondence with Ms. Martinez re: list of searched properties (.1). | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 02/10/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing and responding to email from Mr. White on 94 Connetquot and committee approval; then emails with Ms. Kiss and Mr. Rosenfeld thereon (.2); reviewing draft notice and discussion and emails with Ms. Kiss (.2); emails thereon with Mr. Berkowitz (.2); then with Mr. Rosenfeld (.1); reviewing filed version (.1). | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 02/10/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing emails and second residential sale order and drafting notice of proposed sale of 94 Connetquot Drive [.3]; reviewing prior affidavits of service for secured parties and discussing same with Mr. Nickelsberg [.2]; reviewing list of secured parties and emailing with GCG [.2]; finalizing and filing notice of proposed sale [.2]. | Fees | 0.90 | 0.00 | 375.00 | 337.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/13/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Mr. Niknamfard on 94 Connetquot closing (.1); reviewing email on 27 Chateau from Ms. Sturchio and email to Mr. Rosenfeld thereon. (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/13/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with Messrs. Southard and Nikmanfard re: objection deadline. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 02/15/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email from Mr. White on 99 Idle Hour and response from Mr. Bivona. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 02/15/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing notice of unpaid real estate taxes for 99 Idle Hour (.1); multiple email correspondence with Ms. Martinez and Mr. Bivona re: same (.3). | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 02/16/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Mr. Bivona on 48 Van Bomel security (.1): then with Ms. Kiss and Mr. Bivona thereon (.1); reviewing email from Mr. McCarthy in relation to Fairchild tenant (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------|-----------|-------|-------|-------|-------|
| 02/17/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails among Messrs. Nikmanfard, White and Rosenfeld in relation to 94 Connetquot. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/17/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Messrs. Southard, Rosenfeld and Nikmanfard re: contract of sale for 94 Connetquot. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 02/20/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Ms. Sturchio and Mr. Rosenfeld on 27 Chateau disclosures. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 02/21/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing residential sale procedures and affidavit of service for sale of 94 Connetquot and drafting certification of no objection. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 02/21/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing draft of certification on no objection related to 94 Connetquot; emails with Ms. Kiss thereon (.2); reviewing emails on status of 94 Connetquot and related emails with Mr. Rosenfeld (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 02/21/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Messrs.<br>Southard, Rosenfeld and Nikmanfard re:<br>contract of sale for 94 Connetquot. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 02/24/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Finalizing and filing certificate of no<br>objection for 94 Connetquot Drive and<br>emailing with GCG regarding service. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 02/24/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Mr. Berkowitz and Ms. Kiss in<br>relation to 94 Connetquot sale (.1); further<br>emails with Ms. Kiss and review of filing<br>and service related emails (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/27/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing proposed contract on 15 Idle<br>Hour and then several emails on language<br>addition to rider reflecting bankruptcy status<br>and sale procedures with Messrs. White and<br>Niknamfard. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 02/27/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Messrs.<br>Southard and Nikmanfard re: contract of<br>sale for 94 Connetquot and revisions to<br>same. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/28/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Nikmanfard re: contract of sale for 15 Idle Hour and revisions to same. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 03/01/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email from Mr. Bivona in relation Town of Islip notice (.1); reviewing response from Mr. White (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/01/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing partially executed contract of sale for 15 Idle Hour. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 03/01/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing letter from Town of Islip Department of Planning and Development re: permitted uses (.2); telephone conference with Mr. Bivona re: same (.2); compile list of properties deeded to Dowling in the Town of Islip (.6). | Fees | 1.00 | 0.00 | 350.00 | 350.00 |
| 03/02/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with Mr. Nikmanfard re: contract of sale for 72 Chateau. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|------|------|------|------|------|
| 03/06/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email and proposed agreement/offer on personality in residential property from Mr. Rosenfeld. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/06/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Mr. Niknamfard re: contract of sale for 72 Chateau. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 03/07/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Drafting notice of proposed sale of 15 Idle Hour Blvd. [.2]; finalizing and filing notice and emailing with GCG [.2]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 03/07/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Mr. white on 15 Idle Hour status and language in contract (.1); emails on 72 Chateau comments from Mr. White to Mr. Niknamfard (.1); emails with Mr. Rosenfeld on certification and notice of sale timing (.1); emails and discussion with Ms. Kiss (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------------|-----------|-------|-------|-------|-------|
| 03/07/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Messrs. Southard and Rosenfeld re: 10-day committee period on 15 Idle Hour (.4); multiple email correspondence with Mr. Nikmanfard re: contract of sale for 15 Idle Hour (.2); reviewing fully executed contract of sale on 15 Idle hour (.2); email correspondence with Mr. Nikmanfard re: proposed changes to contract of sale for 72 Chateau (.1). | Fees | 0.90 | 0.00 | 350.00 | 315.00 |
| 03/08/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Call with Messrs. Rosenfeld, Bertucci and Hammel in relation to Dowling residential procedures (.3); then reviewing and responding to email on procedures and sale terms among same (.2); reviewing emails among Mr. Bivona and Mr. McCarthy on status and process for tenant eviction (.1). | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 03/08/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Mr. Nikmanfard re: contracts of sale for 72 Chateau and 15 Idle Hour. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |

4/19/2017 9:54:08 AM

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------|-----------|-------|-------|-------|-------|
| 03/09/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email from Mr. Rosenfeld to Ms. Sturchio on 21 Chateau Drive (.1); reviewing 72 Chateau contract and related emails with Ms. Martinez; then with Ms. Kiss and Messrs. Rosenfeld and White (.2). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 03/09/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Drafting notice of proposed sale of 72 Chateau Drive. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 03/09/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing deal sheet for 21 Chateau (.1); multiple email correspondence with Mr. Southard re: 72 Chateau (.1); reviewing fully executed contract of sale for same (.1); reviewing Notice of Proposed Sale re: same (.1); email correspondence with Mr. Nikmanfard re: fully executed contract of sale for 72 Chateau (.1). | Fees | 0.50 | 0.00 | 350.00 | 175.00 |
| 03/10/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Finalizing and filing notice of proposed sale of 72 Chateau Drive and emailing with GCG [.2]; attempting to locate updated address for Sterling National Bank and discussing service with Mr. Nickelsberg [.2]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-------------------------------------------|-----------|-------|-------|-------|-------|
| 03/13/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email and responding to same from Ms. Sturchio on statement from interested buyer of bulk sale on residential parcels; then call with Mr. Rosenfeld; several emails with Messrs. Rosenfeld and Bivona and Ms. Sturchio thereon (.4); call with Mr. Hammel (.1); further call and emails with Mr. Rosenfeld thereon (.2); emails with Mr. Cote and then call with Mr. Amendola on deposit for Island Estate group (.3); further call with Mr. Hammel (.3). | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 03/13/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Messrs. Southard, Bivona and Rosenfeld re: objection to sale of 15 Idle Hour and 72 Chateau (.4). | Fees | 0.40 | 0.00 | 350.00 | 140.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|------|------|------|------|------|
| 03/15/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email from Mr. Rosenfeld on objection by Mr. Javaid to sales (.1); call with Mr. Javaid thereon (.4); call with Mr. Rosenfeld thereon (.2); then emails with Messrs. Rosenfeld and Bivona and preparing response to Mr. Javaid (.3); discussing protocol for certification and related emails with Ms. Kiss (.1); reviewing email on proposed listing for 8 Idle Hour and sale from Mr. Rosenfeld (.1); preparing email response to Mr. Javaid and related emails with parties in interest (.4); reviewing several emails among Messrs. McCarthy, Cook, Bivona and Rosenfeld on tenant eviction communications (.2). | Fees | 1.80 | 0.00 | 575.00 | 1,035.00 |
| 03/15/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing deal sheet for 8 Idle Hour. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 03/15/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Messrs. Southard, Bivona and Rosenfeld re: objection to sale of 15 Idle Hour and 72 Chateau. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/16/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing and responding to emails from Mr. Javaid on intention to increase bid and resolution of concern on proposed sales (.2); call with Mr. Rosenfeld thereon (.1); emails with Mr. Hammel on offer update and status (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 03/17/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email and updated offer from Mr. Javaid on behalf of Island Estate and bulk offer (.2); discussing with Mr. Rosenfeld (.1); call with Mr. Hammel in relation to status of bulk offer and response to same (.3); reviewing analysis and related emails on offer from Mr. Rosenfeld and Mr. Bivona (.2). | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 03/17/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing Island Estate Group deal sheet for residential portfolio (.2); email correspondence with Mr. Rosenfeld re: same (.2). | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 03/18/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Messrs. Bivona and Rosenfeld re: Island Estate Group purchase offer. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/20/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing and responding to emails on revised bid of Island Estate for residential and reviewing summary of values by Messrs. Bivona and Rosenfeld; then emails with Mr. Hammel and Ms. Sato thereon (.3); call with Mr. Hammel (.1); further call with Mr. Hammel on sale status and proposal (.2); preparing email to Mr. Rosenfeld and responding to same on proposed communication to bulk bid (.2); call with Mr. Berkowitz on 15 Idle Hour deal and termination by buyer (.2); further emails with Mr. Rosenfeld and Mr. White on 15 Idle hour termination (.1). | Fees | 1.10 | 0.00 | 575.00 | 632.50 |
| 03/20/2017 | Lauren C. Kiss | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing notice of residential sale procedures and emailing with Mr. Southard regarding certificate of no objection for 72 Chateau and 15 Idle Hour. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 03/20/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Messrs. Southard and Rosenfeld re: 15 Idle Hour. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/20/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Messrs. Southard and Rosenfeld re: 15 Idle Hour and 72 Chateau (.2); email correspondence with Mr. Nikmanfard re: 72 Chateau (.1); reviewing email correspondence from Ms. Sturchio re: 15 Idle Hour (.1). | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 03/21/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing and responding to several emails from Ms. Sturchio and Mr. Rosenfeld on closing status (.2); reviewing further response from bulk bidder; then related emails (.2); preparing certification language and discussing with Ms. Kiss (.2); call with Mr. Berkowitz thereon (.1); further emails on updated certifications (.1). | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 03/21/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing Mr. Southard's email and drafting certification for 72 Chateau and 15 Idle Hour. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |

4/19/2017 9:54:08 AM

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/21/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Mr. Southard re: restored tax factor for campus (.2); reviewing tax searches for affected properties (.2); telephone conference with Mr. Southard re: same (.3). | Fees | 0.70 | 0.00 | 350.00 | 245.00 |
| 03/21/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing Island Estate Group correspondence re: residential portfolio. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 03/22/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing and responding to emails on certification status from Messrs. Hammel and Berkowitz (.2). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/22/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email correspondence from Ms. Sturchio re: status of 21 Chateau, 90 Elsmere, 27 Chateau, 15 Idle Hour, 72 Chateau Drive and 47 Chateau Drive. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 03/23/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails on status of certification and title matters with Messrs. Berkowitz and Hammel for 15 Idle Hour and 72 Chateau. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

4/19/2017 9:54:08 AM

Page 141 of 390

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/23/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing proposed contract of sale on 90 Elsmere. | Fees | 0.60 | 0.00 | 350.00 | 210.00 |
| 03/24/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email from Garfunkel on contract (.1); call with Mr. Hammel in relation to residential properties (.1); call with Mr. Berkowitz on title approval and related emails on certification with same and then with Ms. Kiss (.2). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 03/24/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Discussing certification for 72 Chateau with Mr. Southard, revising certification with Mr. Hammel's comments, filing same and emailing with GCG regarding service. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 03/24/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing partially executed contract of sale for 21 Chateau (.6); reviewing proposed contract of sale on 8 Idle Hour (.6). | Fees | 1.20 | 0.00 | 350.00 | 420.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------------------|-----------|-------|-------|-------|-------|
| 03/27/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence from Ms. Sturchio re: 94 Connetquot (.1); email correspondence with Mr. Rosenfeld re: contract execution process (.1); reviewing fully executed contract of sale on 21 Chateau (.1). | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 03/28/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Call with Messrs. Niknamfard and Berkowitz on closing status and scheduling (.1); emails on 21 Chateau with Messrs. Rosenfeld and White (.1); reviewing emails on notice of sale and related discussion with Ms. Kiss (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 03/28/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Drafting notice of proposed sale for 21 Chateau Drive [.2]; finalizing and filing notice and emailing with GCG regarding service [.2]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 03/28/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Mr. Rosenfeld re: status of 21 Chateau (.1); reviewing proposed final order of sale for 21 Chateau (.1); reviewing partially executed contract of sale on 90 Elsmere (.1). | Fees | 0.30 | 0.00 | 350.00 | 105.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for
## Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/29/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email on Studio Arts building and consents sale and responding to same with Mr. Rosenfeld. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 03/30/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing amendment to contract of sale for 94 Connetquot | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| | **Matter Description (First Line): Asset Disposition - Residential Portfolio** | | | **114.60** | **0.00** | | **50,039.50** |

**Matter Description (First Line): Asset Disposition - Restricted Assets**

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/29/2016 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Emails with Mr. Rosenfeld and Mr. Bivona on NYS inquiries on asset restrictions; emails on GCG summary status [.2]; emails with GCG on summary of gift instruments for restricted assets [.1]. | Fees | 0.30 | 0.00 | 550.00 | 165.00 |
| 12/30/2016 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing emails from Mr. Nikelsberg in relation to review of restricted fund information by GCG and summaries (.2); reviewing restricted fund info and summary compiled by GCG; research related to same; emails and call with Messrs. Bivon and then Mr. Cerullo thereon (2.8). | Fees | 3.00 | 0.00 | 550.00 | 1,650.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/03/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Bivona in relation to restricted asset access to GCG data (.1); emails with Mr. Bivona and Mr. Rosenfeld on US DOE inquiry and bursar questions (.1); discussing restricted assets with Ms. Kiss and protocol; reviewing and researching restrictions and law; emails with Ms. Kiss thereon; further review of data and gift instruments in site established by GCG (1.2); discussion with Mr. Bivona in relation to Perkins loan and US DOE matters (.2); | Fees | 1.60 | 0.00 | 575.00 | 920.00 |
| 01/04/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Discussing endowed funds review with Ms. Kiss; reviewing chart draft (.2); reviewing email from Mr. Cerullo on additional restricted assets; emails thereon with Ms. Kiss and then discussion with Mr. Cerullo (.4); reviewing and responding to email from Mr. Bivona on Perkins funds and control over same (.1). | Fees | 0.70 | 0.00 | 575.00 | 402.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/04/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing gift instruments and related documents and revising chart summarizing assets [3.2]; reviewing Attorney General's prior statement regarding restricted assets and related documents [.4]; discussing gift instruments with Mr. Southard [.2]. | Fees | 3.80 | 0.00 | 375.00 | 1,425.00 |
| 01/05/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing gift instruments and related documents and revising chart summarizing restricted assets [8.5]; discussing restricted accounts with Mr. Corneau [.1]; emailing questions on restricted assets to Messrs. Rosenfeld, Bivona and Cerullo [.2]; telephone call with Mr. Cerullo discussing restricted assets [.3]; discussing restricted assets with Mr. Southard [.2]; discussing restricted assets with Mr. Rosenfeld [.2]. | Fees | 9.50 | 0.00 | 375.00 | 3,562.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/05/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing restricted asset research (.3); emails with Ms. Kiss and discussion of gift-over provisions (.2); discussing stipulation and reviewing same with Ms. Kiss on extension of time to file report; emails with Ms. Kiss thereon (.3); reviewing email from Mr. Rosenfeld on update for endowed scholarship; responding to same and Lazard termination letter (.2). | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 01/06/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Call with Ms. Kiss related to status of review on endowment (.2); reviewing gift over email from Ms. Kiss (.1); discussing with Messrs. Bivona and Rosenfeld; and TD Bank position; reviewing email from Mr. Rosenfeld to TD representative (.3); discussion with Mr. Cerullo thereon (.4); further emails and discussion with Ms. Kiss on restrictions and status (.3); meeting with Mr. Cerullo and review of related documents (.6); further emails with Ms. Kiss on endowment review; then to Mr. Cerullo and Messrs. Rosenfeld and BIvona (.2) | Fees | 2.10 | 0.00 | 575.00 | 1,207.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 01/06/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing gift instruments and related documents and revising chart summarizing restricted assets [7.8]; telephone call with Mr. Southard discussing restricted assets [.3]; reviewing monthly bank statements from TD Wealth accounts [.8]. | Fees | 8.90 | 0.00 | 375.00 | 3,337.50 |
| 01/09/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing email and chart update from Ms. Kiss on restricted funds; discussing same (.3); call with Mr. Cerullo thereon (.1); emails with Mr. Hammel on status (.1); emails with Ms. Kiss and Mr. Bivona on restricted assets (.2); further emails on faculty scholarship with Ms. Kiss (1). | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 01/09/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Researching scholarships of closed college as restricted assets not subject to the claims of creditors [2.6]; reviewing documents sent by Mr. Cerullo related to restricted assets [.8]; telephone call with Mr. Rosenfeld regarding restricted assets [.3]; discussing restricted assets with Mr. Southard [.2]. | Fees | 3.90 | 0.00 | 375.00 | 1,462.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/10/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing and responding to several emails on restricted assets from Ms. Kiss (.2); discussing restricted assets with Mr. Rosenfeld (.1); then meeting with Mr. Cerullo related to same; reviewing several emails and updated information on restrictions (.6); meeting with Ms. Dimola (.1); reviewing and revising form of report from Ms. Kiss and call with Ms. Kiss thereon (.5); further review of emails and updated report on restricted assets from Ms. Kiss; discussing comments with Mr. Rosenfeld (.3). | Fees | 1.80 | 0.00 | 575.00 | 1,035.00 |
| 01/10/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Researching restricted assets in bankruptcy and drafting debtor's initial report of potentially restricted assets [5.7]; conference call with Messrs. Southard and Cerullo discussing restricted assets [.5]; reviewing documents for student activity fund [.3]; researching information on Perkins account [.4]; finalizing and filing initial report [.3]. | Fees | 7.20 | 0.00 | 375.00 | 2,700.00 |
| 01/11/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing motion by Ms. Karpowicz in relation to Dowling lion and funds; emails related to same with Ms. Kiss. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/11/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing email from Ms. Kiss on restricted assets chart and supporting documentation. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/11/2017 | Lauren C. Kiss | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing motion seeking return of Chris Karpowicz scholarship and lion statue [.3]; revising chart of restricted assets per Mr. Rosenfeld's comments [.4]. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |
| 01/12/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Further review of endowment spreadsheet and supporting documents (.2); research on Title IV requirements (.5); emails with Mr. Guida on title IV funds; then emails with Messrs. Rosenfeld and Bivona (.2). | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 01/12/2017 | Lauren C. Kiss | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing and finalizing chart summarizing restricted assets and emailing with Mr. Southard. | Fees | 1.20 | 0.00 | 375.00 | 450.00 |
| 01/13/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing email from Mr. Rosenfeld in relation to Suffolk County water SPDES restriction. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 01/17/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing and responding to emails from Mr. Friedman on motion to turnover Dowling lion and related funds; then emails with Mr. Rosenfeld thereon. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/17/2017 | Joseph C. Corneau | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Conferring with Mr. Southard regarding funds continued to be held by TD Bank and proceeding to enforce automatic stay. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 01/20/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing and responding to Mr. Rosenfeld in relation to restricted funds transfer and TD Bank (.1); discussing request for further information with Ms. Kiss by committee (.1); reviewing related emails from Ms. Kiss to committee counsel (.1); further emails with Mr. Rosenfeld on TD release of funds and account signatory (.1); emails with Mr. Bivona in relation to museum property turnover stipulation (.1). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 01/20/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Marking confidential on chart and supporting documentation detailing restricted assets and emailing with committee. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------|-----------|-------|-------|-------|-------|
| 01/25/2017 | Lauren C. Kiss | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing motion seeking to return lion statue and scholarship fund and drafting statement in response. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |
| 01/25/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing email and draft statement from Ms. Kiss in relation to Karpowicz motion for turnover (.1); reviewing email from Mr. Bivona in relation to scholarship funds and information on gift instruments (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/26/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing application of Karpowitz for lion statue and funds remaining; reviewing draft statement and email from Ms. Kiss; revising same and then further emails with Ms. Kiss thereon (.7); preparing email on same to Messrs. Rosenfeld, Bivona and Cerullo (.1); reviewing and responding to email from Mr. Bivona in relation to insurance policy benefits (.1); emails with Mr. Knapp and then with Messrs. Rosenfeld and Bivona in relation to Perkins loan funds and repayment (.2). | Fees | 1.10 | 0.00 | 575.00 | 632.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/26/2017 | Lauren C. Kiss | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing additional gift documents received from Mr. Bivona. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 01/27/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing email from Mr. Rosenfeld to creditors in relation to bank accounts and movement of funds (.1); emails with Mr. Bivona in relation to Perkins Loan (.1); call with Mr. Knapp concerning same; then preparing email (.2); emails with Ms. Farber and Ms. Stewart and then with Mr. Rosenfeld on restricted asset reporting and questions related to same (.2); further email with Mr. Bivona in relation to servicer and information (.1). | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 01/30/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Several emails with Ms. Farber and Ms. Stewart in relation to discussion on restricted assets; and scheduling for call with Mr. Rosenfeld (.2); email to Messrs. Rosenfeld and Bivona on Karpowicz motion and response (.1): reviewing and responding to emails from Ms. Kiss on statement for Karpewicz motion and then call with Mr. Rosenfeld thereon (.2); reviewing updated response and email from Mr. Rosenfeld; then call with Ms. Kiss (.2); | Fees | 0.70 | 0.00 | 575.00 | 402.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/30/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing Mr. Rosenfeld's comments to the statement in response to Ms. Karpowicz's motion, finalizing and filing statement and emailing with GCG regarding service. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 01/31/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing report and preparing for call with NYSAG (.2); call with Messes. Farber, Stuart, Kiss and Messrs. Bivona and Rosenfeld on restricted assets and related process; then further discussion with Ms. Kiss thereon (.7); reviewing email from Ms. Kiss to NYSAG with materials requested on restricted assets; then reviewing emails among Ms. Kiss and Mr. Rosenfeld thereon (.2). | Fees | 1.10 | 0.00 | 575.00 | 632.50 |
| 01/31/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Conference call with Messrs. Southard, Rosenfeld and Bivona and Ms. Farber and Ms. Stuart discussing restricted assets [.8]; discussing documentation with Mr. Southard and emailing supporting documentation Ms. Farber and Ms. Stuart [.1]. | Fees | 0.90 | 0.00 | 375.00 | 337.50 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/02/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Rosenfeld on Lazard/TD funds and restricted scholarship and UST position (.2); email and call with Mr. Bivona in relation to restricted assets and former personnel (.2); discussing with Ms. Kiss (.1); | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 02/06/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing motion and statement in preparation for hearing on Karpowicz motion and related proposed stipulation (.2); discussions with movant and husband before and after hearing; appearing at hearing on motion (time split with other matters) (.5); emails with Ms. Farber related to disposition of restricted assets (.1). | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 02/07/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Drafting confidentiality agreement with Cynthia Grossman [.3]; emailing with Mr. Friedman requesting signature to Karpowicz stipulation, discussing same with Mr. Powers and uploading signature pages [.2]. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|------|------|------|------|------|
| 02/14/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Bivona in relation to special library collections (.1); emails with Mr. Bivona and Ms. Kiss in relation to meeting with former development office personnel and discussing preparation of list with Ms. Kiss (.2). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 02/14/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing initial report of restricted assets and documents in folder and preparing list of questions for Ms. Grossman in preparation for meeting. | Fees | 0.80 | 0.00 | 375.00 | 300.00 |
| 02/15/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing email from Ms. Kiss on list of questions for Ms. Grossman. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/17/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing emails on endowment matters and questions for Ms. Grossman among Mr. Rosenfeld and Ms. Kiss. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/17/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Revising list of questions for Ms. Grossman based upon Mr. Rosenfeld's comments [.2]; preparing binder for meeting with Ms. Grossman [.2]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/21/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Meeting with Messrs. Rosenfeld and Bivona<br>and Ms. Grossman on endowment funds. | Fees | 3.00 | 0.00 | 375.00 | 1,125.00 |
| 02/21/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Participating in meeting by phone with Ms.<br>Grossman, Ms. Kiss and Messrs. Rosenfeld<br>and Bivona in relation to endowment<br>matters, etc. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 03/01/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing email and responding to same<br>from Mr. Rosenfeld and board members on<br>holding of endowment funds and proposal. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/01/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing email from Mr. Rosenfeld re:<br>transfer of endowment funds. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 03/03/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Rosenfeld in relation to<br>restricted assets and funds conversion (.2);<br>emails with Ms. Farber (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 03/06/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing endowment fund documents<br>received from Mr. Rosenfeld and emailing<br>with Mr. Rosenfeld regarding same. | Fees | 0.80 | 0.00 | 375.00 | 300.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/07/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Emails with Ms. Kiss and Mr. Rosenfeld on scholarship support. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 03/08/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Emails with Mr. Rosenfeld on NYS AG position on restricted assets (.1); call with Mr. Rosenfeld thereon (.1); reviewing email from Mr. Rosenfeld to board of trustee thereon (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 03/09/2017 | Lauren C. Kiss | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing non-estate property procedures, mapping out timeline and outstanding issues and emailing with Mr. Southard [1.0]; discussing motion with Mr. Southard and revising motion with Mr. Southard's comments [.4]; drafting notice of hearing for non-estate property procedures motion [.2]; drafting property request form [.4]. | Fees | 2.00 | 0.00 | 375.00 | 750.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/10/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing emails and responding to same from Mr. Bivona in relation to Perkins Loan; researching same (.7); discussing with Mr. Corneau (.1); further emails with Mr. Bivona and US DOE representative and Mr. Corneau thereon (.2); calls to and with Mr. Knapp of US DOE and related emails (.3). | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 03/10/2017 | Joseph C. Corneau | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing multiple emails regarding Perkins loan disposition. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 03/14/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing emails on non-estate property motion from Ms. Kiss and Mr. Bivona. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 03/15/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Ms. Farber and Stuart on NEP motion and then with Mr. Rosenfeld. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------------|-----------|-------|-------|-------|-------|
| 03/16/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing motion on personal property disposition (.2); call with Mses. Farber, Stuart and Kiss on concerns over NEP disposition procedures motion (.5); discussing with Ms. Kiss and revising same (.4); emails thereon with Ms. Kiss, then with Mr. Rosenfeld and further updating (.3); further emails with Mses. Farber, Stuart and Kiss; reviewing revised draft and then discussing with Ms. Kiss (.4). | Fees | 1.80 | 0.00 | 575.00 | 1,035.00 |
| 03/16/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Conference call with Mr. Southard, Ms. Farber and Ms. Stuart discussing non-estate property procedures motion [.6]; reviewing updated motion [.2]; reviewing Ms. Farber's email and revisions to motion [.1]; revising non-estate property procedures order and notice with revisions to motion [.8]; telephone call with Mr. Nickelsberg discussing service of motion and procedures [.2]. | Fees | 1.90 | 0.00 | 375.00 | 712.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------|-----------|-------|-------|-------|-------|
| 03/17/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Revising, finalizing and filing motion seeking to establish procedures for the disposition of non-estate property [.7]; telephone call with Messrs. Bivona and Benka discussing employee contact list [.1]; emailing with Mr. Nickelsberg regarding service of notice to inform parties of procedures to dispose of personal property [.1]. | Fees | 0.90 | 0.00 | 375.00 | 337.50 |
| 03/23/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Knapp and then with estate representatives on Perkins loan assignment. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 03/24/2017 | Joseph C. Corneau | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Conferring with Mr. Southard regarding disposition of Perkins Loans. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 03/27/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Knapp in relation to call on Perkins Loan with US Attorney; then with Messrs. Corneau and Bivona (.3). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 03/28/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Call with US DOE and US Attorney on Perkins Loan program matters; discussing thereafter with Messrs. Corneau and Bivona (1.2); reviewing related emails from Ms. Varnovitsky in relation to Perkins citations (.1); reviewing email and forwarding same from Mr. Bivona to Mr. Corneau on notice from DOE (.1); emails with Ms. Farber and then with Mr. Rosenfeld on restricted assets and sale inquiry (.2). | Fees | 1.60 | 0.00 | 575.00 | 920.00 |
| 03/28/2017 | Joseph C. Corneau | 10691.031/ Dowling College Asset Disposition - Restricted Assets Conference call with Mr. Bivona, Mr. Southard, and representatives from DOJ and Department of Education regarding Perkins Loan disposition. | Fees | 1.20 | 0.00 | 495.00 | 594.00 |
| 03/29/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing confidentiality agreement and then related emails with Ms. Kiss and Mr. Bivona on potential agent on collections. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/31/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing emails among Mr. Bivona and Ms. Klein on Perkins loan matters (.1). | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| | | **Matter Description (First Line): Asset Disposition - Restricted Assets** | | 77.30 | 0.00 | | 34,593.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----|-----------|-------|-------|-------|-------|
| **Matter Description (First Line): Assumption and Rejection of Leases and Contracts** | | | | | | | |
| 11/29/2016 | Lauren C. Kiss | 10691.017/ Dowling College Assumption and Rejection of Leases and Contracts Revising, finalizing and filing motion seeking to reject certain leases. | Fees | 0.40 | 0.00 | 325.00 | 130.00 |
| 12/07/2016 | Sean C. Southard | 10691.017/ Dowling College Assumption and Rejection of Leases and Contracts Reviewing and responding to email from Mr. Bivona in relation to lease with St. John's; emails internally on schedules (.1); reviewing and responding to emails from Mr. Rosenfeld on Applelease payment (.1); call with Leaf representative on rejection and repo of equipment (.2); emails with Mr. Bivona thereon (.1); further emails with Mr. Rosenfeld on lease agreement for Apple (.1); reviewing and responding to email from Marlin bank on lease (.1). | Fees | 0.70 | 0.00 | 550.00 | 385.00 |
| 12/12/2016 | Sean C. Southard | 10691.017/ Dowling College Assumption and Rejection of Leases and Contracts Emails with Ms. Kiss on further rejections of contracts; then with Mr. Bivona. | Fees | 0.10 | 0.00 | 550.00 | 55.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------|-----------|-------|-------|-------|-------|
| 12/14/2016 | Lauren C. Kiss | 10691.017/ Dowling College Assumption and Rejection of Leases and Contracts Reviewing lease rejection motion and summarizing same for December 15 hearing. | Fees | 0.30 | 0.00 | 325.00 | 97.50 |
| 12/15/2016 | Sean C. Southard | 10691.017/ Dowling College Assumption and Rejection of Leases and Contracts Discussing rejection with Messrs. Bivona and Rosenfeld and server concerns (.2); further emails with same and then with chambers and Ms. Kiss on revised rejection list (.3). | Fees | 0.50 | 0.00 | 550.00 | 275.00 |
| 12/15/2016 | Lauren C. Kiss | 10691.017/ Dowling College Assumption and Rejection of Leases and Contracts Reviewing emails and revising Schedule 1 to the proposed order rejecting certain leases. | Fees | 0.30 | 0.00 | 325.00 | 97.50 |
| 12/16/2016 | Sean C. Southard | 10691.017/ Dowling College Assumption and Rejection of Leases and Contracts Reviewing and responding to emails on Apple lease with Mr. Rosenfeld (.1); emails with Ms. Kiss on revised schedule and form of order to upload (.1). | Fees | 0.20 | 0.00 | 550.00 | 110.00 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/19/2016 | Sean C. Southard | 10691.017/ Dowling College<br>Assumption and Rejection of Leases and Contracts<br>Emails with Ms. Kiss and Ms. Ryan on lease rejection order. | Fees | 0.10 | 0.00 | 550.00 | 55.00 |
| 12/19/2016 | Lauren C. Kiss | 10691.017/ Dowling College<br>Assumption and Rejection of Leases and Contracts<br>Reviewing schedule 1 to lease rejection order and emailing with chambers. | Fees | 0.10 | 0.00 | 325.00 | 32.50 |
| 12/20/2016 | Sean C. Southard | 10691.017/ Dowling College<br>Assumption and Rejection of Leases and Contracts<br>Reviewing email on lease rejection from Mr. Corneau and then with Messrs. Bivona and Rosenfeld. | Fees | 0.20 | 0.00 | 550.00 | 110.00 |
| 12/21/2016 | Sean C. Southard | 10691.017/ Dowling College<br>Assumption and Rejection of Leases and Contracts<br>Reviewing emails among Ms. Kiss and Mr. Bivona related to St. John's lease performance. | Fees | 0.10 | 0.00 | 550.00 | 55.00 |
| 12/21/2016 | Lauren C. Kiss | 10691.017/ Dowling College<br>Assumption and Rejection of Leases and Contracts<br>Reviewing license agreement with St. John's and emailing with Messrs. Rosenfeld and Bivona. | Fees | 0.50 | 0.00 | 325.00 | 162.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/22/2016 | Sean C. Southard | 10691.017/ Dowling College Assumption and Rejection of Leases and Contracts Reviewing email from Mr. Bivona in relation to rejection of server contract (.1); discussing rejection and timing of same with Ms. Kiss (.1). | Fees | 0.20 | 0.00 | 550.00 | 110.00 |
| 12/28/2016 | Sean C. Southard | 10691.017/ Dowling College Assumption and Rejection of Leases and Contracts Several emails in relation to residential lease termination and security deposits with Messrs. White, Bivona, Rosenfeld and Cerullo (.3); reviewing SOAL and SOFA for Capital One account information; reviewing bank account motion; researching NYS law on tenant security and trust rights (.5); call with Mr. Cerullo thereon (.2); then further emails with Messrs. White, Bivona, Rosenfeld and Cerullo and Ms. Stoloff in relation to Capital One position on tenant security account; emails to counsel to committee seeking position and consent in relation to same (.4); reviewing committee response; then reviewing account statement from Mr. Bivona (.1). | Fees | 1.50 | 0.00 | 550.00 | 825.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------|-----------|-------|-------|-------|-------|
| 01/05/2017 | Sean C. Southard | 10691.017/ Dowling College<br>Assumption and Rejection of Leases and Contracts<br>Reviewing email on TeqLease demand and Mr. Rosenfeld's response; responding to Mr. Lockwood thereon with request for information. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/11/2017 | Sean C. Southard | 10691.017/ Dowling College<br>Assumption and Rejection of Leases and Contracts<br>Reviewing email and supporting material from Apple lease representative on claim for insurance proceeds. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/20/2017 | Sean C. Southard | 10691.017/ Dowling College<br>Assumption and Rejection of Leases and Contracts<br>Reviewing materials on Teqlease and insurance claim from Mr. Lockwood; then emails to Mr. Rosenfeld thereon. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 01/30/2017 | Sean C. Southard | 10691.017/ Dowling College<br>Assumption and Rejection of Leases and Contracts<br>Call with Mr. McCarthy in relation to leasehold status and state court litigation (.2); emails with Mr. Corneau on lease rejection and eviction (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/31/2017 | Sean C. Southard | 10691.017/ Dowling College<br>Assumption and Rejection of Leases and Contracts<br>Emails with Mr. Corneau in relation to leasehold termination and status (.1); reviewing emails on revised leasehold communication to Mr. Bivona and then Mr. McCarthy (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/02/2017 | Sean C. Southard | 10691.017/ Dowling College<br>Assumption and Rejection of Leases and Contracts<br>Emails with Mr. Bivona and Mr. McCarthy on call to discuss tenant evictions and nonpayment (.1). | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 02/13/2017 | Sean C. Southard | 10691.017/ Dowling College<br>Assumption and Rejection of Leases and Contracts<br>Reviewing email from Ms. Kiss and Mr. Bivona on lease rejection. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 02/23/2017 | Lauren C. Kiss | 10691.017/ Dowling College<br>Assumption and Rejection of Leases and Contracts<br>Reviewing information on St. John's lease and schedules for liabilities. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 02/23/2017 | Sean C. Southard | 10691.017/ Dowling College<br>Assumption and Rejection of Leases and Contracts<br>Reviewing email from Mr. Bivona with SJU lease termination information. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| | **Matter Description (First Line): Assumption and Rejection of Leases and Contracts** | | | 7.00 | 0.00 | | 3,495.00 |

