**FPM Group, LTD.**
909 Marconi Avenue
Ronkonkoma, NY 11779
Telephone: (631) 737-6200
Facsimile: (631) 737-2410
Kevin J. Phillips
Kevin F. Loyst

*Consultants to the Debtor and Debtor-in-*
  *Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re                                                          :        Chapter 11
                                                               :
DOWLING COLLEGE,                                               :
f/d/b/a DOWLING INSTITUTE,                                     :        Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                                 :
ASSOCIATION,                                                   :
f/d/b/a CECOM,                                                 :
a/k/a DOWLING COLLEGE, INC.,                                   :
                                              Debtor.          :
---------------------------------------------------------------x

**SUMMARY SHEET PURSUANT TO UNITED STATES TRUSTEE**
**GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FILED UNDER 11 U.S.C. § 330**
**FOR THE FIRST INTERIM FEE APPLICATION OF FPM GROUP, LTD.,**
**<u>CONSULTANTS TO THE DEBTOR AND DEBTOR IN POSSESSION</u>**

| Name of Applicant: | FPM Group, LTD. |
|---|---|
| | |
| Compensation Period: | December 6, 2016 through March 31, 2017 |
| | |
| Role in This Case: | Consultants to the Debtor and Debtor in Possession |
| | |
| Total Fees Requested for the Compensation Period: | $28,843.27 |
| Total Expenses Requested for the Compensation Period: | $12,846.12 |
| Total Sought: | $41,689.39 |

| Petition Date: | November 29, 2016 |
|---|---|
| | |
| Retention Date: | December 6, 2016 |
| | |
| Date of Order Approving Employment: | January 29, 2017 |
| | |
| Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed: | $0 |
| | |
| Expenses Sought in this Application Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed: | $0 |
| | |
| Are any rates higher than those approved or disclosed at retention? | No. |

This is an:   _X_ interim   ___ final application.

**FPM Group, LTD.**
909 Marconi Avenue
Ronkonkoma, NY 11779
Telephone: (631) 737-6200
Facsimile: (631) 737-2410
Kevin J. Phillips
Kevin F. Loyst

*Consultants to the Debtor and Debtor-in-*
*Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                             :        Chapter 11
                                                  :
DOWLING COLLEGE,                                  :
f/d/b/a DOWLING INSTITUTE,                         :        Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                     :
ASSOCIATION,                                       :
f/d/b/a CECOM,                                     :
a/k/a DOWLING COLLEGE, INC.,                       :
                                     Debtor.       :
-------------------------------------------------------------x

**APPLICATION OF FPM GROUP, LTD., CONSULTANTS TO THE DEBTOR**
**AND DEBTOR IN POSSESSION FOR A FIRST INTERIM ALLOWANCE**
**OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**
<u>**THE PERIOD OF DECEMBER 6, 2016 THROUGH MARCH 31, 2017**</u>

**TO THE HONORABLE ROBERT E. GROSSMAN,**
**UNITED STATES BANKRUPTCY JUDGE**:

       FPM Group, LTD., as consultants to Dowling College, (the "<u>Debtor</u>"), debtor and debtor-

in-possession in the above-captioned chapter 11 case (the "<u>Chapter 11 Case</u>"), as and for its

application ("<u>Application</u>") for a first interim allowance of compensation for services rendered

and reimbursement of expenses for the period of December 6, 2016 through March 31, 2017,

pursuant to 11 U.S.C. §§ 330(a) and 331, and Rule 2016 of the Federal Rules of Bankruptcy

Procedure (the "<u>Bankruptcy Rules</u>"), respectfully sets forth and represents as follows:

## INTRODUCTION

1.      This application is respectfully submitted by FPM Group, LTD. for a first allowance of compensation and reimbursement of expenses for all services rendered to the Debtor from December 6, 2016 through March 31, 2017 (the "First Interim Compensation Period"), as follows:

| Total Fees Requested for the First Interim Compensation Period: | $28,843.27 |
|---|---|
| Total Expenses Requested for the First Interim Compensation Period: | $12,846.12 |
| **Total Sought:** | **$41,689.39** |

