| | |
|---|---|
| **KLESTADT WINTERS JURELLER** | **Hearing Date: May 22, 2017** |
| **SOUTHARD & STEVENS, LLP** | **Hearing Time: 1:30 p.m. (EST)** |
| 200 West 41st Street, 17th Floor | |
| New York, NY 10036-7203 | **Objection Deadline: May 15, 2017** |
| Telephone: (212) 972-3000 | at 4:00 p.m. (EST) |
| Facsimile: (212) 972-2245 | |
| Sean C. Southard | |
| Lauren C. Kiss | |

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                                     :        Chapter 11
                                                                               :
DOWLING COLLEGE,                                              :
f/d/b/a DOWLING INSTITUTE,                              :        Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI         :
ASSOCIATION,                                                      :
f/d/b/a CECOM,                                                     :
a/k/a DOWLING COLLEGE, INC.,                       :
                                                      Debtor.        :
-----------------------------------------------------------------x

### NOTICE OF HEARING TO CONSIDER FIRST APPLICATIONS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Robert E. Grossman, United States Bankruptcy Judge for the Eastern District of New York, at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Room 860, Central Islip, New York 11722, on the **22nd day of May, 2017 at 1:30 p.m. (EST)**, or as soon thereafter as counsel can be heard, to consider the following applications (collectively, the "**Fee Applications**") of the professionals retained in this case, each of which is listed on Exhibit A annexed hereto, for interim allowance of compensation and reimbursement of expenses incurred.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the Fee Applications shall be made in writing, shall state with particularity the grounds for the objection, and shall be filed with the Bankruptcy Court, in electronic format, by utilizing the Court's electronic case filing system at www.ecf.nyeb.uscourts.gov, or if the same cannot be filed electronically, by manually filing same with the Clerk of the Court together with a CD-ROM containing same in Word, WordPerfect or .pdf format, with a hard copy provided to the Clerk's Office at Bankruptcy Court, Alfonse D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York, 11722 and served upon (i) Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York, 10036, Attn: Sean C. Southard, Esq., counsel to the Debtor and Debtor-in-Possession; (ii) Office of the United States Trustee for the Eastern District

of New York, Alfonse D'Amato U.S. Courthouse, 560 Federal Plaza, Central Islip, New York, 11722, Attn: Stan Yang, Esq., Trial Attorney; and (iii) the Professional who Fee Application is subject to the objection, so as to be received no later than **May 15, 2017 at 4:00 p.m. (EST).**

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Applications may be adjourned without further notice except as announced in open court on the Hearing Date, or at any adjourned hearing.

Dated:  New York, New York
        April 28, 2017

                       **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

                       By: */s/ Sean C. Southard*
                            Sean C. Southard, Esq.
                            Lauren C. Kiss, Esq.
                            200 West 41st Street, 17th Floor
                            New York, New York 10036-7203
                            Telephone: (212) 972-3000
                            Facsimile: (212) 972-2245
                            Email: ssouthard@klestadt.com
                                       lkiss@klestadt.com

                            *Counsel to Debtor and Debtor in Possession*

**EXHIBIT A**

| Applicant and Docket No. | Capacity | Application Period | Interim Compensation Requested | Interim Reimbursement of Expenses Requested | Total |
|---|---|---|---|---|---|
| Klestadt Winters Jureller Southard & Stevens, LLP Docket No. 307 | Counsel to the Debtor and Debtor-in-Possession | 11/29/16 – 3/31/17 | $522,896.25 | $9,239.82 | $532,136.07 |
| Smith & Downey, P.A. Docket No. 308 | Special Counsel to the Debtor and Debtor-in-Possession | 11/29/16 – 3/31/17 | $8,516.25 | $0.00 | $8,516.25 |
| Eichen & DiMeglio, P.C. Docket No. 309 | Accountants to the Debtor and Debtor-in-Possession | 11/29/16 – 3/31/17 | $36,157.00 | $541.22 | $36,698.22 |
| FPM Group, Ltd. Docket No. 310 | Consultants to the Debtor and Debtor-in-Possession | 12/6/16 – 3/31/17 | $28,843.27 | $12,846.12 | $41,689.39 |
| SilvermanAcampora LLP Docket No. 305 | Counsel to the Official Committee of Unsecured Creditors | 12/12/16 – 3/31/17 | $205,992.50 | $242.35 | $206,234.85 |