Form 210A (10/06)

# United States Bankruptcy Court
# Eastern District of New York (Central Islip)

**In re:**    **Dowling College,**
**Case No.**    **8-16-75545-reg**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
**Fair Harbor Capital, LLC**
**As assignee of Cynthia Grossman**

Name of Transferor:
**Cynthia Grossman**

Name and Address where notices to transferee should be sent:

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Court Claim # (if known):  GCG #: 1003156
Amount of Claim:  $15,760.00
Date Claim Filed:

Name and Address of Transferor:

Cynthia Grossman
68 Birchwood Road
Coram, New York  11727

Phone:  ___212 967 4035_____
Last Four Digits of Acct #:  _____n/a_____

Phone:
Last Four Digits of Acct. #:  ___n/a____

Name and Address where transferee payments should be sent (if different from above):

Phone:  _____n/a_____
Last Four Digits of Acct #:  _____n/a_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/*Fredric Glass*_____ Date:____May 2, 2017_____
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Eastern District of New York (Central Islip)

**In re:       Dowling College,**
**Case No.    8-16-75545-reg**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No.  GCG #: 1003156 (if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on May 2, 2017.

Name of Transferee:
  **Fair Harbor Capital, LLC**
**as** assignee of Cynthia Grossman

Name of Alleged Transferor:
  **Cynthia Grossman**

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Name and Address of Alleged Transferor:

Cynthia Grossman
68 Birchwood Road
Coram, New York  11727

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objection must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                      _____
                                                             Clerk of the Court

## Notice of Transfer and Waiver of Notice

CYNTHIA GROSSMAN ("Seller") sells, transfers and assigns onto Fair Harbor Capital, LLC, with and address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's claim in the amount of $15,760.00 (as defined in the Agreement) against Dowling College or any of its co-debtor in the United States Bankruptcy Court, Eastern District of New York (Central Islip), Case No 8-16-75545-reg.

Seller Hereby waives its right to raise and objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

In Witness Whereof, CYNTHIA GROSSMAN (Seller) has signed below as of __4/6/17__ (date)

By: _[signature]_   Cynthia Grossman
Signature            Print Name

In Witness Whereof, Fair Harbor Capital, LLC (Purchaser) has signed
By: _[signature]_
Fred Glass
_Victor Knox_

04/07/2017 15:06   1796   STAPLES   PAGE 06