## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
**In re** : **Chapter 11**
:
**DOWLING COLLEGE,**[1] : **Case No. 16-75545 (REG)**
:
**Debtor.** :
:
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                         ) ss
COUNTY OF **NASSAU**     )

I, Gea Somma*,* being duly sworn, depose and state:

1. I am an Assistant Director with the Garden City Group, LLC, the claims and noticing agent for the debtor and debtor-in-possession (collectively, the "Debtor") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On April 28, 2017, I caused a true and correct copy of the Form 2100B Notice to be served upon the respective parties identified on **Exhibit A** by first class mail.

3. On May 2, 2017, I caused a true and correct copy of the Form 2100B Notice to be served upon the respective parties identified on **Exhibit B** by first class mail.

/s/ Gea Somma
Gea Somma

Sworn to before me this 3rd day of
April, 2017

/s/ Debra Wolther
Debra Wolther
Notary Public, State of New York
Qualified in Nassau County
Lic. #02WO4853469
Commission Expires January 27, 2018

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078). The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

# EXHIBIT A

| Docket # | Transferor | Transferee |
|---|---|---|
| 304 | Classic Coach Transportation<br>38 New St, Ste 2<br>Huntington, NY 11749-3463 | Classic Coach Transportation<br>c/o Argo Partners<br>12 W 37 St<br>9th Floor<br>New York, NY 10018 |

# EXHIBIT B

| Docket # | Transferor | Transferee |
|---|---|---|
| 318 | Cynthia Grossman<br>68 Birchwood Road<br>Coram, NY 11727 | Cynthia Grossman<br>c/o Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>PO Box 237037<br>New York, NY 10023 |
| 319 | Innovative Interfaces Inc<br>PO Box 74008010<br>540 W Madison, 4th Floor<br>Chicago, IL 60674-8010 | Innovative Interfaces Inc<br>c/o Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>PO Box 237037<br>New York, NY 10023 |