**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re

        **DOWLING COLLEGE**

        Debtor

------------------------------------------------------------x

Chapter 11
Case No. 16-75545

# NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the transfer of claim from **Classic Coach Transportation (doc. #304)** to Argo Partners is hereby withdrawn.

Dated: May 5, 2017

/s/ Matthew Binstock
Matthew Binstock
Argo Partners
(212) 643-5446