UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

DOWLING COLLEGE,
f/d/b/a DOWLING INSTITUTE,
f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,
f/d/b/a CECOM,
a/k/a DOWLING COLLEGE, INC.,

        Debtor.

Chapter 11

Case No. 16-75545 (REG)

### FIFTH REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM APRIL 1, 2017 THROUGH APRIL 30, 2017

The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("RSR") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("Mr. Rosenfeld") as Chief Restructuring Officer ("CRO") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period April 1, 2017 through April 30, 2017.

    Exhibit A –   Summary of Fees and Expenses

    Exhibit B –   Summary of Services by Project Category

    Exhibit C –   Detailed time entries by Project Category

    Exhibit D –   Detail of Expenses Incurred

By: _/s/ Robert S. Rosenfeld_
Robert S. Rosenfeld
May 7, 2017

**Exhibit A**

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses**
**4/1/17 Through 4/30/17**

**Summary of Fees**

| Summary by Professional | Responsibility | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| R. Rosenfeld | Chief Restructuring Officer | 93.40 | $ 390.00 | $ 36,426.00 |
| N. Bivona | Consultant | 155.20 | $ 375.00 | 58,200.00 |
| R. McLeod | Consultant | 4.80 | $ 335.00 | 1,608.00 |
| **Total** | | **253.40** | | **$ 96,234.00** |
| **Average blended hourly rate** | | | | **$ 379.77** |

**Summary of Expenses**

| Expense Categories | Total |
|---|---:|
| **Accounting-software** | $ 6.00 |
| **Office Supplies** | 93.41 |
| **Overnight mail** | 25.73 |
| **Total Disbursements** | **$ 125.14** |

**RSR Consulting, LLC**           **Exhibit B**

**Dowling College - Case #16-75545 (REG)**
**Summary of Services by Project Category**
**4/1/17 to 4/30/17**

| Category | Billable Time | Billable Amt |
|---|---:|---:|
| **Totals For Asset Analysis and Recovery** | 7.90 | $3,030.00 |
| **Totals For Asset Disposition** | 64.20 | $24,621.00 |
| **Totals For Bankruptcy Motions** | 1.10 | $417.00 |
| **Totals For BRV-Stony Brook Dorm** | 9.20 | $3,588.00 |
| **Totals For Business Analysis** | 25.70 | $9,637.50 |
| **Totals For Business Operations** | 75.70 | $28,590.00 |
| **Totals For Business Plan** | 2.20 | $825.00 |
| **Totals For Cash Monitoring** | 4.80 | $1,608.00 |
| **Totals For Claims Administration and Objections** | 0.50 | $195.00 |
| **Totals For Claims Investigation** | 3.80 | $1,425.00 |
| **Totals For Court Hearings** | 5.00 | $1,920.00 |
| **Totals For Creditor Committee Issues and Information Requests** | 0.40 | $150.00 |
| **Totals For Creditor Inquiries** | 2.10 | $819.00 |
| **Totals For Creditors' Committee-General** | 4.00 | $1,500.00 |
| **Totals For Document Review** | 6.00 | $2,250.00 |
| **Totals For Dowling-Residential Ops** | 5.20 | $1,950.00 |
| **Totals For Dowling-Residential Sales** | 12.60 | $4,818.00 |
| **Totals For Employee Benefits/Pensions** | 3.90 | $1,521.00 |
| **Totals For Fee Applications** | 1.50 | $585.00 |
| **Totals For Financial Analysis** | 1.80 | $702.00 |
| **Totals For Meetings with Creditors and/or Representatives** | 1.10 | $420.00 |
| **Totals For Meetings with Debtor and Representatives** | 6.20 | $2,347.50 |
| **Totals For Retention** | 1.00 | $390.00 |
| **Totals For UST Reporting** | 7.50 | $2,925.00 |
| **Grand Total** | 253.40 | $96,234.00 |

**RSR Consulting, LLC**                                             **Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**4/1/17 to 4/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 04/03/2017 | Neil Bivona | Call w/ S. Henry re: his son''s interest in purchasing life insurance policy owned by Dowling. Re-forwarded and discussed premium and policy information. | 0.50 | $375.00/hr | $187.50 |
| 04/10/2017 | Neil Bivona | Research Dowling owned island (Pattersquash Island) in Town of Brookhaven, Suffolk County; prepare e-mail correspondence to S. Southard re: the same.. | 1.50 | $375.00/hr | $562.50 |
| 04/12/2017 | Robert Rosenfeld | Analyze remaining residential real properties available for sale in connection with marketing of properties. | 1.50 | $390.00/hr | $585.00 |
| 04/13/2017 | Robert Rosenfeld | Tour Dowling library for archives and special collections and meet with D. Holliday to discuss inventory of collections and asset disposition. | 1.50 | $390.00/hr | $585.00 |
| 04/13/2017 | Robert Rosenfeld | Revise analysis on remaining real estate for disposition at ( | 1.50 | $390.00/hr | $585.00 |
| 04/19/2017 | Neil Bivona | Search for and review BOT files and minutes related to establishment of student activity fund / S. Rudolph donation in Jan 2015. | 1.10 | $375.00/hr | $412.50 |
| 04/25/2017 | Neil Bivona | Call with C> Grossman re: S. Rudolph contribution to Student Activity Center fund. | 0.30 | $375.00/hr | $112.50 |
| **nd Recovery** | | | **7.90** | | **$3,030.00** |
| **Asset Disposition** | | | | | |
| 04/03/2017 | Neil Bivona | Pre-auction and auction communication/press planning call w/ Klestadt & MH/A&G. | 0.60 | $375.00/hr | $225.00 |
| 04/03/2017 | Neil Bivona | Follow up on various items related to bidders & auction including arranging security and discussions w/ Miller environmental re: reliance letters for phase I reports. | 0.50 | $375.00/hr | $187.50 |
| 04/03/2017 | Robert Rosenfeld | Call with N. Sterling (ML Strategies); Jamie Cote; J. Hubbard; G. Cahn; S. Southard; N. Bivona regarding preparation for auction and public relations for Debtor. | 0.50 | $390.00/hr | $195.00 |
| 04/03/2017 | Robert Rosenfeld | Review revised APA's for sale of Oakdale campus and discuss with counsel revisions and preparation for auction. | 2.00 | $390.00/hr | $780.00 |
| 04/03/2017 | Robert Rosenfeld | Review agreement for disposal of personal property in art studio property and send to counsel for filing with court. | 0.50 | $390.00/hr | $195.00 |
| 04/04/2017 | Neil Bivona | Attend auction for Oakdale campus including various pre and post auction meetings. | 7.00 | $375.00/hr | $2,625.00 |
| 04/04/2017 | Robert Rosenfeld | Attend auction for Oakdale campus. | 7.00 | $390.00/hr | $2,730.00 |
| 04/05/2017 | Robert Rosenfeld | Call with ACA and representatives; R. Friedman; S. Southard regarding auction results. | 0.40 | $390.00/hr | $156.00 |
| 04/05/2017 | Robert Rosenfeld | Meeting with Board of Trustees to discuss status of auction | 0.40 | $390.00/hr | $156.00 |
| 04/05/2017 | Robert Rosenfeld | Call with J. Curtin to discuss status of auction results and ca | 0.30 | $390.00/hr | $117.00 |
| 04/05/2017 | Robert Rosenfeld | Respond to follow up questions relating to Oakdale campus (.8); work on press release statement on auction (.3); attend meeting with Public relations consultant and brokers relating to statement to send to press relating to auction (.4) | 1.50 | $390.00/hr | $585.00 |

