# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
**In re**  :  Chapter 11
:
**DOWLING COLLEGE,**[1]  :  Case No. 16-75545 (REG)
:
**Debtor.**  :
:
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**   )
                        ) ss
COUNTY OF **NASSAU**    )

I, Gea Somma, being duly sworn, depose and state:

1.  I am an Assistant Director with the Garden City Group, LLC, the claims and noticing agent for the debtor and debtor-in-possession (collectively, the "Debtor") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On May 9, 2017, I caused a true and correct copy of the Notice of Defective Withdrawal attached hereto as **Exhibit A** to be served by first class mail upon the parties identified on **Exhibit B**.

/s/ Gea Somma
Gea Somma

Sworn to before me this 10th day of
May, 2017

/s/ Debra Wolther
Notary Public, State of New York
No. 02WO4853469
Qualified in Nassau County
My Commission Expires 1/27/2018

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078). The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

# EXHIBIT A



800-327-3664 | gardencitygroup.com
1985 Marcus Avenue, Lake Success, NY 11042

May 9, 2017

Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018

        **Re:**    **Dowling College - Case No. 16-75545 (REG)]**
                 <u>**Defective Withdrawal of Transfer of Claim**</u>

Dear Sir:

Garden City Group, LLC, is the Court-appointed Claims and Noticing Agent in the above-captioned chapter 11 case in the United States Bankruptcy Court, Eastern District of New York. The withdrawal of transfer of claim from Classic Coach Transportation to Argo Partners (ECF No. 322) is defective for the following reason(s):

- ☐ Transferred claim amount is greater than filed or deemed filed claim amount.

- ☐ Deemed filed claim is scheduled as contingent, unliquidated and/or disputed and there is no proof of claim on record.

- ☐ No filed or deemed filed claim on record for this alleged transferor.

- ☐ Alleged transferor is not the current holder of the claim because the claim was previously transferred.

- ☐ Transfer occurred after deadline established for transferring/trading claims.

- ☐ Evidence of transfer attached to docketed transfer is deficient.

- x Transfer of claim (ECF No. 304) was fully processed and is reflected on the official claims register.

Very truly yours,

**Garden City Group, LLC**
Claims and Noticing Agent for the debtor

cc: Classic Coach Transportation

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re

        **DOWLING COLLEGE**

        Debtor

------------------------------------------------------------x

Chapter 11
Case No. 16-75545

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the transfer of claim from **Classic Coach Transportation (doc. #304)** to Argo Partners is hereby withdrawn.

Dated: May 5, 2017

/s/ Matthew Binstock
Matthew Binstock
Argo Partners
(212) 643-5446

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ARGO PARTNERS | 12 W 37 ST | 9TH FLOOR | | | NEW YORK | NY | 10018 |
| CLASSIC COACH TRANSPORTATION | 38 NEW ST STE 2 | | | | HUNTINGTON | NY | 11749-3463 |