**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-
    Possession*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |

---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
<u>FOR HEARING ON MAY 22, 2017 AT 1:30 P.M.</u>**

| **<u>Time and Date of Hearing:</u>** | May 22, 2017 at 1:30 p.m. (Eastern Time) |
|---|---|
| **<u>Location of Hearing:</u>** | Courtroom of the Honorable Robert E. Grossman, United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 |
| **<u>Copies of Motions</u>** <u>**and Applications:**</u> | The Motions and Applications may be viewed on the Court's website (http://www.nyeb.uscourts.gov/) with a login and password to the Court's Public Access to |

|   | Court Electronic Records and copies of such documents can be obtained from the Debtor's noticing agent, Garden City Group, LLC at http://cases.gardencitygroup.com/dco. |
|---|---|

I. **Uncontested Matters:**

1. Adjourned Status Hearing

    Related Documents:

    A. Order Scheduling Initial Case Management Conference [DE 74]

    Status: This matter is going forward.

2. Application of Klestadt Winters Jureller Southard & Stevens, LLP, General Bankruptcy Counsel to the Debtor and Debtor in Possession, for a First Interim Allowance of Compensation and Reimbursement of Expenses for the Period of November 29, 2016 through March 31, 2017 [DE 307]

    Related Documents:

    A. Amended Notice of Hearing to Consider First Applications for Interim Compensation and Reimbursement of Expenses [DE 315]

    B. Affidavit of Service [DE 320]

    Status: This matter is going forward.

3. Application of Smith & Downey, P.A., Special Counsel to the Debtor and Debtor in Possession, for a First Interim Allowance of Compensation and Reimbursement of Expenses for the Period of November 29, 2016 through March 31, 2017 [DE 308]

    Related Documents:

    A. Amended Notice of Hearing to Consider First Applications for Interim Compensation and Reimbursement of Expenses [DE 315]

    B. Affidavit of Service [DE 320]

    Status: This matter is going forward.

4. Application of Eichen & DiMeglio, P.C., Accountants to the Debtor and Debtor in Possession, for a First Interim Allowance of Compensation and Reimbursement

       of Expenses for the Period of November 29, 2016 through March 31, 2017 [DE 309]

       Related Documents:

       A.    Amended Notice of Hearing to Consider First Applications for Interim Compensation and Reimbursement of Expenses [DE 315]

       B.    Affidavit of Service [DE 320]

       Status: This matter is going forward.

5. Application of FPM Group, Ltd., Consultants to the Debtor and Debtor in Possession, for a First Interim Allowance of Compensation and Reimbursement of Expenses for the Period of December 6, 2016 through March 31, 2017 [DE 310]

       Related Documents:

       A.    Amended Notice of Hearing to Consider First Applications for Interim Compensation and Reimbursement of Expenses [DE 315]

       B.    Affidavit of Service [DE 320]

       Status: This matter is going forward.

6. First Interim Application of SilvermanAcampora LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Period December 12, 2016 Through and Including March 31, 2017, and Reimbursement of Expenses [DE 314]

       Related Documents:

       A.    Amended Notice of Hearing to Consider First Applications for Interim Compensation and Reimbursement of Expenses [DE 315]

       B.    Affidavit of Service [DE 320]

       Status: This matter is going forward.

7. Motion of the Debtor for an Order, Pursuant to Fed. R. Bankr. P. 9019, Authorizing and Approving a Settlement By and Between (I) the Debtor, (II) International Union of Operating Engineers Local 30, (III) Gary Bishop and (IV) Justino Reyes [DE 312]

       Related Documents:

      A.      Affidavit of Service [DE 320]

    Status:  This matter is going forward.

8. Debtor's Application for an Order Approving the Retention of Farrell Fritz, P.C., as Special Counsel to the Debtor, *Nunc Pro Tunc* to March 28, 2017 [DE 313]

    Related Documents:

      A.      Affidavit of Service [DE 320]

    Status:  This matter is going forward.

9. Debtor's Motion for an Order Approving and Authorizing Procedures for the Disposition of the Debtor's Records [DE 316]

    Responses Received:

      A.      Objections Raised Informally by (i) Cigna Health and Life Insurance Company and (ii) New York State Education Department Resolved by Revised Language in Proposed Form of Order to be Presented.

    Related Documents:

      B.      Affidavit of Service [DE 320]

    Status:  This matter is going forward.

10. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor (A) to Obtain Post-Petition Secured, Superpriority Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to Pre-Petition Secured Creditors Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364; and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(B) and 4001(C) (the "DIP Financing and Cash Collateral Motion") [DE 9]

    Responses Received:

      A.      Committee's Limited Opposition to Entry of Final Order Authorizing Debtor in Possession Financing  [DE 138]

    Related Documents:

      B.      Affidavits of Service of DIP Financing and Cash Collateral Motion [DE 57, 58]

      C.      Emergency Order (I) Authorizing Debtor to Obtain PostPetition Financing and Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling an Interim Hearing, and (IV) Granting Certain Related Relief [DE 63]

      D.      Second Emergency Order (I) Authorizing Debtor to Obtain PostPetition Financing and Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Certain Related Relief [DE 121]

      E.      Notice of Filing of Approved Budget in Relation to Authorized DIP Financing Through Period Ended March 17, 2017 [DE 151]

      F.      Order Authorizing Debtor to Continue to Obtain Postpetition Financing and Use Cash Collateral [DE 235]

      G.      Order Authorizing Debtor to Continue to Obtain Postpetition Financing and Use Cash Collateral [DE 280]

Status:  This matter is going forward.  The Debtor will request that the Court grant further interim relief through the week ended June 23, 2017.

11.    Debtor's Motion for an Order (I) Approving Procedures for the Sale of Certain Assets Free and Clear of Liens, Claims and Encumbrances, (II) Authorizing the Employment and Compensation of Tiger Capital Group, LLC as Liquidation Agent, and (III) Granting Related Relief [DE 317]

Related Documents:

      A.      Affidavit of Service [DE 320]

Status:  This matter is going forward.

II.    **Adversary Proceeding**, *Lori Zaikowski on behalf of herself and all others similarly situated v. Dowling College, et al.,* Adv. Case No. 16-08178 (REG):

12.    Notice of Hearing on Plaintiff's Motion for Class Certification and Related Relief [Adv. Proc. DE 13]

Related Documents:

      A.      Stipulation and Order Adjourning Hearing Date on Motion for Class Certification and Other Relief [Adv. Proc. DE 14]

Status: This matter is going forward. The parties have submitted a proposed consent order certifying the class and granting related relief.

Dated: New York, New York
May 19, 2017

        **KLESTADT WINTERS JURELLER**
          **SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
     Sean C. Southard
     Lauren C. Kiss
     200 West 41st Street, 17th Floor
     New York, NY 10036
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email: ssouthard@klestadt.com
            lkiss@klestadt.com

*Counsel to the Debtor and Debtor in Possession*