**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-*
  *Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re                                             :    Chapter 11
                                                  :
DOWLING COLLEGE,                                  :
f/d/b/a DOWLING INSTITUTE,                        :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                    :
ASSOCIATION,                                      :
f/d/b/a CECOM,                                    :
a/k/a DOWLING COLLEGE, INC.,                      :
                                                  :
                            Debtor.               :
----------------------------------------------------------------x

## CERTIFICATE OF NO OBJECTION REGARDING NOTICE OF PROPOSED SALE OF RESIDENTIAL PORTFOLIO LOCATED AT 15 IDLE HOUR BLVD., OAKDALE, NY 11769

Pursuant to 28 U.S.C. § 1746, the undersigned certifies as follows:

1.      On May 8, 2017, Dowling College (the "Debtor") filed a *Notice of Proposed Sale of Residential Portfolio Located at 15 Idle Hour Blvd., Oakdale, NY 11769* (the "Sale Notice") [DE 323].

2.      On May 8, 2017, in accordance with the Second Order Authorizing Sales of Residential Portfolio and Related Procedures [DE 164], the Sale Notice was served on all

interested parties. The affidavit of service related to the Sale Notice was filed at Docket Entry 327.

3. Pursuant to the Sale Notice, objections to the proposed sale had to be filed by May 18, 2017 (the "Objection Deadline").

4. The Objection Deadline has passed and no objections or other responsive pleading to the Sale Notice has been filed with the Court or served upon the Debtor's undersigned counsel.

5. Accordingly, the Debtor will proceed to close the sale of the Debtor's property located at 15 Idle Hour Blvd., Oakdale, NY 11769 free and clear of all liens, claims, interests and encumbrances.

Dated: New York, New York
       May 19, 2017

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
    Sean C. Southard
    Lauren C. Kiss
    200 West 41st Street, 17th Floor
    New York, NY 10036
    Tel: (212) 972-3000
    Fax: (212) 972-2245
    Email: ssouthard@klestadt.com
           lkiss@klestadt.com

    *Counsel to the Debtor and Debtor in Possession*