**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re                                                                          :      Chapter 11
                                                                                  :
DOWLING COLLEGE,                                                    :
f/d/b/a DOWLING INSTITUTE,                                    :      Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                       :
ASSOCIATION,                                                          :
f/d/b/a CECOM,                                                         :
a/k/a DOWLING COLLEGE, INC.,                              :
                                                                                  :
                                              Debtor.                  :
-----------------------------------------------------------------x

**ORDER, PURSUANT TO FED. R. BANKR. P. 9019, APPROVING A SETTLEMENT BY AND BETWEEN (I) THE DEBTOR, (II) INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 30, (III) GARY BISHOP AND (IV) JUSTINO REYES**

Upon the motion dated April 28, 2017 (the "Motion") of Dowling College ("Dowling" or the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), for an order, pursuant to Fed. R. Bankr. P. 9019, approving a certain settlement agreement (the "Agreement") by and between (I) the Debtor, (II) International Union of Operating Engineers Local 30 (the "Union"), (III) Gary Bishop ("Bishop") and (IV) Justino Reyes ("Reyes" and together Mr. Bishop, the "Union Members" and together with the Debtor and the Union, the "Parties" or each a "Party"), a copy of which is annexed to the Motion as Exhibit B; and due and proper notice having been provided under the circumstances; and a hearing on the Motion having been held before the Court on May 22, 2017; and any objections to the Motion having been overruled on the merits; and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Agreement is approved and the Parties are fully authorized and directed to consummate and implement the terms thereof.

2. This Court shall retain jurisdiction to, among other things, interpret and enforce the terms and provisions of this Order and the Agreement.



| | |
|---|---|
| **Dated: Central Islip, New York** | **Robert E. Grossman** |
| **May 24, 2017** | **United States Bankruptcy Judge** |