# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
**In re** : Chapter 11
: 
**DOWLING COLLEGE,**[1] : Case No. 16-75545 (REG)
: 
**Debtor.** : 
: 
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**   )
                        ) ss
COUNTY OF **NASSAU**    )

I, Gea Somma, being duly sworn, depose and state:

1. I am an Assistant Director with the Garden City Group, LLC, the claims and noticing agent for the debtor and debtor-in-possession (collectively, the "Debtor") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On May 23, 2017, I caused a true and correct copy of the Form 2100B Notice to be served by first class mail upon the parties identified on **Exhibit A**.

/s/ Gea Somma
Gea Somma

Sworn to before me this 24th day of
May, 2017

/s/ Susan Persichilli
Susan Persichilli
Notary Public, State of New York
Qualified in Nassau County
Lic. #01PE4778216
Commission Expires March 19, 2018

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078). The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

# EXHIBIT A

| Docket # | Transferor | Transferee |
|---|---|---|
| 333 | Pine Hills Country Club<br>2 Country Club Drive<br>Manorville, NY 11949 | Pine Hills Country Club<br>c/o Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>PO Box 237037<br>New York, NY 10023<br><br>Pine Hills Country Club<br>c/o Fair Harbor Capital, LLC<br>1841 Broadway, 10th Fl<br>New York, N 10023 |