**SCHEDULE A**

**CURRENT INTERIM FEE PERIOD**
11/29/2016 – 3/31/2017

Case No.:  16-75545
Case Name:  Dowling College, f/d/b/a Dowling Institute, f/d/b/a Dowling College Alumni Association, f/d/b/a Cecom, a/k/a Dowling College, Inc.

| Applicant | Date/Docket No. of Application | Fees Requested | Fees Allowed (Including Fees Held Back) | Fees Held Back | Fees Payable by Debtor | Expenses Requested | Expenses Allowed and Payable by Debtor |
|---|---|---|---|---|---|---|---|
| Klestadt Winters Jureller Southard & Stevens, LLP *Counsel to the Debtor and Debtor-in-Possession* | 4/28/2017 Docket No. 307 | $522,896.25 | $522,896.25 | $104,579.25 | $418,317.00 | $9,239.82 | $7,522.82 |
| Smith & Downey, P.A. *Special Counsel to the Debtor and Debtor-in-Possession* | 4/28/2017 Docket No. 308 | $8,516.25 | $8,516.25 | $1,703.25 | $6,813.00 | $0.00 | $0.00 |
| Eichen & DiMeglio, P.C. *Accountants to the Debtor and Debtor-in-Possession* | 4/28/2017 Docket No. 309 | $36,157.00 | $36,157.00 | $7,231.40 | $28,925.60 | $541.22 | $541.22 |
| FPM Group, Ltd. *Consultants to the Debtor and Debtor-in-Possession* | 4/28/2017 Docket No. 310 | $28,843.27 | $28,843.27 | $5,768.65 | $23,074.62 | $12,846.12 | $12,846.12 |
| SilvermanAcampora LLP *Counsel to the Official Committee of Unsecured Creditors* | 4/28/2017 Docket No. 314 | $205,992.50 | $205,992.50[1] | $41,198.50 | $164,794.00 | $242.35 | $242.35 |

---

[1] After discussions with the US Trustee, SilvermanAcampora LLP has agreed to reduce its fees by $11,000.  This reduction will occur at the time of any final fees awarded to SilvermanAcampora LLP in this case.