DOWLING COLLEGE
INTERIM DIP BUDGET EXTENSION
FOR THE FOUR-WEEK PERIOD ENDING JUNE 23, 2017
*USD*

| WEEKLY BUDGET | Undrawn Commitments | Line Item Reallocations | Aggregate Original Budget | Total Availability Through | 27 | 28 | 29 | 30 | Total Proposed Budget |
|---|---|---|---|---|---|---|---|---|---|
| Week #: Period Ending Friday: | Through Week 26 | | Weeks 27-30 | Week 30 | 6/2/2017 | 6/9/2017 | 6/16/2017 | 6/23/2017 | Weeks 27-30 |
| **Cash Disbursements: (1)** | | | | | | | | | |
| **Administrative Overhead / Term Loan D** | | | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | 110,946 | (82,100) | 52,815 | 81,661 | 23,000 | - | 23,000 | - | 46,000 |
| General Insurance | 111,185 | (85,100) | 35,058 | 61,143 | - | - | - | 35,058 | 35,058 |
| Professionals (2) | - | | - | - | | | | | - |
|   Klestadt | - | 90,000 | 36,000 | 126,000 | 126,000 | - | - | - | 126,000 |
|   Ingerman Smith, L.L.P. | 96,000 | | 12,000 | 108,000 | 25,000 | - | - | - | 25,000 |
|   Special Counsel - ERISA - TBD | - | | - | - | - | - | - | - | - |
|   RSR Consulting, LLC | 90,001 | | 60,000 | 150,001 | 30,000 | 30,000 | 30,000 | 30,000 | 120,000 |
|   Chapter 11 Creditors Committee | 28,300 | 5,700 | 16,000 | 50,000 | 50,000 | - | - | - | 50,000 |
| Student Refunds / Records Scanning | - | | - | - | - | - | - | - | - |
| Medical, Unemployment Claims & Related | - | | - | - | - | - | - | - | - |
| Claims Agent | - | 15,000 | 20,000 | 35,000 | 35,000 | - | - | - | 35,000 |
| Administrative | 1,500 | | 500 | 2,000 | - | - | - | - | - |
| Adequate Assurance | - | | - | - | - | - | - | - | - |
| U.S. Trustee Fees | - | 6,500 | 6,500 | 13,000 | - | 13,000 | - | - | 13,000 |
| All Other Professional Fees | - | | 5,000 | 5,000 | - | - | 5,000 | - | 5,000 |
| DIP Interest and Fees | - | | 1,501 | 1,501 | - | - | - | 1,351 | 1,351 |
| Other | 7,500 | 50,000 | 15,000 | 72,500 | 25,000 | 25,000 | 12,500 | 10,000 | 72,500 |
| **Total Administrtive Overhead / Term Loan D** | **445,431** | **-** | **260,374** | **705,805** | **314,000** | **68,000** | **70,500** | **76,409** | **528,909** |
| *2006 Bond Series - 68.0%* | *302,893* | *-* | *177,054* | *479,948* | *213,520* | *46,240* | *47,940* | *51,958* | *359,658* |
| *2002 Bond Series - 18.2%* | *81,068* | *-* | *47,388* | *128,457* | *57,148* | *12,376* | *12,831* | *13,906* | *96,261* |
| *2015 Bond Series - 13.8%* | *61,470* | *-* | *35,932* | *97,401* | *43,332* | *9,384* | *9,729* | *10,544* | *72,989* |
| | | | | | | | | | |
| **Collateral Preservation** | | | | | | | | | |
| **Series 2006 Bonds / Term Loan A** | | | | | | | | | |
| Cash Disbursements: (1) | | | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | 15,735 | | 6,378 | 22,113 | - | - | - | - | - |
| General Insurance | - | | - | - | - | - | - | - | - |
| Utilities | 193,770 | (100,000) | 86,826 | 180,596 | 15,000 | - | - | - | 15,000 |
| Security Personnel | 145,260 | (50,000) | 80,604 | 175,864 | - | - | - | - | - |
| Property Management | - | | - | - | - | - | - | - | - |
| Other Outside Services | 40,984 | | 23,306 | 64,289 | 15,000 | 15,000 | 15,000 | 15,000 | 60,000 |
| Facility Maintenance | 4,000 | | 4,000 | 8,000 | - | - | - | - | - |
