**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DOWLING COLLEGE,<br>f/d/b/a DOWLING INSTITUTE,<br>f/d/b/a DOWLING COLLEGE ALUMNI<br>ASSOCIATION,<br>f/d/b/a CECOM,<br>a/k/a DOWLING COLLEGE, INC.,<br><br>          Debtor. | Chapter 11<br><br>Case No. 16-75545 (REG) |

### SIXTH REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE <u>PERIOD FROM MAY 1, 2017 THROUGH MAY 31, 2017</u>

The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("<u>RSR</u>") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("<u>Mr. Rosenfeld</u>") as Chief Restructuring Officer ("<u>CRO</u>") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period May 1, 2017 through May 31, 2017.

    **Exhibit A** –   Summary of Fees and Expenses

    **Exhibit B** –   Summary of Services by Project Category

    **Exhibit C** –   Detailed time entries by Project Category

    **Exhibit D** –  Detail of Expenses Incurred

By: _____
    **Robert S. Rosenfeld**
    **June 7, 2017**

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses**
**5/1/17 Through 5/31/17**

## Summary of Fees

| Summary by Professional | Responsibility | Hours | Rate | Amount |
|---|---|---|---|---|
| R. Rosenfeld | Chief Restructuring Officer | 74.60 | $ 390.00 | $ 29,094.00 |
| N. Bivona | Consultant | 164.30 | $ 375.00 | 61,612.50 |
| R. McLeod | Consultant | 7.00 | $ 335.00 | 2,345.00 |
| I. Hellman | Paraprofessional | 17.20 | $ 125.00 | 2,150.00 |
| **Total** | | **263.10** | | $ **95,201.50** |
| **Average blended hourly rate** | | | | $ **361.85** |

## Summary of Expenses

| | Total |
|---|---|
| **Mail/Postage** | $ 410.07 |
| **Accounting-software** | 6.00 |
| **Overnight mail** | 24.50 |
| **Notary Public Fees** | 2.00 |
| **Total Disbursements** | $ **442.57** |

**RSR Consulting, LLC**                                      **Exhibit B**

**Dowling College - Case #16-75545 (REG)**
**Summary of Services by Project Category**
**5/1/17 to 5/31/17**

| Category | Billable Time | Billable Amt |
|---|---|---|
| **Asset Analysis and Recovery** | 17.00 | $6,390.00 |
| **Asset Disposition** | 47.00 | $17,892.00 |
| **Bankruptcy Motions** | 1.50 | $562.50 |
| **BRV-Stony Brook Dorm** | 6.10 | $2,379.00 |
| **Business Analysis** | 5.30 | $1,987.50 |
| **Business Operations** | 72.80 | $27,489.00 |
| **Cash Monitoring** | 3.60 | $1,206.00 |
| **Claims Administration and Objections** | 2.50 | $967.50 |
| **Claims Investigation** | 5.10 | $1,912.50 |
| **Court Hearings** | 3.50 | $1,335.00 |
| **Creditors' Committee-General** | 0.50 | $187.50 |
| **Document Review** | 1.50 | $562.50 |
| **Dowling-Residential Ops** | 13.60 | $5,100.00 |
| **Dowling-Residential Sales** | 18.60 | $6,982.50 |
| **Fee Applications** | 1.30 | $507.00 |
| **Financial Analysis** | 3.40 | $1,139.00 |
| **Litigation Matters** | 26.10 | $5,621.00 |
| **Meetings with Creditors and/or Representatives** | 3.80 | $1,432.50 |
| **Meetings with Debtor and Representatives** | 10.10 | $3,844.50 |
| **Oakdale-Residential** | 0.90 | $351.00 |
| **Reporting** | 1.20 | $450.00 |
| **Review Fee/Employment Applications** | 1.00 | $390.00 |
| **UST Reporting** | 16.70 | $6,513.00 |
| **Grand Total** | 263.10 | $95,201.50 |

**RSR Consulting, LLC**                                                                                    **Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**5/1/17 to 5/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| **Asset Analysis and Recovery** | | | | | |
| 05/01/2017 | Neil Bivona | Review analysis of banking records for sources of funds into Student Athletic Center account. | 1.10 | $375.00/hr | $412.50 |
| 05/02/2017 | Neil Bivona | Review information needs from Jzanus re: Cigna & Helathplex claims.  Review additional information from A Dimola.  Prepare summary of open items & forward to Jzanus for review & confirmation.  Forward summary to S. Southard. | 1.30 | $375.00/hr | $487.50 |
| 05/03/2017 | Neil Bivona | Review student AR segment analysis prepared by M. Hablenko (Jzanus). | 0.50 | $375.00/hr | $187.50 |
| 05/04/2017 | Neil Bivona | Meet w/ M. Klotz re final questions on student athletic center account analysis. | 0.30 | $375.00/hr | $112.50 |
| 05/05/2017 | Neil Bivona | Meet W. S. Stella & M. Hablenko re: completed analysis and draft proposal on non-Perkins student accounts receivable & Helathplex / Cigna unprocessed claims analysis, | 1.20 | $375.00/hr | $450.00 |
| 05/08/2017 | Neil Bivona | Gather files related to Pattersquash and New Made Islands for review. | 0.30 | $375.00/hr | $112.50 |
| 05/09/2017 | Neil Bivona | Complete analysis of Student Athletic Center despite account source of funds. | 1.50 | $375.00/hr | $562.50 |
| 05/10/2017 | Neil Bivona | Various correspondence w. D. Scibarassi (SCS collections) re: open student AR issues. | 0.60 | $375.00/hr | $225.00 |
| 05/15/2017 | Neil Bivona | Begin drafting analysis & correspondence to secured creditors and UCC re: student AR. | 0.70 | $375.00/hr | $262.50 |
| 05/16/2017 | Neil Bivona | Calls w/ C. Grossman and I. Fischer re: Scott Rudolph donation / student athletic center fund.  Follow-up correspondence to S. Southard re: the | 0.30 | $375.00/hr | $112.50 |
| 05/17/2017 | Neil Bivona | Call w/ M. Hablenko re: concerns over student AR purchase proposal and presentation of the same to the secured and secured lenders.  Discussed amending proposal to include upside sharing to the Dowling Estate and adding an alternate proposal to work the student AR book on behalf of the Estate | 0.70 | $375.00/hr | $262.50 |
| 05/24/2017 | Neil Bivona | Search files and network drives for information regarding ownership of IPv4 addresses and | 1.00 | $375.00/hr | $375.00 |
| 05/24/2017 | Neil Bivona | Call w/ W. Benka & R. Rosenfeld re: IPv4 addresses & Lightpath contract. | 0.30 | $375.00/hr | $112.50 |
| 05/24/2017 | Neil Bivona | Call w.. J. Hazan, W. Benka ann R. Rosenfeld re: IPv4 addresses. | 0.30 | $375.00/hr | $112.50 |
| 05/25/2017 | Neil Bivona | Call w. D. Sciabarrassi at SCS collections re: various student collection accounts and Perkins loan consolidations/fees due. | 0.30 | $375.00/hr | $112.50 |
| 05/26/2017 | Neil Bivona | Meet w/ C. Grossman re: ongoing review of files for endowments.  Look through remaining file cabinets in A-Frame. | 1.00 | $375.00/hr | $375.00 |
| 05/30/2017 | Robert Rosenfeld | Update residential real estate portfolio analysis for remaining properties to sell. | 1.00 | $390.00/hr | $390.00 |

