UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF YORK
------------------------------------------------------------x

In Re:

Dowling College,

                      Debtor.
------------------------------------------------------------x

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES**

Chapter 11
Case No. 8-16-75545 (reg)

       **PLEASE TAKE NOTICE**, that BRIDGET M. ROHDE, Acting United States Attorney for the Eastern District of New York by James H. Knapp, Assistant United States Attorney, hereby appears as in the above captioned proceeding for the U. S. Department of Veteran Affairs, a creditor of DOWLING COLLEGE and pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, the United States of America demands that any and all notices given or required to be given in the above-captioned Chapter 11 case and all papers served or required to be served in the above-captioned Chapter 11 case be given to and served upon the undersigned at the offices, telephone and telecopier numbers set forth herein.

       **PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the bankruptcy rules specified above, but also includes, without limitation, notices of any applications, complaint, demand, hearing, motion, petition, pleading or request, whether formal

or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, e-mail or otherwise.

Dated:  June 16, 2017

                                          BRIDGET M. ROHDE
                                          Acting United States Attorney
                                          Eastern District of New York
                                          610 Federal Plaza, 5th Fl.
                                          Central Islip, New York 11722

                            By:     *s/ James H. Knapp*
                                          James H. Knapp
                                          Assistant U.S. Attorney
                                          (631) 715-7879
                                          James.knapp@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of th foregoing Notice of Appearance and for Request for Notices was served on this 16th day of June, 2017  via the court's ECF system on those parties registered to receive notice in this case.

                                                s/ Carol Cohen
                                                *Carol Cohen*