# **Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                                            :        Chapter 11
                                                                                     :
DOWLING COLLEGE,                                                  :
f/d/b/a DOWLING INSTITUTE,                                    :        Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI        :
ASSOCIATION,                                                          :
f/d/b/a CECOM,                                                         :
a/k/a DOWLING COLLEGE, INC.,                            :
                                                                                     :
                                                        Debtor.         :
---------------------------------------------------------------x

## ORDER APPROVING AND AUTHORIZING PROCEDURES FOR THE TURNOVER OF THE DEBTOR'S FEDERAL PERKINS LOAN PORTFOLIO

Upon the motion dated June 16, 2017 (the "Motion")[1] of Dowling College (the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), for an order approving and authorizing procedures for the turnover of the Debtor's Federal Perkins Loan portfolio (the "Perkins Procedures"); and it appearing that the Court has jurisdiction to consider the Motion and the relief requested herein; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and appropriate notice of the Motion has been given under the circumstances; and it appearing that no other or further notice need be given; and after due deliberation; and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Debtor is authorized to and shall implement the following Perkins Procedures:

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

- The Debtor is authorized to (i) assign any and all Student Loans to the DOE in a manner consistent with the HEA and any other pertinent laws and regulations and (ii) upon completion of the assignment process and any required audit report or other accounting, close the Perkins Bank Account and transfer to the DOE its share of the Student Loan Funds from the Perkins Bank Account and DIP Bank Account.

And it is further

**ORDERED** that the Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

**ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED** that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.