# **<u>Exhibit C</u>**



August 3, 2016

Albert F Inserra, President
Dowling College                              CERTIFIED MAIL
Idle Hour Boulevard                          RETURN RECEIPT REQUESTED
Oakdale, NY 11769-1999                        Receipt #  7006 2760 0002 1733 8165

RE: OPE ID 002667

Dear Mr. Inserra:

According to our records, Dowling College (Dowling) will lose eligibility to participate in the
Title IV Federal Student Aid (FSA) Programs effective August 31, 2016, due to loss of
accreditation.  Dowling is not required to submit a **separate** close-out audit for the Title IV
programs; however, if Dowling participated and received Campus Based Funding , "The Fiscal
Operations Report" and "Application to Particpate in the Campus-Based Programs" must be
completed. This will provide proper reporting of the expenditures associated with the draw
downs made in the G5 system. For questions about completing these documents please contact
eCB at 877-801-7168. Dowling's Independent Public Accountant's close-out attestation must be
incorporated in the submission of the institution's next regularly scheduled audit report.

If Dowling received less than $500,000 in total federal funds and does not expect to complete an
audit for the current year, please submit an exemption request though eZ-Audit.

Dowling is required to liquidate its Federal Perkins revolving student loan fund and assign its
Federal Perkins Loan portfolio to the Department.  Please follow the procedures described in the
April 19, 2013 Electronic Announcement:  Federal Perkins Loan Portfolio Liquidation and
Perkins Loan Assignment Procedures published on the Information for Financial Aid
Professionals (IFAP) Web site at:
http://ifap.ed.gov/eannouncements/041913PerkinsLiquidationAssignProceduresApril2013.html

If Dowling has any questions regarding the liquidation process, please contact the Campus-
Based Call Center at 877-801-7168. Customer service representatives are available Monday
through Friday from 8:00 A.M. until 8:00 P.M. (ET). The institution may also e-mail
CBFOB@ed.gov.

Please advise the School Participation Division-New York-Boston of the arrangements made for
proper record retention and storage.  The date all outstanding refunds or unearned tuition and
fees will be paid must also be provided to this office.  The institution's response must be
postmarked no later than August 18, 2016.



Dowling College
OPEID 00266700
Page 2 of 2

The institution's cooperation in this matter is appreciated.  If the institution has any questions or need additional assistance, please call Tonya Sydney at 646-428-3842.

Sincerely,

Christopher Curry
Compliance Manager

cc:  Carla Guevara, Financial Aid Director