**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                        :    Chapter 11
:
**DOWLING COLLEGE,**[1]                      :    Case No. 16-75545 (REG)
:
Debtor.                                      :
:
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                     ) ss
COUNTY OF KING       )

I, Emily Young, being duly sworn, depose and state:

1.   I am an Assistant Director with Garden City Group, LLC, the claims and noticing agent for the debtor and debtor-in-possession (collectively, the "Debtor") in the above-captioned proceeding. Our business address is 1531 Utah Avenue South, Suite 600, Seattle, Washington 98134.

2.   On June 16, 2017, at the direction of Klestadt Winters Jureller Southard & Stevens, LLP ("Klestadt"), counsel for the Debtor, I caused true and correct copies of the following documents to be served by first class mail on the parties identified on Exhibit A annexed hereto (Master Service List Parties), and by e-mail on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses):

- **Notice of and Debtor's Second Motion for an Order Extending Exclusive Periods During which the Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereto** [Docket No. 344];

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078). The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

- **Notice of and Debtor's Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Approving the Sale of the Debtor's Furniture and Equipment Located at the Oakdale Campus to Princeton Education Center LLC Free and Clear of All Liens, Claims and Encumbrances ("Motion on Sale of Furniture and Equipment at Oakdale Campus")** [Docket No. 345]; and

- **Notice of and Debtor's Motion for an Order Approving and Authorizing Procedures for the Turnover of the Debtor's Federal Perkins Loan Portfolio ("Motion on Perkins Loan")**[Docket No. 347].

3.   On June 16, 2017, also at the direction of Klestadt, I caused a true and correct copy of the **Motion on Sale of Furniture and Equipment at Oakdale Campus** to be served by first class mail on the parties identified on Exhibit C annexed hereto (Potential Bidding Parties and Interested Parties) and by e-mail on the parties identified on Exhibit D (Potential Bidding Parties and Interested Parties with e-mail addresses).[2]

4.   On June 16, 2017, also at the direction of Klestadt, I caused a true and correct copy of the **Motion on Perkins Loan** to be served by first class mail on the parties identified on Exhibit E annexed hereto (Interested Parties) and by e-mail on the parties identified on Exhibit F (Interested Parties with email addresses).

　　　　　　　　　　　　　　　　　　　　　　　　　　／s/ Emily Young
　　　　　　　　　　　　　　　　　　　　　　　　　　Emily Young

Sworn to before me this 19th day of
June, 2017

/s/ Katherine A. Hathaway
Katherine A. Hathaway
Notary Public, State of Washington
License No. 184372
Commission Expires February 26, 2020

---

[2] Certain name and addresses on Exhibits C-D have been redacted in order to protect confidential information. Complete contact and address information are maintained in a separate file by GCG

