Page 1

1    UNITED STATES BANKRUPTCY COURT

2    EASTERN DISTRICT OF NEW YORK

3    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

4    In the Matter of:

5

6    DOWLING COLLEGE,            Case No. 16-75545-reg

7            Debtor.

8    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

9    ZAIKOWSKI,

10                Plaintiff,

11          v.                  Adv. Case No. 16-08178-reg

12    DOWLING COLLEGE,

13                Defendant.

14    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

15

16                U.S. Bankruptcy Court

17                Long Island Federal Courthouse

18                Central Islip, NY

19

20                May 22, 2017

21                1:58 PM

22

23    B E F O R E :

24    HON ROBERT E. GROSSMAN

25    U.S. BANKRUPTCY JUDGE

1    Hearing re:  [74] ADJ Order Scheduling Initial Case

2    Management Conference.

3

4    Hearing re:  [31] Final ADJ Order to Schedule Emergency

5    Hearing on [9] Motion for Authority to Obtain credit Under

6    Section 364(b), Rule 4000(c) or (d) to Obtain Post-Petition

7    Secured, Superpriority Financing Pursuant to 11 U.S.C.

8    Sections 105, 361, 362, 363, and 364 and (B) to Utilize Cash

9    Collateral Pursuant to 11 U.S.C. Section 363; Adequate

10   Protection to Pre-Petition Secured Creditors Pursuant to 11

11   U.S.C. Sections 361, 362, 363, and 364 by Joseph Charles

12   Corneau on behalf of Dowling College.

13

14   Hearing re:  [314] Interim Application for Compensation by

15   SilvermanAcampora LLP as Counsel to the Official Committee

16   of Unsecured Creditors for Fees of $205,992.50 Expenses:

17   $242.35 by Ronald J. Friedman on behalf of Official

18   Committee of Unsecured Creditors.

19

20   Hearing re:  [307] Interim Application for Compensation by

21   Klestadt Winters Jureller Southard & Stevens, LLP as General

22   Bankruptcy Counsel to the Debtor and Debtor in Possession

23   for Fees of $522,896.25 Expenses: $9,239.82 by Lauren

24   Catherine Kiss on behalf of Dowling College.

25

1   Hearing re:   [308] Interim Application for Compensation by

2   Smith & Downey, P.A. as Special Counsel to the Debtor and

3   Debtor in Possession for Fees of $8,516.25 Expenses: $0.00

4   by Lauren Catherine Kiss on behalf of Dowling College.

5

6   Hearing re:   [309] Interim Application for Compensation by

7   Eichen & DiMeglio, P.C. as Accountants to the Debtor and

8   Debtor in Possession for Fees of $36,157.00 Expenses $541.22

9   by Lauren Catherine Kiss on behalf of Dowling College.

10

11  Hearing re:   [310] Interim Application for Compensation by

12  FPM Group, LTD. as Consultants to the Debtor and Debtor in

13  Possession for Fees of $28,843.27 Expenses: $12,846.12 by

14  Lauren Catherine Kiss on behalf of Dowling College.

15

16  Hearing re:   [312] Motion to Authorize and Approve Pursuant

17  to Fed. R. Bankr. P. 9019 a Settlement By and Between the

18  Debtor, International Union of Operating Engineers Local 30,

19  Gary Bishop and Justino Reyes by Lauren Catherine Kiss on

20  behalf of Dowling College.

21

22  Hearing re:   [313] Application to Employ and Approve the

23  retention of Farrell Fritz, P.C., as Special Counsel to the

24  Debtor, Nunc Pro Tunc to March 28, 2017 by Lauren Catherine

25  Kiss on behalf of Dowling College.

1    Hearing re:  [316] Motion to Authorize and Approve

2    Procedures for the Disposition of the Debtor's Records by

3    Lauren Catherine Kiss on behalf of Dowling College.

4

5    Hearing re:  [317] Motion to Sell Property of the Estate

6    Free and Clear of Liens under 11 U.S.C. 363(f); Approving

7    Procedures for the Sale of Certain Assets Free and Clear of

8    Liens, Claims and Encumbrances and Authorizing the

9    Employment and Compensation of Tiger Capital Group, LLC as

10   Liquidation Agent by Lauren Catherine Kiss on behalf of

11   Dowling College.

12

13   Hearing re:  Adv. 16-08178-reg Zaikowski v. Dowling College

14   [13] ADJ Motion to Authorize/Direct a Class Certification

15   pursuant to Rule 23(b)(3) of the Federal Rules of Civil

16   Procedure, made applicable by Federal Rule of Bankruptcy

17   Procedure 7023, comprised of Plaintiff and all persons who

18   worked at or reported to a Facility of Defendant who were

19   terminated without cause on or about June 1, 2016 or within

20   30 days of that date by Jack A. Raisner on behalf of Lori

21   Zaikowski.

22

23

24

25   Transcribed by:  Tracey Williams

```
 1   A P P E A R A N C E S :

 2   KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP

 3        Attorney for Debtor/Defendant

 4        200 West 41st Street

 5        17th Floor

 6        New York, NY 10036-7203

 7

 8   BY:  SEAN C. SOUTHARD, ESQ.

 9        BRENDAN A. SCOTT, ESQ.   (TELEPHONIC)

10

11   SILVERMAN ACAMPORA LLP

12        Attorney for Official Committee of Unsecured Creditors

13        100 Jericho Quadrangle

14        Suite 300

15        Jericho, NY 11753

16

17   BY:  RONALD J. FRIEDMAN, ESQ.

18

19   MEYER SUOZZI ENGLISH & KLEIN, P.C.

20        Attorney for Dowling College Board of Trustees

21        990 Stewart Avenue, Suite 300

22        P.O. Box 9194

23        Garden City, NY 11530-9194

24

25   BY:  HOWARD B. KLEINBERG, ESQ.
```

1   A P P E A R A N C E S : (Contd.)

2

3   CERTILMAN BALIN ADLER & HYMAN

4        Attorney for ACA Financial Guaranty Corp., Creditor

5        90 Merrick Avenue

6        East Meadow, NY 11554

7

8   BY:  RICHARD J. MCCORD, ESQ.

9

10   GARFUNKEL WILD, P.C.

11        Attorney for UMB Bank, Creditor

12        111 Great Neck Road

13        Great Neck, NY 11021

14

15   BY:  ADAM T. BERKOWITZ, ESQ.

16

17   STIM & WARMUTH PC

18        Attorney for Kimberly Dawn Poppiti, Creditor

19        2 Eight Street

20        Farmingville, NY 11738

21

22   BY:  GLENN P. WARMUTH, ESQ.

23

24

25

```
 1   A P P E A R A N C E S : (Contd.)

 2

 3   OFFICE OF THE UNITED STATES TRUSTEE

 4        Attorney for the U.S. Trustee

 5        Long Island Federal Courthouse

 6        560 Federal Plaza

 7        Central Islip, NY 11722

 8

 9   BY:  ALFRED DIMINO, ESQ.

10

11   MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO PC

12        Attorney for UMB Bank

13        One Financial Center

14        Boston, MA 02111

15

16   BY:  IAM HAMMEL, ESQ.    (TELEPHONIC)

17

18   TIGER REMARKETING SERVICES

19        Attorneys for Tiger Remarketing Services

20        11766 Wilshire Boulevard

21        Suite 470

22        Los Angeles, CA 90025

23

24   BY:  MARK KNAUGTON, ESQ.      (TELEPHONIC)

25        JEFFREY TANENBAUM, ESQ.  (TELEPHONIC)
```

Page 8

1    A P P E A R A N C E S : (Contd.)

3    OUTTEN & GOLDEN LLP

4        Attorneys for Lori Zaikowski

5        3 Park Avenue

6        29th Floor

7        New York, NY 10016

9    BY:  RENE S. ROUPINIAN, ESQ.  (TELEPHONIC)

10       JACK A. RAISNER, ESQ.   (TELEPHONIC)

```
 1                  P R O C E E D I N G S
 2            THE CLERK:  Matters Nos. 56 through 67, Dowling
 3     College.
 4          (Pause)
 5            THE CLERK:  May I have appearances, please?
 6            MR. SOUTHARD:  Good afternoon, Your Honor, Sean
 7     Southard of Klestadt Winters Jureller Southard & Stevens, on
 8     behalf of Dowling College, debtor in possession.
 9            MR. KLEINBERG:  Good afternoon, Judge, Howard
10     Kleinberg, Meyer Suozzi, for the Dowling board members.
11            MR. WARMUTH:  Good afternoon, Glenn Warmuth, Stim
12     & Warmuth, for Kimberly Poppiti.
13            MR. FRIEDMAN:  Good afternoon, Your Honor, Ronald
14     Friedman from SilvermanAcampora, counsel to the Creditors
15     Committee, and I'll just step outside.  I know Mr. Dimino
16     and Mr. McCord stepped outside, I'll get them.
17            THE COURT:  Are they coming back or are --
18            MR. FRIEDMAN:  Yes.
19            THE COURT:  -- they beating each other up?
20            MR. BERKOWITZ:  Good afternoon, Your Honor, Adam
21     Berkowitz of Garfunkel Wild on behalf of UMB.  And I believe
22     that my colleague Ian Hammel of Mintz Levin is on the line.
23            THE CLERK:  Please state your appearances.
24            MR. HAMMEL:  Yes, good afternoon, Ian Hammel on
25     behalf of UMB.  And thank you, Your Honor, for letting me
```

1    appear by phone.

2         MS. ROUPINIAN:  Good afternoon, Your Honor, Rene

3    Roupinian and Jack Raisner of Outten & Golden, appearing on

4    behalf of Lori Zaikowski and the putative Warren class.

5         MR. SCOTT:  Good afternoon, Your Honor, Brendon

6    Scott, Klestadt Winter Jureller Southard & Stevens,

7    appearing in the Warren adversary proceeding on behalf of

8    Dowling College.

9         MR. MCCORD:  Good afternoon, Your Honor, Richard

10   McCord for ACA Financial Guaranty Corp.

11        MR. DIMINO:  Good afternoon, Judge, Alfred Dimino

12   from the Office of the U.S. Trustee.

13        THE COURT:  You're up.

14        MR. SOUTHARD:  Thank you, Your Honor.  Once again,

15   for the record, Sean Southard.

16        Your Honor, we have a number of matters on today's

17   calendar.  We filed a proposed agenda at the end of last

18   week and, unless Your Honor prefers otherwise, I would

19   propose to follow that agenda.

20        THE COURT:  Let's go with it.

21        MR. SOUTHARD:  Very well.  So the first matter on

22   the calendar is basically a continued status conference

23   relative to the case.  And by way of update, Your Honor, we

24   continue to move towards a close on the Oakdale campus sale,

25   which Your Honor will remember we were before you last for

1    approval in connection with that 363 sale.  We are engaged

2    with counsel and are putting together the relevant closing-

3    related documents and discussing matters with title.

4            In addition to those matters, we have over the

5    weekend reached agreement with the same proposed purchaser,

6    Princeton, who is buying the Oakdale campus, for the

7    furniture and equipment that are located at the Oakdale

8    campus.  And we would envision coming before Your Honor with

9    a separate motion seeking that approval in the very near

10   future.

11           THE COURT:  But you're not going to go forward on

12   that Tiger application?

13           MR. SOUTHARD:  Well, Your Honor, we -- I will talk

14   to you about that when we get to that point or I can discuss

15   the thoughts now.

16           THE COURT:  I should have made that as a statement

17   more than a question.

18      (Laughter)

19           MR. SOUTHARD:  Very well.  So there was

20   consideration about whether to withdraw that motion or not,

21   and the or not comes from the hypothetical situation where a

22   closing with Princeton does not occur for some reason and we

23   move to a back-up bidder, and the timing for removal of the

24   furniture and equipment in that scenario is somewhat

25   uncertain.

1          So as a result, what we had discussed with Tiger,

2     frankly, as recently as an hour or so ago, my client was in

3     discussions with a Tiger representative about their

4     willingness and flexibility to in essence stay in the back,

5     back-up situation and available to us, retained, but not

6     officially let to go forward with their services until a

7     date when we say go.  And at that point and only at that

8     point would they become entitled to any sort of commission

9     or expense reimbursement compensation.

