# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: smarcus | Date Created: 6/21/2017 |
| Case: 8−16−75545−reg | Form ID: 295 | Total: 16 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Adam T Berkowitz | aberkowitz@garfunkelwild.com |
| aty | Glenn P Warmuth | gpw@stim−warmuth.com |
| aty | Howard B Kleinberg | hkleinberg@MSEK.com |
| aty | Jack A Raisner | jar@outtengolden.com |
| aty | Joseph Charles Corneau | jcorneau@klestadt.com |
| aty | Lauren Catherine Kiss | lkiss@klestadt.com |
| aty | Richard J McCord | rmccord@certilmanbalin.com |
| aty | Ronald J Friedman | efilings@spallp.com |
| aty | Sean C Southard | ssouthard@klestadt.com |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | |
|---|---|
| db | Dowling College    150 Idle Hour Blvd.    Oakdale, NY 11769 |
| aty | Klestadt Winters Jureller Southard & Stevens, LLP    200 West 41st Street    17th Floor    New York, NY 10036−7203 |
| | Sean C. Southard &    Brendan A Scott    Klestadt Winters Jureller Southard    & Stevens, LLP    200 West 41st Street, 17th Floor    New York, NY 10036−7203 |
| | Alfred Dimino    OFfice of the U.S. Trustee    560 Federal Plaza    Central Islip, NY 11722 |
| | Ian Hammel    Mintz Levin Cohn Ferris    Glovsky & Popeo PC    One Financial Center    Boston, MA 02111 |
| | Mark Knaugton & Jeffrey Tanenbaum    Tiger Remarketing Services    11766 Wilshire Boulevard    Suite 470    Los Angeles, CA 90025 |
| | Rene S. Roupinian    Outten & Golden LLP    3 Park Avenue, 29th Floor    New York, NY 10016 |

TOTAL: 7