**Exhibit A**

**Dowling College Draft DIP Budget Interim Extension**
**Weeks 31-42**

| Week #: | 30 Cumulative Undrawn Commitment | 31 6/30/2017 | 32 7/7/2017 | 33 7/14/2017 | Total for Weeks 31-33 | Total for Weeks 1-33 |
|---|---|---|---|---|---|---|
| Period Ending Friday: | | | | | | |
| **Administrative Overhead / Term Loan D** | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | **133,946** | 22,192 | - | 22,192 | 44,384 | 178,330 |
| General Insurance | **146,243** | 35,058 | - | - | 35,058 | 181,301 |
| Professionals **(2)** | | | | | - | - |
| Klestadt | **2,000** | - | 150,000 | - | 150,000 | 152,000 |
| Ingerman Smith, L.L.P. | **121,000** | - | 12,000 | - | 12,000 | 133,000 |
| Special Counsel - ERISA - TBD | **-** | - | 3,500 | - | 3,500 | 3,500 |
| RSR Consulting, LLC | **175,001** | 20,000 | 20,000 | 20,000 | 60,000 | 235,001 |
| Chapter 11 Creditors Committee | **38,300** | - | 40,000 | - | 40,000 | 78,300 |
| Student Refunds / Records Scanning | **-** | - | - | - | - | - |
| Health, Medical, Unemployment Claims and Related | **-** | - | - | - | - | - |
| Claims Agent | **35,000** | - | - | - | - | 35,000 |
| Administrative | **1,500** | - | - | - | - | 1,500 |
| Adequate Assurance | **-** | - | - | - | - | - |
| U.S. Trustee Fees | **-** | - | - | 10,000 | 10,000 | 10,000 |
| All Other Professional Fees | **5,000** | - | 17,500 | - | 17,500 | 22,500 |
| DIP Interest and Fees | **1,351** | - | - | - | - | 1,351 |
| Other | **55,000** | 20,000 | 3,750 | 3,750 | 27,500 | 82,500 |
| **Total Administrative Overhead / Term Loan D** | **714,341** | **97,250** | **246,750** | **55,942** | **399,943** | **1,114,284** |
| *2006 Bond Series - 68.0%* | *485,752* | *66,130* | *167,790* | *38,041* | *271,961* | *757,713* |
| *2002 Bond Series - 18.2%* | *130,010* | *17,700* | *44,909* | *10,181* | *72,790* | *202,800* |
| *2015 Bond Series - 13.8%* | *98,579* | *13,421* | *34,052* | *7,720* | *55,192* | *153,771* |
| **Series 2006 Bonds / Term Loan A** | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | **15,735** | | | | | |
| General Insurance | **-** | - | - | - | - | - |
| Utilities | **193,770** | 10,000 | 10,000 | 10,000 | 30,000 | 223,770 |
| Security Personnel | **114,260** | 2,000 | 2,000 | 2,000 | 6,000 | 120,260 |
| Property Management | **-** | - | - | - | - | - |
| Other Outside Services | **85,984** | - | 16,500 | - | 16,500 | 102,484 |
| Facility Maintenance | **4,000** | 500 | 500 | 500 | 1,500 | 5,500 |
| Real Estate Taxes | **-** | - | - | - | - | - |
| Landscaping / Snow Removal | **12,436** | 600 | 600 | 600 | 1,800 | 14,236 |
| Sales Broker - Marketing | **97,926** | - | - | - | - | 97,926 |
| Brookhaven Site Planning | **52,200** | - | 10,000 | - | 10,000 | 62,200 |
| DIP Interest and Fees | **1,317** | - | - | - | - | 1,317 |
| Other | **130,094** | 1,000 | 1,000 | 1,000 | 3,000 | 133,094 |
| **Total Series 2006 Bonds / Term Loan A** | **707,722** | **14,100** | **40,600** | **14,100** | **68,800** | **776,522** |
| **Series 2002 Bonds / Term Loan B** | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | **-** | - | - | - | - | - |
| General Insurance | **-** | - | - | - | - | - |
| Utilities | **15,692** | 3,000 | 3,000 | 3,000 | 9,000 | 24,692 |
| Security Personnel | **16,625** | 2,000 | 2,000 | 2,000 | 6,000 | 22,625 |
| Property Management | **-** | - | - | - | - | - |
| Other Outside Services | **8,444** | - | 8,000 | - | 8,000 | 16,444 |
| Facility Maintenance | **1,000** | 500 | 500 | 500 | 1,500 | 2,500 |
| Real Estate Taxes | **-** | - | - | - | - | - |
| Landscaping / Snow Removal | **-** | 400 | 400 | 400 | 1,200 | 1,200 |
| Sales Broker - Marketing | **-** | - | - | - | - | - |
| Brookhaven Site Planning | **12,850** | - | 2,500 | - | 2,500 | 15,350 |
| DIP Interest and Fees | **189** | - | - | - | - | 189 |
| Other | **(1,019)** | 350 | 350 | 350 | 1,050 | 2,100 |
| **Total Series 2002 Bonds / Term Loan B** | **53,781** | **6,250** | **16,750** | **6,250** | **29,250** | **83,031** |
| **Series 2015 Bonds / Term Loan C** | | | | | | |
| Gross Wages/Salaries (incl. employer taxes) | **-** | - | - | - | - | - |
| General Insurance | **-** | - | - | - | - | - |
| Utilities | **-** | 500 | 500 | 500 | 1,500 | 1,500 |
| Security Personnel | **-** | - | - | - | - | - |
| Property Management | **-** | - | - | - | - | - |
| Other Outside Services | **-** | - | - | - | - | - |
| Facility Maintenance | **-** | - | 12,500 | - | 12,500 | 12,500 |
| Real Estate Taxes | **(3,950)** | - | - | - | - | (3,950) |
| Landscaping / Snow Removal | **(3,800)** | 500 | 500 | 500 | 1,500 | (2,300) |
| Sales Broker - Marketing | **-** | - | - | - | - | - |
| Brookhaven Site Planning | **-** | - | - | - | - | - |
| DIP Interest and Fees | **-** | - | - | - | - | - |
| Other | **-** | 500 | 500 | 500 | 1,500 | 1,500 |
| **Total Series 2015 Bonds / Term Loan C** | **(7,750)** | **1,500** | **14,000** | **1,500** | **17,000** | **17,000** |
| **Total Disbursements** | **1,468,094** | **119,100** | **318,100** | **77,792** | **514,993** | **1,983,087** |