# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: smarcus | Date Created: 6/23/2017 |
| Case: 8−16−75545−reg | Form ID: pdf000 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPRegion02.LI.ECF@usdoj.gov
aty      Joseph Charles Corneau      jcorneau@klestadt.com
aty      Lauren Catherine Kiss      lkiss@klestadt.com
aty      Sean C Southard      ssouthard@klestadt.com

                                                                        TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty      Klestadt Winters Jureller Southard & Stevens, LLP      200 West 41st Street      17th Floor      New York, NY 10036−7203

                                                                        TOTAL: 1