**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-*
  *Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |

----------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 10, 2017 AT 1:30 P.M.**

| **Time and Date of Hearing:** | July 10, 2017 at 1:30 p.m. (Eastern Time) |
|---|---|
| **Location of Hearing:** | Courtroom of the Honorable Robert E. Grossman, United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 |
| **Copies of Motions and Applications:** | The Motions and Applications may be viewed on the Court's website (http://www.nyeb.uscourts.gov/) with a login and password to the Court's Public Access to |

|  | Court Electronic Records and copies of such documents can be obtained from the Debtor's noticing agent, Garden City Group, LLC at http://cases.gardencitygroup.com/dco. |
|---|---|

I. **Uncontested Matters:**

1. Adjourned Status Hearing

   Related Documents:

   A. Order Scheduling Initial Case Management Conference [DE 74]

   Status: This matter is going forward.

2. Debtor's Second Motion for an Order Extending Exclusive Periods During Which the Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereto [DE 344]

   Related Documents:

   A. Affidavit of Service [DE 348]

   Status: This matter is going forward.

3. Debtor's Motion for an Order Approving and Authorizing Procedures for the Turnover of the Debtor's Federal Perkins Loan Portfolio [DE 347]

   Related Documents:

   A. Affidavit of Service [DE 348]

   Status: This matter is going forward.

4. Debtor's Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Approving the Sale of the Debtor's Furniture and Equipment Located at the Oakdale Campus to Princeton Education Center LLC Free and Clear of All Liens, Claims and Encumbrances [DE 345]

   Related Documents:

   A. Affidavit of Service [DE 348]

   B. Supplement to Debtor's Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Approving the Sale of the Debtor's Furniture and Equipment Located at the Oakdale Campus to Princeton Education Center LLC Free and Clear of All Liens, Claims and

    Encumbrances and Request for Approval of Sale to NCF Capital Limited or its Designee [DE 359]

   Status: This matter is going forward.

5.  Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor (A) to Obtain Post-Petition Secured, Superpriority Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to Pre-Petition Secured Creditors Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364; and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(B) and 4001(C) (the "DIP Financing and Cash Collateral Motion") [DE 9]

   Responses Received:

   A.  Committee's Limited Opposition to Entry of Final Order Authorizing Debtor in Possession Financing [DE 138]

   Related Documents:

   B.  Affidavits of Service of DIP Financing and Cash Collateral Motion [DE 57, 58]

   C.  Emergency Order (I) Authorizing Debtor to Obtain PostPetition Financing and Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling an Interim Hearing, and (IV) Granting Certain Related Relief [DE 63]

   D.  Second Emergency Order (I) Authorizing Debtor to Obtain PostPetition Financing and Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Certain Related Relief [DE 121]

   E.  Notice of Filing of Approved Budget in Relation to Authorized DIP Financing Through Period Ended March 17, 2017 [DE 151]

   F.  Order Authorizing Debtor to Continue to Obtain Postpetition Financing and Use Cash Collateral [DE 235]

   G.  Order Authorizing Debtor to Continue to Obtain Postpetition Financing and Use Cash Collateral [DE 280]

   H.  Order Authorizing Debtor to Continue to Obtain Postpetition Financing and Use Cash Collateral [DE 339]

      I.      Order Authorizing Debtor to Continue to Obtain Postpetition Financing and Use Cash Collateral [DE 352]

      J.      Notice of Filing of Proposed Final Order (I) Authorizing Debtor to Obtain Postpetition Financing and Use Cash Collateral, (II) Granting Adequate Protection, and (III) Granting Certain Related Relief (the "Proposed Final DIP Order") [DE 356]

      K.      Affidavit of Service of Proposed Final DIP Order [DE 358]

Status:  This matter is going forward.

Dated:  New York, New York
         July 7, 2017

                    **KLESTADT WINTERS JURELLER**
                    **SOUTHARD & STEVENS, LLP**

                By:   */s/ Sean C. Southard*
                      Sean C. Southard
                      Lauren C. Kiss
                      200 West 41st Street, 17th Floor
                      New York, NY 10036
                      Tel: (212) 972-3000
                      Fax: (212) 972-2245
                      Email: ssouthard@klestadt.com
                            lkiss@klestadt.com

                      *Counsel to the Debtor and Debtor in Possession*