**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |

---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION FOR AN ORDER (I) APPROVING PROCEDURES FOR THE SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES, (II) AUTHORIZING THE EMPLOYMENT AND COMPENSATION OF TIGER CAPITAL GROUP, LLC <u>AS LIQUIDATION AGENT, AND (III) GRANTING RELATED RELIEF</u>**

**PLEASE TAKE NOTICE** that Dowling College (the "<u>Debtor</u>"), debtor and debtor-in-possession in the above-captioned chapter 11 case, by and through its counsel, Klestadt Winters Jureller Southard & Stevens, LLP, hereby withdraws for consideration the *Debtor's Motion for an Order (I) Approving Procedures for the Sale of Certain Assets Free and Clear of Liens, Claims and Encumbrances, (II) Authorizing the Employment and Compensation of Tiger Capital Group, LLC as Liquidation Agent, and (III) Granting Related Relief* [DE 317].

Dated: New York, New York
July 7, 2017

    **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
Sean C. Southard
Lauren C. Kiss
200 West 41st Street., 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: ssouthard@klestadt.com
       lkiss@klestadt.com

*Counsel to the Debtor and
  Debtor-in-Possession*