UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DOWLING COLLEGE,<br>f/d/b/a DOWLING INSTITUTE,<br>f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,<br>f/d/b/a CECOM,<br>a/k/a DOWLING COLLEGE, INC.,<br><br>                Debtor. | Chapter 11<br><br>Case No. 16-75545 (REG) |

**SEVENTH REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM JUNE 1, 2017 THROUGH JUNE 30, 2017**

The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("RSR") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("Mr. Rosenfeld") as Chief Restructuring Officer ("CRO") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period June 1, 2017 through June 30, 2017.

    Exhibit A –   Summary of Fees and Expenses

    Exhibit B –   Summary of Services by Project Category

    Exhibit C –   Detailed time entries by Project Category

    Exhibit D –   Detail of Expenses Incurred

By: /s/ Robert S. Rosenfeld
Robert S. Rosenfeld
July 7, 2017

**Exhibit A**

## Robert S. Rosenfeld, CRO
## RSR Consulting, LLC
## Dowling College - Case #16-75545 (REG)
## Summary of Fees and Expenses
## 6/1/17 Through 6/30/17

**Summary of Fees**

| Summary by Professional | Responsibility | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| R. Rosenfeld | Chief Restructuring Officer | 96.40 | $ 390.00 | $ 37,596.00 |
| N. Bivona | Consultant | 90.20 | $ 375.00 | 33,825.00 |
| R. McLeod | Consultant | 6.20 | $ 335.00 | 2,077.00 |
| I. Hellman | Paraprofessional | 14.20 | $ 125.00 | 1,775.00 |
| **Total** | | **207.00** | | **$ 75,273.00** |

**Average blended hourly rate**      **$ 363.64**

**Summary of Expenses**

| | Total |
|---|---:|
| **Accounting-software** | $ 6.00 |
| **Overnight mail** | 200.45 |
| **Office Supplies** | 109.69 |
| **Notary Public Fees** | 17.83 |
| **Total Disbursements** | **$ 333.97** |

