**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                      :

In re                                                   :          Chapter 11

**DOWLING COLLEGE,**[1]                      :          Case No. 16-75545 (REG)

Debtor.                                      :

-------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF WASHINGTON )
                               ) ss
COUNTY OF KING          )

I, Emily Young, being duly sworn, depose and state:

1.    I am an Assistant Director with Garden City Group, LLC, the claims and noticing agent for the debtor and debtor-in-possession (collectively, the "Debtor") in the above-captioned proceeding. Our business address is 1531 Utah Avenue South, Suite 600, Seattle, Washington 98134.

2.    On July 7, 2017, at the direction of Klestadt Winters Jureller Southard & Stevens, LLP ("Klestadt"), counsel for the Debtor, I caused true and correct copies of the following documents to be served by e-mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses), and by fax on the party identified on Exhibit B annexed hereto (Office of the United States Trustee):

- **Supplement to Debtor's Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Approving the Sale of the Debtor's Furniture and Equipment Located at the Oakdale Campus to Princeton Education Center LLC Free and Clear of all Liens, Claims and**

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078). The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

> **Encumbrances and Request for Approval of Sale to NCF Capital Limited or Its Designee ("Supplement to Debtor's Motion Approving Sale of Furniture and Equipment")** [Docket No. 359]; and

- **Notice of Agenda of Matters Scheduled for Hearing on July 10, 2017 at 1:30 p.m.** [Docket No. 360].

3. On July 7, 2017, also at the direction of Klestadt, I caused a true and correct copy of the **Supplement to Debtor's Motion Approving Sale of Furniture and Equipment** to be served by e-mail on the parties identified on Exhibit C annexed hereto (Potential Bidding Parties and Interested Parties with e-mail addresses).[2]

/s/ Emily Young
Emily Young

Sworn to before me this 10th day of
July, 2017

/s/ Angela R. Hamilton
Angela R. Hamilton
Notary Public, State of Washington
No. 183803
Commission Expires: February 26, 2020

---

[2] Certain addresses have been redacted (denoted with a GCG# and "[NAME AND ADDRESS INTENTIONALLY REDACTED]" or with "[ADDRESS INTENTIONALLY REDACTED]") in order to protect confidential information. Complete contact information is maintained by Garden City Group, LLC, the Debtors' Proposed Claims, Noticing, and Solicitation Agent.

