UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                              :    Chapter 11
                                                                   :
DOWLING COLLEGE,                                                   :
f/d/b/a DOWLING INSTITUTE,                                         :
f/d/b/a DOWLING COLLEGE ALUMNI                                     :    Case No. 16-75545 (REG)
ASSOCIATION,                                                       :
f/d/b/a CECOM,                                                     :
a/k/a DOWLING COLLEGE, INC.,                                       :
                                                                   :
                            Debtor.                                :
-----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF KEVIN PHILLIPS
## DISCLOSING REVISED PROFESSIONAL FEE HOURLY RATES

STATE OF NEW YORK      )
                       ) SS.:
COUNTY OF SUFFOLK      )

KEVIN PHILLIPS, being duly sworn, deposes and says:

    1.    I am the Chief Executive Officer of FPM Group, Ltd. ("FPM"), which maintains an office at 909 Marconi Avenue, Ronkonkoma, New York 11779. On January 29, 2017, the United States Bankruptcy Court for the Eastern District of New York entered an order approving the retention of FPM as consultants to Dowling College (the "Debtor"), debtor and debtor-in-possession in the above captioned chapter 11 case [DE 189].

    2.    Effective July 1, 2017, FPM's standard hourly rates have been revised and are set forth on the attached **Exhibit A**. The standard hourly rates have been revised due to inflation, changes in indirect expenses and changes in personnel experience. The Debtor has consented to the rate increases.

_____
Kevin Phillips

Sworn to before me this
19th day of July, 2017

_____
Notary Public, State of New York
LIC.: 01RA6129248
Commission Expires: 6/20/21

Donna L. Rant
Notary Public, State of New York
Lic. #01RA6129248
Commission Expires June 20, 2021

2

# Exhibit A

# FPM GROUP
## STANDARD FEE SCHEDULE
Effective July 1, 2017 – June 30, 2018

| Position | Rate |
|---|---|
| CADD I | $87.21/hr. |
| CADD II | $110.70/hr. |
| CADD III | $139.35/hr. |
| Technical Administrative Assistant I | $95.53/hr. |
| Technical Administrative Assistant II | $113.09/hr. |
| Assistant Architect | $118.59/hr. |
| Architect I | $150.56/hr. |
| Architect II | $189.39/hr. |
| Architect III | $237.44/hr. |
| Designer/Draftsperson | $99.75/hr. |
| Engineer I | $115.50/hr. |
| Engineer II | $147.00/hr. |
| Engineer III | $169.69/hr. |
| Engineer IV | $187.23/hr. |
| Engineer V | $207.43/hr. |
| Engineer VI | $218.83/hr. |
| Engineer VII | $230.53/hr. |
| Engineer VIII | $248.86/hr. |
| Technician I | $84.00/hr. |
| Technician II | $108.90/hr. |
| Scientist I | $98.30/hr. |
| Scientist II | $110.00/hr. |
| Scientist III | $128.72/hr. |
| Scientist IV | $143.82/hr. |
| Scientist V | $160.72/hr. |
| Scientist VI | $181.46/hr. |
| Scientist VII | $209.94/hr. |
| Scientist VIII | $248.86/hr. |
| Survey Party Member | $111.96/hr. |
| Survey Party Chief | $143.70/hr. |
| Head of Survey | $208.13/hr. |
| Hydrogeology Department Manager/Project Manager | $273.00/hr. |
| Engineering Department Manager/Project Manager | $273.00/hr. |
| Facilities Department Manager/Project Manager | $273.00/hr. |
| Principal | $313.62/hr. |