| | |
|---|---|
| **KLESTADT WINTERS JURELLER** | **New Hearing Date: August 28, 2017** |
| **SOUTHARD & STEVENS, LLP** | **Hearing Time: 1:30 p.m.** |

200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                             :    Chapter 11
                                                                  :
DOWLING COLLEGE,                                                  :
f/d/b/a DOWLING INSTITUTE,                                        :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                                    :
ASSOCIATION,                                                      :
f/d/b/a CECOM,                                                    :
a/k/a DOWLING COLLEGE, INC.,                                      :
                                                                  :
                                    Debtor.                       :
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTOR'S MOTION FOR AN**
**ORDER APPROVING AND AUTHORIZING PROCEDURES FOR THE**
**TURNOVER OF THE DEBTOR'S FEDERAL PERKINS LOAN PORTFOLIO**

**PLEASE TAKE NOTICE** that the hearing on the motion (the "Motion") of Dowling College ("Dowling" or the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), for an order, approving and authorizing procedures for the turnover of the Debtor's Federal Perkins Loan portfolio, a copy of which is annexed to the Motion as **Exhibit A**, has been adjourned to **August 28, 2017 at 1:30 p.m. (EST)** or as soon thereafter as counsel may be heard, and will take place before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the

Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing on the Motion may be adjourned without further notice except as announced in open court at the Hearing, or at any adjourned hearing.

Dated: New York, New York
July 21, 2017

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
Sean C. Southard
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, NY 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: ssouthard@klestadt.com
lkiss@klestadt.com

*Counsel to the Debtor and Debtor in Possession*