UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

DOWLING COLLEGE,
f/d/b/a DOWLING INSTITUTE,
f/d/b/a DOWLING COLLEGE ALUMNI
ASSOCIATION,
f/d/b/a CECOM,
a/k/a DOWLING COLLEGE, INC.,

              Debtor.

Chapter 11

Case No. 16-75545 (REG)

**EIGHTH REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM JULY 1, 2017 THROUGH JULY 31, 2017**

    The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("RSR") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("Mr. Rosenfeld") as Chief Restructuring Officer ("CRO") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period July 1, 2017 through July 31, 2017.

    **Exhibit A –**   Summary of Fees and Expenses

    **Exhibit B –**   Summary of Services by Project Category

    **Exhibit C –**   Detailed time entries by Project Category

    **Exhibit D –**   Detail of Expenses Incurred

By: _____
Robert S. Rosenfeld
August 3, 2017

**Exhibit A**

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses**
**7/1/17 Through 7/31/17**

**Summary of Fees**

| Summary by Professional | Responsibility | Hours | Rate | Amount |
|---|---|---|---|---|
| R. Rosenfeld | Chief Restructuring Officer | 104.90 | $ 390.00 | $ 40,911.00 |
| N. Bivona | Consultant | 137.10 | $ 375.00 | 51,412.50 |
| R. McLeod | Consultant | 10.30 | $ 335.00 | 3,450.50 |
| I. Hellman | Paraprofessional | 3.80 | $ 125.00 | 475.00 |
| **Total** | | **256.10** | | **$ 96,249.00** |

**Average blended hourly rate**      **$ 375.83**

**Summary of Expenses**

| | Total |
|---|---|
| **Accounting-software** | $ 6.00 |
| **Overnight mail & shipping** | 147.66 |
| **Mail & Postage** | 392.98 |
| **Notary Public Fees** | 8.00 |
| **Total Disbursements** | **$ 554.64** |

**RSR Consulting, LLC**  **Exhibit B**
**Dowling College - Case #16-75545 (REG)**
**Summary of Services by Project Category**
**7/1/17 to 7/31/17**

| Date | Billable Time | Billable Amt |
|---|---|---|
| **Asset Analysis and Recovery** | 42.60 | $16,431.00 |
| **Asset Disposition** | 69.70 | $26,340.00 |
| **BRV-Stony Brook Dorm** | 2.30 | $897.00 |
| **Business Operations** | 66.00 | $25,035.00 |
| **Cash Monitoring** | 3.70 | $1,239.50 |
| **Claims Investigation** | 0.70 | $268.50 |
| **Court Hearings** | 3.00 | $1,155.00 |
| **Discovery** | 0.40 | $150.00 |
| **Dowling-Residential Ops** | 1.70 | $637.50 |
| **Dowling-Residential Sales** | 7.40 | $2,775.00 |
| **Employee Benefits/Pensions** | 1.70 | $663.00 |
| **Financial Analysis** | 8.60 | $2,961.00 |
| **Litigation Matters** | 16.90 | $5,584.00 |
| **Meetings with Creditors and/or Representatives** | 5.50 | $2,100.00 |
| **Meetings with Debtor and Representatives** | 10.50 | $4,026.00 |
| **Oakdale-Residential** | 4.50 | $1,755.00 |
| **Reporting** | 1.30 | $487.50 |
| **Review Fee/Employment Applications** | 0.40 | $156.00 |
| **UST Reporting** | 9.20 | $3,588.00 |
| **Grand Total** | **256.10** | **$96,249.00** |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**7/1/17 to 7/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 07/06/2017 | Neil Bivona | Review student AR analysis.  Prepare correspondence to B. Faustini & R Bertucci.  Call w/ R. Bertucci re: the same. | 0.70 | $375.00/hr | $262.50 |
| 07/07/2017 | Neil Bivona | Call w/ M. Hablenko re: status of creditor decision on student accounts & medical/dental claim analysis.  Follow-up discussion w. A. Dimola re: Healthplex coverage limits. | 1.20 | $375.00/hr | $450.00 |
| 07/12/2017 | Neil Bivona | Review draft contingency fee agreement from RCS re: student AR.  Forward to S. Southard & L. Kiss w/ comments. | 0.50 | $375.00/hr | $187.50 |
| 07/12/2017 | Robert Rosenfeld | Review information relating to Brookhaven analysis for disposition timing and work on presentation for parties in interest. | 3.00 | $390.00/hr | $1,170.00 |
| 07/13/2017 | Neil Bivona | Review FPM memo;  Cal w/ FPM, R. Rosenfeld & R. Parr re: sewerage treatment options & costs for Brookhaven campus development. | 1.50 | $375.00/hr | $562.50 |
| 07/13/2017 | Robert Rosenfeld | Call with FPM Group, N. Bivona and R. Parr regarding sewer treatment costs for Brookhaven development and sale. | 0.80 | $390.00/hr | $312.00 |
| 07/13/2017 | Robert Rosenfeld | Call with J. Cote and J. Hubbard (Madison Hawk) regarding valuation of Brookhaven property. | 0.40 | $390.00/hr | $156.00 |
| 07/13/2017 | Robert Rosenfeld | Call with CBRE regarding valuation and set up meeting to discuss. | 0.40 | $390.00/hr | $156.00 |
| 07/13/2017 | Robert Rosenfeld | Work on divestiture analysis for Brookhaven property. | 3.50 | $390.00/hr | $1,365.00 |
| 07/14/2017 | Robert Rosenfeld | Work on planning for next steps in Brookhaven site divestiture.  Discuss with Counsel and Oppenheim issues that need to be addressed. | 1.50 | $390.00/hr | $585.00 |
| 07/14/2017 | Neil Bivona | Review & begin editing draft report to creditors re: Brookhaven campus disposition options & issues. | 2.00 | $375.00/hr | $750.00 |
| 07/17/2017 | Neil Bivona | Continue work on presentation to secured creditors re: disposition of Brookhaven campus. | 2.50 | $375.00/hr | $937.50 |
| 07/17/2017 | Robert Rosenfeld | Attend meeting with brokers, R. Parr, N. Bivona and S. Southard to discuss next steps with Brookhaven property. | 1.50 | $390.00/hr | $585.00 |
| 07/17/2017 | Robert Rosenfeld | Follow up meeting with S. Southard and N. Bivona to discuss meeting with brokers. | 0.60 | $390.00/hr | $234.00 |
| 07/17/2017 | Robert Rosenfeld | Calls with prospective appraisers for Brookhaven property. | 0.50 | $390.00/hr | $195.00 |
| 07/18/2017 | Robert Rosenfeld | Call with Andy Albro, Standard Valuations relating to discuss independent appraisal work for Dowling. | 0.50 | $390.00/hr | $195.00 |
| 07/19/2017 | Robert Rosenfeld | Call with J. Hubbard regarding status of valuation on Brookhaven and Oakdale campus sale. | 0.30 | $390.00/hr | $117.00 |
| 07/19/2017 | Robert Rosenfeld | Call with A. Guardino regarding status of Brookhaven site development process. | 0.40 | $390.00/hr | $156.00 |
| 07/19/2017 | Robert Rosenfeld | Call with R. Parr to discuss valuation of Brookhaven property and next steps. | 0.30 | $390.00/hr | $117.00 |

