**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-*
　*Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |

---------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION REGARDING NOTICE OF PROPOSED**
**SALE OF CERTAIN IP ADDRESSES PURSUANT TO THE SALE PROCEDURES**

　　　　Pursuant to 28 U.S.C. § 1746, the undersigned certifies as follows:

　　　　1.　　On July 26, 2017, Dowling College (the "Debtor") filed a *Notice of Proposed Sale of Certain IP Addresses Pursuant to the Sale Procedures* (the "Sale Notice") [DE 372] containing the information required by the Order Establishing Procedures for the Sale of the Debtor's IP Addresses (the "Order") [DE 282].

2. On July 26, 2017, in accordance with the Order, the Sale Notice was served on all interested parties and other notice parties identified in the Order. The affidavit of service related to the Sale Notice was filed at Docket Entry 375.

3. Pursuant to the Sale Notice, any objections to the proposed sale were required to be filed by August 9, 2017 (the "Objection Deadline").

4. The Objection Deadline has passed and no objections or other responsive pleading to the Sale Notice has been filed with the Court or served upon the Debtor's undersigned counsel.

5. Accordingly, the Debtor will proceed to close the sale of the IP Addresses (as defined in the Sale Notice) free and clear of all liens, claims, interests and encumbrances.

Dated:  New York, New York
        August 10, 2017

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
    Sean C. Southard
    Lauren C. Kiss
    200 West 41st Street, 17th Floor
    New York, NY 10036
    Tel: (212) 972-3000
    Fax: (212) 972-2245
    Email: ssouthard@klestadt.com
           lkiss@klestadt.com

*Counsel to the Debtor and Debtor in Possession*