**WHITE & CASE LLP**
John J. Ramirez
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

*Counsel to ACA Financial Guaranty Corp.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DOWLING COLLEGE,<br>f/d/b/a DOWLING INSTITUTE,<br>f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,<br>f/d/b/a CECOM,<br>a/k/a DOWLING COLLEGE, INC.,<br><br>              Debtor. | Chapter 11<br><br>Case No. 16-75545 (REG) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel on behalf of ACA Financial Guaranty Corp. ("ACA"), a party-in-interest in the above-captioned cases, and requests pursuant to 11 U.S.C. § 1109(b) and the Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, that all notices given or required to be given in the above-captioned case and all papers served or required to be given to and served upon the undersigned counsel at the office, address and telephone number set forth below, and that the undersigned be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

        WHITE & CASE LLP
        John J. Ramirez
        1221 Avenue of the Americas
        New York, New York 10020

>Telephone: (212) 819-8200
>Facsimile: (212) 354-8113
>Attn: John J. Ramirez
>john.ramirez@whitecase.com

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein, which affects or seeks to affect in any way any rights or interests of any party in interest in this case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a consent or waiver of: (1) the right of ACA to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, or (5) any other rights, claims, actions, setoffs, or recoupments to which ACA is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments ACA expressly reserves.

| | |
|---|---|
| Dated: August 11, 2017<br>New York, New York | **WHITE & CASE LLP**<br><br>By: /s/ John J. Ramirez<br>John J. Ramirez<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br><br>*Counsel to ACA Financial Guaranty Corp.* |