# Notice Recipients

District/Off: 0207–8 User: smarcus Date Created: 9/8/2017
Case: 8−16−75545−reg Form ID: 295 Total: 13

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Glenn P Warmuth | gpw@stim−warmuth.com |
| aty | Howard B Kleinberg | hkleinberg@MSEK.com |
| aty | James H. Knapp | james.knapp@usdoj.gov |
| aty | Joseph Charles Corneau | jcorneau@klestadt.com |
| aty | Lauren Catherine Kiss | lkiss@klestadt.com |
| aty | Ronald J Friedman | efilings@spallp.com |
| aty | Sean C Southard | ssouthard@klestadt.com |
| aty | Stephanie R Sweeney | ssweeney@klestadt.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Dowling College | 150 Idle Hour Blvd.   Oakdale, NY 11769 |
| aty | Klestadt Winters Jureller Southard & Stevens, LLP | 200 West 41st Street   17th Floor   New York, NY 10036−7203 |
| | Rene Roupinian | Outten & Golden LLP   685 Third Avenue, 25th Floor   New York, NY 10017 |
| | Stan Yang | Office of the U.S. Trustee   560 Federal Plaza   Central Islip, NY 11722 |
| | James H. Knapp | US Attorney's Office, EDNY   610 Federal Plaza, 5th Floor   Central Islip, NY 11722 |

TOTAL: 5