UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

DOWLING COLLEGE,
f/d/b/a DOWLING INSTITUTE,
f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,
f/d/b/a CECOM,
a/k/a DOWLING COLLEGE, INC.,

          Debtor.

Chapter 11

Case No. 16-75545 (REG)

### NINTH REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM AUGUST 1, 2017 THROUGH AUGUST 31, 2017

The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("RSR") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("Mr. Rosenfeld") as Chief Restructuring Officer ("CRO") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period August 1, 2017 through August 31, 2017.

    Exhibit A –   Summary of Fees and Expenses

    Exhibit B –   Summary of Services by Project Category

    Exhibit C –   Detailed time entries by Project Category

    Exhibit D –   Detail of Expenses Incurred

By: _/s/ Robert S. Rosenfeld_
Robert S. Rosenfeld
September 7, 2017

**Exhibit A**

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses**
**8/1/17 Through 8/31/17**

**Summary of Fees**

| Summary by Professional | Responsibility | Hours | Rate | Amount |
|---|---|---|---|---|
| R. Rosenfeld | Chief Restructuring Officer | 106.30 | $ 390.00 | $ 41,457.00 |
| N. Bivona | Consultant | 164.30 | $ 375.00 | 61,612.50 |
| R. McLeod | Consultant | 24.60 | $ 335.00 | 8,241.00 |
| I. Hellman | Paraprofessional | 4.20 | $ 125.00 | 525.00 |
| **Total** | | **299.40** | | **$ 111,835.50** |

**Average blended hourly rate**     **$ 373.53**

**Summary of Expenses**

| | |
|---|---|
| **Accounting-software** | $ 6.00 |
| **Overnight mail & shipping** | 55.48 |
| **Office supplies & notary fees** | 51.97 |
| **Total Disbursements** | **$ 113.45** |

**RSR Consulting, LLC**  **Exhibit B**
**Dowling College - Case #16-75545 (REG)**
**Summary of Services by Project Category**
**8/1/17 to 8/31/17**

| Date | Billable Time | Billable Amt |
|---|---|---|
| **Asset Analysis and Recovery** | 26.60 | $10,335.00 |
| **Asset Disposition** | 91.00 | $34,435.50 |
| **Bankruptcy Motions** | 5.00 | $1,905.00 |
| **Business Operations** | 73.40 | $27,569.00 |
| **Cash Monitoring** | 5.70 | $1,909.50 |
| **Claims Investigation** | 2.80 | $1,050.00 |
| **Court Hearings** | 3.50 | $1,342.50 |
| **Document Review** | 0.50 | $187.50 |
| **Dowling-Residential Ops** | 6.30 | $2,362.50 |
| **Dowling-Residential Sales** | 12.20 | $4,695.00 |
| **Financial Advisory** | 1.20 | $450.00 |
| **Financial Analysis** | 37.60 | $13,351.50 |
| **Litigation Matters** | 0.20 | $25.00 |
| **Meetings with Creditors and/or Representatives** | 6.90 | $2,670.00 |
| **Meetings with Debtor and Representatives** | 3.30 | $1,237.50 |
| **Oakdale-Residential** | 2.80 | $1,092.00 |
| **Other** | 2.70 | $337.50 |
| **Reporting** | 1.50 | $562.50 |
| **Retention** | 1.00 | $390.00 |
| **Tax compliance** | 1.20 | $468.00 |
| **UST Reporting** | 14.00 | $5,460.00 |
| **Grand Total** | 299.40 | $111,835.50 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**8/1/17 to 8/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 08/01/2017 | Robert Rosenfeld | Review detailed recovery analysis prepared by R. McLeod and discuss with him and N. Bivona for further revisions to the analysis. | 2.00 | $390.00/hr | $780.00 |
| 08/01/2017 | Robert Rosenfeld | Work on recovery analysis in advance of meeting with creditors. | 0.70 | $390.00/hr | $273.00 |
| 08/01/2017 | Robert Rosenfeld | Review revised presentation for creditors relating to Brookhaven site disposition and make comments and revisions to presentation. | 1.00 | $390.00/hr | $390.00 |
| 08/01/2017 | Robert Rosenfeld | Call with R. Parr to discuss revised valuation report on Brookhaven property. | 0.40 | $390.00/hr | $156.00 |
| 08/01/2017 | Robert Rosenfeld | Review status of Oakdale residential properties with J. Sturchhio (DE) and R. Bertucci. and further analyze disposition status and strategy of remaining properties. | 1.00 | $390.00/hr | $390.00 |
| 08/02/2017 | Robert Rosenfeld | Work on presentation for creditors relating to Brookhaven divestiture analysis; make revisions to presentation; discuss presentation with R. Parr; K. Phillips; counsel and brokers. | 4.50 | $390.00/hr | $1,755.00 |
| 08/03/2017 | Robert Rosenfeld | Call with N. Bivona and K. Phillips (FPM) to discuss comments to presentation for creditors. | 0.30 | $390.00/hr | $117.00 |
| 08/03/2017 | Robert Rosenfeld | Call with N. Bivona and J. Cote ( Madison Hawk) to discuss valuation report. | 0.30 | $390.00/hr | $117.00 |
| 08/03/2017 | Robert Rosenfeld | Further review of Presentation to creditors on Brookhaven disposition and work on assembling parts of report. | 2.50 | $390.00/hr | $975.00 |
| 08/07/2017 | Robert Rosenfeld | Review revised creditor recovery analysis and discuss with R. McLeod and N. Bivona comments and changes to analysis. | 1.50 | $390.00/hr | $585.00 |
| 08/09/2017 | Robert Rosenfeld | Review revised draft recovery analysis for Debtor. | 0.50 | $390.00/hr | $195.00 |
| 08/09/2017 | Robert Rosenfeld | Review broker marketing procedures in connection with joint marketing efforts between CBRE and Madison Hawk & A&G Realty and provide comments to Madison Hawk | 2.00 | $390.00/hr | $780.00 |
| 08/10/2017 | Robert Rosenfeld | Call with M. Sato and R. Bertucci regarding comments to broker collaboration on Brookhaven property. | 0.60 | $390.00/hr | $234.00 |
| 08/10/2017 | Robert Rosenfeld | Work on questions from Brokers relating to Brookhaven marketing and call with R. Parr regarding follow up questions. | 1.00 | $390.00/hr | $390.00 |
| 08/11/2017 | Robert Rosenfeld | Call with CBRE regarding collaboration on marketing Brookhaven property. | 0.50 | $390.00/hr | $195.00 |
| 08/11/2017 | Robert Rosenfeld | Make revisions to broker collaboration summary and discuss with brokers for Brookhaven site marketing effort. | 1.00 | $390.00/hr | $390.00 |
| 08/11/2017 | Robert Rosenfeld | Analyze closings on Oakdale residential properties and discuss with counsel. | 1.50 | $390.00/hr | $585.00 |
| 08/14/2017 | Robert Rosenfeld | Call with brokers, counsel regarding Oakdale campus sale status. | 0.30 | $390.00/hr | $117.00 |
| 08/14/2017 | Robert Rosenfeld | Call with Sean Southard and N. Bivona re: issues on Oakdale campus sale. | 0.40 | $390.00/hr | $156.00 |
| 08/14/2017 | Robert Rosenfeld | Call with Kevin Phillips (FPM) to discuss update from creditors presentation. | 0.50 | $390.00/hr | $195.00 |
| 08/16/2017 | Neil Bivona | Review potential settlement with DOE/US Attorney re: Perkins Loan portfolio. Analyze Dowling ST loans to program and research DOE liquidation procedures for indication of treatment. Prepare correspondence to S. Southard re: the same. Follow-up call w/ S. Southard to discuss DOE position / restrictions and possible alternate workable structure for settlement. | 1.80 | $375.00/hr | $675.00 |
| 08/16/2017 | Neil Bivona | Prepare correspondence to M. Grochowski and J. Pund re: Notice of borrowing for weeks 38-39. | 0.80 | $375.00/hr | $300.00 |
| 08/29/2017 | Robert Rosenfeld | Review residential real estate portfolio remaining assets, update analysis, and discuss with broker. | 1.50 | $390.00/hr | $585.00 |
| **Totals For Asset Analysis and Recovery** | | | **26.60** | | **$10,335.00** |

