United States Bankruptcy Court
Eastern District of New York

In re:                                                                          Case No. 16-75545-reg
Dowling College                                                                 Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8          User: smarcus              Page 1 of 2              Date Rcvd: Sep 08, 2017
                              Form ID: 295               Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.
db           +Dowling College,   150 Idle Hour Blvd.,   Oakdale, NY 11769-1999
aty          +Klestadt Winters Jureller Southard & Stevens, LLP,   200 West 41st Street,   17th Floor,
               New York, NY 10036-7219
             +James H. Knapp,   US Attorney's Office, EDNY,   610 Federal Plaza, 5th Floor,
               Central Islip, NY 11722-4454
             +Rene Roupinian,   Outten & Golden LLP,   685 Third Avenue, 25th Floor,
               New York, NY 10017-8413
             +Stan Yang,   Office of the U.S. Trustee,   560 Federal Plaza,   Central Islip, NY 11722-4456

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2017 at the address(es) listed below:
      Adam T Berkowitz    on behalf of Creditor    UMB Bank, National Association as Indenture Trustee
       aberkowitz@garfunkelwild.com,    ehuggler@garfunkelwild.com
      Andrew M Thaler    on behalf of Interested Party    Venmar Holding SA athaler@athalerlaw.com,
       dawn@athalerlaw.com;spiros@athalerlaw.com;r61907@notify.bestcase.com
      Anthony C Acampora    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
       efilings@spallp.com,
       aca@spallp.com;ksilverman@ecf.epiqsystems.com;ggerson@sallp.com;sgiugliano@silvermanacampora.com
      Brendan M Scott    on behalf of Defendant    Dowling College bscott@klestadt.com
      Brian D Pfeiffer    on behalf of Creditor    ACA Financial Guaranty Corp.
       brian.pfeiffer@whitecase.com,    jdisanti@whitecase.com;mco@whitecase.com
      Dipesh  Patel    on behalf of Creditor    Dowling College Full Time Faculty Chapter of New York
       State United Teachers dpatel@saul.com
      Elizabeth M Aboulafia    on behalf of Creditor    NCF Capital LTD eaboulafia@cullenanddykman.com
      Gerard R Luckman    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
       GLuckman@SilvermanAcampora.com,    GLuckman@Forchellilaw.com;Bhufnagel@forchellilaw.com
      Glenn P Warmuth    on behalf of Interested Party Kimberly Dawn Poppiti gpw@stim-warmuth.com,
       pjw@stim-warmuth.com
      Glenn P Warmuth    on behalf of Creditor Kimberly Dawn Poppiti gpw@stim-warmuth.com,
       pjw@stim-warmuth.com
      Howard B Kleinberg    on behalf of Interested Party    Certain Members Of The Dowling College Board
       of Trustees hkleinberg@MSEK.com,    kgiddens@msek.com
      Jack A Raisner    on behalf of Plaintiff Lori  Zaikowski jar@outtengolden.com,
       kdeleon@outtengolden.com;jxh@outtengolden.com;rmasubuchi@outtengolden.com;rfisher@outtengolden.com
      Jack A Raisner    on behalf of Creditor Lori  Zaikowski jar@outtengolden.com,
       kdeleon@outtengolden.com;jxh@outtengolden.com;rmasubuchi@outtengolden.com;rfisher@outtengolden.com
      James H. Knapp    on behalf of Creditor    Department of Education james.knapp@usdoj.gov
      James H. Knapp    on behalf of Creditor    U.S. Department of Veteran Affairs james.knapp@usdoj.gov
      Jeffrey C Wisler    on behalf of Creditor    Cigna Health and Life Insurance Company
       jwisler@connollygallagher.com
      John J Ramirez    on behalf of Creditor    ACA Financial Guaranty Corp. john.ramirez@whitecase.com,
       jdisanti@whitecase.com;mco@whitecase.com
      Joseph Charles Corneau    on behalf of Debtor    Dowling College jcorneau@klestadt.com

```
District/off: 0207-8          User: smarcus               Page 2 of 2         Date Rcvd: Sep 08, 2017
                              Form ID: 295                Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Karl J Silverberg    on behalf of Creditor    Powerhouse Maintenance, Inc.
           ksilverberg@silverbergpclaw.com,    ksilverberg@king-king-law.com
          Laine A Armstrong    on behalf of Creditor Martin    Schoenhals laine@advocatesny.com
          Lauren Catherine Kiss    on behalf of Defendant    Dowling College lkiss@klestadt.com
          Lauren Catherine Kiss    on behalf of Debtor    Dowling College lkiss@klestadt.com
          Matthew A Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
          Matthew G Roseman    on behalf of Creditor    NCF Capital LTD mroseman@cullenanddykman.com
          Neil S Begley    on behalf of Creditor    ACA Financial Guaranty Corp. neil.begley@srz.com
          Rene S Roupinian    on behalf of Plaintiff Lori    Zaikowski rroupinian@outtengolden.com,
           jxh@outtengolden.com;cbrann@outtengolden.com;kcarter@outtengolden.com
          Richard J McCord    on behalf of Creditor    ACA Financial Guaranty Corp.
           rmccord@certilmanbalin.com,
           afollett@certilmanbalin.com;cfollett@certilmanbalin.com;cglick@certilmanbalin.com;CBAHECM@gmail.c
           om;mmcord@certilmanbalin.com
          Ronald J Friedman    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
           efilings@spallp.com,
           rfriedman@silvermanacampora.com;dmahoney@silvermanacampora.com;JHellman@SilvermanAcampora.com;JKr
           ell@SilvermanAcampora.com
          Sean C Southard    on behalf of Debtor    Dowling College ssouthard@klestadt.com
          Stan Y Yang    stan.y.yang@usdoj.gov,    stan.y.yang@usdoj.gov
          Stephanie R Sweeney    on behalf of Debtor    Dowling College ssweeney@klestadt.com
          United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 32
```

| Information to identify the case: | | |
|---|---|---|
| Debtor | **Dowling College** <br> Name | EIN **11–2157078** |
| United States Bankruptcy Court   Eastern District of New York <br> 290 Federal Plaza <br> Central Islip, NY 11722 | | Date case filed for Chapter **11: 11/29/16** |
| Case number:  **8–16–75545–reg** | | |

# NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 8/28/17 was filed on 9/7/17.

The following deadlines apply:

The parties have until September 14, 2017 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is September 28, 2017.

If a Transcript Redaction Request is filed, the redacted transcript is due October 10, 2017.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is December 6, 2017, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber TypeWrite at 518–581–8973 or you may view the document at the public terminal at the Office of the Clerk.

Dated: September 8, 2017

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17]