**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Stephanie R. Sweeney

*Attorneys for the Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re                                          :       Chapter 11
                                               :
DOWLING COLLEGE,                               :       Case No. 16-75545 (REG)
                                               :
                                               :
                        Debtor.                :
-----------------------------------------------------------------x

## HEARING AGENDA

| **Time and Date of Hearing:** | September 27, 2017 at 1:30 p.m. (Eastern Time) |
|---|---|
| **Location of Hearing:** | Courtroom of the Honorable Robert E. Grossman, United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 |
| **Copies of Motions and Applications:** | The Motions and Applications may be viewed on the Court's website (http://www.nyeb.uscourts.gov/) with a login and password to the Court's Public Access to Court Electronic Records and copies of such documents can be obtained from the Debtor's proposed noticing agent, Garden City Group, LLC at http://cases.gardencitygroup.com/dco. |

I. **<u>Uncontested Matters</u>**

   1. Adjourned Status Hearing

      <u>Related Documents</u>:

      A. Order Scheduling Initial Case Management Conference [DE 74].

      <u>Status</u>: This matter is going forward.

   2. Debtor's Motion for an Order Approving and Authorizing Procedures for the Turnover of the Debtor's Federal Perkins Loan Portfolio [DE 347].

      <u>Related Documents</u>:

      A. Affidavit of Service [DE 348].

      B. Memorandum of Law in Support Filed by James H. Knapp on behalf of Department of Education [DE 390].

      <u>Status</u>: This matter is on for status only. Parties have submitted form of interim order based on prior hearing results.

   3. Debtor's Motion for an Order Approving the Remittance of Available Net Proceeds from the Sale of the Oakdale Campus to the DIP Agent [DE 394].

      <u>Related Documents</u>:

      A. Affidavit of Service [DE 397].

      <u>Status</u>: This matter is going forward.

   4. Debtor's Application for an Order (I) Authorizing Employment of Receivable Collections Services, LLC in Conjunction with Forster & Garbus LLP to Collect the Debtor's Student Accounts Receivable; (II) Approving Establishment of Segregated Trust Account for Deposit of Collections and Payment of Fees and Reimbursement of Expenses; and (III) Establishing Monthly Reporting and Final Fee Approval Procedures Applicable to Such Professionals [DE 399].

      <u>Related Documents</u>:

      A. Affidavit of Service [DE 400].

      <u>Status</u>: This matter is going forward.

II. **<u>Adversary Proceeding</u>**

5. *Lori Zaikowski, on behalf of herself and all others similarly situated v. Dowling College*, Adv. Pro. No. 16-08178 (REG)

   Pretrial Conference

   <u>Related Documents</u>:

   A. Second Amended Adversary Class Action Complaint [Adv. Pro. DE 3].

   B. Summons and Notice of Pretrial Conference in Adversary Proceeding [Adv. Pro. DE 4].

   C. Dowling College's Answer with Affirmative Defenses [Adv. Pro. DE 7].

   <u>Status</u>: This matter has been adjourned to October 16, 2017 at 1:30 p.m.

Dated: New York, New York
       September 26, 2017

          **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

          By: */s/ Sean C. Southard*
               Sean C. Southard
               Stephanie R. Sweeney
               200 West 41st Street, 17th Floor
               New York, NY 10036
               Tel: (212) 972-3000
               Fax: (212) 972-2245
               Email: ssouthard@klestadt.com
                        ssweeney@klestadt.com

               *Attorneys for the Debtor-in-Possession*