# WHITE & CASE

September 27, 2017

The Honorable Robert E. Grossman
United States Bankruptcy Court for the Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:   *In re: Dowling College*
      Case No. 16-75545 (E.D.N.Y. Bankr.)

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

Dear Judge Grossman:

White & Case LLP ("White & Case" or the "Firm") is acting for ACA Financial Guaranty Corp. ("ACA"), a party-in-interest in the above-referenced matter (the "Case"). The purpose of this letter is to inform Chambers as well as the parties copied on this letter that Brett Bakemeyer, Law Clerk for Your Honor from September 2016 to August 2017, has joined White & Case as an Associate as of September 25, 2017.

While in Chambers, Ms. Bakemeyer worked on the Case. Accordingly, White & Case has screened Ms. Bakemeyer completely from any involvement in the Case in accordance with the Firm's customary procedures and in accordance with applicable rules of professional responsibility.

Such screening should remove all questions as to the propriety of Ms. Bakemeyer's employment while the Firm continues its representation of ACA in the Case. If there is a contrary view, we respectfully request both Ms. Bakemeyer and the Firm be informed.

Hon. Robert E. Grossman
September 27, 2017



To the extent that Your Honor deems additional notice to be appropriate, White & Case will serve or file whatever notices Your Honor directs.

Respectfully yours,

White & Case LLP

By: _____
Debra Kobrin Levy, Esq.

**Assistant General Counsel**

T +212-819-8757
E debra.levy@whitecase.com

cc: Brett Bakemeyer
Service list (by e-mail)