UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DOWLING COLLEGE,<br>f/d/b/a DOWLING INSTITUTE,<br>f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,<br>f/d/b/a CECOM,<br>a/k/a DOWLING COLLEGE, INC.,<br><br>           Debtor. | Chapter 11<br><br>Case No. 16-75545 (REG) |

### TENTH REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM SEPTEMBER 1, 2017 THROUGH SEPTEMBER 30, 2017

The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("RSR") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("Mr. Rosenfeld") as Chief Restructuring Officer ("CRO") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period September 1, 2017 through September 30, 2017.

    Exhibit A –   Summary of Fees and Expenses

    Exhibit B –   Summary of Services by Project Category

    Exhibit C –   Detailed time entries by Project Category

    Exhibit D –   Detail of Expenses Incurred

By: /s/ Robert S. Rosenfeld
Robert S. Rosenfeld
October 6, 2017

**Exhibit A**

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses**
**9/1/17 Through 9/30/17**

**Summary of Fees**

| Summary by Professional | Responsibility | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| R. Rosenfeld | Chief Restructuring Officer | 87.90 | $ 390.00 | $ 34,281.00 |
| N. Bivona | Consultant | 136.00 | $ 375.00 | 51,000.00 |
| R. McLeod | Consultant | 8.90 | $ 335.00 | 2,981.50 |
| I. Hellman | Paraprofessional | 0.80 | $ 125.00 | 100.00 |
| **Total** | | **233.60** | | **$ 88,362.50** |

| | | | | |
|---|---|---|---|---:|
| **Average blended hourly rate** | | | | **$ 378.26** |

**Summary of Expenses**

| | |
|---|---:|
| **Accounting-software** | $ 6.00 |
| **Total Disbursements** | **$ 6.00** |

**RSR Consulting, LLC**  **Exhibit B**
**Dowling College - Case #16-75545 (REG)**
**Summary of Services by Project Category**
**9/1/17 Through 9/30/17**

| Category | Billable Time | Billable Amt |
|---|---|---|
| **Asset Analysis and Recovery** | 3.50 | $1,365.00 |
| **Asset Disposition** | 37.20 | $14,211.00 |
| **Bankruptcy Motions** | 2.80 | $1,057.50 |
| **Business Analysis** | 17.00 | $6,375.00 |
| **Business Operations** | 101.50 | $38,644.50 |
| **Cash Monitoring** | 4.30 | $1,440.50 |
| **Claims Investigation** | 2.70 | $1,012.50 |
| **Court Hearings** | 1.60 | $612.00 |
| **Document Review** | 3.50 | $1,312.50 |
| **Dowling-Opp Commercial sales** | 0.40 | $150.00 |
| **Dowling-Residential Ops** | 7.80 | $2,925.00 |
| **Dowling-Residential Sales** | 16.80 | $6,393.00 |
| **Fee Applications** | 2.50 | $975.00 |
| **Financial Analysis** | 4.60 | $1,541.00 |
| **Litigation Matters** | 3.00 | $1,170.00 |
| **Meetings with Creditors and/or Representatives** | 3.60 | $1,369.50 |
| **Meetings with Debtor and Representatives** | 4.50 | $1,725.00 |
| **Oakdale-Residential** | 0.90 | $351.00 |
| **Other** | 0.80 | $100.00 |
| **Reporting** | 4.10 | $1,537.50 |
| **UST Reporting** | 10.50 | $4,095.00 |
| **Grand Total** | 233.60 | $88,362.50 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**9/1/17 Through 9/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 09/06/2017 | Robert Rosenfeld | Call with S. Southard to discuss status of Brookhaven disposition discussions with creditors. | 0.50 | $390.00/hr | $195.00 |
| 09/11/2017 | Robert Rosenfeld | Calls with R. Parr and S. Southard regarding status of marketing of Brookhaven property for sale. | 0.90 | $390.00/hr | $351.00 |
| 09/12/2017 | Robert Rosenfeld | Discussions with ACA representative (.4), S. Southard (.4) and N. Bivona (.3) regarding status of disposition of Brookhaven site. | 1.10 | $390.00/hr | $429.00 |
| 09/13/2017 | Robert Rosenfeld | Calls with S. Southard and R. Parr related to status of Brookhaven marketing and sales status. | 0.50 | $390.00/hr | $195.00 |
| 09/19/2017 | Robert Rosenfeld | Review distribution analysis on available funds to creditors and discuss with N. Bivona. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Asset Analysis and Recovery** | | | **3.50** | | **$1,365.00** |
| **Asset Disposition** | | | | | |
| 09/01/2017 | Neil Bivona | Various correspondence & calls w/ M. Slatery, A. Dimola and D. cook re: transitioned employee payroll. | 0.60 | $375.00/hr | $225.00 |
| 09/01/2017 | Neil Bivona | Tour / inspect various rooms in Nat Center Bldg. B re: evidence of leaks / damage to ceiling tiles. Meet w/ HVAC contractor re: starts of getting system services and relation of HVAC system to any leaks. | 1.50 | $375.00/hr | $562.50 |
| 09/06/2017 | Robert Rosenfeld | Call with R . Bertucci to discuss status of Brookhaven property disposition. | 1.00 | $390.00/hr | $390.00 |
| 09/06/2017 | Robert Rosenfeld | Call with B. Faustini (ACA) to discuss status of Brookhaven disposition. | 0.70 | $390.00/hr | $273.00 |
| 09/06/2017 | Robert Rosenfeld | Review closing correspondence on IPV4 addresses and process reporting for Debtor. | 0.50 | $390.00/hr | $195.00 |
| 09/07/2017 | Neil Bivona | Various calls w/ D. cook re: sewage treatment applications, an other transition issues. | 1.00 | $375.00/hr | $375.00 |
| 09/08/2017 | Neil Bivona | Meet w/ D. Cook in Oakdale re: retrieval of additional information and drawings related to Brookhaven campus. | 1.00 | $375.00/hr | $375.00 |
| 09/08/2017 | Neil Bivona | Review Oakdale campus SPEDES permit transfer document. Correspondence w/ S. Southard & R . Rosenfeld re: the same. | 0.50 | $375.00/hr | $187.50 |
| 09/08/2017 | Neil Bivona | Inspection of Brookhaven facilities storage trailers re: items to be disposed of & need for special handling. | 0.50 | $375.00/hr | $187.50 |
| 09/08/2017 | Robert Rosenfeld | Review draft APA for Brookhaven. | 0.50 | $390.00/hr | $195.00 |
| 09/11/2017 | Neil Bivona | Call w/ R. Rosenfeld and S. Southard re: path forward for Brookhaven sale | 0.50 | $375.00/hr | $187.50 |
| 09/12/2017 | Neil Bivona | Meet w/ former employee (D. Brooks) re: retrieval of Non Estate Property from Brookhaven campus. | 0.50 | $375.00/hr | $187.50 |
| 09/12/2017 | Neil Bivona | Draft illustration of settlement agreement waterfall and reserves for discussion w/ M. Cheng. | 2.50 | $375.00/hr | $937.50 |
| 09/12/2017 | Neil Bivona | Call w. R Rosenfeld re: status of Brookhaven disposition discussions, settlement agreement waterfall, DIP budget extension and 72 Chateau sewage agreement. | 0.40 | $375.00/hr | $150.00 |
| 09/14/2017 | Robert Rosenfeld | Review draft APA for Brookhaven property and respond to counsel with comments. | 1.50 | $390.00/hr | $585.00 |
| 09/15/2017 | Neil Bivona | Begin reviewing boxes of archived files in hangar retrieved from Astro Moving & storage for retention or destruction. | 3.00 | $375.00/hr | $1,125.00 |
| 09/18/2017 | Neil Bivona | Review of binders, drawings and other information for possible inclusion in Brookhaven sale data room. | 2.00 | $375.00/hr | $750.00 |
| 09/18/2017 | Robert Rosenfeld | Analyze potential broker commission scenarios in connection with reaching agreement for brokers compensation. | 1.50 | $390.00/hr | $585.00 |
| 09/19/2017 | Neil Bivona | Calls & follow up correspondence w/ Verizon & D. Cook re: transfer of service of Oakdale campus alarm panel lines to Mercury. | 0.40 | $375.00/hr | $150.00 |

