**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Stephanie R. Sweeney

*Attorneys for the Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
DOWLING COLLEGE,                               :    Case No. 16-75545 (REG)
                                               :
                                               :
                    Debtor.                    :
----------------------------------------------------------------x

## HEARING AGENDA

| **Time and Date of Hearing:** | October 16, 2017 at 1:30 p.m. (Eastern Time) |
|---|---|
| **Location of Hearing:** | Courtroom of the Honorable Robert E. Grossman, United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 |
| **Copies of Motions and Applications:** | The Motions and Applications may be viewed on the Court's website (http://www.nyeb.uscourts.gov/) with a login and password to the Court's Public Access to Court Electronic Records and copies of such documents can be obtained from the Debtor's proposed noticing agent, Garden City Group, LLC at http://cases.gardencitygroup.com/dco. |

I. **<u>Uncontested Matters</u>**

1. Adjourned Status Hearing

    <u>Related Documents</u>:

    A. Order Scheduling Initial Case Management Conference [DE 74].

    <u>Status</u>: This matter is going forward.

2. Debtor's Motion for Entry of (I) an Order (A) Approving Bidding Procedures for the Sale of the Debtor's Brookhaven Campus, (B) Scheduling an Auction and a Sale Hearing Related Thereto and (C) Approving the Form of Notice of the Auction and Sale Hearing; and (II) an Order (A) Approving Such Sale of the Brookhaven Campus Free and Clear of Liens, Claims, Encumbrances and Other Interests and (B) Granting Related Relief [DE 406].

    <u>Related Documents</u>:

    A. Affidavit of Service [DE 413].

    <u>Status</u>: This matter is going forward.

3. Third Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement [DE 409].

    <u>Related Documents</u>:

    A. Affidavit of Service [DE 413].

    <u>Status</u>: This matter is going forward.

4. Debtor's Application for an Order Approving the Retention of Baker Tilly Virchow Krause, LLP, as Consultants to the Debtor with Respect to Department of Education Requirements and as Tax Accountants to the Debtor Nunc Pro Tunc to September 27, 2017 [DE 410].

    <u>Related Documents</u>:

    B. Affidavit of Service [DE 413].

    <u>Status</u>: This matter is going forward.

II. **<u>Adversary Proceeding</u>**

5. *Lori Zaikowski, on behalf of herself and all others similarly situated v. Dowling College*, Adv. Pro. No. 16-08178 (REG)

   Pretrial Conference

   <u>Related Documents</u>:

   A. Second Amended Adversary Class Action Complaint [Adv. Pro. DE 3].

   B. Summons and Notice of Pretrial Conference in Adversary Proceeding [Adv. Pro. DE 4].

   C. Dowling College's Answer with Affirmative Defenses [Adv. Pro. DE 7].

   <u>Status</u>: This matter is going forward.

Dated: New York, New York
       October 12, 2017

                                      **KLESTADT WINTERS JURELLER
                                        SOUTHARD & STEVENS, LLP**


                                 By:  */s/ Sean C. Southard*
                                      Sean C. Southard
                                      Stephanie R. Sweeney
                                      200 West 41st Street, 17th Floor
                                      New York, NY 10036
                                      Tel: (212) 972-3000
                                      Fax: (212) 972-2245
                                      Email: ssouthard@klestadt.com
                                              ssweeney@klestadt.com

                                      *Attorneys for the Debtor-in-Possession*