IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
::
**In re** : Chapter 11
::
**DOWLING COLLEGE,**[1] : Case No. 16-75545 (REG)
::
**Debtor.** :
::
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF WASHINGTON )
                    ) ss
COUNTY OF KING      )

I, Peter DeMers, being duly sworn, depose and state:

1.  I am a Project Manager with Garden City Group, LLC, the claims and noticing agent for the debtor and debtor-in-possession (collectively, the "Debtor") in the above-captioned proceeding. Our business address is 1531 Utah Avenue South, Suite 600, Seattle, Washington 98134.

2.  On October 23, 2017, at the direction of Klestadt Winters Jureller Southard & Stevens, LLP ("Klestadt"), counsel for the Debtor, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (Master Service List Parties), and by e-mail on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses):

- **Notice of Proposed Sale of Residential Portfolio Located at 56 Van Bomel Boulevard, Oakdale, NY 11769 ("Notice of Proposed Sale")** [Docket No. 428].

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078). The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

3.  On October 23, 2017, also at the direction of Klestadt, I caused a true and correct copy of the **Notice of Proposed Sale** to be served by first class mail on the parties identified on Exhibit C annexed hereto (Secured Parties).[2]

/s/ Peter DeMers
Peter DeMers

Sworn to before me this 24th day of
October, 2017

/s/ Katherine Hathaway
Katherine A. Hathaway
Notary Public, State of Washington
No. 184372
Commission Expires February 26, 2020

---

[2] The envelopes utilized for the services outlined in Exhibit C included a legend which stated: "*Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent.*"

