# NEWSDAY
# AFFIDAVIT OF PUBLICATION

MILLER ADVERTISING
220 WEST 42ND STREET, 12TH FLOOR
NEW YORK, NY 10036

| | | |
|---|---|---|
| STATE OF NEW YORK) | Legal Notice No. | 0021318732 |
| :SS.: | | |
| COUNTY OF SUFFOLK) | | |

Jamie Asuncion of Newsday Media Group., Suffolk County, N.Y., being duly sworn, says that such person is, and at the time of publication of the annexed Notice was a duly authorized custodian of records of Newsday Media Group, the publisher of NEWSDAY, a newspaper published in the County of Suffolk, County of Nassau, County of Queens, and elsewhere in the State of New York and other places, and that the Notice of which the annexed is a true copy, was published in the following editions/counties of said newspaper on the following dates:

Friday        October 20, 2017        Nassau, Suffolk and Queens

**SWORN** to before me this
20 Day of October, 2017.

CHRISTOPHER LAWSON
Notary Public – State of New York
No. 01LA6348406
Qualified in Suffolk County
My Commission Expires September 26, 2020

# NEWSDAY
# AFFIDAVIT OF PUBLICATION

MILLER ADVERTISING
220 WEST 42ND STREET, 12TH FLOOR
NEW YORK, NY 10036

STATE OF NEW YORK)        Legal Notice No.        0021318732
   :SS.:
COUNTY OF SUFFOLK)

Jamie Asuncion of Newsday Media Group., Suffolk County, N.Y., being duly sworn, says that such person is, and at the time of publication of the annexed Notice was a duly authorized custodian of records of Newsday Media Group, the publisher of NEWSDAY, a newspaper published in the County of Suffolk, County of Nassau, County of Queens, and elsewhere in the State of New York and other places, and that the Notice of which the annexed is a true copy, was published in the following editions/counties of said newspaper on the following dates:

Friday        October 20, 2017        Nassau, Suffolk and Queens

**SWORN** to before me this
20 Day of October, 2017.

CHRISTOPHER LAWSON
Notary Public – State of New York
No. 01LA6348406
Qualified in Suffolk County
My Commission Expires September 26, 2020

| | |
|---|---|
| BID DEADLINE DATE AND TIME: | December 4, 2017 at 4:00 p.m. (EST) |
| POTENTIAL AUCTION DATE AND TIME: | December 7, 2017 at 10:00 a.m. (EST) |
| OBJECTION DEADLINE DATE AND TIME: | December 8, 2017 at 4:00 p.m. (EST) |
| SALE HEARING DATE AND TIME: | December 18, 2017 at 1:30 p.m. (EST) |

UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK

In re DOWLING COLLEGE, ) Chapter 11
Debtor. ) Case No. 16-75545 (REG)

### NOTICE OF [AUCTION AND] HEARING TO CONSIDER APPROVAL OF THE SALE OF THE DEBTOR'S BROOKHAVEN CAMPUS

NOTICE IS HEREBY GIVEN, as follows:

1. On September 26, 2017, Dowling College ("Dowling" or the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), filed a motion (the "Motion")[1] which in pertinent part (the "Bidding Procedures Motion") sought entry of an order (the "Bidding Procedures Order") pursuant to Sections 105, 363 and 365 of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002(a)(2) and 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"): (a) approving the proposed Bidding Procedures to be used in connection with the proposed sale of the Brookhaven Campus, free and clear of all liens, claims and encumbrances, security interests and other interests, to the Successful Bidder, (b) scheduling an Auction, if necessary, and a Sale Hearing to approve the Sale of the Brookhaven Campus; and (c) approving the form and manner of the notice of the potential Auction and Sale Hearing.

2. A copy of the Motion, the Bidding Procedures, and the Bidding Procedures Order may be obtained by: (i) accessing the Bankruptcy Court's website at www.nyeb.uscourts.gov (password required); (ii) accessing the Debtor's noticing and claims agent website, http://cases.gardencitygroup.com/dco, or upon request by contacting Garden City Group, LLC ("GCG") at (866) 459-2643; (iii) going in person to the Office of the Clerk of the Bankruptcy Court at the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722; or (iv) contacting Sean C. Southard, Esq. of Klestadt Winters Jureller Southard & Stevens, LLP, counsel to the Debtor, at 200 West 41st Street, 17th Floor, New York, New York 10036, by telephone at (212) 972-3000 or by email at ssouthard@klestadt.com.

