# AFFIDAVIT

STATE OF TEXAS )
) ss:
CITY AND COUNTY OF DALLAS)

I, John Wier, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for New York distribution for

1   insertion(s) on the following date(s):

OCT-25-2017;

ADVERTISER: DOWLING COLLEGE;

and that the foregoing statements are true and correct to the best of my knowledge.

_____

Sworn to before me this
25  day of   October      2017

_____
Notary Public

TOBY A. BREITEN
Notary Public
STATE OF TEXAS
My Comm. Exp. April 24, 2018

Case 8-16-75545-reg Doc 431 Filed 10/26/17 Entered 10/26/17 15:29:26

# BIGGEST 1,000 STOCKS

Stock tables for NYSE, NYSE Arca, NYSE MKT, and Nasdaq Stock Market listings for Tuesday, October 24, 2017, showing Symbol, Close, and Net Change for each security.

## Legal Notices

To advertise: 800-366-3975 or WSJ.com/classifieds

### NOTICE OF SALE

**BID DEADLINE DATE AND TIME:** December 4, 2017 at 4:00 p.m. (EST)
**POTENTIAL AUCTION DATE AND TIME:** December 7, 2017 at 10:00 a.m. (EST)
**OBJECTION DEADLINE DATE AND TIME:** December 8, 2017 at 4:00 p.m. (EST)
**SALE HEARING DATE AND TIME:** December 18, 2017 at 1:30 p.m. (EST)

**UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK**

In re: DOWLING COLLEGE, Debtor.
Chapter 11
Case No. 16-75545 (REG)

**NOTICE OF [AUCTION AND] HEARING TO CONSIDER APPROVAL OF THE SALE OF THE DEBTOR'S BROOKHAVEN CAMPUS**

NOTICE IS HEREBY GIVEN, as follows:

1. On September 26, 2017, Dowling College ("Dowling" or the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), filed a motion (the "Motion") in which in pertinent part (the "Bidding Procedures Motion") sought entry of an order (the "Bidding Procedures Order") pursuant to Sections 105, 363 and 365 of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002(a)(2) and 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"): (a) approving the proposed Bidding Procedures to be used in connection with the proposed sale of the Brookhaven Campus, free and clear of all liens, claims and encumbrances, security interests and other interests, to the Successful Bidder, (b) scheduling an Auction, if necessary, and a Sale Hearing to approve the Sale of the Brookhaven Campus; and (c) approving the form and manner of the notice of the potential Auction and Sale Hearing.

2. A copy of the Motion, the Bidding Procedures, and the Bidding Procedures Order may be obtained by: (i) accessing the Bankruptcy Court's website at www.nyeb.uscourts.gov (password required); (ii) accessing the Debtor's noticing and claims agent website, http://cases.gardencitygroup.com/dco, or upon request by contacting Garden City Group, LLC ("GCG") at (866) 459-2643; (iii) going in person to the Office of the Clerk of the Bankruptcy Court at the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722; or (iv) contacting Sean C. Southard, Esq. of Klestadt Winters Jureller Southard & Stevens, LLP, counsel to the Debtor, at 200 West 41st Street, 17th Floor, New York, New York 10036, by telephone at (212) 972-3000 or by email at ssouthard@klestadt.com.

3. As set forth in the Bidding Procedures, the sale of the Brookhaven Campus will be sold to the highest or best offer, subject to Bankruptcy Court approval.

4. All interested parties are invited to make offers for all of the Brookhaven Campus pursuant to and in accordance with the terms of the Bidding Procedures and Bidding Procedures Order. The deadline to submit bids (the "Bid Deadline") is **December 4, 2017 at 4:00 p.m. (EST)**. Pursuant to the Bidding Procedures Order, if the Debtor determines, after review of the Qualified Bids and consultation with the Creditors' Committee and Secured Parties, that an Auction process will maximize the value that the Debtor may realize from the sale of the Brookhaven Campus, the Debtor shall conduct an Auction with respect to the Brookhaven Campus. The Auction will take place at the offices of local counsel to the 200A Bond Insurer, Certilman Balin Adler & Hyman, LLP 90 Merrick Avenue, East Meadow, New York 11554, not later than **December 7, 2017, starting at 10:00 a.m. (prevailing Eastern Time)**, or at such other later date and time or other place, as may be determined by the Debtor at or prior to the Auction.

