# EXHIBIT A

## CATEGORY LIST

**In re: Dowling College**
**Chapter 11 – Case No. 16-75545 (REG)**

|  | CATEGORY | TOTAL HOURS | AMOUNT CHARGED | AVERAGE HOURLY RATE |
|---|---|---|---|---|
| 1. | Asset Analysis | 1.90 | $1,128.50 | $593.95 |
| 2. | Asset Sale | 114.20 | $59,048.00 | $517.06 |
| 3. | Case Administration | 64.40 | $30,596.00 | $475.09 |
| 4. | Claims Administration/Objection | 11.40 | $4,541.50 | $398.38 |
| 5. | Creditors Meeting | 9.80 | $3,853.00 | $393.16 |
| 6. | Fee Application | 23.90 | $5,952.50 | $249.06 |
| 7. | Financing | 20.60 | $10,120.00 | $491.26 |
| 8. | Litigation | 113.70 | $70,261.50 | $617.96 |
| 9. | Plan/Disclosure | 2.50 | $1,005.50 | $402.20 |
| 10. | Retention Order | 2.60 | $1,104.00 | $424.62 |
|  |  |  |  |  |
|  | **Totals:** | **365.00** | **$187,610.50** |  |
|  | **Blended Hourly Rate:** |  |  | **$514.00** |