# EXHIBIT B

**In re: Dowling College**
**Chapter 11 – Case No. 16-75545 (REG)**

**PROFESSIONALS LIST**
**April 1, 2017 through and including September 30, 2017**

| PARTNERS | NEW YORK BAR ADMISSION YEAR | HOURS | RATE | AMOUNT | BLENDED RATE |
|---|---|---|---|---|---|
| Anthony C. Acampora | 1984 | 104.70 | $625.00 | $65,437.50 | |
| Ronald J. Friedman | 1997 | 91.50 | $585.00 | $53,527.50 | |
| Kenneth P. Silverman | 1981 | 3.10<br>45.60 | $0.00<br>$695.00 | $0.00<br>$31,692.00 | |
| | | 244.90 | | $151,657.00 | $619.26 |
| COUNSEL | | | | | |
| Justin S. Krell | 2007 | 0.30 | $395.00 | $118.50 | |
| | | 0.30 | | $118.50 | $395.00 |
| ASSOCIATES | | | | | |
| Janet F. Brunell | 1988 | 0.70 | $300.00 | $210.00 | |
| Brian Powers | 2013 | 0.40<br>118.50 | $0.00<br>$325.00 | $0.00<br>$36,595.00 | |
| | | 119.60 | | $36,805.00 | $307.73 |
| LEGAL ASSISTANT | | | | | |
| Christine D'Aquila | | 0.20 | $210.00 | $30.00 | |
| | | 0.20 | | $30.00 | $150.00 |
| TOTAL | | 365.00 | | $187,610.50 | |
| BLENDED HOURLY RATE: | | | $514.00 | | |

BPOWERS/2122129.1/066648