# EXHIBIT C

## In re: Dowling College
### Chapter 11 – Case No. 16-75545 (REG)

### DISBURSEMENT SUMMARY

### April 1, 2017 through and including September 30, 2017

| | |
|---|---:|
| Court Call | $30.00 |
| Mileage | $108.84 |
| Pacer | $331.30 |
| Postage | $436.80 |
| **TOTAL** | **$906.94** |