**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Stephanie R. Sweeney

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re                                                                   :        Chapter 11
                                                                          :
DOWLING COLLEGE,                                             :
f/d/b/a DOWLING INSTITUTE,                          :        Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI          :
ASSOCIATION,                                                   :
f/d/b/a CECOM,                                                  :
a/k/a DOWLING COLLEGE, INC.,                     :
                                               Debtor.          :
----------------------------------------------------------------x

**SUMMARY SHEET PURSUANT TO UNITED STATES TRUSTEE**
**GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FILED UNDER 11 U.S.C. § 330 FOR**
**THE SECOND INTERIM FEE APPLICATION OF KLESTADT WINTERS**
**JURELLER SOUTHARD & STEVENS, LLP, GENERAL BANKRUPTCY**
**COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION**

| | |
|---|---|
| Name of Applicant: | Klestadt Winters Jureller Southard & Stevens, LLP |
| | |
| Compensation Period: | April 1, 2017 through September 30, 2017 |
| | |
| Role in This Case: | Counsel to the Debtor and Debtor in Possession |
| | |
| **CURRENT APPLICATION**: | |
| | |
| Total Fees Requested for the Compensation Period: | $855,933.15* |
| | |
| Total Expenses Requested for the | $11,385.56 |

*Reflects voluntarily write off of thirty-one (31) time entries totaling $10,352.50 for time related to preparing, reviewing, or revising monthly fee statements.

| | |
|---|---|
| Compensation Period: | |
| Total Sought: | $867,318.71 |
| | |
| Petition Date: | November 29, 2016 |
| | |
| Retention Date: | November 29, 2016 |
| | |
| Date of Order Approving Employment: | January 5, 2017 |
| | |
| Blended Rate in this Application for All Attorneys: | $459.70 |
| | |
| Blended Rate in this Application for All Timekeepers: | $445.54 |
| | |
| Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed: | $597,938.52 |
| | |
| Expenses Sought in this Application Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed: | $9,698.75 |
| | |
| Number of Professionals Included in this Application: | 11 |
| | |
| Difference Between Fees Budgeted and Compensation Sought for this Period: | See Summary of Services Rendered |
| | |
| Number of Professionals Billing Fewer than 15 Hours to the Case During this Period: | 2 Paralegals |
| | |
| Are any rates higher than those approved or disclosed at retention? | No. |
| | |
| **PRIOR APPLICATIONS**: | |
| | |
| *First Interim Application for Period of November 29, 2016 through March 31, 2017* | |
| | |
| Total Fees Requested: | $522,896.25 |
| Total Fees Allowed (including fees held back): | $522,896.25 |
| Total Fees Allowed and Payable (net of 20% | $418,317.00 |

| holdback): | |
|---|---|
| | |
| Total Expenses Requested: | $9,239.82 |
| Total Expenses Allowed and Payable: | $7,522.82 |
| | |

This is an:  _X_ interim  ___ final application.

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Stephanie R. Sweeney

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                            :    Chapter 11
                                                                 :
DOWLING COLLEGE,                                                 :
f/d/b/a DOWLING INSTITUTE,                                       :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                                   :
ASSOCIATION,                                                     :
f/d/b/a CECOM,                                                   :
a/k/a DOWLING COLLEGE, INC.,                                     :
                                           Debtor.               :
-------------------------------------------------------------------x

**APPLICATION OF KLESTADT WINTERS JURELLER SOUTHARD &**
**STEVENS, LLP, GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR**
**AND DEBTOR IN POSSESSION, FOR A SECOND INTERIM ALLOWANCE**
**OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**
**THE PERIOD OF APRIL 1, 2017 THROUGH SEPTEMBER 30, 2017**

**TO THE HONORABLE ROBERT E. GROSSMAN,**
**UNITED STATES BANKRUPTCY JUDGE**:

       Klestadt Winters Jureller Southard & Stevens, LLP ("<u>KWJS&S</u>"), as general bankruptcy

counsel to Dowling College, (the "<u>Debtor</u>"), debtor and debtor-in-possession in the above-

captioned chapter 11 case (the "<u>Chapter 11 Case</u>"), as and for its application ("<u>Application</u>") for

a second interim allowance of compensation for services rendered and reimbursement of

expenses for the period of April 1, 2017 through September 30, 2017, pursuant to 11 U.S.C.

---

*Reflects voluntarily write off of thirty-one (31) time entries totaling $10,352.50 for time related to preparing, reviewing, or revising monthly fee statements.

§§ 330(a) and 331, and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), respectfully sets forth and represents as follows:

## INTRODUCTION

1.        This application is respectfully submitted by KWJS&S for an interim allowance of compensation and reimbursement of expenses for all services rendered to the Debtor from April 1, 2017 through September 30, 2017 (the "Second Interim Period"), as follows:

| | |
|---|---|
| Total Fees Requested for the Second Interim Period: | $855,933.15[1] |
| Total Expenses Requested for the Second Interim Period: | $11,385.56 |
| **Total Sought:** | $867,318.71 |

2.        During the Second Interim Period, KWJS&S committed a total of 1,921.10 hours of professional and paraprofessional time, resulting in an average hourly billing rate of $445.54. Copies of the detailed attorney time records for the Second Interim Period are annexed hereto as **Exhibit B** and summaries of the time records broken down by timekeeper and billing task code are annexed as **Exhibits C** and **D**, respectively.

3.        During the Second Interim Period, KWJS&S advanced $11,385.56 for expenses for which it seeks reimbursement.  A detailed summary of expenses is annexed hereto as **Exhibit E**.

## JURISDICTION

4.        Annexed hereto as **Exhibit F** is the certification of Sean C. Southard.

---

[1] Reflects voluntarily write off of thirty-one (31) time entries totaling $10,352.50 for time related to preparing, reviewing, or revising monthly fee statements.

5.      This Court has jurisdiction over this Application by virtue of 28 U.S.C. §§ 157(a) and (b), and 1334(b), and the Administrative Order No. 264 titled "In the Matter of The Referral of Matters to the Bankruptcy Judges" of the United States District Court for the Eastern District of New York (Weinstein, C.J.) dated August 28, 1986.

6.      Venue is proper in this district pursuant to 28 U.S.C. § 1409(a) because this proceeding arises in a case under the Bankruptcy Code pending in this district.

## BACKGROUND

7.      On November 29, 2016 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York (the or this "Court").

8.      On the Petition Date, an application to employ KWJS&S as attorneys for the Debtor was filed (the "KWJS&S Retention Application") [Docket No. 17].   The KWJS&S Retention Application was granted by order of the Court dated January 5, 2017 and the retention was approved *nunc pro tunc* to the Petition Date (the KWJS&S Retention Order") [Docket No. 136].  A copy of the KWJS&S Retention Order is annexed hereto as **Exhibit A**.

9.      On December 21, 2016, the Court entered the *Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [Docket No. 117].  In accordance with the Interim Compensation Order, KWJS&S has submitted monthly fee statements throughout the Chapter 11 Case seeking interim compensation and reimbursement of expenses. Pursuant to the Interim Compensation Order, KWJS&S may receive eighty percent (80%) of fees

and one hundred percent (100%) of expenses, subject to future allowance of the Court. During the Second Interim Period, KWJS&S submitted the following monthly fee statements:

(a) On May 6, 2017, pursuant to the Interim Compensation Order, KWJS&S served its fifth fee statement for the period from April 1, 2017 through April 30, 2017 (the "Fifth Fee Statement"). The Fifth Fee Statement sought (i) an allowance of $151,756.25 as compensation for services rendered and (ii) the reimbursement of $2,309.50 in expenses. As of the date hereof, KWJS&S has received a total of $120,447.002 representing payment for (i) 80% of KWJS&S's fees of $121,405.00 less a credit amount of $958.00 received for fee application preparation time spent and discounted during the First Interim Fee Application Period, and applied to the Fifth Fee Statement, and (ii) 100% of the expenses incurred pursuant to the Fifth Fee Statement.

(b) On June 15, 2017, pursuant to the Interim Compensation Order, KWJS&S served its sixth fee statement for the period from May 1, 2017 through May 31, 2017 (the "Sixth Fee Statement"). The Sixth Fee Statement sought (i) an allowance of $133,632.25 as compensation for services rendered and (ii) the reimbursement of $1,020.12 in expenses. As of the date hereof, KWJS&S has received a total of $107,925.92, which represents payment for (i) 80% of KWJS&S's fees and (ii) 100% of the expenses incurred pursuant to the Sixth Fee Statement.

(c) On July 13, 2017, pursuant to the Interim Compensation Order, KWJS&S served its seventh fee statement for the period from June 1, 2017 through June 30, 2017 (the "Seventh Fee Statement"). The Seventh Fee Statement sought (i) an allowance of $178,702.50 as compensation for services rendered and (ii) the reimbursement of $2,076.38 in expenses. As of the date hereof, KWJS&S has received a total of $145,038.38, which represents payment for (i) 80% of KWJS&S's fees and (ii) 100% of the expenses incurred pursuant to the Seventh Fee Statement.

---

[2] As part of the First Interim Fee Application covering the period from November 29, 2016 through March 31, 2017, KWJS&S voluntarily wrote off nine (9) time entries totaling $1,197.50 for time spent preparing, reviewing, or revising the monthly fee statements. The credit for 80% of that amount, which had already been received by KWJS&S and totaled $958.00, was applied to the April fee statement.

(d) On August 7, 2017, pursuant to the Interim Compensation Order, KWJS&S served its eighth fee statement for the period from July 1, 2017 through July 31, 2017 (the "Eighth Fee Statement"). The Eighth Fee Statement sought (i) an allowance of $160,696.75 as compensation for services rendered and (ii) the reimbursement of $2,301.42 in expenses. As of the date hereof, KWJS&S has received a total of $130,858.92, which represents payment for (i) 80% of KWJS&S's fees and (ii) 100% of the expenses incurred pursuant to the Eighth Fee Statement.

(e) On September 20, 2017, pursuant to the Interim Compensation Order, KWJS&S served its ninth fee statement for the period from August 1, 2017 through August 31, 2017 (the "Ninth Fee Statement"). The Ninth Fee Statement sought (i) an allowance of $123,832.90 as compensation for services rendered and (ii) the reimbursement of $1,991.33 in expenses. As of the date hereof, KWJS&S has received a total of $101,057.65, which represents payment for (i) 80% of KWJS&S's fees and (ii) 100% of the expenses incurred pursuant to the Ninth Fee Statement.

(f) On October 24, 2017, pursuant to the Interim Compensation Order, KWJS&S served its tenth fee statement for the period from September 1, 2017 through September 30, 2017 (the "Tenth Fee Statement"). The Tenth Fee Statement sought (i) an allowance of $107,312.50 as compensation for services rendered and (ii) the reimbursement of $1,686.81 in expenses. As of the date hereof, the time for filing objections to the Tenth Fee Statement has not passed.

10.     In connection with its Fee Statements during the Second Interim Period, and pursuant to the Interim Compensation Order, by the hearing on this Application, KWJS&S expects to have received $684,746.52 with respect to its accrued fees, with $171,186.63 held back (the "Second Interim Holdback").

11.     During this Chapter 11 Case, KWJS&S has made one interim fee application. On May 26, 2017, the Court signed an order (the "First Interim Order") [DE 338] approving the first interim application filed by KWJS&S on August 28, 2017 (the "First Interim Application") [DE 307] relating to the period from November 29, 2016 through March 31, 2017 (the "First Interim Period"). The total fees requested by KWJS&S in the First Interim

Application and allowed by the Court in the First Interim Order were in the amount of $522,896.25, which were subject to a 20% holdback in the amount of $104,579.25 (the "First Interim Holdback"). Pursuant to the First Interim Order, the Court authorized payment to KWJS&S of fees in the amount of $418,317.00 and expenses in the amount of $7,522.82.

12.     KWJS&S has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case. No promises have been received by KWJS&S as to compensation in connection with this Chapter 11 Case other than in accordance with the provisions of the Bankruptcy Code.

## SUMMARY OF SERVICES RENDERED

13.     In conformity with the United States Trustee Guidelines For Reviewing Applications For Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, dated January 30, 1996 (the "U.S. Trustee Guidelines") and the Unites States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Large Chapter 11 Cases (the "Large Case Guidelines"), KWJS&S has segregated its time entries during the Second Interim Period into the following project categories, which correspond to the major tasks undertaken by KWJS&S during the same period:

A.      Asset Analysis and Recovery
B.      Asset Disposition – Brookhaven Campus
C.      Asset Disposition – Brookhaven Dorms
D.      Asset Disposition – General
E.      Asset Disposition – Oakdale Campus
F.      Asset Disposition – Residential Portfolio
G.      Asset Disposition – Restricted Assets
H.      Assumption and Rejection of Leases and Contracts
I.      Case Administration

J.    Claims Administration and Objection
K.    Corporate Governance and Board Matters
L.    Employment Benefits and Pensions
M.    Employment and Fee Application Objections
N.    Employment and Fee Applications
O.    Financing and Cash Collateral
P.    Litigation
Q.    Litigation – WARN Adversary Proceeding
R.    Meeting and Communications with Creditors
S.    Non-Working Travel
T.    Plan and Disclosure Statement
U.    Relief from Stay and Adequate Protection

14.    In this section of the Application, KWJS&S describes, in summary fashion, the services performed during the Second Interim Period by project category.

**A.  <u>Asset Analysis and Recovery</u>**

15.    The "Asset Analysis and Recovery" project category includes time charges by KWJS&S in relation to time spent evaluating the Debtor's student accounts receivable and pursuing collection thereof in order to maximize value for the estate.

16.    A total of 1.70 hours amounting to $885.50 in fees were incurred by KWJS&S in connection with this project category during the Second Interim Period.  KWJS&S's prospective budget for the 30 weeks following the Petition Date was $11,375.00 and for the 27 week period from June 23, 2017 through December 31, 2017 was $4,875.00 for this project category. Since the fees sought by KWJS&S for this category during the First Interim Period were $3,270.00, KWJS&S's actual fees incurred for this project category would appear to be under the prospective budget.[3]

---

[3] Periods budgeted by KWJS&S in relation to the services it proposed to render were designed to correspond with financing budgets and do not match exactly with the timeframe captured by the Second Interim Period.

## B. **Asset Disposition – Brookhaven Campus**

17.     The "Asset Disposition – Brookhaven Campus" project category encompasses activities related to the Debtor's intended disposition of the estimated 105 acres of land located at 1300 William Floyd Parkway, Shirley, Town of Brookhaven, New York (the "Brookhaven Campus").  The Debtor is utilizing the Chapter 11 process to effectuate an orderly liquidation of its assets and wind down of its affairs.  KWJS&S has been instrumental in this process, working closely with the Debtor, the Official Committee of Unsecured Creditors (the "Creditors' Committee"), the DIP Lenders (as defined herein) and the Debtor's prepetition secured creditors, the United States Trustee (the "U.S. Trustee"), the Debtor's real estate brokers, and various other parties-in-interest, to resolve numerous issues that have arisen in connection with the sale of the Brookhaven Campus.

18.     During the Second Interim Period, KWJS&S filed and obtained court approval of a motion establishing bidding procedures for the sale of the Brookhaven Campus.  KWJS&S additionally analyzed the title report relative to the Brookhaven Campus, reviewed marketing and sale materials, conducted legal research on matters relating to the sale of the Brookhaven Campus, and met with various parties in interest with respect to the marketing and valuation of the Brookhaven Campus.

19.     A total of 137.30 hours amounting to $67,790.50 in fees were incurred by KWJS&S in connection with this project category during the Second Interim Period.  KWJS&S's prospective budget for the 30 weeks following the Petition Date was $29,750.00 and for the 27 week period from June 23, 2017 through December 31, 2017 was $157,500.00 for this project category. Since the fees sought by KWJS&S for this category during the First Interim

Period were $7,272.50, KWJS&S's actual fees incurred for this project category would appear to be under the prospective budget.

### C. Asset Disposition – Brookhaven Dorms

20.     The "Asset Disposition – Brookhaven Dorms" project category encompasses activities related to the Debtor's intended disposition of the approximately 289-bed dormitory facility located at the Brookhaven Campus (the "Brookhaven Dorm").  The Debtor's lease of the Brookhaven Dorm to the State University of New York at Stony Brook ("SBU") expired at the end of the 2017 Spring semester.  During the Second Interim Period, KWJS&S analyzed the lease arrangement with SBU and evaluated various strategies relating to potential extension, modification or assignment of the SBU lease.

21.     The sale process approved by the court for the sale of the Debtor's Brookhaven Campus contemplates the sale of the Brookhaven Dorms, which are located on the Brookhaven Campus. During the Second Interim Period, KWJS&S reviewed marketing and sale materials relating to the Brookhaven Dorms, conducted legal research on matters relating to the sale of the Brookhaven Dorms, and met with various parties in interest with respect to the marketing and valuation of the Brookhaven Dorms.

22.     A total of 73.80 hours amounting to $35,563.00 in fees were incurred by KWJS&S in connection with this project category during the Second Interim Period. KWJS&S's prospective budget for the 30 weeks following the Petition Date was $6,375.00 and for the 27 week period from June 23, 2017 through December 31, 2017 was $33,750.00 for this project category.  Since the fees sought by KWJS&S for this category during the First Interim Period were $2,542.50, KWJS&S's actual fees incurred for this project category would appear to be under the prospective budget.

**D.  <u>Asset Disposition – General</u>**

23.    The "Asset Disposition – General" project category includes time charges by KWJS&S in relation to assets which do not fall into the Brookhaven Campus, Brookhaven Dorms, Oakdale Campus or Residential Portfolio asset disposition project categories.

24.    During the Second Interim Period, KWJS&S obtained court approval of procedures for the sale of the Debtor's internet protocol numbers and the sale of certain non-estate property in the Debtor's possession and took all necessary steps to comply with such court approved procedures.    In addition, KWJS&S filed and obtained court approval of a motion to establish procedures for the retention and destruction of the Debtor's hard copy and electronic records in a manner designed to appropriately safeguard such information in light of applicable laws and regulations and took all necessary steps to comply with such approved procedures.

25.    During the Second Interim Period, KWJS&S additionally filed a motion for approval of procedures for the sale of certain assets, including the Debtor's furniture, fixtures and equipment located at the Oakdale Campus which were excluded from the sale of the Oakdale Campus ("<u>FF&E</u>"), and authorizing the employment of Tiger Capital Group, LLC as liquidation agent. Subsequently, the Debtor entered into an asset purchase agreement for the sale of the FF&E to the purchaser of the Oakdale Campus. KWJS&S filed and obtained approval of a motion approving the sale of the FF&E to the purchaser of the Oakdale Campus, resulting in $90,000 in funds to the Debtor's estate.

26.    A total of 120.30 hours amounting to $55,600.50 in fees were incurred by KWJS&S in connection with this project category during the Second Interim Period. Prior to the Petition Date, KWJS&S had not included this project category in the prospective budget. This project category was created after the Petition Date because certain assets requiring disposition

were more appropriately billed under a separate category. KWJS&S's prospective budget for the 27 week period from June 23, 2017 through December 31, 2017 was $25,500.00 for this project category.  Since the fees sought by KWJS&S for this category during the First Interim Period were $17,787.50, KWJS&S's actual fees incurred in this project category were over the budget because the various categories of assets requiring disposition, and the time required to obtain approval of appropriate procedures, were unknown or underestimated.

**E.  Asset Disposition – Oakdale Campus**

27.    The "Asset Disposition – Oakdale Campus" project category includes time charges by KWJS&S in relation to the sale of the Debtor's 25 acre campus located at 150 Idle Hour Boulevard, Oakdale, New York 11769 (the "Oakdale Campus").

28.    During the Second Interim Period, the KWJS&S attended the auction for the sale of the Oakdale Campus that resulted in a high bid of $26,500,000, submitted by Princeton Education Center LLC ("Princeton").  KWJS&S prepared for and attended the sale hearing, at the conclusion of which the Court approved the sale to Princeton. Ultimately, however, Princeton was unable to close the sale, and the Debtor proceeded with the sale to the backup bidder, NCF Capital Limited or its designee ("NCF").

29.    KWJS&S led the negotiations with Princeton and NCF, in consultation with all the major creditor constituencies, then documented the termination of the Debtor's agreement with Princeton and filed and obtained approval of a supplemental sale motion approving the sale of the Oakdale Campus to NCF. KWJS&S coordinated with various parties to close the sale of the Oakdale Campus to NCF on August 21, 2017, with the Debtor receiving approximately $24,968,400 in net proceeds and after payment of title fees and brokerage commissions.

30.     During the Second Interim Period, KWJS&S also filed and obtained approval of a motion for allocation of the proceeds of the Oakdale Campus in the amount of $20,000,000 to the DIP Lenders as required by the DIP Note, resulting in a material savings to the Debtor on accrued interest.

31.     A total of 439.80 hours amounting to $215,437.25 in fees were incurred by KWJS&S in connection with this project category during the Second Interim Period. KWJS&S's prospective budget for the 30 weeks following the Petition Date was $63,750.00 and for the 27 week period from June 23, 2017 through December 31, 2017 was $40,500.00 for this project category.  Since the fees sought by KWJS&S for this category during the First Interim Period were $101,356.50, KWJS&S's actual fees incurred in this project category were over the prospective budget because, among other things, terminating the sale to Princeton and proceeding with the sale to NCF was not anticipated and required additional time and resources of KWJS&S.

### F.  <u>Asset Disposition – Residential Portfolio</u>

32.     The "Asset Disposition – Residential Portfolio" project category includes time charges by KWJS&S in relation to the sales of the thirty-two (32) parcels of predominantly residential property and associated personal property owned by Dowling, most of which are improved by single family residences, surrounding the Oakdale Campus (the "<u>Residential Portfolio</u>").

33.     During the Second Interim Period, KWJS&S reviewed and sought approval of sales of multiple parcels of the Debtor's Residential Portfolio in accordance with the procedures approved by the court. Pursuant to such procedures, once a contract was fully executed for a parcel of the Residential Portfolio, KWJS&S prepared and filed a sale notice and, unless any

objections were filed, a certification enabling the sale to close.  KWJS&S also reviewed and negotiated contracts of sale, then attended closing of title on each of the sales that occurred during the Second Interim Period.

34.    A total of 146.70 hours amounting to $56,743.00 in fees were incurred by KWJS&S in connection with this project category during the Second Interim Period. KWJS&S's prospective budget for the 30 weeks following the Petition Date was $24,000.00 and for the 27 week period from June 23, 2017 through December 31, 2017 was $30,000.00 for this project category. Since the fees sought by KWJS&S for this category during the First Interim Period were $50,039.50, KWJS&S's actual fees incurred in this project category were over the prospective budget because, among other things, the full extent of the role of KWJS&S in fulfillment of the disposition procedures and execution and closing of the various sales was unknown or underestimated.

**G.  Asset Disposition – Restricted Assets**

35.    The "Asset Disposition – Restricted Assets" project category includes time charges by KWJS&S in relation to assets, including bank accounts that contain restricted funds which must be safeguarded (the "Restricted Funds") or property that is deemed restricted because it was donated to the Debtor subject to donor-imposed restrictions (the "Restricted Assets").

36.    During the Second Interim Period, KWJS&S analyzed documentation and conducted legal research to determine the Debtor's interest in and ability to liquidate or turn over to the Department of Education its federal Perkins loan portfolio in accordance with applicable law. KWJS&S filed a motion and obtained interim court approval of procedures for the turnover of the Perkins loan portfolio to the Department of Education.

13

37.    A total of 36.80 hours amounting to $17,930.00 in fees were incurred by KWJS&S in connection with this project category during the Second Interim Period.  Prior to the Petition Date, KWJS&S had not included this project category in the prospective budget.  This project category was created after the Petition Date because the scope of the tasks and role of KWJS&S was only identified after the Petition Date. KWJS&S's prospective budget for the 27 week period from June 23, 2017 through December 31, 2017 was $20,000.00 for this project category. Since the fees sought by KWJS&S for this category during the First Interim Period were $34,593.00, KWJS&S's actual fees incurred for this project category would appear to be over the budget.  KWJS&S believes that the primary reason that fees in this category are over budget is because the extent of legal analysis and effort in relation to the Perkins loan portfolio was not fully anticipated when the budget was prepared.

## H. **Assumption and Rejection of Leases and Contracts**

38.    The "Assumption and Rejection of Leases and Contracts" project category includes time changes by KWJS&S in relation to the executory contracts and leases of non-residential real property that the Debtor was party to as of the Petition Date.  KWJS&S worked closely with the Debtor to determine which contacts and leases should be assumed or rejected at the very beginning of the case to avoid incurring any unnecessary administrative expenses.

39.    During the Second Interim Period, KWJS&S advised the Debtor with respect to issues arising under certain specific contracts.

40.    A total of 1.30 hours amounting to $747.50 in fees were incurred by KWJS&S in connection with this project category during the Second Interim Period.  KWJS&S's prospective budget for the 30 weeks following the Petition Date was $5,475.00 and for the 27 week period from June 23, 2017 through December 31, 2017 was $5,475.00 for this project category.  Since

the fees sought by KWJS&S for this category during the First Interim Period were $3,495.00, KWJS&S's actual fees incurred for this project category would appear to be under the prospective budget.

## I.  **Case Administration**

41.    The "Case Administration" project category includes time charges by KWJS&S in relation to conversations concerning the operation and administration of this Chapter 11 Case. KWJS&S has been responsible for monitoring the Chapter 11 Case on a daily basis and advising the Debtor with respect to the administration of the Chapter 11 Case.

42.    During the Second Interim Period, KWJS&S maintained frequent communication with the Debtor, counsel to the Creditors' Committee, the DIP Lenders, the U.S. Trustee and other parties-in-interest, responding to inquiries and providing relevant information as requested by the parties.  KWJS&S endeavored to maintain a constructive dialogue with each of the creditor constituencies which enabled it to assist the Debtor in resolving issues on a consensual basis.  In addition, KWJS&S held certain internal meetings to discuss the status of the Chapter 11 Case and matters that needed to be addressed.

43.    Throughout the Second Interim Period, KWJS&S filed numerous pleadings with the Court and prepared for court hearings, including drafting and submitting required agendas and proposed orders.  KWJS&S worked closed with the Debtor's claims and noticing agent to ensure proper service of all the pleadings.  Prior to the court hearings, KWJS&S met with other parties to prepare for the hearings.  KWJS&S additionally reviewed and filed monthly operating reports for the Debtor.

44.    A total of 166.70 hours amounting to $79,678.50 in fees were incurred by KWJS&S in connection with this project category during the Second Interim Period.

KWJS&S's prospective budget for the 30 weeks following the Petition Date was $47,500.00 and for the 27 week period from June 23, 2017 through December 31, 2017 was $135,000.00 for this project category.  Since the fees sought by KWJS&S for this category during the First Interim Period were $111,212.50, KWJS&S's actual fees incurred for this project category would appear to be over the prospective budget.  KWJS&S believes that the primary reason that fees in this category are over budget is because the number of meetings, hearings and discussions with parties in interest were not fully appreciated at the time the budget was prepared.

### J.  Claims Administration and Objections

45.    The "Claims Administration and Objections" project category includes time charges by KWJS&S in relation to activities undertaken in connection with the claims asserted in the Chapter 11 Case.

46.    During the Second Interim Period, KWJS&S conducted an extensive review of filed claims with a focus on employee claims and those asserting priority treatment, reconciled such claims with the Debtor's schedules, analyzed such claims and conducted legal research in order to determine their proper treatment. As part of this effort, KWJS&S reviewed the Debtor's employee benefits programs, employment contracts and other agreements to reconcile the Debtor's numerous employee and other priority claims. KWJS&S also participated in numerous conference calls with the Debtor and the claim and noticing agent regarding the filed claims and the claim and noticing agent's analysis of same.

47.    A total of 289.90 hours amounting to $108,440.50 in fees were incurred by KWJS&S in connection with this project category during the Second Interim Period. KWJS&S's prospective budget for the 30 weeks following the Petition Date was $16,625.00 and for the 27 week period from June 23, 2017 through December 31, 2017 was $112,500.00 for this

project category.  Since the fees sought by KWJS&S for this category during the First Interim Period were $8,358.50, KWJS&S's actual fees incurred for this project category would appear to be under the prospective budget.

### K.  Corporate Governance and Board Matters

48.    The "Corporate Governance and Board Matters" project category includes time charges by KWJS&S in matters related to the Debtor's Board of Trustees (the "Board"). KWJS&S communicated with the Board and advised them on the status and material developments of the Chapter 11 Case.  KWJS&S prepared for and participated in calls of the Debtor's Board, gave summary presentations to the Board and advised the Board in order to assist it in making critical decisions related to the Chapter 11 Case.

49.    A total of 15.50 hours amounting to $7,996.50 in fees were incurred by KWJS&S in connection with this project category during the Second Interim Period.  KWJS&S's prospective budget for the 30 weeks following the Petition Date was $11,875.00 and for the 27 week period from June 23, 2017 through December 31, 2017 was $36,625.00 for this project category.  Since the fees sought by KWJS&S for this category during the First Interim Period were $14,937.50, KWJS&S's actual fees incurred for this project category would appear to be under the prospective budget.

### L.  Employee Benefits and Pensions

50.    The "Employee Benefits and Pension" project category includes time charges by KWJS&S in relation to various employee matters.

51.    During the Second Interim Period, KWJS&S performed limited review of various collective bargaining agreements and benefits information in connection with termination of employees and related employee benefits, pension and union matters.

52.    A total of 4.60 hours amounting to $2,645.00 in fees were incurred by KWJS&S in connection with this project category during the Second Interim Period.  KWJS&S's prospective budget for the 30 weeks following the Petition Date was $4,750.00 and for the 27 week period from June 23, 2017 through December 31, 2017 was $9,500.00 for this project category.  Since the fees sought by KWJS&S for this category during the First Interim Period were $14,917.50, KWJS&S's actual fees incurred for this project category would appear to be slightly over the prospective budget.  KWJS&S believes that the primary reason that fees in this category are over budget is because the time required to review and analyze employee related information not yet received was underestimated at the time of budgeting.

**M. <u>Employment and Fee Application Objections</u>**

53.    The "Employment and Fee Application Objections" project category includes time charges by KWJS&S in relation to the review of monthly fee statements filed by certain of the Debtor's retained professionals and counsel to the Creditors' Committee and reviewing such professionals' fee applications.

54.    A total of 19.50 hours amounting to $7,412.50 in fees were incurred by KWJS&S in connection with this project category during the Second Interim Period.  KWJS&S's prospective budget for the 30 weeks following the Petition Date was $3,750.00 and for the 27 week period from June 23, 2017 through December 31, 2017 was $20,000.00 for this project category.  Since the fees sought by KWJS&S for this category during the First Interim Period were $712.50, KWJS&S's actual fees incurred for this project category would appear to be under the prospective budget.

N.        **Employment and Fee Applications**

55.    The "Employment and Fee Applications" project category includes time charges by KWJS&S in relation to KWJS&S's fee applications and the retention of the Debtor's professionals.

56.    During the Second Interim Period, KWJS&S negotiated engagements, then prepared and filed motions seeking approval to retain various professionals including Farrell Fritz, P.C., as special counsel to the Debtor, Receivable Collection Services, LLC and Forster & Garbus LLP to collect the Debtor's student accounts receivable, and Baker Tilly Virchow Krause, LLP, as consultants to the Debtor with respect to Department of Education requirements and as tax accountants. KWJS&S additionally filed and obtained approval of its first interim fee application and prepared and filed its monthly fee statements during the Second Interim Period. KWJS&S additionally assisted the Debtor's numerous professionals with the preparation and filing of their fee statements and first interim fee applications.

57.    A total of 122.30 hours amounting to $37,990.00 in fees were incurred by KWJS&S in connection with this project category during the Second Interim Period. KWJS&S's prospective budget for the 30 weeks following the Petition Date was $6,250.00 and for the 27 week period from June 23, 2017 through December 31, 2017 was $36,000.00 for this project category.  Since the fees sought by KWJS&S for this project category during the First Interim Period were $29,552.50, KWJS&S's actual fees incurred for this project category were over the prospective budget.  KWJS&S believes that the primary reason that fees in this category are over budget is because, among other things, the number of professionals to be retained and

complexity of the terms of engagement were either unknown or underestimated at the time of budgeting.

O.     **Financing and Cash Collateral**

58.     The "Financing and Cash Collateral" project category includes time charges by KWJS&S in relation to the time and effort spent by KWJS&S in securing continuing interim and then final approval of the post-petition financing and use of cash collateral in connection with that certain Debtor-in-Possession Multi-Draw Term Loan Promissory Note dated as of November 29, 2016, by and among the Debtor and each lender party thereto (collectively, the "DIP Lenders") and UMB Bank, National Association in its capacity as agent on behalf of the DIP Lenders (the "DIP Note").

59.     During the Second Interim Period, KWJS&S reviewed various budgets and negotiated and entered into extensions of the Debtor's use of cash collateral and additionally obtained Court approval on a final basis authorizing the Debtor to obtain postpetition financing and use cash collateral in connection with the DIP Note, previously approved on an interim basis through June 23, 2017. The financing that has been approved to date by the Court has provided the Debtor with much-needed funding to conduct this Chapter 11 Case.

60.     A total of 62.20 hours amounting to $31,705.00 in fees were incurred by KWJS&S in connection with this project category during the Second Interim Period. KWJS&S's prospective budget for the 30 weeks following the Petition Date was $47,500.00 and for the 27 week period from June 23, 2017 through December 31, 2017 was $35,625.00 for this project category.  Since the fees sought by KWJS&S for this category during the First Interim Period were $67,978.50, KWJS&S's actual fees incurred for this project category would appear to be over the prospective budget.  KWJS&S believes that the primary reason that fees in this

category are over budget is because the number of financing hearings and extent of related negotiations were unknown or underestimated at the time of budgeting.

**P.**          **Litigation**

61.     The "Litigation" project category includes time charges by KWJS&S in relation to the two (2) federal and state court proceedings that the Debtor was involved in as of the Petition Date.  In these proceedings, the Debtor had been named as a defendant.

62.     During the Second Interim Period, KWJS&S reviewed various documents and corresponded with plaintiff counsel with respect to discovery, mediation and removal of the litigations.

63.     A total of 4.80 hours amounting to $2,200.00 in fees were incurred by KWJS&S in connection with this project category during the Second Interim Period.  KWJS&S's prospective budget for the 30 weeks following the Petition Date was $9,125.00 and for the 27 week period from June 23, 2017 through December 31, 2017 was $9,125.00 for this project category.  Since the fees sought by KWJS&S for this category during the First Interim Period were $7,562.00, KWJS&S's actual fees incurred for this project category would appear to be under the prospective budget.

**Q. Litigation – WARN Adversary Proceeding**

64.     The "Litigation – WARN Adversary Proceeding" project category includes time charges by KWJS&S in relation to the class action complaint filed two (2) days after the Petition Date by a former employee on behalf of herself and a class of similarly situated former employees of the Debtor, which alleges that the Debtor did not provide 60 days' advance written notice of a mass layoff as required by the Worker Adjustment and Restraining Notification Act (the "WARN Complaint").

65.    During the Second Interim Period, KWJS&S, on behalf of the Debtor, entered into confidentiality agreements with plaintiff, engaged in discovery and reviewed and analyzed information received from plaintiff, and prepared for and attended mediation. KWJS&S additionally continued to analyze the priority claims filed by former employees and scheduled by the Debtor and research various issues, including relating to class certification and damages.

66.    A total of 197.20 hours amounting to $92,644.00 in fees were incurred by KWJS&S in connection with this project category during the Second Interim Period. KWJS&S had not included this project category in the prospective budget because the Debtor had no knowledge of the WARN Complaint as it was filed after the Petition Date. This project category was created immediately after the WARN Complaint was filed. KWJS&S's prospective budget for the 27 week period from June 23, 2017 through December 31, 2017 was $38,250.00 for this project category. Since the fees sought by KWJS&S for this category during the First Interim Period were $32,640.00, KWJS&S's actual fees incurred in this project category were over the prospective budget. KWJS&S believes that the reasons that fees in this category are over budget is because, among other things, KWJS&S was not aware that mediation would take place, and the extent of the analysis required to be undertaken in connection with the evaluation and negotiation of the WARN litigation was unknown or underestimated at the time of budgeting.

R.  **Meetings and Communications with Creditors**

67.    The "Meetings and Communications with Creditors" project category includes time charges by KWJS&S in relation to KWJS&S's communication with counsel to the Creditors' Committee.

68.     During the Second Interim Period, KWJS&S had several meetings and conference calls with counsel to the Creditors' Committee regarding the Debtor's operations and expectations in the Chapter 11 Case.

69.     A total of 5.70 hours amounting to $2,717.50 in fees were incurred by KWJS&S in connection with this project category during the Second Interim Period. KWJS&S's prospective budget for the 30 weeks following the Petition Date was $23,750.00 and for the 27 week period from June 23, 2017 through December 31, 2017 was $22,500.00 for this project category. Since the fees sought by KWJS&S for this category during the First Interim Period were $6,390.00, KWJS&S's actual fees incurred for this project category would appear to be under the prospective budget.

## S.   **Non-Working Travel**

70.     The "Non-Working Travel" project category includes time charges by KWJS&S for KWJS&S attorneys who were required to travel to, among other places, Central Islip for court hearings and the Oakdale Campus for meetings.

71.     A total of 29.10 hours amounting to $9,113.90 in fees were incurred by KWJS&S in connection with this project category during the Second Interim Period. KWJS&S's prospective budget for the 30 weeks following the Petition Date was $9,000.00 and for the 27 week period from June 23, 2017 through December 31, 2017 was $11,250.00 for this project category. Since the fees sought by KWJS&S for this category during the First Interim Period were $5,036.25, KWJS&S's actual fees incurred for this project category would appear to be under the prospective budget.

**T.  Plan and Disclosure Statement**

72.     The "Plan and Disclosure Statement" project category includes time charges by KWJS&S in relation to a chapter 11 plan and disclosure statement.

73.     During the Second Interim Period, KWJS&S filed and obtained approval of a second motion seeking to extend the exclusive period during which the Debtor may file a chapter 11 plan and solicit acceptances thereto. KWJS&S additionally discussed plan strategy and treatment and classification of claims with the Debtor and began drafting the Debtor's plan and disclosure statement.

74.     A total of 45.80 hours amounting to $22,635.00 in fees were incurred by KWJS&S in connection with this project category during the Second Interim Period. KWJS&S's prospective budget for the 30 weeks following the Petition Date was $71,250.00 and for the 27 week period from June 23, 2017 through December 31, 2017 was $136,125.00 for this project category.  Since the fees sought by KWJS&S for this category during the First Interim Period were $4,324.50, KWJS&S's actual fees incurred for this project category would appear to be under the prospective budget.

**U.  Relief from Stay and Adequate Protection**

75.     The "Relief from Stay and Adequate Protection" project category includes time charges by KWJS&S in relation to advising the Debtor on potential violations of the automatic stay.  During the Second Interim Period, KWJS&S monitored and updated the Debtor with respect to potential stay relief issues.

76.     A total of just 0.10 hours amounting to $57.50 in fees were incurred by KWJS&S in connection with this project category during the Second Interim Period.  KWJS&S's prospective budget for the 30 weeks following the Petition Date was $3,650.00 and for the 27

week period from June 23, 2017 through December 31, 2017 was $3,650.00 for this project category.  Since the fees sought by KWJS&S for this category during the First Interim Period were $115.00, KWJS&S's actual fees incurred for this project category would appear to be under the prospective budget.

## TIME AND DISBURSEMENT RECORDS AND STAFFING

77.     The services performed by KWJS&S for and on behalf of the Debtor in connection with the above matters during the Second Interim Period are detailed and itemized in full in the time and disbursement logs annexed hereto as **Exhibit B**.  Set forth on the attached **Exhibit C** is a summary of the persons who performed services on behalf of the Debtor, the hours of services performed by such person, the applicable hourly rate, and the total value of the services performed by each person during the Second Interim Period.

78.     The persons at KWJS&S that assisted the Debtor on the above matters during the Second Interim Period are as follows:

a.      Sean C. Southard is an equity partner at KWJS&S.  Mr. Southard is a graduate of St. John's University School of Law and was admitted to practice before this Court in 2001.  Mr. Southard's hourly rate of $575 is reasonable and such rate was Mr. Southard's normal and customary rate during the period covered by this Application.

b.      Joseph C. Corneau is a partner employed by KWJS&S.  Mr. Corneau is a graduate of Hofstra University School of Law and was admitted to practice before this Court in 2005.  Mr. Corneau's hourly rate of $495 is reasonable and such rate was Mr. Corneau's normal and customary rate during the period covered by this Application.

c.      Brendan M. Scott is a partner employed by KWJS&S.  Mr. Scott is a graduate of University of Pittsburgh School of Law and was admitted to practice before this Court in 2006.  Mr. Scott's hourly rate of $495 is reasonable and such rate was Mr. Scott's normal and customary rate during the period covered by this Application.

d.      Stephanie R. Sweeney is an associate attorney employed by KWJS&S. Ms. Sweeney is a graduate of St. John's University School of Law and was admitted to practice before this Court in 2010.  Ms. Sweeney's hourly rate of $395 is reasonable and such rate was Ms. Sweeney's normal and customary rate during the period covered by this Application.

e.      Lauren C. Kiss is an associate employed by KWJS&S.  Ms. Kiss is a graduate of St. John's University School of Law and was admitted to practice before this Court in 2012.  Ms. Kiss' hourly rate of $375 is reasonable and such rate was Ms. Kiss' normal and customary rate during the period covered by this Application.

f.      Matthew G. White is Of Counsel with KWJS&S.  Mr. White is a graduate of St. John's University School of Law and was admitted to practice before all courts in the State of New York in 2002.  Mr. White's hourly rate of $350 is reasonable and such rate was Mr. White's normal and customary rate during the period covered by this Application.

g.      Andrew Richmond is an associate attorney employed by KWJS&S.  Mr. Richmond is a graduate of St. John's University School of Law and was admitted to practice in 2015.  Mr. Richmond's hourly rate of $275 is reasonable and such rate was Mr. Richmond's normal and customary rate during the period covered by this Application.

h.      Renea Gargiulo is a bankruptcy paralegal employed by KWJS&S. Ms. Gargiulo's rates of $175 is reasonable and such rate was Ms. Gargiulo's normal and customary rate during the period covered by this Application.

i.      Kristen Strine is a bankruptcy paralegal employed by KWJS&S. Ms. Strine's rate of $175 is reasonable and such rate was Ms. Strine's normal and customary rate during the period covered by this Application.

j.      Stephanie Nocella is a bankruptcy paralegal employed by KWJS&S. Ms. Nocella's rate of $175 is reasonable and such rate was Ms. Nocella's normal and customary rate during the period covered by this Application.

k.      Rayella Bergman is bankruptcy paralegal employed by KWJS&S. Ms. Bergman's rate of $175 is reasonable and such rate was Ms. Bergman's normal and customary rate during the period covered by this Application.

79.      The total fees requested for the services rendered in connection with this Chapter 11 Case during the Second Interim Period amounts to $855,933.15 (after accounting for written off time) based upon a total of 1,921.10 hours.  The blended hourly rate for all services provided during the Second Interim Period is $445.54.

## **LEGAL AUTHORITY FOR REQUESTED COMPENSATION**

80.      Section 330(a)(1) of the Bankruptcy Code provides that a bankruptcy court may award "reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and . . . reimbursement for actual, necessary expenses." 11. U.S.C. §330(a)(1).

81.      There are numerous factors to be considered by the Court in determining allowances of compensation. See, e.g., In re First Colonial Corp. of America, 544 F.2d 1291 (5th

Cir.), cert. denied, 431 U.S. 904 (1977); Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974); In re Drexel Burnham Lambert Group Inc., 133 B.R. 13 (Bankr. S.D.N.Y. 1991). See also In re Nine Associates, Inc., 76 B.R. 943 (S.D.N.Y. 1987); In re Cuisine Magazine, Inc., 61 B.R. 210 (Bankr. S.D.N.Y. 1986).

82.    The perspective from which an application for an allowance of compensation should be viewed in a reorganization case was aptly stated by Congressman Edwards on the floor of the House of Representatives on September 28, 1978, when he made the following statement in relation to section 330 of the Bankruptcy Code:

> [B]ankruptcy legal services are entitled to command the same competency of counsel as other cases. In that light, the policy of this section is to compensate attorneys and other professionals serving in a case under title 11 at the same rate as the attorney or other professional would be compensated for performing comparable services other than in a case under title 11. Contrary language in the Senate report accompanying S.2266 is rejected, and Massachusetts Mutual Life Insurance Company v. Brock, 405 F.2d 429, 432 (5th Cir. 1968) is overruled. Notions of economy of the estate in fixing fees are outdated and have no place in a bankruptcy code.

124 Cong. Rec. H11,092 (daily ed. Sept. 28, 1978).  See also In re McCombs, 751 F.2d 286 (8th Cir. 1984); In re Drexel Burnham Lambert Group Inc., 133 B.R. 13 (Bankr. S.D.N.Y. 1991); In re Carter, 101 B.R. 170 (Bankr. D.S.D. 1989); In re Public Service Co. of New Hampshire, 93 B.R. 823, 830 (Bankr. D.N.H. 1988); In re White Motor Credit Corp., 50 B.R. 885 (Bankr. N.D. Ohio 1985).

83.    In awarding compensation pursuant to section 330 of the Bankruptcy Code to professional persons employed under the Bankruptcy Code, the Court must take into account, among other factors, the cost of comparable non-bankruptcy services. Section 330 of the Bankruptcy Code provides, in pertinent part, for payment of: (a) reasonable compensation for

actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional persons employed by such person; and (b) reimbursement for actual, necessary expenses. 11 U.S.C. § 330(a)(1).

84.    As the court in <u>In re Drexel Burnham Lambert Group Inc.</u>, 133 B.R. 13 (Bankr. S.D.N.Y. 1991), stated:

> With due recognition of the historical position of Bankruptcy Courts in compensation matters, we recognize that creditors have agreed to pay rates for retained counsel of their choice because of the needs of the particular case. One could posit other situations or cases where a presumption of prior informed judgment might not be as strong. Here, however, we have a multi-debtor, multi-committee case involving sophisticated creditors who have determined that the rates charged and tasks undertaken by attorneys are appropriate. *We should not, and will not, second guess the determination of those parties, who are directed by Congress, under the Bankruptcy Code, to shape and resolve the case, and who are in fact bearing the cost.* To do so, of course, would be to continue what Congress specifically intended to stop in 1978: Courts, instead of markets, setting rates, with the inevitable consequence that all the legal specialists required by the debtor or official committees would demur to participate.

<u>Drexel</u>, 133 B.R. at 20-21 (emphasis added).

85.    The professional services rendered by KWJS&S have required an expenditure of substantial time and effort.  During the Second Interim Period, 1,921.10 recorded hours have been expended by KWJS&S professionals and paraprofessionals in rendering the required services for which KWJS&S seeks compensation.

86.    Time and labor devoted, however, is only one of the many factors to be considered in awarding attorney compensation.  The number of hours expended must be considered in light of (i) the amount involved and the results achieved to date; (ii) the novelty and difficulty of the questions presented; (iii) the skill requisite to perform properly the legal services; (iv) the preclusion of other employment on behalf of other clients; (v) the customary

fee charged to a private client for the services rendered; (vi) awards in similar cases; (vii) time constraints required by the exigencies of the case, including the frequency and amount of time required to be devoted other than during regular business hours; (viii) the experience, reputation and ability of the attorneys rendering services; and (ix) the nature and length of the professional relationship with the client (the "Johnson Factors").  See Johnson v. Georgia Highway Express, 488 F.2d at 717-19 (enumerating factors to be considered in awarding attorneys' fees in equal employment opportunities cases under Title VII); In re First Colonial Corp. of America, 544 F.2d at 1294 (applying the Johnson Factors in bankruptcy cases).

87.    The majority of the Johnson Factors are codified in section 330(a) of the Bankruptcy Code, and have been applied by various courts in making determinations that requested attorneys' fees constitute reasonable compensation.  However, it is well settled that the "lodestar method,"[4] as opposed to an application solely of the Johnson Factors, is the best means of determining attorney fees in bankruptcy cases[5].   In fact, the Supreme Court has clearly articulated that the "lodestar method" is presumed to subsume the Johnson Factors, as does section 330(a) of the Bankruptcy Code.  Delaware Valley I, 478 U.S. at 563; Cena's Fine Furniture, 109 B.R. at 581.

---

[4] Application of the "lodestar method" involves multiplying the number of hours reasonably expended on the case by the reasonable hourly rate of compensation for each attorney. Shaw v. Travelers Indemnity Co. (In re Grant Assocs.), 154 B.R. 836, 843 (S.D.N.Y. 1993). This method of calculating attorney fees is appropriate in light of section 330(a) of the Bankruptcy Code, which serves as a starting point, permitting bankruptcy courts, in their own discretion, to consider other factors, such as the novelty and difficulty of the issues, the special skills of counsel, and their results obtained. In re Copeland, 154 B.R. 693, 698 (Bankr. W.D. Mich. 1993).

[5] See e.g., Pennsylvania v. Delaware Valley Citizens Counsel for Clean Air, 483 U.S. 711 ("Delaware Valley II"), on remand, 826 F.2d 238 (3d Cir. 1987); Pennsylvania v. Delaware Valley Citizens Council for Clean Air, 478 U.S. 546 (1986) ("Delaware Valley I"); United States Football League v. National Football League, 887 F.2d 408, 413 (2d Cir. 1989), cert. denied, 493 U.S. 1071 (1990); Lindy Bros. Builders Inc. v. American Radiator and Standard Sanitary Corp., 487 F.2d 161 (3d Cir. 1973), vacated on other grounds, 540 F.2d 102 (3d Cir.

88.     KWJS&S respectfully submits that the services rendered and expenses incurred during the Second Interim Period for which KWJS&S seeks compensation and reimbursement clearly satisfy the requisite standards of reasonableness including, <u>inter alia</u>, the following:  the time and labor required; the novelty and difficulty of the questions and matters resolved; the skill required to perform the services properly; the experience, reputation and ability of the attorney performing the services; the fees charged and fees awarded in similar cases; the time involved; the undesirability of the case; and the results obtained.  KWJS&S respectfully submits that application of the foregoing criteria more than justifies awarding payment in full of the compensation requested in this Application since the number of hours expended by and the hourly rates of KWJS&S are more than reasonable.

89.     Based upon the results achieved to date during this Chapter 11 Case coupled with the extent and scope of future work to be completed by KWJS&S and other case professionals, KWJS&S requests that this Court consider releasing some or all of First Interim Holdback (in the amount of $104,579.25) and the Second Interim Holdback (in the amount of $171,186.63). KWJS&S is sufficiently invested in the outcome of this Chapter 11 Case and, given the lack of objection by secured creditors to the fees requested in this liquidation, believes that the continued holdback of fees at the rate of 20% for this lengthy engagement is not necessary.

---

1976); <u>In re Cena's Fine Furniture, Inc</u>., 109 B.R. 575 (E.D.N.Y. 1990); <u>In re Drexel Burnham Lambert Group Inc</u>.,133 B.R. 13, 21 (Bankr. S.D.N.Y. 1991).

**WHEREFORE**, KWJS&S respectfully requests that it be granted (i) a second allowance of compensation for professional services rendered as general bankruptcy counsel to the Debtor for the Second Interim Period in the amount of $855,933.15; (ii) reimbursement of its actual and necessary disbursements totaling $11,385.56; (iii) release of some or all of the First Interim Holdback and Second Interim Holdback, and (iv) such other and further relief as is just.

Dated:  New York, New York
       October 27, 2017

                    **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

       By:  */s/ Sean C. Southard*
             Sean C. Southard
             Stephanie R. Sweeney
             200 West 41st Street., 17th Floor
             New York, New York 10036
             Tel: (212) 972-3000
             Fax: (212) 972-2245
             Email: ssouthard@klestadt.com
                    ssweeney@klestadt.com

             *Counsel to the Debtor and*
               *Debtor-in-Possession*

**Exhibit "A"**

**Exhibit "A"**

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING INSTITUTE, | : | |
| f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION, | : | |
| | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| | : | |
| Debtor. | : | |

---------------------------------------------------------------x

## ORDER AUTHORIZING THE RETENTION OF KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP AS GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR, *NUNC PRO TUNC* TO THE PETITION DATE

Upon the application dated November 29, 2016 (the "Application")[1] of Dowling College (the "Debtor")  for an order approving the retention of Klestadt Winters Jureller Southard & Stevens, LLP ("KWJS&S") as its counsel *nunc pro tunc* to the Petition Date and upon the affidavit of Sean C. Southard, sworn to on November 29, 2016 and attached to the Application as Exhibit B (the "Southard Affidavit") and upon the supplemental affidavit of Sean C. Southard, sworn to on December 28, 2016 [Doc. No. 129] (the "Southard Supp. Affidavit" and together with the Southard Affidavit, the "Affidavits"); and it appearing that KWJS&S has complied with the guidelines of the United States Trustee in relation to the Application, and it further that KWJS&S is a disinterested person pursuant to Section 101(14) of title 11 of the United States

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

Code (the "<u>Bankruptcy Code</u>") and does not represent an interest adverse to the Debtor's estate with respect to the matters on which KWJS&S is to be employed; it is

**ORDERED,** that the Application is granted as set forth herein; and it is further

**ORDERED,** that the retention of KWJS&S as general bankruptcy counsel for the Debtor to perform all of the services set forth in the Application on the terms set forth in the Application and the Affidavits is hereby approved pursuant to Section 327(a) of the Bankruptcy Code, *nunc pro tunc* to the Petition Date; and it is further

**ORDERED,** that the compensation to be paid to KWJS&S shall be subject to the approval of this Court upon notice and a hearing pursuant to Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, the United States Trustee fee guidelines, and such other procedures as may be fixed by order of this Court, for professional services rendered and expenses incurred by KWJS&S; and it is further

**ORDERED,** that prior to any increases in KWJS&S's rates, KWJS&S shall file a supplemental affidavit with the Court and provide ten (10) business days' notice to the Debtor, the United States Trustee and any official committee, which supplemental affidavit shall explain the basis for the requested rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtor has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in Section 330 of the Bankruptcy Code, and all rates and rate increases are subject to review by the Court; and it is further

**ORDERED**, that KWJS&S shall apply any remaining amounts of its prepetition retainer as a credit toward postpetition fees and expenses, after such postpetition fees and expenses are

2

approved pursuant to the first Order of the Court awarding fees and expenses to KWJS&S; and it is further

**ORDERED**, that for the avoidance of doubt, all payments to KWJS&S on account of compensation in this Chapter 11 Case shall in all respects remain subject to the terms of any documents or orders of this Court concerning debtor in possession financing or the use of cash and other collateral, including but not limited to any approved budget associated therewith, and which shall control in the event of any conflict between the relief contemplated by this Order and those materials; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

**ORDERED**, that if there is any inconsistency between the terms of this Order, the Application, and the Affidavits, the terms of this Order shall govern.

**NO OBJECTION:**

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By:_/S/  Stan Y. Yang   12/28/206____
Stan Yang, Esq.
TRIAL ATTORNEY



Dated: Central Islip, New York
       January 5, 2017

                                              **Robert E. Grossman**
                                          **United States Bankruptcy Judge**

**Exhibit "B"**

**Exhibit "B"**

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| **Matter Description (First Line): Asset Analysis and Recovery** | | | | | | | |
| 04/27/2017 | Sean C. Southard | 10691.011/ Dowling College Asset Analysis and Recovery Emails with Mr. Bivona on request by counsel for continued collection role on Perkins accounts and responding to same. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 05/26/2017 | Sean C. Southard | 10691.011/ Dowling College Asset Analysis and Recovery Emails with Mr. Bivona on status of potential receivable collections. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 06/07/2017 | Sean C. Southard | 10691.011/ Dowling College Asset Analysis and Recovery Reviewing AR collection analysis from Mr. Bivona | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 06/08/2017 | Lauren C. Kiss | 10691.011/ Dowling College Asset Analysis and Recovery Reviewing Mr. Bivona's email and attachments on student A/R. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 06/08/2017 | Joseph C. Corneau | 10691.011/ Dowling College Asset Analysis and Recovery Reviewing email regarding student A/R [0.2]. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 08/03/2017 | Sean C. Southard | 10691.011/ Dowling College Asset Analysis and Recovery Reviewing and responding to email from Mr. Bivona on payment of postpetition invoices [.1]; reviewing and responding to emails from Mr. Bivona on Alumni association account [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/04/2017 | Sean C. Southard | 10691.011/ Dowling College Asset Analysis and Recovery Reviewing and revising proposed engagement agreement for RCS; then email to Mr. Yang [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 08/30/2017 | Stephanie R. Sweeney | 10691.011/ Dowling College Asset Analysis and Recovery Reviewing proposed Perkins Loans Order [.2]. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| | **Matter Description (First Line): Asset Analysis and Recovery** | | | **1.70** | **0.00** | | **885.50** |

**Matter Description (First Line): Asset Disposition - Brookhaven Campus**

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/13/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing and responding to emails from Mr. Rosenfeld and brokers on call and SBU lease (.1); call with Messrs. Rosenfeld, Hubbard, Amendola, et al. on marketing of Brookhaven in light of SBU lease (.3) | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/19/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Ms. Kiss and Mr. White on acreage for Town of Brookhaven. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 04/19/2017 | Matthew G. White | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Multiple email correspondence with Ms. Kiss re: acreage of Brookhaven campus [.2]; reviewing title report, tax maps and Town of Brookhaven assessment rolls re: same [.4]. | Fees | 0.60 | 0.00 | 350.00 | 210.00 |
| 04/21/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing and responding to emails from Mr. Graiser and Mr. Rosenfeld on marketing and timeline for Brookhaven campus disposition. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 04/25/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with Mr. Rosenfeld on inquiry from Town of Brookhaven (.1); emails with Messrs. Rosenfeld and Parr thereon (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 04/26/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with Messrs. Rosenfeld and Parr in relation to inquiry by Town of Brookhaven and attorney for same (.2); emails with same on contact and outreach to Ms. Pines (.1); emails with Mr. Graiser on timing and intention for Brookhaven sale (.2). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/27/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with Ms. Pines (.2); call with Mr. Rosenfeld in relation to Brookhaven status and related matters (.6). | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 04/28/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with Ms. Pines in relation to chapter 11 status and intention with Brookhaven (.3); preparing email draft to Ms. Pines on background and status; then emails to Messrs. Rosenfeld, Kleinberg, et al. (.5); reviewing several emails in response to same from Mr. Parr and Mr. Rosenfeld (.2); reviewing email from Ms. Pines; responding to same (.1); then call with Mr. Rosenfeld (.2); preparing email to Mr. Guardino; then to Ms. Pines on intention with town planning for Brookhaven campus (.2). | Fees | 1.50 | 0.00 | 575.00 | 862.50 |
| 05/01/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with Mr. Rosenfeld on Town of Brookhaven status [.3]; related emails with Messrs. Rosenfeld and Guardino [.1]; call with Mr. Hubbard in relation to same [.1]; call with Messrs. Rosenfeld and Guardino thereon [.5]. | Fees | 1.00 | 0.00 | 575.00 | 575.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------|-----------|-------|-------|-------|-------|
| 05/02/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with Mr. Rosenfeld on Town of Brookhaven interaction [.2]; reviewing email to Mr. Guardino by Mr. Rosenfeld [.1]; emails with Mr. Rosenfeld in relation to FPM retention [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 05/03/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing email from Ms. Pines (.1); call with Mr. Rosenfeld (.2); emails with same and Mr. Guardino (.1);  call with Messrs. Guardino and Rosenfeld on Town of Brookhaven planning process and recent comments from Town representatives (.5); then further call with Mr. Rosenfeld on strategy and status in relation to same (.3); further emails with Mr. Rosenfeld thereon (.1). | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 05/04/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails and then call with Mr. Rosenfeld on status and strategy for town planning process (.4); further call with Mr. Rosenfeld thereon (.1); reviewing email on MOU related to airport and BNL certificate; then further emails with Mr. Rosenfeld thereon (.3); further call with Mr. Rosenfeld (.1); further emails with Mr. Rosenfeld on update to ACA (.1). | Fees | 1.00 | 0.00 | 575.00 | 575.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/05/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing emails from Mr. Rosenfeld and MOU in relation to Brookhaven labs and related remediation activity. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 05/09/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with Mr. Rosenfeld on Town of Brookhaven communications [.1]; then emails with same and Mr. Guardino [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/24/2017 | Lauren C. Kiss | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing email, contract from Mr. Javaid regarding right of first refusal and title exceptions and emailing with Mr. Southard [.7]; conference call with Messrs. Southard, Rosenfeld, Bivona and Guardino discussing right of first refusal and Brookhaven Town Planning concerns [.4]. | Fees | 1.10 | 0.00 | 375.00 | 412.50 |
| 05/24/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with Ms. Pines in relation to Brookhaven agreement [.1]; emails with same and then with Messrs. Rosenfeld, Bivona and Guardino [.4]; call with same [.4]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/24/2017 | Matthew G. White | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing excerpts of 1992 contract of sale for Brookhaven campus. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 05/25/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing title packages and discussing with Ms. Kiss [.2]; emails with ACA representatives in relation to deeds and inquiry of Town of Brookhaven [.2]; further email from Ms. Pines and then emails with Mr. Guardino thereon [.2]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 05/25/2017 | Lauren C. Kiss | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing title report received from Advantage Title and call with Ms. Davis regarding same [.3]; reviewing exceptions to title report relevant to the Brookhaven campus [2.1]; reviewing deeds to the Brookhaven Campus [.4]. | Fees | 2.80 | 0.00 | 375.00 | 1,050.00 |
| 05/25/2017 | Matthew G. White | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing attorney search for Brookhaven campus. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/26/2017 | Lauren C. Kiss | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing exceptions in title report, discussing same with Mr. Southard and summarizing same [1.2]; reviewing contract of sale dated December 1992 [.3]. | Fees | 1.50 | 0.00 | 375.00 | 562.50 |
| 05/26/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Meeting with Ms. Kiss discussing Brookhaven inquiry by Town on proceeds and review of title [.3]; reviewing email summary and title documents from Ms. Kiss; then preparing email to Messrs. Guardino and Curry; emails with Mr. Bivona thereon [.5]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 05/26/2017 | Matthew G. White | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing 1992 contract of sale for Brookhaven campus. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 05/30/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing contract of sale provisions from 1992 provided by Town attorney [.3]; call with Mr. White discussing same [.5]; | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 05/30/2017 | Matthew G. White | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Telephone conference with Mr. Southard re: 1992 contract of sale and right of first refusal. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/06/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing and responding to emails from Messrs. Graiser, et al., for timeline on sale efforts [.4]; call with Mr. Amendola on marketing for Brookhaven [.3];   emails with Messrs. Rosenfeld and Guardino on status of matter and call update [.1]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 06/07/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with Messrs. Guardino and Rosenfeld in relation to Town of Brookhaven meeting [.7]; emails and call with Mr. Rosenfeld following meeting with town [.4]; calls to and with Mr. Guardino thereon [.2]; reviewing emails among Messrs. Rosenfeld and Phillips, et al. on planning steps and meeting [.2]. | Fees | 1.50 | 0.00 | 575.00 | 862.50 |
| 06/08/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. Rosenfeld and others on meeting for further planning discussion [.2]; call with brokers and interested parties on marketing and sale [.6]; discussing with Ms. Kiss updated expectations and timing for sale process [.1]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/08/2017 | Joseph C. Corneau | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Conferring with Mr. Southard regarding Brookhaven sale status. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 06/09/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Messrs. Rosenfeld and Guardino in relation to Brookhaven sale and appraisal [.2]; call with same [.3]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 06/13/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Messrs. Friedman, Rosenfeld and Guardino on call and update on marketing approach [.2]; call with same [.6] | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 06/14/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with brokers and Messrs. Parr, Guardino and Rosenfeld on planning status related to Brookhaven campus [.4]; emails with Mr. Rosenfeld and then with Mr. Guardino on revised drawings [.2]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 06/14/2017 | Lauren C. Kiss | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing drawings of Brookhaven Campus with Mr. Bertoli's comments and comparing to previous drawings. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/15/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with Mr. McCord in relation to Brookhaven campus development and interest [.3]; further discussion thereon and emails with Mr. McCord and partners [.3]; reviewing emails from Mr. Guardino in relation to plan alterations by FPM [.2]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 06/16/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing email on planning timing from Mr. Guardino and then reviewing and responding to emails from Mr. Rosenfeld thereon [.3]; call with Mr. McCord in relation to Brookhaven planning and proceeds disposition [.2]; further call with Mr. McCord [.3]; emails with Messrs. Guardino and Rosenfeld thereon [.1]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 06/17/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing emails among Messrs. Guardino and Rosenfeld on status of reporting and timeline for development and zoning change. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/19/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing and responding to emails from Mr. Guardino on TOB matter [.1]; preparing outline of options for contract matters and development strategy [.4]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 06/20/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Messrs. Guardino and Rosenfeld in relation to status of revised plans [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/22/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call and emails with Messrs. Rosenfeld, Curry and Guardino on Town of Brookhaven status and planning process [.6]; further call with Mr. Rosenfeld thereon [.2]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 06/23/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Mr. Guardino in relation to Brookhaven planning update [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/27/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing emails from Mr. Guardino and Rosenfeld on status of Brookhaven planning [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/29/2017 | Joseph C. Corneau | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing emails regarding Brookhaven sale process. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 06/29/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. Rosenfeld on planning and project review [.1]; further emails with Mr. Rosenfeld on options for campus dispositon [.2]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 06/30/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing email on valuation from Mr. Rosenfeld on campus [.5]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 07/05/2017 | Lauren C. Kiss | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing sale analysis prepared by A&G and Madison Hawk. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 07/07/2017 | Joseph C. Corneau | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing multiple emails regarding Brookhaven sale issues. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 07/12/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing preliminary outline on presentation to creditors from Mr. Rosenfeld [.4]; emails with Messrs. Rosenfeld and Guardino in relation to meeting to discuss Brookhaven matters with creditors [.2]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/13/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. Rosenfeld reviewing costs of sewer estimate and opinion of value from Madison Hawk [.7]; call with Mr. Rosenfeld related to same [.4]; reviewing email from CBRE; then emails and call with Mr. Rosenfeld thereon [.3]; reviewing several further emails and updates on value from Madison hawk and request for meeting and responses from Mr. Rosenfeld, et al. [.4]; reviewing emails from Messrs. Rosenfeld and Bivona and then with FPM and Mr. Guardino [.2]. | Fees | 2.00 | 0.00 | 575.00 | 1,150.00 |
| 07/13/2017 | Matthew G. White | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing legal description for Brookhaven campus [.2]; reviewing email correspondence from Mr. Bivona re: status of easements [.1]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 07/14/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Messrs. Bertucci and Rosenfeld on appraisal and status of Brookhaven marketing [.2]; emails with Messrs. Bivona and Rosenfeld in relation to meeting with brokers and valuation [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------|-----------|-------|-------|-------|-------|
| 07/17/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails among Messrs. Bivona and White on title matters for Brookhaven [.2]; meeting with brokers and debtor personnel in relation to marketing and valuation of Brookhaven campus [1.7]; emails with Mr. Rosenfeld on sewerage costs [.1]. | Fees | 2.00 | 0.00 | 575.00 | 1,150.00 |
| 07/17/2017 | Matthew G. White | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Multiple email correspondence with Messrs. Bivona and Guardino re: title report [.2]; reviewing title report for Brookhaven campus [.2]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 07/18/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Ms. Sweeney and Ms. Kiss on Brookhaven campus sale status and motion draft [.2]; reviewing updated draft on sewage costs from Mr. Rosenfeld [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 07/19/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing updated valuation from A&G/Madison hawk and several emails with Mr. Rosenfeld thereon [.4]; call with Mr. Rosenfeld concerning the same [.1]; emails related to scheduling of Brookhaven meeting [.2]; emails with Mr. Rosenfeld on marketing [.1]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/20/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Several emails with Mr. Rosenfeld and professionals of debtor in relation to Brookhaven valuation and call status [.2]; emails with creditor parties on all hands meeting and timing [.2]; call with brokers and debtor representatives in relation to updated valuation and meeting preparation [1.1]; discussing same with Mr. Rosenfeld [.2]; reviewing appraiser qualifications; then emails with Mr. Rosenfeld thereon [.3]. | Fees | 2.00 | 0.00 | 575.00 | 1,150.00 |
| 07/20/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing BNL MOU from Mr. Bivona and related email. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 07/21/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails and call with Mr. Rosenfeld on status and updated valuation from Madison Hawk [.2]; reviewing updated valuation [.3]; then reviewing emails from Messsr. Rosenfeld and Bivona [.2]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------|-----------|-------|-------|-------|-------|
| 07/24/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing email from Mr. Rosenfeld on meeting with creditors and board [.1]; discussing sale motion and status with Ms. Sweeney [.1]; further emails with Mr. Rosenfeld and then with Mr. Kleinberg on meeting discussing Brookhaven marketing and progress [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 07/25/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing and revising Oakdale Bidding Procedures for Brookhaven sale. | Fees | 2.40 | 0.00 | 395.00 | 948.00 |
| 07/25/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing email from Mr. Rosenfeld on board update [.1]; call with Mr. Rosenfeld in relation to further valuation revisions [.1]; reviewing email from Mr. Rosenfeld in relation to Brookhaven planning [.1]; reviewing email from Mr. Graiser on bid procedures [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 07/25/2017 | Matthew G. White | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Email correspondence with Mr. Bivona re: title exceptions [.1]. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/26/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing and revising Sale Order [1]; researching sale interests [.9]; reviewing emails re: bid procedures revisions [.1]; discussing bid procedures with Ms. Kiss. | Fees | 2.00 | 0.00 | 395.00 | 790.00 |
| 07/26/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing marketing proposal from brokers and email with Mr. Rosenfeld thereon [.2]; reviewing presentation and related emails with Messrs. Bivona and Rosenfeld [.6]; email with Mr. Steigler on title query from Mr. Guardino [.1]; emails with Ms. Sweeney and Mr. Corneau on closing and procedures and requirements on bids [.2]; emails with Messrs. Rosenfeld and Guardino on meeting [.1]. | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 07/26/2017 | Lauren C. Kiss | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Discussing bid procedures with Ms. Sweeney. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 07/26/2017 | Joseph C. Corneau | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing email and slide from brokers regarding sale process for Brookhaven campus [0.2]. Emailing with Mr. Southard and Ms. Sweeney with feedback on broker recommendations [0.2]. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/28/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Researching sale rights [2.8]; researching potential contractual right to proceeds of sale [1.7]; drafting research results and sending to Mr. Southard and Ms. Kiss [1.6]. | Fees | 6.10 | 0.00 | 395.00 | 2,409.50 |
| 07/28/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing research from Ms. Sweeney on rights in relation to sale. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 07/31/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Mr. Rosenfeld on status, scheduling and attendance for Brookhaven planning meeting [.2]; reviewing updated valuation and related emails with Mr. Rosenfeld thereon [.4]; emails with Ms. Sweeney on research for Brookhaven interests and sale free and clear [.3]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 07/31/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Email with Mr. Southard re: sale research. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 08/01/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing and revising Asset Purchase Agreement for Brookhaven Campus sale (split with campus/dorms matter). | Fees | 0.60 | 0.00 | 395.00 | 237.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/01/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing Brookhaven tour emails with Mr. Rosenfeld and Mr. Friedman; then responding to same [.2]; further emails with Mr. Bivona in relation to Brookhaven campus disposition items [.1]; further emails on changes to meeting time [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 08/02/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Further emails on attendance and scheduling for meeting [.2]; reviewing and commenting on Brookhaven presentation materials and emails with Mr. Bivona and Mr. Rosenfeld thereon [.4]; emails with Mr. Bivona and then Ms. Kiss on comments to presentation [.2]; | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 08/02/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing and revising Stalking Horse APA for Brookhaven sale (split with dorms/campus matter). | Fees | 0.80 | 0.00 | 395.00 | 316.00 |
| 08/02/2017 | Lauren C. Kiss | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing draft of RSR's presentation to creditors, emailing with Mr. Southard and then with with Messrs. Rosenfeld and Bivona regarding same. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/03/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing materials for meeting and then reviewing and responding to emails with Messrs. Bivona and Rosenfeld in relation to materials and circulation in advance of meeting [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 08/04/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. Bivona and then with Ms. Sweeney on preparation and outline for meeting on Brookhaven planning [.4]; preparing for meeting and reviewing materials [.5]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 08/04/2017 | Kristen M. Strine | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Assembling Brookhaven Campus Divestiture Analysis binder per Mr. Southard's request. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 08/04/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing RSR presentation in preparation for meeting. | Fees | 0.50 | 0.00 | 395.00 | 197.50 |
| 08/04/2017 | Rayella S. Bergman | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Preparing Brookhaven Campus Divestiture Analysis presentation binder per Ms. Sweeney's request. | Fees | 0.60 | 0.00 | 175.00 | 105.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/07/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing materials in preparation for meeting on Brookhaven, reviewing research on certain transfer and title issues [1.3]; emails with Messrs. Rosenfeld and Bivona on status and preparation [.2]. | Fees | 1.50 | 0.00 | 575.00 | 862.50 |
| 08/08/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Meeting at Farrell Fritz offices with professionals and representatives of secured and unsecured creditors, and debtor (time split with other matter) discussing status and disposition of Brookhaven Campus (and Dormitory) [2.8]. | Fees | 2.80 | 0.00 | 395.00 | 1,106.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 08/08/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Meeting at Farrell Fritz offices with professionals and representatives of secured and unsecured creditors, and debtor (time split with other matter) discussing status and disposition of Brookhaven campus (and Dormitory) [2.8]; emails with Messrs. Pfeiffer, McCarthy and then with Ms. Sweeney and Mr. White on title matters associated with Brookhaven sale [.3]; meeting with Mr. White in relation to title matters associated with preparation for Brookhaven campus sale; reviewing title reports, etc. [.8]; reviewing email on BNL MOU from Mr. Rosenfeld [.1]. | Fees | 4.00 | 0.00 | 575.00 | 2,300.00 |
| 08/08/2017 | Matthew G. White | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Interoffice conference with Mr. Southard re: title exceptions [1.0]. | Fees | 1.00 | 0.00 | 350.00 | 350.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/09/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. Friedman on follow-up from meeting [.1]; call with Mr. Rosenfeld on status of campus sale and marketing discussions [.2]; emails with Mr. Corneau; reviewing title reports and emails with Mr. Steigler and then with Mr. Cote on title for Brookhaven and research thereon [.4]; emails with Messrs. Bivona, Rosenfeld and Ms. Sweeney on title report and research [.3]; reviewing email and title report from Mr. Cote [.3]; call with Mr. Rosenfeld on further discussions with brokers [.1]; reviewing email and proposal from Mr. Rosenfeld on broker responsibility [.2]; emails with Ms. Sweeney on meeting and draft motion and APA [.2]. | Fees | 1.80 | 0.00 | 575.00 | 1,035.00 |
| 08/09/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Revising Bidding Procedures and APA and sending to Mr. Southard and Mr. Corneau, reviewing emails with Mr. White re: permits, title issues (split with Campus matter). | Fees | 0.50 | 0.00 | 395.00 | 197.50 |
| 08/09/2017 | Joseph C. Corneau | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing and commenting on draft APA. | Fees | 1.90 | 0.00 | 495.00 | 940.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/09/2017 | Matthew G. White | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Email correspondence with Messrs. Southard, Bivona and Rosenfeld re: title exceptions [.1]. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 08/10/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Meeting with Mr. Southard and Mr. Corneau re: Asset Purchase Agreement and Bidding Procedures (split with dorm/campus matter) [.8]. | Fees | 0.80 | 0.00 | 395.00 | 316.00 |
| 08/10/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Revising Bidding Procedures (split with campus/dorm matter). | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 08/10/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing bid procedures and APA and related email with Ms. Sweeney [.4]; meeting with Ms. Sweeney and Mr. Corneau re: Asset Purchase Agreement and Bidding Procedures (split with dorm/campus matter) [.8]; reviewing email and summary of marketing process from brokers and related emails with Mr. Rosenfeld [.3]; emails with Mr. Steigler on title searches for Brookhaven [.1]. | Fees | 1.60 | 0.00 | 575.00 | 920.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------|-----------|-------|-------|-------|-------|
| 08/10/2017 | Joseph C. Corneau | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing and commenting on draft bid procedures. | Fees | 0.90 | 0.00 | 495.00 | 445.50 |
| 08/10/2017 | Joseph C. Corneau | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Conferring with Mr. Southard and Ms. Sweeney regarding Brookhaven sale. | Fees | 0.80 | 0.00 | 495.00 | 396.00 |
| 08/11/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Discussing title research with Mr. Corneau [.1] then with Ms. Sweeney [.1]; call with Ms. Cheng and related emails on 2006 title [.2]; emails with Mr. Bivona thereon [.1]; further discussion of research with Ms. Sweeney [.1]; emails with Mr. Steiger in relation to title searches and with Mr. White [.2]; call with Mr. Hammel concerning title [.2]; call with Mr. Rosenfeld concerning marketing and broker cooperation [.2]; emails with Mr. Bivona on condition to title [.1]; emails with Mr. Bivona and Mr. Cook in relation to same [.2]; reviewing email from Mr. Bivona in relation to construction evidence at Brookhaven [.2]; reviewing email on results of title research from Ms. Sweeney [.3]; reviewing emails from Mr. Rosenfeld on final marketing plan proposal [.2]. | Fees | 2.20 | 0.00 | 575.00 | 1,265.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 08/11/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Researching certain title issues as interests under bankruptcy law (split with dorm/campus matter) [1.6]; researching same interests under state law, emailing research to Mr. Southard (split with dorm/campus matter) [1.8]. | Fees | 3.40 | 0.00 | 395.00 | 1,343.00 |
| 08/11/2017 | Matthew G. White | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Email correspondence with Mr. Southard re: proposed title search [.1]. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 08/14/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with title on updated report for Brookhaven [.1]; reviewing emails from Mr. Bivona and then with Ms. Sweeney on satisfaction of conditions in title and emails on related research [.4]; reviewing emails on marketing process [.1]; discussing title research with Ms. Sweeney [.2]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 08/14/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Discussing research results with Mr. Southard, researching restraint on alienation under state laws (split with dorms/campus) [.8]; revising Brookhaven APA (split with dorms/campus) [.9]. | Fees | 1.70 | 0.00 | 395.00 | 671.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/15/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Researching certain interests as restraint on alienation and emailing Mr. Southard re: same (split with campus/dorms matter) [.7]; reviewing release document and related email with Mr. Southard (split with campus/dorms matter) [.2]; revising APA and updated internal references (split with campus/dorms matter), sending to Ms. Gargiulo for updating table of contents [1.5]. | Fees | 2.40 | 0.00 | 395.00 | 948.00 |
| 08/15/2017 | Renea A. Gargiulo | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Updating the table of contents to the proposed stalking horse purchase agreement per Ms. Sweeney's request (split with dorms/campus). | Fees | 0.60 | 0.00 | 175.00 | 105.00 |
| 08/16/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing and revising Brookhaven APA and sending to Mr. Southard and Mr. Corneau (split with campus/dorms matter) [.2] | Fees | 0.20 | 0.00 | 395.00 | 79.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/17/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Email in relation to retention terms and co-broker relationship on Brookhaven sale [.1]; call with Mr. Rosenfeld in relation to broker arrangements on sale of Brookhaven campus [.2]; emails with Mr McCarthy on title matters [.1]; reviewing research and emails on title and use with Ms. Sweeney [.4]; reviewing email and revised APA from Mr. Corneau [.5]. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 08/17/2017 | Joseph C. Corneau | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing and commenting on draft APA [1.7]. Conferring with Mr. Southard regarding draft APA [0.1]. | Fees | 1.80 | 0.00 | 495.00 | 891.00 |
| 08/21/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing revisions to APA from Mr. Corneau (split with campus/dorms matter) [.1]. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 08/21/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. Rosenfeld in relation to Brookhaven sale and broker discussions [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 08/24/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing emails re: title matters, sending CofO (split with campus/dorms matter) [.1]. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/24/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing and responding to emails from Messrs. Stein and Steigler in relation to title matters; then forwarding communications to various parties in interest [.2]; further emails with Ms. Sweeney and Mr. Steigler on proof of satisfaction of construction condition [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 08/24/2017 | Matthew G. White | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing email correspondence to title exceptions language [.2]; reviewing certificates of occupancy/completion for campus improvements [.2]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 08/25/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing and responding to emails from Mr. Steigler in relation to title report and update [.2]; | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/28/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Discussing title matters with Mr. White [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/29/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing title information and draft APA on Brookhaven. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 08/29/2017 | Matthew G. White | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing title report for campus [1.0]. | Fees | 1.00 | 0.00 | 350.00 | 350.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for
## Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/30/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing APA draft on Brookhaven sale [.5]; reviewing title report and call to Mr. Steigler related to same [.7]; emails with Mr. Cote on title report [.1]; email to Mr. Anello of NYSAG on Brookhaven sale process [.1]; call with Mr. Steigler related to title [.2]. | Fees | 1.60 | 0.00 | 575.00 | 920.00 |
| 08/31/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing and responding to email from Mr. Hammel on request for discussion [.1]; reviewing APA, revising same and preparing draft schedules; several emails with Messrs. Bivona and Cote on phase I report and title matters [.4]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 08/31/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing APA, revising same and preparing draft schedules; several emails with Messrs. Bivona and Cote on phase I report and title matters [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 08/31/2017 | Matthew G. White | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Multiple email correspondence with Mr. Southard re: survey for campus [.2]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------|-----------|-------|-------|-------|-------|
| 09/07/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing and revising APA and schedules [.4]; emails with Mr. Bivona and Mr. Cook on open matters for APA [.1]; emails with Ms. Sato on status of intercreditor discussions; forwarding to Messrs. Rosenfeld and Bivona [.1] (time split among dorm/campus). | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 09/08/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing and revising draft APA and schedules and then transmitting to client representatives (time split among dorm/campus) [.5]; emails with Ms. Anello in relation to sale of Borokhaven and NYSAG position [.1]; discussing motion with Ms. Sweeney [.1]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 09/08/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing revisions to APA sent to client [.2] (split with dorms/campus matter). | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 09/11/2017 | Joseph C. Corneau | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Briefly reviewing latest draft APA and schedules. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/12/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Ms. Anello in relation to sale discussion and adjournment of call [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 09/13/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Ms. Pines and to Mr. Rosenfeld on TOB direction and request for update [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/14/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails and call with Mr. Guardino in relation to Town of Brookhaven process and status [.2]; emails with Ms. Pines in relation to status [.1]; emails with Ms. Sweeney on status of Brookhaven sale and bid procedures [.2]; emails with Messrs. Rosenfeld and Bivona on APA revisions and schedules to same [.3]; reviewing drafts of same [.5]; emails with Ms. Anello on NYSAG position relative to bankruptcy sale; then related emails with Messrs. Rosenfeld, Bivona and Corneau [.2]; reviewing draft bid procedures [.3]. | Fees | 1.80 | 0.00 | 575.00 | 1,035.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------|-----------|-------|-------|-------|-------|
| 09/15/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call to Ms. Pines in relation to Brookhaven sale [.1]; call to Ms. Anello in relation to Brookhaven sale [.1]; emails with Mr. Friedman on allocation discussion status [.1]; call with Ms. Annello in relation to sale status and timing [.3]; emails with Messrs. Rosenfeld and Bivona thereon [.1]; call with Ms. Ryan on timing for hearing on sale [.2]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 09/15/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing and revising bid procedures and motion papers, purchase agreement, etc., [.7]; preparing timeline for sale process and then several emails with interested parties thereon [.4]; reviewing engagement terms and preparing broker commission scenarios for bulk bid marketing effort on sale, then emails with Messrs. Rosenfeld, Bivona and Ms. Sweeney thereon [.7]; reviewing and responding to emails from Mr. Rosenfeld thereon [.1]; emails with Mr. Pfeiffer thereon [.1] (time split among campus/dorms matter). | Fees | 2.00 | 0.00 | 575.00 | 1,150.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------------|-----------|-------|-------|-------|-------|
| 09/18/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Drafting Sale Motion [.8]; reviewing 2002 Indenture and 1007 Affidavit [.3]; reviewing brokerage commissions spreadsheet and related emails [.1] (split between dorms/campus matters). | Fees | 1.20 | 0.00 | 395.00 | 474.00 |
| 09/18/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with Mr. Pfeiffer on status of sale motion and timeline for auction [.1]; emails with Ms. Sweeney thereon [.1]; call with Ms. Anello; then emails to client on NYSAG position related to sale [.2]; further emails on APA comments from Messrs. Bivona and Rosenfeld [.2]; emails with Mr. Rosenfeld on sale timeline comments from creditors [.1]; reviewing email and facility information from Mr. Bivona and then forwarding to Messrs. Corneau, White and Ms. Sweeney [.4]; reviewing email from Mr. Rosenfeld with revised broker commission structures and comparison on values [.3]; reviewing email from Mr. Bivona to Ms. Martens on South Side Sportsmen's club [.2]. | Fees | 1.60 | 0.00 | 575.00 | 920.00 |
| 09/18/2017 | Matthew G. White | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing facility binder index [.1]. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 09/19/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Drafting Sale Motion [1.2]; revising bidding procedures, sending motion and bidding procedures to Mr. Southard [.6]; call with Mr. Southard, RSR re: various Brookhaven sale items [.8]; reviewing emails re: town discussions [.1] (split with campus/dorms matter). | Fees | 2.70 | 0.00 | 395.00 | 1,066.50 |
| 09/19/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call to Ms. Anello [.1]; email to MH/A&G brokers in relation to sale and commission and timing [.2]; calls with Ms. Pines and Ms. Arnesto on TOB position and requests for information [.3]; emails to client thereon [.2]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 09/19/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing and revising APA and schedules; preparing email to interested parties thereon [.5] (time split among campus/dorms matter). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 09/20/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. Corneau in relation to schedule on sale [.1]; reviewing email from Ms. Pines on request for use of ball fields; forwarding same and then responding to related emails from Mr. Rosenfeld [.3]; emails with Ms. Ryan on hearing dates and notice; then reviewing local rules and discussing internally [.3]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 09/20/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Drafting Sale Order [.2]; call with professionals re: sale process and timing, DIP financing [.4]; discussing same with Mr. Southard, revising Motion removing Scheduling Order [.2]; reviewing comments to Bid Procedures and related emails; reviewing emails to professionals re: sale timeline, reviewing emails with Brookhaven Town counsel re: use of property [.2] (split with dorms/campus matter). | Fees | 1.00 | 0.00 | 395.00 | 395.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------|-----------|-------|-------|-------|-------|
| 09/20/2017 | Joseph C. Corneau | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing latest draft of APA [0.2].<br>Reviewing proposed timeline for sale [0.1].<br>Conference call re sale process [0.5].<br>Reviewing multiple emails regarding<br>Brookhaven sale process [0.1] (time split<br>among campus/dorms matter). | Fees | 0.90 | 0.00 | 495.00 | 445.50 |
| 09/20/2017 | Matthew G. White | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing email correspondence from the<br>Town of Brookhaven re: use of ball fields<br>[.1]; multiple email correspondence with<br>Mssrs. Southard, Rosenfeld and Bivona re:<br>same [.2]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 09/20/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing and revising bidding procedures<br>on Brookhaven, emails thereon with counsel<br>to creditors [.4]; then emails thereon with<br>brokers [.1]; preparing email summary on<br>status to brokers of creditor call and<br>position; emails with Mr. Rosenfeld thereon;<br>then transmitting to same [.3]; reviewing and<br>revising sale and bidding procedures motion;<br>then emails circulating same to creditors [.5]<br>(time split among campus/dorms matter). | Fees | 1.30 | 0.00 | 575.00 | 747.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 09/21/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing revisions to Sale Motion, sending Sale Order to Mr. Southard [.2]; drafting Bidding Procedures Order, sending to Mr. Southard [.8]; revising Bidding Procedures Order, sending to Mr. Southard and Mr. Corneau [.6]; call with Mr. Corneau re: orders, revising and resending same [.7]; circulating orders to professionals [.1] (split with dorms/campus matter). | Fees | 2.40 | 0.00 | 395.00 | 948.00 |
| 09/21/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with Messrs. Hubbard and Graiser on marketing and sale process [.3]; reviewing and revising and discussing bidding procedures order and sale approval order with Ms. Sweeney; emails thereon [.5]; further emails with Ms. Sweeney and Mr. Corneau on comments to orders and updates; then reviewing emails from Ms. Sweeney circulating same [.2] (time split among campus/dorms matter). | Fees | 1.00 | 0.00 | 575.00 | 575.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------------|-----------|-------|-------|-------|-------|
| 09/21/2017 | Joseph C. Corneau | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing draft bidding procedures order, sale order and commenting on same [.7]. Telephone call with Ms. Sweeney regarding revisions to orders [0.2]. Reviewing draft sale motion [0.2] (time split among campus dorms matter). | Fees | 1.10 | 0.00 | 495.00 | 544.50 |
| 09/22/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Discussing orders with Mr. Corneau, revising Sale Order; reviewing emails re: brokers [.3] (split with dorms/campus matter). | Fees | 0.30 | 0.00 | 395.00 | 118.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------|-----------|-------|-------|-------|-------|
| 09/22/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Ms. Anello on NYSAG position re sale [.1]; several emails with Messrs. Graiser and Rosenfeld in relation to broker commission and marketing [.3]; call with Mr. Rosenfeld on status of broker discussion and marketing efforts [.2]; further emails with Messrs. Graiser, Rosenfeld and Bivona thereon [.2]; emails with Mr. Bivona in relation to interest in Brookhaven property by prior bidder [.1]; emails with Mr. Friedman on status of sale effort and allocation discussions; updating Mr. Rosenfeld [.2]; further emails on scheduling for call, etc. [.1]; emails with Mr. Pfeiffer on request for call [.1]. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 09/22/2017 | Joseph C. Corneau | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Conferring with Ms. Sweeney regarding sale order, status. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/25/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Revising Brookhaven Sale Motion and Bidding Procedures for NYS approval language and Mr. Hammel comments, sending to Mr. Southard [.8]; emails with GCG and Mr. Southard re: sale notice parties [.1]; call with brokers, CRO, Mr. Southard re: Brookhaven sale process and timeline [.5]; revising Purchase Agreement and sending to Mr. Southard [.3]; drafting Notice of Sale Hearing and Auction and sending to Mr. Southard [.1]; conforming Bidding Procedures, Bidding Procedures Order and Sale Order to Sale Motion revisions, circulating sale documents [.9] (split with campus/dorms matter). | Fees | 2.70 | 0.00 | 395.00 | 1,066.50 |
| 09/25/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing email from Ms. Anello on NYSAG position; circulating same to client and internally [.2]; emails with Mr. Steigler in relation to 510/511 petition and NYSAG position; then call with same [.3]; call with Mr. Berkowitz [.3]; further emails with Mr. Steigerl [.1]; responding to Ms. Anello [.2]; call with Mr. Pfeiffer on comments to sale and status [1.0]. | Fees | 2.10 | 0.00 | 575.00 | 1,207.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 09/25/2017 | Joseph C. Corneau | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing UMB comments to APA, bidding procedures motion and bidding procedures order [0.5]. Reviewing multiple emails regarding Brookhaven sale documents [0.1] (time split among campus/dorms). | Fees | 0.60 | 0.00 | 495.00 | 297.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------|-----------|-------|-------|-------|-------|
| 09/25/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing comments from Mr. Hammel on sale pleadings and APA; discussing with Ms. Sweeney [.3]; reviewing and revising sale motion on nonbankruptcy provisions; emails and discussion with Ms. Sweeney thereon [.4]; call with Ms. Pines on request to use parks; then emails with Messrs. Bivona and Rosenfeld thereon [.1]; reviewing email from Mr. Rosenfeld on outline for marketing process with brokers [.1]; call with brokers and Messrs. Bivona and Rosenfeld on proposed commission structure and settlement [.4]; emails with Ms. Sweeney and discussion on service of sale motion [.1]; call with Messrs. Graiser and Hubbard thereon [.1];  reviewing and revising sale motion and bid procedures; circulating related emails to interested parties thereon and in relation to final comments [.2]; reviewing email from Mr. Berger on allocation among brokers and commission structure [.1]; reviewing email from Mr. Rosenfeld on commission structure and revisions [.1] (time split among campus/dorms matter). | Fees | 1.90 | 0.00 | 575.00 | 1,092.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/25/2017 | Joseph C. Corneau | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing UMB comments to APA,<br>bidding procedures motion and bidding<br>procedures order [0.4]. Reviewing multiple<br>emails regarding Brookhaven sale<br>documents [0.1] (time split among<br>campus/dorms). | Fees | 0.50 | 0.00 | 495.00 | 247.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/26/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. Rosenfeld on status of broker discussions and with UCC counsel [.1]; call with Mr. Berkowitz on sale motion and comments of 2002 bondholders [.2]; emails with brokers on marketing intentions and notice [.1]; emails with Messrs. Graiser and Rosenfeld in relation to progress among brokers [.1]; discussing status with Ms. Sweeney; then emails with same on revised form of order [.1];  reviewing and revising sale motion and bid procedures and APA, then emails with parties in interest, call with Ms. Sato and Mr. Hammel; emails with Mr. Pfeiffer thereon [1.1] further emails with Messrs. Graiser and Rosenfeld on broker marketing and with Mr. Cote thereon [.1]; call with brokers on coordination efforts [.1]; further call with Mr. Graiser thereon [.1]; then calls and emails with brokers confirming deal, then with creditors and separate calls with Messrs. Friedman, Pfeiffer and Hammel on sale motion finalization [.4]; further emails and discussion with Ms. Sweeney [.1]; call with Mr. further review and comment on sale pleadings and emails with Ms. Sweeney thereon [.3]; call with Mr. Cote [.1] ( time split among campus/dorms) | Fees | 2.90 | 0.00 | 575.00 | 1,667.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/26/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Revising Sale Motion per comments received, conforming deadlines throughout sale documents [.5]; discussing sale documents with Mr. Southard, revising Sale Order re: NY law and sending to Mr. Southard, related emails [.5]; reviewing revisions to Sale Motion, revising Bidding Procedures and Orders [.5]; circulating revised sale documents [.2]; revising Auction and Sale Hearing Notice and related emails with Mr. Southard, further revising sale documents per comments received [.3]; finalizing and compiling sale documents for filing [.3]; coordinating filing of same with Ms. Gargiulo, related emails with GCG [.3] (split with dorms/campus matter). | Fees | 2.60 | 0.00 | 395.00 | 1,027.00 |
| 09/26/2017 | Renea A. Gargiulo | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Filing Fee for Sale Motion. | FILEFEE | 0.00 | 1.00 | 181.00 | 181.00 |
| 09/26/2017 | Renea A. Gargiulo | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Assembling electronic version of Brookhaven Campus sale motion and accompanying documents in preparation for filing [0.2]; discussions and emails with Ms. Sweeney regarding filing of same [0.1], and filing thereafter [.2] (split with dorms/campus matter). | Fees | 0.50 | 0.00 | 175.00 | 87.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 09/26/2017 | Joseph C. Corneau | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing latest drafts of sale motion, bidding procedures order and sale order (time split among campus/dorms). | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 09/26/2017 | Joseph C. Corneau | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing latest drafts of sale motion, bidding procedures order and sale order (time split among campus/dorms). | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 09/27/2017 | Stephanie R. Sweeney | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with GCG re: service of Brookhaven Sale documents, sending addresses. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 09/27/2017 | Sean C. Southard | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. Yang in relation to sale and timeline [.1]; reviewing sale motion and preparing remarks for status conference before Judge Grossman [.4]; emails with Ms. Sweeney on service and with GCG representatives [.1]; reviewing email on marketing timeline and plan from brokers [.2]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/28/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Ms. Pines in relation to Parks department request on use of fields; forwarding to Messrs. Rosenfeld and Bivona [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/29/2017 | Sean C. Southard | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Messrs. Bivona and Rosenfeld on TOB interest in ballfield use and then email with Ms. Pines [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| | **Matter Description (First Line): Asset Disposition - Brookhaven Campus** | | | 137.30 | 1.00 | | 67,971.50 |
| **Matter Description (First Line): Asset Disposition - Brookhaven Dorms** | | | | | | | |
| 04/13/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing and responding to emails with Mr. Rosenfeld on SBU lease and terms; then call with same (.4); further emails with Mr. Rosenfeld thereon (.2). | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 05/09/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing and responding to several emails with Messrs. Bivona and Rosenfeld and updating memo to creditors on SBU lease status. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/10/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing email from Mr. Rosenfeld on SBU lease extension; reviewing lease, prior extensions and form of proposed letter modification, then revising same and emails with Messrs. Rosenfeld, Bivona and White thereon. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 05/10/2017 | Matthew G. White | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing lease agreement with State University of New York and proposed extension and modification thereto. | Fees | 1.80 | 0.00 | 350.00 | 630.00 |
| 05/11/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing emails and further revised version of SBU lease extension from Mr. Rosenfeld; responding to same [.3]; further emails with Mr. Rosenfeld thereon [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 05/11/2017 | Matthew G. White | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing revisions to proposed lease extension. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 05/23/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing marked agreement on SBU and related emails with Mr. Rosenfeld. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/30/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing email among Mr. Rosenfeld and Ms. Fioto on SBU sublease. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 06/01/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Emails with Mr. Rosenfeld and Ms. Fioto in relation to amendment on Dowling sublease [.2]; reviewing further email on Brookhaven dorm [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 06/08/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing email from Ms. Fioto and Mr. Rosenfeld on amendment to lease. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 06/08/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing SBU lease extension comments and emails with Ms. Fioto and then with Messrs. Rosenfeld and Bivona [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/13/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing lease mark-up from SBU [.1]; call with Ms. Sato and Messrs. Rosenfeld and Bertucci in relation to lease with SBU [.5]; reviewing emails from Mr. Rosenfeld on SBU call request [.1]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/16/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing SBU comments to lease extension; then call in relation to SBU lease extension and related emails [.8]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 06/28/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing lease revisions from SBU and related emails wtih Ms. Fioto and Mr. Rosenfeld thereon [.2]; further emails with Messrs. Bertucci and Rosenfeld thereon [.2]; then further strategy emails with Mr. Rosenfeld [.1]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 06/29/2017 | Lauren C. Kiss | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing email chain on status of SBU lease extension. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 06/29/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Emails with Mr. Rosenfeld on further SBU lease comments [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 06/30/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing email from Mr. Rosenfeld on CBRE review of marketing and position on dorm [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/05/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Call with Ms. Shane on SBU lease and assignment process [.2]; emails with Mr. Rosenfeld thereon [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 07/05/2017 | Lauren C. Kiss | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing sale analysis prepared by CBRE. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 07/06/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing and responding to emails from Ms. Fioto of SBU and Mr. Rosenfeld on status of discussions relative to assignment [.1]; reviewing email from Mr. Rosenfeld on status and request for creditor views; reviewing lease terms; then preparing email to Ms. Sato and Mr. Bertucci [.4]; emails and call with Ms. Sato [.5]; then email to creditor parties on analysis of SBU lease extension and related issues [.2]. | Fees | 1.20 | 0.00 | 575.00 | 690.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/07/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Emails with Mr. Rosenfeld in relation to SBU lease status and expectations [.2]; emails with creditor parties on updated time pressure from SBU [.2]; then emails with Ms. Shane and Mr. Rosenfeld [.2]; call with Mr. Pfeiffer [.2]; call with Ms. Sato [.3]; call with Mr. Rosenfeld [.2]; preparing motion to approve lease; reviewing lease terms, etc. [.7]. | Fees | 2.00 | 0.00 | 575.00 | 1,150.00 |
| 07/10/2017 | Lauren C. Kiss | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing and revising motion seeking authorization for the Debtor to enter into the lease amendment with SBU, drafting proposed order and notice of presentment and emailing with Mr. Southard. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/10/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Call with Ms. Shane re: SBU lease interest and Court hearing [.2]; call with Mr. Rosenfeld thereon [.1]; further call with Ms. Shane following Court on update [.1]; reviewing email from Mr. Rosenfeld to Ms. Fioto confirming discussion on SBU lease with Court and creditor [.1]; then call with Mr. Rosenfeld on update call with Ms. Fioto [.1]; reviewing and revising lease motion to approve extension of SBU lease; emails with Ms. Kiss thereon [.8]. | Fees | 1.40 | 0.00 | 575.00 | 805.00 |
| 07/11/2017 | Lauren C. Kiss | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Revising motion seeking authorization for the Debtor to enter into the lease amendment with SBU with Mr. Southard's comments, reviewing exhibits to the motion and emailing with creditors separately [.9]; reviewing emails on status of lease negotiations [.1]. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/11/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Emails with Ms. Kiss after reviewing order and revised motion on SBU lease [.3]; reviewing email from Ms Fioto [.1]; discussing same with Mr. Rosenfeld [.2]; responding to email from SBU [.1]; emails with creditor parties in relation to lease and with Ms. Kiss on same [.5]; call with Ms. Shane [.1]; call with Ms. Sato [.1]; further emails with Ms. Shane, Mr. Rosenfeld and then with creditor parties [.3]. | Fees | 1.70 | 0.00 | 575.00 | 977.50 |
| 08/01/2017 | Stephanie R. Sweeney | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing and revising Asset Purchase Agreement for Brookhaven Campus sale (split with campus/dorms matter). | Fees | 0.60 | 0.00 | 395.00 | 237.00 |
| 08/02/2017 | Stephanie R. Sweeney | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing and revising Stalking Horse APA for Brookhaven sale (split with dorms/campus matter). | Fees | 0.80 | 0.00 | 395.00 | 316.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/08/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Meeting at Farrell Fritz offices with professionals and representatives of secured and unsecured creditors, and debtor (time split with other matter) discussing status and disposition of Brookhaven campus (and Dormitory) [2.8]; | Fees | 2.80 | 0.00 | 575.00 | 1,610.00 |
| 08/08/2017 | Stephanie R. Sweeney | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Meeting at Farrell Fritz offices with professionals and representatives of secured and unsecured creditors, and debtor (time split with other matter) discussing status and disposition of Brookhaven Dormitory (and Campus) [2.8]. | Fees | 2.80 | 0.00 | 395.00 | 1,106.00 |
| 08/09/2017 | Stephanie R. Sweeney | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Revising Bidding Procedures and APA and sending to Mr. Southard and Mr. Corneau, reviewing emails with Mr. White re: permits, title issues; (split with Dorms matter). | Fees | 0.50 | 0.00 | 395.00 | 197.50 |
| 08/10/2017 | Stephanie R. Sweeney | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Meeting with Mr. Southard and Mr. Corneau re: Asset Purchase Agreement and Bidding Procedures (split with dorm/campus matter) [.8]. | Fees | 0.80 | 0.00 | 395.00 | 316.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/10/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Meeting with Ms. Sweeney and Mr. Corneau re: Asset Purchase Agreement and Bidding Procedures (split with dorm/campus matter) [.8]; reviewing email from Mr. Cook on SBU deposit and Simplex [.1]; reviewing emails from Messrs. Rosenfeld and Gellbuch on CBRE concerns and comments on process for marketing; then reviewing emails from Messrs. Bivona and Rosenfeld thereon [.3]. | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 08/10/2017 | Joseph C. Corneau | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Conferring with Ms. Sweeney and Mr. Southard regarding Brookhaven sale. | Fees | 0.80 | 0.00 | 495.00 | 396.00 |
| 08/10/2017 | Stephanie R. Sweeney | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Revising Bidding Procedures (split with campus/dorm matter). | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 08/11/2017 | Stephanie R. Sweeney | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Researching treatment of title issues as interests under bankruptcy law (split with dorm/campus matter) [1.6]; researching same interests under state law, emailing research to Mr. Southard (split with dorm/campus matter) [1.8]. | Fees | 3.40 | 0.00 | 395.00 | 1,343.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/14/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing emails from Mr. Rosenfeld and Ms. Sato on dorm rental and responding to same [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/14/2017 | Stephanie R. Sweeney | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Discussing research results with Mr. Southard, researching restraint on alienation under state laws (split with dorms/campus) [.8]; revising Brookhaven APA (split with dorms/campus) [.9]. | Fees | 1.70 | 0.00 | 395.00 | 671.50 |
| 08/15/2017 | Stephanie R. Sweeney | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br> Researching certain interests as restraint on alienation and emailing Mr. Southard re: same (split with campus/dorms matter) [.7]; reviewing title documents and related email with Mr. Southard (split with campus/dorms matter) [.2]; revising APA and updated internal references (split with campus/dorms matter), sending to Ms. Gargiulo for updating table of contents [1.5]. | Fees | 2.40 | 0.00 | 395.00 | 948.00 |
| 08/15/2017 | Renea A. Gargiulo | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Updating the table of contents to the proposed stalking horse purchase agreement per Ms. Sweeney's request (split with campus/dorms). | Fees | 0.60 | 0.00 | 175.00 | 105.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------|-----------|-------|-------|-------|-------|
| 08/15/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing email from Mr. Rosenfeld in relation to BRV rental to St. Josephs [.1]; reviewing email on 2002 bond title policy from Mr. Hammel; then reviewing related title documents [.4]; emails thereon with Ms. Sweeney and Mr. White [.1]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 08/16/2017 | Stephanie R. Sweeney | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing and revising Brookhaven APA and sending to Mr. Southard and Mr. Corneau (split with campus/dorms matter) [.2] | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 08/17/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Discussing disposition of dorm and allocation matters with Mr. Hammel [.5]; call with Mr. Rosenfeld thereon [.3]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 08/17/2017 | Joseph C. Corneau | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing and commenting on draft APA [1.7]. | Fees | 1.70 | 0.00 | 495.00 | 841.50 |
| 08/18/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Emails with Mr. Rosenfeld on CBRE retention and marketing of dorm in relation to A&G effort on overall campus [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 08/21/2017 | Stephanie R. Sweeney | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing revisions to APA from Mr.<br>Corneau (split with campus/dorms matter)<br>[.1]. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 08/21/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing email from Mr. Rosenfeld in<br>relation to damage deposit from SBU on<br>dorms. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 08/24/2017 | Stephanie R. Sweeney | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing emails re: title issues and<br>sending CofO (split with campus/dorms<br>matter) [.1]. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 08/24/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing and responding to emails from<br>Messrs. Stein and Steigler in relation to title<br>matters; then forwarding communications to<br>various parties in interest [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/30/2017 | Joseph C. Corneau | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Briefly reviewing title report. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 09/05/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Emails with Ms. Sato and Mr. Friedman on<br>call organization, etc. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/06/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Emails with Ms. Sato and Mr. Hammel on request for call to discuss marketing [.1]; reviewing emails among Messrs. Rosenfeld and Berger and reviewing materials on valuation of dorm [.5]; call with Ms. Sato and Mr. Hammel [.5]; then call with Mr. Rosenfeld thereon [.3]; further emails with Mr. Rosenfeld on conference with Mr. Bertucci and CBRE compensation requests [.2]; further emails with Mr. Freidman related to status of discussions on allocation [.1]; then further emails on CBRE discussion with Mr. Rosenfeld [.1]; further emails with Ms. Sato and Mr. Friedman [.1]. | Fees | 1.90 | 0.00 | 575.00 | 1,092.50 |
| 09/07/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing and revising APA and schedules [.4]; emails with Mr. Bivona and Mr. Cook on open matters for APA [.1]; emails with Ms. Sato on status of intercreditor discussions; forwarding to Messrs. Rosenfeld and Bivona [.1] (time split among dorm/campus). | Fees | 0.60 | 0.00 | 575.00 | 345.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/08/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing and revising draft APA and schedules and then transmitting to client representatives (time split among dorm/campus) [.5]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 09/08/2017 | Stephanie R. Sweeney | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing revisions to APA sent to client [.2] (split with dorms/campus matter). | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 09/11/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Call with Mr. Rosenfeld on update among creditors on allocation discussion [.1]; call with Mr. Rosenfeld on status of sale and allocation issues on dorm value among creditors/brokers [.4]; further discussion with Mr. Rosenfeld thereon [.6]. | Fees | 1.10 | 0.00 | 575.00 | 632.50 |
| 09/12/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Call with Mr. Rosenfeld on status of allocation discussions on Dorm valuation [.3]; call and emails with Ms. Sato thereon [.6]; call and emails with Mr. Pfeiffer thereon [.3]; call with Mr. Friedman thereon [.1]. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-------------------------|-----------|-------|-------|-------|-------|
| 09/13/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Emails and call with Ms. Sato on status of dorm allocation discussion with ACA and UCC [.2]; emails with Mr. Rosenfeld on status of allocation discussion [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 09/14/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Emails with Mr. Pfeiffer on status of allocation discussion [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 09/15/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing and revising bid procedures and motion papers, purchase agreement, etc., [.6]; preparing timeline for sale process and then several emails with interested parties thereon [.3]; reviewing engagement terms and preparing broker commission scenarios for bulk bid marketing effort on sale, then emails with Messrs. Rosenfeld, Bivona and Ms. Sweeney thereon [.6]; reviewing and responding to emails from Mr. Rosenfeld thereon [.1]; emails with Mr. Pfeiffer thereon [.1] (time split among campus/dorms matter). | Fees | 1.70 | 0.00 | 575.00 | 977.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/18/2017 | Stephanie R. Sweeney | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Drafting Sale Motion [.8], reviewing 2002 Indenture and 1007 Affidavit [.3]; reviewing brokerage commissions spreadsheet and related emails [.1] (split between dorms/campus matters). | Fees | 1.20 | 0.00 | 395.00 | 474.00 |
| 09/19/2017 | Stephanie R. Sweeney | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Drafting Sale Motion [1.2]; revising bidding procedures, sending motion and bidding procedures to Mr. Southard [.6]; call with Mr. Southard, RSR re: various Brookhaven sale items [.8]; reviewing emails re: town discussions [.1] (split with campus/dorms matter). | Fees | 2.70 | 0.00 | 395.00 | 1,066.50 |
| 09/19/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Emails with Mr. Rosenfeld on allocation discussion and APA comments [.2]; emails with Mr. Friedman on status of allocation discussion and CBRE dorm marketing [.1]; emails on allocation discussion with Ms. Sato and Mr. Hammel [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/19/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing and revising APA and schedules; preparing email to interested parties thereon [.4] (time split among campus dorms matter). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 09/20/2017 | Stephanie R. Sweeney | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Drafting Sale Order [.2]; call with professionals re: sale process and timing, DIP financing [.4]; discussing same with Mr. Southard, revising Motion removing Scheduling Order [.2]; reviewing comments to Bid Procedures and related emails; reviewing emails to professionals re: sale timeline, reviewing emails with Brookhaven Town counsel re: use of property [.2](split with dorms/campus matter).. | Fees | 1.00 | 0.00 | 395.00 | 395.00 |
| 09/20/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Call with Mr. White in relation to Dowling dorm transfer [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/20/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing and revising bidding procedures on Brookhaven, emails thereon with counsel to creditors [.3]; then emails thereon with brokers [.1]; preparing email summary on status to brokers of creditor call and position; emails with Mr. Rosenfeld thereon; then transmitting to same [.2]; reviewing and revising sale and bidding procedures motion; then emails circulating same to creditors [.4] (time split among campus/dorms matter). | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 09/20/2017 | Joseph C. Corneau | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing latest draft of APA [0.2]. Reviewing proposed timeline for sale [0.1]. Conference call re sale process [0.4]. Reviewing multiple emails regarding Brookhaven sale process [0.1] (time split among campus/dorms matter). | Fees | 0.80 | 0.00 | 495.00 | 396.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/21/2017 | Stephanie R. Sweeney | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing revisions to Sale Motion, sending Sale Order to Mr. Southard [.2]; drafting Bidding Procedures Order, sending to Mr. Southard [.8]; revising Bidding Procedures Order, sending to Mr. Southard and Mr. Corneau [.6]; call with Mr. Corneau re: orders, revising and resending same [.7]; circulating orders to professionals [.1] (split with dorms/campus matter). | Fees | 2.40 | 0.00 | 395.00 | 948.00 |
| 09/21/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Call with Messrs. Hubbard and Graiser on marketing and sale process [.2]; reviewing and revising and discussing bidding procedures order and sale approval order with Ms. Sweeney; emails thereon [.4]; further emails with Ms. Sweeney and Mr. Corneau on comments to orders and updates; then reviewing emails from Ms. Sweeney circulating same [.2] (time split among campus/dorms matter). | Fees | 0.80 | 0.00 | 575.00 | 460.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 09/21/2017 | Joseph C. Corneau | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing draft bidding procedures order, sale order and commenting on same [.7]. Telephone call with Ms. Sweeney regarding revisions to orders [0.1]. Reviewing draft sale motion [0.2] (time split among campus dorms matter). | Fees | 1.00 | 0.00 | 495.00 | 495.00 |
| 09/22/2017 | Stephanie R. Sweeney | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Discussing orders with Mr. Corneau, revising Sale Order; reviewing emails re: brokers [.3] (split with dorms/campus matter). | Fees | 0.30 | 0.00 | 395.00 | 118.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/25/2017 | Stephanie R. Sweeney | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Revising Brookhaven Sale Motion and Bidding Procedures for NYS approval language and Mr. Hammel comments, sending to Mr. Southard [.8]; emails with GCG and Mr. Southard re: sale notice parties [.1]; call with brokers, CRO, Mr. Southard re: Brookhaven sale process and timeline [.5]; revising Purchase Agreement and sending to Mr. Southard [.3]; drafting Notice of Sale Hearing and Auction and sending to Mr. Southard [.1]; conforming Bidding Procedures, Bidding Procedures Order and Sale Order to Sale Motion revisions, circulating sale documents [.9] (split with campus/dorms matter). | Fees | 2.70 | 0.00 | 395.00 | 1,066.50 |
| 09/25/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Emails with Mr. Freidman and then call with same on status of allocation matters and comments to sale motion [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/25/2017 | Matthew G. White | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing 2002 Mortgage and Security Agreement [.5]; email correspondence with Mr. Southard re: easements relative to the dormitory [.1]; reviewing title report [1.0]. | Fees | 1.60 | 0.00 | 350.00 | 560.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------|-----------|-------|-------|-------|-------|
| 09/25/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing comments from Mr. Hammel on sale pleadings and APA; discussing with Ms. Sweeney [.3]; reviewing and revising sale motion on nonbankruptcy provisions; emails and discussion with Ms. Sweeney thereon [.4]; call with Ms. Pines on request to use parks; then emails with Messrs. Bivona and Rosenfeld thereon [.1]; reviewing email from Mr. Rosenfeld on outline for marketing process with brokers [.1]; call with brokers and Messrs. Bivona and Rosenfeld on proposed commission structure and settlement [.4]; emails with Ms. Sweeney and discussion on service of sale motion [.1]; call with Messrs. Graiser and Hubbard thereon [.1];  reviewing and revising sale motion and bid procedures; circulating related emails to interested parties thereon and in relation to final comments [.2]; reviewing email from Mr. Berger on allocation among brokers and commission structure [.1]; reviewing email from Mr. Rosenfeld on commission structure and revisions [.1] (time split among campus/dorms matter). | Fees | 1.90 | 0.00 | 575.00 | 1,092.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------------------------|-----------|-------|-------|-------|-------|
| 09/25/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Email to Mr. Hammel on comments to sale [.1]; call with same [.6]; reviewing easement rights and 2002 mortgage and then email to Mr. White thereon [.4]. | Fees | 1.10 | 0.00 | 575.00 | 632.50 |
| 09/26/2017 | Stephanie R. Sweeney | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Revising Sale Motion per comments received, conforming deadlines throughout sale documents [.5]; discussing sale documents with Mr. Southard, revising Sale Order re: NY law and sending to Mr. Southard, related emails [.5]; reviewing revisions to Sale Motion, revising Bidding Procedures and Orders [.5]; circulating revised sale documents [.2]; revising Auction and Sale Hearing Notice and related emails with Mr. Southard, further revising sale documents per comments received [.3]; finalizing and compiling sale documents for filing [.3]; coordinating filing of same with Ms. Gargiulo, related emails with GCG [.3] (split with dorms/campus matter). | Fees | 2.60 | 0.00 | 395.00 | 1,027.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-------|-----------|-------|-------|-------|-------|
| 09/26/2017 | Renea A. Gargiulo | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Assembling electronic version of Brookhaven Campus sale motion and accompanying documents in preparation for filing [0.2]; discussions and emails with Ms. Sweeney regarding filing of same [0.1], and filing thereafter [.2] (split with dorms/campus matter). | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 09/26/2017 | Sean C. Southard | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing and responding to further emails on comments from Mr. Hammel on sale [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/26/2017 | Sean C. Southard | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Emails with Mr. Rosenfeld on status of broker discussions and with UCC counsel [.1]; call with Mr. Berkowitz on sale motion and comments of 2002 bondholders [.1]; emails with brokers on marketing intentions and notice [.1]; emails with Messrs. Graiser and Rosenfeld in relation to progress among brokers [.1]; discussing status with Ms. Sweeney; then emails with same on revised form of order [.1];  reviewing and revising sale motion and bid procedures and APA, then emails with parties in interest, call with Ms. Sato and Mr. Hammel; emails with Mr. Pfeiffer thereon [1.1] further emails with Messrs. Graiser and Rosenfeld on broker marketing and with Mr. Cote thereon [.1]; call with brokers on coordination efforts [.1]; further call with Mr. Graiser thereon [.1]; then calls and emails with brokers confirming deal, then with creditors and separate calls with Messrs. Friedman, Pfeiffer and Hammel on sale motion finalization [.3]; further emails and discussion with Ms. Sweeney [.1]; call with Mr. further review and comment on sale pleadings and emails with Ms. Sweeney thereon [.3]; call with Mr. Cote [.1] (time split among campus/dorms). | Fees | 2.70 | 0.00 | 575.00 | 1,552.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----|-----------|-------|-------|-------|-------|
| | | **Matter Description (First Line): Asset Disposition - Brookhaven Dorms** | | 73.80 | 0.00 | | 35,563.00 |
| **Matter Description (First Line): Asset Disposition - General** | | | | | | | |
| 04/05/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Reviewing email from Mr. Bivona; then email to Ms. Kiss on record retention protocol and motion need. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 04/06/2017 | Lauren C. Kiss | 10691.012/ Dowling College Asset Disposition - General Reviewing property request form and emailing with Messrs. Rosenfeld and Bivona [.1]; reviewing Mr. Bivona's email and revising property request form [.1]. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 04/07/2017 | Lauren C. Kiss | 10691.012/ Dowling College Asset Disposition - General Reviewing and summarizing Hilco sale motion in preparation for April 10 hearing [.7]; reviewing and summarizing non-estate property procedures motion in preparation for April 10 hearing [.9]; reviewing Mr. Southard's email on Hilco retention terms, searching for explanation and emailing with Mr. Hazan [.3]; emailing property request form to GCG [.1]. | Fees | 2.00 | 0.00 | 375.00 | 750.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/07/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing motion to approve IPV4 sales and summary of remarks and preparing for hearing. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 04/10/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing and uploaded orders related to Hilco sale motion and non-estate property procedures motion [.2]; reviewing contact lists for service of non-estate property procedures notice and emailing with Mr. Bivona [.2]; reviewing excel sheets received from Mr. Bivona and emailing with GCG [.3]. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |
| 04/10/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing email and related documents from Mr. Bivona on island. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 04/10/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing emails among Ms. Kiss and Mr. Hazan in relation to approval of Hilco retention and sale procedures (.1); reviewing email from Mr. Bivona on Dowling's ownership of island (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/11/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Call with chambers on NEP order; then emails thereon with Messrs. Bivona, Rosenfeld and Ms. Kiss (.2); discussing with Ms. Kiss document retention matters and email thereon (.2); reviewing several emails with Ms. Kiss and Mr. Levin on quote and with Mr. Bivona on cost for publication (.2); further call and email with chambers in relation to NEP order; emails with Ms. Kiss thereon (.2). | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 04/11/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Revising notice of publication and emailing with Mr. Levin regarding timing and costs of publication [.3]; telephone call with Ms. Uhrig regarding service of notice of intent to dispose of property [.3]; reviewing vendor list and emailing with Messrs. Bivona and Benka [.1]; reviewing Mr. Bivona's record retention proposal [1.0]; discussing document disposition procedures with Mr. Southard [.1]; telephone call with Mid Island regarding flight simulators and retrieval of same [.1]. | Fees | 1.90 | 0.00 | 375.00 | 712.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/12/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Call with Ms. Kiss and Mr. Bivona in relation to document retention; then discussing with Ms. Kiss and preparing email to Messrs. Bivona and Rosenfeld and Ms. Kiss on agencies for contact on document destruction (.7); further discussions with Ms. Kiss and review of NEP notices (.2); emails with Mr. Bivona on document retention process; then emails with US DOE and US Trustee thereon (.2). | Fees | 1.10 | 0.00 | 575.00 | 632.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/12/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Conference call with Messrs. Southard and Bivona discussing proposed document disposition procedures [.6]; discussing non-estate property procedures order and service with Mr. Southard [.1]; telephone call with Ms. Uhrig regarding service of notice [.1]; finalizing notice of intent to dispose of property and property request form [.3]; revising notice and form with Mr. Southard's comments [.1]; reviewing and revising ad proofs for publication of notice and emailing with Mr. Levin multiple times [.4]; reviewing service list from GCG [.2]; locating additional parties to serve notice and form on and emailing with Mr. Southard and GCG separately [.3]; calls with Ms. Uhrig regarding process upon receipt of property request forms [.3]; reviewing test GCG website for property request form and revising same [.2]; reviewing additional vendor list and emailing with GCG [.2]. | Fees | 2.80 | 0.00 | 375.00 | 1,050.00 |
| 04/13/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Drafting document disposition procedures motion [2.1]; reviewing email from GCG regarding mailing addresses for service and responding with revised addresses [.1]. | Fees | 2.20 | 0.00 | 375.00 | 825.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/14/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing and revising motion on document retention and destruction; then related emails with Mr. Bivona and Ms. Kiss (.4); further emails with Mr. Bivona and then to committee counsel (.2). | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 04/17/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing Messrs. Southard and Bivona's comments to the document disposition motion [.2]; reviewing and filing affidavit of publication for Wall Street Journal ad [.2]; telephone call with Ms. Uhrig regarding affidavit of service for notice and property request forms [.2]; telephone call with former professor regarding property request form [.1]. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |
| 04/18/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Revising document retention chart and emailing with Mr. Southard and committee counsel separately. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 04/18/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing email from Ms. Kiss on document retention policy and status. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/19/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Telephone calls with former students regarding property request form [.3]; discussing document disposition motion with Mr. Powers [.2]; reviewing Mr. Bivona's email and property request form from Ms. Grossman [.1]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 04/20/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing property request form received from Dr. Caputo. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 04/20/2017 | Renea A. Gargiulo | 10691.012/ Dowling College<br>Asset Disposition - General<br>Administration regarding property request forms. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 04/21/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Telephone call with former student regarding property request form [.1]; preparing outline of chart summarizing property request forms and emailing process to Ms. Gargiulo and Mr. Southard [.3]; telephone call with Mr. Bivona discussing Exhibit B to the document disposition motion and emailing with Mr. Southard [.1]. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/21/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Reviewing several emails among Ms. Kiss and Mr. Rosenfeld on FF&E liquidation and retention matters (.2). Reviewing emails among Mr. Hou and Mr. Rosenfeld on interest in additional assets (.2). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 04/24/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Reviewing email from Mr. Bivona on Perkins loan liquidation status (.1); reviewing emails on property request forms from Ms. Gargiulo (.1); discussing document retention and destruction motion with Ms. Kiss and related emails with Ms. Kiss and Mr. Bivona (.2); discussing record retention matters and disclosure with Ms. Kiss (.2); call with Ms. Kiss and Mr. Bivona on disposition of records and Perkins loan matters (.6); reviewing updated exhibit B from Mr. Bivona to record motion (.2); reviewing email from Ms. Kiss on revised schedule for record retention; responding to same (.2); reviewing emails from Ms. Kiss with updated form of motion to various interested parties (.2). | Fees | 1.80 | 0.00 | 575.00 | 1,035.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/24/2017 | Renea A. Gargiulo | 10691.012/ Dowling College<br>Asset Disposition - General<br>Preparing spreadsheet with details from property request forms received and scanning and saving forms electronically per Ms. Kiss' request. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 04/24/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing Exhibit B to document disposition motion and related notes prepared by Mr. Bivona [1.1]; revising Exhibit B [.6]; conference call with Messrs. Southard and Bivona discussing revisions to Exhibit B [.2]; revising Exhibit B based upon discussion with Messrs. Southard and Bivona [3.6]; emailing motion to interested parties [.1]; searching for parties who should receive notice of the document disposition motion [.2]; telephone call with former professor regarding property request form [.1]. | Fees | 5.90 | 0.00 | 375.00 | 2,212.50 |
| 04/25/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emails with Mr. Rosenfeld on F&E liquidators (.1); reviewing email from Mr. Bivona on hard drive preservation list (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/25/2017 | Renea A. Gargiulo | 10691.012/ Dowling College Asset Disposition - General Corresponding with Ms. Grossman regarding details of some property request forms, preparing spreadsheet with details from property request forms received and scanning and saving forms electronically per Ms. Kiss' request. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 04/25/2017 | Lauren C. Kiss | 10691.012/ Dowling College Asset Disposition - General Telephone call with Ms. Uhrig discussing property request forms. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 04/26/2017 | Renea A. Gargiulo | 10691.012/ Dowling College Asset Disposition - General Updating property request spreadsheet with data from forms sent to us and preparing scans of property request forms in electronic files. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 04/26/2017 | Lauren C. Kiss | 10691.012/ Dowling College Asset Disposition - General Reviewing and responding to Mr. Yang's email on Exhibit B to the document disposition motion [.1]; reviewing liquidators comparison chart and related emails and drafting motion to sell Debtor's furniture and equipment [2.2]. | Fees | 2.30 | 0.00 | 375.00 | 862.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/26/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emails with Mr. Yang and Ms. Kiss on record retention motion (.1); discussing with Ms. Black and Mr. Yang in relation to same and potential ombudsman (.2); reviewing emails among Mr. Rosenfeld and Ms. Kiss on terms of Tiger engagement and sale and comments to same (.3). | Fees | 0.60 | 0.00 | 575.00 | 345.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement

| 04/27/2017 | Sean C. Southard | 10691.012/ Dowling College | Fees | 4.30 | 0.00 | 575.00 | 2,472.50 |
|---|---|---|---|---|---|---|---|

10691.012/ Dowling College
Asset Disposition - General
Reviewing email from Mr. Baldwin on
record retention/disposition (.1); reviewing
Tiger agreement and related comments and
emails among Mr. Rosenfeld and Ms. Kiss
(.2); call with Mr. Rosenfeld on F&E
disposition (.4); reviewing LIU agreement
and emails with Ms. Kiss and Messrs.
Bivona and Rosenfeld on student records
(.2); reviewing and revising document
retention motion (.5); emails with Mr.
Baldwin and Ms. Kiss on document
retention (.2); reviewing and responding to
email update from Mr. Rosenfeld to parties
in interest on F&E disposition (.2); emails
with Mr. Tanenbaum and Mr. Rosenfeld on
F&E documentation and motion (.1);
reviewing and responding to email from Mr.
Bivona on NEP and F&E matters (.2);
reviewing and responding to email from Mr.
Bivona on back-up server status and
proposal (.2); reviewing motion forms and
discussion with Ms. Kiss on F&E sale and
several emails with Messrs. Tanenbaum and
Rosenfeld and Bivona thereon (.3); emails
with Mr. Kleinberg on disposition of records
and motion review (.2); reviewing document
retention comments from Mr. Baldwin; then
call with Mr. Bivona thereon; call to Mr.
Baldwin; related emails in response (.8);
emails with Mr. Powers and Mr. Bivona on
request for retention of additional hard
drives (.1); further emails with Ms. Kiss on
retention policy edits (.1); further revising
record retention motion and emails with Ms.
Kiss thereon (.5).

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------|-----------|-------|-------|-------|-------|
| 04/27/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing Mr. Baldwin's email, discussing with Mr. Southard, reviewing available information on the Banner system and emailing with Messrs. Bivona and Benka [.5]; discussing service of document disposition motion with Messrs. Southard and Rosenfeld [.2]; emailing list of service parties to GCG [.3]; telephone call with Mr. Nickelsberg discussing service [.1]; telephone call with Messrs. Southard and Bivona discussing Exhibit B to the document disposition motion [.2]; revising Exhibit B based upon discussion with Messrs. Southard and Bivona [1.8]; reviewing Mr. Southard's revisions to the document disposition motion and revising proposed order to conform with changes [.4]; emailing document disposition motion to BOT members [.1]; drafting motion to sell the Debtor's furniture and equipment [2.3]; conferring weith Mr, Corneau regarding engagement for liquidators [.2]. | Fees | 6.10 | 0.00 | 375.00 | 2,287.50 |
| 04/27/2017 | Joseph C. Corneau | 10691.012/ Dowling College<br>Asset Disposition - General<br>Researching asset disposition procedures for F&E [0.4]. Conferring with Ms. Kiss regarding engagement for F&E liquidators [0.2]. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------|-----------|-------|-------|-------|-------|
| 04/28/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Reviewing and responding to several emails with Messrs. Rosenfeld on F&E sale status [.2]; reviewing and responding to emails from Mr. Baldwin and then with Mr. Bivona; call with same on document retention/destruction and NYSED positions [.5]; reviewing emails from Mr. Kleinberg on record retention motion [.2]; reviewing and revising motion to dispose of records; emails thereon with Ms. Kiss and Messrs. Bivona and Rosenfeld [.6]; emails with Ms. Cole-Paul on NYSAG position; responding to same [.2]; emails with Mr. Kleinberg thereon [.1]; further review and emails with Ms. Kiss on updated record motion papers [.3]; reviewing and revising form of agreement on Tiger sale agency; call with Messrs. Bivona, Rosenfeld, Tanenbaum and Ms. Kiss thereon [.8]; reviewing emails and preparing motion papers to approve Tiger Capital retention and sale of F&E; discussing with Ms. Kiss and several related emails thereon with Ms. Kiss and then with Messrs. Rosenfeld, Bivona and Tanenbaum [1.6]; several further emails with Messrs. Rosenfeld, Bivona and Tanenbaum; then discussion with Ms. Kiss; reviewing of revised form of agreement, motion papers, etc. [.7]; further emails with Messrs. Tanenbaum and Bivona on coverage for scope of sale [.2]. | Fees | 5.40 | 0.00 | 575.00 | 3,105.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/28/2017 | Lauren C. Kiss | 10691.012/ Dowling College Asset Disposition - General Reviewing revised document disposition motion and revising order to conform with motion [.4]; reviewing, finalizing and filing document disposition motion [.4]; conference call with Messrs. Southard and Rosenfeld regarding retention of Tiger [.2]; conference call with Messrs. Southard, Rosenfeld, Bivona and Tanenbaum discussing engagement agreement with Tiger [.4]; drafting Tiger's retention application and related exhibits [.9]; reviewing and revising motion seeking to retain Tiger and sell Debtor's furniture and equipment [.8]; revising motion based upon comments [.6]; reviewing, finalizing and filing motion [.6]. | Fees | 4.30 | 0.00 | 375.00 | 1,612.50 |
| 05/01/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Emails with Messrs. Baldwin in relation to record retention concerns by NYSED [.2]; reviewing and responding to emails from Mr. Rosenfeld and Bivona in relation to island owned by Dowling [.3]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 05/02/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Reviewing email from Mr. Powers and response by Mr. Bivona on hard drive request of former employee. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/04/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Reviewing lease agreement and buy-out letter from Mr. Bivona; then related emails (.2). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/05/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Emails with Mr. Hammel on FF&E sale [.1]; emails with Mr. Wisler and then to Messrs. Bivona and Rosenfeld on Cigna concerns related to record retention [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/06/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Reviewing and responding to emails from Mr. Rosenfeld on status of Princeton visit and interest in assets. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/08/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Call with Mr. Hammel and related emails on status of F&E sale [.3]; call with Mr. Rosenfeld in relation to same and interest of Princeton in same [.3]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 05/09/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Reviewing and responding to email from Mr. Wisler in relation to Record retention concerns for CIGNA and then with Mr. Bivona thereon [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 05/11/2017 | Lauren C. Kiss | 10691.012/ Dowling College Asset Disposition - General Conference call with Messrs. Southard, Bivona and Wisler regarding Cigna's concerns in connection with the preservation and destruction of documents. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 05/11/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Reviewing email from Mr. Bivona concerning student A/R proposal [.1]; emails with Mr. Hammel on F&E status [.1]; call with Messrs. Wisler, Bivona and Ms. Kiss in relation to record retention concerns of Cigna [.6] | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 05/12/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Call with Mr. Cote in relation to F&E disposition [.2]; email to Mr. Hammel thereon [.1]; emails with Mr. Wisler in relation to settlement on record retention concerns and carve-out; discussing with Mr. Bivona [.3]; further emails with parties in interest on F&E distribution [.1]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 05/12/2017 | Lauren C. Kiss | 10691.012/ Dowling College Asset Disposition - General Reviewing Mr. Bivona's email on Princeton's offer to purchase F&E and reviewing Tiger's engagement agreement. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------|-----------|-------|-------|-------|-------|
| 05/15/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Several emails with counsel to creditors in relation to status on disposition of F&E at Oakdale campus and Tiger proposal [.2]; call with Mr. Amendola thereon [.1]; reviewing and responding to email from Mr. Wisler on Cigna objections to record retention protocol; reviewing Cigna proof of claim [.4]; further emails with Mr. Wisler and Mr. Bivona on resolution of records objection [.2]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 05/15/2017 | Joseph C. Corneau | 10691.012/ Dowling College Asset Disposition - General Reviewing email regarding furniture and equipment disposition [0.2]. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/16/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emails with Mr. Wisler on resolution of Cigna objection and preparing form of order; emails with Ms. Kiss [.1]; call with Mr. Bivona in relation to sale of F&E to Princeton [.2]; reviewing and revising email from Mr. Bivona to Mr. Naidu thereon; then reviewing further emails [.2]; reviewing response from Mr. Naidu in relation to offer for F&E; then emails and discussion with Mr. Corneau on form of agreement [.3]; reviewing and revising proposed form of order on record retention and related emails with Ms. Kiss and Mr. Wisler [.3]; discussing form of F&E sale with Mr. Corneau and process thereon [.2]; further emails related to same with Mr. Bivona and creditor parties on final pricing [.2]; | Fees | 1.50 | 0.00 | 575.00 | 862.50 |
| 05/16/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing and summarizing document disposition motion in preparation for May 22 hearing [.8]; reviewing email from Ms. Wisler on proposed compromise, discussing email with Mr. Southard and revising proposed order [.4]; revising proposed order with Mr. Southard's comments and emailing with Mr. Wisler [.1]. | Fees | 1.30 | 0.00 | 375.00 | 487.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/16/2017 | Joseph C. Corneau | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing emails regarding furniture and equipment sale [0.1]. Drafting furniture and equipment APA [4.2]. Conferring with Mr. Southard regarding APA [0.2]. Conferring with Ms. Kiss regarding sale motion for furniture and equipment  [0.2]. | Fees | 4.70 | 0.00 | 495.00 | 2,326.50 |
| 05/16/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Discussing APA with Princeton for the purchase of the F&E at the Oakdale Campus and related motion seeking approval of sale with Mr. Corneau [.2]; drafting notice of withdrawal of Tiger sale and retention application [.2]; summarizing deal with Princeton in preparation for May 22 hearing [.2]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 05/17/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing edits and proposed form of agreement on F&E sale from Mr. Bivona and Mr. Corneau; then revising same and emails thereon [.4]; discussing F&E sale with Ms. Kiss and Perkins Loan program; then emails thereon with same [.3]; emails with purchaser parties on revised form of F&E agreement and emails with Mr. Corneau on same [.2]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/17/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing Mr. Wisler's email and proposed revisions to document disposition order [.1]. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 05/17/2017 | Kristen M. Strine | 10691.012/ Dowling College<br>Asset Disposition - General<br>Formatting APA per Mr. Corneau's request. | Fees | 0.20 | 0.00 | 175.00 | 35.00 |
| 05/17/2017 | Joseph C. Corneau | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing comments to F&E APA supplied by Messrs. Southard and Bivona [0.2]. Revising F&E APA [0.6]. Telephone call with Mr. Bivona regarding F&E APA [0.1]. Further revisions to F&E APA [0.2]. | Fees | 1.10 | 0.00 | 495.00 | 544.50 |
| 05/18/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emails with Mr. Wisler in relation to Cigna record retention objection and resolution [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/18/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing emails from Mr. Baldwin on State Education Department concerns to document disposition motion, revising order, and emailing with Messrs. Southard and Bivona separately [.3]; telephone call with former student regarding document disposition motion [.1]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/19/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emails with Mr. Bivona on Tiger liquidation arrangement [.1]; call with Mr. Bivona in relation to F&E sale to Princeton [.1]; calls to Mr. Hou on status of sale of F&E [.1]; emails with Ms. Kiss in relation to Tiger and Princeton sale of F&E [.1]; reviewing email from Mr. Hou on F&E sale and revisions to agreement; call with Ms. Kiss thereon and then forwarding to parties in interest [.3];emails with Ms. Kiss on Tiger motion and appearance [.1]; call with Mr. Hou on F&E sale terms [.1]; preparing revised F&E sale agreement; reviewing deposit information; then email to Mr. Hou thereon [.3]; emails with Mr. Cote on status [.1]. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 05/19/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing APA for F&E at Oakdale Campus and Princeton's comments to same [.3]. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 05/20/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emails with Mr. Hou on status of F&E agreement [.1]; emails with Mr. Tanenbaum [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/22/2017 | Lauren C. Kiss | 10691.012/ Dowling College Asset Disposition - General Reviewing executed APA by Princeton for the F&E at the Oakdale Campus and related emails relating to Tiger's retention. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 05/22/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Several emails on status and modification of Tiger liquidation proposal among Messrs. Rosenfeld and Tanenbaum [.3]; emails with Mr. Cote in relation to Princeton F&E sale [.1]; emails with Mr. Rosenfeld thereon and reviewing draft email to Mr. Tannenbaum [.2] call with Mr. Rosenfeld concerning Tiger liquidation and Princeton F&E sale [.4]; further emails with Mr. Rosenfeld and Mr. Tanenbaum thereon [.1]; further call with Mr. Rosenfeld [.1]. | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 05/23/2017 | Lauren C. Kiss | 10691.012/ Dowling College Asset Disposition - General Reviewing articulation agreement between LIU and Dowling and related emails [.3]; summarizing articulation agreement and proposed student records retention and destruction proposal [.8]; revising email with Mr. Bivona's comments [.2]; reviewing email on status of sale of IP Addresses [.1]. | Fees | 1.40 | 0.00 | 375.00 | 525.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/23/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing emails among Messrs. Baroudi and Bivona on LIU documents [.2] emails with Mr. Wisler on results of hearing concerning record retention [.1]; emails with Ms. Kiss on student records and agreement with LIU; reviewing related agreement and prior emails; then response from Mr. Bivona [.5]; reviewing email on status of IP sale by Hilco and email from Mr. Rosenfeld [.1]; reviewing prior correspondence and documents on articulation agreements in relation to record retention policy; emails with Ms. Kiss thereon and then with Messrs. Clayton and Shandler [1.2]. | Fees | 2.10 | 0.00 | 575.00 | 1,207.50 |
| 05/24/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing Hilco sale procedures motion in response to Mr. Southard's email and summarizing procedures [.1]; finalizing and uploading proposed order approving document disposition motion [.1]. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/24/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emails with Mr. Clayton and Ms. Kiss on LIU contract [.1]; reviewing emails on IPv4 address sale and committee review; then emails with Ms. Kiss on same and authority and procedure for approval [.2]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 05/25/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Telephone call with former student regarding disposition of student records. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 06/12/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Drafting motion seeking approval of the sale of the F&E to Princeton and discussing same with Mr. Southard. | Fees | 1.60 | 0.00 | 375.00 | 600.00 |
| 06/12/2017 | Stephanie R. Sweeney | 10691.012/ Dowling College<br>Asset Disposition - General<br>Discussing private sale with Ms. Kiss and sending related documents. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 06/12/2017 | Joseph C. Corneau | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing F&E APA and emailing with Ms. Kiss regarding same. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/13/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Emails with Ms. Kiss on sale of F&E [.1]; reviewing email from Mr. Bivona on disposition of archives to Adelphi; then responding to same and reviewing agreement [.4]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 06/13/2017 | Lauren C. Kiss | 10691.012/ Dowling College Asset Disposition - General Revising proposed order approving sale of the F&E to Princeton based upon discussion with Mr. Southard [.5]; researching private sale requirements and drafting sale motion [5.9]. | Fees | 6.40 | 0.00 | 375.00 | 2,400.00 |
| 06/14/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Reviewing and revising motion to sell F&E and related emails with Ms. Kiss thereon [.5]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 06/14/2017 | Lauren C. Kiss | 10691.012/ Dowling College Asset Disposition - General Drafting motion seeking approval of sale of the F&E to Princeton [.9]; drafting notice of hearing of motion [.1]; reviewing Mr. Southard's comments to the motion and revising same [.2]; emailing motion to DIP Lenders, committee counsel and Mr. Yang separately [.1]. | Fees | 1.30 | 0.00 | 375.00 | 487.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/15/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Reviewing revised declaration and email from Mr. Rosenfeld in support of sale of F&E [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/16/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Emails and discussion with Ms. Kiss on service requirements for F&E sale; reviewing related emails from Messrs. Bivona, Rosenfeld and Ms. Kiss [.2]; reviewing F&E sale motion revisions and emails with Ms. Kiss thereon [.1] | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 06/16/2017 | Lauren C. Kiss | 10691.012/ Dowling College Asset Disposition - General Discussing service of F&E sale motion with Mr. Southard and emailing with Messrs. Rosenfeld and Bivona [.1]; preparing service list for F&E sale motion based on comments from Messrs. Southard, Rosenfeld and Bivona and emailing with GCG [.3]; revising, finalizing and filing sale motion [.9]. | Fees | 1.30 | 0.00 | 375.00 | 487.50 |
| 06/20/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Emails with Mr. Roseman on F&E sale; discussion with Mr. Corneau [.1]; then emails with Mr. Rosenfeld and counsel to creditors on status [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/27/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing email from Mr. Rosenfeld on IPv4 sale proposal. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 07/05/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing and responding to email from Mr. Bivona in relation to Adelphi agreement to receive archives [.3]; reviewing and responding to emails with Mr. Bivona in relation to F&E exclusions requested by NCF [.3]; call with Mr. Bivona thereon [.2]; reviewing marked purchase agreement from Mr. Roseman and related emails [.3]. | Fees | 1.10 | 0.00 | 575.00 | 632.50 |
| 07/06/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing emails among Messrs. Hazan and Rosenfeld concerning draft purchase of IPv4 [.2]; emails with Mr. Bivona related to F&E sale and exclusions [.1]; reviewing emails and draft supplement in relation to NCF purchase of F&E [.3]; reviewing emails from counsel to NCF on comments to same and form of order [.2]; reviewing emails among Messrs. Bivona, Faustini and Bertucci on A/R collection and retention [.2]. | Fees | 1.00 | 0.00 | 575.00 | 575.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------|-----------|-------|-------|-------|-------|
| 07/06/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Discussing F&E APA with Mr. Corneau [.1]; reviewing and revising supplement to F&E sale motion [.3]; drafting summary of F&E sale motion for July 10 hearing [.2]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 07/06/2017 | Joseph C. Corneau | 10691.012/ Dowling College<br>Asset Disposition - General<br>Drafting supplement to F&E sale motion [2.7].  Emailing with Mr. Roseman and Ms. Aboulafia regarding F&E sale order [0.1]. Reviewing NCF comments to F&E sale order [0.1]. Emailing with Mr. Southard regarding supplement to F&E sale motion [0.1]. Emailing with Mr. Roseman and Ms. Aboulafia regarding supplement to sale motion [0.2]. Emailing with Mr. Rosenfeld and Mr. Bivona regarding supplement to sale motion [0.2]. | Fees | 3.40 | 0.00 | 495.00 | 1,683.00 |
| 07/07/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing further comments from NCF counsel in relation to F&E statement [.1]; reviewing agreement on IPv4 sale [.2]; | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 07/07/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Drafting and filing notice of withdrawal of Tiger sale and retention application. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/07/2017 | Joseph C. Corneau | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing NCF comments to supplement to sale motion [0.1]. Emailing with Ms. Aboulafia regarding supplement to sale motion [0.1]. Preparing supplement to sale motion for filing [0.6]. Filing supplement to sale motion [0.2]. Emailing with Messrs. Rosenfeld and Bivona regarding F&E APA schedules [0.2]. | Fees | 1.20 | 0.00 | 495.00 | 594.00 |
| 07/10/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emailing with Messrs. Southard and Corneau separately regarding proposed order for F&E sale motion [.1]; reviewing and revising APA between Dowling and SendGrid for the sale of the IP Addresses [.6]. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |
| 07/10/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emails with Ms. Kiss on F&E order status and designee entity [.1]; emails with Ms. Kiss on review of IPv4 APA, etc. [.3]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 07/11/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Revising APA with SendGrid with Mr. Southard's comments and emailing with Mr. Hazan. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/12/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing F&E sale order revisions and emails with Ms. Kiss thereon [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 07/12/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing F&E APA and revising F&E sale order to name Mercury International, LLC as designee of NCF. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 07/13/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing email and draft archive transfer resolution from Ms. Kiss; then emails to board thereon [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 07/13/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing F&E APA and discussing schedules to APA with Mr. Corneau [.2]; reviewing final form of F&E sale order, uploading same and emailing with chambers [.2]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 07/13/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing emails on transfer of archives to Adelphi and drafting board resolution approving same [.8]. | Fees | 0.80 | 0.00 | 375.00 | 300.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/14/2017 | Kristen M. Strine | 10691.012/ Dowling College Asset Disposition - General Reformatting schedules to F&E APA per Ms. Kiss' request. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 07/14/2017 | Lauren C. Kiss | 10691.012/ Dowling College Asset Disposition - General Reviewing Mr. Bivona's email on library collections and preparing schedules for F&E APA [.2]; telephone call with Mr. Bivona regarding federal depository and library collections [.2]; discussing assignment to transfer library collections to schedules with Ms. Strine multiple times [.1]; reviewing F&E sale order entered by the Court and comparing to proposed order [.1]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 07/17/2017 | Lauren C. Kiss | 10691.012/ Dowling College Asset Disposition - General Drafting and formatting schedules to F&E APA. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 07/17/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Reviewing emails from Mr. Bivona on archive transfer [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 07/18/2017 | Lauren C. Kiss | 10691.012/ Dowling College Asset Disposition - General Revising schedules to F&E APA and emailing with Messrs. Southard, Rosenfeld and Bivona separately [.4]; reviewing SendGrid's comments to the APA [.5]. | Fees | 0.90 | 0.00 | 375.00 | 337.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/18/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing Oakdale F&E APA and schedules and related emails with Ms. Kiss [.3]; emails with Mr. Bivona and Ms. Kiss on leased equipment schedule [.2]; reviewing email from Mr. Hazan and marked APA [.3]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 07/19/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing emails and marked agreement from proposed purchaser of IPv4 addresses [.4]; call with Hilco and debtor representatives on comments to same [.6]; preparing revised purchase agreement and then emails with same [.7]; reviewing fully executed archives transfer agreement; emails with Mr. Bivona thereon [.1]; reviewing and revising proposed receivable collection agreement and related emails with Mr. Bivona [.6]. | Fees | 2.40 | 0.00 | 575.00 | 1,380.00 |
| 07/19/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Conference call with Messrs. Southard, Rosenfeld, Bivona and Hazan discussing SendGrid's changes to the APA [.6]; reviewing and revising Mr. Southard's comments to APA [.2]; reviewing contract with Arrow Security and related emails [.3]. | Fees | 1.10 | 0.00 | 375.00 | 412.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 07/20/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing further email from Ms. Kiss and revisions on APA for IPv4 addresses [.1]; and then emails with Mr. Hazan and counsel to purchaser [.3]; further emails requesting call on comments with purchaser counsel and broker [.2]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 07/21/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Conference call with Messrs. Southard and Hazan and SendGrid discussing comments to APA and next steps [.3]; drafting proposed sale notice with SendGrid and emailing with Mr. Southard [.4]. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |
| 07/21/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing marked purchase agreement in advance of call with Sendgrid counsel [.1]; emails with parties and then call with same on comments to APA and process [.4]; reviewing further email from Sendgrid counsel and attached marked agreement; then emails with Mr. Rosenfeld and Mr. Hazan thereon [.3]; discussing with Ms. Kiss [.1]; reviewing draft notice of sale and related emails [.2]; emails with Mr. Rosenfeld and then purchaser parties and agent [.2]; further emails with Mr. Tyler on SendGrid approval status [.1]. | Fees | 1.40 | 0.00 | 575.00 | 805.00 |

10/17/2017 3:05:32 PM

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/24/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing emails from Mr. Tyler and Ms. Kiss on IPv4 sale agreement; executing final copy of same; then emails on deliverable. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 07/24/2017 | Joseph C. Corneau | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing F&E sale order as entered [0.2]. Reviewing F&E APA for provisions on deposit and forfeiture thereof [0.3]. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |
| 07/25/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Finalizing and formatting execution version of APA between Dowling and SendGrid and emailing with parties. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 07/25/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing emails and responding to same from Messrs. Wagner and Mark and then with Mr. Rosenfeld and Ms. Kiss on executed APA and related matters [.4]; further emails with Messrs. Wagner and Hazan related to assignment; then email with Ms. Kiss thereon [.2]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/26/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Reviewing and responding to Sendgrid emails on execution and wire release [.2]; reviewing notice of sale, emails thereon with Ms. Kiss and counsel to purchaser [.2]; then emails with Mr. Rosenfeld thereon [.1]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 07/26/2017 | Lauren C. Kiss | 10691.012/ Dowling College Asset Disposition - General Reviewing Hilco sale procedures order, finalizing notice, discussing wire transfer with Mr. Southard and filing notice [.5]; emailing with GCG regarding service of notice [.1]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 07/27/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Reviewing and responding to emails from Mr. Bivona in relation to leased equipment and excluded assets on F&E sale [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 07/28/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Emails with Mr. Bivona in relation to A/R collection [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 07/28/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Emails with Mr. Bivona in relation to lease for washer/dryer machines [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------|-----------|-------|-------|-------|-------|
| 07/31/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing emails among Messrs. Bivona and Rosenfeld concerning Alumni association request for accounts [.2]; further emails with Mr. Rosenfeld thereon [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 08/01/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing emails among Mr. Bivona and Ms. Kiss on schedules to F&E agreement for Oakdale [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/02/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing emails from Mr. Bivona in relation to Arrow Security; and sale of F&E and excluded assets; emails with Ms. Kiss thereon [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 08/02/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing Mr. Bivona's email on excluded assets to F&E APA and revising schedules [.3]; reviewing Mr. Bivona's additional comments to the F&E APA schedules and incorporating same into schedules [.2]. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 08/07/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing emails and documents regarding Arrow security equipment, updating schedules to F&E APA and emailing with Mr. Southard. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 08/09/2017 | Lauren C. Kiss | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing Hilco's retention application, sale procedures order and notice of proposed sale of IP Addresses, drafting certification of no objection, assembling fully executed assignment of assets, calculating Hilco's commission and emailing timeline to Mr. Southard [.8]; revising certification with Mr. Southard's comments and emailing certification to SendGrid [.2]; reviewing SendGrid's comments to the certification [.1]. | Fees | 1.10 | 0.00 | 375.00 | 412.50 |
| 08/09/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emails with Messrs. Bivona, Rosenfeld and Corneau and Ms. Kiss on F&E sale schedules; then email to Mr. Roseman [.2]; emails with Ms. Kiss on certification of no objection related to IPv4 sale [.2]; reviewing comments from Mr. Tyler, et al. on process and responding to same [.2]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------------------------------|-----------|-------|-------|-------|-------|
| 08/10/2017 | Lauren C. Kiss | 10691.012/ Dowling College Asset Disposition - General Finalizing and filing certification of no objection for the proposed sale of IP addresses and emailing with parties and GCG regarding service. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 08/10/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Reviewing email from Ms. Kiss and responding to same on IPv4 status; then [.2]; further emails on receipt of escrowed funds and next steps with interested parties, including Hilco and purchaser representatives [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 08/14/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Emails on sale of IPv4 addresses and status with Mr. Hazan and Mr. Bivona [.2]; further emails with Mr. Wagner and Mr. Bivona thereon [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 08/15/2017 | Sean C. Southard | 10691.012/ Dowling College Asset Disposition - General Call with Hilco and debtor representatives on IPV4 sale process [.3]; related emails with Messrs. Hazan and Bivona [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/23/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing email from Mr. Bivona on ARIN transfer status and response of Mr. Hazen [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/26/2017 | Stephanie R. Sweeney | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing DOE Memorandum re: turnover of Perkins loan portfolio. | Fees | 0.40 | 0.00 | 395.00 | 158.00 |
| 09/01/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing email from Mr. Bivona on Arrow Security claim and assets [.1]; reviewing email from Mr. Benka in relation to ARIN approval on IPv4 [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/05/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emails with Mr. Benka in relation to registration of ARIN transfer [.1]; reviewing email and responding to same from Mr. Tyler on sale to Sendgrid of IPv4 addresses [.2]; emails with Mr. Bivona in relation to call [.1]; call discussing collection of A/R and Cigna claims work with Messrs. Rosenfeld, Bivona, Hablenko and Ms. Sweeney [.9]; call with Ms. Sweeney thereafter [.2]; then related emails on retention terms [.2]; further emails with Mr. Hazan on IPv4 [.1]. | Fees | 1.80 | 0.00 | 575.00 | 1,035.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------|-----------|-------|-------|-------|-------|
| 09/06/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Preparing for closing wires and discussing internally and emails on same [.3]; reviewing email from Mr. Tyler; then reviewing APA and prior materials and correspondence on closing requirements [.6]; preparing conformed assignment copy and then related emails on same; calculating and setting up wire transfers internally; emails on confirmation of same and reviewing invoice and engagement from Hilco [.7]; further emails on finalizing and confirming closing and wires and closing set with various parties [.4]. | Fees | 2.00 | 0.00 | 575.00 | 1,150.00 |
| 09/11/2017 | Joseph C. Corneau | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing emails regarding proceeds of F&E and IPv4 addresses. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 09/12/2017 | Joseph C. Corneau | 10691.012/ Dowling College<br>Asset Disposition - General<br>Reviewing emails regarding proceeds of asset sales. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 09/13/2017 | Sean C. Southard | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emails with Mr. Rosenfeld and Mr. Roseman on interest in name purchase [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/27/2017 | Andrew S. Richmond | 10691.012/ Dowling College<br>Asset Disposition - General<br>Telephone call with Mr. Southard regarding closing tomorrow on the 58 Woodlawn premises [.2]. | Fees | 0.20 | 0.00 | 275.00 | 55.00 |
| | | **Matter Description (First Line): Asset Disposition - General** | | 120.30 | 0.00 | | 55,600.50 |

**Matter Description (First Line): Asset Disposition - Oakdale Campus**

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/01/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Cote on status of discussions with Amity. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 04/02/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing emails on updated Amity contract; responding to same and then emails with estate parties thereon (.8). | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 04/02/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing revised APA from Amity [0.2]. Reviewing emails on auction and excluded assets [0.2]. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 04/03/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Rosenfeld on status of sale [.1]; discussing auction logistics and preparation with Mr. Corneau; then with Ms. Garofalo [.3]; emails with Mr. Corneau on board resolution [.1]; discussing status with | Fees | 10.20 | 0.00 | 575.00 | 5,865.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement

Mr. Corneau [.1]; reviewing sale order revisions from Mr. Roseman [.1]; call with Ms. Anello related to NYSAG approval [.3]; call with Mr. Rosenfeld [.2]; call with Messrs. Berkowitz and Hammel [.4]; call with Mr. Gold on Amity contract [.3]; emails related to update thereon [.1]; emails with Mr. Baldwin on NYSED concerns [.1]; preparing updated script for auction [.5]; emails with Mr. Gold on Miller Environmental report [.1]; emails with parties in interest on qualification of Amity and updated diligence [.1]; reviewing further redline to APA from Amity and emails thereon with counsel and interested parties [.4]; emails with Mr. Goldstoff on excluded assets [.2]; further call with Ms. Anello [.1]; reviewing email from Mr. Corneau and to Mr. Frankel and then forwarding to Mr. Brickman [.2]; reviewing emails on auction binders from Ms. Garofalo [.2]; emails with NCF on attendees and status for auction [.1]; call with Messrs. Cote and Hubbard and emails thereon related to F&E sale [.3]; call with Mr. Rosenfeld [.1]; emails with Mr. Baldwin [.1]; call with press consultant parties and brokers [.4]; call with Mr. McCord [.2]; reviewing and circulating updated form of contract from Amity and related emails with Mr. Goldstoff [.4]; call with Messrs. Rosenfeld and Bivona related to same [.2]; further emails with Mr. Goldstoff thereon [.1]; emails and call with brokers and Certilman on auction attendees [.3]; emails with bidder groups on same [.2]; emails and call with Mr. Amendola on Vanderbilt Palace interest and APA signature [.2]; finalizing auction rules and emails to bidder groups with same [.3]; call with Mr. Cote on interest in FF&E by

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Amity; then emails with counsel to Amity thereon [.2]; further call with Ms. Anello; then emails on NYSAG position for auction to brokers and Mr. Rosenfeld [.3]; email confirming same to Ms. Anello; then forwarding to parties  [.2]; emails on request by NYSAG for bid information; emails on confidentiality with brokers and Mr. Rosenfeld [.3]; email update to creditor parties on NYSAG position and board counsel [.2]; reviewing offer comparison and preparing for auction by reviewing script [.5]; email response to Ms. Anello on diligence request on bidders by NYSAG [.2]; email to Mr. McCord on auction rules, administrative assistance [.2]; call with Mr. Roseman [.4]; call with brokers and creditors on F&E inclusion in sale [.3]; call with Mr. Friedman [.2]; further call and emails with Mr. Rosenfeld on auction and F&E [.4]. | | | | | |
| 04/03/2017 | Kristen M. Strine | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Assembling auction binders per Mr. Corneau and Mr. Southard's request. | Fees | 1.00 | 0.00 | 175.00 | 175.00 |
| 04/03/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Conferring with Mr. Southard regarding preparation for auction [0.5]. Reviewing NCF markup of sale order [0.2]. Telephone call with Mr. Roseman regarding auction [0.2]. Conferring with Mr. Southard regarding auction [0.2]. Emailing with Mr. Frankel regarding APA [0.1]. Conference call regarding auction [0.3]. Conferring with Mr. Southard regarding auction [0.2]. Revising sign-in/rules sheet for auction [0.3]. | Fees | 2.00 | 0.00 | 495.00 | 990.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------|-----------|-------|-------|-------|-------|
| 04/04/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Calls with Mr. Cote on sale and auction process on F&E (.3); discussion with Mr. Corneau thereon (.2); attending auction, organizing and preparing same with various interested parties (8.0); call to chambers on update to auction (.1); call with Mr. Hammel on results (.2); calls with Mr. Friedman on status of bids and backup (.2); call with Messrs. Friedman and Roseman (.2); call with board on results of auction (.4); call with Mr. White on results of auction (.2); call with Mr. Rosenfeld (.1). | Fees | 9.90 | 0.00 | 575.00 | 5,692.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/04/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Attending auction [8.0]. Participating in board of trustee's call regarding auction [0.4]. Conferring with Mr. Southard regarding status [0.1]. Participating in Board of Trustees call [0.4]. Revising NCF APA [0.2]. Conferring with Mr. Southard regarding NCF APA [0.1]. Emailing with Mr. Roseman regarding revised NCF APA [0.1]. Reviewing accumulated emails regarding campus sale [0.3]. Reviewing bidding procedures and emailing with Mr. Southard regarding provisions related to return of deposits [0.2]. Reviewing Princeton APA and emailing with Mr. Southard regarding same [0.3]. Further reviewing of Princeton APA and emailing with Mr. Southard thereon [0.3]. | Fees | 10.40 | 0.00 | 495.00 | 5,148.00 |
| 04/04/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Mr. Corneau's taxi to Penn Station for travel to auction in East Meadow, NY. | TAXI | 0.00 | 1.00 | 6.00 | 6.00 |
| 04/04/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Mr. Corneau's train from Penn Station to Manhasset for auction in East Meadow, NY. | TRAIN | 0.00 | 1.00 | 12.00 | 12.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/04/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Mr. Corneau's train to Mineola from Penn<br>Station following auction. | TRAIN | 0.00 | 1.00 | 12.00 | 12.00 |
| 04/04/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Mr. Corneau's taxi for travel from Jamaica<br>station to home after cancellation of all New<br>York-bound trains. | TAXI | 0.00 | 1.00 | 62.47 | 62.47 |
| 04/04/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Nonworking travel to from auction (half-<br>rate). | Fees | 2.50 | 0.00 | 247.50 | 618.75 |
| 04/05/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with brokers and media relations parties<br>on status of press communications [.2]; call<br>with Mr. Naidu on bid results and issues<br>[.2]; call with Mr. Cote [.1] reviewing and<br>responding to several emails on press release<br>and statement thereon [.4]; emails with Mr.<br>Hou [.1]; then call with Mr. Hou on<br>Princeton bid [.5]; call with counsel to<br>committee [.2]; email to Mr. Pfeiffer on<br>update [.1]; call with Mr. Pfeiffer [.4]; email<br>to Mr. Rosenfeld [.1]; preparing email to<br>Mr. Hou on status of requests and responses<br>on bid; then related emails [.3]; call with Mr.<br>Rosenfeld [.2]; call with chambers [.3]<br>reviewing auction transcript and then email | Fees | 9.40 | 0.00 | 575.00 | 5,405.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

to board and lenders and NYSAG representatives thereon [.4]; diligence and research on buyer entities [.5]; call with Mr. Roseman [.1];  emails and then call with Mr. Cote [.2]; emails with Mr. Amendola [.2]; emails with Mr. Clayton on board call and sale status [.1]; call with Ms. Anello of NYSAG on results of auction [.2]; further calls [x3] with Mr. Cote [.3]; call with Mr. Friedman [.2] preparing email update to creditors and parties in interest [.2]; further emails with Mr. Roseman [.1]; further review of diligence submissions by bidders and email to parties in interest [.2]; call on status of auction and competing bids with counsel and representatives of creditors [.6]; call with Mr. Friedman [.1]; preparing email to Ms. Kiss and Mr. Corneau on preparation for sale hearing [.2]; emails with Mr. Hou on bid confirmation [.1]; reviewing request for return of deposit from Mr. Brickman and then email with Mr. Corneau on bidder deposit returns [.1]; call with board of trustee on status update for sale [.4]; reviewing order entered denying stalking horse protections [.1]; discussing status of preparation for hearing with Mr. Corneau [.1]; call with Mr. Gold on Amity [.1]; call with Mr. Pfeiffer [.1]; discussing updated APA with Mr. Corneau from both high bidders; then reviewing form of same and emails to bidder counsel from Mr. Corneau [.4]; preparing email to high bidders requesting NYSAG review of bid packages [.2]; reviewing email from Mr. Roseman thereon and  forwarding bid package from NCF to NYSAG [.2]; call with Mr. White [.3]; call with Mr. Rosenfeld [.3]; further emails with Mr. Corneau on APA format and update to Princeton [.2]; emails with

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement

Mr. Cote on status and update APA [.1].

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/06/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus | Fees | 12.00 | 0.00 | 575.00 | 6,900.00 |

Reviewing email from Mr. Hou and then email to Ms. Anello of NYSAG on bid package [.2]; call with Mr. Rosenfeld [.1]; call with Mr. Clayton [.3]; emails with board on status update and approval [.2]; call with Mr. Pfeiffer; then call and emails with Mr. Roseman on evidence of wherewithal and closing [.4]; reviewing draft report on marketing and auction results from Mr. Cote; emails thereon with Messrs. Bivona and Rosenfeld and discussing with Mr. Corneau preparation of declaration in support of same; emails with Mr. Cote thereon [.6]; call with Mr. Pfeiffer and then to and with Messrs. Pfeifer and Roseman; emails thereon [.4]; call with Messrs. Cote and Hubbard on bidder selections and diligence [.4]; reviewing bid procedures; then preparing email to bidders on auction results and determination; emails thereon for review [.4]; emails related to wire from Princeton and status overall on bidders; reviewing proof of funds updated information from Mr. Hou and emails with interested parties thereon [.4]; call with interested parties [2pm] on status and deliberation [1.0]; call with Mr. Rosenfeld [.1]; call with Mr. Hubbard [.1]; call with Mr. Graiser [.1]; call with Mr. Freidman on committee view [.1]; call with Mr. Yang on UST position [.1]; email to Ms. Anello on determination [.1]; preparing email to qualified bidders on auction results and then to interested parties [.5]; preparing email update to board [.2]; further emails with Mr. Roseman on client position as back-up;

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement

related emails with interested parties; email to Mr. Hammel on APA [.3]; [4:30pm] board call and deliberation and vote [.7]; further call with Messrs. Rosenfeld and Bivona [.2]; email with Mr. Steigler on Advantage title underwriting and then email to Dr. Blake [.1]; call with Mr. Hou on form of agreement and bond diligence; reviewing APA terms; emails with same [.8]; calls with Mr. Pfeiffer thereon [.5]; emails with Mr. McCarthy [.1]; call with Mr. Hammel [.2]; emails with chambers on form of APA and sale order; discussing same with Ms. Kiss [.2]; emails with Ms. Kiss and Mr. Corneau on draft of declaration and statement in support of sale  [.2]; reviewing executed APA by Princeton and emails thereon with interested parties [.2]; emails with Mr. Hou thereon; updating APA and call and emails with Mr. Hou [.5]; reviewing auction results letter and email with Ms. Kiss thereon [.1]; further emails on lease construct for bonds with ACA parties [.2]; reviewing and revising Rosenfeld declaration and preparing statement in support of sale; several emails with Ms. Kiss and Mr. Corneau thereon; then with Mr. Rosenfeld [1.8]; emails with Mr. Hou on form of APA and hearing attendance [.2].

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 04/06/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing March 30 hearing transcript and related emails [.6]; reviewing emails on auction results and strategy [.2]; reviewing order denying stalking horse application [.1]; reviewing affidavits of service for certain creditors and emailing with Mr. Southard [.2]; reviewing draft email to bidders [.1]; reviewing proof of fund emails from bidders [.2]; conference call discussing status of sale [1.0]; drafting letter of auction results and emailing with Mr. Southard [.2]; reviewing and revising sale order [.4]; discussing supplemental statement with Mr. Southard and drafting same [2.9]; revising letter with Mr. Southard's comments [.1]; reviewing Mr. Corneau's comments to supplemental statement and incorporating comments [.6]; discussing statement with Mr. Southard and revising same per discussion with Mr. Southard [1.1]. | Fees | 7.70 | 0.00 | 375.00 | 2,887.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/06/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Initial review of broker report of auction results and marketing effort [0.4]. Mark-up of broker report [0.3]. Conferring with Ms. Kiss and Mr. Southard regarding auction results [0.2]. Emailing with Mr. Cote regarding broker report [0.1]. Drafting of declaration in support of sale [2.2]. Emailing with Mr. Southard regarding documents for sale hearing [0.2]. Updating APA Schedules [0.2]. Emailing with Mr. Hou regarding APA schedules [0.1]. Reviewing and commenting on statement in support of sale [0.6]. Further revisions to statement in support [0.8]. Reviewing and commenting on declaration in support of sale [0.7]. | Fees | 5.80 | 0.00 | 495.00 | 2,871.00 |
| 04/07/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing and revising pleadings on sale approval and auction results; several emails thereon with Ms. Kiss and Mr. Corneau and Mr. Rosenfeld [.9]; call with Mr. Javaid [.2]; call to Ms. Anello; call with Messrs.  Cote and Hubbard [.3]; call with Mr. Pfeiffer; reviewing email from Mr. Roseman; forwarding to Mr. Roseman [.4]; emails on revisions to pleadings with Ms. Kiss and Mr. Rosenfeld; then  reviewing sale order [.4]; meeting with Mr. Corneau; discussions with | Fees | 8.90 | 0.00 | 575.00 | 5,117.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement

Mr. Pfeiffer and then with Mr. Rosenfeld and emails on request to adjourn filing by ACA and scheduling call [.4]; several further emails with Mr. Roseman on bid and agreement and financial wherewithal [.3]; call with Mr. Friedman; emails with Mr. McCord [.3]; call with interested parties in relation to sale [.3]; call with Mr. Hammel on sale [.2]; emails with brokers on contact from Mr. Javaid [.1]; call with Ms. Anello in relation to sale status and schedule [.4]; emails with Mr. Rosenfeld and then call with same concerning NYSAG request for information [.3]; reviewing emails on auction participation list [.1]; reviewing and responding to email from Mr. Baldwin of SED on contract form [.1]; call with Ms. Anello, Ms. Cole and Mr. Sheehan of NYSAG on revised intention for review by office [.5]; further emails with Ms. Anello with diligence requested on Princeton [.1]; email to Mr. Hou thereon [.1]; call with Mr. Rosenfeld on NYSAG review determination [.4]; call to and with Mr. Hou [.1]; emails with and then hosting call with NYSAG and Mr. Hou and Mr. Rosenfeld [.4]; further call with Mr. Rosenfeld [.2]; further call with Ms. Anello [.2]; preparing email to parties in interest on development of NYSAG office view on role; reviewing APA [.3]; reviewing and responding to same [.1]; call with Mr. Hubbard [.1]; call with Mr. Friedman thereon [.2]; emails with Mr. Hou on press inquiries [.1]; reviewing website information from Mr. Hou on buyer entity and emails thereon [.3]; discussing buyer diligence with Ms. Kiss and reviewing same [.2]; emails with Mr. Amendola on potential testimony topics [.2]; reviewing sale motion and outline and preparing remarks for hearing on

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement

April 10 [.7].

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/07/2017 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing and revising supplemental statement and Mr. Rosenfeld's declaration [1.3]; reviewing Mr. Rosenfeld's changes to his declaration and finalizing same [.2]; reviewing broker's report to the court [.5]; discussing defined terms in documents with Mr. Corneau and revising declaration and statement [.5]; gathering exhibits for statement and declaration [.3]; conference call discussing highest bidder at auction [.3]; finalizing and filing statement and declaration and emailing requirements to service Mr. Nickelsberg [.6]; emailing APA and updated order to chambers [.1]; discussing AG's concerns with Mr. Southard [.1]; call with Mr. Southard, AG's office and Mr. Hou discussing sale [.3]; reviewing list of service parties from GCG and emailing with GCG [.2]; emailing relevant documents to Mr. Yang [.1]; reviewing and summarizing Oakdale Campus sale motion in preparation for April 10 hearing [2.3]. | Fees | 6.80 | 0.00 | 375.00 | 2,550.00 |
| 04/07/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Updating APA and emailing with Mr. Rosenfeld regarding same [0.2]. Conferring with Ms. Kiss regarding auction results and reviewing notes and transcript regarding same [0.3]. Conferring with Mr. Southard and call with Mr. Pfeiffer and Mr. Rosenfeld [0.6]. Assembling Princeton APA [0.2]. Conference call regarding auction [0.2]. | Fees | 1.50 | 0.00 | 495.00 | 742.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/08/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing and preparing for hearings on April 10 related to sale approval, reviewing NYS 510/511 arguments and caselaw, preparing hearing remarks (1.8): call with Mr. Amendola (.4); reviewing APA form and emails to Mr. Hou on proposed changes (.5); reviewing email and correspondence on NYSAG request from Princeton; then emails related to same (.3);  call with Mr. Hou (.3); further review and preparation for hearing on sale (.6). | Fees | 3.90 | 0.00 | 575.00 | 2,242.50 |
| 04/08/2017 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing and revising summary of Oakdale Campus sale motion and emailing with Mr. Southard. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |
| 04/09/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Call with Mr. Amendola (.1); reviewing APA and motion papers and preparing potential testimony (1.8); email to NYSAG attorneys on intent for hearing (.1); preparing questions and related email to Mr. Rosenfeld; updating remarks for hearing (.8); review of sale approval order (.4); call with Mr. Hou (.1); reviewing email  from Mr. Hammel on comments to sale order and related emails (.2). | Fees | 3.50 | 0.00 | 575.00 | 2,012.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/10/2017 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing Mr. Hammel's comments to the sale order [.1]; reviewing Mr. Corneau's comments to the sale order [.1]; reviewing Newsday article and related emails [.1]. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 04/10/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Call to Ms. Anello of NYSAG on status of position for hearing (.1); call with Mr. Freidman on status of preparation for sale hearing (.1); call with Mr. Rosenfeld in relation to same (.2); call with Mr. Corneau discussing results of hearing (.2); call with Ms. Sterling on results of hearing and press inquiries (.2); reviewing and responding to emails from Messrs. Anello and Cole in relation to sale approval; further emails with parties in interest thereon (.2); call with Mr. Hou (.1); emails with Ms. Sterling and Mr. Rosenfeld on status of press inquiries (.1). | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 04/10/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing sale order and APA and emailing with Mr. Southard regarding same [0.2]. Revising sale order [0.7]. Further revisions to sale order [0.6]. Preparing sale order and DIP order for submission to Court [0.3]. | Fees | 1.80 | 0.00 | 495.00 | 891.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------|-----------|-------|-------|-------|-------|
| 04/11/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing email from Mr. Hou on approval of sale; then discussion and emails with Mr. Corneau thereon (.2); several emails and calls in relation to press inquiries on sale; emails with Mr. Hou thereon (.3); preparing minutes from board meeting approval sale based on notes; then emails with Messrs. Kleinberg, Rosenfeld and Bivona thereon; then email to board with summary of sale approval and minutes from April 6 (.5); call with Mr. Cote (.1); call with Mr. Amendola on status of sale (.1); further emails on approval of transaction with Mr. Puorro; finalizing board resolution (.2); discussing sale order with Mr. Corneau; emails thereon with Mr. Corneau to chambers of blackline (.2); emails with Mr. Roseman in relation to Dowling deposit and back-up bid (.2). | Fees | 1.80 | 0.00 | 575.00 | 1,035.00 |
| 04/11/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Conferring with Mr. Southard regarding sale order [0.1]. Emailing regarding sale order [0.1]. Conferring with Mr. Southard regarding sale order [0.1]. Uploading sale order [0.2]. Emailing with Chambers regarding blackline of sale order [0.3]. | Fees | 0.80 | 0.00 | 495.00 | 396.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/12/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Advantage Title on status (.1); reviewing entry of sale order; related emails with Mr. Corneau and discussion thereon (.2); emails to title and to Mr. Hou on sale order entry (.1); emails on bid deposit from NCF for backup bid and then emails with parties in interest on status and request to return deposits (.2); emails with Mr. Gold on deposit requests (.1); emails internally with Ms. Nocella related to deposit sand wire (.1); emails with Mr. Javaid for Island Estate group and deposit return (.1). | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 04/12/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing sale order, comparing to order submitted and emailing with Mr. Southard. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 04/12/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing sale order as entered. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 04/12/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Email correspondence with Mr. Southard re: proposed deed for Oakdale campus. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for
## Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/13/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Several emails with Ms. Nocella and with bidder representatives and Mr. Rosenfeld on return of deposits by wire and check; preparing cover letter and emails thereon. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 04/13/2017 | Stephanie L. Nocella | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Preparing check and corresponding cover letter for return of bid deposit to Suffolk Realty; e-mailing .pdfs of same to Mr. Southard; preparing wire transfer returns of bid deposits to Crossborder Group LLC and Koven and Krausz PLLC; e-mailing federal reference number of Crossborder Group LLC wire to Mr. Gold; confirming wire transfers received to Mr. Southard and communication with Signature Bank re same. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 04/17/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Conferring with Mr. Southard regarding closing documents. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/17/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails with Mr. Pfeiffer on status with closing (.1); emails with Mr. Cote and Hubbard on status of same (.1); reviewing email from Mr. Hou on interest in other property (.1); call with brokers and Mr. Bivona on closing status (.4); emails with Mr. Hou and outline of information about F&E at Oakdale (.2). | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 04/18/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing email and draft deed from Mr. White and then emails with Mr. Corneau and Mr. White thereon. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 04/18/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Briefly reviewing draft of deed and emailing with Mr. Southard regarding same. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 04/18/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing vesting deeds and legal descriptions and comparing same to tax map [1.5]; drafting proposed deed for Oakdale campus [1.2]; email correspondence with Mr. Southard re: same [.1]. | Fees | 2.80 | 0.00 | 350.00 | 980.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/19/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing email from Mr. Corneau and response from Mr. White on deed language; reviewing same; then emails with Mr. White (.2); call with Mr. White discussing deed (.2); reviewing APA and preparing closing checklist (1.5). | Fees | 1.90 | 0.00 | 575.00 | 1,092.50 |
| 04/19/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emailing with Mr. Southard regarding draft deed. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 04/19/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Email correspondence with Mr. Southard re: deed [.1]; telephone conference with Mr. Southard re: same [.2]; research re: Lien [.5]. | Fees | 0.80 | 0.00 | 350.00 | 280.00 |
| 04/20/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Mr. Steigler on title (.2); call with Mr. Hou on closing matters (.1); emails with interested parties (.2). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 04/22/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing and responding to Messrs. Graiser and Rosenfeld on Oakdale disposition. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/24/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with campus agents and Messrs. Rosenfeld and Bivona in relation Oakdale closing status and related matters (.4). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 04/25/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Kleinberg in relation to status of sale (.1); emails with Mr. Graiser on status of closing and request for weekly calls (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 04/26/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Mr. Hou on status of closing matters (.2); call with Mr. Cote related to same (.2); emails with lender parties on lease terminations associated with bond financing (.1); call with Mr. McCarthy therein (.1); reviewing email from Mr. McCarthy in response (.1). | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 05/01/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Email to Mr. Hou on title status and closing timing [.1]; call with Mr. O'Shea in relation to leasehold termination matters; related emails [.2]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/02/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails with Mr. Hou on closing and title status [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/03/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing closing check list for Oakdale [.2]; reviewing and responding to email from Mr. Graiser on status [.1]; call with Mr. Hou on status of closing efforts and title [.4]; emails with Mr. Steigler and Mr. Hou on closing and title status and call [.1]; call with Mr. Rosenfeld on same [.1]; further emails thereon [.1]; emails with Messrs. Cook and Bivona on contracts for Oakdale; reviewing scans of same and schedule to APA; then email to Mr. Hou thereon [.5]. | Fees | 1.50 | 0.00 | 575.00 | 862.50 |
| 05/04/2017 | Stephanie R. Sweeney | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing and sending certified organizational documents and good standing to Ms. Kiss and discussing same with Ms. Gargiulo. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------|-----------|-------|-------|-------|-------|
| 05/04/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call to Mr. Hammel; emails with Mr. Hammel and Ms. Sato on lease termination (.1); call with Mr. Hou and Mr. Steigler and Ms. Kiss on title matters in relation to closing (.4); then call with Mr. Steigler thereon (.2); several emails with Mr. Steigler on board approval and resolution for transaction; then on bylaws and corporate certifications (.3); emails and discussion with Ms. Kiss thereon (.1). | Fees | 1.10 | 0.00 | 575.00 | 632.50 |
| 05/04/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Discussing documents needed for closing with Mr. Southard, reviewing closing checklist and discussing organizational documents previously received with Ms. Sweeney and Ms. Gargiulo, reviewing organizational documents and emailing with Ms. Gargiulo [.4]; drafting certification from Mr. Puorro for by-laws and emailing with Mr. Southard [.1]; conference call with Messrs. Southard, Hou and Steigler discussing closing matters [.4]. | Fees | 0.90 | 0.00 | 375.00 | 337.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/04/2017 | Renea A. Gargiulo | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Discussing process for obtaining updated certificate of good standing and organizational documentation with Ms. Kiss and Ms. Sweeney and requesting same from Ms. Hernandez of DCS, updating Ms. Kiss on timing and receipt of same. | Fees | 0.20 | 0.00 | 175.00 | 35.00 |
| 05/05/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails with Mr. Hammel on termination of leases [.1]; emails with Mr. Steigler related to same [.1]; emails with Mr. Steigler and review of proposed title policy and exceptions; reviewing title survey quotes; then reviewing email from Mr. Hou in response [.4]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 05/05/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing list of title exceptions and estimated title invoice for Oakdale campus. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/08/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Call with Mr. Hou on closing matters [.3]; call with Mr. Steigler [.1]; reviewing email from Mr. Steigler in relation to pro forma [.1]; emails with Messrs. Graiser and Rosenfeld, et al. related to sale update call [.2]; reviewing email from Mr. Steigler and title affidavit; forwarding same for review to Messrs. White, Rosenfeld and Corneau [.2]; email to Mr. Steigler on title affidavit [.1]. | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 05/08/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing general title affidavit. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/09/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Calls with Mr. Rosenfeld on Oakdale campus disposition status and purchaser inquiries; then adding Mr. Cook [.3]; emails with Mr. Cook and to Mr. Hou on Arrow security [.1];  discussing title affidavit, deed and closing checklist with Mr. Corneau [.3]; emails with Messrs. McCarthy, Faustini and Ms. Cheng on closing status and lease termination [.1]; reviewing emails from Mr. O'Shea on lease termination and IDA requirements and then email with Mr. McCarthy thereon [.2]; several further emails among same; then call with Mr. McCarthy [.3]; call with Mr. White on title matters and closing [.4]; reviewing email and updated title affidavit draft from Mr. Corneau; responding to same [.3]. | Fees | 2.00 | 0.00 | 575.00 | 1,150.00 |
| 05/09/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Conferring with Mr. Southard regarding title affidavit [0.2]. Revising title affidavit [1.2]. Emailing with Mr. Southard regarding title affidavit [0.2]. | Fees | 1.60 | 0.00 | 495.00 | 792.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/10/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Discussing closing checklist, closing issues, financing and related matters with Mr. Corneau [.4]; reviewing and responding to several emails from and among Messrs. McCarthy and O'Shea concerning 2006 bond matters; then reviewing draft communications to IDA [.3]; call with Messrs. O'Shea and McCarthy and Ms. Cheng concerning closing and leasehold matters [.5]; revising closing checklist; reviewing APA [.6]; reviewing revised deed and title affidavit from Mr. White [.3]; emails with same and Messrs. Corneau, Bivona and Rosenfeld thereon [.1]; emails with Mr. O'Shea on release of property and leasehold [.2]. | Fees | 2.40 | 0.00 | 575.00 | 1,380.00 |
| 05/10/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Conferring with Mr. Southard regarding title affidavit [0.1]. Reviewing closing checklist [0.4]. Conferring with Mr. Southard regarding closing checklist, open items [0.3]. Reviewing Mr. White's comments to title affidavit [0.1]. Reviewing letter from Suffolk County regarding SPDES permit [0.2]. | Fees | 1.10 | 0.00 | 495.00 | 544.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/10/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing "redlined" general title affidavit (.1); reviewing vesting deeds and revising title affidavit (.3); multiple email correspondence with Mr. Southard re: same (.2); reviewing updated draft checklist (.1). | Fees | 0.70 | 0.00 | 350.00 | 245.00 |
| 05/11/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing and responding to emails among Messrs. McCarthy and O'Shea in relation to lease terminations and revising latest drafts of same [.3]; reviewing and responding to email from Mr. Rosenfeld in relation to Signature Bank escrow of funds from sale [.1]; further emails with Mr. Rosenfeld [.1]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 05/11/2017 | Renea A. Gargiulo | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Corresponding with Ms. Hernandez of DCS regarding status of receipt of updated, certified copies of good standing certificate and organizational documents and updating Ms. Kiss on same. | Fees | 0.20 | 0.00 | 175.00 | 35.00 |
| 05/11/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Drafting closing certificate regarding certificate of incorporation, bylaws and resolution [0.7]. Drafting closing certificate regarding Article 10 of APA [0.4]. | Fees | 1.10 | 0.00 | 495.00 | 544.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/12/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing emails on termination of sublease; emails with Mr. Hou thereon and with Mr. Steigler from title [.3]; emails with Mr. Hammel thereon [.1]; preparing email to Mr. Hou on closing preparation [.2]; reviewing and discussing officer's certificate and related emails with Messrs. Corneau, Rosenfeld and Bivona [.3]; reviewing further email from Mr. O'Shea on lease release and from Mr. McCarthy [.2]. | Fees | 1.10 | 0.00 | 575.00 | 632.50 |
| 05/12/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing correspondence from ACA re: release of IDA leases. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 05/15/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Call with brokers and Mr. Faustini on status of Oakdale closing [.5]; reviewing and revising title affidavit and deed; then emails with Mr. Steigler related to title affidavit revisions and deed [.4]; reviewing response from Mr. Steigler; then further emails with Mr. Hou thereon [.2]; updating checklist for closing [.4]; emails with Mr. McCarthy in relation to regulatory interest in Oakdale sale [.1]; reviewing certified copies for closing from Ms. Kiss [.1]; emails with parties in interest on closing checklist [.1]. | Fees | 1.80 | 0.00 | 575.00 | 1,035.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/15/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing email correspondence from title company re: campus deed and title affidavit (.1); reviewing closing checklist (.1). | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 05/16/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing and responding to email from Mr. Bivona in relation to Princeton reviewing and responding to emails from Mr. O'Shea in relation to lease release for 2006 bonds and related documents [.2]; reviewing email on SPDES permit [.1]; discussing closing matters with Ms. Kiss [.2]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 05/16/2017 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing APA with Princeton and officer's certificates and revising certificates [.2]. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 05/16/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing transfer documents re: IDA lease releases. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 05/17/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Discussing extension of closing with Princeton with Messrs. Southard and Corneau and Mr. Southard's email regarding same [.2]; reviewing APA for outside closing date and emailing with Mr. Southard [.2]; reviewing closing checklist, locating and organizing documents in folder [1.0]; conference call with Messrs. Southard, Corneau, Bivona, Pfeiffer and Hammel regarding extension of closing date [.7]; reviewing bidding procedures order and NCF bid package for backup bidder termination information and emailing with Mr. Southard [.2]. | Fees | 2.30 | 0.00 | 375.00 | 862.50 |
| 05/17/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Mr. Hou [.8]; preparing email to creditor counsel and Messrs. Bivona and Rosenfeld on updated closing expectations based on call with Mr. Hou [.2]; further emails and call with same parties on closing status [.7]; emails with Ms. Kiss on APA provisions [.2]. | Fees | 1.90 | 0.00 | 575.00 | 1,092.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 05/17/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Conferring with Mr. Southard regarding Oakdale Campus closing [0.2]. Conference call regarding Oakdale Campus closing [0.7]. | Fees | 0.90 | 0.00 | 495.00 | 445.50 |
| 05/18/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Mr. Naidu [.2]; call to Mr. Friedman [.1]; emails with Ms. Kiss on closing checklist items and then reviewing and responding to emails from same concerning lease release; then emails thereon with Mr. Rosenfeld [.2]; call with Mr. Frieman [.3]; discussing closing status with Messrs. McCarthy and Faustini [.3]. | Fees | 1.10 | 0.00 | 575.00 | 632.50 |
| 05/18/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing closing checklist and items received from Mr. Southard, organizing documents, emailing list of additional documents that need signatures to Mr. Southard, and emailing list of questions to Messrs. Rosenfeld and Bivona separately. | Fees | 1.80 | 0.00 | 375.00 | 675.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/19/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Conference call with Messrs. Southard, Bivona, Pfeiffer and Friedman discussing sale to Princeton [.5]; reviewing Judge's Grossman rules on telephonic appearances and emailing with Messrs. Southard and Tanenbaum separately [.2]. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |
| 05/19/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Steigler on closing status and title [.1]. call with Mr. Hou [.4]; call with Mr. Bivona thereon [.1]; emails with Messrs. Bivona and Rosenfeld and creditor representatives on status of closing and update from purchaser [.2]; call with same [.5]. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 05/20/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Hammel in relation to closing status. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/22/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Several emails with Mr. Rosenfeld on status of Oakdale closing [.2] reviewing APA for same and further emails thereon [.4]; several emails with brokers for campus on status of closing [.2]; call with Mr. Pfeiffer and then with ACA representatives on same [.4]; emails with Mr. Steigler on closing status and title [.1]. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 05/24/2017 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Drafting FIRPTA for Oakdale Campus closing [.1]; reviewing Mr. Southard's email to Mr. Hou on intent to close and related emails on notice of default and breach letter [.2]. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 05/24/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Call with Mr. Cote [.1]; discussing closing status; reviewing APA with Mr. Corneau [.7]; reviewing draft default letter and then emails with Messrs. Corneau; Bivona and Rosenfeld thereon; further emails with Mr. White on title matter [.8]; call with Messrs. Bivona and Rosenfeld thereon [.5]; call with Mr. Pfeiffer and adding Ms. Cheng [.3]. | Fees | 2.40 | 0.00 | 575.00 | 1,380.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/24/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing Princeton APA, bidding procedures order and sale order with respect to event of default and exercise of remedies [0.8]. Conferring with Mr. Southard regarding anticipated default [0.1]. Drafting default letter [1.9]. | Fees | 2.80 | 0.00 | 495.00 | 1,386.00 |
| 05/24/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing proposed breach letter to Princeton (.1); multiple email correspondence with Mr. Southard re: same (.2). | Fees | 0.30 | 0.00 | 350.00 | 105.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/25/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Call with Mr. Naidu [.1]; call with Mr. Hou [.1]; emails with Mr. Bivona on closing conditions and insurance [.1]; emails with Mr. Hou and then with parties in interest [.2]; call with ACA and debtor representatives on status of closing [.8]; follow-up call with Messrs. Bivona and Rosenfeld [.1]; responding to Mr. Hou's email; diligence on term sheet and lender [.5]; reviewing APA's for Princeton and NCF and bid procedures and sale approval orders; then emails and discussion with Ms. Kiss and Mr. Corneau thereon [.9]; emails with Messrs. Friedman and Powers [.1]; discussions with Mr. Corneau on termination scenarios and closing [.5]; call with Mr. Hubbard [.1] further discussions with Mr. Corneau [.5]; call with Mr. Hou [.3]; call with Mr. Hubbard [.1]; further emails and call with Mr. Hou; reviewing sale order and support for auction results [.3]; emails with counsel and representatives of DIP lenders and committee on status [.5], | Fees | 5.20 | 0.00 | 575.00 | 2,990.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 05/25/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing bidding procedures and sale order for back up bidder rules and qualifications [.4]; reviewing term sheet from CV capital and related emails [.2]; reviewing comparison of NCF and Princeton APA's [.3]; reviewing Mr. Southard's email on timing for default and related issues and discussing same with Mr. Southard [.3]; reviewing email detailing strategy from Mr. Southard and circulating dial in for conference call [.2]. | Fees | 1.40 | 0.00 | 375.00 | 525.00 |
| 05/25/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing multiple emails regarding closing status [0.2]. Reviewing term sheet from CV Capital [0.2]. Preparing comparison of Princeton and NCF APA's [0.3]. Conferring with Mr. Southard regarding closing issues [0.9]. Follow-up discussion with Mr. Southard regarding IRS issues [0.4]. | Fees | 2.00 | 0.00 | 495.00 | 990.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/26/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Mr. Hou and emails with same; reviewing request for extension, circulating same [.4]; revising termination letter and emails thereon with Mr. Corneau and Ms. Kiss [.4]; discussing status with Mr. Corneau [.1]; call with Mr. Freidman [.2]; emails with Mr. Rosenfeld on diligence of Princeton closing [.1]; call with Mr. Rosenfeld on status [.3]; call with creditor and debtor parties on request for extension and default [.4]; reviewing further information from Mr. Hou and letter of intent; then emails to same [.3]; reviewing and revising letter to purchaser on default; emails thereon and call with creditor parties [.5] further revising letter to purchaser on default [.3]; call with Mr. Hou [.2]; discussing status with Mr. Corneau and Ms. Kiss; finalizing default letter and preparing fed ex and email for same [.4]; emails with Mr. Corneau in relation to closing transition and agreement; emails with Mr. Bivona thereon [.3]; emails with Ms. Cheng on status and contact [.1]. | Fees | 4.00 | 0.00 | 575.00 | 2,300.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/26/2017 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Conference call with Messrs. Southard and Hou discussing status of closing [.2]; conference calls with DIP Lenders and Committee Counsel discussing status of Oakdale closing [.6]; reviewing draft of current default letter and potential revisions based on call [.2]; reviewing default letters revised by Messrs. Southard and Pfeiffer [.1]; reviewing updated term sheet from CV Capital Funding [.1]. | Fees | 1.20 | 0.00 | 375.00 | 450.00 |
| 05/26/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Conferring with Mr. Southard regarding default letter [0.1]. Drafting of default letter [0.4]. Conference call regarding Oakdale Campus closing status [0.5]. Follow-up call regarding closing status [0.2]. | Fees | 1.20 | 0.00 | 495.00 | 594.00 |
| 05/30/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails and call with brokers and ACA representatives on closing status and Oakdale sale [.3]; call with Mr. Cote on status [.1]; emails with Messrs. Begley and Pfeiffer on status [.1]; emails with Mr. Rosenfeld on status of closing [.1]; emails with Mr. Corneau on transition access matters [.1]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/31/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Discussing closing status with Mr. Corneau [.1]; call with Mr. Roseman [.2]; call with Mr. Hubbard [.1]; calls to Mr. Friedman [.1]; reviewing APA for NCF [.2]; reviewing transition related requirements and related emails from Mr. Bivona [.3]. | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 05/31/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Telephone call with Mr. Roseman regarding closing status [0.2]. Emailing with Mr. Southard regarding closing status [0.1]. Conferring with Mr. Southard regarding closing status [0.1]. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 06/05/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Email to Mr. Hou on closing timing and status [.1]; call with Mr. Roseman on status and closing by back-up bidder [.1]; call with ACA and broker representatives on closing status [.3]; discussing with Ms. Kiss and email with same; then further email to Mr. Hou on closing timing [.2]; reviewing APA and certification and updating disclosures relative to residential sewer hook-up [1.1]; emails with Messrs. Rosenfeld, Bivona and Corneau thereon [.2]; call with Mr. Hou [.1]; emails with Mr. Rosenfeld on status [.1]. | Fees | 2.20 | 0.00 | 575.00 | 1,265.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/05/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Discussing closing status with Mr. Southard, reviewing good standing certificate, calculating expiration date and emailing with Mr. Southard. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 06/05/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing APA schedules and emailing with Mr. Southard thereon. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 06/05/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing draft of updated schedules re: APA [.2]; reviewing Article 6 of the Suffolk County Sanitary Code [.2]; reviewing correspondence between Dowling and County of Suffolk Department of Health Services [.1]. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |
| 06/06/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Mr. Hubbard on status [.2]; call with Mr. Hou on closing and financing request [.1]; call with Mr. Abraham on interest in assets [.2]; discussions with Mr. Roseman [.2]; email with Mr. Bivona on schedules to APA and certification; then emails with Mr. White [.2]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/06/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Email correspondence with Mr. Southard re: schedule to APA [.1]; reviewing schedule, deeds of record, legal description and tax maps [1.0]. | Fees | 1.10 | 0.00 | 350.00 | 385.00 |
| 06/07/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing email from Mr. White on schedules and legal description [.1]; emails with Mr. Rosenfeld on updated schedules [.1]; emails to Mr. Hou in relation to transition meeting, SPDES permit and related Suffolk County disclosures [.4]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 06/07/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing updated municipal searches [.3]; multiple email correspondence with Mr. Southard re: schedule to APA [.2]; reviewing email correspondence form Mr. Rosenfeld re: APA [.1]. | Fees | 0.60 | 0.00 | 350.00 | 210.00 |
| 06/08/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Steigler in relation to Title status and closing [.1]; emails with Mr. Hou on closing status and disclosure of SPDES permitting issues [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/08/2017 | Renea A. Gargiulo | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Discussing need for updated certificate of good standing with Ms. Kiss and Ms. Hernandez of DCS requesting same. | Fees | 0.20 | 0.00 | 175.00 | 35.00 |
| 06/12/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Weekly status call with Ms. Cheng, Mr. Bivona and brokers on status of closing preparations [.4]; call with Mr. Hubbard [.1]; calls with Mr. Hou on closing status [.4]; emails with Mr. Hou on auction transcript [.1]; call with Mr. Roseman on status of NCF interest in closing [.2]. | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 06/12/2017 | Renea A. Gargiulo | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Following up with Ms. Hernandez of DCS regarding status of updated good standing certificate and updating Ms. Kiss regarding same. | Fees | 0.10 | 0.00 | 175.00 | 17.50 |
| 06/12/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing A&G's invoice for commission and retention order and emailing with Mr. Southard. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/13/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Ms. Ryan on request for call update with purchaser counsel [.1]; emails with Messrs. Hou and Friedman [.1]; call to Mr. Hou [.1]; call with Ms. Ryan and Messrs. Hou and Friedman [.4]; emails with Mr. Corneau on APA timing and requirements on cure [.2]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 06/13/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Conference call with Messrs. Southard, Friedman, Hou and Ms. Ryan discussing status of Oakdale Campus sale. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 06/13/2017 | Renea A. Gargiulo | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Following up with Ms. Hernandez of DCS regarding updated good standing certificate and providing update to Ms. Kiss. | Fees | 0.10 | 0.00 | 175.00 | 17.50 |
| 06/13/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing Princeton APA and breach letter and emailing with Mr. Southard regarding time to cure. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/14/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails with interested parties on requested closing documents and timing [.2]; call with Mr. Naidu on closing status [.1]; calls with Mr. Hou thereon [.3]; emails with Mr. Rosenfeld and then with Ms. Kiss and Mr. Corneau on status [.2]; emails with Ms. Cheng and Mr. McCarthy in relation to same and closing requirements [.2]; emails with Mr. Hou and title counsel on closing call [.1]; emails with interested broker in alternative Oakdale transaction; then email to Mr. Rosenfeld thereon [.1]; discussing closing status with Mr. White [.1]. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 06/14/2017 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing good standing certificate and emailing with Mr. Southard [.1]; discussing closing preparation with Mr. Corneau [.2]; reviewing closing checklist and preparing binders of pre-closing items and closing items [2.2]; reviewing closing checklist for documents requiring Mr. Rosenfeld's signature and emailing with Mr. Rosenfeld [.1]. | Fees | 2.60 | 0.00 | 375.00 | 975.00 |
| 06/14/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Conferring with Ms. Kiss regarding closing preparation. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/15/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Call with Mr. Ciao on purchaser closing [.2]; call with Mr. Rosenfeld thereon [.1]; discussion on closing status with Mr. Corneau [.2]; meeting with Ms. Kiss on closing checklist [.3]; several emails with counsel and ACA on closing status and related requirements [.3]; reviewing FIRPTA and related emails with Ms. Kiss [.1]; reviewing email on transition agreement from Mr. Bivona; then forwarding same [.1]; call with purchaser, lender counsel and Judicial title on closing [.6]; emails with Mr. White thereon [.1]; preparing emails to title and lender counsel in relation to closing matters; discussing with Ms. Kiss and Mr. White and related emails thereon [.5]; several further emails with Messrs. DelliCarpini, Bivona, Cote and White in relation to closing of title and related questions [.5]; drafting transition agreement and related emails with Mr. Bivona, Ms. Kiss and Mr. Corneau thereon [1.2]. | Fees | 4.20 | 0.00 | 575.00 | 2,415.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/15/2017 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Preparing binder of seller closing deliveries and reviewing emails of open items [1.0]; discussing closing checklist and status of closing with Mr. Southard [.3]; emailing with Mr. Bivona regarding certificates of insurance and Mr. Rosenfeld regarding original signature pages [.1]; reviewing Mr. Rosenfeld's signatures to the leasehold releases for the 2006 bonds and emailing with Mr. Southard [.1]; reviewing certificate of insurance with Iron Mountain and emailing with Mr. Cook [.1]; conference call with Messrs. Southard, White, Hou and DelliCarpini discussing title concerns [.6]; reviewing affidavit of service for Oakdale sale motion and emailing with Mr. Southard [.2]; discussing lender's questions on Brookhaven with Mr. Southard, reviewing appraisal and emailing with Mr. Southard [.5]; reviewing Mr. Rosenfeld's comments to his declaration in support of the sale motion and revising same [.6]; reviewing affidavit of service for bar date order and emailing with Mr. Southard [.2]; reviewing and revising transition agreement [.6]. | Fees | 4.30 | 0.00 | 375.00 | 1,612.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/15/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Conferring with Mr. Southard regarding status. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 06/15/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Email correspondence with Mr. Southard re: campus closing [.1]; conference call with all parties re: status of campus sale [1.0]; reviewing proposed Transition Agreement [.1]; reviewing various affidavits of service relative to bankruptcy [.2]; multiple email correspondence with Mr. Southard and Judicial Title re: Dowling College certified board resolution, draft deed and title affidavit and general title issues [.3]; reviewing certificates of occupancy for Brookhaven campus [.1]; multiple email correspondence with Messrs. Southard and Bivona re: survey for Oakdale campus [.2]; reviewing updated title exceptions and attorney search on Princeton principals [.3]. | Fees | 2.30 | 0.00 | 350.00 | 805.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/16/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call and emails with Mr. Hou on insurance and closing status [.2]; further emails with Mr. Bivona, Rosenfeld and Cook thereon and Mr. Hou [.2]; reviewing and responding to several emails and comments on transition agreement from Messrs. Bivona, Rosenfeld and White, then call with Mr. White in relation to same [.4]; revising transition agreement and circulating for comment [.4]; further emails and revisions to transition agreement [.3]; call with Mr. McCord in relation to closing of Oakdale campus [.1]; reviewing Judicial title information and exceptions; emails with Mr. White and Ms. Kiss thereon; then emails with Mr. DelliCarpini [.4]; reviewing email from Mr. DelliCarpini on deed language and emails with Mr. White thereon [.2]. | Fees | 2.20 | 0.00 | 575.00 | 1,265.00 |
| 06/16/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Conference call with Messrs. Southard and White regarding title issues relative to sale [.1]; reviewing documents received from Judicial Title [.3]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/16/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing drafts of Transition Agreement [.6]; multiple email correspondence with Mr. Southard re: revisions to same and SPDES permit [.4]; reviewing amended title exceptions adding results of Delaware Name Search conducted against Princeton Education Center LLC [.2]; email correspondence with Mr. Southard re: disposition of judgments of record [.1]; telephone conference with Mr. Southard re: sewer easement and servicing [.3]; reviewing amended legal description as proposed by Judicial Title and compared same to deeds of record [.6]. | Fees | 2.20 | 0.00 | 350.00 | 770.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/19/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Conference call with Messrs. Southard, White, DelliCarpini and Hou discussing status of closing and open items [.5]; discussing title concerns with Messrs. Southard and White [.2]; discussing closing documents with Mr. Southard [.2]; reviewing APA for apportionment readings and emailing with Mr. Southard [.2]; revising officer's certificate and emailing with Mr. Southard [.1]; discussing officer's certificates with Mr. Southard and revising same [.2]; reviewing certificate of insurance from 24-7 Restoration Inc. [.1]; preparing list of documents for Mr. Rosenfeld to sign at closing and discussing same with Mr. Southard [.3]; revising closing binders with updated documents [1.2]; reviewing emails on status of closing [.1]. | Fees | 3.10 | 0.00 | 375.00 | 1,162.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------|-----------|-------|-------|-------|-------|
| 06/19/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Naidu on closing location and status [.1]; call with brokers and Ms. Cheng on status of closing [.2]; emails with Mr. Rosenfeld in relation to utilities and call on closing [.1]; emails with Mr. Roseman on closing status [.1]; reviewing email from Mr. Rosenfeld on transition issues; emails to Mr. Hou in relation to same [.1]; reviewing email from Mr. O'Shea; then emails and call with title, counsel to purchaser and lender in relation to closing matters [.6]; reviewing overnight and closing documents from Mr. Rosenfeld [.1]; call with Mr. Rosenfeld [.2]; meeting with Ms. Kiss discussing checklist for closing and status of various matters in preparation for closing [.4]; call with Mr Hou [.1]; reviewing email and discussing closing apportionment timing with Ms. Kiss and APA terms; preparing closing statement; reviewing payment requests; then related emails with client and title thereon [1.4]; reviewing revised closing documents and related emails and discussions with Ms. Kiss in preparation for closing [.4]; reviewing insurance update on closing from Mr. Cook and Ms. Kiss [.1]; call with Mr. McCord on closing [.1]; further call with Mr. Hou on closing delay [.2]; conferring with Mr. Corneau re: closing [.2]; emails thereon with parties in interest [.4]; call with Mr. Friedman [.2]; call with Mr. Rosenfeld [.1]; emails with Mr. Roseman [.1]. | Fees | 5.20 | 0.00 | 575.00 | 2,990.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/19/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing multiple emails regarding Oakdale closing [0.2]. Conferring with Mr. Southard regarding closing [0.4]. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |
| 06/19/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Multiple email correspondence with Messrs. Southard and Rosenfeld re: campus utilities [.3]; reviewing Partial Release documents [.1]; multiple email correspondence with Messrs. Southard, Bivona and Rosenfeld re: same [.3]; conference call with all parties re: status [.6]; reviewing Dowling organizational documents [.1]; reviewing APA as it pertains to apportionments [.1]; multiple email correspondence with all parties re: adjournment of closing [.3]; reviewing email correspondence from Ms. Kiss re: closing checklist [.1]; reviewing closing worksheet [.1]. | Fees | 2.00 | 0.00 | 350.00 | 700.00 |
| 06/20/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Mr. Hubbard on closing status [.2]; call with Mr. Hou on status of closing; emails with same [.1]; emails with Mr. Roseman on back-up bid [.1]; call with creditors and debtor parties [.5]; further call with Mr. Hou [.1]; further call with Mr. Roseman [.1]; meeting with Mr. Corneau | Fees | 5.80 | 0.00 | 575.00 | 3,335.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement

and Ms. Kiss on breach scenario and motion
for comfort order [.4]; preparing letter to
Mr. Roseman and emails thereon with Mr.
Corneau [.4]; further call with creditors and
debtor parties on closing status and breach
options; calls thereon with Mr. Hou;
discussions with Mr. Corneau and Ms. Kiss;
related emails with creditors and Mr.
Rosenfeld on update from Mr. Hou and
Princeton [1.1]; call with Mr. Pfeiffer and
Mr. Corneau discussing backup bid timing
[.3]; further call with Mr. Pfeiffer on ACA
position [.2]; emails and call with creditor
groups, Mr. Rosenfeld and Mr. Corneau on
latest information; then calls with Mr.
Hammel and Mr. Friedman thereon [.6];
reviewing NCF APA and related emails and
discussing with Ms. Kiss motion papers [.3];
reviewing proposed form of order discussing
status with Mr. Corneau and coverage for
hearing/closing scenarios; then emails with
chambers on status of closing [.2]; emails
with Mr. Steigler on title update and status
[.1]; call to Mr. Hou [.1]; discussing
termination letter and related
correspondence and motion with Mr.
Corneau [.1]; reviewing draft termination
letter and email with Mr. Corneau [.1];
reviewing motion for order approving NCF
as successor bidder and related emails [.4];
call with Mr. Hou [.1]; emails with Mr.
Rosenfeld on update for closing [.1]; emails
to chambers on status [.1]; emails to Mr.
Kleinberg on status [.1].

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/20/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Conference calls with DIP Lenders and Creditors Committee discussing status of Oakdale sale [1.3]; reviewing bidding procedures to confirm timeline [.2]; discussing back up bidder's rights and obligations with Messrs. Southard and Corneau [.3]; drafting supplemental sale motion [4.1]; reviewing order approving supplemental sale motion and revising order and supplemental sale motion [1.4]; drafting motion to shorten time on hearing to consider supplemental sale motion [.7]; reviewing drafts of termination letter and letter to NCF [.1]. | Fees | 8.10 | 0.00 | 375.00 | 3,037.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/20/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Conference call regarding Oakdale closing status [0.7]. Conferring with Mr. Southard, joined in progress by Ms. Kiss, regarding Oakdale closing [0.6]. Reviewing draft letter to Mr. Roseman regarding backup bid [0.1]. Telephone call with Mr. Roseman regarding backup bid [0.2]. Drafting NCF sale order [4.4]. Conference call regarding Oakdale closing status [0.5]. Update call with UCC, lenders regarding closing, then telephone call with Mr. Rosenfeld, then call with Messrs. Hammel and Friedman, and then conferring with Mr. Southard regarding status and strategy [0.9]. Drafting termination letter regarding Princeton APA [0.6]. Conferring with Mr. Southard regarding status [0.1]. Reviewing and commenting on motion to confirm NCF as successful bidder and motion to shorten time [1.4]. Reviewing and revising letter to NCF [0.4]. Emailing with Ms. Kiss and Mr. Southard regarding comments on motion to confirm and motion to shorten time [0.2]. | Fees | 10.10 | 0.00 | 495.00 | 4,999.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/20/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Multiple email correspondence with all parties re: conference call [.2]; Conference call with all parties [.2]; email correspondence with all parties re: status [.1]. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |
| 06/21/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Mr. Corneau and Ms. Kiss in relation to status of various matters for July 10 hearing, including DIP financing, US DOE motion, Oakdale and Brookhaven closing status, etc. [.7]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/21/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Call with Mr. Hou; then joining call with Messrs. Li and Cao [.3]; call with Mr. Rosenfeld; then emails on update from parties; reviewing diligence from NCF; several emails with parties in interest [.5]; call with creditors and debtor representatives on status of Princeton and NCF [.5]; call with Mr. Corneau on draft agreement and letter [.1] call with Mr. Cao [.1]; reviewing accumulated emails from parties in interest, including client, brokers and counsel to creditors on Oakdale status; responding to same and call with Mr. Corneau [.4]; call with Mr. Rosenfeld [.2]; call with chambers [.2]; further emails with Mr. Roseman on status of NCF deal and diligence [.2]; call with Mr. Hou on status [.1]; emails on wire transfer and status with Messrs. Corneau and Rosenfeld [.2]; emails on call with parties in interest [.2]. | Fees | 3.00 | 0.00 | 575.00 | 1,725.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/21/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing proof of funds from NCF and email on status with Princeton [.2]; conference call with DIP Lenders and Committee Counsel regarding status of Oakdale Campus sale [.5]; follow up discussion with Messrs. Southard and Corneau [.2]; reviewing and revising extension agreement and emailing with Mr. Corneau [.4]; discussing status of Oakdale Campus sale with Mr. Corneau multiple times [.3]; conference call with Messrs. Southard and Corneau discussing status of Oakdale Campus sale [.7]. | Fees | 2.30 | 0.00 | 375.00 | 862.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/21/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing multiple emails regarding Oakdale sale status [0.2]. Conference call with lenders, UCC regarding Oakdale sale status [0.5]. Telephone call and conference with Ms. Kiss and Mr. Southard regarding status [0.2]. Drafting extension letter agreement [1.1]. Telephone call with Mr. Friedman [0.1]. Revising extension letter agreement [0.2]. Conferring with Ms. Kiss regarding status [0.2]. Conferring with Mr. Southard regarding status [0.2]. Telephone call with Mr. McCarthy regarding extension letter agreement [0.1]. Conferring with Ms. Kiss regarding status [0.2]. Emailing with Mr. Rosenfeld regarding transition to NCF [0.2]. Conferring with Mr. Southard and Ms. Kiss regarding status [0.7]. | Fees | 3.90 | 0.00 | 495.00 | 1,930.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/21/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing email correspondence pertaining to proof of funds for NCF [.1]; email correspondence with all parties re: status of additional deposit from Princeton: Conference call with all parties [.2]; reviewing draft extension letter and comments to same [.2]; email correspondence with Messrs. Southard and Corneau re: same [.1]; email correspondence with Judicial Title re: draft deed and title affidavit [.1]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|------|------|------|------|------|
| 06/22/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Several emails with Mr. Hou and with Messrs. Corneau and Klestadt on wire confirmation, extension, etc. [.3]; call with Mr. Hou [.1]; emails with parties in interest on termination and back-up bidder; call organization, etc.; [.2]; call with Mr. Friedman [.1]; call with Mr. Pfeiffer [.3]; emails with Mr. Roseman [.1]; discussing status with Mr. Corneau; reviewing and circulating draft termination order and letter to NCF [.3]; call with creditors and debtor representatives on Oakdale sale status, termination and backup matters [.2]; reviewing comments on letters; reviewing APA and revising letters and emails and discussion with Mr. Corneau on same; finalizing and transmitting letters terminating [1.1]; several emails on draft order, and motion for comfort order requested by Mr. Roseman and then emails with creditor parties [.3]; discussing status with Ms. Kiss [.2]; call with Mr. Roseman [.1]; further discussion with Ms. Kiss and Mr. Corneau on motion and timing [.4]; call with chambers on update [.2]; calls and discussion with Mr. Rosenfeld; then Mr. Roseman with Ms. Kiss and Mr. Corneau on status of closing and transition to NCF [.5]; preparing several emails on closing status and documentation to NCF counsel [.5]; emails updating Mr. Kleinberg in relation to sale status and motion [.3]; emails with Mr. Roseman on press release [.1]; emails with Mr. Clayton on update re: sale [.1]; | Fees | 5.40 | 0.00 | 575.00 | 3,105.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/22/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Revising supplemental sale motion and motion to shorten time based upon recent events [2.3]; call with DIP Lenders and Creditors Committee regarding termination letter to Princeton and status of sale to NCF [.2]; discussing supplemental sale motion and motion to shorten time with Messrs. Southard and Corneau [.4]; revising declarations and orders to motions based upon Mr. Corneau's comments to the motions [.6]; gathering exhibits to the supplemental sale motion [.5]; telephone call with Mr. Nikelsberg discussing service of supplemental sale motion and motion to shorten time [.1]; discussing assignment to format Princeton APA with Ms. Gargiulo and Mr. Corneau separately [.2]; discussing status of closing with Messrs. Southard and Corneau and calls with Messrs. Rosenfeld and Roseman separately [.9]; revising deed, title affidavit and FIRPTA and emailing with Mr. Southard [.5]; reviewing and formatting APA with NCF [.5]; updating schedules to APA with NCF based upon updated schedules with Princeton [.3]. | Fees | 6.50 | 0.00 | 375.00 | 2,437.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/22/2017 | Renea A. Gargiulo | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Formatting NCF asset purchase agreement<br>for filing per Ms. Kiss' request. | Fees | 0.70 | 0.00 | 175.00 | 122.50 |
| 06/22/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Conferring with Mr. Southard regarding<br>Princeton default [0.2]. Telephone call with<br>Mr. Begley regarding Princeton default, DIP<br>status [0.2]. Conference call with lenders,<br>UCC [0.3]. Revising letter to NCF [0.1].<br>Reviewing and revising motion to confirm<br>NCF as successful purchaser, motion to<br>shorten time, termination letter to Princeton,<br>letter to NCF regarding backup bid [1.2].<br>Conferring with Mr. Southard and Ms. Kiss<br>regarding pleadings [0.2]. Further revisions<br>to pleadings [2.1]. Telephone call with Mr.<br>Hammel regarding sale pleadings [0.2].<br>Conferring with Ms. Kiss and Mr. Southard,<br>then call with Mr. Rosenfeld, then call with<br>Mr. Roseman, further revisions to sale<br>pleadings [1.8]. Conferring with Mr.<br>Southard regarding status [0.2]. | Fees | 6.50 | 0.00 | 495.00 | 3,217.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/22/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Multiple email correspondence with all parties re: Princeton withdrawal [.2]; reviewing proposed termination letter to Princeton's counsel and letter to NCF counsel [.1]; conference call with all parties [.1]; reviewing email correspondence from Mr. Rosenfeld re: sewage treatment plant [.1]. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----|-----------|-------|-------|-------|-------|
| 06/23/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Several emails with Messrs. Rosenfeld and Kleinberg and Roseman in relation to NCF bid and intention with property [.4]; call with Mr. Rosenfeld [.1]; several emails in relation to delivery of notice with Ms. Bergman [.1]; emails with Mr. Roseman on motion to confirm back-up bidder; closing logistics, etc. [.2]; emails with Mr. McCarthy thereon [.1]; reviewing prior NCF Bid materials [.3]; emails with Mr. Rosenfeld on additional approvals [.1]; reviewing and responding to emails from Mr. Corneau; then call with same on motion [.3]; reviewing comments to motion from Mr. Roseman; emails with Mr. Corneau thereon [.3]; emails with Mr. Kleinberg and Mr. Curtin on back-up bid comparison to Princeton [.2]; reviewing email from Ms. Kiss and then from Mr. Rosenfeld on updated schedules to APA [.3]; reviewing final drafts and related emails on execution copies for declarations from Ms. Kiss and Mr. Rosenfeld [.3]; emails with Ms. Kiss on service of same [.1]; emails with Messrs. Corneau, Rosenfeld and Ms. Kiss on final order and potential waiver [.2]; emails with Ms. Bakemeyer and Ms. Kiss on entry of order scheduling hearing and service matters [.2]. | Fees | 3.20 | 0.00 | 575.00 | 1,840.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/23/2017 | Rayella S. Bergman | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Examining APA for formatting continuity. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 06/23/2017 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing and formatting APA with NCF and discussing same with Mr. Corneau multiple times [.8]; revising table of contents to APA with NCF and discussing changes with Ms. Bergman [.6]; updating schedules to APA with NCF based upon updated schedules with Princeton and emailing with Mr. Rosenfeld [.4]; conference call with Mr. Corneau and Ms. Bakemeyer discussing supplemental sale motion and motion to shorten time [.1]; reviewing NCF's comments to the supplemental sale motion and motion to shorten time [.2]; finalizing and filing supplemental sale motion and motion to shorten time [.9]; emailing with GCG regarding service [.1]; discussing service with Mr. Corneau and multiple emails to GCG [.1]; reviewing order shortening time for service requirements [.1]; discussing status with Mr. Corneau [.1]. | Fees | 3.40 | 0.00 | 375.00 | 1,275.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------|-----------|-------|-------|-------|-------|
| 06/23/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Attending to multiple issues relating to transition to NCF [2.1]. Telephone call with Mr. Southard regarding sale to NCF [0.2]. Updating pleadings [0.2]. Telephone call with Mr. Yang [0.2]. Telephone call with Mr. Southard regarding sale to NCF [0.1]. Telephone call with Mr. Roseman regarding sale to NCF [0.1]. Preparing sale pleadings for filing [0.6]. Retrieving motion to confirm and motion to shorten time, assembling same [0.2]. Emailing with lenders and UCC regarding motions filed [0.2]. Emailing with Mr. Rosenfeld regarding waiver of stay [0.1]. Emailing with Mr. Southard regarding waiver of stay [0.1]. | Fees | 4.10 | 0.00 | 495.00 | 2,029.50 |
| 06/23/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing schedules to the APA with NCF and proposed revisions to same [.2]; reviewing motion with the Court to confirm NCF as the successful bidder [.2]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/26/2017 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing email on survey, reviewing prior deed and emailing with Mr. Corneau [.1]; reviewing emails on SPDES permit violation, revising schedules and emailing with Mr. Rosenfeld [.3]; discussing F&E APA and schedules with Mr. Corneau and emailing relevant documents to Mr. Corneau [.2]; discussing status of Oakdale sale with Mr. Corneau [.2]. | Fees | 0.80 | 0.00 | 375.00 | 300.00 |
| 06/26/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing accumulated email on Oakdale campus sale [0.2]. Telephone call with Mr. Roseman regarding Oakdale campus sale [0.2]. Telephone call with Mr. Rosenfeld regarding Oakdale campus sale [0.3]. Emailing with Mr. Southard regarding Oakdale campus sale [0.2]. Emailing with Mr. Roseman regarding survey [0.2]. Emailing with Mr. Roseman regarding APA schedules, F&E APA and transition services agreement [0.3]. Telephone call with Messrs. Rosenfeld and Hubbard regarding NCF [0.1]. Telephone call with Messrs. Rosenfeld and Hubbard regarding NCF [0.4]. Conferring with Ms. Kiss regarding status [0.2]. | Fees | 2.10 | 0.00 | 495.00 | 1,039.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/26/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Messrs. Corneau and Roseman on closing and transition matters [.1]; then emails with Mr. Rosenfeld thereon [.1]; emails with Mr. Roseman on survey status [.1]; reviewing emails on further revised schedules to NCF APA from Ms. Kiss to Mr. Rosenfeld and then to Mr. Roseman [.2]; further emails with Mr. Corneau in relation to waiver and timing for closing [.2]; reviewing email from Mr. Corneau in relation to post-closing transition and updated APA schedules [.1]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 06/26/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Multiple email correspondence with Mr. Corneau re: survey for Oakdale campus [.2]; email correspondence with Mr. Rosenfled re: survey [.1]; reviewing survey [.1]; reviewing revised schedules to APA [.1]. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |
| 06/27/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Telephone call with Mr. Hubbard regarding Oakdale status [0.4]. Emailing with Mr. Southard regarding Oakdale status [0.2]. Briefly reviewing NCF APA regarding closing requirements [0.3]. | Fees | 0.90 | 0.00 | 495.00 | 445.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/28/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Discussing status of Oakdale campus sale with Mr. Corneau multiple times. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 06/28/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Conferring with Ms. Kiss regarding status [0.2]. Emailing with Mr. Rosenfeld regarding status [0.1]. Emailing with Mr. Roseman regarding sale to NCF [0.1]. Telephone call with Mr. Roseman regarding sale [0.2]. Emailing with Mr. Rosenfeld regarding survey [0.1]. Emailing with Mr. Roseman regarding survey [0.1]. | Fees | 0.80 | 0.00 | 495.00 | 396.00 |
| 06/28/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Messrs. Steigler and Roseman on title matters [.1]; emails related to survey update with Mr. Roseman and Mr. Corneau [.1]; reviewing emails and voicemail from Mr. Ocasio and emails with Mr. Rosenfeld thereon [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 06/29/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Preparing email to Mr. Southard regarding ongoing discussion with NCF [0.5]. Conferring with Ms. Kiss regarding sale and DIP financing status [0.2]. | Fees | 0.70 | 0.00 | 495.00 | 346.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/29/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Corneau on Oakdale<br>timelin and closing status [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/30/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Conference call with Messrs. Southard and<br>Corneau discussing status of Oakdale<br>closing and reviewing emails on same. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 06/30/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Telephone call with Mr. Southard and Ms.<br>Kiss regarding Oakdale status [0.5].<br>Preparing email to lenders, UCC regarding<br>Oakdale closing status [0.8]. | Fees | 1.30 | 0.00 | 495.00 | 643.50 |
| 06/30/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Ms. Kiss and Mr. Corneau<br>concerning status of various matters; then<br>call with same [.5]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 06/30/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Corneau related to Oakdale<br>closing [.2]; emails with Mr. Corneau and<br>Mr. Hubbard thereon [.1]; emaisl with Mr.<br>Pfeiffer on closing status [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------|-----------|-------|-------|-------|-------|
| 06/30/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Email correspondence with all parties re: status of NCF transaction. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 07/03/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing supplemental sale motion and drafting summary of motion for July 6 hearing. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 07/05/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Messrs. Roseman and Corneau regarding Oakdale sale [.4]; further discussion on hearing and presentation with Mr. Corneau [.2]; call with brokers and counsel in relation to closing status and motion [.7]; call with Mr. Pfeiffer [.3]; call with Mr. Hubbard [.1]; emails and call to Mr. Roseman [.1]; call with Mr. Silverman [.4]; further call with Mr. Roseman [.4]; call with Mr. Pfeiffer [.2]; reviewing motion and preparing for hearing; emails with Ms. Kiss and Mr. Corneau on waiver argument and related matter [.7]; call with Mr. Rosenfeld [.3]. | Fees | 3.80 | 0.00 | 575.00 | 2,185.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/05/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Telephone call with Mr. Roseman and Mr. Southard regarding Oakdale sale [0.4]. Conferring with Mr. Southard regarding hearing to confirm NCF as successful bidder [0.2]. Conference call regarding status of Oakdale sale to NCF [0.8]. Conferring with Mr. Southard regarding status [0.2]. | Fees | 1.60 | 0.00 | 495.00 | 792.00 |
| 07/05/2017 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Updating summary and binder for July 6 hearing based upon recent events. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 07/06/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Telephone call with Mr. Southard regarding hearing [0.2]. Telephone call with Mr. Southard regarding outcome of hearing [0.1].  Conferring with Ms. Kiss regarding outcome of hearing [0.1]. Reviewing NCF comments to F&E APA [0.2]. Telephone call with Mr. Southard regarding outcome of meeting at campus [0.2]. | Fees | 0.80 | 0.00 | 495.00 | 396.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------|-----------|-------|-------|-------|-------|
| 07/06/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Preparing for hearing on comfort order to NCF, including call with Mr. Corneau [.8]; appearing for Debtor at hearing on motion to confirm NCF as successful bidder and conferring with counsel to creditors before and after same on status of sale, etc. [1.5]; call with Mr. Corneau on results of hearing [.1]; call with Mr. Pfeiffer on results of hearing [.1]; meeting with Mr. Roseman and client along with Debtor representatives at Oakdale Campus concerning closing and transition matters [2.4]; call with Mr. Corneau in relation to closing status and related matters [.1]. | Fees | 5.00 | 0.00 | 575.00 | 2,875.00 |
| 07/06/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Discussing July 6 hearing with Mr. Corneau. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 07/07/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Email with Mr. Javari on Oakdale status [.1]; emails with Mr. DiCioccio for Town of Islip [.1]; emails on closing matters and transition among Messrs. Roseman, Bivona and Cook [.2]; email with Mr. Roseman on formation of designee entity [.1]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------|-----------|-------|-------|-------|-------|
| 07/10/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing NCF's closing checklist, comparing to Princeton's closing checklist and emailing with Mr. Southard. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 07/10/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Rosenfeld on status of Oakdale sale order [.1]; then with Mr. Rosenfeld and Ms. Aboulafia thereon [.1]; reviewing email from Ms. Kiss in relation to closing checklist [.1]; discussing Oakdale closing status with Mr. White [.2]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 07/11/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Drafting board resolution approving sale of the Oakdale Campus to NCF. | Fees | 0.90 | 0.00 | 375.00 | 337.50 |
| 07/11/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Email on closing preparations with Ms. Kiss [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/12/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Mr. Rosenfeld on status of Oakdale closing and purchaser designee entity; further emails to Mr. Roseman [.2]; reviewing email from Mr. Roseman; then emails with client and internally on designee entity and revision to order [.3]; reviewing draft order from Mr. Corneau; then discussing with same [.2]; reviewing emails among Messrs. Corneau and Roseman thereon [.2]; call with Mr. Pfeiffer in relation to Oakdale closing status [.1]; reviewing email to parties in interest on Oakdale sale order approval and responses [.2]. | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 07/12/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Revising Oakdale sale order [0.9]. Conferring with Mr. Southard regarding sale order [0.2]. Emailing with lenders and committee regarding sale order [0.2]. | Fees | 1.30 | 0.00 | 495.00 | 643.50 |
| 07/12/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing revised supplemental sale order. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 07/13/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Roseman on survey and resolution [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/13/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing final form of supplemental sale order, uploading same and emailing with chambers. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 07/13/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing proposed Board of Trustees resolution [.1]; multiple email correspondence with Messrs. Southard and Roseman re: same [.3]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 07/14/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Pfeiffer on status [.1]; reviewing email and entry of order on NCF sale with Ms. Kiss; then emails with Mr. Roseman on closing and scheduling [.5]; emails with Mr. Rosenfeld on Princeton deposit funds [.1]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 07/14/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing supplemental sale order entered by the Court and comparing to proposed order [.1]; reviewing APA and emailing relevant dates to Mr. Southard in relation to closing [.2]. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/17/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Status call on closing with ACA and brokers<br>and Messrs. Bivona and Rosenfeld [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 07/17/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Pfeiffer in relation to sale<br>order and status. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 07/19/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Roseman on status of<br>closing and call request [.2]; reviewing<br>terms of sale and preparing and discussing<br>wire transfer of Princeton deposit with Ms.<br>Nocella and emails with Mr. Rosenfeld<br>thereon [.4]; emails internally on Princeton<br>deposit as liquidated damages [.2]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 07/20/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Conference call with Messrs. Southard and<br>Roseman discussing closing issues and<br>follow up discussion with Mr. Southard. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/20/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing closing matters in preparation for call with Mr. Roseman [.2]; call with Ms. Kiss and Mr. Roseman on status of closing [.4]; call with Mr. Rosenfeld thereon [.2]; preparing email to Messrs. Rosenfeld, White and Bivona [.2]; emails with Mr. Roseman on title call and also related to survey update [.2]; reviewing title report and related emails [.4]. | Fees | 1.60 | 0.00 | 575.00 | 920.00 |
| 07/20/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing campus survey [.2]; email correspondence with Messrs. Southard, Rosenfeld and Bivona re: scheduling of closing and status of title [.1]; email correspondence with all parties re: sale of residential portfolio [.1]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 07/21/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Ms. McAvoy from Stewart title [.2]; emails with same on closing of title, report and docket for chapter 11 case [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 07/21/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing title report [.9]. | Fees | 0.90 | 0.00 | 350.00 | 315.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/24/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Call with brokers, ACA and Dowling representatives on status of Oakdale closing and related emails with Mr. Bivona [.4]; emails with Mr. Roseman on closing timing and utilities information [.2]; emails with counsel in relation to title call confirmation [.1]; call with Mr. Pfeiffer in relation to status of Oakdale closing [.3]. | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 07/24/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing NCF sale comfort order as entered [0.2]. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 07/25/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing email on closing date request from Mr. Roseman; then call with same [.2]; related emails with Mr. Rosenfeld [.1]; reviewing email from Mr. Bivona in relation to personnel info requested by NCF [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/26/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing email on closing status with Mr. Rosenfeld [.1]; further emails with Mr. Roseman and then with ACA representatives [.2]; emails with Mr. Roseman and Mr. Bivona on employee personnel and transition matters [.3]; emails on title call and preparation with Mr. Roseman and then to Ms. Kiss and Mr. White [.1]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 07/26/2017 | Renea A. Gargiulo | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Ordering updated good standing certificate per Ms. Kiss' request. | Fees | 0.10 | 0.00 | 175.00 | 17.50 |
| 07/27/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails and discussion on closing preparation with Ms. Kiss [.2]; call with title, and purchaser representatives on Dowling [.5]; further call with Mr. Roseman thereon [.3]; revising transition agreement and emails with Messrs. Bivona and Rosenfeld thereon [.4]; emails with Mr. White on exemption for transfer taxes [.1]. | Fees | 1.50 | 0.00 | 575.00 | 862.50 |
| 07/27/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Conferring with Mr. Southard regarding potential closing date. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |

10/17/2017 3:05:32 PM

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/27/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Conference call with Messrs. Southard and Roseman and title company re: status for campus closing [.5]; reviewing title report in preparation of same [.2]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |
| 07/28/2017 | Lauren C. Kiss | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing Mr. Southard's email regarding title report, reviewing NCF APA and updated schedules and emailing with Mr. Southard. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 07/28/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Mr. White in relation to title matters and closing [.7]; email to Mr. McAvoy on title requests [.1]; revising transition agreement and emails with Messrs. Bivona and Rosenfeld thereon [.4]; emails with Ms. Kiss and Messrs. White and Corneau on Oakdale closing and terms in relation to permits [.3]; emails with Mr. Pfeiffer in relation to forfeited Princeton deposit [.1]. | Fees | 1.60 | 0.00 | 575.00 | 920.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/28/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Conference call with Mr. Southard re: title issues [.7]; reviewing building department searches [.2]; multiple email correspondence with Messrs. Southard and Corneau and Ms. Kiss re: open permits [.1]; reviewing NCF APA and updated schedules [1.0]; multiple email correspondence with Messrs. Southard and McEvoy re: title issues [.2]. | Fees | 2.20 | 0.00 | 350.00 | 770.00 |
| 07/31/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing emails from Mr. Roseman on security and wastewater questions, then emails with Messrs. Bivona and Cook thereon [.3]; status call with ACA and brokers [.3]; call with Mr. Clayton in relation to transition of employees and closing [.3]; emails with Mr. Rosenfeld and then call with Messrs. Clayton and Rosenfeld thereon [.5]; emails with Mr. McAvoy on title results and 1973 mortgage return [.1]; emails with Mr. White on permits and open information [.2]. | Fees | 1.70 | 0.00 | 575.00 | 977.50 |
| 07/31/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing emails from NCF regarding operational questions [0.2]. Conferring with Mr. Southard regarding closing and title report [0.2]. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/31/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing purchaser's questions re: security and sewer plant [.2]; email correspondence with Mr. Southard re: open permits [.1]; email correspondence with Messrs. Southard and Corneau and Ms. Kiss re: open permits [.1]; multiple email correspondence with Messrs. Southard and McEvoy re: obtaining copy of recorded mortgage [.2]. | Fees | 0.60 | 0.00 | 350.00 | 210.00 |
| 08/01/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing email from Mr. Bivona in relation to transition agreement; emails and call to Mr. Clayton thereon [.2]; several emails with Mr. McAvoy in relation to title closing and mortgage returns [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 08/01/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Email correspondence with Mr. Southard re: open permits for Oakdale campus [.1]; email correspondence with Messrs. Southard and McEvoy re: title clearance issues [.2]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 08/02/2017 | Renea A. Gargiulo | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Delaware Corporate Services' invoice no. DCS/17/08/016 for NY Department of Education Good Standing Certificate. | FILEFEE | 0.00 | 1.00 | 83.00 | 83.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/02/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call and emails with Mr. McAvoy on title status [.2]; emails with Ms. Bakemeyer on closing status [.1]; | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 08/02/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Email correspondence with Messrs. Southard, Bivona and Rosenfeld re: vehicle titles [.1]. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 08/03/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing file on Oakdale closing, reviewing prior correspondence; then emails with purchaser counsel and title in relation to status and updated documents [.5]; reviewing response from Ms. Mullen [.1]; revising transition agreement; then emails with Messrs. Rosenfeld and Bivona and Clayton [.3]; call with Mr. Clayton in relation to transition and employees terminated [.2]; revising transition agreement and further emails with Mr. Rosenfeld [.3]; reviewing emails from Mr. Cook in relation to security contract and open questions of purchaser [.2]; reviewing email from Mr. Roseman in relation to request for floor plans, etc. [.1]; email with Mr. Kleinberg on closing status [.1]; emails with Mr. Pfeiffer related to closing update [.1]. | Fees | 1.90 | 0.00 | 575.00 | 1,092.50 |
| 08/03/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing updated good standing certificate and certified board resolution of Seller approving the transaction [.2]; email correspondence with all parties re: status of campus sale [.1]; reviewing documents relevant to the Arrow Security contract [.3]; reviewing copy of prior mortgage [.4]. | Fees | 1.00 | 0.00 | 350.00 | 350.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/04/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing updated title and related emails with Stewart [.4]; reviewing and revising transition agreement and then email to Mr. Roseman thereon [.2]; reviewing copy of recorded mortgage on 1973 title [.3]; emails with Mr. White and with Mr. Bivona thereon [.1]; further emails with Mr. Roseman on transition employees [.1]. | Fees | 1.10 | 0.00 | 575.00 | 632.50 |
| 08/04/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing email correspondence re: status of title exceptions [.1]. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 08/08/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Ryan of Stewart Title on open issues [.1]; call with Mr. Roseman on financing call related to Oakdale closing [.1]; call with Mr. Rose of Allen Overy on title [.1]; call with Mr. Roseman thereon [.1]; discussing with Mr. White open title matters for closing; emails with Mr. McCarthy thereon [.3]; call with Mr. Ryan and Mr. White [.3]; further discussion with Mr. White in relation to same and emails to Mr. Ryan [.2]; emails with Messrs. Bivona and Rosenfeld on satisfaction or evidence of 1973 mortgage [.1]. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 08/08/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Interoffice conference with Mr. Southard re: title exceptions and mortgage schedule [1.0]; telephone conference with title company re: same [.2]; multiple email correspondence with Messrs. Rosenfeld and Bivona re: same [.2]; reviewing exceptions to prior owner's policy of title insurance [.2]; Reviewing Suffolk County IDA releases [.2]. | Fees | 1.80 | 0.00 | 350.00 | 630.00 |
| 08/09/2017 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing claims summary for Mr. Slattery and emailing CBA and MOA to Mr. Southard. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/09/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Roseman in relation to financing post-closing matters [.1]; emails with Mr. Roseman on CBA agreement and with Ms. Kiss thereon [.2]; further emails with Mr. McCarthy on title and 2006 closing and then email with Mr. Ryan thereon [.2]; reviewing emails and financials in relation to long term debt for title proof with Messrs. Bivona and Rosenfeld [.4]; email with Mr. Ryan on sublease waiver [.1]; reviewing email from Ms. Mullen on deed comments; then emails with Mr. White thereon [.2]; reviewing email and responding to same from Mr. White on title matters and open permits [.2]. | Fees | 1.40 | 0.00 | 575.00 | 805.00 |
| 08/09/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing audited financials to determine status of open mortgage [.3]; email correspondence with Messrs. Southard and Ryan re: title exceptions [.1]; researching applicability of New York Lien Law [.3]; email correspondence with Mr. Southard re: same [.1]; reviewing title report [.4]; email correspondence with Mr. Southard re: status of open mortgages and permits [.4]. | Fees | 1.60 | 0.00 | 350.00 | 560.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 08/10/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails with Ms. Mullen in relation to title and deed [.2]; emails with Mr. McCarthy and Mr. O'Shea on title matters for release of sublease; emails with Mr. Ryan thereon [.2]; reviewing email from Mr. Cook on estimate for scanned drawings of buildings [.1]; emails with Mr. Steigler in relation to title bill; then with Messrs. Rosenfeld and Bivona [.1]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 08/10/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Multiple email correspondence with Mr. Southard and Ms. Mullen re: New York Lien Law [.1]; multiple email correspondence with Messrs. Southard, Bivona and Rosenfeld re: open mortgage and permits [.3]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/11/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing emails from Mr. Ryan and Mr. O'Shea, call to Mr. O'Shea thereon [.2]; emails with Messrs. Rosenfeld and Bivona in relation to Oakdale title payment [.1]; reviewing file, prior correspondence and updating closing documents and preparing for closing, including closing statement; several related emails with Messrs. Corneau, Bivona, Rosenfeld and Ms. Kiss; then with Mr. Roseman and colleagues [1.3]; reviewing consent email from Mr. Roseman [.1]. | Fees | 1.70 | 0.00 | 575.00 | 977.50 |
| 08/11/2017 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing emails on schedules to Oakdale Campus APA, reviewing closing checklist and transferring documents needed for closing into file. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 08/11/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing revised closing certificates and emailing with Mr. Southard regarding same [0.2]. Reviewing APA provisions regarding integration of APA schedules and emailing with Mr. Southard regarding same [0.2]. Emailing with Mr. Roseman regarding APA schedules [0.2]. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/11/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Email correspondence with Messrs. Southard and Ryan re: 1973 mortgage [.1]; email correspondence with Mr. Southard and Ms. Mullen re: New York Lien Law [.1]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------|-----------|-------|-------|-------|-------|
| 08/14/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Call on status of Oakdale closing with brokers and ACA representatives [.3]; emails with purchaser and title representatives on status and request for call; updating various closing documents and related communications [.6]; emails with Mr. Corneau and Mr. White on deed modifications [.2]; call with Messrs. Bivona, Rosenfeld and Cook on closing preparation and status [.8]; reviewing comments to Oakdale transition agreement and related emails with counsel to purchaser and Debtor representatives [.4]; call with Mr. White thereon [.1]; emails and call with Mr. Pfeiffer on status [.2]; reviewing emails and closing documents for sublease release and call with Mr. O'Shea thereon; further emails related to same on EIN with Mr. Rosenfeld and then Mr. O'Shea [.4]; call with Mr. Roseman on status of closing matters and transition agreement [.4]; then emails to Messrs. Bivona and Rosenfeld thereon [.2]; emails with Mr. McEvoy on title omit [.1]; reviewing email from Mr. Bivona on Arrow transition matters [.1]. | Fees | 3.80 | 0.00 | 575.00 | 2,185.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------|-----------|-------|-------|-------|-------|
| 08/14/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing language for deed requested by title company and emailing with Mr. Southard regarding same. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 08/14/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing Certificate of Formation and the certified Application for Authority to Do Business in New York for Mercury International LLC [.2]; reviewing proposed sewerage language as contained in transition agreement [.1]; multiple email correspondence with Mr. Southard re: same [.3]; reviewing proposed closing statement, certification of reps and conditions and certification of corporate documents [.2]. | Fees | 0.80 | 0.00 | 350.00 | 280.00 |
| 08/15/2017 | Stephanie R. Sweeney | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Conferring with Mr. Corneau and Mr. Southard in advance of closing call [.3]; call with buyer counsel, client, Mr. Corneau, Mr. Southard re: closing, follow-up discussion with Mr. Southard and Mr. Corneau [.9]; reviewing emails re: closing updates [.1]. | Fees | 1.30 | 0.00 | 395.00 | 513.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/15/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Cook in relation to utility disconnect [.1]; reviewing email from Mr. Herz on deed language [.1] attending to various closing matters and preparation; emails with Messrs. Herz and Roseman and White [.5]; meeting with Ms. Sweeney and Mr. Corneau in relation to closing status and preparation [.3]; call with counsel to purchaser on closing matters [.6]; discussing results of same with Ms. Sweeney and Mr. Corneau [.3]; email update to creditor parties on closing [.2]; reviewing email from Mr. Ryan on title concern and HEFA and then reviewing and then several emails and calls with various parties, reviewing title reports and title affidavit; several calls with Mr. Rosenfeld in relation to same [1.4]; reviewing email on potential claim for insurance on electric incident from Mr. Bivona; reviewing APA and related emails with client [.5]; emails with Mr. Roseman on client request for walk-through [.1]. | Fees | 4.10 | 0.00 | 575.00 | 2,357.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------|-----------|-------|-------|-------|-------|
| 08/15/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing updated closing checklist and commenting on same [0.2]. Conferring with Mr. Southard and Ms. Sweeney regarding closing status [0.2]. Telephone call with Mr. Roseman and then conferring with Mr. Southard and Ms. Sweeney regarding closing status [0.9]. | Fees | 1.30 | 0.00 | 495.00 | 643.50 |
| 08/15/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing closing checklist [.1]; multiple email correspondence with Messrs. Southard and Roseman re: TP 584 and RP 5217 [.5]; reviewing title bill [.1]; multiple email correspondence with Messrs. Southard, Bivona and Rosenfeld re: HVAC [.3]; multiple email correspondence with all parties re: status of closing [.1]; multiple email correspondence with Messrs. Southard, Bivona and Rosenfeld re: title exceptions [.4]; mail correspondence with Mr. Southard re: transfer tax exemption [.1]. | Fees | 1.60 | 0.00 | 350.00 | 560.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 08/16/2017 | Stephanie R. Sweeney | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing and revising Title Affidavit per Stewart Title comments, discussing same with Mr. Corneau, sending same to Mr. Southard [.5]; calls with Mr. Southard and Mr. Corneau re: same, emailing to Mr. Rosenfeld, reviewing Mr. Rosenfeld comments to same [.4]; call and emails with Ms. Kiss re: original 2006 release documents, locating and reviewing same and sending to Mr. Southard [.5]; further revising Title Affidavit per various comments received and call with Mr. Southard and circulating same [.7]. | Fees | 2.10 | 0.00 | 395.00 | 829.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/16/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing emails from Mr. Bivona on transition matters [.1]; emails and call to Mr. Roseman related to same [.2]; emails with Mr. White on closing preparations [.1]; call with Mr. White in relation to closing matters [.3]; call with Mr. Roseman on closing [.4]; call with Mr. Pfiefer and related email on update [.2]; call with Mr. Corneau [.2]; reviewing emails and call with Ms. Sweeney on title affidavit [.2]; call with Mr. Rosenfeld in relation to same [.1]; emails with Mr. Roseman and then with Mr. Bivona on title for vehicles [.1]; reviewing escrow and closing statement draft; then related emails with title and purchaser [.3]; emails with Mr. O'Shea and Mr. McAvoy on sublease release; then emails with Ms. Sweeney and Ms. Kiss thereon [.3]; further emails with Mr. Ryan of title on closing concerns [.2]; meeting with Messrs. Bivona, Cook and Rosenfeld on Oakdale closing prep and status of various related matters, including calls with title, counsel to purchaser, etc. [2.5]; emails with Mr. McAvoy on comments to deed; then emails with Mr. White and Ms. Sweeney and then with Mr. Herz on various title documents and preparation [.3]. | Fees | 5.50 | 0.00 | 575.00 | 3,162.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 08/16/2017 | Lauren C. Kiss | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing emails and documents in connection with the 2006 bond leasehold releases and telephone call with Ms. Sweeney discussing same [.3]; reviewing documents received from Ms. Sweeney and emailing with Mr. Southard [.2]; reviewing prior emails on affidavits of service for Oakdale campus sale related documents and emailing with Mr. Southard [.1]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 08/16/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing emails regarding closing status [0.2]. Telephone call with Mr. Southard regarding closing status [0.2]. Conferring with Ms. Sweeney regarding closing status [0.1]. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 08/16/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Multiple email correspondence with Mr. Southard re: power of attorney [.2]; telephone conference with Mr. Southard Re: status [.3]; reviewing motor vehicle transfer forms [.2]; multiple email correspondence with Messrs. Southard and Ryan re: judgment of record [.2]; drafting TP 584 and RP 5217 [1.0]; reviewing tax search and legal descriptions [.3]: multiple email correspondence with Messrs. Southard, Bivona and Rosenfeld and Ms. Sweeney re: title affidavit [.4]; reviewing same [.2]; multiple email correspondence with Mr. Ryan re: TP 584 and RP 5217 [.2]; revising TP 584 and RP 5217 [.1]. | Fees | 3.10 | 0.00 | 350.00 | 1,085.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------|-----------|-------|-------|-------|-------|
| 08/17/2017 | Stephanie R. Sweeney | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Preparing documents for Mr. Rosenfeld's signature, sending to Mr. Corneau and Mr. Southard with list of outstanding signatures [1.3]; revising and recirculating outstanding signatures, discussing release documents with Mr. Southard, calling court re: certified sale orders [.5]; reviewing Mr. Southard comments to outstanding signatures, revising and recirculating same, sending FIRPTA to title [.5]; drafting power of attorney, revising officer's certificate, reviewing power of attorney from Mr. White [.5]; revising and circulating Deed [.5]; revising Deed per title comments and recirculating, reviewing sale orders [.9]. | Fees | 4.20 | 0.00 | 395.00 | 1,659.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/17/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing and responding to several emails and attending to closing preparation for Oakdale sale, including HVAC electric issues, updating checklist; reviewing closing documents [1.6]; emails with Mr. Bivona on contracts and transition matters [.2]; emails with Messrs. Herz, and Roseman and Ms. Sweeney concerning title and deed form [.2]; emails with Mr. White concerning POA for closing matters; reviewing same [.2]; call with Mr. Pfeiffer in relation to closing status [.1]; attending to further closing preparation matters, including updating draft of transition agreement and related emails; further emails on closing documents and execution by Mr. Rosenfeld [1.1]; emails with Mr. Bivona and Mr. White on electric matters and update on insurance [.2]. | Fees | 3.60 | 0.00 | 575.00 | 2,070.00 |
| 08/17/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing emails regarding Oakdale closing status [0.1]. Conferring with Mr. Southard regarding Oakdale closing status [0.2]. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 08/17/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing executable closing documents [1.0]; multiple email correspondence with Mr. Southard and Ms. Sweeney re: same [.3]; multiple email correspondence with Mr. Rosenfeld re: same [.3]; reviewing SPDES permit transfer application [.1]; multiple email correspondence with Messrs. Southard, Ryan and Roseman re: TP 584 [.3]; reviewing revised closing checklist [.1]; multiple email correspondence with Mr. Southard re: power of attorney [.2]; drafting power of attorney [.5]; telephone conference with Mr. Rosenfeld re: closing documents [.1]; multiple email correspondence with Mr. Rosenfeld re: same [.3]; reviewing revised transition agreement [.2]; email correspondence with Messrs. Southard, Rosenfeld and Bivona and Ms. Sweeney re: same [.1]. | Fees | 3.50 | 0.00 | 350.00 | 1,225.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------|-----------|-------|-------|-------|-------|
| 08/18/2017 | Stephanie R. Sweeney | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Discussing schedules with Mr. Southard, sending F&E Bill of Sale to Mr. Roseman, emails with Mr. Corneau and Mr. Southard updating schedules [.5]; reviewing revised schedules, reviewing emails re: closing updates, insurance update, funds flow [.5]; revising bill of sale and sending to Ms. Mullen [.3]; compiling execution versions of APA and F&E APA agreements, exhibits and schedules [1.9]; coordinating closing set of seller deliverables and sending to Mr. Southard [1.8]; discussing same with Mr. Southard and sending to Mr. Roseman, coordinating signing of tax document with Mr. Rosenfeld, related emails with Ms. Mullen [.5]; call with Mr. Southard and Mr. Rosenfeld re: execution of documents and closing logistics [.5]. | Fees | 6.00 | 0.00 | 395.00 | 2,370.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------|-----------|-------|-------|-------|-------|
| 08/18/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Call with Mr. Rosenfeld on status [.1]; emails and call on closing status with Mr. Roseman [.3]; discussing with Ms. Sweeney updated checklist on closing and various documents [.3]; emails and call with Mr. Rosenfeld [.2] attending to various closing preparation matters, discussions and emails with Mr. Corneau and Ms. Sweeney and drafting updated disclosures and emails with parties in interest [.9]; calls with Mr. Pfeiffer [.2]; call with Mr. Bivona [.2]; call with Mr. Amendola and related emails on invoice and commission for closing [.4]; updating closing statement and reviewing title invoice and preparing wire information and several related emails with title and purchaser personnel, including call with Mr. White [1.2]; preparing email update to parties in interest on closing status and open issues [.3]; further emails on closing preparation, discussing documents and forms with Ms. Sweeney and Ms. Mullen  and with Mr. White [.8]; reviewing emails on escrow direction letter and wires from Messrs. Bivona and Rosenfeld [.3]; emails with Mr. Hubbard on walk-through status [.2]; reviewing email and escrow agreement draft from Mr. White [.2]; further emails on status for closing with Mr. Hubbard and Mr. Rosenfeld [.2]. | Fees | 5.80 | 0.00 | 575.00 | 3,335.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/18/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emailing with Mr. Southard, Ms. Sweeney regarding APA schedules [0.2]. Updating APA schedules [0.3]. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/18/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Multiple email correspondence with Mr. Rosenfeld re: closing documents [.2]; telephone conference with Mr. Rosenfeld re: closing documents [.1]; meeting with Mr. Rosenfeld to execute closing documents [.5]; email correspondence with all parties re: status and further language to APA [.1]; reviewing revised closing checklist [.2]; reviewing revised title bill [.1]; multiple email correspondence with Messrs. Southard, Rosenfeld and Bivona re: flow of funds [.2]; multiple email correspondence with Messrs. Southard, Rosenfeld and Bivona re: insurance claim [.2]; reviewing schedules to F&E APA [.2]; reviewing broker commission invoice [.1]; reviewing bills of sale for vehicles [.2]; multiple email correspondence with Messrs. Southard, Rosenfeld and Bivona and Ms. Sweeney re: wires [.3]: reviewing email correspondence re: sewerage [.1]; reviewing updated closing statement [.1]; reviewing Form ST-131 [.1]; multiple email correspondence with Ms. Sweeney and Mr. Rosenfeld re: same [.2]; email correspondence with Mr. Southard and Ms. Sweeney re: closing documents [.1]; reviewing updated closing statement [.1]; multiple email correspondence with Mr. Southard re: status of closing documents [.2]; drafting escrow agreement relative to HVAC [1.0]; email correspondence with Mr. Southard re: same [.1]; telephone conference with Mr. Southard re: status [.2]. | Fees | 4.60 | 0.00 | 350.00 | 1,610.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/19/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails and call with Mr. Hubbard on closing status and walk-through [.3]; further emails and call with Mr. Rosenfeld and Mr. Bivona related to closing preparation [.4]; call with Mr. White related to same [.1]; emails to Mr. Roseman [.1]; reviewing and revising draft escrow agreement and emails with Mr. White thereon [.5]; further emails on closing preparation with Mr. White [.1]. | Fees | 1.50 | 0.00 | 575.00 | 862.50 |
| 08/19/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing email correspondence re: status of inspection [.1]; reviewing revisions to escrow agreement [.1]; email correspondence with Mr. Southard re: closing documents [.1]; telephone conference with Mr. Southard re: status [.2]. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |
| 08/20/2017 | Stephanie R. Sweeney | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing emails re: escrow, walk through, closing. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/20/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing email from Mr. Roseman on status of execution and closing and request for address on issues raised during walk-through [.2]; call with Mr. Amendola and related emails on further walk-through [.2]; emails with client representatives and then with Mr. Roseman on escrow request and related matters [.4]; emails with Mr. Pfeiffer [.1]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 08/20/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Multiple email correspondence with Messrs. Southard, Rosenfeld and Bivona re: results of inspection [.3]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 08/21/2017 | Stephanie R. Sweeney | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Ms. Mullen re: FE APA and Bill of Sale, resending same, related emails with Mr. Southard; reviewing revised Escrow Agreement [.5]; reviewing further revised Escrow Agreement, related emails with Mr. Southard and Mr. White, reviewing emails re: sewage charges, sending signed Escrow Agreement [.5]; emails with Ms. Nocella, Mr. White re: escrow wires [.1]. | Fees | 1.10 | 0.00 | 395.00 | 434.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/21/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Calls and emails with Mr. Roseman on closing status and preparations [.3]; call with chamber and emails with Ms. Bakemeyer [.2]; emails with Mr. Hammel on with Mr. Bivona on transition matters and sewerage [.2]; emails with Mr. Roseman on escrow; then with Messrs. Bivona and White thereon [.3]; call with Mr. Friedman on status [.1]; emails with Mr. Pfeiffer on status [.2]; several emails, calls with Mr. White and Mr. Bivona in relation to closing; calls and emails with Mr. Sweeney on closing matter; emails internally and attending to closing wires and related matters, reviewing updated escrow agreement and emails with purchaser counsel thereon [1.7]; reviewing and responding to closing confirmation emails from various parties and calls with same; reviewing flow of funds confirmation [.6]. | Fees | 3.60 | 0.00 | 575.00 | 2,070.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------------|-----------|-------|-------|-------|-------|
| 08/21/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Email correspondence with Mr. Southard re: proposed escrow holdback [.1]; reviewing revised escrow agreement [.1]; reviewing email correspondence from Mr. Cook re: sewer charge computation [.1]; reviewing Suffolk County Sewer Agency Application [.1]; reviewing final closing statement [.1]; close of title for Oakdale campus [5.5]; multiple email correspondence with Mr. Bivona and Ms. Sweeney re: flow of funds from escrow [.3]; reviewing summary closing flow of funds [.1]. | Fees | 6.40 | 0.00 | 350.00 | 2,240.00 |
| 08/22/2017 | Stephanie R. Sweeney | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Mr. Dicioccio re: town of Islip resolution to be proposed, related emails with Mr. Southard. | Fees | 0.40 | 0.00 | 395.00 | 158.00 |
| 08/22/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Bivona in relation to closing proceeds distribution and inquiry from ACA [.2]; reviewing and responding to email from Mr. Dicioccio in relation to Town board question and closing status; then emails with Ms. Sweeney in relation to same [.3]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/22/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Email correspondence with Mr. Bivona re:<br>copy of deed [.1]. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 08/24/2017 | Stephanie R. Sweeney | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing checklist and executed closing<br>set, related emails with Mr. White, Mr.<br>Southard; call with Mr. Southard re: post-<br>closing items. | Fees | 0.50 | 0.00 | 395.00 | 197.50 |
| 08/24/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Mr. Friedman in relation to<br>Oakdale sale proceeds distribution and<br>related matters [.2]; emails with Mr. Bivona<br>and calls to same on distribution estimate;<br>then call with same [.7]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 08/24/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing closing set and related emails<br>from Mr. White and Ms. Sweeney [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 08/24/2017 | Matthew G. White | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Preparing file copy of executed closing<br>documents [.4]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/25/2017 | Stephanie R. Sweeney | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Bivona, Mr. Southard, Mr. White re: closing statement; reviewing emails re: hearing binder, revising distribution analysis and sending to Ms. Garofalo. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |
| 08/25/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. Kleinberg in relation to closing [.1]; emails with Mr. Cote requesting closing statement; then related emails with Ms. Sweeney and Mr. White [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/28/2017 | Stephanie R. Sweeney | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Drafting motion to allocate sale proceeds. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |
| 08/28/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails on motion to pay proceeds with Ms. Sweeney and Mr. Corneau [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/29/2017 | Stephanie R. Sweeney | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Drafting Allocation Motion [1.8]; discussing UCC Settlement, DIP Motion, Allocation Motion with Mr. Southard [.3]; reviewing DIP Motion and Orders [1.1]. | Fees | 3.20 | 0.00 | 395.00 | 1,264.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/29/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Mr. McCord and Mr. Pfeiffer on proceeds discussion and distribution [.2]; emails with Ms. Sweeney and Mr. Corneau on proceeds distribution motion and points for inclusion in draft [.3]; discussing motion to approve distribution of proceeds with Ms. Sweeney [.3]; emails with Mr. Bivona and MR. Rosenfeld on status of transition matters [.2]; reviewing and responding to email and voicemail on closing confirmation; reviewing materials and closing statement [.5]; emails in relation to HVAC repair timeline [.1]. | Fees | 1.60 | 0.00 | 575.00 | 920.00 |
| 08/29/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing and responding to emails regarding Oakdale proceeds motion. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 08/30/2017 | Stephanie R. Sweeney | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing DIP Motion [.8]; drafting Allocation Motion [3.8]; drafting Allocation Order and sending to Mr. Southard [.5]. | Fees | 5.10 | 0.00 | 395.00 | 2,014.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 08/30/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing and responding to emails from interested buyer and auction participant on sale of Oakdale [.1]; emails with Ms. Sweeney on proceeds distribution motion [.1]; reviewing SPDES permit transfer update emails among from Messrs. Roseman and Bivona [.1]; reviewing and discussing revisions to draft motion on proceeds distribution with Ms. Sweeney [.5]; reviewing Newsday article on Dowling auction sale and related email with Mr. McCord [.1]; reviewing emails among Ms. Sweeney and Messrs. Bivona, Rosenfeld and Corneau on draft motion and requirements for numbers [.1]. | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 08/30/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Multiple email correspondence with Messrs. Bivona, Southard, Rosenfeld and Roseman re: status of transfer of SPEDES permit [.2]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/31/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Discussing motion to pay proceeds on Oakdale sale with Mr. Corneau [.1]; reviewing email in relation to HVAC status and repair payments from Mr. Bivona [.1]; further discussion with Mr. Corneau on motion to pay proceeds, reviewing DIP note and related emails with Mr. Corneau and Mr. Bivona; then with Mr. Freidman [.6]; several further emails with Messrs. Corneau, Friedman and Bivona [.2]; reviewing distribution analysis and related emails; discussion with Mr. Corneau on motion revisions in light of same [.5]; several further emails with Mr. Pfeiffer on settlement and proceeds; then with debtor personnel [.2]; reviewing motion draft and emails with Mr. Corneau thereon [.4]. | Fees | 2.10 | 0.00 | 575.00 | 1,207.50 |
| 08/31/2017 | Joseph C. Corneau | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing and revising remittance motion [4.8]. Conferring with Mr. Southard regarding remittance motion [0.1]. Conferring with Mr. Southard regarding remittance motion [0.2]. | Fees | 5.10 | 0.00 | 495.00 | 2,524.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 08/31/2017 | Matthew G. White | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Multiple email correspondence with Messrs. Bivona, Southard and Rosenfeld re: repair of damaged HVAC and application of escrow funds [.3]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 09/01/2017 | Kristen M. Strine | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reformatting Allocation Motion per Mr. Corneau's request. | Fees | 0.10 | 0.00 | 175.00 | 17.50 |
| 09/01/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails with Mr. Pfeiffer and then Messrs. Rosenfeld, Bivona and Corneau in relation to segregation of proceeds as cash collateral [.2]; reviewing and revising motion to allocate proceeds and pay down as mandatory prepayment to UMB; then emails with Mr. Corneau; including review of revised proposed order [.8]; further revisions to motion; then email to Messrs. Bivona and Rosenfeld thereon [.4]; several further emails on comments to motion with Messrs. Bivona and Rosenfeld; then with Mr. Corneau on circulation and updated numbers from Mr. Bivona [.4]. | Fees | 1.80 | 0.00 | 575.00 | 1,035.00 |
| 09/01/2017 | Stephanie R. Sweeney | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing revised Allocation Motion. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/01/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Drafting of motion to remit Oakdale proceeds [1.6]. Emailing with counsel for lenders, committee regarding remittance motion [0.2]. Reviewing revised waterfall for Oakdale campus sale proceeds [0.2]. | Fees | 2.00 | 0.00 | 495.00 | 990.00 |
| 09/05/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails with Mr. Corneau in relation to motion to remit proceeds edits [.1]; reviewing revised motion draft [.2]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 09/05/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing and revising motion to remit Oakdale proceeds. | Fees | 1.10 | 0.00 | 495.00 | 544.50 |
| 09/06/2017 | Stephanie R. Sweeney | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Call and email with Mr. Corneau re: GCG service of allocation motion. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/06/2017 | Sean C. Southard | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing revised motion on proceeds distribution from Mr. Corneau [.2]; call with Mr. Cote and then emails on closing statement and related matters [.4]; discussing proceeds motion with Mr. Corneau; then reviewing further emails on intention to file and comments from Mr. Pfeiffer and Mr. Friedman [.3]; further review of motion and related emails internally on filing [.3]; emails with Mr. Corneau in relation to service [.1]. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 09/06/2017 | Kristen M. Strine | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reformatting Allocation Motion and drafting Notice of Hearing for same per Mr. Corneau's request. | Fees | 0.30 | 0.00 | 175.00 | 52.50 |
| 09/06/2017 | Joseph C. Corneau | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emailing with counsel for lenders, committee regarding motion to remit proceeds [0.1]. Revising motion to remit proceeds consistent with comments from interested parties [0.3]. Preparing remittance motion for filing [0.4]. Filing motion to remit proceeds [0.2]. Conferring with Ms. Sweeney regarding filing of remittance motion [0.1]. Coordinating service of motion to remit proceeds [0.2]. | Fees | 1.30 | 0.00 | 495.00 | 643.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/07/2017 | Stephanie R. Sweeney | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Mr. Ramadan re: brokerage commission of Real Mart Realty, related emails with Mr. Southard, Mr. Bivona [.3]. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |
| 09/07/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Ms. Sweeney and then call with counsel to buyer broker Real Mart Realty on commission [.3]; emails with Messrs. Rosenfeld and Bivona thereon [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 09/08/2017 | Stephanie R. Sweeney | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing email re: distribution of sale proceeds in DIP account. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 09/18/2017 | Stephanie R. Sweeney | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Mr. Cohen re: Carrier Corporation mechanic's lien claim and emailing Mr. Bivona re: same [.2]. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 09/27/2017 | Stephanie R. Sweeney | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Call with Mr. Southard re: hearing, uploading sale proceeds allocation order. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/27/2017 | Sean C. Southard | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing motion papers and preparing for hearing [.7]; appearing on hearings before Judge Grossman; discussions with counsel to interested parties and Messrs. Bivona and Rosenfeld before and after same (time split with other matter) [.8]. | Fees | 1.50 | 0.00 | 575.00 | 862.50 |
| 09/28/2017 | Stephanie R. Sweeney | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Sending Racanelli escrow agreement to Mr. Bivona. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 09/29/2017 | Stephanie R. Sweeney | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing emails re: Racanelli insurance claims. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| | **Matter Description (First Line): Asset Disposition - Oakdale Campus** | | | 439.80 | 5.00 | | 215,612.72 |

**Matter Description (First Line): Asset Disposition - Residential Portfolio**

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/03/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email from Mr. Rosenfeld on residential procedures for 90 Elsmere. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 04/03/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Mr. Rosenfeld re: 90 Elsmere. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 04/04/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email correspondence from Ms. Sturchio re: 27 Chateau Drive [.1]; reviewing deal sheet re: same [.1]; reviewing partially executed contract of sale on 8 Idle Hour [.1]; drafting amendment to contract of sale on 8 Idle Hour [.2]; multiple email correspondence with Mr. Nikmanfard re: 90 Elsmere [.2]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |
| 04/05/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email from Ms. Sturchio on tenant and sale of homes; reviewing further response from Mr. Rosenfeld and then Ms. Sturchio (.2); preparing email to Messrs. Bertucci, Rosenfeld and counsel on counter-offer request for residential properties (.1); reviewing email on studio pottery equipment sale and email to Ms. Kiss thereon (.2); reviewing and responding to related emails from Mr. Rosenfeld (.1); reviewing emails from Mr. Rosenfeld on 90 Elsmere and 8 Idle Hour and responding to same (.1); reviewing email from Mr. Bivona on survey of 123 and 135 Idle Hour and then responding to Mr. Bivona; call with same (.3) emails with Mr. White thereon (.1); reviewing email and contract for 8 Idle hour from Mr. Rosenfeld (.1). | Fees | 1.20 | 0.00 | 575.00 | 690.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/05/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing fully executed contract of sale for 8 Idle Hour [.1]; email correspondence with Mr. Nikmanfard re: 8 Idle Hour [.1]; multiple email correspondence with Mr. Nikmanfard re: amendment to contract of sale on 8 Idle Hour [.3]; multiple email correspondence with Messrs. Southard and Rosenfeld re: 90 Elsmere and 8 Idle Hour [.2]; reviewing Sale of Goods Agreement re: 96 Biltmore Avenue [.4]; reviewing survey of the Education South Building [.1]; reviewing multiple email correspondence from Mr. Southard re: 123 and 135 Idle Hour Boulevard [.2]; telephone conference with Mr. Southard re: same [.3]. | Fees | 1.70 | 0.00 | 350.00 | 595.00 |
| 04/06/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Mr. White on survey of lot and legal descriptions. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 04/06/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing emails on pottery sale and related contract [.2]; drafting proposed sale notice for pottery sale [.3]; reviewing contracts and drafting proposed sale notices for 8 Idle Blvd. and 90 Elsmere [.3]; finalizing and filing proposed sale notices and emailing with GCG [.2]. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/06/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing draft sale notices for 90 Elsmere, 8 Idle Hour and pottery sale [.2]; multiple email correspondence with Mssrs. Nikmanfard, Rosenfeld and Bertucci re: 90 Elsmere [.2]; reviewing contract of sale for 27 Chateau [.8]; reviewing email correspondence from Ms. Sturchio re: 15 Idle Hour [.1]; reviewing deal sheet re: same [.1]. | Fees | 1.40 | 0.00 | 350.00 | 490.00 |
| 04/07/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing multiple email correspondence from purchaser's counsel re: downpayment for 27 Chateau [.2]; reviewing mortgage contingency language of contract of sale re: same [.1]; email correspondence with Mr. Nikmanfard re: same [.1]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 04/10/2017 | Lauren C. Kiss | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing contract and drafting notice of proposed sale for 27 Chateau Drive [.2]; reviewing docket and drafting certification of no objection for 21 Chateau Drive [.2]; finalizing and filing notice of proposed sale for 27 Chateau Drive and emailing with GCG [.2]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/10/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Ms. Kiss on 27 Chateau and related notice. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 04/10/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing partially executed contract of sale on 27 Chateau [.1]; email correspondence with Mr. Nikmanfard re: deed transfer tax [.1]; reviewing proposed contract of sale for 15 Idle Hour [.8]; reviewing draft sale notice for 27 Chateau [.1]. | Fees | 1.10 | 0.00 | 350.00 | 385.00 |
| 04/11/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Ms. Kiss on 21 Chateau certification. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 04/11/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Finalizing and filing certification of no objection for 21 Chateau and emailing with Messrs. Southard, Rosenfeld, Bivona and White. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 04/11/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing certificate of no objection for 21 Chateau [.1]; reviewing title report for 94 Connetquot [.6]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/12/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email and counter-offer on Island Estate from Mr. Rosenfeld (.2). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 04/12/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing fully executed Contract for 27 Chateau [.1]; reviewing title report for 27 Chateau [.6]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |
| 04/14/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email from Ms. Sturchio on sale of 15 Idle Hour (.1); reviewing emails and term sheet on 96 Biltmore from Mr. Rosenfeld (.2). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 04/14/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing term sheet for 96 Biltmore. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 04/17/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Drafting certification of no objection for 8 Idle Hour Blvd., 90 Elsmere Avenue and pottery sale. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 04/17/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email with adjacent properties to campus from Mr. Bivona. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/18/2017 | Lauren C. Kiss | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Finalizing and filing certification of no objections for 8 Idle Hour Blvd., 90 Elsmere Avenue and pottery sale [.4]; emailing with Messrs. Bivona, Rosenfeld and Southard and GCG separately [.1]. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 04/18/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email on pottery equipment from Mr. Bivona and responding to same (.1); emails with Ms. Kiss on certification of sales (.1); call with Mr. Berkowitz related to 96 Biltmore (.1); calls with Mr. Bivona thereon; then further call to Mr. Berkowitz (.2); further emails with Messrs. Rosenfeld and Niknamfard on 96 Biltmore contract (.1). | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 04/18/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing Certificates of No Objection for 8 Idle Hour and 90 Elsmere and the Pottery sale [.2]; reviewing Douglas Elliman opinion letter re: 96 Biltmore [.1]; multiple email correspondence with Ms. Martinez re: status [.2]. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 04/19/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing contract of sale for 96 Biltmore [.8]; reviewing title report for 72 Chateau [.6]. | Fees | 1.40 | 0.00 | 350.00 | 490.00 |
| 04/21/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Drafting and filing certificate of no objection for proposed sale of 27 Chateau Drive and emailing with GCG regarding service. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 04/21/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing emails on 27 Chateau among Ms. Kiss and Mr. Rosenfeld. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 04/21/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing Certificate of No Objection for 27 Chateau. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 04/24/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email from Ms. Sturchio on 15 Idle Hour (.1); reviewing email from Mr. Javaid and forward to Mr. Rosenfeld on offer (.1); reviewing and responding to email from Mr. Rosenfeld on offer and counter to Island Real Estate on remaining residential (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/24/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email correspondence from Ms. Sturchio re: 15 Idle Hour [.1]; reviewing deal sheet re: same [.1]; reviewing proposed closing adjustments for 94 Connetquot [.2]; multiple email correspondence with Ms. Martinez re: closing documents for 94 Connetquot [.2]; multiple email correspondence with Mr. Rosenfeld and Ms. Martinez re: scheduling [.2]. | Fees | 0.80 | 0.00 | 350.00 | 280.00 |
| 04/25/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing proposed deed and related documents for 94 Connetquot. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |
| 04/26/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email counter-offer from Mr. Rosenfeld to Mr. Javaid and response to same (.2); reviewing email from Mr. White to Mr. Niknamfard on 96 Biltmore comments (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/26/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing multiple correspondence between Mr. Rosenfeld to Suffolk Realty re: bulk bid [.2]; reviewing purchaser's proposed changes to contract of sale for 96 Biltmore [.2]; multiple email correspondence with Mr. Nikmanfard re: same [.3]; email correspondence with Mr. Rosenfeld re: closing documents for 94 Connetquot [.2]. | Fees | 0.90 | 0.00 | 350.00 | 315.00 |
| 04/27/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing and responding to emails from Mr. Javaid and Mr. Rosenfeld on counter-offer for real estate. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 04/27/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing multiple correspondence between Mr. Southard to Suffolk Realty re: bulk bid [.2]; reviewing revised closing adjustments for 94 Connetquot [.1]; reviewing closing documents for 94 Connetquot as executed by Mr. Rosenfeld [.1]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 04/28/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing emails from Mr. White on 94 Connetquot closing. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------|-----------|-------|-------|-------|-------|
| 04/28/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Attendance at close of title for 94 Connetquot [3.0]; email correspondence with Messrs. Southard and Rosenfeld re: same [.1]; reviewing correspondence between Garfunkel Wild and UMB Bank re: same [.1]; multiple email correspondence with Ms. Martinez re: same [.2]; reviewing proposed contract of sale for 15 Idle Hour [.8]. | Fees | 4.20 | 0.00 | 350.00 | 1,470.00 |
| 05/01/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Discussing sewage treatment issues for 72 Chateau with Messrs. Southard and Berkowitz. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 05/01/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing emails and responding to same concerning 72 Chateau closing and sewer hook-up concerns from Mr. Berkowitz and forwarding to client [.3]; reviewing 72 Chateau contract of sale [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 05/01/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Mssrs. Southard, Bivona and Rosenfeld re: 72 Chateau. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/02/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email from Ms. Martinez re 94 Connetquot. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/02/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing correspondence between Garfunkel Wild and UMB re: 94 Connetquot. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 05/03/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing several emails from Messrs. Cote and Bivona on interest of Princeton in residences and scheduling walk-through. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/03/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Messrs. Southard, Bivona and Rosenfeld re: 72 Chateau [.1]; email correspondence with Mr. Nikmanfard re: 96 Biltmore [.1]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 05/04/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Call with Mr. Bivona in relation to Town sewer questions (.2); reviewing emails among Mr. White and Mr. Niknamfard on 15 Idle Hour (.1); reviewing emails from Mr. White and Mr. Niknamfard on 72 Chateau and 96 Biltmore (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/04/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing proposed changes to contract for sale for 15 Idle Hour [.3]; multiple email correspondence with Mr. Nikmanfard re: same [.2]; reviewing title report for same [.4]; email correspondence with Mr. Nikmanfard re: proposed changes to contract of sale on 96 Biltmore [.1]. | Fees | 1.00 | 0.00 | 350.00 | 350.00 |
| 05/05/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing and responding to emails in relation to 15 Idle Hour contract and notice. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 05/05/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing partially executed contract of sale for 15 Idle Hour [.2]; email correspondence with Mr. Rosenfeld re: same [.1]; reviewing fully executed contract of sale [.1]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 05/08/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing several emails in relation to proposed sale of 15 Idle Hour with Ms. Kiss and Mr. Rosenfeld. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/08/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing contract for 15 Idle Hour Blvd.<br>and prior proposed sale notice and drafting<br>notice of proposed sale [.3]; finalizing and<br>filing notice of proposed sale and emailing<br>with GCG [.1]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 05/08/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing sale notice for 15 Idle Hour [.1];<br>multiple email correspondence with Mr.<br>Nikmanfard re: 72 Chateau [.2]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 05/09/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Messrs. Bivona and Rosenfeld<br>on sewer restrictions relative to residential<br>parcels; then related emails with Mr. White<br>[.2]; emails with Mr. Bivona and then with<br>Mr. Bertucci in relation to 72 Chateau sale<br>[.1]; reviewing several emails on 96<br>Biltmore among Messrs. White, Rosenfeld<br>and Niknamfard [.2]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/09/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email correspondence from Mr. Bivona re: 0 Montauk Highway [.2]; reviewing tax map and opinion letter from Douglas Elliman re: same [.1]; reviewing partially executed contract of sale for 96 Biltmore [.2]; multiple email correspondence with Mr. Nikmanfard re: same [.2]; email correspondence with Mr. Rosenfeld re: contract of sale for 96 Biltmore [.1]. | Fees | 0.80 | 0.00 | 350.00 | 280.00 |
| 05/10/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing correspondence from Suffolk County and related email from Mr. Bivona [.2]; emails with Mr. White thereon in relation to 72 Chateau [.2]; further emails with Mr. White thereon; email response to Mr. Bivona on approach to Suffolk County [.1]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 05/10/2017 | Lauren C. Kiss | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing contract for 96 Biltmore and drafting proposed sale notice. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/10/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing correspondence from County of Suffolk Department of Health Services re: 72 Chateau [.1]; drafting proposed amendment to contract of sale for 72 Chateau and email correspondence with Mr. Southard re: same [.3]; email correspondence with Mr. Nikmanfard re: 72 Chateau [.1];  multiple email correspondence with Mr. Rosenfeld re: contract of sale of 96 Biltmore [.2]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |
| 05/11/2017 | Lauren C. Kiss | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Finalizing and filing proposed sale notice for 96 Biltmore and emailing with GCG regarding service. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 05/11/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing notice of sale on 96 Biltmore and related emails with Ms. Kiss and Mr. Rosenfeld [.1]; emails with Mr. Rosenfeld and Mr. White on closing for 21 Chateau [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/11/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing sale notice for 96 Biltmore [.1]; reviewing certificate of occupancy for 96 Biltmore [.1]; multiple email correspondence with Mr. Nikmanfard re: same [.3]; multiple email correspondence with Mr. Rosenfeld re: 21 Chateau [.3]; multiple email correspondence with Ms. Martinez and Ms. Sturchio re: 21 Chateau [.2]. | Fees | 1.00 | 0.00 | 350.00 | 350.00 |
| 05/12/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Messrs. White and Rosenfeld on 72 Chateau and sewer line issue [.2]; emails with Mr. Bivona on counteroffer for bulk sale of 12 residential parcels by Princeton [.2]; reviewing email from Mr. Bivona on outline of same [.2]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 05/12/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Nikmanfard re: 72 Chateau [.2]; multiple email correspondence with Mr. Southard re: 72 Chateau [.2]; reviewing closing adjustments, proposed deed and transfer documents for 21 Chateau [.3]; multiple email correspondence with Mr. Rosenfeld re: same [.2]; reviewing title report re: same [.2]. | Fees | 1.10 | 0.00 | 350.00 | 385.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/15/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Mr. Southard re: 72 Chateau [.1]; multiple email correspondence with Mr. Nikmanfard re: 72 Chateau [.2]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 05/16/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Mr. Bivona concerning Suffolk Co. position on sewer connection and 72 Chateau [.1]; call with Mr. Bivona and Mr. White in relation to same [.3]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 05/16/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Telephone conference with Mssrs. Southard and Bivona re: 72 Chateau [.4]; telephone conference with Mr. Nikmanfard re: 72 Chateau [.3]; multiple email correspondence with Mr. Southard re: 72 Chateau [.2]; reviewing lender's seller's closing disclosure and smoke alarm affidavit for 21 Chateau [.1]; reviewing executed deed and transfer documents re: 21 Chateau [.1]. | Fees | 1.10 | 0.00 | 350.00 | 385.00 |
| 05/17/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing emails on offer from Princeton to purchase 12 residences. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/17/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Mr. Bivona in relation to 72 Chateau [.1] several emails with Messrs. Bivona and Cote on sale offer and counter [.2]; further emails with Messrs. Bivona and Graiser and Ms. Kiss on DE retention terms [.2]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 05/17/2017 | Joseph C. Corneau | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing multiple emails regarding offer on residential portfolio. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 05/17/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Messrs. Bivona, Southard, Rosenfeld and Corneau re: bulk sale of residential properties [.3]; multiple email correspondence with Mssrs. Bivona and Southard re: 72 Chateau [.2]. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |
| 05/18/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Discussing bulk offer and acceptance with consent of secured lender with Mr. Bivona [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/18/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Messrs. Bivona and Cook re: repairs to 96 Biltmore. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/19/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Drafting and filing certificate of no objection for sale of 15 Idle Hour and emailing with interested parties. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 05/19/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Ms. Kiss in relation to 15 Idle Hour [.1]; reviewing email from Ms. Martinez on Dowling 21 Chateau closing [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/19/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing certificate of no objection for 15 Idle Hour [.1]; attending close of title for 21 Chateau [3.0]; reviewing correspondence to UMB re: same [.1]. | Fees | 3.20 | 0.00 | 350.00 | 1,120.00 |
| 05/22/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Drafting certificate of no objection for the proposed sale of 96 Biltmore Avenue and emailing with Mr. Southard. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/22/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email from Mr. Bivona on bulk sale and contract for Princeton offer; then related emails with same and Mr. White and then with Messrs. Berkowitz and Hammel [.2]; emails with Ms. Kiss on 96 Biltmore [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 05/22/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Messrs. Bivona, Southard and Rosenfeld re: bulk sale of residential properties. | Fees | 3.20 | 0.00 | 350.00 | 1,120.00 |
| 05/23/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Finalizing and filing certificate of no objection for 96 Biltmore and emailing with interested parties. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 05/23/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Messrs. Bivona, White and Rosenfeld on status of residential bulk sale and contract [.2]; reviewing Suffolk county letter on 72 Chateau sewer disconnect and preparing draft letter in response to same and related emails with Messrs. Bivona, Rosenfeld and White [.8]; call with Mr. White thereon and further emails with Messrs. Bivona, Rosenfeld and White [.3]. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------|-----------|-------|-------|-------|-------|
| 05/23/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing certificate of no objection for 96 Biltmore [.1]; email correspondence with Messrs. Rosenfeld and Nikmanfard re: scheduling [.1]; multiple email correspondence with Messrs. Bivona, Southard and Rosenfeld re: contract of sale for bulk sale of residential properties [.2]; reviewing proposed letter to County of Suffolk Department of Health Services re: 72 Chateau [.1]; multiple email correspondence with Messrs. Bivona, Southard and Rosenfeld re: same [.2]; email correspondence with Ms. Martinez re: 21 Chateau [.1] | Fees | 0.80 | 0.00 | 350.00 | 280.00 |
| 05/25/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Mr. Bivona in relation to status of bulk offer and closing; then responding to same [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/30/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email and attached summary/strategy from Mr. Bivona on existing tenants; responding to same [.3]; emails with Mr. Bivona and Mr. Bertucci thereon [.2]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/31/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing emails among Messrs. Bivona and Bertucci concerning tenant status on residences and open issues. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/01/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing closing documents re: 90 Elsmere [.2]; review title report [.2]; multiple email correspondence with Ms. Martinez re: same [.3]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |
| 06/02/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Mr. Nikmanfard re: 72 Chateau [.1]; multiple email correspondence with Mr. Rosenfeld re: 90 Elsmere [.2]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 06/05/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email correspondence from Mr. Bivona re: 72 Chateau [.1]; email correspondence with Mr. Rosenfeld re: 90 Elsmere [.1]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 06/07/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing title report and closing adjustments for 90 Elsmere [.3]; reviewing closing documents as executed by Dowling [.1]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/08/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Call with Mr. White in relation to closing on Elsmere and then discussing 72 Chateau and overall title matters for potential bulk sale to Princeton. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 06/08/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Ms. Martinez re: 90 Elsmere [.2]; attending close of title on 90 Elsmere [3.0]; email correspondence with Mr. Nikmanfard re: 72 Chateau [.1]. | Fees | 3.30 | 0.00 | 350.00 | 1,155.00 |
| 06/09/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Mr. Southard re: 72 Chateau. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 06/12/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing emails among Messrs. Rosenfeld and Ms. Sturchio on 72 Chateau [.1]; reviewing emails on Van Bomel report [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/12/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing lead paint disclosure on 44 Van Bomel [.1]; email correspondence with Mr. Southard re: same [.1]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/13/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Mr. Bivona in relation NCF interest in real property and related offer matters and pricing [.2]; emails with Mr. Rosenfeld and Ms. Sturchio on 72 Chateau status [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 06/13/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with Mr. Rosenfeld re: 90 Elsmere [.1]; email correspondence with Ms. Martinez re: same [.1]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 06/14/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email from Mr. Bertucci on offers for homes to NCF [.2]; reviewing email from Mr. White to Mr. Rosenfeld on recent closing [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 06/14/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Rosenfeld and Ms. Martinez re: 90 Elsmere [.2]; reviewing correspondence to UMB re: same [.1]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 06/15/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with Ms. Martinez and purchaser's counsel re: 27 Chateau. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/19/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Ms. Martinez and Mr. Rosenfeld re: 96 Biltmore [.1]; email correspondence with purchaser's counsel re: 27 Chateau [.1]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 06/20/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Ms. Martinez re: 27 Chateau [.2]; email correspondence with Mr. Rosenfeld re: 27 Chateau [.1]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 06/21/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Mr. White and Mr. Rosenfeld on status of 27 Chateau; then other closing matters and proof of funds [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/21/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing emails for January board resolution authorizing sales of residences and emailing with Mr. Southard [.2]; emailing relevant organizational documents to Mr. White [.1]. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/21/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Ms. Martinez re: 27 Chateau [.1]; multiple email correspondence with Mr. Rosenfeld re: same [.2]; email correspondence with Ms. Sturchio re: same [.1]; multiple email correspondence with Messrs. Nikmanfard, Southard and Rosenfeld and Ms. Kiss re: 2017 Board resolution and incorporation documents [.5]; reviewing closing documents for 96 Biltmore [.2]; reviewing proposed amendment to contract of sale for 96 Biltmore [.1]; email correspondence with Mr. Rosenfeld re: same [.1]; reviewing amendment to contract of sale for 8 Idle Hour [.1]; email correspondence with Mr. Rosenfeld re: same [.1]. | Fees | 1.50 | 0.00 | 350.00 | 525.00 |
| 06/22/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Messrs. Rosenfeld and then White and Corneau on sewer connections [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/22/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Rosenfeld re: 96 Biltmore, 27 Chateau and 15 Idle Hour [.2]; multiple email correspondence with Mr. Nikmanfard re: 27 Chateau [.3]; email correspondence with Mr. Nikmanfard re: 15 Idle Hour [.1]. | Fees | 0.60 | 0.00 | 350.00 | 210.00 |
| 06/23/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Nikmanfard and Ms. Sturchio re: 15 Idle Hour. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 06/26/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email from Mr. Rosenfeld on residential property list [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/26/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing closing documents for 27 Chateau [.2]; email correspondence with Mr. Rosenfeld re: same [.1]; multiple email correspondence with Ms. Martinez re: same [.3]; reviewing title report for same [.2]; attending close of title on 96 Biltmore [2.4]; reviewing correspondence to UMB re: same [.1]; multiple email correspondence with Mr. Rosenfeld re: same [.2]; email correspondence with Mr. Rosenfeld re: 27 Chateau [.1]; email correspondence with Ms. Martinez re: 15 Idle Hour [.1]. | Fees | 3.70 | 0.00 | 350.00 | 1,295.00 |
| 06/27/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing closing documents for 15 Idle Hour [.2]; reviewing title report for same [.2]; email correspondence with Mr. Rosenfeld re: same [.1]. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |
| 06/28/2017 | Lauren C. Kiss | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Discussing available residential properties with Mr. Corneau [.1]; telephone call with Ms. Sturchio discussing residential properties and emailing list of properties and data needed to Ms. Sturchio [.3]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------------|-----------|-------|-------|-------|-------|
| 06/28/2017 | Joseph C. Corneau | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Conferring with Ms. Kiss regarding information on residences. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 06/28/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Mr. Nikmanfard re: 27 Chateau [.1]; multiple email correspondence with Stewart Title re: 27 Chateau and 15 Idle Hour [.3]; attending close of title on 27 Chateau [2.8]; reviewing correspondence to UMB re: same [.1]. | Fees | 3.30 | 0.00 | 350.00 | 1,155.00 |
| 06/29/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Ms. Sturchio and then Ms. Kiss on residential listing information for NCF. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/29/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing spreadsheet relative to status of remaining Dowling properties. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 06/30/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Attending close of title on 15 Idle Hour [3.0]; reviewing correspondence to UMB re: same [.1]; email correspondence with Ms. Martinez re: 8 Idle Hour [.1]. | Fees | 3.20 | 0.00 | 350.00 | 1,120.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/05/2017 | Kristen M. Strine | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Redrafting spreadsheet per Ms. Kiss' request. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 07/05/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Mr. Roseman and Ms. Kiss and Mr. Bivona on residential parcels [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 07/05/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing Ms. Sturchio's chart detailing residential portfolio data and emailing with Ms. Strine [.1]; reviewing and revising Ms. Strine's revised chart and emailing with Messrs. Rosenfeld and Bivona [.3]; reviewing Mr. Bivona's comments to chart and emailing with Mr. Bivona in response [.2]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 07/05/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Mr. Rosenfeld re: 27 Chateau and 15 Idle Hour [.3]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 07/10/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email from Ms. Kiss related to residences and updated summary materials for NCF. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------|-----------|-------|-------|-------|-------|
| 07/11/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing Mr. Bivona's comments to the list of remaining residences and emailing with Mr. Roseman. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 07/13/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Mr. Niknamfard re: 8 Montauk Hwy [.1]; reviewing title report for 44 Van Bomel [.9]; multiple email correspondence with all parties re: open permit for 44 Van Bomel [.3]. | Fees | 1.30 | 0.00 | 350.00 | 455.00 |
| 07/14/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Ms. Sturchio re: status of contracts for 44 Van Bomel [.1]; reviewing email correspondence from Mr. Cook re: 52 Van Bomel [.1]; email correspondence with Mr. Niknamfard re: tenancy agreement for 52 Van Bomel and reviewing draft of same [.2]; multiple email correspondence with Messrs. Bertucci, Cook and Niknamfard re: open permit for 44 Van Bomel [.3]; reviewing executed tenancy agreement for 52 Van Bomel [.1]; email correspondence with Mr. Niknamfard and Ms. Sturchio re: contract of sale for 52 Van Bomel [.1]. | Fees | 0.90 | 0.00 | 350.00 | 315.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/18/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing and responding to several emails from Mr. Rosenfeld and then Mr. White on 72 Chateau status [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 07/18/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with all parties re: status of open permit for 44 Van Bomel [.1]; reviewing email chain between Mr. Niknamfard and purchaser's counsel for 72 Chateau re: return of deposit and termination of contract of sale [.2]; multiple email correspondence with Messrs. Southard, Bivona, Rosenfeld and Niknamfard re: same [.4]; reviewing contract of sale for 72 Chateau [.1]; reviewing proposed contract revisions for 44 Van Bomel [.2]; email correspondence with Mr. Niknamfard re: same [.1]. | Fees | 1.10 | 0.00 | 350.00 | 385.00 |
| 07/19/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing emails among Messrs. Rosenfeld and Niknamfard related to residential closing [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/19/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Messrs. Cook and Niknamfard and Ms. Sturchio re: mortgage contingency clause [.2]; reviewing proposed termination agreement for 72 Chateau [.2]; multiple email correspondence with Mr. Niknamfard and purchaser's counsel re: same [.3]; reviewing revised proposed termination agreement for 72 Chateau [.1]. | Fees | 0.80 | 0.00 | 350.00 | 280.00 |
| 07/20/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Mr. White in relation to termination of 72 Chateau and consideration for same [.2]; email to Oppenheimer representatives on update from NCF counsel [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-------------------|-----------|-------|-------|-------|-------|
| 07/20/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email chain between Ms. Martinez and counsel for purchaser of 58 Woodlawn re: proposed vesting [.2]; multiple email correspondence and telephone conference with Mr. Southard re: termination agreement for 72 Chateau [.4]; email correspondence and telephone conference with Mr. Niknamfard re: termination agreement for 72 Chateau [.3]; reviewing contract of sale for 58 Woodlawn [.3]; email correspondence with Messrs. Niknamfard and Cook re: lease for 52 Van Bomel [.1]. | Fees | 1.30 | 0.00 | 350.00 | 455.00 |
| 07/21/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Call with Mr. White on 72 Chateau [.2]; reviewing prior correspondence; then emails with Messrs. Niknamfard and Berkowitz thereon [.3]; call with Mr. Berkowitz in relation to same [.1]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 07/21/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing partially executed termination agreement for 72 Chateau [.1]; reviewing email correspondence between Messrs. Southard and Niknamfard re: 72 Chateau [.1]; reviewing proposed contract of sale for 52 Van Bomel [.4]. | Fees | 0.60 | 0.00 | 350.00 | 210.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/24/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Mr. Niknamfard<br>re: contract of sale for 52 Van Bomel [.1]. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 07/25/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email from Mr. Niknamfard and<br>then Messrs. Rosenfeld and White on sewer<br>connection matter [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 07/25/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Mr. Bivona re:<br>contract of sale for 52 Van Bomel [.1];<br>multiple email correspondence with Mr.<br>Niknamfard re: contract of sale for 52 Van<br>Bomel [.2]; multiple email correspondence<br>with Messrs. Niknamfard, Southard,<br>Rosenfeld and Cook re: 72 Chateau [.4];<br>multiple email correspondences with Mr.<br>Rosenfeld re: 58 Woodlawn [.2]. | Fees | 0.90 | 0.00 | 350.00 | 315.00 |
| 07/26/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing emails among Messrs. Rosenfeld<br>and White on contracts for 275 Connetquot,<br>et al. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/26/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Niknamfard re: contract of sale for 58 Woodlawn [.4]; reviewing revised contract of sale for 58 Woodlawn [.1]; email correspondence with Mr. Rosenfeld re: 58 Woodlawn [.1]; reviewing contract of sale for 275 Connetquot [.4]: email correspondence with Mr. Rosenfeld re: 44 Van Bomel [.1]; email correspondence with Mr. Niknamfard re: 44 Van Bomel [.1]. | Fees | 1.20 | 0.00 | 350.00 | 420.00 |
| 07/27/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Niknamfard re: contract of sale for 58 Woodlawn [.4]; reviewing revised contract of sale for 58 Woodlawn [.1]; email correspondence with Mr. Rosenfeld re: 58 Woodlawn [.1]; reviewing contract of sale for 275 Connetquot [.4]; email correspondence with Mr. Rosenfeld re: 44 Van Bomel [.1]; email correspondence with Mr. Niknamfard re: 44 Van Bomel [.1]. | Fees | 1.20 | 0.00 | 350.00 | 420.00 |
| 07/28/2017 | Lauren C. Kiss | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Drafting proposed sale notice for 58 Woodlawn Avenue and 44 Van Bomel, filing same and emailing with GCG regarding service of sale notices. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/28/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Several emails with Ms. Martinez, then Mr. Rosenfeld and Ms. Kiss on notice of sale and status of contracts for 58 Woodlawn Avenue, 44 Van Bomel [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 07/28/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Mr. Niknamfard re: contract of sale for 58 Woodlawn [.4]; reviewing revised contract of sale for 58 Woodlawn [.1]; email correspondence with Mr. Rosenfeld re: 58 Woodlawn [.1]; reviewing contract of sale for 275 Connetquot [.4]: email correspondence with Mr. Rosenfeld re: 44 Van Bomel [.1]; email correspondence with Mr. Niknamfard re: 44 Van Bomel [.1]. | Fees | 1.20 | 0.00 | 350.00 | 420.00 |
| 07/31/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Drafting proposed sale notice of 275 Connetquot. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 07/31/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Mr. Corneau in relation to residential closing and termination of 72 Chateau [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/31/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Messrs. Niknamfard, Southard and Rosenfeld re: 72 Chateau [.3]; email correspondence with Ms. Martinez re: 275 Connetquot [.1]; reviewing draft sale notice for 275 Connetquot [.1]. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |
| 08/01/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Filing sale notice for 275 Connetquot and emailing with GCG regarding service. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 08/01/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email from Mr. Rosenfeld on 72 Chateau termination [.1]; reviewing further emails on closing for 150 Idle Hour [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/01/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Mr. Rosenfeld re: termination of contract for 72 Chateau [.1]; reviewing fully executed termination agreement [.1]; multiple email correspondence with Messrs. Nikmanfard and Rosenfeld re: 8 Idle Hour [.5]; reviewing Notice of Sale for 275 Connetquot [.1]; multiple email correspondence with Mr. Nikmanfard re: contract revisions for 52 Van Bomel [.3]. | Fees | 1.10 | 0.00 | 350.00 | 385.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/02/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email from Ms. Sturchio on price adjustments and listing [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 08/02/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Mr. Nikmanfard re: 8 Idle Hour [.2]; reviewing deed and closing documents for 8 Idle Hour [.3]; email correspondence with Mr. Rosenfeld re: same [.1]; reviewing title report for 8 Idle Hour [.2]. | Fees | 0.80 | 0.00 | 350.00 | 280.00 |
| 08/03/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing proposed revisions to rider to contract of sale for 52 Van Bomel [.1]; email correspondence with Mr. Nikmanfard re: same [.1]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 08/04/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Call with Mr. Berkowitz in relation to title matters on closing [.2]; call with Mr. Bivona [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 08/04/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Ms. Martinez re: closing for 8 Idle Hour [.3]; reviewing revised closing adjustments re: same [.1]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/07/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing docket and drafting certificates of no objection for proposed sale notices of 58 Woodlawn and 44 Van Bomel. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 08/07/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Close of title for 8 Idle Hour [2.0]; multiple email correspondence with Ms. Martinez re: same [.2]. | Fees | 2.20 | 0.00 | 350.00 | 770.00 |
| 08/08/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Finalizing and filing certificates of no objection for 58 Woodlawn and 44 Van Bomel, and emailing with GCG and Mr. Rosenfeld separately. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 08/08/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email from Mr. Rosenfeld on title closing for 58 Woodlawn and 44 Van Bomel [.1]; discussing recent closing with Mr. White [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/08/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Mr. Rosenfeld re: 8 Idle Hour [.2]; reviewing certificates of no objection for 58 Woodlawn and 44 Van Bomel [.2]; email correspondence with Messrs. Rosenfeld and Nikmanfard re: same [.1]. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |
| 08/09/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Ms. Martinez re: 8 Idle Hour [.1]. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 08/10/2017 | Lauren C. Kiss | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Drafting certificate of no objection for proposed sale of 275 Connetquot Drive. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 08/10/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Mr. Nikmanfard and purchaser's counsel re: proposed changes to contract of sale for 52 Van Bomel [.1]: email correspondence with Mr. Rosenfeld re: 8 Idle Hour [.1]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/11/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Rosenfeld and Ms. Martinez re: closing adjustments for 8 Idle Hour [.3]; reviewing proposed contract of sale for 56 Van Bomel [.4]; reviewing proposed contract of sale for 87 Central Boulevard [.4]. | Fees | 1.10 | 0.00 | 350.00 | 385.00 |
| 08/14/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing emails on certificate of no objection and closing approval for 275 Connetquot [.1]; call with interested purchaser on residential parcels [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/14/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with Mr. Nikmanfard and purchaser's counsel re: proposed changes to contract of sale for 52 Van Bomel [.2]; multiple email correspondence with Messrs. Nikmanfard and Cook re: status of contracts for 52 Van Bomel [.2]; reviewing Certificate of No Objection for 275 Connetquot [.1]; email correspondence with Messrs. Southard and Rosenfeld re: proceeds check for 8 Idle Hour [.1]; reviewing proposed changes to contract of sale for 87 Central Boulevard [.2]. | Fees | 0.80 | 0.00 | 350.00 | 280.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/15/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Nikmanfard re: contract changes for 87 Central Boulevard [.4]; multiple email correspondence with Mr. Nikmanfard and purchaser's counsel re: 56 Van Bomel and 52 Van Bomel [.3]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |
| 08/16/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Nikmanfard re: status of permits for 44 Van Bomel [.2]; reviewing certificate of compliance for same [.1]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 08/17/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing emails on 52 and 56 Van Bomel [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/17/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing contracts of sale for 52 Van Bomel and 56 Van Bomel, as executed by purchasers [.2]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 08/22/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Mr. Niknamfard on 52 and 56 Van Bomel sale [.1]; reviewing letter from counsel to purchaser in relation to same; then emails with Mr. White [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/22/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Messrs. Rosenfeld and Nikmanfard re: 56 Van Bomel and 52 Van Bomel [.2]; email correspondence with Mr. Nikmanfard re: 87 Central Boulevard [.1]; multiple email correspondence with Mr. Nikmanfard re: mortgage contingency clause for 52 Van Bomel [.3]. | Fees | 0.60 | 0.00 | 350.00 | 210.00 |
| 08/23/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Nikmanfard and Ms. Martinez re: scheduling of closing for 275 Connetquot [.4]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 08/24/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing emails among Mr. Niknamfard and Mr. Rosenfeld on 87 Central [.1]; further emails among Messrs. White and Bivona in relation to flood zone [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-------|-----------|-------|-------|-------|-------|
| 08/24/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing contract of sale for 87 Central Boulevard as executed by purchaser [.1]; multiple email correspondence with Messrs. Nikmanfard and Rosenfeld re: same [.2]; multiple email correspondence with Messrs. Nikmanfard, Bivona and Rosenfeld re: flood insurance for 87 Central Boulevard [.2]. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |
| 08/25/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing proposed deed and transfer documents for 275 Connetquot [.2]; reviewing title report [.1]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 08/26/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Several emails with Messrs. White and Rosenfeld on execution of 275 Connetquot and 87 Central. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/26/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Mr. Rosenfeld re: closing documents for 275 Connetquot [.2]; email correspondence with Ms. Martinez re: revision to TP 584 [.1]; email correspondence with Mr. Rosenfeld re: status of 87 Central Boulevard [.1]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------|-----------|-------|-------|-------|-------|
| 08/27/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing emails among Messrs. Rosenfeld and Niknamfard on 52 and 56 Van Bomel, etc. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/27/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing fully executed contract of sale for 87 Central Boulevard [.1]; multiple email correspondence with Messrs. Rosenfeld and Nikmanfard and Ms. Sturchio re: 52 Van Bomel [.2]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 08/28/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with Ms. Martinez re: closing adjustments for 275 Connetquot [.1]. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 08/29/2017 | Stephanie R. Sweeney | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing residence portfolio sales motion and procedures [.8]; reviewing contract of sale, drafting notice of sale, sending to Mr. Southard [.5]; sending same to Mr. Rosenfeld, coordinating filing of same, coordinating service with GCG [.5]. | Fees | 1.80 | 0.00 | 395.00 | 711.00 |
| 08/29/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing notice of sale and discussing with Ms. Sweeney [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------------|-----------|-------|-------|-------|-------|
| 08/29/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with Ms. Martinez re: fully executed contract for 87 Central Boulevard [.1]; multiple email correspondence with Messrs. Rosenfeld and Nikmanfard re: 52 Van Bomel [.2]; multiple email correspondence with Mr. Rosenfeld re: 275 Connetquot [.2]; reviewing notice of proposed sale for 87 Central Boulevard [.1]; email correspondence with Mr. Nikmanfard re: sewerage issue at 72 Chateau [.1]; reviewing deal sheet for 72 Chateau [.1]. | Fees | 0.80 | 0.00 | 350.00 | 280.00 |
| 08/30/2017 | Stephanie R. Sweeney | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Call with Garden City Group and related call with Mr. Southard re: service of Sale Notice for 87 Central Boulevard. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 08/30/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing 64 Chateau Drive emails among Ms. Sturcho and Mr. Rosenfeld [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 08/30/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with Messrs. Nikmanfard and Rosenfeld re: seller's concession for 52 Van Bomel [.1]; reviewing fully executed contract of sale for 52 Van Bomel [.1]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/31/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Several emails with Messrs. Friedman, Bivona and White on disbursement of closing proceeds for residential sales [.3]; several further emails among Mr. Friedman and Mr. Hammel and Mr. Rosenfeld and Mr. Berkowitz on closing and disbursement [.3]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 08/31/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Ms. Martinez re: final closing adjustments for 275 Connetquot [.2]; reviewing final closing adjustments for same [.2]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 09/01/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing and responding to emails among Messrs. Freidman, Rosenfeld and White in relation to closing for 275 Connetquote and proceeds [.3]; further emails among Messrs. Bivona, Niknamfard and White thereon [.2]; call with Mr. White on status of closing; then adding Mr. Niknamfard in relation to new contract and sewer [.2]; further call with Mr. White on closing [.1]; further emails with Mr. Niknamfard and Mr. Bivona on 72 Chateau [.1]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 09/01/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with all parties re: reserving proceeds per the UCC settlement [.9]; close of title for 275 Connetquot [2.2]; reviewing letter to UMB re: disbursements [.1]; email correspondence with Mssrs. Southard and Niknamfard re: 72 Chateau [.1]. | Fees | 3.30 | 0.00 | 350.00 | 1,155.00 |
| 09/02/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing emails from Mr. Bivona on 72 Chateau connection to sewer and Suffolk Co. [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/02/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mssrs. Southard, Rosenfeld and Bivona re: 72 Chateau [.3]; reviewing sewer agency agreement [.1]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 09/05/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Mr. Niknamfard and White and then with Mr. Bivona in relation to 72 Chateau [.2]; reviewing email and closing statement for 275 Connetquot [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 09/05/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mssrs. Southard and Niknamfard re: 72 Chateau [.4]; email correspondence with Mr. Rosenfeld re: 275 Connetquot [.1]. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |
| 09/06/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email from Mr. Niknamfard on 72 Chateau and then emails thereon with Messrs. White, Rosenfeld and Bivona [.1]; reviewing email from Mr. Bivona in response and on status [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/06/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with all parties re: 72 Chateau sewer agency agreement [.1]. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 09/08/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails in relation to 72 Chateau Sewer issue with Mr. Bivona and Mr. White; then with counsel to UMB [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/08/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mssrs. Bivona and Niknamfard re: 72 Chateau [.4]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/12/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Mr. White on 72 Chateau contract and then with Mr. Bivona [.1]; further emails thereon [.1]<br>. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/12/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email and letter from Mr. Bivona in relation to sewage treatment connection [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/12/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Mr. Bivona re: 72 Chateau [.2]; reviewing draft sewage agreement and revising same [.2]; email correspondence with Ms. Martinez re: scheduling 44 Van Bomel [.1]; multiple email correspondence with all parties re: reserving proceeds per the UCC settlement [.2]; reviewing contract of sale for 72 Chateau [.2]; email correspondence with Ms. Martinez re: same [.1]; reviewing survey for 64 Chateau [.2]; multiple email correspondence with Ms. Sturchio re: same [.2]. | Fees | 1.40 | 0.00 | 350.00 | 490.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------------|-----------|-------|-------|-------|-------|
| 09/13/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing and responding to emails on 72 Chateau among Messrs. Bivona and White and sewerage status [.2]; reviewing emails from Mr. Bivona and Mr. White on 52 Van Bomel termination [.1]; call with Mr. Berkowitz in relation to sale closings [.2]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 09/13/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Mssrs. Southard and Bivona re: sewage agreement [.2]; multiple email correspondence with Mr. Bivona re: rental arrears on 52 Van Bomel [.3]; reviewing contract of sale for 52 Van Bomel [.2]; multiple email correspondence with Ms. Radman re: rental arrears on 52 Van Bomel [.2]; reviewing order of Suffolk County District Court re: same [.1]; email correspondence with Ms. Martinez re: status of 72 Chateau [.1]. | Fees | 1.10 | 0.00 | 350.00 | 385.00 |
| 09/14/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing emails on closing matters relative to 48 Van Bomel [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/14/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing proposed contract of sale for 48 Van Bomel [.6]; email correspondence with Ms. Sturchio re: 64 Chateau [.1]; multiple email correspondence with Ms. Radman re: 52 Van Bomel [.1]; email correspondence with Mr. Bivona re: 72 Chateau [.1]. | Fees | 0.90 | 0.00 | 350.00 | 315.00 |
| 09/15/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing emails on 58 Woodlawn boundary dispute and survey [.1]; | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/15/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Ms. Sturchio re: 72 Chateau [.1]; reviewing survey for 58 Woodlawn [.2]; email correspondence with Ms. Martinez re: same [.1]; telephone conference with Ms. Sturchio re: same [.1]; telephone conference with Mr. Leyden re: same [.2]; reviewing fully executed sewage agreement [.1]; multiple email correspondence with Mr. Bivona and Ms. Martinez re: same [.4]; telephone conference with Mr. Bivona re: 52 Van Bomel [.2]; email correspondence with all parties re: status on 72 Chateau, 52 Van Bomel and 64 Chateau [.2]; multiple email correspondence with Ms. Martinez and Mr. Rosenfeld re: scheduling 44 Van Bomel [.3]; telephone conference with Ms. Sturchio re: 72 Chateau, 52 Van Bomel and 64 Chateau [.2]; email correspondence with Mr. Leyden re: 72 Chateau and 52 Van Bomel [.2]; multiple email correspondence with Ms. Martinez re: 72 Chateau [.2]. | Fees | 2.50 | 0.00 | 350.00 | 875.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/18/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing and responding to emails from Messrs. Bivona, Rosenfeld and White on upcoming closings and proceeds sharing among 2015 bonds and UCC [.2]; reviewing emails among Messrs. Bivona and White on 72 Chateau default language and contract [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 09/18/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing comments to contract for 72 Chateau [.1]; multiple email correspondence with Mr. Rosenfeld and Ms. Martinez re: same [.4]; multiple email correspondence with Ms. Martinez re: 44 Van Bomel [.4]; email correspondence with Ms. Sturchio re: 64 Chateau [.1]; multiple email correspondence with Mssrs. Southard, Rosenfeld and Bivona re: reserving proceeds per the UCC settlement [.5]. | Fees | 1.50 | 0.00 | 350.00 | 525.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 09/19/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with 2015 bond counsel and counsel to UCC on upcoming closings and schedule and agreement on proceed distribution [.2]; call with Mr. White in relation to closing [.2]; call with Mr. Berkowitz and further call with Mr. White on closing [.5]; further email to Mr. White on closing proceeds and instructions [.1]; several further emails among interested parties [.2]. | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 09/19/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with all parties re: reserving proceeds per the UCC settlement [.8]; multiple email correspondence with Mr. Rosenfeld re: scheduling of 44 Van Bomel [.3]; reviewing closing documents and adjustments re: 44 Van Bomel [.2]; multiple email correspondence with Ms. Martinez and Mr. Niknamfard re: same [.5]; reviewing revised closing adjustments [.1]; reviewing title report [.2]; telephone conference with Mr. Southard re: status of residential properties [.2]; meeting with Mr. Rosenfeld re: closing documents for 44 Van Bomel [.3]; email correspondence with Mr. Niknamfard re: 64 Chateau [.1]. | Fees | 2.70 | 0.00 | 350.00 | 945.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/20/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails and call with Mr. White on status of closing and proceeds distribution for 44 Van Bomel; then emails with Mr. Rosenfeld thereon [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 09/20/2017 | Matthew G. White | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Close of title for 44 Van Bomel [3.0]; email correspondence with Mr. Rosenfeld re: 64 Chateau [.1]; multiple email correspondence with Mr. Rosenfeld re: proceeds of sale for 44 Van Bomel [.3]; multiple email correspondence with Ms. Sturchio and Mr. Rosenfeld re: 64 Chateau [.3]; multiple email correspondence with Mr. Niknamfard and purchaser's counsel re: out of possession and scheduling for 58 Woodlawn [.5]; reviewing boundary line agreement for 58 Woodlawn [.2]; reviewing title report and survey re: same [.3]; multiple email correspondence with Ms. Sturchio, Ms. Martinez and Mr. Niknamfard re: same [.4]; reviewing letter to UMB re: 44 Van Bomel [.1]. | Fees | 5.20 | 0.00 | 350.00 | 1,820.00 |
| 09/21/2017 | Sean C. Southard | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Mr. White on receipt of proceeds from closing [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/21/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Ms. Martinez re: 58 Woodlawn [.3]; reviewing partially executed contract of sale and sewer service agreement for 72 Chateau [.2]; reviewing partially executed contract of sale for 48 Van Bomel [.4]. | Fees | 0.90 | 0.00 | 350.00 | 315.00 |
| 09/22/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email and 72 Chateau contract from Mr. Rosenfeld [.1]; further emails with Mr. Rosenfeld and Ms. Martinez on notice of contract [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/22/2017 | Stephanie R. Sweeney | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing emails, contracts, Notice of Proposed Sale re: 72 Chateau Drive, 48 Van Bomel. | Fees | 0.40 | 0.00 | 395.00 | 158.00 |
| 09/22/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Rosenfeld re: contracts of sale for 48 Van Bomel and 72 Chateau [.3]; reviewing fully executed copies of same [.1]; multiple email correspondence with Ms. Martinez re: same [.3]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/25/2017 | Stephanie R. Sweeney | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Drafting Certificate of No Objection for 87 Central Boulevard, drafting Notice of Proposed Sale for 48 Van Bomel, reviewing file re: 72 Chateau Drive, emailing Mr. Rosenfeld re: same [1]; discussing drafting and filing proposed sale documents with Ms. Gargiulo, related email [.3]; drafting Notice of Proposed Sale for 2nd sale of 72 Chateau Drive, sending to Mr. Rosenfeld [.4]. | Fees | 1.70 | 0.00 | 395.00 | 671.50 |
| 09/25/2017 | Renea A. Gargiulo | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Filing notices of proposed sale for 48 Van Bomel and 72 Chateau and certification of counsel for 87 Central per Ms. Sweeney's request [0.6] and beginning preparation of certifications of counsel for 48 Van Bomel and 72 Chateau [0.4]. | Fees | 1.00 | 0.00 | 175.00 | 175.00 |
| 09/25/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Several emails with Ms. Sweeney and Mr. Rosenfeld on noticing of sales [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/25/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with Mssrs. Bivona and Niknamfard re: rental arrears for 52 Van Bomel [.1]; multiple email corrspondnece with Ms. Sturchio and Mssrs. Bivona and Rosenfeld re: out of possession for 58 Woodlawn [.3]; reviewing notices of sale contracts for 72 Chateau and 48 Van Bomel and Certificate of No Objection for 87 Central [.2]. | Fees | 0.60 | 0.00 | 350.00 | 210.00 |
| 09/26/2017 | Renea A. Gargiulo | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Calendaring objection deadlines for notices of proposed sale for 48 Van Bomel and 72 Chateau and beginning preparation of certifications of counsel. | Fees | 0.30 | 0.00 | 175.00 | 52.50 |
| 09/26/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Several emails with Ms. Sturchio and Messrs. White and Bivona related to closing on 58 Woodlawn [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------|-----------|-------|-------|-------|-------|
| 09/26/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Ms. Sturchio and Mssrs. Bivona, Niknamfard and Rosenfeld re: out of possession for 58 Woodlawn [.9]; reviewing closing documents for 58 Woodlawn [.2]; reviewing title report re: same [.2]. | Fees | 1.30 | 0.00 | 350.00 | 455.00 |
| 09/27/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Messrs. Richmond, White and Ms. Sweeney on closing coverage for 58 Woodlawn [.1]; reviewing several emails on closing status; call with Mr. White; then call with Mr. Richmond thereon [.4]; email to Mr. Richmond with instructions on receipt of funds and closing; responding to further emails thereon and with Messrs. White and Rosenfeld [.2]; call with Mr. Rosenfeld thereon [.1]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 09/27/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing and responding to emails among Messrs. Hazan and Benka on IPv4 address blockage in furtherance of sale closing [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 09/27/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Telephone conference with Mr. Southard re: 58 Woodlawn [.2]; multiple email correspondence with Mr. Rosenfeld and Ms. Martinez re: disbursements for 58 Woodlawn [.2]; email correspondence with Mr. Rosenfeld re: closing documents for 58 Woodlawn [.1] | Fees | 0.50 | 0.00 | 350.00 | 175.00 |
| 09/28/2017 | Andrew S. Richmond | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Traveling to and from real estate closing (billed at 1/2 value) [2.4] | Fees | 2.40 | 0.00 | 275.00 | 660.00 |
| 09/28/2017 | Andrew S. Richmond | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Attending real estate closing [4.5]. | Fees | 4.50 | 0.00 | 275.00 | 1,237.50 |
| 09/28/2017 | Sean C. Southard | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email from Mr. White on 56 Woodlawn closing requirements [.1]; further emails with Messrs. Richmond and White on closing timing and status; then with Messrs. Rosenfeld [.2]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 09/28/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Telephone conference and multiple email correspondence with Mr. Richmond re: 56 Woodlawn [.4]; reviewing proposed contract of sale for 56 Van Bomel [.4]; reviewing sewer agreement for 89 Central [.1]; email correspondence with Mssrs. Richmond and Southard re: 56 Woodhaven [.1]. | Fees | 1.00 | 0.00 | 350.00 | 350.00 |
| 09/29/2017 | Matthew G. White | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Niknamfard and Ms. Sturchio re: 89 Central sewage connection [.2]; reviewing letter to UMB re: 58 Woodlawn [.1]; reviewing revision to contract of sale for 72 Chateau [.1]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| | | **Matter Description (First Line): Asset Disposition - Residential Portfolio** | | 146.70 | 0.00 | | 56,743.00 |

**Matter Description (First Line): Asset Disposition - Restricted Assets**

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/07/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing NEP motion and presentation and preparing for hearing on April 10. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 04/10/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Emails with Ms. Kiss on service for NEP motion. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/11/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Emails with Messrs. Bivona and Rosenfeld and then with Ms. Kiss and Mr. Corneau on Perkins loan issues. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 04/11/2017 | Joseph C. Corneau | 10691.031/ Dowling College Asset Disposition - Restricted Assets Confering with Mr. Southard regarding consulting agreement with librarian [0.1]. Reviewing and commenting on draft consulting agreement [0.5]. Emailing with Mr. Bivona regarding consulting agreement [0.1]. | Fees | 0.70 | 0.00 | 495.00 | 346.50 |
| 04/12/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing Perkins loan communications in advance of call (.2); call with Messrs. Bivona, Corneau and Ms. Kiss on Perkins loan assignment (.4); emails with Mr. Knapp (.1); email with Mr. Baldwin on NYSED service; emails with Ms. Kiss on service status (.1); | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 04/12/2017 | Lauren C. Kiss | 10691.031/ Dowling College Asset Disposition - Restricted Assets Conference call with Messrs. Southard, Corneau and Bivona discussing Perkins loan assignment. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 04/12/2017 | Joseph C. Corneau | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Participating in call (for part) regarding<br>Perkins Loans with Ms. Kiss, Mr. Bivona<br>and Mr. Southard. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 04/17/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing prior correspondence and<br>preparing email to Mr. Knapp on US DOE<br>position on Perkins Loan program (.2);<br>reviewing certification on publication for<br>NEP motion from Mr. Levin (.1); reviewing<br>response from Mr. Knapp (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 04/18/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing email from Mr. Bivona on Mid-<br>Island air and related request form (.1). | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 04/20/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing Perkins loan information and<br>research on liquidation requirements. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 04/20/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing and responding to request for<br>flight simulator release from Mr. Bivona and<br>Ms. Kiss. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/21/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Call and email with Mr. Curtin in relation to NEP requests and donor request for information (.2); reviewing email from Ms. Kiss to Ms. Gargiulo on property requests (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 04/24/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Conference call with Messrs. Southard and Bivona discussing Perkins loans and general status. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 04/25/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing and responding to emails from Mr. Bivona on Perkins loan assignment and related supporting materials (.2); reviewing email from Mr. Bivona to Mr. Friedman and attached data on hard drive preservation (.2). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 05/01/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emailing procedures for disposition of non-estate property to Messrs. Rosenfeld and Bivona [.2]; reviewing email from Mr. Bivona on proposed non-estate property disposition [.1]. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/01/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Discussion with Ms. Kiss and then reviewing email to Mr. Bivona in relation to property requests for NEP [.2]; reviewing response from Mr. Bivona [.1]; reviewing email from Ms. Chachoff and property request forms [.2]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 05/02/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Telephone call with former professor regarding property request form. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 05/02/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing Mr. Bivona's email on the passing of Constance Mancuso, reviewing the relevant documentation on the Mancuso charitable trust and relevant sections of the Internal Revenue Code and emailing summary to Mr. Southard. | Fees | 0.90 | 0.00 | 375.00 | 337.50 |
| 05/03/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Call with Mr. Marino on receipt of record procedures (.1); discussing with Ms. Kiss inquiry on records (.1); reviewing email from Ms. Kiss on property requests (.1); reviewing and responding to email from Mr. O'Mera in relation to record motion request (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/03/2017 | Lauren C. Kiss | 10691.031/ Dowling College Asset Disposition - Restricted Assets Telephone call with former professor regarding property request form [.1]; reviewing property request forms received from Ms. Runnells and Dr. Seperson and emailing with Mr. Bivona [.2]. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 05/04/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing and responding to email on property request from Mr. Kleinberg (.1). | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 05/05/2017 | Lauren C. Kiss | 10691.031/ Dowling College Asset Disposition - Restricted Assets Telephone call with former vendor regarding property request form [.1]; reviewing emails from Messrs. Bivona, Rosenfeld and Southard regarding Ms. Runnells' request for emails [.1]. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 05/05/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing materials on Perkins loan program liquidation. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 05/05/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing and responding to emails with Messrs. Rosenfeld and Bivona concerning record requests for emails [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/08/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Telephone call with former employee<br>regarding property request form [.1];<br>reviewing property request forms received<br>from GCG [.2]. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 05/09/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Telephone call with former student<br>regarding property request form. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 05/09/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Call to former student on response to records<br>motion [.1]; call with Mr. Cerullo in relation<br>to same [.2]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 05/10/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing NEP request forms and related<br>emails with Mr. Nikelsberg [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 05/11/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Bivona in relation to<br>Perkins collection matters. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/15/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing email from Mr. Bivona in relation to property request for NEP [.1]; reviewing further emails from Mr. Bivona in relation to NEP [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/15/2017 | Renea A. Gargiulo | 10691.031/ Dowling College Asset Disposition - Restricted Assets Sending property request form of Ms. Caputo to Mr. Bivona per his request. | Fees | 0.10 | 0.00 | 175.00 | 17.50 |
| 05/15/2017 | Lauren C. Kiss | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing emails from Mr. Bivona on property request forms and proposed disposition. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 05/17/2017 | Lauren C. Kiss | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing Mr. Bivona's email on property request forms and responding to same [.1]. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 05/18/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing email from Mr. Powers on return of NEP [.1]; call with Mr. Clayton in relation to DOE communications on Perkins loan [.1]; reviewing letter from Mr. Knapp and related emails [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/22/2017 | Lauren C. Kiss | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing property request forms received from GCG. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 05/23/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing property request forms and related emails from Ms. Chachoff. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/23/2017 | Lauren C. Kiss | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing documents in file related to the Perkins Loan Program and researching relevant regulations on the assignment of the loans to the Department of Education. | Fees | 1.80 | 0.00 | 375.00 | 675.00 |
| 05/24/2017 | Lauren C. Kiss | 10691.031/ Dowling College Asset Disposition - Restricted Assets Researching property of the estate issues and drafting motion seeking procedures for the turnover of the Debtor's Federal Perkins Loan Portfolio [4.8]; emailing Mr. Bivona list of questions related to the Perkins loans [.1]. | Fees | 4.90 | 0.00 | 375.00 | 1,837.50 |
| 05/24/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing emails among Ms. Kiss and Mr. Bivona concerning Perkins loan program and motion to approve same [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/24/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Telephone call with former adjunct professor regarding property request form [.1]. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 05/30/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing motion draft for turnover of Perkins Loan program and related emails with Ms. Kiss thereon [.5]; further emails with Ms. Kiss and Mr. Bivona thereon [.2]; reviewing closeout audit email from Mr. Bivona and responding to same [.2]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 06/02/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing email from Mr. Bivona in relation to closeout audit [.1] reviewing further email from Mr. Bivona on Perkins motion comments then responding to email from Ms. Kiss thereon [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/05/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Bivona in relation to Perkins Loan status [.1] | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------|-----------|-------|-------|-------|-------|
| 06/07/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing email from Mr. Bivona analyzing Perkins loan matters and responding to same [.2]; reviewing revised Perkins loan motion and emails with Ms. Kiss thereon [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 06/08/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing emails from Mr. Bivona on NEP disposition recommendations. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 06/08/2017 | Lauren C. Kiss | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing Mr. Bivona's email on Perkins Loan fund contributions and revising motion [.2]; revising Perkins procedures motion with Mr. Southard's comments and emailing with Mr. Bivona [.1]; reviewing email from Mr. Bivona regarding disposition of certain NEP and related property request forms [.1]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 06/08/2017 | Joseph C. Corneau | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing email regarding property request forms [0.1]. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 06/12/2017 | Lauren C. Kiss | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing Mr. Bivona's comments to Perkins procedures motion and revising same. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/13/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing NEP request from Alumni associations and related emails with Ms. Kiss and Mr. Bivona [.2]; reviewing email from Mr. Bivona to US DOE on close-out audit [.1]; reviewing Perkins loan motion comments from Mr. Bivona [.2]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 06/13/2017 | Lauren C. Kiss | 10691.031/ Dowling College Asset Disposition - Restricted Assets Telephone call with former student regarding property request form and description of property [.2]; reviewing property request form received from Alumni Association and emailing with Mr. Bivona [.1]; telephone call with Mr. Bivona regarding Perkins procedures motion [.4]; revising motion based upon call [.3]; drafting notice of hearing of motion [.1]. | Fees | 1.10 | 0.00 | 375.00 | 412.50 |
| 06/14/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing emails and then reviewing and revising Perkins Loan motion papers and further emails with Ms. Kiss thereon [.7]; preparing email to Mr. Knapp of USAO in relation to same [.1]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/16/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Hammel in relation to Perkins loan motion [.1]; emails with Ms. Varnovsky and Messrs. Bivona and Knapp on call and adjournment [.2]; | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 06/16/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Revising, finalizing and filing Perkins procedures motion. | Fees | 0.90 | 0.00 | 375.00 | 337.50 |
| 06/19/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Conference call with Messrs. Southard, Bivona, Knapp and Ms. Varnovitsky discussing close out audit for Perkins loans and discussing call with Mr. Southard [.3]; reviewing property request forms from GCG [.2]. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 06/19/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing property request forms and related emails [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/19/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Ms. Kiss and Ms. Varnovitsky and reviewing motion in preparation for call [.3]; then call with US DOE and USAO representatives in relation to motion for Perkins Loan liquidation and audit requirements associated with proof of claim [.5]; discussing results of call with Ms. Kiss [.1]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 06/21/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Hammel; then call with Mr. Hammel and Ms. Kiss on US DOE and Perkins Loan liquidation motion [.6] | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 06/21/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Conference call with Messrs. Southard and Hammel discussing Perkins procedures motion and process. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 06/22/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Discussing information requested by Mr. Hammel with Mr. Southard and emailing Mr. Hammel relevant citations and website. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 06/26/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing property request forms received from GCG. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------|-----------|-------|-------|-------|-------|
| 06/29/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing NEP summary from Mr. Bivona. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 07/06/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing Perkins procedures motion and summarizing same in preparation for July 10 hearing. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 07/12/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing updated agreement on Archive donation and transfer to Adelphi and related emails [.2]; | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 07/19/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Knapp on US DOE position on Perkins loans and status [.1]; call with same [.3]; then emails with Messrs. Bivona and Rosenfeld on proposal and calculation [.2]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 07/20/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Knapp in relation to Perkins loan status [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 07/21/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Drafting notice of adjournment of Perkins procedures motion, filing same and emailing with GCG regarding service. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/26/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing updated email from Mr. Bivona related to Perkins loan portfolio and liquidation [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 07/28/2017 | Lauren C. Kiss | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing Mr. Bivona's email and attachment on the Perkins Loan analysis. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 08/02/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing email from Mr. Bivona in relation to ACS loan servicing [.1]; reviewing email and analysis from Mr. Bivona on PV for property interest in loan portfolio of Perkins program; then preparing email to Mr. Knapp thereon [.4]; reviewing and responding to Mr. Knapp and Mr. Bivona thereon [.3]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 08/15/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Knapp in relation to Perkins Loan discussion [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/16/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Bivona in relation to student Perkins loan account collection and US DOE discussion; reviewing agreement [.3]; emails with Mr. Knapp in relation to US DOE position [.1]; call with Mr. Knapp and Ms. Varnitovsky in relation to US DOE position [.4]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 08/25/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Knapp in relation to US DOE position on Perkins loan portfolio [.3]; brief review of memo filing by US DOE and related emails [.3]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 08/30/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing Perkins loan memo and then preparing revised form of order and emails with Mr. Bivona thereon [.8]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/31/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing email and comments on form of order from Mr. Bivona; then revising form of draft order and email o Mr. Friedman thereon [.3]; revising form of order based on discussion with Mr. Friedman and email to Mr. Knapp thereon [.2]; several further emails related to order and assignment with Messrs. Rosenfeld and Bivona [.4]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 09/08/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing SPDES permit transfer and then emails with Messrs. Bivona and Rosenfeld thereon [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 09/13/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing revised Perkins loan order from Mr. Knapp and circulating related emails thereon with Messrs. Bivona and Rosenfeld [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 09/18/2017 | Stephanie R. Sweeney | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing emails re: Perkins portfolio and proposed Order and DOE comments. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/18/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Emails with Messrs. Rosenfeld and Bivona on Perkins loan order and edits from Mr. Knapp [.2]; further emails with Mr. Bivona on concerns [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 09/20/2017 | Stephanie R. Sweeney | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing emails re: Perkins loan portfolio and revisions to Order [.1]. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 09/20/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Call with Mr. Friedman on Perkins Loan order [.1]; reviewing same and redline from Mr. Knapp; further call with Mr. Freidman on same [.3]; call with Messrs. Powers, Friedman, Knapp and Ms. Varnitovsky on Perkins Loan order and position [.2]; revising order, emails with parties on final version [.3]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 09/21/2017 | Sean C. Southard | 10691.031/ Dowling College Asset Disposition - Restricted Assets Preparing email to chambers on form of interim order for Perkins Loan program; reviewing response [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/25/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Ms. Sweeney on upload of order for Perkins Loan; then to chambers thereon [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/27/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing memo of law by US DOE in relation to Perkins Loan motion [.3]; emails with Mr. Baldwin of NYSED in relation to same [.1]; reviewing entry of interim order on Perkins Loan [.1]; discussing with Mr. Freidman [.1]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 09/28/2017 | Sean C. Southard | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Knapp and then with Mr. Bivona on assignment issues and introductions for Perkins Loan portfolio [.2]; | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| | **Matter Description (First Line): Asset Disposition - Restricted Assets** | | | **36.80** | **0.00** | | **17,930.00** |
| **Matter Description (First Line): Assumption and Rejection of Leases and Contracts** | | | | | | | |
| 09/06/2017 | Sean C. Southard | 10691.017/ Dowling College<br>Assumption and Rejection of Leases and Contracts<br>Reviewing email from Mr. Curcio on Arrow Security and then emails with Mr. Bivona in response [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/07/2017 | Sean C. Southard | 10691.017/ Dowling College<br>Assumption and Rejection of Leases and Contracts<br>Reviewing emails on open invoice with Mr. Bivona and Arrow Security [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/08/2017 | Sean C. Southard | 10691.017/ Dowling College<br>Assumption and Rejection of Leases and Contracts<br>Reviewing previous correspondence, contract and related materials in relation to Arrow Security; then several emails with Messrs. Bivona and Rosenfeld thereon [.6]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 09/12/2017 | Sean C. Southard | 10691.017/ Dowling College<br>Assumption and Rejection of Leases and Contracts<br>Reviewing email from Mr. Curcio in relation to Arrow Security [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 09/13/2017 | Sean C. Southard | 10691.017/ Dowling College<br>Assumption and Rejection of Leases and Contracts<br>Reviewing email from Mr. Bivona to Mr. Curcio on Arrow security status [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| **Matter Description (First Line): Assumption and Rejection of Leases and Contracts** | | | | **1.30** | **0.00** | | **747.50** |
| **Matter Description (First Line): Case Administration** | | | | | | | |
| 04/06/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Patel in relation to NYSUT representation and status. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/06/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Drafting notice of agenda for April 10 hearing [.8]; drafting index for April 10 hearing binder [.5]; discussing status of various matters with Mr. Southard [.6]; revising agenda with Mr. Southard's comments [.2]. | Fees | 2.10 | 0.00 | 375.00 | 787.50 |
| 04/07/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Updating agenda [.2]; telephone call with Mr. Powers discussing status and agenda [.2]; updating hearing binder and discussing same with Ms. Garofalo [.5]; reviewing Mr. Southard's comments to agenda [.1]; reviewing affidavits of service and finalizing agenda [.6]; discussing revisions to hearing binder with Ms. Garofalo [.2]; reviewing and revising hearing binders [.7]; discussing additional documents needed for April 10 hearing with Mr. Southard and gathering documents [.8]; preparing proposed orders for April 10 hearing [.4]. | Fees | 3.70 | 0.00 | 375.00 | 1,387.50 |
| 04/07/2017 | Kristen M. Strine | 10691.010/ Dowling College Case Administration Assembling hearing binders per Ms. Kiss' request. | Fees | 3.00 | 0.00 | 175.00 | 525.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/07/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Reviewing agenda and revising same; emails with Ms. Kiss (.2); discussing hearing binder and presentation with Ms. Kiss (.2); preparing outline for status conference and discussing with Ms. Kiss (.3); emails with Mr. Rosenfeld thereon; preparing for hearing and status conference; emails with Messrs. Powers and Silverman on status overview (.3). | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 04/10/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Attending April 10 hearing and discussions before and after hearing with interested parties [2.8]; ordering hearing transcript from Veritext [.1]. | Fees | 2.90 | 0.00 | 375.00 | 1,087.50 |
| 04/10/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Preparing for hearings (.8); attending hearings and conferring with counsel before and after same (2.5); call with chambers in relation to orders and discussion with Ms. Kiss and then emails thereon (.3); call with Mr. Rosenfeld on status of various matters (.3). | Fees | 3.90 | 0.00 | 575.00 | 2,242.50 |
| 04/10/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Mileage to/from Court for hearing. | MILEAGE | 0.00 | 36.80 | 0.54 | 19.69 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/11/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Discussing with Ms. Kiss status of various matters and motions for hearing on May 22 (.3); discussing consulting agreement with Mr. Corneau for librarian; then reviewing related emails (.2). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 04/11/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing status of various motions with Mr. Southard. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 04/12/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Preparing email to committee counsel on request for meeting and related matters; emails with Mr. Rosenfeld thereon (.2); and call with Mr. Silverman (.1); further emails with same on meeting schedule (.1); call with Messrs. Bivona and Rosenfeld on agenda and open matters (.9). | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 04/12/2017 | Kristen M. Strine | 10691.010/ Dowling College<br>Case Administration<br>Veritext invoice no. NY2928418 for transcript of hearing on 3/30/17. | TRANS | 0.00 | 1.00 | 339.97 | 339.97 |
| 04/12/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Reviewing monthly operating report for March and emailing comments to Mr. Rosenfeld. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/12/2017 | Stephanie L. Nocella | 10691.010/ Dowling College<br>Case Administration<br>E-mails with Mr. Southard regarding incoming bid deposit wire transfers and beneficiary address required for outgoing wire. | Fees | 0.10 | 0.00 | 0.00 | 0.00 |
| 04/13/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing and revising document retention motion and emails thereon with Ms. Kiss (.4); emails with Mr. Rosenfeld on form 990 requirements and related retention (.1); reviewing MOR for March draft and related emails (.3); reviewing materials for committee meeting with Mr. Rosenfeld; discussing with Ms. Kiss (.4); reviewing email form Ms. Kiss with letter from student (.2). | Fees | 1.60 | 0.00 | 575.00 | 920.00 |
| 04/13/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing status of open matters with Mr. Southard [.2]; finalizing and filing monthly operating report for March [.1]. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 04/13/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-722-82838 for shipment to Patrick A. Curtis of One Realty Services. | FEDEX | 0.00 | 1.00 | 12.66 | 12.66 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/14/2017 | Stephanie L. Nocella | 10691.010/ Dowling College Case Administration Revising and transmitting monthly fee statement. | Fees | 0.30 | 0.00 | 0.00 | 0.00 |
| 04/17/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Email with Mr. Rosenfeld on status and preparation for committee meeting (.1); reviewing status memo from Mr. Rosenfeld and emails with Ms. Kiss thereon (.3); emails with Messrs. Bivona and Rosenfeld and Ms. Kiss requesting call on status overall (.1); call with Mr. Bivona and Ms. Kiss on status of various matters and preparation for meeting with Committee (1.5). | Fees | 2.00 | 0.00 | 575.00 | 1,150.00 |
| 04/17/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Discussing meeting with Committee counsel with Mr. Southard [.1]; reviewing status update in preparation for call [.2]; conference call with Messrs. Southard and Bivona discussing status and preparation for meeting with Committee counsel [1.5]; preparing binder for meeting with Committee counsel [.6]. | Fees | 2.40 | 0.00 | 375.00 | 900.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------|-----------|-------|-------|-------|-------|
| 04/18/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Veritext invoice no. NY2931093 for transcript of Dowling College Auction. | TRANS | 0.00 | 1.00 | 667.10 | 667.10 |
| 04/18/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Mileage to/from SilvermanAcampora for meeting. | MILEAGE | 0.00 | 32.00 | 0.54 | 17.12 |
| 04/19/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132032017 for conference call on 3/9/17. | CONFCALLS | 0.00 | 1.00 | 2.03 | 2.03 |
| 04/19/2017 | Brendan M. Scott | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132032017 for conference call on 3/23/17. | CONFCALLS | 0.00 | 1.00 | 7.91 | 7.91 |
| 04/19/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132032017 for conference call on 3/7/17. | CONFCALLS | 0.00 | 1.00 | 4.53 | 4.53 |
| 04/19/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132032017 for conference call on 3/8/17. | CONFCALLS | 0.00 | 1.00 | 11.34 | 11.34 |
| 04/19/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132032017 for conference call on 3/10/17. | CONFCALLS | 0.00 | 1.00 | 33.64 | 33.64 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------|-----------|-------|-------|-------|-------|
| 04/19/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132032017 for conference call on 3/10/17. | CONFCALLS | 0.00 | 1.00 | 4.15 | 4.15 |
| 04/19/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132032017 for conference call on 3/14/17. | CONFCALLS | 0.00 | 1.00 | 40.36 | 40.36 |
| 04/19/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132032017 for conference call on 3/16/17. | CONFCALLS | 0.00 | 1.00 | 8.42 | 8.42 |
| 04/19/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132032017 for conference call on 3/16/17. | CONFCALLS | 0.00 | 1.00 | 7.37 | 7.37 |
| 04/19/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132032017 for conference call on 3/22/17. | CONFCALLS | 0.00 | 1.00 | 6.72 | 6.72 |
| 04/19/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132032017 for conference call on 3/28/17. | CONFCALLS | 0.00 | 1.00 | 17.46 | 17.46 |
| 04/19/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132032017 for conference call on 3/28/17. | CONFCALLS | 0.00 | 1.00 | 22.15 | 22.15 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------|-----------|-------|-------|-------|-------|
| 04/19/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132032017<br>for conference call on 3/29/17. | CONFCALLS | 0.00 | 1.00 | 5.64 | 5.64 |
| 04/19/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132032017<br>for conference call on 3/29/17. | CONFCALLS | 0.00 | 1.00 | 6.14 | 6.14 |
| 04/19/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132032017<br>for conference call on 3/29/17. | CONFCALLS | 0.00 | 1.00 | 21.76 | 21.76 |
| 04/19/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132032017<br>for conference call on 3/30/17. | CONFCALLS | 0.00 | 1.00 | 31.09 | 31.09 |
| 04/19/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132032017<br>for conference call on 3/30/17. | CONFCALLS | 0.00 | 1.00 | 8.32 | 8.32 |
| 04/19/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Discussing various status matters with Ms.<br>Kiss (.2); emails with Mr. Pfeiffer on status<br>of case and exit timing (.1); emails with Mr.<br>Rosenfeld on outreach of Newsday (.1). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/20/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Public Access to Court Electronic Records for quarter ending 3/31/17. | PACER | 0.00 | 1.00 | 53.70 | 53.70 |
| 04/24/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Mileage to/from Court for Ms. Kiss on 12/2/16. | MILEAGE | 0.00 | 36.80 | 0.54 | 19.87 |
| 04/24/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Mileage to/from Court for Ms. Kiss on 12/15/16. | MILEAGE | 0.00 | 36.80 | 0.54 | 19.87 |
| 04/24/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing status with Mr. Southard. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 04/24/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Emails with Mr. McCord in relation to hearing agenda for April 26 (.1); reviewing emails from Ms. Siford and emails with Mr. Rosenfeld thereon (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/25/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Call with Ms. Siford on status of case; then emails with same and Mr. Rosenfeld on press inquiries (.5); further emails with Mr. Rosenfeld and Ms. Siford thereon and in relation to claims review (.2); reviewing agenda for April 26 hearing and emails with Ms. Kiss thereon (.1). | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 04/25/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Drafting and filing notice of agenda for April 26 hearing [.4]; preparing binder for April 26 hearing [.3]; emailing with GCG regarding service of agenda and withdrawal of plan support agreement [.1]; telephone call with Mr. Demers discussing service [.1]; telephone call with claims trader regarding status of case [.1]. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |
| 04/26/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Meeting with Mr. Clayton on various matters associated with case, including board involvement, Brookhaven planning, etc. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/27/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Discussing several open matters and motions for May 22 hearing with Ms. Kiss (.6); call with Mr. Hammel in relation to various matters, including F&E sale, priority claims, etc.  (.5); call with Mr. Rosenfeld (.1). | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 04/27/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>West information charges for legal research for March 2017, invoice no. 835879946. | WESTLAW | 0.00 | 1.00 | 36.90 | 36.90 |
| 04/27/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Reviewing case management procedures order for service of motions to be heard on May 22 and preparing list of service parties [.4]; discussing status and motions for May 22 with Mr. Southard [.6]. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |
| 04/28/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Filing Fee for Motion to Sell Debtor's Furniture and Equipment. | FILEFEE | 0.00 | 1.00 | 181.00 | 181.00 |
| 04/30/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>Photocopies for April 2017. | PHOTOCOPY | 0.00 | 3,840.00 | 0.10 | 384.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/01/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Preparing list of outstanding items to discuss with Mr. Southard [.2]; discussing status with Mr. Southard [.2]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 05/03/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Discussing status of case with Mr. Southard [.2]; telephone call with Mr. Yang regarding matters on the agenda for the May 22 hearing and discussing same separately with Mr. Southard [.3]. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 05/04/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Reviewing voicemail and emails with Mr. Bivona on same and student transcript request. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 05/08/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Telephone call with Mr. Yang discussing questions and concerns in connection with motions to be heard at May 22 hearing and emailing with Mr. Southard. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 05/09/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Reviewing April MOR and then emails thereon with Ms. Kiss and Mr. Rosenfeld. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Dowling College

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/09/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Reviewing and revising April MOR and global notes. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 05/09/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-802-35629 for shipment to Robert S. Rosenfeld, Dowling College. | FEDEX | 0.00 | 1.00 | 13.11 | 13.11 |
| 05/09/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-802-35629 for shipment to Robert Rosenfeld, RSR Consulting. | FEDEX | 0.00 | 1.00 | 13.11 | 13.11 |
| 05/09/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-802-35629 for shipment to Ronald Friedman and Gerard Luc of Silverman Acampora. | FEDEX | 0.00 | 1.00 | 13.11 | 13.11 |
| 05/09/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-802-35629 for shipment to Miyoko Sato and Ian Hammel of Mintz Levin. | FEDEX | 0.00 | 1.00 | 15.65 | 15.65 |
| 05/09/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-802-35629 for shipment to Carl McCarthy and Maria Cheng of ACA Financial. | FEDEX | 0.00 | 1.00 | 13.11 | 13.11 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/09/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-802-35629 for shipment to Brian Pfeiffer and Neil Begley of Schulte Roth & Zabel. | FEDEX | 0.00 | 1.00 | 13.11 | 13.11 |
| 05/09/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-802-35629 for shipment to Stan Yang, Office of US Trustee. | FEDEX | 0.00 | 1.00 | 13.11 | 13.11 |
| 05/10/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Filing April 2017 MOR. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 05/10/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Emails with Ms. Kiss on meeting at Dowling with RSR; then preparing emails to RSR with proposed agenda and action items. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 05/11/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Meeting with Messrs. Southard, Rosenfeld and Bivona discussing status and strategy. | Fees | 3.80 | 0.00 | 375.00 | 1,425.00 |
| 05/11/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Meeting with Messrs. Rosenfeld, Bivona and Ms. Kiss, (joined by Mr. Cook and Ms. Dimola for portions) in relation to various matters, including DIP Financing, claims, F&E disposition, records, etc. [3.8]. | Fees | 3.80 | 0.00 | 575.00 | 2,185.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/11/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Mileage to/from Dowling Oakdale Campus. | MILEAGE | 0.00 | 35.60 | 0.54 | 19.05 |
| 05/12/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Discussing financing status and Oakdale closing status with Mr. Corneau [.3]; call with Mr. Bivona in relation to various matters [.5]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 05/15/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Call with creditor representatives and Mr. Bivona in relation to status of various matters, including DIP financing, Oakdale sale, F&E sale and property requests [.8]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 05/15/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Conference call with DIP Lenders and Committee Counsel discussing sale of F&E to Princeton, proposed budget and strategy. | Fees | 0.80 | 0.00 | 375.00 | 300.00 |
| 05/15/2017 | Joseph C. Corneau | 10691.010/ Dowling College Case Administration Conference call regarding furniture and equipment disposition, Oakdale campus closing, and financing status [0.8]. | Fees | 0.80 | 0.00 | 495.00 | 396.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/16/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Emails with Ms. Kiss on agenda for May 22 hearing [.1]; discussing agenda and related motions for hearing with Ms. Kiss [.3]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 05/16/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Drafting agenda for May 22 hearing [1.0]; drafting status update for May 22 hearing [.4]; discussing status of case and May 22 hearing with Mr. Southard [.8]; revising agenda based upon discussion with Mr. Southard [.2]; reviewing and revising summary for May 22 hearing [.7]. | Fees | 3.10 | 0.00 | 375.00 | 1,162.50 |
| 05/16/2017 | Kristen M. Strine | 10691.010/ Dowling College Case Administration Assembling hearing binder per Ms. Kiss' request. | Fees | 1.50 | 0.00 | 175.00 | 262.50 |
| 05/17/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Calls with Mr. Friedman in relation to various matters, including financing, intercreditor discussions, Oakdale sale status and Brookhaven sale status [.7]; call with Mr. Bivona in relation to various case matters [.3]. | Fees | 1.00 | 0.00 | 575.00 | 575.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/17/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Drafting binder index for May 22 hearing [.5]; discussing binders with Ms. Garofalo [.1]; reviewing Ms. Garofalo's email regarding adversary proceeding documents, reviewing docket and emailing with Ms. Garofalo [.2]; discussing status with Mr. Southard [.5]. | Fees | 1.30 | 0.00 | 375.00 | 487.50 |
| 05/18/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Discussing several matters in preparation for May 22 hearing with Ms. Kiss and other case status items; call to chambers thereon [1.2]; reviewing argument summary and preparing for May 22 hearing; then further discussions with Ms. Kiss thereon [.8]. | Fees | 2.00 | 0.00 | 575.00 | 1,150.00 |
| 05/18/2017 | Kristen M. Strine | 10691.010/ Dowling College<br>Case Administration<br>Updating hearing binders [.1]. | Fees | 0.10 | 0.00 | 175.00 | 17.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/18/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Discussing status of case, priority claims and May 22 hearing with Mr. Southard [1.2]; gathering revised orders to send to chambers for May 22 hearing [.2]; reviewing and revising hearing binders for May 22 hearing and gathering additional documents for hearing [1.0]; discussing hearing and binders with Mr. Southard [.1]; revising summary points for hearing based upon recent events [.6]. | Fees | 3.10 | 0.00 | 375.00 | 1,162.50 |
| 05/19/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Conference call with Mr. Southard and Ms. Ryan discussing items on the agenda for May 22 hearing [.2]; emailing revised proposed orders to chambers [.1]; discussing status for May 22 hearing with Mr. Southard [.2]; revising agenda based on recent events [.4]; finalizing and filing agenda and discussing service with Mr. Nickelsberg [.2]; gathering all proposed orders for May 22 hearing [.2]. | Fees | 1.30 | 0.00 | 375.00 | 487.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/19/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Emails with Ms. Kiss on contact with chambers and agenda [.1]; call with same and Ms. Ryan on May 22 hearing agenda [.2]; reviewing email from Ms. Kiss to Ms. Ryan with proposed form of order [.1]; reviewing email from Ms. Ryan on attendance requirements and motion by Tiger [.1]; reviewing agenda filing [.1]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 05/22/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Attending hearing and conferring with parties before and after hearing [2.3]; ordering transcript of hearing [.1]. | Fees | 2.40 | 0.00 | 375.00 | 900.00 |
| 05/22/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Call with Mr. Rosenfeld in relation to status of various matters; including Oakdale F&E sale and liquidator, campus sale and creditor settlement matters [.6]; preparing for hearings before Judge Grossman [1.2]; attending hearings before Judge Grossman and discussions with counsel before and after same [2.1]. | Fees | 3.90 | 0.00 | 575.00 | 2,242.50 |
| 05/22/2017 | Brendan M. Scott | 10691.010/ Dowling College Case Administration CourtCall fee for telephonic appearance. | CONFCALLS | 0.00 | 1.00 | 51.00 | 51.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/22/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Mileage to/from Court for hearing. | MILEAGE | 0.00 | 36.80 | 0.54 | 19.69 |
| 05/23/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Discussing with Ms. Kiss on results of hearing and various orders and future motions and notice for July 10 hearing date [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 05/23/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing proposed orders with Mr. Southard and status of future motions. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 05/24/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-802-35629 for shipment to Robert S. Rosenfeld, Dowling College on 4/14/17. | FEDEX | 0.00 | 1.00 | 12.66 | 12.66 |
| 05/24/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-802-35629 for shipment to Robert S. Rosenfeld, RSR Consulting on 4/14/17. | FEDEX | 0.00 | 1.00 | 12.66 | 12.66 |
| 05/24/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-802-35629 for shipment to Ronald Friedman, Gerard Luc of Silverman Acampora on 4/14/17. | FEDEX | 0.00 | 1.00 | 12.66 | 12.66 |

10/17/2017 3:05:32 PM

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------|-----------|-------|-------|-------|-------|
| 05/24/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-802-35629 for shipment to Miyoko Sato and Ian Hammel of Mintz Levin on 4/14/17. | FEDEX | 0.00 | 1.00 | 15.11 | 15.11 |
| 05/24/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-802-35629 for shipment to Brian Pfeiffer and Neil Begley of Schulte Roth & Zabel on 4/14/17. | FEDEX | 0.00 | 1.00 | 12.66 | 12.66 |
| 05/24/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-802-35629 for shipment to Carl McCarthy and Maria Cheng of ACA Financial on 4/14/17. | FEDEX | 0.00 | 1.00 | 12.66 | 12.66 |
| 05/24/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-802-35629 for shipment to Stan Yang, Office of the US Trustee on 4/14/17. | FEDEX | 0.00 | 1.00 | 12.66 | 12.66 |
| 05/24/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132042017 for conference call on 4/3/17. | CONFCALLS | 0.00 | 1.00 | 11.04 | 11.04 |
| 05/24/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132042017 for conference call on 4/7/17. | CONFCALLS | 0.00 | 1.00 | 5.55 | 5.55 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/24/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132042017 for conference call on 4/12/17. | CONFCALLS | 0.00 | 1.00 | 10.46 | 10.46 |
| 05/24/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132042017 for conference call on 4/17/17. | CONFCALLS | 0.00 | 1.00 | 3.87 | 3.87 |
| 05/24/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132042017 for second conference call on 4/3/17. | CONFCALLS | 0.00 | 1.00 | 13.70 | 13.70 |
| 05/24/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132042017 for conference call on 4/24/17. | CONFCALLS | 0.00 | 1.00 | 4.91 | 4.91 |
| 05/24/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Discussing proposed orders from May 22 hearing and status with Mr. Southard. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 05/24/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Meeting with Ms. Kiss (in afternoon) in relation to various matters, including May 22 hearing results and orders, motion on Perkins loan program, etc. [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/25/2017 | Brendan M. Scott | 10691.010/ Dowling College<br>Case Administration<br>West information charges for legal research for April 2017, invoice no. 836057833. | WESTLAW | 0.00 | 1.00 | 304.98 | 304.98 |
| 05/26/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing email from Mr. Nikelsberg on delivery of notice [.2] | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/26/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing Lightpath and Optel agreements and emails with Mr. Bivona thereon. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 05/31/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Meeting with Ms. Kiss discussing various matters, including claims review, motions for July 11 hearing and plan [.4]; emails with Messrs. Rosenfeld and Bivona and Ms. Kiss on update to board and creditors; then reviewing email and updated summary to board by Mr. Rosenfeld; revising same and related emails [.8]; call with Mr. Kleinberg on status of various matters [.4]; call with Mr. Rosenfeld on status of various matters [.4]; emails with Mr. Bivona on settlement inquiry [.2]. | Fees | 2.20 | 0.00 | 575.00 | 1,265.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/31/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Reviewing and revising status update to Board of Trustees. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 05/31/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>Photocopies for May 2017. | PHOTOCOPY | 0.00 | 3,905.00 | 0.10 | 390.50 |
| 06/01/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Emails with DIP lenders and committee on call for case discussion [.2]; reviewing updated status report and email from Ms. Kiss thereon [.1]; discussing plan and financing expectations with Mr. Corneau [.3]; emails with Mr. Rosenfeld on status of various matters [.1]; call on status with Mr. Rosenfeld [.2]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 06/01/2017 | Joseph C. Corneau | 10691.010/ Dowling College<br>Case Administration<br>Reviewing budget [0.2]. Conferring with Mr. Southard regarding budget [0.2]. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 06/05/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing overall status with Mr. Southard and agenda for conference call with Messrs. Rosenfeld and Bivona [.4]; preparing discussion points for call with Messrs. Southard, Rosenfeld and Bivona [.3]. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/05/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Discussing status update with Ms. Kiss [.4]; call with Ms. Sato on status of various matters, including Residential sales, Brookhaven dorms, and chapter 11 exit [.8]. | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 06/06/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Bivona and Ms. Kiss discussing status of various case matters [1.5]; call with Mr. Rosenfeld discussing various case matters and upcoming calls with creditors and brokers [.5]; discussing with Ms. Kiss status of various matters [.2]; discussing financing and plan exit with Mr. Corneau [.4]; email with Ms. Sato on status [.1]. | Fees | 2.70 | 0.00 | 575.00 | 1,552.50 |
| 06/06/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Conference call with Messrs. Southard and Bivona discussing Perkins loan motion and overall status [1.5]; revising Perkins loan motion based upon call [.7]; discussing revised motion with Mr. Southard [.1]. | Fees | 2.30 | 0.00 | 375.00 | 862.50 |
| 06/06/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Veritext invoice no. NY2993421 for transcript of hearing on 4/10/17. | TRANS | 0.00 | 1.00 | 319.75 | 319.75 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/06/2017 | Joseph C. Corneau | 10691.010/ Dowling College Case Administration Discussing various case status matters with Mr. Southard. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 06/07/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Reviewing email on agenda for call with creditors; preparing for same [.2]; call with creditor representatives and debtor representatives on various matters, including DIP financing, sale process for Oakdale and Brookhaven [1.0]; call with Messrs. Bivona and Rosenfeld thereon [.5]. | Fees | 1.70 | 0.00 | 575.00 | 977.50 |
| 06/07/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Conference call with DIP Lenders, counsel to the Creditors Committee and real estate brokers discussing status of case and strategy going forward. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |
| 06/07/2017 | Joseph C. Corneau | 10691.010/ Dowling College Case Administration Participating in conference call regarding various case matters. | Fees | 1.00 | 0.00 | 495.00 | 495.00 |
| 06/08/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Discussing status of Oakdale closing and employee claims with Mr. Southard. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/08/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Call with Mr. Rosenfeld concerning various matter [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 06/09/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Reviewing May MOR and global notes. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 06/12/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Call with Mr. Rosenfeld [.6]; call with chambers on status of various matters [.2]; call with Mr. Rosenfeld [.2]. | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 06/12/2017 | Joseph C. Corneau | 10691.010/ Dowling College Case Administration Conferring with Mr. Southard regarding various matters. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 06/13/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Call with Ms. Kiss on status of various matters [.2]; emails with Mr. Friedman and other parties in interest on call adjournment [.1]; call with Mr. Rosenfeld discussing various matters [.4]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 06/13/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Telephone call with Mr. Southard regarding status and motions to be heard at July 10 hearing. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/14/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing MOR for May [.2]; call with Mr. Hammel on various matters, including claims, closing status and financing and joined by Ms. Sato [.3]; call with Ms. Kiss concerning various matters [.3]; reviewing emails from Ms. Kiss to estate parties on motion drafts for hearing on July 10 [.1]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 06/14/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Filing May MOR and emailing with Mr. Rosenfeld [.1]; discussing status and motions to be heard on July 10 with Mr. Southard [.3]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 06/15/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Emails with parties in interest on case call and scheduling [.2]; call with Mr. Hammel thereon and related to Oakdale developments [.2]; reviewing email with Ms. Kiss on bar date service [.2]; call with Mr. Bivona in relation to various matters [.1]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/15/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Telephone call with Mr. Powers discussing motions to be heard on July 10 [.3]; telephone call with Mr. Ludsin regarding status of case and payment of services for security [.2]. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 06/15/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-837-69484 for shipment to Robert S. Rosenfeld, Dowling College. | FEDEX | 0.00 | 1.00 | 13.08 | 13.08 |
| 06/15/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-837-69484 for shipment to Robert S. Rosenfeld, RSR Consulting. | FEDEX | 0.00 | 1.00 | 13.08 | 13.08 |
| 06/15/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-837-69484 for shipment to Ronald Friedman and Gerard Luc, Silverman Acampora. | FEDEX | 0.00 | 1.00 | 13.08 | 13.08 |
| 06/15/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-837-69484 for shipment to Miyoko Sato and Ian Hammel of Mintz Levin Cohn Ferris Glovsk. | FEDEX | 0.00 | 1.00 | 15.61 | 15.61 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/15/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-837-69484 for shipment to Brian Pfeiffer and Neil Begley, Schulte Roth & Zabel. | FEDEX | 0.00 | 1.00 | 13.08 | 13.08 |
| 06/15/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-837-69484 for shipment to Carl McCarthy & Maria Cheng, ACA Financial. | FEDEX | 0.00 | 1.00 | 13.08 | 13.08 |
| 06/15/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-837-69484 for shipment to Stan Yang, Office of the US Trustee. | FEDEX | 0.00 | 1.00 | 13.08 | 13.08 |
| 06/16/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Emails on status for update call [.2]; call with creditor and debtor representatives on update and status of various matters, including DIP, closing of Oakdale, July 10 hearing, etc. [.6] | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 06/16/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Conference call with DIP Lenders and Committee Counsel discussing status and strategy going forward [.6]; reviewing settlement term sheet and final DIP order [.4]. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/16/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Telephone call with Mr. Ludsin discussing services contract with Debtor and emailing with Messrs. Rosenfeld and Bivona. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 06/16/2017 | Joseph C. Corneau | 10691.010/ Dowling College Case Administration Conference call regarding Oakdale sale and DIP financing. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |
| 06/16/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Filing Fee for Motion to Sell F&E. | FILEFEE | 0.00 | 1.00 | 181.00 | 181.00 |
| 06/20/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Reviewing email from Mr. Rosenfeld on NYS tax return and coverletter; then responding to same [.2]; call with Mr. Clayton on status of case matters [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 06/21/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-837-69484 for shipment to Jim Chengyu Hou on 5/26/17. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |
| 06/21/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-837-69484 for shipment to Jian Hua Li, Princeton Education LLC on 5/26/17. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/21/2017 | Renea A. Gargiulo | 10691.010/ Dowling College<br>Case Administration<br>Delaware Corporate Services' invoice no.<br>DCS/17/06/192 for Certificate of Good<br>Standing. | FILEFEE | 0.00 | 1.00 | 88.00 | 88.00 |
| 06/21/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132052017<br>for conference call on 5/4/17. | CONFCALLS | 0.00 | 1.00 | 3.87 | 3.87 |
| 06/21/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132052017<br>for conference call on 5/4/17. | CONFCALLS | 0.00 | 1.00 | 7.32 | 7.32 |
| 06/21/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132052017<br>for conference call on 5/15/17. | CONFCALLS | 0.00 | 1.00 | 28.87 | 28.87 |
| 06/21/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132052017<br>for conference call on 5/17/17. | CONFCALLS | 0.00 | 1.00 | 23.07 | 23.07 |
| 06/21/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132052017<br>for conference call on 5/17/17. | CONFCALLS | 0.00 | 1.00 | 10.31 | 10.31 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/21/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132052017<br>for conference call on 5/17/17. | CONFCALLS | 0.00 | 1.00 | 21.14 | 21.14 |
| 06/21/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132052017<br>for conference call on 5/19/17. | CONFCALLS | 0.00 | 1.00 | 6.95 | 6.95 |
| 06/21/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132052017<br>for conference call on 5/22/17. | CONFCALLS | 0.00 | 1.00 | 16.37 | 16.37 |
| 06/21/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132052017<br>for conference call on 5/26/17. | CONFCALLS | 0.00 | 1.00 | 5.08 | 5.08 |
| 06/21/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132052017<br>for conference call on 5/26/17. | CONFCALLS | 0.00 | 1.00 | 17.48 | 17.48 |
| 06/27/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Emails on status with Mr. Corneau and Ms.<br>Kiss. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/28/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Call with Mr. Rosenfeld concerning status of various matters [.4]; call with Ms. Kiss concerning status of various matters [.2]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 06/29/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration West information charges for legal research for May 2017, invoice no. 836231689. | WESTLAW | 0.00 | 1.00 | 626.58 | 626.58 |
| 06/29/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Veritext invoice no. NY3008606 for transcript of hearing on 5/22/17. | TRANS | 0.00 | 1.00 | 205.30 | 205.30 |
| 06/30/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Preparing index for July 6 hearing binder and discussing same with Ms. Bergman. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |
| 06/30/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration Photocopies for June 2017. | PHOTOCOPY | 0.00 | 3,951.00 | 0.10 | 395.10 |
| 06/30/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration Preparing hearing binder per Ms. Kiss's request. | Fees | 1.20 | 0.00 | 175.00 | 210.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/05/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Emails with Messrs. Bivona and Rosenfeld on status [.1]; call with same and Ms. Kiss related to status of various matters, hearing for July 6 and 10 [.8]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 07/05/2017 | Joseph C. Corneau | 10691.010/ Dowling College<br>Case Administration<br>Conferring with Ms. Kiss regarding residences, DIP financing [0.2]. Conferring with Ms. Kiss and Mr. Southard regarding Oakdale sale, Brookhaven sale, DIP financing, and claims analysis [1.0]. | Fees | 1.20 | 0.00 | 495.00 | 594.00 |
| 07/05/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing status of case and ongoing assignments with Messrs. Southard and Corneau [1.0]; drafting notice of agenda and binder index for July 10 hearing [.7]; conference call with Messrs. Southard, Rosenfeld and Bivona regarding status [.9]; preparing list of outstanding assignments for transition [.8]; discussing residences and DIP financing with Mr. Corneau [.2]. | Fees | 3.60 | 0.00 | 375.00 | 1,350.00 |
| 07/05/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Discussing status of Oakdale motion for comfort order and closing with Mr. Corneau and Ms. Kiss [1.0]. | Fees | 1.00 | 0.00 | 575.00 | 575.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/06/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Meetings with Messrs. Rosenfeld and Bivona in relation to various estate matters, including those on for hearing July 10, 2017 [1.2]. | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 07/06/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Preparing list of outstanding assignments for transition and reviewing most recent board update for additional outstanding items [1.0]; updating notice of agenda and index for hearing binder for July 10 hearing [.3]. | Fees | 1.30 | 0.00 | 375.00 | 487.50 |
| 07/07/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Call with Mr. Pfeiffer on status of Oakdale sale and SBU lease, etc. [.3]; emails with Ms. Kiss on preparation for July 10 hearing [.1]; discussing status of various matters, including claims with Ms. Kiss [.2]; reviewing hearing binder and argument summary from Ms. Kiss [.5]; call with chambers on July 10 hearing status [.2]; emails to parties in interest and discussing internally with Mr. Corneau and Ms Kiss on hearing preparation [.4]. | Fees | 1.70 | 0.00 | 575.00 | 977.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/07/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Discussing hearing binders for July 10 hearing with Ms. Strine [.1]; finalizing and filing notice of agenda and emailing with GCG regarding service [.4]; updating summaries for hearing and emailing with Mr. Southard [.3]; discussing updated documents to hearing binders with Ms. Bergman and reviewing binders [.2]. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |
| 07/07/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration Preparing hearing binder per Ms. Kiss's request. | Fees | 0.80 | 0.00 | 175.00 | 140.00 |
| 07/07/2017 | Brendan M. Scott | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132072017 for conference call. | CONFCALLS | 0.00 | 1.00 | 12.05 | 12.05 |
| 07/10/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Attending hearing and conferring with parties before and after hearing. | Fees | 1.80 | 0.00 | 375.00 | 675.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----|-----------|-------|-------|-------|-------|
| 07/10/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Preparing for hearings and reviewing motion papers [1.5]; call with Mr. Friedman on hearing preparation [.3]; attending hearings before Judge Grossman; discussions with counsel and parties in interest before and after same [1.8];  call with Mr. Hammel in relation to hearing results and various matters [.3]. emails with Ms. Kiss on upload of orders and hearing results [.1]. | Fees | 4.00 | 0.00 | 575.00 | 2,300.00 |
| 07/10/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Mileage to/from Court for hearing for Ms. Kiss. | MILEAGE | 0.00 | 36.80 | 0.54 | 19.69 |
| 07/11/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Reviewing agreement on Server relocation and emails with Mr. Bivona thereon [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------|-----------|-------|-------|-------|-------|
| 07/12/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Meeting with Mr. Corneau on status of various matters, including DIP financing and Oakdale closing [.6]; call with Mr. Rosenfeld on status of various matters, including closing on Oakdale, financing, and board meeting [.3]; then call with Messrs. Kleinberg and Rosenfeld discussing preparation for board call, status update on various matters [.8]; discussing status of various matters with Ms. Kiss [.2]. | Fees | 1.90 | 0.00 | 575.00 | 1,092.50 |
| 07/12/2017 | Joseph C. Corneau | 10691.010/ Dowling College<br>Case Administration<br>Conferring with Mr. Southard regarding status of various matters and July 10 hearing. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |
| 07/12/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing claims and general status with Mr. Southard. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 07/13/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Messrs. Bivona and Rosenfeld following board call on various outstanding matters [.5]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/13/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Discussing general status and claims with Mr. Southard [.4]; preparing list of ongoing assignments and status for Ms. Sweeney [.8]. | Fees | 1.20 | 0.00 | 375.00 | 450.00 |
| 07/13/2017 | Stephanie R. Sweeney | 10691.010/ Dowling College<br>Case Administration<br>Reviewing case status memo from Ms. Kiss. | Fees | 0.40 | 0.00 | 395.00 | 158.00 |
| 07/13/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-866-84329 for shipment to Brian D. Pfeiffer of White & Case. | FEDEX | 0.00 | 1.00 | 12.98 | 12.98 |
| 07/13/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-866-84329 for shipment to Robert S. Rosenfeld, Dowling College. | FEDEX | 0.00 | 1.00 | 12.98 | 12.98 |
| 07/13/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-866-84329 for shipment to Robert S. Rosenfeld, RSR Consulting LLC. | FEDEX | 0.00 | 1.00 | 12.98 | 12.98 |
| 07/13/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-866-84329 for shipment to Ronald Friedman and Gerard Luc of Silverman Acampora. | FEDEX | 0.00 | 1.00 | 12.98 | 12.98 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/13/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-866-84329 for shipment to Miyoko Sato and Ian Hammel of Mintz Levin. | FEDEX | 0.00 | 1.00 | 15.49 | 15.49 |
| 07/13/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-866-84329 for shipment to Brian Pfeiffer and Neil Begley of Schulte Roth & Zabel. | FEDEX | 0.00 | 1.00 | 12.98 | 12.98 |
| 07/13/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-866-84329 for shipment to Carl McCarthy and Maria Cheng of ACA Financial Guaranty Corp. | FEDEX | 0.00 | 1.00 | 12.98 | 12.98 |
| 07/13/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-866-84329 for shipment to Stan Yang, Office of the US Trustee. | FEDEX | 0.00 | 1.00 | 12.98 | 12.98 |
| 07/14/2017 | Stephanie R. Sweeney | 10691.010/ Dowling College Case Administration Meeting with Ms. Kiss re: status of case. | Fees | 0.90 | 0.00 | 395.00 | 355.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/14/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Meeting with Ms. Sweeney discussing status of case and ongoing assignments [.9]; reviewing June MOR and emailing comments to Mr. Rosenfeld [.2]; reviewing revised MOR and filing same [.2]. | Fees | 1.30 | 0.00 | 375.00 | 487.50 |
| 07/17/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Emailing with Mr. Southard regarding outstanding assignments and case status. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 07/17/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Emails with Ms. Kiss on status of various matters [.2]; meetings with Messrs. Bivona and Rosenfeld and Cook in relation to various matters, including Oakdale and Brookhaven sales, residential matters, retentions, etc. [1.0]; call with Mr. Pfeiffer on status of various matters, including sale of Oakdale, process on Brookhaven and proceeds and WARN act settlement discussions [.8]. | Fees | 2.00 | 0.00 | 575.00 | 1,150.00 |
| 07/19/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Public Access to Court Electronic Records for quarter ending 6/30/17. | PACER | 0.00 | 1.00 | 0.60 | 0.60 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/19/2017 | Brendan M. Scott | 10691.010/ Dowling College<br>Case Administration<br>Public Access to Court Electronic Records<br>for quarter ending 6/30/17. | PACER | 0.00 | 1.00 | 9.40 | 9.40 |
| 07/19/2017 | Lauren C. Kiss | 10691.010/ Dowling College<br>Case Administration<br>Public Access to Court Electronic Records<br>for quarter ending 6/30/17. | PACER | 0.00 | 1.00 | 50.20 | 50.20 |
| 07/19/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Rosenfeld on status of various<br>matters, including Oakdale, Brookhaven<br>sales, IPv4 sale and residential sale [.7]; call<br>with Mr. Pfeiffer on status of various<br>matters [.3]; call with Mr. Rosenfeld on<br>request for committee meeting [.1]. | Fees | 1.10 | 0.00 | 575.00 | 632.50 |
| 07/19/2017 | Andrew S. Richmond | 10691.010/ Dowling College<br>Case Administration<br>Public Access to Court Electronic Records<br>for quarter ending 6/30/17. | PACER | 0.00 | 1.00 | 4.70 | 4.70 |
| 07/19/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Emails with Ms. Bakemeyer in relation to<br>status on scheduled and adjourned matters. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 07/19/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132072017<br>for conference call. | CONFCALLS | 0.00 | 1.00 | 9.76 | 9.76 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/20/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Call with Mr. Freidman in relation to status of various case matters, including sales [.8]; call with Ms. Bakemeyer in relation to hearings and scheduling matters [.2]; emails thereon with parties in interest [.2]; then further email with Ms. Bakemeyer confirming scheduling [.1]. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 07/21/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Reviewing further email from chambers in relation to case scheduling; then emails with parties in interest thereon [.2]; organizing files [.3]; call with Mr. Rosenfeld on status of various matters [.4]; discussing with Ms. Kiss various open matters [.1]. | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 07/24/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Meeting with Mr. Corneau discussing status of various matters, including Oakdale sale and F&E, Brookhaven sale and plan matter [.7]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 07/24/2017 | Joseph C. Corneau | 10691.010/ Dowling College Case Administration Reviewing accumulated emails and documents [0.9]. Conferring with Mr. Southard regarding Oakdale sale, Brookhaven sale, DIP financing status [0.7]. | Fees | 1.60 | 0.00 | 495.00 | 792.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------------|-----------|-------|-------|-------|-------|
| 07/25/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-866-84329 for<br>shipment to Jian Hua Li of Princeton<br>Education Center LLC on 6/22/17. | FEDEX | 0.00 | 1.00 | 12.98 | 12.98 |
| 07/25/2017 | Brendan M. Scott | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132062017<br>for conference call on 6/9/17. | CONFCALLS | 0.00 | 1.00 | 5.75 | 5.75 |
| 07/25/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132062017<br>for conference call on 6/6/17. | CONFCALLS | 0.00 | 1.00 | 14.49 | 14.49 |
| 07/25/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132062017<br>for conference call on 6/7/17. | CONFCALLS | 0.00 | 1.00 | 6.17 | 6.17 |
| 07/25/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132062017<br>for conference call on 6/12/17. | CONFCALLS | 0.00 | 1.00 | 1.89 | 1.89 |
| 07/25/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132062017<br>for conference call on 6/13/17. | CONFCALLS | 0.00 | 1.00 | 7.79 | 7.79 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|------|------|------|------|------|
| 07/25/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132062017<br>for second conference call on 6/13/17. | CONFCALLS | 0.00 | 1.00 | 5.65 | 5.65 |
| 07/25/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132062017<br>for conference call on 6/14/17. | CONFCALLS | 0.00 | 1.00 | 8.79 | 8.79 |
| 07/25/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132062017<br>for conference call on 6/14/17. | CONFCALLS | 0.00 | 1.00 | 7.32 | 7.32 |
| 07/25/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132062017<br>for conference call on 6/15/17. | CONFCALLS | 0.00 | 1.00 | 11.46 | 11.46 |
| 07/25/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132062017<br>for conference call on 6/19/17. | CONFCALLS | 0.00 | 1.00 | 10.26 | 10.26 |
| 07/25/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132062017<br>for second conference call on 6/19/17. | CONFCALLS | 0.00 | 1.00 | 8.05 | 8.05 |
| 07/25/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132062017<br>for conference call on 6/20/17. | CONFCALLS | 0.00 | 1.00 | 7.21 | 7.21 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------|-----------|-------|-------|-------|-------|
| 07/25/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132062017 for conference call on 6/21/17. | CONFCALLS | 0.00 | 1.00 | 5.03 | 5.03 |
| 07/25/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132062017 for second conference call on 6/21/17. | CONFCALLS | 0.00 | 1.00 | 15.06 | 15.06 |
| 07/25/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132062017 for conference call on 6/22/17. | CONFCALLS | 0.00 | 1.00 | 9.91 | 9.91 |
| 07/25/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Call with Mr. Rosenfeld concerning status of various matters, including meeting with committee counsel [.5]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 07/26/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration West information charges for legal research for June 2017, invoice no. 836406071. | WESTLAW | 0.00 | 1.00 | 720.89 | 720.89 |
| 07/26/2017 | Andrew S. Richmond | 10691.010/ Dowling College Case Administration West information charges for legal research for June 2017, invoice no. 836406071. | WESTLAW | 0.00 | 1.00 | 667.00 | 667.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/26/2017 | Andrew S. Richmond | 10691.010/ Dowling College Case Administration West information charges for legal research for June 2017, invoice no. 836406071. | WESTLAW | 0.00 | 1.00 | 282.67 | 282.67 |
| 07/26/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Meeting with Ms. Sweeney and Ms. Kiss discussing various matters, including sale status for Oakdale and Brookhaven [.5]; several emails with Messrs. Bivona, Rosenfeld and Ms. Kiss on status meeting and agenda items [.3]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 07/26/2017 | Stephanie R. Sweeney | 10691.010/ Dowling College Case Administration Meeting with Mr. Southard and Ms. Kiss re: status of various matters on hearings and sales. | Fees | 0.50 | 0.00 | 395.00 | 197.50 |
| 07/26/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Meeting with Mr. Southard and Ms. Sweeney discussing status of various matters and strategy [.5]; reviewing Mr. Bivona's email regarding agenda for conference call, reviewing notes and emailing additional items to discuss [.1]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 07/27/2017 | Lauren C. Kiss | 10691.010/ Dowling College Case Administration Conference call with Messrs. Southard, Rosenfeld and Bivona discussing status. | Fees | 2.00 | 0.00 | 375.00 | 750.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/27/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing agenda and preparing for call [.2]; status call with Messrs. Bivona, Rosenfeld and Ms. Kiss [2.0]. | Fees | 2.20 | 0.00 | 575.00 | 1,265.00 |
| 07/28/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Freidman concerning status of various matters [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 07/31/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>Photocopies for July 2017. | PHOTOCOPY | 0.00 | 2,803.00 | 0.10 | 280.30 |
| 07/31/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Friedman in relation to case status [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/01/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Rosenfeld on status of various matters [.1]; further call with Mr. Rosenfeld on status of various matters, including Brookhaven meeting and committee review [.4]; call with Ms. Sato in relation to Brookhaven meeting, residential properties, etc. [.3]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 08/02/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Rosenfeld concerning various matters [.2]; | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/03/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Preparing email and outline of matters for Mr. Bivona for August 28 hearing [.2]; then responding to email from Mr. Bivona on timing for same [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 08/04/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Bivona in relation to various matter [.6]; discussing various matters with Mr. Corneau; including sales and plan [.3]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 08/04/2017 | Joseph C. Corneau | 10691.010/ Dowling College<br>Case Administration<br>Conferring with Mr. Southard regarding Oakdale sale status, Brookhaven campus and plan. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 08/07/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-903-97521 for shipment to Robert S. Rosenfeld of Dowling College. | FEDEX | 0.00 | 1.00 | 13.14 | 13.14 |
| 08/07/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-903-97521 for shipment to Robert S. Rosenfeld, RSR Consulting LLC. | FEDEX | 0.00 | 1.00 | 13.14 | 13.14 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/07/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-903-97521 for shipment to Ronald Friedman and Gerard Luc, Silverman Acampora. | FEDEX | 0.00 | 1.00 | 13.14 | 13.14 |
| 08/07/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-903-97521 for shipment to Miyoko Sato and Ian Hammel of Mintz Levin Cohn Ferris Glovsk. | FEDEX | 0.00 | 1.00 | 15.68 | 15.68 |
| 08/07/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-903-97521 for shipment to Carl McCarthy and Maria Cheng, ACA Financial. | FEDEX | 0.00 | 1.00 | 13.14 | 13.14 |
| 08/07/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-903-97521 for shipment to Stan Yang, Office of the US Trustee. | FEDEX | 0.00 | 1.00 | 13.14 | 13.14 |
| 08/07/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-903-97521 for shipment to Brian D. Pfeiffer of White & Case. | FEDEX | 0.00 | 1.00 | 13.14 | 13.14 |
| 08/08/2017 | Stephanie R. Sweeney | 10691.010/ Dowling College Case Administration Uber fare for Ms. Sweeney. | TAXI | 0.00 | 1.00 | 22.49 | 22.49 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/08/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-903-97521 for returned (undeliverable) shipment to Robert S. Rosenfeld. | FEDEX | 0.00 | 1.00 | 9.19 | 9.19 |
| 08/09/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Discussing with Mr. Corneau the results of meeting with creditors, sales of Oakdale and Brookhaven, and plan mechanics [.7]; emails with Mr. White on campus sales for Oakdale and Brookhaven [.1]; emails with Ms. Kiss and then with Mr. Rosenfeld on address for service [.2]. | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 08/09/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-903-97521 for shipment to Robert S. Rosenfeld of Dowling College c/o RSR Consulting. | FEDEX | 0.00 | 1.00 | 17.12 | 17.12 |
| 08/09/2017 | Joseph C. Corneau | 10691.010/ Dowling College<br>Case Administration<br>Conferring with Mr. Southard regarding Oakdale, Brookhaven and Plan. | Fees | 0.70 | 0.00 | 495.00 | 346.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------|-----------|-------|-------|-------|-------|
| 08/10/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Messrs. Rosenfeld and Bivona in relation to status of various matters, including sales on Oakdale and Brookhaven [.5]; emails with Mr. Kleinberg on status of various matters [.1]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 08/11/2017 | Joseph C. Corneau | 10691.010/ Dowling College<br>Case Administration<br>Conferring with Mr. Southard regarding DIP, Plan, Brookhaven. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 08/14/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing and responding to revised draft MOR notes from Mr. Rosenfeld [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 08/14/2017 | Stephanie R. Sweeney | 10691.010/ Dowling College<br>Case Administration<br>Reviewing MOR and notes, coordinating filing of same. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |
| 08/15/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Pfeiffer on status of closing on Oakdale, Brookhaven sale and related matters [.4]; call with Mr. Rosenfeld concerning various matters [.5]; | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 08/16/2017 | Stephanie R. Sweeney | 10691.010/ Dowling College<br>Case Administration<br>Following up re: filing of MOR and related emails with Mr. Rosenfeld. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 08/25/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Several emails with Ms. Strine and Ms. Sweeney on preparation of binder and status for hearings on August 28 [.3]; emails with Ms. Bakemeyer on status conference for August 28; then emails with Mr. Friedman thereon [.2]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 08/27/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Emails with Messrs. Bivona and Rosenfeld on preparation for hearings and status of various matters. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/28/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing binder and motion papers in preparation for hearing [.7]; call with Messrs. Rosenfeld and Bivona on status of various matters and preparation for hearing [.8]; call with Mr. Freidman on status of various matters [.3]; attending hearing, pretrial conference and status conference before Judge Grossman and discussions with counsel before and after same [1.5]. | Fees | 3.30 | 0.00 | 575.00 | 1,897.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 08/29/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Discussing Oakdale closing, Brookhaven sale, plan and fee applications with Mr. Corneau [.3]; discussion with Mr. Pfeiffer on hearing results, plan timing and Brookhaven sale [.5]; call with Mr. Rosenfeld in relation to various matters [.4]; emails with Messrs. Bivona and Rosenfeld in relation to various matters, including Cigna [.2] | Fees | 1.40 | 0.00 | 575.00 | 805.00 |
| 08/29/2017 | Brendan M. Scott | 10691.010/ Dowling College Case Administration West information charges for legal research for July 2017, invoice no. 836577389. | WESTLAW | 0.00 | 1.00 | 639.85 | 639.85 |
| 08/29/2017 | Joseph C. Corneau | 10691.010/ Dowling College Case Administration Conferring with Mr. Southard regarding Oakdale closing, plan. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 08/30/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Call with Mr. McCord in relation to status of various matters [.4]; call on status of various matters with Messrs. Rosenfeld and Bivona [.7]; reviewing emails on E&O/D&O policy extension, etc. among Messrs. Kleinberg and Bivona [.3]. | Fees | 1.40 | 0.00 | 575.00 | 805.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/31/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Call with Mr. Friedman on various matters, including creditor settlement, residential sales and Brookhaven sale [.2]; call with Mr. Rosenfeld in relation to various matters, including US DOE order, Brookhaven sale process, etc. [.8]. | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 08/31/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration Photocopies for August 2017. | PHOTOCOPY | 0.00 | 1,193.00 | 0.10 | 119.30 |
| 09/06/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Emails on status of various matters with Mr. Freidman [.2]; | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/06/2017 | Stephanie R. Sweeney | 10691.010/ Dowling College Case Administration Reviewing update email from Mr. Southard re: IP sale, Brookhaven sale, Oakdale sale proceeds. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 09/06/2017 | Joseph C. Corneau | 10691.010/ Dowling College Case Administration Conferring with Mr. Southard regarding motion to remit proceeds; plan. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 09/07/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Call with Messrs. Bivona and Rosenfeld discussing various open matters, including proceeds of Oakdale sale, IPv4, etc. [.8]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/13/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Friedman concerning status of various matters, including dorm allocation on Brookhaven, residential sale proceeds, and hearing [.4]; call with Mr. Rosenfeld and Mr. Bivona thereon [.3]; | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 09/15/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Discussing plan and Brookhaven sale matters with Mr. Corneau [.6]; reviewing revised draft MOR from Mr. Rosenfeld [.3]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 09/15/2017 | Joseph C. Corneau | 10691.010/ Dowling College<br>Case Administration<br>Conferring with Mr. Southard regarding plan, Brookhaven sale. | Fees | 0.70 | 0.00 | 495.00 | 346.50 |
| 09/18/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Reviewing and responding to draft MOR for August from Mr. Rosenfeld and Mr. Bivona [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 09/19/2017 | Stephanie R. Sweeney | 10691.010/ Dowling College<br>Case Administration<br>Reviewing monthly operating report and emailing Mr. Southard, coordinating filing of same with Ms. Garofalo. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/19/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Several emails on status call with Messrs. Rosenfeld and Bivona [.2]; call with Messrs. Rosenfeld, Bivona and Ms. Sweeney in relation to various matters, including sale on Brookhaven, commission structure for brokers, residential sales and settlement proceeds [1.1]; call with Mr. Friedman concerning status of various estate matters [.5];  call with Mr. Rosenfeld on status of various matters [.3]; | Fees | 2.10 | 0.00 | 575.00 | 1,207.50 |
| 09/19/2017 | Rayella S. Bergman | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-931-92751 for shipment to Sean Southard on 8/25/17. | FEDEX | 0.00 | 1.00 | 20.72 | 20.72 |
| 09/19/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132082017 for conference call on 8/14/17. | CONFCALLS | 0.00 | 1.00 | 7.63 | 7.63 |
| 09/19/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132082017 for conference call on 8/15/17. | CONFCALLS | 0.00 | 1.00 | 9.07 | 9.07 |
| 09/19/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132082017 for conference call on 8/18/17. | CONFCALLS | 0.00 | 1.00 | 3.70 | 3.70 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/19/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132082017<br>for conference call on 8/19/17. | CONFCALLS | 0.00 | 1.00 | 2.62 | 2.62 |
| 09/19/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132082017<br>for conference call on 8/28/17. | CONFCALLS | 0.00 | 1.00 | 4.70 | 4.70 |
| 09/19/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132092017<br>for conference call. | CONFCALLS | 0.00 | 1.00 | 14.71 | 14.71 |
| 09/20/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Ms. Sato on various matters,<br>including Brookhaven sale process and DIP<br>financing [.3]; call with Mr. Freidman [.5];<br>meeting with Mr. Corneau discussing plan<br>and sale on Brookhaven, including call with<br>Mr. Rosenfeld [.9]; call with creditors<br>counsel on DIP financing and Brookhaven<br>sale process, retention terms of brokers, etc.<br>[.9]; follow-up call with Mr. Rosenfeld and<br>Mr. Bivona on same [.3]. | Fees | 2.90 | 0.00 | 575.00 | 1,667.50 |
| 09/20/2017 | Stephanie R. Sweeney | 10691.010/ Dowling College<br>Case Administration<br>Coordinating hearing agenda with Ms.<br>Gargiulo. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/20/2017 | Renea A. Gargiulo | 10691.010/ Dowling College Case Administration Beginning preparation of hearing agenda for 9/27/17 hearing per Ms. Sweeney's request. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 09/20/2017 | Joseph C. Corneau | 10691.010/ Dowling College Case Administration Conferring with Mr. Southard regarding Brookhaven sale, broker compensation and plan structure and then telephone call with Mr. Rosenfeld regarding same [0.9]. Briefly reviewing asset proceeds allocation and illustration [0.2]. | Fees | 1.10 | 0.00 | 495.00 | 544.50 |
| 09/20/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132092017 for conference call. | CONFCALLS | 0.00 | 1.00 | 26.81 | 26.81 |
| 09/25/2017 | Stephanie R. Sweeney | 10691.010/ Dowling College Case Administration Reviewing and comments to hearing agenda, uploading Perkins order. | Fees | 0.50 | 0.00 | 395.00 | 197.50 |
| 09/25/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Reviewing and revising agenda for hearing on 9/27/17 and emails and discussion thereon with Ms. Sweeney and Ms. Gargiulo [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 09/25/2017 | Renea A. Gargiulo | 10691.010/ Dowling College Case Administration Completing preparation of and updates to notice of agenda for 9/27 hearing per Ms. Sweeney's comments. | Fees | 0.30 | 0.00 | 175.00 | 52.50 |
| 09/26/2017 | Stephanie R. Sweeney | 10691.010/ Dowling College Case Administration Reviewing and comments to hearing binder with Ms. Gargiulo, emailing Ms. Gargiulo re: agenda revisions and coordinating filing of same [.5]; emails with GCG and Mr. Southard re: agenda service [.1]. | Fees | 0.60 | 0.00 | 395.00 | 237.00 |
| 09/26/2017 | Sean C. Southard | 10691.010/ Dowling College Case Administration Emails with Ms. Gargiulo on agenda revision [.1]; call with Mr. Friedman in relation to Brookhaven sale motion, broker comments and plan structure [.6]; call with Mr. Rosenfeld related to same [.5]; call with Mr. Pfeiffer in relation to sale motion and process, broker commission and plan structure [.6]; discussion with Ms. Gargiulo in relation to agenda [.1]. | Fees | 1.90 | 0.00 | 575.00 | 1,092.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 09/26/2017 | Renea A. Gargiulo | 10691.010/ Dowling College<br>Case Administration<br>Updating September 27, 2017 hearing agenda draft with information regarding adjourned adversary matter and preparing hearing binder regarding same per Ms. Sweeney's request. | Fees | 1.00 | 0.00 | 175.00 | 175.00 |
| 09/27/2017 | Stephanie R. Sweeney | 10691.010/ Dowling College<br>Case Administration<br>West information charges for legal research for August 2017, invoice no. 836747036. | WESTLAW | 0.00 | 1.00 | 1,324.65 | 1,324.65 |
| 09/27/2017 | Renea A. Gargiulo | 10691.010/ Dowling College<br>Case Administration<br>Downloading filed pleadings, organizing same in electronic files and other general case administration. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 09/27/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Rosenfeld in relation to various matters and hearing attendance and preparation [.2]; call with Mr. Freidman thereon [.1]; call with Ms. Sweeney on results of hearings and next steps [.1]; emails with Mr. Sweeney confirmation filing and service of various motions and orders [.1]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------------|-----------|-------|-------|-------|-------|
| 09/27/2017 | Renea A. Gargiulo | 10691.010/ Dowling College<br>Case Administration<br>Assembling and filing Third Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan per Ms. Sweeney's request. | Fees | 0.30 | 0.00 | 175.00 | 52.50 |
| 09/29/2017 | Sean C. Southard | 10691.010/ Dowling College<br>Case Administration<br>Emails and call with Mr. Bivona in relation to various status matters [.4]; call with Mr. Yang in relation to RCS retention and then discussing sale motion and timeline [.2]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 09/30/2017 | Rayella S. Bergman | 10691.010/ Dowling College<br>Case Administration<br>Photocopies for September 2017. | PHOTOCOPY | 0.00 | 912.00 | 0.10 | 91.20 |
| | | **Matter Description (First Line): Case Administration** | | 166.70 | 16,977.60 | | 89,475.61 |

**Matter Description (First Line): Claims Administration and Objections**

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------------|-----------|-------|-------|-------|-------|
| 04/06/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing Mr. Schoenhals's amended claim. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 04/07/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing and responding to emails and correspondence from Ms. Armstrong and Mr. Schwartz on potential settlement of litigation claim by Dr. Schoenhals; then emails with Mr. Rosenfeld and with Mr. Friedman and Powers thereon (.3); emails with Mr. Powers on claims summary and related matters (.2). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 04/07/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing claims spreadsheet prepared by GCG, summarizing same and discussing with Mr. Southard. | Fees | 0.90 | 0.00 | 375.00 | 337.50 |
| 04/08/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing claims summaries and emails with Ms. Kiss thereon in preparation for hearing. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 04/10/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing executed settlement agreement with union employees and revising 9019 motion. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 04/11/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing letter received from former student. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------|-----------|-------|-------|-------|-------|
| 04/14/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing and responding to email from Mr. Hromadka in relation to claim settlement and motion to approve (.1); emails with Mr. McCord and Mr. Nickelberg on claims review (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 04/17/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Discussing research assignment regarding priority claims under 507(a)(4) and (a)(5) with Mr. Southard. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 04/17/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing priority claims information and then email with Mr. Scott on same and WARN calculation; and class certification. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 04/18/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing GCG's analysis of filed priority claims [.3]; reviewing Mr. Schoenhals's amended claim [.1]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 04/21/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Researching priority treatment afforded to employee claims pursuant to 507(a)(4) and (a)(5). | Fees | 1.60 | 0.00 | 375.00 | 600.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------|-----------|-------|-------|-------|-------|
| 04/21/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing email and updated motion under 9019 to approve settlement of claims; emails with Ms. Kiss thereon. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 04/24/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Telephone call with Mr. Powers discussing priority claims [.1]; discussing priority claims with Mr. Southard and emailing relevant decision to Mr. Southard [.3]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 04/24/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Preparing email outline on priority claims and research in related to same to Messrs. Bivona and Rosenfeld (.7); email to Mr. Pfeiffer on decision granting DOL claim as priority; reviewing same (.4). | Fees | 1.10 | 0.00 | 575.00 | 632.50 |
| 04/24/2017 | Brendan M. Scott | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing email from Mr. Southard re: priority claims. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/25/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Call on claims analysis with Mr. Rosenfeld (.8); emails with Messrs. Rosenfeld and Bivona on priority claims (.1); emails related to claims call with GCG (.1); reviewing claims information (.3); joining call with GCG and Messrs. Bivona and Rosenfeld on claims review and analysis (.3). | Fees | 1.60 | 0.00 | 575.00 | 920.00 |
| 04/25/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Discussing priority claims with Mr. Southard [.1]; conference call with Messrs. Rosenfeld, Bivona, Southard and GCG discussing priority claims analysis [.5]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 04/26/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing emails among Messrs. Friedman and Bivona on priority claim; emails with Mr. Bivona thereon (.2); call with same (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 04/28/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing, finalizing and filing 9019 motion seeking approval of settlement with union employees. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/01/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Reviewing Mr. Nickelsberg's email and claims matching report. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 05/02/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Reviewing Mr. Bivona's email containing additional information needed from Cigna and Healthplex and emailing with Mr. Southard. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 05/02/2017 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Reviewing email from Mr. Bivona in relation to document needs from Healthplex and Cigna and responding to same [.2]; reviewing and responding to email from Mr. Nikelsberg on claims analysis and priority claims [.3]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 05/03/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Researching priority claims under sections 507(a)(4) and (a)(5) of the Bankruptcy Code and discussing research results with Mr. Southard. | Fees | 1.50 | 0.00 | 375.00 | 562.50 |
| 05/05/2017 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Reviewing email from Mr. Nikelsberg and attached form of analysis. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/08/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing and responding to emails from Messrs. Rosenfeld and Nickelsberg on call discussing priority claims analysis. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 05/08/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing priority claims analysis prepared by GCG [.5]; reviewing withdrawn priority claims, emailing with GCG requesting claim no. 302 and reviewing same [.2]. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |
| 05/09/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing scheduled/filed claims analysis on priority claims from GCG and related email and discussion with Ms. Kiss [.4]; call with GCG and RSR personnel and Ms. Kiss on priority claims analysis [.8]; further discussion with Ms. Kiss thereon [.2]; emails with Messrs. Bivona, Rosenfeld and Ms. Kiss on claims meeting and status [.2]; reviewing email from Ms. Kiss on status of priority claims as of petition date and basis for schedules [.2]. | Fees | 1.80 | 0.00 | 575.00 | 1,035.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/09/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing certain priority claims in preparation for call [.4]; discussing priority claims with Mr. Southard [.1]; conference call with Messrs. Southard, Rosenfeld, Bivona, and Nickelsberg and Ms. Uhrig discussing priority claims analysis [.7]; discussing priority claims and status with Mr. Southard [.2]; searching emails and documents in file for support for scheduled priority claims, preparing binder of relevant documents and emailing summary to Mr. Southard [2.1]. | Fees | 3.50 | 0.00 | 375.00 | 1,312.50 |
| 05/10/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing priority claims and recording objectionable positions. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 05/11/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Call with Mr. Clayton on employee terminations and claims matters [.2]; reviewing emails from Mr. Clayton thereon [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/12/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Reviewing CBA's and memorandum of agreements in connection with employee benefits upon termination and discussing initial findings with Mr. Southard [3.6]; summarizing employee benefits upon termination [1.7]. | Fees | 5.30 | 0.00 | 375.00 | 1,987.50 |
| 05/12/2017 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Reviewing claims information on employees and related emails with Ms. Dimola, Ms. Kiss and Mr. Clayton [.5]; call with Mr. Bivona; emails with Mr. Wisler and Mr. Bivona on claims information required in relation to Cigna claims [.3]; reviewing email from Mr. Nikelsberg on claim withdrawal [.1]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 05/15/2017 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Discussing with Ms. Kiss claims review and status of priority claims [.2]; reviewing and responding to claim request from OPEIU and Local 153 arbitrator [.1]; reviewing priority claims and further discussions and emails with Ms. Kiss thereon [1.4]. | Fees | 1.70 | 0.00 | 575.00 | 977.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------|-----------|-------|-------|-------|-------|
| 05/15/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing and summarizing CBA's and MOA's and discussing same with Mr. Southard multiple times [3.5]; telephone calls with Ms. Dimola discussing employee benefits upon termination [1.7]; reviewing relevant sections of CBA's and MOA's highlighted by Ms. Dimola and updating summary [2.4]; reviewing and analyzing claim filed by Barbara Nolan and summarizing validity of claim [.8]; discussing assignment to download claims with Ms. Gargiulo [.1]; discussing claims with Mr. Nickelsberg and reviewing GCG's claim website and FTP site [.2]. | Fees | 8.70 | 0.00 | 375.00 | 3,262.50 |
| 05/15/2017 | Renea A. Gargiulo | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Discussing claim forms required to be downloaded and reviewing spreadsheet listing all claims with Ms. Kiss. | Fees | 0.30 | 0.00 | 175.00 | 52.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/16/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing priority claims and updating matching report [1.1]; discussing with Ms. Kiss [.2]; further review of priority claims; then emails to Messrs. Bivona and Rosenfeld thereon and Ms. Kiss; reviewing prior email and schedule from Mr. Nickelsberg [.8]. | Fees | 2.10 | 0.00 | 575.00 | 1,207.50 |
| 05/16/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Downloading priority claims from FTP site [.2]; reviewing and revising summary of employee benefits upon termination [.6]; reviewing additional documents received from Ms. Dimola and revising summary [.8]; reviewing and summarizing motion seeking approval of settlement with the union employees in preparation for May 22 hearing [.4]; reviewing Mr. Southard's email on priority claims matching and accompanying excel sheet [.4]. | Fees | 2.40 | 0.00 | 375.00 | 900.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------|-----------|-------|-------|-------|-------|
| 05/17/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Telephone call with Ms. Dimola regarding priority claims [.2]; revising summary of employee benefits upon termination based upon call [.5]; reviewing claims filed by Ms. Poppiti and Ms. Zaikowski and reviewing relevant portions of faculty agreement and MOA's [.8]. | Fees | 1.50 | 0.00 | 375.00 | 562.50 |
| 05/18/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Discussing claim review and employee claims with Mr. Clayton [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 05/18/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Revising summary of employee benefits upon termination based upon claims filed by Ms. Poppiti and Ms. Zaikowski. | Fees | 1.20 | 0.00 | 375.00 | 450.00 |
| 05/18/2017 | Kristen M. Strine | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Updating spreadsheet to reflect employee group per Ms. Kiss' request [1.0]. | Fees | 1.00 | 0.00 | 175.00 | 175.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/19/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing schedules and analyzing each group of employee claims [1.2]; gathering and organizing supporting documentation on employees claims for meeting [.6]; preparing summary chart of employee benefits upon termination in preparation for meeting [1.4]; reviewing US DOL letter from September 2016 and claim and researching issue of standing [.7]. | Fees | 3.90 | 0.00 | 375.00 | 1,462.50 |
| 05/19/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Several emails with Mr. Clayton on priority employee claims and reviewing related agreement; discussing with Ms. Kiss approach to claims [.2]; reviewing email and summary of claims information and termination entitlements for employees from Ms. Kiss in preparation for May 22 conference/meeting [.5]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 05/22/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Conference call with Messrs. Southard, Clayton, Rosenfeld and Bivona and Ms. Dimola discussing employees benefits upon termination. | Fees | 1.10 | 0.00 | 375.00 | 412.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/22/2017 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Reviewing priority claims summary and overview of employee termination entitlements from Ms. Kiss [.3]; call with Messrs. Clayton, Rosenfeld and Messes. Kiss and Dimola in relation to priority claims of employees [1.1]; reviewing email from Ms. Dimola on vacation carryover for non-aligned [.1]. | Fees | 1.50 | 0.00 | 575.00 | 862.50 |
| 05/22/2017 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Call with Mr. Schwartz in relation to Schoenhals claim and related emails [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/23/2017 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Emails with Mr. Bivona on coverage for Schoenhals claims [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/24/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Reviewing order approving settlement with Local 30 union members and emailing with Mr. Hromadka [.1]; emailing GCG notice of settlement and request to update claims register [.1]. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------|-----------|-------|-------|-------|-------|
| 05/24/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing email from Ms. Dimola on employee disability [.1]; emails with Ms. Kiss and Mr. Nikelsberg on claim settlement [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/25/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Emails and call with Mr. Knapp and Ms. Kiss on US DOE claim for bond; discussing with Mr. Kiss. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 05/25/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing prior emails from GCG on returned mail and emailing with Mr. Nickelsberg requesting list of returned mail from service of bar date package [.1]; telephone call with Messrs. Southard and Knapp discussing DOE Note and claim, reviewing first day declaration and emailing with Mr. Knapp [.2]. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 05/26/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing list of bar date packages and service results from GCG and comparing to employee list [.7]; researching debtor's obligation, in relation to claims [1.2]. | Fees | 1.90 | 0.00 | 375.00 | 712.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 05/30/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Discussing various action items with Ms. Kiss [.6]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 05/30/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Researching debtor's obligation in relation to claims [1.7]; researching disputed claim in schedules [3.3]; comparing debtor's books and records to filed priority claims [1.0]; discussing research results and other claim related issues with Mr. Southard [.6]; emailing with Mr. Nickelsberg requesting list of governmental claims [.1]; reviewing GCG's list of priority claims for late filed claims [.3]. | Fees | 7.00 | 0.00 | 375.00 | 2,625.00 |
| 05/30/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing and responding to email from Mr. Nikelsberg on claims matching [.1]; emails with Ms. Kiss in relation to bar date and governmental claims [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/31/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Telephone call with Mr. Bivona and Ms. Dimola separately regarding employee claims analysis [.3]; discussing claims analysis and objections with Mr. Southard [.3]; reviewing chart of employee benefits upon termination and emailing questions to Mr. Clayton [.1]; analyzing employee claims and formulating objections to claims [6.8]; reviewing list of claims filed by governmental entities [.2]. | Fees | 7.70 | 0.00 | 375.00 | 2,887.50 |
| 05/31/2017 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Reviewing email and chart from Ms. Kiss to Mr. Clayton in relation to Employee benefits and objections [.1]; reviewing US DOL claim and email to Mr. Sulds on status [.2]; email with Mr. Wisler on status of Cigna claims [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 06/01/2017 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Reviewing emails on claims and claims pool for governmental bar date [.2]; call with Mr. Wisler related to Cigna position on request [.3]; emails with Mr. Bivona; then reviewing response to same [.2]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/01/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Analyzing faculty claims and formulating potential objections [7.8]; analyzing retired faculty claims and formulating potential objections [.9]; discussing faculty claims with Mr. Southard [.3]; discussing priority claims for WARN Act damages with Mr. Scott [.2]; telephone call with Mr. Reyes regarding unpaid medical claim [.2]. | Fees | 9.40 | 0.00 | 375.00 | 3,525.00 |
| 06/02/2017 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Emails with Mr. Wisler in relation to claim of Cigna; then with Mr. Bivona. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/02/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Reviewing US Department of Labor claim and noting which faculty members are included in claim [1.2]; conference call with Mr. Bivona and Ms. Dimola regarding priority claims [.5]; reviewing information received from Ms. Dimola and calculating unpaid wages for faculty members [2.6]; analyzing information on ERIP claims received from Ms. Dimola [.8]; telephone call with Ms. Dimola regarding additional documents and information needed to calculate priority claim amounts for faculty members [.2]; reviewing claims filed by Local 434 union members [.7]. | Fees | 6.00 | 0.00 | 375.00 | 2,250.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/05/2017 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Emails with Mr. Wisler in relation to Cigna document requests [.2]; reviewing Cigna claim; emails on stop loss coverage with Mr. Bivona [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 06/05/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Analyzing claims filed by Local 434 union members and formulating potential objections [1.3]; reviewing US Department of Labor Claim and noting Local 434 union members included in claim [.2]; analyzing claims filed by Local 153 union members and formulating potential objections [5.2]; reviewing claim filed by the US Department of Education and emailing with Mr. Southard and Messrs. Rosenfeld and Bivona separately [.4]. | Fees | 7.10 | 0.00 | 375.00 | 2,662.50 |
| 06/06/2017 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Reviewing and responding to emails from Mr. Wisler related to Cigna matter and discovery and emails with Mr. Bivona thereon. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/06/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing US Department of Labor claim and noting Local 153 union members included in claim [.4]; discussing faculty claims with Ms. Dimola [.8]; reviewing daily rate of pay and severance calculation for faculty [.4]; reviewing claims filed by unaligned employees and formulating potential objections [1.9]. | Fees | 3.50 | 0.00 | 375.00 | 1,312.50 |
| 06/07/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Discussing claims status with Ms. Kiss [.2]; further discussion with Ms. Kiss on WARN claim calculation [.1]; emails with Mr. Wisler and Mr. Bivona on call to discuss Cigna documents and employee claim processing [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/07/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing claims filed by unaligned employees and formulating potential objections [1.2]; discussing faculty claims with Mr. Southard [.2]; revising faculty spreadsheet based upon discussion with Mr. Southard [3.3]; reviewing and preparing chart of claims scheduled for Local 153 union members who did not file claims [.6]; reviewing and preparing chart of claims scheduled for Local 434 union members who did not file claims [.3]. | Fees | 5.60 | 0.00 | 375.00 | 2,100.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/08/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Revising chart of employee claims based upon information received from client and calculating priority and general unsecured claim amount [5.1]; reviewing faculty agreement for entitlement to benefits for employees on leave or disability and preparing list of questions for Mr. Clayton [1.2]; preparing chart of scheduled unaligned employees who did not file claims [.7]; reviewing client sick bank calculation for Local 153 union members and revising chart of employee information [.3]; reviewing claim charts and preparing list of questions for client [.7]; reviewing Ms. Dimola's amended ERIP calculations and revising claims chart [.3]. | Fees | 8.30 | 0.00 | 375.00 | 3,112.50 |
| 06/09/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Telephone call with Ms. Dimola regarding employee claims [1.2]; revising claim charts based upon discussion with Ms. Dimola [2.6]; revising list of open questions based upon discussion with Ms. Dimola [.4]; reviewing Ms. Dimola's email on payroll lag and discussing same with client [.4]; reviewing claims register and preparing list of non-employee priority claims [.6]. | Fees | 5.20 | 0.00 | 375.00 | 1,950.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|------|------|------|------|------|
| 06/12/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Meeting with Ms. Kiss discussing claims review and priority employee claims [.4]; emails with same and Mr. Clayton [.2]; reviewing email correspondence with Mr. Wisler and Mr. Bivona; call with same and Ms. Kiss [.3]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 06/12/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Discussing employee claim matters with Ms. Kiss. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 06/12/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing priority claims filed by adjunct and other employees and summarizing same [1.2]; reviewing priority claims filed by students and summarizing same [.9]; reviewing miscellaneous priority claims and summarizing same [1.3]; telephone call with Ms. Dimola regarding sick and vacation time for union members and unaligned employees [.6]; reviewing additional information received from Ms. Dimola and revising summary of claims [.6]; conference call with Messrs. Southard, Bivona and Wisler discussing information needed from Cigna to analyze claims [.2]. | Fees | 4.80 | 0.00 | 375.00 | 1,800.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/12/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Discussing employee claims and status with Mr. Southard. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 06/13/2017 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Reviewing email from Mr. Wisler on Cigna claim information; then responding to same and email to Mr. Bivona and Ms. Kiss [.1]; reviewing memo on wage claims priority versus WARN from Mr. Richmond [.2]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 06/13/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Reviewing Martha Klotz's supporting documentation in proof of claim and emailing questions to Ms. Dimola and Mr. Bivona [.2]; telephone call with Ms. Dimola and Mr. Bivona regarding vacation and sick time calculation [.2]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 06/14/2017 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Preparing for call on claims of employee [.1]; call with Ms. Kiss and Mr. Clayton related to same; then joined by Mr. Scott [.9]. | Fees | 1.00 | 0.00 | 575.00 | 575.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/14/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Conference call with Messrs. Southard and Clayton discussing employee claims [.9]; reviewing list of resignations and individual contracts received from Mr. Clayton and noting relevant provisions [.4]. | Fees | 1.30 | 0.00 | 375.00 | 487.50 |
| 06/15/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Researching whether referee and adjunct faculty are entitled to priority wages under section 507(a)(4) of the Bankruptcy Code. | Fees | 1.20 | 0.00 | 375.00 | 450.00 |
| 06/19/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Discussing research assignments regarding priority claims with Messrs. Southard and Richmond and emailing relevant documents to Mr. Richmond [.4]; telephone call with Ms. Dimola regarding relevant dates to use for vacation and sick calculations [.2]; reviewing vacation time calculations received from Ms. Dimola for Local 153 union members and revising spreadsheet [.4]. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/19/2017 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Discussing claims research with Mr. Richmond and Ms. Kiss [.4]; further discussing claims research with Mr. Richmond [.1]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 06/19/2017 | Andrew S. Richmond | 10691.019/ Dowling College Claims Administration and Objections Meeting with Mr. Southard and Ms. Kiss regarding various research assignments [.4]; reviewing US Department of Labor's Proof of Claim [.2]; legal research regarding 507(a)(5) and priority of employee benefit claim [2]. | Fees | 2.60 | 0.00 | 275.00 | 715.00 |
| 06/20/2017 | Andrew S. Richmond | 10691.019/ Dowling College Claims Administration and Objections Legal research surrounding the priority status of employee benefits and interplay with subsection (a)(4) for wages [6.9]; legal research regarding proper entity to file proof of claim for employees [.9]. | Fees | 7.80 | 0.00 | 275.00 | 2,145.00 |
| 06/20/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Discussing research assignment with Mr. Richmond and reviewing WARN Act Complaint. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/21/2017 | Andrew S. Richmond | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Legal research regarding filing proof of claim on behalf of a class of creditors [6.4]; legal research regarding section 523 [.9]. | Fees | 7.30 | 0.00 | 275.00 | 2,007.50 |
| 06/21/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Discussing research assignment with Mr. Richmond multiple times. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 06/22/2017 | Andrew S. Richmond | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Legal research regarding Rule 1009 and section 523 [4.1]; legal research regarding a group of creditors filing a joint proof of claim [1.6]. | Fees | 5.70 | 0.00 | 275.00 | 1,567.50 |
| 06/22/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Telephone call with Ms. Dimola discussing sick and vacation time for Local 434 union members. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 06/23/2017 | Andrew S. Richmond | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing and revising research memos. [.3]. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 06/26/2017 | Andrew S. Richmond | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Legal research regarding priority claim for plans which include employee and employer contributions to plans [1.1]; legal research regarding the Department of Labor's authority to pursue a claim on behalf of the employees under 29 U.S.C. 1132 [1.9]. | Fees | 3.00 | 0.00 | 275.00 | 825.00 |
| 06/26/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing Mr. Richmond's research memo and discussing same with Mr. Richmond [.3]; reviewing calculation of sick and vacation time accrued and unused for Local 434 union members [.5]; reviewing calculation of vacation time for unaligned employees [.5]. | Fees | 1.30 | 0.00 | 375.00 | 487.50 |
| 06/27/2017 | Andrew S. Richmond | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Legal research regarding DOL filing Proof of Claim on behalf of the employees for medical benefits. | Fees | 0.70 | 0.00 | 275.00 | 192.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/27/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Telephone call with Ms. Dimola discussing vacation and sick claims for Local 434 union members and vacation time for unaligned employees [1.3]; telephone calls with Ms. Hellman discussing calculation of gross benefit amount for faculty and reviewing calculation of benefits in chart [.6]; calculating benefit amounts for faculty and revising spreadsheet [1.8]; telephone call with Ms. Dimola discussing deductions for Cigna and Healthplex premiums [.3]; discussing WARN Act and potential priority claims with Mr. Scott [.4]; researching what portion of vacation, sick and severance are entitled to priority [1.6]; discussing priority claims with Mr. Corneau [.5]. | Fees | 6.50 | 0.00 | 375.00 | 2,437.50 |
| 06/27/2017 | Joseph C. Corneau | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Conferring with Ms. Kiss regarding analysis of employee claims, WARN claims. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/28/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing CBA for Local 434 union members for vacation and sick time accrual [.7]; researching what portion of vacation, sick, severance and other employees benefits are entitled to priority [5.2]; telephone call with Mr. Southard discussing status and claims review [.2]; telephone call with Ms. Dimola discussing calculation of priority amounts for vacation and sick time [1.0]; reviewing data received from Mr. Wisler and emailing with Messrs. Rosenfeld and Bivona [.2]. | Fees | 7.30 | 0.00 | 375.00 | 2,737.50 |
| 06/28/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing further emails from Cigna and Ms. Kiss on production [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/29/2017 | Stephanie R. Sweeney | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Discussing employee claim issues with Ms. Kiss, reviewing employee Letter and Memorandum of Agreement [.5]; researching 507(a)(4) issues and emailing Ms. Kiss re: same [2.6]; reviewing chart re: employee benefits upon termination and briefly reviewing faculty agreements [.5]; researching 502(b)(7) and WARN [.3]; researching 502(b)(7) generally and drafting email to Ms. Kiss [1.5]. | Fees | 5.40 | 0.00 | 395.00 | 2,133.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/29/2017 | Andrew S. Richmond | 10691.019/ Dowling College Claims Administration and Objections Meeting with Ms. Kiss regarding multiple policies under a 507(a)(5) analysis [.1]; legal research regarding calculating total amount of an (a)(5) recovery with multiple policies [.7]; conferring with Ms. Kiss regarding research results [.2]. | Fees | 1.00 | 0.00 | 275.00 | 275.00 |
| 06/29/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Emailing payroll questions to Ms. Barry [.2]; discussing research related to priority claims with Ms. Sweeney and emailing Ms. Sweeney relevant documents [.3]; calculating priority portion of vacation pay for unaligned employees [4.5]; telephone call with Mr. Rosenfeld regarding priority claim amounts [.3]; discussing WARN Act priority amounts with Mr. Scott [.3]; discussing calculation of employee benefit contributions with Mr. Richmond [.2]; reviewing Local 30 union members settlement and noting allowed priority claim amounts [.2]; preparing list of priority amounts for unaligned employees, faculty and Local 30 union employees [1.4]. | Fees | 7.40 | 0.00 | 375.00 | 2,775.00 |
| 06/29/2017 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Emails with Mr. Begley and Ms. Kiss on priority claims analysis. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 06/30/2017 | Stephanie R. Sweeney | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Discussing DOL claims with Ms. Kiss [.2];<br>reviewing proofs of claim [.4]; reviewing<br>long beach settlement of DOL claims [.5];<br>researching unemployment insurance<br>priority and emailing Ms. Kiss re: same<br>[3.5]. | Fees | 4.60 | 0.00 | 395.00 | 1,817.00 |
| 06/30/2017 | Andrew S. Richmond | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Conferring with Ms. Kiss regarding DOL<br>standing for proof of claim [.1]; conducting<br>legal research regarding same [.6]. | Fees | 0.70 | 0.00 | 275.00 | 192.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/30/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Telephone call with Ms. Dimola discussing 507(a)(5) priority amounts and unaligned employees vacation amounts [.6]; revising certain priority vacation amounts based upon discussion with Ms. Dimola [1.2]; discussing NYS DOL claim with Ms. Sweeney and emailing relevant documents to Ms. Sweeney [.2]; discussing claims analysis with Mr. Stevens [.3]; discussing 507(a)(5) calculation with Mr. Richmond multiple times [.2]; discussing Local 434 and 153 union members vacation and sick time amounts entitled to priority with Ms. Dimola [.6]; calculating priority vacation and sick time amounts for Local 153 union members [2.1]; calculating priority vacation and sick time amounts for local 434 union members [1.0]; reviewing email and research regarding NYS DOL claim and discussing same with Ms. Sweeney [.2]; reviewing Healthplex documents received from Ms. Dimola and comparing to DOL proof of claim for section 507(a)(5) calculation [.6]. | Fees | 7.00 | 0.00 | 375.00 | 2,625.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/03/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing Healthplex invoice for covered employees and comparing to DOL proof of claim [.8]; reviewing Cigna invoice for covered employees and comparing to DOL proof of claim [.9]. | Fees | 1.70 | 0.00 | 375.00 | 637.50 |
| 07/05/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing employee claims analysis from Ms. Kiss [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 07/05/2017 | Andrew S. Richmond | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Legal research regarding retirees' entitlement to priority status for health insurance benefits [2.1]; conferring with Ms. Kiss regarding research results [.1]. | Fees | 2.20 | 0.00 | 275.00 | 605.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/05/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Preparing non-WARN Act priority amounts for Mr. Scott and reviewing claims filed by adjunct and part time employees [.6]; discussing non-WARN Act priority amounts with Mr. Scott and revising chart based upon discussion [.8]; discussing research assignment regarding entitlement to 507(a)(5) status with Mr. Richmond multiple times [.2]; reviewing Cigna invoice for covered employees and comparing to DOL proof of claim [1.8]. | Fees | 3.40 | 0.00 | 375.00 | 1,275.00 |
| 07/06/2017 | Andrew S. Richmond | 10691.019/ Dowling College Claims Administration and Objections Legal research regarding determination of covered employees for a 507(a)(5) analysis [1.8]; legal research regarding definition of employer contributions for priority status under 507(a)(5) [.8]. | Fees | 2.60 | 0.00 | 275.00 | 715.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/06/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Telephone call with Mr. Sobel and then with Messrs. Sobel and Bivona regarding additional documents needed to complete processing for dental claims [.3]; discussing 507(a)(5) priority calculation with Mr. Richmond multiple times [.2]; telephone call with Ms. Dimola discussing resignation dates and emailing list of questions to Ms. Dimola [.2]; removing retirees from list of covered employees for 507(a)(5) calculation [2.1]. | Fees | 2.80 | 0.00 | 375.00 | 1,050.00 |
| 07/07/2017 | Andrew S. Richmond | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Legal research regarding offsetting two policies pursuant to 507(a)(5) [1]. | Fees | 1.00 | 0.00 | 275.00 | 275.00 |
| 07/07/2017 | Kristen M. Strine | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Updating spreadsheet to reflect health and dental benefits per Ms. Kiss' request. | Fees | 2.00 | 0.00 | 175.00 | 350.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/07/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing filed claims and calculating maximum priority amount for non-WARN Act priority claims [3.8]; discussing calculation with Messrs. Scott and Southard separately [.1]; telephone call with Ms. Dimola regarding Cigna and Healthplex employees and waiver of benefits for certain employees [.4]; discussing claims with Mr. Southard [.3]; discussing assignment to review DOL claim and transfer amounts to master damages calculation spreadsheet with Ms. Strine [.1]. | Fees | 4.70 | 0.00 | 375.00 | 1,762.50 |
| 07/10/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing Cigna and Healthplex invoices and DOL claim and determining whether employees are covered under Cigna or Healthplex plan and noting same in spread sheet [2.3]; emailing explanation of benefits to Mr. Scott [.1]; telephone call with Ms. Dimola discussing vision coverage and specific employees benefits and emailing summary to Mr. Scott [.7]; emailing list of employees who only receive dental coverage to Mr. Scott [.2]. | Fees | 3.30 | 0.00 | 375.00 | 1,237.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/12/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Discussing assignment to list priority and<br>general unsecured claims for all scheduled<br>employees with Ms. Strine. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 07/13/2017 | Kristen M. Strine | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Comparing spreadsheets and filling in GUC<br>claim amounts in Claims for Amended<br>Schedules spreadsheet per Ms. Kiss' request. | Fees | 2.00 | 0.00 | 175.00 | 350.00 |
| 07/13/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Discussing claims assignment with Ms.<br>Strine [.1]; discussing research assignment<br>regarding termination vs. resignation dates<br>with Mr. Richmond [.1]. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 07/14/2017 | Andrew S. Richmond | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Legal research regarding entitlement to<br>severance if an employee provided notice<br>and was subsequently fired [.7]. | Fees | 0.70 | 0.00 | 275.00 | 192.50 |
| 07/17/2017 | Andrew S. Richmond | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Legal research as to an employee's<br>entitlement to severance if the employee<br>gave notice of resignation [1.3]. | Fees | 1.30 | 0.00 | 275.00 | 357.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 07/18/2017 | Andrew S. Richmond | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Legal research regarding an employee's entitlement to unemployment benefits [.4]; conferring with Ms. Kiss regarding research results [.1]. | Fees | 0.50 | 0.00 | 275.00 | 137.50 |
| 07/18/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing claims information and discussing with Ms. Kiss [.6]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 07/18/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Discussing research assignment with Mr. Richmond and reviewing cases found by Mr. Richmond regarding resignation effective dates [.4]; discussing assignment to review list of priority claims with Ms. Strine [.2]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 07/18/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Meeting with Mr. Southard discussing claims and ongoing assignments. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 07/18/2017 | Kristen M. Strine | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Performing claims review per Ms. Kiss' request. | Fees | 2.00 | 0.00 | 175.00 | 350.00 |
| 07/20/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Discussing faculty claims and 502(b)(7) research with Ms. Sweeney multiple times. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/20/2017 | Stephanie R. Sweeney | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Researching employee claims entitled to priority under 507(a)(4) [.9]; researching employee claims capped under 507(b)(7) [2.5]; reviewing Faculty Agreement and MOUs [.8]; emailing Ms. Kiss re: research findings [.8]. | Fees | 5.00 | 0.00 | 395.00 | 1,975.00 |
| 07/20/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing research on claims cap under 502(b)(7) from Ms. Sweeney and related emails with Ms. Kiss. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 07/24/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Drafting summary of priority claim calculations and preparing list of questions for Ms. Dimola [4.8]; telephone call with Ms. Dimola discussing claims summary and outstanding questions [1.0]; revising summary based upon call [.9]. | Fees | 6.70 | 0.00 | 375.00 | 2,512.50 |
| 07/24/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing GCG claims registry and claims and analyzing aggregate priority, secured and unsecured claims [1.8]. | Fees | 1.80 | 0.00 | 575.00 | 1,035.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/25/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing emails from Ms. Dimola with supporting documentation and revising summary of claims analysis [3.2]; telephone call with Ms. Dimola discussing outstanding questions [1.6]; reviewing additional documents received from Ms. Dimola and revising summary of claims analysis based upon call and new documents [3.6]; discussing assignment to add scheduled claims to spreadsheet with Ms. Strine [.2]. | Fees | 8.60 | 0.00 | 375.00 | 3,225.00 |
| 07/25/2017 | Kristen M. Strine | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Updating claims spreadsheets per Ms. Kiss' request. | Fees | 3.00 | 0.00 | 175.00 | 525.00 |
| 07/25/2017 | Andrew S. Richmond | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Locating case law that an employee who provides notice and is then fired does not receive unemployment benefits [.2]. | Fees | 0.20 | 0.00 | 275.00 | 55.00 |
| 07/25/2017 | Stephanie R. Sweeney | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing summary from Ms. Kiss in preparation for claims analysis meeting. | Fees | 0.50 | 0.00 | 395.00 | 197.50 |
| 07/26/2017 | Kristen M. Strine | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Updating claims spreadsheet. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/26/2017 | Stephanie R. Sweeney | 10691.019/ Dowling College Claims Administration and Objections Meeting with Mr. Southard and Ms. Kiss re: claims issues [1.2] | Fees | 1.20 | 0.00 | 395.00 | 474.00 |
| 07/26/2017 | Sean C. Southard | 10691.019/ Dowling College Claims Administration and Objections Meeting discussing claims review and objections with Messes. Kiss and Sweeney [1.2]; call with Mr. Manfredi in relation to claim for DOL [.4]; emails with Mr. Wisler on requested information from Cigna [.1]; emails with Ms. Dimola and Mr. Rosenfeld thereon [.1]. | Fees | 1.80 | 0.00 | 575.00 | 1,035.00 |
| 07/26/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Meeting with Mr. Southard and Ms. Sweeney discussing priority claims analysis [1.2]; discussing claims spreadsheet with Ms. Strine [.1]; reviewing documents received from Ms. Dimola regarding terminated employees [.2]; telephone call with Ms. Dimola discussing outstanding issues in connection with priority claims [1.0]; reviewing faculty agreement and claims in response to Mr. Southard's questions and emailing with Mr. Southard [.5]; revising faculty and 153 claim amounts based upon meeting with Mr. Southard and Ms. Sweeney and emailing updates to Ms. Strine [1.1]. | Fees | 4.10 | 0.00 | 375.00 | 1,537.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/27/2017 | Kristen M. Strine | 10691.019/ Dowling College Claims Administration and Objections Updating claims spreadsheet per Ms. Kiss' request [.7]; meeting with Ms. Kiss to discuss project status [.3]. | Fees | 1.00 | 0.00 | 175.00 | 175.00 |
| 07/27/2017 | Stephanie R. Sweeney | 10691.019/ Dowling College Claims Administration and Objections Meeting with Ms. Kiss re: claims administration update, meeting with Ms. Kiss and Mr. Richmond re: 507(a)(5) claims [.5]. | Fees | 0.50 | 0.00 | 395.00 | 197.50 |
| 07/27/2017 | Andrew S. Richmond | 10691.019/ Dowling College Claims Administration and Objections Meeting with Ms. Kiss and Ms. Sweeney regarding calculating 507(a)(5) claims [.2]; legal research regarding an employee's entitlement to 507(a)(5) claims when the employee only worked for part of the 180-day period [2]. | Fees | 2.20 | 0.00 | 275.00 | 605.00 |
| 07/27/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Discussing priority claims issues with Ms. Sweeney and joined by Mr. Richmond [.5]; discussing priority claims analysis with Ms. Strine and updating spreadsheets [.3]; revising claim amounts for certain unaligned and 434 employees based upon discussion with Messrs. Southard, Rosenfeld and Bivona [1.5]. | Fees | 2.30 | 0.00 | 375.00 | 862.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/28/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Telephone call with Ms. Dimola discussing outstanding claim issues [.3]; discussing certain priority claims with Mr. Southard and revising claim amounts [.7]; revising summary of claims analysis with recent events [.3]; telephone call with Ms. Dimola discussing PCORI report from Cigna and 507(a)(5) calculation and reviewing PCORI report [.5]; reviewing thumb drive of supporting documents from Ms. Dimola [.4]; telephone call with Ms. Dimola discussing supporting documentation and calculations [1.2]; revising summary of claims analysis based upon call with Ms. Dimola [.6]. | Fees | 4.00 | 0.00 | 375.00 | 1,500.00 |
| 07/28/2017 | Andrew S. Richmond | 10691.019/ Dowling College Claims Administration and Objections Legal research regarding 507(a)(5) priority status for employee who only worked for part of the 180-day period [.2]. | Fees | 0.20 | 0.00 | 275.00 | 55.00 |
| 08/03/2017 | Lauren C. Kiss | 10691.019/ Dowling College Claims Administration and Objections Reviewing Ms. Dimola's emails and attachments regarding medical and dental coverage and call with Ms. Dimola discussing same [.8]; calculating number of employees covered by Healthplex and Cigna based upon excel sheet [.7]. | Fees | 1.50 | 0.00 | 375.00 | 562.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/04/2017 | Stephanie R. Sweeney | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing emails from Ms. Kiss re:<br>employee and benefit claims [.2]. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 08/04/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Telephone call with Ms. Dimola discussing<br>employees covered by Healthplex and Cigna<br>health plans during December 2015 through<br>June 2016 [.7]; revising calculation of<br>employees covered by health plans and<br>discussing same with Ms. Dimola [1.6];<br>emailing calculation amount and supporting<br>documentation to Messrs. Southard and<br>Scott and Ms. Sweeney [.6]; reviewing<br>disability information received from<br>Prudential, calculating Carolyn Spencer's<br>claim amount and emailing with Mr.<br>Southard and Ms. Sweeney [.6]. | Fees | 3.50 | 0.00 | 375.00 | 1,312.50 |
| 08/04/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing email on claims calculation for<br>Mr. Cavuto and Ms. Spencer from Ms. Kiss. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/07/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing emails from Ms. Kiss on priority<br>claims matters [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/07/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing claims summary charts and research and drafting summary of priority claims to be used for global employee settlement. | Fees | 3.20 | 0.00 | 375.00 | 1,200.00 |
| 08/08/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Responding to Ms. Sweeney's email on priority claim amounts [.1]; summarizing research on priority claims and emailing summary to Mr. Southard and Ms. Sweeney [1.2]. | Fees | 1.30 | 0.00 | 375.00 | 487.50 |
| 08/09/2017 | Lauren C. Kiss | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing excel sheet of Healthplex processed claim amounts and cover email and comparing to DOL proof of claim. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 08/09/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing email and analysis from Mr. Bivona on Healthplex unpaid claims [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 08/29/2017 | Andrew S. Richmond | 10691.019/ Dowling College<br>Claims Administration and Objections<br>West information charges for legal research for July 2017, invoice no. 836577389. | WESTLAW | 0.00 | 1.00 | 810.76 | 810.76 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/31/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Emails with Mr. Bivona on<br>Cigna/Healthplex claim analysis. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 09/05/2017 | Stephanie R. Sweeney | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Call re: Cigna, Healthplex claims and RCS<br>and collections law firm retention [.9]. | Fees | 0.90 | 0.00 | 395.00 | 355.50 |
| 09/13/2017 | Sean C. Southard | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Emails with Mr. Rosenfeld on<br>CIGNA/Healthplex claims and insurance<br>coverage [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/19/2017 | Stephanie R. Sweeney | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Call with Mr. Powers and emails with GCG<br>re: access to claims. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |
| 09/21/2017 | Stephanie R. Sweeney | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing Cigna and Healthplex overview<br>from Mr. Hablenko. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| | **Matter Description (First Line): Claims Administration and Objections** | | | **289.90** | **1.00** | | **109,251.26** |

**Matter Description (First Line): Corporate Governance and Board Matters**

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/03/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Emails with Mr. Puorro on resolution for 403(b) plan termination (.1); preparing draft resolution on sale of Oakdale campus and emails to Mr. Rosenfeld thereon (.6). | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 04/05/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Emails with Mr. Rosenfeld on board attendance and minutes from recent meetings (.2); preparing email to Messrs. Rosenfeld and Bivona on updated resolution; then email to board on approval process for sale results and proposed resolution update (.5). | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 04/06/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Reviewing notes and preparing board minutes for prior meetings on March 30, April 4 and April 5; emails with Mr. Rosenfeld and then with Mr. Kleinberg thereon (.9); emails with Dr. Blake on NYSAG and NYSED concerns and status (.2); preparing updated form of board resolution and email to board following vote (.3). | Fees | 1.40 | 0.00 | 575.00 | 805.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/06/2017 | Lauren C. Kiss | 10691.020/ Dowling College Corporate Governance and Board Matters Reviewing resolution authorizing sale of Oakdale Campus [.2]; reviewing Board minutes from March 30, April 4 and 5 [.2]; board of trustees call [.6]. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |
| 04/07/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Preparing email to board with final form of resolution on Oakdale campus sale and sale pleadings, confirming intention of buyer and recent discussions thereon (.4); emails with board counsel and then with board on updated minutes for recent board meeting (.3). | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 05/05/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Emails and call to Mr. Baldwin of NYSED in relation to charter and dissolution [.2] emails with Mr. Rosenfeld, et al. thereon [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 05/09/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Call with Mr. Baldwin of NYSED in relation to charter dissolution [.3]; discussing with Mr. Rosenfeld [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/09/2017 | Lauren C. Kiss | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Discussing Mr. Baldwin's concerns regarding dissolution of charter with Mr. Southard. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 06/19/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Emails with Mr. Rosenfeld and Ms. DiConza on call related to US DOL status [.1]; emails with Mr. Curtin on NYSAG and former board member inquiry [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/23/2017 | Lauren C. Kiss | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Telephone call with Mr. Southard discussing his comments to the board update [.2]; reviewing and revising board update and emailing with Mr. Rosenfeld [.7]. | Fees | 0.90 | 0.00 | 375.00 | 337.50 |
| 06/23/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Emails with Mr. Kleinberg on board update and status [.2]; reviewing email from Mr. Rosenfeld; then reviewing and revising status update report to board and emails with Ms. Kiss and call with same thereon [.7]; several further emails in relation to same with Mr. Rosenfeld and Ms. Kiss [.3]. | Fees | 1.20 | 0.00 | 575.00 | 690.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/24/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Reviewing email from Mr. Rosenfeld to board members on update of various matters and then responses from Mr. Puorro and Ms. Blake [.3]; further emails with Messrs. Rosenfeld, Kleinberg and Puorro thereon [.2]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 06/26/2017 | Joseph C. Corneau | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Reviewing CRO status report. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |
| 06/26/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Emails with board and counsel on scheduling of matters and then with Mr. Rosenfeld [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 07/07/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Emails with Messrs. Kleinberg, Rosenfeld and BOT members on scheduling of meeting and agenda. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 07/11/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Emails with Mr. Kleinberg and Messrs. Bivona and Rosenfeld in relation to board preparation [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 07/12/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Emails with Mr. Rosenfeld on preparation for BOT call [.1]; reviewing email from Ms. Kiss on resolution for sale approval edits [.2]; preparing email to board on agenda and action items [.4]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 07/13/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Preparing for board call and discussions with Ms. Kiss and emails with same [.4]; then call with board on update and certain approval items [.9]; discussing results of same with Ms. Kiss [.1]. | Fees | 1.40 | 0.00 | 575.00 | 805.00 |
| 07/13/2017 | Lauren C. Kiss | 10691.020/ Dowling College Corporate Governance and Board Matters Telephonic board meeting [.9]; reviewing notes and drafting board minutes [.8]; revising board resolutions based upon board meeting [.3]. | Fees | 2.00 | 0.00 | 375.00 | 750.00 |
| 07/14/2017 | Sean C. Southard | 10691.020/ Dowling College Corporate Governance and Board Matters Reviewing and revising board minutes and emails with Ms. Kiss [.3]; then emails with Messrs. Rosenfeld [.1]; and Mr. Kleinberg thereon [.1]; | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/17/2017 | Lauren C. Kiss | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Formatting and finalizing board resolution approving agreement with Adelphi and sale of Oakdale Campus to back up bidder. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 07/17/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Emails with board on resolutions and with Mr. Puorro on certification of same; then with Ms. Kiss [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/06/2017 | Sean C. Southard | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Emails with Mr. Bivona on D&O insurance call [.1]; call with Messrs. Bivona, Rosenfeld and Kleinberg in relation to board matters, including renewal of D&O policies [.4]; preparing email update to board and counsel [.5]. | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 09/07/2017 | Joseph C. Corneau | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Reviewing status update to Board of Trustees. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| | **Matter Description (First Line): Corporate Governance and Board Matters** | | | 15.50 | 0.00 | | 7,996.50 |
| **Matter Description (First Line): Employee Benefits and Pensions** | | | | | | | |
| 04/06/2017 | Sean C. Southard | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Emails with Mr. Connors on Mr. Manfredi's contact information. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/18/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Reviewing email and responding to same from Mr. Bivona on CIGNA and Healthplex production and claims review. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 04/21/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Reviewing email from Mr. Sulds to Mr. Clayton on US DOL inquiry and status. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 05/09/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Call with Mr. Clayton on termination of employee and related matters [.1]; discussing with Ms. Kiss [.1];  reviewing CBA for Local 434 [.3]; call with Mr. Clayton thereon [.2]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 05/12/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Reviewing and responding to emails from Mr. Connors and Mr. Rosenfeld on termination of plan, etc. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/08/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Reviewing benefits information on Cigna and emails from Mr. Bivona. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/14/2017 | Sean C. Southard | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Emails with Messrs. Kleinberg, Sulds,<br>Rosenfeld and Ms. DiConza in relation to<br>US DOL claim and status. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/16/2017 | Sean C. Southard | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Emails with Mr. Acoba on AIG coverage for<br>DOL claim [.1]; reviewing email from Mr.<br>Clayton in relation to Local 153 grievance<br>[.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/23/2017 | Sean C. Southard | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing and responding to scheduling<br>emails from Ms. DiConza, et al. in relation<br>to AIG counsel. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 07/05/2017 | Sean C. Southard | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Call with Messrs. Suld, Rosenfeld and<br>Kleinberg [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 07/13/2017 | Sean C. Southard | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Emails with Messrs. Rosenfeld, Sulds and<br>Ms. DiConza in relation to call on broker<br>and AIG coverage status [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/14/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Call with Messrs. Sulds, Cavalero, etc. in relation to AIG coverage for US DOL inquiry [.7]; discussing with Mr. Rosenfeld [.2]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 07/19/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Call with Mr. Manfredi in relation to US DOL claim and termination of 403(b) [.5]. emails with Mr. Rosenfeld thereon and then further email to Mr. Manfredi [.3]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 07/21/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Emails with Ms. Stoloff and Mr. Rosenfeld on requests for PCORI reports and Cigna; then emails with Mr. Wisler related to same [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 07/28/2017 | Sean C. Southard | 10691.021/ Dowling College Employee Benefits and Pensions Emails with Mr. Rosenfeld on termination of 403(b) plan [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| | | **Matter Description (First Line): Employee Benefits and Pensions** | | 4.60 | 0.00 | | 2,645.00 |

**Matter Description (First Line): Employment and Fee Application Objections**

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/06/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing Eichen & DiMeglio's revised fee<br>statement [.2]. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 04/10/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing Smith & Downey's March fee<br>statement and emailing with Mr. Southard<br>[.2]; reviewing Eichen & DiMeglio's<br>January through March fee statements [.3]. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 04/10/2017 | Sean C. Southard | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Emails with Ms. Kiss and review of Smith<br>& Downey fee statement. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 04/11/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Emailing question of payment of Eichen &<br>DiMeglio's fees to Messrs. Rosenfeld and<br>Bivona and reviewing response. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 04/13/2017 | Sean C. Southard | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Emails with Ms. Kiss and Mr. Bivona on<br>retention terms and payment for FPM. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/13/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Telephone call with Mr. Phillips regarding payment of fees, emailing with Messrs. Rosenfeld and Bivona and responding to Mr. Bivona's email. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 04/19/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing SilvermanAcampora's March fee statement [.3]; reviewing FPM's March fee statement [.3]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 04/24/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Telephone call with Ms. Cunningham discussing Smith & Downey's first interim fee application [.4]; telephone call with Mr. Phillips discussing FPM's first interim fee application [.3]. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/25/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing and revising Smith & Downey's first interim fee application [1.0]; telephone call with Ms. Gaye discussing Eichen & DiMeglio's first interim fee application [.2]; reviewing and revising FPM's first interim fee application [.8]. | Fees | 2.00 | 0.00 | 375.00 | 750.00 |
| 04/26/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Revising FPM's first interim fee application [.6]; discussing changes to FPM's application with Mr. Phillips [.3]; further revising application based upon discussion [.4]; revising Smith & Downey's fee application and discussing changes with Ms. Cunningham [.2]; telephone call with Mr. Bivona regarding budget and payment of professional fees [.1]. | Fees | 1.60 | 0.00 | 375.00 | 600.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/27/2017 | Lauren C. Kiss | 10691.023/ Dowling College Employment and Fee Application Objections<br>Telephone call with Mr. Connors and Ms. Cunningham separately discussing Smith & Downey first interim fee application [.3]; revising Smith & Downey's fee application based upon calls [.8]; reviewing FPM's revised fee application, revising same and drafting certification of Mr. Phillips [.6]; telephone call with Mr. Pinkosh discussing FPM's fee application and revisions to same [.3]; revising FPM fee application based upon call and emailing with Mr. Phillips [.3]; telephone call with Ms. Gaye discussing Eichen & DiMeglio's fee application [.2]; reviewing and revising Eichen & DiMeglio's fee application [1.0]. | Fees | 3.50 | 0.00 | 375.00 | 1,312.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 04/28/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing, finalizing and filing FPM's fee application [.8]; reviewing, finalizing and filing Smith & Downey's fee application [.7]; reviewing, finalizing and filing Eichen & DiMeglio's fee application [.6]; telephone call with Ms. Gaye regarding Eichen & DiMeglio's fee application [.1]; emailing copies of fee applications to professionals separately [.2]; reviewing SilvermanAcampora's first fee application [.5]; reviewing SilvermanAcampora's revised fee application and emailing with Mr. Powers regarding same [.2]. | Fees | 3.10 | 0.00 | 375.00 | 1,162.50 |
| 05/01/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Telephone call with Ms. Gaye regarding fee application hearing [.1]; telephone call with Ms. Tagle regarding telephonic appearance for Mr. Connors [.1]. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 05/02/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Emailing with Mr. Connors regarding May 22 hearing on fee applications and responding to Mr. Connors questions. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/08/2017 | Sean C. Southard | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing email from Ms. Kiss in relation to Tiger retention and status of discussion with Mr. Yang. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 05/09/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing Smith & Downey's April fee statement [.2]; telephone call with Mr. Phillips regarding May 22 hearing and questions from Mr. Yang [.3]. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 05/11/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing FPM's April fee statement. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 05/16/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing and summarizing Smith & Downey's first interim fee application in preparation for May 22 hearing [.5]; reviewing and summarizing Eichen & DiMeglio's first interim fee application in preparation for May 22 hearing [.6]; reviewing and summarizing FPM's first interim fee application in preparation for May 22 hearing [.4]. | Fees | 1.50 | 0.00 | 375.00 | 562.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/24/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing SilvermanAcampora's April fee statement. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 05/25/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Telephone call with Mr. Phillips regarding fee application hearing, reviewing FPM contract and emailing to Mr. Phillips. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 06/05/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing Smith & Downey's May fee statement and emailing with Mr. Bivona regarding payment on account of first interim fee application. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 06/12/2017 | Sean C. Southard | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing email from Ms. Kiss and with Messrs. Rosenfeld and Bivona on broker payment of commission [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/12/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing and revising FPM's May fee statement and discussing same with Ms. Pinkosh. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 06/15/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing SilvermanAcampora's May fee statement. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 07/10/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing FPM's June fee statement. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 07/11/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing Smith & Downey's June fee statement. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 07/12/2017 | Lauren C. Kiss | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Telephone call with Mr. Guardino discussing monthly fee statement and reviewing Farrell Fritz's first monthly fee statement. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/13/2017 | Lauren C. Kiss | 10691.023/ Dowling College Employment and Fee Application Objections Emailing Mr. Guardino comments to fee statement [.2]; emailing debtor's professionals additional service party for monthly fee statements to Mr. Pfeiffer [.2]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 07/18/2017 | Lauren C. Kiss | 10691.023/ Dowling College Employment and Fee Application Objections Reviewing SilvermanAcampora's June fee statement [.2]; reviewing Eichen & DiMeglio's April through June fee statement [.2]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 07/21/2017 | Lauren C. Kiss | 10691.023/ Dowling College Employment and Fee Application Objections Reviewing Farrell Fritz's revised fee statement. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 07/26/2017 | Lauren C. Kiss | 10691.023/ Dowling College Employment and Fee Application Objections Telephone call with Ms. Gaye discussing 2017 final audit. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 08/03/2017 | Lauren C. Kiss | 10691.023/ Dowling College Employment and Fee Application Objections Reviewing GCG's June invoice. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/07/2017 | Sean C. Southard | 10691.023/ Dowling College<br>Employment and Fee Application Objections<br>Reviewing fee statements from FPM and Smith & Downey [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/07/2017 | Sean C. Southard | 10691.023/ Dowling College<br>Employment and Fee Application Objections<br>Reviewing fee statement RSR and emails with Ms. Sweeney and Mr. Rosenfeld thereon [.2]; reviewing GCG invoice on services for July [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 09/26/2017 | Renea A. Gargiulo | 10691.023/ Dowling College<br>Employment and Fee Application Objections<br>Administering updates to RCS Retention Application and preparing redline comparison document per Ms. Sweeney's request. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| | **Matter Description (First Line): Employment and Fee Application Objections** | | | 19.50 | 0.00 | | 7,412.50 |
| **Matter Description (First Line): Employment and Fee Applications** | | | | | | | |
| 04/06/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing email and related documents on Farrell Fritz's retention [.2]. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/07/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and summarizing Hilco retention application in preparation for April 10 hearing. | Fees | 0.80 | 0.00 | 375.00 | 300.00 |
| 04/07/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing email from Ms. Kiss on retention of Hilco to Mr. Yang (.1); reviewing motion summary and emails with Ms. Kiss and Mr. Hazan on questions related to same (.2). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 04/09/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and revising KWJS&S's March fee statement. | Fees | 1.70 | 0.00 | 0.00 | 0.00 |
| 04/10/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing proposed order on Hilco retention application and emailing with Mr. Yang [.1]; reviewing RSR's March fee statement and filing same [.3]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 04/11/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Discussing with Ms. Kiss and then emails on Eichen & DiMeglio fees and payment of same from plan assets; then emails with Mr. Connors (.2). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------|-----------|-------|-------|-------|-------|
| 04/12/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Reviewing Hilco retention order and sale procedures order and emailing with Mr. Hazan. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 04/13/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing monthly fee statement for March. | Fees | 1.00 | 0.00 | 0.00 | 0.00 |
| 04/13/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Emailing with Ms. Nocella to request time records for first fee application and discussing application with Ms. Garofalo. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 04/13/2017 | Stephanie L. Nocella | 10691.022/ Dowling College Employment and Fee Applications Preparing monthly fee statement and e-mailing to Mr. Southard for approval; preparing fee application reports for Ms. Kiss. | Fees | 0.90 | 0.00 | 175.00 | 157.50 |
| 04/14/2017 | Kristen M. Strine | 10691.022/ Dowling College Employment and Fee Applications Drafting first interim fee application per Ms. Kiss' request. | Fees | 1.50 | 0.00 | 175.00 | 262.50 |
| 04/17/2017 | Kristen M. Strine | 10691.022/ Dowling College Employment and Fee Applications Continuing to draft first interim fee application per Ms. Kiss' request. | Fees | 1.50 | 0.00 | 175.00 | 262.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----|-----------|-------|-------|-------|-------|
| 04/17/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Discussing fee application with Ms. Garofalo. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 04/18/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Preparing conflict check list for Farrell Fritz retention, reviewing engagement letter and drafting retention application. | Fees | 1.80 | 0.00 | 375.00 | 675.00 |
| 04/19/2017 | Kristen M. Strine | 10691.022/ Dowling College Employment and Fee Applications Revising creditor list with updated addresses per Ms. Kiss' request. | Fees | 1.00 | 0.00 | 175.00 | 175.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/19/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing title report and recorded mortgage to determine acreage of Brookhaven campus [.4]; discussing Farrell Fritz retention application with Mr. Southard multiple times [.2]; drafting Farrell Fritz retention application [.7]; reviewing list of Farrell Fritz conflicts check and emailing with Ms. Garofalo [.1]; formatting list of creditors and emailing conflicts checklist to Mr. Guardino [.4]; reviewing and responding to Mr. Bivona's email regarding Ingerman Smith's retention and emailing with Mr. McCarthy regarding same [.2]; discussing fee applications with Mr. Southard and emailing with Smith and Downey, FPM, and Eichen & DiMeglio explaining the fee application process [.3]; discussing fee application with Ms. Nocella and revised reports [.1]; drafting KWJS&S's first interim fee application [3.4]; reviewing the Large Case Guidelines relevant to fee applications and discussing same with Mr. Southard [.3]. | Fees | 6.10 | 0.00 | 375.00 | 2,287.50 |
| 04/19/2017 | Stephanie L. Nocella | 10691.022/ Dowling College<br>Employment and Fee Applications<br>E-mails with Ms. Kiss regarding payments received on monthly fee statements. | Fees | 0.10 | 0.00 | 0.00 | 0.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/19/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing and revising Farrell Fritz retention application and emails with Ms. Kiss thereon (.4); discussing same with Ms. Kiss (.1); emails on large case guidelines for fee applications with Ms. Kiss (.1); reviewing email from Ms. Kiss to case professionals on interim fee application intentions and timing (.1); discussing KWJSS fee application with Ms. Kiss; reviewing related emails from Ms. Kiss and Ms. Nocella (.2); reviewing emails among Ms. Kiss to Mr. Bivona on Ingerman Smith retention and fee status and MR. McCarthy (.2); reviewing email from Mr. Connors on termination of 403(b) plan and costs of reimbursement for fees (.1); discussing Farrell Fritz retention with Ms. Kiss and emails with same and Mr. Rosenfeld on retention terms (.2); reviewing email from Ms. Kiss on fee budget for KWJSS and application (.1). | Fees | 1.50 | 0.00 | 575.00 | 862.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/20/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing Large Case Guidelines and<br>drafting KWJS&S's first interim fee<br>application [7.8]; discussing fee application<br>with Mr. Corneau [.2]; reviewing Farrell<br>Fritz's retention application and emailing<br>with Mr. Guardino [.2]. | Fees | 8.20 | 0.00 | 375.00 | 3,075.00 |
| 04/20/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and responding to emails from<br>Ms. Kiss and Mr. Rosenfeld on terms of<br>Farrell Fritz retention (.2); emails with Ms.<br>Kiss on fee application status for first<br>interim period (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/21/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and revising exhibits to KWJS&S's first interim fee application and discussing further changes with Ms. Garofalo [.8]; reviewing expenses for mileage and emailing with Ms. Nocella [.2]; multiple telephone calls with Mr. Guardino discussing retention application [.2]; telephone calls with Messrs. Rosenfeld and Bivona separately discussing Farrell Fritz retention [.2]; reviewing list of top 20 creditors and emailing with Mr. Guardino [.1]; reviewing Mr. Southard's comments to KWJS&S's first interim fee application and emailing application and relevant information to other retained professionals [.3]. | Fees | 1.80 | 0.00 | 375.00 | 675.00 |
| 04/21/2017 | Kristen M. Strine | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reformatting fee application exhibits per Ms. Kiss' request. | Fees | 1.00 | 0.00 | 175.00 | 175.00 |
| 04/21/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and revising fee application and related emails with Ms. Kiss and Ms. Nocella thereon (1.2); further emails with Ms. Kiss thereon and in relation to other retained professionals (.2). | Fees | 1.40 | 0.00 | 575.00 | 805.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/24/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Discussing fee application for KWJSS with Ms. Kiss (.1); reviewing emails among Ms. Kiss and Ms. Nocella on fee application updates (.2); reviewing email from Mr. Rosenfeld to Mr. Friedman and with Ms. Kiss on 403(b) termination and fee application by Eichen & Demeglia (.2). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 04/24/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Discussing expenses in fee application with Ms. Nocella [.1]; reviewing Large Case Guidelines and emailing list of items for Ms. Nocella re fee application [.2]; reviewing fee application revisions [.4]; telephone call with Mr. Powers regarding fee applications and service of same [.1]; telephone call with Mr. Guardino regarding disclosures in affidavit [.2]. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |
| 04/24/2017 | Stephanie L. Nocella | 10691.022/ Dowling College Employment and Fee Applications Assisting Ms. Kiss with preparation of the fee application. | Fees | 0.80 | 0.00 | 0.00 | 0.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------|-----------|-------|-------|-------|-------|
| 04/25/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and responding to several emails among Ms. Kiss and Ms. Nocella on fee application details and preparation; discussing same with Ms. Nocella and then Ms. Kiss (.4); reviewing further edits and updates to fee application for KWJSS (.2); further emails with Ms. Kiss and review of revised fee application draft (.5); further emails with Ms. Kiss and discussion on fee application review by UST (.1). | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 04/25/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Discussing fee application with Mr. Southard and Ms. Nocella [.3]; revising KWJS&S's fee application and discussing same with Mr. Southard [1.2]; telephone call with Mr. Yang regarding fee applications, budgets, and document disposition motion [.2]; revising fee application with Mr. Southard's comments [.3]; reviewing US Trustee guidelines and Large Case Guidelines and revising Mr. Southard's certification [.4]; revising Mr. Guardino's affidavit based upon connections [.3]. | Fees | 2.70 | 0.00 | 375.00 | 1,012.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----|-----------|-------|-------|-------|-------|
| 04/25/2017 | Stephanie L. Nocella | 10691.022/ Dowling College Employment and Fee Applications Further assisting Ms. Kiss with preparation of the fee application; discussion same with Ms. Kiss and Mr. Southard. | Fees | 1.00 | 0.00 | 0.00 | 0.00 |
| 04/26/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Drafting application to retain Tiger as liquidation agent and emailing questions to Mr. Rosenfeld [1.6]; discussing fee applications with Mr. Southard [.1]; preparing conflicts checklist for Tiger [.2]; telephone call with Messrs. Collins and Guardino discussing Farrell Fritz retention [.2]; reviewing budgets prepared by Farrell Fritz and emailing with Mr. Rosenfeld [.1]; reviewing and revising engagement agreement with Tiger [.8]. | Fees | 3.00 | 0.00 | 375.00 | 1,125.00 |
| 04/26/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing email from Mr. Guardino on updated retention affidavit, staffing plan and budget (.2); reviewing and responding to email from Ms. Kiss on fee application for KWJSS (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/27/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing retention revisions on Farrell Fritz special counsel retention; emails with Ms. Kiss and Mr. Rosenfeld thereon (.2); discussing budget with Ms. Kiss and reviewing email from Mr. Collins (.1); reviewing and responding to email from Mr. McCarthy on Smith & Downey fee statement (.1); further emails with Messrs. Guardino, Rosenfeld and Ms. Kiss on retention terms and budget (.2); call with Mr. Rosenfeld thereon (.1)l reviewing emails from Mr. Tanenbaum on retention of Tiger and disclosures; emails with Mr. Rosenfeld thereon (.2). | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 04/27/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emailing conflicts checklist to Mr. Tanenbaum [.1]; discussing retention application for Tiger as liquidation agent with Mr. Southard multiple times [.2]; drafting Tiger's retention application [1.0]; reviewing Mr. Guardino's updated affidavit and further revising same [.2]; telephone call with Mr. Guardino discussing retention application [.1]; emailing Farrell Fritz retention application to US Trustee, DIP Lenders, and Committee counsel separately [.1]. | Fees | 1.70 | 0.00 | 375.00 | 637.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/28/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing revised form of order and final application on Farrell Fritz retention by Ms. Kiss and discussing same (.2); emails with Mr. Yang and Ms. Kiss on KWJSS form of application (.1); reviewing fee applications by KWJSS and other debtor professionals and related emails with Ms. kiss thereon (.6); discussing revised notice with Ms. Kiss and committee application error (.1). | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 04/28/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Reviewing, finalizing and filing KWJS&S's fee application [.8]; reviewing, finalizing and filing Farrell Fritz's retention application [.5]; conference call with Messrs. Guardino and Collins discussing scope of Farrell Fritz's employment and retention application and making notes in file [.2]; revising notice of applications and filing same [.3]; drafting amended notice of fee applications and filing same [.2]; telephone call with Mr. Demers discussing service of fee applications and other motions [.1]. | Fees | 2.10 | 0.00 | 375.00 | 787.50 |
| 05/01/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Emails with Ms. Nocella in relation to fee application. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------|-----------|-------|-------|-------|-------|
| 05/02/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails with Ms. Kiss on fee application for special counsel. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 05/03/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing emails from Ms. Kiss to Mr. Yang and discussing with Ms. Kiss retention questions from Mr. Yang on Farrell Fritz and Tiger applications [.2]; reviewing email from Ms. Kiss to Mr. Guardino thereon [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 05/03/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing Farrell Fritz's retention application and emailing Mr. Yang's comments to Mr. Guardino. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 05/03/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and revising KWJS&S's April fee statement. | Fees | 1.40 | 0.00 | 0.00 | 0.00 |
| 05/04/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing April fee statement and revising same. | Fees | 0.70 | 0.00 | 0.00 | 0.00 |
| 05/04/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and revising KWJS&S's April fee statement and discussing same with Mr. Southard. | Fees | 1.20 | 0.00 | 0.00 | 0.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/08/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing RSR's April fee statement and<br>filing same. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 05/09/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing email and fee statement draft<br>from Ms. Nocella; responding to same. | Fees | 0.30 | 0.00 | 0.00 | 0.00 |
| 05/09/2017 | Stephanie L. Nocella | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Preparation and transmittal of monthly fee<br>statement for April 2017. | Fees | 0.90 | 0.00 | 0.00 | 0.00 |
| 05/11/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing Mr. Bivona's email and interim<br>compensation order and emailing relevant<br>dates to Mr. Bivona. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/16/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Reviewing emails regarding Farrell Fritz prior representations of the Debtor and emailing with Messrs. Guardino and Collins [.1]; reviewing and summarizing KWJS&S's first interim fee application in preparation for May 22 hearing [1.1]; preparing chart of fee statements submitted by all of the Debtor's professionals and emailing questions regarding payment of fees to Mr. Bivona [.4]; reviewing Mr. Bivona's response and revising summary of fees [.2]; reviewing and summarizing Farrell Fritz's retention application in preparation for May 22 hearing [.5]. | Fees | 2.30 | 0.00 | 375.00 | 862.50 |
| 05/17/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Drafting interim fee order and schedule A [1.0]; reviewing and investigating expenses in KWJS&S's fee application and fee statements and discussing same with Ms. Nocella [.3]; calls with Messrs. Collins and Guardino separately and emailing with Mr. Guardino [.2]. | Fees | 1.50 | 0.00 | 375.00 | 562.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/18/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing email and list of matters<br>reviewed by Farrell Fritz on connections and<br>prior work for debtor [.1]; reviewing further<br>emails and discussing with Ms. Kiss Farrell<br>Fritz retention; then reviewing email from<br>Ms. Kiss to Mr. Yang [.2]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 05/18/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing information on Farrell Fritz's<br>prior representations of the Debtor,<br>discussing same with Mr. Southard and<br>emailing questions to Mr. Guardino [.3];<br>revising list per Mr. Collin's response and<br>emailing list to Mr. Yang [.1]; revising<br>KWJS&S's expenses in interim fee order<br>and summary for hearing [.2]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 05/19/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing email from Ms. Kiss to<br>professionals retained in case related to<br>hearing [.1]; reviewing emails among Mr.<br>Tanenbaum and Ms. Kiss on Tiger retention<br>[.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----|-----------|-------|-------|-------|-------|
| 05/22/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Reviewing proposed order for Farrell Fritz retention application and emailing with Mr. Yang [.1]; revising proposed order for first interim fee applications and emailing with Mr. Southard and other professionals separately [.3]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 05/22/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Emails with Mr. Collins on appearance and application for Farrel Fritz [.1]; reviewing email and proposed order from Ms. Kiss to Mr. Yang on Farrel Fritz retention [.1]; reviewing and responding to emails from Ms. Kiss on proposed fee application order [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 05/24/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Finalizing and uploading order approving first interim fee applications [.1]; reviewing letter from Mr. Phillips to Mr. Rosenfeld and emailing with Mr. Rosenfeld [.1]. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/26/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing order approving first interim fee applications, comparing to proposed order and emailing with professionals [.1]; reviewing order approving Farrell Fritz's retention order, comparing to proposed order and emailing with Messrs. Guardino and Collins [.1]. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 05/26/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing retention order and emails with Ms. Kiss to Messrs. Guardino and Collins on Farrel Fritz retention. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 05/30/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing email and attached engagement letter for Baker Tilly in relation to 990 preparation; emails with Mr. Bivona thereon [.3]; further emails with Mr. Rosenfeld and reviewing related mark-up of agreement [.3]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 06/01/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing KWJS&S's proposed budget through the end of the year and discussing same with Mr. Southard. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/05/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing engagement agreement with Baker Tilly and Mr. Rosenfeld's comments to same [.2]; discussing overpayment on first fee statement and drafting email to Mr. Bivona requesting reduction in payment of April invoice [.3]. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 06/06/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails with Ms. Kiss in relation to fee applications and statement; discussion with Ms. Kiss thereon and emails with Ms. Nocella [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/06/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and revising KWJS&S's May fee statement. | Fees | 1.50 | 0.00 | 0.00 | 0.00 |
| 06/06/2017 | Stephanie L. Nocella | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Review of Ms. Kiss's e-mail to Mr. Bivona regarding clarification of write-off amounts and fees still owed. | Fees | 0.20 | 0.00 | 0.00 | 0.00 |
| 06/07/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Discussing KWJS&S's May fee statement with Mr. Southard and revising fee statement. | Fees | 1.40 | 0.00 | 0.00 | 0.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/08/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing retention agreement for Baker<br>Tilly [.2]; call with Ms. Seabury and related<br>emails on retention of Baker Tilly [.2];<br>related emails with Ms. Kiss and Ms.<br>Seabury thereon [.1]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 06/08/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and revising fee statement for<br>May, 2017. | Fees | 0.90 | 0.00 | 0.00 | 0.00 |
| 06/08/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and filing RSR's May fee<br>statement [.3]; formatting conflicts list for<br>Baker Tillly and emailing with Ms. Seabury<br>[.2]. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 06/12/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing Dowling fee statement for May<br>and emails with Ms. Nocella. | Fees | 0.30 | 0.00 | 0.00 | 0.00 |
| 06/12/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing Ms. Nocella's questions on May<br>fee statement and revising May fee<br>statement. | Fees | 0.30 | 0.00 | 0.00 | 0.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/12/2017 | Stephanie L. Nocella | 10691.022/ Dowling College Employment and Fee Applications Preparation of monthly fee statement; e-mails with Ms. Kiss regarding review of same; transmittal to Mr. Southard for approval. | Fees | 1.10 | 0.00 | 0.00 | 0.00 |
| 06/15/2017 | Stephanie L. Nocella | 10691.022/ Dowling College Employment and Fee Applications Further preparation of the monthly fee statement; transmittal of same (coordinating remotely with Ms. Bergman.) | Fees | 0.40 | 0.00 | 0.00 | 0.00 |
| 06/16/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing email from Ms. Kiss and discussing Baker Tilly retention with Ms. Kiss and Mr. Bivona. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 07/05/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Reviewing FPM's engagement agreement and emailing with Mr. Phillips regarding rate increases. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 07/06/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Emailing with Mr. Guardino regarding monthly fee statements and interim compensation order. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/10/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and revising KWJS&S's June fee<br>statement. | Fees | 2.40 | 0.00 | 0.00 | 0.00 |
| 07/10/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and filing RSR's June fee<br>statement [.3]; reviewing FPM's retention<br>application, comparing 2016 rates to<br>updated rates and drafting supplemental<br>declaration of Kevin Phillips [.5]. | Fees | 0.80 | 0.00 | 375.00 | 300.00 |
| 07/11/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emailing FPM's rate increases and<br>explanation to Messrs. Southard, Rosenfeld<br>and Bivona. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 07/12/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Searching for Mr. Pfeiffer's new address and<br>emailing address to Ms. Nocella and Ms.<br>Bergman for monthly fee statement. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 07/13/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing June fee statement and revising<br>same [1.1]. | Fees | 1.10 | 0.00 | 0.00 | 0.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/13/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails with Ms. Kiss on supplemental disclosure by Mr. Phillip and FPM [.1]; emails with Ms. Kiss and Mr. Rosenfeld thereon [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 07/13/2017 | Stephanie L. Nocella | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Preparation and transmittal of monthly fee statement. | Fees | 0.80 | 0.00 | 0.00 | 0.00 |
| 07/13/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Discussing FPM's rate increases with Mr. Rosenfeld and emailing affidavit to Mr. Phillips. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 07/17/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing email from Mr. Bivona to Ms. Labita on retention of Baker Tilly and status. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 07/19/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and filing FPM's supplemental affidavit re rate increases and emailing same to Mr. Yang. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 07/24/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing RCS receivable engagement letter and related emails with Mr. Bivona [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/31/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Emails with Ms. Kiss and Ms. Sweeney concerning second interim fee applications [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/01/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Reviewing and revising KWJS&S's July fee statement. | Fees | 1.80 | 0.00 | 0.00 | 0.00 |
| 08/02/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing disclosure and related emails from Mr. Rosenfeld and Ms. Kiss related to NRAD [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 08/02/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Responding to Mr. Bivona's questions on certain fee statements [.2]; reviewing Smith & Downey's prior fee statements and emailing with Smith & Downey regarding service of monthly fee statements and cover letter [.1]; reviewing and revising RSR's second supplemental declaration [.3]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 08/02/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Reviewing and revising KWJS&S's July fee statement. | Fees | 0.70 | 0.00 | 0.00 | 0.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------------|-----------|-------|-------|-------|-------|
| 08/03/2017 | Stephanie L. Nocella | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Drafting monthly fee statement. | Fees | 0.20 | 0.00 | 0.00 | 0.00 |
| 08/03/2017 | Lauren C. Kiss | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing RSR's July fee statement and filing same [.3]; reviewing final version of Mr. Rosenfeld's second supplemental declaration and filing same [.1]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 08/03/2017 | Stephanie R. Sweeney | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing FPM invoice and related emails with Ms. Pinkosh and Ms. Kiss. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 08/03/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing RSR disclosure filing and related emails [.1]; call with Mr. Rosenfeld thereon [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/04/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing July fee statement and revising same [1.2]. | Fees | 1.20 | 0.00 | 0.00 | 0.00 |
| 08/07/2017 | Kristen M. Strine | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Drafting monthly fee statement for July per Mr. Southard's request. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------|-----------|-------|-------|-------|-------|
| 08/07/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Discussing fee statement for July and emails thereon with Ms. Strine and discussion with same [.3]. | Fees | 0.30 | 0.00 | 0.00 | 0.00 |
| 08/09/2017 | Lauren C. Kiss | 10691.022/ Dowling College Employment and Fee Applications Reviewing emails on change of Debtor's address and interim compensation order and emailing with Debtor's professionals regarding change in address. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 08/09/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Emails with Mr. Bivona; then with Yang in relation to student A/R collection engagement [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/10/2017 | Stephanie R. Sweeney | 10691.022/ Dowling College Employment and Fee Applications Following up with Mr. Berger re: Baker Tilly retention, reviewing related emails. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 08/10/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing emails from Mr. Bivona in elation to engagement letters for Baker Tilly [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 08/16/2017 | Kristen M. Strine | 10691.022/ Dowling College Employment and Fee Applications Filing monthly operating for July per Ms. Sweeney's request. | Fees | 0.10 | 0.00 | 175.00 | 17.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/22/2017 | Stephanie R. Sweeney | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Coordinating preparation for second interim fee application with Ms. Gargiulo. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 08/29/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails internally on fee application preparation [.2]; emails with Mr. Friedman thereon; then with Ms. Sweeney [.2]; reviewing email from Mr. Yang and then with Mr. Bivona in relation to A/R retention [.2]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 08/29/2017 | Renea A. Gargiulo | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Preparing full time detail report and other summaries in preparation for second interim fee application per Ms. Sweeney's request and beginning preparation of second interim fee application. | Fees | 1.00 | 0.00 | 175.00 | 175.00 |
| 08/29/2017 | Stephanie R. Sweeney | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails with Mr. Southard and Ms. Gargiulo re: preparing Second Interim Fee Application. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/30/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing draft email from Mr. Bivona to CBRE on retention and efforts and then responding to same to Messrs. Rosenfeld and Bivona. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/05/2017 | Stephanie R. Sweeney | 10691.022/ Dowling College Employment and Fee Applications Call with Mr. Southard, call with Mr. Corneau re: RCS and collections law firm retention application, reviewing related bankruptcy and local rules, related email to Mr. Southard [.5]; email with Mr. Hablenko re: F&G retention agreement [.1]; drafting RCS Retention Application [.6]. | Fees | 1.20 | 0.00 | 395.00 | 474.00 |
| 09/05/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing emails from Ms. Sweeney and Mr. Hablenko on retention terms for RMS [.2]; emails with Ms. Sweeney on service and timing for motion [.1]; further emails with Mr. Hablenko and Ms. Sweeney on Forster & Garbus retention [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 09/05/2017 | Joseph C. Corneau | 10691.022/ Dowling College Employment and Fee Applications Conferring with Ms. Sweeney regarding retention of collection firm. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 09/06/2017 | Stephanie R. Sweeney | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Call with Mr. Liederman re: F&G declaration and engagement letter [.3]; reviewing RCS engagement agreement [.4]; drafting RCS Retention Application [.6]; drafting F&G Retention Application [1.9]; discussing same with Mr. Southard [.1]; drafting combined RCS and F&G Retention Application [.9]. | Fees | 4.20 | 0.00 | 395.00 | 1,659.00 |
| 09/06/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Discussing A/R firm retention with Ms. Sweeney [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/07/2017 | Stephanie R. Sweeney | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Revising RCS Engagement Letter and combined Retention Application [1.3]; reviewing RSR fee statement and coordinating filing of same, sending to Mr. Rosenfeld [.4]; drafting Liederman Declaration, sending combined retention application to Mr. Southard [.9]. | Fees | 2.60 | 0.00 | 395.00 | 1,027.00 |
| 09/07/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and revising monthly fee statement [.5]. | Fees | 0.50 | 0.00 | 0.00 | 0.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------|-----------|-------|-------|-------|-------|
| 09/08/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing email from Ms. Sweeney and draft retention papers for RCS and F&G, then  responding to same [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 09/08/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing and revising monthly fee statement [1.2]. | Fees | 1.20 | 0.00 | 0.00 | 0.00 |
| 09/08/2017 | Stephanie R. Sweeney | 10691.022/ Dowling College Employment and Fee Applications Reviewing Forster & Garbus engagement agreement, emailing Mr. Leiderman re: same; sending FPM statement to Mr. Rosenfeld [.5]; revising Leiderman declaration, drafting Hablenko declaration, sending retention documents to client [.5]. | Fees | 1.00 | 0.00 | 395.00 | 395.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/11/2017 | Stephanie R. Sweeney | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Following up with RSR re: RCS and F&G employment applications, sending retention documents to RCS and F&G [.3]; reviewing docket and drafting hearing notice [.4]; revising application and declarations per Mr. Leiderman's comments, related emails; calls with Mr. Bivona and Mr. Southard re: structure of payments to Dowling [.5]; revising application per Mr. Bivona's comments, call with Mr. Hablenko re: comments and making revisions [.5]; drafting Order [.7]; revising and recirculating application documents, sending same to UST [.5]; reviewing FPM fees and related email with FPM [.2]; revising Leiderman declaration and application per Mr. Leiderman's comments and recirculating [.2]. | Fees | 3.30 | 0.00 | 395.00 | 1,303.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/11/2017 | Stephanie R. Sweeney | 10691.022/ Dowling College Employment and Fee Applications Drafting Baker Tilly Tax Retention Application [.9]; reviewing Baker Tilly tax and DOE engagement agreements [.4]; drafting Labita and Walenchok declarations [.8];  discussing DOE retention with Mr. Southard [.1]; drafting DOE Retention Application [.4]; drafting DOE retention Order, sending documents to Mr. Southard [.5]. | Fees | 3.10 | 0.00 | 395.00 | 1,224.50 |
| 09/11/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Discussing RCS conflict check and related engagement with Ms. Sweeney [.1]; several emails thereon and in relation to final comments, reviewing updated versions of application and emails to Mr. Yang from Ms. Sweeney [.4]; discussing Baker Tilly retention with Ms. Sweeney; reviewing draft engagement letter for same [.2]; reviewing further emails among Ms. Sweeney and Mr. Bivona on retention terms for RCS and Baker Tilly [.2]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/12/2017 | Stephanie R. Sweeney | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Revising Baker Tilly Tax Retention Application and Labita Declaration, drafting tax retention Order, sending to Mr. Southard [.5]; reviewing revised engagement letter, revising Declaration and Application per same and sending to Mr. Southard [.2]; combining Tax and DOE Retention Applications and related documents and sending to Mr. Southard [1.1]; reviewing revised Application, sending retention documents to clients, Baker Tilly and UST [.5]; call with Baker Tilly counsel and related email to clients re: disclosures [.2]. | Fees | 2.50 | 0.00 | 395.00 | 987.50 |
| 09/12/2017 | Renea A. Gargiulo | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Preparing draft of second interim fee application per Ms. Sweeney's request. | Fees | 1.50 | 0.00 | 175.00 | 262.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/12/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing tax engagement letter from Mr. Bivona for Baker Tilly and related emails with Ms. Sweeney [.3]; reviewing and commenting on revised retention for Baker Tilly; emails with Ms. Sweeney thereon [.4]; reviewing and commenting on updated fee statement for August [.3]; reviewing further revised retention papers for Baker Tilly [.2]; emails and call with Ms. Sweeney in relation to status of Baker Tilly conflicts review [.2]. | Fees | 1.40 | 0.00 | 575.00 | 805.00 |
| 09/13/2017 | Stephanie R. Sweeney | 10691.022/ Dowling College Employment and Fee Applications Call with Baker Tilly counsel re: disclosures and fee application, discussing same with Mr. Southard, related email to CRO [.5]; coordinating filing of RCS/F&G retention documents with Ms. Garofalo and coordinating service with Garden City Group [.4]. | Fees | 0.90 | 0.00 | 395.00 | 355.50 |
| 09/13/2017 | Kristen M. Strine | 10691.022/ Dowling College Employment and Fee Applications Preparing RCS/RF&G Retention documents for filing [.3]; filing same [.2]. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 09/13/2017 | Renea A. Gargiulo | 10691.022/ Dowling College Employment and Fee Applications Preparing preparation and updates to first draft fee application per Ms. Sweeney's request. | Fees | 1.00 | 0.00 | 175.00 | 175.00 |
| 09/13/2017 | Stephanie L. Nocella | 10691.022/ Dowling College Employment and Fee Applications Drafting monthly fee statement. | Fees | 0.60 | 0.00 | 0.00 | 0.00 |
| 09/13/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing August monthly fee statement and related emails with Ms. Nocella [.5]. | Fees | 0.50 | 0.00 | 0.00 | 0.00 |
| 09/13/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing and discussing draft retention documents with Ms. Sweeney for RCS/F&G [.3]; emails with Ms. Sweeney and then discussing same on Baker Tilly retention; emails with Mr. Bivona thereon [.2]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 09/14/2017 | Renea A. Gargiulo | 10691.022/ Dowling College Employment and Fee Applications Continuing preparation of second interim fee application draft. | Fees | 1.00 | 0.00 | 175.00 | 175.00 |
| 09/18/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing and responding to email from Mr. Hammel with comments on retention terms for RCS/F&G [.2]; then emails thereon with client and Ms. Sweeney [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

10/17/2017 3:05:32 PM

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------------------------------------|-----------|-------|-------|-------|-------|
| 09/19/2017 | Kristen M. Strine | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Filing Monthly Operating Report for<br>August. | Fees | 0.10 | 0.00 | 175.00 | 17.50 |
| 09/20/2017 | Stephanie L. Nocella | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Transmittal of monthly fee statement. | Fees | 0.20 | 0.00 | 0.00 | 0.00 |
| 09/21/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Call with Ms. Seabury on disclosures and<br>changes to engagement letter [.2]; reviewing<br>email and updated applications from Ms.<br>Seabury; emails from Ms. Labita thereon<br>[.3]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 09/25/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails with Ms. Sweeney on retention of<br>Baker Tilly and discussion of related matters<br>[.2]; emails with Mr. Rosenfeld and Mr.<br>Bivona thereon [.1]; reviewing email with<br>comments from Mr. Hammel on AR<br>collection counsel [.2]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 09/26/2017 | Stephanie R. Sweeney | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing revisions to RCS Retention<br>Order, related emails with Ms. Gargiulo. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 09/26/2017 | Sean C. Southard | 10691.022/ Dowling College Employment and Fee Applications Reviewing engagement agreement and motion [.3]; emails with Mr. Bivona on review of RCS and F&G retention papers [.2]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 09/27/2017 | Stephanie R. Sweeney | 10691.022/ Dowling College Employment and Fee Applications Reviewing comments to Baker Tilly Retention Application, Order, Engagement Letters, Declarations [.5]; revising application, sending documents to clients and Baker Tilly [.9]; coordinating filing of same with Ms. Gargiulo and reviewing hearing notice, related emails with GCG [.5]; revising RCS proposed order and emailing to UST for sign off and uploading, following up on Baker Tilly documents for filing and related emails [.5]. | Fees | 2.40 | 0.00 | 395.00 | 948.00 |
| 09/27/2017 | Renea A. Gargiulo | 10691.022/ Dowling College Employment and Fee Applications Assembling electronic version of Baker Tilly combined retention application with exhibit tabs and preparing and including notice of hearing for approval of same [0.5]; and filing same per Ms. Sweeney's request [0.2]. | Fees | 0.70 | 0.00 | 175.00 | 122.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/27/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing motion papers and preparing for hearing on retention [.6]; email to Ms. Ryan on proposed form of order and edits to same [.1]; then email to Mr. Friedman thereon [.1]; reviewing Baker Tilly retention papers and related emails with Ms. Sweeney [.2]; appearing on hearings before Judge Grossman; discussions with counsel to interested parties and Messrs. Bivona and Rosenfeld before and after same (time split with other matter) [.8]. | Fees | 1.80 | 0.00 | 575.00 | 1,035.00 |
| 09/28/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails with Ms. Ryan on retention order for RCS/F&G; then with Ms. Sweeney [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/29/2017 | Sean C. Southard | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Discussing RCS retention with Ms. Sweeney and emails thereon with same [.1]; emails with Messrs. Rosenfeld and Bivona on request for DIP account on RCS collection [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/29/2017 | Stephanie R. Sweeney | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Following up with UST re: RCS retention, reviewing related emails. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| | | **Matter Description (First Line): Employment and Fee Applications** | | 122.30 | 0.00 | | 37,990.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| **Matter Description (First Line): Financing and Cash Collateral** | | | | | | | |
| 04/05/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Responding to email from Mr. Rosenfeld on fee estimate for monthly period and emails and review of budget information with Ms. Nocella. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 04/07/2017 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Discussing status of DIP order and budget with Mr. Corneau multiple times and reviewing same. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 04/07/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Mr. Corneau on DIP order; review of same and budget (.2); reviewing email from Mr. Hammel on budget (.1); emails with Mr. Friedman on DIP agreement for extension and representation to Court (.2). | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/07/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Drafting further interim DIP financing order [0.5]. Emailing with Mr. Southard regarding DIP financing order [0.1]. Emailing with counsel for DIP lenders, Committee regarding DIP financing order [0.1]. Conferring with Ms. Kiss regarding budget [0.1]. Telephone call with Mr. Bivona regarding budget [0.1]. | Fees | 0.90 | 0.00 | 495.00 | 445.50 |
| 04/08/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing proposed budget and order and preparing remarks for DIP financing. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 04/10/2017 | Lauren C. Kiss | 10691.024/ Dowling College Financing and Cash Collateral Reviewing interim DIP order and budget and emailing with Mr. Yang [.1]; reviewing notes from hearing, drafting bridge order in connection with further interim DIP order and emailing with Messrs. Southard and Corneau [.4]. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 04/10/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Emails with Mr. Corneau and then with interested parties on DIP budget and order; emails with Mr. Bivona thereon (.2); further emails with Ms. Kiss and Mr. Corneau thereon (.1). | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------|-----------|-------|-------|-------|-------|
| 04/10/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Reviewing compliance report for W/E 3/24 [0.2]. Preparing waiver letter for Week 17 [0.3]. Emailing regarding DIP order and budget [0.2]. Preparing waiver letter for Week 18 [0.6]. Uploading DIP order [0.2]. | Fees | 1.50 | 0.00 | 495.00 | 742.50 |
| 04/12/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Reviewing DIP order as entered. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 04/13/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing emails on financing and waiver for TL D loan among Messrs. Bivona and Corneau. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 04/13/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Emailing (2x) with Mr. Bivona regarding default waiver letters. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 04/17/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Emailing with Messrs. Bivona and Rosenfeld regarding DIP default waivers [0.1]. Emailing with Mr. Hammel regarding default waivers [0.1]. Reviewing compliance report for W/E 4/7/17 [0.2]. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/17/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Mr. Corneau on DIP waiver requests (.2); reviewing email from Mr. Bivona on updated borrowing request (.2). | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 04/24/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Call with Mr. Pfeiffer on financing and committee settlement discussions [.3]; reviewing email from Mr. Corneau on waiver requests [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 04/24/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Preparing waiver request-Week 19 [0.3].<br>Preparing waiver request-Week 20 [0.3]. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |
| 04/25/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Preparing revised waiver letters for weeks 19 and 20. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |
| 04/26/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing notice of borrowing from Mr. Bivona and related email. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 04/27/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing notice of borrowing for weeks 23 -24. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------|-----------|-------|-------|-------|-------|
| 05/01/2017 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing weekly compliance report for week ending April 21. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 05/01/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing compliance report for W/E 4/21/17. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 05/01/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing emails on notice of borrowing from Ms. Roberson and Mr. Bivona [.1]; reviewing DIP waiver emails [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/05/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing DIP compliance report. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/05/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing compliance report for W/E 4/28/17. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 05/09/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing notice of borrowing and related emails from Mr. Bivona. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/12/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email from Mr. Bivona with DIP compliance reporting [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/15/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails and call with Mr. Bivona in relation to DIP financing and related matters on extension [.3]; discussing DIP modification needs with Mr. Corneau [.2]; reviewing email from Mr. Bivona on explanation of Term Loan C status to Oppenheimer; then forwarding to Mr. Corneau [.1]; reviewing email from Mr. Bivona with updated budget attached [.2]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 05/15/2017 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing proposed DIP budget for weeks 26-30 in preparation for conference call. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 05/15/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Conferring with Mr. Southard regarding financing status [0.2]. Reviewing email regarding TL C borrowing requirements [0.1]. Reviewing draft budget for weeks 26-30 [0.2]. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/16/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing DIP order draft and email with Mr. Corneau [.2]; reviewing term note and financing documents; then call with Mr. Corneau thereon [.4]; preparing email to counsel to lenders and committee on DIP status and timing for motion and resolution on final basis [.3]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 05/16/2017 | Lauren C. Kiss | 10691.024/ Dowling College Financing and Cash Collateral Reviewing Mr. Southard's email on DIP financing and summarizing same in preparation for May 22 hearing [.2]; reviewing proposed interim DIP order [.1]. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 05/16/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Drafting DIP order. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |
| 05/17/2017 | Lauren C. Kiss | 10691.024/ Dowling College Financing and Cash Collateral Conference call with DIP Lenders and Committee Counsel regarding DIP budget and status. | Fees | 0.80 | 0.00 | 375.00 | 300.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 05/17/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Call with creditor and debtor representatives and counsel in relation to DIP financing status, plans and potential settlement of intercreditor matters and presentation to Court [.8] | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 05/17/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing budget extension [0.2]. Conference call regarding financing status [0.8]. Revising DIP order and emailing regarding same [0.2]. | Fees | 1.20 | 0.00 | 495.00 | 594.00 |
| 05/18/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing DIP compliance report and related email with Mr. Bivona [.1]; emails with Mr. Corneau in relation to DIP financing order and Ms. Kiss [.2]; reviewing and responding to email from Mr. Hammel on status of intercreditor agreement [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 05/18/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emailing with Mr. Southard regarding DIP order. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----|-----|-------|-------|-------|-------|
| 05/22/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Call with Mr. Corneau on status of DIP order and hearing [.1]; reviewing email on revised form of order [.1]; emails with Ms. Kiss thereon [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 05/22/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Telephone call with Mr. Southard regarding outcome of hearing on DIP financing [0.2]. Revising DIP order further to discussion with Mr. Southard [1.1]. | Fees | 1.30 | 0.00 | 495.00 | 643.50 |
| 05/23/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing emails and revised financing order from Mr. Corneau; responding to same [.2]; discussing financing remarks with Ms. Kiss and Mr. Berkowitz and then further emails with Mr. Corneau [.2]; reviewing further revised proposed order from Mr. Corneau and email thereon with lenders [.3]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 05/23/2017 | Lauren C. Kiss | 10691.024/ Dowling College Financing and Cash Collateral Reviewing email, revised DIP order and local rules for notice of presentment deadlines. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/23/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Conferring with Mr. Southard regarding revised DIP order [0.1]. Further revisions to DIP order [0.8]. | Fees | 0.90 | 0.00 | 495.00 | 445.50 |
| 05/24/2017 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Finalizing further interim DIP order and uploading same. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 05/24/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with creditor constituencies on DIP financing and cash collateral order [.2]; emails with Mr. Bivona on budget [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 05/26/2017 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing order approving further interim use of cash collateral and comparing to proposed order. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 05/30/2017 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing DIP compliance for week ended May 19. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 05/30/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing DIP compliance report and email from Mr. Bivona. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/01/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing KWJSS budgeting for case and categories; updating same [.5]; revising same [.2]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 06/07/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing DIP compliance report and related email. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 06/07/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Reviewing compliance report for W/E 5/26/17. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 06/09/2017 | Lauren C. Kiss | 10691.024/ Dowling College Financing and Cash Collateral Reviewing latest interim DIP order for timing and discussing potential bridge order with Mr. Southard. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 06/09/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Discussing financing status and timing for approval with Ms. Kiss [.1]; emails thereon with lender and committee counsel [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/12/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing email and notice of mandatory prepayment from Mr. Bivona [.1]; email with counsel to lenders and committee on status of bridge order [.1]; call with Mr. Pfeiffer thereon [.1]; call with Mr. Bivona thereon [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 06/12/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Email on DIP extension with lenders [.1]; call with Mr. Pfeiffer thereon; then reviewing subsequent email [.2]; reviewing notice of borrowing and related emails with Mr. Bivona; reviewing DIP compliance report [.3]; discussing DIP order and status with Mr. Corneau [.2]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 06/12/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Reviewing mandatory prepayment notice. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 06/13/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing DIP budget and related emails with Mr. Bivona [.4]; reviewing DIP financing order and emails and call to Mr. Corneau thereon [.3]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/13/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Reviewing notice of borrowing for weeks 29 -30 [0.2]. Reviewing compliance report for W/E 6/2/17 [0.2]. Preparing further interim DIP order [0.5]. Reviewing extended budget for weeks 31-42 [0.2]. | Fees | 1.10 | 0.00 | 495.00 | 544.50 |
| 06/14/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing DIP budget and related emails in preparation for call [.3]; call with Messrs. Bivona, Rosenfeld and Corneau and Ms. Kiss on DIP budget and authority matters [.5]; reviewing emails on professional budget [.1]; reviewing updated DIP budget; then related emails with Mr. Bivona and Mr. Corneau on form of order [.3]; reviewing and responding to emails on scheduling for call to discuss same [.2]. | Fees | 1.40 | 0.00 | 575.00 | 805.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------|-----------|-------|-------|-------|-------|
| 06/14/2017 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing DIP budget through September 15 and emailing questions to Mr. Bivona on professional fees [.3]; reviewing proposed DIP order through July 14 [.1]; conference call with Messrs. Southard, Corneau, Rosenfeld, and Bivona regarding budget [.5]; reviewing Mr. Bivona's email regarding DIP extension and notes regarding same [.2]; discussing budget and general status with Mr. Corneau [.2]. | Fees | 1.30 | 0.00 | 375.00 | 487.50 |
| 06/14/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Further review of extended budget and emailing with Mr. Bivona regarding same [0.2]. Telephone call with Mr. Bivona, Mr. Rosenfeld, Mr. Southard and Ms. Kiss regarding extended budget and other DIP issues [0.5]. Reviewing email from Mr. Bivona regarding budget and assumptions [0.2]. Emailing with counsel for UCC, lenders regarding revised DIP order [0.1]. | Fees | 1.00 | 0.00 | 495.00 | 495.00 |
| 06/14/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing Distribution Notice No. 7. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/16/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Call with Messrs. Bivona and McCloud; then adding Mr. Corneau discussing DIP commitment and issues to be addressed in Order [.3]; further emails with lenders on budget and DIP order [.1]; reviewing DIP order from Mr. Corneau and updated language; then reviewing related emails [.2]; reviewing proposed form of settlement between and among lenders and committee [.5]; discussing with Mr. Corneau [.2]. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 06/16/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Reviewing term sheet to be attached to final DIP order [0.4]. Reviewing draft final DIP order [0.5]. Conferring with Mr. Southard and then telephone call with Messrs. Rosenfeld and Bivona regarding final DIP order [0.4]. Revising interim DIP order to provide for increased commitments [0.3]. Emailing with Mr. Southard regarding final DIP order [0.1]. Conferring with Mr. Southard regarding final DIP order [0.1]. Further revisions to final DIP order [0.4]. | Fees | 2.20 | 0.00 | 495.00 | 1,089.00 |
| 06/19/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing revised DIP order and related emails with Mr. Corneau on same and parties in interest [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/19/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emailing regarding DIP order [0.1].<br>Reviewing final DIP order and term sheet<br>[0.5]. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |
| 06/20/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Mr. Corneau and Ms. Kiss on<br>status of DIP order; discussing same [.1];<br>emails with ACA on DIP authority consent<br>[.1]; emails with Mr. Corneau on UST<br>consent and related upload to chambers [.1];<br>email to chambers on DIP upload [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 06/20/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emailing with US Trustee regarding further<br>interim DIP order [0.2]. Telephone call with<br>Mr. Yang regarding DIP order [0.1].<br>Uploading DIP order [0.2]. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |
| 06/21/2017 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Discussing DIP Order with Mr. Corneau and<br>uploading same. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/23/2017 | Lauren C. Kiss | 10691.024/ Dowling College Financing and Cash Collateral Conference call with DIP Lenders and Committee Counsel discussing final DIP order and settlement [.4]; reviewing interim DIP Order entered by the Court and comparing to proposed order [.1]. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 06/23/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Call with Mr. Corneau in relation to financing status [.1]; emails with Ms. Bakemeyer on DIP order [.1]; then to parties in interest [.1]; call with lenders and committee representatives on status and final presentation of DIP documents [.4]; reviewing updated DIP order and emails with Mr. Powers and Mr. Corneau [.2]; call with Mr. Freidman and then with chambers in relation to status and presentation of final DIP financing [.4]; emails with Mr. Corneau and Ms. Kiss on hearing date [.1]; emails with Mr. Rosenfeld on DIP Order [.1]; further call with Mr. Corneau thereon [.3]; reviewing entered DIP order and emails from Mr. Corneau [.1]. | Fees | 1.90 | 0.00 | 575.00 | 1,092.50 |
| 06/26/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Telephone call with Mr. Friedman regarding DIP order. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/29/2017 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing final DIP order and discussing same with Mr. Corneau. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 06/29/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Mr. Hammel and then Mr. Corneau on DIP order and final comments [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 06/30/2017 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing prior interim orders and drafting notice of filing of final proposed DIP order and discussing same with Mr. Corneau [.4]; emailing with GCG regarding service of notice multiple times [.2]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------|-----------|-------|-------|-------|-------|
| 06/30/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Telephone call with Mr. Friedman regarding DIP order [0.1]. Emailing with Mr. Rosenfeld regarding final DIP order [0.1]. Emailing with Mr. Kleinberg regarding final DIP order [0.1]. Reviewing notice of proposed order [0.1]. Telephone call with Mr. Friedman regarding final DIP order [0.2]. Conferring with Ms. Kiss regarding final DIP order [0.1]. Emailing with lenders, UCC regarding final DIP order [0.1]. Conferring with Ms. Kiss regarding final DIP order [0.1]. Telephone call with Mr. Hammel regarding final DIP order [0.1]. Conferring with Ms. Kiss regarding final DIP order [0.1]. Telephone call with Mr. Hammel regarding final DIP order [0.1]. Briefly reviewing final DIP order [0.2]. Preparing and filing Notice of Filing of Proposed Final DIP Financing Order [0.4]. | Fees | 1.80 | 0.00 | 495.00 | 891.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------|-----------|-------|-------|-------|-------|
| 06/30/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing and responding to emails among counsel to secured and unsecured creditors on DIP Order provisions [.4]; emails with Ms. Kiss and Mr. Corneau on presentment and matters related to same [.2]; emails with Mr. Kleinber and Rosenfeld and Mr. Corneau on status and lack of objection [.2]; further emails with Mr. Hammel and Mr. Corneau and Ms. Kiss on closing and servies [.2]. | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 07/06/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Reviewing Notice of Borrowing for weeks 31-33 [0.2]. Reviewing compliance report for W/E 6/16/17 [0.2]. Reviewing compliance report for W/E 6/23/17 [0.2]. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |
| 07/06/2017 | Lauren C. Kiss | 10691.024/ Dowling College Financing and Cash Collateral Reviewing and revising proposed final DIP order and summarizing order in preparation for July 10 hearing. | Fees | 0.80 | 0.00 | 375.00 | 300.00 |
| 07/07/2017 | Lauren C. Kiss | 10691.024/ Dowling College Financing and Cash Collateral Discussing revisions to proposed final DIP order with Messrs. Southard and Corneau and reviewing revised form of order. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/07/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Conferring with Mr. Southard and Ms. Kiss regarding July 10 hearing [0.3]. Revising final DIP order [0.8]. Emailing with Lenders, Committee regarding final DIP order [0.2]. Conferring with Mr. Southard regarding hearing [0.2]. | Fees | 1.50 | 0.00 | 495.00 | 742.50 |
| 07/07/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing DIP order and emails with parties in interest on supporting information [.2]; call with chambers [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 07/10/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Emailing with Chambers regarding final DIP financing order. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 07/10/2017 | Lauren C. Kiss | 10691.024/ Dowling College Financing and Cash Collateral Reviewing revised budget for weeks 34-42. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 07/10/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Emails with Mr. Corneau and then chambers in relation to updated Final DIP order [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/11/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing draft final DIP order regarding measurement of variances [0.2]. Conferring with Ms. Kiss regarding July 10 hearing [0.3]. Telephone call with Mr. Bivona regarding variance reporting [0.1]. Telephone call with Mr. Hammel regarding draft final DIP order [0.3]. | Fees | 0.90 | 0.00 | 495.00 | 445.50 |
| 07/11/2017 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Discussing outcome of hearing and status with Mr. Corneau. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 07/12/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing DIP budget and several emails with Messrs. Bivona and Corneau related to financing [.4]; email with Mr. Corneau on DIP Order provisions relative to budget [.1]; further emails with Mr. Bivona, Mr. Rosenfeld and then with Mr. Faustini on budget [.2]; reviewing email from Mr. Bivona on DIP balance information [.1]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 07/12/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing draft final DIP order regarding budget approval. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/12/2017 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing revised budget and Mr. Bivona's accompanying email. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 07/13/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing updated term sheet revision and emails with Mr. Hammel thereon [.2]; reviewing further updated term sheet and email from Mr. Hammel [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 07/13/2017 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Discussing status of final DIP order with Mr. Corneau and reviewing revisions to term sheet. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 07/14/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Discussing final DIP order status with Ms. Kiss [.1]; emails with counsel to creditors in relation to same [.2]; then reviewing email from Ms. Kiss to chambers and related to upload of order [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/14/2017 | Lauren C. Kiss | 10691.024/ Dowling College Financing and Cash Collateral Reviewing final DIP order and term sheet, uploading same, creating redline versions and emailing with chambers [.4]; reviewing final DIP order and term sheet entered by the Court and comparing to proposed versions [.1]. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 07/17/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing DIP compliance report and email from Mr. Bivona. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 07/18/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing emails on DIP financing reporting from Mr. Bivona and responding to same [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 07/20/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing DIP reporting and emails with Mr. Bivona and parties in interest on budget approval [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 07/21/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Emails with Mr. Bivona in relation to budgeting and status of approvals from creditors. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------|-----------|-------|-------|-------|-------|
| 07/24/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing final DIP financing order as entered [0.2]. Reviewing notice of borrowing for week 35 [0.2]. Reviewing compliance report for week ending 6/30/17 [0.2]. Reviewing compliance report for week ending 7/7/17 [0.2]. | Fees | 0.80 | 0.00 | 495.00 | 396.00 |
| 07/25/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing notice of mandatory prepayment and related email with Mr. Bivona [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 07/26/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing updated budget and related emails from Mr. Bivona; then discussing same with Mr. Corneau and related emails with same [.3]. reviewing prepayment email and proposal from Mr. Bivona; then reviewing response from Mr. Bertucci [.2]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 07/26/2017 | Lauren C. Kiss | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing emails on budget extension. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 07/26/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emailing with Mr. Bivona regarding budget approval requirements [0.1]. Reviewing notice of borrowing for week 35 [0.2]. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/27/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Emails with Mr. Corneau in relation to UST consent to DIP budget. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 07/27/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Telephone call with Mr. Yang regarding budget [0.2]. Emailing with Mr. Bivona regarding budget approval [0.1]. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 08/01/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Emails in relation to deposit forfeiture with Mr. Bivona and transmittal to UMB under DIP [.1]; reviewing notice of mandatory repayment from Mr. Bivona [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/02/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Reviewing compliance report for W/E 7/14/17 [0.2]. Reviewing notice of mandatory prepayment [0.1]. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 08/03/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing notice of borrowing and email from Mr. Bivona. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/03/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Reviewing notice of borrowing for Weeks 36-37 [0.2]. Telephone call with Mr. Bivona regarding notice of borrowing [0.1]. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------|-----------|-------|-------|-------|-------|
| 08/08/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Reviewing revised notice of borrowing for W/E 8/11/17. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 08/09/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing DIP loan interest email from Mr. Bivona [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 08/11/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing notice from UMB on application of funds; briefly discussing with Mr. Corneau [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 08/11/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Reviewing distribution notice. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 08/15/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing email and funding request from Mr. Bivona [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 08/15/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Reviewing notice of borrowing for weeks 38 -39. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 08/16/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing DIP compliance report from Mr. Bivona [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------------|-----------|-------|-------|-------|-------|
| 09/05/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing notice of borrowing on DIP note<br>from Mr. Bivona. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 09/05/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing notice of borrowing for weeks 40<br>-42. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 09/06/2017 | Stephanie R. Sweeney | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing borrowing notice, compliance<br>reports and related emails. | Fees | 0.40 | 0.00 | 395.00 | 158.00 |
| 09/06/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing revised notice of borrowing from<br>Mr. Bivona [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 09/07/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing DIP compliance report and<br>related email from Mr. Bivona [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/07/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing compliance report W/E 8/11/17<br>[0.2]. Reviewing compliance report W/E<br>8/18/17 [0.2]. Reviewing compliance report<br>W/E 8/25/17 [0.2]. Reviewing compliance<br>report W/E 9/1/17 [0.2]. | Fees | 0.80 | 0.00 | 495.00 | 396.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/08/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing emails from Mr. Bivona on class i assets and responding to same [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/11/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing cash flow budget/DIP financing budget and related emails with Mr. Bivona. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 09/12/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing and responding to emails among Mr. Corneau and Mr. Bivona in relation to DIP budget [.2]; reviewing emails among Ms. Cheng and Mr. Bivona on distribution of proceeds and mandatory prepayment [.2]; | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 09/12/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Reviewing budget for Q4 2017 and emails with Mr. Bivona regarding same. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 09/14/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing email from Mr. Bivona on DIP extension and budget matters [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/14/2017 | Joseph C. Corneau | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Telephone call with Mr. Bivona regarding DIP repayment waterfall [0.3]. Reviewing DIP Note provisions regarding priority of payments [0.8]. Telephone call with Mr. Bivona regarding DIP repayment waterfall [0.1]. | Fees | 1.20 | 0.00 | 495.00 | 594.00 |
| 09/15/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email and revised DIP budget and commitment information from Mr. Bivona [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 09/18/2017 | Stephanie R. Sweeney | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing DIP budget extension and related emails. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 09/18/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email and updated calculations on DIP borrowing from Mr. Bivona [.2]; emails with Mr. Bivona on status of DIP budget request and lack of lender response [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/19/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing prior correspondence and then email to lenders and committee counsel on proposed DIP extension [.2];  responding to emails from Mr. Pfeiffer thereon [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 09/20/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails on DIP financing budget with Messrs. Rosenfeld and Bivona [.1]; | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 09/21/2017 | Sean C. Southard | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email and DIP compliance report from Mr. Bivona [.2]; reviewing email from Mr. Bivona to Mr. Faustini on allocation of DIP proceeds; then emails with Mr. Corneau thereon [.2]; emails with Mr. Bivona on approval of DIP extension by Oppenheimer [.2]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 09/21/2017 | Stephanie R. Sweeney | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing compliance report, allocation of proceeds and settlement agreement illustration from Mr. Bivona. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/21/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Reviewing compliance report W/E 9/8/17 [0.2]. Reviewing revised reserve illustration model [0.2]. Reviewing email from Mr. Bivona regarding asset sale proceeds application and emailing with Mr. Southard regarding same [0.2]. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |
| 09/22/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing updated budget and related emails from Mr. Bivona [.2]; | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/22/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Reviewing final draft of budget extension through Q4 2017. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 09/22/2017 | Stephanie R. Sweeney | 10691.024/ Dowling College Financing and Cash Collateral Reviewing DIP Budget and related emails. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 09/25/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Emails with Mr. Bivona and Mr. Corneau on compliance and assumptions for financing [.1]; | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 09/26/2017 | Joseph C. Corneau | 10691.024/ Dowling College Financing and Cash Collateral Reviewing notice of borrowing for weeks 43 -45. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 09/29/2017 | Sean C. Southard | 10691.024/ Dowling College Financing and Cash Collateral Reviewing and responding to several emails among Messrs. Bivona, Rosenfeld, and McDonnell; then with Ms. Fernandez in relation to bankruptcy approval of premium financing [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| | | **Matter Description (First Line): Financing and Cash Collateral** | | 62.20 | 0.00 | | 31,705.00 |
| **Matter Description (First Line): Litigation** | | | | | | | |
| 04/06/2017 | Lauren C. Kiss | 10691.025/ Dowling College Litigation Reviewing proposed stipulation between committee and KPMG [.1]; reviewing email from Mr. Knapp and related documents [.2]. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 04/19/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation Reviewing email from Mr. Kwee on mediation of Schoenhals case. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 05/23/2017 | Lauren C. Kiss | 10691.025/ Dowling College Litigation Reviewing stipulation extending notice of removal and emailing with Mr. Southard regarding deadline to file notice of removal [.1]; reviewing proof of claim filed by Sans Technology and emailing with Mr. Southard [.1]. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/23/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Emails with Ms. Kiss on SANS technology claim and removal of litigation; reviewing claim. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 05/26/2017 | Lauren C. Kiss | 10691.025/ Dowling College Litigation<br>Reviewing docket in Schoenhals case and emailing complaint and history of action to Messrs. Southard and Rosenfeld [.2]; reviewing docket in response to Mr. Rosenfeld's questions and emailing proposed amended complaint to Messrs. Rosenfeld and Southard [.1]. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 05/26/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Several emails with Mr. Rosenfeld and Ms. Kiss on Schoenhals claim and complaint and potential insurance coverage. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/31/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Emails with Mr. Schwartz on request for coverage information; then emails with Mr. Rosenfeld thereon  [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/01/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Emails with Mr. Rosenfeld and insurance carrier on Schoenhals claim; emails with Mr. Schwartz thereon. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/02/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Reviewing email from Ms. Nixon in relation to claim on Schoenhals for discovery [.1]; emails with Mr. Bivona in relation to Philip Service PRP and related emails [.2]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 06/05/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Reviewing emails from Mr. Bivona in relation to Phillips PRP claim and status; responding to same [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 07/21/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Emails with counsel to Mr. Schoenhals; then emails with Mr. Rosenfeld [.2]; call to Mr. Schwartz [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 07/27/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Call with Ms. Lopez of Suffolk County attorney's office concerning discovery requested on former employee [.2]; reviewing related email and then forwarding to Messrs. Bivona and Rosenfeld [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 07/28/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Emails with Ms. Stoloff and Messrs. Bivona and Rosenfeld on request for information from counsel to Suffolk County [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/01/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Reviewing email from Mr. Bivona in relation to HR files on Ms. Esposito [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/04/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Reviewing draft 2004 motion and emails with Messrs. Powers and Friedman thereon [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 08/11/2017 | Sean C. Southard | 10691.025/ Dowling College Litigation<br>Call with Mr. Schwartz on Schoenhals claim and related emails with Messrs. Bivona and Rosenfeld [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 08/25/2017 | Kristen M. Strine | 10691.025/ Dowling College Litigation<br>Preparing hearing binder per Mr. Southard's request. | Fees | 1.00 | 0.00 | 175.00 | 175.00 |
| | | **Matter Description (First Line): Litigation** | | 4.80 | 0.00 | | 2,200.00 |

**Matter Description (First Line): Litigation - WARN Adversary Proceeding**

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/03/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding<br>Telephone call to chambers re: adjournment of class certification motion. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------|-----------|-------|-------|-------|-------|
| 04/04/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Revising stipulation adjourning class certification motion [.2]; various emails with Plaintiff's counsel and Court re: stipulation [.2]. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 04/04/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing emails among Mr. Scott and Ms. Roupinian on date for hearing an consent for adjournment. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 04/05/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Uploading proposed stipulation and order adjourning hearing [.2] telephone call to chambers re: stipulation [.1]; reviewing email from Ms. Roupinian re: same [.1]. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 04/06/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Various emails with Ms. Roupinian re: adjournment of hearing and general status. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 04/07/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Mr. Scott in relation to adjournment requests and status (.1); discussing with Mr. Scott status and presentation (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------|-----------|-------|-------|-------|-------|
| 04/13/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Preparing email to Ms. Roupinian re: non-disclosure agreement. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 04/14/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing proposed confidentiality stipulation. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 04/14/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Mr. Scott on confidentiality. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 04/17/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing confidentiality stipulation [.3]; preparing email to Mr. Clayton re: same [.1]; reviewing and preparing documents for production to Plaintiff [.8]; various emails with Mr. Southard re: settlement analysis [.2]. | Fees | 1.40 | 0.00 | 495.00 | 693.00 |
| 04/17/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Mr. Scott on request for adjunct professor information; then responses from Messrs. Bivona and Clayton. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/19/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Various emails with Mr. Bivona and<br>reviewing documents provided by Mr.<br>Bivona. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 04/19/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Mr. Bivona in<br>relation to 2016 class schedule; further<br>emails with Mr. Scott thereon. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 04/20/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing emails in relation to adjunct<br>professor claims and position with Messrs.<br>Scott, Rosenfeld and Clayton. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 04/20/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Mr. Clayton re:<br>adjunct employees; reviewing email from<br>Ms. Roupinian re: confidentiality agreement. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 04/21/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Various emails with Ms. Roupinian re:<br>status. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 04/25/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Email in relation to WARN act<br>confidentiality from Mr. Scott. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/27/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding West information charges for legal research for March 2017, invoice no. 835879946. | WESTLAW | 0.00 | 1.00 | 226.12 | 226.12 |
| 04/27/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emails with Mr. Scott in relation to questions of Court at prior hearing (.1); discussing class certification and discovery with Mr. Scott (.2); reviewing prior emails with Mr. Clayton; emails with same and Mr. Scott (.3). | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 04/27/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Various emails with Mr. Southard re: status on class certification. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 04/28/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Telephone call with Ms. Dimola [.2]; reviewing documents provided by Ms. Dimola and Mr. Bivona [.3]; researching law re: class certification [1.5]; reviewing email from Ms. Virella re: fully executed confidentiality agreement [.1]; reviewing email from Mr. Clayton re: rescheduling call to discuss adjunct employees [.1]. | Fees | 2.20 | 0.00 | 495.00 | 1,089.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/28/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Discussing class certification and claims settlement scenario with Mr. Scott (.2) | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/01/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emails with Mr. Scott on class schedule and claims calculation [.2]; emails with Messrs. Bivona and Scott in relation to termination issues and expectations of faculty [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 05/01/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing 2016 class schedule catalog and various emails with Mr. Southard and Mr. Bivona re: class schedule catalog. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 05/02/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Various emails with client group re: class certification [.6]; reviewing email from Ms. Roupinian re: request for information and preparing email to client group [.2]; researching law and preparing revised class definition [1.7]. | Fees | 2.50 | 0.00 | 495.00 | 1,237.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|------|------|------|------|------|
| 05/02/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing and responding to various emails on adjunct positions and class certification with Messrs. Bivona and Scott [.2]; further emails with Mr. Clayton and Mr. Rosenfeld thereon [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 05/03/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Various emails with client group re: class certification [.5]; reviewing employee spreadsheet [.6]. | Fees | 1.10 | 0.00 | 495.00 | 544.50 |
| 05/03/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing and responding to emails from Mr. Scott  and Mr. Rosenfeld on WARN class and potential compromise. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 05/04/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Preparing email to Ms. Roupinian re: class certification [.5]; telephone call to Mr. Clayton [.1]. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |
| 05/04/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email draft to plaintiff's counsel from Mr. Scott; emails thereon with same and discussing with Mr. Scott. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------|-----------|-------|-------|-------|-------|
| 05/05/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Preparing memo of law in opposition to class certification motion and affidavit in support [5.3]; reviewing email from Mr. Clayton re: affidavit in opposition to class certification [.1]. | Fees | 5.40 | 0.00 | 495.00 | 2,673.00 |
| 05/05/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing draft memo of law and affidavit in opposition to class certification and related emails with Mr. Scott thereon [.6]; reviewing emails in relation to WARN Act litigation from Mr. Scott and Mr. Clayton on documentation and evidence matters [.2]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 05/08/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Telephone call with Ms. Roupinian and Mr. Raisner re: class certification [.5]; preparing email to client group re: same [.4]; telephone call with Mr. Rosenfeld re: same [.2]; preparing email to Ms. Roupinian re: same [.2]; reviewing and responding to various emails from client group regarding damages calculation and class certification [.3]; reviewing proposed consent order on class certification [.1]. | Fees | 1.70 | 0.00 | 495.00 | 841.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------|-----------|-------|-------|-------|-------|
| 05/08/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Ms. Roupinian and then reviewing and responding to several emails from Mr. Scott and Ms. Roupinian on WARN class certification motion and related potential objections; then responding to same [.5]; call with Mr. Scott on status of WARN motion for class certification [.1]; reviewing proposed form of order certifying class and related emails [.1]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 05/15/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Revising proposed class certification consent order and preparing email to client re: same; various emails with Ms. Roupinian re: same. | Fees | 0.80 | 0.00 | 495.00 | 396.00 |
| 05/15/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing emails and responding to same from Mr. Scott in relation to proposed revisions to consent order on class certification motion [.2]; further emails with Mr. Scott and Ms. Roupinian thereon; discussing status and process for mediation with Mr. Scott [.2]; reviewing email from Mr. Scott on mediation process and timing [.1]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/16/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing further emails among Ms.<br>Roupinian and Mr. Scott on form of order<br>for class certification [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 05/16/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Ms. Roupinian. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 05/18/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Conferring with Mr. Southard and Ms. Kiss<br>re: status [.1]; reviewing proof of claim filed<br>by proposed class representative [.1];<br>preparing memo re: status of WARN Class<br>Action [.3]; preparing email to Ms.<br>Roupinian re: potential mediators [.1]. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |
| 05/18/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Mr. Scott to Ms.<br>Roupinian and related response; then<br>responding to same from Mr. Scott on<br>WARN and class claims and then emails<br>related to claims of class [.2]; reviewing<br>summary for hearing from Mr. Scott and<br>related emails with Mr. Scott and Ms. Kiss<br>[.2]; reviewing potential mediators; then<br>related emails with Mr. Scott [.2]; discussing<br>claims of class members with Mr. Scott [.3]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/19/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Telephone call to Court re: telephonic appearance [.1]; preparing email to Court re: same [.1]; telephone call with Courtcall re: same [.2]; reviewing email from Ms. Roupinian. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 05/19/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing and responding to emails from Mr. Scott and Ms. Roupinian on class motion and hearing. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 05/22/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Preparing for hearing and appearing telephonically for hearing before Judge Grossman on Class Certification Motion. | Fees | 1.30 | 0.00 | 495.00 | 643.50 |
| 05/22/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Mr. Scott on appearance and status for motion to certify class. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 05/25/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing class certification order. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 05/30/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Mr. Scott on status of discovery and related analysis. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/30/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing and responding to emails from Mr. Southard re: production of information to Plaintiff's counsel. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 05/31/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Various emails with Mr. Rosenfeld re: Plaintiff's requests for information [.2]; preparing email to Mr. Clayton re: same [.1]; reviewing spreadsheet containing employee data received from client and preparing email to client [.5]. | Fees | 0.80 | 0.00 | 495.00 | 396.00 |
| 05/31/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails in relation to discovery with Mr. Rosenfeld and Mr. Scott [.2]; discussing same with Mr. Scott [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 06/01/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing WARN damages calculation spreadsheet [1.1]; conferring with Ms. Kiss re: priority claim review [.2] | Fees | 1.30 | 0.00 | 495.00 | 643.50 |
| 06/01/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing emails among Mr. Rosenfeld and Mr. Scott concerning employee termination, etc. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/06/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Various emails with Mr. Rosenfeld re: employee spreadsheet data [.4]; reviewing and revising employee spreadsheet [.7]; conferring with Ms. Kiss re: WARN damage calculations [.2]. | Fees | 1.30 | 0.00 | 495.00 | 643.50 |
| 06/06/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing several emails among Messrs. Scott and Rosenfeld on discovery requests and responses. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/06/2017 | Lauren C. Kiss | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Discussing WARN Act damage calculation with Mr. Scott. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 06/07/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing several emails among Messrs. Clayton and Rosenfeld and Scott on WARN information and discovery. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/07/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Various emails with Mr. Roupinian, Mr. Clayton, Mr. Rosenfeld re: Class list. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/08/2017 | Andrew S. Richmond | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Meeting with Ms. Kiss regarding research to be performed surrounding WARN Act and employee's 507(a)(4) claim [.2]; reviewing WARN Act complaint [.4]; conducting legal research regarding WARN Act offsetting 507(a)(4) claim [3.8]. | Fees | 4.40 | 0.00 | 275.00 | 1,210.00 |
| 06/08/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Telephone with Ms. Roupinian and Mr. Rainser re: mediation [.2], conferring with Ms. Kiss re: WARN damage calculations [.1]; reviewing potential class address list [.1], reviewing WARN employee spreadsheet [.1]; preparing email to Yann Geron re: potential mediation engagement [.4]. | Fees | 0.90 | 0.00 | 495.00 | 445.50 |
| 06/08/2017 | Lauren C. Kiss | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Discussing research on whether wage or severance payments offset any Warn Act damages with Messrs. Scott and Richmond separately [.2]; discussing research with Mr. Richmond multiple times [.2]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/09/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing schedule of employee addresses [.2]; preparing email to Ms. Roupinian with proposed class list [.1]; preparing for call with Mr. Geron (proposed mediator) and participating in call [.8]; various correspondence with Mr. Clayton re: production of documents and things to Class Counsel [.3]. | Fees | 1.40 | 0.00 | 495.00 | 693.00 |
| 06/09/2017 | Andrew S. Richmond | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Conducting legal research regarding WARN Act offsetting statutory cap of section 507(a)(4) priority claim [5.1]. | Fees | 5.10 | 0.00 | 275.00 | 1,402.50 |
| 06/09/2017 | Lauren C. Kiss | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Telephone call with Mr. Richmond discussing research related to WARN Act damages. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 06/09/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Several emails with Mr. Scott; emails with Mr. Geron and then with Mr. Rosenfeld [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/12/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emails with Mr. Geron and counsel to plaintiff and then with Mr. Rosenfeld in relation to mediation matters; discussing with Mr. Scott [.3] | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 06/12/2017 | Andrew S. Richmond | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Conducting legal research regarding offsetting WARN Act damages with severance payments [3.7]; drafting memo regarding research results [.5]; conferring with Ms. Kiss regarding same [.2]. | Fees | 4.40 | 0.00 | 275.00 | 1,210.00 |
| 06/12/2017 | Lauren C. Kiss | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing Mr. Richmond's email and sending relevant CBA's and faculty agreement to Mr. Richmond [.1]; discussing research results with Mr. Richmond multiple times and reviewing research memo from Mr. Richmond [.5]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 06/12/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Various emails with Mr. Geron and Class Counsel re: mediation (.3); reviewing email from Mr. Richmond re: research regarding severance payments and WARN claims (.1); reviewing Mr. Geron's engagement agreement (.1) | Fees | 0.50 | 0.00 | 495.00 | 247.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/13/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Several emails with Messrs. Geron and Rosenfeld in relation to scheduling, location and attendance at mediation. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 06/13/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Various emails with Mr. Rosenfeld, Mr. Geron and Mr. Southard re: mediation schedule and mediator's engagement agreement. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 06/14/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Conference call with Ms. Kiss, Mr. Southard and Mr. Clayton re: status and strategy. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 06/15/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing documents to prepare production to Class Counsel. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |
| 06/15/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emails on mediation engagement approval with Messrs. Rosenfeld and Geron; then with Messrs. Raisner and Scott. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/15/2017 | Renea A. Gargiulo | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Preparing document scans in connection with Lori Zaikowski WARN class action per Mr. Southard's request. | Fees | 0.10 | 0.00 | 175.00 | 17.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/16/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Preparing proposed mediation order [1.1];<br>reviewing documents to prepare informal<br>production to Class Counsel [.6] | Fees | 1.70 | 0.00 | 495.00 | 841.50 |
| 06/16/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Mr. Scott and review of<br>mediation order [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/19/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Various correspondence with Mr. Clayton<br>re: document production; begin reviewing<br>materials received from Mr. Clayton [.6];<br>reviewing emails from Mr. Geron re:<br>mediation order and schedule [.2]; reviewing<br>email from Ms. Roupinian with request for<br>production of documents [.1]. | Fees | 0.90 | 0.00 | 495.00 | 445.50 |
| 06/19/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing emails from Mr. Geron in<br>relation to engagement and proposed order<br>of retention; discussing with Mr. Scott and<br>further emails with Mr. Raisner [.2];<br>reviewing email from Ms. Roupinian; then<br>emails with Mr. Clayton and Mr. Scott on<br>WARN production [.3]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/20/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing documents received from Mr.<br>Clayton and preparing document production<br>to Class Counsel [1.5]. | Fees | 1.70 | 0.00 | 495.00 | 841.50 |
| 06/20/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Mr. Scott on status of WARN<br>discovery. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/21/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Preparing mediation statement [4.1];<br>reviewing class notice served by Class<br>Counsel [.1]. | Fees | 4.20 | 0.00 | 495.00 | 2,079.00 |
| 06/22/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Revising and uploading mediation order<br>(.2); researching law and preparing<br>mediation statement  (5.0). | Fees | 5.20 | 0.00 | 495.00 | 2,574.00 |
| 06/23/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Preparing emails to Class Counsel with<br>informal production of documents (.3);<br>reviewing documents received from Mr.<br>Clayton (.4); preparing mediation statement<br>(1.9). | Fees | 2.60 | 0.00 | 495.00 | 1,287.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/23/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing emails from Mr. Scott and production on informal mediation discovery [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 06/26/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing and revising mediation statement [.8]; various emails with client and Mr. Raisner re: request for additional documents [.2]. | Fees | 1.00 | 0.00 | 495.00 | 495.00 |
| 06/26/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing email from Mr. Raisner in relation to NYSDOL and further requested discovery. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 06/27/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Revising mediation statement [1.2]; researching law [1.4], various emails with client group re: mediation statement [.4]; various emails with Ms. Kiss and Mr. Southard re: settlement and priority claims review [.3]; reviewing files to locate additional discovery materials requested by Class Counsel [.8]. | Fees | 4.10 | 0.00 | 495.00 | 2,029.50 |

10/17/2017 3:05:32 PM

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/27/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails on further discovery requests from plaintiff with Mr. Scott and Mr. Rosenfeld [.3]; further emails with plaintiff counsel thereon [.1]; emails with Mr. Clayton and Mr. Rosenfeld related to same [.2]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 06/28/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Revising mediation statement [.5]; various emails with client and Class Counsel re: mediation statement and requests for information [.4]; telephone call with Mr. Geron re: settlement statement [.2]; telephone call with Mr. Clayton re: Class request for additional information [.7]; reviewing and analyzing additional discovery materials provided by Mr. Clayton [1.3]. | Fees | 3.10 | 0.00 | 495.00 | 1,534.50 |
| 06/28/2017 | Stephanie L. Nocella | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Proofreading the Mediation Statement per Mr. Scott's request. | Fees | 0.70 | 0.00 | 175.00 | 122.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/28/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing emails among Messrs. Scott and Rosenfeld on WARN discovery and then emails wtih Mr. Scott and Ms. Roupinian thereon [.2]; reviewing emails and meidation statement from Mr. Scott and responding to same [.6]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 06/29/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing mediation statement; reviewing discovery materials provided by Mr. Clayton. | Fees | 1.30 | 0.00 | 495.00 | 643.50 |
| 06/29/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing emails on mediation statements with Messrs. Scott, Geron and Raisner; reviewing plaintiff statement [.7]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 06/30/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing Plaintiffs' mediation statement [.4]; Preparing email to Mr. Rosenfeld re: Plaintiff's request for excel spreedshet containing employee data [.1]. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/05/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing Plaintiff's mediation statement;<br>researching law cited therein and preparing<br>summary; various emails with client re:<br>WARN damage spreadsheet; reviewing non-<br>WARN priority claim spreadsheet. | Fees | 4.60 | 0.00 | 495.00 | 2,277.00 |
| 07/05/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Discussing mediation statements and<br>strategy and claims with Mr. Scott [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 07/06/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Preparing for mediation including reviewing<br>case law cited in Plaintiff's mediation<br>statement (1.6); revising damage<br>calculations (1.8); conferring with Mr.<br>Southard re: mediation strategy (1.2);<br>conferring with Ms. Kiss and Mr. Richmond<br>re: priority claims analysis (1.2); preparing<br>documents for production to Plaintiff (.8);<br>various emails with Mr. Rosenfeld re:<br>production of additional materials requested<br>by Plaintiff (.3); various emails with Mr.<br>Rosenfeld and Ms. Hellman re: WARN<br>damage calculations (.5). | Fees | 7.40 | 0.00 | 495.00 | 3,663.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/06/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing several emails among Messrs.<br>Scott and Rosenfeld and then reviewing and<br>responding to emails from Mr. Scott on<br>summary and strategy for WARN mediation<br>[.3]; call with Mr. Scott thereon [1.2]; | Fees | 1.50 | 0.00 | 575.00 | 862.50 |
| 07/06/2017 | Lauren C. Kiss | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Discussing WARN Act damages and<br>strategy for mediation with Messrs. Scott<br>and Richmond multiple times. | Fees | 1.20 | 0.00 | 375.00 | 450.00 |
| 07/06/2017 | Andrew S. Richmond | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Meeting with Mr. Scott and Ms. Kiss<br>regarding calculating priority claims under<br>507(a)(5) [1.2]. | Fees | 1.20 | 0.00 | 275.00 | 330.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/07/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Meeting with Messrs. Southard, Kiss and Richmond to discuss priority claims and WARN action mediation strategy [2.0]; reviewing WARN damage calculations and preparing for mediation [1.2]; continuing to prepare for mediation by preparing outline and issues list [.5]; conference call with Messrs. Rosenfeld, Clayton and Southard [1.0]; various emails with Mr. Clayton and Mr. Rosenfeld re: allegations contained in Plaintiff's mediation statement [.4]. | Fees | 5.10 | 0.00 | 495.00 | 2,524.50 |
| 07/07/2017 | Andrew S. Richmond | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Legal research regarding priority status of WARN Act legal fees in a settlement context [2.3]. | Fees | 2.30 | 0.00 | 275.00 | 632.50 |
| 07/07/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Meeting and discussions with Messrs. Richmond and Scott and with Ms. Kiss on priority employee claims and WARN claims [2.0]; call with Messrs. Scott, Clayton and Rosenfeld related to mediation preparation [1.0]. | Fees | 3.00 | 0.00 | 575.00 | 1,725.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/07/2017 | Lauren C. Kiss | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Meeting with Messrs. Southard, Scott and Richmond discussing priority claims in preparation for WARN Act mediation. | Fees | 2.00 | 0.00 | 375.00 | 750.00 |
| 07/07/2017 | Andrew S. Richmond | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Meeting with Messrs. Southard and Scott and Ms. Kiss regarding calculating 507(a)(5) claims and WARN damages [2]. | Fees | 2.00 | 0.00 | 275.00 | 550.00 |
| 07/09/2017 | Andrew S. Richmond | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Legal research regarding attorney's fees for WARN damages [2.1]. | Fees | 2.10 | 0.00 | 275.00 | 577.50 |
| 07/09/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing email from Mr. Geron re: mediation logistics. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 07/10/2017 | Andrew S. Richmond | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Legal research regarding priority of attorneys fees for WARN Act claim [1.2]. | Fees | 1.20 | 0.00 | 275.00 | 330.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/10/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Analyzing potential damages outcomes and preparing spreadsheet with revised calculations in advance of mediation [4.7]; reviewing emails from Mr. Southard with correspondence relating to GUS transaction [1.0]; researching law re: faltering company defense [1.2]; various emails with Mr. Geron re: mediation [.2]; various emails with Mr. Rainser re: confidential production of documents [.3]; preparing documents for production and producing documents via email [.9]; reviewing email from Ms. Roupinian re: CIGNA medical claims made by class members [.1]. | Fees | 8.40 | 0.00 | 495.00 | 4,158.00 |
| 07/10/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing spreadsheet and related emails from Mr. Scott [.3]; reviewing emails from Mr. Geron and Mr. Scott [.1]; call with Mr. Scott in relation to mediation preparation [.3]; reviewing email from Ms. Kiss on updated WARN info [.1]; emails with Mr. Rosenfeld in relation to mediation status and attendance [.2]; preparing for mediation by reviewing defense information on WARN claims and faltering company [1.5]; emails with Ms. Roupinian in advance of mediation [.1]. | Fees | 2.60 | 0.00 | 575.00 | 1,495.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/11/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Attending mediation. | Fees | 8.50 | 0.00 | 495.00 | 4,207.50 |
| 07/11/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Meeting with Mr. Rosenfeld prior to mediation discussing status [.2]; attending mediation session at Mr. Geron's office 885 Third Avenue (excluding lunch break) [8.5]; discussing results of mediation with Mr. Rosenfeld [.2]. | Fees | 8.90 | 0.00 | 575.00 | 5,117.50 |
| 07/12/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Discussing results of mediation session with Ms. Kiss [.2]; emails with Mr. Geron on status [.1]; reviewing email from Ms. Roupinian and then forwarding to client on requests for information [.2]; discussing with Mr. Scott [.1]; call with Messrs. Rosenfeld and Scott thereon [.3]; then gather certain information and reviewing emails from Messrs. Rosenfeld and Bivona and then responding to Ms. Roupinian [.5]; further call with Mr. Rosenfeld [.1]; emails with Messrs. Geron and Rosenfeld [.1]. | Fees | 1.60 | 0.00 | 575.00 | 920.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------|-----------|-------|-------|-------|-------|
| 07/12/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Ms. Roupinian with request for information (.1); conference call with Mr. Rosenfeld and Mr. Southard re: Plaintiff request for information (.2); conferring with Mr. Southard re: same (.1); preparing non-WARN employee spreadsheet (.5); reviewing emails from Mr. Geron re: mediation (.2); various emails with Mr. Rosenfeld, Mr. Southard and Mr. Bivona re: information requested by Plaintiff (.5); reviewing revised medical benefit calculations received from Ms. Kiss (.2). | Fees | 1.80 | 0.00 | 495.00 | 891.00 |
| 07/12/2017 | Lauren C. Kiss | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Discussing WARN Act mediation with Mr. Southard [.2]; discussing list of documents requested by Plaintiff's counsel with Mr. Scott [.3]; reviewing list of employees excluded from WARN Act class and adding in additional employees [.2]; revising WARN Act damages calculation spreadsheet based upon individuals who only have dental and vision coverage and emailing list of questions to Ms. Dimola [1.0]. | Fees | 1.70 | 0.00 | 375.00 | 637.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/13/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Discussing response to Ms. Roupinian from Mr. Scott [.1]; reviewing emails from Mr. Scott and Mr. Rosenfeld thereon [.3]; emails with Messrs. Geron and Scott [.1]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 07/13/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Revising non-WARN class employee schedule (.5); revising WARN damage calculations (.9); preparing response to Class Counsel request for documents and information (.8); conferring with Ms. Kiss re: damage calculations and benefit plan participants (.3); reviewing emails from Ms. Kiss and Ms. Dimola with comments on non-WARN class employee priority claims spreadsheet (.6); reviewing US Department of Labor proof of claim (.2); reviewing email from Mr. Geron re: status of mediation (.1) | Fees | 3.40 | 0.00 | 495.00 | 1,683.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/13/2017 | Lauren C. Kiss | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emailing Ms. Dimola list of employees not included in WARN Act class [.1]; reviewing Mr. Scott's draft email to plaintiff's counsel and discussing medical benefits with Mr. Scott [.3]; reviewing list provided to plaintiff's counsel for employee benefits and comparing to damage calculation list [.6]; telephone call with Ms. Dimola discussing employee benefits [.4]; discussing revisions to list with Mr. Scott and emailing same to Mr. Scott [.2]; reviewing Cigna documents received from Ms. Dimola [.2]. | Fees | 1.80 | 0.00 | 375.00 | 675.00 |
| 07/14/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing email from Ms. Dimola [.1]; reviewing email from Ms. Roupinian re: request for additional detail on non-WARN priority claims [.1]. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 07/17/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing email from Ms. Roupinian re: request for additional information [.1]; preparing email responses, including modifying non-WARN priority claim spreadsheets [1.0]; reviewing emails from Mr. Southard and Ms. Kiss re: non-WARN priority claims [.2]; reviewing email from Mr. Geron re: status of mediation [.2]. | Fees | 1.50 | 0.00 | 495.00 | 742.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/17/2017 | Lauren C. Kiss | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing excel sheets of priority claim amounts and responding to Mr. Scott's questions regarding priority non-WARN Act components [.3]; reviewing revised non-WARN Act priority claim amounts and emailing with Mr. Scott [.2]. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 07/17/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing and responding to several emails among Mr. Scott and Ms. Kiss on discovery requests of plaintiff's counsel [.2]; emails with Mr. Geron on status [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 07/18/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Preparing email to Mr. Rosenfeld re: non-WARN priority claims [.1]; meeting with Mr. Southard and Ms. Kiss to discuss priority claims analysis [.9]; preparing master priority claim spreadsheet [1.0]; analyzing and revising priority claim spreadsheets grouped by employee type [2.1]; various emails with Ms. Kiss re: non-WARN priority claims [.2]. | Fees | 4.30 | 0.00 | 495.00 | 2,128.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/18/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing emails from Ms. Kiss and Mr. Scott in relation to WARN damages [.1]; emails with Ms. Kiss and Mr. Scott and Mr. Rosenfeld thereon [.1]; meeting with Ms. Kiss and Mr. Scott in relation to priority claims of employees and WARN claims [.9]; several further emails on WARN damages and discovery with Mr. Scott and Mr. Rosenfeld [.2]. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 07/18/2017 | Lauren C. Kiss | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Meeting with Messrs. Southard and Scott discussing priority claim amounts and WARN Act damages [.9]; discussing spreadsheets with Mr. Scott and reviewing same [.4]; reviewing and revising spreadsheets of non-WARN Act priority claim amounts to send to Plaintiff's counsel and emailing changes to Messrs. Southard and Scott [1.7]. | Fees | 3.00 | 0.00 | 375.00 | 1,125.00 |
| 07/19/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Analyzing priority claims to revise priority claims spreadsheets and calculations and revising same [2.1]; various emails with Ms. Kiss re: same [.2]; reviewing email from Mr. Geron re: status of mediation [.1]. | Fees | 2.40 | 0.00 | 495.00 | 1,188.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/19/2017 | Kristen M. Strine | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Updating spreadsheets with DOL claim<br>amounts per Mr. Scott's request. | Fees | 1.50 | 0.00 | 175.00 | 262.50 |
| 07/19/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Mr. Scott and Ms. Kiss in<br>relation to Dowling mediation and data<br>requested [.2]; emails with Mr. Scott and to<br>Mr. Rosenfeld [.1]; then reviewing email<br>from Mr. Geron on status of mediation [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 07/20/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing emails from Ms. Roupinian and<br>then from Mr. Scott on status of mediation,<br>adjournment of pre-trial [.2]; emails with<br>Mr. Geron and Ms. Roupinian and Mr. Scott<br>thereon [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 07/20/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Various emails with Mr. Southard, Mr.<br>Geron, and Ms. Roupinian re: adjournment<br>of pre-trial conference and status of<br>mediation [.4]; reviewing email from Mr.<br>Rosenfeld re: priority claims analysis [.1]. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/21/2017 | Lauren C. Kiss | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing docket and drafting notice of adjournment of pretrial conference [.2]; drafting letter of adjournment [.2]; finalizing and filing letter and emailing with Plaintiff's counsel [.2]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 07/21/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing emails form Mr. Southard and Ms. Kiss re: adjournment of pre-trial hearing. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 07/24/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Revising priority claim analysis spreadsheets and preparing email to Ms. Roupinian re: priority claims [.4]; responding to further inquiries from Ms. Roupinian re: employees identified on non-WARN priority claim spreadsheets [.3]. | Fees | 0.70 | 0.00 | 495.00 | 346.50 |
| 07/24/2017 | Lauren C. Kiss | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing notes on Ms. Strawgate's resignation and emailing with Mr. Scott. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 07/24/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing email discovery from Mr. Scott and responses of Ms. Roupinian [.2]; discussing status with Mr. Scott [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/25/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing and refining damage calculations. | Fees | 1.50 | 0.00 | 495.00 | 742.50 |
| 07/27/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Revising damage calculation spreadsheet. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 07/28/2017 | Kristen M. Strine | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Discussing status of claims and upcoming assignments with Ms. Kiss [.5]; making updates to claims spreadsheets per discussion with Ms. Kiss [2.0]. | Fees | 2.50 | 0.00 | 175.00 | 437.50 |
| 07/28/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Conferring with Ms. Kiss re: revised non-WARN priority claim amounts [.1]; reviewing and responding to email from Mr. Kiss re: same [.1]; reviewing revised claim amounts and related calculations [.3]; reviewing opt out declaration filed by Class Counsel [.2]. | Fees | 0.70 | 0.00 | 495.00 | 346.50 |
| 07/28/2017 | Lauren C. Kiss | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Discussing revisions to priority claims analysis and assignment to modify claim amounts with Ms. Strine [.5]; discussing assignment to compare priority claim amounts with Ms. Strine multiple times [.2]. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/28/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email and service of opt-out<br>information on class from plaintiff's counsel. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 07/31/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Email with Mr. Geron in relation to<br>mediation [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 08/01/2017 | Lauren C. Kiss | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing and revising priority claim charts<br>and emailing revisions to Mr. Scott. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 08/01/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Ms. Kiss with revised<br>priority claim calculations. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 08/04/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Ms. Kiss re; Section<br>507(a)(5) priority claim analysis. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 08/10/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Mr. Scott on WARN<br>act mediation status [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 08/10/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Preparing email to Ms. Roupinian re: status<br>of settlement negotiations. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 08/11/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing letter from Mr. Geron with invoice for mediation services. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 08/11/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing mediator bill and emails thereon [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 08/14/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Brief discussion and then emails with Mr. Scott on status of WARN act mediation [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 08/16/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Preparing email to Ms. Roupinian re: status of settlement negotiations [.1]; and reviewing and modifying damage calculations [.7]. | Fees | 0.80 | 0.00 | 495.00 | 396.00 |
| 08/17/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing and responding to emails from Ms. Roupinian and Mr. Scott on call timing and request for update [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/17/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Mr. Roupinian re; scheduling of conference call to discuss status. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |

10/17/2017 3:05:32 PM

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/18/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Conference call with Ms. Roupinian, Mr. Raisner and Mr. Southard to further discuss settlement of adversary proceeding [.4]; reviewing file to prepare for call with Plaintiff's counsel [.3]; preparing email to Ms. Dimola re: employee wage information [.2]. | Fees | 0.90 | 0.00 | 495.00 | 445.50 |
| 08/18/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Discussing status of WARN Act litigation with Mr. Scott [.1]; call with Messrs. Scott, Raisner and Ms. Roupinian [.4]; emails and discussion with Mr. Scott and client on further request for information [.2]; emails with Ms. Roupininan thereon [.1]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 08/21/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing correspondence file and reviewing damage calculations. | Fees | 1.40 | 0.00 | 495.00 | 693.00 |
| 08/22/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Telephone calls with Ms. Dimola re: employee payroll data [.3]. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 08/22/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Email with Mr. Geron in relation to mediation status. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/23/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Preparing email to Mr. Rosenfeld with proposed response to Class Counsel's request for additional information and documents. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |
| 08/23/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email and responding to email from Mr. Scott on proposed production to plaintiff and email draft [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/24/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Telephone call with Mr. Bivona and Ms. Dimola re: adjunct payroll history. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 08/24/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Mr. Scott on WARN act status and discovery requests [.1]; further emails with same [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/25/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Various emails with Ms. Roupinian and Mr. Southard re; pre-trial conference [.3]; conferring with Ms. Strine re: preparation of binder for hearing [.2]. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/25/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Mr. Scott in relation to pre-trial conference and status and preparation for hearing [.2]; emails with Ms. Roupinian and Mr. Scott on conference [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 08/28/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Telephone call with Mr. Southard to prepare for pre-trial conference [.2]; preparing email to Ms. Dimola [.1]. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 08/28/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Call with Mr. Scott in relation to WARN act status and presentation [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/29/2017 | Andrew S. Richmond | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>West information charges for legal research for July 2017, invoice no. 836577389. | WESTLAW | 0.00 | 1.00 | 195.10 | 195.10 |
| 08/29/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Mr. Bivona re: fall 2016 academic schedule. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 08/30/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Discussing hearing results and status with Mr. Scott [.1]; reviewing client email update [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/30/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Mr. Dimola re:<br>Plaintiffs' request for additional payroll<br>information. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 09/05/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Various emails with Ms. Roupinian re:<br>request for additional information and<br>materials. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 09/06/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Ms. Roupinian [.1];<br>reviewing materials from Mr. Bivona and<br>email to Mr. Scott on discovery [.3]; emails<br>with Mr. Geron on status [.1]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 09/07/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing class schedule information<br>received from Mr. Bivona [.1]; various<br>emails with Ms. Dimola re: adjunct<br>professor payroll information [.2] | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 09/08/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Discussing WARN act discovery with Mr.<br>Scott; reviewing correspondence in relation<br>to same [.4]; further discussion with Mr.<br>Scott thereon [.1]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/08/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Conferring with Mr. Southard re: status; reviewing email from Mr. Southard re: Dowling class schedule information. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 09/11/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing information received from Ms. Dimola re: payroll history and preparing correspondence to Plaintiff's counsel [1.1]; various emails with Mr. Rosenfeld re: supplemental document production [.3]. | Fees | 1.40 | 0.00 | 495.00 | 693.00 |
| 09/11/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emails and discussions with Mr. Scott on WARN act production and discovery/mediation status [.2]; email with Mr. Rosenfeld and then with Mr. Scott related to same and limitations on production [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 09/13/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emails with Mr. Scott in relation to discovery status and update [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 09/13/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Various emails with Mr. Southard re: status [.2]; reviewing revised employee payroll schedule received from Ms. Dimola and prepare same for production to Class Counsel [.3]. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |
| 09/14/2017 | Brendan M. Scott | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Various emails with Mr. Rosenfeld re; supplemental production to Class Counsel. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 09/14/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emails with Mr. Scott on WARN discovery [.2]; then reviewing response from Mr. Rosenfeld [.1]; reviewing email from Mr. Scott to Ms. Roupinian with discovery [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 09/15/2017 | Sean C. Southard | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emails with Mr. Rosenfeld in relation to mediation fees and order approving same; responding to questions related to requirements [.2]; emails with Mr. Scott and Ms. Roupinian on discovery and adjournment [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/15/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing emails from Mr. Southard and Mr. Rosenfeld re: mediator compensation [.2]; reviewing email from Mr. Dimola re: revised employee payroll schedule [.1]; reviewing email from Ms. Roupinian re: adjournment of pre-trial conference [.1]. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 09/18/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing payroll spreadsheets [.2], various emails with Mr. Rosenfeld re: same [.3], preparing email to Plaintiff's counsel re: payroll data [.1]; preparing email to Mr. Southard  adjournment of pre-trial conference [.1]. | Fees | 0.70 | 0.00 | 495.00 | 346.50 |
| 09/18/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing emails on request by Ms. Roupinian for adjournment on WARN act; then emails with Mr. Scott thereon and status [.2]; reviewing email on confidential discovery from Mr. Scott to Ms. Roupinina [.1] | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 09/19/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Ms. Roupinian on adjournment timing and request [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/19/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email for Ms. Roupinian re:<br>adjournment of pre-trial conference. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 09/22/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Ms. Roupinian in relation to<br>WARN act claim and adjournment request<br>[.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 09/22/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Ms. Roupinian re:<br>adjournment of pre-trial conference. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 09/25/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Email with Messrs. Geron, Scott and Ms.<br>Roupinian on bill for mediator and status of<br>settlement discussions [.2]; reviewing email<br>and letter of adjournment [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 09/25/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing letter adjourning pre-ptrial<br>conference. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 09/26/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Ms. Roupionian and Mr. Geron<br>on status of mediation and adjournment [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/26/2017 | Brendan M. Scott | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing emails from Mr. Geron and Ms.<br>Roupinian re: mediator compensation. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 09/29/2017 | Sean C. Southard | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Mr. Scott on settlement motion<br>[.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| | **Matter Description (First Line): Litigation - WARN Adversary Proceeding** | | | **197.20** | **2.00** | | **93,065.22** |
| **Matter Description (First Line): Meetings and Communications with Creditors** | | | | | | | |
| 04/18/2017 | Lauren C. Kiss | 10691.026/ Dowling College<br>Meetings and Communications with<br>Creditors<br>Meeting with Messrs. Southard, Bivona,<br>Silverman, Friedman and Powers. | Fees | 2.80 | 0.00 | 375.00 | 1,050.00 |
| 04/18/2017 | Sean C. Southard | 10691.026/ Dowling College<br>Meetings and Communications with<br>Creditors<br>Meeting with committee counsel at<br>Silverman Acampora offices in relation to<br>various case matters and status update. | Fees | 2.60 | 0.00 | 575.00 | 1,495.00 |
| 09/29/2017 | Sean C. Southard | 10691.026/ Dowling College<br>Meetings and Communications with<br>Creditors<br>Call with Mr. Weidner on mechanics lien<br>claim of Carrier Corporation [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| | **Matter Description (First Line): Meetings and Communications with Creditors** | | | **5.70** | **0.00** | | **2,717.50** |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| **Matter Description (First Line): Non-Working Travel** | | | | | | | |
| 04/04/2017 | Sean C. Southard | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to from auction site (half rate). | Fees | 0.70 | 0.00 | 287.50 | 201.25 |
| 04/10/2017 | Lauren C. Kiss | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel time to and from court for April 10 hearing (1/2 rate). | Fees | 1.20 | 0.00 | 187.50 | 225.00 |
| 04/10/2017 | Sean C. Southard | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to/from hearings on April 10. | Fees | 2.00 | 0.00 | 287.50 | 575.00 |
| 04/18/2017 | Lauren C. Kiss | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to and from meeting at SilvermanAcampora (1/2 rate). | Fees | 1.00 | 0.00 | 187.50 | 187.50 |
| 04/18/2017 | Sean C. Southard | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to/from meeting at SilvermanAcampora offices (half-rate). | Fees | 1.20 | 0.00 | 287.50 | 345.00 |
| 04/26/2017 | Sean C. Southard | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to/from hearing in Central Islip. | Fees | 1.30 | 0.00 | 287.50 | 373.75 |
| 05/11/2017 | Lauren C. Kiss | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel time to and from Dowling for meeting (1/2 rate). | Fees | 1.00 | 0.00 | 187.50 | 187.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/11/2017 | Sean C. Southard | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to/from meeting at Oakdale campus (half-rate). | Fees | 1.60 | 0.00 | 287.50 | 460.00 |
| 05/22/2017 | Lauren C. Kiss | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel time to and from hearing (1/2 rate). | Fees | 0.80 | 0.00 | 187.50 | 150.00 |
| 05/22/2017 | Sean C. Southard | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to/from hearings before Judge Grossman in Central Islip (half-rate) [1.9]. | Fees | 1.90 | 0.00 | 287.50 | 546.25 |
| 07/06/2017 | Sean C. Southard | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to/from hearing in Central Islip and meeting at Dowling Oakdale campus (half-rate) [2.0]. | Fees | 2.00 | 0.00 | 287.50 | 575.00 |
| 07/10/2017 | Lauren C. Kiss | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel time to and from hearing (1/2 rate). | Fees | 1.00 | 0.00 | 187.50 | 187.50 |
| 07/10/2017 | Sean C. Southard | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to/from Central Islip Courthouse for hearings before Judge Grossman (half-rate) [1.9]. | Fees | 1.90 | 0.00 | 287.50 | 546.25 |
| 07/11/2017 | Sean C. Southard | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to/from mediation (half-rate) [1.0]. | Fees | 1.00 | 0.00 | 575.00 | 575.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/17/2017 | Sean C. Southard | 10691.027/ Dowling College Non-Working Travel Travel to/from Dowling College for meeting (half-rate) [2.1]. | Fees | 2.10 | 0.00 | 575.00 | 1,207.50 |
| 08/08/2017 | Stephanie R. Sweeney | 10691.027/ Dowling College Non-Working Travel Travel to and from meeting re: Brookhaven sale at Farrell Fritz in Uniondale, NY [1.8]. | Fees | 1.80 | 0.00 | 198.00 | 356.40 |
| 08/08/2017 | Sean C. Southard | 10691.027/ Dowling College Non-Working Travel Travel to/from meeting in Uniondale meeting at Farrell Fritz [1.2]. | Fees | 1.20 | 0.00 | 287.50 | 345.00 |
| 08/16/2017 | Sean C. Southard | 10691.027/ Dowling College Non-Working Travel Travel to from meeting with Messrs Rosenfeld and Bivona in Oakdale (half-rate) [1.4]. | Fees | 1.40 | 0.00 | 287.50 | 402.50 |
| 08/28/2017 | Sean C. Southard | 10691.027/ Dowling College Non-Working Travel Travel to/from hearings in Central Islip (half rate) [1.8]. | Fees | 1.80 | 0.00 | 575.00 | 1,035.00 |
| 09/27/2017 | Sean C. Southard | 10691.027/ Dowling College Non-Working Travel Travel to/from Central Islip for hearings (half-rate) [2.2]. | Fees | 2.20 | 0.00 | 287.50 | 632.50 |
| | | **Matter Description (First Line): Non-Working Travel** | | 29.10 | 0.00 | | 9,113.90 |

**Matter Description (First Line): Plan and Disclosure Statement**

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/11/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Emails with lender counsel on PSA status and proposed withdrawal. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 04/18/2017 | Lauren C. Kiss | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing settlement term sheet from DIP lenders to Committee in preparation for meeting with Committee counsel. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 04/20/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Emails with Mr. Pfeiffer on plan timing and related matters. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 04/25/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Emails with Ms. Kiss on withdrawal of plan support agreement motion (.1); emails with Mr. McCord on hearing (.1). | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 04/25/2017 | Lauren C. Kiss | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing court calendar and emailing with Mr. Southard regarding plan support agreement [.1]; drafting and filing notice of withdrawal of plan support agreement [.2]. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 04/26/2017 | Lauren C. Kiss | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Discussing hearing with Mr. Southard and uploading order extending Debtor's exclusive periods to file a plan. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/26/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing motion and related materials in preparation for hearing on exclusivity and likely status (.5); attending hearing on exclusivity and discussion with counsel before and after same (.8). | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 04/28/2017 | Lauren C. Kiss | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing order extending exclusive periods. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 05/01/2017 | Lauren C. Kiss | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing order extending exclusive periods to file a plan and calendaring deadlines [.1]; reviewing case management procedures order for automatic extension of time periods and emailing with Mr. Southard [.3]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 05/01/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Emails and discussion with Ms. Kiss on plan exclusivity and case management order [.2]; reviewing potential plan forms in relation to liquidating plan [.3]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 05/15/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing form of plan and DS for consideration on college liquidation. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/01/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing plan form and preparing outline of recovery and classification; emails with Mr. Rosenfeld thereon [.7]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 06/01/2017 | Joseph C. Corneau | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Conferring with Mr. Southard regarding plan process [0.2]. Researching regarding appropriate plan format [0.2]. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 06/14/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Emails with Ms. Kiss in relation to plan exclusivity motion. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 06/14/2017 | Lauren C. Kiss | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Drafting second motion to extend exclusive period to file plan and solicit acceptances thereto. | Fees | 1.30 | 0.00 | 375.00 | 487.50 |
| 06/15/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing motion to further extend exclusivity and emails with Ms. Kiss thereon [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/15/2017 | Lauren C. Kiss | 10691.028/ Dowling College Plan and Disclosure Statement Drafting second motion seeking to extend exclusive periods to file a plan and solicit acceptances thereto, drafting notice of motion and emailing with Mr. Southard. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 06/16/2017 | Lauren C. Kiss | 10691.028/ Dowling College Plan and Disclosure Statement Revising, finalizing and filing second motion seeking to extend exclusive periods | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 06/23/2017 | Sean C. Southard | 10691.028/ Dowling College Plan and Disclosure Statement Emails with Messrs. Rosenfeld and Kleinberg in relation to board and plan mechanics and timing of proposed final DIP. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 07/06/2017 | Lauren C. Kiss | 10691.028/ Dowling College Plan and Disclosure Statement Reviewing second motion to extend exclusive periods, summarizing same in preparation for July 10 hearing, and comparing dates to term sheet attached to proposed final DIP order. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 07/10/2017 | Lauren C. Kiss | 10691.028/ Dowling College Plan and Disclosure Statement Uploading second order extending exclusive periods. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------|-----------|-------|-------|-------|-------|
| 07/12/2017 | Lauren C. Kiss | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing second order extending exclusive periods and calendaring deadlines. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 07/24/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Preparing outline for plan classification [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 07/27/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Call with Mr. Rosenfeld in relation to intercreditor settlement and emails thereon [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 08/01/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing email and recovery scenario from Mr. Rosenfeld and responding to same [.6]; call with Mr. Rosenfeld thereon [.1]; further emails with Mr. Rosenfeld thereon [.1]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 08/07/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Meeting with Mr. Corneau discussing plan classification, treatment and effective date mechanics [1.1]; reviewing docket and preparing draft disclosure statement background [1.6]. | Fees | 2.70 | 0.00 | 575.00 | 1,552.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 08/07/2017 | Joseph C. Corneau | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing Lender/UCC term sheet in connection in advance of discussion with Mr. Southard regarding plan [0.3]. Conferring with Mr. Southard regarding plan [1.1]. | Fees | 1.40 | 0.00 | 495.00 | 693.00 |
| 08/08/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing email and recovery analysis from Mr. Bivona [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 08/10/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing recovery analysis and related emails with Messrs. Bivona, McLoud and Corneau [.4]; then call with same discussing analysis [.8]; reviewing email draft from Mr. Bivona to creditor parties on recovery analysis and responding to same and updated model [.3]. | Fees | 1.50 | 0.00 | 575.00 | 862.50 |
| 08/10/2017 | Lauren C. Kiss | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing Mr. Bivona's email and recovery analysis model. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/10/2017 | Joseph C. Corneau | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Briefly reviewing recovery analysis [0.5].<br>Telephone call with Messrs. Bivona,<br>McLeod and Southard regarding recovery<br>analysis [0.8]. | Fees | 1.30 | 0.00 | 495.00 | 643.50 |
| 08/11/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Discussing recovery analysis with Mr.<br>Corneau [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 08/11/2017 | Joseph C. Corneau | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing email from Mr. Bivona regarding<br>recovery model. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 08/29/2017 | Joseph C. Corneau | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Drafting plan. | Fees | 4.10 | 0.00 | 495.00 | 2,029.50 |
| 08/30/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Discussing plan draft with Mr. Corneau and<br>emails on dissolution process [.3]; reviewing<br>email from Mr. Friedman on status of<br>discussions for allocation of priority claims<br>[.1]; | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 08/30/2017 | Joseph C. Corneau | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Conferring with Mr. Southard regarding<br>plan issues [0.3]. Drafting plan [1.9]. | Fees | 2.20 | 0.00 | 495.00 | 1,089.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/07/2017 | Joseph C. Corneau | 10691.028/ Dowling College Plan and Disclosure Statement Emailing with Mr. Friedman regarding plan [0.1]. Drafting plan [5.4]. | Fees | 5.50 | 0.00 | 495.00 | 2,722.50 |
| 09/08/2017 | Joseph C. Corneau | 10691.028/ Dowling College Plan and Disclosure Statement Drafting plan. | Fees | 3.20 | 0.00 | 495.00 | 1,584.00 |
| 09/11/2017 | Kristen M. Strine | 10691.028/ Dowling College Plan and Disclosure Statement Updating table of contents for Plan per Mr. Corneau's request. | Fees | 1.00 | 0.00 | 175.00 | 175.00 |
| 09/11/2017 | Joseph C. Corneau | 10691.028/ Dowling College Plan and Disclosure Statement Drafting plan. | Fees | 4.40 | 0.00 | 495.00 | 2,178.00 |
| 09/12/2017 | Sean C. Southard | 10691.028/ Dowling College Plan and Disclosure Statement Reviewing email from Mr. Friedman and Mr. Rosenfeld on reserve and funding for settlement on residential sales [.1]; reviewing settlement construct and model from Mr. Bivona and related emails [.2]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 09/13/2017 | Sean C. Southard | 10691.028/ Dowling College Plan and Disclosure Statement Reviewing emails and updated settlement waterfall for plan distributions from Mr. Bivona; further emails on scheduling of call [.5]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=4/1/17 and date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/14/2017 | Joseph C. Corneau | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Drafting plan. | Fees | 0.80 | 0.00 | 495.00 | 396.00 |
| 09/20/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing email and settlement illustration<br>from Mr. Bivona [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 09/21/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing revised settlement waterfall<br>analysis from Mr. Bivona [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 09/26/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Preparing email to Mr. Corneau on plan<br>drafting matters and structure [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 09/27/2017 | Stephanie R. Sweeney | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Drafting Exclusivity Extension Motion,<br>reviewing related documents, related call<br>with Mr. Corneau [1.5]; drafting proposed<br>Order, sending documents to Mr. Southard<br>[.5]; coordinating drafting Notice of Hearing<br>with Ms. Gargiulo and reviewing same,<br>coordinating filing with Ms. Gargiulo [.2]. | Fees | 2.20 | 0.00 | 395.00 | 869.00 |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/27/2017 | Sean C. Southard | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing draft of third motion to extend exclusivity and related emails with Ms. Sweeney and then Messrs. Rosenfeld and Bivona [.5]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 09/27/2017 | Joseph C. Corneau | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Conferring with Ms. Sweeney regarding exclusivity extension motion. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 09/28/2017 | Joseph C. Corneau | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Drafting plan. | Fees | 2.20 | 0.00 | 495.00 | 1,089.00 |
| | **Matter Description (First Line): Plan and Disclosure Statement** | | | **45.80** | **0.00** | | **22,635.00** |
| **Matter Description (First Line): Relief from Stay and Adequate Protection** | | | | | | | |
| 04/20/2017 | Sean C. Southard | 10691.029/ Dowling College<br>Relief from Stay and Adequate Protection<br>Emails with Mr. Rosenfeld on D&O policy and potential relief from stay. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| | **Matter Description (First Line): Relief from Stay and Adequate Protection** | | | **0.10** | **0.00** | | **57.50** |
| | | | **Grand Total:** | **1,921.10** | **16,986.60** | | **$867,318.71** |

client sort begins with 'dowling' and date is >=4/1/17 and
date is <=9/30/17

# Exhibit "C"

# Exhibit "C"

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| Debtor. | : | |

------------------------------------------------------------------x

**SUMMARY OF TIME BY TIMEKEEPER FOR SECOND INTERIM FEE
APPLICATION OF KLESTADT WINTERS JURELLER SOUTHARD &
STEVENS, LLP, GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR
AND DEBTOR IN POSSESSION, PURSUANT TO BANKRUPTCY CODE SECTIONS
330 AND 331 FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR APRIL 1, 2017 THROUGH SEPTEMBER 30, 2017**

| Name of Attorney | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sean C. Southard, Equity Partner | 2001 | $575 | 685.50 | $384,560.00 |
| Brendan M. Scott, Partner | 2006 | $495 | 116.80 | $57,816.00 |
| Joseph C. Corneau, Partner | 2005 | $495 | 180.00 | $88,481.25 |
| Stephanie R. Sweeney, Associate | 2010 | $395 | 146.40 | $57,473.40 |
| Lauren C. Kiss, Associate | 2012 | $375 | 504.70 | $183,675.00 |
| Matthew G. White, Of Counsel | 2002 | $350 | 158.70 | $55,545.00 |

| | | | | |
|---|---|---|---|---|
| Andrew S. Richmond Associate | 2015 | $275 | 69.80 | $19,195.00 |
| Renea A. Gargiulo, Paralegal | N/A | $175 | 15.90 | $2,782.50 |
| Kristen M. Strine, Paralegal | N/A | $175 | 31.40 | $5,495.00 |
| Stephanie L. Nocella, Paralegal | N/A | $175 | 8.80 | $367.50 |
| Rayella S. Bergman, Paralegal | N/A | $175 | 3.10 | $542.50 |
| **Totals** | | | **1,921.10** | **$855,933.15** |

Exhibit "D"

Exhibit "D"

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| Debtor. | : | |

---------------------------------------------------------------x

### SUMMARY OF TIME BY TASK CODE FOR SECOND INTERIM FEE APPLICATION OF KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP, GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION, PURSUANT TO BANKRUPTCY CODE SECTIONS 330 AND 331 FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR APRIL 1, 2017 THROUGH SEPTEMBER 30, 2017

| BILLING CATEGORY | HOURS BUDGETED – 13 WEEK BUDGET | FEES BUDGETED – 13 WEEK BUDGET | HOURS BUDGETED – 30 WEEK BUDGET | FEES BUDGETED – 30 WEEK BUDGET | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|---|
| Asset Analysis and Recovery | 7.0 | $2,275.00 | 35.0 | $11,375.00 | 1.70 | $885.50 |
| Asset Disposition – Brookhaven Campus | 150.0 | $67,500.00 | 70.0 | $29,750.00 | 137.30 | $67,790.50 |
| Asset Disposition – Brookhaven Dorms | 40.0 | $18,000.00 | 20.0 | $8,500.00 | 73.80 | $35,563.00 |
| Asset Disposition – General | 30.0 | $12,750.00 | N/A | N/A | 120.30 | $55,600.50 |
| Asset Disposition – Oakdale Campus | 90.0 | $40,500.00 | 150.0 | $63,750.00 | 439.80 | $215,437.25 |
| Asset Disposition – Residential Portfolio | 40.0 | $16,000.00 | 60.0 | $24,000.00 | 146.70 | $56,743.00 |
| Asset Disposition – Restricted Assets | 25.0 | $10,000.00 | N/A | N/A | 36.80 | $17,930.00 |

| | | | | | |
|---|---|---|---|---|---|
| Assumption and Rejection of Leases and Contracts | 8.0 | $2,920.00 | 15.0 | $5,475.00 | 1.30 | $747.50 |
| Case Administration | 150.0 | $67,500.00 | 100.0 | $47,500.00 | 166.70 | $79,678.50 |
| Claims Administration and Objections | 200.0 | $90,000.00 | 35.0 | $16,625.00 | 289.90 | $108,440.50 |
| Corporate Governance and Board Matters | 40.0 | $19,000.00 | 25.0 | $11,875.00 | 15.50 | $7,996.50 |
| Employee Benefits and Pensions | 10.0 | $4,750.00 | 10.0 | $4,750.00 | 4.60 | $2,645.00 |
| Employment and Fee Application Objections | 25.0 | $10,000.00 | 15.0 | $3,750.00 | 19.50 | $7,412.50 |
| Employment and Fee Applications | 60.0 | $24,000.00 | 25.0 | $6,250.00 | 122.30 | $37,990.00 |
| Financing and Cash Collateral | 60.0 | $28,500.00 | 100.0 | $47,500.00 | 62.20 | $31,705.00 |
| Litigation | 15.0 | $5,475.50 | 25.0 | $9,125.00 | 4.80 | $2,200.00 |
| Litigation – WARN Adversary Proceeding | 85.0 | $38,250.00 | N/A | N/A | 197.20 | $92,644.00 |
| Meetings and Communications with Creditors | 20.0 | $9,000.00 | 50.0 | $23,750.00 | 5.70 | $2,717.50 |
| Non-Working Travel | 25.0 | $6,250.00 | 45.0 | $9,000.00 | 29.10 | $9,113.90 |
| Plan and Disclosure Statement | 175.0 | $86,625.00 | 150.0 | $71,250.00 | 45.80 | $22,635.00 |
| Relief from Stay and Adequate Protection | 5.0 | $1,825.00 | 10.0 | $3,650.00 | 0.10 | $57.50 |
| **TOTAL**: | **1,260.0** | **$561,120.00** | **940.0** | **$397,875.00** | **1,921.10** | **$855,933.15** |

**Exhibit "E"**

**Exhibit "E"**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                    :        Chapter 11
                                                         :
DOWLING COLLEGE,                                         :
f/d/b/a DOWLING INSTITUTE,                               :        Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                           :
ASSOCIATION,                                             :
f/d/b/a CECOM,                                           :
a/k/a DOWLING COLLEGE, INC.,                             :
                                         Debtor.         :
-----------------------------------------------------------------x

**SUMMARY OF COUNSEL'S EXPENSES FOR SECOND INTERIM FEE**
**APPLICATION OF KLESTADT WINTERS JURELLER SOUTHARD &**
**STEVENS, LLP, GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR**
**AND DEBTOR IN POSSESSION, PURSUANT TO BANKRUPTCY CODE SECTIONS**
**330 AND 331 FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES FOR APRIL 1, 2017 THROUGH SEPTEMBER 30, 2017**

| | |
|---|---:|
| Conference Calls | $695.90 |
| Federal Express | $579.11 |
| Filing Fees | $714.00 |
| Mileage | $134.97 |
| PACER | $118.60 |
| Photocopies | $1,660.40 |
| Taxi | $90.96 |
| Train | $24.00 |
| Transcription | $1,532.12 |
| WESTLAW | $5,835.50 |
| **TOTAL EXPENSES:** | **$11,385.56** |

**Exhibit "F"**

**Exhibit "F"**

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Stephanie R. Sweeney

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
DOWLING COLLEGE,                                   :
f/d/b/a DOWLING INSTITUTE,                         :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                     :
ASSOCIATION,                                       :
f/d/b/a CECOM,                                     :
a/k/a DOWLING COLLEGE, INC.,                       :
                                      Debtor.      :
-----------------------------------------------------------------x

**CERTIFICATION OF SEAN C. SOUTHARD REGARDING THE FIRST INTERIM**
**FEE APPLICATION OF KLESTADT & WINTERS, LLP, GENERAL BANKRUPTCY**
**COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR AN**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD OF APRIL 1, 2017 THROUGH SEPTEMBER 30, 2017**

I, Sean C. Southard, hereby certify that:

1.      I am an equity partner with the firm Klestadt Winters Jureller Southard &

Stevens, LLP ("KWJS&S"), which serves as general counsel to Dowling College, (the

"Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter

11 Case").

2.      This Certification is made in support of KWJS&S's application (the

"Application") for a first interim allowance of compensation for services rendered and

reimbursement of expenses for the period of April 1, 2017 through September 30, 2017, in

compliance with General Order 613, Guidelines for Fees and Disbursements for Professionals in Eastern District of New York Bankruptcy Cases, effective as of June 10, 2013 (the "General Order"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines"), the Unites States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Large Chapter 11 Cases (the "Large Case Guidelines"), and this Court's Order Pursuant to 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 117] (the "Interim Compensation Order" and together with the General Order, UST Guidelines and the Large Case Guidelines, the "Guidelines").

      3.      I certify that:

      a.  I have read the Application;

      b.  To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and expenses sought fall within the Guidelines;

      c.  The fees and disbursements sought are billed at rates and in accordance with practices customarily employed by KWJS&S and generally accepted by KWJS&S's clients; and

      d.  In providing the reimbursable services reflected in the Application, KWJS&S did not make a profit on those services, whether performed by KWJS&S in-house or through a third party.

      4.      With respect to Section B(2) of the General Order, I certify that KWJS&S has complied with the provisions requiring it to provide to the U.S. Trustee for the Eastern District of

New York, the Debtor and the Creditors' Committee a statement of KWJS&S's fees and expenses accrued during previous months.

5.      With respect to Section B(3) of the General Order, I certify that the U.S. Trustee for the Eastern District of New York, the Debtor and the Creditors' Committee are each being provided with a copy of the Application and this Certification.

6.      The following is provided in response to the questions set forth in Paragraph C.5 of the Large Case Guidelines:

**Question**:     Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?

**Response**:     No.

**Question**:     If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

**Response**:     Yes.

**Question**:     Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

**Response**:     No.

**Question**:     Does the fee application include time or fees relating to reviewing or revising time records or preparing, reviewing, or revising invoices?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application).  If so, please quantify by hours and fees.

**Response**:     No.  As set forth in the Application, upon further review of KWJS&S's time entries, KWJS&S has determined to voluntarily write off nine (_) time entries totaling $_____ for time related to preparing, reviewing, or revising the Fee Statements.  As such, KWJS&S's total fees requested for the First Interim Compensation Period reflect a commensurate reduction as compared to the total amounts invoiced by KWJS&S on account of the Second Interim Compensation Period.

**Question**:     Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

**Response**:     No.

**Question**:     If the fee application includes any rate increases since retention:  Did your client review and approve those rate increases in advance?

**Response**:     Yes.

**Question**:     Did you client agree when retaining the law firm to accept all future rate increases?

**Response**:     Yes.

Dated:   New York, New York
         October 27, 2017

                                      KLESTADT WINTERS JURELLER
                                      SOUTHARD & STEVENS, LLP

                              By:    */s/ Sean C. Southard*
                                      Sean C. Southard
                                      Stephanie R. Sweeney
                                      570 Seventh Avenue, 17th Floor
                                      New York, New York 10018
                                      Tel: (212) 972-3000
                                      Fax: (212) 972-2245
                                      Email:  ssouthard@klestadt.com

                                      *Counsel to the Debtor and Debtor-in-Possession*