**KLESTADT WINTERS JURELLER**  **Hearing Date: November 27, 2017**
**SOUTHARD & STEVENS, LLP**  **Hearing Time: 1:30 p.m. (EST)**
200 West 41st Street, 17th Floor
New York, NY 10036-7203  **Objection Deadline: November 20,**
Telephone: (212) 972-3000  **2017 at 4:00 p.m. (EST)**
Facsimile: (212) 972-2245
Sean C. Southard
Stephanie Sweeney

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| DOWLING COLLEGE, | : |
| f/d/b/a DOWLING INSTITUTE, | : Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : |
| ASSOCIATION, | : |
| f/d/b/a CECOM, | : |
| a/k/a DOWLING COLLEGE, INC., | : |
| Debtor. | : |

-----------------------------------------------------------------x

### NOTICE OF HEARING TO CONSIDER APPLICATIONS BY
### CASE PROFESSIONALS FOR AWARDS OF INTERIM AND/OR FINAL
### COMPENSATION AND REIMBURSEMENT OF EXPENSES

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Robert E. Grossman, United States Bankruptcy Judge for the Eastern District of New York, at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Room 860, Central Islip, New York 11722, on the **27th day of November, 2017 at 1:30 p.m. (EST)**, or as soon thereafter as counsel can be heard, to consider the following applications (collectively, the "**Fee Applications**") of the professionals retained in this case, each of which is listed on Exhibit A annexed hereto, for interim and/or final allowance of compensation and reimbursement of expenses incurred.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the Fee Applications shall be made in writing, shall state with particularity the grounds for the objection, and shall be filed with the Bankruptcy Court, in electronic format, by utilizing the Court's electronic case filing system at www.ecf.nyeb.uscourts.gov, or if the same cannot be filed electronically, by manually filing same with the Clerk of the Court together with a CD-ROM containing same in Word, WordPerfect or .pdf format, with a hard copy provided to the Clerk's Office at Bankruptcy Court, Alfonse D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York, 11722 and upon (i) Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York, 10036, Attn: Sean C. Southard, Esq. and Stephanie R.

Sweeney, Esq., counsel to the Debtor and Debtor-in-Possession; (ii) Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York, 11722, Attn: Stan Yang, Esq., Assistant U.S. Trustee; and (iii) the Professional whose Fee Application is subject to the objection, so as to be received no later than **November 20, 2017 at 4:00 p.m. (EST).**

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Applications may be adjourned without further notice except as announced in open court on the Hearing Date, or at any adjourned hearing.

Dated: New York, New York
October 27, 2017

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/Sean C. Southard*
Sean C. Southard, Esq.
Stephanie R. Sweeney, Esq.
200 West 41st Street, 17th Floor
New York, New York 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Email: ssouthard@klestadt.com
ssweeney@klestadt.com

*Counsel to Debtor and Debtor in Possession*

**EXHIBIT A**

| Applicant and Docket No. | Capacity | Application Period | Compensation Requested | Reimbursement of Expenses Requested | Total |
|---|---|---|---|---|---|
| Klestadt Winters Jureller Southard & Stevens, LLP Docket No. 433 | Counsel to the Debtor | 4/1/17 – 9/30/17 | $855,933.15[1] | $11,385.56 | $867,318.71 |
| Eichen & DiMeglio, P.C. Docket No. 435 | Accountants to the Debtor | 4/1/17 – 9/30/17 | $20,550.00 | $485.37 | $21,035.37 |
| FPM Group, Ltd. Docket No. 436 | Consultants to the Debtor | 4/1/17 – 9/30/17 | $29,346.05 | $3,478.57 | $32,824.62 |
| SilvermanAcampora LLP Docket No. 432 | Counsel to the Official Committee of Unsecured Creditors | 4/1/17 – 9/30/17 | $187,610.50 | $906.94 | $188,517.44 |
| Farrell Fritz Docket No. 437 | Special Counsel to the Debtor | 3/28/17 – 9/30/17 | $13,659.00 | $307.72 | $13,966.72 |
| Hilco IP Services, LLC d/b/a Hilco Steambank Docket No. 434 | Broker for the Debtor | 3/14/17 – 9/6/17[2] | $51,118.08 | $0.00 | $51,118.08 |

---

[1] Reflects voluntarily write off of thirty-one (31) time entries totaling $10,352.50 for time related to preparing, reviewing, or revising monthly fee statements.

[2] Please note that Hilco IP Services, LLC's application seeks final approval of fees and expenses.