UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------ x

In re:                                                    Case No.  16-75545 (REG)

DOWLING COLLEGE,                                          Chapter 11
f/d/b/a DOWLING INSTITUTE,
f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,    **AFFIDAVIT OF SERVICE**
f/d/b/a CECOM,
a/k/a DOWLING COLLEGE, IC.,

                              Debtor.

------------------------------------------------ x

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NASSAU     )

       I, **Maryann Lemmo**, being duly sworn, say:  I am not a party to the action, am over 18 years of age and reside in East Meadow, New York.

       On October 27, 2017, I served the within **SUMMARY SHEET PURSUANT TO UNITED STATES TRUSTEE GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED UNDER 11 U.S.C. § 330 FOR THE INTERIM FEE APPLICATION OF FARRELL FRITZ, P.C., SPECIAL COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION and APPLICATION OF FARRELL FRITZ, P.C., SPECIAL COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 28, 2017 THROUGH SEPTEMBER 30, 2017,** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Dowling College                          Schulte Roth & Zabel LLP
c/o RSR Consulting, LLC                  919 Third Avenue
49 Roy Avenue                            New York, New York 10022
Massapequa, NY  11758                    Attn: Neil S. Begley, Esq.


RSR Consulting, LLC                      White & Case LLP
1330 Avenue of the Americas, Suite 23A   1221 Avenue of the Americas
New York, New York 10019                 New York, New York 10020-1095
Attn: Robert S. Rosenfeld                Attn: Brian D. Pfeiffer, Esq.

Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036
Attn: Sean C. Southard, Esq.

SilvermanAcampora, LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Attn: Ronald J. Friedman, Esq. and
     Gerard R. Luckman, Esq.

Mintz Levin Cohn Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111
Attn: P. Miyoko Sato, Esq. and
     Ian A. Hammel, Esq.

ACA Financial Guaranty Corp.
555 Theodore Fremd Avenue, Suite C-205
Rye, New York, 10580
Attn:  Carl McCarthy, Esq. and
      Maria Cheng, Managing Director

Office of the United States Trustee for the Eastern
District of New York
Alfonse D'Amato Federal Courthouse
560 Federal Plaza
Central Islip, New York 11722
Attn: Stan Yang, Esq., Trial Attorney

_____
Maryann Lemmo

Sworn to before me this
30th day of October, 2017.

_____
Notary Public

PATRICIA A. TIGNETTI
Notary Public, State of New York
No. 01TI6208055
Qualified in Nassau County
Commission Expires June 22, 2021

FF\6925176.1