**Information to identify the case:**

Debtor  **Dowling College**
Name

EIN  **11–2157078**

United States Bankruptcy Court   Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

Date case filed for Chapter  **11:  11/29/16**

Case number:  **8–16–75545–reg**

# NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 7/10/17 was filed on 11/2/17.

The following deadlines apply:

The parties have until November 9, 2017 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is November 24, 2017.

If a Transcript Redaction Request is filed, the redacted transcript is due December 4, 2017.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is January 31, 2018, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext at 888.706.4576 or you may view the document at the public terminal at the Office of the Clerk.

Dated: November 3, 2017

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17]