# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: dcorsini | Date Created: 11/3/2017 |
| Case: 8−16−75545−reg | Form ID: 295 | Total: 13 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Joseph Charles Corneau | jcorneau@klestadt.com |
| aty | Lauren Catherine Kiss | lkiss@klestadt.com |
| aty | Sean C Southard | ssouthard@klestadt.com |
| aty | Stephanie R Sweeney | ssweeney@klestadt.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db    Dowling College    150 Idle Hour Blvd.    Oakdale, NY 11769
aty    Klestadt Winters Jureller Southard & Stevens, LLP    200 West 41st Street    17th Floor    New York, NY 10036−7203
     Adam T Berkowitz    GARFUNKEL WILD, P.C.    111 Great Neck Road    Great Neck, NY 11021
     Ian Hammel    MINTZ LEVIN    One Financial Center    Boston, MA 02111
     Ronald J Friedman    SILVERMAN ACAMPORA LLP    100 Jericho Quadrangle    Suite 300    Jericho, NY 11753
     Howard Kleinberg    MEYER, SUOZZI ENGLISH & KLEIN P.C.    990 Stewart Avenue    Suite 300    P. O. Box 9194    Garden City, NY 11530
     Richard J McCord    CERTILMAN BALIN ADLER & HYMAN    90 Merrick Avenue    East Meadow, NY 11554
     Sean Southard    KLESTADT WINTERS JURELLER SOUTHARD & STEVENS LLP    41st Street    17th Floor    New York, NY 10036
     Stan Yang    U.S. DEPARTMENT OF JUSTICE    UNITED STATES TRUSTEE    560 Federal Plaza    Central Islip, NY 11722

TOTAL: 9