United States Bankruptcy Court
Eastern District of New York

In re:                                                                  Case No. 16-75545-reg
Dowling College                                                         Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8          User: dcorsini          Page 1 of 2          Date Rcvd: Nov 03, 2017
                                Form ID: 295           Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2017.
db         +Dowling College,    150 Idle Hour Blvd.,    Oakdale, NY 11769-1999
aty        +Klestadt Winters Jureller Southard & Stevens, LLP,     200 West 41st Street,    17th Floor,
             New York, NY 10036-7219
           +Adam T Berkowitz,    GARFUNKEL WILD, P.C.,    111 Great Neck Road,    Great Neck, NY 11021-5400
           +Howard Kleinberg,    MEYER, SUOZZI ENGLISH & KLEIN P.C.,    990 Stewart Avenue,    Suite 300,
             P. O. Box 9194,    Garden City, NY 11530-9194
           +Ian Hammel,    MINTZ LEVIN,    One Financial Center,    Boston, MA 02111-2657
           +Ronald J Friedman,    SILVERMAN ACAMPORA LLP,    100 Jericho Quadrangle,    Suite 300,
             Jericho, NY 11753-2702
            Sean Southard,    KLESTADT WINTERS JURELLER SOUTHARD & STE,     41st Street,    17th Floor,
             New York, NY 10036
           +Stan Yang,    U.S. DEPARTMENT OF JUSTICE,    UNITED STATES TRUSTEE,    560 Federal Plaza,
             Central Islip, NY 11722-4456

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +E-mail/Text: trustee@certilmanbalin.com Nov 03 2017 18:15:48      Richard J McCord,
               CERTILMAN BALIN ADLER & HYMAN,    90 Merrick Avenue,    East Meadow, NY 11554-1597
                                                                                              TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2017 at the address(es) listed below:
           Adam T Berkowitz    on behalf of Creditor   UMB Bank, National Association as Indenture Trustee
               aberkowitz@garfunkelwild.com, ehuggler@garfunkelwild.com
              Andrew M Thaler    on behalf of Interested Party   Venmar Holding SA athaler@athalerlaw.com,
               dawn@athalerlaw.com;spiros@athalerlaw.com;r61907@notify.bestcase.com
              Anthony C Acampora    on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
               efilings@spallp.com,
               aca@spallp.com;ksilverman@ecf.epiqsystems.com;ggerson@sallp.com;sgiugliano@silvermanacampora.com
              Brendan M Scott    on behalf of Defendant   Dowling College bscott@klestadt.com
              Brian D Pfeiffer    on behalf of Creditor   ACA Financial Guaranty Corp.
               brian.pfeiffer@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com
              Dipesh Patel    on behalf of Creditor   Dowling College Full Time Faculty Chapter of New York
               State United Teachers dpatel@saul.com
              Elizabeth M Aboulafia    on behalf of Creditor   NCF Capital LTD eaboulafia@cullenanddykman.com
              Gerard R Luckman    on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
               GLuckman@SilvermanAcampora.com, GLuckman@Forchellilaw.com;Bhufnagel@forchellilaw.com
              Glenn P Warmuth    on behalf of Interested Party Kimberly Dawn Poppiti gpw@stim-warmuth.com,
               pjw@stim-warmuth.com
              Glenn P Warmuth    on behalf of Creditor Kimberly Dawn Poppiti gpw@stim-warmuth.com,
               pjw@stim-warmuth.com
              Howard B Kleinberg    on behalf of Interested Party   Certain Members Of The Dowling College Board
               of Trustees hkleinberg@MSEK.com, kgiddens@msek.com
              Jack A Raisner    on behalf of Creditor Lori  Zaikowski jar@outtengolden.com,
               kdeleon@outtengolden.com;jxh@outtengolden.com;rmasubuchi@outtengolden.com;rfisher@outtengolden.co
               m
              Jack A Raisner    on behalf of Plaintiff Lori  Zaikowski jar@outtengolden.com,
               kdeleon@outtengolden.com;jxh@outtengolden.com;rmasubuchi@outtengolden.com;rfisher@outtengolden.co
               m
              James H. Knapp    on behalf of Creditor   Department of Education james.knapp@usdoj.gov

```
District/off: 0207-8          User: dcorsini               Page 2 of 2                   Date Rcvd: Nov 03, 2017
                              Form ID: 295                 Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              James H. Knapp    on behalf of Creditor    U.S. Department of Veteran Affairs james.knapp@usdoj.gov
              Jeffrey C Wisler    on behalf of Creditor    Cigna Health and Life Insurance Company
               jwisler@connollygallagher.com
              John J Ramirez    on behalf of Creditor    ACA Financial Guaranty Corp. john.ramirez@whitecase.com,
               jdisanti@whitecase.com;mco@whitecase.com
              Joseph Charles Corneau    on behalf of Debtor    Dowling College jcorneau@klestadt.com
              Karl J Silverberg    on behalf of Creditor    Powerhouse Maintenance, Inc.
               ksilverberg@silverbergpclaw.com,    ksilverberg@king-king-law.com
              Laine A Armstrong    on behalf of Creditor Martin  Schoenhals laine@advocatesny.com
              Lauren Catherine Kiss    on behalf of Defendant    Dowling College lkiss@klestadt.com
              Lauren Catherine Kiss    on behalf of Debtor    Dowling College lkiss@klestadt.com
              Matthew A Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
              Matthew G Roseman    on behalf of Creditor    NCF Capital LTD mroseman@cullenanddykman.com
              Neil S Begley    on behalf of Creditor    ACA Financial Guaranty Corp. neil.begley@srz.com
              Patrick T Collins    on behalf of Spec. Counsel    Farrell Fritz, P.C. pcollins@farrellfritz.com,
               ffbkmao@farrellfritz.com
              Rene S Roupinian    on behalf of Plaintiff Lori  Zaikowski rroupinian@outtengolden.com,
               jxh@outtengolden.com;cbrann@outtengolden.com;kcarter@outtengolden.com
              Richard J McCord    on behalf of Creditor    ACA Financial Guaranty Corp.
               rmccord@certilmanbalin.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;cglick@certilmanbalin.com;rnosek@certilma
               nbalin.com;CBAHECM@gmail.com;mmcord@certilmanbalin.com
              Ronald J Friedman    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               efilings@spallp.com,
               rfriedman@silvermanacampora.com;dmahoney@silvermanacampora.com;JHellman@SilvermanAcampora.com;JKr
               ell@SilvermanAcampora.com
              Sean C Southard    on behalf of Debtor    Dowling College ssouthard@klestadt.com
              Stan Y Yang    stan.y.yang@usdoj.gov,    stan.y.yang@usdoj.gov
              Stephanie R Sweeney    on behalf of Debtor    Dowling College ssweeney@klestadt.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 33
```

| Information to identify the case: | |
|---|---|
| Debtor **Dowling College** Name | EIN **11–2157078** |
| United States Bankruptcy Court   Eastern District of New York 290 Federal Plaza Central Islip, NY 11722 | Date case filed for Chapter **11: 11/29/16** |
| Case number: **8–16–75545–reg** | |

# NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 7/10/17 was filed on 11/2/17.

The following deadlines apply:

The parties have until November 9, 2017 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is November 24, 2017.

If a Transcript Redaction Request is filed, the redacted transcript is due December 4, 2017.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is January 31, 2018, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext at 888.706.4576 or you may view the document at the public terminal at the Office of the Clerk.

Dated: November 3, 2017

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17]