**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DOWLING COLLEGE,<br>f/d/b/a DOWLING INSTITUTE,<br>f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,<br>f/d/b/a CECOM,<br>a/k/a DOWLING COLLEGE, INC.,<br><br>                        Debtor. | Chapter 11<br><br>Case No. 16-75545 (REG) |

**ELEVENTH REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 1, 2017 THROUGH OCTOBER 31, 2017**

The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("RSR") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("Mr. Rosenfeld") as Chief Restructuring Officer ("CRO") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period October 1, 2017 through October 31, 2017.

    Exhibit A –  Summary of Fees and Expenses

    Exhibit B –  Summary of Services by Project Category

    Exhibit C –  Detailed time entries by Project Category

    Exhibit D –  Detail of Expenses Incurred

By: /s/ Robert S. Rosenfeld
Robert S. Rosenfeld
November 6, 2017

**Exhibit A**

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses**
**10/1/17 Through 10/31/17**

**Summary of Fees**

| Summary by Professional | Responsibility | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| R. Rosenfeld | Chief Restructuring Officer | 125.90 | $ 390.00 | $ 49,101.00 |
| N. Bivona | Consultant | 126.00 | $ 375.00 | 47,250.00 |
| R. McLeod | Consultant | 8.20 | $ 335.00 | 2,747.00 |
| **Total** | | **260.10** | | **$ 99,098.00** |
| | | | | |
| **Average blended hourly rate** | | | | **$ 381.00** |

**Summary of Expenses**

| | |
|---|---:|
| **Postage & Shipping** | $ 353.60 |
| **Accounting-software** | $ 6.00 |
| **Notary Fees** | $ 4.00 |
| **Total Disbursements** | **$ 363.60** |

**RSR Consulting, LLC**                                                         **Exhibit B**
**Dowling College - Case #16-75545 (REG)**
**Summary of Services by Project Category**
**10/1/17 Through 10/31/17**

