# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: dcorsini | Date Created: 11/7/2017 |
| Case: 8−16−75545−reg | Form ID: 295 | Total: 13 |

**Recipients of Notice of Electronic Filing:**
aty    Joseph Charles Corneau    jcorneau@klestadt.com
aty    Lauren Catherine Kiss    lkiss@klestadt.com
aty    Sean C Southard    ssouthard@klestadt.com
aty    Stephanie R Sweeney    ssweeney@klestadt.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Dowling College    150 Idle Hour Blvd.    Oakdale, NY 11769
aty    Klestadt Winters Jureller Southard & Stevens, LLP    200 West 41st Street    17th Floor    New York, NY 10036−7203
    Stan Yang    US Dept of Justice    560 Federal Plaza    Central Islip, NY 11722
    Howard B Kleinberg    Meyer Suozzi English & Klein PC    990 Stewart Ave, Suite 300    PO Box 9194    Garden City, NY 11530
    Rene Roupinian    Outten & Golden LLP    685 Third Avenue, 25th Floor    New York, NY 10017
    Sean C Southard    Klestadt Winters Jureller Southard & Stevens LLP    200 West 41st Street, 17th Floor    New York, NY 10036
    James H Knapp    U.S. Attorney's Office    Department of Education    610 Federal Plaza, 5th floor    Central Islip, NY 11722
    Ronald J Friedman    SilvermanAcampora LLP    100 Jericho Quadrangle, Suite 300    Jericho, NY 11753
    Glenn P Warmuth    Stim & Warmuth PC    2 Eighth Street    Farmingville, NY 11738

TOTAL: 9