United States Bankruptcy Court
Eastern District of New York

In re:  
Dowling College  
    Debtor

Case No. 16-75545-reg  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0207-8     User: dcorsini     Page 1 of 2     Date Rcvd: Nov 07, 2017  
                             Form ID: 295        Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2017.
```
db         +Dowling College,    150 Idle Hour Blvd.,    Oakdale, NY 11769-1999
aty        +Klestadt Winters Jureller Southard & Stevens, LLP,    200 West 41st Street,    17th Floor,
             New York, NY 10036-7219
           +Glenn P Warmuth,    Stim & Warmuth PC,    2 Eighth Street,    Farmingville, NY 11738-1407
           +Howard B Kleinberg,    Meyer Suozzi English & Klein PC,    990 Stewart Ave, Suite 300,
             PO Box 9194,    Garden City, NY 11530-9194
           +James H Knapp,    U.S. Attorney's Office,    Department of Education,
             610 Federal Plaza, 5th floor,    Central Islip, NY 11722-4454
           +Rene Roupinian,    Outten & Golden LLP,    685 Third Avenue, 25th Floor,
             New York, NY 10017-8413
           +Ronald J Friedman,    SilvermanAcampora LLP,    100 Jericho Quadrangle, Suite 300,
             Jericho, NY 11753-2702
           +Sean C Southard,    Klestadt Winters Jureller Southard,    & Stevens LLP,
             200 West 41st Street, 17th Floor,    New York, NY 10036-7219
           +Stan Yang,    US Dept of Justice,    560 Federal Plaza,    Central Islip, NY 11722-4456
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2017 at the address(es) listed below:
```
          Adam T Berkowitz    on behalf of Creditor    UMB Bank, National Association as Indenture Trustee
           aberkowitz@garfunkelwild.com, ehuggler@garfunkelwild.com
          Andrew M Thaler    on behalf of Interested Party    Venmar Holding SA athaler@athalerlaw.com,
           dawn@athalerlaw.com;spiros@athalerlaw.com;r61907@notify.bestcase.com
          Anthony C Acampora    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
           efilings@spallp.com,
           aca@spallp.com;ksilverman@ecf.epiqsystems.com;ggerson@sallp.com;sgiugliano@silvermanacampora.com
          Brendan M Scott    on behalf of Defendant    Dowling College bscott@klestadt.com
          Brian D Pfeiffer    on behalf of Creditor    ACA Financial Guaranty Corp.
           brian.pfeiffer@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com
          Dipesh Patel    on behalf of Creditor    Dowling College Full Time Faculty Chapter of New York
           State United Teachers dpatel@saul.com
          Elizabeth M Aboulafia    on behalf of Creditor    NCF Capital LTD eaboulafia@cullenanddykman.com
          Gerard R Luckman    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
           GLuckman@SilvermanAcampora.com, GLuckman@Forchellilaw.com;Bhufnagel@forchellilaw.com
          Glenn P Warmuth    on behalf of Interested Party Kimberly Dawn Poppiti gpw@stim-warmuth.com,
           pjw@stim-warmuth.com
          Glenn P Warmuth    on behalf of Creditor Kimberly Dawn Poppiti gpw@stim-warmuth.com,
           pjw@stim-warmuth.com
          Howard B Kleinberg    on behalf of Interested Party    Certain Members Of The Dowling College Board
           of Trustees hkleinberg@MSEK.com, kgiddens@msek.com
          Jack A Raisner    on behalf of Creditor Lori  Zaikowski jar@outtengolden.com,
           kdeleon@outtengolden.com;jxh@outtengolden.com;rmasubuchi@outtengolden.com;rfisher@outtengolden.co
           m
          Jack A Raisner    on behalf of Plaintiff Lori  Zaikowski jar@outtengolden.com,
           kdeleon@outtengolden.com;jxh@outtengolden.com;rmasubuchi@outtengolden.com;rfisher@outtengolden.co
           m
          James H. Knapp    on behalf of Creditor    Department of Education james.knapp@usdoj.gov
```

```
District/off: 0207-8          User: dcorsini              Page 2 of 2                  Date Rcvd: Nov 07, 2017
                              Form ID: 295                Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              James H. Knapp    on behalf of Creditor    U.S. Department of Veteran Affairs james.knapp@usdoj.gov
              Jeffrey C Wisler    on behalf of Creditor    Cigna Health and Life Insurance Company
               jwisler@connollygallagher.com
              John J Ramirez    on behalf of Creditor    ACA Financial Guaranty Corp. john.ramirez@whitecase.com,
               jdisanti@whitecase.com;mco@whitecase.com
              Joseph Charles Corneau    on behalf of Debtor    Dowling College jcorneau@klestadt.com
              Karl J Silverberg    on behalf of Creditor    Powerhouse Maintenance, Inc.
               ksilverberg@silverbergpclaw.com,    ksilverberg@king-king-law.com
              Laine A Armstrong    on behalf of Creditor Martin    Schoenhals laine@advocatesny.com
              Lauren Catherine Kiss    on behalf of Defendant    Dowling College lkiss@klestadt.com
              Lauren Catherine Kiss    on behalf of Debtor    Dowling College lkiss@klestadt.com
              Matthew A Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
              Matthew G Roseman    on behalf of Creditor    NCF Capital LTD mroseman@cullenanddykman.com
              Neil S Begley    on behalf of Creditor    ACA Financial Guaranty Corp. neil.begley@srz.com
              Patrick T Collins    on behalf of Spec. Counsel    Farrell Fritz, P.C. pcollins@farrellfritz.com,
               ffbkmao@farrellfritz.com
              Rene S Roupinian    on behalf of Plaintiff Lori    Zaikowski rroupinian@outtengolden.com,
               jxh@outtengolden.com;cbrann@outtengolden.com;kcarter@outtengolden.com
              Richard J McCord    on behalf of Creditor    ACA Financial Guaranty Corp.
               rmccord@certilmanbalin.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;cglick@certilmanbalin.com;rnosek@certilma
               nbalin.com;CBAHECM@gmail.com;mmcord@certilmanbalin.com
              Ronald J Friedman    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               efilings@spallp.com,
               rfriedman@silvermanacampora.com;dmahoney@silvermanacampora.com;JHellman@SilvermanAcampora.com;JKr
               ell@SilvermanAcampora.com
              Sean C Southard    on behalf of Debtor    Dowling College ssouthard@klestadt.com
              Stan Y Yang    stan.y.yang@usdoj.gov,    stan.y.yang@usdoj.gov
              Stephanie R Sweeney    on behalf of Debtor    Dowling College ssweeney@klestadt.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 33
```

| Information to identify the case: | |
|---|---|
| Debtor **Dowling College** <br> Name | EIN **11–2157078** |
| United States Bankruptcy Court   Eastern District of New York <br> 290 Federal Plaza <br> Central Islip, NY 11722 | Date case filed for Chapter **11: 11/29/16** |
| Case number:  **8–16–75545–reg** | |

# NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 8/28/17 was filed on 11/6/17.

The following deadlines apply:

The parties have until November 13, 2017 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is November 27, 2017.

If a Transcript Redaction Request is filed, the redacted transcript is due December 7, 2017.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is February 5, 2018, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext Legal Solutions at 888–706–4576 or you may view the document at the public terminal at the Office of the Clerk.

Dated: November 7, 2017

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17]