**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Stephanie R. Sweeney

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |

---------------------------------------------------------------x

## HEARING AGENDA

| | |
|---|---|
| **Time and Date of Hearing:** | November 27, 2017 at 1:30 p.m. (Eastern Time) |
| **Location of Hearing:** | Courtroom of the Honorable Robert E. Grossman, United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 |
| **Copies of Motions and Applications:** | The Motions and Applications may be viewed on the Court's website (http://www.nyeb.uscourts.gov/) with a login and password to the Court's Public Access to Court Electronic Records and copies of such |

|  | documents can be obtained from the Debtor's noticing agent, Garden City Group, LLC at http://cases.gardencitygroup.com/dco. |
|---|---|

I. **Uncontested Matters**

1. Adjourned Status Hearing

    Related Documents:

    A. Order Scheduling Initial Case Management Conference [DE 74]

    Status: This matter is going forward.

2. Application of Klestadt Winters Jureller Southard & Stevens, LLP, General Bankruptcy Counsel to the Debtor and Debtor In Possession, for a Second Interim Allowance of Compensation and Reimbursement of Expenses for the Period of April 1, 2017 through September 30, 2017 [DE 433]

    Related Documents:

    A. Notice of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses [DE 438]

    B. Affidavit of Service [DE 439]

    Status: This matter is going forward.

3. Second Interim Application of SilvermanAcampora LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Period April 1, 2017 through and including September 30, 2017, and Reimbursement of Expenses [DE 432]

    Related Documents:

    A. Notice of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses [DE 438]

    B. Affidavit of Service [DE 439]

    Status: This matter is going forward.

4. First and Final Fee Application of Hilco IP Services, LLC d/b/a Hilco Streambank, as Broker for the Debtor, for Compensation for Services Rendered [DE 434]

   Related Documents:

   A. Notice of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses [DE 438]

   B. Affidavit of Service [DE 439]

   Status: This matter is going forward.

5. Application for Eichen & DiMeglio, P.C., as Accountants to the Debtor and Debtor in Possession for a Second Interim Allowance of Compensation and Reimbursement of Expenses for the Period April 1, 2017 through September 30, 2017 [DE 435]

   Related Documents:

   A. Notice of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses [DE 438]

   B. Affidavit of Service [DE 439]

   Status: This matter is going forward.

6. Application of FPM Group, Ltd., Consultants to the Debtor and Debtor in Possession for a Second Interim Allowance of Compensation and Reimbursement of Expenses for the Period of April 1, 2017 through September 30, 2017 [DE 436]

   Related Documents:

   A. Notice of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses [DE 438]

   B. Affidavit of Service [DE 439]

   Status: This matter is going forward.

7. Application of Farrell Fritz, P.C., Special Counsel to the Debtor and Debtor in Possession, for Interim Allowance of Compensation and Reimbursement of Expenses for the Period of March 28, 2017 through September 30, 2017 [DE 437]

Related Documents:

A. Notice of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses [DE 438]

B. Affidavits of Service [DE 439, 440]

Status: This matter is going forward.

II. **Adversary Proceeding**

*Lori Zaikowski, on behalf of herself and all others similarly situated v. Dowling College*, Adv. Pro. No. 16-08178 (REG)

Pretrial Conference

Related Documents:

A. Second Amended Adversary Class Action Complaint [Adv. Pro. DE 3]

B. Dowling College's Answer with Affirmative Defenses [Adv. Pro. DE 7]

C. Initial Pretrial Order [Adv. Pro. DE 9]

Status: This matter is going forward.

Dated: New York, New York
November 22, 2017

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
Sean C. Southard
Stephanie R. Sweeney
200 West 41st Street, 17th Floor
New York, NY 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: ssouthard@klestadt.com
ssweeney@klestadt.com

*Counsel to the Debtor and Debtor-in-Possession*