**SCHEDULE A**

**CURRENT INTERIM FEE PERIOD**
4/1/2017 – 9/30/2017

Case No.: 16-75545
Case Name: Dowling College, f/d/b/a Dowling Institute, f/d/b/a Dowling College Alumni Association, f/d/b/a Cecom, a/k/a Dowling College, Inc.

| Applicant | Date/Docket No. of Interim or Final Application | Fees Requested | Fees Allowed (Including Fees Held Back) | Fees Held Back | Fees to be Paid for Prior Fee Period (Holdback Release) | Total Fees to be Paid | Expenses Requested | Expenses Allowed and Payable by the Debtor |
|---|---|---|---|---|---|---|---|---|
| Klestadt Winters Jureller Southard & Stevens, LLP *Counsel to the Debtor and Debtor-in-Possession* | 10/27/2017 Docket No. 433  Interim Application | $855,933.15 | $855,933.15 | $171,186.63 | $104,579.25 | $789,325.77 | $11,385.56 | $11,385.56 |
| SilvermanAcampora LLP *Counsel to the Official Committee of Unsecured Creditors* | 10/27/2017 Docket No. 432  Interim Application | $187,610.50 | $187,610.50 | $37,522.10 | $41,198.50 | $191,286.90 | $906.94 | $906.94 |
| Hilco IP Services, LLC d/b/a Hilco Streambank *Broker to the Debtor and Debtor-in-Possession* | 10/27/2017 Docket No. 434  Final Application | $51,118.08 | $51,118.08 | $0.00 | N/A | $51,118.08[1] | $0.00 | $0.00 |

---

[1] This amount reflects final approval of fees for Hilco IP Services, LLC d/b/a Hilco Streambank.

**SCHEDULE A**

| Applicant | Date/Docket No. of Interim or Final Application | Fees Requested | Fees Allowed (Including Fees Held Back) | Fees Held Back | Fees to be Paid for Prior Fee Period (Holdback Release) | Total Fees to be Paid | Expenses Requested | Expenses Allowed and Payable by the Debtor |
|---|---|---|---|---|---|---|---|---|
| Eichen & DiMeglio, P.C. *Accountants to the Debtor and Debtor-in-Possession* | 10/27/2017 Docket No. 435 Interim Application | $20,550.00 | $20,550.00 | $4,110.00 | $7,231.40 | $23,671.40 | $485.37 | $485.37 |
| FPM Group, Ltd. *Consultants to the Debtor and Debtor-in-Possession* | 10/27/2017 Docket No. 436 Interim Application | $29,154.99 | $29,154.99 | $5,831.00 | $5,768.65 | $29,092.64 | $3,337.63 | $3,337.63 |
| Farrell Fritz, P.C. *Special Counsel to the Debtor and Debtor-in-Possession* | 10/27/2017 Docket No. 437 Interim Application | $13,659.00 | $13,659.00 | $2,731.80 | N/A | $10,927.20 | $307.72 | $307.72 |