**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-*
  *Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------x | | |
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------------x | | |

**CERTIFICATE OF NO OBJECTION REGARDING NOTICE**
**OF PROPOSED SALE OF RESIDENTIAL PORTFOLIO**
**LOCATED AT 88 CENTRAL BOULEVARD, OAKDALE, NY 11769**

Pursuant to 28 U.S.C. § 1746, the undersigned certifies as follows:

1. On November 21, 2017, Dowling College (the "Debtor") filed a *Notice of Proposed Sale of Residential Portfolio Located at 88 Central Boulevard, Oakdale, NY 11769* (the "Sale Notice") [DE 451].

2. On August 29, 2017, in accordance with the Second Order Authorizing Sales of Residential Portfolio and Related Procedures [DE 164], the Sale Notice was served on all

interested parties. The affidavit of service related to the Sale Notice was filed at Docket Entry 453.

3. Pursuant to the Sale Notice, objections to the proposed sale had to be filed by December 1, 2017 (the "Objection Deadline").

4. The Objection Deadline has passed and no objection or other responsive pleading to the Sale Notice has been filed with the Court or served upon the Debtor's undersigned counsel.

5. Accordingly, the Debtor will proceed to close the sale of the Debtor's property located at 88 Central Boulevard, Oakdale, NY 11769 free and clear of all liens, claims, interests and encumbrances.

Dated:  New York, New York
        December 4, 2017

           **KLESTADT WINTERS JURELLER**
            **SOUTHARD & STEVENS, LLP**

      By:  */s/ Sean C. Southard*
           Sean C. Southard
           Stephanie R. Sweeney
           200 West 41st Street, 17th Floor
           New York, NY 10036
           Tel: (212) 972-3000
           Fax: (212) 972-2245
           Email: ssouthard@klestadt.com
                   ssweeney@klestadt.com

           *Counsel to the Debtor and Debtor in*
            *Possession*