UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DOWLING COLLEGE,<br>f/d/b/a DOWLING INSTITUTE,<br>f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,<br>f/d/b/a CECOM,<br>a/k/a DOWLING COLLEGE, INC.,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 16-75545 (REG) |

**TWELFTH REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 1, 2017 THROUGH NOVEMBER 30, 2017**

The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("RSR") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("Mr. Rosenfeld") as Chief Restructuring Officer ("CRO") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period November 1, 2017 through November 30, 2017.

    Exhibit A –   Summary of Fees and Expenses

    Exhibit B –   Summary of Services by Project Category

    Exhibit C –   Detailed time entries by Project Category

    Exhibit D –   Detail of Expenses Incurred

By: /s/ Robert S. Rosenfeld
Robert S. Rosenfeld
December 6, 2017

**Exhibit A**

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses**
**11/1/17 Through 11/30/17**

**Summary of Fees**

| Summary by Professional | Responsibility | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| R. Rosenfeld | Chief Restructuring Officer | 89.10 | $ 390.00 | $ 34,749.00 |
| N. Bivona | Consultant | 118.90 | $ 375.00 | 44,587.50 |
| I. Hellman | Paraprofessional | 7.70 | $ 125.00 | 962.50 |
| **Total** | | **208.00** | | **$ 80,299.00** |

| Average blended hourly rate | | | | $ 386.05 |
|---|---|---|---|---:|

**Summary of Expenses**

| | |
|---|---:|
| **Postage & Shipping** | $ 96.43 |
| **Accounting-software** | $ 2,232.76 |
| **Office Supplies** | $ 72.01 |
| **Total Disbursements** | **$ 2,401.20** |

**RSR Consulting, LLC**  **Exhibit B**
**Dowling College - Case #16-75545 (REG)**
**Summary of Services by Project Category**
**11/1/17 Through 11/30/17**

