**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Stephanie R. Sweeney

*Counsel to the Debtor and Debtor-in-
    Possession*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| DOWLING COLLEGE, | : |
| f/d/b/a DOWLING INSTITUTE, | : Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : |
| ASSOCIATION, | : |
| f/d/b/a CECOM, | : |
| a/k/a DOWLING COLLEGE, INC., | : |
| | : |
| Debtor. | : |

---------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION REGARDING NOTICE
OF PROPOSED SALE OF RESIDENTIAL PORTFOLIO
LOCATED AT 39 CHATEAU DRIVE, OAKDALE, NY 11769**

Pursuant to 28 U.S.C. § 1746, the undersigned certifies as follows:

1.  On December 1, 2017, Dowling College (the "Debtor") filed a *Notice of Proposed Sale of Residential Portfolio Located at 39 Chateau Drive, Oakdale, NY 11769* (the "Sale Notice") [DE 457].

2.  On July 28, 2017, in accordance with the Second Order Authorizing Sales of Residential Portfolio and Related Procedures [DE 164], the Sale Notice was served on all

interested parties. The affidavit of service related to the Sale Notice was filed at Docket Entry 460.

3. Pursuant to the Sale Notice, objections to the proposed sale had to be filed by December 11, 2017 (the "Objection Deadline").

4. The Objection Deadline has passed and no objections or other responsive pleading to the Sale Notice has been filed with the Court or served upon the Debtor's undersigned counsel.

5. Accordingly, the Debtor will proceed to close the sale of the Debtor's property located at 39 Chateau Drive, Oakdale, NY 11769 free and clear of all liens, claims, interests and encumbrances.

Dated:   New York, New York
         December 12, 2017

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:   */s/ Sean C. Southard*
      Sean C. Southard
      Stephanie R. Sweeney
      200 West 41st Street, 17th Floor
      New York, NY 10036
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: ssouthard@klestadt.com
             ssweeney@klestadt.com

      *Counsel to the Debtor and Debtor in*
        *Possession*