1    UNITED STATES BANKRUPTCY COURT

2    EASTERN DISTRICT OF NEW YORK

3    Case No. 8-16-75545-reg

4    Adv. Case No. 8-16-08178-reg

5     -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- - x

6    In the Matter of:

7

8    DOWLING COLLEGE,

9

10              Debtor.

11     -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- - x

12    ZAIKOWSKI,

13              Plaintiff,

14       v.

15    DOWLING COLLEGE,

16              Defendant.

17    -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- - x

18

19

20

21

22

23

24

25

Page 2

1                    United States Bankruptcy Court

2                    Long Island Federal Courthouse

3                    Central Islip, New York 11722

4

5                    November 27, 2017

6                    1:39 PM

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21    B E F O R E:

22    HON. ROBERT E. GROSSMAN

23    U.S. BANKRUPTCY JUDGE

24

25    ECRO: MT/DB

Page 3

1

2    HEARING Re [4] ADJ Summons and Notice of Pre-Trial Conference

3

4    HEARING Re [74] ADJ Order Scheduling Initial Case Management

5    Conference.

6

7    HEARING Re [432] Second Application for Compensation by

8    Silverman Acampora LLP as Counsel to the Official Committee

9    of Unsecured Creditors for Fees of $187,610.50 Expenses:

10   $906.94 by Ronald J Friedman on behalf of Official Committee

11   Of Unsecured Creditors.

12

13   HEARING Re [437] Interim Application for Compensation by

14   Farrell Fritz, P.C. as Special Counsel for Fees of

15   $13,659.00 Expenses: $307.72 by Patrick T Collins on behalf

16   of Farrell Fritz, P.C.

17

18   HEARING re [433] Interim Application for Compensation by

19   Klestadt Winters Jureller Southard & Stevens, LLP as General

20   Bankruptcy Counsel to the Debtor and Debtor in Possession for

21   Fees of $855,933.15 Expenses: $11,385.56 by Sean C Southard

22   on behalf of Dowling College.

23

24

25

Page 4

1

2     HEARING re [434] Final Application for Compensation by Hilco

3     IP Services, LLC d/b/a Hilco Streambank as Broker for the

4     Debtor for Fees of $51,118.08 Expenses: $0.00 by Sean C

5     Southard on behalf of Dowling College.

6

7     HEARING Re [435] Interim Application for Compensation by

8     Eichen & DiMeglio, P.C. as Accountants to the Debtor and

9     Debtor in Possession for Fees of $20,550.00 Expenses: $485.37

10    by Sean C Southard on behalf of Dowling College.

11

12    HEARING Re: [436] Interim Application for Compensation by FPM

13    Group, LTD. as Consultants to the Debtor and Debtor in

14    Possession for Fees of $29,346.05 Expenses: $3,478.57 by Sean

15    C Southard on behalf of Dowling College.

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

1    A P P E A R A N C E S :

2

3    KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP

4         Attorneys for Dowling College, Debtor

5         200 West 41st Street, 17th Floor

6         New York, NY 10036

7

8    BY:   SEAN C. SOUTHARD

9         LAUREN C. KISS

10

11   SILVERMAN ACAMPORA, LLP

12        Attorneys for Official Committee of Unsecured

13        Creditors

14        100 Jericho Quadrangle, Suite 300

15        Jericho, NY 11753

16

17   BY:  RONALD J. FRIEDMAN

18

19   FARRELL FRITZ, P.C.

20        Attorneys for Debtor

21        1320 RXR Plaza

22        Uniondale, NY 11556

23

24   BY:  PATRICK T. COLLINS

25

Page 6

1    CERTILMAN, BALIN, ADLER & HYMAN

2          Attorneys for ACA Financial Guaranty Corp, Creditor

3          90 Merrick Avenue

4          East Meadow, NY 11554

5

6    BY:  RICHARD J. MCCORD

7

8    UNITED STATES DEPARTMENT OF JUSTICE

9          Attorney for the U.S. Trustee

10          Courthouse 560 Federal Plaza

11          Central Islip, NY 11722

12

13    BY:  STAN YANG

14

15    MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

16          Attorney for Members of the Dowling Board of Trustee's

17          990 Stewart Avenue, Suite 300, PO Box 9194

18          Garden City, NY 11530

19

20    BY:  HOWARD B. KLEIBERG

21

22

23

24

25

```
 1   OUTTEN & GOLDEN, LLP

 2         Attorney for Lori Zaikowski, Creditor

 3         685 Third Avenue, 25th Floor

 4         New York, NY 10017

 5

 6   BY:  JACK A. RAISNER

 7

 8   HILCO STREAMBANK

 9         Attorneys for Hilco Streambank

10         1500 Broadway, 8th Floor

11         New York, NY 10036

12

13   BY:  JACK HAZAN (TELEPHONICALLY)

14

15   MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO

16         Attorney for UMB Bank

17         One Financial Center

18         Boston, MA 02111

19

20   BY:  IAN HAMMEL (TELEPHONICALLY)

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S

 2            CLERK:  -- presiding.

 3            THE COURT:  Good afternoon.

 4            UNISON:  Good afternoon.

 5            THE COURT:  Please be seated.

 6            CLERK:  Matter number 78 through 85.  Dowling

 7    College.

 8            MR. SOUTHARD:  Good afternoon, Your Honor.  Sean

 9    Southard, placed at Winters, Jureller, Southard and Stevens

10    on behalf Dowling College, Debtor in Possession.  With me

11    this afternoon, Your Honor, is my colleague, Lauren Kiss.

12            MR. FRIEDMAN:  Good afternoon, Your Honor.  Ronald

13    Friedman from Silverman Acampora.  Counsel to the Creditors.

14            MR. COLLINS:  Good afternoon, Pat Collins.

15    Farrell, Fritz, Special Counsel to the Debtor.

16            MR. MCCORD:  Good afternoon, Your Honor.  From

17    Certilman Balin, Richard McCord for ACA Financial.

18            MR. YANG:  Good afternoon, Your Honor.  Stan Yang

19    for the United States Trustee.

20            MR. KLEINBURG:  Howard Kleinberg, Meyer Suozzi for

21    the Dowling Board of Trustee Members.

22            MR. RAISNER:  Good afternoon, Your Honor.  Jack

23    Raisner on behalf of Lori Zaikowsi, (indiscernible).

24            CLERK:  Please state your phone appearance?

25            MR. HAZAN:  Jack Hazan, on behalf of Hilco
```

1    Streambank.

2            MR. HAMMEL:  And good afternoon, Your Honor.  Ian

3    Hammel on behalf of UMB Bank.

4            CLERK:  That's it.

5            THE COURT:  Is that it?  Okay.

6            MR. SOUTHARD:  Thank you, Your Honor.  Your Honor,

7    there are a few matters on the calendar today, but I thought

8    I would start off with a brief status update for Your Honor.

9    The -- we are just about a year into this case now, Your

10   Honor, and in terms of the progress on a plan of liquidation,

11   I can report that the Debtor has drafted and circulated to

12   the major constituents a draft of that plan about 10 days

13   ago; two weeks ago.  And I do expect, subject to a change in

14   circumstances that's unforeseen at present, that we should be

15   able to make the filing deadline under Your Honor's last

16   exclusivity extension order, which I believe is January 23rd.

17   And we are essentially awaiting feedback from the Creditor

18   parties on that draft; although we did have some discussions

19   -- some meaningful discussions -- about the structure and the

20   like before we put that draft out.

21           In relation to the sort of largest open item now

22   before, Your Honor; the Brookhaven Campus Salem the parties -

23   - the Debtor and its brokers together with the -- again,

24   different Creditor constituents have discussed the current

25   schedule and based on the status of the marketing effort,

1    which I'm pleased to say includes a lot of interest including

2    some very recent showings for the first time to interested

3    parties, that it has been suggested since we're pressing up

4    on the holiday season and there seems to be a lot of

5    competition for yearend deal closing attention; that we

6    should push off until after the New Year, the proposed bid

7    deadline auction and then sale approval hearing.

8         So Your Honor, will recall that we had -- based on

9    the existing bidding procedures order and bidding procedures

10   set a bid deadline of December 4th with a potential auction

11   on December 7th.  The sale hearing was then set before Your

12   Honor for December 18th.  What the parties have discussed and

13   conferred about would be a proposed amended schedule, subject

14   to Your Honor's views of a bid deadline of January 25, 2018

15   with a potential auction date of January 31st.  And then an

16   ideal sale hearing being on February 5th; which I think was a

17   date that was available on Your Honor's calendar.

18        So I wanted to bring that update to Your Honor's

19   attention.  That is the consensus after consideration of the

20   Debtor's advisors, as well as the different Creditor parties,

21   including the Committee all are in consensus on moving that

22   process out beyond the New Year.

23        THE COURT:  If that's what the brokers and

24   everybody thinks is the right way to do it; I don't have

25   input on that.

1          MR. SOUTHARD:  Thank you, Your Honor.  I appreciate

2    that.  So what we would intend to do then would be to notice

3    -- file an updated notice on the docket.  And also, serve

4    that notice on the relevant interested parties giving those

5    new dates and deadlines.  Separately, the brokers will reach

6    out to all of the interested parties that they know to exist

7    now and make those new deadlines known to them.  And any

8    further marketing that would be done by them would,

9    obviously, identify these new dates and deadlines.  So I

10   appreciate that, Your Honor.

11         And I think that subject to Your Honor's questions

12   on other pending status items could bring us to the agenda

13   today.

14         THE COURT:  All right.

15         MR. SOUTHARD:  So first on the proposed agenda,

16   Your Honor.  Well, I guess the first several matters on the

17   agenda are really the fee applications of the various

18   professionals in the case.  Those include my firm, as counsel

19   to the Debtor; Silverman Acampora as counsel to the Official

20   Committee of Unsecured Creditors.  Those are both interim fee

21   applications; second interim, in fact.  And then we have

22   Hilco IP Services doing business as Hilco Streambank.  Mr.

23   Hazan is on the phone, on behalf of them and that is a final

24   fee application for Hilco.  They were -- had a discreet role

25   in relation to the sale of the Debtor's IP addresses that

1    closed back in the late summer.  So they have actually

2    already been paid that fee, but this is a final hearing to

3    approve that contingent fee arrangement.

