# Notice Recipients

District/Off: 0207–8     User: smarcus     Date Created: 12/13/2017
Case: 8–16–75545–reg     Form ID: 295     Total: 16

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Howard B Kleinberg | hkleinberg@MSEK.com |
| aty | Jack A Raisner | jar@outtengolden.com |
| aty | Joseph Charles Corneau | jcorneau@klestadt.com |
| aty | Lauren Catherine Kiss | lkiss@klestadt.com |
| aty | Patrick T Collins | pcollins@farrellfritz.com |
| aty | Richard J McCord | rmccord@certilmanbalin.com |
| aty | Ronald J Friedman | efilings@spallp.com |
| aty | Sean C Southard | ssouthard@klestadt.com |
| aty | Stephanie R Sweeney | ssweeney@klestadt.com |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Dowling College     150 Idle Hour Blvd.     Oakdale, NY 11769
br     Hilco Streambank     1500 Broadway     8th Floor     New York, NY 10036
aty     Klestadt Winters Jureller Southard & Stevens, LLP     200 West 41st Street     17th Floor     New York, NY 10036–7203
     Sean C. Southard &     Lauren C. Kiss     Klestadt WInters Jureller     Southard & Stevens, LLP     200 West 41st Street, 17th Floor     New York, NY 10036
     Stan Yang     Office of the U.S. Trustee     560 Federal Plaza     Central Islip, NY 11722
     Jack Hazan     Hilco Streambank     1500 Broadway, 8th Floor     New York, NY 10036
     Ian Hammel     Mintz, Levin, Cohn, Ferris,     Glovsky & Popeo     One Financial Center     Boston, MA 02111

TOTAL: 7