| Relevant Dates | Original Date and Time | Amended Date and Time |
|---|---|---|
| Bid Deadline | December 4, 2017 at 4:00 p.m. (EST) | January 25, 2018 at 4:00 p.m. (EST) |
| Potential Auction | December 7, 2017 at 10:00 a.m. (EST) | January 31, 2018 at 10:00 a.m. (EST) |
| Objection Deadline | December 8, 2017 at 4:00 p.m. (EST) | February 2, 2018 at 4:00 p.m. (EST) |
| Sale Hearing | December 18, 2017 at 1:30 p.m. (EST) | February 5, 2018 at 1:30 p.m. (EST) |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re                                                           :    Chapter 11
                                                                :
DOWLING COLLEGE,                                                :
f/d/b/a DOWLING INSTITUTE,                                      :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                                  :
ASSOCIATION,                                                    :
f/d/b/a CECOM,                                                  :
a/k/a DOWLING COLLEGE, INC.,                                    :
                                                                :
                                Debtor.                         :
----------------------------------------------------------------x

### AMENDED NOTICE OF BID DEADLINE, AUCTION, OBJECTION DEADLINE AND SALE HEARING FOR THE SALE OF THE DEBTOR'S BROOKHAVEN CAMPUS

**NOTICE IS HEREBY GIVEN,** as follows:

1. On September 26, 2017, Dowling College ("Dowling" or the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case") filed a motion (the "Bidding Procedures Motion")[1] which in pertinent part sought entry of an order approving, among other things, bidding procedures for the sale of the Debtor's 105.53 acre campus located in the Town of Brookhaven, County of Suffolk, at William Floyd Parkway, Shirley, New York 11967 (the "Brookhaven Campus") [DE 406].

2. On October 17, 2017, the Court entered an order approving the Bidding Procedures Motion (the "Bidding Procedures Order") [DE 425], which set forth, among other things, the following schedule in connection with the sale of the Brookhaven Campus:

---

[1] Capitalized terms used herein, unless herein defined, are used with the meanings ascribed to such terms in the Bidding Procedures Motion.

|  |  |
|---|---|
| Sealed Bid Deadline: | December 4, 2017 (4:00 p.m. EST) |
| Potential Auction: | December 7, 2017 (10:00 a.m. EST) |
| Objection Deadline: | December 8, 2017 (4:00 p.m. EST) |
| Sale Hearing: | December 18, 2017 (1:30 p.m. EST) |

3. As set forth in the Bidding Procedures, the sale of the Brookhaven Campus will be sold to the highest or best offer, subject to Bankruptcy Court approval.

4. All interested parties are invited to make offers for all of the Brookhaven Campus in accordance with the terms of the Bidding Procedures and Bidding Procedures Order. The amended deadline to submit bids (the "Amended Bid Deadline") is **January 25, 2018 at 4:00 p.m. (EST)**.

5. The Auction will take place on **January 31, 2018, starting at 10:00 a.m. (EST)** at the offices of Certilman Balin Adler & Hyman LLP located at 90 Merrick Avenue, 9th Floor, East Meadow, New York 11554, or at such other later date and time or other place, as may be determined by the Debtor at or prior to the Auction.

6. A Sale Hearing will be held on **February 5, 2018 at 1:30 p.m. (EST)** before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722, which hearing may be adjourned from time to time, including, without limitation, by announcing such adjournment on the record at the Sale Hearing.

7. Objections, if any, to the Sale Motion must be made in writing, must state with particularity the reasons for the objection or response, and must be filed with the Clerk of the Bankruptcy Court, must conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, must set forth the name of the objecting party, the nature and basis of the objection and the specific grounds therefore and must be served upon: (a) the Office of the United States

Trustee for the Eastern District of New York, Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722, Attn: Stan Yang, Esq., Trial Attorney; (b) counsel to the Debtor: Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, NY 10036, Attn: Sean C. Southard, Esq.; (c) counsel to the post-petition lenders: (i) Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111, Attn: P. Miyoko Sato, Esq. and Ian A. Hammel, Esq., (ii) White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: Brian D. Pfeiffer, Esq. and Neil S. Begley, Esq., (iii) Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, 9th Floor, East Meadow, NY 11554, Attn: Richard J. McCord, Esq. and Thomas J. McNamara, Esq., and (iv) Garfunkel Wild, P.C., 111 Great Neck Road, Great Neck, NY 11021, Attn: Adam T. Berkowitz, Esq.; and (d) counsel to the Creditors' Committee: SilvermanAcampora, LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Ronald J. Friedman, Esq., so as to be actually received by **4:00 p.m. (EST) on February 2, 2018**.

Dated:   New York, New York
          November 30, 2017

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:   */s/ Sean C. Southard*
      Sean C. Southard
      Lauren C. Kiss
      200 West 41st Street, 17th Floor
      New York, NY 10036
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: ssouthard@klestadt.com
             lkiss@klestadt.com

      *Counsel to the Debtor and Debtor in Possession*