**Matter Description (First Line): Case Administration**

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/29/2016 | Sean C. Southard | 10691.010/ Dowling College Case Administration Call with Messrs. Pfeiffer and Begley and Ms. Kiss on first day pleadings and status (.2); discussing and attending to various first day matters with Ms. Kiss (.6); call with Mr. Clayton in relation to retention and related emails on retention papers; discussing with Ms. Kiss (.3); call with Mr. Yang of US Trustee office concerning filing and review of documents (1.1); further discussions with Ms. Kiss; preparing for first day hearings (.8); emails with board and counsel on filing authorization (.2); call with creditors counsel on filing authorization and finalization (.7); discussions internally, then emails on authorization and call with Mr. Rosenfeld (.3); reviewing, and then executing and filing petition and related documents, including resolution; several emails thereon (.8); call to chambers; emails on filing information with various parties, including NYSAG and NYSED (.3); discussing notice requirements with Ms. Kiss; emails with GCG thereon (.3); several emails and discussions internally in relation to creditor matrix and verification, services matters (.4); final review of first day declaration; emails with Mr. Rosenfeld thereon and discussing with Ms. Kiss (.4); call with Mr. Rosenfeld on filing status (.2); emails and discussion with Ms. Kiss and Mr. Corneau on filings of first day motions and related final edits (.5). | Fees | 6.30 | 0.00 | 550.00 | 3,465.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/29/2016 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Telephone call with Mr. Southard and US Trustee's office discussing first day motions [1.1]; updating services lists for Garden City Group for service of first day motions [.8]; telephone call with Mr. Nickelsberg discussing service lists [.3]; emailing with Dowling team regarding email addresses and mailing addresses for top twenty creditors [.2]; updating First Day Declaration with comments from the lenders' counsel [.9]; revising, finalizing and filing First Day Declaration [1.0]; revising, finalizing and filing index of first day motions [.7]; revising, finalizing and filing motion seeking approval of the form and manner of notice of commencement [.3]; revising, finalizing and filing case management procedures motion [.5]; revising, finalizing and filing interim compensation procedures motion [.4]; revising and finalizing insurance finance motion [.3]; call with Messrs. Southard, Pfeiffer and Besley on first day pleadings and status [.2]; discussing and attending to various first day matters with Mr. Southard [.6]. | Fees | 7.30 | 0.00 | 325.00 | 2,372.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------|-----------|-------|-------|-------|-------|
| 11/29/2016 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Revising, finalizing and filing cash<br>management motion. | Fees | 0.40 | 0.00 | 325.00 | 130.00 |
| 11/29/2016 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Taxi home from the office. | TAXI | 0.00 | 1.00 | 109.44 | 109.44 |
| 11/29/2016 | Joseph C. Corneau | 10691.010/ Dowling College<br>Case Administration<br>Filing first day motions. | Fees | 1.40 | 0.00 | 475.00 | 665.00 |
| 11/30/2016 | Kristen M. Garofalo | 10691.010/ Dowling College<br>Case Administration<br>Assembling binders for first day pleadings<br>per Ms. Kiss' request. | Fees | 2.00 | 0.00 | 150.00 | 300.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/30/2016 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing scheduling orders with Mr. Southard, drafting scheduling orders for each of the first day orders and uploading same [2.9]; discussing first day hearing with Mr. Southard and status multiple times [.6]; revising service requirements for Garden City Group based upon hearing date [.9]; drafting notice of hearing for motions to be heard on December 15 and filing same [.8]; drafting and filing notice of first day hearing [.3]; reviewing notice of deficient filing and local rules and emailing with Ms. Garofalo [.5]; conference call with Messrs. Southard, Rosenfeld and Bivona discussing status and strategy [.5]; comparing master service list on Garden City Group's website to latest version of case management procedures and emailing additional parties to Garden City Group [.5]; telephone calls with Mr. Nikelsberg discussing status of binders and service of first day motions [.3]; discussing binders for first day hearing with Ms. Garofalo and Ms. Bergman separately [.2]. | Fees | 7.50 | 0.00 | 325.00 | 2,437.50 |
| 11/30/2016 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>Photocopies for November 2016. | PHOTOCOPY | 0.00 | 3,549.00 | 0.10 | 354.90 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/30/2016 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Emails and discussion with Ms. Kiss on notice and service issues (.3); emails with Judge Grossman's chambers (.1); call with chambers in relation to case background and first day motions (.9); emails on scheduling for first day relief with various parties in interest (.2); reviewing and discussing draft scheduling orders with Ms. Kiss (.2); reviewing scheduling orders entered and then discussing service and notice with Ms. Kiss (.2); preparing press release and related emails with RSR and creditor counsel (.4); call with US Trustee office on first day motions and open issues (.3); emails with UST and Ms. Kiss on top 20 creditors and notice and hearing; then emails on organizational meeting schedule (.3); emails with chambers on scheduling hearings on other relief for second day hearing; discussion with Ms. Kiss on notice related to same (.3); reviewing draft notice and emails thereon with Ms. Kiss (.2); reviewing first day pleadings and preparing remarks for first day hearing (1.1). | Fees | 4.40 | 0.00 | 550.00 | 2,420.00 |
| 12/01/2016 | Kristen M. Garofalo | 10691.010/ Dowling College<br>Case Administration<br>Making updates to schedules pursuant to Ms. Kiss' request. | Fees | 1.00 | 0.00 | 150.00 | 150.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/01/2016 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Preparing remarks for first day hearing, reviewing motions in relation to same; emails with Ms. Kiss on notice questions (1.1); reviewing emails with Mr. Yang on employee wages and Ms. Kiss response (.1); several emails and discussion with Ms. Kiss in relation to administrative deficiencies, including 20 largest filing and corporate statement (.3); call with Messrs. Bivona and Rosenfeld on first day hearing preparation and Ms. Kiss (1.5); call with Ms. Black and Mr. Yang in relation to UST concerns on first day motions; joined by Mr. Rosenfeld and Ms. Kiss (1.0); call with counsel to creditors in relation to concerns on sale, retentions and DIP Lenders (.7); emails with chambers on receipt of binders; emails with Messrs. Rosenfeld and Bivona thereon (.1); discussing concerns and emails with Mr. Corneau on financing; then preparing email to Ms. Black and Mr. Yang on responses of lenders to UST concerns (.4); emails and discussion on accounts and cash management with Ms. Kiss; reviewing motion and preparing for hearing (.7); emails and discussion with Ms. Kiss on service; emails with Mr. Nikelsberg of GCG (.3); preparing for first day hearing on administrative motions before Court and remarks for same; several discussions with Ms. Kiss in relation to same (1.3). | Fees | 7.50 | 0.00 | 550.00 | 4,125.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/01/2016 | Joseph C. Corneau | 10691.010/ Dowling College<br>Case Administration<br>Filing fees for Dowling first day motions. | FILEFEE | 0.00 | 2.00 | 176.00 | 352.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/01/2016 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Reviewing GCG's service list for first day motions and discussing same with Messrs. Southard and Nickelsberg separately [.6]; drafting agenda for first day hearing [.3]; discussing deficiency list with Ms. Garofalo and drafting corporate disclosure statement [.3]; discussing top 20 list with Ms. Garofalo and comparing list against First Day Declaration [.3]; conference call with Messrs. Southard, Rosenfeld and Bivona preparing for first day hearing [1.5]; summarizing cash management motion for hearing and preparing charts of restricted and unrestricted accounts [2.3]; conference call with Messrs. Southard and Yang and Ms. Black discussing first day motions [1.0]; conference call with lenders' counsel regarding first day motions [.7]; revising index for binders and emailing with Ms. Garofalo [.3]; revising orders per Ms. Black's and Mr. Yang's comments [.4]; telephone call with clerk's office regarding notice of deficient filing [.2]; gathering additional documents for first day hearing and preparing binders [1.6]; reviewing first day motions in preparation for first day hearing and summarizing key points of each motion [1.4]. | Fees | 10.90 | 0.00 | 325.00 | 3,542.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/02/2016 | Kristen M. Garofalo | 10691.010/ Dowling College<br>Case Administration<br>Updating schedules and SoFA. | Fees | 0.50 | 0.00 | 150.00 | 75.00 |
| 12/02/2016 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Preparing for first day hearings, discussion with counsel to interested parties in relation to same (1.6); appearing for Debtor at first day hearings before Judge Grossman; discussions among interested parties following same (2.6); reviewing and discussing revised orders and notice in relation to determinations of the Court with Ms. Kiss (.4); reviewing emails from Ms. Sterling on press (.2); reviewing email from Ms. Garofalo on presentation of attorney compensation (.1); reviewing further emails to and from Ms. Garofalo on schedules update (.2); emails with Ms. Farber of NYS AG on status (.1); reviewing revised cash management order and related emails with Ms. Kiss; then reviewing email on summary of orders uploaded by Ms. Kiss (.3); reviewing email and notices to schedule hearings on various motions from Ms. Kiss (.2); reviewing email from Ms. Kiss to GCG on notice of commencement and related service parties (.1). | Fees | 5.80 | 0.00 | 550.00 | 3,190.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/02/2016 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Attending first day hearing and discussions among interested parties in relation to same [2.6]; reviewing and discussing revised orders and notice with Mr. Southard [.4]; revising and uploading proposed orders for first day motions [1.5]; emailing with GCG regarding service of first day orders [.3]. | Fees | 4.80 | 0.00 | 325.00 | 1,560.00 |
| 12/02/2016 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Veritext invoice no. NY2833479 for transcript of hearing. | TRANS | 0.00 | 1.00 | 724.80 | 724.80 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/05/2016 | Sean C. Southard | 10691.010/ Dowling College Case Administration Call with Ms. Tenneriello of Clerk's office on petition inconsistency; discussing internally with Ms. Garofalo (.3); emails with chambers in relation to dates for omnibus hearing; discussing with Ms. Kiss (.2); call with Ms. Farber of NYSAG on case status, restricted funds and asset sales (.5); emails with Mr. Rosenfeld on same (.1); executing revised petition and then call with Ms. Tenneriello thereon (.2); reviewing revised petition and related emails with Mr. Rosenfeld and Ms. Kiss (.2); reviewing UST notice on formation committee and UST guidelines correspondence; then email on same to Messrs. Rosenfeld, Cerullo and Bivona (.3); discussing first day matters and results of hearing and action items with Ms. Kiss (.6); discussing first day orders, filing deficiencies and status with Ms. Kiss (.2); call with Mr. Cerullo concerning first day results and schedules preparation (.2); responding to creditor inquiries and press on case status (.3); call with Mr. Cerullo in relation to vendors (.1); call with Mr. Rosenfeld in relation to vendors and schedules preparation (.1). | Fees | 2.80 | 0.00 | 550.00 | 1,540.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/05/2016 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing status and ongoing assignments with Mr. Southard [.6]; telephone call with Mr. Nickelsberg discussing service of orders [.2]; reviewing amended petition and emailing with Mr. Rosenfeld [.1]; preparing chart of to do list and open items [.6]. | Fees | 1.50 | 0.00 | 325.00 | 487.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/06/2016 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Emails with Mr. Rosenfeld on schedules and discussing with Ms. Kiss (.2); discussing revised petition with Ms. Kiss and emails thereon (.1); call discussing schedules, status and preparation with Messrs. Rosenfeld and Bivona (1.4); emails with Ms. Ryan of Judge Grossman's chambers and discussion with Ms. Kiss on first day motion status (.3); several emails related to same with Messrs. Rosenfeld and Bivona (.3); call with counsel to creditors on interim hearing preparations (.9); discussing status with Ms. Kiss; emails with chambers on first day order for cash management (.2); reviewing order scheduling case conference, insurance and case management (.2); emails with Ms. Kiss; discussing service with same; then emails with Mr. Demers of GCG thereon (.2); reviewing emails from Mr. Nikelsberg on notice of commencement and then discussing with Ms. Kiss (.2); further emails with Mr. Nikelsberg on notice of commencement (.1). | Fees | 4.00 | 0.00 | 550.00 | 2,200.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/06/2016 | Kristen M. Garofalo | 10691.010/ Dowling College<br>Case Administration<br>Generating forms and spreadsheets and preparing documents per Ms. Kiss' request (.5); participating in conference call regarding status of schedules (1.4). | Fees | 1.90 | 0.00 | 150.00 | 285.00 |
| 12/06/2016 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing status with Mr. Southard multiple times [.3]; finalizing and filing amended petition and emailing with GCG [.2]; conference call with Messrs. Southard, Rosenfeld and Bivona discussing schedules [1.4]; emailing list of service parties to chambers for interim cash management order [.1]; preparing list of motions to be heard on December 15 and emailing with parties [.2]. | Fees | 2.20 | 0.00 | 325.00 | 715.00 |
| 12/06/2016 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Conference call with lenders' counsel regarding interim hearing preparations | Fees | 0.90 | 0.00 | 325.00 | 292.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/07/2016 | Sean C. Southard | 10691.010/ Dowling College Case Administration Meeting with Ms. Kiss on status of various matters (.2); call with Mr. Fusco in relation to scheduling IDI with UST office; emails thereon with Mr. Fusco and then with Messrs. Rosenfeld and Bivona (.3); reviewing email summarizing updates to case management procedures from Ms. Kiss and reviewing notice draft (.2); reviewing emails among Ms. Kiss and Mr. Nikelsberg and discussing with Ms. Kiss notice of commencement (.2); reviewing email from Ms. Kiss and discussing transcript order and upcoming matters on for hearing 12/15/16 (.1); reviewing email on communications plan with GCG website (.2); emails with interested parties on upcoming matters for interim/final hearing (.1); further emails with Mr. Bivona on insurance and other matters needed for IDI (.1); emails with Ms. Garofalo and Mr. Rosenfeld on schedules and SOFA preparation (.2); discussing service matters with Ms. Kiss; then reviewing email from Ms. Kiss to GCG thereon (.2). | Fees | 1.80 | 0.00 | 550.00 | 990.00 |
| 12/07/2016 | Kristen M. Garofalo | 10691.010/ Dowling College Case Administration Updating schedules with new information provided. | Fees | 2.00 | 0.00 | 150.00 | 300.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/07/2016 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Reviewing and comparing first day orders against orders submitted to chambers [.5]; comparing case management procedures filed by the court to procedures submitted to chambers and noting changes [.4]; drafting and filing notice of omnibus hearing dates [.5]; conference call with Mr. Powers discussing case [.3]; telephone call with Mr. Nickelsberg regarding proposed communication procedures and notice of commencement service [.2]; discussing status with Mr. Southard [.2]; revising notice of commencement form and emailing with Mr. Nickelsberg [.4]; reviewing proposed communications plan from GCG [.4]; searching for Pacific Financial Services UCC and telephone call with Ms. McKitrick discussing same [.4]; discussing schedules with Ms. Garofalo [.2]. | Fees | 3.50 | 0.00 | 325.00 | 1,137.50 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/08/2016 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Rosenfeld in relation to initial debtor interview, organizational meeting, UST contacts, etc. (.4); preparing for organizational meeting remarks and IDI (.6); emails in relation to schedules and SOFA update among Ms. Garofalo and Messrs. Rosenfeld and Bivona (.2); reviewing entry of bank accounts order (.1); emails with Ms. Kiss on revised notice of hearing dates (.1); emails on service matters among Ms. Kiss and Mr. Nikelsberg; discussing with Ms. Kiss (.2); reviewing emails on update to schedules from Mr. Rosenfeld (.2); initial review of first day hearing transcript and emails with Ms. Kiss (.3). | Fees | 2.10 | 0.00 | 550.00 | 1,155.00 |
| 12/08/2016 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Drafting and filing amended notice of hearing [.2]; reviewing transcript from first day hearing and emailing with Mr. Southard regarding PSA comments [.4]; reviewing interim cash management order and emailing with GCG [.2]. | Fees | 0.80 | 0.00 | 325.00 | 260.00 |
| 12/09/2016 | Kristen M. Garofalo | 10691.010/ Dowling College<br>Case Administration<br>Updating schedules. | Fees | 2.00 | 0.00 | 150.00 | 300.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/09/2016 | Sean C. Southard | 10691.010/ Dowling College Case Administration Returning calls from several students and parents and creditors with inquiries on notice of commencement (.4); attending organizational meeting of creditors and initial debtor interview (3.5); discussing results of organizational meeting and creditor committee formation with Mr. Clayton (.1); emails and discussion with Ms. Kiss on formation status and email to creditors (.3); several calls and emails with Mr. Rosenfeld and Mr. Bivona on claims information for schedules (.4); further calls with Ms. Kiss and then with Mr. Rosenfeld on schedules; related emails (.3); emails with Mr. Luckman on committee retention (.1). | Fees | 5.10 | 0.00 | 550.00 | 2,805.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/09/2016 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Telephone calls with Messrs. Rosenfeld and Bivona separately discussing schedules [.2]; discussing schedules multiple times with Ms. Garofalo [.3]; conference call with Messrs. Rosenfeld and Cerullo and Ms. Stoloff regarding Schedule E, discussing same with Ms. Garofalo and emailing with Mr. Southard [.3]; telephone calls with Messrs. Rosenfeld and Southard separately discussing Schedule E and status [.3]; telephone call with Clerk's office regarding proofs of claim and emailing with Mr. Nickelsberg [.1]. | Fees | 1.20 | 0.00 | 325.00 | 390.00 |
| 12/10/2016 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Emails with Mr. Kleinberg on committee formation (.1); call with Messrs. Luckman and Silverman (.2); then emails with same and Mr. Rosenfeld on conference (.1); reviewing email and draft notes from Mr. Rosenfeld (.2). | Fees | 0.60 | 0.00 | 550.00 | 330.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 12/11/2016 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Messrs. Rosenfeld, Luckman, Silverman and Friedman; emails on transcript and contact list (1.2); call with Mr. Rosenfeld (.1); emails with Mr. Rosenfeld on schedules (.1); emails with counsel to creditors on conference call scheduling and request (.2). | Fees | 1.60 | 0.00 | 550.00 | 880.00 |
| 12/12/2016 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Discussing schedule preparation, interim hearing motions, UCC reaction to same, and action items with Ms. Kiss (.3); emails with creditors committee on call scheduling and contacts (.1); reviewing email from Mr. Bivona on frequently asked questions (.1); reviewing and revising global notes for schedules (.9); call with committee counsel and Ms. Kiss on first day motions and final relief for December 15 hearing (1.3); further discussions with Ms. Kiss on action items following same (.2); reviewing draft NDA for committee and emails with Ms. Kiss thereon (.2); reviewing emails among Ms. Kiss and Mr. Nikelsberg on service of notice of commencement and affidavit for same (.1). | Fees | 3.20 | 0.00 | 550.00 | 1,760.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/12/2016 | Kristen M. Garofalo | 10691.010/ Dowling College Case Administration Participating in conference call regarding status of schedules (0.6); preparing documents per Ms. Kiss' request (.3); updating schedules (.7). | Fees | 1.60 | 0.00 | 150.00 | 240.00 |
| 12/12/2016 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Conference call with Messrs. Rosenfeld, Bivona and Cerullo and Ms. Garofalo discussing schedules and follow up discussion with Ms. Garofalo [.6]; reviewing Mr. Rosenfeld's email and discussing same with Ms. Garofalo [.2]; telephone calls with Mr. Rosenfeld discussing schedules [.5]; updating schedules and statement of financial affairs per Mr. Rosenfeld's emails [4.2]; reviewing schedules and statement of financial affairs and preparing list of open items [1.0]; revising contact and conflicts list and emailing with Committee counsel [.2]; drafting confidentiality agreement with committee [1.2]; updating to do list [.2]; reviewing and responding to GCG emails on service [.2]; discussing status with Mr. Southard multiple times [.4]. | Fees | 8.70 | 0.00 | 325.00 | 2,827.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/12/2016 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Conference call with Messrs. Southard and Rosenfeld and Committee counsel discussing Committee's concerns. | Fees | 1.30 | 0.00 | 325.00 | 422.50 |
| 12/13/2016 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing schedules draft (.3); discussing same with Ms. Kiss; several emails thereon (.4); reviewing updated draft of schedules and SOFA and several emails thereon with Ms. Kiss and Mr. Rosenfeld, including revised global notes (.6); call with Mr. Friedman in relation to various motions and status (.5); call with Mr. Rosenfeld in relation to status of matters for hearing, US DOE inquiry and schedules completion (.4); reviewing several emails from Mr. Clayton in relation to schedules information on labor; emails with Ms. Kiss thereon  (.3); call with Mr. Clayton related to same (.1); emails with Mr. Friedman on committee requests and confidentiality (.1); further call with Mr. Rosenfeld on US DOE inquiry (.1); call with Ms. Kiss on schedules and certification; several related emails (.3); emails with Ms. Kiss on submission of orders and agenda for hearing (.1). | Fees | 3.20 | 0.00 | 550.00 | 1,760.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/13/2016 | Kristen M. Garofalo | 10691.010/ Dowling College Case Administration Updating schedules. | Fees | 0.50 | 0.00 | 150.00 | 75.00 |
| 12/13/2016 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Reviewing and revising schedules and statement of financial affairs multiple times [3.6]; discussing schedules and statement of financial affairs with Mr. Rosenfeld [.2]; discussing schedules and statement of financial affairs with Mr. Southard [.5]; reviewing and revising global notes to schedules [.7]; reviewing information on union grievances and demands and revising statement of financial affairs [.6]; finalizing and filing schedules and statement of financial affairs [.6]; reviewing requirements for 1007-1(b) affidavit and discussing affidavit with Mr. Southard [.3]. | Fees | 6.50 | 0.00 | 325.00 | 2,112.50 |
| 12/14/2016 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132112016 for conference call on 11/14/16. | CONFCALLS | 0.00 | 1.00 | 8.27 | 8.27 |
| 12/14/2016 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132112016 for conference call on 11/1/16. | CONFCALLS | 0.00 | 1.00 | 16.71 | 16.71 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/14/2016 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132112016 for conference call on 11/3/16. | CONFCALLS | 0.00 | 1.00 | 7.20 | 7.20 |
| 12/14/2016 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132112016 for conference call on 11/14/16. | CONFCALLS | 0.00 | 1.00 | 40.37 | 40.37 |
| 12/14/2016 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132112016 for conference call on 11/15/16. | CONFCALLS | 0.00 | 1.00 | 15.03 | 15.03 |
| 12/14/2016 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132112016 for conference call on 11/16/16. | CONFCALLS | 0.00 | 1.00 | 4.01 | 4.01 |
| 12/14/2016 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132112016 for conference call on 11/17/16. | CONFCALLS | 0.00 | 1.00 | 23.10 | 23.10 |
| 12/14/2016 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132112016 for conference call on 11/23/16. | CONFCALLS | 0.00 | 1.00 | 13.12 | 13.12 |
| 12/14/2016 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132112016 for conference call on 11/28/16. | CONFCALLS | 0.00 | 1.00 | 4.68 | 4.68 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/14/2016 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132112016 for conference call on 11/29/16. | CONFCALLS | 0.00 | 1.00 | 22.39 | 22.39 |
| 12/14/2016 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132112016 for conference call on 11/30/16. | CONFCALLS | 0.00 | 1.00 | 23.03 | 23.03 |
| 12/14/2016 | Stephanie R. Sweeney | 10691.010/ Dowling College Case Administration West information charges for legal research for November 2016, invoice no. 835175072. | WESTLAW | 0.00 | 1.00 | 68.40 | 68.40 |
| 12/14/2016 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Westlaw | WESTLAW | 0.00 | 1.00 | 503.08 | 503.08 |
| 12/14/2016 | Renea A. Gargiulo | 10691.010/ Dowling College Case Administration Preparing binder for December 15th hearing per Ms. Kiss' request. | Fees | 1.50 | 0.00 | 150.00 | 225.00 |
| 12/14/2016 | Kristen M. Garofalo | 10691.010/ Dowling College Case Administration Filing 1007 Affidavit and uploading creditor matrix. | Fees | 0.20 | 0.00 | 150.00 | 30.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/14/2016 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Emails with Mr. Rosenfeld and Ms. Kiss on Dowling schedules certification (.1); emails with Mr. Friedman and Ms. Kiss on NDA (.1); further emails on NDA terms with Mr. Rosenfeld and Ms. Kiss (.1); call with Mr. Friedman on various motions on for hearing and comments of Committee (.6);  call with Mr. Rosenfeld (.4); preparing remarks for second day hearings, reviewing agenda and motions and forms of order thereon; several emails and discussions with Ms. Kiss (1.3). | Fees | 2.50 | 0.00 | 550.00 | 1,375.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/14/2016 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Drafting 1007-1(b) affidavit and emailing with Mr. Rosenfeld [.4]; reviewing affidavits of service filed by GCG in connection with first day motions and interim orders and preparing chart summarizing same [1.6]; preparing index for hearing binder and emailing with Ms. Gargiulo [.3]; reviewing Committee's comments to confidentiality agreement and addressing Mr. Rosenfeld's concerns [.2]; comparing interim orders submitted to the Court to orders filed by the Court and preparing final orders [1.4]; telephone call with Mr. Nickelsberg regarding service of 1007-1(b) affidavit [.1]; drafting agenda for December 15 hearing [.7]; reviewing interim compensation procedures and summarizing same for December 15 hearing [.4]; reviewing motion to approve plan support agreement and summarizing same for December 15 hearing [.4]; reviewing Committee's statement in response to first day motions and updating agenda [.4]; discussing agenda with Mr. Southard and revising same [.5]; discussing December 15 hearing with Mr. Southard and gathering additional documents for hearing [1.0]; finalizing and filing notice of agenda [.2]; preparing binders for December 15 hearing [.8]. | Fees | 8.40 | 0.00 | 325.00 | 2,730.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/15/2016 | Sean C. Southard | 10691.010/ Dowling College Case Administration Preparing for hearings (.5); discussing various motions and relief with interested parties in advance of hearing; then appearing for Debtor before Judge Grossman at "second day" hearing (2.5); meeting with counsel following hearing and revising proposed forms of order and submitting to chambers and circulating to parties in interest, including financing (2.4); emails with Mr. Bivona and Ms. Chachoff in relation to Dowling communications and website (.1). | Fees | 5.50 | 0.00 | 550.00 | 3,025.00 |
| 12/15/2016 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Discussing various motions with interested parties in advance of hearing; then attending hearing [2.5]; revising proposed orders based upon hearing with Messrs. Southard, Hammel and Berkowitz and submitting orders to chambers [2.4]; reviewing administrative order for interim compensation procedures and revising proposed order approving interim compensation procedures related emails [1.4]. | Fees | 6.30 | 0.00 | 325.00 | 2,047.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------|-----------|-------|-------|-------|-------|
| 12/16/2016 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing changes to interim compensation procedures with Mr. Southard and emailing with parties [.3]; ordering transcript from December 15 hearing from Veritext [.1]; revising proposed orders and uploading same [1.1]; conference call with Mr. Southard and Ms. Ryan discussing changes to certain proposed orders [.4]; telephone call with Mr. Powers discussing status [.2]; telephone call with Mr. Nickelsberg discussing service of orders [.2]; reviewing notes from December 15 hearing and updating to do list [.3]; discussing service of orders with Ms. Uhrig [.2]; reviewing orders filed by the Court and emailing with chambers [.3]. | Fees | 3.10 | 0.00 | 325.00 | 1,007.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/16/2016 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Rosenfeld on status of various matters (.2); call to and emails with Ms. Tenneriello and then emails with Ms. Kiss thereon; discussing caption and related clerk's concerns with Ms. Kiss (.2); emails with Ms. Kiss on revised interim compensation procedures (.1); emails with counsel to committee in relation to meeting with debtor and discussion of background (.2); emails on transcript order with Ms. Kiss and Mr. Friedman (.1); emails on committee production and document requests with Mr. Friedman and Mr. Bivona; reviewing email production by Mr. Bivona (.3); call with Mr. Rosenfeld and emails with same on IT assistance (.2). | Fees | 1.30 | 0.00 | 550.00 | 715.00 |
| 12/19/2016 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>Federal Express invoice no. 5-647-23668 for shipment to TD Bank, Legal Department on 11/30/16. | FEDEX | 0.00 | 1.00 | 12.18 | 12.18 |
| 12/19/2016 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>Federal Express invoice no. 5-647-23668 for shipment to Robert Rosenfeld and Neil Bivona on 11/30/16. | FEDEX | 0.00 | 1.00 | 23.54 | 23.54 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/19/2016 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Emails with counsel to lenders and committee on adjournment of hearing request and response of chambers (.1); emails with Mr. Hammel and discussion of bar date matter in relation to indenture trustee with Ms. Kiss (.2). | Fees | 0.30 | 0.00 | 550.00 | 165.00 |
| 12/19/2016 | Kristen M. Garofalo | 10691.010/ Dowling College<br>Case Administration<br>Assembling documents for review per Ms. Kiss' request. | Fees | 0.50 | 0.00 | 150.00 | 75.00 |
| 12/19/2016 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Reviewing EDNY guidelines and drafting bar date motion [2.3]; discussing status with Mr. Southard [.2]; reviewing and uploading interim compensation procedures order [.2]; reviewing retention applications to be heard at January 10 hearing and emailing with Committee counsel [.2]. | Fees | 2.90 | 0.00 | 325.00 | 942.50 |
| 12/20/2016 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Reviewing and revising list of items to discuss with Committee counsel [.3]; investigating Sterling Waters' claim and emailing with Mr. Southard [.2]. | Fees | 0.50 | 0.00 | 325.00 | 162.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/21/2016 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Discussing bar date motion with Ms. Kiss (.1); reviewing emails on bar date motion and form of claim from Ms. Kiss and Mr. Nikelberg (.2); emails with Ms. Kiss and discussion on stipulation for extension of time to comply with reporting obligations (.1). | Fees | 0.40 | 0.00 | 550.00 | 220.00 |
| 12/21/2016 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Telephone call with Mr. Southard discussing status [.2]; drafting bar date application and exhibits [3.2]; discussing proof of claim form with Mr. Nickelsberg [.2]; discussing governmental bar date with Mr. Corneau [.2]. | Fees | 3.80 | 0.00 | 325.00 | 1,235.00 |
| 12/22/2016 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Drafting stipulation extending deadline to file statement of restricted assets [.8]; revising proof of claim form and emailing with Mr. Nickelsberg [.3]; revising stipulation per Mr. Southard's comments [.2]; discussing status with Mr. Southard [.2]; telephone call with Mr. Nickelsberg discussing service of bar date order [.1]. | Fees | 1.60 | 0.00 | 325.00 | 520.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/22/2016 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing bar date motion and discussing with Ms. Kiss (.3); emails in relation to bar date notice with Ms. Kiss (.1). | Fees | 0.40 | 0.00 | 550.00 | 220.00 |
| 12/23/2016 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Ms. Kiss on status of various matters (.2); emails on stipulation extending time to comply with cash management order (.1). | Fees | 0.30 | 0.00 | 550.00 | 165.00 |
| 12/23/2016 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing status with Mr. Southard [.2]; emailing with Ms. Black and Mr. Yang regarding stipulation extending deadline to file statement of restricted assets [.1]. | Fees | 0.30 | 0.00 | 325.00 | 97.50 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/28/2016 | Sean C. Southard | 10691.010/ Dowling College Case Administration Reviewing email from Ms. Kiss on action items (.1); reviewing and responding to email to parties in interest relative to bar date (.1); call with Mr. Bivona in relation to various matters (.3); reviewing December 15 transcript (.6); call with Mr. Baldwin of NYS Board of Regents and Messes. Farber and Stuart of NYS AG office in relation to case status and issues of importance to State (.6); email with Mr. McCord in relation to 341 meeting (.1); preparing email to management and Mr. Clayton on NYS concerns; reviewing education law excerpts (.3); emails with Mr. Demers in relation to service (.1); emails with GCG on form of bar date in light of comment on filing means (.1). | Fees | 2.30 | 0.00 | 550.00 | 1,265.00 |
| 12/28/2016 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Finalizing and filing stipulation extending time to file statement of restricted assets. | Fees | 0.20 | 0.00 | 325.00 | 65.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/29/2016 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Emails in relation to bar date revisions from Ms. Kiss (.1); then emails with Mr. Nikelsberg in relation to electronic filing matter (.1); reviewing accumulated email and preparing action items list for 2017 on Dowling (.5). | Fees | 0.70 | 0.00 | 550.00 | 385.00 |
| 12/30/2016 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Nikelsberg in relation to electronic filing of bar date and claims (.1); call with creditors in response to notice of commencement of case and claims filings (.2). | Fees | 0.30 | 0.00 | 550.00 | 165.00 |
| 12/31/2016 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>Photocopies for December 2016. | PHOTOCOPY | 0.00 | 4,958.00 | 0.10 | 495.80 |
| 01/03/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Status meeting with Ms. Kiss discussing various action items and status (.5); reviewing and responding to several emails on bar date motion and language for electronic claims filing (.2); reviewing emails on address updates and protocol among Ms. Kiss and Mr. Nikelsberg (.2). | Fees | 0.90 | 0.00 | 575.00 | 517.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/03/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing status and open matters with Mr. Southard. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 01/04/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Rosenfeld discussing action items list (1.5); meeting with Ms. Kiss discussing various matters on action items list (.3); discussion with Ms. Kiss on various other matters (.2); reviewing notice of publication on sale (.1); emails in relation to confidentiality agreement with committee (.1); | Fees | 2.20 | 0.00 | 575.00 | 1,265.00 |
| 01/04/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Gathering signature pages and preparing binder for meeting of creditors [1.3]; drafting bar date application and formatting bar date order and notice found in administrative order to compare to proposed bar date order and notice [2.4]; emailing with chambers regarding bar date application and stipulation extending time to file restricted assets report [.1]; telephone call with Mr. Nickelsberg regarding electronic filing of claims [.1]; discussing bar date application and open matters with Mr. Southard [.3]. | Fees | 4.20 | 0.00 | 375.00 | 1,575.00 |