2.      A summary of the time and expenses broken down by billing category is annexed hereto as **Exhibit A**.  For time and material tasks 2 and 6, during the First Interim Compensation Period, FPM Group, LTD. committed a total of 40.50 hours of professional time.  Copies of the employees' time records for the First Interim Compensation Period are annexed hereto as **Exhibit B**.  A summary of the time records broken down by timekeeper is annexed hereto as **Exhibit C**.  Tasks 1 and 3 are fixed rate billing categories and FPM Group, LTD. was not required to maintain detailed time records for these matters.  As a result, Tasks 1 and 3 are not included as part of Exhibits B and C.

3.      During the First Interim Compensation Period, FPM Group, LTD. advanced $12,846.12 for expenses for which it seeks reimbursement.  A detailed summary of the expenses is annexed hereto as **Exhibit D**.

4.      Annexed hereto as **Exhibit E** is the certification of Kevin J. Phillips.

## JURISDICTION

5.      This Court has jurisdiction over this Application by virtue of 28 U.S.C. §§ 157(a) and (b), and 1334(b), and the Administrative Order No. 264 titled "In the Matter of The Referral

of Matters to the Bankruptcy Judges" of the United States District Court for the Eastern District of New York (Weinstein, C.J.) dated August 28, 1986.

6.      Venue is proper in this district pursuant to 28 U.S.C. § 1409(a) because this proceeding arises in a case under the Bankruptcy Code pending in this district.

## BACKGROUND

7.       On November 29, 2016 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York (the or this "Court").

8.      An application to employ FPM Group, LTD. as Consultants for the Debtor was filed (the "FPM Group, LTD. Application") [Docket No. 127] on December 23, 2016.  The FPM Group, LTD. Retention Application was granted by order of the Court dated January 29, 2017 and the retention was approved *nunc pro tunc* to December 6, 2016 (the "FPM Group, LTD. Retention Order") [Docket No. 189].   A copy of the FPM Group, LTD. Retention Order is annexed hereto as **Exhibit F**.

9.      On December 21, 2016, the Court entered the *Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [Docket No. 117].

10.     In accordance with the Interim Compensation Order, FPM Group, LTD. submitted monthly fee statements seeking interim compensation and reimbursement of expenses. During the First Interim Compensation Period, FPM Group, LTD. submitted the following monthly fee statements:

(a) On February 14, 2017, pursuant to the Interim Compensation Order, FPM Group, LTD. served its first fee statement for the period from December 6, 2016 through January 31, 2017 (the "First Fee Statement").  The First Fee Statement sought (i) an allowance of $20,376.48 as compensation for services rendered and (ii) the reimbursement of $7,428.11 in expenses.  As of the date hereof, the time for filing objections to the First Fee Statement has passed and no objections were filed. As of the date hereof, FPM Group, LTD. has not received payment on account of the First Fee Statement but expects to receive a total of $23,729.29 shortly, which represents (i) 80% of FPM Group, LTD's fees and (ii) 100% of the expenses incurred pursuant to the First Fee Statement.

(b) On March 9, 2017, pursuant to the Interim Compensation Order, FPM Group, LTD. served its second fee statement for the period from February 1, 2017 through February 28, 2017 (the "Second Fee Statement").  The Second Fee Statement sought (i) an allowance of $6,147.02 as compensation for services rendered and (ii) the reimbursement of $5,289.32 in expenses. As of the date hereof, the time for filing objections to the First Fee Statement has passed and no objections were filed. As of the date hereof, FPM Group, LTD. has not received payment on account of the Second Fee Statement but expects to receive a total of $10,206.94 shortly, which represents (i) 80% of FPM Group, LTD's fees and (ii) 100% of the expenses incurred pursuant to the Second Fee Statement.

(c) On April 20, 2017, pursuant to the Interim Compensation Order, FPM Group, LTD. served its third fee statement for the period from March 1, 2017 through March 31, 2017 (the "Third Fee Statement").  The Third Fee Statement sought (i) an allowance of $2,319.77 as compensation for services rendered and (ii) the reimbursement of $128.69 in expenses.  As of the date hereof, the time for filing objections to the Third Fee Statement has not passed.