1

**RSR Consulting, LLC**                                                                                                    **Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**4/1/17 to 4/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 04/05/2017 | Neil Bivona | Auction status update call w/ BOT. | 0.30 | $375.00/hr | $112.50 |
| 04/05/2017 | Neil Bivona | Auction / bidder status update call w/ ACA, A&G/MH, R. Rosenfeld and respective counsel. | 0.50 | $375.00/hr | $187.50 |
| 04/06/2017 | Neil Bivona | Call with ACA and Oppenheimer representatives; R. Friedman; S. Southard and brokers re: bids on Oakdale property. | 1.00 | $375.00/hr | $375.00 |
| 04/06/2017 | Neil Bivona | Call w/ D. Ramzan from Adelphi re: interest in taking over custody of Dowling archives from library. | 0.40 | $375.00/hr | $150.00 |
| 04/06/2017 | Neil Bivona | Meet w/ D. cook re: various proposals on IT equipment removal, data wiping, disposal. | 0.50 | $375.00/hr | $187.50 |
| 04/06/2017 | Neil Bivona | Review Iron Mountain proposal rE: document collection, boxing for archiving & disposal/shredding of remainder. Meet w/ D. Cook & R. Rosenfeld to discuss the same. Also discuss servicer relocation & electronic data preservation. | 0.80 | $375.00/hr | $300.00 |
| 04/06/2017 | Robert Rosenfeld | Call with R. Bertucci (Oppenheimer) to discuss issues relating to response to Island Estate offer for residential portfolio; Stony Brook University lease extension; marketing of residential portfolio going forward. | 1.50 | $390.00/hr | $585.00 |
| 04/06/2017 | Robert Rosenfeld | Call with ACA and Oppenheimer representatives; R. Friedman; S. Southard and brokers relating to auction results and steps going forward. | 1.00 | $390.00/hr | $390.00 |
| 04/06/2017 | Robert Rosenfeld | Prepare and revise analysis on Stony Brook lease economics and Island Estate offer analysis and provide to R. Bertucci (Oppenheimer). | 1.30 | $390.00/hr | $507.00 |
| 04/06/2017 | Robert Rosenfeld | Attend Board of Trustees' meeting to discuss sale of Oakda | 0.40 | $390.00/hr | $156.00 |
| 04/06/2017 | Robert Rosenfeld | Discussions with S. Southard relating to Oakdale campus sale (.5); review notice of sale of residential properties for filing (.5) and provide to R.Bertucci. | 1.00 | $390.00/hr | $390.00 |
| 04/07/2017 | Neil Bivona | Meet w/ D. Ramzan (Adelphi) and D. Holliday re: possible custody transfer of Dowling Archives to Adelphi. | 1.00 | $375.00/hr | $375.00 |
| 04/07/2017 | Robert Rosenfeld | Call with ACA and representatives; S. Southard; R. Friedman to discuss purchaser of Oakdale campus. | 0.40 | $390.00/hr | $156.00 |
| 04/07/2017 | Robert Rosenfeld | Call with NY State Attorney General office; S. Southard and buyer's counsel to discuss review of purchaser background. | 0.40 | $390.00/hr | $156.00 |
| 04/07/2017 | Robert Rosenfeld | Calls with J. Hubbard and A. Graiser relating to disposition issues on remaining properties. | 1.00 | $390.00/hr | $390.00 |
| 04/07/2017 | Robert Rosenfeld | Calls with S. Southard regarding sale of Oakdale campus (.7); review filing documents relating to Oakdale campus sale and declaration (1.5) | 2.20 | $390.00/hr | $858.00 |
| 04/07/2017 | Robert Rosenfeld | Work on issues relating to record storage and removal in connection with sale of Oakdale campus. | 0.80 | $390.00/hr | $312.00 |