| Real Estate Taxes | - | | - | - | - | - | - | - | - |
| Landscaping / Snow Removal | 15,246 | | 9,651 | 24,897 | 3,190 | - | - | - | 3,190 |
| Sales Broker - Marketing | 97,926 | | - | 97,926 | - | - | - | - | - |
| Brookhaven Site Planning | 52,000 | | - | 52,000 | - | - | - | 2,600 | 2,600 |
| DIP Interest and Fees | - | | 1,462 | 1,462 | - | - | - | 1,317 | 1,317 |
| Other | 10,094 | 150,000 | 13,281 | 173,375 | 50,000 | 25,000 | 50,000 | 25,000 | 150,000 |
| **Total Series 2006 Bonds / Term Loan A** | **575,015** | **-** | **225,508** | **800,522** | **83,190** | **40,000** | **65,000** | **43,917** | **232,107** |
| | | | | | | | | | |
| **Series 2002 Bonds / Term Loan B** | | | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | - | - | - | - | - | - | - | - | - |
| General Insurance | - | | - | - | - | - | - | - | - |
| Utilities | 15,692 | | 8,774 | 24,467 | 10,000 | 1,000 | | | 11,000 |
| Security Personnel | 12,881 | (2,500) | 7,460 | 17,841 | 1,872 | 1,872 | 1,872 | 1,872 | 7,488 |
| Property Management | - | | - | - | - | - | - | - | - |
| Other Outside Services | 8,444 | | 12,713 | 21,156 | - | 12,000 | - | - | 12,000 |
| Facility Maintenance | (0) | | 2,000 | 2,000 | 500 | 500 | 500 | 500 | 2,000 |
| Real Estate Taxes | - | | - | - | - | - | - | - | - |
| Landscaping / Snow Removal | (0) | 2,500 | 2,235 | 4,735 | 3,235 | - | - | - | 3,235 |
| Sales Broker - Marketing | - | | - | - | - | - | - | - | - |
| Brookhaven Site Planning | 13,000 | | - | 13,000 | - | - | - | 650 | 650 |
| DIP Interest and Fees | - | | 210 | 210 | - | - | - | 189 | 189 |
| Other | (1,711) | | 1,385 | (326) | 346 | 346 | 346 | 346 | 1,385 |
| **Total Series 2002 Bonds / Term Loan B** | **48,305** | **-** | **34,777** | **83,082** | **15,953** | **15,718** | **2,718** | **3,557** | **37,947** |
| | | | | | | | | | |
| **Series 2015 Bonds / Term Loan C** | | | | | | | | | |
| Cash Disbursements: (1) | | | | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | - | | - | - | - | - | - | - | - |
| General Insurance | - | | - | - | - | - | - | - | - |
| Utilities | | | 600 | 600 | 400 | 400 | 400 | 400 | 1,600 |
| Security Personnel | - | | - | - | - | - | - | - | - |
| Property Management | - | | - | - | - | - | - | - | - |
| Other Outside Services | - | | - | - | 500 | 500 | 500 | 500 | 2,000 |
| Facility Maintenance | - | | 1,000 | 1,000 | - | 500 | - | 500 | 1,000 |
| Real Estate Taxes | (3,950) | (71,457) | 72,298 | (3,109) | - | - | - | - | - |
| Landscaping / Snow Removal | - | | 1,582 | 1,582 | 2,850 | - | - | - | 2,850 |
| Sales Broker - Marketing | - | | - | - | - | - | - | - | - |
| Brookhaven Site Planning | - | | - | - | - | - | - | - | - |
| DIP Interest and Fees | - | | 161 | 161 | - | - | - | 145 | 145 |
| Other | - | | 2,250 | 2,250 | 570 | 560 | 560 | 560 | 2,250 |
| **Total Series 2015 Bonds / Term Loan C** | **(3,950)** | | **77,891** | **2,484** | **4,320** | **1,960** | **1,460** | **2,105** | **9,845** |
| | | | | | | | | | |
| **TOTAL Cash Disbursements** | **1,064,800** | | **598,549** | **1,591,893** | **417,463** | **125,678** | **139,678** | **125,988** | **808,808** |