**RSR Consulting, LLC**                                                                                                     **Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**5/1/17 to 5/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 05/30/2017 | Neil Bivona | Review revised AR purchase proposal and AR contingency collection proposal from RCS. Correspondence w/ S. Stella & M. Hablenko with questions re: the same.  Begin preparing analysis & summary memo to lenders for consideration. | 2.10 | $375.00/hr | $787.50 |
| 05/31/2017 | Neil Bivona | Continue work on student AR analysis & memo to lenders. | 2.50 | $375.00/hr | $937.50 |
| **Totals For Asset Analysis and Recovery** | | | **17.00** | | **$6,390.00** |
| **Asset Disposition** | | | | | |
| 05/01/2017 | Robert Rosenfeld | Call with R. Parr to discuss status of discussions with Town of Brookhaven (.2); follow up call with S. Southard on issues relating to Town of Brookhaven (.3); Further conference call with R. Parr and S. Southard regarding issues with Brookhaven relating to redevelopment planning (.5). | 1.00 | $390.00/hr | $390.00 |
| 05/01/2017 | Neil Bivona | Further research & prepare correspondence to R> Parr and others re: Pattersquash Island. | 0.70 | $375.00/hr | $262.50 |
| 05/02/2017 | Robert Rosenfeld | Calls with R. Parr and S. Southard regarding issues with Town of Brookhaven relating to communications with Town. | 1.00 | $390.00/hr | $390.00 |
| 05/03/2017 | Neil Bivona | Various calls & e-mails w/ J. Cote re: scheduling of Princeton visits to view furniture and equipment and residential properties. | 0.30 | $375.00/hr | $112.50 |
| 05/03/2017 | Robert Rosenfeld | Calls with A. Guardino and S. Southard relating to Town of Brookhaven. | 0.50 | $390.00/hr | $195.00 |
| 05/03/2017 | Robert Rosenfeld | Call with Sean Southard and Anthony Guardino regarding communications with Town of Brookhaven | 0.50 | $390.00/hr | $195.00 |
| 05/04/2017 | Robert Rosenfeld | Calls with A. Guardino (FF); S. Southard (Klaestadt); R. Parr; and M. Cheng regarding status of PDD discussions with Town of Brookhaven. | 1.50 | $390.00/hr | $585.00 |
| 05/05/2017 | Neil Bivona | Correspondence w/ M Murphy re: offer for ) Montauk Hwy (lot 19.002) adjacent to 8 Montauk Hwy.  Draft notice to creditors. | 0.50 | $375.00/hr | $187.50 |
| 05/05/2017 | Neil Bivona | Call & correspondence w/ J. Cote re: scheduling site visit for Princeton Education Group to tour residential and converted properties. | 0.50 | $375.00/hr | $187.50 |
| 05/05/2017 | Neil Bivona | Review analysis of asking prices from R. Bertucci for properties the Princeton has expressed interest in. Discuss w/ R. Rosenfeld. | 0.30 | $375.00/hr | $112.50 |
| 05/06/2017 | Neil Bivona | Meet with Princeton Education Center representatives to tour residential / converted properties in Oakdale and visit Brookhaven | 4.00 | $375.00/hr | $1,500.00 |
| 05/08/2017 | Robert Rosenfeld | Follow up on issues relating to real estate sales of Oakdale properties. | 1.50 | $390.00/hr | $585.00 |
| 05/08/2017 | Neil Bivona | Meet w/ Princeton Education Group re: personal property, tour of Oakdale & Brookhaven campuses. | 3.00 | $375.00/hr | $1,125.00 |

**RSR Consulting, LLC**

**Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**5/1/17 to 5/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 05/09/2017 | Neil Bivona | Meet w/ D. Cook to review files in architectural drawing room in Fortunoff Hall for as-built blueprints & mechanical system drawings for | 1.00 | $375.00/hr | $375.00 |
| 05/09/2017 | Neil Bivona | Review NEP Property request forms. | 0.50 | $375.00/hr | $187.50 |
| 05/09/2017 | Neil Bivona | Calls w/ S. Naidu (0.3) and J. Cote (0.3) re: Princeton visit & interest in residential properties and personal property & relative | 0.60 | $375.00/hr | $225.00 |
| 05/09/2017 | Robert Rosenfeld | Call with S. Southard regarding follow up questions from buyer of Oakdale Campus. | 0.40 | $390.00/hr | $156.00 |
| 05/09/2017 | Robert Rosenfeld | Discussions with R. Parr (.3); Anthony Guardino (.2); FPM (.4) regarding discussions with Town of Brookhaven. relating to development project. | 0.90 | $390.00/hr | $351.00 |
| 05/11/2017 | Neil Bivona | Meet w/ D. Cook to search for blueprints / architectural drawings of Racanelli Center as | 1.50 | $375.00/hr | $562.50 |
| 05/11/2017 | Robert Rosenfeld | Calls with Signature Bank regarding setting up new account for holding real estate proceeds for sale of Oakdale Campus. | 0.50 | $390.00/hr | $195.00 |
| 05/11/2017 | Robert Rosenfeld | Discuss with N. Bivona Princeton Education offers for Furniture & Equipment at Oakdale campus and residential houses.  Review F&E correspondence | 1.00 | $390.00/hr | $390.00 |
| 05/12/2017 | Neil Bivona | Prepare correspondence to Secured Creditors and UCC outlining Princeton offer for Oakdale Campus personal property and analysis of offer vs. expected proceeds from liquidation. | 1.50 | $375.00/hr | $562.50 |
| 05/12/2017 | Neil Bivona | Several calls with S. Naidu re: Princeton interest in personal property and residential properties & additional information requests related domain | 0.60 | $375.00/hr | $225.00 |
| 05/12/2017 | Robert Rosenfeld | Work on closing documents for 21 Chateau. | 0.50 | $390.00/hr | $195.00 |
| 05/12/2017 | Robert Rosenfeld | Work on closing documents and checklist for Oakdale campus. | 1.00 | $390.00/hr | $390.00 |
| 05/15/2017 | Neil Bivona | Review NEP Property Request Forms.  Prepare notices to secured creditors and UCC as necessary.  Correspondence with claiming parties as | 1.00 | $375.00/hr | $375.00 |
| 05/15/2017 | Neil Bivona | Calls & correspondence w/ S. Naidu and J. Cote re: negotiation of Princeton bulk offer to purchase residences. | 0.50 | $375.00/hr | $187.50 |
| 05/16/2017 | Neil Bivona | Various calls and correspondence with S. Naidu (Princeton) and secured and unsecured creditors and counsel re: sale of furniture and equipment. | 2.00 | $375.00/hr | $750.00 |
| 05/16/2017 | Neil Bivona | Follow up with M. Murphy & secured / unsecured creditors re: sale of unencumbered vacant lot. | 0.30 | $375.00/hr | $112.50 |
| 05/16/2017 | Neil Bivona | Review & revise analysis of student AR. correspondence w/ S. Stella re: the same. | 0.30 | $375.00/hr | $112.50 |
| 05/17/2017 | Neil Bivona | Meet w/ D. Cook and A. Stoloff re: compiling list of utility and other contracts / accounts that will be terminated by Dowling upon closing & which Princeton will have to reinstate in their name as of | 0.50 | $375.00/hr | $187.50 |

**RSR Consulting, LLC**

**Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**5/1/17 to 5/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|--------------:|------------:|-------------:|
| 05/19/2017 | Neil Bivona | Call w/ S. Southard & R Rosenfeld and conference call w/ S. Southard & UCC and secured creditor counsel re: Princeton comments to F&E APA and status of closing delay for Oakdale Campus. | 1.60 | $375.00/hr | $600.00 |
| 05/19/2017 | Robert Rosenfeld | Review email correspondence relating to Oakdale Campus sale; furniture and Equipment sale and residential real estate portfolio relating to | 1.00 | $390.00/hr | $390.00 |
| 05/19/2017 | Robert Rosenfeld | Call with N. Bivona relating to questions from counsel relating to Princeton contract on purchasing Oakdale Furniture and Equipment and | 0.40 | $390.00/hr | $156.00 |
| 05/22/2017 | Robert Rosenfeld | Call with S. Southard and N. Bivona regarding status of closing with buyer at Oakdale campus. | 0.50 | $390.00/hr | $195.00 |
| 05/22/2017 | Robert Rosenfeld | Call with S. Southard (. 4); Jeff Tanenbaum (Tiger) (.4) regarding status of Tiger retention relating to personal property liquidation. | 0.80 | $390.00/hr | $312.00 |
| 05/22/2017 | Robert Rosenfeld | Call with M. Cheng (ACA), N. Bivona, and Madison Hawk/A&G Realty to discuss status of closing for Oakdale Campus. | 0.50 | $390.00/hr | $195.00 |
| 05/23/2017 | Neil Bivona | Several calls w/ S. Naidu re scheduling and agenda for operational transition meeting.  Meet w/ a Stoloff & follow-up call w/ D. cook re: the same. | 0.60 | $375.00/hr | $225.00 |
| 05/23/2017 | Neil Bivona | Call w/ W. Benka re: IPv4 addresses.  Review Lightpath service agreement, Lightpath website and ARIN registry / website. | 1.30 | $375.00/hr | $487.50 |
| 05/23/2017 | Neil Bivona | Review of additional NEP property request forms. | 0.50 | $375.00/hr | $187.50 |
| 05/24/2017 | Neil Bivona | Call with S. Southard, A. Guardino, and R. Rosenfeld re: issues with Town of Brookhaven. | 0.50 | $375.00/hr | $187.50 |
| 05/24/2017 | Neil Bivona | Ca.. w/ S. Southard and R. Rosenfeld re: Princeton status & go-forward strategy. | 0.60 | $375.00/hr | $225.00 |
| 05/24/2017 | Neil Bivona | Review files for complete copy of contract for Dowling's purchase of the Brookhaven campus land from the County / State. | 0.80 | $375.00/hr | $300.00 |
| 05/24/2017 | Neil Bivona | Meet w/ D. Cook re: issues related to Oakdale transition and vacating of premises. | 0.70 | $375.00/hr | $262.50 |
| 05/24/2017 | Robert Rosenfeld | Calls with R. Parr to discuss status of Brookhaven development plans and discussions with Town of Brookhaven. | 0.60 | $390.00/hr | $234.00 |
| 05/24/2017 | Robert Rosenfeld | Call with W. Benka & N. Bivona to discuss status of IP addresses and sale (.3); call with J. Hazen, N. Bivona and W. Benka to discuss IP addresses and | 0.60 | $390.00/hr | $234.00 |
| 05/24/2017 | Robert Rosenfeld | Call with S. Southard, A. Guardino, and N. Bivona regarding issues with Town of Brookhaven. | 0.50 | $390.00/hr | $195.00 |
| 05/24/2017 | Robert Rosenfeld | Call with S. Southard and N. Bivona to discuss status of closing with Princeton and next steps. | 0.60 | $390.00/hr | $234.00 |
| 05/25/2017 | Neil Bivona | Call w/ ACA & counsel, A&G/MH, S. Southard & R. Rosenfeld re: Princeton status & strategy. | 0.70 | $375.00/hr | $262.50 |
| 05/25/2017 | Neil Bivona | Prepare chart for Oakdale campus exit plan. | 0.50 | $375.00/hr | $187.50 |