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: THOMAS J. MCNAMARA | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 |
| DOWLING COLLEGE | ATTN: ROBERT S. ROSENFELD | 150 IDLE HOUR BLVD. | | | OAKDALE | NY | 11769 |
| GARDEN CITY GROUP, LLC | ATTN: IRA NIKELSBERG | 1985 MARCUS AVENUE | | | LAKE SUCCESS | NY | 11042 |
| GARFUNKEL WILD PC | ATTN ADAM T BERKOWITZ ESQ | 111 GREAT NECK ROAD | | | GREAT NECK | NY | 11021 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: SEAN C. SOUTHARD, ESQ. | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: LAUREN C. KISS, ESQ. | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: ERIC R. BLYTHE, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: IAN A. HAMMEL, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: P. MIYOKO SATO, ESQ. | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN ALISON B. BIANCHI, COUNSEL AND | DEPUTY COMMISSIONER FOR LEGAL AFFAIRS | 89 WASHINGTON AVENUE | | ALBANY | NY | 12234 |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN:DR. JOHN D'AGATI, DEPUTY COMMISSIONER | 89 WASHINGTON AVENUE | | | ALBANY | NY | 12234 |
| NEW YORK STATE DEPT OF TAXATION AND FINANCE | BANKRUPTCY UNIT – TCD | BUILDING 8, ROOM 455 | W.A. HARRIMAN STATE CAMPUS | | ALBANY | NY | 12227 |
| NEW YORK STATE DEPT OF TAXATION AND FINANCE | BANKRUPTCY UNIT | P.O. BOX 5300 | | | ALBANY | NY | 12205-5300 |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN, ATTORNEY GENERAL | ATTN: PEGGY FARBER | 120 BROADWAY, 24TH FLOOR | | NEW YORK | NY | 10271 |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE | ATTN:LORETTA E. LYNCH, ATTORNEY GENERAL | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530-0001 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE EASTERN DISTRICT OF NEW YORK | ATTN: STAN YANG, ESQ., TRIAL ATTORNEY | ALFONSE D'AMATO FEDERAL COURTHOUSE | 560 FEDERAL PLAZA | CENTRAL ISLIP | NY | 11722 |
| RSR CONSULTING, LLC | ATTN: NEIL BIVONA | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 |
| RSR CONSULTING, LLC | ATTN: ROBERT S. ROSENFELD | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 |
| SCHULTE ROTH & ZABEL LLP | ATTN: BRIAN D. PFEIFFER | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 |
| SCHULTE ROTH & ZABEL LLP | ATTN: NEIL S. BEGLEY, ESQ. | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 |
| SECURITIES AND EXCHANGE COMMISSION | NORTHEAST REGIONAL OFFICE | ATTN JOHN MURRAY | WOOLWORTH BUILDING | 233 BROADWAY | NEW YORK | NY | 10279 |
| SECURITIES EXCHANGE COMMISSION | ATTN GENERAL COUNSEL | 100 F ST NE | | | WASHINGTON | DC | 20549-2000 |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281-1027 |
| SILVERBERG P.C. | ATTN KARL SILVERBERG | 320 CARLETON AVENUE, SUITE 6400 | | | CENTRAL ISLIP | NY | 11722 |
| SILVERMANACAMPORA LLP | ATTN RONALD J FRIEDMAN ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| SILVERMANACAMPORA LLP | ATTN GERARD R LUCKMAN, ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 |
| SILVERMANACAMPORA LLP | ATTN KENNETH P SILVERMAN EQS | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 |
| THE UNITED STATES ATTORNEY'S OFFICE | EASTERN DISTRICT OF NEW YORK | ATTN LONG ISLAND BANKRUPTCY PROCESSING | 610 FEDERAL PLAZA, 5TH FLOOR | | CENTRAL ISLIP | NY | 11722-4454 |
| UMB BANK, NATIONAL ASSOCIATION | ATTN: LAURA ROBERSON, SENIOR VICE PRESIDENT | 2 SOUTH BROADWAY, SUITE 600 | | | ST. LOUIS | MO | 63102 |
| UNITED STATES DEPARTMENT OF EDUCATION | OFFICE OF GENERAL COUNSEL | 400 MARYLAND AVE., SW ROOM 6E353 | | | WASHINGTON | DC | 20202-2110 |
| UNITED STATES DEPARTMENT OF EDUCATION | BANKRUPTCY LITIGATION SUPPORT | 50 UNITED NATIONS PLZ STE 1200 | | | SAN FRANCISCO | CA | 94102-4918 |
| UNITED STATES DEPARTMENT OF EDUCATION | FINANCIAL SQUARE | ATTN CHRISTOPHER CURRY | 32 OLD SLIP, 25TH FLOOR | | NEW YORK | NY | 10005 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: JAY SMITH | 25 SOUTH CHARLES STREET, 11TH FLOOR | MAIL CODE: MD2-CS58 | | BALTIMORE | MD | 21201 |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | cmccarthy@aca.com |