10          And I think as of just moments before they're

11     seemed to be a willingness to serve in that in essence back-

12     up situation, subject to some refinement on the terms in the

13     agreement and therefore when we -- what we were going to

14     propose to Your Honor, assuming that was an acceptable

15     situation, was that we would docket a revised form of

16     proposed agreement, making clear what the revisions were to

17     the proposed arrangement --

18          THE COURT:  They'd have to tee that up again,

19     because that is one of the most -- I guess as you get older,

20     you see a lot of things, and I go all the way back and I'm

21     not sure I've ever seen an agreement like this, ever, at

22     least if somebody was -- never mind.  So, no, I'm not

23     prepared to go ahead with that.

24          So you can restructure it, you can relook at it,

25     tee it up again or look at it again, but the agreement

1    that's in front of me I'm not prepared to sign, whether

2    there's objections or not.

3            MR. SOUTHARD:  Okay.  Well, I understand Your

4    Honor's comments and I think that makes it easy for us,

5    frankly.  We will discuss the matter further with Tiger.  If

6    Your Honor had any particular concerns that you would like

7    to share --

8            THE COURT:  Well, the particular concern is they

9    are an auctioneer, they're putting up zero money, they're

10   going to do a function of an auctioneer, and for that they

11   get the greatest percent I've ever seen on a sale of a piece

12   of -- on goods.

13           MR. SOUTHARD:  Well, Your Honor, on the --

14           THE COURT:  Why would you give them anything more

15   than five percent?

16           MR. SOUTHARD:  The expectation is that under

17   certain scenarios they are providing a guaranteed recovery

18   to the estate, but --

19           THE COURT:  Well, I've seen that, but let them put

20   the guarantee in writing and how much money the floor is,

21   and then we'll evaluate it.

22           MR. SOUTHARD:  And then -- and I understand Your

23   Honor's point -- and then in addition to that or as an

24   alternative to that, if the guarantee is not applicable,

25   what they are committing to do is in essence front the costs

1    and expenses of the marketing and the sale process and take

2    the risk that the sale proceeds do not realize enough to

3    cover those up-front costs.

4            THE COURT:  The goods are all being -- are all at

5    Dowling, they're not being moved to a third place, are they?

6            MR. SOUTHARD:  I'm sorry, Your Honor, I missed the

7    first part.

8            THE COURT:  The furniture and fixtures are sitting

9    in the facility?

10           MR. SOUTHARD:  They are, Your Honor.

11           THE COURT:  These guys aren't picking them up and

12   moving them into New York City into a conference area like

13   with the Madoff goods.

14           MR. SOUTHARD:  No, Your Honor.

15           THE COURT:  That was a different kind of deal.

16   This is this furniture in a house they want, come in and buy

17   it.  They're not redoing the furniture, they're not

18   reupholstering the furniture, they're not polishing the

19   silverware --

20           MR. SOUTHARD:  No, they are not.

21           THE COURT:  -- I don't know what they're doing.

22   They're doing exactly what an auctioneer does:  get a high

23   price, I'll pay you a percentage and move on.  Don't make it

24   too complicated.

25           MR. SOUTHARD:  I understand your point, Your

1    Honor.  We will discuss it with Tiger and the other creditor

2    representatives.

3            I think part of our challenge has been to find

4    someone who was willing to do the more standard arrangement

5    given the type of assets we have and the time frame that we

6    were talking about.  But we can revisit our options and then

7    come back in front of Your Honor.

8            THE COURT:  Okay.  Let's move on.

9            MR. SOUTHARD:  So, Your Honor, in addition to the

10   Oakdale campus and related furniture and equipment effort,

11   we are seeking today to retain the Farrell Fritz firm to

12   serve as special counsel to the debtor in relation to the

13   Brookhaven campus planning work that has begun and needs to

14   continue, ideally before that campus is marketed for sale.

15           And so what we are doing is once Farrell Fritz is

16   hopefully retained subject to Your Honor's consideration

17   today, Farrell Fritz and the debtor would then proceed with

18   that effort before the town of Brookhaven.

19           THE COURT:  Yeah, there's no objections to that, I

20   gather?

21           MR. SOUTHARD:  There is none, Your Honor.

22           THE COURT:  I find in front of me nothing -- no

23   reason not to approve that, so we'll grant that.

24           MR. SOUTHARD:  Thank you, Your Honor.

25           And the parties are essentially discussing the

1   best timing for marketing and disposition of that campus, in

2   part dependent upon the timing of the town and its

3   consideration of the planning requests that Dowling is

4   putting forth.

5           So in an ideal scenario we would get to a

6   conclusion on that sale process about the same time we might

7   confirm a plan and that leads me to my next development that

8   I wanted to bring to Your Honor's attention, which is

9   although I am not privy to the minutia, my understanding is

10  that the Official Committee of Unsecured Creditors and the

11  DIP lenders, slash, prepetition secured lenders have reached

12  terms on a proposed global case resolution, if you will,

13  that would also touch on and agree upon the final DIP terms,

14  DIP financing of both to date and for the balance of the

15  expected case conclusion, and in effect provide for a

16  recovery for unsecured creditors.  And I think what I would

17  like to do, with Your Honor's permission, is let one of

18  those attorneys who's more directly involved fill Your Honor

19  in on that current status.

20          MR. FRIEDMAN:  Thank you, Mr. Southard.

21          Again, for the record, Your Honor, Ronald Friedman

22  from SilvermanAcompora.  I'm happy to report for the Court,

23  after extensive discussions with counsel for the DIP lenders

24  and prepetition secured creditors, that we have come to the

25  terms of an agreement, subject to documentation, of course,

1    which we're endeavoring to embark upon very quickly,

2    probably this week and into next, and we'll be able to get

3    something on file.  It certainly contemplates an amended and

4    restated and final DIP that will bring us out through the

5    time of confirmation.

6             Some of the gating items for the timing provision,

7    as Mr. Southard mentioned, resonate from the Brookhaven

8    timing and having that marketing process underway we all

9    believe, at least from the business perspective, that it

10   would be best to go to the creditor body and solicit plan

11   acceptance as close to and simultaneously with the

12   Brookhaven sale approval process as possible.  There are

13   just less variables to do it that way, less post-

14   confirmation governance issues to deal with unsecured

15   creditors and the whole slew of items that I'm sure Your

16   Honor can conceive of.

17            But long story short, we have an agreement,

18   subject to documentation obviously and certainly court

19   approval that will bring us through confirmation of a plan.

20   There's a guaranteed recovery to the general unsecured

21   creditors in the form of a waterfall, certain high-level

22   marks and the creditors taking less at certain points in

23   times.

24            THE COURT:  Is there going to be an ability to

25   handle if there are Section 5 claims?

1          MR. FRIEDMAN:  Those Section 5 claims are

2    segregated and carved out for the pursuit by the Committee

3    and certainly for the benefit of the estate, as well as any

4    other potential third party claims.

5          THE COURT:  So there will be a surviving entity to

6    bring those claims?

7          MR. FRIEDMAN:  Correct.

8          THE COURT:  Okay.  All right, good.

9          MR. FRIEDMAN:  Thank you, Your Honor.

10          THE COURT:  Thank you.

11          MR. SOUTHARD:  Thank you, Your Honor.  Again, for

12    the record, Sean Southard.  I believe that concludes from

13    our perspective the status update for the case and unless

14    Your Honor has any questions about those items --

15          THE COURT:  I'm done.  Is there anything else on

16    today?

17       (Laughter)

18          MR. SOUTHARD:  Great.  There are a few things,

19    Your Honor, a couple near and dear to the professionals'

20    hearts.  And that brings us to my firm's fee application,

21    which is docketed at number 320 on the docket, that is the

22    application of Klestadt Winters Jureller Southard & Stevens

23    as general bankruptcy counsel to the debtor in possession

24    for a first interim allowance of compensation and

25    reimbursement of expenses for the period November 29th

1    through March 31st.

2            Your Honor, and I should also mention that there

3    are four, including my firm's debtor professional

4    applications on today, all first interims for the same

5    relevant period at the max.  Some of those professionals

6    were retained during slightly later retention dates than the

7    petition date, but the same cutoff period.  And then in

8    addition to those four, Committee counsel likewise had made

9    an application for the same first interim period.

10           Your Honor, the fee applications include the

11   information required by the Bankruptcy Code, the Bankruptcy

12   Rules, the U.S. Trustee's guidelines, including detailed

13   time records, and comply with the large case guidelines

14   where applicable.

15           Turning back then to my firm's application, Your

16   Honor, the fees requested in the fee statements that were

17   filed total $524,093.75.  The fees that are requested in the

18   application are slightly less, $522,896.25, the difference

19   due to a voluntary write-off of approximately $1200 --

20           THE COURT:  I have to ask --

21           MR. SOUTHARD:  Yes, Your Honor.

22           THE COURT:  -- on a half-a-million-dollar fee app,

23   you voluntarily wrote off a thousand bucks?  It was more

24   trouble to find it.  What does that represent?

25           MR. SOUTHARD:  Your Honor, it represents the time

1    that personnel in my office were involved in reviewing and

2    revising fee statements on a monthly basis, so the U.S.

3    Trustee's Office takes a view that --

4              THE COURT:  All right.

5              MR. SOUTHARD:  -- those are not properly

6    compensable.

7              THE COURT:  No, I remember sitting in hearings

8    where there were million-dollar -- multi-million-dollar fee

9    apps and someone arguing about why they took a cab instead

10   of a subway, and could never figure out why we were having

11   this discussion, but --

12             MR. SOUTHARD:  We did this so as not to have the

13   discussion before Your Honor.

14             THE COURT:  It's fine with me.

15             MR. SOUTHARD:  Your Honor, the expenses requested

16   in the application total $9,239.82 --

17             THE COURT:  This is an interim?

18             MR. SOUTHARD:  Correct.

19             THE COURT:  And there's a 20-percent holdback?

20             MR. SOUTHARD:  There is a 20-percent holdback.

21   Your Honor will remember that you entered an interim

22   compensation order that provided for the standard 20-percent

23   holdback.

24             THE COURT:  Yeah, I have no problem.

25             Mr. Dimino, you've looked at these?

1          MR. DIMINO:  Judge, the U.S. Trustee has reviewed

2     -- assisted with the interim compensation order, we have no

3     objection, the interim compensation order will continue.

4     This basically blesses what has been paid under the interim

5     compensation order.

6          THE COURT:  The Court will grant the motion.

7          MR. SOUTHARD:  Thank you, Your Honor.

8          With regard to the next fee application of the

9     Smith & Downey firm, it is again their first interim fee

10     application.  It's docketed at number 308 on the docket.

11     The fees requested in that application are $8,516.25, no

12     expenses.  Your Honor, Smith & Downey during the relevant

13     period has not yet received any payment, so that entire

14     amount would be due them.

15          THE COURT:  There's no holdback on this one?

16          MR. SOUTHARD:  Your Honor, they are subject to the

17     20-percent holdback, but they have not been paid any of the

18     80 percent to date.

19          THE COURT:  I'm just asking.  There is no holdback

20     on this application; are we supposed to have one or not?

21          MR. SOUTHARD:  Yes, Your Honor.  It's an interim

22     application.

23          THE COURT:  Okay.  So the fees requested are

24     8,516.25 and they will get 80 percent of that, correct?

25          MR. SOUTHARD:  The order we would propose to

1    submit would reflect 80 percent of that.

2            THE COURT:  Okay.  With that, the Court will grant

3    the motion.