**RSR Consulting, LLC**                        **Exhibit B**

**Dowling College - Case #16-75545 (REG)**
**Summary of Services by Project Category**
**6/1/17 to 6/30/17**

| Date | Billable Time | Billable Amt |
|---|---:|---:|
| **Asset Analysis and Recovery** | 8.90 | $ 3,415.50 |
| **Asset Disposition** | 45.90 | 17,731.50 |
| **Bankruptcy Motions** | 4.50 | 1,717.50 |
| **BRV-Stony Brook Dorm** | 3.30 | 1,287.00 |
| **Business Operations** | 64.10 | 24,352.50 |
| **Cash Monitoring** | 5.00 | 1,675.00 |
| **Claims Administration and Objections** | 0.40 | 156.00 |
| **Claims Investigation** | 4.20 | 1,575.00 |
| **Document Review** | 4.20 | 1,575.00 |
| **Dowling-Residential Ops** | 5.50 | 2,062.50 |
| **Dowling-Residential Sales** | 5.60 | 2,100.00 |
| **Employee Benefits/Pensions** | 2.40 | 936.00 |
| **Financial Analysis** | 1.20 | 402.00 |
| **Litigation Matters** | 20.90 | 4,547.00 |
| **Meeting with Trustee Counsel and financial advisor** | 1.00 | 390.00 |
| **Meetings with Creditors and/or Representatives** | 4.80 | 1,812.00 |
| **Meetings with Debtor and Representatives** | 1.70 | 649.50 |
| **Oakdale-Residential** | 10.10 | 3,939.00 |
| **Phone Call** | 0.60 | 75.00 |
| **Reporting** | 8.70 | 3,315.00 |
| **Tax compliance** | 1.00 | 390.00 |
| **UST Reporting** | 3.00 | 1,170.00 |
| **Grand Total** | 207.00 | $ 75,273.00 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Services by Project Category**
**6/1/17 to 6/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 06/01/2017 | Neil Bivona | Edit student AR memo / analysis to reflect comments from R. Rosenfeld.  Follow-up correspondence w/ M. Hablenko at RCS/JZANUS re: further questions on proposal. | 1.20 | $375.00/hr | $450.00 |
| 06/01/2017 | Robert Rosenfeld | Review Student Receivables summary memo and provide comments to N. Bivona for presentation to creditors. | 0.70 | $390.00/hr | $273.00 |
| 06/05/2017 | Neil Bivona | Review and revise student AR memo to lenders. | 1.50 | $375.00/hr | $562.50 |
| 06/06/2017 | Neil Bivona | Mane revisions to final draft of student AR memo to creditors.  Send copy to R. Rosenfeld & S. Southard for review. | 1.00 | $375.00/hr | $375.00 |
| 06/16/2017 | Robert Rosenfeld | Work on follow up requests from counsel relating to closing of Oakdale campus sale and sale of Furniture and Equipment motion for Court. | 4.00 | $390.00/hr | $1,560.00 |
| 06/22/2017 | Robert Rosenfeld | Call with S. Southard, A. Guardino, P. Curry regarding Brookhaven development project. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Asset Analysis and Recovery** | | | **8.90** | | **$3,415.50** |
| **Asset Disposition** | | | | | |
| 06/01/2017 | Neil Bivona | Review outstanding NEP Property Request Forms / status of appointments for retrieval of property. | 0.50 | $375.00/hr | $187.50 |
| 06/02/2017 | Neil Bivona | Correspondence w/ J. Nichols re: interest in purchasing IPv4 addresses.   Refers to J. Hazan at Hilco. | 0.20 | $375.00/hr | $75.00 |
| 06/06/2017 | Robert Rosenfeld | Call with S. Southard to discuss update on sale of Oakdale Campus and Brookhaven campus. | 0.50 | $390.00/hr | $195.00 |
| 06/06/2017 | Robert Rosenfeld | Coordinate meetings with counsel and parties relating to Brookhaven campus sale. | 0.50 | $390.00/hr | $195.00 |
| 06/07/2017 | Neil Bivona | Meet w/ R. Rosenfeld re status of wind down issues. | 0.40 | $375.00/hr | $150.00 |
| 06/07/2017 | Neil Bivona | Correspondence and call w/ S. Naidu re: Princeton transition meeting on Friday.  Meet w/ D. cook re: the same. | 0.50 | $375.00/hr | $187.50 |
| 06/07/2017 | Robert Rosenfeld | Call with S. Southard and A. Guardino regarding status of Brookhaven project development and discussions with the Town of Brookhaven. | 0.80 | $390.00/hr | $312.00 |
| 06/07/2017 | Robert Rosenfeld | Meeting with T. Berolli (Town of Brookhaven Planner) and A. Guardino regarding comments on Plans for Development of Shirley Campus. | 1.00 | $390.00/hr | $390.00 |
| 06/07/2017 | Robert Rosenfeld | Call with S. Southard regarding status of meeting with Brookhaven Town Planner. | 0.40 | $390.00/hr | $156.00 |
| 06/07/2017 | Robert Rosenfeld | Meet with N. Bivona regarding status of windown process and outstanding issues. | 0.40 | $390.00/hr | $156.00 |
| 06/07/2017 | Robert Rosenfeld | Review Student Receivables analysis for wind down of student receivables accounts. | 0.50 | $390.00/hr | $195.00 |
| 06/08/2017 | Neil Bivona | Correspondence & call w/ S. Naidu re: transition meeting.  Meet w/ D. Cook re: the same. | 0.40 | $375.00/hr | $150.00 |
| 06/08/2017 | Neil Bivona | Review NEP property request forms.  Prepare notice e-mail to creditors and contact S. Carter & D. Brooks regarding retrieval of their items. | 0.70 | $375.00/hr | $262.50 |
| 06/08/2017 | Robert Rosenfeld | Call with A&G & Madison Hawk, R. Parr, A. Guardino and Sean Southard to discuss planning for Brookhaven campus disposition. | 0.70 | $390.00/hr | $273.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Services by Project Category**
**6/1/17 to 6/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 06/09/2017 | Robert Rosenfeld | Attend meeting with Princeton Education Center representative and D. Cook to discuss transition issues relating to sale of Oakdale campus. | 1.00 | $390.00/hr | $390.00 |
| 06/09/2017 | Robert Rosenfeld | Call with S. Southard and A. Guardino regarding follow up issues on Brookhaven property. | 0.30 | $390.00/hr | $117.00 |
| 06/12/2017 | Robert Rosenfeld | Meeting with A. Guardino; R. Parr; K. Phillips regarding revisions to Plan Concept to send to Town of Brookhaven. | 1.50 | $390.00/hr | $585.00 |
| 06/12/2017 | Robert Rosenfeld | Meetings with N. Bivona to discuss transition for Oakdale Campus sale and residential house sales. | 0.50 | $390.00/hr | $195.00 |
| 06/13/2017 | Robert Rosenfeld | Call with R. Friedman, S. Southard and A. Guardino to discuss status of Brookhaven property. | 0.50 | $390.00/hr | $195.00 |
| 06/14/2017 | Robert Rosenfeld | Status call with brokers; S. Southard, A. Guardino related to sale of Oakdale and Brookhaven. | 0.50 | $390.00/hr | $195.00 |
| 06/14/2017 | Neil Bivona | Call w/ Brokers, A. Gaurdino, Klestat & R. Rosenfeld re: status of Brookhaven site planning. | 0.50 | $375.00/hr | $187.50 |
| 06/14/2017 | Robert Rosenfeld | Calls with R. Parr to discuss status of re-drawings on Plan Concept for Brookhaven project. | 0.50 | $390.00/hr | $195.00 |
| 06/14/2017 | Robert Rosenfeld | Review correspondence related to closing of Oakdale Campus and respond to questions from counsel and parties. | 0.80 | $390.00/hr | $312.00 |
| 06/15/2017 | Neil Bivona | Prepare term sheet for transition services agreement with Princeton. | 1.00 | $375.00/hr | $375.00 |
| 06/15/2017 | Neil Bivona | Review draft agreement w/ Adelphi to assume custody of Dowling archives. | 0.50 | $375.00/hr | $187.50 |
| 06/15/2017 | Neil Bivona | Meet with D. Holiday re: status of library archives and special collection projects. | 0.70 | $375.00/hr | $262.50 |
| 06/15/2017 | Neil Bivona | Search for original copies of survey of Oakdale campus. Correspondence w/ S. Southard re: the same. | 0.50 | $375.00/hr | $187.50 |
| 06/15/2017 | Neil Bivona | Review status of pending NEP Property request forms. | 0.50 | $375.00/hr | $187.50 |
| 06/15/2017 | Robert Rosenfeld | Review documents required for execution for sale of real estate and provide to counsel and broker. | 0.80 | $390.00/hr | $312.00 |
| 06/15/2017 | Robert Rosenfeld | Review and update analysis on status of real estate sales for Oakdale residential properties. | 0.50 | $390.00/hr | $195.00 |
| 06/16/2017 | Neil Bivona | Review draft transition agreement. | 0.50 | $375.00/hr | $187.50 |
| 06/16/2017 | Neil Bivona | Review NEP property request forms & contact requesting parties. | 1.00 | $375.00/hr | $375.00 |
| 06/16/2017 | Neil Bivona | Review contact info and compile list of parties that expressed interest in FF&E for notice list re: proposed sale of FF&E to Princeton. | 1.00 | $375.00/hr | $375.00 |
| 06/16/2017 | Neil Bivona | Follow up on several items for losing including insurance broker & 24/7 COI. | 0.50 | $375.00/hr | $187.50 |
| 06/16/2017 | Neil Bivona | Review employee hourly rates and prepare schedule for Princeton transition agreement. Discussion w/ R Rosenfeld re: the same. | 0.70 | $375.00/hr | $262.50 |
| 06/16/2017 | Robert Rosenfeld | Discuss with Counsel revisions to Plan Concept revisions to be sent to Town of Brookhaven. | 0.30 | $390.00/hr | $117.00 |
| 06/19/2017 | Robert Rosenfeld | Call with Princeton counsel; title company, S. Southard, L. Kiss, M. White, and lender's counsel to prepare for Oakdale Campus closing. | 0.50 | $390.00/hr | $195.00 |