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | cmccarthy@aca.com |
| ACA FINANCIAL GUARANTY CORP | ATTN: MARIA CHENG, MANAGING DIRECTOR | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | mcheng@aca.com |
| ACTING UNITED STATES ATTORNEY | EASTERN DISTRICT OF NEW YORK | ATTN BRIDGET M ROHDE | AND JAMES H KNAPP | 610 FEDERAL PLAZA, 5TH FL | CENTRAL ISLIP | NY | 11722 | James.knapp@usdoj.gov |
| ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS | ATTN LAINE A ARMSTRONG | 225 BROADWAY, SUITE 1902 | | | NEW YORK | NY | 10007 | laine@advocatesny.com |
| ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS | ATTN ARTHUR Z SCHWARTZ | 225 BROADWAY, SUITE 1902 | | | NEW YORK | NY | 10007 | aschwartz@afjlaw.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN RICHARD J MCCORD, ESQ | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | rmccord@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN THOMAS J MCNAMARA, ESQ | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | tmcnamara@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | rmccord@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: THOMAS J. MCNAMARA | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | tmcnamara@certilmanbalin.com |
| CULLEN AND DYKMAN, LLP | ATTN ELIZABETH M ABOULAFIA, ESQ | 100 QUENTIN ROOSEVELT BOULEVARD | | | GARDEN CITY | NY | 11530 | eaboulafia@cullenanddykman.com |
| CULLEN AND DYKMAN, LLP | ATTN MATTHEW G ROSEMAN, ESQ | 100 QUENTIN ROOSEVELT BOULEVARD | | | GARDEN CITY | NY | 11530 | mroseman@cullenanddykman.com |
| FOLEY HOAG LLP | ATTN EURIPIDES D DALMANIERAS | SEAPORT WORLD TRADE CENTER WEST | 155 SEAPORT BOULEVARD | | BOSTON | MA | 02210-2600 | EDalmani@foleyhoag.com |
| GARDEN CITY GROUP, LLC | ATTN: IRA NIKELSBERG | 1985 MARCUS AVENUE | | | LAKE SUCCESS | NY | 11042 | Ira.Nikelsberg@gardencitygroup.com |
| GARFUNKEL WILD PC | ATTN ADAM T BERKOWITZ ESQ | 111 GREAT NECK ROAD | | | GREAT NECK | NY | 11021 | aberkowitz@garfunkelwild.com |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: SEAN C. SOUTHARD, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | ssouthard@klestadt.com |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: LAUREN C. KISS, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | lkiss@klestadt.com |
| MEYER SUOZZI ENGLISH & KLEIN PC | ATTN HOWARD B KLEINBERG ESQ | 990 STEWART AVENUE | SUITE 300 | | GARDEN CITY | NY | 11530-9194 | hkleinberg@msek.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: ERIC R. BLYTHE, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | erblythe@mintz.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: IAN A. HAMMEL, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | iahammel@mintz.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: P. MIYOKO SATO, ESQ. | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | msato@mintz.com |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN ALISON B. BIANCHI, COUNSEL AND | DEPUTY COMMISSIONER FOR LEGAL AFFAIRS | 89 WASHINGTON AVENUE | | ALBANY | NY | 12234 | Alison.Bianchi@nysed.gov |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN:DR. JOHN D'AGATI, DEPUTY COMMISSIONER | 89 WASHINGTON AVENUE | | | ALBANY | NY | 12234 | john.dagati@nysed.gov |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN, ATTORNEY GENERAL | ATTN: PEGGY FARBER | 120 BROADWAY, 24TH FLOOR | | NEW YORK | NY | 10271 | Peggy.Farber@ag.ny.gov |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE | ATTN:LORETTA E. LYNCH, ATTORNEY GENERAL | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530-0001 | askdoj@usdoj.gov |
| RSR CONSULTING, LLC | ATTN: NEIL BIVONA | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 | nbivona@rsrconsultingllc.com |
| RSR CONSULTING, LLC | ATTN: ROBERT S. ROSENFELD | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 | rsrosenfeld@rsrconsultingllc.com |
| SAUL EWING LLP | ATTN SHARON L LEVINE | 1037 RAYMOND BLVD, STE 1520 | | | NEWARK | NJ | 07102 | slevine@saul.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| SAUL EWING LLP | ATTN DIPESH PATEL | 1037 RAYMOND BLVD, STE 1520 | | | NEWARK | NJ | 07102 | dpatel@saul.com |
| SCHULTE ROTH & ZABEL LLP | ATTN: BRIAN D. PFEIFFER | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | brian.pfeiffer@srz.com |
| SCHULTE ROTH & ZABEL LLP | ATTN: NEIL S. BEGLEY, ESQ. | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | neil.begley@srz.com |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281-1027 | newyork@sec.gov; NYROBankruptcy@SEC.GOV |
| SILVERBERG P.C. | ATTN KARL SILVERBERG | 320 CARLETON AVENUE, SUITE 6400 | | | CENTRAL ISLIP | NY | 11722 | ksilverberg@silverbergpclaw.com |
| SILVERMANACAMPORA LLP | ATTN RONALD J FRIEDMAN ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | RFriedman@silvermanacampora.com |
| SILVERMANACAMPORA LLP | ATTN GERARD R LUCKMAN, ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | GLuckman@silvermanacampora.com |
| SILVERMANACAMPORA LLP | ATTN KENNETH P SILVERMAN EQS | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | KSilverman@silvermanacampora.com |
| STIM & WARMUTH PC | ATTN GLENN P WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | gpw@stim-warmuth.com |
| STIM & WARMUTH PC | ATTN PAULA J WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | pjw@stim-warmuth.com |
| SYNCHRONY BANK | C/O PRA RECEIVABLES MANAGEMENT, LLC | PO BOX 41021 | | | NORFOLK | VA | 23541 | claims@recoverycorp.com |
| THALER LAW FIRM PLLC | ATTN ANDREW M THALER, ESQ | 675 OLD COUNTRY ROAD | | | WESTBURY | NY | 11590 | athaler@athalerlaw.com |
| UMB BANK, NATIONAL ASSOCIATION | ATTN: LAURA ROBERSON, SENIOR VICE PRESIDENT | 2 SOUTH BROADWAY, SUITE 600 | | | ST. LOUIS | MO | 63102 | laura.roberson@umb.com |
| UNITED STATES ATTORNEY | ATTN JAMES H KNAPP | ASSISTANT US ATTORNEY | EASTERN DISTRICT OF NEW YORK | 610 FEDERAL PLAZA, 5TH FL | CENTRAL ISLIP | NY | 11722 | James.knapp@usdoj.gov |
| UNITED STATES DEPARTMENT OF EDUCATION | FINANCIAL SQUARE | ATTN CHRISTOPHER CURRY | 32 OLD SLIP, 25TH FLOOR | | NEW YORK | NY | 10005 | christopher.curry@ed.gov |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: JAY SMITH | 25 SOUTH CHARLES STREET, 11TH FLOOR | MAIL CODE: MD2-CS58 | | BALTIMORE | MD | 21201 | jhsmith@wilmingtontrust.com |