**RSR Consulting, LLC**                                                                    **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**7/1/17 to 7/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 07/19/2017 | Robert Rosenfeld | Analyze residential real estate sales status of remaining properties. | 0.50 | $390.00/hr | $195.00 |
| 07/19/2017 | Robert Rosenfeld | Review revised valuation report; discuss with Madison Hawk valuation of Brookhaven site and coordinate meeting with all parties. | 1.50 | $390.00/hr | $585.00 |
| 07/20/2017 | Robert Rosenfeld | Call with R. Parr to discuss Brookhaven alternatives and issues. | 0.50 | $390.00/hr | $195.00 |
| 07/20/2017 | Robert Rosenfeld | Calls with appraisers for work on Brookhaven property. | 0.50 | $390.00/hr | $195.00 |
| 07/20/2017 | Robert Rosenfeld | Call with Brokers (A&G & Madison Hawk), A. Guardino, S. Southard, N. Bivona regarding valuation report for Brookhaven property. | 1.00 | $390.00/hr | $390.00 |
| 07/20/2017 | Robert Rosenfeld | Review Madison Hawk valuation report on Brookhaven property. | 1.00 | $390.00/hr | $390.00 |
| 07/20/2017 | Robert Rosenfeld | Coordinate meeting with creditors for discussion on alternatives on Brookhaven property. | 0.50 | $390.00/hr | $195.00 |
| 07/21/2017 | Robert Rosenfeld | Review revised valuation report received from Madison Hawk (1.0) and discuss with J. Hubbard (.5). | 1.50 | $390.00/hr | $585.00 |
| 07/21/2017 | Robert Rosenfeld | Coordinate meeting with creditors for discussion on Brookhaven and discuss with counsel Brookhaven issues. | 1.00 | $390.00/hr | $390.00 |
| 07/21/2017 | Robert Rosenfeld | Update call on status of Oakdale and Brookhaven with S. Southard. | 0.30 | $390.00/hr | $117.00 |
| 07/21/2017 | Robert Rosenfeld | Discussion with R. Parr Brookhaven valuation and questions relating to alternatives for disposition. | 0.40 | $390.00/hr | $156.00 |
| 07/23/2017 | Neil Bivona | Review Klestadt preliminary comments to draft student AR collection servicing agreement.  Forward with cover e-mail to RCS for review and further discussion. | 0.50 | $375.00/hr | $187.50 |
| 07/24/2017 | Neil Bivona | Review M. Hablenko correspondence re: comments to student AR collections servicing agreement. | 0.30 | $375.00/hr | $112.50 |
| 07/24/2017 | Robert Rosenfeld | Call with Madison Hawk and N. Bivona regarding valuation of Brookhaven site and follow up discussion with N. Bivona. | 1.00 | $390.00/hr | $390.00 |
| 07/24/2017 | Robert Rosenfeld | Review presentation for Brookhaven site and discuss with N. Bivona. | 1.50 | $390.00/hr | $585.00 |
| 07/25/2017 | Robert Rosenfeld | Organize and coordinate meeting with creditors for August 8th regarding Brookhaven property. | 0.80 | $390.00/hr | $312.00 |
| 07/25/2017 | Robert Rosenfeld | Review revised valuation reports and marketing information relating to Brookhaven provided by Madison Hawk. | 1.50 | $390.00/hr | $585.00 |
| 07/26/2017 | Neil Bivona | Review Perkins loan portfolio report from ACS & create portfolio cashflow projection and DCF analysis for Dowling's interest in the portfolio based upon the Institutional Capital Contribution ratio. | 3.00 | $375.00/hr | $1,125.00 |
| 07/26/2017 | Robert Rosenfeld | Call with A. Graiser and J. Hubbard regarding valuation on Brookhaven property. | 0.60 | $390.00/hr | $234.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**7/1/17 to 7/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 07/26/2017 | Robert Rosenfeld | Review revised presentation for Brookhaven site and provide comments. | 1.40 | $390.00/hr | $546.00 |
| 07/27/2017 | Robert Rosenfeld | Review Oakdale residential sale status and properties sold and to be sold. | 1.20 | $390.00/hr | $468.00 |
| **Totals For Asset Analysis and Recovery** | | | **42.60** | | **$16,431.00** |
| **Asset Disposition** | | | | | |
| 07/05/2017 | Neil Bivona | Review library archives and special collections summary reports. Prepare correspondence to NCF re: excluded library items. | 1.00 | $375.00/hr | $375.00 |
| 07/05/2017 | Neil Bivona | Call w/ R. Rosenfeld, Klestadt, A&G/MH, ACA & B. Pfeiffer re: status of Oakdale Campus sale to NCF. | 0.70 | $375.00/hr | $262.50 |
| 07/05/2017 | Robert Rosenfeld | Call with R. Parr relating to valuation of Brookhaven property and discussions with Town of Brookhaven. | 0.50 | $390.00/hr | $195.00 |
| 07/05/2017 | Robert Rosenfeld | Calls with J. Hubbard (Madison Hawk) relating to status of sale of Oakdale campus. | 0.80 | $390.00/hr | $312.00 |
| 07/05/2017 | Robert Rosenfeld | Calls to counsel and brokers relating to Brookhaven development project. | 1.00 | $390.00/hr | $390.00 |
| 07/06/2017 | Neil Bivona | Kickoff meeting w/ Iron Mountain re: collection of non-essential records for shredding. | 1.00 | $375.00/hr | $375.00 |
| 07/06/2017 | Neil Bivona | Initial transition meeting w/ NCF representatives R. Rosenfeld, D. Cook, S. Southard & J. Hubbard. | 1.20 | $375.00/hr | $450.00 |
| 07/06/2017 | Neil Bivona | Review of NCF mark-up to F&E sale contract. | 0.50 | $375.00/hr | $187.50 |
| 07/06/2017 | Robert Rosenfeld | Meeting with NCF representatives for transition issues. | 1.50 | $390.00/hr | $585.00 |
| 07/06/2017 | Robert Rosenfeld | Follow up issues on disposition on Oakdale Campus; discussions with J. Hubbard (Madison Hawk); S. Southard and ACA. | 2.00 | $390.00/hr | $780.00 |
| 07/07/2017 | Neil Bivona | Call w/ T. Daly re: alumni association. | 0.50 | $375.00/hr | $187.50 |
| 07/07/2017 | Neil Bivona | Review Non-Estate Property request forms. Search Art Dept office & studio for personal items to be returned. | 1.20 | $375.00/hr | $450.00 |
| 07/07/2017 | Neil Bivona | Meet w/ D. Cook to review transition information for NCF purchase of Oakdale Campus. | 0.50 | $375.00/hr | $187.50 |
| 07/07/2017 | Neil Bivona | Review schedule2.2(c) of NCF APA re: leased property. Correspondence w/ J. Corneau re: the same. | 0.30 | $375.00/hr | $112.50 |
| 07/10/2017 | Neil Bivona | Contact several parties re: NEP Property Request Forms. | 0.50 | $375.00/hr | $187.50 |
| 07/10/2017 | Neil Bivona | Weekly call w/ ACA, MH/AG Realty re: status of Oakdale and Brookhaven campus sales process. | 0.40 | $375.00/hr | $150.00 |
| 07/10/2017 | Robert Rosenfeld | Call with ACA, brokers, and N. Bivona regarding status of Oakdale Campus sale and Brookhaven sale. | 0.50 | $390.00/hr | $195.00 |
| 07/10/2017 | Robert Rosenfeld | Call with Kevin Phillips (FPM) regarding status of cost estimates for Brookhaven property. | 0.50 | $390.00/hr | $195.00 |
| 07/10/2017 | Robert Rosenfeld | Work on analysis evaluating Brookhaven alternatives. | 2.00 | $390.00/hr | $780.00 |
| 07/10/2017 | Robert Rosenfeld | Review offers received on 58 Woodlawn and 87 Central and confer with broker on responses to offers | 0.50 | $390.00/hr | $195.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**7/1/17 to 7/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 07/11/2017 | Neil Bivona | Meet w/ Iron Mountain personnel to review cleanup of FH 3rd floor and start of 2nd Floor.  Final review of files in cabinets, desks and closets for necessary documents in admissions, provost and president's offices. | 2.50 | $375.00/hr | $937.50 |
| 07/11/2017 | Neil Bivona | Correspondence w/ D. Ranzan re: edits to agreement to transfer archives to Adelphi /7 states of approvals. | 0.30 | $375.00/hr | $112.50 |
| 07/13/2017 | Neil Bivona | Meet w/ Iron Mountain re: status of document collection / shredding project.  Review files in admissions office and in locked cabinets in Provost and President's office.  Review facilities files in basement file room. | 3.50 | $375.00/hr | $1,312.50 |
| 07/14/2017 | Neil Bivona | Meet w/ I. Mayrock and C. Grossman re: return of Non Estate Property. | 0.60 | $375.00/hr | $225.00 |
| 07/14/2017 | Neil Bivona | Meet w/ D. Holliday re: BOT approval of archives transfer to Adelphi, status of special collections project & Status of campus sale to NCF. | 1.00 | $375.00/hr | $375.00 |
| 07/14/2017 | Neil Bivona | Meet w/ Iron Mountain.  Review file cabinets in Payroll & Bursar offices.  Mark files for retention. | 3.00 | $375.00/hr | $1,125.00 |
| 07/17/2017 | Neil Bivona | meeting w/ A&G/MH, CBRE, R. Parr, S. Southard, D. Cook and R. Rosenfeld re: valuation and options for sloe of Brookhaven property. | 1.50 | $375.00/hr | $562.50 |