**RSR Consulting, LLC**                                                                                                                    **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**8/1/17 to 8/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Asset Disposition** | | | | | |
| 08/01/2017 | Neil Bivona | Meet w/ Alumni Association re: removal of multiple carloads of Dowling promotional items destined for trash. | 2.00 | $375.00/hr | $750.00 |
| 08/01/2017 | Neil Bivona | Review and revise Brookhaven campus creditor presentation. | 1.20 | $375.00/hr | $450.00 |
| 08/01/2017 | Neil Bivona | Draft correspondence to L. Kiss re: additional information for and edits to F&E APA excluded assets schedule. | 0.50 | $375.00/hr | $187.50 |
| 08/01/2017 | Neil Bivona | Meet w/ 24/7 crew & walk through / discuss plan for cleaning out of LRC 4th floor. | 0.50 | $375.00/hr | $187.50 |
| 08/02/2017 | Neil Bivona | Meet w/ Iron mountain crew.  Review files / cabinets / offices in library and first floor of LRC to assess records for retention or destruction. | 1.40 | $375.00/hr | $525.00 |
| 08/02/2017 | Neil Bivona | Review D. Cook response to NCF inquiry re: Arrow security.  Discuss w/ D. Cook, add comments and send to S. Southard for review. | 0.80 | $375.00/hr | $300.00 |
| 08/02/2017 | Neil Bivona | Review and edit Brookhaven Creditor Presentation.  Call w/ R. Parr re: comments to the same.  Gather and format/prepare exhibits to presentation. | 2.00 | $375.00/hr | $750.00 |
| 08/02/2017 | Neil Bivona | Meet w/ 24/7 crew re: clearing out / trashing of LRC 4tth floor. | 0.50 | $375.00/hr | $187.50 |
| 08/03/2017 | Neil Bivona | Call w/ K. Phillips re: comments to creditor presentation. | 0.30 | $375.00/hr | $112.50 |
| 08/03/2017 | Neil Bivona | Call w/ J. Cote and J. Hubbard re: edits to valuation report & creditor presentation. | 0.50 | $375.00/hr | $187.50 |
| 08/03/2017 | Neil Bivona | Make further edits to creditor presentation re: Brookhaven disposal alternatives. | 1.20 | $375.00/hr | $450.00 |
| 08/03/2017 | Neil Bivona | Meet w/ Diane Holliday re status of completing special collection boxing. | 0.50 | $375.00/hr | $187.50 |
| 08/03/2017 | Neil Bivona | Fine walk-through of LRC and FH floors 1&2 w/ D> Cook re: completion of document removal and clearing out of trash / cleaning of buildings. | 2.00 | $375.00/hr | $750.00 |
| 08/03/2017 | Neil Bivona | Meet w/ iron Mountain crew re: Curtin center plan for document removal for destruction.   Review several offices to assess documents for retention or destruction. | 1.50 | $375.00/hr | $562.50 |
| 08/04/2017 | Neil Bivona | Meet w/ Diane Holliday re: moving of final group of library special collections to Brookhaven campus & scanning of supporting documentation. | 0.70 | $375.00/hr | $262.50 |
| 08/04/2017 | Neil Bivona | Meet w/ Iron Mountain crew - walk through of 135 Idle Hour (Ed South) building for assessment of documents for retention or destruction. | 1.50 | $375.00/hr | $562.50 |
| 08/04/2017 | Neil Bivona | Post -  document removal / trashing walk-through & assessment of Racanelli center building w/ D. Cook. | 2.10 | $375.00/hr | $787.50 |
| 08/07/2017 | Neil Bivona | further review of revisions to recovery analysis model.  Telephone discussion w/ R. Mcleod re: the same. | 1.20 | $375.00/hr | $450.00 |
| 08/07/2017 | Neil Bivona | Meet w/ D. Cook and Iron Mountain crew re: final "clean up" of remaining documents to be removed for shredding. | 0.50 | $375.00/hr | $187.50 |
| 08/07/2017 | Neil Bivona | Walk through of FH to assess status of clean out of trash after document removal. | 1.20 | $375.00/hr | $450.00 |
| 08/08/2017 | Neil Bivona | Creditor meeting at Farrell Fritz's offices re: disposition of Brookhaven campus. | 5.50 | $375.00/hr | $2,062.50 |
| 08/08/2017 | Neil Bivona | Further review and discussion of recovery analysis model with R. Mcleod. | 0.50 | $375.00/hr | $187.50 |
| 08/09/2017 | Neil Bivona | Meert w/ Alumni Association re: clean out of items from Curtin Center. | 2.00 | $375.00/hr | $750.00 |
| 08/09/2017 | Neil Bivona | Review final draft of F&E APA excluded asset schedules. | 0.50 | $375.00/hr | $187.50 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**8/1/17 to 8/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 08/09/2017 | Neil Bivona | Review A&G/MH proposed collaboration terms and marketing plan. | 0.50 | $375.00/hr | $187.50 |
| 08/09/2017 | Neil Bivona | Research available network and hardcopy records re: old Sterling National Bank mortgage showing in title search to Oakdale campus. | 1.60 | $375.00/hr | $600.00 |
| 08/11/2017 | Neil Bivona | Search files for information regarding six open permits for Oakdale properties the showed up in title search.  Discuss the same w/ D. Cook. | 1.50 | $375.00/hr | $562.50 |
| 08/11/2017 | Neil Bivona | Search files for information regarding building construction at Brookhaven campus prior to 1998.  Review CofOs related to Nat Ctr dated 1995.  Scan and send to S. Southard. | 1.80 | $375.00/hr | $675.00 |
| 08/11/2017 | Neil Bivona | Review various correspondence and drafts of marketing coordination process for the Brookhaven campus. | 0.60 | $375.00/hr | $225.00 |
| 08/11/2017 | Neil Bivona | Review Seller's certification & bring down of reps and warranties and covenants from NCF APA. | 1.00 | $375.00/hr | $375.00 |
| 08/14/2017 | Neil Bivona | Review transition services agreement w/ NCF.  Discuss same with R. Rosenfeld. | 0.60 | $375.00/hr | $225.00 |