**RSR Consulting, LLC**         **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**9/1/17 Through 9/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 09/19/2017 | Neil Bivona | Call w/ D. cook re: status on various transition issues. | 0.50 | $375.00/hr | $187.50 |
| 09/19/2017 | Neil Bivona | Make further edits to Settlement Agreement asset proceeds allocation illustration & circulate to R. Rosenfeld, R. Mcleod and S. Southard for review and comment. | 1.00 | $375.00/hr | $375.00 |
| 09/19/2017 | Robert Rosenfeld | Review and prepare correspondence to Oppenheimer, J. Sturchio, and R. Friedman regarding status of sales of Oakdale residential sales are monitor new listing activity list prices and offers on houses. | 1.30 | $390.00/hr | $507.00 |
| 09/19/2017 | Robert Rosenfeld | Calls with S. Southard and J. Hubbard regarding status update on Brookhaven property site. | 0.50 | $390.00/hr | $195.00 |
| 09/19/2017 | Robert Rosenfeld | Follow up call with counsel regarding Town of Brookhaven issues on Shirley campus disposition. | 0.40 | $390.00/hr | $156.00 |
| 09/20/2017 | Neil Bivona | Review information from D> Brooks re; simulator lab equipment. Call w/ B. Grim re: possible sale of ATC and NASA simulators. | 1.00 | $375.00/hr | $375.00 |
| 09/20/2017 | Neil Bivona | Call w/ D. Cook and follow up call to M. Roseman re: payroll for transferred employees. | 0.50 | $375.00/hr | $187.50 |
| 09/20/2017 | Robert Rosenfeld | Follow up call with S. Southard and N. Bivona to discuss next steps with brokers and process. | 0.30 | $390.00/hr | $117.00 |
| 09/20/2017 | Robert Rosenfeld | Call with A. Graiser (A&G) to discuss status of marketing process for Brookhaven property and commission status with CBRE. | 0.50 | $390.00/hr | $195.00 |
| 09/20/2017 | Robert Rosenfeld | Call with S. Southard and J. Corneau regarding follow up from discussion with A. Graiser and next steps on Brookhaven disposition. | 0.40 | $390.00/hr | $156.00 |
| 09/20/2017 | Robert Rosenfeld | review and provide comments to correspondence draft to brokers on Brookhaven site. | 0.40 | $390.00/hr | $156.00 |
| 09/22/2017 | Neil Bivona | Review of spreadsheet from D. Cook to D. Cook re: estimates for repairs of Racanelli HVAC . electrical system. | 0.50 | $375.00/hr | $187.50 |
| 09/25/2017 | Robert Rosenfeld | Discuss coordination of marketing process for brokers and review sale motion and related documents for filing. | 1.50 | $390.00/hr | $585.00 |
| 09/25/2017 | Neil Bivona | Call w/ R. Rosenfeld, S. Southard & MH/A&G and CBRE broker representatives re: marketing & sale process for Brookhaven campus. | 1.10 | $375.00/hr | $412.50 |
| 09/25/2017 | Robert Rosenfeld | Call with brokers from CBRE and AG/MH regarding coordination of marketing efforts. | 1.00 | $390.00/hr | $390.00 |
| 09/25/2017 | Robert Rosenfeld | Discussions with UCC counsel regarding status of broker marketing process for Brookhaven site (.5); analyze commission structures for brokers for Brookhaven campus (1.5) | 2.00 | $390.00/hr | $780.00 |
| 09/26/2017 | Robert Rosenfeld | Calls with A. Graiser (AG Realty) regarding status of broker coordination efforts on sale of Brookhaven site (.4); S. Southard regarding status update on brokers and sale motion process (.5). | 0.90 | $390.00/hr | $351.00 |
| 09/26/2017 | Robert Rosenfeld | Calls with brokers and counsel related to coordination efforts for Brookhaven site sale and status of motions for bid procedures. | 1.50 | $390.00/hr | $585.00 |
| 09/27/2017 | Neil Bivona | Meet w/ J. Cote at Brookhaven campus re: drawings and other facility information for data room. | 0.50 | $375.00/hr | $187.50 |
| 09/28/2017 | Neil Bivona | Review of A&G/MH proposed marketing timeline. | 0.30 | $375.00/hr | $112.50 |
| 09/29/2017 | Robert Rosenfeld | Review draft CIM prepared by brokers relating to Brookhaven disposition. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Asset Disposition** | | | **37.20** | | **$14,211.00** |
| **Bankruptcy Motions** | | | | | |
| 09/01/2017 | Neil Bivona | Call and correspondence w/ S. Dupaix & L. Roberson at UMB re: DIP loan balances and and interest accruals. Revise analysis of Oakdale sale proceeds distribution. | 1.30 | $375.00/hr | $487.50 |
| 09/01/2017 | Robert Rosenfeld | Review revised motion for allocation of funds from sale of Oakdale campus and provide comments to counsel. | 0.50 | $390.00/hr | $195.00 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**9/1/17 Through 9/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 09/11/2017 | Neil Bivona | Review retention motion and supporting declarations for RCS / F&G Retention.  Calls w/ M> Hablenko and S. Sweeney re comments & questions on the same.  Review final revised motion and declarations. | 1.00 | $375.00/hr | $375.00 |
| **Totals For Bankruptcy Motions** | | | **2.80** | | **$1,057.50** |
| **Business Analysis** | | | | | |
| 09/11/2017 | Neil Bivona | Review Simplex contracts and inspection schedule for Brookhaven and Oakdale campus properties.  Send notice to Simplex re: sale of Oakdale and end of service under contracts.   Calculate timing and amount of required 2017 inspections for Brookhaven campus and dorm. | 1.20 | $375.00/hr | $450.00 |
| 09/12/2017 | Neil Bivona | Call w/ R Mcleod re: reconciliation of DIP balances from UMB to borrowing requests and DIP model and settlement waterfall / recovery analysis. | 0.40 | $375.00/hr | $150.00 |
| 09/13/2017 | Neil Bivona | Review of UMB DIP activity / balance spreadsheet vs borrowing and mandatory prepayment notices & attempt to reconcile. | 1.20 | $375.00/hr | $450.00 |
| 09/13/2017 | Neil Bivona | Begin reconstructing correct DIP activity / balance spreadsheet by tranche. | 3.50 | $375.00/hr | $1,312.50 |
| 09/14/2017 | Neil Bivona | Continue reconciliation / reconstruction of DIP loan history for TL B and TL C portions. | 2.80 | $375.00/hr | $1,050.00 |
| 09/14/2017 | Neil Bivona | Complete and circulate draft DIP Budget extension through year-end 2017. | 0.70 | $375.00/hr | $262.50 |
| 09/15/2017 | Neil Bivona | Review and edit draft DIP Budget extension and prepare DIP commitment summary report. | 1.20 | $375.00/hr | $450.00 |
| 09/19/2017 | Neil Bivona | Review and revise DIP tracking spreadsheet and settlement agreement waterfall. | 3.50 | $375.00/hr | $1,312.50 |