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: THOMAS J. MCNAMARA | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 |
| DOWLING COLLEGE | ATTN: ROBERT S. ROSENFELD | 49 ROY AVE | | | MASSAPEQUA | NY | 11758-6755 |
| GARDEN CITY GROUP, LLC | ATTN: IRA NIKELSBERG | 1985 MARCUS AVENUE | | | LAKE SUCCESS | NY | 11042 |
| GARFUNKEL WILD PC | ATTN ADAM T BERKOWITZ ESQ | 111 GREAT NECK ROAD | | | GREAT NECK | NY | 11021 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: SEAN C. SOUTHARD, ESQ. | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: LAUREN C. KISS, ESQ. | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: ERIC R. BLYTHE, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: IAN A. HAMMEL, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: P. MIYOKO SATO, ESQ. | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN ALISON B. BIANCHI, COUNSEL AND | DEPUTY COMMISSIONER FOR LEGAL AFFAIRS | 89 WASHINGTON AVENUE | | ALBANY | NY | 12234 |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN:DR. JOHN D'AGATI, DEPUTY COMMISSIONER | 89 WASHINGTON AVENUE | | | ALBANY | NY | 12234 |
| NEW YORK STATE DEPT OF TAXATION AND FINANCE | BANKRUPTCY UNIT – TCD | BUILDING 8, ROOM 455 | W.A. HARRIMAN STATE CAMPUS | | ALBANY | NY | 12227 |
| NEW YORK STATE DEPT OF TAXATION AND FINANCE | BANKRUPTCY UNIT | P.O. BOX 5300 | | | ALBANY | NY | 12205-5300 |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN, ATTORNEY GENERAL | ATTN: PEGGY FARBER | 120 BROADWAY, 24TH FLOOR | | NEW YORK | NY | 10271 |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE | ATTN:LORETTA E. LYNCH, ATTORNEY GENERAL | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530-0001 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE EASTERN DISTRICT OF NEW YORK | ATTN: STAN YANG, ESQ., TRIAL ATTORNEY | ALFONSE D'AMATO FEDERAL COURTHOUSE | 560 FEDERAL PLAZA | CENTRAL ISLIP | NY | 11722 |
| RSR CONSULTING, LLC | ATTN: NEIL BIVONA | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 |
| RSR CONSULTING, LLC | ATTN: ROBERT S. ROSENFELD | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 |
| SCHULTE ROTH & ZABEL LLP | ATTN: BRIAN D. PFEIFFER | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 |
| SCHULTE ROTH & ZABEL LLP | ATTN: NEIL S. BEGLEY, ESQ. | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 |
| SECURITIES AND EXCHANGE COMMISSION | NORTHEAST REGIONAL OFFICE | ATTN JOHN MURRAY | WOOLWORTH BUILDING | 233 BROADWAY | NEW YORK | NY | 10279 |
| SECURITIES EXCHANGE COMMISSION | ATTN GENERAL COUNSEL | 100 F ST NE | | | WASHINGTON | DC | 20549-2000 |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281-1027 |
| SILVERBERG P.C. | ATTN KARL SILVERBERG | 320 CARLETON AVENUE, SUITE 6400 | | | CENTRAL ISLIP | NY | 11722 |
| SILVERMANACAMPORA LLP | ATTN RONALD J FRIEDMAN ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| SILVERMANACAMPORA LLP | ATTN GERARD R LUCKMAN, ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 |
| SILVERMANACAMPORA LLP | ATTN KENNETH P SILVERMAN EQS | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 |
| THE UNITED STATES ATTORNEY'S OFFICE | EASTERN DISTRICT OF NEW YORK | ATTN LONG ISLAND BANKRUPTCY PROCESSING | 610 FEDERAL PLAZA, 5TH FLOOR | | CENTRAL ISLIP | NY | 11722-4454 |
| UMB BANK, NATIONAL ASSOCIATION | ATTN: LAURA ROBERSON, SENIOR VICE PRESIDENT | 2 SOUTH BROADWAY, SUITE 600 | | | ST. LOUIS | MO | 63102 |
| UNITED STATES DEPARTMENT OF EDUCATION | OFFICE OF GENERAL COUNSEL | 400 MARYLAND AVE., SW ROOM 6E353 | | | WASHINGTON | DC | 20202-2110 |
| UNITED STATES DEPARTMENT OF EDUCATION | BANKRUPTCY LITIGATION SUPPORT | 50 UNITED NATIONS PLZ STE 1200 | | | SAN FRANCISCO | CA | 94102-4918 |
| UNITED STATES DEPARTMENT OF EDUCATION | FINANCIAL SQUARE | ATTN CHRISTOPHER CURRY | 32 OLD SLIP, 25TH FLOOR | | NEW YORK | NY | 10005 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: JAY SMITH | 25 SOUTH CHARLES STREET, 11TH FLOOR | MAIL CODE: MD2-CS58 | | BALTIMORE | MD | 21201 |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | cmccarthy@aca.com |
| ACA FINANCIAL GUARANTY CORP | ATTN: MARIA CHENG, MANAGING DIRECTOR | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | mcheng@aca.com |