3. As set forth in the Bidding Procedures, the sale of the Brookhaven Campus will be sold to the highest or best offer, subject to Bankruptcy Court approval.

4. All interested parties are invited to make offers for all of the Brookhaven Campus in accordance with the terms of the Bidding Procedures and Bidding Procedures Order. The deadline to submit bids (the "Bid Deadline") is **December 4, 2017 at 4:00 p.m. (EST)**. Pursuant to the Bidding Procedures Order, if the Debtor determines, after review of the Qualified Bids and consultation with the Creditors' Committee and Secured Parties, that an Auction process will maximize the value that the Debtor may realize from the sale of the Brookhaven Campus, the Debtor shall conduct an Auction with respect to the Brookhaven Campus. The Auction will take place at the offices of local counsel to the 2006 Bond Insurer, Certilman Balin Adler & Hyman, LLP 90 Merrick Avenue, East Meadow, New York 11554, not later than **December 7, 2017, starting at 10:00 a.m. (prevailing Eastern Time)**, or at such other later date and time or other place, as may be determined by the Debtor at or prior to the Auction.

5. The Bidding Procedures Order further provides that a Sale Hearing will be held on **December 18, 2017 at 1:30 p.m. (EST)** before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722 (the "Bankruptcy Court"), which hearing may be adjourned from time to time, including, without limitation, by announcing such adjournment on the record at the Sale Hearing.

6. At the Sale Hearing, the Debtor will request that the Bankruptcy Court enter an order, among other things, approving the highest and best bid for the Brookhaven Campus, pursuant to which the Debtor will transfer the Brookhaven Campus. In addition, the Debtor requests that the Bankruptcy Court provide that the transfer of the Brookhaven Campus be (i) free and clear of all liens, claims and interests, including successor liability claims, and (ii) exempt from any stamp tax or similar tax.

7. At the Sale Hearing, the Bankruptcy Court may enter such orders as it deems appropriate under applicable law and as required by the circumstances and equities of this Chapter 11 Case. Objections, if any, to the Sale Motion must be made in writing, must state with particularity the reasons for the objection or response, and must be filed with the Clerk of the Bankruptcy Court, with copies delivered to the Bankruptcy Court and received by the Chambers of the Honorable Robert E. Grossman, United States Bankruptcy Judge, United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722, must conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, must set forth the name of the objecting party, the nature and basis of the objection and the specific grounds therefore and must be served upon: the Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722, Attn: Stan Yang, Esq., Trial Attorney; (b) counsel to the Debtor: Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, NY 10036, Attn: Sean C. Southard, Esq.; (c) counsel to the Debtor's material prepetition and post-petition lenders: (i) Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111, Attn: P. Miyoko Sato, Esq. and Ian A. Hammel, Esq., (ii) White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: Brian D. Pfeiffer, Esq., (iii) Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, 9th Floor, East Meadow, NY 11554, Attn: Richard J. McCord, Esq. and Thomas J. McNamara, Esq., and (iv) Garfunkel Wild, P.C., 111 Great Neck Road, Great Neck, NY 11021, Attn: Adam T. Berkowitz, Esq.; and (d) counsel to the Creditors' Committee: Silverman Acampora, LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Ronald J. Friedman, Esq., so as to be actually received by **4:00 p.m. (EST) on December 8, 2017**.

8. Requests for information concerning the sale of the Brookhaven Campus should be directed by written or telephonic request to: (i) A&G Realty Partners, LLC, 445 Broadhollow Road, Suite 410 Melville, New York 11747, Attn: Andrew Graiser, (ii) Madison Hawk Partners, LLC, 575 Lexington Avenue, Suite 4017, New York, New York 10022, Attn: Jeffrey L. Hubbard and (iii) CBRE, Inc., 200 Park Avenue, New York, New York 10166, Attn: Ellen Rudin.

Dated: New York, New York, October 17, 2017, **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**, By: /s/ Sean C. Southard, Sean C. Southard, Stephanie R. Sweeney, 200 West 41st Street, 17th Floor, New York, NY 10036, Tel: (212) 972-3000, Fax: (212) 972-2245, Email: ssouthard@klestadt.com, ssweeney@klestadt.com, *Attorneys to the Debtor-in-Possession*

---

[1] Capitalized terms used herein, unless herein defined, are used with the meanings ascribed to such terms in the Motion.