5. The Bidding Procedures Order further provides that a Sale Hearing will be held on **December 18, 2017 at 1:30 p.m. (EST)** before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722 (the "Bankruptcy Court"), which hearing may be adjourned from time to time, including, without limitation, by announcing such adjournment on the record at the Sale Hearing.

6. At the Sale Hearing, the Debtor will request that the Bankruptcy Court enter an order, among other things, approving the highest and best bid for the Brookhaven Campus, pursuant to which the Debtor will transfer the Brookhaven Campus. In addition, the Debtor requests that the Bankruptcy Court provide that the transfer of the Brookhaven Campus be (i) free and clear of all liens, claims and interests, including successor liability claims, and (ii) exempt from any stamp tax or similar tax.

7. At the Sale Hearing, the Bankruptcy Court may enter such orders as it deems appropriate under applicable law and as required by the circumstances and equities of this Chapter 11 Case. Objections, if any, to the Sale Motion must be made in writing, must state with particularity the reasons for the objection or response, and must be filed with the Clerk of the Bankruptcy Court, with copies delivered to the Bankruptcy Court and received by the Chambers of the Honorable Robert E. Grossman, United States Bankruptcy Judge, United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722, must conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, must set forth the name of the objecting party, the nature and basis of the objection and the specific grounds therefore and must be served upon: the Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722, Attn: Stan Yang, Esq., Trial Attorney; (ii) counsel to the Debtor: Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, NY 10036, Attn: Sean C. Southard, Esq.; (c) counsel to the Debtor's material prepetition and post-petition lenders: (i) Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111, Attn: P. Miyoko Sato, Esq. and Ian A. Hammel, Esq., (ii) White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: Brian D. Pfeiffer, Esq., (iii) Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, 9th Floor, East Meadow, NY 11554, Attn: Richard J. McCord, Esq. and Thomas J. McNamara, Esq., and (iv) Garfunkel Wild, P.C., 111 Great Neck Road, Great Neck, NY 11021, Attn: Adam T. Berkowitz, Esq.; and (d) counsel to the Creditors' Committee: Silverman Acampora, LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Ronald J. Friedman, Esq., so as to be actually received by **4:00 p.m. (EST) on December 8, 2017**.

8. Requests for information concerning the sale of the Brookhaven Campus should be directed by written or telephonic request to: (i) A&G Realty Partners, LLC, 445 Broadhollow Road, Suite 410 Melville, New York 11747, Attn: Andrew Graiser, (ii) Madison Hawk Partners, LLC, 575 Lexington Avenue, Suite 4017, New York, New York 10022, Attn: Jeffrey L. Hubbard and (iii) CBRE, Inc., 200 Park Avenue, New York, New York 10166, Attn: Ellen Herman.

Dated: New York, New York, October 17, 2017.

KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP, By: /s/ Sean C. Southard__ Sean C. Southard, Stephanie R. Sweeney, 200 West 41st Street, 17th Floor, New York, NY 10036, Tel: (212) 972-3000, Fax: (212) 972-2245, Email: ssouthard@klestadt.com, ssweeney@klestadt.com, Attorneys to the Debtor-in-Possession

Capitalized terms used herein, unless herein defined, are used with the meanings ascribed to such terms in the Motion.

### PUBLIC NOTICES

#### NOTICE OF PUBLIC AUCTION

Reference is hereby made to that certain Indenture, dated as of April 24, 2001 (the "**Indenture**"), by and among the Issuer thereunder, The Co-Issuer thereunder, and Deutsche Bank Trust Company Americas (formerly known as Bankers Trust Company) as Trustee (when acting in such capacity, the "**Trustee**"). In accordance with the applicable provisions of the Indenture and the Uniform Commercial Code as in effect in the State of New York, the following assets will be sold (individually or on a portfolio basis) to the highest qualified bidder(s) at Public Auctions to be held on the dates and times set forth below:

**Portfolio No. 1 – RMBS**
Bid Deadline: November 7, 2017 at 10:00 a.m. (Eastern time)

| No. | CUSIP/ISIN | Security | Original Principal Amount ($) | Settlement | Subtype |
|---|---|---|---|---|---|
| 1 | 04541GBE1 | ABSHE 2001-HE2 B | $5,000,000.00 | DTC | Subprime |
| 2 | 04541GAU6 | BASS 2001-MZ1 F | $7,500,000.00 | DTC | Subprime |
| 3 | 20846QEN7 | CNFM 2000-E B1 | $1,750,000.00 | DTC | Subprime |
| 4 | 20846QEM9 | CNFM 2000-E M2 | $10,250,000.00 | DTC | Subprime |
| 5 | 247639LL6 | DELHE 2000-4 M2 | $7,000,000.00 | DTC | Subprime |
| 6 | 247639GE6 | DELHE 2000-3 B1 | $3,500,000.00 | DTC | Subprime |
| 7 | 247639JX1 | DELHE 2000-4 B | $2,600,000.00 | DTC | Subprime |
| 8 | 68389FCU6 | OOMLT 2002-1 B2 | REST 2003-1 B1 | DTC | Subprime |
| 9 | 74951PCF6 | RFMSII 2001-HS3 M3 | $4,000,000.00 | DTC | Subprime |
| 10 | 805644NC1 | SASF 2003-1 M2 | $8,500,000.00 | DTC | Prime |

**Portfolio No. 2 – RMBS**
Bid Deadline: November 7, 2017 at 10:00 a.m. (Eastern time)

| No. | CUSIP/ISIN | Security | Original Principal Amount ($) | Settlement | Subtype |
|---|---|---|---|---|---|
| 1 | 30243TAF7 | FIB 2000-A M2 | $7,500,000.00 | DTC | SBL |
| 2 | 393505JW3 | GT 1995-8 B1 | $5,000,000.00 | DTC | Prime |
| 3 | 68389HAC2 | LIFT 1 C | $5,400,000.00 | DTC | Plane ABS |

**Portfolio No. 3 – Zero-factor**
Bid Deadline: November 7, 2017 at 10:00 a.m. (Eastern time)

| No. | CUSIP/ISIN | Security | Original Principal Amount ($) | Settlement | Subtype |
|---|---|---|---|---|---|
| 1 | 20846QEM9 | CNFM 2000-E M2 | $10,250,000.00 | DTC | Zero-factor |
| 2 | 20846QEN7 | CNFM 2000-E B1 | $1,750,000.00 | DTC | Zero-factor |
| 3 | 152314CT1 | CKLT 2000-1 B | $5,000,000.00 | DTC | Zero-factor |
| 4 | 247639JX1 | DELHE 2000-4 B | $2,600,000.00 | DTC | Zero-factor |
| 5 | 24763GLH6 | DELHE 2001-2 B | $4,100,000.00 | DTC | Zero-factor |
| 6 | 247639LL6 | DELHE 2000-4 M2 | $7,000,000.00 | DTC | Zero-factor |
| 7 | 542514AF9 | LBML 2000-WL2 M2 | $15,000,000.00 | DTC | Zero-factor |
| 8 | 542514AG7 | LBMLT 2000-WL1 B1 | $4,375,000.00 | DTC | Zero-factor |
| 9 | 5527GAG2 | MBL ABS 2000-1 M2 | $7,787,000.00 | DTC | Zero-factor |
| 10 | 805644NC1 | OPMAC 2001-A M | $1,750,000.00 | DTC | Zero-factor |

**Additional Information.** All bids must be submitted by the applicable above-noted Bid Deadline in accordance with the terms and conditions set forth in the bid package (the "**Bid Package**"), which is available to Public Auction. In addition, please be advised that the sale of the above-noted assets (individually or on a portfolio basis) will be made only to the highest qualified bidder(s). For additional information regarding this Public Auction, and to obtain a Bid Package, please contact Cowen and Company, LLC, Attn: James Burke, Managing Director, Facsimile No.: (212) 845-7990, E-mail: jim.burke@cowen.com and Yulia Gilman, Director, Facsimile No.: (212) 845-7990, E-mail: Yulia.Gilman@cowen.com. The Public Auction will be a public disposition (within the meaning of Section 9-610 of the UCC).