| Category | Billable Time | Billable Amt |
|---|---:|---:|
| **Asset Analysis and Recovery** | 7.8 | $ 2,925.00 |
| **Asset Disposition** | 75.1 | 28,917.00 |
| **Bankruptcy Motions** | 0.5 | 187.50 |
| **BRV-Stony Brook Dorm** | 1.5 | 562.50 |
| **Business Analysis** | 4.7 | 1,762.50 |
| **Business Operations** | 114.0 | 43,401.00 |
| **Cash Monitoring** | 8.2 | 2,747.00 |
| **Claims Administration and Objections** | 1.0 | 382.50 |
| **Court Hearings** | 1.5 | 585.00 |
| **Document Review** | 1.0 | 375.00 |
| **Dowling-Residential Ops** | 5.8 | 2,175.00 |
| **Dowling-Residential Sales** | 16.2 | 6,273.00 |
| **Employee Benefits/Pensions** | 0.5 | 195.00 |
| **Fee Applications** | 1.2 | 468.00 |
| **Litigation Matters** | 0.5 | 195.00 |
| **Meeting** | 2.0 | 765.00 |
| **Meetings with Creditors and/or Representatives** | 3.8 | 1,425.00 |
| **Meetings with Debtor and Representatives** | 0.4 | 156.00 |
| **Reporting** | 1.0 | 375.00 |
| **Tax compliance** | 0.4 | 156.00 |
| **UST Reporting** | 13.0 | 5,070.00 |
| **Grand Total** | 260.1 | $ 99,098.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**10/1/17 Through 10/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 10/18/2017 | Neil Bivona | Follow up w/ M. Hablenko re: student AR issues. | 0.50 | $375.00/hr | $187.50 |
| 10/23/2017 | Neil Bivona | Begin reviewing and organizing information re: restricted accounts & endowments. | 1.50 | $375.00/hr | $562.50 |
| 10/24/2017 | Neil Bivona | Research issue re: ongoing student credit card payments / merchant bank account at TD Bank. Meet w/ M. Klotz & call / correspondence w/ M. Hablenko re: the same. Review restricted asset schedule form cash management motion. | 1.50 | $375.00/hr | $562.50 |
| 10/26/2017 | Neil Bivona | Research & begin drafting memo re: restricted accounts. Meet w/ A. Dimola re: updating of information spreadsheet on endowed funds / scholarships. | 2.80 | $375.00/hr | $1,050.00 |
| 10/27/2017 | Neil Bivona | Continue research/review/analysis of restricted fund accounts. | 1.00 | $375.00/hr | $375.00 |
| 10/27/2017 | Neil Bivona | Meet w/ A. Dimola re: updating of endowment fund report & flexible spending plan / account. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Asset Analysis and Recovery** | | | **7.80** | | **$2,925.00** |
| **Asset Disposition** | | | | | |
| 10/02/2017 | Robert Rosenfeld | Review marketing materials provided by brokers (2.0); and discuss issues with CBRE (.3). | 2.30 | $390.00/hr | $897.00 |
| 10/03/2017 | Neil Bivona | Review and edit A&G/MH prepared offering memorandum. | 2.00 | $375.00/hr | $750.00 |
| 10/03/2017 | Neil Bivona | Call w/ S. Southard & M. Hablenko re: US Trustee's comments to retention order & possible alternatives to proposed DIP collection account structure. | 0.60 | $375.00/hr | $225.00 |
| 10/03/2017 | Robert Rosenfeld | Review confidential memorandum on Brookhaven site and make comments and provide to counsel for review. | 2.00 | $390.00/hr | $780.00 |
| 10/04/2017 | Neil Bivona | Meeting w/ R Parr, J. Kelly, R. Rosenfeld & D. Cook re: development of Brookhaven site. Review of files /drawings w/ D. Cook & J. Kelly to search for information pertinent to sale. | 2.50 | $375.00/hr | $937.50 |
| 10/04/2017 | Neil Bivona | Review of revised offering memorandum for Brookhaven campus. | 1.00 | $375.00/hr | $375.00 |
| 10/04/2017 | Robert Rosenfeld | Make revisions to comments to brokers confidential memorandum based on additional comments from counsel and provide to brokers. | 1.50 | $390.00/hr | $585.00 |
| 10/04/2017 | Robert Rosenfeld | Meeting with John Kelley, R. Parr, D. Cook and N. Bivona regarding background of Brookhaven site and documents for marketing process. | 1.50 | $390.00/hr | $585.00 |
| 10/05/2017 | Neil Bivona | Meet w/ W. Benka and M. Vega re: inventory of Brookhaven IT equipment & plan & process for disposal / destruction / cleansing of data storage devices, required data retention, status of restoring remote access, etc. | 1.00 | $375.00/hr | $375.00 |
| 10/05/2017 | Robert Rosenfeld | Call with S. Southard to discuss status of Brookhaven marketing; Town use of Ballfields on Brookhaven Campus; and other case issues. | 0.70 | $390.00/hr | $273.00 |
| 10/05/2017 | Robert Rosenfeld | Review marketing materials provided by brokers for sale of Brookhaven campus and respond with comments to brokers. | 2.00 | $390.00/hr | $780.00 |
| 10/06/2017 | Robert Rosenfeld | Review additional marketing materials for Brookhaven site and provide comments to Brokers. | 1.50 | $390.00/hr | $585.00 |
| 10/09/2017 | Neil Bivona | Review further comments and revisions to Brookhaven campus marketing materials. | 0.80 | $375.00/hr | $300.00 |
| 10/09/2017 | Robert Rosenfeld | Review updated marketing materials for sale of Shirley campus and provide comments to brokers. | 1.00 | $390.00/hr | $390.00 |
| 10/09/2017 | Robert Rosenfeld | Call with brokers and counsel relating to status update. | 0.50 | $390.00/hr | $195.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**10/1/17 Through 10/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 10/09/2017 | Robert Rosenfeld | Review revised marketing materials for Brookhaven site and provide comments and send to brokers. | 2.00 | $390.00/hr | $780.00 |
| 10/10/2017 | Neil Bivona | Review further comments & revisions to offering memorandum. | 0.50 | $375.00/hr | $187.50 |
| 10/10/2017 | Robert Rosenfeld | Review revised marketing material for sale of Brookhaven campus and provide drafts to creditors and Board of Trustees. | 2.00 | $390.00/hr | $780.00 |
| 10/11/2017 | Neil Bivona | Call w/ R. Rosenfeld, S. Southard and brokers re: marketing materials for Brookhaven campus sale. | 0.50 | $375.00/hr | $187.50 |
| 10/11/2017 | Robert Rosenfeld | Review of revised marketing materials for Brookhaven campus, discuss with counsel and provide to brokers for comment. | 3.50 | $390.00/hr | $1,365.00 |
| 10/11/2017 | Robert Rosenfeld | Call with brokers and counsel and N. Bivona to discuss marketing materials for Brookhaven Campus and prepare for marketing process. | 0.50 | $390.00/hr | $195.00 |