| Category | Billable Time | Billable Amt |
|---|---:|---:|
| Administration | 0.9 | $ 112.50 |
| Asset Analysis and Recovery | 14.5 | 5,449.50 |
| Asset Disposition | 39.1 | 14,878.50 |
| Business Analysis | 9.3 | 3,487.50 |
| Business Operations | 84.0 | 32,148.00 |
| Claims Investigation | 1.0 | 375.00 |
| Court Hearings | 4.0 | 1,530.00 |
| Document Review | 1.5 | 562.50 |
| Dowling-Residential Ops | 5.3 | 1,987.50 |
| Dowling-Residential Sales | 16.0 | 6,135.00 |
| Financial Analysis | 0.8 | 300.00 |
| Litigation Matters | 7.3 | 1,045.00 |
| Meeting | 6.0 | 2,250.00 |
| Meetings with Creditors and/or Representatives | 3.2 | 1,209.00 |
| Meetings with Debtor and Representatives | 4.0 | 1,515.00 |
| Meetings with Lawyers | 1.5 | 585.00 |
| Monthly Operating Reports | 5.5 | 2,145.00 |
| Phone Call | 1.6 | 606.00 |
| Plan & disclosure Statement | 2.0 | 780.00 |
| Tax compliance | 6.7 | 2,613.00 |
| UST Reporting | 1.5 | 585.00 |
| Grand Total | 215.7 | $ 80,299.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**11/1/17 Through 11/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Administration** | | | | | |
| 11/01/2017 | Ilene Hellman | Calls to inquire about Wetlands Survey of 274 Connetquot Ave Oakdale and to request new copy. Call to order survey of 121 Central Blvd Oakdale Call to remove dumpster from 121 Central Blvd Oakdale | 0.70 | $125.00/hr | $87.50 |
| 11/01/2017 | Ilene Hellman | Call with more info re: survey of 121 Central Blvd, Oakdale Call to empty and bring back dumpster at 1300 William Floyd Parkway, Shirley | 0.20 | $125.00/hr | $25.00 |
| **Totals For Administration** | | | **0.90** | | **$112.50** |
| **Asset Analysis and Recovery** | | | | | |
| 11/06/2017 | Neil Bivona | Continue drafting restricted fund analysis memo. | 3.00 | $375.00/hr | $1,125.00 |
| 11/07/2017 | Neil Bivona | Review of Mancuso Trust document & draft correspondence to S. Southard re: the same. | 0.50 | $375.00/hr | $187.50 |
| 11/07/2017 | Neil Bivona | Further review and analysis of documentation & statements re: restricted funds. | 1.70 | $375.00/hr | $637.50 |
| 11/07/2017 | Neil Bivona | Search for files related to Beuscher Trust.  Review Trust documents and related correspondence and documentation.  Discuss w/ R. Rosenfeld & send correspondence re: the same too S. Southard. | 1.20 | $375.00/hr | $450.00 |
| 11/08/2017 | Neil Bivona | Further research / work drafting restricted account analysis memo. | 1.40 | $375.00/hr | $525.00 |
| 11/13/2017 | Neil Bivona | Review and reconciliation of endowment funds from FYE 6/30/15 as broken out by fund to current 10/31/17 aggregated balance.  Review statements for interceding sixteen month period & note transaction history.  Aggregate permanently restricted and temporarily restricted amounts by fund. | 2.00 | $375.00/hr | $750.00 |
| 11/13/2017 | Neil Bivona | Correspondence w/ M. Hablenko re: Nationwide student payment credit card processing settled funds.  Review Nationwide request for letter / information to redirect settled funds to new account.  Discuss need for additional DIP account at signature w R Rosenfeld   Draft letter to Nationwide. | 1.20 | $375.00/hr | $450.00 |
| 11/13/2017 | Robert Rosenfeld | Review updated report prepared by N. Bivona relating to restricted assets and discuss information to obtain for analysis for NYSAG. | 0.80 | $390.00/hr | $312.00 |
| 11/14/2017 | Neil Bivona | Correspondence w/ M. Hablenko and L. Veras at Signature bank re: Natiowide payments requirement of a bank letter to verify account information and payment instructions for remittances. | 0.50 | $375.00/hr | $187.50 |
| 11/14/2017 | Neil Bivona | Review of library special collection summary report prepared by D. Holliday. | 0.70 | $375.00/hr | $262.50 |
| 11/15/2017 | Neil Bivona | Review revised letters for Buescher Trust and Mancuso Trust.  Search files and network systems for contact information for respective Trustees Louis Mancuso and Clyde Payne (Beuscher Trust). | 1.00 | $375.00/hr | $375.00 |
| 11/21/2017 | Neil Bivona | Meet w/ M. Hablenko re: status of AR collections process / setup and employee medical claim re-work. | 0.50 | $375.00/hr | $187.50 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**11/1/17 Through 11/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Totals For Asset Analysis and Recovery** | | | **14.50** | | **$5,449.50** |
| **Asset Disposition** | | | | | |
| 11/01/2017 | Robert Rosenfeld | Calls with Brokers and execution of NDAs for Brookhaven marketing. | 1.00 | $390.00/hr | $390.00 |
| 11/03/2017 | Robert Rosenfeld | Work on issues relating to brokers and expenses for sale of Brookhaven property. | 0.70 | $390.00/hr | $273.00 |
| 11/06/2017 | Neil Bivona | Review revised marketing expense invoice from E> Amendola and compare to originally submitted invoice. | 0.50 | $375.00/hr | $187.50 |
| 11/06/2017 | Robert Rosenfeld | Review weekly status report for Brookhaven site and distribute to creditors. | 0.40 | $390.00/hr | $156.00 |
| 11/07/2017 | Neil Bivona | Review of broker's weekly status report and attend weekly status call. | 0.50 | $375.00/hr | $187.50 |
| 11/07/2017 | Robert Rosenfeld | Call with R. Bertucci, I. Hamel, S. Southard, N. Bivona to discuss strategy of disposition of remaining Oakdale houses. | 0.50 | $390.00/hr | $195.00 |
| 11/07/2017 | Robert Rosenfeld | Calls with brokers and R. Parr regarding marketing process for Brookhaven property. | 1.00 | $390.00/hr | $390.00 |
| 11/07/2017 | Robert Rosenfeld | Weekly status call with brokers and creditors regarding Brookhaven site marketing efforts. | 0.40 | $390.00/hr | $156.00 |
| 11/07/2017 | Robert Rosenfeld | Correspondence with broker and R. Bertucci regarding disposition of Oakdale residential properties. | 0.50 | $390.00/hr | $195.00 |
| 11/08/2017 | Neil Bivona | Meet w/ with Mike Gordon (prospective purchaser) and begin campus tour prior to T. Eyler's arrival. | 0.80 | $375.00/hr | $300.00 |
| 11/08/2017 | Robert Rosenfeld | Communications with A. Graiser (AG Realty) and discussion with counsel regarding approval and timing of payment of brokers' expenses. | 0.80 | $390.00/hr | $312.00 |
| 11/09/2017 | Neil Bivona | Review marketing invoiced and budget from A&G / MH re: Brookhaven campus and related correspondence. Discuss the same with R. Rosenfeld. | 1.10 | $375.00/hr | $412.50 |
| 11/09/2017 | Neil Bivona | Cal w/ R. Lindenfeld (Farmingdale State University) re: interest in purchasing virtual lab simulators, request for additional information and expected sale process and timing. | 0.50 | $375.00/hr | $187.50 |
| 11/09/2017 | Robert Rosenfeld | Discussions with N. Bivona related to next steps with sale of residential properties and broker expense requests. | 0.60 | $390.00/hr | $234.00 |
| 11/09/2017 | Robert Rosenfeld | Review support for broker expense requests relating to Brookhaven marketing process. | 0.50 | $390.00/hr | $195.00 |
| 11/10/2017 | Robert Rosenfeld | Respond to follow up requests from Mercury relating to Oakdale closing and execute DMV documents for automobiles transferred in sale. | 0.80 | $390.00/hr | $312.00 |
| 11/13/2017 | Neil Bivona | Follow-up on call from E. Amendola re: interested buyer inquiry bout PUD process and timeline. Discuss w/ R. Rosenfeld. Review July correspondence from A. Guardino re: steps & timeline for rezoning / subdivision of Brookhaven property. Re-draft steps without detailed timeline and draft disclaimer language. Send to S. southward for Review. | 1.40 | $375.00/hr | $525.00 |
| 11/13/2017 | Robert Rosenfeld | Analyze Oakdale residential properties for sale and update status of sales to date. | 1.00 | $390.00/hr | $390.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**11/1/17 Through 11/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 11/14/2017 | Neil Bivona | Search network drives for information on Virtual simulation lab assets. | 0.50 | $375.00/hr | $187.50 |
| 11/14/2017 | Neil Bivona | Review actual to budget analysis for marketing expenses form A&G/MH.  Compare budget submitted vs. original budget & note differences.  Review invoices vs. budget line items.  Discuss differences with R. Rosenfeld & request for further info from A&G/MH. | 1.00 | $375.00/hr | $375.00 |
| 11/14/2017 | Neil Bivona | Review broker weekly status report. | 0.30 | $375.00/hr | $112.50 |
| 11/14/2017 | Neil Bivona | Attend weekly broker status update call. | 0.50 | $375.00/hr | $187.50 |
| 11/14/2017 | Neil Bivona | Calls & correspondence w/ E. Amendola and A Guardino to arrange discussion between P. Kaplan (PMK International) and A. Guardino re: Brookhaven approval process. | 0.30 | $375.00/hr | $112.50 |
| 11/14/2017 | Neil Bivona | Further research re: possible firms to value and/or market the library special collections. | 1.00 | $375.00/hr | $375.00 |
| 11/14/2017 | Neil Bivona | Call w/ D. Cook to review Oakdale campus utility pro-ration / escrow settlement.  Review National Grid invoices by account to determine if proration is required or if meters were read / accounts changed. | 0.80 | $375.00/hr | $300.00 |
| 11/14/2017 | Robert Rosenfeld | Call with R. Parr relating to Brookhaven site marketing process. | 0.50 | $390.00/hr | $195.00 |
| 11/14/2017 | Robert Rosenfeld | Call with R. Friedman relating to status of sale of Brookhaven property. | 0.40 | $390.00/hr | $156.00 |
| 11/14/2017 | Robert Rosenfeld | Review NDA's and execute for marketing of Brookhaven property. | 0.40 | $390.00/hr | $156.00 |
| 11/15/2017 | Neil Bivona | Further review of library special collection summary report prepared by D. Holliday.  Search network drive for detailed collection listings & format reports.  Further research on buyers/appraisers for specific rare book and civil war related collections.  Prepare & send correspondence & collection lists to Owens & Ramsey historic booksellers. | 3.00 | $375.00/hr | $1,125.00 |
| 11/16/2017 | Neil Bivona | Meet w/ Heritage Auctions re: possibility of selling library special collections. | 0.50 | $375.00/hr | $187.50 |
| 11/16/2017 | Neil Bivona | Review bargain and transfer deed for Oakdale campus sale vs. flood insurance policies for alignment of property descriptions needed for policy cancellations.  Correspondence w/ Sterling Risk and M> White re: the same. | 1.00 | $375.00/hr | $375.00 |
| 11/16/2017 | Neil Bivona | Call w/ R. Rosenfeld re: status update on Brookhaven campus marketing; Oakdale residential sales and creditor distribution analysis. | 0.50 | $375.00/hr | $187.50 |
| 11/16/2017 | Robert Rosenfeld | Review NDA's for Brookhaven sale and execute for brokers; review correspondence of status of Brookhaven sales. | 1.00 | $390.00/hr | $390.00 |
| 11/17/2017 | Neil Bivona | Meet w/ D. Helig re: purchase of some office furniture items from 135 Central. | 0.50 | $375.00/hr | $187.50 |
| 11/17/2017 | Neil Bivona | Review of utilities pro-ration analysis from Mercury (A. Stoloff / D. Cook) for Oakdale campus utilities.  Review related invoices. | 1.20 | $375.00/hr | $450.00 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**11/1/17 Through 11/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 11/17/2017 | Neil Bivona | Review A&G/MH marketing invoice detail vs. original and revised budgets. Discuss the same w/ R. Rosenfeld. | 1.00 | $375.00/hr | $375.00 |
| 11/17/2017 | Neil Bivona | Correspondence w/ D. Holliday re: interest in special collections related to Lasalle Military Academy & Bourne mansion. Review website for "Cashforyourbooks.net" & call to discuss possible interest in purchase of special collections. Follow-up correspondence w/ Greg at C4YB. | 1.50 | $375.00/hr | $562.50 |
| 11/17/2017 | Robert Rosenfeld | Call with A. Graiser on status of Brookhaven campus sale. | 0.40 | $390.00/hr | $156.00 |
| 11/20/2017 | Neil Bivona | Call w/ S. Southward, & representatives form A&G Realty / Madison Hawk re: status of Brookhaven marketing process and thoughts on existing timeline. | 0.70 | $375.00/hr | $262.50 |
| 11/20/2017 | Neil Bivona | Call w/ S. southward, J. Corneau, I. Hammel and B. Pfeiffer re: application of asset sale proceeds under settlement agreement and DIP waterfalls. | 0.50 | $375.00/hr | $187.50 |
| 11/21/2017 | Neil Bivona | Re-review of changes to settlement agreement illustration re: IPv4 sale proceeds application. | 0.80 | $375.00/hr | $300.00 |
| 11/21/2017 | Neil Bivona | Review of broker status report. Participate on status update call; follow-up on call w/ R. Rosenfeld. | 1.00 | $375.00/hr | $375.00 |
| 11/21/2017 | Neil Bivona | Search simulator lab for asset description documentation / inventory. Draft general description of assets & proposed sale terms and process & forward to S. southward for review. | 1.00 | $375.00/hr | $375.00 |
| 11/21/2017 | Neil Bivona | Call w/ Greg (cashforyourbooks.com) re: his review of the special collection lists and scheduling of appointment in December to view collections. Review network drives for inventory lists of additional collections. Draft correspondence to D. Holliday and S. southward re: the same. | 1.50 | $375.00/hr | $562.50 |
| 11/22/2017 | Neil Bivona | Further correspondence w/ M. Lindenfeld re: sake of ATC simulators. | 0.30 | $375.00/hr | $112.50 |
| 11/27/2017 | Robert Rosenfeld | Review status report for Brookhaven marketing process for prior week and execute NDA's for prospective buyers. | 0.90 | $390.00/hr | $351.00 |
| 11/28/2017 | Neil Bivona | Review correspondence & title report from M> White re: identification of parcels / street addresses for Oakdale campus floor policy cancellations. | 0.50 | $375.00/hr | $187.50 |
| 11/28/2017 | Robert Rosenfeld | Calls with M. Cheng; A. Graiser, counsel and response to emails from Oppenheimer regarding payment of brokers expenses and allocation issues between lenders. | 1.50 | $390.00/hr | $585.00 |
| 11/28/2017 | Robert Rosenfeld | Status call on Brookhaven marketing process. | 0.30 | $390.00/hr | $117.00 |
| 11/29/2017 | Robert Rosenfeld | Review press release drafts provided by brokers and provide comments. | 0.40 | $390.00/hr | $156.00 |
| 11/30/2017 | Robert Rosenfeld | Review and execute NDA's for Brookhaven marketing of property. | 0.40 | $390.00/hr | $156.00 |
| **Totals For Asset Disposition** | | | **39.10** | | **$14,878.50** |