4           Then, there's the Eichen and DiMeglio firm as the

5    Debtor's accountants, tax accountants.  FPM Group Limited,

6    the Debtor's consultants in relation to some of the planning

7    that took place in relation to the Brookhaven property.  And

8    then, finally the Farrell Fritz firm as special counsel to

9    the Debtor in a similar role related to the Brookhaven

10   planning process.

11          Your Honor, the fee applications -- all of which,

12   again, are interim with the exception of Hilco, cover the

13   period from April 1st through September 30th.  So roughly a

14   six-month period and those fee applications were noticed up

15   properly and widely.  I'm pleased to say there are no

16   objections that have been filed or received.  There was one

17   discussion that took place with the US Trustee's Office in

18   relation to the request by the professionals to release the

19   prior interim holdbacks that were in place, which is

20   basically 20 percent of the fees incurred for the interim

21   periods.

22          And there was some concern by the US Trustee's

23   Office about whether that should be permitted under the

24   circumstances of these cases.  And a -- sort of an

25   alternative compromise proposal was discussed and I believe

1    is supported by the US Trustee's Office at this point.  Which

2    is that of the two interim periods for which there are 20

3    percent holdbacks on account of each period, that the first

4    interim holdback period would be released, subject to Your

5    Honor's approval, which happens to be the smaller of the two

6    periods in terms of aggregate holdback amounts.  And I

7    believe with that modification to the applications, the US

8    Trustee's Office would support the payment of fees in that

9    respect.

10            I'm not sure, Your Honor, if you'd like me to take

11    you through each of the individual amounts and

12    responsibilities and action by each of the professionals --

13            THE COURT:  Have all these fees been paid?

14            MR. SOUTHARD:  Yes, Your Honor.  They have all been

15    paid to the tune of 80 percent, thus far, in accordance with

16    Your Honor's interim fee compensation order.  So for the

17    period through September --

18            THE COURT:  But if the remaining property is sold

19    at less than one expects it to be sold for, how are the

20    professionals all getting paid at the end?  Are the banks

21    paying them?

22            MR. SOUTHARD:  Your Honor, the --

23            THE COURT:  Is there a carveout that covers all the

24    fees incurred?

25            MR. SOUTHARD:  Correct, Your Honor.  The fees in

1    question, including the holdbacks, have always been a part of

2    the budget which was approved by the lenders here and is also

3    part of committed amount of the facilities in place in terms

4    of the Debtor possession financing.  So --

5              THE COURT:  Now, are the fees that the lenders are

6    committed to allow you to take, part of the total amount that

7    the secured Creditor is willing to tender for a distribution?

8    In other words, the lower your fees, is the higher the

9    distribution?

10              MR. SOUTHARD:  The lower our fees, I guess,

11   hypothetically in the aggregate; the notion that if there are

12   less administrative amounts paid out, that at the end of day

13   -- and that would include not only professional fees, but any

14   administrative costs.  If there are less in the aggregate,

15   then there could be more in the end that flows out to

16   possibly the --

17              THE COURT:  So the carveout is of any number, a

18   percentage, ultimately, of whatever the total recovery is,

19   correct?

20              MR. SOUTHARD:  I'm not sure which carveout you're

21   speaking to, Your Honor.

22              THE COURT:  How do the people -- you have a class

23   action case we're going to talk about today.  They get a

24   judgment.  You get a -- other claims; there's claims in this

25   case.  If the property in -- the remaining property is sold

1    for less than originally anticipated, I assume the total

2    amount of the carveout is less because it's all a percentage.

3    Or, is that not right?

4             MR. SOUTHARD:  It -- okay, I now understand.

5    You're talking about the carveout in terms of the amount that

6    was --

7             THE COURT:  The deal with the Committee part.

8             MR. SOUTHARD: -- set aside for the Unsecured

9    Creditors, right?

10             THE COURT:  Right.

11             MR. SOUTHARD:  So Your Honor, that -- there is a --

12    by asset classification, there is a minimum dollar figure

13    carveout amount that exists in their favor and then, there is

14    a sharing percentage.  In essence, an upside sharing

15    percentage on each of those different categories.  So it

16    would be on the -- hypothetically on the upside sharing

17    percentage that if there were in the aggregate less

18    administrative costs, there would be more that's billed --

19             THE COURT:  Well, why wouldn't it be true on the

20    minimum, too?  If there were less administrative costs, the

21    minimum --

22             MR. SOUTHARD:  Because under any --

23             THE COURT: -- would generate great --

24             MR. SOUTHARD: -- well, under any circumstance, the

25    minimum will be achieved, I believe.

1          THE COURT:  But the amount of the minimum that goes

2     towards administrative claims is unknowable right now.  You

3     don't know what the administrative claims --

4          MR. SOUTHARD:  Oh, Your Honor, on a --

5          THE COURT: -- are going to be.

6          MR. SOUTHARD: -- on the -- there is no cap on the

7     administrative claims.  If that is, if that is your question;

8     or priority.  The priority would be paid in full.

9          THE COURT:  Yeah, I'm not asking this right.  If

10    the minimum generated $5 million dollars.  If it -- I don't

11    care what number you pick, $5 million dollars.  And the deal

12    is from that, the estate gets not less than 20 percent; 10

13    percent -- I don't know.  Whatever the number is.  Twenty

14    percent; a million bucks.  I have a million dollars now

15    sitting there; secured Creditors are gone.  They've gotten --

16    taken their money; left.  And I have administrative claims of

17    $999,000.  Does that mean that all of the other claims -- the

18    junior claims would split a dollar, or a thousand dollars?

19    Or, do they always get a minimum distribution; regardless of

20    the amount of the administrative claims?

21         MR. SOUTHARD:  I believe they always get the

22    minimum distribution.  The only, the only caveat I would say

23    is if priority claims and we're talking priority unsecured,

24    not administrative; but priority unsecured.  If there were a

25    circumstance where there were not enough of a minimum --

1                THE COURT:  Yeah, that I understand.  I'm just --

2                MR. SOUTHARD: -- to get through those.

3                THE COURT:  I'm making two classes:

4       administrative; everybody else.

5                MR. SOUTHARD:  Yeah.

6                THE COURT:  Everybody else, as of today, will

7       always get -- regardless of what you guys bill or anybody

8       else -- "x".  They could get "x" plus; but they will never

9       get less than "x".

10               MR. SOUTHARD:  I believe that to be the case, Your

11      Honor.  But Committee's counsel --

12               THE COURT:  The what?

13               MR. SOUTHARD: -- who struck the deal can certainly

14      speak to that.

15               MR. FRIEDMAN:  That's correct, Your Honor.

16               THE COURT:  Okay.  So once you get past "x";

17      there's a sharing percentage, right?

18               MR. FRIEDMAN:  Yes.

19               THE COURT:  And is that sharing percentage limited

20      to the Unsecureds?  Because the Administratives always get

21      paid in full?

22               MR. FRIEDMAN:  Yes, Your Honor.

23               THE COURT:  So your fees should not impact

24      distributions to Creditors?

25               MR. FRIEDMAN:  Yes, Your Honor.

1              THE COURT:  Or, in other words, but the banks are

2     paying your fees out of their secured claims?

3              MR. FRIEDMAN:  Yes, Your Honor.

4              THE COURT:  All right.  It's their money.  Is that

5     how you understand it, Stan?

6              MR. YANG:  Yep.

7              THE COURT:  All right.  Fine.  Not me.  I guess,

8     it's right; God just spoke.  Yeah, so other than the Court

9     and the other appropriate parties reviewing the fees for

10    normal propriety, one of the things I don't have to consider

11    is that the amount of fees impact distribution?

12             MR. SOUTHARD:  Correct, Your Honor.

13             THE COURT:  All right.  Makes life easier.  All

14    right, let's go through each one of them.

15             MR. SOUTHARD:  Okay.  Your Honor, first we'll start

16    with my firm.  Your Honor, as I mentioned, this is our second

17    interim application --

18             THE COURT:  Klestadt tells me he doesn't need

19    money; he's flush.

20             MR. SOUTHARD:  Is that, right?  You must be having

21    decidedly different conversation.  I would like to record

22    that, Your Honor; if possible.

23             Your Honor, our fee application -- again, is for

24    the period from April 1, 2017 through September 30, 2017;

25    Docket entry number 433.  We seek interim compensation for

1    that period in the amount of $855,933.15.  Your Honor, in

2    terms of the amounts paid to date; those total 80 percent of

3    the fees sought and full expenses under the interim

4    compensation order.  So the only amount that we are asking to

5    be paid in addition to that, which we've already been paid to

6    date would be the 20 percent holdback associated with the

7    first interim fee period which is for the period November 29,

8    2016 through March 31 of 2017.

9              THE COURT:  So you got a 100 grand you want?

10             MR. SOUTHARD:  And that's approximately $104,000,

11   Your Honor; correct.  The -- Your Honor, during this second

12   interim period, our firm was lead counsel through a fairly

13   intense period of time that involved the sale process for the

14   Oakdale Campus.  Probably the largest amount of our fees

15   incurred are --

16             THE COURT:  Yeah, I read through -- too much time

17   on my hands -- all of the timesheets, the fees and

18   everything.  It looked like good and bad; well, everybody

19   does.  So I learned a long time ago that I can't figure out,

20   having done it myself, what they really mean when a third-

21   party reads them; I deal with worse-case.  And you guys got

22   rid of a major piece of property.  You fought through a --

23   all of you -- default by one party.  Somehow, you got that

24   party to walk away from its deposit; which I still don't

25   understand, but they did.  Somebody else is running it and

1    nobody's called me to complain about who's running it or what

2    they're doing.  So I consider that a really good.