4/19/2017 9:54:08 AM

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------|-----------|-------|-------|-------|-------|
| 01/05/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Revising bar date application with comments from interested parties. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 01/05/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing emails and updated bar date application from Ms. Kiss (.2); preparing remarks for meeting of creditors and reviewing schedules and statements (.5). | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 01/06/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Telephone call with Ms. Uhrig regarding claims portal and proof of claim form [.2]; finalizing and filing bar date application [.4]; drafting email to chambers explaining proposed changes to bar date order and notice [.3]. | Fees | 0.90 | 0.00 | 375.00 | 337.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/09/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Meeting with Ms. Kiss discussing hearing preparation and deadline matters (.3); emails with Messrs. Hammel and Bleck on hearing agenda (.1); call to Ms. Ryan on status of hearing; call with Mr. Luckman on hearing argument and status (.3); discussing agenda with Ms. Kiss; emails with Mr. Pfeiffer on attendance (.1); call with Mr. Hammel on hearing preparation and status of various matters (.3); reviewing and discussing agenda with Ms. Kiss and discussion with Ms. Ryan on hearing agenda (.2); reviewing hearing prep with Ms. Kiss (.3). | Fees | 1.60 | 0.00 | 575.00 | 920.00 |
| 01/09/2017 | Kristen M. Garofalo | 10691.010/ Dowling College<br>Case Administration<br>Organizing files per Ms. Kiss' request [1.0]; assembling hearing binders per Ms. Kiss' request [2.5]. | Fees | 3.50 | 0.00 | 175.00 | 612.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/09/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing January 10 hearing and restricted assets with Mr. Southard [.3]; drafting index for January 10 hearing binder and reviewing prior affidavits of service [1.4]; drafting notice of agenda for hearing [.6]; telephone call with Mr. Nickelsberg discussing service [.1]; gathering documents for hearing and preparing copies of same [1.0]; preparing final proposed orders [.5]; discussing hearing preparation with Mr. Southard [.2]; revising agenda based upon recent filings [.2]; finalizing and filing agenda [.2]; discussing hearing binders with Ms. Garofalo [.1]; preparing status update for hearing [.3]; telephone call with Mr. Powers discussing agenda [.2]. | Fees | 5.10 | 0.00 | 375.00 | 1,912.50 |
| 01/10/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Ms. Ryan and emails with same and Ms. Kiss on filing requirements and hearing scheduling for ECF (.2); appearing for Debtor at hearings before Judge Grossman in relation to retentions, sale procedures and financing (2.2); call with Ms. Kiss concerning results of hearing and requirements (.2); reviewing email from Mr. Rosenfeld to Ms. Maiorino in relation to TD Bank signature authority (.1). | Fees | 2.70 | 0.00 | 575.00 | 1,552.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/10/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Conference call with Mr. Southard discussing hearing [.2]; uploading proposed orders and emailing retention orders to Ms. Black and Mr. Yang [.1]; discussing bar date application and publication of bar date notice with Mr. Southard [.2]. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 01/11/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Discussing action items and open matters with Ms. Kiss (.4); emails on action items list with Ms. Kiss (.1); reviewing email on combined list with RSR from Ms. Kiss (.1); further discussion with Ms. Kiss on various open matters (.1); call with Messrs. Rosenfeld and Bivona and Ms. Kiss on same (.9). | Fees | 1.60 | 0.00 | 575.00 | 920.00 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/11/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Discussing hearing and to do items with Mr. Southard [.4]; telephone call with Mr. Nickelsberg discussing list of undeliverable services [.2]; combining Mr. Bivona's and Mr. Southard's to do lists and revising same [.8]; reviewing omnibus hearing dates and emailing with chambers [.1]; reviewing and revising status update to Board of Trustees [.5]; conference call with Messrs. Southard, Bivona and Rosenfeld discussing status update and open items [.9]. | Fees | 2.90 | 0.00 | 375.00 | 1,087.50 |
| 01/12/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Call with Mr. Cerullo on financial information and operations matters (.3); call with Mr. Curtin on questions for various matters related to bankruptcy claims and sale process (.2). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/13/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Reviewing and revising MOR draft and notes (.4); emails with Mr. Rosenfeld related to same (.1); call with Mr. Rosenfeld (.5); reviewing email from Ms. Ryan on bar date order; discussing same with Ms. Kiss and other administrative matters (.3); reviewing entry of bar date order (.1); emails with Ms. Kiss on revised notice and publication quote (.2); emails with Mr. Rosenfeld and then Mr. Corneau on TD Bank turnover (.1); meeting with Ms. Kiss on various matters (.2); reviewing emails among Ms. Kiss and Ms. Ryan on relation to bar date notice (.1). | Fees | 2.00 | 0.00 | 575.00 | 1,150.00 |
| 01/13/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Reviewing changes made to bar date order and revising bar date publication notice [.4]; emailing questions on bar date publication notice to chambers [.1]. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 01/15/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Emails with Mr. Rosenfeld in relation to revised MOR. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/16/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Reviewing and responding to emails from Mr. Rosenfeld in relation to MOR comments and reviewing revised version of same (.2); reviewing emails from Ms. Kiss to vendors on form of bar date notice and publication quotes; responding to same (.2). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 01/16/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Reviewing bar date order and publication notice and emailing with GCG and Miller Advertising requesting quotes. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 01/17/2017 | Renea A. Gargiulo | 10691.010/ Dowling College Case Administration Updating supplemental affidavit of rate increases, notarizing and filing per Mr. Southard's request. | Fees | 0.20 | 0.00 | 175.00 | 35.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 01/17/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing MOR and responding to emails from Mr. Rosenfeld related to same (.2); reviewing bar date notice publication proofs, pricing guide and related emails with Mr. Levin and Ms. Kiss (.2); reviewing email from Ms. Ryan on hearing dates (.1); discussing status of various matters with Ms. Kiss (.2); call with Mr. Rosenfeld (.5); further discussing status of various matters and board update with Ms. Kiss (.1); emails with Ms. Kiss on returns for service and bar date with GCG and Debtor representatives (.1). | Fees | 1.40 | 0.00 | 575.00 | 805.00 |
| 01/17/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Telephone call with Mr. Levi from TR Capital regarding distribution to creditors [.1]; reviewing list of undeliverable mail and emailing with Messrs. Rosenfeld, Bivona and Cerullo [.4]; reviewing correspondence received from former employees and confirming proper addresses for service of bar date notice [.3]; reviewing quotes from Miller Advertising and GCG and proofreading ads [.4]. | Fees | 1.20 | 0.00 | 375.00 | 450.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|------|------|------|------|------|
| 01/17/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing 2004 motion with Mr. Southard and revising motion based upon Mr. Southard's comments. | Fees | 1.50 | 0.00 | 375.00 | 562.50 |
| 01/18/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Emails with Ms. Kiss in relation to bar date notice and pricing (.2); call with Ms. Kiss on various matters (.2); further emails with Ms. Kiss on bar date notice (.1); meeting with Messrs. Rosenfeld and Bivona in relation to various matters of importance and board meeting preparations (.4); meeting with Messrs. Clayton and Rosenfeld on various action items and status (.4); call with Ms. Kiss on update from meeting with Dowling administration (.1); further emails with Ms. Kiss and Mr. Nikelsberg on bar date notice and scope (.1); reviewing email on retention schedule from Mr. Bivona (.1). | Fees | 1.60 | 0.00 | 575.00 | 920.00 |
| 01/18/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Veritext invoice no. NY2840553 for transcript of hearing on 12/15/16. | TRANS | 0.00 | 1.00 | 554.80 | 554.80 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/18/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Comparing GCG and Miller Advertising quotes and emailing with Mr. Southard [.1]; emailing revisions to ads to Mr. Levin multiple times [.4]; telephone call with Mr. Southard discussing 2004 motion [.1]; telephone call with Mr. Nickelsberg discussing bar date service, publication of notice and affidavits of service [.2]; telephone call with Mr. Southard discussing bar date notice and preparing redline version for review [.2]. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |
| 01/19/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing several emails among Ms. Kiss and Mr. Levin on bar date notice and publication of same (.2); discussing various matters with Ms. Kiss (.1); emails with Ms. Kiss and Mr. Bivona on notice and cost of publication (.1); call with Mr. Hammel in relation to various matters, including matters on for hearing on February 6 (.5); reviewing emails from Ms. Kiss and Mr. Nikelsberg in relation to bar date cover letter (.1); discussing MOR filing with Ms. Kiss and reviewing related emails (.2). | Fees | 1.20 | 0.00 | 575.00 | 690.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/19/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Emailing with Mr. Levin requesting invoice and then email to Messrs. Rosenfeld and Bivona requesting payment of invoice [.1]; discussing stay relief stipulation, retention applications and bar date notice with Mr. Southard [.2]; reviewing and revising sample cover letters to accompany bar date notice [.4]; reviewing December monthly operating report, discussing same with Mr. Southard and filing same [.3]. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |
| 01/20/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Discussing status of various matters with Ms. Kiss and scheduling (.2); call with Ms. Kiss and Mr. Rosenfeld (.2); reviewing several emails and cover letters in relation to bar date notices and emails with Ms. Kiss on same (.2); several emails with Ms. Kiss and Ms. Garofalo on returned mail (.2); reviewing further comments and emails from Ms. Kiss on bar date notice (.1). | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 01/20/2017 | Kristen M. Garofalo | 10691.010/ Dowling College<br>Case Administration<br>Researching updated addresses for creditors with undeliverable addresses per Mr. Southard and Ms. Kiss' request. | Fees | 1.00 | 0.00 | 175.00 | 175.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/20/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Telephone call with Mr. Nickelsberg discussing test website, bar date notice and upcoming services [.2]; conference call with Messrs. Southard and Rosenfeld discussing open items [.3]; reviewing Mr. Nickelsberg's comments to beneficial holder cover letter and emailing comments to cover letters to Mr. Nickelsberg [.3]; reviewing list of returned mail and updated addresses and emailing with GCG [.2]; preparing updated to-do list [.4]; reviewing email of updates to case website from GCG [.2]; reviewing stipulation of stay waiver for personal property [.2]. | Fees | 1.80 | 0.00 | 375.00 | 675.00 |
| 01/24/2017 | Joseph C. Corneau | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132122016 for conference call on 12/14/16. | CONFCALLS | 0.00 | 1.00 | 14.51 | 14.51 |
| 01/24/2017 | Joseph C. Corneau | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132122016 for conference call on 12/16/16. | CONFCALLS | 0.00 | 1.00 | 17.03 | 17.03 |
| 01/24/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132122016 for conference call on 12/12/16. | CONFCALLS | 0.00 | 1.00 | 2.44 | 2.44 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/24/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132122016<br>for conference calls on 12/1/16. | CONFCALLS | 0.00 | 1.00 | 33.25 | 33.25 |
| 01/24/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132122016<br>for conference call on 12/5/16. | CONFCALLS | 0.00 | 1.00 | 6.05 | 6.05 |
| 01/24/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132122016<br>for conference call on 12/6/16. | CONFCALLS | 0.00 | 1.00 | 14.54 | 14.54 |
| 01/24/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132122016<br>for conference call on 12/7/16. | CONFCALLS | 0.00 | 1.00 | 1.77 | 1.77 |
| 01/24/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132122016<br>for conference calls on 12/12/16. | CONFCALLS | 0.00 | 1.00 | 45.65 | 45.65 |
| 01/24/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132122016<br>for conference call on 12/13/16. | CONFCALLS | 0.00 | 1.00 | 16.23 | 16.23 |
| 01/24/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132122016<br>for conference call on 12/28/16. | CONFCALLS | 0.00 | 1.00 | 5.86 | 5.86 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/24/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-675-75701 for shipment to Sean P. Leyden of Garfunkel Wild, PC on 12/16/16. | FEDEX | 0.00 | 1.00 | 12.27 | 12.27 |
| 01/24/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing email from Mr. Kleinberg and response of Mr. Rosenfeld on meeting update with board member (.1); reviewing email from Ms. Kiss on action items list and related to receivables collection; responding to same (.3); reviewing emails from Mr. Nikelberg on service of bar date (.1). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 01/25/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing 2004 motion, bar date application, retention applications and Chris Karpowicz scholarship with Mr. Southard [.3]; drafting confidentiality agreement with Receivable Collection [.6]; reviewing and revising GCG's communications plan for bar date questions [.2]; conference call with Messrs. Southard, Rosenfeld and Bivona discussing status [.9]. | Fees | 2.00 | 0.00 | 375.00 | 750.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/25/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing emails on publication of bar date notice from Mr. Levin and emails with Ms. Kiss (.1); call with Ms. Kiss on status of various matters (.3); emails with Mr. Guida on status of case (.1); reviewing email on communications plan from GCG (.2); calls with Messrs. Bivona and Rosenfeld (.9). | Fees | 1.60 | 0.00 | 575.00 | 920.00 |
| 01/26/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Emails with Messrs. Rosenfeld, Bivona and Cook on transition of Mr. Cerullo (.1); call with Mr. Rosenfeld on various status matters, including CFO resignation (.3); discussion with Ms. Kiss on various matters (.2); reviewing hearing transcript from January 10, 2017 (.5). | Fees | 1.10 | 0.00 | 575.00 | 632.50 |
| 01/26/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing status with Mr. Southard [.1]; reviewing January 10 hearing transcript [.8]. | Fees | 0.90 | 0.00 | 375.00 | 337.50 |
| 01/27/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing and revising DCO bar date FAQ; discussing with Ms. Kiss and emails thereon. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 01/27/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration West information charges for legal research for December 2016, invoice no. 835361097. | WESTLAW | 0.00 | 1.00 | 33.61 | 33.61 |
| 01/27/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Public Access to Court Electronic Records for quarter ending 12/31/16. | PACER | 0.00 | 1.00 | 1.50 | 1.50 |
| 01/27/2017 | Joseph C. Corneau | 10691.010/ Dowling College Case Administration Public Access to Court Electronic Records for quarter ending 12/31/16. | PACER | 0.00 | 1.00 | 13.50 | 13.50 |
| 01/27/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Public Access to Court Electronic Records for quarter ending 12/31/16. | PACER | 0.00 | 1.00 | 288.70 | 288.70 |
| 01/27/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Reviewing Mr. Southard's comments to communications plan and revising same and emailing with GCG [.2]; reviewing affidavits of publications for bar date notice and filing same [.2]; telephone call with Mr. Nickelsberg discussing affidavit for bar date notice [.1]; calls with former students regarding bar date notice [.2]. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/30/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with former student on 1098 T form (.1); meeting with Mr. Rosenfeld concerning various open action items (.6); meeting with Ms. Kiss (.2). | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 01/30/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Reviewing Mr. Southard's email on deadlines, researching same, discussing with Mr. Southard and calendaring deadlines [.4]; discussing outstanding retention applications with Mr. Southard [.1]; discussing eviction process in bankruptcy with Mr. Southard [.1]; discussing status of other matters with Mr. Southard [.1]; calls with former students and creditors regarding bar date notice [.3]; reviewing SOFA to determine whether there is litigation to remove and emailing with Mr. Southard [.3]. | Fees | 1.30 | 0.00 | 375.00 | 487.50 |
| 01/31/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Telephone call with creditors and former students discussing bar date notice. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 01/31/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>Photocopies for January 2017. | PHOTOCOPY | 0.00 | 4,184.00 | 0.10 | 418.40 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/01/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Call with Mr. Rosenfeld in relation to residential sale procedures, SBU billing and property turnover (.2). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/01/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Telephone calls with bondholders regarding bar date notice. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 02/02/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Preparing email to DIP lenders on request for status call (.1); reviewing hearing agenda draft and emails with Ms. Kiss on same (.1); emails with Ms. Kiss on bar date affidavits (.1); reviewing responses to same and further emails with Mr. Rosenfeld and discussion with Ms. Kiss (.2); reviewing various items email from Mr. Bivona and responding to same (.2); emails with Messrs. Rosenfeld and Bivona on board update (.1); preparing email with proposed agenda for discussion among creditors (.2); call with former faculty member on claims information and filing (.2); call with Messrs. Rosenfeld and Bivona on status of various matters, including preparation and agenda for call with committee and DIP lenders (1.0). | Fees | 2.20 | 0.00 | 575.00 | 1,265.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------|-----------|-------|-------|-------|-------|
| 02/02/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing February 6 hearing with Mr. Southard [.1]; drafting notice of agenda for February 6 hearing [.3]; drafting index for hearing binder [.3]; revising agenda and index with Mr. Southard's comments [.2]; telephone call with Mr. McCord discussing agenda [.1]; telephone calls with Messrs. Hammel and Berkowitz separately discussing agenda [.1]; multiple telephone calls with bondholders and former students regarding bar date notice [.4]. | Fees | 1.50 | 0.00 | 375.00 | 562.50 |
| 02/03/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Discussing case status with Ms. Kiss (.1); call with Ms. Ryan in relation to hearing on 2/6/17 (.1); call with committee counsel and CRO on status of various matters (1.0); call with DIP Lenders' counsel and CRO on status of various matters (1.0); discussing results with Ms. Kiss (.1); emails with Mr. Begley on contact for bondholder counsel (.1). | Fees | 2.40 | 0.00 | 575.00 | 1,380.00 |
| 02/03/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Conference call with Messrs. Southard, Rosenfeld, Bivona, Friedman and Luckman discussing open items and February 6 hearing. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/03/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Conference call with Messrs. Southard, Rosenfeld and Bivona and lenders' counsel discussing open items and February 6 hearing [1.0]; telephone call with Mr. Nickelsberg discussing affidavit of service for bar date notice [.1]; finalizing and filing agenda [.2]; updating hearing binder [.2]; telephone calls with former students regarding bar date notice [.2]. | Fees | 1.70 | 0.00 | 375.00 | 637.50 |
| 02/03/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-711-98518 for shipment to Sean Southard. | FEDEX | 0.00 | 1.00 | 40.34 | 40.34 |
| 02/03/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132022017 for conference call. | CONFCALLS | 0.00 | 1.00 | 35.35 | 35.35 |
| 02/06/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Telephone calls with former students regarding bar date notice. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 02/06/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Call with Mr. Rosenfeld following hearings on results and status of various matters (.3). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/06/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Veritext invoice no. NY2890257 for transcript of hearing. | TRANS | 0.00 | 1.00 | 206.70 | 206.70 |
| 02/07/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Discussing results of hearing with Ms. Kiss and action items (.2); call with Ms. Ryan on terms of relief granted and proposed forms of order from February 6 hearing (.2); call with Mr. Rosenfeld on status of various matters (.2). Reviewing email on form 1098 by Mr. Bivona to Mr. D'Agati (.1); emails with Mr. Berkoff for creditors and former student (.1). | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 02/07/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing hearing with Mr. Southard [.2]; ordering transcript [.1]; telephone call with Mr. Nickelsberg regarding affidavits of service [.1]; telephone calls with former students regarding bar date notice [.1]. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 02/07/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Reviewing and revising January fee statement. | Fees | 1.60 | 0.00 | 0.00 | 0.00 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/08/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Reviewing Mr. Rosenfeld's email on UST issues [.1]; call with Mr. Sax from water department and emailing with Mr. Bivona [.2]. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 02/08/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Emails and call with Ms. Kiss on status of various matters, including communications with chambers. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/09/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing email from Mr. Rosenfeld in relation to discussion with Mr. Yang of UST. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 02/10/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Messrs. Bivona and Rosenfeld on status of various matters. | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 02/10/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Telephone calls with former students and bondholders regarding bar date notice [.1]; discussing open items with Mr. Southard [.1]; reviewing draft MOR for January and global notes [.2]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/13/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Discussing various matters with Ms. Kiss, including stay relief research and sale of IPv4 addresses (.2); reviewing emails from Ms. Kiss in relation to creditor claim deadline mailing and calls and response of GCG (.1); emails with Ms. Kiss on hearing dates and upcoming motions (.1); call with Mr. Rosenfeld thereon and related to zoning and development matters (.4). | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 02/13/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Reviewing to do list and emailing with Messrs. Southard, Rosenfeld and Bivona separately regarding future motions [.1]; call with Mr. Scotto regarding mailing of bar date notice and wrong addresses [.1]; reviewing schedules and bar date affidavit of service for proper addresses and emailing with GCG and Messrs. Rosenfeld and Bivona [.5]; reviewing Mr. Nickelsberg's response and list of addresses [.1]; discussing open items with Mr. Southard [.2]; telephone call with bondholder regarding bar date notice [.1]. | Fees | 1.10 | 0.00 | 375.00 | 412.50 |
| 02/14/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132012017 for conference call on 1/10/17. | CONFCALLS | 0.00 | 1.00 | 0.78 | 0.78 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/14/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132012017<br>for conference call on 1/5/17. | CONFCALLS | 0.00 | 1.00 | 25.53 | 25.53 |
| 02/14/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132012017<br>for conference call on 1/9/17. | CONFCALLS | 0.00 | 1.00 | 14.88 | 14.88 |
| 02/14/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132012017<br>for conference call on 1/20/17. | CONFCALLS | 0.00 | 1.00 | 14.83 | 14.83 |
| 02/14/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132012017<br>for conference call on 1/25/17. | CONFCALLS | 0.00 | 1.00 | 8.16 | 8.16 |
| 02/14/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132012017<br>for conference call on 1/31/17. | CONFCALLS | 0.00 | 1.00 | 12.33 | 12.33 |
| 02/14/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Veritext invoice no. NY2864640 for<br>transcript of hearing on 1/10/17. | TRANS | 0.00 | 1.00 | 420.03 | 420.03 |
| 02/14/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>Assisting Ms. Nocella with the transmittal of<br>monthly fee statements. | Fees | 0.30 | 0.00 | 175.00 | 52.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/14/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call on status of various matters with<br>Messrs. Rosenfeld and Bivona (.4); | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 02/14/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Telephone call with former student<br>regarding bar date notice [.1]; reviewing list<br>of updated addresses from Mr. Benka and<br>attempting to verify same [.5]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 02/14/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-711-98518 for<br>shipment to Robert S. Rosenfeld of Dowling<br>College. | FEDEX | 0.00 | 1.00 | 12.72 | 12.72 |
| 02/14/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-711-98518 for<br>shipment to Robert S. Rosenfeld of RSR<br>Consulting, LLC. | FEDEX | 0.00 | 1.00 | 12.72 | 12.72 |
| 02/14/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-711-98518 for<br>shipment to Ronald Friedman & Gerard Luc<br>of Silverman Acampora. | FEDEX | 0.00 | 1.00 | 12.72 | 12.72 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/14/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-711-98518 for shipment to Miyoko Sato and Ian Hammel of Mintz Levin. | FEDEX | 0.00 | 1.00 | 15.18 | 15.18 |
| 02/14/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-711-98518 for shipment to Brian Pfeiffer and Neil Begley of Schulte Roth & Zabel. | FEDEX | 0.00 | 1.00 | 12.72 | 12.72 |
| 02/14/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-711-98518 for shipment to Carl McCarthy and Maria Cheng of ACA Financial Guaranty Corp. | FEDEX | 0.00 | 1.00 | 12.72 | 12.72 |
| 02/14/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-711-98518 for shipment to Stan Yang of the Office of the US Trustee. | FEDEX | 0.00 | 1.00 | 12.72 | 12.72 |
| 02/15/2017 | Kristen M. Garofalo | 10691.010/ Dowling College Case Administration Updating bank accounts and creditors addresses on schedules and generating new forms for filing. | Fees | 1.00 | 0.00 | 175.00 | 175.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------|-----------|-------|-------|-------|-------|
| 02/15/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Discussing status of matters with Ms. Kiss, including Hilco motion and update to schedules and noticing issues (.2); reviewing related emails among Ms. Kiss and others in relation to noticing for bar date, updated schedules, etc. (.2); further emails on schedules update with Mr. Rosenfeld (.1). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 02/15/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing updated creditor addresses with Mr. Southard and emailing with GCG [.1]; reviewing bar date order and emailing with Messrs. Rosenfeld and Bivona regarding amended schedules [.2]; reviewing schedules and discussing revisions to schedules with Ms. Garofalo [.2]; reviewing schedules and documents in file and responding to Mr. Rosenfeld's email [.2]. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |
| 02/15/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-711-98518 for shipment to United Process Servers Inc. | FEDEX | 0.00 | 1.00 | 12.72 | 12.72 |
| 02/16/2017 | Kristen M. Garofalo | 10691.010/ Dowling College<br>Case Administration<br>Updating schedules per Ms. Kiss' request. | Fees | 0.40 | 0.00 | 175.00 | 70.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/16/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing draft January MOR and emails with Messrs. Rosenfeld and Bivona thereon (.4); call with Mr. Berkowitz on status and upcoming motions (.1). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 02/16/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing changes to schedules with Ms. Garofalo and reviewing revised schedules [.4]; reviewing schedules in response to Mr. Rosenfeld's email regarding security deposits and emailing with Mr. Southard [.2]; discussing amended schedules with Mr. Southard, reviewing local rules and drafting Rule 1009-1(a) affidavit [.8]. | Fees | 1.40 | 0.00 | 375.00 | 525.00 |
| 02/17/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing updated schedules and amendment affidavit and notice and emails with Ms. Kiss thereon (.3); reviewing filed MOR for January and related emails (.2). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 02/17/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing status with Mr. Southard [.1]; drafting notice of filing of amended schedules to affected creditors [1.4]; reviewing and filing January MOR [.2]. | Fees | 1.70 | 0.00 | 375.00 | 637.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/21/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Revising Rule 1009-(a)(1) affidavit with Mr. Rosenfeld's comments [.3]; drafting additional notice to accompany affidavit and notice to creditors [.3]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 02/21/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Mileage to/from Dowling. | MILEAGE | 0.00 | 35.60 | 0.54 | 19.05 |
| 02/22/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Telephone calls with former students regarding bar date notice [.2]; revising Rule 1009-a(1) affidavit with Mr. Southard's comments and emailing with Mr. Rosenfeld [.3]; preparing list of items for discussion with CRO [.2]; reviewing February 6 hearing transcript [.3]. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |
| 02/22/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Reviewing amendment to schedules declaration draft and related emails with Ms. Kiss and Mr. Rosenfeld. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------|-----------|-------|-------|-------|-------|
| 02/23/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing email and agenda for call from Ms. Kiss (.1); emails in relation to filing of amended schedules with Ms. Kiss and service by GCG (.1); call with Messrs. Rosenfeld, Bivona and Ms. Kiss on status of various matters (1.3); meeting with Ms. Kiss discussing various action items (.2). | Fees | 1.70 | 0.00 | 575.00 | 977.50 |
| 02/23/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-711-98518 for shipment to Jack Raisner & Rene Roupinia of Outten & Golden on 1/13/17. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |
| 02/23/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-711-98518 for shipment to Robert S. Rosenfeld of Dowling College on 1/13/17. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |
| 02/23/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-711-98518 for shipment to Hon. Sean H. Lane, USBC, SDNY. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |
| 02/23/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-711-98518 for shipment to Robert S. Rosenfeld of RSR Consulting LLC on 1/13/17. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/23/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-711-98518 for shipment to Ronald Friedman and Gerard Luc of Silverman Acampora on 1/13/17. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |
| 02/23/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-711-98518 for shipment to Miyoko Sato and Ian Hammel of Mintz Levin on 1/13/17. | FEDEX | 0.00 | 1.00 | 15.57 | 15.57 |
| 02/23/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-711-98518 for shipment to Brian Pfeiffer and Neil Begley of Schulte Roth & Zabel on 1/13/17. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |
| 02/23/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-711-98518 for shipment to Carl McCarthy and Maria Cheng of ACA Financial on 1/13/17. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |
| 02/23/2017 | | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-711-98518 for shipment to Stan Yang of the Office of the US Trustee on 1/13/17. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/23/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Reviewing revised status report [.1]; revising, finalizing and filing amended schedules and exhibits [.8]; discussing service of amended schedules with Mr. Nickelsberg [.1]; formatting and emailing documents to serve on affected creditors to Mr. Nickelsberg [.1]; conference call with Messrs. Southard, Rosenfeld and Bivona discussing status and open items [1.3]; discussing status and open items with Mr. Southard and call with Messrs. Southard and Powers discussing removal of litigation [.3]; call with former students regarding bar date notice [.2]; drafting motion seeking to establish procedures for the disposition of documents [1.0]. | Fees | 3.90 | 0.00 | 375.00 | 1,462.50 |
| 02/23/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Filing Fee for Amended Schedules. | FILEFEE | 0.00 | 1.00 | 31.00 | 31.00 |
| 02/24/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing and responding to email from Mr. Clayton on records retention (.1); reviewing email from Mr. Clayton in relation to Local 153 claim and arbitration (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/27/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Reviewing email from Expense Reduction Analysts and schedules and emailing with Mr. Southard [.1]; telephone calls with former students regarding bar date notice [.3]; reviewing case management procedures for service of 9019 motion and GCG's service lists and emailing with Mr. Southard [.3]. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |
| 02/28/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration West information charges for legal research for January 2017, invoice no. 835537018. | WESTLAW | 0.00 | 1.00 | 708.72 | 708.72 |
| 02/28/2017 | Kristen M. Garofalo | 10691.010/ Dowling College Case Administration CLEAR search charges for January 2017, invoice #835547672. | CLEAR | 0.00 | 1.00 | 275.54 | 275.54 |
| 02/28/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Telephone call with former student regarding bar date notice [.1]; reviewing and responding to email from Expense Reduction Analysts and emailing change of address to GCG [.1]. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 02/28/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration Photocopies for February 2017. | PHOTOCOPY | 0.00 | 898.00 | 0.10 | 89.80 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/28/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132022017 for conference call. | CONFCALLS | 0.00 | 1.00 | 10.45 | 10.45 |
| 03/01/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Call with Mr. Rosenfeld on status of various matters (.2). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/01/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Discussing status with Mr. Southard. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 03/03/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Reviewing motions and time period for notices and emailing with Mr. Southard [.3]; discussing status and motions with Mr. Southard [.1]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 03/07/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Reviewing open matters and preparing action items list (.2); emails with Messrs. Rosenfeld and Bivona on status of same and update to creditors (.2). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/07/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Telephone call with former students regarding bar date notice. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/08/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Rosenfeld on status of various matters (.2); emails with Ms. Farber on status (.1); call with Ms. Farber (.3); call on status of various matters with Messrs. Rosenfeld and Bivona (time split with other matters) (.3). | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 03/08/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Telephone call with former students regarding bar date notice. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 03/08/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-741-88880 for shipment to Robert S. Rosenfeld of Dowling College. | FEDEX | 0.00 | 1.00 | 12.75 | 12.75 |
| 03/08/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-741-88880 for shipment to Robert S. Rosenfeld, RSR Consulting LLC. | FEDEX | 0.00 | 1.00 | 12.75 | 12.75 |
| 03/08/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-741-88880 for shipment to Ronald Friedman and Gerard Luc, Silverman Acampora. | FEDEX | 0.00 | 1.00 | 12.75 | 12.75 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/08/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-741-88880 for shipment to Miyoko Sato and Ian Hammel of Mintz Levin Cohn Ferris Glovsk. | FEDEX | 0.00 | 1.00 | 15.22 | 15.22 |
| 03/08/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-741-88880 for shipment to Brian Pfeiffer and Neil Begley, Schulte Roth & Zabel. | FEDEX | 0.00 | 1.00 | 12.75 | 12.75 |
| 03/08/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-741-88880 for shipment to Carl McCarthy & Maria Cheng of ACA Financial Guaranty Corp. | FEDEX | 0.00 | 1.00 | 12.75 | 12.75 |
| 03/08/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-741-88880 for shipment to Stan Yang, Office of the US Trustee. | FEDEX | 0.00 | 1.00 | 12.75 | 12.75 |
| 03/09/2017 | Kristen M. Garofalo | 10691.010/ Dowling College Case Administration Researching Document Retention Policies for various agencies per Mr. Bivona's request. | Fees | 1.60 | 0.00 | 175.00 | 280.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/09/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Discussing status of various matters with Ms. Kiss, including scheduling of hearings (.1); further discussion with Ms. Kiss on motions to dispose of assets and records, then status of sale and retention matters (.2). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 03/09/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing status with Mr. Southard and call with chambers requesting hearing date [.3]; telephone call with former student regarding bar date notice [.1]; reviewing email and attachments from Mr. Bivona regarding record retention and discussing same with Ms. Garofalo [.3]; conference call with Mr. Bivona and Ms. Garofalo discussing record retention assignment [.2]; discussing status and motions for April 10 hearing with Mr. Southard [.3]. | Fees | 1.20 | 0.00 | 375.00 | 450.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/10/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Discussing hearing status with Ms. Kiss and proposed agenda and presentation (.1); call with lender representatives on status of case, financing and stalking horse agreement and position of NYSAG with regard to sales (.7); call with Ms. Ryan in relation to hearing on DIP financing and potential stalking horse (.2); further call with Ms. Ryan thereon and emails to Debtor's representatives thereon (.2);  call with Mr. Rosenfeld on status of various matters (.1). | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 03/10/2017 | Kristen M. Garofalo | 10691.010/ Dowling College<br>Case Administration<br>Researching Document Retention Policies for various agencies per Mr. Bivona's request. | Fees | 5.00 | 0.00 | 175.00 | 875.00 |
| 03/13/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing status and motions with Mr. Southard. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 03/13/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call  with Mr. Rosenfeld on status of various matters, including Oakdale sale, residential sales and financing status (.5). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/14/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing and responding to MOR draft for February and emails with Mr. Rosenfeld thereon. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 03/14/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Reviewing draft February MOR and updated global notes. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 03/15/2017 | Kristen M. Garofalo | 10691.010/ Dowling College<br>Case Administration<br>Researching Document Retention Policies for various agencies per Mr. Bivona's request. | Fees | 4.00 | 0.00 | 175.00 | 700.00 |
| 03/15/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing further email from Mr. Rosenfeld on updated MOR. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 03/15/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing status with Mr. Southard. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 03/16/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Reviewing record retention excel sheet prepared by Ms. Garofalo and discussing same with Ms. Garofalo [.2]; research for document retention destruction motions in other college cases and reviewing motions [.8]; reviewing and filing February MOR [.2]. | Fees | 1.20 | 0.00 | 375.00 | 450.00 |
| 03/17/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Filing fee for Hilco Sale Motion. | FILEFEE | 0.00 | 1.00 | 181.00 | 181.00 |
| 03/20/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Messrs. Bivona and Rosenfeld on various matters, including Oakdale sale, residential sales, Farrel Fritz retention, 403(b) termination and board communications (.8). | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 03/20/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing record retention with Mr. Southard and reviewing draft data plan on document preservation. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |
| 03/21/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Hammel concerning various matters, including residential sales and NEP motion (.5). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