11.     With the exception of services provided by the subcontractor and fees paid by FPM Group, LTD. to the subcontractor, FPM Group, LTD. has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these cases.  No promises have been received by FPM Group, LTD. as to compensation in connection with this Chapter 11 Case other than in accordance with the provisions of the Bankruptcy Code.

## SUMMARY OF SERVICES RENDERED

12.     In conformity with the United States Trustee Guidelines For Reviewing Applications For Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, dated January 30, 1996 (the "U.S. Trustee Guidelines"). FPM Group, LTD. has segregated its time entries during the First Interim Compensation Period into the following project categories, which correspond to the major tasks undertaken by FPM Group, LTD. during the same period:

> A.    Task 1 – Preparation of 3 Mixed Use Master Plans with Town and Creditor Input
> B.    Task 2 - Additional Work to Obtain a Change in Zoning to Planned Development District (PDD)
> C.    Task 3 – Draft Generic Environmental Impact Statement (DGEIS)
> D.    Task 4 - Client & Town Meetings
> E.    Task 5 – Final Draft Generic Environmental Impact Statement (FGEIS)
> F.    Task 6 – Oppenheimer / ACA and Non-Collateralized Creditors

13.     In this section of the Application, FPM Group, LTD. describes, in summary fashion, the services performed during the First Interim Compensation Period by project category.

### A. Task 1 – Preparation of 3 Mixed Use Master Plans with Town and Creditor Input

14.     The "Preparation of 3 Mixed Use Master Plans with Town and Creditor Input" project category includes time charges by FPM Group, LTD. and its subcontractor in relation to time spent meeting with the Brookhaven Town Planning Department, the Debtor, and the creditors and preparing six (6) alternatives of Mixed Use Development.  The Brookhaven Campus currently constitutes one parcel of land with limited permitted use.  In order to maximize recovery from a sale of the Brookhaven Campus, it must be planned for alternative use and subdivided into smaller individual parcels with mixed use.  In order to accomplish this goal,

FPM Group, LTD. prepared and submitted a Planned Development District (a "PDD") to the Brookhaven Town Planning Board.

15.     A total of $1,896.89 in fees and $10,103.11 in expenses was incurred by FPM Group, LTD. in connection with this project category during the First Interim Compensation Period.

**B. Task 2 - Additional Work to Obtain a Change in Zoning to Planned Development District (PDD)**

16.     The "Additional Work to Obtain the Planned Development District (PDD)" zoning encompasses activities related to revisions to the Master Plan additional meetings, and hearings, between FPM Group, LTD., the Brookhaven Town and Planning Department and the Debtor as needed to obtain the Planned Development District status.

17.     A total of 13 hours amounting to $3,688.84 in fees were incurred by FPM Group, LTD. in connection with this project category during the First Interim Compensation Period.

**C. Task 3 – Draft Generic Environmental Impact Statement (DGEIS)**

18.     The Draft Generic Environmental Impact Statement (the "DGEIS") project category includes time spent by FPM Group, LTD. gathering and reviewing the information needed for the DGEIS and site visits to identify any significant concerns.

19.      A total of $17,300 in fees was incurred by FPM Group, LTD. in connection with this project category during the First Interim Compensation Period.

**D. Task 6 – Oppenheimer / ACA and Non-Collateralized Creditors**

20.     The "Oppenheimer / ACA and Non- Collateralized Creditors" project category includes time spent by FPM Group, LTD. and its subcontractor gathering information and attending meetings with the various creditor constituencies.

21.     A total of 27.50 hours amounting to $5,957.54 in fees and $2,743.01 in expenses were incurred by FPM Group, LTD. in connection with this project category during the First Interim Compensation Period.