**RSR Consulting, LLC**                                                                                                    **Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**4/1/17 to 4/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 04/10/2017 | Neil Bivona | Various correspondence w L Kiss & W. Benka re faculty/staff, vendor and trustee Non-Estate property notice lists. | 0.30 | $375.00/hr | $112.50 |
| 04/10/2017 | Robert Rosenfeld | Call with Madison Hawk and A&G Realty and to discuss Brookhaven property. | 0.50 | $390.00/hr | $195.00 |
| 04/10/2017 | Robert Rosenfeld | Discussion with N. Bivona follow up on sale process for converted properties. | 0.40 | $390.00/hr | $156.00 |
| 04/10/2017 | Robert Rosenfeld | Call with J. Hubbard (Madison Hawk) status of sales of converted properties and inquiries from buyer of Oakdale campus. | 0.40 | $390.00/hr | $156.00 |
| 04/10/2017 | Robert Rosenfeld | Call with M. Murphy (DE commercial) regarding status of sale of 96 Biltmore and other converted properties. | 0.40 | $390.00/hr | $156.00 |
| 04/11/2017 | Neil Bivona | Correspondence w/ J. Sturchio & R. Rosenfeld re: offer on excess plot of land on Montauk Hwy.  Correspondence w/ J. Sturchio re: marketing of 275 Connetquot. | 0.30 | $375.00/hr | $112.50 |
| 04/11/2017 | Neil Bivona | Correspondence w/ J. Cote re: Princeton interest in remaining residences and converted properties.  Update list of properties still available including status & other pertinent info. | 0.50 | $375.00/hr | $187.50 |
| 04/12/2017 | Robert Rosenfeld | Meeting with N. Bivona and D. Cook regarding discussion on status of winddown activities. | 0.80 | $390.00/hr | $312.00 |
| 04/12/2017 | Robert Rosenfeld | Meeting with N. Bivona to discuss Perkins and Title IV windown and next steps for closing out account. | 0.40 | $390.00/hr | $156.00 |
| 04/13/2017 | Neil Bivona | Review & update property status report. | 0.50 | $375.00/hr | $187.50 |
| 04/17/2017 | Neil Bivona | Meet w/ Iron Mountain to tour / review document retention/destruction needs in Curtin Student Center, Oakdale Dorm and Education North & South buildings. | 2.20 | $375.00/hr | $825.00 |
| 04/17/2017 | Neil Bivona | Prepare summary report of Oakdale campus ancillary properties for Princeton. | 1.00 | $375.00/hr | $375.00 |
| 04/17/2017 | Neil Bivona | Call w/ S. Southard, A&G and MH rE: Princeton interest in personal property and other Oakdale real estate. | 0.50 | $375.00/hr | $187.50 |
| 04/18/2017 | Neil Bivona | Correspondence w/ Mid Island Air and Cradle of Aviation Museum re: approval of NEP motion, completion of property request forms and procedures / scheduling for retrieval of property. | 0.60 | $375.00/hr | $225.00 |
| 04/20/2017 | Neil Bivona | Meet w/ D. Holliday, M. Vega and D. Cook re: progress on library Special Collection project. | 1.10 | $375.00/hr | $412.50 |
| 04/21/2017 | Robert Rosenfeld | call with B. Yellen to discuss proposal for FF&E retention and terms for going forward on engagement. | 0.40 | $390.00/hr | $156.00 |
| 04/22/2017 | Neil Bivona | Call w/ M. Hablenko re: status of A/R analysis & proposal. Documentation requirements if A/R is purchased. | 0.50 | $375.00/hr | $187.50 |
| 04/23/2017 | Neil Bivona | Consolidate results of document retention research & prepare Exhibit B & Notes to Exhibit B to the Document Disposition Motion. | 1.50 | $375.00/hr | $562.50 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**4/1/17 to 4/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 04/24/2017 | Neil Bivona | Make revisions to Schedule B to Document Disposition motion following call w/ S. Southard & L. Kiss. | 2.30 | $375.00/hr | $862.50 |
| 04/24/2017 | Neil Bivona | Call w/ s. Southard, &G / MH & R. Rosenfeld re: sale of personal property in Oakdale.  Follow-up call with J. Cote re: Oppenheimer Oakdale properties. | 0.50 | $375.00/hr | $187.50 |
| 04/24/2017 | Robert Rosenfeld | Discuss liquidator candidates proposals in connection with retention for Debtor. | 0.70 | $390.00/hr | $273.00 |
| 04/24/2017 | Robert Rosenfeld | Call with S. Southard, N. Bivona, A&G Realty, Madison Hawk to discuss status of closing regarding buyer of Oakdale campus. | 0.40 | $390.00/hr | $156.00 |
| 04/25/2017 | Robert Rosenfeld | Call with B. Faustino regarding FF&E liquidators status. | 0.40 | $390.00/hr | $156.00 |
| 04/25/2017 | Robert Rosenfeld | Calls with potential liquidators for Debtor and evaluation of proposals. | 1.50 | $390.00/hr | $585.00 |
| 04/26/2017 | Robert Rosenfeld | Follow up with liquidators of FF&E and send correspondence to ACA for evaluation. | 0.90 | $390.00/hr | $351.00 |
| 04/26/2017 | Neil Bivona | Call w/ M. Murphy re: interest in vacant / unencumbered Montauk Hwy lot & correspondence w/ R. Rosenfeld re: listing/offer price. | 0.50 | $375.00/hr | $187.50 |
| 04/27/2017 | Robert Rosenfeld | Correspondence and meetings relating to retention of FF&E liquidation process and communication to creditors alternatives. Follow up calls with J. Tanenbaum regarding retention agreement. | 3.00 | $390.00/hr | $1,170.00 |
| 04/27/2017 | Neil Bivona | Review NEP property request forms & make calls to arrange appointments for retrieval of personal property. | 0.80 | $375.00/hr | $300.00 |
| 04/27/2017 | Neil Bivona | Meet w/ D> Holliday re: status of library special collection indexing & boxing and discussions with Adelphi re: custody of archives. | 1.00 | $375.00/hr | $375.00 |
| 04/28/2017 | Robert Rosenfeld | Call with J. Tannenbaum (Tiger) and N. Bivona to discuss comments on liquidator agreement. | 0.40 | $390.00/hr | $156.00 |
| 04/28/2017 | Robert Rosenfeld | Follow up discussions with counsel and J. Tannenbaum (Tiger) regarding status of liquidator retention. | 0.70 | $390.00/hr | $273.00 |
| 04/28/2017 | Robert Rosenfeld | Follow up discussions and meetings on FF&E liquidator retention.  Review revised agreements and coordinate final agreements. | 2.50 | $390.00/hr | $975.00 |
| 04/28/2017 | Neil Bivona | Call w/ Wayne form Tiger Group re: pottery & library special collections.  Review and discuss various comments / revisions to Tiger proposed engagement agreement. call w/ J. Tannenbaum, R. Rosenfeld & S. Southard re: final questions, comments & edits to agreement. | 1.10 | $375.00/hr | $412.50 |
| **t Disposition** | | | **64.20** | | **$24,621.00** |
| **Bankruptcy Motions** | | | | | |
| 04/27/2017 | Robert Rosenfeld | Call with S. Southard and L. Kiss regarding motion on document preservation and destruction noticing requirements. | 0.30 | $390.00/hr | $117.00 |
| 04/27/2017 | Neil Bivona | Review revisions to Document Disposition Motion and Exh | 0.80 | $375.00/hr | $300.00 |

4

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**4/1/17 to 4/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| | | **tcy Motions** | **1.10** | | **$417.00** |
| | | **BRV-Stony Brook Dorm** | | | |
| 04/05/2017 | Robert Rosenfeld | Analyze cash flow for BRV dorm in connection with lease extension discussions. | 1.50 | $390.00/hr | $585.00 |
| 04/11/2017 | Robert Rosenfeld | Work on lease extension for BRV dorm with Stony Brook. Discussions with R. Bertucci and review correspondence in revising term sheet. | 2.50 | $390.00/hr | $975.00 |
| 04/12/2017 | Robert Rosenfeld | Call with R. Bertucci relating to lease extension discussions with Stony Brook University relating to Brookhaven Residential Village. | 0.50 | $390.00/hr | $195.00 |
| 04/12/2017 | Robert Rosenfeld | Make revisions to term sheet in connection with Stony Brook lease extension discussions on BRV dorm. | 1.00 | $390.00/hr | $390.00 |
| 04/13/2017 | Robert Rosenfeld | Make revisions to term sheet for SBU lease extension and discuss with R. Bertucci aspects of lease extension. | 1.50 | $390.00/hr | $585.00 |
| 04/13/2017 | Robert Rosenfeld | call with S. Southard, J. Cote, J. Hubbard, Emilio Amendola regarding Stony Brook University lease at BRV dorm. | 0.30 | $390.00/hr | $117.00 |
| 04/18/2017 | Robert Rosenfeld | Call with Stony Brook University representatives and R.Bertucci to discuss lease term renewal. | 0.60 | $390.00/hr | $234.00 |
| 04/21/2017 | Robert Rosenfeld | Calls with B. Bertucci (.3) regarding status of lease negotiations with SBU. | 0.30 | $390.00/hr | $117.00 |
| 04/21/2017 | Robert Rosenfeld | Call with S. Fioto (SBU) regarding follow up to lease extension for BRV dorm. | 0.50 | $390.00/hr | $195.00 |
| 04/21/2017 | Robert Rosenfeld | Prepare correspondence to SBU relating to lease extension | 0.50 | $390.00/hr | $195.00 |
| | | **Brook Dorm** | **9.20** | | **$3,588.00** |
| | | **Business Analysis** | | | |
| 04/03/2017 | Neil Bivona | Complete student record retention and disposal plan reflecting electronic and hardcopy paper records. | 2.60 | $375.00/hr | $975.00 |
| 04/03/2017 | Neil Bivona | Call w/ C. Grossman re scheduling time to review additional files related to endowments and gifts. | 0.30 | $375.00/hr | $112.50 |
| 04/05/2017 | Neil Bivona | Begin document retention plan spreadsheet for HR and Pay | 0.50 | $375.00/hr | $187.50 |
| 04/05/2017 | Neil Bivona | Various correspondence w/ S. Stella re: Cigna / Helathplex claims and NDA. Upload files to secure Box site. | 0.30 | $375.00/hr | $112.50 |
| 04/06/2017 | Neil Bivona | Continue work on six week interim DIP budget extension. | 0.50 | $375.00/hr | $187.50 |
| 04/06/2017 | Neil Bivona | Meet w/ A. Dimola to review HR records retention issues. Review additional related laws & regulations. Continue work on records retention proposal re: HR records. | 1.30 | $375.00/hr | $487.50 |
| 04/06/2017 | Neil Bivona | Meet with C. Grossman re: review of BOT files for references to endowments, scholarships & gifts. | 0.50 | $375.00/hr | $187.50 |
| 04/07/2017 | Neil Bivona | Finalize & circulate proposed six week interim DIP budget e | 1.80 | $375.00/hr | $675.00 |
| 04/07/2017 | Neil Bivona | Continue work on Record Retention proposal. Correspondence w/ J. D'Agti (NYSED) re: student records retention. | 2.00 | $375.00/hr | $750.00 |