**RSR Consulting, LLC**

**Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**5/1/17 to 5/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 05/25/2017 | Robert Rosenfeld | Call with ACA representatives, brokers, S. Southard, and N. Bivona to discuss status of closing with Princeton Education Center. | 0.70 | $390.00/hr | $273.00 |
| 05/26/2017 | Neil Bivona | Calls with secured creditors, UCC, S. Southard & R. Rosenfeld re: Princeton closing issues. | 0.80 | $375.00/hr | $300.00 |
| 05/26/2017 | Neil Bivona | Meet w/ D. Holliday & M. Vega re: library special collections & records archives. | 1.00 | $375.00/hr | $375.00 |
| 05/26/2017 | Robert Rosenfeld | Calls with creditors, S. Southard, N. Bivona relating to closing issues with respect to Princeton | 0.80 | $390.00/hr | $312.00 |
| 05/30/2017 | Robert Rosenfeld | Review summary of litigation status with tenants of residential properties. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Asset Disposition** | | | **47.00** | | **$17,892.00** |
| **Bankruptcy Motions** | | | | | |
| 05/16/2017 | Neil Bivona | Review & update professional fee schedule for Fee application motion. | 0.50 | $375.00/hr | $187.50 |
| 05/23/2017 | Neil Bivona | Review & edit submission to Court re: document retention / future access for student transcript | 0.40 | $375.00/hr | $150.00 |
| 05/24/2017 | Neil Bivona | Various correspondence w/ L. Kiss & D. Klein (ACS/Conduent) re: Perkins loan portfolio statistics and outstanding as of the ch. 11 petition date and at the present. | 0.60 | $375.00/hr | $225.00 |
| **Totals For Bankruptcy Motions** | | | **1.50** | | **$562.50** |
| **BRV-Stony Brook Dorm** | | | | | |
| 05/02/2017 | Robert Rosenfeld | Provide communication to SBU relating to BRV dorm and review correspondence from SBU and provide to Oppenheimer. | 0.50 | $390.00/hr | $195.00 |
| 05/04/2017 | Robert Rosenfeld | Call with R. Bertucci to discuss status of BRV dorm and terms for next academic year. | 0.50 | $390.00/hr | $195.00 |
| 05/05/2017 | Robert Rosenfeld | Call with S. Fioto (SBU) re: lease terms for Fall 2017 at BRV dorm. | 0.40 | $390.00/hr | $156.00 |
| 05/05/2017 | Robert Rosenfeld | Call with R. Bertucci re: lease negotiations with SBU for revised lease terms. | 0.50 | $390.00/hr | $195.00 |
| 05/09/2017 | Robert Rosenfeld | Call with S. Fioto regarding lease extension | 0.40 | $390.00/hr | $156.00 |
| 05/09/2017 | Robert Rosenfeld | Call with R. Bertucci regarding BRV lease extension negotiations. | 0.40 | $390.00/hr | $156.00 |
| 05/09/2017 | Robert Rosenfeld | Prepare correspondence to creditors relating to lease extension on  BRV form (.7); and prepare draft extension of BRV lease extension (1.0) | 1.70 | $390.00/hr | $663.00 |
| 05/11/2017 | Robert Rosenfeld | Work on revisions to lease modification agreement with Stony Brook and discuss changes with counsel. | 1.00 | $390.00/hr | $390.00 |
| 05/12/2017 | Robert Rosenfeld | Call with S. Fioto (SBU) to discuss lease modification extension follow up. | 0.40 | $390.00/hr | $156.00 |
| 05/12/2017 | Robert Rosenfeld | Call with R. Bertucci (Oppenheimer) regarding status of SBU lease extension at BRV dorm. | 0.30 | $390.00/hr | $117.00 |
| **Totals For BRV-Stony Brook Dorm** | | | **6.10** | | **$2,379.00** |
| **Business Analysis** | | | | | |

RSR Consulting, LLC                                                                 **Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**5/1/17 to 5/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 05/03/2017 | Neil Bivona | Review BNL Memorandum of Understanding & Access Agreement re: monitoring of groundwater plume.  Search through files for additional information.  Various correspondence w/ R. | 1.40 | $375.00/hr | $525.00 |
| 05/03/2017 | Neil Bivona | Review of insurance premium refunds on sold properties.  Correspondence w/ Sterling Risk re: the same.  Review insurance schedule to estimate go-forward insurance costs pose-sale of Oakdale Campus and remaining Oakdale residential | 1.00 | $375.00/hr | $375.00 |
| 05/03/2017 | Neil Bivona | Further work on Wind-down budget. | 2.00 | $375.00/hr | $750.00 |
| 05/04/2017 | Neil Bivona | Search files for information related to BNL Memorandum of Understanding related to monitoring wells on Brookhaven campus. | 0.40 | $375.00/hr | $150.00 |
| 05/04/2017 | Neil Bivona | Additional work on Wind-down analysis / budget. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Business Analysis** | | | **5.30** | | **$1,987.50** |
| **Business Operations** | | | | | |
| 05/01/2017 | Neil Bivona | Review weekly variance report.  Prepare & circulate weekly compliance report for week 21 | 1.00 | $375.00/hr | $375.00 |
| 05/01/2017 | Neil Bivona | Review NEP property request forms received to date.  Prepare notice to UCC . | 0.70 | $375.00/hr | $262.50 |
| 05/01/2017 | Neil Bivona | Prepare payroll disbursement detail worksheet and transfer & disbursement summary reports. | 0.60 | $375.00/hr | $225.00 |
| 05/01/2017 | Neil Bivona | Meet w/ M. Vega re: ongoing project to box & index student records. | 0.50 | $375.00/hr | $187.50 |
| 05/01/2017 | Neil Bivona | Set up payroll transfers & wires. | 0.20 | $375.00/hr | $75.00 |
| 05/01/2017 | Neil Bivona | Meet w/ A. Stoloff re: bursar & A/P records | 0.40 | $375.00/hr | $150.00 |
| 05/01/2017 | Robert Rosenfeld | Review petition for suit against non paying tenant and execute verification portion of petition. | 0.50 | $390.00/hr | $195.00 |
| 05/01/2017 | Neil Bivona | Prepare NEP Property Request Form notice to DIP Lenders. | 0.30 | $375.00/hr | $112.50 |
| 05/01/2017 | Neil Bivona | Review new and pending line items on GCG communications escalation report. | 0.50 | $375.00/hr | $187.50 |
| 05/02/2017 | Neil Bivona | Review notice of delinquent filing for PA wage taxes.  Review information provided by A. Dimola.  Prepare return document & forward to R> | 1.00 | $375.00/hr | $375.00 |
| 05/02/2017 | Neil Bivona | Correspondence w/ D. Impagliazzo re: need for follow-up call w/ J> D'Agati (NYSED) re: student professional certification recommendation process.  Correspondence w/ J. D'Agati to arrange call. | 0.20 | $375.00/hr | $75.00 |
| 05/02/2017 | Robert Rosenfeld | Research rent receivable report for Oakdale tenants and provide to N. Bivona for update with | 0.50 | $390.00/hr | $195.00 |
| 05/02/2017 | Neil Bivona | Meet w/ C. Grossman re: further review of BOT records related to endowment funds. | 1.00 | $375.00/hr | $375.00 |
| 05/03/2017 | Neil Bivona | Review payroll information from A Dimola and prepare PA state Employee tax return. | 0.40 | $375.00/hr | $150.00 |
| 05/04/2017 | Neil Bivona | Roll forward budget through week 23.  Review weekly invoices & prepare disbursement detail worksheet.  Prepare transfer and disbursement | 1.80 | $375.00/hr | $675.00 |