| ACA FINANCIAL GUARANTY CORP | ATTN: MARIA CHENG, MANAGING DIRECTOR | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | mcheng@aca.com |
| ACTING UNITED STATES ATTORNEY | EASTERN DISTRICT OF NEW YORK | ATTN BRIDGET M ROHDE | AND JAMES H KNAPP | 610 FEDERAL PLAZA, 5TH FL | CENTRAL ISLIP | NY | 11722 | James.knapp@usdoj.gov |
| ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS | ATTN LAINE A ARMSTRONG | 225 BROADWAY, SUITE 1902 | | | NEW YORK | NY | 10007 | laine@advocatesny.com |
| ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS | ATTN ARTHUR Z SCHWARTZ | 225 BROADWAY, SUITE 1902 | | | NEW YORK | NY | 10007 | aschwartz@afjlaw.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN RICHARD J MCCORD, ESQ | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | rmccord@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN THOMAS J MCNAMARA, ESQ | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | tmcnamara@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | rmccord@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: THOMAS J. MCNAMARA | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | tmcnamara@certilmanbalin.com |
| CULLEN AND DYKMAN, LLP | ATTN ELIZABETH M ABOULAFIA, ESQ | 100 QUENTIN ROOSEVELT BOULEVARD | | | GARDEN CITY | NY | 11530 | eaboulafia@cullenanddykman.com |
| CULLEN AND DYKMAN, LLP | ATTN MATTHEW G ROSEMAN, ESQ | 100 QUENTIN ROOSEVELT BOULEVARD | | | GARDEN CITY | NY | 11530 | mroseman@cullenanddykman.com |
| FOLEY HOAG LLP | ATTN EURIPIDES D DALMANIERAS | SEAPORT WORLD TRADE CENTER WEST | 155 SEAPORT BOULEVARD | | BOSTON | MA | 02210-2600 | EDalmani@foleyhoag.com |
| GARDEN CITY GROUP, LLC | ATTN: IRA NIKELSBERG | 1985 MARCUS AVENUE | | | LAKE SUCCESS | NY | 11042 | Ira.Nikelsberg@gardencitygroup.com |
| GARFUNKEL WILD PC | ATTN ADAM T BERKOWITZ ESQ | 111 GREAT NECK ROAD | | | GREAT NECK | NY | 11021 | aberkowitz@garfunkelwild.com |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: SEAN C. SOUTHARD, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | ssouthard@klestadt.com |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: LAUREN C. KISS, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | lkiss@klestadt.com |
| MEYER SUOZZI ENGLISH & KLEIN PC | ATTN HOWARD B KLEINBERG ESQ | 990 STEWART AVENUE | SUITE 300 | | GARDEN CITY | NY | 11530-9194 | hkleinberg@msek.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: ERIC R. BLYTHE, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | erblythe@mintz.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: IAN A. HAMMEL, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | iahammel@mintz.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: P. MIYOKO SATO, ESQ. | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | msato@mintz.com |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN ALISON B. BIANCHI, COUNSEL AND | DEPUTY COMMISSIONER FOR LEGAL AFFAIRS | 89 WASHINGTON AVENUE | | ALBANY | NY | 12234 | Alison.Bianchi@nysed.gov |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN:DR. JOHN D'AGATI, DEPUTY COMMISSIONER | 89 WASHINGTON AVENUE | | | ALBANY | NY | 12234 | john.dagati@nysed.gov |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN, ATTORNEY GENERAL | ATTN: PEGGY FARBER | 120 BROADWAY, 24TH FLOOR | | NEW YORK | NY | 10271 | Peggy.Farber@ag.ny.gov |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE | ATTN:LORETTA E. LYNCH, ATTORNEY GENERAL | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530-0001 | askdoj@usdoj.gov |
| RSR CONSULTING, LLC | ATTN: NEIL BIVONA | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 | nbivona@rsrconsultingllc.com |
| RSR CONSULTING, LLC | ATTN: ROBERT S. ROSENFELD | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 | rsrosenfeld@rsrconsultingllc.com |
| SAUL EWING LLP | ATTN SHARON L LEVINE | 1037 RAYMOND BLVD, STE 1520 | | | NEWARK | NJ | 07102 | slevine@saul.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| SAUL EWING LLP | ATTN DIPESH PATEL | 1037 RAYMOND BLVD, STE 1520 | | | NEWARK | NJ | 07102 | dpatel@saul.com |