4            MR. SOUTHARD:  Thank you, Your Honor.

5            The next motion, fee application is by the Eichen

6    & DiMeglio firm.  They are accountants to the debtor in

7    possession.  The fees requested in that application total

8    $36,157 --

9            THE COURT:  Subject to a holdback?

10           MR. SOUTHARD:  Yes, Your Honor.

11           THE COURT:  Okay.

12           MR. SOUTHARD:  They have been paid 80 percent to

13   date and so effectively they're in the same position as my

14   firm, that this is in effect blessing -- seeking an approval

15   of that which has already occurred --

16           THE COURT:  Okay.

17           MR. SOUTHARD:  -- by virtue of the interim comp.

18           THE COURT:  The Court will grant the motion.

19           MR. SOUTHARD:  Thank you, Your Honor.

20           And then finally as far of the debtor's

21   professionals, the application of FPM Group, LTD, which is

22   at docket number 310.  They are the consultants retained by

23   the debtor in possession relative to the Brookhaven campus

24   planning work that has taken place with the Town of

25   Brookhaven, which I spoke of a few moments ago.  The fees

1    requested in that application total $28,843.27, expenses of

2    $12,846.12 --

3              THE COURT:  Why are the expenses so high?

4              MR. SOUTHARD:  Your Honor, the certain

5    subcontractor fees that FPM is utilizing that are part of

6    those expenses, this is a subject that we had some

7    discussion of at the retention phase --

8              THE COURT:  Oh, these are the people they

9    retained?

10             MR. SOUTHARD:  Correct, Your Honor.

11             THE COURT:  And they're showing that as an

12   expense?

13             MR. SOUTHARD:  Correct, Your Honor.

14             THE COURT:  All right.

15             MR. SOUTHARD:  Again, no objections, 80-percent

16   rule with regard to the fees, and we would ask that they be

17   approved.

18             THE COURT:  The Court will grant the motion.

19             MR. SOUTHARD:  Thank you, Your Honor.

20             Your Honor, I will cede the podium momentarily to

21   the SilvermanAcampora firm.

22             MR. FRIEDMAN:  Good afternoon again, Your Honor,

23   Ronald Friedman for the Committee.

24             SilvermanAcampora's first interim application

25   covers the same time period of our retention through March

1    31.   The amount of compensation sought was $205,992.50, the

2    expense reimbursement was $242.35.  I know that my partner

3    Mr. Silverman had a discussion with Mr. Yang, I believe that

4    Mr. Yang had some concerns about some of the time entries,

5    and there was a voluntary reduction agreed to between Mr.

6    Silverman and Mr. Yang in the sum of $11,000.  Certainly Mr.

7    Dimino and I can confirm that for the record.  And with that

8    having been said --

9              THE COURT:  So this represents the agreed-upon

10   number or it's going to be 11,000 less than this?

11             MR. FRIEDMAN:  It will be 11,000 less than the

12   205.

13             MR. DIMINO:  Judge, the United States Trustee

14   doesn't have any objection.  What I think we'll do is adjust

15   the amount at the end of the day when we do the -- because

16   they've been getting paid the 80 percent on what they've

17   billed and we'll just adjust that going forward, either at

18   the end on the final or at some time.

19             THE COURT:  Okay.  The Court will grant the

20   motion.

21             MR. FRIEDMAN:  Thank you, Your Honor.  Thank you,

22   Mr. Dimino.

23             MR. SOUTHARD:  Your Honor, again for the record,

24   Sean Southard.

25             The next item on the agenda this afternoon is the

1    debtor's motion for an order under Bankruptcy Rule 9019

2    authorizing and approving a settlement by and between the

3    debtor, the International Union of Operating Engineers Local

4    30, Gary Bishop and Justino Reyes.

5              Your Honor, this motion relates to two union

6    members, Gary Bishop and Justino Reyes, who are members of

7    the Local 30 union.  They had worked at the Brookhaven

8    campus until on or about June 1st --

9              THE COURT:  So this takes care of these two

10   people?

11             MR. SOUTHARD:  It does, Your Honor.

12             THE COURT:  Okay.

13             MR. SOUTHARD:  it's a relatively small amount of

14   priority claims.

15             THE COURT:  Not to them.

16             MR. SOUTHARD:  No, Your Honor, not to them, but in

17   the scope of claims involved in this case.

18             THE COURT:  There's no objections on this?

19             MR. SOUTHARD:  No objections, Your Honor.

20             THE COURT:  The Court will grant that motion.

21             MR. SOUTHARD:  Thank you, Your Honor.

22             Your Honor, that brings us to the motion by the

23   debtor to approve the retention of Farrell Fritz as special

24   counsel to the debtor nunc pro tunc to March 28th --

25             THE COURT:  I think I did that.

1          MR. SOUTHARD:  I believe Your Honor mentioned that

2   you were inclined to approve that.

3          THE COURT:  All right.  I thought I did, but if I

4   didn't, the Court will grant that motion.

5          MR. SOUTHARD:  Thank you, Your Honor.

6          Your Honor, the next motion then on the calendar

7   is Docket No. 316 and that is the debtor's motion for an

8   order approving and authorizing procedures for the

9   disposition of the debtor's records.

10          Your Honor, this motion is -- was filed to in

11   essence explain to the universe of case constituents and

12   parties in interest the kinds of records that the debtor has

13   and proposed disposition with respect to those categories.

14          THE COURT:  All I want to know is that into the

15   future any person who is associated with Dowling who needs

16   the records of his educational history, grades, whatever

17   else, those records will be available; he or she can get

18   them.

19          MR. SOUTHARD:  Yes, Your Honor.  To be clear, and

20   we put a provision in the motion to try to make this clear

21   as well to those students who might be reading it and they

22   were served with it, and that is that there was an agreement

23   reached between Dowling and Long Island University in the

24   summer of last year that provided for Long Island University

25   to serve as the custodian of the student transcripts and

1    related grade records, and this motion in no way seeks to

2    disrupt that arrangement, which was --

3              THE COURT:  But in simple terms, somebody who

4    graduated in X who now needs a transcript or he needs some

5    other record of his participation at the school will have

6    that?

7              MR. SOUTHARD:  Yeah.  It may not be located at

8    Dowling, all right, because it's now with Long Island

9    University, but my understanding is that those records, to

10   the extent they ever existed, are now with Long Island

11   University and available through their standard request.

12             THE COURT:  The order that I ultimately sign is

13   going to bind LIU, Long Island University, that order will

14   cover them and require them to maintain these records.

15             MR. SOUTHARD:  The order as it's currently written

16   does not --

17             THE COURT:  I know.

18             MR. SOUTHARD:  -- do that, Your Honor.  There is

19   an agreement that -- a written agreement between Dowling and

20   Long Island University, which was in effect brokered by the

21   offices of New York State Department of Education --

22             THE COURT:  Whatever it is --

23             MR. SOUTHARD:  No, I just think this is helpful

24   background for Your Honor --

25             THE COURT:  Okay.

1          MR. SOUTHARD:  -- because one -- you know, the

2     State Education Department as part of its role as a

3     regulator in this space is very concerned about students

4     having access to their records, former students, alumni and

5     the like, in perpetuity, and that was the reason why when

6     Dowling announced that it was to close one of the first

7     things that was taken care of with the assistance of State

8     Education was to find a custodian for the long term to make

9     those records available to students.

10          So that was done, this motion does not seek to

11     disrupt that.  And indeed we -- one of the comments that we

12     worked through with State Education had to do with the

13     electronic records that are student-related records stored

14     on what's called the Banner System.  The Banner System was

15     Dowling's repository for a lot of information.  And what we

16     are proposing to do by virtue of this motion, what Dowling

17     is proposing to do is maintain that Banner System in a live

18     format up until 18 months after a confirmation is effective,

19     and thereafter to store backup tapes, which are

20     automatically generated of that Banner System, for five

21     years.

22          And at the conclusion of that five-year period,

23     what we've agreed to do with State Education is make

24     available to them copies of those backup tapes that they

25     would have available in perpetuity, presumably, and/or

1    destroy them, but only after notice to State Ed.

2            THE COURT:  Okay.  Again, I'll review the order,

3    but I want to make sure that the alumni, transfers, people

4    who attended, countless folks who borrowed money, kids, can

5    have a record, will have a record just as if the school was

6    still operating.  And while they may seek it from LIU, I

7    just want to make sure that everybody has acknowledged the

8    needs for these records and the fact that the State may be

9    happy with something, that's fine.

10            So I think it will be okay, but I'm very concerned

11   about that.

12            MR. SOUTHARD:  And the only thing I'm concerned

13   about, Your Honor, is the idea of trying to without notice

14   of that intention put any additional obligations on --

15            THE COURT:  I'm not going to put any additional

16   obligations --

17            MR. SOUTHARD:  -- LIU.

18            THE COURT:  -- other than what you have in the

19   agreement.

20            MR. SOUTHARD:  I think that's fine, Your Honor.

21            THE COURT:  All right.

22            MR. SOUTHARD:  We intended to make clear that this

23   relief would not alter that arrangement.

24            THE COURT:  All right.  And do we have a copy of

25   the State's agreement that preceded the bankruptcy or

1    whenever that was?

2              MR. SOUTHARD:  The articulation agreement between

3    LIU --

4              THE COURT:  Right.

5              MR. SOUTHARD:  -- and Dowling?

6              THE COURT:  Right.

7              MR. SOUTHARD:  You do not have a copy.

8              THE COURT:  Can you get us one?

9              MR. SOUTHARD:  I can.

10             THE COURT:  Okay.

11             MR. SOUTHARD:  I can.  That was not part of the

12   record to date.

13             THE COURT:  I would like to see it, though.

14        (Pause)

15             MR. SOUTHARD:  Your Honor, the other party who

16   expressed a potential objection informally to us was Cigna,

17   who is the debtor's third party administrator in relation to

18   the health care plan.  So we have proposed some specific

19   language to address their concerns, which had to do

20   primarily with employees and their claims in relation to

21   health care benefits and in essence carving those out.

22             THE COURT:  Cigna is just the processor, correct?

23             MR. SOUTHARD:  They do provide certain stop-loss

24   coverage, but in effect they are just a processor.  I don't

25   believe that the stop-loss has kicked in or will kick in

1   under the terms of the agreement, but I think they're

2   concerned -- they have filed a claim against the debtor and

3   certain of it is unliquidated.

4           THE COURT:  Don't we have a bunch of people who

5   worked who claim that they paid into a health insurance

6   plan, the monies are not there now to satisfy their health

7   needs, health care needs, and is anybody covering that?

8           MR. SOUTHARD:  Your Honor, I think we have

9   claimants who have asserted that they have paid in their

10  portion of premiums and that coverage was not provided by

11  Dowling on this self-insured plan, notwithstanding their

12  payment of their portion of the premiums, and I think that's

13  a result of Dowling's being unable to pay its large -- much

14  larger portion of the premiums due and the coverage here

15  that's necessary.

16          So are those claims being satisfied?  It's a

17  complicated answer to that question.  I think that at least

18  some of those claims and possibly all of them will be

19  satisfied --

20          THE COURT:  Well, Dowling set up a self-insured

21  plan, correct?

22          MR. SOUTHARD:  That's correct.

23          THE COURT:  And I assume -- I don't know why I

24  assume this, but the government has certain standards by

25  which you can do that.  I mean, the average person can't say

1    we're self-insured, pay me the premiums, and then not do

2    anything.  I assume there are government regulations you

3    have to -- and there are filings on a regular basis that say

4    you're meeting those obligations, I'm guessing.

5           MR. SOUTHARD:  Yes, Your Honor.  I believe the

6    plan is covered by ERISA, or at least it's asserted to be

7    covered by ERISA, and the U.S. Department of Labor prior to

8    the petition date opened an investigation based upon the

9    complaints that it received in relation to the termination

10   of that plan.

11          THE COURT:  And what is going on with that?

12          MR. SOUTHARD:  It has filed, the Department of

13   Labor has also filed a claim ostensibly on behalf of all the

14   affected employees in the bankruptcy case.  We have had

15   discussions with the U.S. Department of Labor about those

16   claims and information that it seeks.  Cigna also received a

17   subpoena from the U.S. Department of Labor --

18          THE COURT:  That is not part of the class action

19   that we're going to be dealing with or it is?

20          MR. SOUTHARD:  It is not part of the class action,

21   Your Honor.

22          THE COURT:  All right.  We're going to have to --

23          MR. SOUTHARD:  There's a --

24          THE COURT:  -- either Mr. Friedman or somebody

25   here is going to have to before the end of this, the lights

1    go out on this, explain to me what happened to the money

2    that was collected from these folks as commission --

3    commissions --

4            MR. FRIEDMAN:  Payroll reductions, payroll

5    reductions.