**RSR Consulting, LLC**                                                    **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Services by Project Category**
**6/1/17 to 6/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 06/19/2017 | Robert Rosenfeld | Work on preparation and coordination for Oakdale Campus closing. | 4.50 | $390.00/hr | $1,755.00 |
| 06/19/2017 | Robert Rosenfeld | Call with Ron Parr to discuss status of Brookhaven project. | 0.40 | $390.00/hr | $156.00 |
| 06/20/2017 | Robert Rosenfeld | Call with creditors to discuss status of Princeton closing on Oakdale Campus sale. | 0.50 | $390.00/hr | $195.00 |
| 06/21/2017 | Robert Rosenfeld | Calls with J. Hubbard to discuss status of buyers of Oakdale campus; Brookhaven project status and follow up on buyers' financial wherewithal. | 0.70 | $390.00/hr | $273.00 |
| 06/21/2017 | Robert Rosenfeld | conference call with S. Southard and creditors related to status of Princeton efforts to close on Oakdale campus. | 0.50 | $390.00/hr | $195.00 |
| 06/21/2017 | Robert Rosenfeld | Work on transition issues relating to Oakdale Campus sale. | 1.00 | $390.00/hr | $390.00 |
| 06/21/2017 | Robert Rosenfeld | Review documents related to NCF as backup bidder on Oakdale Campus sale. | 1.00 | $390.00/hr | $390.00 |
| 06/22/2017 | Robert Rosenfeld | Call with S. Southard, counsel to creditors regarding status of terminating Princeton contract and next steps. | 0.40 | $390.00/hr | $156.00 |
| 06/22/2017 | Robert Rosenfeld | Call with J. Sturchio (DE residential) regarding marketing status of remaining houses in Oakdale and process for sale of each property. | 0.50 | $390.00/hr | $195.00 |
| 06/22/2017 | Robert Rosenfeld | Call with Bob Bertucci (Oppenheimer) regarding status of marketing remaining houses in Oakdale. | 0.80 | $390.00/hr | $312.00 |
| 06/22/2017 | Robert Rosenfeld | Call with J. Hubbard (Madison Hawk) regarding status of contract closing with NCF Capital and next steps in process. | 0.40 | $390.00/hr | $156.00 |
| 06/22/2017 | Robert Rosenfeld | Analyze remaining Oakdale residential properties and work on process for marketing and winddown of properties. | 2.00 | $390.00/hr | $780.00 |
| 06/22/2017 | Robert Rosenfeld | Review motion documents and declaration relating to Comfort Order on NCF as replacement buyer for Oakdale campus. | 0.80 | $390.00/hr | $312.00 |
| 06/23/2017 | Robert Rosenfeld | Review motions and revised APA and schedules relating to successor bidder, NCF in preparation for closing and respond to follow up calls from counsel. | 2.00 | $390.00/hr | $780.00 |
| 06/23/2017 | Robert Rosenfeld | Call with J. Hubbard regarding follow up to closing issues related to NCF Capital. | 0.40 | $390.00/hr | $156.00 |
| 06/26/2017 | Neil Bivona | Weekly update call with Madison Hawk & ACA. | 0.20 | $375.00/hr | $75.00 |
| 06/26/2017 | Robert Rosenfeld | Calls with J. Hubbard (Madison Hawk) and J. Corneau to discuss next steps and transition with NCF Capital. | 1.50 | $390.00/hr | $585.00 |
| 06/27/2017 | Robert Rosenfeld | Call with Anthony Guardino regarding status of Brookhaven plan process. | 0.30 | $390.00/hr | $117.00 |
| 06/27/2017 | Robert Rosenfeld | Correspondence with J. Hazan (Hilco) regarding IP address liquidation and provide follow up response to creditors. | 0.70 | $390.00/hr | $273.00 |
| 06/28/2017 | Robert Rosenfeld | Call with S. Southard to discuss outstanding issues relating to Oakdale Campus sale and Stony Brook extension of BRV lease. | 0.50 | $390.00/hr | $195.00 |
| 06/28/2017 | Robert Rosenfeld | Call with N. Sterling (ML Strategies) to discuss Public Relations response to media inquiries on Oakdale Campus sale. | 0.40 | $390.00/hr | $156.00 |
| 06/29/2017 | Neil Bivona | Review Non Estate Property Property request forms & make recommendations to creditors. | 1.00 | $375.00/hr | $375.00 |
| 06/29/2017 | Robert Rosenfeld | Call with R. Parr and A. Guardino regarding status on Brookhaven development project. | 0.50 | $390.00/hr | $195.00 |