# EXHIBIT B


| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Fax |
|---|---|---|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE EASTERN DISTRICT OF NEW YORK | ATTN: STAN YANG, ESQ., TRIAL ATTORNEY | ALFONSE D'AMATO FEDERAL COURTHOUSE | 560 FEDERAL PLAZA | CENTRAL ISLIP | NY | 11722 | 6317157777 |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ADAM GISMONDI | 407 PLEASANT ST, UNIT 1B | | | | MELROSE | MA | 02176 | adam.gismondi@tufts.edu |
| ANDREW CRONSON | 318 TRUMBULL RD | | | | | | | andrew.cronson@gmail.com |
| ANTHONY MURPHY | 17 SPRING HOLLOW RD | | | | NISSEQUOGUE | NY | 11780 | amurphy1110@gmail.com |
| AO SERVICE INC | 8 NEW YORK AVENUE | | | | PORT JEFFERSON | NY | 11776 | AOSERVICE1@YAHOO.COM |
| CARRIER CORPORATION | PO BOX 4808 TR-5 | OFFICE 401 | | | SYRACUSE | NY | 13221 | ELISABETH.M.COLES@CARRIER.UTC.COM |
| DIMITRI KESARI | PO BOX 20076 | | | | WASHINGTON | DC | 20041 | Dkesari@aol.com |
| GCG# 1005339 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005340 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005341 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005342 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005343 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005344 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005345 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005346 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005347 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005348 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005349 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005353 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005354 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005355 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005357 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005358 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005359 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005360 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005361 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005362 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005363 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| GCG# 1005364 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005365 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005366 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005367 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005369 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005370 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005371 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005372 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005373 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005374 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005375 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005376 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005378 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005379 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005380 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005381 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005382 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005383 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005384 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005386 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005387 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005388 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005389 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005390 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005391 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| GCG# 1005392 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005393 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GCG# 1005394 | [NAME AND ADDRESS INTENTIONALLY REDACTED] | | | | | | | |
| GREG JOHNSON | 99 E 2ND STREET | | | | MINEOLA | NY | 11501 | Omegaconstructionservices@yahoo.com |
| HITECH ASSETS | ATTN JULIA PIPER | 401 N PORTLAND AVE | | | OKLAHOMA CITY | OK | 73107 | jpiper@htassets.com |
| IRA CAPLAN | 2030 S OCEAN DR | APT 809 | | | HALLANDALE BEACH | FL | 33009 | Goodtrades101@gmail.com |
| JAMES NICHOLS | PO BOX 20076 | | | | WASHINGTON | DC | 20041 | wiresnap2@gmail.com |
| JEFF FERGUSON | 35 SHORE DR | | | | OAKDALE | NY | 11769 | jfergsurfer@gmail.com |
| JOHN FAGAN | 5 HADLEY CT | | | | STONY BROOK | NY | 11790 | john.fagan@clarisource.com |
| JUSTINE MOODY | 10 HILCREST PLACE | | | | MOUNT SINAI | NY | 11766 | justineanne@me.com |
| KLAUS HORATSCHEK | 111 SHORE DRIVE | | | | OAKDALE | NY | 11769 | klausproject@msn.com |
| KRISTIN LAUDICINA | 23 SANDS LN | | | | PORT JEFFERSON | NY | 11777 | Picklesmcgee11@gmail.com |
| LIU, ZHENG, CHEN AND HOFFMAN LLP | ATTN JIM CHENGYU HOU, ESQ | 358 5TH AVE, STE 1003 | | | NEW YORK | NY | 10001 | jhou@ambizlaw.com |
| ROSS SQUIRE | 264 FILLMORE STREET | | | | CENTERPORT | NY | 11721 | rsquire@aol.com |
| SAM LAX FURNITURE | 1331 47TH STREET | | | | BROOKLYN | NY | 11219 | samlax63@aol.com |
| SEAN KREITZER | 3 BLUETOP RD | | | | SETAUKET | NY | 11733 | sbu.crew.alumni@gmail.com |
| STACEY LYNN | | | | | | | | staceypamlanye@gmail.com |
| TODD LARNER | 2850 REDHILL AVE | SUITE 200 | | | SANTA ANA | CA | 92705 | toddl@whainc.com |
| UNITED COMMUNITY CORPORATION | ATTN MARANDA BUCHTA | 31 FULTON ST | | | NEWARK | NJ | 07102 | maranda.buchta@uccnewark.org |