| 07/17/2017 | Robert Rosenfeld | Attend weekly call with ACA, brokers, S. Southard and N. Bivona regarding status of Oakdale campus sale. | 0.50 | $390.00/hr | $195.00 |
| 07/18/2017 | Neil Bivona | Meet w/ Alumni Association re: taking of Dowling promotional items otherwise to be trashed.  Tour storage rooms & closets in FH. | 1.50 | $375.00/hr | $562.50 |
| 07/18/2017 | Neil Bivona | Meet w/ Iron Mountain.  Review status & progress of document removal.   Review bursar files found in locked cabinets in basement of FH for retention. | 2.50 | $375.00/hr | $937.50 |
| 07/18/2017 | Neil Bivona | Review purchaser mark-up to APA for IPv4 addresses. | 0.50 | $375.00/hr | $187.50 |
| 07/18/2017 | Neil Bivona | Review of revised/final FPM memo re: Brookhaven sewerage options and costs.  Correspondence w/ K. Phillps re: the same. | 0.50 | $375.00/hr | $187.50 |
| 07/19/2017 | Neil Bivona | Meet with Iron Mountain & review files to removed for shredding in basement and first floor of FH.  Review additional Bursar records found in basement and several locked file cabinets for documents to be retained. | 3.00 | $375.00/hr | $1,125.00 |
| 07/19/2017 | Neil Bivona | Review revised A&G/Madison Hawk valuation report on Brookhaven campus. | 1.00 | $375.00/hr | $375.00 |
| 07/19/2017 | Neil Bivona | Meet w/ Iron Mountain.  Review plan for clearing documents to be shred form basement offices in KSC.  Review files in locked cabinets for records to be retained. | 2.50 | $375.00/hr | $937.50 |
| 07/19/2017 | Robert Rosenfeld | Call with S. Southard, L. Kiss, J. Hazen regarding APA with buyer on IP addresses sale. | 0.60 | $390.00/hr | $234.00 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**7/1/17 to 7/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 07/19/2017 | Neil Bivona | Call w/ S. Southard, J. Hazan and R. Rosenfeld re: APA for IPv4 addresses. | 0.60 | $375.00/hr | $225.00 |
| 07/20/2017 | Neil Bivona | Call w/ S> Southard, A. Guardino, J. Hubbard, J. Cote and R. Parr re: revised Brookhaven valuation analysis. | 1.00 | $375.00/hr | $375.00 |
| 07/20/2017 | Neil Bivona | Meet w/ D. Holliday and J. Cummings re: Adelphi removal of archive boxes from Library. Discuss report of Federal Depository Library collection and plans for remaining special collections to be boxed and indexed with D. Holliday. | 1.00 | $375.00/hr | $375.00 |
| 07/20/2017 | Robert Rosenfeld | Status update with S. Southard regarding Oakdale sale and issues for closing. | 0.50 | $390.00/hr | $195.00 |
| 07/21/2017 | Robert Rosenfeld | Review revised APA for IPV4 sale and execute APA. | 0.70 | $390.00/hr | $273.00 |
| 07/21/2017 | Neil Bivona | Meet w/ Iron Mountain to walk through KEC third floor rooms to assess document removal for destruction. Review files in several unopened cabinets for possible retention. | 1.20 | $375.00/hr | $450.00 |
| 07/21/2017 | Neil Bivona | Review files in FH basement file cabinets for destruction or retention. Pull one drawer of scholarship related files for possible connection to restricted funds. | 1.50 | $375.00/hr | $562.50 |
| 07/21/2017 | Neil Bivona | Call w/ J. Hubbard re: revised brookhaven valuation report and questions on drafting of proposed process summary. | 0.50 | $375.00/hr | $187.50 |
| 07/21/2017 | Neil Bivona | Review and edit A&G/ MH revised brookhaven valuation report. | 1.80 | $375.00/hr | $675.00 |
| 07/24/2017 | Neil Bivona | Meet with and supervise moving company picking up library archives for transfer to Adelphi. | 2.00 | $375.00/hr | $750.00 |
| 07/24/2017 | Neil Bivona | Call w/ Madison Hawk & R. Rosenfeld re: Brookhaven valuation report and presentation to creditors. | 1.00 | $375.00/hr | $375.00 |
| 07/24/2017 | Neil Bivona | Weekly update call with brokers. | 0.30 | $375.00/hr | $112.50 |
| 07/24/2017 | Neil Bivona | Meet w/ Iron Mountain project managers. Walk through work in progress and remaining buildings (LRC & Curtin) for project timeline assessment. | 1.80 | $375.00/hr | $675.00 |
| 07/24/2017 | Neil Bivona | Continue work on presentation for creditor meeting on Brookhaven campus disposal alternatives. | 1.80 | $375.00/hr | $675.00 |
| 07/25/2017 | Neil Bivona | Review revised MH / A&G Brookhaven valuation report and marketing process summary. Make revisions to creditor presentation. | 1.50 | $375.00/hr | $562.50 |
| 07/25/2017 | Neil Bivona | Review file contents of file cabinets re: Financial Aid files for retention or destruction. | 2.00 | $375.00/hr | $750.00 |
| 07/25/2017 | Robert Rosenfeld | Call with B. Faustini (ACA) regarding status of IP address sale and Oakdale campus sale. | 0.40 | $390.00/hr | $156.00 |
| 07/26/2017 | Neil Bivona | Review file cabinets in Business Dept offices (LRC 4th & 5th floors) for assessment of documents for either retention or destruction. | 1.50 | $375.00/hr | $562.50 |
| 07/27/2017 | Neil Bivona | Review files in offices / file cabinets in LRC - remainder of 4th floor and 3rd floor for retention or destruction. | 1.30 | $375.00/hr | $487.50 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**7/1/17 to 7/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 07/28/2017 | Neil Bivona | Meet with Iron Mountain & review files in LRC, floor 1 & 2 for retention or destruction. | 2.20 | $375.00/hr | $825.00 |
| 07/28/2017 | Neil Bivona | Review final draft of MH/ A&G valuation report for Brookhaven campus.  Review and revise creditor presentation to reflect changes. | 1.50 | $375.00/hr | $562.50 |
| 07/31/2017 | Robert Rosenfeld | Review documents related to Oakdale closing as follow up from buyer and provide to counsel comments. | 1.50 | $390.00/hr | $585.00 |
| **Totals For Asset Disposition** | | | **69.70** | | **$26,340.00** |
| **BRV-Stony Brook Dorm** | | | | | |
| 07/07/2017 | Robert Rosenfeld | Review correspondence from SBU and discuss with S. Southard status of lease modification. | 0.60 | $390.00/hr | $234.00 |
| 07/10/2017 | Robert Rosenfeld | Discussions with S. Southard, S. Fioto, R. Bertucci relating to status of SBU lease and court process. | 1.00 | $390.00/hr | $390.00 |
| 07/14/2017 | Robert Rosenfeld | Review correspondence from Oppenheimer related to BRV dorm status and discuss with D. Cook next steps in process. | 0.70 | $390.00/hr | $273.00 |
| **Totals For BRV-Stony Brook Dorm** | | | **2.30** | | **$897.00** |
| **Business Operations** | | | | | |
| 07/05/2017 | Neil Bivona | Extend & update Borrowing Availability Worksheet to reflect approved budget for weeks 31-33.  Prepare Notice of Borrowing for Weeks 31-33. | 1.50 | $375.00/hr | $562.50 |
| 07/05/2017 | Neil Bivona | Review and update professional fee tracking report. | 0.50 | $375.00/hr | $187.50 |
| 07/05/2017 | Neil Bivona | Prepare follow-up correspondence to J. Pund & M. Grochowski re: notice of borrowing for weeks 31-33. | 0.60 | $375.00/hr | $225.00 |
| 07/05/2017 | Neil Bivona | Meet w/ A. Stoloff re: status of invoices and finance records archiving. | 0.30 | $375.00/hr | $112.50 |
| 07/05/2017 | Neil Bivona | Meet w/ W. Benka re: analysis of network server relocation project. | 0.50 | $375.00/hr | $187.50 |
| 07/05/2017 | Robert Rosenfeld | Update accounting in connection with MOR for June 2017 | 1.00 | $390.00/hr | $390.00 |
| 07/06/2017 | Neil Bivona | Review weekly invoices.  Prepare disbursement detail worksheet, disbursement summary report & transfer summary report.  Set up DIP account transfers and wire payments. | 1.80 | $375.00/hr | $675.00 |
| 07/06/2017 | Neil Bivona | Review DIP budget for weeks 31-33.  Prepare DIP Notice of Borrowing & correspondence to J. Pund & M. Grochowski re: the same. | 1.60 | $375.00/hr | $600.00 |
| 07/06/2017 | Neil Bivona | Meet w/ D. Impagliazzo re: student inquiry status, communication with NYSED re: professional certifications & status of sale / NCF inquiry about faculty. | 1.00 | $375.00/hr | $375.00 |
| 07/06/2017 | Robert Rosenfeld | Process accounting and cash activity for week and update accounting in quickbooks. | 2.00 | $390.00/hr | $780.00 |
| 07/07/2017 | Neil Bivona | Meet w/ Iron Mountain.  Review files in locked cabinets on 3rd fl of Fortuniff Halll & box files related to student accounts and grade rosters. | 2.80 | $375.00/hr | $1,050.00 |