| 08/14/2017 | Neil Bivona | Meet w/ D. Hegarty  re: progress on cleanout of buildings.  Walk-through of computer lab offices and IT storage rooms in Racanellli Center and basement in FH.  Assess "equipment": subject to F&E APA vs. trash/junk.  Gather additional laptops, hard drives, tapes & discs for destruction. | 2.70 | $375.00/hr | $1,012.50 |
| 08/14/2017 | Neil Bivona | Call w/ D. Cook and S. Southard to review six open permits on Oakdale campus. | 0.50 | $375.00/hr | $187.50 |
| 08/14/2017 | Neil Bivona | Meet w/ D. Cook to discuss security contract / personnel transition and go-forward needs in Oakdale and Brookhaven.  Review draft correspondence to Arrow security. | 0.40 | $375.00/hr | $150.00 |
| 08/14/2017 | Robert Rosenfeld | Review transition agreement with NCF and provide comments. | 0.80 | $390.00/hr | $312.00 |
| 08/15/2017 | Neil Bivona | Call w/ W. Benka and J. Hazan / Hilco re: transfer process for IPv4 addresses through ARIN online portal. | 0.40 | $375.00/hr | $150.00 |
| 08/15/2017 | Neil Bivona | Call with R. Rosenfeld & S. Southard re: NCF transition and closing. | 1.00 | $375.00/hr | $375.00 |
| 08/15/2017 | Neil Bivona | Call w/ NCF representatives, R. Rosenfeld, D. cook an S. Southard re: transition issues / preparation for closing. | 0.50 | $375.00/hr | $187.50 |
| 08/15/2017 | Neil Bivona | Inventory of remaining special collections and file boxes to be archived with Iron Mountain or moved to Brookhaven.  Correspondence with Tri-State movers re: items to be moved, timing and logistics. | 2.20 | $375.00/hr | $825.00 |
| 08/15/2017 | Robert Rosenfeld | Call with N. Bivona & S. Southard regarding status of transition agreement with NCF and comments to the agreement and other aspects of closing status. | 1.00 | $390.00/hr | $390.00 |
| 08/15/2017 | Robert Rosenfeld | Attend call with buyer's representatives, S. Southard, N. Bivona and D. Cook relating to transition issues with sale of Oakdale campus. | 0.50 | $390.00/hr | $195.00 |
| 08/15/2017 | Robert Rosenfeld | Call with N. Bivona and D. Cook to discuss transition issues with NCF and status of issues to work through for closing. | 0.80 | $390.00/hr | $312.00 |
| 08/15/2017 | Robert Rosenfeld | Follow up and research questions from counsel and Title company relating to closing of Oakdale campus sale. | 1.50 | $390.00/hr | $585.00 |
| 08/15/2017 | Robert Rosenfeld | Call with Ralph Cerullo relating to questions from Title Company for Oakdale closing. | 0.40 | $390.00/hr | $156.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**8/1/17 to 8/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 08/16/2017 | Neil Bivona | Final walk-through of KSC and FH (except basement) w/ D Cook. Access and review previously unknown "admissions storage closet" / discovery of several dozen additional boxes of files for assessment under document retention/destruction order and additional junk for removal. | 2.50 | $375.00/hr | $937.50 |
| 08/16/2017 | Neil Bivona | Review Title Affidavit re: seller representations & discus w/ R. Rosenfeld. Review edited language & provide comments. | 1.00 | $375.00/hr | $375.00 |
| 08/16/2017 | Robert Rosenfeld | Work on follow up inquiries related to Oakdale campus closing and review documents related to closing and execution. | 4.50 | $390.00/hr | $1,755.00 |
| 08/17/2017 | Neil Bivona | Meeting to follow-up w/ W. Benka re: processing of IPv4 transfer in ARIN and status of accessibility to relocated server and e-mail. | 1.00 | $375.00/hr | $375.00 |
| 08/17/2017 | Neil Bivona | Meetings w/ D. Cook & M. Slattery re: closing logistics / deliverables (keys, codes, vehicle titles, etc.) | 1.20 | $375.00/hr | $450.00 |
| 08/17/2017 | Neil Bivona | Review 27 boxes of files located in admissions storage closet for determination of retention or destruction. | 2.20 | $375.00/hr | $825.00 |
| 08/17/2017 | Neil Bivona | Finish packing special collections for pick-up / shipping to Brookhaven tomorrow morning. | 0.50 | $375.00/hr | $187.50 |
| 08/17/2017 | Robert Rosenfeld | Work on follow up issues relating to Oakdale Campus closing; review documents to execute for closing; and discuss with counsel outstanding issues to complete for closing. | 4.50 | $390.00/hr | $1,755.00 |
| 08/17/2017 | Robert Rosenfeld | Call with brokers relating to Brookhaven property marketing. | 0.50 | $390.00/hr | $195.00 |
| 08/18/2017 | Neil Bivona | Meet with Iron Mountain crew, coordinate and supervise final pick up of files for archiving and shredding from various remains buildings and locations. | 2.00 | $375.00/hr | $750.00 |
| 08/18/2017 | Neil Bivona | Meet w/ D. Hegarty re: final cleanup of Racanelli center and Curtin Center. | 0.50 | $375.00/hr | $187.50 |
| 08/18/2017 | Neil Bivona | Calls with S. Southard and R. Rosenfeld re: coordinating for closing on 8/21. | 0.50 | $375.00/hr | $187.50 |
| 08/18/2017 | Robert Rosenfeld | Work on outstanding issues related to Oakdale campus closing; execute closing documents at Dowling and M. White office in Garden City; respond to follow up requests from counsel for information needed for closing; and review documents needed for closing provided by counsel. | 5.00 | $390.00/hr | $1,950.00 |
| 08/19/2017 | Robert Rosenfeld | Status update call with S. Southard and N. Bivona re: Oakdale campus closing. | 0.30 | $390.00/hr | $117.00 |
| 08/21/2017 | Neil Bivona | Meet with staff at Oakdale campus to prepare for closing (gather keys, vehicle titles, obtain per diem calculation for utilities, etc.). | 1.50 | $375.00/hr | $562.50 |
| 08/21/2017 | Neil Bivona | Attend closing for sale of Oakdale Campus. | 5.50 | $375.00/hr | $2,062.50 |
| 08/21/2017 | Neil Bivona | Prepare closing flow of funds summary & circulate with notice of closing to creditors and BOT. | 1.00 | $375.00/hr | $375.00 |