| 09/20/2017 | Neil Bivona | Further revisions to settlement agreement illustration & DIP tracking spreadsheet.  Add in spreadsheet for tracking of 2002 & 2015 Bond reserve deposits. | 2.50 | $375.00/hr | $937.50 |
| **Totals For Business Analysis** | | | **17.00** | | **$6,375.00** |
| **Business Operations** | | | | | |
| 09/01/2017 | Neil Bivona | Prepare DIP transfers and wire payments for approval. | 0.50 | $375.00/hr | $187.50 |
| 09/01/2017 | Neil Bivona | Calls & correspondence w/ P. Curio, A. Grimble and D. Cook re: Oakdale security issues. | 1.00 | $375.00/hr | $375.00 |
| 09/01/2017 | Neil Bivona | Meet w/ W. Benka re: status of IPv4 sale and Banner server repairs. | 0.50 | $375.00/hr | $187.50 |
| 09/01/2017 | Neil Bivona | Assist staff w/ moving of fireproof file cabinets & Perkins original note files. | 0.50 | $375.00/hr | $187.50 |
| 09/01/2017 | Neil Bivona | Call w/ D. Hegarty re: scheduling of work at Brookhaven Campus re: leaks / fallen ceiling tiles. | 0.30 | $375.00/hr | $112.50 |
| 09/01/2017 | Robert Rosenfeld | Prepare disbursements and banking transactions for weekly disbursements and update quickbooks for activity. | 1.50 | $390.00/hr | $585.00 |
| 09/01/2017 | Robert Rosenfeld | Review and discuss with N. Bivona operational issues related to remaining assets of Debtor. | 0.50 | $390.00/hr | $195.00 |
| 09/05/2017 | Robert Rosenfeld | Work on month end closing of books for MOR. | 2.50 | $390.00/hr | $975.00 |
| 09/05/2017 | Neil Bivona | Correspondence w/ Sterling Risk re: properties remaining to be covered under property & casualty and liability coverage for renewal.  research lease of 145 Pinelawn Rd. property in Melville.  Prepare schedule of properties. | 1.30 | $375.00/hr | $487.50 |
| 09/05/2017 | Neil Bivona | Continue work on drafting DIP budget extension for weeks 41-70. | 2.00 | $375.00/hr | $750.00 |
| 09/05/2017 | Robert Rosenfeld | Meeting with D. Cook at Oakdale campus for status report on activities post sale. | 0.60 | $390.00/hr | $234.00 |
| 09/05/2017 | Robert Rosenfeld | Updating of accounting for month end closing for Debtor. | 1.50 | $390.00/hr | $585.00 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**9/1/17 Through 9/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 09/05/2017 | Robert Rosenfeld | Call with M. Hblanko, S. Southard and N. Bivona to discuss status of self insured health plan analysis and Accounts Receivable management services and follow up process. | 1.00 | $390.00/hr | $390.00 |
| 09/06/2017 | Neil Bivona | Prepare correspondence to J. Pund & M. Grochowski re: notice of borrowing for weeks 40-42. | 1.00 | $375.00/hr | $375.00 |
| 09/06/2017 | Neil Bivona | Call with H. Kleinberg, S. Southard and R. Rosenfeld re: D&O policy renewal for Debtor. | 0.50 | $375.00/hr | $187.50 |
| 09/06/2017 | Neil Bivona | Review and update borrowing availability model & Notice of borrowing to reflect M. Grochowski comments. | 0.60 | $375.00/hr | $225.00 |
| 09/06/2017 | Neil Bivona | Continued working DIP budget extension for weeks 43-70. | 1.80 | $375.00/hr | $675.00 |
| 09/06/2017 | Neil Bivona | Correspondence w/ R> McLeod re: questions on week 4o variance report. Edit weekly compliance report to reflect changes to variance report. | 0.50 | $375.00/hr | $187.50 |
| 09/06/2017 | Robert Rosenfeld | Call with H. Kleinberg, S. Southard and N. Bivona to discuss status of D&O policy renewal for Debtor. | 0.50 | $390.00/hr | $195.00 |
| 09/06/2017 | Robert Rosenfeld | Process payments and update accounting for month end closing. | 2.00 | $390.00/hr | $780.00 |
| 09/07/2017 | Robert Rosenfeld | Work on updating accounting for week and work on month end closing. | 2.00 | $390.00/hr | $780.00 |
| 09/07/2017 | Neil Bivona | Review weekly invoices & prepare disbursement detail worksheet. Follow up re: questions on various invoices. Prepare transfer and disbursement summary report. | 2.40 | $375.00/hr | $900.00 |
| 09/07/2017 | Neil Bivona | Collect and review professional fee invoices for July. Update professional fee tracking report & holdback estimate in DIP budget extension. | 1.50 | $375.00/hr | $562.50 |
| 09/07/2017 | Neil Bivona | Review report of archive boxes retrieved from Astro Moving & Storage & make boxes for review/retention or shredding. Meet w. M. Vega re: process for segregating boxes. | 1.20 | $375.00/hr | $450.00 |
| 09/08/2017 | Robert Rosenfeld | Process payments for week and update accounting in quickbooks for month end closing. | 2.00 | $390.00/hr | $780.00 |
| 09/08/2017 | Neil Bivona | Review nd dd additional invoices to weekly disbursement reports. Set up DIP Account transfers and wire payments for approval. | 1.00 | $375.00/hr | $375.00 |
| 09/08/2017 | Neil Bivona | Prepare calculations and correspondence to creditors re: allocation of Class I asset proceeds under settlement agreement and DIP Note waterfalls; Call w/ R. Rosenfeld re: the same. | 1.00 | $375.00/hr | $375.00 |
| 09/08/2017 | Neil Bivona | Review insurance policy renewals and prior year premiums. Correspondence w/ Sterling Risk rE: the same. Update DIP budget extension to reflect known renewal premiums. | 1.10 | $375.00/hr | $412.50 |
| 09/08/2017 | Robert Rosenfeld | Work on bank reconciliations for debtor's accounts and month end closing entrees. | 3.50 | $390.00/hr | $1,365.00 |
| 09/11/2017 | Neil Bivona | Continue work on / complete first draft of DIP budget extension through year-end. Correspondence w/ S. Southard re: the same. | 2.00 | $375.00/hr | $750.00 |
| 09/11/2017 | Neil Bivona | Review existing insurance policies up for renewal. Call w/ M. Fleischer re: timing, financing and coverages. | 0.50 | $375.00/hr | $187.50 |
| 09/11/2017 | Neil Bivona | Correspondence w/ F. Radman re: Cody rent settlement / application of rent security deposit. Review of stipulation of settlement w/ Cody. | 0.50 | $375.00/hr | $187.50 |
| 09/11/2017 | Robert Rosenfeld | Work on month end closing for August 2017. | 2.50 | $390.00/hr | $975.00 |
| 09/12/2017 | Neil Bivona | Correspondence w/ D. cook and V. Ross (Simplex) re: Simplex claim of open unpaid invoices. Review information relating to invoices from D. Cook & forward to V. Ross. | 0.40 | $375.00/hr | $150.00 |