| ACTING UNITED STATES ATTORNEY | EASTERN DISTRICT OF NEW YORK | ATTN BRIDGET M ROHDE | AND JAMES H KNAPP | 610 FEDERAL PLAZA, 5TH FL | CENTRAL ISLIP | NY | 11722 | James.knapp@usdoj.gov |
| ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS | ATTN LAINE A ARMSTRONG | 225 BROADWAY, SUITE 1902 | | | NEW YORK | NY | 10007 | laine@advocatesny.com |
| ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS | ATTN ARTHUR Z SCHWARTZ | 225 BROADWAY, SUITE 1902 | | | NEW YORK | NY | 10007 | aschwartz@afjlaw.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN RICHARD J MCCORD, ESQ | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | rmccord@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN THOMAS J MCNAMARA, ESQ | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | tmcnamara@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | rmccord@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: THOMAS J. MCNAMARA | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | tmcnamara@certilmanbalin.com |
| CULLEN AND DYKMAN, LLP | ATTN ELIZABETH M ABOULAFIA, ESQ | 100 QUENTIN ROOSEVELT BOULEVARD | | | GARDEN CITY | NY | 11530 | eaboulafia@cullenanddykman.com |
| CULLEN AND DYKMAN, LLP | ATTN MATTHEW G ROSEMAN, ESQ | 100 QUENTIN ROOSEVELT BOULEVARD | | | GARDEN CITY | NY | 11530 | mroseman@cullenanddykman.com |
| FOLEY HOAG LLP | ATTN EURIPIDES D DALMANIERAS | SEAPORT WORLD TRADE CENTER WEST | 155 SEAPORT BOULEVARD | | BOSTON | MA | 02210-2600 | EDalmani@foleyhoag.com |
| GARDEN CITY GROUP, LLC | ATTN: IRA NIKELSBERG | 1985 MARCUS AVENUE | | | LAKE SUCCESS | NY | 11042 | Ira.Nikelsberg@gardencitygroup.com |
| GARFUNKEL WILD PC | ATTN ADAM T BERKOWITZ ESQ | 111 GREAT NECK ROAD | | | GREAT NECK | NY | 11021 | aberkowitz@garfunkelwild.com |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: SEAN C. SOUTHARD, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | ssouthard@klestadt.com |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: LAUREN C. KISS, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | lkiss@klestadt.com |
| MEYER SUOZZI ENGLISH & KLEIN PC | ATTN HOWARD B KLEINBERG ESQ | 990 STEWART AVENUE | SUITE 300 | | GARDEN CITY | NY | 11530-9194 | hkleinberg@msek.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: ERIC R. BLYTHE, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | erblythe@mintz.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: IAN A. HAMMEL, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | iahammel@mintz.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: P. MIYOKO SATO, ESQ. | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | msato@mintz.com |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN ALISON B. BIANCHI, COUNSEL AND | DEPUTY COMMISSIONER FOR LEGAL AFFAIRS | 89 WASHINGTON AVENUE | | ALBANY | NY | 12234 | Alison.Bianchi@nysed.gov |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN:DR. JOHN D'AGATI, DEPUTY COMMISSIONER | 89 WASHINGTON AVENUE | | | ALBANY | NY | 12234 | john.dagati@nysed.gov |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN, ATTORNEY GENERAL | ATTN: PEGGY FARBER | 120 BROADWAY, 24TH FLOOR | | NEW YORK | NY | 10271 | Peggy.Farber@ag.ny.gov |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE | ATTN:LORETTA E. LYNCH, ATTORNEY GENERAL | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530-0001 | askdoj@usdoj.gov |
| RSR CONSULTING, LLC | ATTN: NEIL BIVONA | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 | nbivona@rsrconsultingllc.com |
| RSR CONSULTING, LLC | ATTN: ROBERT S. ROSENFELD | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 | rsrosenfeld@rsrconsultingllc.com |
| SAUL EWING LLP | ATTN SHARON L LEVINE | 1037 RAYMOND BLVD, STE 1520 | | | NEWARK | NJ | 07102 | slevine@saul.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| SAUL EWING LLP | ATTN DIPESH PATEL | 1037 RAYMOND BLVD, STE 1520 | | | NEWARK | NJ | 07102 | dpatel@saul.com |
| SCHULTE ROTH & ZABEL LLP | ATTN: NEIL S. BEGLEY, ESQ. | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | neil.begley@srz.com |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281-1027 | newyork@sec.gov; NYROBankruptcy@SEC.GOV |