Case 8-16-75545-reg    Doc 430    Filed 10/26/17    Entered 10/26/17 15:26:52

# LEGAL NOTICES

D22

**Legal Notice # 21306833**
Notice of Formation of Primal Revival LLC. Arts. of Org. filed with Secy. of State of NY (SSNY) on 9/8/17. Office location: Suffolk County. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to: The LLC, 250 Peconic Street, Ronkonkoma, NY 11779. Purpose: any lawful activity.

**Legal Notice # 21309100**
PEACE LOVE LEGGINGS, LLC, Arts. of Org. filed with the SSNY on 09/20/2017. Office loc: Suffolk County. SSNY has been designated as agent upon whom process against the LLC may be served. SSNY shall mail process to: The LLC, 64 Maple Place, Huntington, NY 11743. Purpose: Any Lawful Purpose.

**Legal Notice # 21310010**
Notice of Formation of GAL Properties LLC, Arts. of Org. filed with Secy. of State of NY (SSNY) on 9/7/17. Office location: Suffolk County. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to: The LLC, P.O. Box 1531, Ronkonkoma, NY 11779. Purpose: any lawful activity.

**Legal Notice # 21311691**
Notice of Formation of Rutigliano Enterprises, LLC. Arts. of Org. filed with Secy. of State of NY (SSNY) on 9/7/17. Office location: Suffolk County. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to: 4 Lindsey Place, Holbrook, NY 11741. Purpose: any lawful activity.

**Legal Notice # 21306862**
CJN CAPITAL, LLC, Arts. of Org. filed with the SSNY on 06/16/2017. Office loc: Suffolk County. SSNY has been designated as agent upon whom process against it may be served. SSNY shall mail process to: The LLC, 150 Islip Avenue Suite 7, Islip, NY 11751. Purpose: Any Lawful Purpose.

**Legal Notice # 21317716**
PUBLIC NOTICE
Notice of Public Hearing on Preliminary Capital Budget for 2018-2022 exclusive of Special Districts. Notice is hereby given, that the proposed Preliminary Capital Budget for the years 2018-2022 have been completed and filed in the Office of the Brookhaven Town Clerk, located at One Independence Hill, Farmingville, New York 11738, and are available for inspection by any interested person during office hours, and further notice is hereby given that the Town Board of the Town of Brookhaven will meet and review said proposed Preliminary Capital Budgets, hold a Public Hearing thereon at the Town Board Auditorium, One Independence Hill, 2nd Floor, Farmingville, New York 11738 on November 9, 2017 at 5:00 p.m., and that at such hearing any person may be heard with respect to said budgets. By Order of the Town Board of the Town of Brookhaven.
DATED: October 20, 2017
Farmingville, New York
Donna Lent, Town Clerk
Town of Brookhaven

**Legal Notice # 21315571**
NOTICE OF SALE
SUPREME COURT: SUFFOLK COUNTY
EVERHOME MORTGAGE COMPANY F/K/A ALLIANCE MORTGAGE COMPANY; Plaintiff(s)
vs. EDWARD DUFF; et al; Defendant(s)
Attorney (s) for Plaintiff (s): ROSICKI, ROSICKI & ASSOCIATES, P.C., 2 Summit Court, Suite 301, Fishkill, New York, 12524, 845.897.1600
Pursuant to judgment of foreclosure and sale granted herein on or about December 18, 2009, I will sell at Public Auction to the highest bidder at Brookhaven Town Hall, 1 Independence Hill, Farmingville, NY 11738.
On November 13, 2017 at 1:00 pm.
Premises known as 938 SCHERGER AVENUE, EAST PATCHOGUE, NY 11772
District: 0200 Section: 958. 00 Block: 06.00 Lot: 055.00
ALL that certain plot, piece or parcel of land, with building and improvements thereon, situate and being in the Town of Brookhaven, County of Suffolk, State of New York, shown on a certain map entitled, "Map of Map No. 10 of New York and Brooklyn Suburban Investment Company" filed in the Office of the Clerk of Suffolk County on 8/5/1890 as Map No. 102, as the Northerly 15 feet of Lot 55, Lots 56 and 57 and the Southerly 15 feet of Lot 58 in Block 735.
As more particularly described in the judgment of foreclosure and sale.
Sold subject to all of the terms and conditions contained in said judgment and terms of sale.
Approximate amount of judgment $77,475.51 plus interest and costs.
INDEX NO. 12855/09
Paul M. DeChance, Esq., Referee

**Legal Notice # 21306871**
8 GREENWAY DRIVE LLC, Arts. of Org. filed with the SSNY on 09/06/2017. Office loc: Suffolk County. SSNY has been designated as agent upon whom process against the LLC may be served. SSNY shall mail process to: The LLC, 42 Huntting Avenue, East Hampton, NY 11937. Purpose: Any Lawful Purpose.