**Disclaimer.** The Trustee is authorized at this Public Auction, if the Trustee deems it necessary or otherwise advisable or is required by applicable law to do so: (a) restrict the prospective bidders on, or purchasers of, any of the above-noted assets to be sold to those persons who (i) represent and warrant that they are a "qualified institutional buyer" as such term is defined in Rule 144A(a)(i) promulgated by the SEC under the Securities Act of 1933, as amended (the "**Act**"), and a "qualified purchaser" for purposes of Section 3(c)(7) of the United States Investment Company Act of 1940, as amended; and (ii) agree that they will not resell such assets without compliance with the registration requirements of the Act and applicable state securities laws or pursuant to valid exemptions therefrom and (b) to impose such other limitations or conditions in connection with this Public Auction as the Trustee deems necessary or advisable in order to comply with the Act or any other applicable law.

### PUBLIC NOTICES



**THE WALL STREET JOURNAL.**

**CORESITE REALTY CORPORATION**
NOTICE OF REDEMPTION TO THE HOLDERS OF 7.25% SERIES A CUMULATIVE REDEEMABLE PREFERRED STOCK
CUSIP NUMBER: 21879Q 204

October 16, 2017

Notice is hereby given that CoreSite Realty Corporation, a Maryland corporation (the "**Company**"), will redeem on December 12, 2017 (the "**Redemption Date**") 4,600,000 shares (the "**Shares**") of its 7.25% Series A Cumulative Redeemable Preferred Stock, par value $0.01 per share (the "**Series A Preferred Stock**"), such Shares constituting all of the outstanding shares of Series A Preferred Stock, at a redemption price of $25.00 per share, plus all accrued and unpaid dividends on such Shares up to, but not including, the Redemption Date in an amount equal to $0.292014 per share, for a total payment of $25.292014 per share (the "**Redemption Price**"). This redemption is made at the option of the Company pursuant to Section 5 of the Articles Supplementary classifying and designating the rights and preferences of the Series A Preferred Stock Series A Preferred Stock held through The Depository Trust Company will be redeemed in accordance with the applicable procedures of The Depository Trust Company.

Dividends on the Shares shall cease to accrue on the Redemption Date. After the Redemption Date, the Series A Preferred Stock will no longer be outstanding and all of the rights of the holders of the Shares will terminate, except the right to receive payment of the Redemption Price.

IN ORDER TO RECEIVE THE REDEMPTION PRICE, CERTIFICATES REPRESENTING THE SHARES CALLED FOR REDEMPTION, IF ANY, MUST BE PRESENTED AND SURRENDERED FOR PAYMENT TO AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC (THE "**REDEMPTION AGENT**") IN ACCORDANCE WITH THE FOLLOWING INSTRUCTIONS BELOW, DURING THE REDEMPTION AGENT'S USUAL BUSINESS HOURS:

By Mail or Overnight:
American Stock Transfer & Trust Company, LLC
Operations Center
Attention: Reorganization Department
6201 15th Avenue
Brooklyn, NY 11219

The method of delivery is at the option and risk of the holder; however, transmission by registered mail, properly insured, is suggested as a precaution against loss.

On or before the Redemption Date, funds necessary for payment of the Redemption Price will have been irrevocably set aside by the Company, separate and apart from other funds, in trust for the benefit of the holders of the Shares.

U.S. federal income tax laws generally require a holder of Shares that is a United States person under applicable law (including a U.S. resident alien) to provide his or her correct U.S. federal taxpayer identification number on a duly completed Internal Revenue Service ("**IRS**") Form W-9. A holder of Shares that is a nonresident alien or a foreign entity should provide a duly completed applicable IRS Form W-8 instead. Such forms can be obtained from the IRS website. If the Redemption Agent is not provided with a duly completed applicable Internal Revenue Service Form W-9 or the required IRS Form W-8, then backup withholding (currently at a rate of 28%) could apply to payments to such holders. Holders should consult their tax advisors regarding these documentation requirements and the potential applicability of backup withholding.

Questions and requests for information may be directed to the Redemption Agent at (800) 937-5449.

If your certificates have been either lost or destroyed, please notify the Redemption Agent promptly. You will then be instructed as to the steps you must take to receive payment.

**(800) 366-3975**
**sales.legalnotices**
**@wsj.com**

**LEGAL NOTICES**
**ADVERTISE TODAY**

For more information
visit **wsj.com/classifieds**

© 2017 Dow Jones & Company, Inc.
All Rights Reserved.