| 10/12/2017 | Neil Bivona | Call w/ M. Hablenko re: retention, updated X-150 report, credit card auto payments and other AR related topics. | 0.50 | $375.00/hr | $187.50 |
| 10/12/2017 | Robert Rosenfeld | Review and make revisions to Brookhaven Campus Offering Memorandum and provide to creditors for comment (2.5); calls with R. Bertucci (Oppenheimer) regarding comments to Offering Memorandum (.5); S. Southard regarding same (.5); and A. Graiser and J. Cote regarding comments and revisions to Offering memorandum (.5) | 4.00 | $390.00/hr | $1,560.00 |
| 10/13/2017 | Robert Rosenfeld | Review correspondence and discuss status of Oakdale residential sales with R. Bertucci (Oppenheimer). | 0.70 | $390.00/hr | $273.00 |
| 10/13/2017 | Robert Rosenfeld | Coordinate marketing activities for sale of Brookhaven dorm; review marketing materials and provide to parties in interest. | 2.50 | $390.00/hr | $975.00 |
| 10/16/2017 | Neil Bivona | Search through additional drawings & boxes for relevant info for marketing of Nat Ctr. Meet w/ J. Hubbard. | 1.50 | $375.00/hr | $562.50 |
| 10/16/2017 | Robert Rosenfeld | Calls with M. Cheng (ACA) (.4); R. Bertucci (Oppenheimer) (.4); C. Berger (CBRE) (.4) regarding Brookhaven property sale. | 1.20 | $390.00/hr | $468.00 |
| 10/16/2017 | Robert Rosenfeld | Review marketing materials and follow up outstanding issues relating to Brookhaven Campus sale process. | 1.50 | $390.00/hr | $585.00 |
| 10/17/2017 | Robert Rosenfeld | Attend status call with creditors and brokers and counsel. | 0.30 | $390.00/hr | $117.00 |
| 10/17/2017 | Robert Rosenfeld | Work on marketing process for Brookhaven property; calls and communications with brokers, counsel; review marketing materials for CBRE; coordinate marketing efforts. | 5.50 | $390.00/hr | $2,145.00 |
| 10/18/2017 | Neil Bivona | Tour BRV Doem w. J. Gelbtuch. | 0.50 | $375.00/hr | $187.50 |
| 10/18/2017 | Neil Bivona | Meet w/ D. Cook re: remaining Oakdale transition issues. | 0.50 | $375.00/hr | $187.50 |
| 10/18/2017 | Neil Bivona | Search through additional boxes and drawings for relevant information re: BRV Dorm. Meet with Jay Gelbtuch re: the same. | 2.00 | $375.00/hr | $750.00 |
| 10/19/2017 | Neil Bivona | Follow up on proposal from LK McLean for updated survey of Brookhaven campus. | 0.20 | $375.00/hr | $75.00 |
| 10/19/2017 | Neil Bivona | Tour of Brookhaven campus w/ A&G / MH. | 2.20 | $375.00/hr | $825.00 |
| 10/19/2017 | Neil Bivona | Organize conference room & materials for tor meetings with prospective buyers. | 1.20 | $375.00/hr | $450.00 |
| 10/19/2017 | Robert Rosenfeld | Work on follow up requests with brokers on sale of Brookhaven Campus. | 1.50 | $390.00/hr | $585.00 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**10/1/17 Through 10/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 10/20/2017 | Neil Bivona | Meet w/ 24/7 crew and Dowling staff re: Saturday site visit. Work with/ supervise staff & 24/7 crew for final "spruce up" of Nat Ctr and Dorm entry and main areas to present a neat & clean first impression. | 3.00 | $375.00/hr | $1,125.00 |
| 10/23/2017 | Neil Bivona | Meet w/ 24/7 crew re: further cleanup of Nat Ctr Bldg A. Review boxes of files for retention or destruction. | 1.00 | $375.00/hr | $375.00 |
| 10/23/2017 | Robert Rosenfeld | Work on Brookhaven marketing and disposition process; execute NDA's discussions with brokers and review reports prepared by brokers. | 3.00 | $390.00/hr | $1,170.00 |
| 10/24/2017 | Neil Bivona | Review broker weekly status report and attend weekly status call. | 0.50 | $375.00/hr | $187.50 |
| 10/24/2017 | Neil Bivona | Various calls and correspondence w/ D. cook re: status of Racanelli repairs and related vendor invoices, other transition issues. | 0.50 | $375.00/hr | $187.50 |
| 10/24/2017 | Robert Rosenfeld | Respond to calls from brokers; issues with revisions to NDA's and discussion with broker and counsel. | 1.00 | $390.00/hr | $390.00 |
| 10/25/2017 | Neil Bivona | Review Brookhaven campus marketing invoices from A&G/NH. Follow up with E. Amendola re: process for payment. Call w/ M. Cheng re: sharing/allocation of marketing costs between ACA and Oppenheimer. | 0.80 | $375.00/hr | $300.00 |
| 10/25/2017 | Robert Rosenfeld | Discuss issues with NDA's and execute NDA's received from CBRE and Madison Hawk; respond to questions relating to property from brokers. | 2.50 | $390.00/hr | $975.00 |
| 10/26/2017 | Robert Rosenfeld | Review NDA's for execution; follow up with outstanding issues on NDA's; discussion with R. Parr regarding marketing process. | 2.00 | $390.00/hr | $780.00 |
| 10/26/2017 | Robert Rosenfeld | Call with J. Sturchio regarding marketing strategy for remaining Oakdale houses and converted residential properties. | 0.50 | $390.00/hr | $195.00 |
| 10/27/2017 | Robert Rosenfeld | Review and execute NDA's for interested parties reviewing Brookhaven site and return to brokers. | 0.50 | $390.00/hr | $195.00 |
| 10/27/2017 | Neil Bivona | Meet with Academy of Aviation and A&G realty. Accompany parties on part of campus tour. Compile information simulators. | 1.50 | $375.00/hr | $562.50 |
| 10/30/2017 | Robert Rosenfeld | Interview with potential liquidators for remaining residential properties and R. Bertucci (Oppenheimer). | 2.20 | $390.00/hr | $858.00 |
| 10/31/2017 | Robert Rosenfeld | Attend status call with brokers and lender representatives. | 0.40 | $390.00/hr | $156.00 |
| **Totals For Asset Disposition** | | | **75.10** | | **$28,917.00** |
| **Bankruptcy Motions** | | | | | |
| 10/02/2017 | Neil Bivona | rReview ?US Trustee comments to order for Student AR collection retention of RCS & discuss w/ S. Southard. Call to M. Hablenko re: scheduling of conference call to discuss the same. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Bankruptcy Motions** | | | **0.50** | | **$187.50** |
| **BRV-Stony Brook Dorm** | | | | | |