**RSR Consulting, LLC**                                                                                          **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**11/1/17 Through 11/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Business Analysis** | | | | | |
| 11/20/2017 | Neil Bivona | Review revised Title IV consulting procedures proposal from T. Walenchok (Baker Tilly). Draft list of items for cover letter to DOE. | 1.50 | $375.00/hr | $562.50 |
| 11/20/2017 | Neil Bivona | Review and revise settlement agreement illustration workbook to reflect change in timing of application of IPv4 address sale proceeds. | 2.50 | $375.00/hr | $937.50 |
| 11/22/2017 | Neil Bivona | Review second interim professional fee application & reconcile to professional fee tracking spreadsheet. Correspondence w/ L. Kiss re: the same. | 1.00 | $375.00/hr | $375.00 |
| 11/22/2017 | Neil Bivona | Review DIP budget vs professional fee holdback amount from dirt interim fee application period. Calls w/ S. Southard re: the same. | 0.80 | $375.00/hr | $300.00 |
| 11/22/2017 | Neil Bivona | Further review and revision to settlement agreement illustration spreadsheet. | 0.50 | $375.00/hr | $187.50 |
| 11/27/2017 | Neil Bivona | Review and revise settlement agreement illustration / DIP Tracking spreadsheet. | 3.00 | $375.00/hr | $1,125.00 |
| **Totals For Business Analysis** | | | **9.30** | | **$3,487.50** |
| **Business Operations** | | | | | |
| 11/01/2017 | Robert Rosenfeld | Work on financial analysis for fixed assets with respect to updating Debtor's accounting. | 2.00 | $390.00/hr | $780.00 |
| 11/01/2017 | Robert Rosenfeld | Work on month end closing; bank reconciliations; and accounting. | 4.50 | $390.00/hr | $1,755.00 |
| 11/01/2017 | Robert Rosenfeld | Call with S. Southard regarding issues with creditors and settlement agreement waterfall. | 0.30 | $390.00/hr | $117.00 |
| 11/02/2017 | Robert Rosenfeld | Work on month end closing of books and MOR. | 4.50 | $390.00/hr | $1,755.00 |
| 11/03/2017 | Robert Rosenfeld | Work on month end closing of books and bank reconciliation of Debtors accounts. | 3.50 | $390.00/hr | $1,365.00 |
| 11/03/2017 | Robert Rosenfeld | Visit to Signature Bank for deposits. | 0.50 | $390.00/hr | $195.00 |
| 11/05/2017 | Robert Rosenfeld | Work on analysis of gains on real estate sales post petition. Record entries in quickbooks adjusting quickbooks for breakdown of detailed gains by property for purposes of MOR for October 2017. | 4.50 | $390.00/hr | $1,755.00 |
| 11/06/2017 | Neil Bivona | Correspondence and call with Iron Mountain re: online system access for archive inventory viewing and management. | 0.50 | $375.00/hr | $187.50 |
| 11/06/2017 | Neil Bivona | Meet w/ R. Rosenfeld re: case status update. | 0.50 | $375.00/hr | $187.50 |
| 11/06/2017 | Neil Bivona | Edit and send student collection account recall notices to Allied and SCS collection agencies. | 0.50 | $375.00/hr | $187.50 |
| 11/06/2017 | Neil Bivona | Call w/ J. Butler at Iron Mountain re: online access. Review manual inventory list and send e-mail requesting recall of boxes potentially related to DOE / Title IV close out audit process. | 1.30 | $375.00/hr | $487.50 |
| 11/06/2017 | Neil Bivona | Meet w/ W. Benka re: status of server restoration and related technical services invoices. | 0.30 | $375.00/hr | $112.50 |
| 11/06/2017 | Robert Rosenfeld | Review and work on audit legal letter from request from auditors for final audit for 403B Plan. | 0.60 | $390.00/hr | $234.00 |
| 11/06/2017 | Robert Rosenfeld | Continue analysis of all real estate sales to date for Debtor for cost and gain calculations for Debtor's books and update quickbooks for activity for post petition period. | 4.50 | $390.00/hr | $1,755.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**11/1/17 Through 11/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 11/06/2017 | Robert Rosenfeld | Work on month end closing for Debtor's books for October and update quickbooks for activity for month. | 1.50 | $390.00/hr | $585.00 |
| 11/07/2017 | Neil Bivona | Re-review of settlement agreement and DIP Note language re: cash proceeds and distributions. Various calls, discussions and correspondence w/ debtor's counsel and creditor's counsel re: the same and scheduling of a call to discuss with UMB. | 2.00 | $375.00/hr | $750.00 |
| 11/07/2017 | Neil Bivona | Walk-through inspection of BRV dorm. | 0.50 | $375.00/hr | $187.50 |
| 11/07/2017 | Neil Bivona | Meet w/ W. Benka & review server restoration technical services invoices. | 0.40 | $375.00/hr | $150.00 |
| 11/07/2017 | Neil Bivona | Research Brookhaven Tax Assessor's website for tax assessment / tax bill for Brookhaven campus property. | 1.00 | $375.00/hr | $375.00 |
| 11/07/2017 | Robert Rosenfeld | Follow up with Simplex regarding resetting of Fire and safety panels at Brookhaven site. | 0.50 | $390.00/hr | $195.00 |
| 11/07/2017 | Robert Rosenfeld | Work on month end closing and MOR for October. | 2.50 | $390.00/hr | $975.00 |
| 11/08/2017 | Neil Bivona | Review GCG communications escalation report & review associated information / respond as necessary. | 0.70 | $375.00/hr | $262.50 |
| 11/08/2017 | Neil Bivona | Review and prepare professional fee invoices for payment. | 0.60 | $375.00/hr | $225.00 |
| 11/08/2017 | Neil Bivona | Meet w/ Simplex technicians re: sprinkler system inspections for Nat Ctr. Bldgs A, B, C & BRV Dorm. | 0.70 | $375.00/hr | $262.50 |
| 11/09/2017 | Neil Bivona | Review weekly invoices & prepare disbursement detail worksheet. Prepare transfer and disbursement summary reports. Set up DIP account transfers and wire payments in Signature Bank for approval | 3.00 | $375.00/hr | $1,125.00 |
| 11/09/2017 | Robert Rosenfeld | Work on weekly payments; funding and update of quickbooks and accounting. | 2.50 | $390.00/hr | $975.00 |
| 11/10/2017 | Neil Bivona | Review proposed work order from Simplex as follow up to items identified in Nat Ctr sprinkles system inspection. Correspondence w/ D. Cook re: inquiry of last year-s inspection. Follow-up e-mail to Simplex. | 0.50 | $375.00/hr | $187.50 |
| 11/10/2017 | Robert Rosenfeld | Meeting Baker Tilly, N. Bivona to discuss Perkins loan status and response on reporting procedures for DOE. | 1.00 | $390.00/hr | $390.00 |
| 11/13/2017 | Neil Bivona | Noted cold temperature in Nat Ctr. Inspect boiler room & found boiler offline. Call w/ D. Cook re: prior issues re: Nat Ctr boiler & steps to reset breaker/restart boiler. Two attempts to reset boiler / main breaker before boiler restarted. | 1.10 | $375.00/hr | $412.50 |
| 11/13/2017 | Neil Bivona | Generate inventory report for boxes / files in storage at Iron Mountain. Review report vs. Document Retention Motion requirements. Correspondence w/ J. Butler re: costs for box destruction & go-forward storage. | 1.40 | $375.00/hr | $525.00 |
| 11/13/2017 | Robert Rosenfeld | Update quickbooks for activity for prior week. | 0.80 | $390.00/hr | $312.00 |