3            So I'm a little concerned about the second

4    property.  But as you say, it fits within the scope you guys

5    cut.  And the other part of all of these fee apps these

6    varies in larger cases, which this is out here, is there is a

7    hesitancy.  It used to be people would bring their

8    adversaries; their litigation and you could understand it in

9    the context of a plan.  Nobody seems to do that anymore;

10   everything is brought in litigation trust.  So you've got to

11   confirm a plan and then see what cases, if any, are brought;

12   and over what time those cases generate or don't generate

13   money.  It makes it very hard to evaluate plans because it --

14   and yours is not the exception; it's the rule.  Nobody's been

15   sued in this case.

16           And yet, there's a significant portion of the

17   disclosure documents that will be, by the way, we have causes

18   of action, I assume.  And you can look for additional funds

19   in distributions from those because that was part of the deal

20   you got, which was the -- These claims are Section Action V

21   claims.  So for an interim, I'm not going to worry about

22   that.  I think you've done what you should do up to this

23   point.  But these are interims and it is not that somebody

24   needs to bring an action, but it's the same thing I said in

25   another case out here recently.  Somebody has to explain how

1    this all happened.  It could be perfectly benign.  It could

2    just be the luck of the draw; that's the way it is.  But in

3    these kinds of cases, whether it's this or a large not-for-

4    profit, the way we evaluate the case and the public has a

5    right to know how you got there.  It affects thousands of

6    people.  And again, there may be no culpability on anybody's

7    part; I'm not advocating that there is.  But that disclosure

8    document's going to have to explain the analysis and why you

9    reached those conclusions.

10            MR. SOUTHARD:  Understood, Your Honor.  I think --

11    in very brief response to that.  The Debtor will most

12    certainly have a view as to how things went pre-petition; and

13    why they ended up where they did.  It will likely be that

14    that view is not necessarily shared in total with the

15    Official Committee of Unsecured Creditors who is going to be

16    investigating matters and has been investigating certain

17    matters to date.  So I would envision that there may be two

18    different views expressed in terms of disclosure --

19            THE COURT:  This is the time.  This is the

20    statutory time is over Wednesday.

21            MR. SOUTHARD:  This --

22            THE COURT:  Not to bring certain actions.  Your

23    extension of one year to bring a case that otherwise would

24    not have been able to be brought is over on Wednesday.  You

25    can't bring any of those cases.  You may not have any of

1   them.  But that has come as a rude awakening to some people

2   in the past.  Whatever else you had and I'm sure people have

3   analyzed that, but it wouldn't be good if we find out after

4   the fact that cases that could have been brought were missed.

5   If that happens, that'll be a problem for some people.  I

6   remember the lawyers.

7           MR. SOUTHARD:  Understood, Your Honor.

8           THE COURT:  But outside of that, yeah, I have no

9   problem with this.  So unless anybody wants to be heard on

10   this; I'll grant the motion relative to Klestadt and Winters,

11   and I'll release the $104,579.25.

12           MR. SOUTHARD:  Thank you, Your Honor.

13           THE COURT:  Which is a whole -- but that is not

14   precedent for releasing holdbacks.  It's only because of UST

15   here is an objector.

16           MR. SOUTHARD:  Understood, Your Honor.

17           THE COURT:  Because if they object to that, I don't

18   release holdbacks; unless there's some emergency for a firm,

19   but that creates other problems.  So not having --

20           MR. YANG:  Your Honor, I just want to clarify.  It

21   -- under this particular case, under the circumstances that

22   we negotiated.  And that's why we find their --

23           THE COURT:  Yeah, it makes sense.  No, you're --

24           MR. YANG:  Plus, I don't want anybody having this

25   conception that that's -- this is standard or this is the

1    perceptions of these holdback issue release during interim

2    period.  This is a very different case.

3              THE COURT:  I agree and that's why I went through

4    the first 10 minutes, the fact that the money that's the

5    subject of this is never really going to Creditors.  It's

6    always dedicated to you guys; and if the banks want to pay

7    it, that's fine.  I have no problem with it.  All right, so

8    Klestadt and Winters is taken care of.

9              MR. SOUTHARD:  Thank you, Your Honor.

10             THE COURT:  Amazing.  Tracey says he doesn't need

11   the money.

12             MR. SOUTHARD:  I don't -- again, I would love to

13   get a recording of that.

14             THE COURT:  I want you to docket note -- no, I'm

15   kidding.  All right, let's go to the next one.

16             MR. SOUTHARD:  Your Honor, I will I guess, first go

17   through all of the Debtor professionals.  And then, I'll let

18   Committee Counsel speak for their own fees.

19             THE COURT:  All right.

20             MR. SOUTHARD:  Hilco IP Services, Your Honor, was

21   again retained as a broker in relation to the Debtor's sale

22   of certain IP addresses and had a very successful auction

23   process that resulted in a sale of approximately $850,000.

24             THE COURT:  Hilco is represented, correct?

25             MR. SOUTHARD:  Hilco is on the phone.  Yes, Your

Page 24

1    Honor.  Represented Mr. Hazan; Jack Hazan is on the phone for

2    them.  And --

3              THE COURT:  Mr. Hazan, this is your final act,

4    right?

5              MR. HAZAN:  Yes, Your Honor.

6              THE COURT:  Okay.

7              MR. SOUTHARD:  Your Honor, the fees sought are

8    essentially, six percent of the total aggregate sale

9    proceeds.

10             THE COURT:  Yeah, I looked at it.  I don't have a

11   problem with this.

12             MR. SOUTHARD:  Okay.

13             THE COURT:  Nobody's objected.  Court will grant

14   that motion.

15             MR. SOUTHARD:  Thank you very much.  Your Honor,

16   then --

17             MR. HAZAN:  Thank you, Your Honor.

18             MR. SOUTHARD:  The next item we have, next motion

19   is a second interim fee application by Eichen and DiMeglio,

20   P.C.  They are tax accountants for the Debtor.  Their

21   application was docketed at Number 435.  They seek fees on an

22   interim basis for the period of $20,550.  And Your Honor, if

23   --

24             THE COURT:  Is there an ERISA plan that's got to

25   closed here?

1          MR. SOUTHARD:  There was and it was closed, Your

2     Honor.

3          THE COURT:  So we got -- we're done with that?

4          MR. SOUTHARD:  Correct.

5          THE COURT:  Thank you, okay.

6          MR. SOUTHARD:  And that's -- that was part of their

7     function, Your Honor.

8          THE COURT:  Yep.

9          MR. SOUTHARD:  So the interim holdback for the

10    first period for Eichen and DiMeglio is an amount of

11    $7,231.40.

12         THE COURT:  Yeah, this is -- this is for $20,000?

13         MR. SOUTHARD:  Yes, Your Honor.

14         THE COURT:  Any objections on this?

15         MR. SOUTHARD:  No objections that we're aware of.

16         THE COURT:  Court will grant the motion.

17         MR. SOUTHARD:  Thank you, Your Honor.  The next,

18    Your Honor, is the application; again, a second interim by

19    FPM Group, Limited.  They are the consultants to the Debtor,

20    in relation to the Brookhaven planning process.  Your Honor,

21    their application for the period in question is $29,154.99.

22    And the holdback associated for them with the first interim

23    period is $5,768.65.  Again, no objections.  And we would ask

24    --

25         THE COURT:  Now, we're releasing the holdbacks on

1    all the first -- on all these orders?

2            MR. SOUTHARD:  That is the request, Your Honor,

3    that was discussed and agreed, I believe.

4            THE COURT:  Court will grant the motion.

5            MR. SOUTHARD:  Thank you, Your Honor.  Your Honor,

6    the Farrell Fritz firm then is the last of the Debtors

7    professionals.  Their application for the period is for

8    $13,659.  They do not have any holdback associated with the

9    first interim period because of the date of their retention.

10   So the request is for interim allowance for them in the

11   amount of $13,650 -- 59 dollars.  Again, no objections.

12           THE COURT:  All right.  Court will grant the

13   motion.

14           MR. SOUTHARD:  Thank you, Your Honor.  I'm happy to

15   address --

16           THE COURT:  What are you, choosing sides?

17           MR. SOUTHARD: -- Mr. Silverman.

18           THE COURT:  He didn't even have to stand to get his

19   application.

20           MR. SILVERMAN:  Just said he was really

21   (indiscernible).

22           MR. SOUTHARD:  Your --

23           MR. SILVERMAN:  I wondered if I could sit?

24           MR. SOUTHARD: -- you can, if you like.  It's up to

25   you.  Your Honor, the Silverman Acampora firm; counsel to the

1     Official Committee of Unsecured Creditors has filed a second

2     interim fee application --

3              THE COURT:  You're letting him do this for you?

4              MR. SILVERMAN:  Let's give him a shot at it.

5              MR. SOUTHARD:  I think it's a track record of

6     success this morning -- or this afternoon, Your Honor.

7              THE COURT:  Nobody bats a thousand.

8              (Laughter)

9              MR. SOUTHARD:  Ouch.  Counsel to the Official

10    Committee of Unsecured Creditors, their motion is docketed at

11    Number 432.  For the second interim period, they seek

12    allowance of $187,610.50.  Your Honor, for the first interim

13    period, the holdback associated with their firm is

14    $41,198.50; and they would seek the release of that holdback.

15             THE COURT:  Now --

16             MR. SOUTHARD:  Again, no objections, Your Honor.

17             THE COURT:  The plan is going to provide, I assume,

18    full litigation trust of some form of entity?

19             MR. SOUTHARD:  Yeah, that is what the current

20    drafts provides for a trust.

21             THE COURT:  And will the Silverman firm be retained

22    for that?  To do the work for that?

23             MR. SOUTHARD:  Highly likely, Your Honor.

24             THE COURT:  Okay.  All right.  Court will grant the

25    motion.  Well, I'll wait a second.