4/19/2017 9:54:08 AM

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/22/2017 | Stephanie L. Nocella | 10691.010/ Dowling College<br>Case Administration<br>United Process Service, Inc. invoice no.<br>666852 for service of subpoena on<br>Healthplex, Inc. | PROCESS | 0.00 | 1.00 | 95.00 | 95.00 |
| 03/27/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Preparing index binder for March 30 hearing<br>and emailing with Ms. Gargiulo [.3];<br>reviewing Ms. Gargiulo's email re: hearing<br>binder and responding to same [.1]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 03/27/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Rosenfeld in relation to<br>various matters (.3); reviewing and<br>responding to board emails on committee<br>review and then with Mr. Rosenfeld and Mr.<br>Kleinberg (.3). | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 03/27/2017 | Renea A. Gargiulo | 10691.010/ Dowling College<br>Case Administration<br>Preparing upcoming hearing binder per Ms.<br>Kiss' request. | Fees | 0.60 | 0.00 | 175.00 | 105.00 |
| 03/28/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Meeting with Ms. Kiss on various open<br>matters, including petition to NYS, retention<br>matters (.4); call with Mr. Rosenfeld on<br>status of various matters (.3). | Fees | 0.70 | 0.00 | 575.00 | 402.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------|-----------|-------|-------|-------|-------|
| 03/28/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Drafting motion seeking to approve of procedures for the retention and disposition of records. | Fees | 2.70 | 0.00 | 375.00 | 1,012.50 |
| 03/28/2017 | Renea A. Gargiulo | 10691.010/ Dowling College<br>Case Administration<br>Preparing deed, location, lot allocation and description summary spreadsheet for 4 deeds per Ms. Kiss' request. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 03/28/2017 | Kristen M. Garofalo | 10691.010/ Dowling College<br>Case Administration<br>Ordering court reporter through Veritext per Mr. Corneau's request for upcoming auction. | Fees | 0.10 | 0.00 | 175.00 | 17.50 |
| 03/30/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>West information charges for legal research for February 2017, invoice no. 835707078. | WESTLAW | 0.00 | 1.00 | 213.76 | 213.76 |
| 03/30/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Meeting with Mr. Rosenfeld on status of various matters. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 03/31/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>Photocopies for March 2017. | PHOTOCOPY | 0.00 | 2,258.00 | 0.10 | 225.80 |
| | | **Matter Description (First Line): Case Administration** | | 275.80 | 15,958.60 | | 118,459.62 |

**Matter Description (First Line): Claims Administration and Objections**

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/01/2016 | Joseph C. Corneau | 10691.019/ Dowling College Claims Administration and Objections Reviewing Powerhouse objection to first day relief (0.1). | Fees | 0.10 | 0.00 | 475.00 | 47.50 |
| 12/07/2016 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Call and email with Ms. Blair of Blackboard in relation to claims (.2); call with Mr. Ganis in relation to claims (.1). | Fees | 0.30 | 0.00 | 550.00 | 165.00 |
| 12/09/2016 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Reviewing claim and warrant on NYS Unemployment; emails with Ms. Kiss thereon (.2); emails in relation to claims register for GCG and with Ms. Kiss on Court clerk (.1). | Fees | 0.30 | 0.00 | 550.00 | 165.00 |
| 12/09/2016 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Reviewing NYS tax warrant and schedules and emailing with Ms. Garofalo [.3]. | Fees | 0.30 | 0.00 | 325.00 | 97.50 |
| 12/22/2016 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Call with Ms. Waxman as bondholder on case background (.2); call with Ms. Fiore on claims against Dowling for WB Mason (.2); reviewing email from Ms. Chachoff on bondholder inquiry at GCG and proposed response (.1). | Fees | 0.50 | 0.00 | 550.00 | 275.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------|-----------|-------|-------|-------|-------|
| 12/29/2016 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Call with Ms. Fitzgerald in relation to claim and process for same (.2); reviewing Title IV information relative to potential claims (.4). | Fees | 0.60 | 0.00 | 550.00 | 330.00 |
| 01/04/2017 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Reviewing and responding to email from Mr. Bivona in relation to prepetition ADP charges on taxes. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/06/2017 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Emails with Ms. Kiss on bar date application and approval from creditors (.2); further emails on filing of motion; discussing with Ms. Kiss; then reviewing and responding to emails on submission to chambers (.2). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 01/12/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Reviewing documents received from Thomas Kelly. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 01/12/2017 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Reviewing claims trade information and email to Mr. Luckman thereon. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement
## for
## Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/17/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing letter from creditor (Singer) and emails with Ms. Kiss and discussion with same for bar date. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/18/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing emails on claims trading and responding to same from Mr. Kleinberg. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 01/26/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing email from Mr. Bivona and tax lien notice from California; responding to same (.1); reviewing related email from Mr. Bivona to GCG (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/31/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Call with Mr. Clayton and Ms. Dimola in relation to Local 3 request for discovery and audit. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 02/14/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Emails with Mr. Martocci and then with Messrs. Bivona, Clayton and Rosenfeld on IAM request for audit in relation to claim liquidation; then in relation to ERISA counsel (.2); responding to email from Mr. Martocci and further emails with Mr. Rosenfeld thereon (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/17/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing filed claims. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 02/24/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Emails with Mr. Clayton on settlement stipulation with Local 30 employees; then to Mr. Rosenfeld. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/27/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Call with Mr. Rosenfeld related to claims settlement with union employees (.1); reviewing related emails on executed stipulation with Mr. Rosenfeld and then with Mr. Clayton (.2); emails and discussion on approval mechanism and 9019 with Ms. Kiss (.2); emails with Ms. Kiss and then to Mr. Clayton in relation to Local 153 claims (.1); reviewing and responding to emails from Mr. Ganis and Ms. Kiss on Expense Reduction analysis claims (.2). | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 02/28/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing settlement agreement with union members, schedules and proofs of claim filed by union members and drafting motion seeking approval of agreement. | Fees | 3.40 | 0.00 | 375.00 | 1,275.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/01/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing draft of motion to approve settlement and related information and then email to counsel for Local 30 claimants on concerns over settlement terms (.5); call with Mr. Clayton (.1); emails with counsel to WeDriveU on claims (.1). | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 03/02/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing and responding to emails on audit request for claims work by local 30 unions with Ms. Dimola and Mr. Rosenfeld (.2); emails with Mr. Hromadka and Ms. Kiss on claims and priority of same for Local 30 employees (.2); further emails with Mr. Hromadka and Ms. Kiss thereon (.1). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 03/03/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Emails with Mr. Hromadka in relation to Reyes and Bishop claims and with Ms. Kiss; reviewing documents concerning same (.3); call with Mr. Hromadka thereon (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 03/03/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing emails from Local 30's counsel on settlement, reviewing schedules and emails for Schedule E information and emailing with Mr. Southard. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |

4/19/2017 9:54:08 AM

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/07/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Emails with Mr. Hromadka on local 30<br>claims and settlement status. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 03/08/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Discussing claims status and review with<br>Ms. Kiss. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 03/13/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Emails with counsel to claimants and with<br>Ms. Kiss on stipulation and settlement of<br>claims of local 30. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/14/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing emails from GCG on claims<br>register and initial analysis; then emails with<br>Mr. Rosenfeld thereon (.3); further emails in<br>relation to call with GCG and counsel (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 03/14/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing scheduled and filed claims report<br>from GCG and related emails [.2]; reviewing<br>emails and related claims and revising<br>settlement agreement with union employees<br>[1.7]. | Fees | 1.90 | 0.00 | 375.00 | 712.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/14/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Emails with Ms. Kiss on settlement of labor claims and reviewing related emails (.1); reviewing emails on claims stipulation with Local 30 employees and related claims with Ms. Kiss and counsel to claimants (.3). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 03/15/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Call with GCG and Mr. Rosenfeld in relation to claims filing and reporting (.6); call with Mr. Binder in relation to bonds and claims (.1). | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 03/15/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing claims stipulation and prior correspondence with Ms. Kiss in relation to Local 30 claimants (.1); discussing with Ms. Kiss (.1); emails with Mr. Hromadka thereon (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 03/15/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Conference call with Messrs. Rosenfeld, Bivona, Southard, Scott and Nickelsberg discussing GCG's chart of scheduled and filed claims. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/15/2017 | Brendan M. Scott | 10691.019/ Dowling College Claims Administration and Objections Conference call with Garden City Group and Messrs. Rosenfeld, Bivona, Kiss and Southard. | Fees | 0.70 | 0.00 | 495.00 | 346.50 |
| 03/16/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Reviewing updated claims report from Mr. Nickelsberg. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 03/16/2017 | Brendan M. Scott | 10691.019/ Dowling College Claims Administration and Objections Reviewing email from Mr. Nikelsberg re: priority claims report. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 03/20/2017 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Call with Mr. Cerullo on claims inquiry (.3); email to same in relation to bar date (.1); | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 03/23/2017 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Emails with Mr. Hromadka on settlement stipulation; then emails with Mr. Rosenfeld thereon. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/29/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Reviewing claims chart and emailing charts to Mr. Powers. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| | **Matter Description (First Line): Claims Administration and Objections** | | | **17.20** | **0.00** | | **8,358.50** |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------|-----------|-------|-------|-------|-------|
| **Matter Description (First Line): Corporate Governance and Board Matters** | | | | | | | |
| 11/30/2016 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Emails communicating status and update on case matters to board and board counsel (.2); further communications on press release and related matters with board counsel Mr. Kleinberg (.1). | Fees | 0.30 | 0.00 | 550.00 | 165.00 |
| 12/02/2016 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Email to Mr. Kleinberg in relation to board update. | Fees | 0.10 | 0.00 | 550.00 | 55.00 |
| 12/03/2016 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Email to board of trustees in relation to results of first day hearings. | Fees | 0.20 | 0.00 | 550.00 | 110.00 |
| 12/09/2016 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Emails with counsel to board on results of organizational meeting. | Fees | 0.10 | 0.00 | 550.00 | 55.00 |
| 12/13/2016 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Preparing email update to board and counsel on status of various matters in advance of second day hearings. | Fees | 0.40 | 0.00 | 550.00 | 220.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------|-----------|-------|-------|-------|-------|
| 12/16/2016 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Emails with Dr. Blake; then call with Mr. Puorro related to same (.2); emails and call with Mr. Kleinberg (.2). | Fees | 0.40 | 0.00 | 550.00 | 220.00 |
| 12/17/2016 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Preparing email update to board on results of second day hearing. | Fees | 0.40 | 0.00 | 550.00 | 220.00 |
| 12/19/2016 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Call with Mr. Kleinberg in relation to board matters and status overall, including with regard to plan support agreement. | Fees | 0.40 | 0.00 | 550.00 | 220.00 |
| 12/21/2016 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Emails with Mr. Kleinberg related to request for budget line item for board counsel. | Fees | 0.10 | 0.00 | 550.00 | 55.00 |
| 01/05/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Reviewing and responding to email from Mr. Rosenfeld on board update request (.1); reviewing email from Mr. Rosenfeld to board for update (.1); preparing further email update on status to board (.3). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 01/06/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Discussing with Mr. Rosenfeld board update and resignation of employment by CFO. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/09/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Reviewing board update and related emails with Mr. Rosenfeld; reviewing and revising same status report to board | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 01/10/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Emails with Messrs. Puorro or Rosenfeld on board call and availability. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 01/11/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Reviewing board update from Mr. Rosenfeld; editing same and emails thereon (.3); reviewing email from Dr. Blake and then email of Mr. Rosenfeld in response to same (.2). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 01/12/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Emails with Mr. Kleinberg and Mr. Rosenfeld on board meeting. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/13/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Reviewing and responding to emails from Mr. Kleinberg on meeting with board. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 01/16/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Reviewing and responding to email from Mr. Rosenfeld on board meeting and call; reviewing related emails. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/17/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Reviewing email from Dr. Blake requesting board update for call (.1); emails with Mr. Rosenfeld thereon and with Mr. Bivona and Ms. Kiss; then updating board memo and further emails thereon (.5). | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 01/17/2017 | Lauren C. Kiss | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Reviewing and revising status memo in preparation for Board call. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 01/18/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Reviewing email and report to board circulated by Mr. Rosenfeld; related response. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/19/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Reviewing terms emails and presentation to board in preparation for call (.4); call with board (1.4); further call with Messrs. Rosenfeld and Bivona following same (.6) | Fees | 2.40 | 0.00 | 575.00 | 1,380.00 |
| 01/19/2017 | Lauren C. Kiss | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Board call. | Fees | 1.40 | 0.00 | 375.00 | 525.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/20/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Reviewing and revising minutes from board meeting on January 19 and emails with Mr. Rosenfeld thereon (.4); preparing email to board related to minutes and resolution (.2). | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 02/07/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Reviewing and responding to email from Mr. Rosenfeld on update for board from February 6 meeting; preparing update for same; reviewing response from Mr. Rosenfeld thereon (.5); preparing email to board (.4). | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 02/08/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Reviewing email from Mr. Rosenfeld in relation to board member request for information (.1); call with Mr. Rosenfeld and related emails on board concerns (.2); emails with Mr. Rosenfeld on notices by GCG to board on filings, etc. (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/10/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Call with Messrs. Kleinberg and Rosenfeld on status of various matters related to board concerns, discovery, etc. (.7); emails with Mr. Rosenfeld and Mr. Clayton on access to information and board input per conversations with prior CFO (.2). | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 02/13/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Emails with Messrs. Clayton and Rosenfeld on board minutes and binders. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/15/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Reviewing email from Mr. Rosenfeld to Dr. Blake with list of prior board members. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 02/16/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Emails with Messrs. Puorro and Rosenfeld on board meeting request (.2); further emails on board member listing and in relation to meeting schedule and location among Messrs. Rosenfeld, Puorro and Clayton (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 02/21/2017 | Lauren C. Kiss | 10691.020/ Dowling College Corporate Governance and Board Matters Reviewing and revising status update for Board of Trustees. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/22/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Reviewing board update and related emails with Ms. Kiss and Mr. Rosenfeld. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 02/23/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Reviewing email from Mr. Rosenfeld to BOT related to status and agenda. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/24/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Emails with Messrs. Clayton and Rosenfeld on board meeting and prep. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 02/27/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Call with Mr. Kleinberg in relation to meeting with board and agenda items (.3); email to Mr. Clayton related to same (.1); emails with Mr. Rosenfeld in relation to board meeting and materials; reviewing same (.3); call with Mr. Rosenfeld thereon (.3); further emails with Mr. Rosenfeld and Mr. Clayton on meeting and attendance (.1). | Fees | 1.10 | 0.00 | 575.00 | 632.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/28/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Call with Mr. Clayton in preparation for board meeting (.2); meeting with board and Messrs. Rosenfeld and Clayton in advance of same (2.3); further meeting with Messrs. Rosenfeld, Bivona and Clayton thereafter (.3); | Fees | 2.80 | 0.00 | 575.00 | 1,610.00 |
| 02/28/2017 | Lauren C. Kiss | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Conference call with the Board. | Fees | 1.60 | 0.00 | 375.00 | 600.00 |
| 03/06/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Reviewing and responding to email from Mr. Rosenfeld on proposed communications and update to board. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/08/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Reviewing email from Dr. Blake on status of matters (.1); reviewing and responding to related email and response from Mr. Rosenfeld (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/10/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Preparing resolution in relation to Oakdale campus sale (.5); emails with Ms. Kiss thereon and reviewing revised version of same (.1); preparing email to board requesting meeting and resolution in relation to Oakdale Campus sale and related materials for consideration (.2). | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 03/13/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Advising board of update on financing and stalking horse and several emails requesting update for call (.3); reviewing draft resolution on sale (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 03/14/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Reviewing and responding to emails from Mr. Rosenfeld and revising board update memo (.5); emails with Mr. Clayton on board call and status (.1); reviewing NYS NFP law requirements and bylaws (.3); reviewing email from Mr. Rosenfeld to BOT on update (.1); call with board and Mr. Rosenfeld (1.1); revising resolution and preparing email to board with updated resolution and APA form (.3). | Fees | 2.40 | 0.00 | 575.00 | 1,380.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/14/2017 | Lauren C. Kiss | 10691.020/ Dowling College Corporate Governance and Board Matters Reviewing updated status report for Board [.2]; board call [1.1]; reviewing prior board minutes and summarizing board minutes [.7]. | Fees | 2.00 | 0.00 | 375.00 | 750.00 |
| 03/15/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Reviewing board minutes from Ms. Kiss and emails thereon with Mr. Rosenfeld. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 03/16/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Reviewing and revising minutes and resolution and emails with board thereon and with Ms. Kiss. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 03/21/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Emails with Mr. Rosenfeld on board communication (.1) | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 03/23/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Emails with board on FF&E sale and document retention matters and scheduling for meeting. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/28/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Reviewing and responding to several emails on board call and update in relation to sale process and other matters with board and counsel (.3); call with Mr. Curtin in relation to case status (.2). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 03/30/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Call with board and advisors in relation to termination of 403(b), document retention and status of Oakdale sale (1.0); further emails on board resolution with Mr. Rosenfeld (.1); emails and call with Mr. Corneau on minutes (.1). | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| | **Matter Description (First Line): Corporate Governance and Board Matters** | | | **28.10** | **0.00** | | **14,937.50** |
| **Matter Description (First Line): Employee Benefits and Pensions** | | | | | | | |
| 11/29/2016 | Lauren C. Kiss | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Revising and finalizing employee benefit motion [.6]. | Fees | 0.60 | 0.00 | 325.00 | 195.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/05/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Reviewing emails among Mr. Rosenfeld and Mr. Clayton on selection of counsel and coverage for US DOL inquiry on plan termination (.1); call with Mr. Rosenfeld and AIG representative (.2); emails with Mr. Clayton on US DOL investigation (.1); further emails with Mr. Rosenfeld on privilege and retention (.1); emails and discussion with Mr. Rosenfeld on choice of counsel and preference (.2). | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 01/16/2017 | Lauren C. Kiss | 10691.021/ Dowling College Employee Benefits and Pensions Reviewing information in file on Health Plan and DOL investigation and drafting 2004 motion seeking to examine Cigna and Healthplex. | Fees | 2.20 | 0.00 | 375.00 | 825.00 |
| 01/17/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Discussing health and dental plan discovery with Ms. Kiss; reviewing related emails from Ms. Kiss. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/18/2017 | Sean C. Southard | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing and revising motion on 2004 relief for CIGNA and Healthplex and related emails with Ms. Kiss thereon (.4); reviewing exhibit to subpoena and emails thereon with MS. Kiss (.2); reviewing comments from Mr. Rosenfeld on motion (.1). | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 01/18/2017 | Lauren C. Kiss | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing emails on 2004 motion and Mr. Southard's comments to motion and emailing with Messrs. Rosenfeld, Bivona and Cerullo [.1]; drafting notice of hearing for 2004 motion [.1]; reviewing Mr. Rosenfeld's comments to 2004 motion and revising motion accordingly [.1]. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 01/19/2017 | Sean C. Southard | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing and responding to emails and revised drafts of 2004 motion on Cigna and Healthplex (.4); discussing with Ms. Kiss (.1); reviewing further revised schedule A to subpoena and emails with Ms. Kiss thereon (.2). | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 01/19/2017 | Sean C. Southard | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Emails with Mr. Rosenfeld on US DOL retention by board. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/19/2017 | Lauren C. Kiss | 10691.021/ Dowling College Employee Benefits and Pensions Revising 2004 motion and subpoenas per Mr. Bivona's comments [.3]; discussing 2004 motion and subpoenas with Mr. Southard and revising same based upon discussion [.4]. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |
| 01/20/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Reviewing filing of motion and related emails on service with Ms. Kiss and Messrs. Rosenfeld and Bivona on contact parties (.2); further emails with Mr. Cerullo (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 01/24/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Reviewing email from Mr. Wisler in relation to 2004 motion and response of CIGNA; then emails with Ms. Kiss and Mr. Rosenfeld thereon (.3). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/25/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Reviewing email and prior history on requests from CIGNA per Mr. Rosenfeld (.2); preparing email to Mr. Wisler in relation to CIGNA and refusal to provide information (.2); then further emails with Mr. Rosenfeld and Ms. Kiss thereon (.1); reviewing and responding further to Mr. Wisler (.2); further emails with Mr. Wisler and Mr. Rosenfeld (.2). | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 01/25/2017 | Lauren C. Kiss | 10691.021/ Dowling College Employee Benefits and Pensions Reviewing emails from Cigna's counsel on 2004 motion. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 01/30/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Call with Mr. Wisler on 2004 motion of CIGNA (.5); preparing email explanation to Mr. Rosenfeld thereon (.2); call with Mr. Clayton and then to Ms. DiMola in relation to Local 30 audit and related matters (.3). | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 01/31/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Reviewing email from Mr. Wisler; then emails with Ms. Kiss and Mr. Rosenfeld concerning CIGNA response to 2004 motion. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/01/2017 | Sean C. Southard | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing email from Mr. Wisler<br>responding to same on discovery requested<br>and offered (.2); emails and call with Mr.<br>Rosenfeld thereon (.5); several further<br>emails with Mr. Wisler thereon (.3). | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 02/02/2017 | Sean C. Southard | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing emails and responding to same<br>from Mr. Wisler; reviewing revised form of<br>proposed order and subpoena; emails<br>thereon with Ms. Kiss and Mr. Rosenfeld<br>(.4); reviewing objection of CIGNA (.3);<br>emails thereon with committee counsel and<br>Mr. Rosenfeld and Ms. Kiss (.2); reviewing<br>email from auditor for IAM fund and emails<br>to Messrs. Bivona and Rosenfeld thereon;<br>then responding to IAM fund (.2); call with<br>Ms. Dimola on IAM request (.2). | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 02/02/2017 | Lauren C. Kiss | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing affidavit for 2004 motion and<br>discussing same with Mr. Nickelsberg [.3];<br>reviewing emails on Cigna proposed<br>resolution and revised order [.2]; reviewing<br>objection filed by Cigna [.2]. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/03/2017 | Lauren C. Kiss | 10691.021/ Dowling College Employee Benefits and Pensions Revising Cigna and Healthplex proposed orders and Exhibit A to subpoenas and discussing same with Mr. Southard. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |
| 02/03/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Discussing relief on motion with Ms. Kiss; reviewing emails and responding to same from Mr. Wisler and reviewing revised form of proposed order, objection and subpoena; emails thereon with Ms. Kiss and Mr. Rosenfeld (.4); emails with Messrs. McCord, Begley and Pfeiffer in relation to form of pre-trial (.1); reviewing further revised form of orders and then emails with Ms. Kiss, Mr. Wisler and Ms. Ryan on for Court consideration (.3); emails with Mr. Wisler on appearance (.1); reviewing email from Ms. Moody; then emails and call with Mr. Rosenfeld on audit request from IAM (.2). | Fees | 1.10 | 0.00 | 575.00 | 632.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------|-----------|-------|-------|-------|-------|
| 02/06/2017 | Sean C. Southard | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing motions on 2004 relief requested and preparing for hearings on same (.7); emails with Mr. Rosenfeld and Mr. Bivona and Ms. Kiss thereon; then with Ms. Dimola (.2); call with Mr. Rosenfeld thereon (.6); further preparing for hearing (.2); discussions with Mr. Wisler prior to hearing; then appearing at hearings on 2004 motions (time split with other matter) (.8). | Fees | 2.50 | 0.00 | 575.00 | 1,437.50 |
| 02/08/2017 | Lauren C. Kiss | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Telephone call with Mr. Southard discussing revisions to orders [.1]; revising Cigna and Healthplex orders and emailing with Mr. Southard [.2]. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 02/09/2017 | Sean C. Southard | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing and responding to email from Ms. Kiss with draft order revisions in relation to private and confidential matters and subpoena; then revising forms of order for Cigna and Healthplex; then emails with Mr. Wisler thereon. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 02/09/2017 | Lauren C. Kiss | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing revised 2004 orders, finalizing and uploading orders. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/13/2017 | Sean C. Southard | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing email from Mr. Clayton on Local 153 questions and response of Mr. Rosenfeld. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 02/13/2017 | Lauren C. Kiss | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Revising Cigna and Healthplex orders with Court's comments and uploading same. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 02/15/2017 | Sean C. Southard | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing and executing subpoena forms for Healthplex and CIGNA and emails with Ms. Kiss and Mr. Wisler thereon. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 02/15/2017 | Lauren C. Kiss | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing Cigna order, preparing subpoena, discussing with Mr. Southard and emailing with Mr. Wisler [.3]; discussing service of Cigna subpoena via certified mail with Ms. Bergman [.1]; reviewing Healthplex order, searching for proper address for service of process, drafting subpoena, discussing same with Mr. Southard and preparing cover letter to United Process Servers [.6]. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/17/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Call with Ms. Kiss and Mr. Sobel in relation to Healthplex subpoena (.3); reviewing email from Mr. Sobel and then emails with Messrs. Rosenfeld and Bivona on scope of offered response (.2); responding to Mr. Sobel (.1). | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 02/17/2017 | Lauren C. Kiss | 10691.021/ Dowling College Employee Benefits and Pensions Telephone call with Messrs. Southard and Sobel discussing Healthplex subpoena [.3]; reviewing Mr. Sobel's email and list of available documents [.1]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 02/21/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Reviewing emails from Mr. Manfredi and with Mr. Rosenfeld thereon related to status of 403(b). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/22/2017 | Lauren C. Kiss | 10691.021/ Dowling College Employee Benefits and Pensions Reviewing email from United Process Servers and electronic affidavit of service for Healthplex [.1]; discussing Cigna certified mail receipt with Ms. Bergman and reviewing tracking information [.1]. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for
## Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/22/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Reviewing email from Ms. Dimola on Local 30 pension audit request. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/23/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Emails with Mr. Manfredi of US DOl on call to discuss status (.1); call with Mr. Manfredi thereon (.3); emails with Messrs. Bivona, Rosenfeld and Ms. Kiss thereon (.1); reviewing and discussing Healthplex stipulation with Ms. Kiss (.2); further emails with Ms. Kiss and Mr. Sobel in relation to revised stipulation (.1). | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 02/23/2017 | Lauren C. Kiss | 10691.021/ Dowling College Employee Benefits and Pensions Drafting stipulation limiting disclosure of confidential information and emailing with Mr. Sobel [.6]; discussing stipulation with Mr. Sobel and revising same [.2]. | Fees | 0.80 | 0.00 | 375.00 | 300.00 |
| 02/24/2017 | Kristen M. Garofalo | 10691.021/ Dowling College Employee Benefits and Pensions Drafting letter based on template per Ms. Kiss' request. | Fees | 0.20 | 0.00 | 175.00 | 35.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/24/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Several emails with Ms. Dimola and Mr. McCarthy in relation to unemployment hearing and notice on position of Dowling; then emails with Mr. Rosenfeld. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 02/24/2017 | Lauren C. Kiss | 10691.021/ Dowling College Employee Benefits and Pensions Revising Exhibit A and emailing with Mr. Sobel. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 02/27/2017 | Lauren C. Kiss | 10691.021/ Dowling College Employee Benefits and Pensions Reviewing schedules in response to Mr. Southard's email regarding Local 153 claim and emailing with Mr. Southard. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 02/28/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Emails with Mr. Connors on status and timing of further call on 403(b) plan (.1); call with Messrs. Rosenfeld, Connors, et al., relating to status and plan for termination of 403(b) plan (.8); further emails with Mr. Rosenfeld on next steps for termination (.1); reviewing further emails from Mr. Connors on status (.1). | Fees | 1.10 | 0.00 | 575.00 | 632.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/01/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Discussing with Ms. Kiss status of stipulation on Heathplex and executing same; then reviewing filing notice. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/01/2017 | Lauren C. Kiss | 10691.021/ Dowling College Employee Benefits and Pensions Finalizing and filing stipulation with Healthplex and emailing with Mr. Sobel. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 03/02/2017 | Lauren C. Kiss | 10691.021/ Dowling College Employee Benefits and Pensions Reviewing so ordered Healthplex stipulation and emailing with Mr. Sobel. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 03/03/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Reviewing and responding to Ms. Dimola on Local 30 audit. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 03/07/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Call with Messrs. Manfredi, Rosenfeld and Connors on 403(b) plan termination (.5); emails with Mr. Manfredi on termination checklist (.1). | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 03/08/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Reviewing production communications from counsel to Healthplex and from counsel to Cigna; reviewing and responding to related emails from Ms. Kiss and Mr. Rosenfeld. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/08/2017 | Lauren C. Kiss | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Downloading Healthplex and Cigna<br>documents [.3]; reviewing Cigna documents<br>[1.0]. | Fees | 1.30 | 0.00 | 375.00 | 487.50 |
| 03/09/2017 | Lauren C. Kiss | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing Healthplex documents. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 03/10/2017 | Lauren C. Kiss | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing Healthplex documents. | Fees | 1.30 | 0.00 | 375.00 | 487.50 |
| 03/13/2017 | Lauren C. Kiss | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing and responding to Mr.<br>Rosenfeld's emails regarding Cigna and<br>Healthplex documents. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 03/14/2017 | Sean C. Southard | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Several emails in relation to CIGNA and<br>Healthplex production among Messrs.<br>Rosenfeld and Bivona and Ms. Kiss. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/14/2017 | Lauren C. Kiss | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing emails regarding third party<br>processor for Cigna and Healthplex claims. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------|-----------|-------|-------|-------|-------|
| 03/17/2017 | Sean C. Southard | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing emails and proposed resolution<br>on termination of 403(b) plan. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/27/2017 | Lauren C. Kiss | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing Cigna's cover letter,<br>downloading documents to file and emailing<br>documents to Messrs. Rosenfeld and<br>Bivona. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 03/28/2017 | Sean C. Southard | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing and responding to emails on bids<br>and retirement plan termination matters with<br>Messrs. Connors and Rosenfeld. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/28/2017 | Lauren C. Kiss | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Drafting confidentiality agreement with<br>Receivable Collection Services, LLC for<br>review of unprocessed health claims. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |
| | **Matter Description (First Line): Employee Benefits and Pensions** | | | 30.90 | 0.00 | | 14,917.50 |

**Matter Description (First Line): Employment and Fee Application Objections**

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------|-----------|-------|-------|-------|-------|
| 02/13/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing FPM's first fee statement,<br>engagement letter and order. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/14/2017 | Lauren C. Kiss | 10691.023/ Dowling College Employment and Fee Application Objections Telephone calls with Mr. Phillips discussing changes to FPM's fee statement, reviewing revised fee statement and emailing with Mr. Phillips. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 02/24/2017 | Lauren C. Kiss | 10691.023/ Dowling College Employment and Fee Application Objections Reviewing SilvermanAcampora's December and January fee statement and discussing same with Mr. Southard. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 03/01/2017 | Lauren C. Kiss | 10691.023/ Dowling College Employment and Fee Application Objections Reviewing GCG's January fee statement. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 03/08/2017 | Lauren C. Kiss | 10691.023/ Dowling College Employment and Fee Application Objections Reviewing and revising FPM's February fee statement and emailing with Ms. Pinkosh [.3]; reviewing Smith & Downey's bill and discussing same with Mr. Southard [.1]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 03/21/2017 | Lauren C. Kiss | 10691.023/ Dowling College Employment and Fee Application Objections Reviewing SilvermanAcampora's February fee statement. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| | | **Matter Description (First Line): Employment and Fee Application Objections** | | 1.90 | 0.00 | | 712.50 |
| **Matter Description (First Line): Employment and Fee Applications** | | | | | | | |
| 11/29/2016 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Revising and finalizing A&G and Madison Hawk retention application. | Fees | 0.20 | 0.00 | 325.00 | 65.00 |
| 11/29/2016 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Revising, finalizing and filing Garden City Group retention application [.5]; revising, finalizing and filing RSR retention application [.4]; revising and finalizing KWJS&S retention application [.4]; revising and finalizing Ingerman Smith retention application [.4]. | Fees | 1.70 | 0.00 | 325.00 | 552.50 |
| 11/29/2016 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Finalizing motion for retention KWJSS and affidavit; executing same and related emails and discussions with Ms. Kiss and Ms. Garofalo. | Fees | 0.50 | 0.00 | 550.00 | 275.00 |
| 11/29/2016 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Revising and finalizing A&G and Madison Hawk retention applications [.2]. | Fees | 0.20 | 0.00 | 325.00 | 65.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/29/2016 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Revising and finalizing Douglas Elliman<br>retention application [.3]. | Fees | 0.30 | 0.00 | 325.00 | 97.50 |
| 11/29/2016 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Revising Smith & Downey retention<br>application with Mr. Hammel's comments<br>[.5]; revising and finalizing Smith &<br>Downey retention application [.4]. | Fees | 0.90 | 0.00 | 325.00 | 292.50 |
| 11/30/2016 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing emails on CBRE retention;<br>discussing with Ms. Kiss; emails with Mr.<br>Hammel and call with same (.3). | Fees | 0.30 | 0.00 | 550.00 | 165.00 |
| 11/30/2016 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing rules on approval of retention<br>applications and emailing with Mr.<br>Southard. | Fees | 0.20 | 0.00 | 325.00 | 65.00 |
| 12/01/2016 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails with Ms. Kiss on GCG retention (.1);<br>emails with Mr. Graiser in relation to US<br>Trustee view on retention of campus agents<br>and timing (.2); | Fees | 0.30 | 0.00 | 550.00 | 165.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/02/2016 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Drafting and filing notice of hearing for<br>A&G and Madison Hawk retention<br>application [.1]; drafting and filing notice of<br>hearing for Douglas Elliman retention<br>application [.1]. | Fees | 0.20 | 0.00 | 325.00 | 65.00 |
| 12/02/2016 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails with Mr. Rosenfeld and then Ms.<br>Kiss on RSR retention and proposed form of<br>order (.2); then emails with Mr. Flaxer and<br>Mr. Rosenfeld thereon (.1). | Fees | 0.30 | 0.00 | 550.00 | 165.00 |
| 12/05/2016 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails with Mr. Yang in relation to<br>retention of special counsel and KWJSS (.1). | Fees | 0.10 | 0.00 | 550.00 | 55.00 |
| 12/05/2016 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing CBRE retention papers and<br>email with Ms. Kiss thereon (.3); discussing<br>retention with Ms. Kiss (.1). | Fees | 0.40 | 0.00 | 550.00 | 220.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/05/2016 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Reviewing disclosure of compensation form and revising same [.3]; telephone calls with Ms. Stoloff regarding KWJS&S balance and discussing same with Mr. Southard [.2]; discussing disclosure of compensation form with Ms. Garofalo [.1]; revising and finalizing CBRE retention application [1.0]; drafting notice of hearing for CBRE retention application [.2]; reviewing documents in file, drafting retention application for FPM Group, preparing conflicts check list and discussing application with Mr. Southard [.5]. | Fees | 2.30 | 0.00 | 325.00 | 747.50 |
| 12/06/2016 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing emails on CBRE from Ms. Kiss and Ms. Sato; emails on updated listing agreement (.1). | Fees | 0.10 | 0.00 | 550.00 | 55.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/06/2016 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing and revising attorney compensation certification; emails and discussion with Ms. Kiss thereon (.2); emails with FPM group on engagement agreement and execution of same (.1); reviewing updated schedule for KWJSS retention and compensation certificate (.1); reviewing order on RSR retention and emails with Mr. Rosenfeld thereon (.1). | Fees | 0.50 | 0.00 | 550.00 | 275.00 |
| 12/06/2016 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Revising attorney compensation disclosure form and emailing with Mr. Southard [.7]; discussing form with Mr. Southard [.1]; revising CBRE retention application per Mr. Hammel's comments [.2]; finalizing CBRE retention application and emailing with Mr. Yang [.6]; telephone call with Mr. Phillips regarding FPM Group retention application and emailing conflicts list to Mr. Phillips [.2]. | Fees | 1.80 | 0.00 | 325.00 | 585.00 |
| 12/07/2016 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Emails with Mr. Hammel and discussing with Ms. Kiss filing of CBRE retention. | Fees | 0.10 | 0.00 | 550.00 | 55.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/07/2016 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Discussing FPM retention with Ms. Kiss; then emails thereon with Mr. Yang and Ms. Kiss (.1); reviewing emails from Mr. Phillips on connections (.1); emails with Mr. Hammel and Ms. Kiss on CBRE retention (.1); further emails with Mr. Yang and Ms. Kiss on FPM retention (.1); discussing CBRE with Ms. Kiss and review of emails on filing of retention (.1); reviewing emails and discussing with Ms. Kiss Eichen & DiMeglio retention papers (.1). | Fees | 0.60 | 0.00 | 550.00 | 330.00 |
| 12/07/2016 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Finalizing and filing attorney compensation disclosure form [.2]; reviewing FPM Group engagement agreement and emailing with Mr. Yang [.2]; drafting Eichen & DiMeglio retention application [1.4]; finalizing and filing CBRE retention application and emailing with GCG regarding service [.4]. | Fees | 2.20 | 0.00 | 325.00 | 715.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/08/2016 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Reviewing Mr. DiMeglio's email and engagement agreement and revising Eichen & DiMeglio retention application [1.2]; reviewing information regarding Brookhaven Campus and drafting FPM Group retention application [2.3]; discussing FPM Group retention application with Mr. Southard [.1]; reviewing local rules and drafting Section 327(a) retention application for GCG [1.5]. | Fees | 5.10 | 0.00 | 325.00 | 1,657.50 |
| 12/08/2016 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Further emails and review of retention papers for Eichen & DiMeglio with Ms. Kiss (.2); emails with Mr. DiMeglio; then discussing with Ms. Kiss scope of retention (.1); reviewing and responding to email from Mr. Rosenfeld on supplemental declaration and discussion with Ms. Black on RSR retention; reviewing declaration and then call with same (.4). | Fees | 0.70 | 0.00 | 550.00 | 385.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/09/2016 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Meeting with Mr. Yang discussing retentions and concerns of UST on various matters (.4); emails with Ms. Kiss on FPM group engagement and concerns on payment and subcontractors (.2); reviewing emails on Eichen & Demiglio retention with Ms. Kiss and Mr. Dimeglio (.1). | Fees | 0.70 | 0.00 | 550.00 | 385.00 |
| 12/09/2016 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing Eichen & DiMeglio engagement agreement and emailing with Mr. Southard regarding terms [.3]; revising Mr. DiMeglio's affidavit and emailing with Mr. DiMeglio [.2]; drafting Section 327(a) retention application for GCG [1.2]; telephone call with Mr. Phillips regarding FPM Group retention [.4]. | Fees | 2.10 | 0.00 | 325.00 | 682.50 |
| 12/12/2016 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing supplemental declaration from Mr. Rosenfeld; emails related to same (.2); call with Mr. Rosenfeld thereon (.1); further emails on filing of same with Ms. Kiss and Mr. Rosenfeld (.1); reviewing email on Eichen & DeMeglio retention with Ms. Kiss and brief discussion thereon (.1). | Fees | 0.50 | 0.00 | 550.00 | 275.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/12/2016 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Telephone call with Ms. Demel discussing Mr. DiMeglio's affidavit and revising Eichen & DiMeglio retention application [.4]; telephone call with Mr. Phillips discussing FPM Group retention application [.1]; reviewing RSR supplemental declaration and filing same [.2]; conference call with Ms. Uhrig and Mr. Johnson regarding Section 327(a) retention application for GCG [.2]; revising RSR final proposed order and emailing with Mr. Flaxer [.2]; revising FPM Group retention application and emailing summary of call with Mr. Phillips to Mr. Southard [.4]. | Fees | 1.50 | 0.00 | 325.00 | 487.50 |
| 12/13/2016 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing and revising FPM Group application for retention and emails with Ms. Kiss thereon (.4); preparing supplemental affidavit for KSJS&S retention to address larger case guidelines and concerns of UST; then emails with Ms. Kiss in response to same (.8). | Fees | 1.20 | 0.00 | 550.00 | 660.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------------|-----------|-------|-------|-------|-------|
| 12/13/2016 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Reviewing and revising KWJS&S supplemental declaration [.3]; conference call with Messrs. Southard, Graiser and Rosenfeld discussing A&G and Madison Hawk retention application and Committee's concerns [.5]. | Fees | 0.80 | 0.00 | 325.00 | 260.00 |
| 12/14/2016 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Preparing email to Mr. Friedman on terms of retention for A&G/Madison Hawk (.2); emails and call with Mr. Graiser on retention and hearing attendance (.2); preparing supplemental declaration for Mr. Hubbard; several emails thereon with Messrs. Hubbard and Graiser (.3); further call with Mr. Friedman on commission terms for A&G (.1); reviewing email from same and emails with Messrs. Graiser and Hubbard; then call with Mr. Graiser (.2); further emails with Mr. Friedman on consent and approach; call with same; then emails with Mr. Graiser on terms of retention (.2). | Fees | 1.20 | 0.00 | 550.00 | 660.00 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/15/2016 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and discussing with Ms. Kiss retention edits and emails with Ms. Black thereon for real estate professionals (.2); reviewing emails from Ms. Kiss on revised broker retention order with committee and then with A&G/Madison Hawk (.2); emails with Ms. Breitstein in relation to supplemental declaration (.1). | Fees | 0.50 | 0.00 | 550.00 | 275.00 |
| 12/16/2016 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing Ms. Black's email and revising A&G and Madison Hawk's proposed retention order. | Fees | 0.20 | 0.00 | 325.00 | 65.00 |
| 12/19/2016 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing retention related emails on GCG (.1); reviewing email from Ms. Kiss to committee on retentions for FPM, et al.; then reviewing and responding to Mr. Luckman (.2); discussing with Mr. Luckman FPM retention (.1). | Fees | 0.40 | 0.00 | 550.00 | 220.00 |
| 12/19/2016 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Revising Section 327(a) retention application for Garden City Group [.6]; revising FPM Group retention application [.4]. | Fees | 1.00 | 0.00 | 325.00 | 325.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 12/20/2016 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing order entered approving retention of DE concerning residential sales; emails with Ms. Sturchio on same and authority (.2); reviewing GCG retention revisions (.1). | Fees | 0.30 | 0.00 | 550.00 | 165.00 |
| 12/21/2016 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing emails in relation to retention matters from Mr. Connors and then Ms. Kiss (.1); emails with Ms. Kiss and Ms. Black on KWJS&S retention application and affidavit (.1). | Fees | 0.20 | 0.00 | 550.00 | 110.00 |
| 12/21/2016 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Revising FPM Group retention application based upon discussion with Mr. Southard. | Fees | 0.30 | 0.00 | 325.00 | 97.50 |
| 12/22/2016 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Call with Ms. Black and Ms. Kiss on retention matters (.3); revising KWJS&S supplemental declaration; then emails with Ms. Black thereon (.3); discussing FPM retention with Ms. Kiss; emails thereon with Mr. Friedman (.2); reviewing emails and discussing retention of GCG as admin agent with Ms. Kiss (.2). | Fees | 1.00 | 0.00 | 550.00 | 550.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/22/2016 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Telephone call with Mr. Phillips regarding affidavit and reviewing comments to same [.3]; drafting notice of hearing of Eichen & DiMeglio retention application and finalizing application [.5]; discussing Mr. Southard's supplemental declaration with Mr. Southard and Ms. Black [.3]; telephone call with Ms. Uhrig discussing Section 327(a) application of GCG and discussing application with Messrs. Southard and Corneau separately [.5]. | Fees | 1.60 | 0.00 | 325.00 | 520.00 |
| 12/23/2016 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Emails with Mr. Yang in relation to retention terms and discussion of supplemental affidavit (.1); call with Mr. Yang thereon (.3). | Fees | 0.40 | 0.00 | 550.00 | 220.00 |
| 12/23/2016 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Finalizing and filing Eichen & DiMeglio and FPM Group retention applications. | Fees | 0.70 | 0.00 | 325.00 | 227.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/28/2016 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Email to Mr. Yang in relation to retention of KWJSS (.1); emails with Ms. Kiss and Mr. Yang in relation to FPM retention and reviewing related engagement agreement (.2); further emails with Mr. Yang on retention; preparing filing version and executing supplemental affidavit and filing same; then revising KWJSS form of retention order; then further emails with Mr. Yang thereon (.6); further emails with Mr. Yang; then revising form of order on KWJS&S retention and emails with Mr. Yang and Ms. Kiss thereon (.3). | Fees | 1.20 | 0.00 | 550.00 | 660.00 |
| 12/28/2016 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing FPM engagement letter and emailing with Mr. Southard. | Fees | 0.20 | 0.00 | 325.00 | 65.00 |
| 12/29/2016 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Call with Mr. Clayton on retention mechanics for Ingerman firm. | Fees | 0.10 | 0.00 | 550.00 | 55.00 |
| 01/03/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Drafting second addendum to FPM engagement agreement and emailing with Mr. Southard. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/03/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing emails from Ms. Kiss and discussion related to same on FPM retention revisions (.2). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/05/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing order entered approving retention. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 01/06/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing and discussing retention on FPM with Ms. Kiss (.2); emails thereon with Ms. Kiss and Dr. Phillip; then discussing with Mr. Rosenfeld (.2); call with Ms. Kiss and then adding Mr. Luckman (.2). | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 01/06/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Discussing FPM retention application with Messrs. Southard, Luckman and Powers [.1]; emailing with Mr. Phillips regarding second addendum and subcontractor fees and expenses [.3]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 01/09/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Drafting notice of second addendum for FPM Group's engagement agreement [.2]; finalizing and filing second addendum [.2]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/10/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Emails and call with Ms. Kiss and then with Ms. Black and Mr. Yang on retentions approved at hearing and FPM (.3); reviewing email from Ms. Kiss and response of Mr. Phillips on FPM retention (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 01/10/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Telephone call with Messrs. Southard and Yang and Ms. Black discussing FPM proposed order [.2]; emailing summary of hearing to Mr. Phillips [.1]; telephone call with Mr. Phillips regarding subcontractor's fees [.3]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 01/11/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing and discussing FPM engagement terms with Ms. Kiss and related emails from Dr. Phillips (.2); reviewing email from Ms. Kiss on proposed order to Ms. Black and Mr. Yang for FPM (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/11/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Reviewing RSR retention order, filing monthly fee statement and emailing list of service parties to Mr. Rosenfeld [.2]; telephone call with Mr. Phillips regarding subcontractor's retention and emailing with Mr. Phillips regarding same [.4]; drafting Ingerman Smith's supplemental declaration [.7]; drafting Smith and Downey's supplemental declaration [.5]. | Fees | 1.80 | 0.00 | 375.00 | 675.00 |
| 01/11/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Call with Mr. Rosenfeld on Hilco retention and revised terms (.1); reviewing emails and engagement letter from Hilco; then emails with Ms. Kiss and brief discussion thereon (.2). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/12/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing supplemental affidavits for Mr. Clayton and Mr. Connors and emails with Ms. Kiss thereon (.3); reviewing engagement letter and emails with Mr. Hazan and then Messrs. Rosenfeld and Bivona on retention and motion to approve (.3); discussing with Ms. Kiss (.1); discussing retention and budgeting with Ms. Kiss (.1); reviewing email from Ms. Kiss to Mr. Connors and Mr. Clayton respectively on retention update (.1). | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 01/12/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Discussing changes to fee statement with Mr. Southard [.1]; discussing supplemental declarations with Mr. Southard and emailing with Messrs. Clayton and Connors separately [.4]. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 01/12/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and revising KWJS&S's December fee statement. | Fees | 2.60 | 0.00 | 0.00 | 0.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/13/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing listing agreement and related emails with Ms. Sturchio and Mr. Rosenfeld thereon (.4); reviewing engagement agreement and revisions on Hilco; then emails with Mr. Rosenfeld thereon and Ms. Kiss (.2); reviewing email from Mr. Rosenfeld on expenses of A&G (.1); reviewing email from Mr. Connors on retention supplemental affidavit (.1). | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 01/13/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and revising Hilco engagement agreement [.6]; discussing Hilco retention and sale with Mr. Southard [.1]; drafting Hilco retention application [2.3]; reviewing CBRE and Eichen & DiMeglio orders and emailing with interested parties [.1]; reviewing and revising cover letter for KWJS&S's December monthly fee statement and emailing list of service parties to Ms. Nocella [.2]; reviewing A&G and Madison Hawk's retention order and emailing with Mr. Rosenfeld regarding payment of expenses [.1]. | Fees | 3.40 | 0.00 | 375.00 | 1,275.00 |
| 01/13/2017 | Stephanie L. Nocella | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Preparation and transmittal of the monthly fee statement. | Fees | 1.00 | 0.00 | 175.00 | 175.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------|-----------|-------|-------|-------|-------|
| 01/16/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing email from Ms. Kiss with updated order on FPM Group and responding to same; then reviewing email from Ms. Kiss to Mr. Yang thereon (.1); reviewing email on Smith & Downey retention and fee from Ms. Kiss (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 01/16/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Revising FPM's proposed order in response to Mr. Yang's email [.2]; reviewing Mr. Connor's comments to supplemental declaration and revising same [.3]; drafting Hilco retention application and preparing conflicts checklist [1.3]. | Fees | 1.80 | 0.00 | 375.00 | 675.00 |
| 01/17/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing emails from Ms. Kiss to Mr. Clayton and to Mr. Connors and responses of same on retention supplement (.2); emails with Mr. Rosenfeld on Hilco retention terms (.1); emails with Ms. Kiss and Mr. Connors and then Mr. Bivona on budget for ERISA (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/17/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Discussing Hilco retention with Mr. Southard, revising conflicts checklist and emailing with Mr. Southard and Mr. Hazan separately [.3]; emailing supplemental declaration and information on monthly fee statements to Mr. Clayton [.1]; reviewing emails on Smith & Downey's supplemental declaration and emailing with Mr. Connors and Mr. Yang separately [.2]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 01/18/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing email and draft motion for retention of Hilco/Streambank and emails with Ms. Kiss thereon (.4); reviewing emails among Ms. Kiss and Mr. Rosenfeld on same (.1); reviewing emails among Mr. Yang and Ms. Kiss on FPM retention; reviewing revised retention terms from Ms. Kiss and form of order; then emails thereon with Ms. Kiss (.3); emails with Ms. Kiss and Mr. Rosenfeld on Eichen & Dimegio retention terms (.1); further emails with Ms. Kiss and Mr. Luckman and then with Mr. Rosenfeld on retention terms for FPM (.2); reviewing further emails among Ms. Kiss and Mr. Hazan and Mr. Rosenfeld on retention of Hilco (.3). | Fees | 1.40 | 0.00 | 575.00 | 805.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/18/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Revising FPM's proposed order with Mr. Yang's comments [.1]; reviewing FPM engagement agreement and discussing compensation structure with Mr. Southard [.1]; telephone call with Mr. Phillips discussing FPM's compensation structure [.2]; revising FPM's proposed order to include section 328 relief and waiver of fee guidelines for lump sum matters [.5]; telephone call with Mr. Yang regarding revisions to FPM's proposed order [.2]; telephone call with Mr. Luckman regarding FPM's proposed order [.1]; reviewing emails on Hilco retention and sale procedures and emailing with Hilco [.2]; revising Hilco retention application per Mr. Hazan's comments [.6]; telephone call with Mr. Southard regarding Hilco retention application and emailing application to Committee and lenders separately [.3]; drafting notice of hearing for Hilco retention application [.1]. | Fees | 2.40 | 0.00 | 375.00 | 900.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/19/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails with Ms. Kiss on retention matters and discussing same (.2); emails with Mr. Friedman on retention of Hilco (.1); discussing with Ms. Kiss (.1); reviewing email comments from Mr. Hammel on Hilco retention (.1). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 01/20/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Revising Hilco retention application with Mr. Hammel's comments [.1]. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 01/20/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing emails and comments on retention for Hilco by Mr. Hammel; emails thereon with Ms. Kiss and Mr. Rosenfeld (.2). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/24/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Discussing confidentiality agreement with Receivable Collection with Mr. Bivona. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 01/24/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing email from Mr. Yang on submission of FPM retention order. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/25/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Following up with emails on Smith and Downey and Ingerman Smith retention applications [.1]; reviewing Silverman Acampora's retention application and emailing summary to Messrs. Rosenfeld and Bivona [.2]. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 01/25/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing emails from Ms. Kiss on special counsel retention matters and status to counsel and US Trustee (.2); reviewing Silverman firm application and related emails with Ms. Kiss (.2). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 01/26/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Emailing with Mr. Phillips regarding order and monthly fee statements. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 01/27/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Call with Ms. Ryan and Ms. Kiss in relation to FPM fee order; discussing with Ms. Kiss (.2) | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/27/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Call with Ms. Ryan and Mr. Southard discussing FPM's proposed retention order; discussing with Mr. Southard. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-------------------------------------------|-----------|-------|-------|-------|-------|
| 01/30/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails with Ms. Kiss and Mr. Hazan in relation to Hilco retention. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 01/30/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing FPM's retention order and discussing same with Mr. Southard and Mr. Phillips separately [.2]; reviewing emails on Hilco retention and revising order and responding to emails [.3]. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 01/31/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails with Ms. Kiss and Ms. Nocella on fee statement and timing for interim compensation; reviewing order related to same (.2); reviewing emails among Ms. Kiss and Mr. Yang on supplemental declaration for Smith Downy (.1); emails with Ms. Kiss to Mr. Clayton on Ingerman Smith (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 01/31/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing email from Mr. Yang on Smith and Downey supplemental declaration, reviewing declaration, and emailing with Mr. Connors. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/02/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails with Mr. McCord and discussion<br>with Ms. Kiss on Hilco retention. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/02/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Telephone call with Mr. Yang discussing<br>FPM order. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 02/03/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing revised Smith and Downey<br>supplemental declaration and finalizing<br>same [.2]; filing declaration and emailing<br>with Mr. Yang [.1]. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 02/07/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing retention orders to determine<br>whether any party needs to file notice of rate<br>increases. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 02/09/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing RSR's January fee statement,<br>filing same and emailing with Mr.<br>Rosenfeld. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 02/13/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing monthly fee statement and<br>emails and discussion with Ms. Nocella;<br>emails with Ms. Kiss thereon. | Fees | 0.60 | 0.00 | 0.00 | 0.00 |