### TIME AND DISBURSEMENT RECORDS AND STAFFING

22.     The time and material services performed by FPM Group, LTD. for and on behalf of the Debtor in connection with the above matters during the First Interim Compensation Period are detailed and itemized by person in the time and disbursement logs annexed hereto as **Exhibit B**.

23.      The persons at FPM Group, LTD.  that assisted the Debtor on the above matters during the First Interim Compensation Period are as follows:

a.     Kevin J. Phillips, P.E., PhD. is the Principal at FPM Group, LTD.  Dr. Phillips is a graduate of Massachusetts Institute of Technology and is licensed by the state of New York to practice Engineering. Dr. Phillips' rate of $298.69 per hour in 2016 and 2017 is reasonable and such rate were Dr. Phillips' normal and customary rate during the period covered by this Application.

b.     Kevin F. Loyst, P.E., is an Engineer VIII employed by FPM Group, LTD, and is also licensed by the state of New York to practice Engineering. Mr. Loyst is a graduate of Brooklyn Polytechnic University.  Mr. Loyst's rate of $223.98 per hour in 2016 and 2017 is reasonable and such rate were Mr. Loyst's normal and customary rate during the period covered by this Application.

c.     Ritu Mody, P.E. is an Engineer IV employed by FPM Group, LTD. and is also licensed by the state of New York to practice Engineering. Ms. Mody is a graduate of Rutgers State University, NJ. Ms. Mody's rate of $173.12 per hour in 2016 and 2017 is

reasonable and such rate were Ms. Mody's normal and customary rate during the period covered by this Application.

      d.     Teresa Conrad is an Administrative Assistant II employed by FPM Group, LTD. Ms. Conrad is a High School Graduate of Brentwood. Ms. Conrad's rate of $104.56 per hour in 2016 and 2017 is reasonable and such rate were Ms. Conrad's normal and customary rate during the period covered by this Application.

      e.     Christine Pinkosh is an Administrative Assistant I employed by FPM Group, LTD. Ms. Pinkosh is a graduate of Florida State University. Ms. Pinkosh's rate of $88.33 per hour in 2016 and 2017 is reasonable and such rate were Ms. Pinkosh's normal and customary rate during the period covered by this Application.

**WHEREFORE**, FPM Group, LTD. respectfully requests that it be granted (i) a first allowance of compensation for professional services rendered as consultants to the Debtor for the First Interim Compensation Period in the amount of $28,843.27; (ii) reimbursement of its actual and necessary disbursements totaling $12,846.12; totaling $41,689.39.

Dated:   Ronkonkoma, New York
      April 28, 2017

                        **FPM GROUP, LTD.**

By: _____
           Kevin J. Phillips
           Christine Pinkosh
           909 Marconi Avenue
           Ronkonkoma, NY 11779
           Telephone: (631) 737-6200
           Facsimile: (631) 737-2410

           Email: K.Phillips@fpm-group.com
                 C.Pinkosh@fpm-group.com

*Consultants to the Debtor and Debtor-in-Possession*

# Exhibit A

EXHIBIT A

FPM Group, LTD.

LABOR AND EXPENSE COST TIME SUMMARY BY BILLING CATEGORY

For the Period December 6, 2016 through March 31, 2017

| Task (1) | Billing Category | Contract Type | Contract Amount | % Complete (2) | Total Hours (3) | Total Expenses Invoiced this Period | Total FPM Labor Invoiced this Period | Total Invoiced to Date |
|---|---|---|---|---|---|---|---|---|
| 1 | Planning (Task 1) | Fixed | $12,000 | 100% | | $10,103.11 | $1,896.89 | $12,000.00 |
| 2 | Addl. Work to Obtain PDD  (Task 2) | T&M | $15,000 (4) | | 13.00 | | $3,688.84 | $3,688.84 |
| 3 | DGEIS (Task 3) | Fixed | $86,500 | 20% | | | $17,300.00 | $17,300.00 |
| 4 | Client & Town Meetings (Task 4) | T&M | $15,000 (4) | | | | $0.00 | $0.00 |
| 5 | FGEIS (Task 5) | Fixed | $10,000 | 0% | | | $0.00 | $0.00 |
| 6 Addendum | Opp/ACA Meetings (Task 6) | T&M | $15,000 (4) | | 27.50 | $2,743.01 | $5,957.54 | $8,700.55 |
| | | | | | | | | |
| | Total | | $153,500 | | 40.50 | $12,846.12 | $28,843.27 | $41,689.39 |