RSR Consulting, LLC **Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**4/1/17 to 4/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 04/12/2017 | Neil Bivona | Continue work on document retention proposal. Meet w/ W. Benka re: process and hardcopy/electronic records for scholarship/financial aid awards to students. | 1.50 | $375.00/hr | $562.50 |
| 04/18/2017 | Neil Bivona | Meet w/ A. Dimola and W. Benka re: adjunct faculty agreements, handbooks, class assignment procedures. Search network drives of Provost & several assistants for related documents. Correspondence w/ C. Clayton re: the same. | 1.50 | $375.00/hr | $562.50 |
| 04/19/2017 | Neil Bivona | Continue research and work on document retention proposal schedule for motion to be filed. | 3.50 | $375.00/hr | $1,312.50 |
| 04/20/2017 | Neil Bivona | Continue work on records retention proposal schedule. | 1.80 | $375.00/hr | $675.00 |
| 04/20/2017 | Neil Bivona | Meet w/ C. Grossman re: research of BOT minutes for endo | 1.00 | $375.00/hr | $375.00 |
| 04/21/2017 | Neil Bivona | Continue work on records retention proposal schedule. | 3.50 | $375.00/hr | $1,312.50 |
| 04/21/2017 | Neil Bivona | Review information related to Title IV & Veterans Administration loans / Perkins Loan liquidation & assignment requirements in preparation for meeting with D. Scalzo, S. Dinapoli & A. Stoloff. | 1.00 | $375.00/hr | $375.00 |
| 04/27/2017 | Neil Bivona | Meet w/ C. Grossman re: continued research of Endowment records in BOT minutes. | 1.20 | $375.00/hr | $450.00 |
| 04/27/2017 | Neil Bivona | Meet w/ M. Klotz re: analysis of Student Athletic/activity Center TD account activity & sources of deposits. | 0.50 | $375.00/hr | $187.50 |
| 04/28/2017 | Neil Bivona | Call w/ R. Mcleod re: weekly variance report, status of DIP budget and drafting of wind-down budget & general case update. | 0.40 | $375.00/hr | $150.00 |
| ness Analysis | | | **25.70** | | **$9,637.50** |
| **Business Operations** | | | | | |
| 04/03/2017 | Neil Bivona | Roll forward DIP budget to week 19. Prepare disbursement detail worksheet for payroll. Prepare transfer and disbursement summary reports. | 0.80 | $375.00/hr | $300.00 |
| 04/03/2017 | Neil Bivona | Various meetings w/ W. Benka re: Banner database records storage, server relocation, additional box order for library special collections, leasee pickup of equipment for rejected leases and buyout offer of backup servers. | 1.00 | $375.00/hr | $375.00 |
| 04/03/2017 | Neil Bivona | Review GCG communications escalation report. Respond to inquiries as appropriate. | 0.50 | $375.00/hr | $187.50 |
| 04/03/2017 | Robert Rosenfeld | Call with representatives from Stony Brook University and R. Bertucci (Oppenheimer) regarding lease renewal discussions. | 0.50 | $390.00/hr | $195.00 |
| 04/03/2017 | Robert Rosenfeld | Prepare bank reconciliations to Debtors accounts for Marc | 2.00 | $390.00/hr | $780.00 |
| 04/03/2017 | Robert Rosenfeld | Analyze BRV dorm cash flow in Shirley campus in connection with lease extension with Stony Brook University. | 0.50 | $390.00/hr | $195.00 |
| 04/05/2017 | Neil Bivona | Begin reviewing contents of boxed documents removed from BOT file room. | 1.50 | $375.00/hr | $562.50 |