**RSR Consulting, LLC**                                                                    **Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**5/1/17 to 5/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 05/04/2017 | Neil Bivona | Attend to student records / payment inquiries. | 0.50 | $375.00/hr | $187.50 |
| 05/04/2017 | Neil Bivona | Dan Call with Nicolaescu at NYSED re: delinquent filing of NY State form FS10F related to HEOP necessary to close out Dowling's HEOP Financial file with the State.  Correspondence w/ D. Scalzo re: the same. | 0.50 | $375.00/hr | $187.50 |
| 05/04/2017 | Neil Bivona | Discussions w/ S. southard and W. Benka re: proposal / documentation for backup server lease | 0.40 | $375.00/hr | $150.00 |
| 05/04/2017 | Neil Bivona | Meet w/ D. Cook re: options for recovery / moving of archived files located at Astro Moving & Storage. | 0.30 | $375.00/hr | $112.50 |
| 05/04/2017 | Robert Rosenfeld | Process bills for payment and issue disbursements for week and update Debtor accounting. | 1.50 | $390.00/hr | $585.00 |
| 05/04/2017 | Robert Rosenfeld | Coordinate with Signature Bank opening of new bank account for proceeds from sale of Oakdale | 0.60 | $390.00/hr | $234.00 |
| 05/05/2017 | Robert Rosenfeld | Process additional bills and payments for current | 1.00 | $390.00/hr | $390.00 |
| 05/05/2017 | Neil Bivona | Meet W/ D. Impagliazzo & call w/ J. DAgati (NYSED) re: open issues with student records inquiries/requests and establishing path for professional certification recommendations form | 1.00 | $375.00/hr | $375.00 |
| 05/05/2017 | Neil Bivona | Meet w/ D. Holliday and M. Vega re: status of Library special collections & archived project. Search of Provost's office area for Middle States accreditation records for inclusion in Archives. | 1.30 | $375.00/hr | $487.50 |
| 05/05/2017 | Neil Bivona | Review weekly variance report for week 22 ended 4-28-17 & prepare weekly compliance reporting | 1.20 | $375.00/hr | $450.00 |
| 05/05/2017 | Neil Bivona | Review Property Request Forms.  Prepare notice to creditors. | 0.30 | $375.00/hr | $112.50 |
| 05/05/2017 | Neil Bivona | Review message from U.S. DOE re: student inquiry / complaint of Perkins Loan delinquency notices / assertion that no Perkins loan was take.  Meet w/ A. Stoloff & review student's financial aid / tuition records.  Draft note to D. Scalzo to further review | 0.60 | $375.00/hr | $225.00 |
| 05/06/2017 | Neil Bivona | Meet w/ D. Scalzo re: closeout . reconciliation of Title IV Programs. | 0.50 | $375.00/hr | $187.50 |
| 05/08/2017 | Neil Bivona | Update borrowing availability spreadsheet. Prepare Notice of Borrowing for weeks 25-26. | 1.50 | $375.00/hr | $562.50 |
| 05/08/2017 | Neil Bivona | Meet w. M> Vega re: ongoing project to box & index records for preservation:  student immunization records & NCAA records. | 1.20 | $375.00/hr | $450.00 |
| 05/08/2017 | Neil Bivona | Meet W. Cook re:  gathering additional information on residential properties for Princeton Education | 1.00 | $375.00/hr | $375.00 |
| 05/09/2017 | Neil Bivona | Review correspondence from USDOE Ombudsman re: student Perkins loan complaint.  Follow up w/ A. Stoloff re: the same. | 0.40 | $375.00/hr | $150.00 |
| 05/09/2017 | Neil Bivona | Review / finalize notice of borrowing for weeks 25-16.  Prepare correspondence to M. Grochowski/J. Pund re: TLC RE Taxes. | 1.00 | $375.00/hr | $375.00 |
| 05/09/2017 | Neil Bivona | Meet w/ W. Benka re: student computer lab PCs. | 0.30 | $375.00/hr | $112.50 |

RSR Consulting, LLC

**Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**5/1/17 to 5/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 05/09/2017 | Neil Bivona | Attend to various student records inquiries. | 0.50 | $375.00/hr | $187.50 |
| 05/09/2017 | Neil Bivona | Review & edit notice to UCC counsel re: extension of BRV Dorm lease to Stonybrook. | 0.50 | $375.00/hr | $187.50 |
| 05/09/2017 | Neil Bivona | Meet w/ A. Dimola re: HR / Benefits document retention schedule. | 0.40 | $375.00/hr | $150.00 |
| 05/10/2017 | Neil Bivona | Call w/ Baker Tilly & R. Rosenfeld re: preparation of | 0.50 | $375.00/hr | $187.50 |
| 05/10/2017 | Neil Bivona | Correspondence & call with W. Benka re: reformatting of student computer lab PCs in | 0.40 | $375.00/hr | $150.00 |
| 05/10/2017 | Neil Bivona | Review of correspondence from S. County Dept of Health re: sewage treatment plant. Correspondence w/ S . Southard re: the same. | 0.30 | $375.00/hr | $112.50 |
| 05/10/2017 | Robert Rosenfeld | Call with Baker Tilly and N. Bivona to discuss preparation of Form 990 for FY 2016. | 0.50 | $390.00/hr | $195.00 |
| 05/10/2017 | Robert Rosenfeld | Discuss with M. Klotz (accounting clerk) information available for preparation of 990 for FY | 0.40 | $390.00/hr | $156.00 |
| 05/11/2017 | Neil Bivona | Review weekly invoices for current week.  Roll forward DIP Budget and prepare disbursement detail worksheet, transfer summary report and disbursement summary report. | 2.00 | $375.00/hr | $750.00 |
| 05/11/2017 | Neil Bivona | Various correspondence w/ J. Cote and S. Naidu re: Princeton interest in residential properties and personal property & Princeton requests for information / architectural drawings. | 0.50 | $375.00/hr | $187.50 |
| 05/11/2017 | Neil Bivona | Meet w/ A. Stoloff & S. Dinapoli re: various student account issues & missing Perkins Loan files.  Search Bursar and Financial Aid offices for missing files. | 1.20 | $375.00/hr | $450.00 |
| 05/11/2017 | Neil Bivona | Prepare DIP account transfers and wire payments. | 0.40 | $375.00/hr | $150.00 |
| 05/11/2017 | Robert Rosenfeld | Process bills for payment; issue payments and update accounting for week. | 2.00 | $390.00/hr | $780.00 |
| 05/12/2017 | Neil Bivona | Prepare weekly compliance report for week 22 ended 5-5-17. | 1.20 | $375.00/hr | $450.00 |
| 05/12/2017 | Neil Bivona | Review weekly invoices and anticipated payments for next week.  Roll forward DIP Budget to week 25.  Prepare disbursement detail worksheet, transfer summary report and disbursement summary report.  Prepare DIP Account transfers. | 1.70 | $375.00/hr | $637.50 |
| 05/12/2017 | Neil Bivona | Meet w/ D. Holliday re: ongoing project to catalog & box library archives and special collections. | 0.50 | $375.00/hr | $187.50 |
| 05/12/2017 | Neil Bivona | Review correspondence & attached materials from W. Benka re:  Lightpath proposal for downsized internet and phone service at Brookhaven Campus. Impact on Brookhaven dorm security system and | 0.50 | $375.00/hr | $187.50 |
| 05/12/2017 | Robert Rosenfeld | Process bills and disbursements for week ended | 1.00 | $390.00/hr | $390.00 |
| 05/15/2017 | Neil Bivona | Prepare draft interim DIP Budget extension for weeks 26-30. | 2.20 | $375.00/hr | $825.00 |