| SCHULTE ROTH & ZABEL LLP | ATTN: BRIAN D. PFEIFFER | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | brian.pfeiffer@srz.com |
| SCHULTE ROTH & ZABEL LLP | ATTN: NEIL S. BEGLEY, ESQ. | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | neil.begley@srz.com |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281-1027 | newyork@sec.gov; NYROBankruptcy@SEC.GOV |
| SILVERBERG P.C. | ATTN KARL SILVERBERG | 320 CARLETON AVENUE, SUITE 6400 | | | CENTRAL ISLIP | NY | 11722 | ksilverberg@silverbergpclaw.com |
| SILVERMANACAMPORA LLP | ATTN RONALD J FRIEDMAN ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | RFriedman@silvermanacampora.com |
| SILVERMANACAMPORA LLP | ATTN GERARD R LUCKMAN, ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | GLuckman@silvermanacampora.com |
| SILVERMANACAMPORA LLP | ATTN KENNETH P SILVERMAN EQS | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | KSilverman@silvermanacampora.com |
| STIM & WARMUTH PC | ATTN GLENN P WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | gpw@stim-warmuth.com |
| STIM & WARMUTH PC | ATTN PAULA J WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | pjw@stim-warmuth.com |
| SYNCHRONY BANK | C/O PRA RECEIVABLES MANAGEMENT, LLC | PO BOX 41021 | | | NORFOLK | VA | 23541 | claims@recoverycorp.com |
| THALER LAW FIRM PLLC | ATTN ANDREW M THALER, ESQ | 675 OLD COUNTRY ROAD | | | WESTBURY | NY | 11590 | athaler@athalerlaw.com |
| UMB BANK, NATIONAL ASSOCIATION | ATTN: LAURA ROBERSON, SENIOR VICE PRESIDENT | 2 SOUTH BROADWAY, SUITE 600 | | | ST. LOUIS | MO | 63102 | laura.roberson@umb.com |
| UNITED STATES ATTORNEY | ATTN JAMES H KNAPP | ASSISTANT US ATTORNEY | EASTERN DISTRICT OF NEW YORK | 610 FEDERAL PLAZA, 5TH FL | CENTRAL ISLIP | NY | 11722 | James.knapp@usdoj.gov |
| UNITED STATES DEPARTMENT OF EDUCATION | FINANCIAL SQUARE | ATTN CHRISTOPHER CURRY | 32 OLD SLIP, 25TH FLOOR | | NEW YORK | NY | 10005 | christopher.curry@ed.gov |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: JAY SMITH | 25 SOUTH CHARLES STREET, 11TH FLOOR | MAIL CODE: MD2-CS58 | | BALTIMORE | MD | 21201 | jhsmith@wilmingtontrust.com |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ABSOLUTE PLUMBING OF LONG ISLAND, INC | 90F KNICKERBOCKER AVENUE | | | | BOHEMIA | NY | 11716 |
| ADAM GISMONDI | 407 PLEASANT ST, UNIT 1B | | | | MELROSE | MA | 02176 |
| ADAM MOTTOLA | 137 CARLETON AVE | | | | ISLIP TERRACE | NY | 11752-2601 |
| ANTHONY MURPHY | 17 SPRING HOLLOW RD | | | | NISSEQUOGUE | NY | 11780 |
| AO SERVICE INC | 8 NEW YORK AVENUE | | | | PORT JEFFERSON | NY | 11776 |
| CARRIER CORPORATION | PO BOX 4808 TR-5 | OFFICE 401 | | | SYRACUSE | NY | 13221 |
| DELILIAH CRAIG | 14 DAWN CRESCENT | | | | CENTRAL ISLIP | NY | 11722 |
| DIMITRI KESARI | PO BOX 20076 | | | | WASHINGTON | DC | 20041 |
| FINANCIAL PACIFIC LEASING, INC | 3455 SOUTH 344TH WAY, SUITE 300 | | | | FEDERAL WAY | WA | 98001 |
| GCG# 1005339 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005340 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005342 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005344 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005345 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005346 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005347 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005350 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005351 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005352 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005353 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005354 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005355 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005356 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005357 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005361 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005362 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005365 