6            THE COURT:  -- the payments and whether when they

7    were being collected the responsible parties, what they knew

8    or didn't know.

9            MR. SOUTHARD:  Yes, Your Honor, I think we'll be

10   able to tell you that and others will also expect that from

11   us, including the Department of Labor.  So we are indeed

12   working on analyzing the priority claims for these type of

13   claims and others related to compensation.  There is a good

14   deal of overlap between different claimants' claims that

15   were filed.  Both individual claimants may assert

16   entitlement and --

17           THE COURT:  All right.

18           MR. SOUTHARD:  -- then you have the Department of

19   Labor who asserts a similar entitlement, you have the Warren

20   Act that is also existing that overlaps in many instances

21   with some of these claims, at least at a priority --

22           THE COURT:  So are these folks insured today or

23   not?

24           MR. SOUTHARD:  They are not, Your Honor.  Well,

25   they -- I should say, they are not insured by virtue of

1    Dowling's terminated plan; they may otherwise be insured.

2              THE COURT:  Okay, all right.

3              MR. SOUTHARD:  So, Your Honor, that was the other

4    modification --

5              THE COURT:  Yeah, subject to review of the order,

6    I'll grant that motion.

7              MR. SOUTHARD:  Thank you, Your Honor.

8              Your Honor, that brings us then to the debtor's

9    motion for continued debtor in possession financing.

10             THE COURT:  Well, we also have the class action.

11             MR. SOUTHARD:  Yes, Your Honor.  I have --

12             THE COURT:  I'll take it in any order you want.

13   Do you want to do that last?

14             MR. SOUTHARD:  I apologize if I jumped over that.

15   Well, Your Honor, we can certainly take up the class action

16   now.

17             Your Honor, on the calendar today was the

18   plaintiff's motion seeking class certification, and the

19   debtor and the class representative have been able to

20   negotiate a consent order, a form of which was submitted to

21   chambers I believe last week.  In essence, that approves the

22   class definition, certifies the class, and then approves the

23   appointment of the class representative and class counsel,

24   and a form of notice to then be delivered to the putative

25   class members.

1          THE COURT:  Are proposed counsel on the phone?

2          MS. ROUPINIAN:  Good afternoon, Your Honor, again,

3     Rene Roupinian and Jack Raisner of Outten & Golden on behalf

4     of the putative class.

5          THE COURT:  Could you just do me a favor and

6     quickly go through the three or four elements that you

7     believe satisfy what this Court has to find in order to

8     certify the class?

9          MR. RAISNER:  Your Honor, the elements that need

10    to be satisfied are under Civil Procedure Rule 23,

11    Bankruptcy Rule of Procedure 7023.  There are four criteria

12    of 23(a), which is that the class has a commonality with the

13    class representative as to the major issues that need to be

14    resolved; the second is that the class representative is

15    typical of the other class members; the third is that she is

16    going to be an adequate representative; and of course we

17    have the numerosity, the number at least of 40 or more class

18    members, that is the (indiscernible) there are far more than

19    that.

20          There are two other questions that are under Rule

21    23(b)(3), which is the class that we're seeking, which is

22    what's called an opt-out class.  And there are two criteria;

23    one, that this is a superior result than would otherwise be

24    the case and, therefore, that this is a fair, adequate and

25    reasonable settlement.

1          And the -- I think there isn't a question that we

2    meet the criteria on all of those counts within who the

3    class representative is Lori Zaikowski.  I think Your Honor

4    may have gained some familiarity with her role as the union

5    president for many of the faculty groups.  And so I don't

6    know if Your Honor would like to go down the elements --

7          THE COURT:  No, that's sufficient.  I had the luck

8    of actually having a class action out here before, so I'm

9    familiar with it.  So we have -- I think she represents the

10   class, she is an adequate representative of the class;

11   numerosity, as you say, is above the 40; commonality of

12   interest is it's basically a Warnack claim in this class

13   action; geographically, they're all within a reasonable

14   area.

15          I know you are proposed counsel.  From what I've

16   read, your firm is certainly experienced in this area.

17   There is no opposition from any party, including the

18   plaintiff, including the debtor, the U.S.T.'s office.  So

19   the Court will grant that class certification.

20          MR. RAISNER:  Thank you, Your Honor.

21          MR. SOUTHARD:  Your Honor, just to complete the

22   record on this matter, we have commenced informal discovery

23   and the plaintiff made a request for production of certain

24   information and documents, and we are working on providing

25   as much of those requested items as we are able.  It's our

1    belief that sharing this kind of information at this point

2    in time will help the parties try to reach resolution --

3             THE COURT:  One of the complexities of this is the

4    Creditors Committee relationship to the class, can -- it's

5    interesting, put it that way.  So there has to be some -- I

6    don't use coordination in a pejorative sense, but at least

7    some conversation so that parties don't do multiple

8    investigations of the same issue.

9             MR. SOUTHARD:  Yes, Your Honor.  We -- the debtor

10   is quite cognizant of that dynamic and have been careful to

11   make sure that the information shared with the Committee to

12   the extent sensitive is limited to Committee counsel and

13   indeed, if hypersensitive, not even shared with the

14   Committee counsel.  But we have not had a situation such as

15   that yet in this matter.  I think at the end of the day the

16   information that we are sharing --

17            THE COURT:  What you need to be clear about is

18   when the Committee believes it has an agreement with parties

19   who are also parties to a class action, there needs to be

20   some recognition of the issues and resolution so that we

21   just don't go down a whole path and end up at a place that

22   doesn't get us anywhere.  It's an easy way to -- I mean,

23   it's -- period.

24            MR. SOUTHARD:  I think I understand Your Honor's

25   comments and, you know, at the -- at its core, what we're

1   trying to assess in relation to employee claims is the

2   extent of those claims and whether each has filled out the

3   relative priority bucket that's available to it under

4   507(a)(4) or (a)(5).

5           THE COURT:  Whatever the issues are, even voting

6   in an ultimate plan, who does it, who's got the vote, if a

7   person didn't become part of the class and failed to file a

8   claim.  There's a lot of case law these days I'm sure these

9   guys are well familiar with, leave aside the Supreme Court's

10  view where these class actions are going, but there is a lot

11  of law about -- and it all ends up with somebody falling

12  through the cracks.  And since having read those cases, I

13  bring it up upfront.  It doesn't mean we can avoid it all --

14  and it's easy for me, because I just put it on you all, not

15  me -- just be aware of it.

16          MR. SOUTHARD:  I understand now what Your Honor is

17  referring to.  I appreciate the reminder.

18          Your Honor, that then -- just to conclude this, we

19  under Your Honor's pretrial order entered in this adversary

20  proceeding previously now have an obligation to meet and

21  confer, and then exchange proposed candidates for a

22  mediation, a mediator that would lead a mediation process,

23  and we expect to exchange those proposed candidates this

24  week and hopefully reach an agreement on a proposed mediator

25  that we would then present to Your Honor in a proposed form

1    of order.

2              THE COURT:  Okay.  Class action -- all right, I've

3    got to go back and read what I did in the other case.

4              All right, that's I guess where we are.  Do you

5    have a closing --

6              MR. SOUTHARD:  I'm sorry, Your Honor, there's one

7    other item that we bounced over and that --

8              THE COURT:  Tiger?

9              MR. SOUTHARD:  -- was the DIP financing.

10             THE COURT:  Oh.

11             MR. SOUTHARD:  What the parties in light of the

12   pending agreement between the creditor constituencies, what

13   the debtor and with the support of those constituencies

14   would like to ask of Your Honor is to continue in effect the

15   interim approval for the balance of the DIP facility as it

16   currently exists, which would run through June 23rd.  And we

17   would submit an additional four-week budget with a proposed

18   form of order --

19             THE COURT:  When is our next hearing date?

20             MR. SOUTHARD:  We don't have one yet, Your Honor.

21   What we will need to do is ideally get one in between now

22   and the 23rd, sometime during the week --

23             THE COURT:  You can draft an order that permits

24   the extension of the DIP beyond that date with the consent

25   of the parties and the consent of the U.S.T.  You don't have

1    to come in just for that, just put it in this order, like an

2    evergreen almost.

3              MR. SOUTHARD:  I think we can confer on that, Your

4    Honor, and hopefully reach --

5              THE COURT:  There's no purpose in me making you

6    guys come in here for nothing.

7              MR. SOUTHARD:  I appreciate that.  The only issue

8    would be that we will potentially be beyond the ultimate

9    authorization amounts that exist under the DIP, but --

10             THE COURT:  You're going to have to cut that deal

11   anyway.

12             MR. SOUTHARD:  Yes, Your Honor.  We're happy to

13   take you up on that concept.

14             THE COURT:  Yeah, to the extent you can work this

15   out and get the signoff of the U.S.T., then unless I find

16   something objectionable, I'm willing to do it in that

17   fashion.  You can give notice of it if -- it's almost like

18   presentment, which I don't normally do, but there's no

19   reason to come out here for that.

20             MR. FRIEDMAN:  Thank you, Your Honor.

21             MR. SOUTHARD:  Thank you, Your Honor.

22             THE COURT:  Now, do we have an expectation of a

23   closing date yet?

24             MR. SOUTHARD:  I should know that better this

25   week, Your Honor.  This coming Friday will be 30 days from

1    the date that Your Honor's order became final and we are in

2    discussions about what is a proper target date for that

3    closing, and I should know and have a better answer for you

4    later this week when we hear back from the purchaser --

5              THE COURT:  All right, let chambers know when you

6    have a closing date --

7              MR. SOUTHARD:  We will.

8              THE COURT:  -- because normally when these things

9    close, when you go to the closing, somebody needs me to sign

10   something.  Normally the title company, no matter what they

11   tell you, needs something else.  It's an unblemished record

12   of that and I've never been able to figure it out.

13             MR. SOUTHARD:  I hope that is not the case, Your

14   Honor, because we've spent --

15             THE COURT:  Well, then you'll be the first.

16             MR. SOUTHARD:  -- we've spent a good deal of time,

17   but I understand exactly what you mean.

18             THE COURT:  Anyone want to bet on this one?  You

19   could make money.

20        (Laughter)

21             MR. SOUTHARD:  Not today.

22             THE COURT:  All right, guys.  Thank you.  Thank

23   you all for your work.

24        (A chorus of thank you)

25             THE COURT:  Have a good holiday weekend.

Page 42

1          (Whereupon these proceedings were concluded at 2:46 PM)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    I N D E X

2                      RULINGS

3                                                    PAGE

4    [313] Application to employ and approve the retention

5          of Farrell Fritz, P.C. as Special Counsel       15

6    [307] Interim Application for Compensation by

7          Klestadt Winters Jureller Southard & Stevens    21

8    [308] Interim Application for Compensation by

9          Smith & Downey, P.A.                            22

10   [309] Interim Application for Compensation by

11         Eichen & DiMeglio, P.C.                         22

12   [314] Interim Application for Compensation by

13         SilvermanAcampora LLP                           24

14   [312] Motion to Authorize and Approve settlement by

15         and between the debtor, International Union of

16         Operating Engineers Local 30, Gary Bishop and

17         Justino Reyes                                   25

18   [316] Motion to Authorize and Approve procedures

19         for the disposition of the debtor's records     34

20   [13] ADJ Motion to Authorize/Direct a Class

21         Certification                                   36

22

23

24

25

1          C E R T I F I C A T I O N

2

3    I, Tracey Williams, certify that the foregoing transcript is

4    a true and accurate record of the proceedings.