**RSR Consulting, LLC**      **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Services by Project Category**
**6/1/17 to 6/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 06/29/2017 | Robert Rosenfeld | Coordinate process of communication to creditors on Brookhaven development project. | 1.00 | $390.00/hr | $390.00 |
| 06/29/2017 | Robert Rosenfeld | Discussion with A. Graiser (A&G Realty) to discuss status of Brookhaven valuation. | 0.40 | $390.00/hr | $156.00 |
| 06/30/2017 | Robert Rosenfeld | Discuss with broker for Oakdale campus sale follow up on NCF site visit to Oakdale Campus and next steps. | 0.30 | $390.00/hr | $117.00 |
| 06/30/2017 | Robert Rosenfeld | Call with Charles Berger re: marketing of BRV property in Brookhaven, | 0.60 | $390.00/hr | $234.00 |
| **Totals For Asset Disposition** | | | **45.90** | | **$17,731.50** |
| **Bankruptcy Motions** | | | | | |
| 06/01/2017 | Robert Rosenfeld | Review draft motion on Perkins Loan winddown and discuss with N. Bivona alternatives for winding down Perkins and Title IV program. | 0.50 | $390.00/hr | $195.00 |
| 06/12/2017 | Neil Bivona | Review and edit motion re: Perkins Loan liquidation & assignments. | 1.30 | $375.00/hr | $487.50 |
| 06/13/2017 | Neil Bivona | Call w L. Kiss re: comments & revisions to Perkins liquidation & assignment motion. | 0.50 | $375.00/hr | $187.50 |
| 06/14/2017 | Robert Rosenfeld | Review Furniture and Equipment sale motion and declaration and provide comments to counsel. | 1.00 | $390.00/hr | $390.00 |
| 06/26/2017 | Neil Bivona | Review motion and draft order to certify NCF as successful bidder and R. Rosenfeld declaration. Re-review terms of NCF APA. | 0.70 | $375.00/hr | $262.50 |
| 06/30/2017 | Robert Rosenfeld | Review Final DIP order. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Bankruptcy Motions** | | | **4.50** | | **$1,717.50** |
| **BRV-Stony Brook Dorm** | | | | | |
| 06/01/2017 | Robert Rosenfeld | Work on revisions to lease extension agreement and provide to SBU for review. | 0.70 | $390.00/hr | $273.00 |
| 06/08/2017 | Robert Rosenfeld | Review comments from Stony Brook on lease modification and discuss with counsel. | 0.40 | $390.00/hr | $156.00 |
| 06/13/2017 | Robert Rosenfeld | Call with R. Bertucci, M. Sato, S. Southard to discuss modifications to SBU lease. | 0.50 | $390.00/hr | $195.00 |
| 06/16/2017 | Robert Rosenfeld | Call with Stony Brook representatives, S. Southard, R. Bertucii, M. Sato to discuss revisions to lease modification agreement. | 0.70 | $390.00/hr | $273.00 |
| 06/28/2017 | Robert Rosenfeld | Call with M. Sato and R. Bertucci re: BRV lease extension and Stony Brook comments to agreement. | 0.60 | $390.00/hr | $234.00 |
| 06/28/2017 | Robert Rosenfeld | Call with S. Fioto (SBU) regarding lease extension and next steps. | 0.40 | $390.00/hr | $156.00 |
| **Totals For BRV-Stony Brook Dorm** | | | **3.30** | | **$1,287.00** |
| **Business Operations** | | | | | |
| 06/01/2017 | Neil Bivona | Various correspondence w/ USDOE Ombudsman re: Priscilla Martinez missing Perkins Note. | 0.30 | $375.00/hr | $112.50 |
| 06/01/2017 | Neil Bivona | Prepare DIP Accounts transfers and wire payments for week 27 disbursements. | 0.50 | $375.00/hr | $187.50 |
| 06/01/2017 | Neil Bivona | Meet w/ R. Rosenfeld re: USDOE audit requirements for Title IV Compliance Audit and Perkins Close-out audit. Review fiscal 2015 A-133 audit. | 1.00 | $375.00/hr | $375.00 |
| 06/01/2017 | Robert Rosenfeld | Process bills and payments for weekly disbursements and update accounting. | 1.50 | $390.00/hr | $585.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Services by Project Category**
**6/1/17 to 6/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 06/01/2017 | Robert Rosenfeld | Work on month end closing for Debtor and prepare bank reconciliations for month and review adjustments for accounts in support of MOR for May. | 2.00 | $390.00/hr | $780.00 |
| 06/02/2017 | Neil Bivona | Review GCG communications escalation report. Respond to new inquiries as appropriate & review pending inquiries. | 1.00 | $375.00/hr | $375.00 |
| 06/02/2017 | Neil Bivona | Various correspondence w/ T. Walenchok re: Perkins audit engagement letter and required information for audit. | 0.70 | $375.00/hr | $262.50 |
| 06/02/2017 | Neil Bivona | Review files and network drives re: historic NY State HEOP annual filings. | 1.40 | $375.00/hr | $525.00 |
| 06/02/2017 | Neil Bivona | Call w/ D. Impagliazzo re: open student certification issues & plan to address w/ NYSED (J. D'Agti). | 0.50 | $375.00/hr | $187.50 |
| 06/05/2017 | Neil Bivona | Review weekly variance report & prepare weekly DIP Compliance report for week 26. | 1.30 | $375.00/hr | $487.50 |
| 06/05/2017 | Neil Bivona | Review of Cigna contact re: stop loss provisions. Correspondence w/ S. Southard re: the same. | 0.50 | $375.00/hr | $187.50 |
| 06/05/2017 | Neil Bivona | Meet w/ C. Grossman re ongoing project to review files for endowment documentation. | 1.00 | $375.00/hr | $375.00 |
| 06/07/2017 | Neil Bivona | Call w/ D. Scalzo re: status of Title IV reconciliations. | 0.50 | $375.00/hr | $187.50 |
| 06/07/2017 | Neil Bivona | Review FISAP reports from 2011-2015 & Perkins Loan liquidation audit guidelines  Analyze Federal and Institutional Perkins Loan fund capital contributions. | 1.80 | $375.00/hr | $675.00 |
| 06/07/2017 | Neil Bivona | Review professional invoices for April & May (to the extent received).  Update professional fee/holdback tracking report. | 0.50 | $375.00/hr | $187.50 |
| 06/08/2017 | Neil Bivona | Review weekly invoices for payment.  Prepare weekly disbursement detail worksheet and transfer and disbursement summary reports. | 2.00 | $375.00/hr | $750.00 |
| 06/08/2017 | Neil Bivona | Call w/ Baker Tilly & R. Rosenfeld to discuss Perkins and Title IV closeout compliance audit requirements. | 0.90 | $375.00/hr | $337.50 |
| 06/08/2017 | Neil Bivona | Work on DIP budget extension through September. | 2.00 | $375.00/hr | $750.00 |
| 06/08/2017 | Robert Rosenfeld | Call with Baker Tilly and N. Bivona to discuss audit requirements for Perkins Loan (.6); follow up discussion with N. Bivona to discuss Perkins loan audit (.3) | 0.90 | $390.00/hr | $351.00 |
| 06/08/2017 | Robert Rosenfeld | Prepare bills for processing payments for week.  Update accounting for cash activity. | 1.00 | $390.00/hr | $390.00 |
| 06/08/2017 | Robert Rosenfeld | Work on revisions for May 2017 MOR. | 1.20 | $390.00/hr | $468.00 |
| 06/09/2017 | Robert Rosenfeld | Follow up processing disbursements for week and updating accounting in quickbooks. | 1.00 | $390.00/hr | $390.00 |
| 06/12/2017 | Neil Bivona | Continue work on of DIP budget extension through mid-September. | 3.00 | $375.00/hr | $1,125.00 |
| 06/12/2017 | Neil Bivona | Prepare DIP notice of borrowing for weeks 29-30. | 1.20 | $375.00/hr | $450.00 |
| 06/12/2017 | Neil Bivona | Prepare correspondence to M. Growhowski & J Pund re: DIP notice of borrowing for weeks 29-30. | 0.80 | $375.00/hr | $300.00 |
| 06/12/2017 | Neil Bivona | Review new Lightpath & Optel contracts for move to Brookhaven.  Correspondence w/ W. Benka re: questions. | 0.50 | $375.00/hr | $187.50 |
| 06/12/2017 | Robert Rosenfeld | Update of accounting for quickbooks and discuss with A. Soloff USB bank account activity. | 1.00 | $390.00/hr | $390.00 |