**RSR Consulting, LLC**                                                                                 **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**7/1/17 to 7/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 07/07/2017 | Neil Bivona | Call w/ W. Benka and CIS re: server relocation & hosting proposal. | 0.50 | $375.00/hr | $187.50 |
| 07/07/2017 | Neil Bivona | Meet w/ D. Scalzo re: status of Title IV reconciliations. | 0.30 | $375.00/hr | $112.50 |
| 07/07/2017 | Robert Rosenfeld | Work no bank reconciliations for month end and financial closing for end of month for June 2017. | 2.00 | $390.00/hr | $780.00 |
| 07/10/2017 | Neil Bivona | Fianl review and revisions to DIP budget extension for weeks 34-42. | 2.00 | $375.00/hr | $750.00 |
| 07/10/2017 | Neil Bivona | Go through Performing Arts center re: cleanout of trash and records for retention or shredding. | 1.00 | $375.00/hr | $375.00 |
| 07/10/2017 | Neil Bivona | Review and make additional edits to DIP budget for weeks 34-42. | 0.70 | $375.00/hr | $262.50 |
| 07/11/2017 | Neil Bivona | Prepare weekly payroll disbursement reports & set up DIP Account transfers & wires to ADP. | 0.60 | $375.00/hr | $225.00 |
| 07/11/2017 | Neil Bivona | Call and several e-mial correspondence w/ F. Corso Jr. re: Alumni Association requests & transfer of Dowling archives to Adelphi. | 1.00 | $375.00/hr | $375.00 |
| 07/11/2017 | Neil Bivona | Meet w/ A. Dimola re: status of employee claims analysis. | 0.50 | $375.00/hr | $187.50 |
| 07/11/2017 | Neil Bivona | Correspondence w/ ACS (Perkins Loan Servicer) and DOE Ombudsman's office re: locating Perkins Loan master note for Priscilla Martinez. | 0.50 | $375.00/hr | $187.50 |
| 07/11/2017 | Neil Bivona | Review of amended compliance reporting language in Final DIP order vs. propose go-forward budget. Call & correspondence w/ J. Corneau re: concerns that the language does not work. | 0.50 | $375.00/hr | $187.50 |
| 07/12/2017 | Neil Bivona | Review and revise DIP budget extension and DIP commitment summary to reflect professional fee holdback accruals. | 2.00 | $375.00/hr | $750.00 |
| 07/12/2017 | Neil Bivona | Begin preparing disbursement detail worksheet for week 33 disbursements. | 1.00 | $375.00/hr | $375.00 |
| 07/12/2017 | Neil Bivona | Preliminary review of Brookhaven 18 month budget prepared by D. Cook. | 0.60 | $375.00/hr | $225.00 |
| 07/12/2017 | Robert Rosenfeld | Update month end accounting and prepare closing entries for month. | 1.50 | $390.00/hr | $585.00 |
| 07/12/2017 | Robert Rosenfeld | Discussion with D. Cook regarding status of BRV dorm in Brookhaven and management of costs going forward. | 0.50 | $390.00/hr | $195.00 |
| 07/13/2017 | Neil Bivona | Finish preparing disbursement detail worksheet. Prepare transfer and disbursement summary reports. Process transfers and wire payments from DIP Accounts. | 1.50 | $375.00/hr | $562.50 |
| 07/13/2017 | Robert Rosenfeld | Work on weekly disbursements and update accounting in quickbooks. | 2.00 | $390.00/hr | $780.00 |
| 07/14/2017 | Robert Rosenfeld | Prepare additional disbursements for week and update quickbooks and make additional adjustments for month end accounting. | 1.00 | $390.00/hr | $390.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**7/1/17 to 7/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 07/14/2017 | Neil Bivona | Meet w/ D. Cook re: Arrow Security equipment lease agreement, brookhaven campus & Dorm draft 18 month carrying cost budget, 52 Van Bomel / Hannah purchase terms agreement & status of plan of clearing non-essential documents and trash from Fortunoff Hall, KSC, Curtin Center & LRC. | 1.00 | $375.00/hr | $375.00 |
| 07/17/2017 | Neil Bivona | Attend to various operational issues including follow up with Healthplex re: dental claim information, Conduent re: Perkins loan servicing, W. Benka re: server relocation, D.Cook re: Arrow Security equipment agreement, building permit for 44 Van Bomel and Archives transfer agreement with Adelphi. | 1.50 | $375.00/hr | $562.50 |
| 07/17/2017 | Robert Rosenfeld | Process UST fees for payment and other disbursements and update quickbooks. | 1.00 | $390.00/hr | $390.00 |
| 07/18/2017 | Neil Bivona | Review weekly variance report for week 32 ended 7-7-17. Prepare DIP Compliance report. | 1.00 | $375.00/hr | $375.00 |
| 07/18/2017 | Neil Bivona | Call w/ M. Hablenko re: preliminary questions on taking over Perkins Loan servicing. | 0.40 | $375.00/hr | $150.00 |
| 07/19/2017 | Neil Bivona | Meet w/ M. Hablenko re: ability of Jzanus to take over interim servicing of Perkins portfolio & discuss status of medical / dental claim analysis. | 1.00 | $375.00/hr | $375.00 |
| 07/19/2017 | Neil Bivona | Review weekly variance report for week 32 ended 7-7-17 & prepare DIP compliance report. | 1.00 | $375.00/hr | $375.00 |
| 07/19/2017 | Neil Bivona | Fresh review of Baker Tilly engagement letters and call w/ E. Labita, T. Walenchok and R. Rosenfeld to discuss limitations of ability to rep to information, grant indemnities etc. and path to engagement that can be approved by the Bankruptcy Court. | 1.00 | $375.00/hr | $375.00 |
| 07/19/2017 | Neil Bivona | Review DIP account balances and projected disbursements for weeks 34-35.  Correspondence w/ S. Southard re: status of approval of DIP budget extension. Correspondence w/ R. Bertucci & B. Faustini re: need to borrow to fund payroll. | 0.50 | $375.00/hr | $187.50 |
| 07/20/2017 | Neil Bivona | Review weekly invoices & prepare disbursement detail worksheet.  Prepare transfer and disbursement summary reports.  Prepare transfers and wire payments in DIP accounts for approval. | 2.20 | $375.00/hr | $825.00 |
| 07/20/2017 | Robert Rosenfeld | Process weekly funding and payments. | 1.00 | $390.00/hr | $390.00 |
| 07/20/2017 | Robert Rosenfeld | Call with N. Bivona and representatives from Baker Tilly regarding retention for Tax and Accounting work for estate. | 0.50 | $390.00/hr | $195.00 |
| 07/21/2017 | Robert Rosenfeld | Update accounting in quickbooks for weekly activity. | 1.00 | $390.00/hr | $390.00 |
| 07/21/2017 | Neil Bivona | Revise DIP budget extension (weeks 34-42) to reflect BRV does as vacant and associated cost structure vs. previous assumption of Stonybrook tenancy. | 1.50 | $375.00/hr | $562.50 |
| 07/21/2017 | Neil Bivona | Update borrowing availability worksheet & prepare DIP notice of boring for week 35 payroll. | 1.00 | $375.00/hr | $375.00 |