| 08/23/2017 | Neil Bivona | Review NCF transfer deed & prepare schedule of sold buildings/addresses for Sterling risk for cancellation of property & flood insurance coverages. | 1.00 | $375.00/hr | $375.00 |
| 08/25/2017 | Neil Bivona | Calls & e-mail correspondence w/ D. Cook & S. Sweeney re: post-closing transition issues. | 0.50 | $375.00/hr | $187.50 |
| 08/28/2017 | Neil Bivona | Review files in file cabinets for determination of retention / destruction. | 1.00 | $375.00/hr | $375.00 |
| 08/29/2017 | Neil Bivona | Call/ D. cook to Verizon re: transfer of accounts related to fire panels at Oakdale campus. | 0.50 | $375.00/hr | $187.50 |
| 08/29/2017 | Robert Rosenfeld | Execute documents for Oakdale Campus sale transition (.3); Oakdale residential sales new listings (.2) | 0.50 | $390.00/hr | $195.00 |
| 08/30/2017 | Neil Bivona | Various calls w/ D. Cook re: Oakdale campus & employee transition issues. | 1.50 | $375.00/hr | $562.50 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**8/1/17 to 8/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 08/30/2017 | Neil Bivona | Draft correspondence to S. Wang at NCF re: transition of employees & utilities at Oakdale campus. | 0.50 | $375.00/hr | $187.50 |
| 08/30/2017 | Robert Rosenfeld | Call with A. Graiser (A&G Realty) to discuss next steps with sale of Brookhaven property. | 0.40 | $390.00/hr | $156.00 |
| **Totals For Asset Disposition** | | | **91.00** | | **$34,435.50** |
| **Bankruptcy Motions** | | | | | |
| 08/31/2017 | Neil Bivona | Review draft order re: Perkins Loan assignment to DOE & assignment regulations. Provide comments to S. Southard. | 1.50 | $375.00/hr | $562.50 |
| 08/31/2017 | Neil Bivona | Review draft order re: distribution of proceeds from Oakdale. sale. Prepare draft analysis re: reserves and available funds. Correspondence w J. Corneau re: the same. | 1.50 | $375.00/hr | $562.50 |
| 08/31/2017 | Robert Rosenfeld | Review draft orders for Perkins Loan assignment and distribution of funds from sale of Oakdale campus and discuss with counsel. | 2.00 | $390.00/hr | $780.00 |
| **Totals For Bankruptcy Motions** | | | **5.00** | | **$1,905.00** |
| **Business Operations** | | | | | |
| 08/01/2017 | Neil Bivona | Review professional invoices and update professional fee tracking report. | 0.50 | $375.00/hr | $187.50 |
| 08/01/2017 | Neil Bivona | Update borrowing availability model to incorporate approved budget extension for weeks 34-42. | 0.80 | $375.00/hr | $300.00 |
| 08/01/2017 | Robert Rosenfeld | Prepare bank reconciliations for Debtor's accounts and work on month end closing of books for MOR. | 2.00 | $390.00/hr | $780.00 |
| 08/01/2017 | Robert Rosenfeld | Discussions with D. Cook regarding status of winddown of real estate and issues needed to be addressed. | 0.60 | $390.00/hr | $234.00 |
| 08/01/2017 | Robert Rosenfeld | Meet with F. Corso (Dowling Alumni) and N. Bivona to discuss transfer of alumni materials. | 1.30 | $390.00/hr | $507.00 |
| 08/02/2017 | Neil Bivona | Review budget & invoices covering weeks 34-35 for any deferred items and prepare notice of borrowing for weeks 36-37. | 1.40 | $375.00/hr | $525.00 |
| 08/02/2017 | Neil Bivona | Review draft "audit" scope by T. Walenchuk (Baker Tilly) for Title IV / DOE compliance audit requirements. Discuss w/ R. Rosenfeld. | 1.00 | $375.00/hr | $375.00 |
| 08/02/2017 | Neil Bivona | Review June professional fee invoices for payment in August & update professional fee tracking report. Correspondence w/ L. Kiss re: various questions on approval status / timing of payments. | 1.50 | $375.00/hr | $562.50 |
| 08/02/2017 | Neil Bivona | Process Mandatory prepayment to UMB. | 0.20 | $375.00/hr | $75.00 |
| 08/02/2017 | Robert Rosenfeld | Work on processing transactions and update Debtor's accounting in quickbooks. | 1.00 | $390.00/hr | $390.00 |
| 08/03/2017 | Neil Bivona | Call with Baker Tilly re: Title IV compliance audit consulting engagement. | 0.30 | $375.00/hr | $112.50 |
| 08/03/2017 | Neil Bivona | Review weekly invoices & prepare disbursement detail worksheet. Prepare transfer and disbursement summary reports. Prepare DIP account transfers and wire payments. | 1.50 | $375.00/hr | $562.50 |
| 08/03/2017 | Robert Rosenfeld | Process payments for week and update accounting in quickbooks. | 1.30 | $390.00/hr | $507.00 |
| 08/03/2017 | Robert Rosenfeld | Call with N. Bivona and Baker Tilly to discuss procedures for Title IV review. | 0.30 | $390.00/hr | $117.00 |
| 08/03/2017 | Robert Rosenfeld | Discuss with A. Dimola payroll reporting issues for PICORI final tax return and payroll tax revisions for NYS withholding. | 0.40 | $390.00/hr | $156.00 |
| 08/07/2017 | Neil Bivona | Draft response to M. Grochowski & J. Pund re: Notice of borrowing for weeks 36-37. Revise Notice of borrowing re: TL B and re-circulate. | 0.70 | $375.00/hr | $262.50 |
| 08/07/2017 | Robert Rosenfeld | Review PCORI filing for final tax returns for 2016 and discuss with A. Dimola (Payroll Manager) process for filing and preparing returns. | 1.50 | $390.00/hr | $585.00 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**8/1/17 to 8/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 08/08/2017 | Neil Bivona | Follow up with DIP lenders on notice of borrowing. Process DIP Account transfers and wire payments ot SDP for payroll. | 0.50 | $375.00/hr | $187.50 |
| 08/10/2017 | Neil Bivona | Review weekly invoices. Prepare disbursement detail worksheet, disbursement summary report and transfer summary report. Process DIP Account transfers and wire payments. | 2.40 | $375.00/hr | $900.00 |
| 08/10/2017 | Robert Rosenfeld | Review and process weekly disbursements and update quickbooks for activity. | 2.00 | $390.00/hr | $780.00 |