**RSR Consulting, LLC**                        **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**9/1/17 Through 9/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 09/12/2017 | Robert Rosenfeld | Update accounting for debtors and work on month end closing for August. | 2.00 | $390.00/hr | $780.00 |
| 09/13/2017 | Neil Bivona | Review application and information requirements for renewal of D&O, Fiduciary Liability & Crime coverages. Discuss w/ R. Rosenfeld and A. Dimola. Begin completing application. | 1.00 | $375.00/hr | $375.00 |
| 09/14/2017 | Neil Bivona | Gather & review information & prepare application for renewal of D&O / Fiduciary Liability / Crime / Employee Practices insurance. | 2.00 | $375.00/hr | $750.00 |
| 09/14/2017 | Neil Bivona | Review & analysis of Arrow security and Simplex (fire alarm) invoices. Various communications with D. Cook re: the same. Prepare communications to Arrow & Simplex re: questions & issues. | 1.00 | $375.00/hr | $375.00 |
| 09/14/2017 | Robert Rosenfeld | Follow up on insurance renewals and complete information required for applications and send to insurance agents. | 2.00 | $390.00/hr | $780.00 |
| 09/15/2017 | Neil Bivona | Review weekly invoices & prepare disbursement detail worksheet. Prepare transfer and disbursement summary reports. Set up DIP Account transfers and wire payments for approval. | 2.20 | $375.00/hr | $825.00 |
| 09/15/2017 | Robert Rosenfeld | Review and process payments for week and update accounting for Debtor. | 2.50 | $390.00/hr | $975.00 |
| 09/18/2017 | Neil Bivona | Review weekly variance report for Week 41 ended 9-8-17 & prepare DIP Compliance report. | 1.20 | $375.00/hr | $450.00 |
| 09/18/2017 | Neil Bivona | Review flood insurance renewal invoices for remaining Oakdale residential and Brookhaven campus / dorm properties. | 0.80 | $375.00/hr | $300.00 |
| 09/19/2017 | Neil Bivona | Review and discuss settlement agreement illustration and DIP tracking spreadsheet w/ R. Mcleod. | 0.70 | $375.00/hr | $262.50 |
| 09/19/2017 | Neil Bivona | Review payroll report and prepare funding transfers and wires for approval. Prepare calculation of Mercury reimbursement amount for transferred employees - prepare correspondence to Mercury re: the same. | 0.50 | $375.00/hr | $187.50 |
| 09/19/2017 | Neil Bivona | Call w/ R. Rosenfeld re: wind-down issues. | 0.30 | $375.00/hr | $112.50 |
| 09/19/2017 | Robert Rosenfeld | Call with N. Bivona regarding issues relating to wind down. | 0.30 | $390.00/hr | $117.00 |
| 09/20/2017 | Neil Bivona | Call with R. Rosenfeld regarding status of winddown activities and preparation of next phase of winddown budget. | 0.40 | $375.00/hr | $150.00 |
| 09/20/2017 | Neil Bivona | Meet w/ Fire Marshal re: fire alarm from prior night. Inspect room 204B w/ inspector - duct sensor found to be still in alarm mode. Call Simplex re: service call to repair. | 0.80 | $375.00/hr | $300.00 |
| 09/20/2017 | Robert Rosenfeld | Call with N. Bivona regarding status of winddown activities and preparation of next phase of winddown budget. | 0.40 | $390.00/hr | $156.00 |
| 09/20/2017 | Robert Rosenfeld | Update quickbooks for activity for week. | 0.40 | $390.00/hr | $156.00 |
| 09/21/2017 | Neil Bivona | Update and borrowing availability model to reflect DIP budget extension for weeks 43-57. | 2.00 | $375.00/hr | $750.00 |
| 09/21/2017 | Neil Bivona | Roll forward DIP Budget by tow weeks and prepare notice of borrowing for weeks 43-44. | 1.20 | $375.00/hr | $450.00 |
| 09/21/2017 | Neil Bivona | Review of August utility bills received re: proration between Dowling & Mercury. Call with D> Cook to discuss in addition to other facility / operations issues. | 1.00 | $375.00/hr | $375.00 |
| 09/21/2017 | Neil Bivona | Meet HVAC contractor re: repair of faulty boiler pressure relief valve and fan motor belt noise. | 0.50 | $375.00/hr | $187.50 |
| 09/21/2017 | Neil Bivona | Review weekly invoices & prepare disbursement detail worksheet. Prepare transfer and disbursement summary reports. | 1.50 | $375.00/hr | $562.50 |
| 09/21/2017 | Neil Bivona | Follow up with Simplex re: service to faulty duct sensor in Nat Center. | 0.40 | $375.00/hr | $150.00 |