| SILVERBERG P.C. | ATTN KARL SILVERBERG | 320 CARLETON AVENUE, SUITE 6400 | | | CENTRAL ISLIP | NY | 11722 | ksilverberg@silverbergpclaw.com |
| SILVERMANACAMPORA LLP | ATTN RONALD J FRIEDMAN ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | RFriedman@silvermanacampora.com |
| SILVERMANACAMPORA LLP | ATTN GERARD R LUCKMAN, ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | GLuckman@silvermanacampora.com |
| SILVERMANACAMPORA LLP | ATTN KENNETH P SILVERMAN EQS | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | KSilverman@silvermanacampora.com |
| STIM & WARMUTH PC | ATTN GLENN P WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | gpw@stim-warmuth.com |
| STIM & WARMUTH PC | ATTN PAULA J WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | pjw@stim-warmuth.com |
| SYNCHRONY BANK | C/O PRA RECEIVABLES MANAGEMENT, LLC | PO BOX 41021 | | | NORFOLK | VA | 23541 | claims@recoverycorp.com |
| THALER LAW FIRM PLLC | ATTN ANDREW M THALER, ESQ | 675 OLD COUNTRY ROAD | | | WESTBURY | NY | 11590 | athaler@athalerlaw.com |
| UMB BANK, NATIONAL ASSOCIATION | ATTN: LAURA ROBERSON, SENIOR VICE PRESIDENT | 2 SOUTH BROADWAY, SUITE 600 | | | ST. LOUIS | MO | 63102 | laura.roberson@umb.com |
| UNITED STATES ATTORNEY | ATTN JAMES H KNAPP | ASSISTANT US ATTORNEY | EASTERN DISTRICT OF NEW YORK | 610 FEDERAL PLAZA, 5TH FL | CENTRAL ISLIP | NY | 11722 | James.knapp@usdoj.gov |
| UNITED STATES DEPARTMENT OF EDUCATION | FINANCIAL SQUARE | ATTN CHRISTOPHER CURRY | 32 OLD SLIP, 25TH FLOOR | | NEW YORK | NY | 10005 | christopher.curry@ed.gov |
| WHITE & CASE LLP | ATTN BRIAN D PFEIFFER | 1221 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10020 | brian.pfeiffer@whitecase.com |
| WHITE & CASE LLP | ATTN JOHN J RAMIREZ | 1221 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10020 | john.ramirez@whitecase.com |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: JAY SMITH | 25 SOUTH CHARLES STREET, 11TH FLOOR | MAIL CODE: MD2-CS58 | | BALTIMORE | MD | 21201 | jhsmith@wilmingtontrust.com |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ABSOLUTE PLUMBING OF LONG ISLAND, INC | 90F KNICKERBOCKER AVENUE | | | | BOHEMIA | NY | 11716 |
| ADAM MOTTOLA | 137 CARLETON AVE | | | | ISLIP TERRACE | NY | 11752-2601 |
| AO SERVICE INC | 8 NEW YORK AVENUE | | | | PORT JEFFERSON | NY | 11776 |
| CARRIER CORPORATION | PO BOX 4808 TR-5 | OFFICE 401 | | | SYRACUSE | NY | 13221 |
| DELILIAH CRAIG | 14 DAWN CRESCENT | | | | CENTRAL ISLIP | NY | 11722 |
| FINANCIAL PACIFIC LEASING, INC | 3455 SOUTH 344TH WAY, SUITE 300 | | | | FEDERAL WAY | WA | 98001 |
| GERALD M OSHEA INC | 4155 VETERANS MEMORIAL HWY STE 13 | | | | RONKONKOMA | NY | 11779-6063 |
| L.I. HARDWARE | 4155 VETERANS MEMORIAL HWY STE 13 | | | | RONKONKOMA | NY | 11779-6063 |
| LEAF CAPITAL FUNDING LLC | 2005 MARKET STREET, 14TH FLOOR | | | | PHILADELPHIA | PA | 19103 |
| NEW YORK STATE DEPARTMENT OF LABOR | STATE OFFICE BUILDING | CAMPUS ROOM 500 | | | ALBANY | NY | 12240 |
| NEW YORK STATE DEPARTMENT OF LABOR | BUILDING 12 | W.A. HARRIMAN CAMPUS | | | ALBANY | NY | 12240 |
| POWERHOUSE MAINTENANCE, INC | D/B/A POWERHOUSE PAVING | 2 WEST BEECH STREET | | | ISLIP | NY | 11751 |
| PREMIUM ASSIGNMENT CORPORATION | PO BOX 8800 | | | | TALLAHASSEE | FL | 32314 |
| PREMIUM ASSIGNMENT CORPORATION | 3522 THOMASVILLE RD, SUITE 400 | | | | TALLAHASSEE | FL | 32309 |
| SIMPLEXGRINNELL LP | 50 TECHNOLOGY DRIVE | | | | WESTMINSTER | MA | 01441 |
| STERLING NATIONAL BANK | 42 BROADWAY | 4TH FLOOR | | | NEW YORK | NY | 10004 |
| TEQLEASE, INC | 23801 CALABASAS ROAD, SUITE 101 | | | | CALABASAS | CA | 91302 |
| TM BIER & ASSOCIATES, INC | 79 HAZEL STREET | | | | GLEN COVE | NY | 11542 |
| TOSHIBA FINANCIAL SERVICES | 1961 HIRST DRIVE | | | | MOBERLY | MO | 65270 |
| UNIVERSAL TEMPERATURE CONTROLS LTD | 1749 JULIA GOLDBACH AVENUE | | | | RONKONKOMA | NY | 11779 |
| UNIVEST CAPITAL, INC | 3220 TILLMAN DR STE 502 | | | | BENSALEM | PA | 19020-2049 |
| XEROX FINANCIAL SERVICES | PO BOX 4505 | | | | NORWALK | CT | 06856-4505 |