**Legal Notice # 21309987**
Notice of Formation of 191 Blank Lane LLC. Arts. of Org. filed with Secy. of State of NY (SSNY) on 9/8/17. Office location: Suffolk County. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to: 10 South LaSalle Street, 31st Fl., Chicago, IL 60603. Purpose: any lawful activity.

**Legal Notice # 21311480**
MDL DEVELOPMENT, LLC, Arts. of Org. filed with the SSNY on 09/05/2017. Office loc: Suffolk County. SSNY has been designated as agent upon whom process against the LLC may be served. SSNY shall mail process to: The LLC, 1732 Church Street, Holbrook, NY 11741. Purpose: Any Lawful Purpose.

**Legal Notice # 21311709**
Notice of Formation of Beck Family LLC. Arts. of Org. filed with Secy. of State of NY (SSNY) on 9/7/17. Office location: Suffolk County. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to: The LLC, 40 E. 88th St., Apt. 8D, NY, NY 10128. Purpose: any lawful activity.

**Legal Notice # 21308808**
115 MONTAUK HWY LLC. Arts. of Org. filed with the SSNY on 09/13/17. Office: Suffolk County. SSNY designated as agent of the LLC upon whom process against it may be served. SSNY shall mail copy of process to the LLC, PO Box 7132, Amagansett, NY 11930. Purpose: Any lawful purpose.

**Legal 2131873201**

**BID DEADLINE DATE AND TIME:** December 4, 2017 at 4:00 p.m. (EST)
**POTENTIAL AUCTION DATE AND TIME:** December 7, 2017 at 10:00 a.m. (EST)
**OBJECTION DEADLINE DATE AND TIME:** December 8, 2017 at 4:00 p.m. (EST)
**SALE HEARING DATE AND TIME:** December 18, 2017 at 1:30 p.m. (EST)
**UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK**

In re DOWLING COLLEGE,        ) Chapter 11
    Debtor.                    ) Case No. 16-75545 (REG)

**NOTICE OF [AUCTION AND] HEARING TO CONSIDER APPROVAL OF THE SALE OF THE DEBTOR'S BROOKHAVEN CAMPUS**

**NOTICE IS HEREBY GIVEN**, as follows:

1. On September 26, 2017, Dowling College ("Dowling" or the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), filed a motion ("Motion")[1] which in pertinent part (the "Bidding Procedures Motion") sought entry of an order (the "Bidding Procedures Order") pursuant to Sections 105, 363 and 365 of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002(a) (2) and 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"): (a) approving the proposed Bidding Procedures to be used in connection with the proposed sale of the Brookhaven Campus, free and clear of all liens, claims and encumbrances, security interests and other interests, to the Successful Bidder, (b) scheduling an Auction, if necessary, and a Sale Hearing to approve the Sale of the Brookhaven Campus; and (c) approving the form and manner of the notice of the potential Auction and Sale Hearing.

2. A copy of the Motion, the Bidding Procedures, and the Bidding Procedures Order may be obtained by: (i) accessing the Bankruptcy Court's website at www.nyeb.uscourts. gov (password required); (ii) accessing the Debtor's noticing and claims agent website, http://cases.gardencitygroup.com/dco, or upon request by contacting Garden City Group, LLC ("GCG") at (866) 459-2643; (iii) going in person to the Office of the Clerk of the Bankruptcy Court at the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722; or (iv) contacting Sean C. Southard, Esq. of Klestadt Winters Jureller Southard & Stevens, LLP, counsel to the Debtor, at 200 West 41st Street, 17th Floor, New York, New York 10036, by telephone at (212) 972-3000 or by email at ssouthard@klestadt.com.

3. As set forth in the Bidding Procedures, the sale of the Brookhaven Campus will be sold to the highest or best offer, subject to Bankruptcy Court approval.

4. All interested parties are invited to make offers for all of the Brookhaven Campus in accordance with the terms of the Bidding Procedures and Bidding Procedures Order. The deadline to submit bids (the "Bid Deadline") is **December 4, 2017 at 4:00 p.m. (EST)**. Pursuant to the Bidding Procedures Order, if the Debtor determines, after review of the Qualified Bids and consultation with the Creditors' Committee and Secured Parties, that an Auction process will maximize the value that the Debtor may realize from the sale of the Brookhaven Campus, the Debtor shall conduct an Auction with respect to the Brookhaven Campus. The Auction will take place at the offices of local counsel to the 2006 Bond Insurer, Certilman Balin Adler & Hyman, LLP 90 Merrick Avenue, East Meadow, New York 11554, not later than **December 7, 2017, starting at 10:00 a.m. (prevailing Eastern Time)**, or at such other later date and time or other place, as may be determined by the Debtor at or prior to the Auction.