| 10/02/2017 | Neil Bivona | Partial walk through / inspection of Dorm building. | 1.50 | $375.00/hr | $562.50 |
| **Totals For BRV-Stony Brook Dorm** | | | **1.50** | | **$562.50** |
| **Business Analysis** | | | | | |
| 10/13/2017 | Neil Bivona | Review and reconcile DIP accounts balances to Settlement Illustration model re: asset sale proceeds and funds for reserves. Prepare tracking spreadsheet and prepare transfers between DIP Accounts to reflect each individual reserve amount for better tracking. | 1.20 | $375.00/hr | $450.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**10/1/17 Through 10/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 10/17/2017 | Neil Bivona | Review of information provided by Cigna and Healthplex re: unprocessed and unpaid medical/dental claims. Draft timeline/overview of events. Review Cigna proof of claim and claim analysis prepared by Jzanus. Various correspondence w/ M. Hablenko. | 3.50 | $375.00/hr | $1,312.50 |
| **Totals For Business Analysis** | | | **4.70** | | **$1,762.50** |
| **Business Operations** | | | | | |
| 10/02/2017 | Neil Bivona | Work on DIP budget projection for week 58 through end of case. | 2.30 | $375.00/hr | $862.50 |
| 10/02/2017 | Neil Bivona | Review Perkins loan program files for information requested by ASC in connection with liquidation and assignment process. Send pertinent info to ACS. | 0.50 | $375.00/hr | $187.50 |
| 10/02/2017 | Robert Rosenfeld | Work on post confirmation planning winddown budget pursuant to requests from creditors. | 3.00 | $390.00/hr | $1,170.00 |
| 10/03/2017 | Neil Bivona | Various calls & correspondence w/ ACS and DOE re Perkis loan assignment process, reconciliation & FISAP reports. | 1.00 | $375.00/hr | $375.00 |
| 10/03/2017 | Neil Bivona | Call w/ S. Southard & R. Rosenfeld re:distribution of asset sale proceeds / mandatory prepayment DIP Provisions, Settlement Agreement Waterfall and DIP accounting. Prepare and circulate draft mandatory prepayment notice re: Oakdale campus and IPv4 addresses. | 1.50 | $375.00/hr | $562.50 |
| 10/03/2017 | Neil Bivona | Review residential portfolio status 2016/2017 RE tax bills & assessments re: updating of DIP Budget through end of case. | 1.50 | $375.00/hr | $562.50 |
| 10/03/2017 | Robert Rosenfeld | Deposit checks from Capital One at Signature Bank. | 0.80 | $390.00/hr | $312.00 |
| 10/03/2017 | Robert Rosenfeld | Open new bank accounts at Debtor for class I, II, III and IV reserve accounts. | 1.00 | $390.00/hr | $390.00 |
| 10/03/2017 | Robert Rosenfeld | Work on month end closing entries and accounting in quickbooks for September closing. | 2.50 | $390.00/hr | $975.00 |
| 10/04/2017 | Neil Bivona | Review of R. Rosenfeld post-confirmation draft wind-down budget. Continue work on completion of DIP Budget extension through end of case. Review Simplex contracts for timing & pricing of fire system inspections & prepare schedule / input into DIP budget. | 2.50 | $375.00/hr | $937.50 |
| 10/04/2017 | Robert Rosenfeld | Visit to post office for certified mailings for return of security deposits for tenants. | 1.00 | $390.00/hr | $390.00 |
| 10/05/2017 | Neil Bivona | Call w/ J. Corneau re: discrepancies with UMB DIP tracking & impact on application of asset sale proceeds. Discuss overall roles / responsibilities under settlement agreement and DIP documents & plan for moving forward with reconciliations. | 1.00 | $375.00/hr | $375.00 |
| 10/05/2017 | Neil Bivona | Further work to update settlement agreement illustration and DIP tracking / add in most recent DIP Advance & re-calculate accruals, DIP Balances & settlement agreement waterfall. | 2.00 | $375.00/hr | $750.00 |
| 10/05/2017 | Neil Bivona | Call w/ R. Rosenfeld re: wind-down budget. | 0.40 | $375.00/hr | $150.00 |
| 10/05/2017 | Robert Rosenfeld | Discuss with N. Bivona winddown projections for post confirmation period. | 0.40 | $390.00/hr | $156.00 |
| 10/05/2017 | Robert Rosenfeld | Call with Emily Pines (Town of Brookhaven) regarding use of Debtor's ballfields at Brookhaven campus. | 0.70 | $390.00/hr | $273.00 |
| 10/06/2017 | Robert Rosenfeld | Work on month end closing of books for September and update quickbooks. | 1.50 | $390.00/hr | $585.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**10/1/17 Through 10/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 10/09/2017 | Neil Bivona | Meet with Iron Mountain at Brookhaven campus & tour room by room re: documents assessment for disposal and destruction. | 2.00 | $375.00/hr | $750.00 |
| 10/09/2017 | Neil Bivona | Meet w/ D. Scalzo and S. Dinapoli re: Perkins assignment, FISAP report & Title IV closeouts. Call w/ Charlene Drummond, D. Scalzo and S> Dinapoli re: information needed to reconcile Perkins portfolio to ACS' records in preparation for assignment. | 1.50 | $375.00/hr | $562.50 |
| 10/09/2017 | Neil Bivona | Review unpaid invoices from prior week & add to disbursement detail worksheet. | 1.00 | $375.00/hr | $375.00 |
| 10/09/2017 | Neil Bivona | Meet w/ W. Benka re: various IT issues. | 0.50 | $375.00/hr | $187.50 |
| 10/09/2017 | Neil Bivona | Review correspondence, statements and reports from Allied collection agency & forward to M. Hablenko at RCS for review. | 0.50 | $375.00/hr | $187.50 |
| 10/09/2017 | Neil Bivona | Finalize notice of mandatory prepayment & update DIP tracking and settlement agreement illustration model. | 1.50 | $375.00/hr | $562.50 |
| 10/09/2017 | Neil Bivona | Review correspondence from student re: continued credit card charges from Dowling. Meet w/ W. Benka and S. Dinapoli re: historical credit card collection practices, and processing company contact information. | 1.00 | $375.00/hr | $375.00 |
| 10/09/2017 | Robert Rosenfeld | Work on month end closing of books in preparation for September MOR. | 1.50 | $390.00/hr | $585.00 |
| 10/10/2017 | Neil Bivona | Roll forward borrowing availability worksheet. Review invoices & insurance premiums due on flood and other polices and prepare notice of borrowing for weeks 46-48. | 2.00 | $375.00/hr | $750.00 |