| 11/14/2017 | Neil Bivona | Reset boiler for third time. Call w/ Anron mechanical to discuss problem and order service call. | 0.50 | $375.00/hr | $187.50 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**11/1/17 Through 11/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 11/15/2017 | Robert Rosenfeld | Update quick books accounting for transactions and follow up on operational issues with N. Bivona. | 1.00 | $390.00/hr | $390.00 |
| 11/15/2017 | Neil Bivona | Call w/ R. Rosenfeld & J. Sturchio re: sale of remaining residential properties, contracts on 39 Chateau. Follow-up e-mail on roof repair for 39 Chateau. | 0.50 | $375.00/hr | $187.50 |
| 11/15/2017 | Neil Bivona | Inspect and reset Nat Ctr Boiler. Further call to Anron re: service call. Meet with Anron technician to assess issues. | 1.50 | $375.00/hr | $562.50 |
| 11/15/2017 | Neil Bivona | Review correspondence and spreadsheet form DOE re: student Perkins loan consolidation payments. | 0.50 | $375.00/hr | $187.50 |
| 11/16/2017 | Neil Bivona | Correspondence w/ J. Butler re: budgeting for costs for storage an destruction of archived boxes held at Iron Mountain. | 0.20 | $375.00/hr | $75.00 |
| 11/16/2017 | Robert Rosenfeld | Discussion with N. Bivona regarding status update on Brookhaven campus marketing; Oakdale residential sales and creditor distribution analysis. | 0.50 | $390.00/hr | $195.00 |
| 11/17/2017 | Neil Bivona | Review vendor invoices and prepare disbursement detail worksheet. Prepare transfer and disbursement summary reports. Set up DIP Account transfers and wire payments for approval. | 2.80 | $375.00/hr | $1,050.00 |
| 11/17/2017 | Robert Rosenfeld | Work on weekly disbursements and update quickbooks activity. | 2.00 | $390.00/hr | $780.00 |
| 11/20/2017 | Neil Bivona | Inspect / reset Nat Ctr boiler two times & follow up with Anron re: status on order of replacement parts and installation. | 0.50 | $375.00/hr | $187.50 |
| 11/20/2017 | Neil Bivona | Meet w/ A. Dimola to review draft Workers Comp. audit questionnaire. | 0.50 | $375.00/hr | $187.50 |
| 11/21/2017 | Neil Bivona | Review and edit draft Baker Tilly letter to DOE. | 0.50 | $375.00/hr | $187.50 |
| 11/21/2017 | Neil Bivona | Review of student Perkins Loan consolidation payoff inquiry from DOE. Check student account records in Banner w/ W. Benka. Correspondence w/ D. Klein at Conduent re: the same. | 0.60 | $375.00/hr | $225.00 |
| 11/21/2017 | Neil Bivona | Meet w/ 24/7 crew re: clean out of maintenance trailers. | 0.50 | $375.00/hr | $187.50 |
| 11/22/2017 | Neil Bivona | Review of revised scope of TItle IV consulting report vs original draft and DOE audit requirements and review draft cover letter to DOE  drafted by T. Walenchok (Baker Tilly). | 1.30 | $375.00/hr | $487.50 |
| 11/22/2017 | Neil Bivona | Various calls with vendors re: Nat Ctr maintenance (Simplex, 24/7, Winters Brothers) | 0.50 | $375.00/hr | $187.50 |
| 11/25/2017 | Robert Rosenfeld | Update accounting for week in quickbooks for cash activity and work on month end closing. | 2.00 | $390.00/hr | $780.00 |
| 11/27/2017 | Robert Rosenfeld | Update Debtor's accounting and quickbooks for activity for prior week. | 1.50 | $390.00/hr | $585.00 |
| 11/28/2017 | Neil Bivona | Update and roll-forward borrowing availability worksheet. Prepare notice of borrowing for weeks 52-54. | 2.00 | $375.00/hr | $750.00 |
| 11/28/2017 | Neil Bivona | Review real estate broker invoices and prepare summary for R. Bertucci.   Prepare correspondence re/: the same. | 0.50 | $375.00/hr | $187.50 |
| 11/28/2017 | Neil Bivona | Various correspondence w/ W> Benka re: verizon phone lines and BRV dorm fire alarm panel. | 0.30 | $375.00/hr | $112.50 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**11/1/17 Through 11/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 11/28/2017 | Neil Bivona | Review correspondence from D. Sciabarrassi (SCS Collections) re: closing and transferring back of student receivable accounts. | 0.30 | $375.00/hr | $112.50 |
| 11/29/2017 | Neil Bivona | Assess space & heat in former flight simulator room for move of library special collections form hangar.  Call w/ Tri State movers re: the same. | 1.00 | $375.00/hr | $375.00 |
| 11/29/2017 | Neil Bivona | Review invoices for any that require payment prior to Friday.  Process payments for 24/7 invoices. | 0.50 | $375.00/hr | $187.50 |
| 11/29/2017 | Neil Bivona | Review and revise draft Notice of Borrowing for weeks 52-54 to reflect utilization of ACA reserve for professional fee holdbacks and proper allocation of broker out of pocket expense invoices. | 2.00 | $375.00/hr | $750.00 |
| 11/29/2017 | Neil Bivona | Draft cover e-mail for Notice of borrowing to DP distribution list explaining issues requiring special attention (holdback and broker expense funding). | 0.70 | $375.00/hr | $262.50 |
| 11/29/2017 | Neil Bivona | Meet w/ A. Dimola re: review of Workers Comp payroll audit report to The Hartford for prior coverage period. | 0.30 | $375.00/hr | $112.50 |
| 11/29/2017 | Robert Rosenfeld | Call with N. Bivona to discuss status of operations at Brookhaven campus. | 0.50 | $390.00/hr | $195.00 |
| 11/30/2017 | Neil Bivona | Draft schematic spreadsheet showing the component parts of the funding for payment of the first interim period professional fee holdbacks & re-circulate with final notice of borrowing. | 1.00 | $375.00/hr | $375.00 |
| 11/30/2017 | Neil Bivona | Review of Jzanus employee medical claim analysis vs. DOL proof of claim re: details / explanation for differences. | 0.80 | $375.00/hr | $300.00 |
| 11/30/2017 | Neil Bivona | Review weekly invoices for current and prior week.  Prepare disbursement detail worksheet and transfer and disbursement summary reports.  Prepare funding schedule including transfers from merchant services and Oakdale proceeds accounts as appropriate. | 3.30 | $375.00/hr | $1,237.50 |
| 11/30/2017 | Neil Bivona | Nat Ctr walk-around / facility inspection. Note leak in rm B119 and check boiler to find breaker tripped.  Reset breaker and restart boiler.  Call electrical contractor for service call re: breaker. | 1.00 | $375.00/hr | $375.00 |
| 11/30/2017 | Neil Bivona | Meet w/ M. Vega re: clean-out for flight simulator room / breakdown & data wiping of pc equipment. | 0.50 | $375.00/hr | $187.50 |
| 11/30/2017 | Neil Bivona | Review correspondence from M. Grochowski & review & revise notice of borrowing accordingly. | 1.20 | $375.00/hr | $450.00 |
| 11/30/2017 | Robert Rosenfeld | Work on funding and disbursements for week and update quickbooks accounting for activity. | 2.00 | $390.00/hr | $780.00 |
| **Totals For Business Operations** | | | **84.00** | | **$32,148.00** |
| **Claims Investigation** | | | | | |
| 11/29/2017 | Neil Bivona | Review of comparison of employee medical/dental claims from DOL proof of claim vs. Jzanus analysis based upon Cigna / Helathplex info production. Call w/ S> Southard to discuss.  Draft e-mail to M. Hablenko re: the same. | 1.00 | $375.00/hr | $375.00 |