1    MR. SOUTHARD:  Thank you, Your Honor.

2    MR. SILVERMAN:  Thank you, Your Honor.

3    THE COURT:  Kenny doesn't need money, either.  None

4    of you guys --

5    MR. SILVERMAN:  He didn't say it's (indiscernible).

6    THE COURT:  It's you guys (indiscernible).

7    MR. SILVERMAN:  You know how that ought to go.

8    THE COURT:  Your senior guys are all flush.  Court

9    grant the motion.

10    MR. SOUTHARD:  Thank you very much, Your Honor.  I

11    believe that takes care of all of our fee -- professional fee

12    applications today.

13    There's one other matter on the calendar today,

14    Your Honor.  And that is the adjourned pre-trial conference

15    associated with the Zaikowski litigation; which is the Warren

16    Act litigation that we've spoken with Your Honor about now on

17    --

18    THE COURT:  This is a class action?

19    MR. SOUTHARD: -- several occasions.  It is, indeed,

20    a class action, Your Honor.  It served -- the class was

21    certified by Your Honor by order of this Court; I believe

22    back in May of this year.  And Your Honor, we had proceeded

23    to mediation with the assistance of Mr. (indiscernible) and

24    the parties have essentially been sharing information.  The

25    Debtor was doing a great deal of diligence and calculations

1    about the different buckets of claims that exist for what

2    are, essentially, about 300 employees that we're talking

3    about within the --

4              THE COURT:  These are the --

5              MR. SOUTHARD: -- broad context --

6              THE COURT: -- the teachers through any other

7    employee?

8              MR. SOUTHARD:  Correct, Your Honor.

9              THE COURT:  Okay.

10              MR. SOUTHARD:  There are three different sets of

11    unionized labor.  There then is a large group of unaligned

12    employees; but it governs all the terminated employees from

13    the professors to the maintenance folks who worked in the

14    different facilities.  And each of them had a slightly

15    different, sometimes largely different entitlement under the

16    different documents.  And I -- where we are today, Your

17    Honor, is I think we've made a good deal of progress, but

18    we're not there yet.  I do, however, believe that based upon

19    the progress we've made over the weekend, that it's time to

20    fold into our discussion the Official Committee of Unsecured

21    Creditors and to some extent, the Secured Creditors who, Your

22    Honor, pointed out previously ultimately pays the freight on

23    this one.  I think the Debtor has taken matters and framed

24    matters, as well as they can under the circumstances.  There

25    is a proposal now that is material on the table and I think

1    it's time for us to fold in -- first the Committee into that

2    discussion and my proposal and my goal, Your Honor, would be

3    for the Court, would be to come back before you on December

4    the 18th, which I believe is our next hearing date before the

5    Court.  Hopefully, with a settlement that's been agreed to by

6    those major case constituents, which would then permit us to

7    go out with that proposal to the affected employees.

8            THE COURT:  Has anybody determined what the maximum

9    exposure potentially is?

10           MR. SOUTHARD:  We have, Your Honor, come up with --

11   there are a couple of different, as you would imagine,

12   viewpoints on what those maximum damages could be.  But they

13   are -- they're north of a million dollars in terms of the

14   Warren Act piece.  But one of the things that I think that's

15   important to understand about why we've been taking some

16   additional time with this is it -- our goal and our proposal

17   is going to be resolve all of the employee claims, as part of

18   this settlement.  So that we are able to button it all up,

19   for lack of a better phrase and let employees know exactly

20   what they'll get in terms of priority and non-priority

21   unsecured claims as a result of this negotiation.

22           THE COURT:  Well, let me suggest to you that -- I

23   think that's a good idea for two reasons.  One, it makes

24   sense to limit the amount of litigation we have to spend in

25   this case.  And class action lawsuits, I guess a couple of

1    you have been through one with me we had out here years ago

2    and there's been some new ones as well; it's an expensive

3    proposition.  And the percent of those fees, of the

4    collection that goes to the counsel, has become an issue as

5    I'm sure people are aware of.  One just in the Southern

6    District which was a class action suit by someone claiming

7    there was too much pulp and orange; I don't know, one of

8    these cases.  And a hundred percent of the money went to the

9    lawyers; and the individuals who were in the class action got

10   coupons to get canned orange juice or something, which was a

11   similar result to what we found in another case out here.  It

12   made sense, but with this constituency, that would be a hard

13   result.

14            MR. SOUTHARD:  Yeah.

15            THE COURT:  Put it that way.

16            MR. SOUTHARD:  I agree, Your Honor.  And certainly

17   from the Debtor's perspective, we can appreciate that dynamic

18   and our -- in part, going to fold in the Committee for --

19            THE COURT:  I --

20            MR. SOUTHARD:  -- that consideration.

21            THE COURT: -- and the second, the second reason,

22   just so you should be aware is I had a case -- I have a case.

23   I had a hearing last week on the disclosure statement in a

24   large case, not-for-profit, where the debate now is third-

25   party releases.  Judge Bernstein issued a decision last week

1    -- last week; probably wrote it two weeks ago -- last week

2    and it's a place where I have gone before.

3             And in his case, I read the decision; I agree with

4    his decision.  There are cases all over the lot now.  Some of

5    the cases just came out of another circuit where the argument

6    clearly is that we have jurisdiction to grant third-party

7    releases, which Judge Bernstein didn't think we do.  My

8    intuition is I do; but that will depend on the case.  But my

9    general feeling is I'm not going to grant them.

10            And the disclosure statement to the extent people

11   view that as a confirmation issue; then the disclosure

12   statement is going to need to disclose the mechanism by which

13   a individual being asked to vote is treated if they vote.  If

14   they don't vote at all, can they vote to grant a release?  In

15   that sense, you could have a narrow group.  Can they opt out

16   of the release and get the distributions?

17            But I think it's something you need to consider

18   when you're drafting your documents; because these guys had

19   to go back and revisit this.  And I figured it's worth me

20   explaining because in all of these cases, especially in the

21   not-for-profits, you might consider this.  The role of

22   directors -- officer and director is a challenging one for

23   the Court to determine because everybody wants releases.  And

24   I don't blame them, for wanting them; unless these guys don't

25   get paid for sitting on these Boards.

1          MR. SOUTHARD:  They do not.

2          THE COURT:  And then, they wake up and they find

3    they have liability.  It is what it is.  And so, unless

4    there's a structured resolution where everybody has some skin

5    in the game and you can see why a release is being asked for,

6    a release to a party who's really generated nothing, other

7    than convenience is very unlikely here.

8          MR. SOUTHARD:  Understood, Your Honor.  I am

9    familiar with the recent caselaw, as well.  It's something we

10   watch pretty closely in our office for obvious reasons.  And

11   we will take a look at what I believe you're referring to is

12   the Fink's case and use that --

13         THE COURT:  Now, I'm waiting for an amended

14   disclosure statement to see how these folks are handling it.

15   I have no idea when it's coming in, or what the final

16   question will be done at confirmation.  But at the hearing, I

17   made it very clear, not that I follow Judge Bernstein, I got

18   a lot of respect for him and I think his analysis in some of

19   that is very consistent with what I've always believed to be

20   true.  I've only granted third-party releases I think in one

21   case years ago.  A case called Coastal something; where we

22   set it up so folks could vote and then agree to a release

23   because they got something.  And the people who didn't -- the

24   parties who were seeking a release says they don't care.  If

25   two or three people chase them; it didn't matter.  So that

1    worked out.  But other than that, we've -- I find that one of

2    the problems in third-party releases that really hasn't been

3    discussed much, I don't think, is in analyzing that the 11

4    produces a Debtor result than the liquidation analysis.

5              One, I'm not sure it's fair in not-for-profits

6    because you can't force somebody to settle.

7              MR. SOUTHARD:  Mm-hmm.

8              THE COURT:  But two, even if it is done, then the

9    person in a 7 would always maintain their right to bring a

10   cause of action.  In other words, a Creditor against the

11   third-party, would always have a right in a 7 to bring that

12   action.  In the 11, they're not -- that right is being lost.

13             MR. SOUTHARD:  Mm-hmm.

14             THE COURT:  So some people could argue that I'm

15   getting less at -- there's a lot of balance to this.  But

16   it's a question that's going to have more and more airtime

17   and I think the best way to do it is to anybody who's looking

18   for release should have some ability to point to something --

19   what they've done for the benefit of the creditors; opposite

20   that, I don't see it happening.

21             MR. SOUTHARD:  Understood, Your Honor.

22             THE COURT:  Okay.  So you'll be back on the 18th.

23   You'll tell me what this class action -- where we're going

24   with that.

25             MR. SOUTHARD:  Yes, Your Honor.

1          THE COURT:  If that survives confirmation, that

2     will also be something that the Silverman firm will handle?

3     Or, another firm?

4          MR. SOUTHARD:  Potentially, Your Honor, that's

5     something we would need to discuss.  My belief and hope is

6     that it won't be something that survives confirmation, but in

7     the event that it does, we'll need to talk about that.

8          THE COURT:  All right.  I have a lot of faith in

9     you guys.  Anybody else?  Need any money?  You want anything?