4/19/2017 9:54:08 AM

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/13/2017 | Stephanie L. Nocella | 10691.022/ Dowling College Employment and Fee Applications Monthly fee statement preparation. | Fees | 0.80 | 0.00 | 175.00 | 140.00 |
| 02/14/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing monthly fee statement and related emails internally. | Fees | 0.30 | 0.00 | 0.00 | 0.00 |
| 02/14/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Updating Ingerman Smith's supplemental declaration and emailing with Mr. Clayton [.1]; discussing FPM fee statement and Hilco retention with Mr. Southard [.1]; revising cover letter to accompany KWJS&S fee statement [.1]. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 02/14/2017 | Stephanie L. Nocella | 10691.022/ Dowling College Employment and Fee Applications Drafting cover letter to accompany monthly fee statement; e-mails regarding same with Ms. Kiss and Mr. Southard; transmittal of monthly fee statement. | Fees | 0.30 | 0.00 | 175.00 | 52.50 |
| 02/14/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing and discussing work plan and fee statement of FPM with Ms. Kiss. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/21/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Reviewing Mr. Southard's email on Smith and Downey retention, reviewing emails and emailing with Mr. Yang. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 02/21/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Emails with Ms. Kiss on status of various retentions. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 02/22/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Further emails with Ms. Kiss on Smith & Downey retention and UST submission. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 02/27/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing retention order and related email from Ms. Kiss to Mr. Connors on Smith & Downey retention; brief discussion with Ms. Kiss. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/27/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Reviewing Smith and Downey retention order and emailing order and explanation of interim compensation procedures to Mr. Connors. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------|-----------|-------|-------|-------|-------|
| 03/01/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Call with Mr. Collins in relation to potential<br>retention by Farrell Fritz (.2); then emails<br>with Mr. Rosenfeld thereon (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 03/01/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Telephone call with Mr. Connors discussing<br>monthly fee statements and fee applications. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 03/02/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing email and interim compensation<br>procedures order and emailing with Ms.<br>Cunningham from Smith and Downey. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 03/03/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and revising the time records for<br>February. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |
| 03/06/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing wire amount and past due<br>balances and emailing with Ms. Nocella. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 03/07/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing February monthly fee statement<br>(1.0). | Fees | 1.00 | 0.00 | 0.00 | 0.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/08/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing final draft of February fee statement for KWJSS and emails with Ms. Nocella thereon. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/08/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Reviewing and filing RSR's February fee statement. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 03/08/2017 | Stephanie L. Nocella | 10691.022/ Dowling College Employment and Fee Applications Monthly fee statement preparation and transmittal. | Fees | 1.00 | 0.00 | 175.00 | 175.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/09/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Drafting notice of hearing for Hilco's retention application [.2]; reviewing and updating Hilco's retention application [.5]; reviewing January 10 transcript for discussion on payment Eichen and DiMeglio's fees from plan assets and reviewing Judge Grossman's prior decision and District Court decision [1.0]; telephone call with Mr. Rosenfeld regarding Eichen and DiMeglio's monthly fee statement and emailing requirements to Mr. DiMeglio [.2]; emailing with Ms. Black and Mr. Yang regarding Hilco's retention application [.1]; reviewing and responding to Ms. Pinkosh's email regarding FPM's February fee statement [.1]. | Fees | 2.10 | 0.00 | 375.00 | 787.50 |
| 03/10/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Call with Mr. Yang in relation to retention of Hilco as broker/auctioneer (.2); emails with Ms. Kiss and discussion with same (.1); then further emails with Mr. Hazan and Ms. Kiss on retention revisions (.1); reviewing FPM fee statement (.1). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/10/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Discussing US Trustee's comments on Hilco's retention application with Mr. Southard, reviewing engagement letter and emailing with parties. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 03/13/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Revising Hilco's engagement agreement with Mr. Yang's comments [.4]; revising Hilco retention application with Mr. Yang's comments [.4]. | Fees | 0.80 | 0.00 | 375.00 | 300.00 |
| 03/13/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Emails in relation to retention of Farrell Fritz with Mr. Rosenfeld. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/14/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing emails from Ms. Kiss in relation to Hilco retention terms and US Trustee position (.1); further emails from Mr. Hazan thereon (.1); reviewing emails on retention from Mr. Guardino and Farrell Fritz with Mr. Rosenfeld (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 03/14/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Revising Hilco's engagement agreement and emailing with Mr. Hazan. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/15/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing further emails among Ms. Kiss and Ms. Brown on revised Hilco retention (.1); discussing revised Hilco retention with Ms. Kiss; reviewing related emails to Mr. Yang and Ms. Black (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/15/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Revising Mr. Hazan's declaration and emailing with Mr. Hazan [.1]; reviewing executed engagement agreement and updated Hilco retention application and order [.2]; emailing revised retention application and explanation of changes to Ms. Black and Mr. Yang [.1]; emailing revised retention application and sale motion and explanation of changes to UCC and lenders separately [.3]; telephone call with Mr. Powers discussing revised documents [.2]. | Fees | 0.90 | 0.00 | 375.00 | 337.50 |
| 03/16/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Telephone call with Mr. Phillips discussing subcontractor and emailing with Messrs. Southard and Rosenfeld separately. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/17/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Revising, finalizing and filing Hilco's<br>retention application. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |
| 03/17/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails with Mr. Rosenfeld on retention of<br>Farrell Fritz and related matters. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/24/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing Ms. Gaye's email on Eichen &<br>DiMeglio's monthly fee statement and<br>telephone call with Ms. Gaye discussing<br>proposed revisions. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 03/28/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails and call with chambers on retention<br>matters (.1); emails and call with Ms. Kiss<br>(.1); call with Mr. Amendola (.1); further<br>call with chambers and preparing<br>declaration of disclosure (.3); revising<br>declaration and emails and call with Mr.<br>Amendola thereon (.3). | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 03/28/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing, finalizing and filing<br>supplemental declaration of Andy Graiser. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----|-----------|-------|-------|-------|-------|
| 03/29/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Several emails with Mr. Rosenfeld in relation to Farrell Fritz retention terms and engagement. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| | | **Matter Description (First Line): Employment and Fee Applications** | | **76.60** | **0.00** | | **29,552.50** |
| **Matter Description (First Line): Financing and Cash Collateral** | | | | | | | |
| 11/29/2016 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Reviewing accumulated email regarding DIP (0.2). Reviewing latest revisions to DIP order, DIP motion, DIP Note and budget (1.2). Conferring with Mr. Southard regarding DIP status (0.1). Conference call regarding DIP issues (0.3). Further conference call regarding DIP issues (0.5). Telephone call with Mr. Hammell regarding DIP issues (0.1). Finalizing DIP documents and preparing for filing (5.7). | Fees | 8.10 | 0.00 | 475.00 | 3,847.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----|-----------|-------|-------|-------|-------|
| 11/29/2016 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing updated budget and covenant language from Mr. Bivona; emails with same and Mr. Rosenfeld (.3); reviewing revised DIP Order, note and motion, and emails thereon in relation to UST review (.6); emails with DIP lender counsel on status (.1); further emails on budget and approval of lenders (.1); call with creditors in relation to financing (.3); emails related to lender consents to default provisions (.1); reviewing further revised budget; emails on consent and reviewing final version of DIP note (.5); emails and call on schematic for DIP note and related emails; call with Mr. Hammel thereon (.6); further revising version of DIP exhibit and motion; emails thereon and further call with Mr. Hammel (.3); discussing with Mr. Corneau (.1). | Fees | 3.00 | 0.00 | 550.00 | 1,650.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/30/2016 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Call with Ms. Cozzette in relation to treatment of first day DIP hearing as emergency (.1); discussing with Ms. Kiss and Mr. Corneau; emails with interested parties, including RSR in relation to same and request for truncated budget (.4); preparing financing remarks for hearing (.4); call with lender counsel and RSR on first day DIP hearing approach and Court's comments on emergency (1.1); emails with counsel to judgment creditors on scheduling and first day hearing (.2). | Fees | 2.90 | 0.00 | 550.00 | 1,595.00 |
| 11/30/2016 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Conference call with Messrs. Southard, Berkowitz, Hammel, Pfeiffer and Begley discussing first day hearing and strategy. | Fees | 0.60 | 0.00 | 325.00 | 195.00 |
| 11/30/2016 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing three week budget prepared by RSR. | Fees | 0.20 | 0.00 | 325.00 | 65.00 |
| 11/30/2016 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Conference call regarding financing issues. | Fees | 0.60 | 0.00 | 475.00 | 285.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/01/2016 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Emails with Ms. Cozzette in relation to revised budget (.1); emails with Mr. Bivona on receipts; emails with creditors counsel on budget presentation (.1); emails with Mr. Yang of UST thereon (.1); emails with Mr. Corneau and RSR on notice and budget to be filed (.2); reviewing form of updated budget, circulating to creditors and then reviewing and commenting on notice from Mr. Corneau (.3); further emails with Mr. Bivona on budget updates (.1); emails with Mr. Bivona in relation to cash receipts; then emails with creditors on updated budget (.2); reviewing DIP financing order (.2); discussing DIP financing status and revisions with Mr. Corneau to proposed form of order (.2); emails thereon with interested parties (.1); emails with Ms. Cozzette on agreement among lenders and UST on form of order and concessions (.1); preparing hearing remarks on DIP financing; preparing questions for witness and reviewing motion and updated form of order (1.2). | Fees | 3.90 | 0.00 | 550.00 | 2,145.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/01/2016 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Preparing notice of filing of budget (0.4). Filing budget on ECF (0.2). Conference call regarding outcome of DIP financing hearing (0.5). Conferring with Mr. Southard regarding DIP financing (0.2). Reviewing DIP order (2.1). Conferring with Mr. Southard regarding DIP Order (0.2). Conferring with Ms. Kiss regarding DIP order (0.1). Assembling exhibits for DIP Order (0.5). Revising DIP order (0.6). | Fees | 4.80 | 0.00 | 475.00 | 2,280.00 |
| 12/02/2016 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing filing by Mr. Silverberg for Powerhouse Maintenance (.1); meeting with creditors counsel following hearing on emergency DIP; revising DIP order and then several emails and discussions thereon with counsel and Ms. Kiss (1.8); call with Mr. Yang on terms of proposed emergency order (.1); further emails and discussions with chambers, counsel to creditors and RSR on budget; revised form of order and entry of same (.4); emails with Mr. Corneau on budget and order uploading and communicating with Ms. Ryan and then Ms. Bakemeyer thereon (.2); reviewing further revisions to budget and related email from Mr. Bivona (.1). | Fees | 2.70 | 0.00 | 550.00 | 1,485.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/02/2016 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Revising emergency DIP order with Messrs.<br>Southard, Berkowitz, McCord, Hammel and<br>Pfeiffer. | Fees | 1.80 | 0.00 | 325.00 | 585.00 |
| 12/02/2016 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Uploading proposed DIP order (0.2).<br>Emailing with Mr. Southard regarding DIP<br>budget (0.1). Emailing with Ms. Ryan in<br>Chambers regarding approved budget (0.1). | Fees | 0.40 | 0.00 | 475.00 | 190.00 |
| 12/05/2016 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Mr. Rosenfeld on bank<br>accounts and cash management (.1);<br>reviewing and responding to emails from<br>Mr. Bivona in relation to financing<br>conditions and request formatting (.3); call<br>with Messrs. Bivona and Rosenfeld and Ms.<br>Kiss (.5); reviewing further email and<br>updated attachments on lending to counsel<br>to creditors from Mr. Bivona (.2). | Fees | 1.10 | 0.00 | 550.00 | 605.00 |
| 12/05/2016 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing emergency DIP order and<br>borrowing request [.2]; drafting notice for<br>interim DIP hearing [.2]. | Fees | 0.40 | 0.00 | 325.00 | 130.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/05/2016 | Lauren C. Kiss | 10691.024/ Dowling College Financing and Cash Collateral Conference call with Messrs. Southard, Rosenfeld and Bivona [.5]. | Fees | 0.50 | 0.00 | 325.00 | 162.50 |
| 12/07/2016 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing notice of borrowing and financing request from Mr. Rosenfeld and response from Ms. Roberson. | Fees | 0.20 | 0.00 | 550.00 | 110.00 |
| 12/08/2016 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing objection by Lori Zaikowski to motion to approve financing and related emails. | Fees | 0.20 | 0.00 | 550.00 | 110.00 |
| 12/09/2016 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing and responding to several emails and reviewing attachments from Mr. Bivona on cash management and financing request; then reviewing email and responses from creditors' counsel emails thereon (.5); reviewing and responding to email from Mr. Rosenfeld on cash management (.1). | Fees | 0.60 | 0.00 | 550.00 | 330.00 |
| 12/09/2016 | Lauren C. Kiss | 10691.024/ Dowling College Financing and Cash Collateral Reviewing transcript from first day hearing for Court's comments on the DIP financing facility. | Fees | 0.50 | 0.00 | 325.00 | 162.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/12/2016 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Mr. Bivona on borrowing needs and timing for reporting (.1); call with Mr. Knapp of US Attorney in relation to US DOE concerns on Title IV funds in relation to cash management (.2); reviewing applicable regulation; then preparing email to Messrs. Cerullo, Rosenfeld and Bivona in relation to same (.3);  discussing DIP financing status and comments with Mr. Corneau received from committee (.4); call among counsel to DIP Lenders and Committee on financing comments and concerns (.9). | Fees | 1.90 | 0.00 | 550.00 | 1,045.00 |
| 12/12/2016 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Comparing emergency DIP order to interim DIP order and discussing with Mr. Southard [.3]; conference call with Mr. Southard, lenders' counsel and Committee counsel discussing Committee's concerns on financing concerns [.9]. | Fees | 1.20 | 0.00 | 325.00 | 390.00 |
| 12/12/2016 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing accumulated emails regarding financing (0.3). Conferring with Mr. Southard regarding DIP issues (0.4). Conference call with Committee and DIP Lenders' counsel (0.9). | Fees | 1.60 | 0.00 | 475.00 | 760.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/13/2016 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Mr. Corneau on TD release of restraint (.1); emails with Messrs. Bivona and Rosenfeld on budget update for interim DIP (.2); call with lenders and committee (.5); call with Ms. Ryan of chambers in relation to financing status and expectations (.1); emails with Mr. Knapp and internally on US DOE assertions on funding (.2); emails with parties in relation to language for lender fees and expense review (.1); reviewing first amendment to DIP Note and updated form of DIP order and related emails with Mr. Corneau and creditors counsel thereon (.5). | Fees | 1.70 | 0.00 | 550.00 | 935.00 |
| 12/13/2016 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Conference call with Mr. Southard, lenders' counsel and Committee counsel discussing Committee's concerns. | Fees | 0.50 | 0.00 | 325.00 | 162.50 |
| 12/13/2016 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Conferring with Mr. Southard regarding interim DIP order. | Fees | 0.10 | 0.00 | 475.00 | 47.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/14/2016 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Discussing status of order with Mr. Corneau; emails thereon (.1); reviewing updated DIP budget and related emails with Mr. Bivona (.2); call with creditors and committee on financing (.5); reviewing further emails with revised language for DIP order (.2); discussing with Mr. Corneau (.1); call with chambers in relation to status of proposed order (.1); emails with interested parties on form of order (.2); email of draft order to chambers (.1); emails among interested parties on DIP budget; discussion with Mr. Corneau thereon (.2); further emails with chambers and then with Mr. Corneau in relation to budget (.1); reviewing financing motion, discussing proffer and questions for potential witness with Mr. Corneau; emails thereon (.4). | Fees | 2.20 | 0.00 | 550.00 | 1,210.00 |
| 12/14/2016 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Discussing interim DIP order with Mr. Corneau [.2]; conference call with Mr. Southard, lenders' counsel and Committee's counsel discussing interim DIP order [.5]; discussing DIP documents with Mr. Corneau and assembling documents for hearing [.2]. | Fees | 0.90 | 0.00 | 325.00 | 292.50 |