1. Refer to Contract Date, December 6, 2016 and Addendum dated December 6, 2016.

2. Based on PM Estimate.

3. Applies to T&M Task Order Only.

4. Estimate

# Exhibit B

**FPM Group**

909 Marconi Avenue
Ronkonkoma, NY 11779
Tel: (631) 737-6200 Fax: (631) 737-2410

Exhibit B
Back up - Task 2
for period December 6, 2016 through March 31, 2017

Client ID: 1249g - Dowling College

| Date | Description | B-Hr/Unit | Bill Rate | Amount | * |
|------|-------------|-----------|-----------|--------|---|

**Project ID - Name (Manager): 1249g-16-01:02** - *Dowling/105 Acres-Addl. Work to Obtain PDD - Task 2* **(Kevin Phillips)**

Services:

Employee

KJP - Kevin J. Phillips

| Date | Description | B-Hr/Unit | Bill Rate | Amount |
|------|-------------|-----------|-----------|--------|
| 2/21/2017 | Labor -Billable- HQ | 3.00 | $298.69 | $896.07 |
| | *Telephone with Ron Parr, incorporation of new comments from Town planner (Tullio). Telephone with VHB to corporate task comments.* | | | |
| 2/22/2017 | Labor -Billable- HQ | 2.00 | $298.69 | $597.38 |
| | *Discussions with Kevin Loyst and Ritu Mody, Dave Schiff and Mike Junghans incorporation of new town views (access to town road), not concerned with flight line, access to dorm)* | | | |
| 3/1/2017 | Labor -Billable- HQ | 2.00 | $298.69 | $597.38 |
| | *Review of concept F with Robert Rosenfeld, Ron Parr and Dave Schiff* | | | |
| 3/7/2017 | Labor -Billable- HQ | 5.00 | $298.69 | $1,493.45 |
| | *Preparation for meeting with Town of Brookhaven, meeting with Town Planner, Robert Rosenfeld, councilman Panico, Ron Parr, Dave Schiff and Mike J. to discuss site plan F* | | | |
| | KJP Total: | 12.00 | | $3,584.28 |

TC - Teresa Conrad

| Date | Description | B-Hr/Unit | Bill Rate | Amount |
|------|-------------|-----------|-----------|--------|
| 2/28/2017 | Labor -Billable- HQ | 0.50 | $104.56 | $52.28 |
| | *Revise table of key personnel* | | | |
| 3/16/2017 | Labor -Billable- HQ | 0.50 | 0.50 | $104.56 | $52.28 |
| | *Revise cover letter to E. Marscheider of Kimley Horn.* | | | |
| | TC Total: | 1.00 | | $104.56 |
| | Total: | 13.00 | | |

Total Labor Amount for Task 2 for this period:    $3,688.84

**FPM Group**

909 Marconi Avenue
Ronkonkoma, NY 11779
Tel: (631) 737-6200 Fax: (631) 737-2410

Exhibit B
Back up - Task 6
for period December 6, 2016 through March 31, 2017

Client ID: 1249g - Dowling College

| Date | Description | B-Hr/Unit | Bill Rate | Amount | * |
|------|-------------|-----------|-----------|--------|---|

**Project ID - Name (Manager): 1249g-16-01.06 - *Dowling/105 Acres - Opp/ACA Meetings - Task 6* (Kevin Phillips)**

Employee

CMP - Christine M. Pinkosh

| Date | Description | B-Hr/Unit | Bill Rate | Amount |
|------|-------------|-----------|-----------|--------|
| 2/13/2017 | Labor -Billable- HQ | 3.50 | $88.33 | $309.16 |
| | *Project Management* | | | |
| 2/14/2017 | Labor -Billable- HQ | 3.50 | $88.33 | $309.16 |
| | *Project Management* | | | |
| 3/9/2017 | Labor -Billable- HQ | 2.00 | $88.33 | $176.66 |
| | *Project Management* | | | |
| | **CMP Total:** | 9.00 | | $794.98 |