**RSR Consulting, LLC**                                                                                                                          **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**4/1/17 to 4/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 04/05/2017 | Neil Bivona | Staff meeting with Dowling personnel to provide info on auction an go-forward implications / timeline. | 1.00 | $375.00/hr | $375.00 |
| 04/05/2017 | Neil Bivona | Continue work on interim six week budget extension. Follow up with professionals re: accrued fees and expected timing of invoice payments becoming due. | 2.40 | $375.00/hr | $900.00 |
| 04/05/2017 | Neil Bivona | Meet w/ W. Benka re: server relocation proposals and process / timing / logistics. | 0.70 | $375.00/hr | $262.50 |
| 04/05/2017 | Neil Bivona | Met w/ D. Cook re: document / IT removal proposal status & need for working elevators in all buildings; review and discuss updated surveys on 123 and 135 Idle Hour Blvd; Discuss revised landscaping proposal for Brookhaven only; Stonybrook request for access to BRV Dorm roof for cellular repeater/amplifies installation. | 1.00 | $375.00/hr | $375.00 |
| 04/05/2017 | Neil Bivona | Draft consulting letter agreement w/ D. Holliday re: consulting services related to library Special Collections & Archives. Send to J. Corneau for review & comment. | 2.00 | $375.00/hr | $750.00 |
| 04/05/2017 | Neil Bivona | Review weekly invoices. Prepare disbursement detail worksheet and transfer & disbursement summary reports. | 1.30 | $375.00/hr | $487.50 |
| 04/06/2017 | Neil Bivona | Meet w/ GCG re: return of indexed boxes of student files. | 0.50 | $375.00/hr | $187.50 |
| 04/06/2017 | Neil Bivona | Review & comment on Non-Estate proposed property proc | 0.50 | $375.00/hr | $187.50 |
| 04/06/2017 | Robert Rosenfeld | Process funding for weekly payments; process and make disbursements for weekly disbursements and update Debtor's accounting. | 1.50 | $390.00/hr | $585.00 |
| 04/07/2017 | Neil Bivona | Several calls w/ former student and Xerox Education Services re: defaulted Perkins loan from 2006. Review Dowling Perkins loan files for related documentation. | 1.20 | $375.00/hr | $450.00 |
| 04/07/2017 | Neil Bivona | Review third party document subpoena re: Dowling student. Meet w W. Benka re: search of Banner for info on this student. Search admissions files for hardcopy documents. Call w/ paralegal from serving counsel re: documents and records found and production. | 1.00 | $375.00/hr | $375.00 |
| 04/07/2017 | Neil Bivona | Review DIP budget variance report for Week 18. Prepare weekly DIP compliance report. | 0.80 | $375.00/hr | $300.00 |
| 04/11/2017 | Neil Bivona | Review Title IV regulations as referenced in PPA and ECAR documents with DOE related to Perkins loan liquidation and assignment process. Prepare correspondence to S. Southard in preparation for conference call on 4/12/17. | 2.00 | $375.00/hr | $750.00 |
| 04/11/2017 | Neil Bivona | Review GCG Communication Escalation report. Correspondence w/ two students re: status of degrees. | 0.40 | $375.00/hr | $150.00 |
| 04/11/2017 | Neil Bivona | Continue to research regulations re: document retention for HR records. Make updates to document retention proposal. | 1.00 | $375.00/hr | $375.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**4/1/17 to 4/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 04/12/2017 | Neil Bivona | Review weekly invoices. Prepare invoice detail worksheet. Roll forward budget through week 20; Prepare transfer summary report and disbursement summary report. | 1.60 | $375.00/hr | $600.00 |
| 04/12/2017 | Neil Bivona | Meet w/ A. Stoloff re: DOE stop payments on Perkins consolidation loan checks. Call Miranda at DOE to discuss, LM. Meet w/ A . Stoloff re: balance on student loan in collections. Correspondence w/ Allied collection agency re: the same. | 0.70 | $375.00/hr | $262.50 |
| 04/12/2017 | Neil Bivona | Review two proposals for IT / Server relocation from Fortunoff Hall to remote offsite location. Prepeare list of questions/comments & send to/discuss w/ W. Benka. | 1.10 | $375.00/hr | $412.50 |
| 04/13/2017 | Neil Bivona | Meet w/ D. Holliday re: status of library special collection project & meeting w/ Adelphi re: archives. | 1.50 | $375.00/hr | $562.50 |
| 04/13/2017 | Neil Bivona | Review and additional comments to BOT status update rep | 0.30 | $375.00/hr | $112.50 |
| 04/13/2017 | Neil Bivona | Meet w/ D. Impgliazzo re: outstanding student inquiries, contact w/ NYSED re: degree conferrals and certification recommendations. | 0.50 | $375.00/hr | $187.50 |
| 04/13/2017 | Neil Bivona | Roll forward borrowing cumulative availability worksheet through week 20. Prepare notice of borrowing for weeks 21-22. | 1.40 | $375.00/hr | $525.00 |
| 04/13/2017 | Neil Bivona | Review & comment on updated status report for BOT upda | 0.70 | $375.00/hr | $262.50 |
| 04/13/2017 | Neil Bivona | Prepare DIP Account transfers and wire transfers for weekl | 0.40 | $375.00/hr | $150.00 |
| 04/13/2017 | Neil Bivona | Review files in desks and file cabinets in Education North Building. Separate and box files containing confidential or personal information for shredding. | 1.50 | $375.00/hr | $562.50 |
| 04/13/2017 | Robert Rosenfeld | Process bills for payment and issue disbursements for wee | 2.00 | $390.00/hr | $780.00 |
| 04/14/2017 | Neil Bivona | Continue research / work on document retention proposal | 1.50 | $375.00/hr | $562.50 |
| 04/15/2017 | Neil Bivona | Review weekly variance report for week 19 & prepare weekly compliance reporting package for DIP lenders. | 1.00 | $375.00/hr | $375.00 |
| 04/17/2017 | Neil Bivona | Revise notice of borrowing & prepare FPM Group invoice a | 1.00 | $375.00/hr | $375.00 |
| 04/18/2017 | Neil Bivona | Review professional invoices. Prepare invoice / holdback tracking report. | 1.50 | $375.00/hr | $562.50 |
| 04/18/2017 | Neil Bivona | Calls w/ S. Southard and M. Murphy re: sale of 96 Biltmore Ave & exclusion of contents. Discussion w/ D. Cook re: timing of final approval for sale of contents and scheduling of time for purchaser pickup. Prepare notice to UCC re: proposed sale. | 1.00 | $375.00/hr | $375.00 |
| 04/18/2017 | Neil Bivona | Call w/ Janus group re: medical and dental claim adjudicati | 0.50 | $375.00/hr | $187.50 |
| 04/19/2017 | Neil Bivona | review Ingerman Smith post-petition invoices & add to tracking schedule. correspondence w/ L. Kiss re: status of retention. | 1.20 | $375.00/hr | $450.00 |
| 04/20/2017 | Neil Bivona | Review weekly invoices. Roll forward budget to week 21. Prepare disbursement detail worksheet, transfer summary report and disbursement summary report. | 2.20 | $375.00/hr | $825.00 |
| 04/20/2017 | Neil Bivona | Review weekly variance report. Prepare week 20 DIP Comp | 1.50 | $375.00/hr | $562.50 |