**RSR Consulting, LLC**

**Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**5/1/17 to 5/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|--------------|-------------|--------------|
| 05/15/2017 | Neil Bivona | Review of 30 week DIP budget & borrowings to date for TL C. Correspondence w/ R. Mcleod & S. Southard re: the same. Review DIP Note. Prepare correspondence to TL C DIP lenders & counsel re: | 1.50 | $375.00/hr | $562.50 |
| 05/15/2017 | Neil Bivona | Meet w/ D. Cook re: quotes & scheduling for landscaping work & work plan for archive boxes retrieved form Astro Moving & Storage. | 0.50 | $375.00/hr | $187.50 |
| 05/15/2017 | Neil Bivona | Review and update professional fee tracking report. Add analysis of holdback and | 0.80 | $375.00/hr | $300.00 |
| 05/16/2017 | Neil Bivona | Review and revise proposed interim DIP Budget extension through week 30. | 2.40 | $375.00/hr | $900.00 |
| 05/17/2017 | Neil Bivona | Met w/ W. Benka re: server relocations and closing off of student e-mail accounts. | 0.40 | $375.00/hr | $150.00 |
| 05/17/2017 | Neil Bivona | Review of correspondence and attachments from D. Nicolaescu (NYSED) re: HROP form FS10F filing requirements. Search R. Cerullo's network drive for prior filed HEOP reports & correspondence with A. Stoloff re: the same. | 1.50 | $375.00/hr | $562.50 |
| 05/17/2017 | Neil Bivona | /Exchange correspondence w K. Berger at DataMax re: additional boxes of grade rosters found and change order / higher than originally estimate fees | 0.30 | $375.00/hr | $112.50 |
| 05/17/2017 | Neil Bivona | Correspondence w/ T. Walenchok & E. Labita re: Baket Tilly estimates for Perkins Loan and appraisal and 990 preparation, respectively. | 0.20 | $375.00/hr | $75.00 |
| 05/17/2017 | Neil Bivona | Review of several correspondence between G. Gerrans (USDOE) and D. Klein (Conduent) re: ongoing NSLDS reporting to USDOE on Perkins Loan portfolio until liquidation & assignment | 0.30 | $375.00/hr | $112.50 |
| 05/17/2017 | Neil Bivona | Attend to various student payment account inquiries / issues. | 0.50 | $375.00/hr | $187.50 |
| 05/22/2017 | Neil Bivona | Search of. R. Cerullo's office for records relating to HEOP grants. Review of HEOP files. Correspondence w/ NYSED re: copy of form FS-10-F for 2016. Call w/ R. Cerullo to follow up on status of filing / original forms. Further searching of R. Cerullo's office. Meeting w/ A Stoloff re: missing information on firm. Further follow-up | 1.50 | $375.00/hr | $562.50 |
| 05/22/2017 | Neil Bivona | Review of student account records for S. Ross related to declined Direct student Loan in 2016. | 0.30 | $375.00/hr | $112.50 |
| 05/22/2017 | Neil Bivona | Review of newly received NEP Property Request | 0.30 | $375.00/hr | $112.50 |
| 05/22/2017 | Neil Bivona | Meet w/ A. Dimola re: plan for reviewing and collecting payroll records. | 0.40 | $375.00/hr | $150.00 |
| 05/23/2017 | Neil Bivona | Call w/ K. Berger & D. Morrisson at Databank IMX re: grade roster scanning project and additional requests by LIU and resulting additional costs. Follow-up correspondence w/ G. Baroudi at LIU re: | 0.80 | $375.00/hr | $300.00 |
| 05/23/2017 | Neil Bivona | Call w/ D. Nicolaescu at NYSED re: HEOP FS-10-F | 0.50 | $375.00/hr | $187.50 |

**RSR Consulting, LLC**                                                    **Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**5/1/17 to 5/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 05/23/2017 | Neil Bivona | Call w S. Ross (former student) re: account and loan discrepancies. | 0.40 | $375.00/hr | $150.00 |
| 05/23/2017 | Neil Bivona | Review insurance policies for coverages re: Schoenhals age discrimination claim. Correspondence w/ Sterling Risk re: the same. | 0.50 | $375.00/hr | $187.50 |
| 05/23/2017 | Robert Rosenfeld | Update accounting for Debtors books and records for recent activity. | 1.00 | $390.00/hr | $390.00 |
| 05/24/2017 | Neil Bivona | Prepare response letter to Suffolk County Dept of Health for R. Rosenfeld's signature. | 0.30 | $375.00/hr | $112.50 |
| 05/24/2017 | Neil Bivona | Various correspondence w/ LIU & databank IMX representatives regarding specs for grade roster scanning project. | 0.50 | $375.00/hr | $187.50 |
| 05/24/2017 | Neil Bivona | Review of DIP budget in connection with extension through mid-September.  Correspondence w/ R. Mcleod re: the same. | 0.30 | $375.00/hr | $112.50 |
| 05/24/2017 | Robert Rosenfeld | Update quickbooks for recent activity. | 0.50 | $390.00/hr | $195.00 |
| 05/25/2017 | Neil Bivona | Roll forward DIP budget to week 26.  Review weekly invoices & prepare disbursement detail worksheet.   Prepare transfer and disbursement | 2.30 | $375.00/hr | $862.50 |
| 05/25/2017 | Neil Bivona | Meet w/ W. Benka re: stand-alone phone and internet service at Brookhaven campus & status of server relocation proposals. | 0.40 | $375.00/hr | $150.00 |
| 05/25/2017 | Neil Bivona | Several meetings w/ D. Cook re: vacating of Oakdale campus incl. vendor contracts and COIs needed as conditions to closing w/ Princeton. | 1.00 | $375.00/hr | $375.00 |
| 05/25/2017 | Robert Rosenfeld | Process bills for payment and update quickbooks accounting for weekly funding and disbursements. | 1.20 | $390.00/hr | $468.00 |
| 05/26/2017 | Neil Bivona | Review information from W. Benka re: Brookhaven phone & internet service options & separation of Brookhaven dorm to stand-alone phone/internet | 0.50 | $375.00/hr | $187.50 |
| 05/26/2017 | Neil Bivona | Prepare DIP Account transfers and wire payments for weekly disbursements. | 0.30 | $375.00/hr | $112.50 |
| 05/26/2017 | Neil Bivona | Call and correspondence w/ K> Berger at Databank IMX re: grade roster scanning change order & review revised change order. | 0.30 | $375.00/hr | $112.50 |
| 05/26/2017 | Robert Rosenfeld | Continue with funding and payment of bills for week of 5/26/17. | 1.20 | $390.00/hr | $468.00 |
| 05/30/2017 | Robert Rosenfeld | Process funding and payments for week ended | 0.70 | $390.00/hr | $273.00 |
| 05/30/2017 | Neil Bivona | Prepare disbursement detail worksheet, disbursement summary & transfer summary report for payroll.  Prepare DIP account transfers and | 0.70 | $375.00/hr | $262.50 |
| 05/30/2017 | Neil Bivona | Review weekly variance analysis & prepare weekly compliance report for week 25 ended 5-19-17. | 1.20 | $375.00/hr | $450.00 |
| 05/30/2017 | Neil Bivona | Update borrowing availability worksheet.   Prepare notice of borrowing for weeks 27-28. Correspondence w/ M> Grochowski re questions | 1.50 | $375.00/hr | $562.50 |
| 05/30/2017 | Neil Bivona | Calls w/ M. Slattery & D. Hegarty re: cleat of A-Frame and 44 Van Bomel. | 0.30 | $375.00/hr | $112.50 |