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| GCG# 1005367 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005368 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005369 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005371 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005372 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005374 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005375 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005376 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005377 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005380 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005381 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005382 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005384 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005385 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005386 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005387 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005388 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005389 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005390 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005391 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005393 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GCG# 1005394 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| GERALD M OSHEA INC | 4155 VETERANS HIGHWAY | SUITE 9 | | | RONKONKOMA | NY | 11779 |
| GREG JOHNSON | 99 E 2ND STREET | | | | MINEOLA | NY | 11501 |
| HITECH ASSETS | ATTN JULIA PIPER | 401 N PORTLAND AVE | | | OKLAHOMA CITY | OK | 73107 |
| IRA CAPLAN | 2030 S OCEAN DR | APT 809 | | | HALLANDALE BEACH | FL | 33009 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| JAMES NICHOLS | PO BOX 20076 | | | | WASHINGTON | DC | 20041 |
| JEFF FERGUSON | 35 SHORE DR | | | | OAKDALE | NY | 11769 |
| JOHN FAGAN | 5 HADLEY CT | | | | STONY BROOK | NY | 11790 |
| JUSTINE MOODY | 10 HILCREST PLACE | | | | MOUNT SINAI | NY | 11766 |
| KLAUS HORATSCHEK | 111 SHORE DRIVE | | | | OAKDALE | NY | 11769 |
| KRISTIN LAUDICINA | 23 SANDS LN | | | | PORT JEFFERSON | NY | 11777 |
| L.I. HARDWARE | 4155 VETERANS HIGHWAY | SUITE 9 | | | RONKONKOMA | NY | 11779 |
| LEAF CAPITAL FUNDING LLC | 2005 MARKET STREET, 14TH FLOOR | | | | PHILADELPHIA | PA | 19103 |
| LIU, ZHENG, CHEN AND HOFFMAN LLP | ATTN JIM CHENGYU HOU, ESQ | 358 5TH AVE, STE 1003 | | | NEW YORK | NY | 10001 |
| NEW YORK STATE DEPARTMENT OF LABOR | STATE OFFICE BUILDING | CAMPUS ROOM 500 | | | ALBANY | NY | 12240 |
| NEW YORK STATE DEPARTMENT OF LABOR | BUILDING 12 | W.A. HARRIMAN CAMPUS | | | ALBANY | NY | 12240 |
| POWERHOUSE MAINTENANCE, INC | D/B/A POWERHOUSE PAVING | 2 WEST BEECH STREET | | | ISLIP | NY | 11751 |
| PREMIUM ASSIGNMENT CORPORATION | PO BOX 8800 | | | | TALLAHASSEE | FL | 32314 |
| PREMIUM ASSIGNMENT CORPORATION | 3522 THOMASVILLE RD, SUITE 400 | | | | TALLAHASSEE | FL | 32309 |
| ROSS SQUIRE | 264 FILLMORE STREET | | | | CENTERPORT | NY | 11721 |
| SAM LAX FURNITURE | 1331 47TH STREET | | | | BROOKLYN | NY | 11219 |
| SEAN KREITZER | 3 BLUETOP RD | | | | SETAUKET | NY | 11733 |
| SIMPLEXGRINNELL LP | 50 TECHNOLOGY DRIVE | | | | WESTMINSTER | MA | 01441 |
| STERLING NATIONAL BANK | 42 BROADWAY | 4TH FLOOR | | | NEW YORK | NY | 10004 |
| TEQLEASE, INC | 23801 CALABASAS ROAD, SUITE 101 | | | | CALABASAS | CA | 91302 |
| TM BIER & ASSOCIATES, INC | 79 HAZEL STREET | | | | GLEN COVE | NY | 11542 |
| TODD LARNER | 2850 REDHILL AVE | SUITE 200 | | | SANTA ANA | CA | 92705 |
| TOSHIBA FINANCIAL SERVICES | 1961 HIRST DRIVE | | | | MOBERLY | MO | 65270 |
| UNITED COMMUNITY CORPORATION | ATTN MARANDA BUCHTA | 31 FULTON ST | | | NEWARK | NJ | 07102 |
| UNIVERSAL TEMPERATURE CONTROLS LTD | 1749 JULIA GOLDBACH AVENUE | | | | RONKONKOMA | NY | 11779 |
| UNIVEST CAPITAL, INC | 3220 TILLMAN DR STE 502 | | | | BENSALEM | PA | 19020-2049 |
| XEROX FINANCIAL SERVICES | 45 GLOVER AVENUE | | | | NORWALK | CT | 06856 |