5    Tracey          Digitally signed by Tracey Williams
                      DN: cn=Tracey Williams, o, ou,
                      email=digital1@veritext.com, c=US
     Williams         Date: 2017.06.20 13:47:31 -04'00'

6    _____

7    Tracey Williams

8    AAERT Certified Electronic Transcriber CET-914

9

10

11

12   Date:  June 19, 2017

13

14

15

16

17

18

19

20

21

22    Veritext Legal Solutions

23    330 Old Country Road

24    Suite 300

25    Mineola, NY 11501

| & | 2 | | 90 6:5 |
|---|---|---|---|

**&**

**&** 2:21 3:2,7 5:2
5:19 6:3,17 7:11
8:3 9:7,12 10:3,6
18:22 21:9,12
22:6 35:3 43:7,9
43:11

**0**

**0.00** 3:3
**02111** 7:14

**1**

**1** 4:19
**100** 5:13
**10016** 8:7
**10036-7203** 5:6
**105** 2:8
**11** 2:7,9,10 4:6
**11,000** 24:6,10,11
**11021** 6:13
**111** 6:12
**11501** 44:25
**11530-9194** 5:23
**11554** 6:6
**11722** 7:7
**11738** 6:20
**11753** 5:15
**11766** 7:20
**12,846.12** 3:13
23:2
**1200** 19:19
**13** 4:14 43:20
**15** 43:5
**16-08178** 1:11
4:13
**16-75545** 1:6
**17th** 5:5
**18** 28:18
**19** 44:12
**1:58** 1:21
**1st** 25:8

**2**

**2** 6:19
**20** 20:19,20,22
21:17
**200** 5:4
**2016** 4:19
**2017** 1:20 3:24
44:12
**205** 24:12
**205,992.50** 2:16
24:1
**21** 43:7
**22** 1:20 43:9,11
**23** 4:15 35:10,12
35:21
**23rd** 39:16,22
**24** 43:13
**242.35** 2:17
**242.35.** 24:2
**25** 43:17
**28** 3:24
**28,843.27** 3:13
23:1
**28th** 25:24
**29th** 8:6 18:25
**2:46** 42:1

**3**

**3** 4:15 8:5 35:21
**30** 3:18 4:20 25:4
25:7 40:25 43:16
**300** 5:14,21 44:24
**307** 2:20 43:6
**308** 3:1 21:10 43:8
**309** 3:6 43:10
**31** 2:4 24:1
**310** 3:11 22:22
**312** 3:16 43:14
**313** 3:22 43:4
**314** 2:14 43:12
**316** 4:1 26:7 43:18
**317** 4:5
**31st** 19:1

**320** 18:21
**330** 44:23
**34** 43:19
**36** 43:21
**36,157** 22:8
**36,157.00** 3:8
**361** 2:8,11
**362** 2:8,11
**363** 2:8,9,11 4:6
11:1
**364** 2:6,8,11

**4**

**4** 38:4
**40** 35:17 36:11
**4000** 2:6
**41st** 5:4
**470** 7:21

**5**

**5** 17:25 18:1 38:4
**507** 38:4
**522,896.25** 2:23
19:18
**524,093.75.** 19:17
**541.22** 3:8
**56** 9:2
**560** 7:6

**6**

**67** 9:2

**7**

**7023** 4:17 35:11
**74** 2:1

**8**

**8,516.25** 3:3 21:11
21:24
**80** 21:18,24 22:1
22:12 23:15 24:16

**9**

**9** 2:5
**9,239.82** 2:23
20:16

**90** 6:5
**90025** 7:22
**9019** 3:17 25:1
**914** 44:8
**9194** 5:22
**990** 5:21

**a**

**aaert** 44:8
**ability** 17:24
**able** 17:2 33:10
34:19 36:25 41:12
**aca** 6:4 10:10
**acampora** 5:11
**acceptable** 12:14
**acceptance** 17:11
**access** 28:4
**accountants** 3:7
22:6
**accurate** 44:4
**acknowledged**
29:7
**act** 33:20
**action** 32:18,20
34:10,15 36:8,13
37:19 39:2
**actions** 38:10
**adam** 6:15 9:20
**addition** 11:4
13:23 15:9 19:8
**additional** 29:14
29:15 39:17
**address** 30:19
**adequate** 2:9
35:16,24 36:10
**adjust** 24:14,17
**adler** 6:3
**administrator**
30:17
**adv** 1:11 4:13
**adversary** 10:7
38:19
**afternoon** 9:6,9
9:11,13,20,24

10:2,5,9,11 23:22
24:25 35:2
**agenda** 10:17,19
24:25
**agent** 4:10
**ago** 12:2 22:25
**agree** 16:13
**agreed** 24:5,9
28:23
**agreement** 11:5
12:13,16,21,25
16:25 17:17 26:22
27:19,19 29:19,25
30:2 31:1 37:18
38:24 39:12
**ahead** 12:23
**alfred** 7:9 10:11
**allowance** 18:24
**alter** 29:23
**alternative** 13:24
**alumni** 28:4 29:3
**amended** 17:3
**amount** 21:14
24:1,15 25:13
**amounts** 40:9
**analyzing** 33:12
**angeles** 7:22
**announced** 28:6
**answer** 31:17 41:3
**anybody** 31:7
**anyway** 40:11
**apologize** 34:14
**app** 19:22
**appear** 10:1
**appearances** 9:5
9:23
**appearing** 10:3,7
**applicable** 4:16
13:24 19:14
**application** 2:14
2:20 3:1,6,11,22
11:12 18:20,22
19:9,15,18 20:16

21:8,10,11,20,22
22:5,7,21 23:1,24
43:4,6,8,10,12
**applications** 19:4
19:10
**appointment**
34:23
**appreciate** 38:17
40:7
**approval** 11:1,9
17:12,19 22:14
39:15
**approve** 3:16,22
4:1 15:23 25:23
26:2 43:4,14,18
**approved** 23:17
**approves** 34:21
34:22
**approving** 4:6
25:2 26:8
**approximately**
19:19
**apps** 20:9
**area** 14:12 36:14
36:16
**arguing** 20:9
**arrangement**
12:17 15:4 27:2
29:23
**articulation** 30:2
**aside** 38:9
**asking** 21:19
**assert** 33:15
**asserted** 31:9 32:6
**asserts** 33:19
**assess** 38:1
**assets** 4:7 15:5
**assistance** 28:7
**assisted** 21:2
**associated** 26:15
**assume** 31:23,24
32:2

**assuming** 12:14
**attended** 29:4
**attention** 16:8
**attorney** 5:3,12
5:20 6:4,11,18 7:4
7:12
**attorneys** 7:19 8:4
16:18
**auctioneer** 13:9
13:10 14:22
**authority** 2:5
**authorization**
40:9
**authorize** 3:16 4:1
4:14 43:14,18,20
**authorizing** 4:8
25:2 26:8
**automatically**
28:20
**available** 12:5
26:17 27:11 28:9
28:24,25 38:3
**avenue** 5:21 6:5
8:5
**average** 31:25
**avoid** 38:13
**aware** 38:15

**b**

**b** 1:23 2:6,8 4:15
5:25 35:21
**back** 9:17 11:23
12:4,5,11,20 15:7
19:15 39:3 41:4
**background**
27:24
**backup** 28:19,24
**balance** 16:14
39:15
**balin** 6:3
**bank** 6:11 7:12
**bankr** 3:17
**bankruptcy** 1:1
1:16,25 2:22 4:16

18:23 19:11,11
25:1 29:25 32:14
35:11
**banner** 28:14,14
28:17,20
**based** 32:8
**basically** 10:22
21:4 36:12
**basis** 20:2 32:3
**beating** 9:19
**begun** 15:13
**behalf** 2:12,17,24
3:4,9,14,20,25 4:3
4:10,20 9:8,21,25
10:4,7 32:13 35:3
**belief** 37:1
**believe** 9:21 17:9
18:12 24:3 26:1
30:25 32:5 34:21
35:7
**believes** 37:18
**benefit** 18:3
**benefits** 30:21
**berkowitz** 6:15
9:20,21
**best** 16:1 17:10
**bet** 41:18
**better** 40:24 41:3
**beyond** 39:24
40:8
**bidder** 11:23
**billed** 24:17
**bind** 27:13
**bishop** 3:19 25:4
25:6 43:16
**blesses** 21:4
**blessing** 22:14
**board** 5:20 9:10
**body** 17:10
**borrowed** 29:4
**boston** 7:14
**boulevard** 7:20

**bounced** 39:7
**box** 5:22
**brendan** 5:9
**brendon** 10:5
**bring** 16:8 17:4
  17:19 18:6 38:13
**brings** 18:20
  25:22 34:8
**brokered** 27:20
**brookhaven**
  15:13,18 17:7,12
  22:23,25 25:7
**bucket** 38:3
**bucks** 19:23
**budget** 39:17
**bunch** 31:4
**business** 17:9
**buy** 14:16
**buying** 11:6

**c**

**c** 2:6 5:1,8 6:1 7:1
  8:1 9:1 44:1,1
**ca** 7:22
**cab** 20:9
**calendar** 10:17,22
  26:6 34:17
**called** 28:14 35:22
**campus** 10:24
  11:6,8 15:10,13
  15:14 16:1 22:23
  25:8
**candidates** 38:21
  38:23
**capital** 4:9
**care** 25:9 28:7
  30:18,21 31:7
**careful** 37:10
**carved** 18:2
**carving** 30:21
**case** 1:6,11 2:1
  10:23 16:12,15
  18:13 19:13 25:17
  26:11 32:14 35:24

38:8 39:3 41:13
**cases** 38:12
**cash** 2:8
**categories** 26:13
**catherine** 2:24 3:4
  3:9,14,19,24 4:3
  4:10
**cause** 4:19
**cede** 23:20
**center** 7:13
**central** 1:18 7:7
**certain** 4:7 13:17
  17:21,22 23:4
  30:23 31:3,24
  36:23
**certainly** 17:3,18
  18:3 24:6 34:15
  36:16
**certification** 4:14
  34:18 36:19 43:21
**certified** 44:8
**certifies** 34:22
**certify** 35:8 44:3
**certilman** 6:3
**cet** 44:8
**challenge** 15:3
**chambers** 34:21
  41:5
**charles** 2:11
**chorus** 41:24
**cigna** 30:16,22
  32:16
**city** 5:23 14:12
**civil** 4:15 35:10
**claim** 31:2,5 32:13
  36:12 38:8
**claimants** 31:9
  33:14,15
**claims** 4:8 17:25
  18:1,4,6 25:14,17
  30:20 31:16,18
  32:16 33:12,13,14
  33:21 38:1,2

**class** 4:14 10:4
  32:18,20 34:10,15
  34:18,19,22,22,23
  34:23,25 35:4,8
  35:12,13,14,15,17
  35:21,22 36:3,8
  36:10,10,12,19
  37:4,19 38:7,10
  39:2 43:20
**clear** 4:6,7 12:16
  26:19,20 29:22
  37:17
**clerk** 9:2,5,23
**client** 12:2
**close** 10:24 17:11
  28:6 41:9
**closing** 11:2,22
  39:5 40:23 41:3,6
  41:9
**code** 19:11
**cognizant** 37:10
**cohn** 7:11
**collateral** 2:9
**colleague** 9:22
**collected** 33:2,7
**college** 1:6,12
  2:12,24 3:4,9,14
  3:20,25 4:3,11,13
  5:20 9:3,8 10:8
**come** 14:16 15:7
  16:24 40:1,6,19
**comes** 11:21
**coming** 9:17 11:8
  40:25
**commenced** 36:22
**comments** 13:4
  28:11 37:25
**commission** 12:8
  33:2
**commissions** 33:3
**committee** 2:15
  2:18 5:12 9:15
  16:10 18:2 19:8