| 06/13/2017 | Robert Rosenfeld | Process transfers and update accounting for Debtor for daily activity. | 1.00 | $390.00/hr | $390.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Services by Project Category**
**6/1/17 to 6/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 06/13/2017 | Neil Bivona | Met w/ C. Grossman re: results of search for documentation and records regarding restricted endowments and scholarship funds. | 1.10 | $375.00/hr | $412.50 |
| 06/13/2017 | Neil Bivona | Continue work on DIP budget extension. | 2.20 | $375.00/hr | $825.00 |
| 06/13/2017 | Neil Bivona | Prepare residential property information sheet for NCF interest in bulk purchase. | 1.20 | $375.00/hr | $450.00 |
| 06/13/2017 | Neil Bivona | Preparation of disbursement detail worksheet and disbursement and transfer summary reports for 6-16-17 payroll. Prepare DIP account transfers an wire transfers. | 0.60 | $375.00/hr | $225.00 |
| 06/13/2017 | Neil Bivona | Draft task list for known/anticipated remaining activities for the case. | 1.00 | $375.00/hr | $375.00 |
| 06/14/2017 | Robert Rosenfeld | Call with N. Bivona, S. Southard, L. Kiss, J. Corneau to discuss updated budget. | 0.50 | $390.00/hr | $195.00 |
| 06/14/2017 | Neil Bivona | Revise DIP budget extension following call w/ Klestadt & R. Rosenfeld. Prepare cover-e-mail to secured lenders and UCC counsel. | 2.00 | $375.00/hr | $750.00 |
| 06/14/2017 | Neil Bivona | Call w/ Klestadt & R. Rosenfeld re: DIP Budget extension | 0.60 | $375.00/hr | $225.00 |
| 06/14/2017 | Neil Bivona | Call w/ R. Mcleod re: general status update & discussion of DIP budget extension / translation to DIP model. | 0.60 | $375.00/hr | $225.00 |
| 06/14/2017 | Neil Bivona | Prepare analysis of professionals 20% holdback amounts & circulate to creditors. | 0.50 | $375.00/hr | $187.50 |
| 06/15/2017 | Neil Bivona | Review weekly invoices & Prepare disbursement detail worksheet. Prepare disbursement and transfer summary reports. Setup transfers and wire payments for approval. | 2.30 | $375.00/hr | $862.50 |
| 06/15/2017 | Neil Bivona | Review responses to questions re: Lightpath and Optel internet/phone contracts for move to Brookhaven campus. | 0.20 | $375.00/hr | $75.00 |
| 06/15/2017 | Robert Rosenfeld | Process payments for week and update accounting for Debtor in QuickBooks. | 2.50 | $390.00/hr | $975.00 |
| 06/16/2017 | Neil Bivona | Callwith S Southard, J Corneau, L Kiss & R McLeod re: DIP extension. Review and revise draft 12 wee DIP extension. Carve out first three weeks & format for attachment to motion. Follow up call with R McLeod. | 2.50 | $375.00/hr | $937.50 |
| 06/16/2017 | Neil Bivona | Call w/ S Ludsin re: Brookhaven security gate service & debtor's ability to pay. | 0.30 | $375.00/hr | $112.50 |
| 06/16/2017 | Robert Rosenfeld | Work on additional transfers for week and update Debtor's accounting and quickbooks. | 1.00 | $390.00/hr | $390.00 |
| 06/19/2017 | Neil Bivona | Call with S. Southard, L. Kiss, . Walenchok J. Knapp & N. Varnovitsky re: DOE close-out and Perkins audit requirements. | 0.50 | $375.00/hr | $187.50 |
| 06/22/2017 | Robert Rosenfeld | Update accounting in quickbooks and review Optel contract for renewal terms. | 1.00 | $390.00/hr | $390.00 |
| 06/23/2017 | Robert Rosenfeld | Update accounting in quickbooks and review leases for rejection. | 1.00 | $390.00/hr | $390.00 |
| 06/26/2017 | Neil Bivona | Review weekly invoices & prepare disbursement detail worksheet. Prepare transfer and disbursement summary reports. Set up transfers and payments in DIP accounts for approval. | 2.00 | $375.00/hr | $750.00 |
| 06/26/2017 | Neil Bivona | Review professional invoices received for May & update professional fee tracking spreadsheet. | 0.50 | $375.00/hr | $187.50 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Services by Project Category**
**6/1/17 to 6/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 06/26/2017 | Neil Bivona | Update call w/ D Cook on status of operations and vacating of Oakdale campus. | 0.40 | $375.00/hr | $150.00 |
| 06/26/2017 | Robert Rosenfeld | Work on weekly processing of bills and payments and update accounting in quickbooks. | 2.50 | $390.00/hr | $975.00 |
| 06/28/2017 | Robert Rosenfeld | Work on accounting and update books and records in quickbooks for recent activity for estate. | 1.00 | $390.00/hr | $390.00 |
| 06/28/2017 | Robert Rosenfeld | Discussions with D. Cook - Director of Operations regarding status of document storage; BRV dorm repairs and maintenance and other winddown issues. | 0.70 | $390.00/hr | $273.00 |
| 06/29/2017 | Neil Bivona | Review weekly invoices. Prepare disbursement detail worksheet & disbursement/transfer summary reports. | 1.20 | $375.00/hr | $450.00 |
| 06/29/2017 | Neil Bivona | Meet w/ R. Rosenfeld & D. Cook re: status update. | 0.50 | $375.00/hr | $187.50 |
| 06/30/2017 | Neil Bivona | Review GCG Communication Escalation report & respond to inquiries. | 0.50 | $375.00/hr | $187.50 |
| 06/30/2017 | Neil Bivona | Set up transfers and wire payments for weekly disbursements for approval. | 0.30 | $375.00/hr | $112.50 |
| 06/30/2017 | Robert Rosenfeld | Process disbursements and transfers for Debtor; update accounting in quickbooks for activity. | 1.20 | $390.00/hr | $468.00 |
| 06/30/2017 | Neil Bivona | Meet w/ D. Holliday re: status of Library / Special Collection project. | 0.50 | $375.00/hr | $187.50 |
| 06/30/2017 | Neil Bivona | Review correspondence from NYSED & NY HESC. | 0.20 | $375.00/hr | $75.00 |
| **Totals For Business Operations** | | | **64.10** | | **$24,352.50** |
| **Cash Monitoring** | | | | | |
| 06/04/2017 | Robert McLeod | Prepare Week 26 cash actual vs. budget compliance report; circulate amongst RST team for review. | 1.20 | $335.00/hr | $402.00 |
| 06/08/2017 | Robert McLeod | Prepare Week 27 cash actual vs. budget compliance report; circulate amongst RST team for review. | 0.90 | $335.00/hr | $301.50 |
| 06/17/2017 | Robert McLeod | Prepare Week 28 cash actual vs. budget compliance report; circulate amongst RST team for review. | 1.10 | $335.00/hr | $368.50 |
| 06/28/2017 | Robert McLeod | Prepare Weeks 29 and 30 cash actual vs. budget compliance reports; circulate amongst RST team for review. | 1.80 | $335.00/hr | $603.00 |
| **Totals For Cash Monitoring** | | | **5.00** | | **$1,675.00** |
| **Claims Administration and Objections** | | | | | |
| 06/29/2017 | Robert Rosenfeld | Call with L. Kiss to discuss status of priority claim analysis. | 0.40 | $390.00/hr | $156.00 |
| **Totals For Claims Administration and Objections** | | | **0.40** | | **$156.00** |
| **Claims Investigation** | | | | | |
| 06/02/2017 | Neil Bivona | Meet w/ A. Dimola and call w/ A. Dimola and L. Kiss re: employee sick bank benefits and calculations. | 1.20 | $375.00/hr | $450.00 |
| 06/02/2017 | Neil Bivona | Review correspondence and attached materials related to Philip Services Smaller Party Settlor status report. Call class administrator to inquire of Dowling's involvement. Review files and network drives for related information. Correspondence w/ S. Southard re: the same. | 1.50 | $375.00/hr | $562.50 |
| 06/05/2017 | Neil Bivona | High level review of USDOE filed claim. | 0.30 | $375.00/hr | $112.50 |
| 06/13/2017 | Neil Bivona | Meet w/ A. Dimola & call w/ a. Dimola and L. Kiss re: review of payroll records and calculation of unused employee vacation benefits. | 1.20 | $375.00/hr | $450.00 |