**RSR Consulting, LLC**                                                             **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**7/1/17 to 7/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 07/24/2017 | Neil Bivona | Call w/ T. Walenchuk at Baker Tilly re: limitations on assertions / representations related to engagement for title IV & perkins loan audits. | 0.40 | $375.00/hr | $150.00 |
| 07/24/2017 | Neil Bivona | Meet w/ D. Holliday & M. Vega re: moving of Library Special Collections to Brookhaven campus & organizing by collection. | 0.50 | $375.00/hr | $187.50 |
| 07/25/2017 | Neil Bivona | Prepare disbursement detail worksheet and transfer & disbursement summary reports for payroll & petty cash. | 0.80 | $375.00/hr | $300.00 |
| 07/25/2017 | Neil Bivona | Call w/ R. Bertucci & D. cook re: DIP budget extension & status of BRV dorm / residetial houses. | 1.00 | $375.00/hr | $375.00 |
| 07/25/2017 | Neil Bivona | Make further revisions to DIP budget extension (TL B & C) for weeks 34-42. | 1.00 | $375.00/hr | $375.00 |
| 07/25/2017 | Robert Rosenfeld | Coordinate execution of direct deposit sign up sheet required by DOE in connection with deposit of funds to Debtor.  Coordinate with Signature Bank for signature. | 0.50 | $390.00/hr | $195.00 |
| 07/26/2017 | Neil Bivona | Call w/ D. Cook and B. Faustini re: questions on DIP Extension budget and Brookhaven allocation / projection of disbursements post-Oakdale closing. | 0.50 | $375.00/hr | $187.50 |
| 07/26/2017 | Neil Bivona | Review necessary disbursements for week 35.  Prepare notice of borrowing from accumulated unused commitments for TL D. | 1.00 | $375.00/hr | $375.00 |
| 07/26/2017 | Neil Bivona | Finalize and circulate proposed DIP Budget extension for weeks 34-42. | 0.70 | $375.00/hr | $262.50 |
| 07/26/2017 | Neil Bivona | Review of options re: ACS termination of Perkins Servicing business as of 8/31/17.  correspondence w/ M. Hablenko and independent research re: qualified alternate servicers for interim period until loans are assigned to DOE. | 1.30 | $375.00/hr | $487.50 |
| 07/26/2017 | Robert Rosenfeld | Deposits and petty cash replenishment made at Signature bank at Hauppauge. | 1.00 | $390.00/hr | $390.00 |
| 07/27/2017 | Neil Bivona | Call with University Accounting Services re: possible transition of Perkins Portfolio servicing. | 0.80 | $375.00/hr | $300.00 |
| 07/27/2017 | Neil Bivona | Review and finalize Perkins Loan PV analysis & draft correspondence to S. Southard for discussion with US Attorney. | 0.50 | $375.00/hr | $187.50 |
| 07/27/2017 | Robert Rosenfeld | Process payments for week and update accounting in quickbooks. | 0.50 | $390.00/hr | $195.00 |
| 07/27/2017 | Neil Bivona | Review weekly invoices.  Prepare disbursement detail worksheet and disbursement / transfer summary reports. | 1.00 | $375.00/hr | $375.00 |
| 07/27/2017 | Neil Bivona | Cal w/ M. Hablenko re: Perkins loan servicing transition options. | 0.50 | $375.00/hr | $187.50 |
| 07/28/2017 | Neil Bivona | Review Title IV Direct Loan reconciliation prepared by D. Scalzo. | 0.30 | $375.00/hr | $112.50 |
| 07/28/2017 | Neil Bivona | Prepare DIP account transfers and wire payments for TL A and TL B payments. | 0.30 | $375.00/hr | $112.50 |