| 08/10/2017 | Robert Rosenfeld | Work on bank reconciliations for month of July and month end closing. | 1.50 | $390.00/hr | $585.00 |
| 08/11/2017 | Neil Bivona | Review draft servicing extension agreement from Conduent re: Perkins loans. | 0.50 | $375.00/hr | $187.50 |
| 08/14/2017 | Robert Rosenfeld | Process reimbursement of check issued by tenant deposited by mistake. | 1.00 | $390.00/hr | $390.00 |
| 08/15/2017 | Neil Bivona | Review and roll-forward borrowing availability worksheet. Prepare notice of borrowing for weeks 38-39. | 1.60 | $375.00/hr | $600.00 |
| 08/15/2017 | Neil Bivona | Correspondence w/ Sterling Risk re: potential claim related to damage to Racanelli electrical and HVAC systems. | 0.30 | $375.00/hr | $112.50 |
| 08/15/2017 | Neil Bivona | Review correspondence and attachments from R. Mcleod re: reconciliation of borrowing availability worksheet to DIP variance reports. | 0.50 | $375.00/hr | $187.50 |
| 08/15/2017 | Robert Rosenfeld | Process deposit from land sale adjacent to 8 Idle Hour sale and visit to Signature Bank to make deposit at Signature in Melville, NY. | 1.00 | $390.00/hr | $390.00 |
| 08/15/2017 | Neil Bivona | Meet w/ W. Benka re: status of e-mail / network access from remote location, possible need to purchase replacement network switch/router and possible alternate paths to get service restored. | 0.40 | $375.00/hr | $150.00 |
| 08/16/2017 | Neil Bivona | Review weekly variance spreadsheets and prepare DIP Compliance reports for weeks 34, 35 & 36. | 2.30 | $375.00/hr | $862.50 |
| 08/17/2017 | Neil Bivona | Review weekly invoices & prepare disbursement detail worksheet. Prepare disbursement and transfer summary reports. | 1.80 | $375.00/hr | $675.00 |
| 08/17/2017 | Neil Bivona | Correspondence and call w/ Sterling Risk / M. Fleisher re: carrier review / acceptance of coverage for potential claim related to Racanelli HVAC / Electrical system damage. | 0.40 | $375.00/hr | $150.00 |
| 08/17/2017 | Neil Bivona | Meeting with staff re: closing timeline and go-forward plan re: transition of certain employees, relocation to Brookhaven, server/e-mail project status. | 1.00 | $375.00/hr | $375.00 |
| 08/17/2017 | Robert Rosenfeld | Process funding, issue payments and update quickbooks for weekly disbursements. | 1.50 | $390.00/hr | $585.00 |
| 08/17/2017 | Robert Rosenfeld | Review engagement letter provided by Baker Tilly related to form 990 preparation and make comments on agreement. | 0.70 | $390.00/hr | $273.00 |
| 08/18/2017 | Neil Bivona | Meet with Tri-State moving. Coordinate and supervise move of final portion of library special collections and fines, etc. form various buildings and locations to Brookhaven Campus. | 2.50 | $375.00/hr | $937.50 |
| 08/18/2017 | Robert Rosenfeld | Process payments for week ended 8/25/17 and travel to Signature Bank for Petty cash replenishment and update quickbooks for week. | 1.50 | $390.00/hr | $585.00 |
| 08/21/2017 | Neil Bivona | Meet w/ D. Cook re: status of Racanelli HVAC damage evaluation & insurance claim. | 0.50 | $375.00/hr | $187.50 |
| 08/22/2017 | Neil Bivona | Meet w/ staff re: closing, transition issues and move to Brookhaven campus. | 1.00 | $375.00/hr | $375.00 |
| 08/22/2017 | Neil Bivona | Review insurance polies related to sold properties re: cancellation and pro-ration for premium refunds. | 0.60 | $375.00/hr | $225.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**8/1/17 to 8/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 08/22/2017 | Neil Bivona | Meet w/ D. Cook re: status of assessment / repairs of Racanelli HVAC system and security transition issues. | 0.50 | $375.00/hr | $187.50 |
| 08/23/2017 | Neil Bivona | Meet w/ D. Cook re: post-closing items (Racanelli insurance claim, employee transition, utilities, etc.) | 0.60 | $375.00/hr | $225.00 |
| 08/23/2017 | Neil Bivona | Meet w/ staff at Brookhaven location. Assess office space / move planned for Friday. | 2.00 | $375.00/hr | $750.00 |
| 08/23/2017 | Robert Rosenfeld | Review emails related to post closing issues and respond to follow up questions. | 1.50 | $390.00/hr | $585.00 |
| 08/24/2017 | Neil Bivona | Work with staff to ready Brrookhavenoffices for move. Review documents in Brookhaven file cabinets and desks for determination of retention or destruction. | 4.00 | $375.00/hr | $1,500.00 |
| 08/25/2017 | Ilene Hellman | Research security monitoring options for the residences on the Oakdale Campus | 1.30 | $125.00/hr | $162.50 |
| 08/25/2017 | Neil Bivona | Organize & supervise staff / move of admin offices to Brookhaven Nat Center Bldg. B. | 5.00 | $375.00/hr | $1,875.00 |
| 08/28/2017 | Neil Bivona | Unpack / set up admin offices in Brookhaven Bldg. B. | 3.00 | $375.00/hr | $1,125.00 |
| 08/29/2017 | Neil Bivona | Roll forward borrowing availability worksheet & prepare notice of borrowing for DIP weeks 40-42. | 2.00 | $375.00/hr | $750.00 |
| 08/29/2017 | Neil Bivona | Update of week 37 disbursement file & correspondence w/ R. Mcleod re: the same & weekly compliance reports. | 1.00 | $375.00/hr | $375.00 |
| 08/30/2017 | Neil Bivona | Various correspondence w/ J. McDonald & E. Fernandez at Sterling risk re: insurance renewals. Review auto & workers comp renewal policies and payment terms. | 2.00 | $375.00/hr | $750.00 |
| 08/30/2017 | Neil Bivona | Review of payroll reports for current period & discuss w/ A. Dimola re: transitioned employees. | 0.50 | $375.00/hr | $187.50 |
| 08/30/2017 | Neil Bivona | Discussion w. R> Rosenfeld re: transition of business operations & staff to Brookhaven campus. | 0.50 | $375.00/hr | $187.50 |