**RSR Consulting, LLC**                                                                           **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**9/1/17 Through 9/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 09/21/2017 | Neil Bivona | Meet w/ S. Flek (landscaping) & tour Brookhaven campus re: parking lot islands, shrubs, etc. to be trimmed / cleaned up for showing of campus. | 0.50 | $375.00/hr | $187.50 |
| 09/21/2017 | Neil Bivona | Calls w/ D. Cook & D. Hegarty re: open items related to Brookhaven Dorm, Brookhaven Nat Ctr. and Oakdale residences. | 0.50 | $375.00/hr | $187.50 |
| 09/21/2017 | Robert Rosenfeld | Review bills and send to accounting for processing. | 0.50 | $390.00/hr | $195.00 |
| 09/21/2017 | Robert Rosenfeld | Review emails relating to winddown and distribution of funds for creditors. | 0.90 | $390.00/hr | $351.00 |
| 09/22/2017 | Neil Bivona | Edit disbursement detail worksheet and disbursement & transfer summary reports to include additional invoices received. Set up DIP account transfers and wire payments for approval. | 0.70 | $375.00/hr | $262.50 |
| 09/22/2017 | Neil Bivona | Review & reply to correspondence from D. Klein re: Perkins loan assignment process & timing / end of servicing contract at year-end. | 0.30 | $375.00/hr | $112.50 |
| 09/25/2017 | Neil Bivona | Review of insurance policy renewal proposals (Property, Gen Liability, Umbrella) and revisit auto and Workers Comp. Various correspondence w/ Sterling risk and discussion w/ R. Rosenfeld re: renewal coverages, premiums and premium financing. Prepare schedule comparing premiums to prior year. | 2.40 | $375.00/hr | $900.00 |
| 09/25/2017 | Robert Rosenfeld | Work on MOR for September and update quickbooks and accounting for Debtor. | 2.50 | $390.00/hr | $975.00 |
| 09/26/2017 | Neil Bivona | Review professional fee July / August invoices and update professional fee tracking report. | 1.20 | $375.00/hr | $450.00 |
| 09/26/2017 | Neil Bivona | Review GCG communications escalation report and provide responses to inquiries as necessary. | 1.00 | $375.00/hr | $375.00 |
| 09/26/2017 | Neil Bivona | Review, edit and submit notice of borrowing for weeks 43-45. | 1.50 | $375.00/hr | $562.50 |
| 09/26/2017 | Neil Bivona | Review two large boxes of facilities files for retention / destruction. | 1.00 | $375.00/hr | $375.00 |
| 09/26/2017 | Neil Bivona | Correspondence w/ S. Wang at NCF/Mercury re: employee transition issues. | 0.50 | $375.00/hr | $187.50 |
| 09/26/2017 | Robert Rosenfeld | Review and execute documents related to insurance renewal and funding requests from DIP lenders. | 1.50 | $390.00/hr | $585.00 |
| 09/27/2017 | Neil Bivona | Review proposed D&O insurance renewal terms & correspondence w/ J. McDonnell at Sterling Risk re: the same. | 0.50 | $375.00/hr | $187.50 |
| 09/27/2017 | Neil Bivona | Discuss transferred employee payroll w/ R. Rosenfeld & D. Cook. Draft sample resignation letters for transferred employees. | 0.50 | $375.00/hr | $187.50 |
| 09/27/2017 | Neil Bivona | Prepare correspondence to M. Grochowski & J. Pund re: questions on pending notice of borrowing for weeks 43-45. | 1.00 | $375.00/hr | $375.00 |
| 09/27/2017 | Neil Bivona | Review correspondence from Zurich re: insurance claim for damage to HVAC and electrical system at Racanelli Ctr. | 0.30 | $375.00/hr | $112.50 |
| 09/27/2017 | Neil Bivona | Correspondence w/ D. Klein at ACS./Conduent re: Court approval of Perkins Loan liquidation & assignment. | 0.30 | $375.00/hr | $112.50 |
| 09/27/2017 | Robert Rosenfeld | Review and respond to issues relating to payroll terminations; security deposits due from Capital One and retention of professionals. | 1.50 | $390.00/hr | $585.00 |
| 09/28/2017 | Neil Bivona | Review D. Cook schedule of costs for repairs related to Racanelli center insurance claims. Call w/ D. Cook to discuss. Review invoices / cost estimates from contractors. Review escrow agreement & begin preparing analysis for allocation of escrow funds / payments for repairs. | 2.30 | $375.00/hr | $862.50 |