5. The Bidding Procedures Order further provides that a Sale Hearing will be held on **December 18, 2017 at 1:30 p.m. (EST)** before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722 (the "Bankruptcy Court"), which hearing may be adjourned from time to time, including, without limitation, by announcing such adjournment on the record at the Sale Hearing.

6. At the Sale Hearing, the Debtor will request that the Bankruptcy Court enter an order, among other things, approving the highest and best bid for the Brookhaven Campus, pursuant to which the Debtor will transfer the Brookhaven Campus. In addition, the Debtor requests that the Bankruptcy Court provide that the transfer of the Brookhaven Campus be (i) free and clear of all liens, claims and interests, including successor liability claims, and (ii) exempt from any stamp tax or similar tax.

7. At the Sale Hearing, the Bankruptcy Court may enter such orders as it deems appropriate under applicable law and as required by the circumstances and equities of this Chapter 11 Case. Objections, if any, to the Sale Motion must be made in writing, must state with particularity the reasons for the objection or response, and must be filed with the Clerk of the Bankruptcy Court, with copies delivered to the Bankruptcy Court and received by the Chambers of the Honorable Robert E. Grossman, United States Bankruptcy Judge, United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722, must conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, must set forth the name of the objecting party, the nature and basis of the objection and the specific grounds therefore and must be served upon: the Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722, Attn: Stan Yang, Esq., Trial Attorney; (b) counsel to the Debtor: Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, NY 10036, Attn: Sean C. Southard, Esq.; (c) counsel to the Debtor's material prepetition and post-petition lenders: (i) Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111, Attn: P. Miyoko Sato, Esq. and Ian A. Hammel, Esq., (ii) White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: Brian D. Pfeiffer, Esq., (iii) Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, 9th Floor, East Meadow, NY 11554, Attn: Richard J. McCord, Esq. and Thomas J. McNamara, Esq., and (iv) Garfunkel Wild, P.C., 111 Great Neck Road, Great Neck, NY 11021, Attn: Adam T. Berkowitz, Esq.; and (d) counsel to the Creditors' Committee: Silverman Acampora, LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Ronald J. Friedman, Esq., so as to be actually received by **4:00 p.m. (EST) on December 8, 2017**.

8. Requests for information concerning the sale of the Brookhaven Campus should be directed by written or telephonic request to: (i) A&G Realty Partners, LLC, 445 Broadhollow Road, Suite 410 Melville, NY 11747, Attn: Andrew Graiser, (ii) Madison Hawk Partners, LLC, 575 Lexington Avenue, Suite 4017, New York, New York 10022, Attn: Jeffrey L. Hubbard and (iii) CBRE, Inc., 200 Park Avenue, New York, New York 10166, Attn: Ellen Rudin.

Dated: New York, New York, October 17, 2017, **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP** By: /s/ Sean C. Southard, Sean C. Southard, Stephanie R. Sweeney, 200 West 41st Street, 17th Floor, New York, NY 10036, Tel: (212) 972-3000, Fax: (212) 972-2245, Email: ssouthard@klestadt.com, ssweeney@klestadt.com, Attorneys for the Debtor-in-Possession

[1] Capitalized terms used herein, unless herein defined, are used with the meanings ascribed to such terms in the Motion.