| 10/10/2017 | Neil Bivona | Review deposits & other receipts since last distribution to lenders & reconcile cash accounts. Prepare schedule for next mandatory prepayment. | 2.00 | $375.00/hr | $750.00 |
| 10/10/2017 | Neil Bivona | Various calls with brookhaven security guard and Simplex re: fire alarm / fire department response in Bldg B. | 0.50 | $375.00/hr | $187.50 |
| 10/10/2017 | Neil Bivona | Continue work on end-of-case budget projection. | 1.50 | $375.00/hr | $562.50 |
| 10/10/2017 | Neil Bivona | Meet with and walk through of Bldg A storage area with 24/7 for clean out. | 0.50 | $375.00/hr | $187.50 |
| 10/10/2017 | Neil Bivona | Make final revisions to and process Mandatory Prepayment. Circulate final revised notice. | 0.40 | $375.00/hr | $150.00 |
| 10/10/2017 | Robert Rosenfeld | Visit to Signature Bank for deposits for Debtor. | 0.90 | $390.00/hr | $351.00 |
| 10/10/2017 | Robert Rosenfeld | Process payments and transfers for mandatory payment and payments to vendors and update accounting and month end closing of Debtor's books. | 2.00 | $390.00/hr | $780.00 |
| 10/11/2017 | Neil Bivona | Reconcile cash accounts and deposited items on schedule of additional mandatory prepayment. Adjust schedule as necessary. | 1.20 | $375.00/hr | $450.00 |
| 10/11/2017 | Neil Bivona | Review and prepare schedules of accounts and required transfers for settlement agreement reserves. | 1.50 | $375.00/hr | $562.50 |
| 10/11/2017 | Neil Bivona | Review cash balances and reconcile remaining Perkins funds in DIP Accounts and Perkins related disbursements from DIP accounts. Consolidate remaining Perkins funds I DIP disbursement account. | 1.70 | $375.00/hr | $637.50 |
| 10/11/2017 | Neil Bivona | Further work on DIP budget extension through end of case re: remaining residential properties anticipated timing of sales & runoff of ongoing expenses. | 1.20 | $375.00/hr | $450.00 |
| 10/11/2017 | Robert Rosenfeld | Visit to Signature Bank - Hauppauge for deposits. | 0.80 | $390.00/hr | $312.00 |
| 10/12/2017 | Neil Bivona | Review notice of borrowing and prepare correspondence to M. Grochowski re: line items under TL B and TL C. | 1.00 | $375.00/hr | $375.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**10/1/17 Through 10/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 10/12/2017 | Neil Bivona | Meet with Anron HVAC technician re: problem with wet ductwork related to fire alarm/failed duct detector; inspect entire area where failure occurred to seek source of moisture / leak.  Meet with fire marshal to review issue and planned resolution.  Place follow-up service call to Simplex to schedule repair/replacement of failed detector. | 1.50 | $375.00/hr | $562.50 |
| 10/13/2017 | Neil Bivona | Review weekly invoices & prepare disbursement detail worksheet.  Further analysis of Sterling Risk/Insurance renewal invoices and credits.   Prepare disbursement and transfer summary reports.  Prepare DIP account transfers and wire payments for approval. | 2.50 | $375.00/hr | $937.50 |
| 10/13/2017 | Robert Rosenfeld | Process bills, transfers and payments for week and update quickbooks accounting for activity. | 4.00 | $390.00/hr | $1,560.00 |
| 10/16/2017 | Neil Bivona | Follow up on various Nat Ctr operation issues w/ Simplex, Island Elevator, Smart Power. | 1.00 | $375.00/hr | $375.00 |
| 10/16/2017 | Neil Bivona | Review of discrepancies in invoices / credits for insurance renewals from Sterling Risk.  Correspondence w/ E. Fernandez re: the same.  Review revised invoices and application of credits.  Reconcile and revise premium 1.0payment. | 1.20 | $375.00/hr | $450.00 |
| 10/16/2017 | Neil Bivona | Further review & revisions to notice of mandatory prepayment. | 1.50 | $375.00/hr | $562.50 |
| 10/16/2017 | Neil Bivona | Review documents boxed for shipment to Conduent re: Perkins Loan assignments.  Prepare correspondence to C. Drummond and prepare boxes for shipment. | 1.00 | $375.00/hr | $375.00 |
| 10/16/2017 | Robert Rosenfeld | Visit to Signature Bank (Hauppauge) for deposits (.9); process funding and payments on bills (1.0) | 1.90 | $390.00/hr | $741.00 |
| 10/17/2017 | Neil Bivona | Further review of insurance renewal invoices and credits.  Correspondence w/ Sterling Risk. | 1.00 | $375.00/hr | $375.00 |
| 10/18/2017 | Robert Rosenfeld | Process funding and payment of bills and update quickbooks for activity. | 1.00 | $390.00/hr | $390.00 |
| 10/18/2017 | Robert Rosenfeld | Prepare status update report for Board. | 3.00 | $390.00/hr | $1,170.00 |
| 10/19/2017 | Neil Bivona | Follow up on status of 121 Central elevation certificate and 274 Connetquot wetlands survey. | 0.40 | $375.00/hr | $150.00 |
| 10/19/2017 | Neil Bivona | Review additional invoices related to Racanelli insurance claim repairs.  Correspondence w/ D. Cook re: the same.  Update escrow reconciliation schedule. | 0.60 | $375.00/hr | $225.00 |
| 10/19/2017 | Robert Rosenfeld | Process transfers for Debtor; update accounting in quickbooks for activity for week. | 1.50 | $390.00/hr | $585.00 |
| 10/20/2017 | Robert Rosenfeld | Process bills for payment; update accounting and send payments to vendors. | 1.50 | $390.00/hr | $585.00 |
| 10/20/2017 | Neil Bivona | Review of weekly invoices & prepare disbursement detail worksheet.  Prepare transfer and disbursement summary reports.  Set up DIP Account transfers and wire payments. | 2.40 | $375.00/hr | $900.00 |
| 10/20/2017 | Neil Bivona | Review of UMB Mandatory Prepayment Notices # 9, 10 & 11 & attempt to reconcile to RSR DIP tracking model.  Update DIP Tracking model to reflect most recent draw. | 2.00 | $375.00/hr | $750.00 |
| 10/20/2017 | Neil Bivona | Meet w/ Island Elevator technicians re: repair of elevator in Nat Ctr A building. | 0.50 | $375.00/hr | $187.50 |
| 10/23/2017 | Neil Bivona | Review professional invoices for August & update professional fee tracking report. | 1.20 | $375.00/hr | $450.00 |
| 10/23/2017 | Neil Bivona | Follow up with Simplex re: duct detector installation & programming. | 0.30 | $375.00/hr | $112.50 |