| **Totals For Claims Investigation** | | | **1.00** | | **$375.00** |
| **Court Hearings** | | | | | |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**11/1/17 Through 11/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 11/27/2017 | Neil Bivona | Attend bankruptcy court hearing incl. pre and post hearing discussions with counsel. | 2.00 | $375.00/hr | $750.00 |
| 11/27/2017 | Robert Rosenfeld | Attend court hearing for Debtor and discuss with counsel issues after hearing. | 2.00 | $390.00/hr | $780.00 |
| **Totals For Court Hearings** | | | **4.00** | | **$1,530.00** |
| **Document Review** | | | | | |
| 11/09/2017 | Neil Bivona | Review first draft Plan of Liquidation. | 1.50 | $375.00/hr | $562.50 |
| **Totals For Document Review** | | | **1.50** | | **$562.50** |
| **Dowling-Residential Ops** | | | | | |
| 11/09/2017 | Neil Bivona | Attend to several issues regarding residential properties (surveys, roof & heating at 39 Central, 135 Central encroachment issue, etc.) | 1.00 | $375.00/hr | $375.00 |
| 11/11/2017 | Neil Bivona | Several e-mails and calls w/ J. Sturchio and Romanelli oil re: non-working heating at 52 Van Bomel and 47 Chateau. | 1.00 | $375.00/hr | $375.00 |
| 11/13/2017 | Neil Bivona | Correspondence w/ J. Sturchio re: roof at 39 Chateau. Research local roofers and place several calls. Call w/ Riley Roofing re: appointment for inspection and quote. | 1.00 | $375.00/hr | $375.00 |
| 11/13/2017 | Neil Bivona | Review invoices from Romanelli oil re: 88Central, 47 Chateau and 52 Van Bomel vs. service / fuel oil delivery requests placed last week. | 0.30 | $375.00/hr | $112.50 |
| 11/14/2017 | Neil Bivona | Travel to/from Oakdale from Brookhaven to meet roofer at 39 Chateau for estimate. Drive by of remaining owned houses. | 1.50 | $375.00/hr | $562.50 |
| 11/16/2017 | Neil Bivona | Correspondence w/ L . Reilly re: repaired roof at 39 Chateau. | 0.20 | $375.00/hr | $75.00 |
| 11/29/2017 | Neil Bivona | Follow up with Arrow Security and Romanelli Oil re: update of list of residential properties to be serviced. | 0.30 | $375.00/hr | $112.50 |
| **Totals For Dowling-Residential Ops** | | | **5.30** | | **$1,987.50** |
| **Dowling-Residential Sales** | | | | | |
| 11/01/2017 | Robert Rosenfeld | Work on follow up to making ready Dowling residential houses for sale. Respond to emails from J. Sturchio and follow up from 24-7 Restoration. | 1.00 | $390.00/hr | $390.00 |
| 11/03/2017 | Robert Rosenfeld | Review and respond to issues relating to sale of Oakdale houses. Discuss with broker and follow up on accounting for sale of houses. | 1.00 | $390.00/hr | $390.00 |
| 11/06/2017 | Neil Bivona | Review wetlands survey for 274 Connetquot Ave. and related NYSDEC regulations. Draft e-mail correspondence to M. White re: the same. | 1.50 | $375.00/hr | $562.50 |
| 11/07/2017 | Neil Bivona | Call w/ R. Bertucci, I. Hammel, S. Southard and R. Rosenfeld re: sale of remaining converted properties through Paramount alternative marketing process. Follow-up discussion w/ R. Rosenfeld. | 0.60 | $375.00/hr | $225.00 |
| 11/08/2017 | Neil Bivona | Review residential property files for updated surveys. | 1.30 | $375.00/hr | $487.50 |
| 11/08/2017 | Neil Bivona | Call w/ R. Bertucci, D. Niknamfard, S. Southard and M. White re: status / strategy for remaining residential properties. | 1.00 | $375.00/hr | $375.00 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**11/1/17 Through 11/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 11/10/2017 | Neil Bivona | Follow up re: surveys on residential properties. Find deed for 121 Central and send to surveyor - review quote for survey for 89 Central. | 0.50 | $375.00/hr | $187.50 |
| 11/13/2017 | Robert Rosenfeld | Review and have notarized closing documents for 56 Van Bomel and visit to FedEx for overnight delivery to counsel. | 1.00 | $390.00/hr | $390.00 |
| 11/14/2017 | Robert Rosenfeld | Call with J. Sturcchio regarding status of residential houses and sale process. | 0.30 | $390.00/hr | $117.00 |
| 11/15/2017 | Robert Rosenfeld | Review closing documents relating to 56 Van Bomel and discuss with GW ; and discuss outstanding issues with J. Sturcchio relating to 39 Chateau and other properties for sale. | 1.00 | $390.00/hr | $390.00 |
| 11/16/2017 | Neil Bivona | Review 1973 survey & original deed for 121 Central re: inquiry from surveyor. Review Town of Islip tax map and title report & provide additional information to surveyor. | 1.00 | $375.00/hr | $375.00 |
| 11/16/2017 | Robert Rosenfeld | Call with R. Bertucci regarding status of Oakdale residential sales. | 0.40 | $390.00/hr | $156.00 |
| 11/17/2017 | Robert Rosenfeld | Review contract for sale of 88 Central and execute document. | 0.70 | $390.00/hr | $273.00 |
| 11/21/2017 | Robert Rosenfeld | Review correspondence and respond to negotiations on sale of Oakdale residential properties. | 1.00 | $390.00/hr | $390.00 |
| 11/21/2017 | Robert Rosenfeld | Call with Don Cook regarding Mercury interest in Oakdale residential properties. | 0.30 | $390.00/hr | $117.00 |
| 11/28/2017 | Neil Bivona | Various e-mail correspondence with M. Martinez re: 39 Chateau and 72 Chateau. | 0.50 | $375.00/hr | $187.50 |
| 11/28/2017 | Robert Rosenfeld | Call with J. Sturcchio (DE) regarding status of sale of remaining houses. | 0.30 | $390.00/hr | $117.00 |
| 11/30/2017 | Neil Bivona | Draft e-mail to M. White re: open issues on remaining residential properties. Review title report for 135 Idle Hour Blvd. | 0.60 | $375.00/hr | $225.00 |
| 11/30/2017 | Robert Rosenfeld | Prepare analysis on remaining residential houses in connection with offers for remaining properties. | 1.50 | $390.00/hr | $585.00 |
| 11/30/2017 | Robert Rosenfeld | Review contract for 39 Chateau and execute and send to GW for review. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Dowling-Residential Sales** | | | **16.00** | | **$6,135.00** |
| **Financial Analysis** | | | | | |
| 11/22/2017 | Neil Bivona | Begin work o. Extending DIP budget projection to reflect extended asset sale timeline for Brookhaven campus. | 0.80 | $375.00/hr | $300.00 |
| **Totals For Financial Analysis** | | | **0.80** | | **$300.00** |
| **Litigation Matters** | | | | | |
| 11/16/2017 | Ilene Hellman | Phone call with Anne Dimola re: Warn Complaint | 0.40 | $125.00/hr | $50.00 |
| 11/16/2017 | Ilene Hellman | Call with Anne Dimola and Lauren Kiss Re Warn Complaint | 0.50 | $125.00/hr | $62.50 |
| 11/16/2017 | Ilene Hellman | Work on Schedule of Employees Termed on or after 6/1/16 Revised staff hours worked, annual and hourly wage and reviewed benefits | 1.80 | $125.00/hr | $225.00 |
| 11/16/2017 | Ilene Hellman | Work on Schedule of Employees Termed on or after 6/1/16 Revised staff hours worked, annual and hourly wage and reviewed benefits | 1.00 | $125.00/hr | $125.00 |