10    Or -- it's a good day.

11         MR. SOUTHARD:  Thank you, Your Honor.

12         THE COURT:  All right.  Thanks guys.

13         MAN 1:  Thank you.

14         MAN 2:  Thank you, Your Honor.

15      (Whereupon these proceedings were concluded at 2:23 PM)

16

17

18

19

20

21

22

23

24

25

1                    **I N D E X**

2

3                       RULINGS

4                                          Page      Line

5   Klestadt and Winters Motion Granted      22        10

6   Hilco Motion Granted                     24        13

7   Eichen and DiMeglio Motion Granted       25        16

8   FPM Group Motion Granted                 26         4

9   Farrell Fritz Request For Interim Allowance  26    12

10  Silverman Acampora LLP Fee

11  Application Granted                       27        24

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                  C E R T I F I C A T I O N

2

3       I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5    Sonya

6    Ledanski Hyde

7

Digitally signed by Sonya Ledanski Hyde
DN: cn=Sonya Ledanski Hyde, o, ou,
email=digital@veritext.com, c=US
Date: 2017.12.12 14:50:24 -05'00'

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  December 12, 2017

## &

**&**   3:19 4:8 5:3 6:1
6:15 7:1,15

## 0

**0.00**   4:4
**02111**   7:18

## 1

**1**   18:24 35:13
**10**   9:12 16:12 23:4
36:5
**100**   5:14 19:9
**10017**   7:4
**10036**   5:6 7:11
**104,000**   19:10
**104,579.25.**   22:11
**11**   34:3,12
**11,385.56**   3:21
**11501**   37:23
**11530**   6:18
**11554**   6:4
**11556**   5:22
**11722**   2:3 6:11
**11753**   5:15
**12**   36:9 37:25
**13**   36:6
**13,650**   26:11
**13,659**   26:8
**13,659.00**   3:15
**1320**   5:21
**1500**   7:10
**16**   36:7
**17th**   5:5
**187,610.50**   3:9
**187,610.50.**   27:12
**18th**   10:12 30:4
34:22
**1:39**   2:6
**1st**   12:13

## 2

**2**   35:14
**20**   12:20 13:2
16:12 19:6

**20,000**   25:12
**20,550**   24:22
**20,550.00**   4:9
**200**   5:5
**2016**   19:8
**2017**   2:5 18:24,24
19:8 37:25
**2018**   10:14
**22**   36:5
**23rd**   9:16
**24**   36:6,11
**25**   10:14 36:7
**25th**   7:3
**26**   36:8,9
**27**   2:5 36:11
**29**   19:7
**29,154.99.**   25:21
**29,346.05**   4:14
**2:23**   35:15

## 3

**3,478.57**   4:14
**30**   18:24
**300**   5:14 6:17 29:2
37:22
**307.72**   3:15
**30th**   12:13
**31**   19:8
**31st**   10:15
**330**   37:21

## 4

**4**   3:2 36:8
**41,198.50**   27:14
**41st**   5:5
**432**   3:7 27:11
**433**   3:18 18:25
**434**   4:2
**435**   4:7 24:21
**436**   4:12
**437**   3:13
**485.37**   4:9
**4th**   10:10

## 5

**5**   16:10,11
**5,768.65.**   25:23
**51,118.08**   4:4
**560**   6:10
**59**   26:11
**5th**   10:16

## 6

**685**   7:3

## 7

**7**   34:9,11
**7,231.40.**   25:11
**74**   3:4
**78**   8:6
**7th**   10:11

## 8

**8-16-08178**   1:4
**8-16-75545**   1:3
**80**   13:15 19:2
**85**   8:6
**850,000**   23:23
**855,933.15**   3:21
**855,933.15.**   19:1
**8th**   7:10

## 9

**90**   6:3
**906.94**   3:10
**9194**   6:17
**990**   6:17
**999,000**   16:17

## a

**ability**   34:18
**able**   9:15 21:24
30:18
**aca**   6:2 8:17
**acampora**   3:8
5:11 8:13 11:19
26:25 36:10
**account**   13:3
**accountants**   4:8
12:5,5 24:20

**accurate**   37:4
**achieved**   15:25
**act**   24:3 28:16
30:14
**action**   13:12
14:23 20:18,20,24
28:18,20 30:25
31:6,9 34:10,12
34:23
**actions**   21:22
**addition**   19:5
**additional**   20:18
30:16
**address**   26:15
**addresses**   11:25
23:22
**adjourned**   28:14
**adler**   6:1
**administrative**
14:12,14 15:18,20
16:2,3,7,16,20,24
17:4
**administratives**
17:20
**adv**   1:4
**adversaries**   20:18
**advisors**   10:20
**advocating**   21:7
**afternoon**   8:3,4,8
8:11,12,14,16,18
8:22 9:2 27:6
**agenda**   11:12,15
11:17
**aggregate**   13:6
14:11,14 15:17
24:8
**ago**   9:13,13 19:19
31:1 32:1 33:21
**agree**   23:3 31:16
32:3 33:22
**agreed**   26:3 30:5
**airtime**   34:16

allow 14:6
allowance 26:10
27:12 36:9
alternative 12:25
amazing 23:10
amended 10:13
33:13
amount 14:3,6
15:2,5,13 16:1,20
18:11 19:1,4,14
25:10 26:11 30:24
amounts 13:6,11
14:12 19:2
analysis 21:8
33:18 34:4
analyzed 22:3
analyzing 34:3
anticipated 15:1
anybody 17:7
22:9,24 30:8
34:17 35:9
anybody's 21:6
anymore 20:9
appearance 8:24
application 3:7,13
3:18 4:2,7,12
11:24 18:17,23
24:19,21 25:18,21
26:7,19 27:2
36:11
applications
11:17,21 12:11,14
13:7 28:12
appreciate 11:1
11:10 31:17
appropriate 18:9
approval 10:7
13:5
approve 12:3
approved 14:2
approximately
19:10 23:23

apps 20:5
april 12:13 18:24
argue 34:14
argument 32:5
arrangement 12:3
aside 15:8
asked 32:13 33:5
asking 16:9 19:4
asset 15:12
assistance 28:23
associated 19:6
25:22 26:8 27:13
28:15
assume 15:1
20:18 27:17
attention 10:5,19
attorney 6:9,16
7:2,16
attorneys 5:4,12
5:20 6:2 7:9
auction 10:7,10
10:15 23:22
available 10:17
avenue 6:3,17 7:3
awaiting 9:17
awakening 22:1
aware 25:15 31:5
31:22

**b**

b 2:21 4:3 6:20
back 12:1 28:22
30:3 32:19 34:22
bad 19:18
balance 34:15
balin 6:1 8:17
bank 7:16 9:3
bankruptcy 1:1
2:1,23 3:20
banks 13:20 18:1
23:6
based 9:25 10:8
29:18

basically 12:20
basis 24:22
bats 27:7
behalf 3:10,15,22
4:5,10,15 8:10,23
8:25 9:3 11:23
belief 35:5
believe 9:16 12:25
13:7 15:25 16:21
17:10 26:3 28:11
28:21 29:18 30:4
33:11
believed 33:19
benefit 34:19
benign 21:1
bernstein 31:25
32:7 33:17
best 34:17
better 30:19
beyond 10:22
bid 10:6,10,14
bidding 10:9,9
bill 17:7
billed 15:18
blame 32:24
board 6:16 8:21
boards 32:25
boston 7:18
box 6:17
brief 9:8 21:11
bring 10:18 11:12
20:7,24 21:22,23
21:25 34:9,11
broad 29:5
broadway 7:10
broker 4:3 23:21
brokers 9:23
10:23 11:5
brookhaven 9:22
12:7,9 25:20
brought 20:10,11
21:24 22:4

buckets 29:1
bucks 16:14
budget 14:2
business 11:22
button 30:18

**c**

c 3:21 4:4,10,15
5:1,8,9 8:1 37:1,1
calculations 28:25
calendar 9:7
10:17 28:13
called 20:1 33:21
campus 9:22
19:14
canned 31:10
cap 16:6
care 16:11 23:8
28:11 33:24
carveout 13:23
14:17,20 15:2,5
15:13
case 1:3,4 3:4 9:9
11:18 14:23,25
17:10 19:21 20:15
20:25 21:4,23
22:21 23:2 30:6
30:25 31:11,22,22
31:24 32:3,8
33:12,21,21
caselaw 33:9
cases 12:24 20:6
20:11,12 21:3,25
22:4 31:8 32:4,5
32:20
categories 15:15
cause 34:10
causes 20:17
caveat 16:22
center 7:17
central 2:3 6:11
certain 21:16,22
23:22

**certainly** 17:13 21:12 31:16
**certified** 28:21 37:3
**certilman** 6:1 8:17
**challenging** 32:22
**change** 9:13
**chase** 33:25
**choosing** 26:16
**circuit** 32:5
**circulated** 9:11
**circumstance** 15:24 16:25
**circumstances** 9:14 12:24 22:21 29:24
**city** 6:18
**claiming** 31:6
**claims** 14:24,24 16:2,3,7,16,17,18 16:20,23 18:2 20:20,21 29:1 30:17,21
**clarify** 22:20
**class** 14:22 28:18 28:20,20 30:25 31:6,9 34:23
**classes** 17:3
**classification** 15:12
**clear** 33:17
**clearly** 32:6
**clerk** 8:2,6,24 9:4
**closed** 12:1 24:25 25:1
**closely** 33:10
**closing** 10:5
**coastal** 33:21
**cohn** 7:15
**colleague** 8:11
**collection** 31:4

**college** 1:8,15 3:22 4:5,10,15 5:4 8:7,10
**collins** 3:15 5:24 8:14,14
**come** 22:1 30:3,10
**coming** 33:15
**committed** 14:3,6
**committee** 3:8,10 5:12 10:21 11:20 15:7 21:15 23:18 27:1,10 29:20 30:1 31:18
**committee's** 17:11
**compensation** 3:7 3:13,18 4:2,7,12 13:16 18:25 19:4
**competition** 10:5
**complain** 20:1
**compromise** 12:25
**conception** 22:25
**concern** 12:22
**concerned** 20:3
**concluded** 35:15
**conclusions** 21:9
**conference** 3:2,5 28:14
**conferred** 10:13
**confirm** 20:11
**confirmation** 32:11 33:16 35:1 35:6
**consensus** 10:19 10:21
**consider** 18:10 20:2 32:17,21
**consideration** 10:19 31:20
**consistent** 33:19
**constituency** 31:12