4/19/2017 9:54:08 AM

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/14/2016 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Revising DIP order (0.2). Telephone call with Mr. Luckman regarding DIP order (0.3). Emailing to group regarding revised DIP order (0.1). Reviewing amendment to DIP Note (0.3). Telephone call with Mr. Luckman regarding order (0.2). Conferring with Ms. Kiss regarding status (0.2). Conference call regarding interim DIP order (0.5). Emailing with Mr. Rosenfeld regarding DIP Note amendment (0.1). Emailing with Mr. Bivona regarding DIP Note amendment (0.1). Telephone call with Mr. Hammel regarding order (0.2). Further revisions to DIP order (0.7). Preparing notice of filing of 7-week budget (0.3). Filing notice of filing of 7-week budget (0.2). Preparing DIP Note Amendment for filing (0.8). Preparing Notice of Filing of DIP Note Amendment (0.3). Conferring with Ms. Kiss regarding hearing preparation (0.2). Reviewing and commenting on outline for presentation on DIP (0.8). Calls with Messrs. Begley and Furst regarding Budget (0.7). Telephone call with Mr. Furst regarding budget issue (0.3). Conferring with Mr. Southard regarding budget issue (0.2). | Fees | 6.70 | 0.00 | 475.00 | 3,182.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/15/2016 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Mr. Bivona and Mr. Rosenfeld in relation to budget and estimated disbursements under interim period (.2); emails and discussion with Mr. Bivona and Mr. Rosenfeld on fund transfers under cash (.1); call with Mr. Luckman following hearing in relation to financing order (.2). | Fees | 0.50 | 0.00 | 550.00 | 275.00 |
| 12/16/2016 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Mr. Luckman; and Ms. Black on status of review (.2); call with Mr. Luckman thereon; further emails with Ms. Black (.6); discussing financing and hearing results with Mr. Corneau and Ms. Kiss (.3); reviewing revised form of order and email marked by Committee; discussing with Mr. Corneau; several emails among parties in interest thereon (.4); call with lenders and committee and UST on interim DIP order (.7). | Fees | 2.20 | 0.00 | 550.00 | 1,210.00 |
| 12/16/2016 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Conference call with Messrs. Southard, Corneau, Ms. Black, lenders' counsel and Committee's counsel discussing interim DIP order [.7]; discussing DIP order with Messrs. Southard and Corneau [.3]. | Fees | 1.00 | 0.00 | 325.00 | 325.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/16/2016 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing draft interim order (0.6).<br>Conferring with Mr. Southard and Ms. Kiss<br>regarding DIP order issues (0.3). Further<br>reviewing of interim order (0.8). Conferring<br>with Mr. Southard regarding markup of<br>order by Committee counsel (0.1).<br>Conference call regarding DIP order (0.7).<br>Emailing (2x) with Mr. Pfeiffer regarding<br>DIP order (0.2). | Fees | 2.70 | 0.00 | 475.00 | 1,282.50 |
| 12/16/2016 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Discussing financing status with Messrs.<br>Southard and Corneau [.3]. | Fees | 0.30 | 0.00 | 325.00 | 97.50 |
| 12/19/2016 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with counsel to lenders and<br>committee and UST in relation to draft<br>interim order (.1); reviewing comments of<br>committee to order form; then discussing<br>with Mr. Corneau (.3); reviewing emails<br>from Mr. Hammel on comments (.1); emails<br>with Mr. Corneau on revised budget and<br>updated order and note; discussion on same<br>(.3); emails with counsel to ACA on same<br>(.1); further discussion with Mr. Corneau;<br>emails with chambers in relation to same<br>(.1); emails with Mr. Rosenfeld on bank<br>accounts order and release of funds (.1). | Fees | 1.10 | 0.00 | 550.00 | 605.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------|-----------|-------|-------|-------|-------|
| 12/19/2016 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing latest draft interim order (0.3).<br>Conferring with Mr. Southard regarding<br>order (0.2). Preparing order and exhibits and<br>emailing group regarding same (0.3).<br>Upload interim order (0.2). Telephone call<br>with Chambers regarding order (0.1).<br>Uploading proposed DIP order (0.2). | Fees | 1.30 | 0.00 | 475.00 | 617.50 |
| 12/20/2016 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Discussing financing order and submission<br>with Mr. Corneau; related emails (.1);<br>emails with Mr. Bivona in relation to<br>financing requirements and expectations on<br>order (.1). | Fees | 0.20 | 0.00 | 550.00 | 110.00 |
| 12/21/2016 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Discussing financing needs with Messrs.<br>Bivona and Rosenfeld; reviewing related<br>email on funding request (.2); emails with<br>Mr. Corneau concerning budget (.1); emails<br>with lender counsel in relation to order on<br>interim financing; then emails and call to<br>chambers thereon (.3); reviewing notice of<br>borrowing from Mr. Bivona (.1); emails<br>with Mr. Hammel in relation to fee payment<br>for lenders (.1); then email with Mr. Bivona<br>thereon (.1). | Fees | 0.90 | 0.00 | 550.00 | 495.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/21/2016 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emailing with Mr. Southard regarding revised 30-week budget (0.1). Emailing with group regarding revised budget (0.2). Conferring with Ms. Kiss regarding case status (0.2). | Fees | 0.50 | 0.00 | 475.00 | 237.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/22/2016 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Several emails with Ms. Ryan of chambers and then with counsel to committee and lenders in relation to form of order Court will approve (.4); calls to and with Mr. Luckman and Ms. Ryan (.4); call with Mr. Hammel (.1); and emails with Mr. Luckman and further call with same (.1); further call with Ms. Ryan (.2); email with Ms. Black and Mr. Yang of UST (.1); call with committee and lenders counsel on status of financing and related matters (.5); reviewing revised order; further emails with lenders and committee counsel on status of same and intention to upload (.3); reviewing and responding to emails thereon from Ms. Ryan; call with Mr. Corneau thereon (.3); call with Mr. Hammel on funding and reviewing emails on budget matters from Mr. Bivona (.2); reviewing weekly variance reporting from Mr. Bivona (.1); reviewing entered form of order (.1); reviewing and responding to emails on notice of financing hearing from Ms. Kiss and Mr. Corneau (.1). | Fees | 2.50 | 0.00 | 550.00 | 1,375.00 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/22/2016 | Lauren C. Kiss | 10691.024/ Dowling College Financing and Cash Collateral Reviewing changes made to emergency DIP order and comparing to interim DIP Order [.2]; call with Messrs. Southard and Corneau, DIP lenders and Committee discussing DIP order [.5]; drafting notice of hearing on final DIP motion and reviewing Mr. Corneau's comments [.4]. | Fees | 1.10 | 0.00 | 325.00 | 357.50 |
| 12/22/2016 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Conferring with Ms. Kiss regarding DIP order (0.1). Drafting second emergency DIP order (1.1). Revising second emergency DIP order (0.7). Conference call regarding DIP order (0.5). Reviewing and commenting on notice of final DIP hearing (0.2). | Fees | 2.60 | 0.00 | 475.00 | 1,235.00 |
| 12/23/2016 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Emails with Mr. Hammel and Mr. Acampora in relation to lien review documentation. | Fees | 0.10 | 0.00 | 550.00 | 55.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/27/2016 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Emails with Mr. Corneau on final DIP order and drafts (.1); then reviewing emails with Mr. Hammel and Mr. Corneau thereon (.2); emails with Messrs. Bivona and Rosenfeld on unrestricted funds and mandatory repayment (.2). | Fees | 0.50 | 0.00 | 550.00 | 275.00 |
| 12/27/2016 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Drafting final DIP order. | Fees | 1.90 | 0.00 | 475.00 | 902.50 |
| 12/28/2016 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Emails with Messrs. Bivona and Rosenfeld on transfer of account balances for unrestricted funds (.1); emails with Ms. Kiss and Ms. Black on restricted fund stipulation (.1); emails with Mr. Corneau in relation to authorization for mandatory payment (.1); reviewing email on financing comments and proposed form of order from Mr. Hammel (.2). | Fees | 0.50 | 0.00 | 550.00 | 275.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/28/2016 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing DIP Note regarding prepayments and emailing with Mr. Southard regarding same (0.3). Reviewing Second Emergency Order regarding prepayments and emailing with Mr. Southard regarding same (0.2). Conferring with Mr. Southard regarding DIP issues and status (0.2). | Fees | 0.70 | 0.00 | 475.00 | 332.50 |
| 12/29/2016 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Discussing financing order and presentation with Mr. Corneau for final hearing (.2); reviewing and responding to further draft and related emails among Mr. Corneau and then Mr. Hammel; further brief discussion with Mr. Corneau thereon (.4); emails with Messrs. Rosenfeld and Bivona and Corneau on TD Bank funds and turnover demand (.1); reviewing email and compliance report from Mr. Bivona; then emails with same and Mr. Corneau. (.1). | Fees | 0.80 | 0.00 | 550.00 | 440.00 |
| 12/29/2016 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Conferring with Mr. Southard regarding financing issues (0.2). Reviewing draft final order (1.4). Conferring with Mr. Southard regarding final order (0.1). | Fees | 1.70 | 0.00 | 475.00 | 807.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|------|------|------|------|------|
| 12/30/2016 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email on status of Perkins fund<br>collections from Mr. Bivona (.1). | Fees | 0.10 | 0.00 | 550.00 | 55.00 |
| 01/03/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Ms. Ryan in relation to DIP<br>order and status on same; then with Ms. Kiss<br>and Mr. Corneau (.4); further emails with<br>counsel to DIP lenders and Committee on<br>status of financing order and<br>communications with chambers (.4);<br>reviewing further emails with updated<br>proposed final DIP Order and related<br>comparison chart (.7); call with Mr.<br>Luckman thereon (.2). | Fees | 1.70 | 0.00 | 575.00 | 977.50 |
| 01/04/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with counsel to lenders on status of<br>financing (.1); call with Mr. Pfeiffer thereon<br>(.4); discussing status with Mr. Corneau (.2);<br>reviewing comments to order from Mr.<br>Corneau (.1); reviewing and responding to<br>emails among committee counsel and<br>counsel to lenders on further call (.1). | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 01/04/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing draft final DIP financing order<br>and conferring with Mr. Southard thereon. | Fees | 0.80 | 0.00 | 495.00 | 396.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------|-----------|-------|-------|-------|-------|
| 01/05/2017 | Lauren C. Kiss | 10691.024/ Dowling College Financing and Cash Collateral Conference call with Mr. Southard, lenders' counsel and committee counsel discussing DIP financing [1.0]; reviewing committee's limited objection to DIP financing [.1]; conference call with Messrs. Southard, Luckman and Powers [.2]. | Fees | 1.30 | 0.00 | 375.00 | 487.50 |
| 01/05/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Conference call with Committee, Lenders regarding final DIP order (1.0). Revising final DIP order (1.2). Telephone call with Messrs. Luckman and Southard regarding final DIP order (0.1). Email Committee, Lenders regarding revised final DIP order (0.1). Further revisions to final DIP order (0.8). | Fees | 3.20 | 0.00 | 495.00 | 1,584.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/05/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing final order and related emails preparing for call with creditors (.2); call with creditor representatives on propose form of order and status of financing request (1.0); call with Mr. Luckman (.2); discussion with Mr. Corneau; then reviewing revised final DIP order (.4); telephone call with Messrs. Luckman and Corneau regarding final DIP order (.1); reviewing email from Mr. Corneau to Committee, Lenders regarding revised final DIP order (.1); reviewing DIP variance report and related emails (.2); reviewing further revisions to final DIP order and emails from Mr. Pfeiffer with comments (.4). | Fees | 2.60 | 0.00 | 575.00 | 1,495.00 |
| 01/06/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Emails with counsel to secured and unsecured creditors on final version of financing order (.2); emails with Mr. Corneau and Ms. Kiss thereon in relation to financing order exhibit (.1); call with and emails with Mr. Corneau; reviewing final version of order and exhibit (.4); emails to Mr. Yang and Ms. Black related to order (.1): then emails with chambers thereon and with Mr. Corneau (.3). | Fees | 1.10 | 0.00 | 575.00 | 632.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/06/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Drafting attachment to draft final DIP order regarding agreed milestones (1.2). Reviewing draft final DIP order for section references (0.4). Telephone call with Mr. Southard regarding DIP status (0.2). Run comparisons on final DIP order and emailing with Mr. Southard regarding same (0.4). Reviewing Committee objection (0.2). | Fees | 2.40 | 0.00 | 495.00 | 1,188.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/09/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing form of order on DIP financing (.2); call with Ms. Ryan in relation to hearing on DIP (.1); email to Messrs. Rosenfeld, Bivona and Corneau concerning testimony (.1); call with Mr. Luckman (.2); emails with Mr. Hammel on UCC position (.1); preparing Q&A for Mr. Rosenfeld and argument on DIP financing and review of order; emails with Mr. Rosenfeld on same and stipulations (1.1); call with Messrs. Rosenfeld and Bivona on preparation for testimony (1.3); call with counsel to committee and DIP lenders on presentation to Court (.6); several emails on budget update and notice (.3); email to Ms. Ryan in relation to budget and update (.2); call with Mr. Hammel in relation to preparation for hearing (.2); further preparing argument and witness questions for hearing (2.2). | Fees | 6.60 | 0.00 | 575.00 | 3,795.00 |
| 01/09/2017 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Discussing DIP documents for hearing with Mr. Corneau [.1]; conference call on DIP financing and preparation for hearing [.6]. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/09/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Preparing notice of filing of proposed final DIP order and notice of filing of approved budget (1.1). Conference call regarding DIP status (0.6). Conferring with Mr. Southard regarding DIP Note amendment (0.2). Emailing with Mr. Begley regarding DIP Note amendment (0.1). | Fees | 2.00 | 0.00 | 495.00 | 990.00 |
| 01/10/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Preparing for hearing and remarks concerning DIP Financing; several emails with Messrs. Rosenfeld and Bivona in relation to exhibits (1.2); meeting with committee and DIP lender counsel in advance of hearings to discuss potential modifications to order and testimony requirements (.7); discussing results of financing hearing with Messrs. Bivona and Rosenfeld; emails and discussion on budget requirements (.4); emails with Mr. Corneau on notice (.1); call with Mr. Corneau discussing results of financing hearing and budget needs (.2). | Fees | 2.60 | 0.00 | 575.00 | 1,495.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/10/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Telephone call with Mr. Begley regarding DIP Note amendment (0.2). Reviewing and organizing drafts of various DIP documents (0.2). Conferring with Ms. Kiss regarding outcome of hearing (0.1). Telephone call with Mr. Southard regarding outcome of hearing (0.3). Drafting notice of continued borrowing under DIP note (0.4). Reviewing budget in connection of notice of continued borrowing (0.2). | Fees | 1.40 | 0.00 | 495.00 | 693.00 |
| 01/11/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing and revising notice of hearing and budget and related emails with Mr. Corneau (.2); discussing hearing and amendment on note with Mr. Corneau (.2); reviewing further related emails with Ms. Kiss and Mr. Corneau thereon and with counsel to lenders (.3). | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 01/11/2017 | Lauren C. Kiss | 10691.024/ Dowling College Financing and Cash Collateral Reviewing and revising notice for DIP budget and adjourned hearing. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/11/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Revising notice of continued borrowing<br>(0.4). Conferring with Mr. Southard<br>regarding financing status (0.3). Filing<br>approved budget through March 17 (0.2). | Fees | 0.90 | 0.00 | 495.00 | 445.50 |
| 01/16/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing compliance report for W/E<br>1/6/17. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 01/17/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing emails and notice of financing<br>hearing from Ms. Kiss and Mr. Corneau (.1);<br>reviewing revised version and discussing<br>with Ms. Kiss (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/17/2017 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Drafting notice of final DIP hearing [.2];<br>revising notice based upon Mr. Corneau's<br>comments [.2]; finalizing and filing notice<br>and emailing with GCG regarding service<br>[.3]. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |
| 01/17/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing notice of final hearing and<br>emailing with Ms. Kiss thereon (0.2).<br>Emails regarding objection deadline and<br>different views on issue (0.1). | Fees | 0.30 | 0.00 | 495.00 | 148.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/20/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Mr. Friedman and then Ms. Kiss on judgment and lien search. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/20/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing compliance report. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 01/24/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing and responding to lien search email from Ms. Kiss. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 01/26/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing Week 9 notice of borrowing. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 01/27/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email and weekly compliance report from Mr. Bivona. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/27/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing compliance report for W/E 1/20. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------|-----------|-------|-------|-------|-------|
| 01/31/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing and responding to email from Mr. Bivona in relation to budgeting for professional fees; preparing schedule of monthly fees and application of retainer; then emails internally thereon (.3); email to Mr. Bivona related to same (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 02/02/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Emails with Messrs. Rosenfeld and Bivona on budget concerns and costs. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 02/03/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing DIP compliance or variance reporting and related email from Mr. Bivona. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/03/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Reviewing compliance report W/E 1/27/17. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 02/10/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Reviewing compliance report for W/E 2/3/17. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 02/10/2017 | Lauren C. Kiss | 10691.024/ Dowling College Financing and Cash Collateral Reviewing weekly compliance report for week ending February 3. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 02/13/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Emails with committee counsel in relation to status of financing negotiation and challenge with DIP lenders (.1); emails with Mr. Bivona in relation to UMB invoices (.2). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 02/15/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Call with Mr. Bivona in relation to budgeting matters and variance concerns. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 02/16/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Call with Mr. Rosenfeld on SBU rent receipts (.1); reviewing financing order and note and responding to question from Mr. Rosenfeld with email confirmation (.3); reviewing compliance report from Mr. Bivona and related emails (.2); reviewing notice of borrowing and related emails with Mr. Bivona (.1). | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 02/16/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Reviewing compliance report for W/E 2/10/17. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 02/17/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Discussing status and expectations of financing challenge with Mr. Corneau. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/17/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Reviewing notice of borrowing for W/E 3/3/17. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 02/22/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing email and notice of DIP borrowing request from Mr. Bivona. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 02/25/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing and responding to emails from Mr. Bivona on compliance and waiver requirement (.3); reviewing email from Mr. Bivona and responding to same in relation to US Bank levy and letter (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/27/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Mr. Bivona on DIP default in budget and related concerns and documentation options (.3); call with Mr. Bivona thereon (.1); reviewing further email from Mr. Bivona on expenses due and Term Loan C; then discussing with Mr. Corneau briefly (.3); call with Mr. Bivona on contact with Mr. Bertucci  and status of waiver request (.1); call with Mr. Powers on status of committee and lender negotiations (.1); discussing term note and order provisions and waiver with Mr. Corneau; reviewing same (.2); then call with Messrs. Hammel and Corneau thereon (.3); further emails with Mr. Bivona on waiver concept (.2). | Fees | 1.60 | 0.00 | 575.00 | 920.00 |
| 02/27/2017 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing DIP compliance for week ending February 17 and emails regarding default. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------|-----------|-------|-------|-------|-------|
| 02/27/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing compliance report for W/E 2/17/17 and email from Mr. Bivona regarding anticipated default [0.3]. Conferring with Mr. Southard regarding DIP note and waivers, revisions [0.2]. Reviewing DIP note regarding budget, revisions [0.6]. Conferring with Mr. Southard regarding Term Loan C default and then telephone call with Messrs. Southard and Hammel regarding same [0.5]. | Fees | 1.60 | 0.00 | 495.00 | 792.00 |
| 03/01/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing emails among Messrs. Rosenfeld and Friedman on loan balances, etc. (.2); reviewing fee budget and emails with Mr. Bivona thereon (.2); emails with Mr. Bivona and then with Mr. Hammel on financing expenses and budget issues (.2); call with Mr. Friedman in relation to status of case (.3). | Fees | 0.90 | 0.00 | 575.00 | 517.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 03/02/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Several emails with Mr. Bivona and then with Messrs. Corneau and Hammel related to waiver request and status of Term Loan C (.3); revising fee budget and emails with Mr. Bivona thereon (.2); call with Mr. Bivona in relation to budgeting (.1); reviewing email on DIP compliance report from Mr. Bivona (.2); emails with Mr. Corneau and Mr. Bivona in relation to waiver letter and status (.3). | Fees | 1.10 | 0.00 | 575.00 | 632.50 |
| 03/02/2017 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing DIP compliance for week ending February 24. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 03/02/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emailing (2x) with Mr. Southard regarding need for waiver of defaults [0.2]. Drafting form of waiver letter [1.4]. Telephone call with Mr. Bivona regarding defaults [0.2]. Emailing (2x) with Mr. Southard regarding waiver letter [0.2]. Revising form of waiver letter [0.2]. Emailing with Ms. Sato and Mr. Hammel regarding waiver letter [0.1]. | Fees | 2.30 | 0.00 | 495.00 | 1,138.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/03/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email in relation to Dowling MAD waiver from Mr. Bivona; then discussing with Mr. Corneau (.2); discussing same with Mr. Corneau; then call with Messrs. Corneau and Bivona (.2); reviewing subsequent forms of waiver and comments and emails with Messrs. Corneau and Hammel (.4). | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 03/03/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing compliance report W/E 2/24 [0.2]. Conferring with Ms. Kiss regarding DIP note and application of proceeds [0.2]. Reviewing Mr. Hammel's markup of draft waiver letter and emailing with Mr. Bivona regarding same [0.2]. Emailing with Mr. Bivona regarding TL C funding [0.1]. Telephone call with Messrs. Bivona and Southard regarding financing [0.2]. Telephone call with Mr. Hammel regarding waiver letter [0.2]. Revising waiver letter and emailing with Mr. Hammel regarding same [0.2]. Conferring with Mr. Southard regarding financing issues [0.2]. Telephone call with Mr. Hammel, and then Messrs. Hammel and Bivona, regarding waiver letter [0.4]. Further revising waiver letter and emailing with Mr. Hammel thereon [0.2]. | Fees | 2.10 | 0.00 | 495.00 | 1,039.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/06/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing and discussing waiver request<br>with Mr. Corneau on default and related<br>emails with same and lender counsel. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 03/06/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Telephone call with Mr. Hammel regarding<br>waiver request [0.1]. Conferring with Mr.<br>Southard regarding waiver request [0.1].<br>Assemble and transmit waiver request [0.3]. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |
| 03/07/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with lender counsel on status for DIP<br>hearing; then emails with committee counsel<br>(.2); reviewing emails and draft interim 4<br>week extension from Mr. Bivona (.3). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/08/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing revised budget and related emails with Messrs. Rosenfeld and Bivona (.3); emails with Mr. Corneau thereon (.1); call with same discussing budget and presentation to lenders (time split with other matters)(.4);  reviewing further revised presentation on budget by Mr. Bivona; then responding to same and email from Mr. Corneau (.2); further emails with Mr. Bivona on budget variance matters and waiver (.1); reviewing further email and brief discussion with Mr. Corneau and then emails with Mr. Bivona on waiver expected (.1); reviewing email from Mr. Bivona to lender representatives on update budget and four week extension request; then emails thereon (.3). | Fees | 1.50 | 0.00 | 575.00 | 862.50 |
| 03/08/2017 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing budget in preparation for conference call. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/08/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing budget and emailing with Mr. Southard regarding same [0.2]. Conference call regarding financing status and budget (for part) [0.5]. Telephone call with Mr. Hammel [0.1]. Emailing with Messrs. Rosenfeld and Bivona regarding call to Mr. Bertucci [0.1]. | Fees | 0.90 | 0.00 | 495.00 | 445.50 |
| 03/09/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Calls with Mr. Pfeiffer on status and DIP approach (.2); emails with committee and lender representatives requesting call and reviewing responses to same (.2). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 03/10/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with counsel to DIP lenders and Committee on case status and presentation for DIP hearing (.1); then call with same (.3); call with Mr. Yang on update of status on financing (.2); emails with interested parties on budget and order option to avoid hearing (.1); reviewing further emails on format of budget among Messrs. Corneau and Bivona (.1); reviewing proposed settlement terms and related emails among Lenders and committee (.3). | Fees | 1.10 | 0.00 | 575.00 | 632.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/10/2017 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Conference call with Messrs. Southard, Hammel, Pfeiffer, Friedman and Powers discussing budget and March 14 hearing [.2]; conference call with lenders discussing budget and March 14 hearing [.9]; reviewing docket and drafting notice of agenda for March 14 hearing [.2]; drafting index for hearing binder [.3]. | Fees | 1.60 | 0.00 | 375.00 | 600.00 |
| 03/10/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Conferring with Mr. Southard regarding DIP status [0.2]. Conference call regarding financing [0.9]. Drafting waiver letter [0.5]. Telephone call with Mr. Bivona regarding DIP defaults [0.1]. | Fees | 1.70 | 0.00 | 495.00 | 841.50 |
| 03/13/2017 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing and revising proposed DIP order and budget [.2]; discussing proposed order with Mr. Corneau and emailing with chambers [.1]. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------|-----------|-------|-------|-------|-------|
| 03/13/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing DIP financing order draft and related emails with Mr. Corneau (.2); emails with Messrs. Rosenfeld and Bivona thereon; call with Mr. Bivona (.3); emails with chambers on status and adjournment of hearing (.1); further emails and review of DIP order with Mr. Corneau (.2); emails with chambers on submission and signature (.1). | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 03/13/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing proposed term sheet on committee/lender settlement and related emails with Mr. Corneau. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 03/13/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Drafting DIP order [1.1]. Conferring with Mr. Southard regarding DIP status [0.2]. Revising DIP order [0.2]. Emailing group regarding revised DIP order [0.1]. Emailing with UST regarding DIP order [0.2]. Reviewing lender proposal to committee [0.2]. Upload DIP order [0.2]. Conferring with Ms. Kiss regarding DIP order [0.1]. Re-upload DIP order as requested by Chambers [0.2]. | Fees | 2.50 | 0.00 | 495.00 | 1,237.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/14/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Mr. Hammel in relation to<br>approval of waiver. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 03/15/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing order entered on financing<br>extension (.1); emails with Mr. Corneau<br>thereon (.1); emails with Mr. Corneau and<br>Mr. Hammel on waiver letter (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 03/15/2017 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing DIP order entered by the Court. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 03/15/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing DIP order as entered and<br>emailing with Messrs. Rosenfeld and Bivona<br>regarding same [0.2]. Emailing with Mr.<br>Rosenfeld regarding next hearing [0.1].<br>Drafting waiver request [0.3]. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |
| 03/16/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing lender proposal to UCC (.3); call<br>and emails to Mr. Friedman thereon (.2). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 03/16/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing notice of borrowing W/E<br>3/10/17. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/17/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing compliance report W/E 3/10/17 [0.2]. Emailing with Mr. Bivona regarding compliance report [0.1]. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 03/20/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Preparing Week 15 waiver letter. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 03/28/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Preparing waiver letter for week 16. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 03/30/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Telephone call with Mr. Hammel regarding waiver letters. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 03/31/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing emails from Mr. Hammel and Mr. Corneau on waiver of default (.1); reviewing notice of borrowing and related emails (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/31/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emailing (2x) regarding waiver of defaults. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| | | **Matter Description (First Line): Financing and Cash Collateral** | | 134.90 | 0.00 | | 67,978.50 |

**Matter Description (First Line): Litigation**

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/02/2016 | Sean C. Southard | 10691.025/ Dowling College Litigation Reviewing email from Mr. Clayton on closeout audit with US DOE (.1); meeting with Mr. Clayton discussing automatic stay impact on litigation and potential arbitration matters; then discussing WARN suit and emails with Messrs. Rosenfeld and Bivona thereon (.7). | Fees | 0.80 | 0.00 | 550.00 | 440.00 |
| 12/06/2016 | Sean C. Southard | 10691.025/ Dowling College Litigation Call to Mr. Manfredi and emails thereon related to US DOL investigation (.1). | Fees | 0.10 | 0.00 | 550.00 | 55.00 |
| 12/07/2016 | Sean C. Southard | 10691.025/ Dowling College Litigation Emails with Mr. Manfredi (.1); call with Mr. Manfredi of US DOL in relation to chapter 11 process and investigation (.4); reviewing case and related email with Mr. Clayton on arbitration and stay (.4). | Fees | 0.90 | 0.00 | 550.00 | 495.00 |
| 12/20/2016 | Sean C. Southard | 10691.025/ Dowling College Litigation Reviewing email from Mr. Clayton and responding to same in relation to litigation. | Fees | 0.10 | 0.00 | 550.00 | 55.00 |
| 12/29/2016 | Sean C. Southard | 10691.025/ Dowling College Litigation Call with Mr. Clayton in relation to outstanding litigation matters. | Fees | 0.10 | 0.00 | 550.00 | 55.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/03/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Call with Mr. Clayton on open litigation matters. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 01/04/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Reviewing emails and coverage defense letter on US DOL investigation from Mr. Rosenfeld and responding to same with copy to Mr. Clayton (.4); reviewing further related emails by Mr. Rosenfeld thereon (.1). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 01/06/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Discussing retention of counsel for US DOL investigation with Mr. Rosenfeld (.1); then related emails concerning same (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/07/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Reviewing email on removal from Mr. McCord; reviewing BR 9027; then responding to same. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 01/07/2017 | Brendan M. Scott | 10691.025/ Dowling College Litigation<br>Reviewing email from Mr. Southard. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-------|-----------|-------|-------|-------|-------|
| 01/10/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Emails with Mr. Rosenfeld and discussion on retention of Greenberg Traurig concerning US DOL inquiry on ERISA (.3); emails with board and counsel thereon with Mr. Rosenfeld (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 01/11/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Reviewing email from Mr. Rosenfeld on US DOL inquiry and intro to Mr. Sulds (.1); call with Messrs. Rosenfeld, Clayton, Kleinberg and Sulds on US DOL inquiry and potential coverage for counsel by AIG (.3). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 01/13/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Reviewing email from Mr. Rosenfeld to Mr. Sulds on US DOL matter (.1); reviewing email from Mr. Clayton on open litigation expenses (.1); call with Mr. Clayton on various litigation matters, reviewing settlement agreement related to NLRB; joined by call with Mr. Jackson and Mr. Clayton (.5). | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 01/18/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Reviewing various files and documents and discussion with Messrs. Cerullo and Clayton (1.1). | Fees | 1.10 | 0.00 | 575.00 | 632.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/24/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Reviewing emails from Mr. Rosenfeld and responding to same in relation to request for meeting by counsel to Mr. Schoenhals and purpose of same. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/24/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Reviewing email from Mr. Clayton with chain of communication on settlement for NLRB matter and status. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 01/25/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Emails with Mr. Rosenfeld on meeting with counsel and Dr. Schoenhals (.2). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/26/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Reviewing and responding to emails from Mr. Rosenfeld on settlement meeting request by counsel to Martin Schoenhals (.1); emails with counsel thereon (.2). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/30/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Reviewing file and complaint by Martin Schoenhals (.2); calls and emails to and with Mr. Kwee in relation to prepetition litigation and mediation (.4); meeting with Messrs. Rosenfeld and Schoenhals and counsel on status and potential settlement of litigation; then further discussions with Mr. Rosenfeld thereon (1.2); reviewing email from Mr. Rosenfeld to Mr. Schoenhals on personal belongings request (.1): call with Mr. Clayton in relation to same and Local 30 audit (.3); reviewing and responding to emails from Ms. Kiss on pending litigation and potential removal (.2). | Fees | 2.40 | 0.00 | 575.00 | 1,380.00 |
| 02/13/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Reviewing removal requirements; then emails with Mr. Kwee in relation to removal and litigations outstanding. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 02/16/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Reviewing and responding to emails on litigation with US DOL among Messrs. Kleinberg and Rosenfeld. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/17/2017 | Sean C. Southard | 10691.025/ Dowling College<br>Litigation<br>Research on removal and automatic stay (.5); emails with Ms. Kiss on removal (.1). | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 02/23/2017 | Lauren C. Kiss | 10691.025/ Dowling College<br>Litigation<br>Drafting stipulation extending time to file notice of removal for state court litigation. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 02/23/2017 | Sean C. Southard | 10691.025/ Dowling College<br>Litigation<br>Discussing SANS technology and removal with Ms. Kiss and then call with Mr. Powers (.2); reviewing SANS technology complaint and prior correspondence with Mr. Kwee; then email to Mr. Wexler in relation to removal and discussion (.4); call with Mr. Wexler on status and removal deadline extension (.1); reviewing and revising stipulation draft on Local 30 grievance settlement and allowed claims; then emails with Mr. Clayton thereon (.5). | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 02/27/2017 | Lauren C. Kiss | 10691.025/ Dowling College<br>Litigation<br>Finalizing and filing stipulation extending time to file notice of removal and emailing with Mr. Wexler. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/28/2017 | Sean C. Southard | 10691.025/ Dowling College<br>Litigation<br>Reviewing stipulation and order entered on SANS tech removal deadlines and related email from Ms. Kiss (.2) ; emails with counsel to Local 30 on settlement and NLRB approval (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 02/28/2017 | Lauren C. Kiss | 10691.025/ Dowling College<br>Litigation<br>Reviewing so ordered stipulation, calendaring deadline and emailing with Mr. Wexler. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 03/01/2017 | Sean C. Southard | 10691.025/ Dowling College<br>Litigation<br>Reviewing emails and draft motion on 2004 exam sought from KPMG in relation to prepetition financial matters (.3); then emails with Mr. Rosenfeld thereon (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 03/01/2017 | Lauren C. Kiss | 10691.025/ Dowling College<br>Litigation<br>Reviewing committee's 2004 motion seeking to subpoena documents from KPMG. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 03/02/2017 | Sean C. Southard | 10691.025/ Dowling College<br>Litigation<br>Emails with Mr. Rosenfeld on discovery from committee and KPMG. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/03/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation Emails with Mr. Kleinberg and Mr. Rosenfeld in relation to 2004 motion by UCC seeking KPMG discovery (.2). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| | | **Matter Description (First Line): Litigation** | | 13.60 | 0.00 | | 7,562.00 |
| **Matter Description (First Line): Litigation - WARN Adversary Proceeding** | | | | | | | |
| 12/01/2016 | Joseph C. Corneau | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Briefly reviewing WARN class action complaint (0.3). | Fees | 0.30 | 0.00 | 475.00 | 142.50 |
| 12/05/2016 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Begin reviewing and analyzing complaint. | Fees | 0.20 | 0.00 | 475.00 | 95.00 |
| 12/06/2016 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing WARN complaint and email with Mr. Scott thereon. | Fees | 0.50 | 0.00 | 550.00 | 275.00 |
| 12/07/2016 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing and analyzing WARN Complaint and preparing for conference call to discuss strategy; conference call with Mr. Southard and Mr. Clayton. | Fees | 2.60 | 0.00 | 475.00 | 1,235.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/07/2016 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Discussion with Mr. Scott on WARN Act<br>matter; then call with Messrs. Scott and<br>Clayton thereon; related emails. | Fees | 1.20 | 0.00 | 550.00 | 660.00 |
| 12/07/2016 | Lauren C. Kiss | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing WARN Act complaint in<br>preparation for conference call. | Fees | 0.30 | 0.00 | 325.00 | 97.50 |
| 12/08/2016 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Mr. Kleinberg on insurance<br>coverage for WARN act (.1); then emails<br>with Mr. Rosenfeld thereon (.1); reviewing<br>email from Mr. Cerullo to Mr. Fleischer in<br>relation to WARN Act complaint (.1). | Fees | 0.30 | 0.00 | 550.00 | 165.00 |
| 12/12/2016 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing updated WARN filing and<br>emails on submission to D&O carrier for<br>potential coverage. | Fees | 0.20 | 0.00 | 550.00 | 110.00 |
| 12/14/2016 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing amended complaint and<br>summons; emails with Ms. Kiss and Mr.<br>Scott thereon. | Fees | 0.30 | 0.00 | 550.00 | 165.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/15/2016 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing WARN insurance claim<br>information from Mr. Cerullo. | Fees | 0.20 | 0.00 | 550.00 | 110.00 |
| 12/19/2016 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing complaint, summons and<br>document preservation letter from Outen &<br>Golden firm (.3); email to client thereon (.1);<br>preparing email to board in relation to same<br>(.2); call with Mr. Clayton in relation to<br>litigation (.1). | Fees | 0.70 | 0.00 | 550.00 | 385.00 |
| 12/20/2016 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing and responding to email from Dr.<br>Blake in relation to WARN act response<br>deadline. | Fees | 0.10 | 0.00 | 550.00 | 55.00 |
| 12/21/2016 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing complaint. | Fees | 0.10 | 0.00 | 475.00 | 47.50 |
| 01/03/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Preparing answer. | Fees | 1.70 | 0.00 | 495.00 | 841.50 |
| 01/03/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails and discussion with Mr. Scott on<br>draft answer to WARN complaint;<br>reviewing draft of same. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------|-----------|-------|-------|-------|-------|
| 01/04/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing answer draft and complaint from Mr. Scott (.6); emails with Mr. Clayton and Mr. Scott thereon (.4); reviewing defense coverage letters and emails with counsel to board thereon and Mr. Rosenfeld, Scott (.4). | Fees | 1.40 | 0.00 | 575.00 | 805.00 |
| 01/05/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Discussion with Mr. Scott on WARN answer and status (.1); call with Mr. Clayton related to same (.2); | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 01/06/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Discussing WARN act complaint and answer with Mr. Clayton; related emails with Mr. Cerullo. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/09/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing emails from Mr. Clayton and forwarding to Mr. Scott on WARN litigation (.5); emails with Mr. Clayton on review and comments to answer (.1). | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 01/09/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing emails from Mr. Clayton with various attachments; reviewing emails from Mr. Southard re: draft of Answer. | Fees | 1.30 | 0.00 | 495.00 | 643.50 |