KJP - Kevin J. Phillips

| Date | Description | B-Hr/Unit | Bill Rate | Amount |
|------|-------------|-----------|-----------|--------|
| 1/26/2017 | Labor -Billable- HQ | 2.00 | $298.69 | $597.38 |
| | *Oppenheimer briefing of several alternative master plans. Preparation, coordination and participation in telephone call on 1/26/17* | | | |
| 2/2/2017 | Labor -Billable- HQ | 2.00 | $298.69 | $597.38 |
| | *Telephone with Dave Schiff - review of traffic possibilities of dorm access. Telephone with Ron Parr to request utilities drawing summary to Rob Rosenfeld.* | | | |
| 2/2/2017 | Labor -Billable- HQ | 2.00 | $298.69 | $597.38 |
| | *Utilities and new traffic pattern* | | | |
| 2/6/2017 | Labor -Billable- HQ | 1.00 | $298.69 | $298.69 |
| | *Telephone with Rob Rosenfeld for discussions of sewage treatment plant.* | | | |
| 2/7/2017 | Labor -Billable- HQ | 3.00 | $298.69 | $896.07 |
| | *Follow up with McLeane for utility drawings and follow up with Town for utility map.* | | | |
| 2/14/2017 | Labor -Billable- HQ | 3.00 | $298.69 | $896.07 |
| | *Meeting with Ron Parr at his office for utilities map and discussion with John Kelly to obtain maps of athletic fields and knowledge of drainage on site* | | | |
| 2/15/2017 | Labor -Billable- HQ | 2.00 | $298.69 | $597.38 |
| | *Telephone/meeting of discussions of concept E incorporation need access road to dorm and following utilities* | | | |
| | **KJP Total:** | 15.00 | | $4,480.35 |

KL - Kevin F. Loyst

| Date | Description | B-Hr/Unit | Bill Rate | Amount |
|------|-------------|-----------|-----------|--------|
| 1/26/2017 | Labor -Billable- EE | 1.50 | $223.98 | $335.97 |
| | review site layouts, conf call w/dowling/creditors | | | |
| | **KL Total:** | 1.50 | | $335.97 |

RIM - Ritu Mody

| Date | Description | B-Hr/Unit | Bill Rate | Amount |
|------|-------------|-----------|-----------|--------|
| 1/26/2017 | Labor -Billable- EE | 2.00 | $173.12 | $346.24 |
| | conf call with creditors to discuss concept layout | | | |
| | **RIM Total:** | 2.00 | | $346.24 |
| | **Total:** | 27.50 | | |

Total Labor Amount for Task 6 for this period:  $5,957.54

Total Fees for Time and Material Billing Categories:  $9,646.38

Total Fees for Fixed Rate Billing Categories:  $19,196.89

**Total Fees:  $28,843.27**

# <u>Exhibit C</u>

FPM Group, LTD.
SUMMARY OF TIME BY TIMEKEEPER
For the Period December 6, 2016 through March 31, 2017

| Name of Professional | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Kevin J. Phillips, P.E., PhD. Principal | $298.69 | 27.00 | $8,064.63 |
| Kevin F. Loyst, P.E. Engineer | $223.98 | 1.50 | $335.97 |
| Ritu Mody, P.E Engineer | $173.12 | 2.00 | $346.24 |
| Teresa Conrad Administrative Assistant | $104.56 | 1.00 | $104.56 |
| Christine Pinkosh Administrative Assistant | $88.33 | 9.00 | $794.98 |
| **Totals** | | **40.50** | **$9,646.38** |

# <u>Exhibit D</u>

Exhibit D

FPM Group, LTD.