8

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**4/1/17 to 4/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 04/21/2017 | Robert Rosenfeld | Process funding and payments for week and update in quic | 2.00 | $390.00/hr | $780.00 |
| 04/21/2017 | Neil Bivona | Set up payments and transfers for weekly disbursements. | 0.50 | $375.00/hr | $187.50 |
| 04/21/2017 | Neil Bivona | Review March invoices form Silverman Acampora and FPM Group. Update professional fee tracking report. | 0.50 | $375.00/hr | $187.50 |
| 04/21/2017 | Neil Bivona | Meet w/ D. Cook re: archived records at Iron Mountain and Astro Moving & Storage & plan to retrieve from Astro & relocate to Brookhaven hanger. | 0.30 | $375.00/hr | $112.50 |
| 04/21/2017 | Neil Bivona | Review change order from Datamax re: grade roster scanning for transfer to LIU. Correspondence w/ K. Berger at Datamax and R. Rosenfeld re: the same. | 0.40 | $375.00/hr | $150.00 |
| 04/21/2017 | Robert Rosenfeld | Updates Debtor books and records in QuickBooks. | 0.50 | $390.00/hr | $195.00 |
| 04/22/2017 | Robert Rosenfeld | Cut checks for week of 4/21/17. | 0.50 | $390.00/hr | $195.00 |
| 04/22/2017 | Neil Bivona | Meet W. D. Scalzo, S. DiNapoli & A. Stoloff re: status of Title IV reconciliations & close-out of prior years; Perkins liquidation/assignment process, timing & issues to address; status of Student A/R. Status of returned DOE Perkins Loan consolidation payoff checks. | 2.50 | $375.00/hr | $937.50 |
| 04/24/2017 | Neil Bivona | Cann w/ M. Mudd at USDOE re: stops on Perkins Loan consolidation checks, go forward procedures for application of consolidation payoffs. | 0.40 | $375.00/hr | $150.00 |
| 04/24/2017 | Neil Bivona | Meet w/ M. Vega re: boxing & Indexing of student files in Bursar's office. | 0.50 | $375.00/hr | $187.50 |
| 04/24/2017 | Neil Bivona | Review Klestadt February invoice. Update professional tracking spreadsheet. | 0.30 | $375.00/hr | $112.50 |
| 04/24/2017 | Neil Bivona | Correspondence to G. Gerrans re: status of Perkins loan portfolio liquidation & assignment process. | 0.20 | $375.00/hr | $75.00 |
| 04/24/2017 | Neil Bivona | Correspondence w/ J. D'Agati re: document retention & info on purchaser of Oakdale campus. | 0.30 | $375.00/hr | $112.50 |
| 04/25/2017 | Neil Bivona | Call & correspondence w/ D. Sccabarrasi (SCS) re: recall of Perkins loan collection accounts. | 0.50 | $375.00/hr | $187.50 |
| 04/25/2017 | Neil Bivona | Review correspondence from L. Clavell at Allied Collection Services rE: recall of Perkins Loan account. Follow-up correspondence with D. Klien at Conduent re: the same. | 0.50 | $375.00/hr | $187.50 |
| 04/25/2017 | Neil Bivona | Further research re: Perkins Loan liquidation process related to (i) outstanding judgments against borrowers and (ii) institutional loss of interest in loan portfolio upon assignment to DOE. | 1.50 | $375.00/hr | $562.50 |
| 04/25/2017 | Neil Bivona | Call & correspondence w/ E. Labita re: preparation and filing of June 2016 990 tax returns. | 0.50 | $375.00/hr | $187.50 |
| 04/26/2017 | Neil Bivona | Call w/ L. Kiss re: status of retention of Smith & Downey & Ingerman Smith; Review pending invoices for all professionals and discuss timing of invoices clearing objection periods for payment. | 0.30 | $375.00/hr | $112.50 |
| 04/26/2017 | Neil Bivona | Review correspondence re: status of defaulted Perkins Loan accounts in collection with Allied & SCS. | 0.30 | $375.00/hr | $112.50 |
| 04/26/2017 | Neil Bivona | Review weekly invoices. Prepare weekly disbursement det | 1.50 | $375.00/hr | $562.50 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**4/1/17 to 4/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 04/26/2017 | Neil Bivona | Meet w/ D. Cook re: initial draft of wind-down budget. | 0.50 | $375.00/hr | $187.50 |
| 04/26/2017 | Neil Bivona | Continue work on wind-down budget. | 1.00 | $375.00/hr | $375.00 |
| 04/26/2017 | Neil Bivona | Review GCG Communications escalation report & prepare responses as necessary. | 0.50 | $375.00/hr | $187.50 |
| 04/26/2017 | Neil Bivona | Meet w? A. Stoloff, A. Dimol and M> Klotz re: review, boxing & indexing of HR / personnel records. | 0.70 | $375.00/hr | $262.50 |
| 04/26/2017 | Neil Bivona | Prepare & circulate Notice of Borrowing for weeks 23-24. | 1.10 | $375.00/hr | $412.50 |
| 04/27/2017 | Robert Rosenfeld | Process bill and check payments for week. | 1.50 | $390.00/hr | $585.00 |
| 04/27/2017 | Robert Rosenfeld | Review responses to document retention motion and attend call with S. Southard and N. Bivona relating to responses from NYSED. | 0.50 | $390.00/hr | $195.00 |
| 04/27/2017 | Neil Bivona | Meet w/ M. Vega re: ongoing project to box and index stud | 1.00 | $375.00/hr | $375.00 |
| 04/27/2017 | Neil Bivona | Review of comments by A. Baldwin (NYSED) re: proposed document disposition motion. Review motion/schedule B in relation to areas of comments. Call w S. Southard & L. Kiss re: the same. Review S. Southard proposed response to A. Baldwin. | 1.40 | $375.00/hr | $525.00 |
| 04/27/2017 | Neil Bivona | Prepare weekly disbursement and transfer summary reports. Set up transfers and wire disbursements for approval/transmittal. | 1.00 | $375.00/hr | $375.00 |
| 04/27/2017 | Neil Bivona | Call/ JTT Leasing re: buyout of Tivoli backup servers lease at a discount & waiver of remaining claims. Correspondence w/ S> Southard & R> Rosenfeld re: the same. Prepare and circulate proposal e--mail to ACA, Oppenheimer and UCC. | 1.50 | $375.00/hr | $562.50 |
| 04/28/2017 | Neil Bivona | Call w/ S. Stella & M. Hablenko (JZANUS) re: review of Helathplex & Cigna information for analysis & adjudication of unprocessed employee claims and review of outstanding student A/R information. | 1.30 | $375.00/hr | $487.50 |
| 04/28/2017 | Neil Bivona | Review and respond to M. Grochowski inquiries re: notice of bottling for weeks 23-24. | 0.50 | $375.00/hr | $187.50 |
| 04/30/2017 | Robert Rosenfeld | Work on bank reconciliations for Debtor's accounts for Apr | 2.00 | $390.00/hr | $780.00 |
| s Operations | | | 75.70 | | $28,590.00 |
| **Business Plan** | | | | | |
| 04/24/2017 | Neil Bivona | Begin work on wind-down budget for recovery analysis. | 1.00 | $375.00/hr | $375.00 |
| 04/25/2017 | Neil Bivona | Work on wind-down plan & budget. | 1.20 | $375.00/hr | $450.00 |
| usiness Plan | | | 2.20 | | $825.00 |
| **Cash Monitoring** | | | | | |
| 04/06/2017 | Robert McLeod | Prepare Week 18 cash actual vs. budget compliance report; circulate amongst RST team for review. | 0.70 | $335.00/hr | $234.50 |
| 04/14/2017 | Robert McLeod | Prepare Week 19 cash actual vs. budget compliance report; circulate amongst RST team for review. | 0.80 | $335.00/hr | $268.00 |
| 04/20/2017 | Robert McLeod | Prepare Week 20 cash actual vs. budget compliance report; circulate amongst RST team for review. | 1.50 | $335.00/hr | $502.50 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
4/1/17 to 4/30/17

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 04/21/2017 | Robert McLeod | Prepare Week 21 preliminary cash actual vs. budget compliance report; circulate amongst RST team for review. | 1.00 | $335.00/hr | $335.00 |
| 04/28/2017 | Robert McLeod | Finalize Week 21 cash actual vs. budget compliance report; update call amongst RSR team to review next steps regarding updates to budget. | 0.80 | $335.00/hr | $268.00 |
| **n Monitoring** | | | **4.80** | | **$1,608.00** |
| **Claims Administration and Objections** | | | | | |
| 04/25/2017 | Robert Rosenfeld | Call with I. Nikelsberg, Marcy Ulrig (Garden City Group), N. Bivona, S. Southard, L. Kiss to discuss claims analysis for filed claims to date. | 0.50 | $390.00/hr | $195.00 |
| **d Objections** | | | **0.50** | | **$195.00** |
| **Claims Investigation** | | | | | |
| 04/19/2017 | Neil Bivona | Call w/ Jzanus re: set-up on FTP site & upload of cigna and healthplex files for their review. | 1.00 | $375.00/hr | $375.00 |
| 04/19/2017 | Neil Bivona | Meeting w/ A. Dimola and W. Benka re: adjunct faculty agreements and Fall 2016 class schedules. Perform additional searches of network drives fro relevant data. Forward information to B. Scott & S. Southard for review. | 1.30 | $375.00/hr | $487.50 |
| 04/25/2017 | Neil Bivona | Call with I. Nikelsberg, Marcy Ulrig (Garden City Group), R. Rosenfeld, S. Southard, L. Kiss to discuss claims analysis for filed claims to date. | 0.50 | $375.00/hr | $187.50 |
| 04/26/2017 | Neil Bivona | Meet w/ A. Dimola re: unemployment claim payments by NYS / reimbursement invoices.  Review / analyze invoices & provide info to S. Southard, R. Rosenfeld & R. Friedman. | 1.00 | $375.00/hr | $375.00 |
| **nvestigation** | | | **3.80** | | **$1,425.00** |
| **Court Hearings** | | | | | |
| 04/10/2017 | Neil Bivona | Attend Court hearing incl. before and after discussions with various parties. | 2.00 | $375.00/hr | $750.00 |
| 04/10/2017 | Robert Rosenfeld | Attend sale hearing for Oakdale campus and meetings before and after with parties in interest to discuss aspects of closing. | 3.00 | $390.00/hr | $1,170.00 |
| **urt Hearings** | | | **5.00** | | **$1,920.00** |
| **Creditor Committee Issues and Information Requests** | | | | | |
| 04/27/2017 | Neil Bivona | Correspondence w/ B. Powers (Silverman Acampora) re: retention of key personnel PC hard drives.  Meet w/ W. Benka re:: the same. | 0.40 | $375.00/hr | $150.00 |
| **ion Requests** | | | **0.40** | | **$150.00** |
| **Creditor Inquiries** | | | | | |
| 04/05/2017 | Robert Rosenfeld | Respond to R. Bertucci questions on status of residential sales and provide supporting information. | 1.50 | $390.00/hr | $585.00 |