**RSR Consulting, LLC**                                                                                    **Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**5/1/17 to 5/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|--------------:|-------------|-------------:|
| 05/30/2017 | Neil Bivona | Review of correspondence & attached guidance from C. Curry at USDOE re: Title IV closeout compliance audit requirements. | 0.80 | $375.00/hr | $300.00 |
| 05/30/2017 | Neil Bivona | Review of Baker Tilly 990 engagement letter & discuss w/ R. Rosenfeld. | 0.50 | $375.00/hr | $187.50 |
| 05/31/2017 | Neil Bivona | Review of USDOE Compliance edit guidelines as follow-up to correspondence from C. Curry at | 0.70 | $375.00/hr | $262.50 |
| 05/31/2017 | Neil Bivona | Review weekly invoices & prepare weekly disbursement detail worksheet & disbursement / transfer summary reports. | 0.80 | $375.00/hr | $300.00 |
| 05/31/2017 | Neil Bivona | Meet w/ M. Vega re: preparing/labeling boxed files for Iron Mountain pickup. | 0.50 | $375.00/hr | $187.50 |
| 05/31/2017 | Neil Bivona | Prepare & ship two additional boxes of grade rosters to Databank for scanning. | 0.50 | $375.00/hr | $187.50 |
| 05/31/2017 | Neil Bivona | Meet w/ A. Stoloff to review investigation for missing information on NY State HEOP form FS-10F. | 0.30 | $375.00/hr | $112.50 |
| **Totals For Business Operations** | | | **72.80** | | **$27,489.00** |
| **Cash Monitoring** | | | | | |
| 05/04/2017 | Robert McLeod | Prepare Week 22 cash actual vs. budget compliance report; circulate amongst RST team for | 0.90 | $335.00/hr | $301.50 |
| 05/12/2017 | Robert McLeod | Prepare Week 23 cash actual vs. budget compliance report; circulate amongst RST team for | 1.10 | $335.00/hr | $368.50 |
| 05/12/2017 | Robert McLeod | Prepare Week 24 cash actual vs. budget compliance report; circulate amongst RST team for | 0.80 | $335.00/hr | $268.00 |
| 05/29/2017 | Robert McLeod | Prepare Week 25 cash actual vs. budget compliance report; circulate amongst RST team for | 0.80 | $335.00/hr | $268.00 |
| **Totals For Cash Monitoring** | | | **3.60** | | **$1,206.00** |
| **Claims Administration and Objections** | | | | | |
| 05/09/2017 | Neil Bivona | Call w/ GCG, Klestadt & R. Rosenfeld re: Priority claims analysis. | 0.50 | $375.00/hr | $187.50 |
| 05/09/2017 | Robert Rosenfeld | Conference call with I. Nikelsberg (Garden City Group); S. Southard and L. Kiss and N. Bivona. | 0.50 | $390.00/hr | $195.00 |
| 05/10/2017 | Robert Rosenfeld | Discussion with A. Dimola regarding supporting documents for wage type claims for Debtor. | 0.50 | $390.00/hr | $195.00 |
| 05/22/2017 | Robert Rosenfeld | Call with S. Southard, L. Kiss, C. Clayton, N. Bivona, and A. Dimola to discuss questions on claims analysis summary relating to priority claims. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Claims Administration and Objections** | | | **2.50** | | **$967.50** |
| **Claims Investigation** | | | | | |
| 05/02/2017 | Neil Bivona | Search through Provost's office & assistants' areas desks and file cabinets for information re: adjunct faculty & Fall 2016 schedule. | 2.40 | $375.00/hr | $900.00 |
| 05/04/2017 | Neil Bivona | Call w/ M. Unrig at GCG re: resolution of claims register search discrepancies. | 0.30 | $375.00/hr | $112.50 |
| 05/22/2017 | Neil Bivona | Review of employee priority claim information in preparation for call w/ S. Southard, L. Kiss, C. Clayton,R. Rosenfeld & A. Dimola. | 0.80 | $375.00/hr | $300.00 |
| 05/22/2017 | Neil Bivona | Participate in call regarding employee priority | 1.00 | $375.00/hr | $375.00 |

**RSR Consulting, LLC**                                                                                               **Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**5/1/17 to 5/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 05/23/2017 | Neil Bivona | Meet w/ A. Dimola re: payroll records for sick time bank benefits. | 0.60 | $375.00/hr | $225.00 |
| **Totals For Claims Investigation** | | | **5.10** | | **$1,912.50** |
| **Court Hearings** | | | | | |
| 05/22/2017 | Robert Rosenfeld | Attend hearing in Bankruptcy Court for pending retention applications, fee applications, Class Action certification; and status conference. | 1.50 | $390.00/hr | $585.00 |
| 05/22/2017 | Neil Bivona | Attend court hearing including pre and post | 2.00 | $375.00/hr | $750.00 |
| **Totals For Court Hearings** | | | **3.50** | | **$1,335.00** |
| **Creditors' Committee-General** | | | | | |
| 05/02/2017 | Neil Bivona | Meet w/ W. Benka and A. Dimola re: UCC request to pull/preserve hard drive of John Gibbs.  Draft response to UCC re:: the same. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Creditors' Committee-General** | | | **0.50** | | **$187.50** |
| **Document Review** | | | | | |
| 05/16/2017 | Neil Bivona | Review and edit excluded asset list.  Review and revise draft asset purchase agreement for the sale of Oakdale furniture and equipment to Princeton. | 1.00 | $375.00/hr | $375.00 |
| 05/18/2017 | Neil Bivona | Review revised draft Order re: document disposal & correspondence w/ L. Kiss re: the same. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Document Review** | | | **1.50** | | **$562.50** |
| **Dowling-Residential Ops** | | | | | |
| 05/01/2017 | Neil Bivona | Review Town of Islip Notices of Tentative Assessment for 2017/2018 tax year for residential properties.  Research Assessment conversion rate. | 0.50 | $375.00/hr | $187.50 |
| 05/01/2017 | Neil Bivona | Tour residential properties to assess which tenants have vacated and which have not (0.8). Correspondence w/ head of security re: securing of vacated premises (0.2).  Correspondence w/ F. Radman (Ingerman Smih) re: 87 Central rent escrow issue (0.2); review of draft Notice of Petition and Petition to Recover Possession of Real | 1.50 | $375.00/hr | $562.50 |
| 05/01/2017 | Neil Bivona | Meet w/ A Stoloff re: status of tenants rent & vacating of properties. | 0.30 | $375.00/hr | $112.50 |
| 05/01/2017 | Neil Bivona | Review & provide comments to Notice of Petition and Verified Petition for eviction of tenants in 56 | 0.50 | $375.00/hr | $187.50 |
| 05/02/2017 | Neil Bivona | Call w/ F. Radman (Ingerman Smith) re: status of residential properties / tenants.  Discuss 88 Central & 52 Van Bomel w/ D. Cook.   Prepare summary report w/ action plan for each. | 1.50 | $375.00/hr | $562.50 |
| 05/02/2017 | Neil Bivona | Meet w/ D. Cook re: 72 Chateau / 89 Chateau connection to Sewage treatment plant / comments from Suffolk County Dept of Health rE: plans to disconnect.  Call w/ S. Southard re: the same. | 0.70 | $375.00/hr | $262.50 |
| 05/04/2017 | Neil Bivona | Meet w/ D. Cook & A. Stoloff re: status of 88 Central rent, rent security & removal of garbage left behind on curb. | 0.60 | $375.00/hr | $225.00 |

**RSR Consulting, LLC**                                                                                    **Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**5/1/17 to 5/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 05/04/2017 | Neil Bivona | Call w/ D. Hegarty (24/7) re various projects related to residential properties. | 0.30 | $375.00/hr | $112.50 |
| 05/08/2017 | Neil Bivona | Review 2nd half real estate bills for residential | 0.50 | $375.00/hr | $187.50 |
| 05/17/2017 | Neil Bivona | Various correspondence & discussions w/ R. Rosenfeld, S. Southard, M. White & D. cook re: 72 Chateau sewer connection issue. | 1.00 | $375.00/hr | $375.00 |
| 05/23/2017 | Neil Bivona | Correspondence w/ F. Radman & review of petition for Cody / 39 Chateau.  Review files for signed copy of lease & copy of Hopkins / 47 Chateau lease. | 1.00 | $375.00/hr | $375.00 |
| 05/25/2017 | Neil Bivona | Call w/ R. Bertucci re: hearing on tenant evictions and status of residential property sales to | 0.40 | $375.00/hr | $150.00 |
| 05/25/2017 | Neil Bivona | Several calls w/ F. Radman re: hearing on tenant evictions.  Review summary e-mail on status of each action. | 0.60 | $375.00/hr | $225.00 |
| 05/25/2017 | Neil Bivona | Various meetings & discussions w/ D. Cook & R. Rosenfeld re:  Hannah/52 Van Bomel rent and possible sale. | 0.40 | $375.00/hr | $150.00 |
| 05/26/2017 | Neil Bivona | Review information & develop strategies for four remaining residential properties on Van Bomel & prepare status & strategy summary report for discussion with R> Bertucci. | 1.40 | $375.00/hr | $525.00 |
| 05/26/2017 | Neil Bivona | Correspondence w/ F> Radman re: 44 Van bomel (Bufalo) vacating premises. | 0.20 | $375.00/hr | $75.00 |
| 05/30/2017 | Neil Bivona | Correspondence w/ F. Radman re: 39 Chateau intent to vacate. | 0.20 | $375.00/hr | $75.00 |
| 05/31/2017 | Neil Bivona | Nelson / 56 Van Bomel:  Review supporting documentation for tenant claimed out of pocket repair expenses.   Various calls & correspondence w/ F. Radman re: hearing / possible settlement. Prepare analysis of settlement & call with R. | 2.00 | $375.00/hr | $750.00 |
| **Totals For Dowling-Residential Ops** | | | **13.60** | | **$5,100.00** |
| **Dowling-Residential Sales** | | | | | |
| 05/03/2017 | Neil Bivona | Call w/ M. White re: open issues holding up closings on 72 Chateau and 96 Biltmore. | 0.50 | $375.00/hr | $187.50 |
| 05/03/2017 | Neil Bivona | Review R. Bertucci analysis on asking prices for 64 Chateau and 58 Woodlawn. | 0.50 | $375.00/hr | $187.50 |
| 05/03/2017 | Neil Bivona | Correspondence w/ R. Bertucci & R. Rosenfled re: 64 Chateau listing analysis & notice to UCC, status of other residential properties. | 0.40 | $375.00/hr | $150.00 |
| 05/04/2017 | Neil Bivona | Call w/ R. Bertucci re: status or residential properties & bulk sale interest.  Revise listing price analysis spreadsheet & forward to R. Bertucci for further consideration. | 1.00 | $375.00/hr | $375.00 |
| 05/04/2017 | Neil Bivona | Call w/ M. White re: open issues holding up closings on 72 Chateau (sewage treatment connection) and 96 Biltmore (elevator open | 0.30 | $375.00/hr | $112.50 |
| 05/05/2017 | Neil Bivona | Meet w. J. Sturchio and D. Cook to tour recently vacated 87 & 88 Central Blvd. properties. | 1.40 | $375.00/hr | $525.00 |