# EXHIBIT D

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ADAM GISMONDI | 407 PLEASANT ST, UNIT 1B | | | | MELROSE | MA | 02176 | adam.gismondi@tufts.edu |
| ANDREW CRONSON | 318 TRUMBULL RD | | | | | | | andrew.cronson@gmail.com |
| ANTHONY MURPHY | 17 SPRING HOLLOW RD | | | | NISSEQUOGUE | NY | 11780 | amurphy1110@gmail.com |
| AO SERVICE INC | 8 NEW YORK AVENUE | | | | PORT JEFFERSON | NY | 11776 | AOSERVICE1@YAHOO.COM |
| CARRIER CORPORATION | PO BOX 4808 TR-5 | OFFICE 401 | | | SYRACUSE | NY | 13221 | ELISABETH.M.COLES@CARRIER.UTC.COM |
| DIMITRI KESARI | PO BOX 20076 | | | | WASHINGTON | DC | 20041 | Dkesari@aol.com |
| GCG# 1005339 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005340 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005341 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005342 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005343 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005344 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005345 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005346 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005347 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005348 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005349 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005353 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005354 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005355 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005357 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005358 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005359 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005360 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005361 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005362 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005363 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| GCG# 1005364 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005365 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005366 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005367 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005369 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005370 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005371 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005372 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005373 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005374 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005375 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005376 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005378 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005379 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005380 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005381 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005382 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005383 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005384 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005386 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005387 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005388 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005389 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005390 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005391 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| GCG# 1005392 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005393 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005394 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GREG JOHNSON | 99 E 2ND STREET | | | | MINEOLA | NY | 11501 | Omegaconstructionservices@yahoo.com |
| HITECH ASSETS | ATTN JULIA PIPER | 401 N PORTLAND AVE | | | OKLAHOMA CITY | OK | 73107 | jpiper@htassets.com |
| IRA CAPLAN | 2030 S OCEAN DR | APT 809 | | | HALLANDALE BEACH | FL | 33009 | Goodtrades101@gmail.com |
| JAMES NICHOLS | PO BOX 20076 | | | | WASHINGTON | DC | 20041 | wiresnap2@gmail.com |
| JEFF FERGUSON | 35 SHORE DR | | | | OAKDALE | NY | 11769 | jfergsurfer@gmail.com |
| JOHN FAGAN | 5 HADLEY CT | | | | STONY BROOK | NY | 11790 | john.fagan@clarisource.com |
| JUSTINE MOODY | 10 HILCREST PLACE | | | | MOUNT SINAI | NY | 11766 | justineanne@me.com |
| KLAUS HORATSCHEK | 111 SHORE DRIVE | | | | OAKDALE | NY | 11769 | klausproject@msn.com |
| KRISTIN LAUDICINA | 23 SANDS LN | | | | PORT JEFFERSON | NY | 11777 | Picklesmcgee11@gmail.com |
| LIU, ZHENG, CHEN AND HOFFMAN LLP | ATTN JIM CHENGYU HOU, ESQ | 358 5TH AVE, STE 1003 | | | NEW YORK | NY | 10001 | jhou@ambizlaw.com |
| ROSS SQUIRE | 264 FILLMORE STREET | | | | CENTERPORT | NY | 11721 | rsquire@aol.com |
| SAM LAX FURNITURE | 1331 47TH STREET | | | | BROOKLYN | NY | 11219 | samlax63@aol.com |
| SEAN KREITZER | 3 BLUETOP RD | | | | SETAUKET | NY | 11733 | sbu.crew.alumni@gmail.com |
| STACEY LYNN | | | | | | | | staceypamlanye@gmail.com |
| TODD LARNER | 2850 REDHILL AVE | SUITE 200 | | | SANTA ANA | CA | 92705 | toddl@whainc.com |
| UNITED COMMUNITY CORPORATION | ATTN MARANDA BUCHTA | 31 FULTON ST | | | NEWARK | NJ | 07102 | maranda.buchta@uccnewark.org |

# EXHIBIT E

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| UNITED STATES ATTORNEY | ATTN JAMES H KNAPP | ASSISTANT US ATTORNEY | EASTERN DISTRICT OF NEW YORK | 610 FEDERAL PLAZA, 5TH FL | CENTRAL ISLIP | NY | 11722 |
| UNITED STATES DEPARTMENT OF EDUCATION | ATTN NATASHA VARNOVITSKY | 400 MARYLAND AVE SW STE 6E215 | | | WASHINGTON | DC | 20202 |
| UNITED STATES DEPARTMENT OF EDUCATION | OFFICE OF THE CHIEF FINANCIAL OFFICER | ATTN SYLVESTER OSINEME | 550 12TH SW | | WASHINGTON | DC | 20202 |

# EXHIBIT F

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| UNITED STATES DEPARTMENT OF EDUCATION | ATTN NATASHA VARNOVITSKY | 400 MARYLAND AVE SW STE 6E215 | | | WASHINGTON | DC | 20202 | natasha.varnovitsky@ed.gov |
| UNITED STATES DEPARTMENT OF EDUCATION | OFFICE OF THE CHIEF FINANCIAL OFFICER | ATTN SYLVESTER OSINEME | 550 12TH SW | | WASHINGTON | DC | 20202 | SYLVESTER.OSINEME.ED.GOV |