23:23 37:4,11,12
  37:14,18
**committing** 13:25
**commonality**
  35:12 36:11
**comp** 22:17
**company** 41:10
**compensable** 20:6
**compensation**
  2:14,20 3:1,6,11
  4:9 12:9 18:24
  20:22 21:2,3,5
  24:1 33:13 43:6,8
  43:10,12
**complaints** 32:9
**complete** 36:21
**complexities** 37:3
**complicated**
  14:24 31:17
**comply** 19:13
**comprised** 4:17
**conceive** 17:16
**concept** 40:13
**concern** 13:8
**concerned** 28:3
  29:10,12 31:2
**concerns** 13:6
  24:4 30:19
**conclude** 38:18
**concluded** 42:1
**concludes** 18:12
**conclusion** 16:6
  16:15 28:22
**confer** 38:21 40:3
**conference** 2:2
  10:22 14:12
**confirm** 16:7 24:7
**confirmation** 17:5
  17:14,19 28:18
**connection** 11:1
**consent** 34:20
  39:24,25

consideration
11:20 15:16 16:3
constituencies
39:12,13
constituents
26:11
consultants 3:12
22:22
contd 6:1 7:1 8:1
contemplates 17:3
continue 10:24
15:14 21:3 39:14
continued 10:22
34:9
conversation 37:7
coordination 37:6
copies 28:24
copy 29:24 30:7
core 37:25
corneau 2:12
corp 6:4 10:10
correct 18:7 20:18
21:24 23:10,13
30:22 31:21,22
costs 13:25 14:3
counsel 2:15,22
3:2,23 9:14 11:2
15:12 16:23 18:23
19:8 25:24 34:23
35:1 36:15 37:12
37:14 43:5
countless 29:4
country 44:23
counts 36:2
couple 18:19
course 16:25
35:16
court 1:1,16 9:17
9:19 10:13,20
11:11,16 12:18
13:8,14,19 14:4,8
14:11,15,21 15:8
15:19,22 16:22

17:18,24 18:5,8
18:10,15 19:20,22
20:4,7,14,17,19
20:24 21:6,6,15
21:19,23 22:2,2,9
22:11,16,18,18
23:3,8,11,14,18
23:18 24:9,19,19
25:9,12,15,18,20
25:20,25 26:3,4
26:14 27:3,12,17
27:22,25 29:2,15
29:18,21,24 30:4
30:6,8,10,13,22
31:4,20,23 32:11
32:18,22,24 33:6
33:17,22 34:2,5
34:10,12 35:1,5,7
36:7,19 37:3,17
38:5 39:2,8,10,19
39:23 40:5,10,14
40:22 41:5,8,15
41:18,22,25
court's 38:9
courthouse 1:17
7:5
cover 14:3 27:14
coverage 30:24
31:10,14
covered 32:6,7
covering 31:7
covers 23:25
cracks 38:12
credit 2:5
creditor 6:4,11,18
15:1 17:10 39:12
creditors 2:10,16
2:18 5:12 9:14
16:10,16,24 17:15
17:21,22 37:4
criteria 35:11,22
36:2

current 16:19
currently 27:15
39:16
custodian 26:25
28:8
cut 40:10
cutoff 19:7

**d**

d 2:6 9:1 43:1
date 4:20 12:7
16:14 19:7 21:18
22:13 30:12 32:8
39:19,24 40:23
41:1,2,6 44:12
dates 19:6
dawn 6:18
day 24:15 37:15
days 4:20 38:8
40:25
deal 14:15 17:14
33:14 40:10 41:16
dealing 32:19
dear 18:19
debtor 1:7 2:22
2:22 3:2,3,7,8,12
3:12,18,24 5:3 9:8
15:12,17 18:23
19:3 22:6,23 25:3
25:23,24 26:12
31:2 34:9,19
36:18 37:9 39:13
43:15
debtor's 4:2 22:20
25:1 26:7,9 30:17
34:8 43:19
defendant 1:13
4:18 5:3
definition 34:22
delivered 34:24
department 27:21
28:2 32:7,12,15
32:17 33:11,18

dependent 16:2
destroy 29:1
detailed 19:12
development 16:7
difference 19:18
different 14:15
33:14
dimeglio 3:7 22:6
43:11
dimino 7:9 9:15
10:11,11 20:25
21:1 24:7,13,22
dip 16:11,13,14
16:23 17:4 39:9
39:15,24 40:9
direct 4:14 43:20
directly 16:18
discovery 36:22
discuss 11:14 13:5
15:1
discussed 12:1
discussing 11:3
15:25
discussion 20:11
20:13 23:7 24:3
discussions 12:3
16:23 32:15 41:2
disposition 4:2
16:1 26:9,13
43:19
disrupt 27:2
28:11
district 1:2
docket 12:15
18:21 21:10 22:22
26:7
docketed 18:21
21:10
documentation
16:25 17:18
documents 11:3
36:24

**doing** 14:21,22
15:15
**dollar** 19:22 20:8
20:8
**dowling** 1:6,12
2:12,24 3:4,9,14
3:20,25 4:3,11,13
5:20 9:2,8,10 10:8
14:5 16:3 26:15
26:23 27:8,19
28:6,16 30:5
31:11,20
**dowling's** 28:15
31:13 34:1
**downey** 3:2 21:9
21:12 43:9
**draft** 39:23
**due** 19:19 21:14
31:14
**dynamic** 37:10

**e**

**e** 1:23,23,24 5:1,1
6:1,1 7:1,1 8:1,1
9:1,1 43:1 44:1
**east** 6:6
**eastern** 1:2
**easy** 13:4 37:22
38:14
**ed** 29:1
**education** 27:21
28:2,8,12,23
**educational** 26:16
**effect** 16:15 22:14
27:20 30:24 39:14
**effective** 28:18
**effectively** 22:13
**effort** 15:10,18
**eichen** 3:7 22:5
43:11
**eight** 6:19
**either** 24:17 32:24
**electronic** 28:13
44:8

**elements** 35:6,9
36:6
**embark** 17:1
**emergency** 2:4
**employ** 3:22 43:4
**employee** 38:1
**employees** 30:20
32:14
**employment** 4:9
**encumbrances**
4:8
**endeavoring** 17:1
**ends** 38:11
**engaged** 11:1
**engineers** 3:18
25:3 43:16
**english** 5:19
**entered** 20:21
38:19
**entire** 21:13
**entitled** 12:8
**entitlement** 33:16
33:19
**entity** 18:5
**entries** 24:4
**envision** 11:8
**equipment** 11:7
11:24 15:10
**erisa** 32:6,7
**esq** 5:8,9,17,25
6:8,15,22 7:9,16
7:24,25 8:9,10
**essence** 12:4,11
13:25 26:11 30:21
34:21
**essentially** 15:25
**estate** 4:5 13:18
18:3
**evaluate** 13:21
**evergreen** 40:2
**everybody** 29:7
**exactly** 14:22
41:17

**exchange** 38:21
38:23
**exist** 40:9
**existed** 27:10
**existing** 33:20
**exists** 39:16
**expect** 33:10
38:23
**expectation** 13:16
40:22
**expected** 16:15
**expense** 12:9
23:12 24:2
**expenses** 2:16,23
3:3,8,13 14:1
18:25 20:15 21:12
23:1,3,6
**experienced**
36:16
**explain** 26:11
33:1
**expressed** 30:16
**extension** 39:24
**extensive** 16:23
**extent** 27:10
37:12 38:2 40:14

**f**

**f** 1:23 4:6 44:1
**facility** 4:18 14:9
39:15
**fact** 29:8
**faculty** 36:5
**failed** 38:7
**fair** 35:24
**falling** 38:11
**familiar** 36:9 38:9
**familiarity** 36:4
**far** 22:20 35:18
**farmingville** 6:20
**farrell** 3:23 15:11
15:15,17 25:23
43:5

**fashion** 40:17
**favor** 35:5
**fed** 3:17
**federal** 1:17 4:15
4:16 7:5,6
**fee** 18:20 19:10,16
19:22 20:2,8 21:8
21:9 22:5
**fees** 2:16,23 3:3,8
3:13 19:16,17
21:11,23 22:7,25
23:5,16
**ferris** 7:11
**figure** 20:10 41:12
**file** 17:3 38:7
**filed** 10:17 19:17
26:10 31:2 32:12
32:13 33:15
**filings** 32:3
**fill** 16:18
**filled** 38:2
**final** 2:4 16:13
17:4 24:18 41:1
**finally** 22:20
**financial** 6:4 7:13
10:10
**financing** 2:7
16:14 34:9 39:9
**find** 15:3,22 19:24
28:8 35:7 40:15
**fine** 20:14 29:9,20
**firm** 15:11 21:9
22:6,14 23:21
36:16
**firm's** 18:20 19:3
19:15
**first** 10:21 14:7
18:24 19:4,9 21:9
23:24 28:6 41:15
**five** 13:15 28:20
28:22
**fixtures** 14:8

**flexibility** 12:4
**floor** 5:5 8:6
  13:20
**folks** 29:4 33:2,22
**follow** 10:19
**foregoing** 44:3
**form** 12:15 17:21
  34:20,24 38:25
  39:18
**format** 28:18
**former** 28:4
**forth** 16:4
**forward** 11:11
  12:6 24:17
**four** 19:3,8 35:6
  35:11 39:17
**fpm** 3:12 22:21
  23:5
**frame** 15:5
**frankly** 12:2 13:5
**free** 4:6,7
**friday** 40:25
**friedman** 2:17
  5:17 9:13,14,18
  16:20,21 18:1,7,9
  23:22,23 24:11,21
  32:24 33:4 40:20
**fritz** 3:23 15:11
  15:15,17 25:23
  43:5
**front** 13:1,25 14:3
  15:7,22
**function** 13:10
**furniture** 11:7,24
  14:8,16,17,18
  15:10
**further** 13:5
**future** 11:10
  26:15

**g**

**g** 9:1
**gained** 36:4

**garden** 5:23
**garfunkel** 6:10
  9:21
**gary** 3:19 25:4,6
  43:16
**gather** 15:20
**gating** 17:6
**general** 2:21
  17:20 18:23
**generated** 28:20
**geographically**
  36:13
**getting** 24:16
**give** 13:14 40:17
**given** 15:5
**glenn** 6:22 9:11
**global** 16:12
**glovsky** 7:11
**go** 10:20 11:11
  12:6,7,20,23
  17:10 33:1 35:6
  36:6 37:21 39:3
  41:9
**going** 11:11 12:13
  13:10 17:24 24:10
  24:17 27:13 29:15
  32:11,19,22,25
  35:16 38:10 40:10
**golden** 8:3 10:3
  35:3
**good** 9:6,9,11,13
  9:20,24 10:2,5,9
  10:11 18:8 23:22
  33:13 35:2 41:16
  41:25
**goods** 13:12 14:4
  14:13
**governance** 17:14
**government** 31:24
  32:2
**grade** 27:1
**grades** 26:16

**graduated** 27:4
**grant** 15:23 21:6
  22:2,18 23:18
  24:19 25:20 26:4
  34:6 36:19
**great** 6:12,13
  18:18
**greatest** 13:11
**grossman** 1:24
**group** 3:12 4:9
  22:21
**groups** 36:5
**guarantee** 13:20
  13:24
**guaranteed** 13:17
  17:20
**guaranty** 6:4
  10:10
**guess** 12:19 39:4
**guessing** 32:4
**guidelines** 19:12
  19:13
**guys** 14:11 38:9
  40:6 41:22

**h**

**half** 19:22
**hammel** 7:16 9:22
  9:24,24
**handle** 17:25
**happened** 33:1
**happy** 16:22 29:9
  40:12
**health** 30:18,21
  31:5,6,7
**hear** 41:4
**hearing** 2:1,4,5,14
  2:20 3:1,6,11,16
  3:22 4:1,5,13
  39:19
**hearings** 20:7
**hearts** 18:20
**help** 37:2

**helpful** 27:23
**high** 14:22 17:21
  23:3
**history** 26:16
**holdback** 20:19
  20:20,23 21:15,17
  21:19 22:9
**holiday** 41:25
**hon** 1:24
**honor** 9:6,13,20
  9:25 10:2,5,9,14
  10:16,18,23,25
  11:8,13 12:14
  13:6,13 14:6,10
  14:14 15:1,7,9,21
  15:24 16:18,21
  17:16 18:9,11,14
  18:19 19:2,10,16
  19:21,25 20:13,15
  20:21 21:7,12,16
  21:21 22:4,10,19
  23:4,10,13,19,20
  23:22 24:21,23
  25:5,11,16,19,21
  25:22 26:1,5,6,10
  26:19 27:18,24
  29:13,20 30:15
  31:8 32:5,21 33:9
  33:24 34:3,7,8,11
  34:15,17 35:2,9
  36:3,6,20,21 37:9
  38:16,18,25 39:6
  39:14,20 40:4,12
  40:20,21,25 41:14
**honor's** 13:4,23
  15:16 16:8,17
  37:24 38:19 41:1
**hope** 41:13
**hopefully** 15:16
  38:24 40:4
**hour** 12:2
**house** 14:16