| **Totals For Claims Investigation** | | | **4.20** | | **$1,575.00** |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Services by Project Category**
**6/1/17 to 6/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Document Review** | | | | | |
| 06/01/2017 | Neil Bivona | Review draft Perkins loan portfolio liquidation motion and USDOE liquidation procedures. | 0.50 | $375.00/hr | $187.50 |
| 06/07/2017 | Neil Bivona | Review (bring down of) seller reps, schedules and closing conditions under Princeton APA re: any changes since the APA was signed. | 1.40 | $375.00/hr | $525.00 |
| 06/14/2017 | Neil Bivona | Review of June 2015 A-133 audit report. | 1.00 | $375.00/hr | $375.00 |
| 06/29/2017 | Neil Bivona | Review of Plaintiff's WARN Act mediation statement & related correspondence. | 0.80 | $375.00/hr | $300.00 |
| 06/30/2017 | Neil Bivona | Review of final DIP Order. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Document Review** | | | **4.20** | | **$1,575.00** |
| **Dowling-Residential Ops** | | | | | |
| 06/01/2017 | Neil Bivona | Meet w?. D. Nelson to view damage repairs at 56 Van Bomel. Follow-up calls with F. Radman and R. Bertucci. Return to 56 Van Bomel to take photos. | 1.80 | $375.00/hr | $675.00 |
| 06/05/2017 | Neil Bivona | Various discussions w/ D. Cook & A. Stoloff and correspondence w/ F. Radman & R. Bertucci re: Giaquinto / 48 Van Bomel. | 1.10 | $375.00/hr | $412.50 |
| 06/08/2017 | Neil Bivona | Various calls w/ F. Radman re: Giaquinto and Hannah settlements. Call w/ S. Hannah. | 0.80 | $375.00/hr | $300.00 |
| 06/08/2017 | Neil Bivona | Call w/ R. Bertucci re: status of settlements, listing of 44 Van Bomel - need to remove dead tree near house. Go to 44 Van Bomel to take pictures of the tree. | 0.70 | $375.00/hr | $262.50 |
| 06/15/2017 | Neil Bivona | Calls with F. Radman re: settlement with T. Cody to vacate 39 Chateau, | 0.60 | $375.00/hr | $225.00 |
| 06/16/2017 | Neil Bivona | Contact exterminator and arrange payment re: squirrels and raccoons at 27 Chateau. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Dowling-Residential Ops** | | | **5.50** | | **$2,062.50** |
| **Dowling-Residential Sales** | | | | | |
| 06/01/2017 | Neil Bivona | Call & correspondence w/ J. Sturchio re: R. Gaiquinto / 48 Van Bomel. | 0.30 | $375.00/hr | $112.50 |
| 06/01/2017 | Neil Bivona | Call w/ D. Niknamfard at Garfunkel Wild re: status of pending sales / closings. | 0.40 | $375.00/hr | $150.00 |
| 06/02/2017 | Neil Bivona | Meet w/ J. Sturchio for site tour of 44 Van Bomel / establishment of listing price. | 0.80 | $375.00/hr | $300.00 |
| 06/06/2017 | Neil Bivona | Discussions w/ F. Radman & D. Cook re: 48 and 52 Van Bomel tenant issues& plan for Thursday hearings. | 1.20 | $375.00/hr | $450.00 |
| 06/07/2017 | Neil Bivona | Prepare correspondence to UCC re: proposed sale and listing prices for 44, 48, 52 and 56 Van Bomel. | 1.00 | $375.00/hr | $375.00 |
| 06/08/2017 | Neil Bivona | Call w/ J. Sturchio re: listing of 44 Van Bomel & timeline for vacating / showing 48 an 56 Van Bomel & status w/ S. Hannah at 52 Van Bomel. | 0.60 | $375.00/hr | $225.00 |
| 06/15/2017 | Neil Bivona | Call w/ S. Naidu re: status of residential bulk sale contract and possibility of adding 72 Chateau to the list. | 0.30 | $375.00/hr | $112.50 |
| 06/15/2017 | Neil Bivona | Call w/ D. Niknamfard re: bulk sale contract for residential properties. | 0.30 | $375.00/hr | $112.50 |
| 06/29/2017 | Neil Bivona | Several conversations re: settlement / sale of 5 Van Bomel to S. Hannah. Review terms of sale process. | 0.40 | $375.00/hr | $150.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Services by Project Category**
**6/1/17 to 6/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 06/30/2017 | Neil Bivona | Further discussions w/ D. Cook & R. Rosenfeld / review correspondence from R. Bertucci re: 52 Van Bomel. | 0.30 | $375.00/hr | $112.50 |
| **Totals For Dowling-Residential Sales** | | | **5.60** | | **$2,100.00** |
| **Employee Benefits/Pensions** | | | | | |
| 06/29/2017 | Robert Rosenfeld | Review draft financials for 403B Plan for 2016 audit. | 1.00 | $390.00/hr | $390.00 |
| 06/30/2017 | Robert Rosenfeld | Further review of 403B draft financials for 2016 audit and execution of Management Rep letter. | 1.00 | $390.00/hr | $390.00 |
| 06/30/2017 | Robert Rosenfeld | Call with auditor in connection with 403B audit for 2016. | 0.40 | $390.00/hr | $156.00 |
| **Totals For Employee Benefits/Pensions** | | | **2.40** | | **$936.00** |
| **Financial Analysis** | | | | | |
| 06/16/2017 | Robert McLeod | Counsel / stakeholders call to review budget extension and next steps in case | 0.70 | $335.00/hr | $234.50 |
| 06/16/2017 | Robert McLeod | Review budget / DIP commitment extension / increase amongst RST team | 0.50 | $335.00/hr | $167.50 |
| **Totals For Financial Analysis** | | | **1.20** | | **$402.00** |
| **Litigation Matters** | | | | | |
| 06/01/2017 | Ilene Hellman | Changes to Schedule of Employees termed at or After June 1st, Added reason for termination, call with Anne Dimola re reasons for termination. | 2.00 | $125.00/hr | $250.00 |
| 06/01/2017 | Robert Rosenfeld | Review revised WARN analysis and make revisions to analysis and provide to counsel for review. | 1.00 | $390.00/hr | $390.00 |
| 06/02/2017 | Ilene Hellman | Added amounts previously filed to Schedule of Employees termed at or after 6/1/16 | 4.50 | $125.00/hr | $562.50 |
| 06/05/2017 | Ilene Hellman | Compile Previous Claims for the WARN Schedule | 1.40 | $125.00/hr | $175.00 |
| 06/05/2017 | Ilene Hellman | Compile Previous Claims for the WARN Schedule | 1.40 | $125.00/hr | $175.00 |
| 06/06/2017 | Robert Rosenfeld | Work on analysis in connection with WARN complaint and discuss revisions with counsel | 1.50 | $390.00/hr | $585.00 |
| 06/07/2017 | Ilene Hellman | Compile Addresses for the WARN Schedule | 2.80 | $125.00/hr | $350.00 |
| 06/07/2017 | Ilene Hellman | Compile Addresses for the WARN Schedule | 1.50 | $125.00/hr | $187.50 |
| 06/26/2017 | Robert Rosenfeld | Follow up on requests from counsel relating to information requested from plaintiff relating to WARN complaint. | 1.50 | $390.00/hr | $585.00 |
| 06/27/2017 | Robert Rosenfeld | Provide follow up information to counsel relating to WARN complaint litigation. | 0.80 | $390.00/hr | $312.00 |
| 06/27/2017 | Robert Rosenfeld | Review mediation statement draft and provide comments to counsel | 2.00 | $390.00/hr | $780.00 |
| 06/28/2017 | Robert Rosenfeld | Review revised mediation statement for WARN complaint and provide follow up comments to counsel. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Litigation Matters** | | | **20.90** | | **$4,547.00** |
| **Meeting with Trustee Counsel and financial advisor** | | | | | |
| 06/07/2017 | Robert Rosenfeld | Call with secured creditors and counsel; UCC counsel; S. Southard and N. Bivona to discuss status issues in case. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Meeting with Trustee Counsel and financial advisor** | | | **1.00** | | **$390.00** |
| **Meetings with Creditors and/or Representatives** | | | | | |
| 06/05/2017 | Neil Bivona | Call w/ R. Friedman re: go-forward budget for Estate and tasks affecting unsecured creditors. | 0.50 | $375.00/hr | $187.50 |
| 06/05/2017 | Neil Bivona | Update call re: status of Oakdale campus sale. | 0.30 | $375.00/hr | $112.50 |