**RSR Consulting, LLC**                                                                                                                          **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**7/1/17 to 7/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 07/28/2017 | Neil Bivona | Review files for responsive information related to inquiry on former faculty member from Suffolk County Attorney's office.  Discuss with A. Dimola and W. Benka. | 1.00 | $375.00/hr | $375.00 |
| 07/31/2017 | Robert Rosenfeld | Process funding for payments and update accounting in quickbooks for Debtor. | 1.50 | $390.00/hr | $585.00 |
| 07/31/2017 | Robert Rosenfeld | Work on month end closing for quickbooks and Debtor's accounting system and reporting. | 2.00 | $390.00/hr | $780.00 |
| **Totals For Business Operations** | | | **66.00** | | **$25,035.00** |
| **Cash Monitoring** | | | | | |
| 07/10/2017 | Robert McLeod | Prepare Week 31 cash actual vs. budget compliance reports; circulate amongst RST team for review. | 0.90 | $335.00/hr | $301.50 |
| 07/10/2017 | Robert McLeod | Update cash tracking model for extended budget through week 42. | 1.10 | $335.00/hr | $368.50 |
| 07/14/2017 | Robert McLeod | Prepare Week 32 cash actual vs. budget compliance reports; circulate amongst RST team for review. | 0.80 | $335.00/hr | $268.00 |
| 07/31/2017 | Robert McLeod | Prepare Week 33 cash actual vs. budget compliance reports; circulate amongst RST team for review. | 0.90 | $335.00/hr | $301.50 |
| **Totals For Cash Monitoring** | | | **3.70** | | **$1,239.50** |
| **Claims Investigation** | | | | | |
| 07/05/2017 | Robert Rosenfeld | Discuss with ARC Excess coverage by AIG on DOL unpaid medical claims. | 0.40 | $390.00/hr | $156.00 |
| 07/24/2017 | Neil Bivona | Review additional information from Helathplex re: dental plan unprocessed claims & forward to Jzanus. | 0.30 | $375.00/hr | $112.50 |
| **Totals For Claims Investigation** | | | **0.70** | | **$268.50** |
| **Court Hearings** | | | | | |
| 07/06/2017 | Robert Rosenfeld | Attend Court hearing for motion approving NCF as designated bidder. | 1.00 | $390.00/hr | $390.00 |
| 07/10/2017 | Neil Bivona | Attended bankruptcy court hearing. | 1.00 | $375.00/hr | $375.00 |
| 07/10/2017 | Robert Rosenfeld | Attend hearing at Court for DIP order and other matters pending before the Court. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Court Hearings** | | | **3.00** | | **$1,155.00** |
| **Discovery** | | | | | |
| 07/12/2017 | Neil Bivona | Review prior e-mails for info regarding Fall 2016 class schedule & forward to S Southard, B. Scott & R. Rosenfeld. | 0.40 | $375.00/hr | $150.00 |
| **Totals For Discovery** | | | **0.40** | | **$150.00** |
| **Dowling-Residential Ops** | | | | | |
| 07/10/2017 | Neil Bivona | Meet w? D. Cook & M. Slattery re/ to do list for / status of remaining and recently vacated residential properties. | 0.50 | $375.00/hr | $187.50 |
| 07/27/2017 | Neil Bivona | Review lease and file on 47 Chateau / Hopkins.  Draft letter re: termination of tenancy & sent to / discuss w/ F. Radman. | 1.20 | $375.00/hr | $450.00 |
| **Totals For Dowling-Residential Ops** | | | **1.70** | | **$637.50** |
| **Dowling-Residential Sales** | | | | | |
| 07/05/2017 | Neil Bivona | Review & update available residential property listing. | 1.00 | $375.00/hr | $375.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**7/1/17 to 7/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 07/06/2017 | Neil Bivona | Discussions w/ D> cook and call w/ R. Bertucci re: 52 Van Bomel. | 0.50 | $375.00/hr | $187.50 |
| 07/07/2017 | Neil Bivona | Inspect 56 Van Bomel with D. Cook after tenants vacated. | 1.00 | $375.00/hr | $375.00 |
| 07/10/2017 | Neil Bivona | Review and update residential property list for NCF. | 0.50 | $375.00/hr | $187.50 |
| 07/11/2017 | Neil Bivona | Meet w/ D. Cook and call w/ J. Sturchio re 275 survey vs. fencing on property.  Review 274 Connetquot and "paper road" on Town of Islip tax map & review NYS DEC wetlands map. | 1.00 | $375.00/hr | $375.00 |
| 07/18/2017 | Neil Bivona | Meet w/ J. Sturchio & D. cook to tour 56 Van Bomel - next house to be listed for sale. | 1.00 | $375.00/hr | $375.00 |
| 07/19/2017 | Neil Bivona | Meet with D. Cook and NYDEC re: delineation of tidal and fresh water wetlands adjacent to 274 Connetquot. | 0.70 | $375.00/hr | $262.50 |
| 07/21/2017 | Neil Bivona | Call w/ J. Sturchio re: residential properties next up for listing and strategies for issues with each. | 0.50 | $375.00/hr | $187.50 |
| 07/24/2017 | Neil Bivona | Meet with J Sturchio to tour 123 Idle Hour and discuss issues affecting value / listing price. Also discussed list of remaining residential properties and issues. | 1.20 | $375.00/hr | $450.00 |
| **Totals For Dowling-Residential Sales** | | | **7.40** | | **$2,775.00** |
| **Employee Benefits/Pensions** | | | | | |
| 07/17/2017 | Robert Rosenfeld | Review and final 5500 and 8955-SSA forms for 2016 returns for Debtor. | 1.00 | $390.00/hr | $390.00 |
| 07/19/2017 | Robert Rosenfeld | Discuss with A. Dimola next steps on winddown of 403(b) plan and respond to follow up questions from counsel. | 0.50 | $390.00/hr | $195.00 |
| 07/27/2017 | Robert Rosenfeld | Call with Greenberg Traurig, counsel to Board, H. Kleinberg and S. Southard relating to status of medical claim analysis. | 0.20 | $390.00/hr | $78.00 |
| **Totals For Employee Benefits/Pensions** | | | **1.70** | | **$663.00** |
| **Financial Analysis** | | | | | |
| 07/17/2017 | Neil Bivona | Call w/ R. Mcleod & follow-up discussion w/ R. Rosenfeld re: drafting of asset proceeds and claim distribution waterfall | 1.50 | $375.00/hr | $562.50 |
| 07/17/2017 | Robert McLeod | Review proceeds waterfall information and discuss plan for scenario / tracking model amongst RSR team. | 0.80 | $335.00/hr | $268.00 |
| 07/26/2017 | Neil Bivona | Review draft high level recovery analysis & discuss w/ R. Rosenfeld. | 0.50 | $375.00/hr | $187.50 |
| 07/27/2017 | Robert McLeod | Review settlement term sheet; planning for claims / recoveries waterfall model. | 1.40 | $335.00/hr | $469.00 |
| 07/28/2017 | Robert McLeod | Prepare initial draft claims / recoveries waterfall model incorporating terms of settlement term sheet. | 2.80 | $335.00/hr | $938.00 |
| 07/29/2017 | Robert McLeod | Complete initial draft claims / recoveries waterfall model incorporating terms of settlement term sheet and circulate amongst RSR team for review. | 1.60 | $335.00/hr | $536.00 |
| **Totals For Financial Analysis** | | | **8.60** | | **$2,961.00** |
| **Litigation Matters** | | | | | |