| 08/30/2017 | Robert Rosenfeld | Update quickbooks and accounting for Debtor. | 2.00 | $390.00/hr | $780.00 |
| 08/30/2017 | Robert Rosenfeld | Discussion with N. Bivona regarding status of winddown and transition of Oakdale Campus. | 0.50 | $390.00/hr | $195.00 |
| 08/30/2017 | Robert Rosenfeld | Discussion with staff relating to status of accounting and IT issues and transition move to Brookhaven campus. | 1.00 | $390.00/hr | $390.00 |
| 08/31/2017 | Neil Bivona | Review weekly invoices & prepare disbursement detail worksheet. Prepare transfer and disbursement summary reports. | 2.20 | $375.00/hr | $825.00 |
| 08/31/2017 | Robert Rosenfeld | Work on accounting and disbursements for week and update accounting in quickbooks. | 2.00 | $390.00/hr | $780.00 |
| **Totals For Business Operations** | | | **73.40** | | **$27,569.00** |
| **Cash Monitoring** | | | | | |
| 08/14/2017 | Robert McLeod | Update budget model for revised Weeks 34-42 budget amounts. Prepare Weeks 34, 35, and 36 cash actual vs. budget compliance reports; circulate amongst RST team for review. | 3.60 | $335.00/hr | $1,206.00 |
| 08/15/2017 | Robert McLeod | Cross-check DIP funding per budget-actual tracking model to weekly funding tracker; update files accordingly; update weeks 35 and 36 compliance reports and circulate amongst RSR team for review. | 1.00 | $335.00/hr | $335.00 |
| 08/28/2017 | Robert McLeod | Prepare week 37 DIP budget compliance report / disbursements categorization. | 1.10 | $335.00/hr | $368.50 |
| **Totals For Cash Monitoring** | | | **5.70** | | **$1,909.50** |
| **Claims Investigation** | | | | | |
| 08/03/2017 | Neil Bivona | Call w M. Hablenko re: completion of analysis of Cigna & Healthplex claims. | 0.50 | $375.00/hr | $187.50 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**8/1/17 to 8/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 08/09/2017 | Neil Bivona | Review of analysis of Helathplex employee dental/vision claims analysis by M. Hablenko.  Forward to S. Southard for review and comment. | 1.30 | $375.00/hr | $487.50 |
| 08/14/2017 | Neil Bivona | Initial preliminary review of employee unpaid medical claim analysis prepared by Jzanus / M. Hablenko. | 0.50 | $375.00/hr | $187.50 |
| 08/22/2017 | Neil Bivona | Meet w/ A. Dimola re:  B. Scott inquiry on adjuncts, coaches and instructors. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Claims Investigation** | | | **2.80** | | **$1,050.00** |
| **Court Hearings** | | | | | |
| 08/28/2017 | Robert Rosenfeld | Call with S. Southard and N. Bivona to discuss prep for hearing. | 0.50 | $390.00/hr | $195.00 |
| 08/28/2017 | Robert Rosenfeld | Attend Court hearing regarding WARN complaint; Perkins Loan assignment and status of case. | 1.50 | $390.00/hr | $585.00 |
| 08/28/2017 | Neil Bivona | Attend Court hearing including pre and post meetings w/ S. Southard, R. Friedman & R. Rosenfeld. | 1.50 | $375.00/hr | $562.50 |
| **Totals For Court Hearings** | | | **3.50** | | **$1,342.50** |
| **Document Review** | | | | | |
| 08/17/2017 | Neil Bivona | Review revised Transition Agreement & provide comments to S. Southard. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Document Review** | | | **0.50** | | **$187.50** |
| **Dowling-Residential Ops** | | | | | |
| 08/04/2017 | Neil Bivona | Review draft complaint re: Stewart / 87 Central unpaid rent. Correspondence w/ F. Radian re: the same. | 0.50 | $375.00/hr | $187.50 |
| 08/07/2017 | Neil Bivona | Cal w/ J. Sturchio re: status of residential properties for sale.  Research flood insurance policy information re: transferability of policy on 87 Central.   Prepare correspondence re: 87 Central & send to J. Sturchio. | 0.70 | $375.00/hr | $262.50 |
| 08/11/2017 | Neil Bivona | Call and correspondence w/ F. Radman re: Cody / 39 Chateau May rent check. | 0.30 | $375.00/hr | $112.50 |
| 08/14/2017 | Neil Bivona | Various calls and correspondence w/ F. Radman and R> Rosenfeld re: refund of Cody rent overpayment. | 0.70 | $375.00/hr | $262.50 |
| 08/22/2017 | Neil Bivona | Tour 48 Van Bomel & meet w/ 24/7 cleaning crew to discuss scheduling of 48, 39 Chateau, 47 Chateau and 135 Idle Hour cleanouts. | 1.10 | $375.00/hr | $412.50 |
| 08/29/2017 | Neil Bivona | Various calls and correspondence with F. Radman, R. Rosenfeld, R. Bertucci and A. Stoloff re: settlement of past due rent for Stewart / 87 Central. | 1.50 | $375.00/hr | $562.50 |
| 08/29/2017 | Neil Bivona | Review updated information from I. Helman re: security system options for Oakdale residences. | 0.50 | $375.00/hr | $187.50 |
| 08/30/2017 | Neil Bivona | Meet w/ A. Grimball re: security shifts at Oakdale for residential properties. | 1.00 | $375.00/hr | $375.00 |
| **Totals For Dowling-Residential Ops** | | | **6.30** | | **$2,362.50** |
| **Dowling-Residential Sales** | | | | | |
| 08/01/2017 | Neil Bivona | Check out 39 Chateau Drive w/ D. Cook to make sure tenant has vacated and assess condition of house, necessary cleaning and repairs for listing. | 1.00 | $375.00/hr | $375.00 |
| 08/14/2017 | Neil Bivona | Call w/ D. Niknamfard & D. cook re: status of pending residential sales / contracts. | 0.50 | $375.00/hr | $187.50 |
| 08/14/2017 | Neil Bivona | Correspondence w/ J Sturchio re: interested party for residences & stats at 52/56 Van Bomel. | 0.30 | $375.00/hr | $112.50 |
| 08/23/2017 | Neil Bivona | Various correspondence w/ J. Sturchio.  Prepare schedule of remaining properties current status. | 0.80 | $375.00/hr | $300.00 |
| 08/27/2017 | Robert Rosenfeld | Review contracts of sale for three properties- 87 Central, 52 Van Bomel, and 275 Connetquot for execution of contracts. | 1.50 | $390.00/hr | $585.00 |