**RSR Consulting, LLC**   **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**9/1/17 Through 9/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 09/28/2017 | Neil Bivona | Review ACS / Conduent service agreement re: Perkins loan assignment process. Review several random student Perkins loan files. Call w/ D. Klien & C. Drummond rE: next steps. Correspondence w/ A. Stoloff & W. Benka re: ability to generate Perkins portfolio trial balances from Banner. | 1.50 | $375.00/hr | $562.50 |
| 09/28/2017 | Neil Bivona | Review weekly invoices & begin preparing disbursement detail worksheet. | 1.00 | $375.00/hr | $375.00 |
| 09/28/2017 | Neil Bivona | Review of Perkins Assignment motion and order & discuss issues with R. Rosenfeld re: payments out of US Bank account. | 0.60 | $375.00/hr | $225.00 |
| 09/29/2017 | Neil Bivona | Follow up on steps for Perkins loan assignment process w/ A. Stoloff, S. DiNapoli and D. Klein (ACS/Conduent). | 0.50 | $375.00/hr | $187.50 |
| 09/29/2017 | Neil Bivona | Complete review and analysis of Racanelli insurance claim work estimates and invoices. Revise spreadsheet as necessary. Correspondence w/ D. Cook re: the same. Prepare draft memo outlining situation, timeline and process for payment of invoices and release of excess funds from escrow. | 1.50 | $375.00/hr | $562.50 |
| 09/29/2017 | Neil Bivona | Review fiduciary liability policy renewal terms. Correspondence w/ Sterling Risk re: the same and financing of premiums with Premium Assignment Corp. Review first day insurance Order re: authority to continue financing premiums & send copy to Sterling, R> Rosenfeld and S. Southard. Call w/ R. Rosenfeld re: the same. | 1.50 | $375.00/hr | $562.50 |
| 09/29/2017 | Neil Bivona | Review of additional invoices and completion of disbursement detail worksheet. Prepare transfer and disbursement summary reports & prepare DIP Account transfers and wire payments for approval. | 2.00 | $375.00/hr | $750.00 |
| 09/29/2017 | Robert Rosenfeld | Process payments for week; update quickbooks; transfer funding and make payments. | 2.00 | $390.00/hr | $780.00 |
| 09/29/2017 | Robert Rosenfeld | Review correspondence from Insurance brokers relating to renewal policies and premium financing issues and discuss with N. Bivona and prepare correspondence to brokers. | 1.20 | $390.00/hr | $468.00 |
| 09/29/2017 | Robert Rosenfeld | Visit to Signature Bank in Huntington for deposit of proceeds form 58 Woodlawn closing. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Business Operations** | | | **101.50** | | **$38,644.50** |
| **Cash Monitoring** | | | | | |
| 09/01/2017 | Robert McLeod | Prepare weeks 38 to 40 DIP budget compliance report / disbursements categorization and circulate amongst RSR team for review. | 3.20 | $335.00/hr | $1,072.00 |
| 09/15/2017 | Robert McLeod | Prepare week 41 DIP budget compliance report and circulate amongst RSR team for review. | 1.10 | $335.00/hr | $368.50 |
| **Totals For Cash Monitoring** | | | **4.30** | | **$1,440.50** |
| **Claims Investigation** | | | | | |
| 09/05/2017 | Neil Bivona | Refresh review of Cigna / Helthplex analyses. Call with M. hablenko, S. Southard & R. Rosenfeld to discuss analysis & path forward for documenting process. | 1.20 | $375.00/hr | $450.00 |
| 09/06/2017 | Neil Bivona | Meet w/ A. Dimpla re: additional information requests for WARN act complaint / settlement discussions. | 0.50 | $375.00/hr | $187.50 |
| 09/08/2017 | Neil Bivona | Review draft response to Arrow Security re: contract and equipment charges. | 0.50 | $375.00/hr | $187.50 |
| 09/13/2017 | Neil Bivona | Review spreadsheet prepared by A. Dimola re: adjunct, coaches, instructors, etc. and meet to discuss. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Claims Investigation** | | | **2.70** | | **$1,012.50** |
| **Court Hearings** | | | | | |
| 09/27/2017 | Neil Bivona | Attend bankruptcy court hearing. | 0.80 | $375.00/hr | $300.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**9/1/17 Through 9/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 09/27/2017 | Robert Rosenfeld | Attend court hearing for pending motions before the court. | 0.80 | $390.00/hr | $312.00 |
| **Totals For Court Hearings** | | | **1.60** | | **$612.00** |
| **Document Review** | | | | | |
| 09/18/2017 | Neil Bivona | Review draft APA and schedules for Brookhaven campus sale. | 1.00 | $375.00/hr | $375.00 |
| 09/25/2017 | Neil Bivona | Review Mintz Levin markup to APA, bidding procedures and motion. | 1.00 | $375.00/hr | $375.00 |
| 09/26/2017 | Neil Bivona | Review comments and edits to Brookhaven draft APA, bidding procedures and related motions and orders. | 1.50 | $375.00/hr | $562.50 |
| **Totals For Document Review** | | | **3.50** | | **$1,312.50** |
| **Dowling-Opp Commercial sales** | | | | | |
| 09/11/2017 | Neil Bivona | Call w/ D. Cook re: sewage treatment agency agreement / letter & contract for 72 Chateau. | 0.40 | $375.00/hr | $150.00 |
| **Totals For Dowling-Opp Commercial sales** | | | **0.40** | | **$150.00** |
| **Dowling-Residential Ops** | | | | | |
| 09/05/2017 | Neil Bivona | Prepare summary report and e-mail correspondence to R. Bertucci re: security options for remaining residential properties I Oakdale. | 1.20 | $375.00/hr | $450.00 |
| 09/08/2017 | Neil Bivona | Meet w/ A. Stoloff and M. Klotz re: residential property rent security account.  Correspondence w/ F.  Radman re: Cody/39 Chateau rent security deposit.  Correspondence w/ D. Cook re: 47 Chateau oil reimbursement. | 0.80 | $375.00/hr | $300.00 |
| 09/11/2017 | Neil Bivona | Pull flood insurance policies for 121 Central, 123 Idle Hour and 135 Idle Hour.  Review new proposed policy for 89 Central with lower premiums.  Correspondence w/ J. Sturchio re: affiliation / rating of proposed new carrier. | 0.60 | $375.00/hr | $225.00 |