**Legal Notice # 21310698**
SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF SUFFOLK Plaintiff designates SUFFOLK as the place of trial situs of the real property
INDEX NO. 611145/2017
REVERSE MORTGAGE SOLUTIONS, INC., Plaintiff,
vs.
MICHAEL P. CARRIG, AS HEIR AND DISTRIBUTEE OF THE ESTATE OF MARIE CARRIG A/K/A MARIE L. CARRIG, if living, and if she/he be dead, any and all persons unknown to plaintiff, claiming, or who may claim to have an interest in, or general or specific lien upon the real property described in this action; such unknown persons being herein generally described and intended to be included in the following designation, namely: the wife, widow, husband, widower, heirs at law, next of kin, descendants, executors, administrators, devisees, legatees, creditors, trustees, committees, lienors, and assignees of such deceased, any and all persons deriving interest in or lien upon, or title to said real property by, through or under them, or either of them, and their respective wives, widows, husbands, widowers, heirs at law, next of kin, descendants, executors, administrators, devisees, legatees, creditors, trustees, committees, lienors and assigns, all of whom and whose names, except as stated, are unknown to plaintiff; DEBORAH A. DICKERSON A/K/A DEBORAH A. CARRIG, AS HEIR AND DISTRIBUTEE OF THE ESTATE OF MARIE CARRIG A/K/A MARIE L. CARRIG; any and all persons unknown to plaintiff, claiming, or who may claim to have an interest in, or general or specific lien upon the real property described in this action; such unknown persons being herein generally described and intended to be included in the following designation, namely: the wife, widow, husband, widower, heirs at law, next of kin, descendants, executors, administrators, devisees, legatees, creditors, trustees, committees, lienors, and assignees of such deceased, any and all persons deriving interest in or lien upon, or title to said real property by, through or under them, or either of them, and their respective wives, widows, husbands, widowers, heirs at law, next of kin, descendants, executors, administrators, devisees, legatees, creditors, trustees, committees, lienors and assigns, all of whom and whose names, except as stated, are unknown to plaintiff; NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE; UNITED STATES OF AMERICA; SECRETARY OF HOUSING AND URBAN DEVELOPMENT, "JOHN DOE #1" through "JOHN DOE #12," the last twelve names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises, described in the complaint, Defendants. To the above named Defendants YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's Attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York) in the event the United States of America is made a party defendant, the time to answer for the said United States of America shall not expire until 60 days after service of the Summons; and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint. NOTICE OF NATURE OF ACTION AND RELIEF SOUGHT
THE OBJECT of the above caption action is to foreclose a Mortgage to secure the sum of $675,000.00 and interest, recorded on March 6, 2012, at Liber M00022179 at Page 264, of the Public Records of SUFFOLK County, New York, covering premises known as 475 RICHMOND ROAD, SOUTHOLD, NY 11971.
The relief sought in the within action is a final judgment directing the sale of the premises described above to satisfy the debt secured by the Mortgage described above. SUFFOLK County is designated as the place of trial because the real property affected by this action is located in said county. NOTICE YOU ARE IN DANGER OF LOSING YOUR HOME If you do not respond to this summons and complaint by serving a copy of the answer on the attorney for the mortgage company who filed this foreclosure proceeding against you and filing the answer with the court, a default judgment may be entered and you can lose your home. Speak to an attorney or go to the court where your case is pending for further information on how to answer the summons and protect your property. Sending a payment to the mortgage company will not stop the foreclosure action.
YOU MUST RESPOND BY SERVING A COPY OF THE ANSWER ON THE ATTORNEY FOR THE PLAINTIFF (MORTGAGE COMPANY) AND FILING THE ANSWER WITH THE COURT.
Dated: August 30, 2017 Westbury, New York RAS BORISKIN, LLC BY: JADWIGA SZAJNER, ESQ. 900 Merchants Concourse, Suite 106 Westbury, NY 11590 516-280-7675

**Legal Notice # 21311517**
RISING STAR VENTURES LLC, Arts. of Org. filed with the SSNY on 05/16/2006. Office loc: Suffolk County. SSNY has been designated as agent upon whom process against the LLC may be served. SSNY shall mail process to: The LLC, 595 Broad Hollow Rd., Ste 230, Melville, NY 11747. Purpose: Any Lawful Purpose.

**Legal Notice # 21313963**
J & J LOGISTICS SERVICES LLC, Arts. of Org. filed with the SSNY on 10/03/2017. Office loc: Suffolk County. SSNY has been designated as agent upon whom process against the LLC may be served. SSNY shall mail process to: The LLC, P.O. Box 20073, Huntington Station, NY 11746. Purpose: Any Lawful Purpose.

**Legal Notice # 21308847**
117 MONTAUK HWY LLC. Arts. of Org. filed with the SSNY on 09/13/17. Office: Suffolk County. SSNY designated as agent of the LLC upon whom process against it may be served. SSNY shall mail copy of process to the LLC, PO Box 7132, Amagansett, NY 11930. Purpose: Any lawful purpose.

**Legal Notice # 21316245**
PINEAL DEVELOPMENT, LLC, Arts. of Org. filed with the SSNY on 09/18/2017. Office loc: Suffolk County. SSNY has been designated as agent upon whom process against the LLC may be served. SSNY shall mail process to: James Williams, 1610 August Road, North Babylon, NY 11703. Purpose: Any Lawful Purpose.