**RSR Consulting, LLC**      **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**10/1/17 Through 10/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 10/23/2017 | Neil Bivona | Review information subpoena received re: former employee and review Workers Comp policy audit. Discuss both w. R. Rosenfeld. | 0.30 | $375.00/hr | $112.50 |
| 10/23/2017 | Robert Rosenfeld | Process bills and update activity in quickbooks; review pro fee bills to date. | 1.50 | $390.00/hr | $585.00 |
| 10/24/2017 | Neil Bivona | Attend to various maintenance & repair issues / calls with vendors at Nat Ctr (elevator, HVAC, fire Alarm system) | 2.00 | $375.00/hr | $750.00 |
| 10/24/2017 | Neil Bivona | Review 40 additional boxes of files from archive (student records, president;s office, misc accounting, etc.) for retention / destruction. | 2.50 | $375.00/hr | $937.50 |
| 10/24/2017 | Neil Bivona | Call w/ T. Walenchok and S. Southard re: DOE letter and close out audit consulting scope. | 0.50 | $375.00/hr | $187.50 |
| 10/24/2017 | Robert Rosenfeld | Call with S. Southard, Baker Tilly, N. Bivona re: Perkins letter regarding audit requirements. | 0.40 | $390.00/hr | $156.00 |
| 10/25/2017 | Neil Bivona | Update borrowing availability worksheet and roll forward budget for weeks 49-51. Prepare Notice of borrowing for weeks 49-51. | 1.30 | $375.00/hr | $487.50 |
| 10/25/2017 | Neil Bivona | Review files in remaining archive boxes from Astro Moving & Storage for retention or destruction. | 2.00 | $375.00/hr | $750.00 |
| 10/25/2017 | Robert Rosenfeld | Work on updated accounting and template of MOR for October 2017 for Debtor. | 1.50 | $390.00/hr | $585.00 |
| 10/26/2017 | Neil Bivona | Review and update projected DIP budget through end of case and post-confirmation budget. | 2.00 | $375.00/hr | $750.00 |
| 10/26/2017 | Neil Bivona | Review and revise notice of borrowing for weeks 48-51. | 1.00 | $375.00/hr | $375.00 |
| 10/26/2017 | Neil Bivona | Call w/ J. Butler at Iron Mountain re: Brookhaven project scope, archive document management. | 0.50 | $375.00/hr | $187.50 |
| 10/26/2017 | Robert Rosenfeld | Process bills and update accounting for Debtor. | 1.50 | $390.00/hr | $585.00 |
| 10/26/2017 | Robert Rosenfeld | Discuss with N. Bivona status update on current projects including restricted fund analysis and disposition of remaining Oakdale properties. | 0.50 | $390.00/hr | $195.00 |
| 10/27/2017 | Robert Rosenfeld | Visit to Signature Bank for Debtor banking transactions (1.0); Process bank transactions and bills for weekly disbursements and update accounting for Debtor (2.5); Discuss with N. Bivona status of operations and follow ups for outstanding issues (.5). | 4.00 | $390.00/hr | $1,560.00 |
| 10/27/2017 | Neil Bivona | Review weekly invoices & prepare disbursement detail report. Prepare transfer and disbursement summary reports. Set up DI Account transfers and wire payments for approval. | 2.00 | $375.00/hr | $750.00 |
| 10/27/2017 | Neil Bivona | Meet w/ W. Benka re: status of offsite server restoration. Review statement of work from outside vendor for Banner consulting | 0.50 | $375.00/hr | $187.50 |
| 10/27/2017 | Neil Bivona | Draft correspondence to T. Walenchok and D. Scalzo re: Title IV closeout. | 0.70 | $375.00/hr | $262.50 |
| 10/27/2017 | Neil Bivona | Revise borrowing availability worksheet and notice of borrowing. | 0.30 | $375.00/hr | $112.50 |
| 10/27/2017 | Neil Bivona | Follow up with Simplex re: programming of replaced duct detector into fire alarm panel. | 0.20 | $375.00/hr | $75.00 |
| 10/28/2017 | Neil Bivona | Review weekly variance analysis for weeks 42-47 and prepare DIP Compliance reports. | 3.50 | $375.00/hr | $1,312.50 |
| 10/30/2017 | Robert Rosenfeld | Review and send out compliance reports for 6 reporting periods (1.0); update books and records and tend to liquidation activities (2.0); Fed ex office travel and send out flood insurance renewal payments.(1.0). | 4.00 | $390.00/hr | $1,560.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**10/1/17 Through 10/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 10/31/2017 | Robert Rosenfeld | Research accounting information for fixed asset balances for determination of gains/losses on sale of assets. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Business Operations** | | | **114.00** | | **$43,401.00** |
| **Cash Monitoring** | | | | | |
| 10/27/2017 | Robert McLeod | Prepare DIP budget compliance report for week 42. | 0.90 | $335.00/hr | $301.50 |
| 10/27/2017 | Robert McLeod | Update DIP cash flow / budget monitoring model for budget extension for weeks 43 to 57. | 2.60 | $335.00/hr | $871.00 |
| 10/27/2017 | Robert McLeod | Prepare DIP budget compliance report for week 43. | 0.80 | $335.00/hr | $268.00 |
| 10/27/2017 | Robert McLeod | Prepare DIP budget compliance reports for weeks 44-45. | 1.30 | $335.00/hr | $435.50 |
| 10/28/2017 | Robert McLeod | Prepare DIP budget compliance reports for weeks 46-47. Circulate package of compliance reports amongst RSR team for review and distribution. | 2.60 | $335.00/hr | $871.00 |
| **Totals For Cash Monitoring** | | | **8.20** | | **$2,747.00** |
| **Claims Administration and Objections** | | | | | |
| 10/18/2017 | Neil Bivona | Call w/ S. Southard & R. Rosenfeld re: employee medical /dental claims. | 0.50 | $375.00/hr | $187.50 |
| 10/18/2017 | Robert Rosenfeld | Call with S. Southard and N. Bivona to discuss medical and dental claims analysis and next steps. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Claims Administration and Objections** | | | **1.00** | | **$382.50** |
| **Court Hearings** | | | | | |
| 10/16/2017 | Robert Rosenfeld | Attend hearing for approval of bid procedures; retention of Baker Tilly; and WARN status. | 1.50 | $390.00/hr | $585.00 |
| **Totals For Court Hearings** | | | **1.50** | | **$585.00** |
| **Document Review** | | | | | |
| 10/26/2017 | Neil Bivona | Review draft scope of Title IV close out audit / consulting engagement proposal from T. Walenchock (Baker Tilly). | 1.00 | $375.00/hr | $375.00 |
| **Totals For Document Review** | | | **1.00** | | **$375.00** |
| **Dowling-Residential Ops** | | | | | |
| 10/02/2017 | Neil Bivona | Trip to Oakdale to delivery rent security refund check for 47 Chateau and to inspect 123 Idle hour (Sunday call from security re: windows / screens).  Drive-by of remaining houses re: lawn maintenance needs. | 1.50 | $375.00/hr | $562.50 |
| 10/18/2017 | Neil Bivona | Visit to Oakdale residential properties.  Tour of 121 Central & basement of 135 Idle Hour for cleanup; Remove 3 boxes of files for archiving.  Inspect repair issues at 89  Central.  Meet S. Hannah to get keys; take possession of / inspect 52 Van Bomel. | 2.50 | $375.00/hr | $937.50 |
| 10/25/2017 | Neil Bivona | Prepare schedule of pending residential properties re: heating system / last service.  Call with Romanelli to set up required service.  Send copy of schedule to R> Bertucci. | 1.00 | $375.00/hr | $375.00 |
| 10/26/2017 | Neil Bivona | Calls & correspondence w/ D. Hegarty re: open items list for remaining Oakdale residential properties. | 0.50 | $375.00/hr | $187.50 |
| 10/27/2017 | Neil Bivona | Follow up call with Romanelli re: boiler service and oil delivery for remaining residential properties. | 0.30 | $375.00/hr | $112.50 |
| **Totals For Dowling-Residential Ops** | | | **5.80** | | **$2,175.00** |
| **Dowling-Residential Sales** | | | | | |
| 10/02/2017 | Neil Bivona | Review status of remaining residential properties.  Correspondence w/ J. Sturchio re: the same. | 0.60 | $375.00/hr | $225.00 |
| 10/03/2017 | Robert Rosenfeld | Review status of residential house sales and discuss analysis and list price on 89 Central Avenue with DE and UCC counsel. | 1.20 | $390.00/hr | $468.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**10/1/17 Through 10/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 10/04/2017 | Robert Rosenfeld | Update analysis and discuss with brokers status of residential sales process in Oakdale. | 1.50 | $390.00/hr | $585.00 |
| 10/11/2017 | Neil Bivona | Review files & several correspondence re: Hannah / 52 Van Bomel. Calls w. D. Niknamfard & F. Radman. | 1.50 | $375.00/hr | $562.50 |
| 10/18/2017 | Robert Rosenfeld | Review and analyze remaining Oakdale houses and provide analysis to Oppenheimer relating to remaining converted properties. | 1.00 | $390.00/hr | $390.00 |
| 10/18/2017 | Robert Rosenfeld | Call with R.Bertucci regarding follow up on bid proposal on remaining converted residential properties in Oakdale and follow up with J. Sturchio to assist with analysis. | 1.00 | $390.00/hr | $390.00 |
| 10/19/2017 | Robert Rosenfeld | Work on analysis and update values of converted residential properties; discuss with J. Sturchio (DE) approach to remaining houses for sale; discuss with R. Bertucci analysis and information to provide to Mercury. | 3.50 | $390.00/hr | $1,365.00 |
| 10/25/2017 | Neil Bivona | Residential property status call w/ J. Sturchio. | 0.50 | $375.00/hr | $187.50 |
| 10/25/2017 | Robert Rosenfeld | Calls with J. Sturchio to discuss status update of Oakdale residential sales and issues relating to 88 Central sale and follow up on sale on 88 Central. | 0.60 | $390.00/hr | $234.00 |
| 10/25/2017 | Robert Rosenfeld | Call with R. Bertucci regarding status of Oakdale residential sales and next steps. | 0.50 | $390.00/hr | $195.00 |
| 10/26/2017 | Robert Rosenfeld | Correspondence with R. Bertucci regarding liquidation of remaining houses and potential for auction portion of remaining assets; coordinate calls with potential liquidators of remaining houses in Oakdale. | 1.50 | $390.00/hr | $585.00 |
| 10/27/2017 | Neil Bivona | Review survey of 135 Central & highlight encroachment by Performing Arts building now owned by Mercury International. Draft correspondence to R. Bertucci & M. White. | 0.40 | $375.00/hr | $150.00 |
| 10/31/2017 | Robert Rosenfeld | Correspondence with Garfunkel Wild and Matt White regarding closing for 87 Central sale; execute closing documents; travel to notary and fed ex for sending documents to counsel for closing. | 1.50 | $390.00/hr | $585.00 |
| 10/31/2017 | Robert Rosenfeld | Calls with J. Sturcchio regading follow up on outstanding issues relating to sales of 87 Central; 39 Chateau; and 52 Van Bomel. | 0.50 | $390.00/hr | $195.00 |
| 10/31/2017 | Robert Rosenfeld | Call with R. Bertucci regarding status of retention of potential auctioneers for remaining residential properties. | 0.40 | $390.00/hr | $156.00 |
| **Totals For Dowling-Residential Sales** | | | **16.20** | | **$6,273.00** |
| **Employee Benefits/Pensions** | | | | | |
| 10/26/2017 | Robert Rosenfeld | Call with K. Gaye (Eichen) regarding outstanding issues relating to termination of 403B Plan audit. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Employee Benefits/Pensions** | | | **0.50** | | **$195.00** |
| **Fee Applications** | | | | | |
| 10/05/2017 | Robert Rosenfeld | Prepare monthly fee reporting statement for month of September, 2017 | 1.20 | $390.00/hr | $468.00 |
| **Totals For Fee Applications** | | | **1.20** | | **$468.00** |
| **Litigation Matters** | | | | | |
| 10/16/2017 | Robert Rosenfeld | Review information provided by WARN plaintiffs in connection with WARN complaint. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Litigation Matters** | | | **0.50** | | **$195.00** |
| **Meeting** | | | | | |
| 10/04/2017 | Neil Bivona | Meeting w/ Town of Brookhaven & Suffolk County representatives re: proposed use of athletic fields. | 1.00 | $375.00/hr | $375.00 |