**RSR Consulting, LLC**                                                 **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**11/1/17 Through 11/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 11/16/2017 | Ilene Hellman | Work on Schedule of Employees Termed on or after 6/1/16 | 0.70 | $125.00/hr | $87.50 |
| 11/16/2017 | Ilene Hellman | Revised staff hours worked, annual and hourly wage and reviewed benefits Call with Lauren Kiss to discuss how benefits calculated and other changes to Schedule re: Warn Complaint | 0.20 | $125.00/hr | $25.00 |
| 11/27/2017 | Robert Rosenfeld | Discuss with counsel status of settlement discussions with WARN complaint. | 0.50 | $390.00/hr | $195.00 |
| 11/30/2017 | Ilene Hellman | Phone Call with Lauren Kiss re: Warn Complaint | 0.20 | $125.00/hr | $25.00 |
| 11/30/2017 | Ilene Hellman | Look up of Documents | 0.60 | $125.00/hr | $75.00 |
| 11/30/2017 | Ilene Hellman | Phone Call with Lauren Kiss to review Payroll Documents for Part Time Employees Re: Warn Complaint | 1.40 | $125.00/hr | $175.00 |
| **Totals For Litigation Matters** | | | **7.30** | | **$1,045.00** |
| **Meeting** | | | | | |
| 11/10/2017 | Neil Bivona | Meeting w/ T. Walenchok (Baker Tilly), D. Scalzo, S. Dinapoli & A. Stoloff re: Title IV close out audit / consulting report scope vs. audit procedures including pre-meeting document review & prep. | 6.00 | $375.00/hr | $2,250.00 |
| **Totals For Meeting** | | | **6.00** | | **$2,250.00** |
| **Meetings with Creditors and/or Representatives** | | | | | |
| 11/22/2017 | Neil Bivona | Call with B. Faustini re: settlement agreement illustration spreadsheet. | 0.70 | $375.00/hr | $262.50 |
| 11/29/2017 | Neil Bivona | Call w/ I. Hammel, B. Pfeiffer, S. Southard and J. Corneau re: IPv4 address proceeds distribution & DIP tracking spreadsheet. | 0.80 | $375.00/hr | $300.00 |
| 11/29/2017 | Neil Bivona | Call w/ R. Bettucci & R. Rosenfeld re: residential property strategy. | 0.60 | $375.00/hr | $225.00 |
| 11/29/2017 | Neil Bivona | Draft e-mail correspondence to M. Grochowski re: Notice of Borrowing. | 0.50 | $375.00/hr | $187.50 |
| 11/29/2017 | Robert Rosenfeld | Call with R. Bertucci and N. Bivona to discuss status of Oakdale residential sales. | 0.60 | $390.00/hr | $234.00 |
| **Totals For Meetings with Creditors and/or Representatives** | | | **3.20** | | **$1,209.00** |
| **Meetings with Debtor and Representatives** | | | | | |
| 11/08/2017 | Neil Bivona | Status update call w/ R. Rosenfeld and S. Southard. | 1.00 | $375.00/hr | $375.00 |
| 11/08/2017 | Robert Rosenfeld | Status call with S. Southard and N. Bivona. | 1.00 | $390.00/hr | $390.00 |
| 11/09/2017 | Neil Bivona | Call w/ R. Rosenfeld, S. southward & J. Corneau to discuss draft Plan of Liquidation & proposed plan structure. | 1.00 | $375.00/hr | $375.00 |
| 11/20/2017 | Neil Bivona | Case status update call w/ S. Southard. | 1.00 | $375.00/hr | $375.00 |
| **Totals For Meetings with Debtor and Representatives** | | | **4.00** | | **$1,515.00** |
| **Meetings with Lawyers** | | | | | |
| 11/01/2017 | Robert Rosenfeld | Meeting with S. Southard to discuss update of issues and tour Brookhaven Campus. | 1.50 | $390.00/hr | $585.00 |
| **Totals For Meetings with Lawyers** | | | **1.50** | | **$585.00** |
| **Monthly Operating Reports** | | | | | |
| 11/08/2017 | Robert Rosenfeld | Work on MOR for October 2017. | 5.50 | $390.00/hr | $2,145.00 |
| **Totals For Monthly Operating Reports** | | | **5.50** | | **$2,145.00** |
| **Phone Call** | | | | | |
| 11/07/2017 | Robert Rosenfeld | Call with S. Southard regarding status of issues. | 0.40 | $390.00/hr | $156.00 |
| 11/08/2017 | Neil Bivona | Planning call w/ T. Walenchok in prep for meeting on Friday. | 0.60 | $375.00/hr | $225.00 |