**constituents** 9:12 9:24 30:6
**consultants** 4:13 12:6 25:19
**context** 20:9 29:5
**contingent** 12:3
**convenience** 33:7
**conversation** 18:21
**corp** 6:2
**correct** 13:25 14:19 17:15 18:12 19:11 23:24 25:4 29:8
**costs** 14:14 15:18 15:20
**counsel** 3:8,14,20 8:13,15 11:18,19 12:8 17:11 19:12 23:18 26:25 27:9 31:4
**country** 37:21
**couple** 30:11,25
**coupons** 31:10
**court** 1:1 2:1 8:3,5 9:5 10:23 11:14 13:13,18,23 14:5 14:17,22 15:7,10 15:19,23 16:1,5,9 17:1,3,6,12,16,19 17:23 18:1,4,7,8 18:13,18 19:9,16 21:19,22 22:8,13 22:17,23 23:3,10 23:14,19,24 24:3 24:6,10,13,13,24 25:3,5,8,12,14,16 25:16,25 26:4,4 26:12,12,16,21 27:3,7,15,17,21 27:24,24 28:3,6,8 28:8,18,21 29:4,6 29:9 30:3,5,8,22

31:15,19,21 32:23 33:2,13 34:8,14 34:22 35:1,8,12
**courthouse** 2:2 6:10
**cover** 12:12
**covers** 13:23
**creates** 22:19
**creditor** 6:2 7:2 9:17,24 10:20 14:7 34:10
**creditors** 3:9,11 5:13 8:13 11:20 15:9 16:15 17:24 21:15 23:5 27:1 27:10 29:21,21 34:19
**culpability** 21:6
**current** 9:24 27:19
**cut** 20:5

**d**

**d** 4:3 8:1 36:1
**damages** 30:12
**date** 10:15,17 19:2,6 21:17 26:9 30:4 37:25
**dates** 11:5,9
**day** 14:12 35:10
**days** 9:12
**db** 2:25
**deadline** 9:15 10:7,10,14
**deadlines** 11:5,7,9
**deal** 10:5 15:7 16:11 17:13 19:21 20:19 28:25 29:17
**debate** 31:24
**debtor** 1:10 3:20 3:20 4:4,8,9,13,13 5:4,20 8:10,15 9:11,23 11:19 12:9 14:4 21:11

23:17 24:20 25:19
28:25 29:23 34:4
**debtor's** 12:5
23:21 31:17
**debtors** 26:6
**debtor's** 10:20
11:25 12:6
**december** 10:10
10:11,12 30:3
37:25
**decidedly** 18:21
**decision** 31:25
32:3,4
**dedicated** 23:6
**default** 19:23
**defendant** 1:16
**department** 6:8
**depend** 32:8
**deposit** 19:24
**determine** 32:23
**determined** 30:8
**different** 9:24
10:20 15:15 18:21
21:18 23:2 29:1
29:10,14,15,15,16
30:11
**diligence** 28:25
**dimeglio** 4:8 12:4
24:19 25:10 36:7
**director** 32:22
**directors** 32:22
**disclose** 32:12
**disclosure** 20:17
21:7,18 31:23
32:10,11 33:14
**discreet** 11:24
**discuss** 35:5
**discussed** 9:24
10:12 12:25 26:3
34:3
**discussion** 12:17
29:20 30:2

**discussions** 9:18
9:19
**distribution** 14:7
14:9 16:19,22
18:11
**distributions**
17:24 20:19 32:16
**district** 1:2 31:6
**docket** 11:3 18:25
23:14
**docketed** 24:21
27:10
**document's** 21:8
**documents** 20:17
29:16 32:18
**doesn't** 18:18
**doing** 11:22 20:2
28:25
**dollar** 15:12 16:18
**dollars** 16:10,11
16:14,18 26:11
30:13
**don't** 10:24 18:10
**dowling** 1:8,15
3:22 4:5,10,15 5:4
6:16 8:6,10,21
**draft** 9:12,18,20
**drafted** 9:11
**drafting** 23:18
**drafts** 27:20
**draw** 21:2
**dynamic** 31:17

**e**

**e** 2:21,21,22 5:1,1
8:1,1 36:1 37:1
**easier** 18:13
**east** 6:4
**eastern** 1:2
**ecro** 2:25
**effort** 9:25
**eichen** 4:8 12:4
24:19 25:10 36:7

**either** 28:3
**emergency** 22:18
**employee** 29:7
30:17
**employees** 29:2
29:12,12 30:7,19
**ended** 21:13
**english** 6:15
**entitlement** 29:15
**entity** 27:18
**entry** 18:25
**envision** 21:17
**erisa** 24:24
**especially** 32:20
**essence** 15:14
**essentially** 9:17
24:8 28:24 29:2
**estate** 16:12
**evaluate** 20:13
21:4
**event** 35:7
**everybody** 10:24
17:4,6 19:18
32:23 33:4
**exactly** 30:19
**exception** 12:12
20:14
**exclusivity** 9:16
**exist** 11:6 29:1
**existing** 10:9
**exists** 15:13
**expect** 9:13
**expects** 13:19
**expenses** 3:9,15
3:21 4:4,9,14 19:3
**expensive** 31:2
**explain** 20:25
21:8
**explaining** 32:20
**exposure** 30:9
**expressed** 21:18
**extension** 9:16
21:23

**extent** 29:21
32:10

**f**

**f** 2:21 37:1
**facilities** 14:3
29:14
**fact** 11:21 22:4
23:4
**fair** 34:5
**fairly** 19:12
**faith** 35:8
**familiar** 33:9
**far** 13:15
**farrell** 3:14,16
5:19 8:15 12:8
26:6 36:9
**favor** 15:13
**february** 10:16
**federal** 2:2 6:10
**fee** 11:17,20,24
12:2,3,11,14
13:16 18:23 19:7
20:5 24:19 27:2
28:11,11 36:10
**feedback** 9:17
**feeling** 32:9
**fees** 3:9,14,21 4:4
4:9,14 12:20 13:8
13:13,24,25 14:5
14:8,10,13 17:23
18:2,9,11 19:3,14
19:17 23:18 24:7
24:21 31:3
**ferris** 7:15
**figure** 15:12 19:19
**figured** 32:19
**file** 11:3
**filed** 12:16 27:1
**filing** 9:15
**final** 4:2 11:23
12:2 24:3 33:15
**finally** 12:8

**financial** 6:2 7:17 8:17
**financing** 14:4
**find** 22:3,22 33:2 34:1
**fine** 18:7 23:7
**fink's** 33:12
**firm** 11:18 12:4,8 18:16 19:12 22:18 26:6,25 27:13,21 35:2,3
**first** 10:2 11:15,16 13:3 18:15 19:7 23:4,16 25:10,22 26:1,9 27:12 30:1
**fits** 20:4
**floor** 5:5 7:3,10
**flows** 14:15
**flush** 18:19 28:8
**fold** 29:20 30:1 31:18
**folks** 29:13 33:14 33:22
**follow** 33:17
**force** 34:6
**foregoing** 37:3
**form** 27:18
**fought** 19:22
**found** 31:11
**fpm** 4:12 12:5 25:19 36:8
**framed** 29:23
**freight** 29:22
**friedman** 3:10 5:17 8:12,13 17:15,18,22,25 18:3
**fritz** 3:14,16 5:19 8:15 12:8 26:6 36:9
**full** 16:8 17:21 19:3 27:18

**function** 25:7
**funds** 20:18
**further** 11:8

## g

**g** 8:1
**game** 33:5
**garden** 6:18
**general** 3:19 32:9
**generate** 15:23 20:12,12
**generated** 16:10 33:6
**getting** 13:20 34:15
**give** 27:4
**giving** 11:4
**glovsky** 7:15
**go** 18:14 23:15,16 28:7 30:7 32:19
**goal** 30:2,16
**god** 18:8
**goes** 16:1 31:4
**going** 14:23 16:5 20:21 21:8,15 23:5 27:17 30:17 31:18 32:9,12 34:16,23
**golden** 7:1
**good** 8:3,4,8,12,14 8:16,18,22 9:2 19:18 20:2 22:3 29:17 30:23 35:10
**gotten** 16:15
**governs** 29:12
**grand** 19:9
**grant** 22:10 24:13 25:16 26:4,12 27:24 28:9 32:6,9 32:14
**granted** 33:20 36:5,6,7,8,11
**great** 15:23 28:25

**grossman** 2:22
**group** 4:13 12:5 25:19 29:11 32:15 36:8
**guaranty** 6:2
**guess** 11:16 14:10 18:7 23:16 30:25
**guys** 17:7 19:21 20:4 23:6 28:4,6,8 32:18,24 35:9,12

## h

**hammel** 7:20 9:2 9:3
**handle** 35:2
**handling** 33:14
**hands** 19:17
**happened** 21:1
**happening** 34:20
**happens** 13:5 22:5
**happy** 26:14
**hard** 20:13 31:12
**hazan** 7:13 8:25 8:25 11:23 24:1,1 24:3,5,17
**heard** 22:9
**hearing** 3:2,4,7,13 3:18 4:2,7,12 10:7 10:11,16 12:2 30:4 31:23 33:16
**hesitancy** 20:7
**higher** 14:8
**highly** 27:23
**hilco** 4:2,3 7:8,9 8:25 11:22,22,24 12:12 23:20,24,25 36:6
**hmm** 34:7,13
**holdback** 13:4,6 19:6 23:1 25:9,22 26:8 27:13,14
**holdbacks** 12:19 13:3 14:1 22:14 22:18 25:25

**holiday** 10:4
**hon** 2:22
**honor** 8:8,11,12 8:16,18,22 9:2,6,6 9:8,10,22 10:8,12 11:1,10,16 12:11 13:10,14,22,25 14:21 15:11 16:4 17:11,15,22,25 18:3,12,15,16,22 18:23 19:1,11,11 21:10 22:7,12,16 22:20 23:9,16,20 24:1,5,7,15,17,22 25:2,7,13,17,18 25:20 26:2,5,5,14 26:25 27:6,12,16 27:23 28:1,2,10 28:14,16,20,21,22 29:8,17,22 30:2 30:10 31:16 33:8 34:21,25 35:4,11 35:14
**honor's** 9:15
**honor's** 10:14,17 10:18 11:11 13:5 13:16
**hope** 35:5
**hopefully** 30:5
**howard** 6:20 8:20
**hundred** 31:8
**hyde** 4:25 37:3,8
**hyman** 6:1
**hypothetically** 14:11 15:16