4/19/2017 9:54:08 AM

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|------|------|------|------|------|
| 01/10/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Telephone call with Mr. Clayton to discuss draft answer to WARN complaint (.3); conference call with Mr. Southard, Mr. Clayton, Mr. Cerullo, and Ms. Dimola re: same (.3). | Fees | 0.60 | 0.00 | 495.00 | 297.00 |
| 01/10/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Messrs. Clayton and Scott on answer and factual responses (.1); call with Mr. Clayton thereon (.1); discussing WARN act claims briefly with Mr. Cerullo (.1); call with Messrs. Cerullo, Clayton and Scott and Ms. Dimola on factual allegations and responses for complaint and answer (.3); reviewing updated answer and emails with Messrs. Clayton and Scott; then to Messrs. Cerullo, Rosenfeld and Bivona (.3). | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 01/11/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Conferring with Mr. Southard re: answer (.1); revising answer (.1); reviewing Court rules re: discovery requirements (.2); preparing Rule 7007 corporate ownership statement (.1). | Fees | 0.50 | 0.00 | 495.00 | 247.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/11/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Further email to administration on WARN answer and complaint; emails with Mr. Rosenfeld thereon; then with Mr. Scott on update form (.2); preparing email to board and counsel with draft answer to WARN act and status (.2). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 01/13/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing and filing answer. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |
| 01/13/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emails with Messrs. Clayton and Kleinberg on approval and authorization to file answer (.1); emails with Mr. Scott thereon (.1); reviewing filed version of answer and forwarding to client (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 01/17/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Conferring with Mr. Southard re: status and strategy. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 01/23/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing email from Ms. Roupinian re: scheduling order. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/24/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing email from plaintiff's counsel on proposed form of pre-trial order; emails to Mr. Scott thereon. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/25/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emails with Mr. Scott concerning request for conference and discovery needs. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 01/26/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Conferring with Mr. Southard re: strategy (.1); preparing email to Mr. Southard re; settlement strategy (.2); preparing email to Ms. Roupinian to schedule conference call (.1). | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 01/26/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Discussing discovery and potential mediation with Mr. Scott and priority claims analysis (.2); reviewing email to plaintiff counsel from Mr. Scott (.1); emails with Mr. Scott on priority claims calculation and email to Mr. Rosenfeld thereon (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 01/30/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing email from Mr. Roupinian re: conference call to discuss case; reviewing proposed case management schedule. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/31/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing answer and proposed joint pre-trial order (.2); discussing case and conference with Mr. Scott; then call with counsel to WARN plaintiff; further discussions on results of call with Mr. Scott (.9); preparing email on status of WARN Act to Mr. Rosenfeld, Bivona and Clayton thereon (.1); email with Mr. Scott on timing for initial disclosures (.1). | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 01/31/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Conference call with Messrs. Southard Rainser and Roupinian (.8); preparing for conference call (.1); conferring with Mr. Southard re: strategy (2). | Fees | 1.20 | 0.00 | 495.00 | 594.00 |
| 02/01/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Preparing email to client re: initial disclosures [.6]; reviewing email from Ms. Roupinian re: revised case management schedule [.1]. | Fees | 0.70 | 0.00 | 495.00 | 346.50 |
| 02/01/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing email from Mr. Scott on initial disclosure requirements. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/02/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing proposed pre-trial order revision and emails thereon with Mr. Scott and Messrs. Clayton and Rosenfeld (.2); emails with Ms. Roupinian and Mr. Scott on further revisions (.2); emails with client and approval for mediation (.1); reviewing further emails on pre-trial order; emails with Messrs. Rosenfeld, Clayton and Scott in relation to calculation of damages (.3); reviewing WARN provisions | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 02/02/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing revised proposed scheduling order [.1]; and various emails with Ms. Roupinain re: same [.3]; various emails with Mr. Southard and client re: scope of WARN Act and potential damage calculation [.3]. | Fees | 0.70 | 0.00 | 495.00 | 346.50 |
| 02/03/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Preparing email to Mr. Southard re: calculation of damages under NY WARN Act. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |

client sort begins with 'dowling' and date is >=11/29/16 and date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------|-----------|-------|-------|-------|-------|
| 02/03/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing and discussing WARN Act response and strategy with Mr. Scott and related emails (.3); emails with Mr. Kleinberg on WARN Act and mediation (.2); reviewing form of pre-trial order and then emails with Ms. Kiss, plaintiff's counsel and Ms. Ryan on for Court consideration (.3). | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 02/06/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing emails from Mr. Southard and Mr. Rosenfeld with preliminary calculation spreadsheet re: calculation of WARN damages. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 02/06/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Preparing for pre-trial conference and reviewing pleadings, WARN law and defense information (.9); several emails with Messrs. Rosenfeld, Clayton and Scott on calculation of claims thereon (.2); discussions with counsel to plaintiffs; then appearing at pre-trial conference (time split with other matters) (.8); emails with Messrs. Rosenfeld, Clayton and Scott on timing for call discussing calculations (.1). | Fees | 2.00 | 0.00 | 575.00 | 1,150.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/07/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Researching law re: damage calculation methodology for part time workers. | Fees | 2.50 | 0.00 | 495.00 | 1,237.50 |
| 02/07/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Discussing pre-trial with Mr. Scott and related emails on calculation of claims (.2); emails with Mr. Rosenfeld, et al. concerning claims and calculations discussion (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 02/08/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Researching law re: calculation of damages [2.0]; conference call with Messrs. Dimola, Helman, Clayton, Southard and Rosenfeld [1.3]. | Fees | 3.30 | 0.00 | 495.00 | 1,633.50 |
| 02/08/2017 | Lauren C. Kiss | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Revising pretrial order and emailing with Mr. Southard. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/08/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Call with Mr. Scott and then joining conference call on WARN calculations for portion of call (.3); reviewing emails among Mr. Clayton and Mr. Rosenfeld on location of relevant discovery (.2); call with Mr. Clayton in relation to same (.2); call with Mr. Rosenfeld on WARN calculations, etc. (.2). | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 02/09/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing and revising WARN pre-trial order and then emails with plaintiffs counsel and Ms. Kiss and Mr. Scott thereon (.4); further emails with counsel to plaintiffs thereon (.1). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 02/09/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing emails from Mr. Southard and Ms. Roupinian re; revised pre-trial order. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 02/10/2017 | Lauren C. Kiss | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing revised pretrial order and uploading same. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/13/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Conferring with Mr. Southard re: preparation of initial disclosures [.2]; reviewing complaint and answer to prepare initial disclosures [.9]. | Fees | 1.10 | 0.00 | 495.00 | 544.50 |
| 02/13/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Discussing initial disclosures and related discovery matters with Mr. Scott. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 02/13/2017 | Lauren C. Kiss | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Revising pretrial order with Court's comments and uploading same. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 02/16/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Revising initial disclosures [.1] and preparing email to Mr. Clayton and Mr. Rosenfeld re: same [.1]. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 02/16/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing and revising initial disclosures and related emails with Mr. Scott. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 02/22/2017 | Lauren C. Kiss | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Searching for and reviewing Judge Weinstein's decision on class certification. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/23/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Preparing email to Mr. Rosenfeld and Mr. Clayton re: initial disclosures [.1]; reviewing EDNY case law re: class certification [.5]; reviewing various emails from Mr. Rosenfeld and preparing responses re: initial disclosures [.5]. | Fees | 1.10 | 0.00 | 495.00 | 544.50 |
| 02/23/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emails and text with Mr. Scott, Clayton and Rosenfeld in relation to initial disclosure reviews; responding to same from Mr. Rosenfeld (.3); discussing status with Mr. Scott; then reviewing further updated disclosures (.2); reviewing email from Ms. Kiss on certification and decision of Judge Weinstein; reviewing same (.2); reviewing and responding to several further emails from Mr. Rosenfeld and discussion with Mr. Scott (.3). | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 02/24/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Telephone call with Mr. Southard and Mr. Clayton to discuss initial disclosures [.8]; various emails with client and Mr. Southard re: initial disclosures [.3]; revising initial disclosures and serving same [.4]; reviewing Plaintiff's initial disclosures [.1]. | Fees | 1.60 | 0.00 | 495.00 | 792.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/24/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emails and call with Messrs. Clayton and Scott on status of initial disclosures and discovery matters relative to WARN suit (.8); further emails with Mr. Scott; reviewing emails from Mr. Clayton on updated information for initial disclosures and revisions to same (.8); further emails with Mr. Scott on revised initial disclosures and with Ms. Kiss (.1); further emails on disclosures with Mr. Kleinberg and with Mr. Bivona and Mr. Rosenfeld (.2); reviewing disclosures from Mr. Raisner and emails thereon (.2); reviewing disclosures and related email from Mr. Scott (.1). | Fees | 2.20 | 0.00 | 575.00 | 1,265.00 |
| 02/27/2017 | Kristen M. Garofalo | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Serving Initial Disclosures per Mr. Scott's request. | Fees | 0.10 | 0.00 | 175.00 | 17.50 |
| 02/27/2017 | Lauren C. Kiss | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing Plaintiff's initial disclosures. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 03/01/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing email from Mr. Rosenfeld re: calculation of damages. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/02/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing email and WARN calculations and summary from Mr. Rosenfeld. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 03/13/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing and analyzing class certification motion [.6]; researching law re: inclusion of adjunct professors in class [3.0]; various emails with client re: class certification and calculation of damages [.3]. | Fees | 3.90 | 0.00 | 495.00 | 1,930.50 |
| 03/13/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing motion for class certification and relate details with Mr. Scott and Mr. Rosenfeld. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 03/14/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Researching law re: calculation of damages and inclusion adjunct professors in class. | Fees | 2.90 | 0.00 | 495.00 | 1,435.50 |
| 03/15/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Researching law re: calculation of damages. | Fees | 1.30 | 0.00 | 495.00 | 643.50 |
| 03/15/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Discussing status and research on defense with Mr. Scott. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/20/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing class certification motion and<br>supporting documents. | Fees | 0.80 | 0.00 | 495.00 | 396.00 |
| 03/22/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing class certification motion and<br>researching law re: same. | Fees | 3.40 | 0.00 | 495.00 | 1,683.00 |
| 03/22/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing and responding to emails in<br>relation to WARN class cert motion and<br>discussing with Mr. Scott (.2). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 03/23/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Call on WARN act matters and potential<br>class certification objection (.5); further<br>discussion with Mr. Scott on status and<br>approach with plaintiffs (.1). | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 03/23/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Conference call with client re: class<br>certification issues [.7]; researching law re:<br>class certification [.8]; preparing for<br>conference call to discuss class certification<br>issues [.5]. | Fees | 2.00 | 0.00 | 495.00 | 990.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/24/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Telephone call with Mr. Raisner and Mr. Roupinian re: class certification motion [.7]; conferring with Mr. Southard re: same [.2]; preparing notice of adjournment [.4]. | Fees | 1.30 | 0.00 | 495.00 | 643.50 |
| 03/24/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Joining call with Messrs. Scott and Raisner and Ms. Roupinian (.3); further discussion with Mr. Scott following same on strategy (.1); reviewing email on stipulation from Mr. Scott (.1). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 03/27/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing documents as part of informal production of documents. | Fees | 1.20 | 0.00 | 495.00 | 594.00 |
| 03/28/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing documents to be produced to Plaintiff. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |
| 03/28/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emails with Mr. Scott on WARN class certification matter and hearing. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 03/29/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing documents received from client. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/30/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>West information charges for legal research<br>for February 2017, invoice no. 835707078. | WESTLAW | 0.00 | 1.00 | 275.70 | 275.70 |
| 03/30/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Various emails with Plaintiff's counsel re:<br>stipulation adjourning hearing on Class<br>Certification motion. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 03/31/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Various emails with Plaintiff's counsel re:<br>adjournment of Class Certification motion. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| | **Matter Description (First Line): Litigation - WARN Adversary Proceeding** | | | **63.10** | **1.00** | | **32,915.70** |
| **Matter Description (First Line): Meetings and Communications with Creditors** | | | | | | | |
| 12/08/2016 | Sean C. Southard | 10691.026/ Dowling College<br>Meetings and Communications with<br>Creditors<br>Calls to and with multiple former students in<br>relation to notice of commencement (.5);<br>emails with Ms. Black on organization<br>meeting and creditor responses (.1);<br>reviewing and responding to inquiry by<br>Stony Brook and emails and discussion with<br>Mr. Rosenfeld thereon (.3). | Fees | 0.90 | 0.00 | 550.00 | 495.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/20/2016 | Sean C. Southard | 10691.026/ Dowling College<br>Meetings and Communications with Creditors<br>Call with Ms. Robinson on claim inquiry (.2); emails thereon with Ms. Kiss and removal from matrix (.1); then further call with Ms. Robinson (.1); emails with committee counsel confirming meeting (.2); preparing agenda for same (.4); emails with Messrs. Bivona and Rosenfeld thereon; and Ms. Kiss; reviewing and revising agenda related to meeting; emails with Ms. Kiss thereon (.4); call with Messrs. Bivona and Rosenfeld on preparation for meeting with committee (1.3). | Fees | 2.70 | 0.00 | 550.00 | 1,485.00 |
| 12/21/2016 | Sean C. Southard | 10691.026/ Dowling College<br>Meetings and Communications with Creditors<br>Meeting at Silverman Acampora offices with committee counsel and Messrs. Rosenfeld and Bivona (4.2). | Fees | 4.20 | 0.00 | 550.00 | 2,310.00 |
| 01/06/2017 | Sean C. Southard | 10691.026/ Dowling College<br>Meetings and Communications with Creditors<br>Appearing for section 341 meeting of creditors on behalf of debtor, discussions with parties before and after same (1.6). | Fees | 1.60 | 0.00 | 575.00 | 920.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/20/2017 | Sean C. Southard | 10691.026/ Dowling College<br>Meetings and Communications with<br>Creditors<br>Call with counsel to committee and Mr.<br>Rosenfeld on status of various matters (1.0). | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 01/20/2017 | Lauren C. Kiss | 10691.026/ Dowling College<br>Meetings and Communications with<br>Creditors<br>Conference call with Messrs. Southard,<br>Rosenfeld, Friedman, Luckman and Powers<br>on status of various matters. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |
| 02/01/2017 | Sean C. Southard | 10691.026/ Dowling College<br>Meetings and Communications with<br>Creditors<br>Emails with Messrs. Luckman and Friedman<br>in relation to case status and call (.1); call<br>with bondholder in relation to case status<br>and claim filing (.3). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| **Matter Description (First Line): Meetings and Communications with Creditors** | | | | **11.80** | **0.00** | | **6,390.00** |
| **Matter Description (First Line): Non-Working Travel** | | | | | | | |
| 12/02/2016 | Sean C. Southard | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to from Court for hearings on first<br>day motions (half rate). | Fees | 1.70 | 0.00 | 275.00 | 467.50 |
| 12/02/2016 | Lauren C. Kiss | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel time to and from Court for hearing<br>(1/2 rate). | Fees | 1.20 | 0.00 | 162.50 | 195.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/09/2016 | Sean C. Southard | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to/from Central Islip courthouse (half rate). | Fees | 1.90 | 0.00 | 275.00 | 522.50 |
| 12/15/2016 | Sean C. Southard | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to/from Court for multiple hearings before Judge Grossman (half-rate). | Fees | 2.10 | 0.00 | 275.00 | 577.50 |
| 12/15/2016 | Lauren C. Kiss | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel time to and from Court for hearing (1/2 rate). | Fees | 1.20 | 0.00 | 162.50 | 195.00 |
| 12/21/2016 | Sean C. Southard | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to/from office of Committee counsel for meeting (half rate). | Fees | 1.00 | 0.00 | 275.00 | 275.00 |
| 01/06/2017 | Sean C. Southard | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to/from Central Islip for meeting of creditors (half-rate). | Fees | 1.90 | 0.00 | 287.50 | 546.25 |
| 01/10/2017 | Sean C. Southard | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to/from hearings in Central Islip and Dowling College and office (half-rate) | Fees | 2.20 | 0.00 | 287.50 | 632.50 |
| 01/18/2017 | Sean C. Southard | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to/from Dowling (half-rate). | Fees | 1.50 | 0.00 | 287.50 | 431.25 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for
## Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/06/2017 | Sean C. Southard | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to/from hearings (half rate) (1.9). | Fees | 1.90 | 0.00 | 287.50 | 546.25 |
| 02/21/2017 | Lauren C. Kiss | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel time to/from Dowling College for meeting (1/2 rate). | Fees | 1.00 | 0.00 | 187.50 | 187.50 |
| 02/28/2017 | Sean C. Southard | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to/from Ingerman Smith offices for board meeting. | Fees | 1.60 | 0.00 | 287.50 | 460.00 |
| | | **Matter Description (First Line): Non-Working Travel** | | 19.20 | 0.00 | | 5,036.25 |
| **Matter Description (First Line): Plan and Disclosure Statement** | | | | | | | |
| 11/29/2016 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Discussing status of PSA motion with Ms. Kiss (.1); reviewing comments from lenders counsel and assembling and updating final form of plan term sheet, PSA and motion to approve same; then emails with Ms. Kiss thereon (.5). | Fees | 0.60 | 0.00 | 550.00 | 330.00 |
| 11/29/2016 | Lauren C. Kiss | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Revising plan support agreement with comments from the lenders' counsel [.3]; revising, finalizing and filing motion to approve plan support agreement [.7]. | Fees | 1.00 | 0.00 | 325.00 | 325.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------|-----------|-------|-------|-------|-------|
| 01/05/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Emails with Ms. Kiss and Mr. Corneau and reviewing plan term sheet (.2); reviewing and updating same; then circulating (.4); reviewing email from Mr. Hammel on plan terms and milestones and related emails (.3); further emails and review of comments from Mr. Hammel (.2); reviewing email and discussing same with Mr. Luckman on plan terms (.3). | Fees | 1.40 | 0.00 | 575.00 | 805.00 |
| 02/17/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Emails in relation to plan of liquidation with Messrs. Pfeiffer and Begley. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 02/17/2017 | Joseph C. Corneau | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Conferring with Mr. Southard regarding plan status. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 03/28/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing dates and deadlines and emails with Ms. Kiss on exclusivity hearing and motion draft (.2); further discussions with Ms. Kiss thereon and emails with Mr. Rosenfeld on same (.2); reviewing and revising motion on exclusivity and related order; discussions and emails with Ms. Kiss thereon (.6). | Fees | 1.00 | 0.00 | 575.00 | 575.00 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/28/2017 | Lauren C. Kiss | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Discussing motion to extend exclusivity period with Mr. Southard and telephone calls with chambers discussing motion and hearing date [.3]; drafting motion to extend exclusivity period [2.5]; discussing bridge order with Mr. Southard and chambers separately, drafting bridge order and revising motion [.8]; finalizing and filing motion [.2]; uploading proposed bridge order and emailing with GCG regarding service [.1]. | Fees | 3.90 | 0.00 | 375.00 | 1,462.50 |
| 03/29/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Discussing bridge order and motion for exclusivity with Ms. Kiss (.1); further emails and discussion with Ms. Kiss and reviewing draft of motion thereon (.2); emails to parties in interest related to motion filing (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 03/29/2017 | Lauren C. Kiss | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Telephone call with chambers discussing bridge order, drafting and filing motion seeking a bridge order on exclusivity motion. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |
| | | **Matter Description (First Line): Plan and Disclosure Statement** | | **9.70** | **0.00** | | **4,324.50** |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| **Matter Description (First Line): Prepetition - General** | | | | | | | |
| 11/29/2016 | Sean C. Southard | 10691.006/ Dowling College Prepetition - General Filing Fee for Chapter 11 Bankruptcy Filing. | FILEFEE | 0.00 | 1.00 | 1,717.00 | 1,717.00 |
| | | **Matter Description (First Line): Prepetition - General** | | 0.00 | 1.00 | | 1,717.00 |
| **Matter Description (First Line): Relief from Stay and Adequate Protection** | | | | | | | |
| 02/10/2017 | Sean C. Southard | 10691.029/ Dowling College Relief from Stay and Adequate Protection Reviewing email on California bank account levy and responding to email from Mr. Bivona thereon (.1); reviewing email from Mr. Rosenfeld thereon (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| | | **Matter Description (First Line): Relief from Stay and Adequate Protection** | | 0.20 | 0.00 | | 115.00 |
| | | **Grand Total:** | | 1,147.40 | 15,960.60 | | $533,333.57 |

client sort begins with 'dowling' and date is >=11/29/16 and
date is <=3/31/17

# Exhibit C

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                              :        Chapter 11
                                                   :
DOWLING COLLEGE,                                   :
f/d/b/a DOWLING INSTITUTE,                          :        Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                      :
ASSOCIATION,                                        :
f/d/b/a CECOM,                                      :
a/k/a DOWLING COLLEGE, INC.,                        :
                                    Debtor.         :
------------------------------------------------------------------x

SUMMARY OF TIME BY TIMEKEEPER FOR FIRST INTERIM FEE
APPLICATION OF KLESTADT WINTERS JURELLER SOUTHARD &
STEVENS, LLP, GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR
AND DEBTOR IN POSSESSION, PURSUANT TO BANKRUPTCY CODE SECTIONS
330 AND 331 FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
<u>OF EXPENSES FOR NOVEMBER 29, 2016 THROUGH MARCH 31, 2017</u>

| Name of Attorney | Year Admitted | 2016 Hourly Rate | 2016 Total Hours Billed | 2017 Hourly Rate | 2017 Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Sean C. Southard, Equity Partner | 2001 | $550 | 177.80 | $575 | 361.00 | $299,296.25 |
| Brendan M. Scott, Partner | 2006 | $475 | 2.90 | $495 | 37.90 | $20,138.00 |
| Joseph C. Corneau, Partner | 2005 | $475 | 37.50 | $495 | 53.60 | $44,344.50 |
| Lauren C. Kiss, Associate | 2012 | $325 | 137.30 | $375 | 228.20 | $127,915.00 |
| Matthew G. White, Of Counsel | 2002 | $350 | 31.70 | $350 | 44.20 | $26,565.00 |

| | | | | | |
|---|---|---|---|---|---|
| Kristen M. Garofalo, Paralegal | N/A | $150 | 12.20 | $175 | 16.90 | $4,787.50 |
| Renea A. Gargiulo, Paralegal | N/A | $150 | 1.50 | $175 | 1.30 | $452.50 |
| Stephanie L. Nocella, Paralegal | N/A | N/A | N/A | $175 | 3.10 | $542.50 |
| Rayella S. Bergman, Paralegal | N/A | N/A | N/A | $175 | 0.30 | $52.50 |
| **Totals** | | | **400.90** | | **746.50** | **$524,093.75** |

# Exhibit D

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                               :      Chapter 11
                                                    :
DOWLING COLLEGE,                                    :
f/d/b/a DOWLING INSTITUTE,                          :      Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                      :
ASSOCIATION,                                        :
f/d/b/a CECOM,                                      :
a/k/a DOWLING COLLEGE, INC.,                        :
                                    Debtor.         :
------------------------------------------------------------------x

**SUMMARY OF TIME BY TASK CODE FOR FIRST INTERIM FEE
APPLICATION OF KLESTADT WINTERS JURELLER SOUTHARD &
STEVENS, LLP, GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR AND
DEBTOR IN POSSESSION, PURSUANT TO BANKRUPTCY CODE SECTIONS 330
AND 331 FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR NOVEMBER 29, 2016 THROUGH MARCH 31, 2017**

| BILLING CATEGORY | HOURS BUDGETED – 13 WEEK BUDGET | FEES BUDGETED – 13 WEEK BUDGET | HOURS BUDGETED – 30 WEEK BUDGET | FEES BUDGETED – 30 WEEK BUDGET | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|---|
| Asset Analysis and Recovery | 20 | $6,500.00 | 35 | $11,375.00 | 6.10 | $3,270.00 |
| Asset Disposition – Brookhaven Campus | 20 | $8,500.00 | 70 | $29,750.00 | 15.10 | $7,272.50 |
| Asset Disposition – Brookhaven Dorms | 10 | $4,250.00 | 15 | $6,375.00 | 4.60 | $2,542.50 |
| Asset Disposition – General | N/A | N/A | N/A | N/A | 37.30 | $17,787.50 |
| Asset Disposition – Oakdale Campus | 125 | $53,125.00 | 150 | $63,750.00 | 202.40 | $101,356.50 |
| Asset Disposition – Residential Portfolio | 50 | $20,000.00 | 60 | $24,000.00 | 114.60 | $50,039.50 |
| Asset Disposition – Restricted Assets | N/A | N/A | N/A | N/A | 77.30 | $34,593.00 |

| | | | | | |
|---|---|---|---|---|---|
| Assumption and Rejection of Leases and Contracts | 15 | $5,475.00 | 15 | $5,475.00 | 7.00 | $3,495.00 |
| Avoidance Action Analysis | N/A | N/A | 10 | $3,000.00 | 0.00 | $0.00 |
| Case Administration | 50 | $23,750.00 | 100 | $47,500.00 | 275.80 | $111,212.50 |
| Claims Administration and Objections | 10 | $4,750.00 | 35 | $16,625.00 | 17.20 | $8,358.50 |
| Corporate Governance and Board Matters | 15 | $7,125.00 | 25 | $11,875.00 | 28.10 | $14,937.50 |
| Employee Benefits and Pensions | 5 | $2,375.00 | 10 | $4,750.00 | 30.90 | $14,917.50 |
| Employment and Fee Application Objections | 10 | $2,500.00 | 15 | $3,750.00 | 1.90 | $712.50 |
| Employment and Fee Applications | 15 | $3,750.00 | 25 | $6,250.00 | 76.60 | $29,552.50 |
| Financing and Cash Collateral | 100 | $47,500.00 | 100 | $47,500.00 | 134.90 | $67,978.50 |
| Litigation | 15 | $5,475.00 | 25 | $9,125.00 | 13.60 | $7,562.00 |
| Litigation – WARN Adversary Proceeding | N/A | N/A | N/A | N/A | 63.10 | $32,640.00 |
| Meetings and Communications with Creditors | 35 | $16,625.00 | 50 | $23,750.00 | 11.80 | $6,390.00 |
| Non-Working Travel | 30 | $6,000.00 | 45 | $9,000.00 | 19.20 | $5,036.25 |
| Plan and Disclosure Statement | 100 | $47,500.00 | 150 | $71,250.00 | 9.70 | $4,324.50 |

| | | | | | |
|---|---|---|---|---|---|
| Relief from Stay and Adequate Protection | <u>5</u> | <u>$1,825.00</u> | <u>10</u> | <u>$3,650.00</u> | <u>0.20</u> | <u>$115.00</u> |
| **TOTAL**: | **630** | **$267,025.00** | **945** | **$398,750.00** | **1,147.40** | **$524,093.75** |

# Exhibit E

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                  :    Chapter 11

                                      :

DOWLING COLLEGE,                   :

f/d/b/a DOWLING INSTITUTE,      :    Case No. 16-75545 (REG)

f/d/b/a DOWLING COLLEGE ALUMNI   :

ASSOCIATION,                    :

f/d/b/a CECOM,                      :

a/k/a DOWLING COLLEGE, INC.,     :

                        Debtor.    :
------------------------------------------------------------------x

**SUMMARY OF COUNSEL'S EXPENSES FOR FIRST INTERIM FEE**
**APPLICATION OF KLESTADT WINTERS JURELLER SOUTHARD &**
**STEVENS, LLP, GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR**
**AND DEBTOR IN POSSESSION, PURSUANT TO BANKRUPTCY CODE SECTIONS**
**330 AND 331 FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES FOR NOVEMBER 29, 2016 THROUGH MARCH 31, 2017**

| | |
|---|---|
| CLEAR | $275.54 |
| Conference Calls | $457.55 |
| Federal Express | $404.24 |
| Filing Fees | $2,281.00 |
| Mileage | $19.05 |
| PACER | $303.70 |
| Photocopies | $1,584.70 |
| Process Service | $95.00 |
| Taxi | $109.44 |
| Transcription | $1,906.33 |
| WESTLAW | $1,803.27 |
| **TOTAL EXPENSES:** | **$9,239.82** |

# <u>Exhibit F</u>

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                                        :      Chapter 11
                                                             :
DOWLING COLLEGE,                                             :
f/d/b/a DOWLING INSTITUTE,                                   :      Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                               :
ASSOCIATION,                                                 :
f/d/b/a CECOM,                                               :
a/k/a DOWLING COLLEGE, INC.,                                 :
                                       Debtor.               :
-------------------------------------------------------------x

**CERTIFICATION OF SEAN C. SOUTHARD REGARDING THE FIRST INTERIM**
**FEE APPLICATION OF KLESTADT & WINTERS, LLP, GENERAL BANKRUPTCY**
**COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR AN**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD OF NOVEMBER 29, 2016 THROUGH MARCH 31, 2017**

I, Sean C. Southard, hereby certify that:

1.      I am an equity partner with the firm Klestadt Winters Jureller Southard &

Stevens, LLP ("KWJS&S"), which serves as general counsel to Dowling College, (the

"Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter

11 Case").

2.      This Certification is made in support of KWJS&S's application (the

"Application") for a first interim allowance of compensation for services rendered and

reimbursement of expenses for the period of November 29, 2016 through March 31, 2017, in

compliance with General Order 613, Guidelines for Fees and Disbursements for Professionals in Eastern District of New York Bankruptcy Cases, effective as of June 10, 2013 (the "<u>General Order</u>"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "<u>UST Guidelines</u>"), the Unites States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Large Chapter 11 Cases (the "<u>Large Case Guidelines</u>"), and this Court's Order Pursuant to 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 117] (the "<u>Interim Compensation Order</u>" and together with the General Order, UST Guidelines and the Large Case Guidelines, the "<u>Guidelines</u>").

3.    I certify that:

a.  I have read the Application;

b.  To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and expenses sought fall within the Guidelines;

c.  The fees and disbursements sought are billed at rates and in accordance with practices customarily employed by KWJS&S and generally accepted by KWJS&S's clients; and

d.  In providing the reimbursable services reflected in the Application, KWJS&S did not make a profit on those services, whether performed by KWJS&S in-house or through a third party.

4.    With respect to Section B(2) of the General Order, I certify that KWJS&S has complied with the provisions requiring it to provide to the U.S. Trustee for the Eastern District of

New York, the Debtor and the Creditors' Committee a statement of KWJS&S's fees and expenses accrued during previous months.

5.    With respect to Section B(3) of the General Order, I certify that the U.S. Trustee for the Eastern District of New York, the Debtor and the Creditors' Committee are each being provided with a copy of the Application and this Certification.

6.    The following is provided in response to the questions set forth in Paragraph C.5 of the Large Case Guidelines:

**Question**:    Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?

**Response**:    No.

**Question**:    If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

**Response**:    Yes.

**Question**:    Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

**Response**:    No.

**Question**:    Does the fee application include time or fees relating to reviewing or revising time records or preparing, reviewing, or revising invoices?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application).  If so, please quantify by hours and fees.

**Response**:    No.  As set forth in the Application, upon further review of KWJS&S's time entries, KWJS&S has determined to voluntarily write off nine (9) time entries totaling $1,197.50 for time related to preparing, reviewing, or revising the Fee Statements.  As such, KWJS&S's total fees requested for the First Interim Compensation Period reflect a commensurate reduction as compared to the total amounts invoiced by KWJS&S on account of the First Interim Compensation Period.

3

**Question**:     Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

**Response**:     No.

**Question**:     If the fee application includes any rate increases since retention:  Did your client review and approve those rate increases in advance?

**Response**:     Yes.

**Question**:     Did you client agree when retaining the law firm to accept all future rate increases?

**Response**:     Yes.

Dated:   New York, New York
          April 28, 2017

                                     KLESTADT WINTERS JURELLER
                                     SOUTHARD & STEVENS, LLP

                         By:   _/s/ Sean C. Southard_____
                                     Sean C. Southard
                                     Lauren C. Kiss
                                     570 Seventh Avenue, 17th Floor
                                     New York, New York 10018
                                     Tel: (212) 972-3000
                                     Fax: (212) 972-2245
                                     Email:  ssouthard@klestadt.com

                                     *Counsel to the Debtor and Debtor-in-Possession*