EXPENSE SUMMARY

For the Period December 6, 2016 through March 31, 2017

| Disbursements | Amount | Description |
|---|---|---|
| VHB - Task 1 | $10,103.11 | Review of zoning; Site visit; Team conference calls; Preparation of concept plans;  Review plans with team; Preparation of revised concept plans. |
| | | Team conference calls; Preparation of additional concept plans (Concept F) in response to creditor comments; Review plans with team; Reviewed utility information; Research roadway access. |
| Total Disbursements for Task 1 | $10,103.11 | |
| | | |
| VHB  - Task 6 | $2,500.00 | Telcom creditors on 1/26/17 David Schiff (1.5 Hours @ $275/Hour) and Michael Junghans (1. 5 Hours @ $275/Hour) |
| | | Telcom creditors on 2/15/17, 2/16/17, 2/17/17, 2/21/17 and 2/22/17 David Schiff (1.0 Hours @ $300/Hour) and Michael Junghans (5.0 Hours @ $275/Hour) |
| Federal Express - Task 6 | $243.01 | Federal Express packages to service parties. |
| | | |
| Total Disbursements for Task 6 | $2,743.01 | |

| Total Expenses: | $12,846.12 |
|---|---|

# <u>Exhibit E</u>

**FPM Group, LTD.**
909 Marconi Avenue
Ronkonkoma, NY 11779
Telephone: (631) 737-6200
Facsimile: (631) 737-2410
Kevin J. Phillips
Kevin F. Loyst

*Consultants to the Debtor and Debtor-in-*
 *Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                                          :        Chapter 11
                                                               :
DOWLING COLLEGE,                                               :
f/d/b/a DOWLING INSTITUTE,                                     :        Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                                 :
ASSOCIATION,                                                   :
f/d/b/a CECOM,                                                 :
a/k/a DOWLING COLLEGE, INC.,                                   :
                                               Debtor.         :
-------------------------------------------------------------x

**CERTIFICATION OF KEVIN J. PHILLIPS REGARDING THE FIRST**
**INTERIM FEE APPLICATION OF FPM GROUP, LTD., CONSULTANTS**
**TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR AN ALLOWANCE**
**OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD OF DECEMBER 6, 2016 THROUGH MARCH 31, 2017**

I, Kevin J. Phillips, hereby certify that:

1.      I am the Principal at FPM Group, LTD., which serves as consultants to Dowling

College, (the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case

(the "Chapter 11 Case").

2.      This Certification is made in support of FPM Group, LTD.'s application (the

"Application") for a first interim allowance of compensation for services rendered and

reimbursement of expenses for the period of December 6, 2016 through March 31, 2017, in

compliance with General Order 613, Guidelines for Fees and Disbursements for Professionals in

Eastern District of New York Bankruptcy Cases, effective as of June 10, 2013 (the "General Order"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines"), and this Court's Order Pursuant to 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 117] (the "Interim Compensation Order" and together with the General Order and UST Guidelines, the "Guidelines").

3.     I certify that:

a.  I have read the Application;

b.  To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and expenses sought fall within the Guidelines;

c.  The fees and disbursements sought are billed at rates and in accordance with practices customarily employed by FPM Group, LTD. and generally accepted by FPM Group, LTD.'s clients; and

d.  In providing the reimbursable services reflected in the Application, FPM Group, LTD. did not make a profit on those services, whether performed by FPM Group, LTD. in-house or through a third party.

4.     With respect to Section B(2) of the General Order, I certify that FPM Group, LTD. has complied with the provisions requiring it to provide to the U.S. Trustee for the Eastern District of New York, the Debtor and its attorneys, and the Creditors' Committee a statement of FPM Group, LTD.'s fees and expenses accrued during previous months.

5.    With respect to Section B(3) of the General Order, I certify that the U.S. Trustee for the Eastern District of New York, the Debtor and its attorneys, and the Creditors' Committee are each being provided with a copy of the Application and this Certification.