**RSR Consulting, LLC**                                                                                                          **Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**4/1/17 to 4/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 04/10/2017 | Robert Rosenfeld | Call with R. Bertucci (Oppenheimer) regarding update on various issues including Stony Brook Lease extension; residential sales status and converted properties. | 0.60 | $390.00/hr | $234.00 |
| **itor Inquiries** | | | **2.10** | | **$819.00** |
| **Creditors' Committee-General** | | | | | |
| 04/17/2017 | Neil Bivona | Research network drives for adjunct faculty handbooks and agreements requested by UCC counsel. Correspondence w/ S. Southard & C. Clayton re: the same. | 1.20 | $375.00/hr | $450.00 |
| 04/18/2017 | Neil Bivona | Status update meeting with Klestadt & UCC Counsel. | 2.50 | $375.00/hr | $937.50 |
| 04/25/2017 | Neil Bivona | Meet w/ W. Benka re: UCC inquiry for list of key employee hard drives saved and stored offsite. Correspondence w/ R. Friedman re: the same. | 0.30 | $375.00/hr | $112.50 |
| **ttee-General** | | | **4.00** | | **$1,500.00** |
| **Document Review** | | | | | |
| 04/10/2017 | Neil Bivona | Review of U.S. DOE / Dowling Title IV Program Participation Agreement and Eligibility Certification Approval Report. | 1.00 | $375.00/hr | $375.00 |
| 04/11/2017 | Neil Bivona | Review binders with BOT meeting minutes re: BOT resolutions for endowments.  Copy relevant documents. | 1.50 | $375.00/hr | $562.50 |
| 04/14/2017 | Neil Bivona | Review and make edits / additions to Document Procedure | 1.50 | $375.00/hr | $562.50 |
| 04/26/2017 | Neil Bivona | Review of draft Tiger proposed engagement letter re: liquidation of FF&E. | 0.50 | $375.00/hr | $187.50 |
| 04/28/2017 | Neil Bivona | Review NYAG comments to Document Disposition Motion & follow-up correspondence from NYSED re: the same. Call to discuss w/ S. Southard & L. kiss.   Review of proposed final changes to Motion & Exhibit B. | 1.50 | $375.00/hr | $562.50 |
| **nent Review** | | | **6.00** | | **$2,250.00** |
| **Dowling-Residential Ops** | | | | | |
| 04/11/2017 | Neil Bivona | Review status of residential properties in preparation for call w/ Oppenheimer;  Call w/ E. McCarthy to discuss eviction action budget and protocols with respect to rent checks received.  Call w/ R. Bertucci, M. Sato, E. McCarthy re: tenant status and process for proceeding with evictions. | 2.20 | $375.00/hr | $825.00 |
| 04/18/2017 | Neil Bivona | Call w/ R. Bertucci re: status of tenant calls, eviction process, etc. & other updates. | 0.50 | $375.00/hr | $187.50 |
| 04/21/2017 | Neil Bivona | Meet w/ D. cook re: status of calls to residential property tenants w/ respect to April 30 vacate notices. | 0.50 | $375.00/hr | $187.50 |
| 04/24/2017 | Neil Bivona | Meet w/ D. Cook re: status of tenants vacating residential properties.  Prepare correspondence to R. Bertucci re: status. | 0.50 | $375.00/hr | $187.50 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**4/1/17 to 4/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 04/25/2017 | Neil Bivona | Meet w/ D. Cook re: status of tenants vacating residential properties. Follow-up correspondence & calls w/ E. McCarthy & R. Bertucci rE: the same. | 1.00 | $375.00/hr | $375.00 |
| 04/25/2017 | Neil Bivona | Meet w/ D. Hegarty re: ongoing projects to clean out residential properties in prep for sale. | 0.50 | $375.00/hr | $187.50 |
| **sidential Ops** | | | **5.20** | | **$1,950.00** |
| **Dowling-Residential Sales** | | | | | |
| 04/04/2017 | Robert Rosenfeld | Follow up with status of contract for 90 Elsmere. | 0.40 | $390.00/hr | $156.00 |
| 04/05/2017 | Neil Bivona | Various correspondence w/ J. Sturchio. review information request from R.0.5 Bertucci. Review R. Rosenfeld draft response. Provide comments. | 0.50 | $375.00/hr | $187.50 |
| 04/07/2017 | Neil Bivona | Meet w/ J. Sturchio & D. cook re: tour of 275 Connetquot & prep for listing the property for sale. | 1.20 | $375.00/hr | $450.00 |
| 04/10/2017 | Robert Rosenfeld | Review and execute sale contract for 27 Chateau and follow up on notice to Court. | 0.60 | $390.00/hr | $234.00 |
| 04/11/2017 | Robert Rosenfeld | Follow up on offers on Oakdale residential properties for sale and respond to brokers inquiries | 1.00 | $390.00/hr | $390.00 |
| 04/11/2017 | Robert Rosenfeld | Review updated analysis prepared by Douglas Elliman on n | 0.50 | $390.00/hr | $195.00 |
| 04/12/2017 | Neil Bivona | Meet w/ D. Hegarty & D. Cook re: clean-out of Education North building (123 Idle HOur). Boxing & moving limited hardcopy files. Meet w/ W. Benka re: disconnecting / removing PCs. | 0.50 | $375.00/hr | $187.50 |
| 04/12/2017 | Neil Bivona | Review of residential / converted property status report. Discuss w/ R. Rosenfeld Island Estates counter-proposal request and discussions w/ J. Cote re: Princeton interest in some or all of the properties. | 0.50 | $375.00/hr | $187.50 |
| 04/14/2017 | Robert Rosenfeld | Review and correspond with DE Commercial on sale of 96 | 1.20 | $390.00/hr | $468.00 |
| 04/18/2017 | Robert Rosenfeld | Provide updates to Garfunkel Wild and Oppenheimer on residential sale CNO's. | 0.30 | $390.00/hr | $117.00 |
| 04/19/2017 | Neil Bivona | Review of DE market analysis / listing price recommendation for 275 Connetquot. Correspondence w/ J. Sturchio, R. Bertucci & R. Rosenfld re: the same. | 0.60 | $375.00/hr | $225.00 |
| 04/20/2017 | Neil Bivona | Meet w/ J. Sturchio & D. cook re: residential properties, status w/ tenants vacating, listing of 64 Chateau and 275 Connetquot. | 1.30 | $375.00/hr | $487.50 |
| 04/21/2017 | Robert Rosenfeld | Correspondence with J. Sturchio and R. Bertucci regarding offer on 15 Idle Hour buyers desire to reduce purchase price. | 0.50 | $390.00/hr | $195.00 |
| 04/21/2017 | Robert Rosenfeld | Follow up on residential sales at Oakdale. Communicate with J. Sturchio regarding purchase terms of buyer on 15 Idle Hour (.3); communicate with Oppenheimer and Garfunkel Wild regarding moving forward on contract on properties (.4). | 0.70 | $390.00/hr | $273.00 |
| 04/24/2017 | Neil Bivona | Call w/ J. Sturchio re: residential properties. Meet W. D. Cook and J. Sturchio for walk-through of 58 Woodlawn which was vacated over the Weekend. | 0.70 | $375.00/hr | $262.50 |