RSR Consulting, LLC                                                                          **Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**5/1/17 to 5/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 05/08/2017 | Neil Bivona | Correspondence w/ J, Sturchio & D. Nikmanfard re: anticipated residential closings in May. | 0.30 | $375.00/hr | $112.50 |
| 05/10/2017 | Neil Bivona | Call & correspondence w/ J. Sturchio re: market analysis / proposed listing of several residential | 0.40 | $375.00/hr | $150.00 |
| 05/12/2017 | Neil Bivona | Call w/ R. Bertucci to discuss Princeton offer for residential properties and logistics / agenda for meeting on 5-16. | 0.70 | $375.00/hr | $262.50 |
| 05/12/2017 | Neil Bivona | Review Oppenheimer analysis of listing prices for residential properties.  Review master property schedule for 2013/2014 appraised values.  Prepare spreadsheet with property information and asking prices for twelve properties where Princeton has | 1.50 | $375.00/hr | $562.50 |
| 05/12/2017 | Robert Rosenfeld | Discussions with broker regarding sale of residential properties and offers received from | 0.50 | $390.00/hr | $195.00 |
| 05/15/2017 | Neil Bivona | Call w/ J. Sturchio re: planning for meeting w/ R> Bertucci, status of proposed listing prices and discussions with Princeton on bulk purchase of | 0.40 | $375.00/hr | $150.00 |
| 05/16/2017 | Neil Bivona | Met with R. Bertucci, D. Cook and J. Sturchio to tour and discuss the remaining residential and converted properties in Oakdale. | 3.30 | $375.00/hr | $1,237.50 |
| 05/16/2017 | Neil Bivona | Various calls and correspondence with S. Naidu re: residential property portfolio offer from Princeton & review of pricing information / Oppenheimer | 1.70 | $375.00/hr | $637.50 |
| 05/17/2017 | Neil Bivona | Call w/ S. Naidu re: Princeton offer for residential properties & review of written offer re: the same. Forward to Oppenheimer, review response and discuss with R> Bertucci. | 1.10 | $375.00/hr | $412.50 |
| 05/17/2017 | Neil Bivona | Follow up call with S> Southard re: Princeton offer for residential properties & broker fees related thereto in light of delay on campus closing. | 0.30 | $375.00/hr | $112.50 |
| 05/18/2017 | Neil Bivona | Follow up calls w/ S. Naidu and R. Bertucci re: residential property sale to Princeton. | 0.50 | $375.00/hr | $187.50 |
| 05/23/2017 | Neil Bivona | Prepare notice to UCC counsel re: proposed sale of 52 Van Bomel. | 0.40 | $375.00/hr | $150.00 |
| 05/23/2017 | Neil Bivona | Review Princeton offer & Oppenheimer price analysis for twelve subject residential properties. Prepare spreadsheet for presentation to UCC | 1.00 | $375.00/hr | $375.00 |
| 05/24/2017 | Neil Bivona | Review & analyze flood insurance refunds for sold residential properties. Prepare correspondence to Sterling risk re: questions on discrepancies. | 1.00 | $375.00/hr | $375.00 |
| 05/25/2017 | Neil Bivona | Various calls and e-mail correspondence w/ D. Niknamfard re: residential closings, RE tax payments & 72 Chateau sewerage connection | 0.50 | $375.00/hr | $187.50 |
| 05/25/2017 | Neil Bivona | Call w/ S. Naidu re: Princeton purchase of residential properties, contract timing  & contingencies to close & requested deposit. | 0.30 | $375.00/hr | $112.50 |
| 05/26/2017 | Neil Bivona | Call w/ J. Sturchio re: status of residential sales / 44 van bomel. | 0.30 | $375.00/hr | $112.50 |

**RSR Consulting, LLC**                                                                                    **Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**5/1/17 to 5/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 05/26/2017 | Neil Bivona | Call w/ R. Friedman re: proposed sale of twelve residential properties to Princeton. | 0.30 | $375.00/hr | $112.50 |
| **Totals For Dowling-Residential Sales** | | | **18.60** | | **$6,982.50** |
| **Fee Applications** | | | | | |
| 05/01/2017 | Robert Rosenfeld | Prepare monthly fee statement for month of April | 1.30 | $390.00/hr | $507.00 |
| **Totals For Fee Applications** | | | **1.30** | | **$507.00** |
| **Financial Analysis** | | | | | |
| 05/30/2017 | Robert McLeod | Prepare first draft of 12-week budget extension through 9/15/17. | 2.90 | $335.00/hr | $971.50 |
| 05/30/2017 | Robert McLeod | Summarize open areas for review and discussion in regards to draft budget extension. Circulate amongst RSR team for review. | 0.50 | $335.00/hr | $167.50 |
| **Totals For Financial Analysis** | | | **3.40** | | **$1,139.00** |
| **Litigation Matters** | | | | | |
| 05/02/2017 | Robert Rosenfeld | Review correspondence from counsel relating to WARN complaint and respond to requests from | 1.50 | $390.00/hr | $585.00 |
| 05/03/2017 | Ilene Hellman | Schedule of Employees termed at or after 6/1/16 spreadsheet for WARN Complaint | 8.80 | $125.00/hr | $1,100.00 |
| 05/03/2017 | Robert Rosenfeld | Work on WARN analysis. | 0.50 | $390.00/hr | $195.00 |
| 05/04/2017 | Robert Rosenfeld | Review analysis on WARN payroll. | 0.50 | $390.00/hr | $195.00 |
| 05/05/2017 | Ilene Hellman | Schedule of Employees termed at or after 6/1/16 spreadsheet for WARN Complaint | 3.40 | $125.00/hr | $425.00 |
| 05/05/2017 | Robert Rosenfeld | Review employee analysis in connection with WARN complaint. | 0.80 | $390.00/hr | $312.00 |
| 05/05/2017 | Robert Rosenfeld | Review correspondence on WARN complaint and provide comments. | 0.80 | $390.00/hr | $312.00 |
| 05/05/2017 | Ilene Hellman | Schedule of Employees termed at or after 6/1/16 spreadsheet for WARN Complaint | 1.50 | $125.00/hr | $187.50 |
| 05/06/2017 | Ilene Hellman | Schedule of emp termed 6/1/16 or later for WARN Complaint | 1.50 | $125.00/hr | $187.50 |
| 05/08/2017 | Robert Rosenfeld | Follow up on outstanding issues related to WARN complaint. | 2.00 | $390.00/hr | $780.00 |
| 05/11/2017 | Ilene Hellman | Review of Part Time employees for Schedule of Employees Termed on or after 6/1/16 | 1.00 | $125.00/hr | $125.00 |
| 05/11/2017 | Ilene Hellman | Review of Part Time employees for Schedule of Employees termed on or after 6/1/16 | 1.00 | $125.00/hr | $125.00 |
| 05/26/2017 | Robert Rosenfeld | Research questions and provide documents relating to Schoenhals matter. | 0.80 | $390.00/hr | $312.00 |
| 05/31/2017 | Robert Rosenfeld | Review and update WARN analysis for employee listing for 2016 pursuant to request from counsel. | 2.00 | $390.00/hr | $780.00 |
| **Totals For Litigation Matters** | | | **26.10** | | **$5,621.00** |
| **Meetings with Creditors and/or Representatives** | | | | | |
| 05/10/2017 | Neil Bivona | Call w/ B. Faustini re: sale of unencumbered real estate & catch-up on other topics. | 0.50 | $375.00/hr | $187.50 |
| 05/15/2017 | Neil Bivona | Call w/ Secured Creditors and counsel, UCC counsel and Klestadt re: Princeton F&E offer, interim DIP budget extension & update on status & process. | 0.80 | $375.00/hr | $300.00 |