**howard** 5:25 9:9
**hyman** 6:3
**hypersensitive** 37:13
**hypothetical** 11:21

**i**

**iam** 7:16
**ian** 9:22,24
**idea** 29:13
**ideal** 16:5
**ideally** 15:14 39:21
**inclined** 26:2
**include** 19:10
**including** 19:3,12 33:11 36:17,18
**indiscernible** 35:18
**individual** 33:15
**informal** 36:22
**informally** 30:16
**information** 19:11 28:15 32:16 36:24 37:1,11,16
**initial** 2:1
**instances** 33:20
**insurance** 31:5
**insured** 31:11,20 32:1 33:22,25 34:1
**intended** 29:22
**intention** 29:14
**interest** 26:12 36:12
**interesting** 37:5
**interim** 2:14,20 3:1,6,11 18:24 19:9 20:17,21 21:2,3,4,9,21 22:17 23:24 39:15 43:6,8,10,12

**interims** 19:4
**international** 3:18 25:3 43:15
**investigation** 32:8
**investigations** 37:8
**involved** 16:18 20:1 25:17
**island** 1:17 7:5 26:23,24 27:8,10 27:13,20
**islip** 1:18 7:7
**issue** 37:8 40:7
**issues** 17:14 35:13 37:20 38:5
**item** 24:25 39:7
**items** 17:6,15 18:14 36:25

**j**

**j** 2:17 5:17 6:8
**jack** 4:20 8:10 10:3 35:3
**jeffrey** 7:25
**jericho** 5:13,15
**joseph** 2:11
**judge** 1:25 9:9 10:11 21:1 24:13
**jumped** 34:14
**june** 4:19 25:8 39:16 44:12
**jureller** 2:21 5:2 9:7 10:6 18:22 43:7
**justino** 3:19 25:4 25:6 43:17

**k**

**kick** 30:25
**kicked** 30:25
**kids** 29:4
**kimberly** 6:18 9:12
**kind** 14:15 37:1

**kinds** 26:12
**kiss** 2:24 3:4,9,14 3:19,25 4:3,10
**klein** 5:19
**kleinberg** 5:25 9:9 9:10
**klestadt** 2:21 5:2 9:7 10:6 18:22 43:7
**knaugton** 7:24
**knew** 33:7
**know** 9:15 14:21 24:2 26:14 27:17 28:1 31:23 33:8 36:6,15 37:25 40:24 41:3,5

**l**

**labor** 32:7,13,15 32:17 33:11,19
**language** 30:19
**large** 19:13 31:13
**larger** 31:14
**laughter** 11:18 18:17 41:20
**lauren** 2:23 3:4,9 3:14,19,24 4:3,10
**law** 38:8,11
**lead** 38:22
**leads** 16:7
**leave** 38:9
**legal** 44:22
**lenders** 16:11,11 16:23
**letting** 9:25
**level** 17:21
**levin** 7:11 9:22
**liens** 4:6,8
**light** 39:11
**lights** 32:25
**likewise** 19:8
**limited** 37:12
**line** 9:22

**liquidation** 4:10
**liu** 27:13 29:6,17 30:3
**live** 28:17
**llc** 4:9
**llp** 2:15,21 5:2,11 8:3 43:13
**local** 3:18 25:3,7 43:16
**located** 11:7 27:7
**long** 1:17 7:5 17:17 26:23,24 27:8,10,13,20 28:8
**look** 12:25
**looked** 20:25
**lori** 4:20 8:4 10:4 36:3
**los** 7:22
**loss** 30:23,25
**lot** 12:20 28:15 38:8,10
**luck** 36:7

**m**

**ma** 7:14
**madoff** 14:13
**maintain** 27:14 28:17
**major** 35:13
**making** 12:16 40:5
**management** 2:2
**march** 3:24 19:1 23:25 25:24
**mark** 7:24
**marketed** 15:14
**marketing** 14:1 16:1 17:8
**marks** 17:22
**matter** 1:4 10:21 13:5 36:22 37:15 41:10

**matters** 9:2 10:16 11:3,4
**max** 19:5
**mccord** 6:8 9:16 10:9,10
**meadow** 6:6
**mean** 31:25 37:22 38:13 41:17
**mediation** 38:22 38:22
**mediator** 38:22 38:24
**meet** 36:2 38:20
**meeting** 32:4
**members** 9:10 25:6,6 34:25 35:15,18
**mention** 19:2
**mentioned** 17:7 26:1
**merrick** 6:5
**meyer** 5:19 9:10
**million** 19:22 20:8 20:8
**mind** 12:22
**mineola** 44:25
**mintz** 7:11 9:22
**minutia** 16:9
**missed** 14:6
**modification** 34:4
**momentarily** 23:20
**moments** 12:10 22:25
**money** 13:9,20 29:4 33:1 41:19
**monies** 31:6
**monthly** 20:2
**months** 28:18
**motion** 2:5 3:16 4:1,5,14 11:9,20 21:6 22:3,5,18 23:18 24:20 25:1

25:5,20,22 26:4,6 26:7,10,20 27:1 28:10,16 34:6,9 34:18 43:14,18,20
**move** 10:24 11:23 14:23 15:8
**moved** 14:5
**moving** 14:12
**multi** 20:8
**multiple** 37:7

**n**

**n** 5:1 6:1 7:1 8:1 9:1 43:1 44:1
**near** 11:9 18:19
**necessary** 31:15
**neck** 6:12,13
**need** 35:9,13 37:17 39:21
**needs** 15:13 26:15 27:4,4 29:8 31:7,7 37:19 41:9,11
**negotiate** 34:20
**never** 12:22 20:10 41:12
**new** 1:2 5:6 8:7 14:12 27:21
**normally** 40:18 41:8,10
**nos** 9:2
**notice** 29:1,13 34:24 40:17
**notwithstanding** 31:11
**november** 18:25
**number** 10:16 18:21 21:10 22:22 24:10 35:17
**numerosity** 35:17 36:11
**nunc** 3:24 25:24
**ny** 1:18 5:6,15,23 6:6,13,20 7:7 8:7 44:25

**o**

**o** 1:23 9:1 44:1
**oakdale** 10:24 11:6,7 15:10
**objection** 21:3 24:14 30:16
**objectionable** 40:16
**objections** 13:2 15:19 23:15 25:18 25:19
**obligation** 38:20
**obligations** 29:14 29:16 32:4
**obtain** 2:5,6
**obviously** 17:18
**occur** 11:22
**occurred** 22:15
**office** 7:3 10:12 20:1,3 36:18
**offices** 27:21
**official** 2:15,17 5:12 16:10
**officially** 12:6
**oh** 23:8 39:10
**okay** 13:3 15:8 18:8 21:23 22:2 22:11,16 24:19 25:12 27:25 29:2 29:10 30:10 34:2 39:2
**old** 44:23
**older** 12:19
**once** 10:14 15:15
**opened** 32:8
**operating** 3:18 25:3 29:6 43:16
**opposition** 36:17
**opt** 35:22
**options** 15:6
**order** 2:1,4 20:22 21:2,3,5,25 25:1 26:8 27:12,13,15

29:2 34:5,12,20 35:7 38:19 39:1 39:18,23 40:1 41:1
**ostensibly** 32:13
**outside** 9:15,16
**outten** 8:3 10:3 35:3
**overlap** 33:14
**overlaps** 33:20

**p**

**p** 3:17 5:1,1 6:1,1 6:22 7:1,1 8:1,1 9:1
**p.a.** 3:2 43:9
**p.c.** 3:7,23 5:19 6:10 43:5,11
**p.o.** 5:22
**page** 43:3
**paid** 21:4,17 22:12 24:16 31:5 31:9
**park** 8:5
**part** 14:7 15:3 16:2 23:5 28:2 30:11 32:18,20 38:7
**participation** 27:5
**particular** 13:6,8
**parties** 15:25 26:12 33:7 37:2,7 37:18,19 39:11,25
**partner** 24:2
**party** 18:4 30:15 30:17 36:17
**path** 37:21
**pause** 9:4 30:14
**pay** 14:23 31:13 32:1
**payment** 21:13 31:12
**payments** 33:6

**payroll** 33:4,4
**pc** 6:17 7:11
**pejorative** 37:6
**pending** 39:12
**people** 23:8 25:10
  29:3 31:4
**percent** 13:11,15
  20:19,20,22 21:17
  21:18,24 22:1,12
  23:15 24:16
**percentage** 14:23
**period** 18:25 19:5
  19:7,9 21:13
  23:25 28:22 37:23
**permission** 16:17
**permits** 39:23
**perpetuity** 28:5
  28:25
**person** 26:15
  31:25 38:7
**personnel** 20:1
**persons** 4:17
**perspective** 17:9
  18:13
**petition** 2:6,10
  19:7 32:8
**phase** 23:7
**phone** 10:1 35:1
**picking** 14:11
**piece** 13:11
**place** 14:5 22:24
  37:21
**plaintiff** 1:10 4:17
  36:18,23
**plaintiff's** 34:18
**plan** 16:7 17:10
  17:19 30:18 31:6
  31:11,21 32:6,10
  34:1 38:6
**planning** 15:13
  16:3 22:24
**plaza** 7:6

**please** 9:5,23
**pm** 1:21 42:1
**podium** 23:20
**point** 11:14 12:7,8
  13:23 14:25 37:1
**points** 17:22
**polishing** 14:18
**popeo** 7:11
**poppiti** 6:18 9:12
**portion** 31:10,12
  31:14
**position** 22:13
**possession** 2:22
  3:3,8,13 9:8 18:23
  22:7,23 34:9
**possible** 17:12
**possibly** 31:18
**post** 2:6 17:13
**potential** 18:4
  30:16
**potentially** 40:8
**pre** 2:10
**preceded** 29:25
**prefers** 10:18
**premiums** 31:10
  31:12,14 32:1
**prepared** 12:23
  13:1
**prepetition** 16:11
  16:24
**present** 38:25
**presentment**
  40:18
**president** 36:5
**presumably** 28:25
**pretrial** 38:19
**previously** 38:20
**price** 14:23
**primarily** 30:20
**princeton** 11:6,22
**prior** 32:7
**priority** 25:14
  33:12,21 38:3

**privy** 16:9
**pro** 3:24 25:24
**probably** 17:2
**problem** 20:24
**procedure** 4:16
  4:17 35:10,11
**procedures** 4:2,7
  26:8 43:18
**proceed** 15:17
**proceeding** 10:7
  38:20
**proceedings** 42:1
  44:4
**proceeds** 14:2
**process** 14:1 16:6
  17:8,12 38:22
**processor** 30:22
  30:24
**production** 36:23
**professional** 19:3
**professionals**
  18:19 19:5 22:21
**proper** 41:2
**properly** 20:5
**property** 4:5
**propose** 10:19
  12:14 21:25
**proposed** 10:17
  11:5 12:16,17
  16:12 26:13 30:18
  35:1 36:15 38:21
  38:23,24,25 39:17
**proposing** 28:16
  28:17
**protection** 2:10
**provide** 16:15
  30:23
**provided** 20:22
  26:24 31:10
**providing** 13:17
  36:24
**provision** 17:6
  26:20

**purchaser** 11:5
  41:4
**purpose** 40:5
**pursuant** 2:7,9,10
  3:16 4:15
**pursuit** 18:2
**put** 13:19 26:20
  29:14,15 37:5
  38:14 40:1
**putative** 10:4
  34:24 35:4
**putting** 11:2 13:9
  16:4

**q**

**quadrangle** 5:13
**question** 11:17
  31:17 36:1
**questions** 18:14
  35:20
**quickly** 17:1 35:6
**quite** 37:10

**r**

**r** 1:23 3:17 5:1 6:1
  7:1 8:1 9:1 44:1
**raisner** 4:20 8:10
  10:3 35:3,9 36:20
**reach** 37:2 38:24
  40:4
**reached** 11:5
  16:11 26:23
**read** 36:16 38:12
  39:3
**reading** 26:21
**realize** 14:2
**reason** 11:22
  15:23 28:5 40:19
**reasonable** 35:25
  36:13
**received** 21:13
  32:9,16
**recognition** 37:20
**record** 10:15
  16:21 18:12 24:7