**RSR Consulting, LLC**                               **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Services by Project Category**
**6/1/17 to 6/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 06/06/2017 | Neil Bivona | Call w/ S. Southard & L. Kiss re: motion for liquidation of Perkins Loan portfolio, general Title IV / USDOE proof of claim discussion, engagement of auditor for Title IV tasks & tax returns, employee medical claim processing status & call w/ Cigna counsel, NEP, and other updates. | 1.50 | $375.00/hr | $562.50 |
| 06/07/2017 | Neil Bivona | Call with creditors to discuss path forward. | 1.00 | $375.00/hr | $375.00 |
| 06/16/2017 | Robert Rosenfeld | Call with creditors and representatives, brokers, S. Southard, N. Bivona, A. Guardino to discuss status on Oakdale closing; Brookhaven project status; and budget. | 0.50 | $390.00/hr | $195.00 |
| 06/16/2017 | Neil Bivona | Call with Lenders, Lenders counsel R Rosenfeld, Klestadt, A Guardino & UCC counsel to continue discussion of path forward and DIP extension. | 0.70 | $375.00/hr | $262.50 |
| 06/29/2017 | Robert Rosenfeld | Call with B. Faustini (ACA) regarding potential settlement with the Unsecured creditors committee. | 0.30 | $390.00/hr | $117.00 |
| **Totals For Meetings with Creditors and/or Representatives** | | | **4.80** | | **$1,812.00** |
| **Meetings with Debtor and Representatives** | | | | | |
| 06/05/2017 | Neil Bivona | Status update meeting w/ D. Cook. | 0.50 | $375.00/hr | $187.50 |
| 06/07/2017 | Neil Bivona | Call w/ S. Southard & R. Rosenfeld re: follow-up to call with creditors. | 0.40 | $375.00/hr | $150.00 |
| 06/07/2017 | Robert Rosenfeld | Call with S. Southard and N. Bivona as follow up to call with creditors. | 0.40 | $390.00/hr | $156.00 |
| 06/12/2017 | Robert Rosenfeld | Status update call with S. Southard to discuss meeting with Princeton representative and WARN lititgation update. | 0.40 | $390.00/hr | $156.00 |
| **Totals For Meetings with Debtor and Representatives** | | | **1.70** | | **$649.50** |
| **Oakdale-Residential** | | | | | |
| 06/06/2017 | Robert Rosenfeld | Call with R. Bertucci (Oppenheimer) to discuss sale of residential houses and issues relating to 72 Chateau. | 0.40 | $390.00/hr | $156.00 |
| 06/06/2017 | Robert Rosenfeld | Execution of 90 Elsmere closing documents and get documents notarized and send out overnight to M. White. | 0.50 | $390.00/hr | $195.00 |
| 06/08/2017 | Robert Rosenfeld | Review correspondence from broker on values on residences and approach for marketing remaining houses. | 0.70 | $390.00/hr | $273.00 |
| 06/21/2017 | Robert Rosenfeld | Review documents relating to 8 Idle Hour and 96 Biltmore and execute documents relating to closings. | 1.00 | $390.00/hr | $390.00 |
| 06/26/2017 | Robert Rosenfeld | Review closing documents on 96 Biltmore and 27 Chateau and execute documents, have notarized and send overnight for closing. | 1.50 | $390.00/hr | $585.00 |
| 06/26/2017 | Robert Rosenfeld | Review correspondence from J. Sturccio, R. Bertuccio relating to sales of Oakdale residential properties. | 0.60 | $390.00/hr | $234.00 |
| 06/27/2017 | Robert Rosenfeld | Review correspondence with R. bertucii regarding sale of 52 Van Bommel property. | 0.40 | $390.00/hr | $156.00 |
| 06/28/2017 | Robert Rosenfeld | Review correspondence and analysis provided by J. Sturchio (DE) relating to remaining Oakdale residential properties to sell and provide comments to Oppenheimer | 0.50 | $390.00/hr | $195.00 |
| 06/28/2017 | Robert Rosenfeld | Call with R. Bertucci regarding 52 Van Bomel status and next steps and continue discussion on BRV lease. | 0.70 | $390.00/hr | $273.00 |
| 06/28/2017 | Robert Rosenfeld | Meet with D. Cook to discuss stays of 52 Van Bomel and tenant vacating property. | 0.50 | $390.00/hr | $195.00 |
| 06/29/2017 | Robert Rosenfeld | Call with R. Bertucci regarding status of 52 Van Bomel and offer received from tenant. | 0.40 | $390.00/hr | $156.00 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Services by Project Category**
**6/1/17 to 6/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---:|---:|---:|
| 06/29/2017 | Robert Rosenfeld | Discuss with D. Cook and F. Radman counter offers for 52 Van Bomel. | 0.90 | $390.00/hr | $351.00 |
| 06/29/2017 | Robert Rosenfeld | Follow up review of counter offer correspondence to 52 Van Bomel | 0.70 | $390.00/hr | $273.00 |
| 06/29/2017 | Robert Rosenfeld | Prepare correspondence to R. Friedman for review of listings of residential properties. | 0.50 | $390.00/hr | $195.00 |
| 06/30/2017 | Robert Rosenfeld | Further discussion and follow up with Oppenheimer and D. Cook regarding 52 Van Bomel sale. | 0.80 | $390.00/hr | $312.00 |
| **Totals For Oakdale-Residential** | | | **10.10** | | **$3,939.00** |
| **Phone Call** | | | | | |
| 06/27/2017 | Ilene Hellman | Discussed how benefits were calculated on Warn Calculation with Lauren Kiss of Klestadt Winters | 0.50 | $125.00/hr | $62.50 |
| 06/27/2017 | Ilene Hellman | Lauren Kiss of Klestadt Winters re: Benefits Calculation on Warn Calculation | 0.10 | $125.00/hr | $12.50 |
| **Totals For Phone Call** | | | **0.60** | | **$75.00** |
| **Reporting** | | | | | |
| 06/12/2017 | Neil Bivona | Review weekly DIP variance report for week 27 ended 6-2-17. Prepare DIP compliance report to DIP Lenders. | 1.50 | $375.00/hr | $562.50 |
| 06/17/2017 | Neil Bivona | Review weekly variance report & prepare DIP compliance report for week 28 ended 6-9-17. | 1.50 | $375.00/hr | $562.50 |
| 06/23/2017 | Robert Rosenfeld | Prepare status report for Board of Trustees and make revisions based on comments. | 3.50 | $390.00/hr | $1,365.00 |
| 06/30/2017 | Neil Bivona | Prepare DIP Compliance reports for week 29 ended 6-16-17 & week 30 ended 6-23-17. | 2.20 | $375.00/hr | $825.00 |
| **Totals For Reporting** | | | **8.70** | | **$3,315.00** |
| **Tax compliance** | | | | | |
| 06/20/2017 | Robert Rosenfeld | Review and revise final NYS sales tax return for the period 3/1/16 to 2/28/17. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Tax compliance** | | | **1.00** | | **$390.00** |
| **UST Reporting** | | | | | |
| 06/08/2017 | Robert Rosenfeld | Work on MOR for May and close books for Month to assist in preparing MOR. | 2.00 | $390.00/hr | $780.00 |
| 06/13/2017 | Robert Rosenfeld | Make revisions to May MOR based on additional information received for the month end reporting. | 1.00 | $390.00/hr | $390.00 |
| **Totals For UST Reporting** | | | **3.00** | | **$1,170.00** |
| **Grand Total** | | | **207.00** | | **$75,273.00** |