**RSR Consulting, LLC**      **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**7/1/17 to 7/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 07/05/2017 | Ilene Hellman | Hard Coding Schedule of Employees v8 re: Warn Complaint | 1.00 | $125.00/hr | $125.00 |
| 07/05/2017 | Ilene Hellman | Hard Coding Schedule of Employees v8 re: Warn Complaint | 0.30 | $125.00/hr | $37.50 |
| 07/05/2017 | Robert Rosenfeld | Follow up requests from counsel relating to WARN complaint informal discovery and review documents provided by plaintiffs. | 1.50 | $390.00/hr | $585.00 |
| 07/06/2017 | Ilene Hellman | Comparison and Analysis of Schedule of Employees Termed after 6/1/16 v8 and Estimated WARN Calculation- supporting calcs 3-1-17 | 2.50 | $125.00/hr | $312.50 |
| 07/07/2017 | Robert Rosenfeld | Call with B. Scott, S. Southard and C. Clayton regarding WARN complaint mediation. | 1.00 | $390.00/hr | $390.00 |
| 07/11/2017 | Robert Rosenfeld | Attend WARN mediation meeting with plaintiffs and Debtor's counsel. | 8.50 | $390.00/hr | $3,315.00 |
| 07/12/2017 | Robert Rosenfeld | Call with S. Southard and B. Scott relating follow up information request from WARN plaintiffs. | 0.50 | $390.00/hr | $195.00 |
| 07/12/2017 | Robert Rosenfeld | Follow up response to information request from WARN plaintiffs and research information for responding to request. | 1.00 | $390.00/hr | $390.00 |
| 07/18/2017 | Robert Rosenfeld | Review documents provided by counsel related to WARN litigation and provide comments to same. | 0.60 | $390.00/hr | $234.00 |
| **Totals For Litigation Matters** | | | **16.90** | | **$5,584.00** |
| **Meetings with Creditors and/or Representatives** | | | | | |
| 07/05/2017 | Robert Rosenfeld | Attend call with brokers, ACA representatives, S. Southard, and N. Bivona regarding weekly update call on Oakdale campus sale. | 0.50 | $390.00/hr | $195.00 |
| 07/21/2017 | Neil Bivona | Call with B. Faustini re: DIP Budget extension approval and overall case status. | 0.50 | $375.00/hr | $187.50 |
| 07/21/2017 | Neil Bivona | Call w/ . Bertucci re: DIP Budget extension, Bhaven dorm and residential properties status. | 0.50 | $375.00/hr | $187.50 |
| 07/25/2017 | Neil Bivona | Meeting w/ R. Friedman, K. Silverman & R. Rosenfeld re: case status. | 2.00 | $375.00/hr | $750.00 |
| 07/25/2017 | Robert Rosenfeld | Meeting with R. Friedman, K. Silverman and N. Bivona at Oakdale Campus regarding status update on case. | 2.00 | $390.00/hr | $780.00 |
| **Totals For Meetings with Creditors and/or Representatives** | | | **5.50** | | **$2,100.00** |
| **Meetings with Debtor and Representatives** | | | | | |
| 07/05/2017 | Neil Bivona | Status update call w/ R. Rosenfeld, S. Southard & L. Kiss. | 1.00 | $375.00/hr | $375.00 |
| 07/05/2017 | Robert Rosenfeld | Call with Greenberg Traurig (BOT ERISA counsel), H. Kleinberg and S. Southard regarding status of review of DOL claim relating to unpaid medical claims. | 0.50 | $390.00/hr | $195.00 |
| 07/12/2017 | Robert Rosenfeld | Call with H. Kleinberg and S. Southard regarding preparation for BOT meeting. | 0.50 | $390.00/hr | $195.00 |
| 07/13/2017 | Neil Bivona | Attend BOT call w/ R Rosenfeld, S. Southard & H. Kleinberg. | 1.00 | $375.00/hr | $375.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**7/1/17 to 7/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 07/13/2017 | Robert Rosenfeld | Attend call with Board of Trustees, S. Southard, N. Bivona and H. Kleinberg. | 1.00 | $390.00/hr | $390.00 |
| 07/17/2017 | Neil Bivona | follow-up meeting w/ S. Southard & R. Rosenfeld. | 0.60 | $375.00/hr | $225.00 |
| 07/19/2017 | Robert Rosenfeld | Call with S. Southard regarding status update on issues relating to winddown and sale of assets. | 0.50 | $390.00/hr | $195.00 |
| 07/25/2017 | Robert Rosenfeld | Call with S. Southard regarding status of Oakdale campus closing and meeting with creditors committee meeting. | 0.40 | $390.00/hr | $156.00 |
| 07/27/2017 | Robert Rosenfeld | Status update call with S. Southard, N. Bivona and L. Kiss relating to outstanding issues. | 3.00 | $390.00/hr | $1,170.00 |
| 07/27/2017 | Neil Bivona | Case status call with S. Southard, L. Kiss & R. Rosenfeld. | 2.00 | $375.00/hr | $750.00 |
| **Totals For Meetings with Debtor and Representatives** | | | **10.50** | | **$4,026.00** |
| **Oakdale-Residential** | | | | | |
| 07/05/2017 | Robert Rosenfeld | Work on Oakdale sales status report and analyze gain on sales for June closings. | 1.00 | $390.00/hr | $390.00 |
| 07/06/2017 | Robert Rosenfeld | Review current correspondence from brokers on sale of Oakdale residential properties and respond to questions from broker. | 1.00 | $390.00/hr | $390.00 |
| 07/07/2017 | Robert Rosenfeld | Review correspondence from J. Sturchhio and analyze offers for residential properties in Oakdale. | 0.70 | $390.00/hr | $273.00 |
| 07/17/2017 | Robert Rosenfeld | Visit notary public for obtaining notarization of signature for Town of Islip permit. | 0.50 | $390.00/hr | $195.00 |
| 07/18/2017 | Robert Rosenfeld | Review correspondence from R. Bertucci and discuss with D. Cook issues related to sale of 52 Van Bomel property. | 0.50 | $390.00/hr | $195.00 |
| 07/26/2017 | Robert Rosenfeld | Review contract on 58 Woodlawn, discuss comments with counsel and execute contract. | 0.80 | $390.00/hr | $312.00 |
| **Totals For Oakdale-Residential** | | | **4.50** | | **$1,755.00** |
| **Reporting** | | | | | |
| 07/11/2017 | Neil Bivona | Review weekly variance report for week 3 ended 6-30-16. Prepare weekly compliance report to DIP Lenders. | 1.30 | $375.00/hr | $487.50 |
| **Totals For Reporting** | | | **1.30** | | **$487.50** |
| **Review Fee/Employment Applications** | | | | | |
| 07/27/2017 | Robert Rosenfeld | Discussion with K. Gaye (Eichen & Dimegglio) regarding projected fee estimated for 403(b) Plan final audit. | 0.40 | $390.00/hr | $156.00 |
| **Totals For Review Fee/Employment Applications** | | | **0.40** | | **$156.00** |
| **UST Reporting** | | | | | |
| 07/07/2017 | Robert Rosenfeld | Work on MOR for June 2017. | 2.00 | $390.00/hr | $780.00 |
| 07/10/2017 | Robert Rosenfeld | Work on Monthly Operating Report for June 2017. | 3.20 | $390.00/hr | $1,248.00 |
| 07/12/2017 | Robert Rosenfeld | Work on MOR for June 2017. | 2.50 | $390.00/hr | $975.00 |
| 07/13/2017 | Robert Rosenfeld | Work on Monthly Operating Report for June 2017 and analyze accounts for month end closing. | 1.50 | $390.00/hr | $585.00 |
| **Totals For UST Reporting** | | | **9.20** | | **$3,588.00** |
| **Grand Total** | | | **256.10** | | **$96,249.00** |