**RSR Consulting, LLC**                                                     **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**8/1/17 to 8/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 08/29/2017 | Neil Bivona | Call & correspondence w/ J. Sturchio re: 64Van Bomel listing. Correspondence w/ R. Friedman re: UCC consent to proposed listing price. Call w/ D. Cook & D. Hegarty re: removal of remaining file cabinets in garage area. | 1.00 | $375.00/hr | $375.00 |
| 08/29/2017 | Robert Rosenfeld | Review contracts to execute for residential properties in Oakdale and follow up with questions for Garfunkel Wild. | 1.00 | $390.00/hr | $390.00 |
| 08/30/2017 | Neil Bivona | Various correspondence w/ J Sturchio re: 44 Van Bomel , 48 Van Bomel, & 39 Chateau. | 0.60 | $375.00/hr | $225.00 |
| 08/30/2017 | Robert Rosenfeld | Discussions with J. Sturchio and N. Bivona and analysis of remaining residential houses and evaluate market price to list houses.  Correspond with Committee counsel for list price on houses. | 2.50 | $390.00/hr | $975.00 |
| 08/30/2017 | Robert Rosenfeld | Discuss with Garfunkel Wild regarding contract on 52 Van Bomel; execute contracts for sale; attend to notarization of signature for 275 Connetquot contract; and send overnight contracts to GW for 275 Connetquot closing. | 1.50 | $390.00/hr | $585.00 |
| 08/31/2017 | Robert Rosenfeld | Discussions with J. Sturchio and further analysis of residential sales in Oakdale. | 1.50 | $390.00/hr | $585.00 |
| **Totals For Dowling-Residential Sales** | | | **12.20** | | **$4,695.00** |
| **Financial Advisory** | | | | | |
| 08/09/2017 | Neil Bivona | Continue work on recovery model re: inclusion of post-petition interest calculation mechanisms and additional notes re: reserves and DIP interest. | 1.20 | $375.00/hr | $450.00 |
| **Totals For Financial Advisory** | | | **1.20** | | **$450.00** |
| **Financial Analysis** | | | | | |
| 08/01/2017 | Robert McLeod | Call amongst RSR team to review preliminary recovery analysis model. | 1.60 | $335.00/hr | $536.00 |
| 08/01/2017 | Neil Bivona | Review first draft of recovery waterfall analysis prepared by R. Mcleod; Call w/ R. Mcleod and R. Rosenfeld to walk through creditor settlement termsheet & waterfall model. | 2.00 | $375.00/hr | $750.00 |
| 08/03/2017 | Robert McLeod | Continue work on preliminary recovery analysis model. | 1.60 | $335.00/hr | $536.00 |
| 08/04/2017 | Robert McLeod | Continue work on preliminary recovery analysis model. | 1.40 | $335.00/hr | $469.00 |
| 08/04/2017 | Neil Bivona | Analyze and summarize secured creditor balances and collateral proceeds for UCC (OPP). | 2.00 | $375.00/hr | $750.00 |
| 08/07/2017 | Robert McLeod | Call amongst RSR team to review final draft of preliminary recovery analysis model for use at creditor meeting on 8/8/17. | 0.70 | $335.00/hr | $234.50 |
| 08/07/2017 | Robert McLeod | Complete updated draft of preliminary recovery analysis model - Scenario 1 - and circulate amongst RSR team for review. | 2.40 | $335.00/hr | $804.00 |
| 08/07/2017 | Robert McLeod | Call amongst RSR team to review latest version of preliminary recovery analysis model. | 0.80 | $335.00/hr | $268.00 |
| 08/07/2017 | Robert McLeod | Revise preliminary recovery analysis model based on RSR team discussions and recirculate. | 1.90 | $335.00/hr | $636.50 |
| 08/07/2017 | Neil Bivona | Review revised recovery analysis model & note comments. Call w/ R. Mcleod and R. Rosenfeld to discuss. | 2.20 | $375.00/hr | $825.00 |
| 08/07/2017 | Neil Bivona | Prepare high level analysis of ACA balances due and expected proceeds / shortfall after Oakdale sale as requested by R. Friedman.  Prepare correspondence to R. Friedman re: the same. | 1.00 | $375.00/hr | $375.00 |
| 08/08/2017 | Robert McLeod | Call amongst RSR team to discuss changes to recovery model. Revise model for multiple scenario formulas (IF statements). | 1.80 | $335.00/hr | $603.00 |
| 08/08/2017 | Neil Bivona | Further review of recovery model.  Call w/ R. Mcleod re: need to build in conditional tests to calculations. | 1.50 | $375.00/hr | $562.50 |
| 08/09/2017 | Robert McLeod | Revise recovery model for post-petition interest, scenarios and additional formula updates. | 2.40 | $335.00/hr | $804.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**8/1/17 to 8/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 08/10/2017 | Robert McLeod | Recovery model review call - counsel and RSR team. | 0.80 | $335.00/hr | $268.00 |
| 08/10/2017 | Robert McLeod | Update recovery model based on comments from review call with counsel. | 0.80 | $335.00/hr | $268.00 |
| 08/10/2017 | Robert McLeod | Update recovery model to include additional estimated post-petition interest amounts. | 0.30 | $335.00/hr | $100.50 |
| 08/10/2017 | Neil Bivona | Review information from UMB re: reserves held as Bond Trustee for 2002 and 2015 Bonds and DIP interest calculations.  Discuss the same w/ R. Rosenfeld.  Follow up re: 8th distribution notice. | 1.30 | $375.00/hr | $487.50 |
| 08/10/2017 | Neil Bivona | Follow-up call w/ R. Mcleod re: final changes to recovery model before circulating to creditors for review.  Review final changes and draft cover e-mail to creditors for distribution of draft model. | 1.10 | $375.00/hr | $412.50 |
| 08/15/2017 | Robert McLeod | Call with secured lender to review recovery model. | 0.90 | $335.00/hr | $301.50 |
| 08/15/2017 | Robert Rosenfeld | Review draft medical and dental claims analysis relating to pre petition unpaid claims. | 0.50 | $390.00/hr | $195.00 |
| 08/22/2017 | Neil Bivona | Begin working on DIP budget extension from Sept 15 through expected end of case. | 1.50 | $375.00/hr | $562.50 |
| 08/22/2017 | Neil Bivona | Review draft recovery model re: change in timing / sequence of sales of different classes of collateral & additional edits to be made based upon review call w/ ACA. | 0.80 | $375.00/hr | $300.00 |
| 08/23/2017 | Robert McLeod | Update recovery model for reserve deposits and final amounts for Oakdale sale. | 0.80 | $335.00/hr | $268.00 |
| 08/23/2017 | Neil Bivona | Call w/ R. Mcleod re: edits to the Recovery model. | 0.70 | $375.00/hr | $262.50 |
| 08/23/2017 | Neil Bivona | Call w/ L. Roberson at UMB re: 2002 / 2015 bond reserves and treatment in recovery model. | 0.30 | $375.00/hr | $112.50 |
| 08/23/2017 | Neil Bivona | Continue work on DIP budget extension (weeks 43-70). | 1.80 | $375.00/hr | $675.00 |