| 09/12/2017 | Neil Bivona | Review information from D. cook re: sewage connection / discussions with SCSA and Tax Assessor's office re: sewer agency agreement & County sewer taxes.  Draft form of letter from Mercury to Dowling re: proposed sewer agency agreement. | 1.80 | $375.00/hr | $675.00 |
| 09/12/2017 | Neil Bivona | Several correspondence w/ F. Radman re: 87 Central / Stewart rent settlement & Hannah / 52 Van Bomel stipulation. | 0.30 | $375.00/hr | $112.50 |
| 09/14/2017 | Neil Bivona | Various communications w/ tenant at 47 Chateau re: settlement / return of rent security deposit.  Discussions w/ A. Stoloff & J. Sturchio re: oil delivery. | 0.60 | $375.00/hr | $225.00 |
| 09/20/2017 | Neil Bivona | Call w/ neighbor at 84 Idle Hour Blvd. re: complaint of 50 gallon drum of "flammable material" in shed behind 39 Chateau Drive.  Meet neighbor at 39 Chateau.   Inspection found drum to be empty. | 1.00 | $375.00/hr | $375.00 |
| 09/22/2017 | Neil Bivona | Call w/ M. Slattery & S. Flek  re: cleanup of fallen tree limb at 39 Chateau and repair of damaged gutter / leader. | 0.50 | $375.00/hr | $187.50 |
| 09/25/2017 | Neil Bivona | Draft sewage connection letter re: 89 Central Blvd..  Prepare correspondence to Mercury representative & send draft letter. | 0.50 | $375.00/hr | $187.50 |
| 09/29/2017 | Neil Bivona | Followup with Arrow security re: patrols for residential properties in Oakdale. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Dowling-Residential Ops** | | | **7.80** | | **$2,925.00** |
| **Dowling-Residential Sales** | | | | | |
| 09/01/2017 | Neil Bivona | Various calls & correspondence re: hold back of a portion of proceeds from 275 Connetquot sale to reserve for for settlement funding. | 0.50 | $375.00/hr | $187.50 |
| 09/07/2017 | Neil Bivona | Various correspondence w/ J. Sturchio re: status pf listings and sale efforts. | 0.60 | $375.00/hr | $225.00 |
| 09/08/2017 | Neil Bivona | Meet w/ J. Sturchio in Oakdale to review 39 & 47 Chateau. | 1.50 | $375.00/hr | $562.50 |
| 09/08/2017 | Neil Bivona | Correspondence w/ M. White & Garfunkel Wild re: sewage agency agreement / language in 72 Chateau contract of sale. | 0.50 | $375.00/hr | $187.50 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**9/1/17 Through 9/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 09/12/2017 | Neil Bivona | Call w/ J. Sturchio re: sewage treatment issue for 72 Chateau and flood insurance quotes for 89, 121, 123 and 135. | 0.30 | $375.00/hr | $112.50 |
| 09/12/2017 | Neil Bivona | Meet w/ Sean Flek at 47 Chateau re: outside landscape cleanup and shrub trimming and with 24/7 at 135 Idle Hour re: interior cleanup. | 1.00 | $375.00/hr | $375.00 |
| 09/12/2017 | Neil Bivona | Follow-up call and correspondence w/ J. Sturchio re: flood insurance quotes, 64 Chateau offer and survey/title. | 0.30 | $375.00/hr | $112.50 |
| 09/15/2017 | Neil Bivona | Various e-mial communications and calls with M. White, F. Radman, R. Bertucci, J. Sturchio & D. Cook re: status / resolution of issues related to pending residential sales. | 1.40 | $375.00/hr | $525.00 |
| 09/15/2017 | Robert Rosenfeld | Review and respond to correspondence from broker related to Oakdale residential sales. | 0.50 | $390.00/hr | $195.00 |
| 09/18/2017 | Robert Rosenfeld | Review and respond to correspondence relating to sales of residential properties; discuss with J. Sturchio and R. Bertucci. | 1.50 | $390.00/hr | $585.00 |
| 09/19/2017 | Neil Bivona | Review market analysis for 47 Chateau drive. | 0.30 | $375.00/hr | $112.50 |
| 09/19/2017 | Neil Bivona | Review correspondence re: 44 Van Bomel closing and holdback of reserves. | 0.20 | $375.00/hr | $75.00 |
| 09/19/2017 | Robert Rosenfeld | Execute closing documents for closing on 44 Van Bomel and travel to counsel to provide executed documents for closing on 9/20/17!morning. | 2.00 | $390.00/hr | $780.00 |
| 09/21/2017 | Robert Rosenfeld | Review contracts of sale for 72 Chateau and 48 Van Bomel. | 0.70 | $390.00/hr | $273.00 |
| 09/22/2017 | Neil Bivona | Various calls and correspondence with J. Sturchio, D. Niknamfard, & D. Hegarty re: neighbor's fence encroachment at 58 Wodlawn. | 1.00 | $375.00/hr | $375.00 |
| 09/25/2017 | Robert Rosenfeld | Review notices of contract of sale for Oakdale residences (3 properties ). | 0.50 | $390.00/hr | $195.00 |
| 09/26/2017 | Neil Bivona | Site visit to 47 Chateau to inspect landscaping cleanup and 58 Woodlawn to inspect face that is subject of title issue for pending sale. | 1.00 | $375.00/hr | $375.00 |
| 09/26/2017 | Neil Bivona | Further correspondence re: 58 Woodlawn fence issue. | 0.50 | $375.00/hr | $187.50 |
| 09/27/2017 | Neil Bivona | Review & respond to correspondence w/ R. Bertucci re: status of residential sales.  Follow-up call w/ R. Bertucci to discuss the same. | 1.00 | $375.00/hr | $375.00 |
| 09/27/2017 | Neil Bivona | Call & correspondence w/ VHB surveying re: elevation certificate for 121 Central Blvd.  Review tax assessor's role to confirm tax lot number. | 0.50 | $375.00/hr | $187.50 |
| 09/27/2017 | Robert Rosenfeld | Review correspondence and coordinate execution of closing documents for 58 Woodlawn; call with R. Friedman to discuss hold back amount for the Estate. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Dowling-Residential Sales** | | | **16.80** | | **$6,393.00** |
| **Fee Applications** | | | | | |
| 09/05/2017 | Robert Rosenfeld | Work on Monthly fee report for August 2017. | 1.00 | $390.00/hr | $390.00 |
| 09/07/2017 | Robert Rosenfeld | Work on monthly fee statement for RSR Consulting for August 2017 | 1.50 | $390.00/hr | $585.00 |
| **Totals For Fee Applications** | | | **2.50** | | **$975.00** |
| **Financial Analysis** | | | | | |
| 09/12/2017 | Robert McLeod | Review distribution / holdback calculations for recent transactions; call amongst RSR team to discuss same. | 0.60 | $335.00/hr | $201.00 |
| 09/18/2017 | Robert McLeod | Review and provide comments on settlement agreement / reserve illustration analysis and DIP loan tracking. | 1.20 | $335.00/hr | $402.00 |