**Legal Notice # 21315998**
20 MAIN ST SAG HARBOR, LLC. Arts. of Org. filed with the SSNY on 09/25/17. Office: Suffolk County. SSNY designated as agent of the LLC upon whom process against it may be served. SSNY shall mail copy of process to the LLC, PO Box Watch Ct., PO Box 3139, Sag Harbor, NY 11963. Purpose: Any lawful purpose.

**Legal Notice # 21318830**
NOTICE TO BIDDERS
Pursuant to resolution adopted by the Town Board, The Town of Babylon, Commissioner of General Services, Division of Purchasing, will receive sealed proposals for:
**BID NO. 1761**
**AMITYVILLE WATERFRONT RESILIENCY**
until 10:00 am on **TUESDAY, NOVEMBER 14 2017** at the Town Hall, 200 East Sunrise Highway, Lindenhurst, New York, 11757 at which time they will be publicly opened and read in the Division of Purchasing office.
Bids may be hand delivered or mailed to the above address. Bids will not be accepted after 10:00 am on the date of bid opening. NO EXCEPTIONS WILL BE GRANTED.
Do not remove any pages; all proposals are to be submitted intact. For information call (631) 957-3025. The Town reserves the right to reject any and all proposals Bidding and contract documents may be examined and obtained at the Town Hall Purchasing Department between the hours of 9:00 a.m. and 4:30 p.m. daily except Saturdays, Sundays and Holidays, on and after FRIDAY **OCTOBER 20, 2017.**
A non-refundable fee of $100 .00 is required for each set of contract documents. Checks are to be made payable to the Town of Babylon.
Each bid must be accompanied by a Bid Bond or Certified Check made payable to the Town of Babylon in the amount of 5% of the total bid amount.
SPECIAL NOTE: These projects shall be funded in part through the New York State Governor's Office of Storm Recovery - Disaster Recovery and Federal Funds through Community Development Block Grants. Bidders must comply with any and all funding agency requirements, as well as any other State, County Town or local government or agency rules and regulations. This includes compliance with the Davis-Bacon Act. A goal of 15% for New York State Certified Minority Businesses and 15% for New York State Certified Women Owned Businesses has been established for this project. Bidders must demonstrate their good-faith efforts to achieve these goals.
An Apprenticeship program approved by the New York State Dept. Labor is required for all Prime Contractors and their respective Sub-Contractors. This requirement shall be waived for certified M/WBE Sub-Contractors, only. Failure to comply with any of these requirements may be cause for your bid to be rejected.
The Town of Babylon encourages minority and women owned businesses to participate in all bids.
The Town reserves the right to reject any or all bids.
Theresa Sabatino
Commissioner of General Services
Date: October 20, 2017

**Legal Notice # 21318737**
PUBLIC NOTICE
A Meeting of the Suffolk Regional Off-Track Betting Corporation Board of Directors will be held on Thursday October 26, 2017 at 10:00 a.m. at Corporate Headquarters located at 425 Oser Avenue, Suite 2, Hauppauge. The meeting will be open to the public.

**Legal Notice # 21316278**
QUOGUE ACRES LLC. Arts. of Org. filed with the SSNY on 10/06/17. Office: Suffolk County. SSNY designated as agent of the LLC upon whom process against it may be served. SSNY shall mail copy of process to the LLC, 201 Moreland Road, Hauppauge, NY 11788. Purpose: Any lawful purpose.

**Legal Notice # 21316311**
RALPH'S SANDLOTS LLC. Arts. of Org. filed with the SSNY on 10/06/17. Office: Suffolk County. SSNY designated as agent of the LLC upon whom process against it may be served. SSNY shall mail copy of process to the LLC, 451 Montauk Highway, East Moriches, NY 11940. Purpose: Any lawful purpose.

**Legal Notice # 21318259**
V & J MOSAIC, LLC. Arts. of Org. filed with the SSNY on 09/22/17. Office: Suffolk County. SSNY designated as agent of the LLC upon whom process against it may be served. SSNY shall mail copy of process to the LLC, 418 North Country Road, St. James, NY 11780. Purpose: Any lawful purpose.

**Legal Notice # 21318701**
Little Ram Oaks LLC. Arts. of Org. filed with Secy. of State of NY (SSNY) on 09/19/17. Off. loc.: Suffolk Co. SSNY des. as agent of LLC upon whom process may be served. SSNY shall mail process to the LLC, c/o Robinson Brog, et al., Attn: Scott Lavin, Esq., 875 3rd Ave., 9th Fl., New York, NY 10022. Purpose: General.