**RSR Consulting, LLC**                                                    **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**10/1/17 Through 10/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 10/04/2017 | Robert Rosenfeld | Meeting with Town of Brookhaven representatives to discuss use of Brookhaven campus ballfields. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Meeting** | | | **2.00** | | **$765.00** |
| **Meetings with Creditors and/or Representatives** | | | | | |
| 10/04/2017 | Neil Bivona | Call w/ B. Faustini rE: DIP tracking, settlement agreement illustration & mandatory prepayments. | 0.80 | $375.00/hr | $300.00 |
| 10/11/2017 | Neil Bivona | Two calls w/ B. Faustini to discuss additional questions on DIP tracking / settlement agreement illustration and notice of borrowing / insurance premium payments. | 0.50 | $375.00/hr | $187.50 |
| 10/12/2017 | Neil Bivona | Pre call prep (0.5) and call with R. Bertucci, M. Sato, S. Southrd & J. Corneau re: DIP tracking and settlement illustration model (1.1) | 1.60 | $375.00/hr | $600.00 |
| 10/23/2017 | Neil Bivona | Two calls w/ B. Faustini re: UMB distribution notices. | 0.30 | $375.00/hr | $112.50 |
| 10/27/2017 | Neil Bivona | Call w/ R. Bertucci re: broker marketing costs, notice of borrowing and general status. | 0.40 | $375.00/hr | $150.00 |
| 10/27/2017 | Neil Bivona | Call w/ M. Cheng re: broker marketing invoices and general update. | 0.20 | $375.00/hr | $75.00 |
| **Totals For Meetings with Creditors and/or Representatives** | | | **3.80** | | **$1,425.00** |
| **Meetings with Debtor and Representatives** | | | | | |
| 10/16/2017 | Robert Rosenfeld | Call with S. Southard regarding prep for hearing. | 0.40 | $390.00/hr | $156.00 |
| **Totals For Meetings with Debtor and Representatives** | | | **0.40** | | **$156.00** |
| **Reporting** | | | | | |
| 10/18/2017 | Neil Bivona | Review / comment on draft BOT update report. Review revised report. | 1.00 | $375.00/hr | $375.00 |
| **Totals For Reporting** | | | **1.00** | | **$375.00** |
| **Tax compliance** | | | | | |
| 10/26/2017 | Robert Rosenfeld | Coordinate start up of tax return process with outside tax advisors. | 0.40 | $390.00/hr | $156.00 |
| **Totals For Tax compliance** | | | **0.40** | | **$156.00** |
| **UST Reporting** | | | | | |
| 10/09/2017 | Robert Rosenfeld | Work on Monthly Operating Report for September 2017. | 2.50 | $390.00/hr | $975.00 |
| 10/10/2017 | Robert Rosenfeld | Work on MOR for September 2017. | 1.00 | $390.00/hr | $390.00 |
| 10/11/2017 | Robert Rosenfeld | Work on MOR for September and month end closing. | 1.50 | $390.00/hr | $585.00 |
| 10/12/2017 | Robert Rosenfeld | Work on Monthly Operating Report and month end closing of books for September 2017. | 5.50 | $390.00/hr | $2,145.00 |
| 10/13/2017 | Robert Rosenfeld | Work on Monthly operating report and close out for month of September. | 1.00 | $390.00/hr | $390.00 |
| 10/14/2017 | Robert Rosenfeld | Make revisions to September 2017 MOR and update quickbooks. | 1.00 | $390.00/hr | $390.00 |
| 10/18/2017 | Robert Rosenfeld | Analyze UST fee due for Debtor for Q3 2017. | 0.50 | $390.00/hr | $195.00 |
| **Totals For UST Reporting** | | | **13.00** | | **$5,070.00** |
| **Grand Total** | | | **260.10** | | **$99,098.00** |