**RSR Consulting, LLC**                                                                                                               **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**11/1/17 Through 11/30/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 11/29/2017 | Neil Bivona | Call w/ B. Faustini re: ACA reserve for professional fee holdbacks from Oakdale proceeds.  Follow up calls w/ R. Rosenfeld and S. southward re: the same. | 0.60 | $375.00/hr | $225.00 |
| **Totals For Phone Call** | | | **1.60** | | **$606.00** |
| **Plan & disclosure Statement** | | | | | |
| 11/09/2017 | Robert Rosenfeld | Call with S. Southard; J. Corneau; N. Bivona to discuss draft Plan of Liquidation. | 1.00 | $390.00/hr | $390.00 |
| 11/10/2017 | Robert Rosenfeld | Review draft Plan of Liquidation for Debtor. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Plan & disclosure Statement** | | | **2.00** | | **$780.00** |
| **Tax compliance** | | | | | |
| 11/01/2017 | Robert Rosenfeld | Call with Baker Tilly regarding commencement of tax preparation work for Debtor for FYE 6/30/16. | 0.40 | $390.00/hr | $156.00 |
| 11/01/2017 | Robert Rosenfeld | Work on tax filings for Debtor for change of address and responsible party for IRS. | 0.80 | $390.00/hr | $312.00 |
| 11/03/2017 | Robert Rosenfeld | Work on gathering information for tax returns and analysis of financials for tax returns. | 1.50 | $390.00/hr | $585.00 |
| 11/07/2017 | Robert Rosenfeld | Research outstanding information requests relating to tax return preparation for FYE 6/30/16. | 1.00 | $390.00/hr | $390.00 |
| 11/08/2017 | Robert Rosenfeld | Call with R. Cerullo regarding follow up on status of information for support of FYE 6/30/16 tax return (.4); review of information provided by Debtor relating to support of tax return. | 0.50 | $390.00/hr | $195.00 |
| 11/13/2017 | Robert Rosenfeld | Review responses to tax accountants' checklist for data and discuss with R. Cerullo information to prepare. | 1.00 | $390.00/hr | $390.00 |
| 11/15/2017 | Robert Rosenfeld | Work on information response to Baker Tilly for FYE 6/30/16 tax returns. | 1.50 | $390.00/hr | $585.00 |
| **Totals For Tax compliance** | | | **6.70** | | **$2,613.00** |
| **UST Reporting** | | | | | |
| 11/09/2017 | Robert Rosenfeld | Make revisions to MOR for October based on comments to drafts. | 0.50 | $390.00/hr | $195.00 |
| 11/13/2017 | Robert Rosenfeld | Update MOR for revisions for October report and filing with Court. | 1.00 | $390.00/hr | $390.00 |
| **Totals For UST Reporting** | | | **1.50** | | **$585.00** |
| **Grand Total** | | | **215.70** | | **$80,299.00** |