## i

**ian** 7:20 9:2
**idea** 30:23 33:15
**ideal** 10:16
**identify** 11:9
**imagine** 30:11
**impact** 17:23 18:11

**important** 30:15
**include** 11:18
  14:13
**includes** 10:1
**including** 10:1,21
  14:1
**incurred** 12:20
  13:24 19:15
**indiscernible** 8:23
  26:21 28:5,6,23
**individual** 13:11
  32:13
**individuals** 31:9
**information** 28:24
**initial** 3:4
**input** 10:25
**intend** 11:2
**intense** 19:13
**interest** 10:1
**interested** 10:2
  11:4,6
**interim** 3:13,18
  4:7,12 11:20,21
  12:12,19,20 13:2
  13:4,16 18:17,25
  19:3,7,12 20:21
  23:1 24:19,22
  25:9,18,22 26:9
  26:10 27:2,11,12
  36:9
**interims** 20:23
**intuition** 32:8
**investigating**
  21:16,16
**involved** 19:13
**ip** 4:3 11:22,25
  23:20,22
**island** 2:2
**islip** 2:3 6:11
**issue** 23:1 31:4
  32:11
**issued** 31:25

**item** 9:21 24:18
**items** 11:12
**it's** 15:2

**j**

**j** 3:10 5:17 6:6
**jack** 7:6,13 8:22
  8:25 24:1
**january** 9:16
  10:14,15
**jericho** 5:14,15
**judge** 2:23 31:25
  32:7 33:17
**judgment** 14:24
**juice** 31:10
**junior** 16:18
**jureller** 3:19 5:3
  8:9
**jurisdiction** 32:6
**justice** 6:8

**k**

**kenny** 28:3
**kidding** 23:15
**kinds** 21:3
**kiss** 5:9 8:11
**kleiberg** 6:20
**klein** 6:15
**kleinberg** 8:20
**kleinburg** 8:20
**klestadt** 3:19 5:3
  18:18 22:10 23:8
  36:5
**know** 11:6 16:3
  16:13 21:5 28:7
  30:19 31:7
**known** 11:7

**l**

**labor** 29:11
**lack** 30:19
**large** 21:3 29:11
  31:24
**largely** 29:15

**larger** 20:6
**largest** 9:21 19:14
**late** 12:1
**laughter** 27:8
**lauren** 5:9 8:11
**lawsuits** 30:25
**lawyers** 22:6 31:9
**lead** 19:12
**learned** 19:19
**ledanski** 4:25 37:3
  37:8
**left** 16:16
**legal** 37:20
**lenders** 14:2,5
**letting** 27:3
**let's** 18:14
**levin** 7:15
**liability** 33:3
**life** 18:13
**limit** 30:24
**limited** 12:5 17:19
  25:19
**line** 36:4
**liquidation** 9:10
  34:4
**litigation** 20:8,10
  27:18 28:15,16
  30:24
**little** 20:3
**llc** 4:3
**llp** 3:8,19 5:3,11
  7:1 36:10
**long** 2:2 19:19
**look** 20:18 33:11
**looked** 19:18
  24:10
**looking** 34:17
**lori** 7:2 8:23
**lost** 34:12
**lot** 10:1,4 32:4
  33:18 34:15 35:8
**love** 23:12

**lower** 14:8,10
**luck** 21:2

**m**

**ma** 7:18
**maintain** 34:9
**maintenance**
  29:13
**major** 9:12 19:22
  30:6
**making** 17:3
**man** 35:13,14
**management** 3:4
**march** 19:8
**marketing** 9:25
  11:8
**material** 29:25
**matter** 1:6 8:6
  28:13 33:25
**matters** 9:7 11:16
  21:16,17 29:23,24
**maximum** 30:8,12
**mccord** 6:6 8:16
  8:17
**meadow** 6:4
**mean** 16:17 19:20
**meaningful** 9:19
**mechanism** 32:12
**mediation** 28:23
**members** 6:16
  8:21
**mentioned** 18:16
**merrick** 6:3
**meyer** 6:15 8:20
**million** 16:10,11
  16:14,14 30:13
**mineola** 37:23
**minimum** 15:12
  15:20,21,25 16:1
  16:10,19,22,25
**mintz** 7:15
**minutes** 23:4
**missed** 22:4

**mm**  34:7,13
**modification**  13:7
**money**  16:16 18:4
  18:19 20:13 23:4
  23:11 28:3 31:8
  35:9
**month**  12:14
**morning**  27:6
**motion**  22:10
  24:14,18 25:16
  26:4,13 27:10,25
  28:9 36:5,6,7,8
**moving**  10:21
**mt**  2:25

**n**

**n**  5:1 8:1 36:1
  37:1
**narrow**  32:15
**necessarily**  21:14
**need**  18:18 23:10
  28:3 32:12,17
  35:5,7,9
**needs**  20:24
**negotiated**  22:22
**negotiation**  30:21
**never**  17:8 23:5
**new**  1:2 2:3 5:6
  7:4,11 10:6,22
  11:5,7,9 31:2
**nobody's**  20:1,14
  24:13
**non**  30:20
**normal**  18:10
**north**  30:13
**note**  23:14
**notice**  3:2 11:2,3,4
**noticed**  12:14
**notion**  14:11
**november**  2:5
  19:7
**number**  8:6 14:17
  16:11,13 18:25
  24:21 27:11

**ny**  5:6,15,22 6:4
  6:11,18 7:4,11
  37:23

**o**

**o**  2:21 8:1 37:1
**oakdale**  19:14
**object**  22:17
**objected**  24:13
**objections**  12:16
  25:14,15,23 26:11
  27:16
**objector**  22:15
**obvious**  33:10
**obviously**  11:9
**occasions**  28:19
**office**  12:17,23
  13:1,8 33:10
**officer**  32:22
**official**  3:8,10
  5:12 11:19 21:15
  27:1,9 29:20
**oh**  16:4
**okay**  9:5 15:4
  17:16 18:15 24:6
  24:12 25:5 27:24
  29:9 34:22
**old**  37:21
**once**  17:16
**ones**  31:2
**open**  9:21
**opposite**  34:19
**opt**  32:15
**orange**  31:7,10
**order**  3:4 9:16
  10:9 13:16 19:4
  28:21
**orders**  26:1
**originally**  15:1
**ouch**  27:9
**ought**  28:7
**outside**  22:8
**outten**  7:1

**p**

**p**  5:1,1 8:1
**p.c.**  3:14,16 4:8
  5:19 6:15 24:20
**page**  36:4
**paid**  12:2 13:13
  13:15,20 14:12
  16:8 17:21 19:2,5
  19:5 32:25
**part**  14:1,3,6 15:7
  20:5,19 21:7 25:6
  30:17 31:18
**particular**  22:21
**parties**  9:18,22
  10:3,12,20 11:4,6
  18:9 28:24 33:24
**party**  19:21,23,24
  31:25 32:6 33:6
  33:20 34:2,11
**pat**  8:14
**patrick**  3:15 5:24
**pay**  23:6
**paying**  13:21 18:2
**payment**  13:8
**pays**  29:22
**pending**  11:12
**people**  14:22 20:7
  21:6 22:1,2,5 31:5
  32:10 33:23,25
  34:14
**percent**  12:20
  13:3,15 16:12,13
  16:14 19:2,6 24:8
  31:3,8
**percentage**  14:18
  15:2,14,15,17
  17:17,19
**perceptions**  23:1
**perfectly**  21:1
**period**  12:13,14
  13:3,4,17 18:24
  19:1,7,7,12,13
  23:2 24:22 25:10

25:21,23 26:7,9
  27:11,13
**periods**  12:21
  13:2,6
**permit**  30:6
**permitted**  12:23
**person**  34:9
**perspective**  31:17
**petition**  21:12
**phone**  8:24 11:23
  23:25 24:1
**phrase**  30:19
**pick**  16:11
**piece**  19:22 30:14
**place**  12:7,17,19
  14:3 32:2
**placed**  8:9
**plaintiff**  1:13
**plan**  9:10,12 20:9
  20:11 24:24 27:17
**planning**  12:6,10
  25:20
**plans**  20:13
**plaza**  5:21 6:10
**please**  8:5,24
**pleased**  10:1
  12:15
**plus**  17:8 22:24
**pm**  2:6 35:15
**po**  6:17
**point**  13:1 20:23
  34:18
**pointed**  29:22
**popeo**  7:15
**portion**  20:16
**possession**  3:20
  4:9,14 8:10 14:4
**possible**  18:22
**possibly**  14:16
**potential**  10:10,15
**potentially**  30:9
  35:4

**pre** 3:2 21:12 28:14
**precedent** 22:14
**present** 9:14
**presiding** 8:2
**pressing** 10:3
**pretty** 33:10
**previously** 29:22
**prior** 12:19
**priority** 16:8,8,23 16:23,24 30:20,20
**probably** 19:14 32:1
**problem** 22:5,9 23:7 24:11
**problems** 22:19 34:2
**procedures** 10:9,9
**proceeded** 28:22
**proceedings** 35:15 37:4
**proceeds** 24:9
**process** 10:22 12:10 19:13 23:23 25:20
**produces** 34:4
**professional** 14:13 28:11
**professionals** 11:18 12:18 13:12 13:20 23:17 26:7
**professors** 29:13
**profit** 21:4 31:24
**profits** 32:21 34:5
**progress** 9:10 29:17,19
**properly** 12:15
**property** 12:7 13:18 14:25,25 19:22 20:4
**proposal** 12:25 29:25 30:2,7,16

**proposed** 10:6,13 11:15
**proposition** 31:3
**propriety** 18:10
**provide** 27:17
**provides** 27:20
**public** 21:4
**pulp** 31:7
**push** 10:6
**put** 9:20 31:15