Dated:    New York, New York
          April 28, 2017

**FPM GROUP, LTD.**


By: _____

Kevin J. Phillips
Christine Pinkosh
909 Marconi Avenue
Ronkonkoma, NY 11779
Telephone: (631) 737-6200
Facsimile: (631) 737-2410

Email: K.Phillips@fpm-group.com
       C.Pinkosh@fpm-group.com

*Consultants to the Debtor and*
*    Debtor-in-Possession*

# **Exhibit F**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                              :        Chapter 11
                                                   :
DOWLING COLLEGE,                                   :
f/d/b/a DOWLING INSTITUTE,                         :        Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                     :
ASSOCIATION,                                       :
f/d/b/a CECOM,                                     :
a/k/a DOWLING COLLEGE, INC.,                       :
                                                   :
                                    Debtor.        :
----------------------------------------------------------------x

## ORDER AUTHORIZING THE RETENTION OF FPM GROUP, LTD. AS CONSULTANTS TO THE DEBTOR, *NUNC PRO TUNC* TO DECEMBER 6, 2016

Upon the application dated December 23, 2016 (the "Application")[1] of Dowling College

(the "Debtor") for an order approving the retention of FPM Group, Ltd. ("FPM") as its

consultants *nunc pro tunc* to December 6, 2016 and upon the affidavit of Kevin Phillips, dated

December 22, 2016 and attached to the Application as Exhibit B (the "Phillips Affidavit"); and it

appearing that FPM is a disinterested person pursuant to Section 101(14) of title 11 of the United

States Code (the "Bankruptcy Code") and does not represent an interest adverse to the Debtor's

estate; it is

**ORDERED,** that the Application is granted as set forth herein; and it is further

**ORDERED,** that the retention of FPM as consultants to the Debtor to perform all of

the services set forth in the Application on the terms set forth in the Application and the

Phillips Affidavit is hereby approved pursuant to Sections 327(a) and 328 of the Bankruptcy

Code, *nunc pro tunc* to December 6, 2016; and it is further

**ORDERED,** the terms and provisions of the Retention Agreement are approved and the

Debtor is authorized to compensate FPM in accordance with the Retention Agreement.  FPM

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

shall be required to file monthly fee and expense statements in accordance with the interim compensation procedures approved in this Chapter 11 Case, as modified herein.  The information requirements set forth in the United States Trustees Guidelines for Reviewing Applications for Compensation and Reimbursements of Expenses Filed under 11 U.S.C. § 330 and General Order 613, Guidelines for Fees and Disbursements for Professionals in Eastern District of New York Bankruptcy Cases, effective as of June 10, 2013 are hereby waived for services billed on a lump sum basis only and FPM shall not be required to maintain records of detailed time entries in connection with its services for matters billed on a lump sum basis; and it is further

**ORDERED** that the compensation to be paid to FPM shall be subject to the approval of this Court upon notice and a hearing pursuant to the provisions of this Order, Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and such other procedures as may be fixed by order of this Court, for professional services rendered and expenses incurred by FPM; and it is further

**ORDERED**, that prior to any increases in FPM's rates, FPM shall file a supplemental declaration with the Court and provide ten (10) business days' notice to the Debtor, the United States Trustee and any official committee, which supplemental declaration shall explain the basis for the requested rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtor has consented to the rate increase.  The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in Section 330 of the Bankruptcy Code, and all rates and rate increases are subject to review by the Court; and it is further

**ORDERED**, that for the avoidance of doubt, all payments to FPM on account of compensation in this Chapter 11 Case shall in all respects remain subject to the terms of any

2

documents or orders of this Court concerning debtor in possession financing or the use of cash and other collateral, including but not limited to any approved budget associated therewith, and which shall control in the event of any conflict between the relief contemplated by this Order and those materials; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

**ORDERED**, that if there is any inconsistency between the terms of this Order, the Application, and the Phillips Affidavit, the terms of this Order shall govern.

**NO OBJECTION:**

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By*: /S/  Stan Y. Yang   1/24/2017*
Stan Y. Yang, Esq.
TRIAL ATTORNEY

Dated: **Central Islip, New York**
     **January 29, 2017**

            **Robert E. Grossman**
            **United States Bankruptcy Judge**