13

RSR Consulting, LLC                                                                                                    **Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**4/1/17 to 4/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 04/24/2017 | Neil Bivona | Review DE Market analysis for 275 Connetquot. Prepare notice to R. Friedman re: proposed listing price. | 0.60 | $375.00/hr | $225.00 |
| 04/24/2017 | Robert Rosenfeld | Work on sales of residential properties for Oakdale; prepare communications in response to bids from parties interested in residential portfolio. | 1.00 | $390.00/hr | $390.00 |
| 04/26/2017 | Neil Bivona | Correspondence w/ J. Sturchio rE: 72 Chateau, 275 Connetquot & 52 Van Bomel. | 0.50 | $375.00/hr | $187.50 |
| dential Sales | | | **12.60** | | **$4,818.00** |
| **Employee Benefits/Pensions** | | | | | |
| 04/04/2017 | Robert Rosenfeld | Calls with Eichen & Dimegglio and Insurance broker regarding outstanding issues relating to 2015 audit of 403B Plan. | 0.50 | $390.00/hr | $195.00 |
| 04/05/2017 | Robert Rosenfeld | Work on finalization of audit for 403B Plan for 2015 and respond to questions from auditors (1.5); discussions with insurance brokers on open issues relating to ERISA bond requirements (.9) | 2.40 | $390.00/hr | $936.00 |
| 04/06/2017 | Robert Rosenfeld | File 5500 relating to 403B Plan for Debtor. | 1.00 | $390.00/hr | $390.00 |
| fits/Pensions | | | **3.90** | | **$1,521.00** |
| **Fee Applications** | | | | | |
| 04/07/2017 | Robert Rosenfeld | Prepare monthly fee report for RSR Consulting for March 2 | 1.50 | $390.00/hr | $585.00 |
| Applications | | | **1.50** | | **$585.00** |
| **Financial Analysis** | | | | | |
| 04/13/2017 | Robert Rosenfeld | Work on draft estimated recovery analysis for estate. | 1.30 | $390.00/hr | $507.00 |
| 04/25/2017 | Robert Rosenfeld | Work on recovery analysis for Debtor in case. | 0.50 | $390.00/hr | $195.00 |
| cial Analysis | | | **1.80** | | **$702.00** |
| **Meetings with Creditors and/or Representatives** | | | | | |
| 04/07/2017 | Neil Bivona | Call w/ J. Pund & M. Grochowski e: proposed interim DIP budget extension. | 0.60 | $375.00/hr | $225.00 |
| 04/18/2017 | Robert Rosenfeld | Attend meeting with Committee counsel and Debtor's counsel and N.Bivona to discuss status of case. | 0.50 | $390.00/hr | $195.00 |
| resentatives | | | **1.10** | | **$420.00** |
| **Meetings with Debtor and Representatives** | | | | | |
| 04/04/2017 | Robert Rosenfeld | Attend meeting with Board of Trustees regarding auction of Oakdale campus. | 0.40 | $390.00/hr | $156.00 |
| 04/06/2017 | Neil Bivona | BOT meeting re: bids on Oakdale campus. | 0.40 | $375.00/hr | $150.00 |
| 04/10/2017 | Neil Bivona | Meet w/ Dowling staff re: results of hearing. | 0.30 | $375.00/hr | $112.50 |
| 04/12/2017 | Neil Bivona | Cal w/ S. Southard & L. Kiss Re: Perkins Loan liquidation. | 1.00 | $375.00/hr | $375.00 |
| 04/12/2017 | Neil Bivona | Call w/ R. Rosenfeld & S. Southard re: case status, update of status report, scheduling of meetings with BOT and UCC. | 1.00 | $375.00/hr | $375.00 |
| 04/12/2017 | Robert Rosenfeld | Call with N. Bivona and S. Southard relating to status on winddown relating to Perkins Loan reconciliation; Non estate property order and meeting with creditors committee. | 0.60 | $390.00/hr | $234.00 |
| 04/17/2017 | Neil Bivona | Call w/ S. Southard & L. Kiss to review planed status report to UCC and BOT. | 1.50 | $375.00/hr | $562.50 |

14

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**4/1/17 to 4/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 04/24/2017 | Neil Bivona | Call w/ S. Southard & L. Kiss re: document disposition motion / schedule B and Perkins loan liquidation/assignment status. | 0.50 | $375.00/hr | $187.50 |
| 04/25/2017 | Robert Rosenfeld | Call with S. Southard to discuss status of issues and claims analysis for case. | 0.50 | $390.00/hr | $195.00 |
| resentatives | | | 6.20 | | $2,347.50 |
| Retention | | | | | |
| 04/27/2017 | Robert Rosenfeld | Review Farrell Fritz retention for zoning counsel for Debtor and discuss retention and budget with Anthony Guardino. | 1.00 | $390.00/hr | $390.00 |
| or Retention | | | 1.00 | | $390.00 |
| UST Reporting | | | | | |
| 04/03/2017 | Robert Rosenfeld | Work on Monthly Operating Report for March 2017 for De | 1.50 | $390.00/hr | $585.00 |
| 04/06/2017 | Robert Rosenfeld | Work on Monthly Operating Report for March 2017. | 1.50 | $390.00/hr | $585.00 |
| 04/07/2017 | Robert Rosenfeld | Work on Monthly Operating Report for March 2017. | 2.00 | $390.00/hr | $780.00 |
| 04/12/2017 | Robert Rosenfeld | Make revisions to Monthly Operating Report for March 20 | 0.50 | $390.00/hr | $195.00 |
| 04/30/2017 | Robert Rosenfeld | Work on Monthly Operating report for April, 2017. | 2.00 | $390.00/hr | $780.00 |
| ST Reporting | | | 7.50 | | $2,925.00 |
| **Grand Total** | | | **253.40** | | **$96,234.00** |

15

**RSR Consulting, LLC**  **Exhibit D**
**Dowling College - Case #16-75545 (REG)**
**Detailed Expense Report**
**4/1/17 to 4/30/17**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 04/11/2017 | Robert Rosenfeld | Monthly subscription for Right Networks for QuickBooks hosting. | $6.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$6.00** |
| **Office Supplies** | | | |
| 04/07/2017 | Robert Rosenfeld | Purchase toner for printer in office for writing checks - HP 1606 | $93.41 |
| **Totals Billable Amounts for Office Supplies** | | | **$93.41** |
| **Postage & Shipping** | | | |
| 04/28/2017 | Robert Rosenfeld | Overnight mail to M. White for executed documents related to 94 Connetquot closing. | $25.73 |
| **Totals Billable Amounts for Postage & Shipping** | | | **$25.73** |
| **Grand Total** | | | **$125.14** |