**RSR Consulting, LLC**                                                                                    **Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**5/1/17 to 5/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|--------------|-------------|--------------|
| 05/15/2017 | Neil Bivona | Call w/ R. Friedman re: status of invoices & settlement discussions with secured creditors. | 0.30 | $375.00/hr | $112.50 |
| 05/17/2017 | Neil Bivona | Call w/ S. Southard & counsel to secured creditors and UCC re: interim DIP extension & Princeton | 0.70 | $375.00/hr | $262.50 |
| 05/22/2017 | Robert Rosenfeld | Follow up meeting with creditors' representatives and Debtor's counsel to discuss follow up issues | 0.50 | $390.00/hr | $195.00 |
| 05/22/2017 | Neil Bivona | Update call with ACA and A&G / MH re: status with Princeton closing on Oakdale campus. | 0.50 | $375.00/hr | $187.50 |
| 05/24/2017 | Neil Bivona | Call w/ R. Bertucci & M. Sato re: timing, process & documentation for sale of residential properties to Princeton. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Meetings with Creditors and/or Representatives** | | | **3.80** | | **$1,432.50** |
| **Meetings with Debtor and Representatives** | | | | | |
| 05/03/2017 | Neil Bivona | Call w/ S. Southard to discuss sale of unencumbered real estate, status of Cigna/Helathplex claim review & General case | 0.50 | $375.00/hr | $187.50 |
| 05/04/2017 | Neil Bivona | Call with S. Southard to update on several open | 0.30 | $375.00/hr | $112.50 |
| 05/08/2017 | Robert Rosenfeld | Call with Sean Southard regarding update on open issues with buyer of Oakdale campus. | 0.40 | $390.00/hr | $156.00 |
| 05/11/2017 | Neil Bivona | Meeting at Debtor with S. Southard, L. Kiss, R. Rosenfeld, A. Dimola to discuss outstanding issues and work plan for completion tasks. | 3.00 | $375.00/hr | $1,125.00 |
| 05/11/2017 | Robert Rosenfeld | Meeting at Debtor with S. Southard, L. Kiss, N. Bivona, A. Dimola to discuss outstanding issues and work plan for completion tasks. | 3.00 | $390.00/hr | $1,170.00 |
| 05/12/2017 | Neil Bivona | Call w/ S. Southard re: Princeton offer fro personal property and discussions w/ Cigna's counsel re: concerns with Document Disposition motion as it relates to employee records, employee claims and Cigna  DOL claims. | 0.50 | $375.00/hr | $187.50 |
| 05/15/2017 | Neil Bivona | Call w/ S. Southard re: Cigna concerns with document disposal motion, sale of F&E to Princeton, 72 Chateau sewage line issue and | 0.50 | $375.00/hr | $187.50 |
| 05/15/2017 | Neil Bivona | Various meetings w/ staff members re: status of ongoing projects. | 1.00 | $375.00/hr | $375.00 |
| 05/22/2017 | Neil Bivona | Call with S. Southard & R. Rosenfeld re: 72 Chateau disclosure and Tiger retention motion. | 0.50 | $375.00/hr | $187.50 |
| 05/31/2017 | Robert Rosenfeld | Call with S. Southard regarding status of Princeton closing and follow up on meeting with creditors. | 0.40 | $390.00/hr | $156.00 |
| **Totals For Meetings with Debtor and Representatives** | | | **10.10** | | **$3,844.50** |
| **Oakdale-Residential** | | | | | |
| 05/05/2017 | Robert Rosenfeld | Review and execute contract for 15 Idle Hour; provide to parties for sending to purchaser and | 0.90 | $390.00/hr | $351.00 |
| **Totals For Oakdale-Residential** | | | **0.90** | | **$351.00** |
| **Reporting** | | | | | |
| 05/31/2017 | Neil Bivona | Review & edit BOT status update report & residential property status report. | 1.20 | $375.00/hr | $450.00 |
| **Totals For Reporting** | | | **1.20** | | **$450.00** |

**RSR Consulting, LLC**                                                                                  **Exhibit C**

**Dowling College - Case #16-75545 (REG)**
**Detailed Time Entries by Project Category**
**5/1/17 to 5/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| **Review Fee/Employment Applications** | | | | | |
| 05/30/2017 | Robert Rosenfeld | Review Baker Tilly engagement letter for preparation of 990's and provide comments. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Review Fee/Employment Applications** | | | **1.00** | | **$390.00** |
| **UST Reporting** | | | | | |
| 05/01/2017 | Robert Rosenfeld | Work on MOR for April. Make month end closing adjustments for preparation of MOR. | 3.50 | $390.00/hr | $1,365.00 |
| 05/02/2017 | Robert Rosenfeld | Work on MOR for April 2017. | 1.00 | $390.00/hr | $390.00 |
| 05/03/2017 | Robert Rosenfeld | Make further revisions to April MOR based on additional information received for monthl | 2.00 | $390.00/hr | $780.00 |
| 05/03/2017 | Robert Rosenfeld | Make revisions to MOR for April 2017. | 1.50 | $390.00/hr | $585.00 |
| 05/05/2017 | Robert Rosenfeld | Make additional revisions to April 2017 MOR and update Quickbooks. | 2.00 | $390.00/hr | $780.00 |
| 05/08/2017 | Robert Rosenfeld | Continue work on MOR for April 2017. | 2.50 | $390.00/hr | $975.00 |
| 05/09/2017 | Robert Rosenfeld | Make revisions to April MOR relating to comments from counsel. | 0.50 | $390.00/hr | $195.00 |
| 05/30/2017 | Robert Rosenfeld | Work on MOR for May 2017.  Update accounting in quickbooks and reconcile accounts. | 1.50 | $390.00/hr | $585.00 |
| 05/31/2017 | Robert Rosenfeld | Work on month end closing of books and update MOR for May 2017. | 2.20 | $390.00/hr | $858.00 |
| **Totals For UST Reporting** | | | **16.70** | | **$6,513.00** |
| **Grand Total** | | | **263.10** | | **$95,201.50** |

**RSR Consulting, LLC**                                                                    **Exhibit D**
**Dowling College - Case #16-75545 (REG)**
**Detailed Expense Report**
**5/1/17 to 5/31/17**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 05/11/2017 | Robert Rosenfeld | Right Networks monthly fee for quickbooks hosting | $6.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$6.00** |
| **Mailing/Postage** | | | |
| 05/01/2017 | Robert Rosenfeld | Postage for UST quarterly fee mailings for Q1 2017. | $0.98 |
| 05/03/2017 | Robert Rosenfeld | Postage for tax notice mailed to Pennsylvania Payroll tax department. | $0.49 |
| 05/25/2017 | Robert Rosenfeld | Certified return receipt postage for Suffolk County dept of Health Services letter | $6.80 |
| 05/30/2017 | Robert Rosenfeld | Postage for 403B mailing to participants. | $401.80 |
| **Totals Billable Amounts for Mailing/Postage** | | | **$410.07** |
| **Miscellaneous** | | | |
| 05/24/2017 | Robert Rosenfeld | Notary public fee for signing verified petition for 39 Chateau property tenant. | $2.00 |
| **Totals Billable Amounts for Miscellaneous** | | | **$2.00** |
| **Postage & Shipping** | | | |
| 05/12/2017 | Robert Rosenfeld | Overnight shipping to M. White for executed closing documents for 21 chateau closing. | $24.50 |
| **Totals Billable Amounts for Postage & Shipping** | | | **$24.50** |
| **Grand Total** | | | **$442.57** |