24:23 27:5 29:5,5
30:12 36:22 41:11
44:4
**records**  4:2 19:13
26:9,12,16,17
27:1,9,14 28:4,9
28:13,13 29:8
43:19
**recovery**  13:17
16:16 17:20
**redoing**  14:17
**reduction**  24:5
**reductions**  33:4,5
**referring**  38:17
**refinement**  12:12
**reflect**  22:1
**reg**  1:6,11 4:13
**regard**  21:8 23:16
**regular**  32:3
**regulations**  32:2
**regulator**  28:3
**reimbursement**
12:9 18:25 24:2
**related**  11:3 15:10
27:1 28:13 33:13
**relates**  25:5
**relation**  15:12
30:17,20 32:9
38:1
**relationship**  37:4
**relative**  10:23
22:23 38:3
**relatively**  25:13
**relevant**  11:2 19:5
21:12
**relief**  29:23
**relook**  12:24
**remarketing**  7:18
7:19
**remember**  10:25
20:7,21
**reminder**  38:17

**removal**  11:23
**rene**  8:9 10:2 35:3
**report**  16:22
**reported**  4:18
**repository**  28:15
**represent**  19:24
**representative**
12:3 34:19,23
35:13,14,16 36:3
36:10
**representatives**
15:2
**represents**  19:25
24:9 36:9
**request**  27:11
36:23
**requested**  19:16
19:17 20:15 21:11
21:23 22:7 23:1
36:25
**requests**  16:3
**require**  27:14
**required**  19:11
**resolution**  16:12
37:2,20
**resolved**  35:14
**resonate**  17:7
**respect**  26:13
**responsible**  33:7
**restated**  17:4
**restructure**  12:24
**result**  12:1 31:13
35:23
**retain**  15:11
**retained**  12:5
15:16 19:6 22:22
23:9
**retention**  3:23
19:6 23:7,25
25:23 43:4
**reupholstering**
14:18

**review**  29:2 34:5
**reviewed**  21:1
**reviewing**  20:1
**revised**  12:15
**revising**  20:2
**revisions**  12:16
**revisit**  15:6
**reyes**  3:19 25:4,6
43:17
**richard**  6:8 10:9
**right**  18:8 20:4
23:14 26:3 27:8
29:21,24 30:4,6
32:22 33:17 34:2
39:2,4 41:5,22
**risk**  14:2
**road**  6:12 44:23
**robert**  1:24
**role**  28:2 36:4
**ronald**  2:17 5:17
9:13 16:21 23:23
**roupinian**  8:9
10:2,3 35:2,3
**rule**  2:6 4:15,16
23:16 25:1 35:10
35:11,20
**rules**  4:15 19:12
**rulings**  43:2
**run**  39:16

**s**

**s**  5:1 6:1 7:1 8:1,9
9:1
**sale**  4:7 10:24
11:1 13:11 14:1,2
15:14 16:6 17:12
**satisfied**  31:16,19
35:10
**satisfy**  31:6 35:7
**scenario**  11:24
16:5
**scenarios**  13:17
**schedule**  2:4

**scheduling**  2:1
**school**  27:5 29:5
**scope**  25:17
**scott**  5:9 10:5,6
**sean**  5:8 9:6 10:15
18:12 24:24
**second**  35:14
**section**  2:6,9
17:25 18:1
**sections**  2:8,11
**secured**  2:7,10
16:11,24
**see**  12:20 30:13
**seek**  28:10 29:6
**seeking**  11:9
15:11 22:14 34:18
35:21
**seeks**  27:1 32:16
**seen**  12:21 13:11
13:19
**segregated**  18:2
**self**  31:11,20 32:1
**sell**  4:5
**sense**  37:6
**sensitive**  37:12
**separate**  11:9
**serve**  12:11 15:12
26:25
**served**  26:22
**services**  7:18,19
12:6
**set**  31:20
**settlement**  3:17
25:2 35:25 43:14
**share**  13:7
**shared**  37:11,13
**sharing**  37:1,16
**short**  17:17
**showing**  23:11
**sign**  13:1 27:12
41:9
**signoff**  40:15

**silverman** 5:11
  24:3,6
**silvermanacam...**
  2:15 9:14 23:21
  43:13
**silvermanacam...**
  23:24
**silvermanacom...**
  16:22
**silverware** 14:19
**similar** 33:19
**simple** 27:3
**simultaneously**
  17:11
**sitting** 14:8 20:7
**situation** 11:21
  12:5,12,15 37:14
**slash** 16:11
**slew** 17:15
**slightly** 19:6,18
**small** 25:13
**smith** 3:2 21:9,12
  43:9
**solicit** 17:10
**solutions** 44:22
**somebody** 12:22
  27:3 32:24 38:11
  41:9
**somewhat** 11:24
**sorry** 14:6 39:6
**sort** 12:8
**sought** 24:1
**southard** 2:21 5:2
  5:8 9:6,7,7 10:6
  10:14,15,21 11:13
  11:19 13:3,13,16
  13:22 14:6,10,14
  14:20,25 15:9,21
  15:24 16:20 17:7
  18:11,12,18,22
  19:21,25 20:5,12
  20:15,18,20 21:7
  21:16,21,25 22:4

22:10,12,17,19
23:4,10,13,15,19
24:23,24 25:11,13
25:16,19,21 26:1
26:5,19 27:7,15
27:18,23 28:1
29:12,17,20,22
30:2,5,7,9,11,15
30:23 31:8,22
32:5,12,20,23
33:9,18,24 34:3,7
34:11,14 36:21
37:9,24 38:16
39:6,9,11,20 40:3
40:7,12,21,24
41:7,13,16,21
43:7
**space** 28:3
**special** 3:2,23
  15:12 25:23 43:5
**specific** 30:18
**spent** 41:14,16
**spoke** 22:25
**standard** 15:4
  20:22 27:11
**standards** 31:24
**state** 9:23 27:21
  28:2,7,12,23 29:1
  29:8
**state's** 29:25
**statement** 11:16
**statements** 19:16
  20:2
**states** 1:1 7:3
  24:13
**status** 10:22 16:19
  18:13
**stay** 12:4
**step** 9:15
**stepped** 9:16
**stevens** 2:21 5:2
  9:7 10:6 18:22
  43:7

**stewart** 5:21
**stim** 6:17 9:11
**stop** 30:23,25
**store** 28:19
**stored** 28:13
**story** 17:17
**street** 5:4 6:19
**student** 26:25
  28:13
**students** 26:21
  28:3,4,9
**subcontractor**
  23:5
**subject** 12:12
  15:16 16:25 17:18
  21:16 22:9 23:6
  34:5
**submit** 22:1 39:17
**submitted** 34:20
**subpoena** 32:17
**subway** 20:10
**sufficient** 36:7
**suite** 5:14,21 7:21
  44:24
**sum** 24:6
**summer** 26:24
**suozzi** 5:19 9:10
**superior** 35:23
**superpriority** 2:7
**support** 39:13
**supposed** 21:20
**supreme** 38:9
**sure** 12:21 17:15
  29:3,7 37:11 38:8
**surviving** 18:5
**system** 28:14,14
  28:17,20

**t**

**t** 6:15 44:1,1
**take** 14:1 34:12
  34:15 40:13
**taken** 22:24 28:7

**takes** 20:3 25:9
**talk** 11:13
**talking** 15:6
**tanenbaum** 7:25
**tapes** 28:19,24
**target** 41:2
**tee** 12:18,25
**telephonic** 5:9
  7:16,24,25 8:9,10
**tell** 33:10 41:11
**term** 28:8
**terminated** 4:19
  34:1
**termination** 32:9
**terms** 12:12 16:12
  16:13,25 27:3
  31:1
**thank** 9:25 10:14
  15:24 16:20 18:9
  18:10,11 21:7
  22:4,19 23:19
  24:21,21 25:21
  26:5 34:7 36:20
  40:20,21 41:22,22
  41:24
**thing** 29:12
**things** 12:20
  18:18 28:7 41:8
**think** 12:10 13:4
  15:3 16:16 24:14
  25:25 27:23 29:10
  29:20 31:1,8,12
  31:17 33:9 36:1,3
  36:9 37:15,24
  40:3
**third** 14:5 18:4
  30:17 35:15
**thought** 26:3
**thoughts** 11:15
**thousand** 19:23
**three** 35:6
**tiger** 4:9 7:18,19
  11:12 12:1,3 13:5

15:1 39:8

**time** 15:5 16:6
17:5 19:13,25
23:25 24:4,18
37:2 41:16

**times** 17:23

**timing** 11:23 16:1
16:2 17:6,8

**title** 11:3 41:10

**today** 15:11,17
18:16 19:4 33:22
34:17 41:21

**today's** 10:16

**total** 19:17 20:16
22:7 23:1

**touch** 16:13

**town** 15:18 16:2
22:24

**tracey** 4:25 44:3,7

**transcribed** 4:25

**transcriber** 44:8

**transcript** 27:4
44:3

**transcripts** 26:25

**transfers** 29:3

**trouble** 19:24

**true** 44:4

**trustee** 7:3,4
10:12 21:1 24:13

**trustee's** 19:12
20:3

**trustees** 5:20

**try** 26:20 37:2

**trying** 29:13 38:1

**tunc** 3:24 25:24

**turning** 19:15

**two** 25:5,9 35:20
35:22

**type** 15:5 33:12

**typical** 35:15

### u

**u.s.** 1:16,25 7:4
10:12 19:12 20:2
21:1 32:7,15,17

**u.s.c.** 2:7,9,11 4:6

**u.s.t.** 39:25 40:15

**u.s.t.'s** 36:18

**ultimate** 38:6 40:8

**ultimately** 27:12

**umb** 6:11 7:12
9:21,25

**unable** 31:13

**unblemished**
41:11

**uncertain** 11:25

**understand** 13:3
13:22 14:25 37:24
38:16 41:17

**understanding**
16:9 27:9

**underway** 17:8

**union** 3:18 25:3,5
25:7 36:4 43:15

**united** 1:1 7:3
24:13

**universe** 26:11

**university** 26:23
26:24 27:9,11,13
27:20

**unliquidated** 31:3

**unsecured** 2:16
2:18 5:12 16:10
16:16 17:14,20

**update** 10:23
18:13

**upfront** 38:13

**use** 37:6

**utilize** 2:8

**utilizing** 23:5

### v

**v** 1:11 4:13

**variables** 17:13

**veritext** 44:22

**view** 20:3 38:10

**virtue** 22:17 28:16
33:25

**voluntarily** 19:23

**voluntary** 19:19
24:5

**vote** 38:6

**voting** 38:5

### w

**want** 14:16 26:14
29:3,7 34:12,13
41:18

**wanted** 16:8

**warmuth** 6:17,22
9:11,11,12

**warnack** 36:12

**warren** 10:4,7
33:19

**waterfall** 17:21

**way** 10:23 12:20
17:13 27:1 37:5
37:22

**we've** 28:23 41:14
41:16

**week** 10:18 17:2
34:21 38:24 39:17
39:22 40:25 41:4

**weekend** 11:5
41:25

**west** 5:4

**wild** 6:10 9:21

**williams** 4:25 44:3
44:7

**willing** 15:4 40:16

**willingness** 12:4
12:11

**wilshire** 7:20

**winter** 10:6

**winters** 2:21 5:2
9:7 18:22 43:7

**withdraw** 11:20

**work** 15:13 22:24
40:14 41:23

**worked** 4:18 25:7
28:12 31:5

**working** 33:12
36:24

**write** 19:19

**writing** 13:20

**written** 27:15,19

**wrote** 19:23

### x

**x** 1:3,8,14 27:4
43:1

### y

**yang** 24:3,4,6

**yeah** 15:19 20:24
27:7 34:5 40:14

**year** 26:24 28:22

**years** 28:21

**york** 1:2 5:6 8:7
14:12 27:21

### z

**zaikowski** 1:9
4:13,21 8:4 10:4
36:3

**zero** 13:9