**RSR Consulting, LLC**                                                                **Exhibit D**
**Dowling College - Case #16-75545 (REG)**
**Detailed Expense Report**
**6/1/17 to 6/30/17**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 06/12/2017 | Robert Rosenfeld | Quickbooks monthly rental through Right Networks | $6.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$6.00** |
| **Miscellaneous** | | | |
| 06/15/2017 | Robert Rosenfeld | Notary fees for Oakdale partial release from IDA | $4.00 |
| 06/22/2017 | Robert Rosenfeld | Notary fees & photocopying relating to 96 Biltmore sale. | $3.83 |
| 06/27/2017 | Robert Rosenfeld | Notary fees for 27 Chateau closing | $6.00 |
| 06/28/2017 | Robert Rosenfeld | Notary public fees relating to execution of closing documents for 27 Chateau closing | $4.00 |
| **Totals Billable Amounts for Miscellaneous** | | | **$17.83** |
| **Office Supplies** | | | |
| 06/01/2017 | Neil Bivona | Packing tape for boxes shipped to Databank. | $16.28 |
| 06/16/2017 | Robert Rosenfeld | Ink toner for Laser check writing printer | $93.41 |
| **Totals Billable Amounts for Office Supplies** | | | **$109.69** |
| **Postage & Shipping** | | | |
| 06/01/2017 | Neil Bivona | Two additional boxes of grade rosters sent to Databank for scanning. | $67.30 |
| 06/07/2017 | Robert Rosenfeld | Overnight delivery for closing documents for 90 Elsmere closing; notary fees. | $31.31 |
| 06/16/2017 | Robert Rosenfeld | Overnight shipping of partial release document signatures to Klestadt in connection with Oakdale campus closing | $25.55 |
| 06/22/2017 | Robert Rosenfeld | Overnight shipping to Matt White relating to 96 Biltmore closing | $25.43 |
| 06/27/2017 | Robert Rosenfeld | Overnight shipping to M. White re: 27 Chateau closing. | $25.43 |
| 06/28/2017 | Robert Rosenfeld | Overnight shipping for closing documents related to 27 Chateau closing | $25.43 |
| **Totals Billable Amounts for Postage & Shipping** | | | **$200.45** |
| **Grand Total** | | | **$333.97** |