**RSR Consulting, LLC** **Exhibit D**
**Dowling College - Case #16-75545 (REG)**
**Detailed Expense Report**
**7/1/17 to 7/31/17**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 07/13/2017 | Robert Rosenfeld | QuickBooks monthly fee for Debtor's accounting software. | $6.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$6.00** |
| **Mailing/Postage** | | | |
| 07/21/2017 | Robert Rosenfeld | Postage for UST quarterly fee payment for Q2 2017; (2 letters) | $0.98 |
| 07/26/2017 | Robert Rosenfeld | Postage for 403b SAR mailings for 2016 Plan year | $392.00 |
| **Totals Billable Amounts for Mailing/Postage** | | | **$392.98** |
| **Miscellaneous** | | | |
| 07/05/2017 | Robert Rosenfeld | Notary fee for executing Town of Islip rental cancellation form for 72 Chateau. | $2.00 |
| 07/07/2017 | Robert Rosenfeld | Notary fees for Town of Islip forms for Oakdale renters (3 forms executed). | $6.00 |
| **Totals Billable Amounts for Miscellaneous** | | | **$8.00** |
| **Postage & Shipping** | | | |
| 07/20/2017 | Neil Bivona | Shipping five additional boxes of grade rosters (Dowling Institute) to Databank. | $147.66 |
| **Totals Billable Amounts for Postage & Shipping** | | | **$147.66** |
| **Grand Total** | | | **$554.64** |