| 08/23/2017 | Robert McLeod | Call amongst RSR team to discuss updates to recovery model based on new information. | 0.70 | $335.00/hr | $234.50 |
| 08/24/2017 | Neil Bivona | Analysis of Oakdale sale proceeds and required reserves / funds available to distribute.  Calls & correspondence w/ S. Southard, R. Friedman and R. Rosenfeld re: the same. | 2.00 | $375.00/hr | $750.00 |
| **Totals For Financial Analysis** | | | **37.60** | | **$13,351.50** |
| **Litigation Matters** | | | | | |
| 08/24/2017 | Ilene Hellman | Spoke with Anne Dimola re WARN Complaint | 0.20 | $125.00/hr | $25.00 |
| **Totals For Litigation Matters** | | | **0.20** | | **$25.00** |
| **Meetings with Creditors and/or Representatives** | | | | | |
| 08/08/2017 | Robert Rosenfeld | Meeting with ACA, Oppenheimer, UCC and representatives and Debtor's advisors relating to divestiture of Brookhaven property. | 5.50 | $390.00/hr | $2,145.00 |
| 08/15/2017 | Neil Bivona | Call w/ B. Faustini and R. Mcleod to review draft recovery analysis model. Follow-up review and notes re: ACA comments. | 1.00 | $375.00/hr | $375.00 |
| 08/15/2017 | Neil Bivona | Call w/ B. Faustini re: review of notice of borrowing related to TLA and TL D. | 0.40 | $375.00/hr | $150.00 |
| **Totals For Meetings with Creditors and/or Representatives** | | | **6.90** | | **$2,670.00** |
| **Meetings with Debtor and Representatives** | | | | | |
| 08/04/2017 | Neil Bivona | Status update call w/ S. Southard on a a number of issues. | 0.60 | $375.00/hr | $225.00 |
| 08/10/2017 | Neil Bivona | Call w/ S. Southard, J. Corneau & R. Mcleod re:  walk-through of recovery model. | 0.70 | $375.00/hr | $262.50 |
| 08/10/2017 | Neil Bivona | Call w/ R. Rosenfeld & S. Southard re: A&G/MH and CBRE coordination agreement and marketing plan and report on R. Rosenfeld call re: the same w/ R. Bertucci and M. Sato. | 0.50 | $375.00/hr | $187.50 |
| 08/14/2017 | Neil Bivona | Status update call w/ S.Southard & R. Rosenfeld. | 0.50 | $375.00/hr | $187.50 |
| 08/24/2017 | Neil Bivona | Status update call w/ S. Southard. | 0.50 | $375.00/hr | $187.50 |
| 08/28/2017 | Neil Bivona | Pre-hearing update call w. S. Southard & R. Rosenfeld. | 0.50 | $375.00/hr | $187.50 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**8/1/17 to 8/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Totals For Meetings with Debtor and Representatives** | | | **3.30** | | **$1,237.50** |
| **Oakdale-Residential** | | | | | |
| 08/02/2017 | Robert Rosenfeld | Discussions with J. Sturcchio regarding status of remaining residential properties for sale and review correspondence from Oppenheimer and DE. | 0.80 | $390.00/hr | $312.00 |
| 08/03/2017 | Robert Rosenfeld | Review contract for 8 Idle Hour; execute documents and visit to UPS for notary and overnight shipping to M. White for closing. | 1.00 | $390.00/hr | $390.00 |
| 08/28/2017 | Robert Rosenfeld | Review correspondence and discuss with DE and Oppenheimer status of residential properties in Oakdale. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Oakdale-Residential** | | | **2.80** | | **$1,092.00** |
| **Other** | | | | | |
| 08/29/2017 | Ilene Hellman | Research security options for residential homes on Oakdale Campus | 0.80 | $125.00/hr | $100.00 |
| 08/29/2017 | Ilene Hellman | Research security options for residential homes on Oakdale Campus | 0.90 | $125.00/hr | $112.50 |
| 08/29/2017 | Ilene Hellman | Research security options for residential homes on Oakdale Campus | 0.50 | $125.00/hr | $62.50 |
| 08/31/2017 | Ilene Hellman | Research security options for residential homes on Oakdale Campus | 0.50 | $125.00/hr | $62.50 |
| **Totals For Other** | | | **2.70** | | **$337.50** |
| **Reporting** | | | | | |
| 08/01/2017 | Neil Bivona | Review weekly DIP Variance analysis.  Prepare weekly DIP Compliance report for week 33 ended 7-14-17. | 1.00 | $375.00/hr | $375.00 |
| 08/14/2017 | Neil Bivona | Review of July MOR. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Reporting** | | | **1.50** | | **$562.50** |
| **Retention** | | | | | |
| 08/02/2017 | Robert Rosenfeld | Prepare supplemental declaration relating to RSR retention for Debtor. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Retention** | | | **1.00** | | **$390.00** |
| **Tax compliance** | | | | | |
| 08/16/2017 | Robert Rosenfeld | Work on final return for health insurance plan - form 720. | 1.20 | $390.00/hr | $468.00 |
| **Totals For Tax compliance** | | | **1.20** | | **$468.00** |
| **UST Reporting** | | | | | |
| 08/07/2017 | Robert Rosenfeld | Work on MOR for July 2017 and work on month end closing of books. | 2.50 | $390.00/hr | $975.00 |
| 08/10/2017 | Robert Rosenfeld | Work on MOR for July for subsequent revisions and update quickbooks for July activity. | 2.00 | $390.00/hr | $780.00 |
| 08/11/2017 | Robert Rosenfeld | Make further revisions to July MOR . | 1.50 | $390.00/hr | $585.00 |
| 08/14/2017 | Robert Rosenfeld | Work on revisions to July MOR | 1.50 | $390.00/hr | $585.00 |
| 08/28/2017 | Robert Rosenfeld | Review 2015.3 reports for PAIH for third interim reports and make revisions thereto.  Review and format 75 reports for filing. | 6.50 | $390.00/hr | $2,535.00 |
| **Totals For UST Reporting** | | | **14.00** | | **$5,460.00** |
| **Grand Total** | | | **299.40** | | **$111,835.50** |

**RSR Consulting, LLC** **Exhibit D**
**Dowling College - Case #16-75545 (REG)**
**Detailed Expense Report**
**8/1/17 to 8/31/17**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 08/11/2017 | Robert Rosenfeld | Quickbooks monthly charge for Dowling | $6.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$6.00** |
| **Office Supplies** | | | |
| 08/03/2017 | Robert Rosenfeld | Notary fee for 8 Idle Hour closing | $4.00 |
| 08/09/2017 | Robert Rosenfeld | Notary fees for Town of Islip notices regarding vacant houses at Oakdale. | $4.00 |
| 08/31/2017 | Robert Rosenfeld | Office supplies for RSR related to computer connection at Brookhaven campus. | $43.97 |
| **Totals Billable Amounts for Office Supplies** | | | **$51.97** |
| **Postage & Shipping** | | | |
| 08/03/2017 | Robert Rosenfeld | UPS overnight for 8 Idle Hour closing | $25.61 |
| 08/31/2017 | Robert Rosenfeld | Overnight shipping to Garfunkel Wild for 275 Connetquot closing documents. | $29.87 |
| **Totals Billable Amounts for Postage & Shipping** | | | **$55.48** |
| **Grand Total** | | | **$113.45** |