| 09/19/2017 | Robert McLeod | Review and provide comments on revised settlement agreement illustration; RSR team call to discuss same. | 1.10 | $335.00/hr | $368.50 |
| 09/20/2017 | Robert McLeod | Review updated illustrative distributions / reserve analysis; calls amongst RSR team to review and finalize in advance of distribution to creditors. | 1.10 | $335.00/hr | $368.50 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**9/1/17 Through 9/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 09/20/2017 | Robert McLeod | Review feedback on illustrative proceeds analysis; prepared revised version and circulate amongst RSR team for review. | 0.60 | $335.00/hr | $201.00 |
| **Totals For Financial Analysis** | | | **4.60** | | **$1,541.00** |
| **Litigation Matters** | | | | | |
| 09/11/2017 | Robert Rosenfeld | Respond to requests from plaintiffs in WARN action and discuss with counsel and A. Dimola. | 0.50 | $390.00/hr | $195.00 |
| 09/14/2017 | Robert Rosenfeld | Respond to requests from counsel related to WARN complaint and discuss with A. Dimola information to provide. | 1.50 | $390.00/hr | $585.00 |
| 09/18/2017 | Robert Rosenfeld | Review WARN analysis prepared by A. Dimola in connection with WARN discovery requests and provide comments for revisions to analysis. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Litigation Matters** | | | **3.00** | | **$1,170.00** |
| **Meetings with Creditors and/or Representatives** | | | | | |
| 09/13/2017 | Neil Bivona | Review draft waterfall analysis re: reserve buckets for unsecured creditors and priority creditors. Call w/ R Friedman re: the same and Brookhaven sale process discussions. | 0.60 | $375.00/hr | $225.00 |
| 09/20/2017 | Neil Bivona | Call w/ S. Southard, R. Rosenfeld & counsel for ACA, Oppenheimer & UCC re: sale of Brookhaven. (0.8)  Follow up call w/ R. Rosenfeld & S. Southard (0.3) | 1.10 | $375.00/hr | $412.50 |
| 09/20/2017 | Neil Bivona | Call w/ R. Bertucci re: proposed DIP Budget extension & general update on residential properties & Dorm. | 0.60 | $375.00/hr | $225.00 |
| 09/20/2017 | Robert Rosenfeld | Meeting with ACA, Oppenheimer and Committee representatives; S. Southard; N. Bivona; S. Sweeney; J. Corneau regarding status of DIP extension and Brookhaven marketing process. | 0.80 | $390.00/hr | $312.00 |
| 09/20/2017 | Robert Rosenfeld | Call with R. Friedman (UCC counsel) to discuss status of brokers activities on Brookhaven site and next steps with marketing process. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Meetings with Creditors and/or Representatives** | | | **3.60** | | **$1,369.50** |
| **Meetings with Debtor and Representatives** | | | | | |
| 09/07/2017 | Robert Rosenfeld | Call with S. Southard and N. Bivona regarding status update of outstanding issues. | 0.80 | $390.00/hr | $312.00 |
| 09/07/2017 | Neil Bivona | Status update call w/ S. Southard & R. Rosenfeld re: Arrow security contract, employee transition / payroll, sewage connection applications/agreement & various other issues. | 0.80 | $375.00/hr | $300.00 |
| 09/19/2017 | Neil Bivona | Status update call w/ S. Southard, S. Sweeney & R. Rosenfeld. | 1.20 | $375.00/hr | $450.00 |
| 09/19/2017 | Robert Rosenfeld | Call with S. Southard, N. Bivona and S. Sweeny regarding status update call. | 1.20 | $390.00/hr | $468.00 |
| 09/25/2017 | Robert Rosenfeld | Calls with S. Southard regarding status of broker coordination relating to sale of Brookhaven property. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Meetings with Debtor and Representatives** | | | **4.50** | | **$1,725.00** |
| **Oakdale-Residential** | | | | | |
| 09/12/2017 | Robert Rosenfeld | Review correspondence and respond to emails regarding sales of Oakdale residential properties. | 0.90 | $390.00/hr | $351.00 |
| **Totals For Oakdale-Residential** | | | **0.90** | | **$351.00** |
| **Other** | | | | | |
| 09/01/2017 | Ilene Hellman | Research security options for residential homes on Oakdale Campus | 0.30 | $125.00/hr | $37.50 |
| 09/01/2017 | Ilene Hellman | Research security options for residential homes on Oakdale Campus | 0.50 | $125.00/hr | $62.50 |
| **Totals For Other** | | | **0.80** | | **$100.00** |
| **Reporting** | | | | | |
| 09/05/2017 | Neil Bivona | Review DIP variance reports for weeks 37, 38, 39 & prepare weekly compliance reports. | 2.40 | $375.00/hr | $900.00 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**9/1/17 Through 9/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---:|---|---:|
| 09/06/2017 | Neil Bivona | Review weekly variance reports and prepare DI Compliance reports for Weeks 39 & 40. | 1.70 | $375.00/hr | $637.50 |
| **Totals For Reporting** | | | **4.10** | | **$1,537.50** |
| **UST Reporting** | | | | | |
| 09/13/2017 | Robert Rosenfeld | Work on MOR for August and month end closing of books for August. | 3.50 | $390.00/hr | $1,365.00 |
| 09/14/2017 | Robert Rosenfeld | Continue work on MOR and month end closing of books for August 2017. | 3.50 | $390.00/hr | $1,365.00 |
| 09/15/2017 | Robert Rosenfeld | Make revisions to August MOR and provide to counsel for review. | 2.50 | $390.00/hr | $975.00 |
| 09/18/2017 | Robert Rosenfeld | Make revisions to August MOR. | 0.50 | $390.00/hr | $195.00 |
| 09/19/2017 | Robert Rosenfeld | Finalize August MOR for Debtor and send to counsel for filing. | 0.50 | $390.00/hr | $195.00 |
| **Totals For UST Reporting** | | | **10.50** | | **$4,095.00** |
| **Grand Total** | | | **233.60** | | **$88,362.50** |

**RSR Consulting, LLC**  **Exhibit D**
**Dowling College - Case #16-75545 (REG)**
**Detailed Expense Report**
**9/1/17 Through 9/30/17**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 09/10/2017 | Robert Rosenfeld | QuickBooks monthly charge. | $6.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$6.00** |
| **Grand Total** | | | **$6.00** |