**Legal Notice # 21318708**
First Shelter LLC. Arts. of Org. filed with Secy. of State of NY (SSNY) on 09/19/17. Off. loc.: Suffolk Co. SSNY des. as agent of LLC upon whom process may be served. SSNY shall mail process to the LLC, c/o Robinson Brog, et al., Attn: Scott Lavin, Esq., 875 3rd Ave., 9th Fl., New York, NY 10022. Purpose: General.

---

## DOG/CATS FOR SALE

AKC Breeder Since 1962  PD030
★ **PUPPY PICKIN' TIME** ★
Goldens ★ Labrador
French Bulldog ★ Rottweiler
Dachshund, Corgi, Boston, JK Russell, Havanese, Yorkie, Schnauzer, Poms, Wheaten, Shih-Tzu, Maltese, Siberian, Beagle, Yorkie-poo, Morgan CAVAPOOS, GOLDENDOODLES
Sportsmans ★ 631-727-3550
www.sportsmanskennels.com

AKITA Puppies M/F, Parents on Prem, $500/neg. 631-879-1821

AMERICAN ESKIMO MINI PUP 1 F, 8 wks, $600. Parents on Premises.  (516) 884-2480

BOXER PUPS M/F AKC Euro/ Champion Lines 631-662-1602

CHIHUAHUA- M/12wks. Fawn, 1st shots, $500. 631-365-7800.

COCKAPOO PUPS, Home Bred, Vet chk'd M/F, (631) 942-9250

ENG SPRINGER SPANIEL Pups, blk/wht AKC $900 631 885 4419

GERMAN Shepherd Pups M, 9/4 reg.vet cert.shots 631-284-3611

GOLDEN Retriever Pups, Due 12/10/17. English Cream Gorgeous OFA AKC Champ Lines. Email: mchristman7@aol.com or Call: 631-905-6647

MALTESE 1 M, 12 wk, 1 F, 16 wk, health guar  631-394-9557

MALTESE PUPS, 4 F, AKC, reg. Standard size, 5 weeks, parents on premises, shots/dewormed. $1,300 Call Steve 631-683-5750

RAGDOLL KITTENS FOR SALE
All Shots, Desexed
631-848-4526

## Merchandise



- Auctions
- Home furnishings
- Miscellaneous

## Pets + Livestock

- Pet supplies    • Sale
- Lost            • Found
- Groom           • Adopt
- Board           • Train

### LOST/FOUND/ADOPT PETS

LOST 10/1 Blk/Brwn Lab Mix 1yr old. In merrick 631-793-3845

NEWSDAY BUY & SELL
Read for savings
Advertise for results!!
631-843-7653(SOLD)

## GARAGE/TAG SALES

AMITYVILLE Sat 10/21 9-4pm. 10 S. Emerson Ave. Fishing, boating, gift items, Collectibles.

Amityville X MARKS THE SPOT
3 Windsor Ct Sat/Sun10/21+22 10-4.Antiques,Collectibles,Toys

BALDWIN TAG SALE
♦ ♦ DIAMOND TAG SALES ♦ 855 VAN BUREN ST Sat 10/21, 10-4PM Collectibles china costume jewelry, clothes, more++

BALDWIN - Woodland Estates 35 Maplewood Ct. Sat. 10/21 Multi Family Sale 10am-4pm. New & old houseware & more

BAY SHORE 9 OCEAN AVE Sat/Sun 10/21 10/22, 9-4pm. Vintage, Antiques, Furniture, Art, Linenes & More!!!

DID YOU KNOW THAT YOU CAN SEE NEWSDAY'S BUY & SELL ADS ON THE INTERNET?
www.newsday.com/classifieds

## DOG/CATS FOR SALE



St.POODLE PUPPIES AKC B LK
9-6-17.M/F Parents on premises
Text please: 516-455-3333

DID YOU KNOW THAT YOU CAN SEE NEWSDAY'S BUY & SELL ADS ON THE INTERNET?
www.newsday.com/classifieds

Ad Number:
Client Name:
Insertion Number:
Advertiser:
Size:
Section/Page/Zone: D/D022/SU
Color Type:
Description:

Publication Date: 10/20/2017

This E-sheet confirms that the ad appeared in Newsday on the date and page indicated. Derivative works or any exploitation or repurposing of any content displayed or contained herein is strictly prohibited.

NEWSDAY, FRIDAY, OCTOBER 20, 2017    newsday.com    NEWSDAY CARS    s