**RSR Consulting, LLC**     **Exhibit D**
**Dowling College - Case #16-75545 (REG)**
**Detailed Expense Report**
**10/1/17 Through 10/31/17**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 10/08/2017 | Robert Rosenfeld | Monthly charge for Right Networks for QuickBooks - October 2017 | $6.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$6.00** |
| **Office Supplies** | | | |
| 10/31/2017 | Robert Rosenfeld | Notary fees for 87 Central closing documents. | $4.00 |
| **Totals Billable Amounts for Office Supplies** | | | **$4.00** |
| **Postage & Shipping** | | | |
| 10/04/2017 | Robert Rosenfeld | Certified Return receipt postage for return of deposit to Stony Brook University for BRV Dorm. | $7.29 |
| 10/04/2017 | Robert Rosenfeld | Postage for mail to Signature bank for new account opening. | $0.49 |
| 10/18/2017 | Neil Bivona | Send two large banker boxes of Perkins files to Conduent. | $118.84 |
| 10/20/2017 | Robert Rosenfeld | Postage for UST quarterly fee payment for Q3 2017 | $0.98 |
| 10/30/2017 | Robert Rosenfeld | FedEx costs for overnight delivery to Flood Insurance | $45.50 |
| 10/30/2017 | Neil Bivona | UPS charges for shipping of boxes for Perkins Loan assignment. | $118.84 |
| 10/31/2017 | Robert Rosenfeld | FedEx charges for shipment of contract to GW for 87 Central closing. | $61.66 |
| **Totals Billable Amounts for Postage & Shipping** | | | **$353.60** |
| **Grand Total** | | | **$363.60** |