**RSR Consulting, LLC** **Exhibit D**
**Dowling College - Case #16-75545 (REG)**
**Detailed Expense Report**
**11/1/17 Through 11/30/17**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 11/13/2017 | Robert Rosenfeld | Right Networks monthly charge | $6.00 |
| 11/30/2017 | Robert Rosenfeld | QuickBooks annual subscription and hosting fee for 11/30/17 to 11/30/18 | $2,226.76 |
| **Totals Billable Amounts for Accounting-software** | | | **$2,232.76** |
| **Office Supplies** | | | |
| 11/07/2017 | Robert Rosenfeld | Ink toner for printer at Brookhaven site for printing checks. | $72.01 |
| **Totals Billable Amounts for Office Supplies** | | | **$72.01** |
| **Postage & Shipping** | | | |
| 11/13/2017 | Robert Rosenfeld | Postage for Signature account documents for Student Collection account. | $0.49 |
| 11/13/2017 | Robert Rosenfeld | Notary fees & overnight delivery for 56 Van Bomel closing documents. | $65.96 |
| 11/27/2017 | Robert Rosenfeld | UPS & Notary charges for 72 Chateau closing. | $29.98 |
| **Totals Billable Amounts for Postage & Shipping** | | | **$96.43** |
| **Grand Total** | | | **$2,401.20** |