**q**

**quadrangle** 5:14
**question** 14:1 16:7 25:21 33:16 34:16
**questions** 11:11

**r**

**r** 2:21 5:1 8:1 37:1
**raisner** 7:6 8:22 8:23
**reach** 11:5
**reached** 21:9
**read** 19:16 32:3
**reads** 19:21
**really** 11:17 19:20 20:2 23:5 26:20 33:6 34:2
**reason** 31:21
**reasons** 30:23 33:10
**recall** 10:8
**received** 12:16
**record** 18:21 27:5 37:4
**recording** 23:13
**recovery** 14:18
**referring** 33:11
**reg** 1:3,4
**regardless** 16:19 17:7
**related** 12:9
**relation** 9:21 11:25 12:6,7,18

23:21 25:20
**relative** 22:10
**release** 12:18 22:11,18 23:1 27:14 32:14,16 33:5,6,22,24 34:18
**released** 13:4
**releases** 31:25 32:7,23 33:20 34:2
**releasing** 22:14 25:25
**relevant** 11:4
**remaining** 13:18 14:25
**remember** 22:6
**report** 9:11
**represented** 23:24 24:1
**request** 12:18 26:2,10 36:9
**resolution** 33:4
**resolve** 30:17
**respect** 13:9 33:18
**response** 21:11
**responsibilities** 13:12
**result** 30:21 31:11 31:13 34:4
**resulted** 23:23
**retained** 23:21 27:21
**retention** 26:9
**reviewing** 18:9
**revisit** 32:19
**richard** 6:6 8:17
**rid** 19:22
**right** 10:24 11:14 15:3,9,10 16:2,9 17:17 18:4,7,8,13 18:14,20 21:5 23:7,15,19 24:4

26:12 27:24 34:9 34:11,12 35:8,12
**road** 37:21
**robert** 2:22
**role** 11:24 12:9 32:21
**ronald** 3:10 5:17 8:12
**roughly** 12:13
**rude** 22:1
**rule** 20:14
**rulings** 36:3
**running** 19:25 20:1
**rxr** 5:21

**s**

**s** 5:1 8:1
**sale** 10:7,11,16 11:25 19:13 23:21 23:23 24:8
**salem** 9:22
**says** 23:10 33:24
**schedule** 9:25 10:13
**scheduling** 3:4
**scope** 20:4
**sean** 3:21 4:4,10 4:14 5:8 8:8
**season** 10:4
**seated** 8:5
**second** 3:7 11:21 18:16 19:11 20:3 24:19 25:18 27:1 27:11,25 31:21,21
**section** 20:20
**secured** 14:7 16:15 18:2 29:21
**see** 20:11 33:5,14 34:20
**seek** 18:25 24:21 27:11,14
**seeking** 33:24

**senior** 28:8
**sense** 22:23 30:24
  31:12 32:15
**separately** 11:5
**september** 12:13
  13:17 18:24
**serve** 11:3
**served** 28:20
**services** 4:3 11:22
  23:20
**set** 10:10,11 15:8
  33:22
**sets** 29:10
**settle** 34:6
**settlement** 30:5
  30:18
**shared** 21:14
**sharing** 15:14,14
  15:16 17:17,19
  28:24
**shot** 27:4
**showings** 10:2
**sides** 26:16
**significant** 20:16
**silverman** 3:8
  5:11 8:13 11:19
  26:17,20,23,25
  27:4,21 28:2,5,7
  35:2 36:10
**similar** 12:9 31:11
**sit** 26:23
**sitting** 16:15
  32:25
**six** 12:14 24:8
**skin** 33:4
**slightly** 29:14
**smaller** 13:5
**sold** 13:18,19
  14:25
**solutions** 37:20
**somebody** 19:25
  20:23,25 34:6

**sonya** 4:25 37:3,8
**sort** 9:21 12:24
**sought** 19:3 24:7
**southard** 3:19,21
  4:5,10,15 5:3,8
  8:8,9,9 9:6 11:1
  11:15 13:14,22,25
  14:10,20 15:4,8
  15:11,22,24 16:4
  16:6,21 17:2,5,10
  17:13 18:12,15,20
  19:10 21:10,21
  22:7,12,16 23:9
  23:12,16,20,25
  24:7,12,15,18
  25:1,4,6,9,13,15
  25:17 26:2,5,14
  26:17,22,24 27:5
  27:9,16,19,23
  28:1,10,19 29:5,8
  29:10 30:10 31:14
  31:16,20 33:1,8
  34:7,13,21,25
  35:4,11
**southern** 31:5
**speak** 17:14 23:18
**speaking** 14:21
**special** 3:14 8:15
  12:8
**spend** 30:24
**split** 16:18
**spoke** 18:8
**spoken** 28:16
**stan** 6:13 8:18
  18:5
**stand** 26:18
**standard** 22:25
**start** 9:8 18:15
**state** 8:24
**statement** 31:23
  32:10,12 33:14
**states** 1:1 2:1 6:8
  8:19

**status** 9:8,25
  11:12
**statutory** 21:20
**stevens** 3:19 5:3
  8:9
**stewart** 6:17
**streambank** 4:3
  7:8,9 9:1 11:22
**street** 5:5
**struck** 17:13
**structure** 9:19
**structured** 33:4
**subject** 9:13 10:13
  11:11 13:4 23:5
**success** 27:6
**successful** 23:22
**sued** 20:15
**suggest** 30:22
**suggested** 10:3
**suit** 31:6
**suite** 5:14 6:17
  37:22
**summer** 12:1
**summons** 3:2
**suozzi** 6:15 8:20
**support** 13:8
**supported** 13:1
**sure** 13:10 14:20
  22:2 31:5 34:5
**survives** 35:1,6

**t**

**t** 3:15 5:24 37:1,1
**table** 29:25
**take** 13:10 14:6
  33:11
**taken** 16:16 23:8
  29:23
**takes** 28:11
**talk** 14:23 35:7
**talking** 15:5 16:23
  29:2
**tax** 12:5 24:20

**teachers** 29:6
**telephonically**
  7:13,20
**tell** 34:23
**tells** 18:18
**tender** 14:7
**terminated** 29:12
**terms** 9:10 13:6
  14:3 15:5 19:2
  21:18 30:13,20
**thank** 9:6 11:1
  22:12 23:9 24:15
  24:17 25:5,17
  26:5,14 28:1,2,10
  35:11,13,14
**thanks** 35:12
**that's** 10:23 19:10
**thing** 20:24
**things** 18:10
  21:12 30:14
**think** 10:16 11:11
  20:22 21:10 27:5
  29:17,23,25 30:14
  30:23 32:7,17
  33:18,20 34:3,17
**thinks** 10:24
**third** 7:3 19:20
  31:24 32:6 33:20
  34:2,11
**thought** 9:7
**thousand** 16:18
  27:7
**thousands** 21:5
**three** 29:10 33:25
**time** 10:2 19:13
  19:16,19 20:12
  21:19,20 29:19
  30:1,16
**timesheets** 19:17
**today** 9:7 11:13
  14:23 17:6 28:12
  28:13 29:16

**total** 14:6,18 15:1
  19:2 21:14 24:8
**tracey** 23:10
**track** 27:5
**transcribed** 4:25
**transcript** 37:4
**treated** 32:13
**trial** 3:2 28:14
**true** 15:19 33:20
  37:4
**trust** 20:10 27:18
  27:20
**trustee** 6:9 8:19
  8:21
**trustee's** 6:16
  12:17,22 13:1,8
**tune** 13:15
**twenty** 16:13
**two** 9:13 13:2,5
  17:3 21:17 30:23
  32:1 33:25 34:8

**u**

**u.s.** 2:23 6:9
**ultimately** 14:18
  29:22
**umb** 7:16 9:3
**unaligned** 29:11
**understand** 15:4
  17:1 18:5 19:25
  20:8 30:15
**understood** 21:10
  22:7,16 33:8
  34:21
**unforeseen** 9:14
**uniondale** 5:22
**unionized** 29:11
**unison** 8:4
**united** 1:1 2:1 6:8
  8:19
**unknowable** 16:2
**unsecured** 3:9,11
  5:12 11:20 15:8
  16:23,24 21:15

27:1,10 29:20
  30:21
**unsecureds** 17:20
**update** 9:8 10:18
**updated** 11:3
**upside** 15:14,16
**use** 33:12
**ust** 22:14

**v**

**v** 1:14 20:20
**varies** 20:6
**various** 11:17
**veritext** 37:20
**view** 21:12,14
  32:11
**viewpoints** 30:12
**views** 10:14 21:18
**vote** 32:13,13,14
  32:14 33:22

**w**

**wait** 27:25
**waiting** 33:13
**wake** 33:2
**walk** 19:24
**want** 19:9 22:20
  22:24 23:6,14
  35:9
**wanted** 10:18
**wanting** 32:24
**wants** 22:9 32:23
**warren** 28:15
  30:14
**watch** 33:10
**way** 10:24 20:17
  21:2,4 31:15
  34:17
**we've** 28:16 29:17
  29:19 30:15 34:1
**wednesday** 21:20
  21:24
**week** 31:23,25
  32:1,1

**weekend** 29:19
**weeks** 9:13 32:1
**went** 21:12 23:3
  31:8
**west** 5:5
**we'll** 18:15
**we're** 10:3 14:23
  16:23
**we've** 19:5
**widely** 12:15
**willing** 14:7
**winters** 3:19 5:3
  8:9 22:10 23:8
  36:5
**wondered** 26:23
**words** 14:8 18:1
  34:10
**work** 27:22
**worked** 29:13
  34:1
**worry** 20:21
**worse** 19:21
**worth** 32:19
**wrote** 32:1

**x**

**x** 1:5,11,17 17:8,8
  17:9,16 36:1

**y**

**yang** 6:13 8:18,18
  18:6 22:20,24
**yeah** 16:9 17:1,5
  18:8 19:16 22:8
  22:23 24:10 25:12
  27:19 31:14
**year** 9:9 10:6,22
  21:23 28:22
**yearend** 10:5
**years** 31:1 33:21
**yep** 18:6 25:8
**york** 1:2 2:3 5:6
  7:4,11

**z**

**zaikowsi** 8:23
**zaikowski** 1:12
  7:2 28:15