**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |

----------------------------------------------------------------x

## HEARING AGENDA

| | |
|---|---|
| **Time and Date of Hearing:** | December 18, 2017 at 1:30 p.m. (Eastern Time) |
| **Location of Hearing:** | Courtroom of the Honorable Robert E. Grossman, United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 |
| **Copies of Motions and Applications:** | The Motions and Applications may be viewed on the Court's website (http://www.nyeb.uscourts.gov/) with a login and password to the Court's Public Access to Court Electronic Records and copies of such |

|  | documents can be obtained from the Debtor's noticing agent, Garden City Group, LLC at http://cases.gardencitygroup.com/dco. |
|---|---|

I. **Uncontested Matters**

1. Adjourned Status Hearing

   Related Documents:

   A.   Order Scheduling Initial Case Management Conference [DE 74]

   Status:  This matter is going forward.

2. Motion Requesting Relief from Automatic Stay Imposed Pursuant to 11 U.S.C. § 362(a) [DE 449]

   Related Documents:

   A.   Affidavit of Service [DE 450]

   B.   Debtor's Statement in Response to Motion by Martin Schoenhals Requesting Relief from the Automatic Stay Imposed Pursuant to 11 U.S.C. § 362(a) [DE 463]

   Status:  This matter is going forward.

II. **Adversary Proceeding**

   *Lori Zaikowski, on behalf of herself and all others similarly situated v. Dowling College*, Adv. Pro. No. 16-08178 (REG)

   Pretrial Conference

   Related Documents:

   A.   Second Amended Adversary Class Action Complaint [Adv. Pro. DE 3]

   B.   Dowling College's Answer with Affirmative Defenses [Adv. Pro. DE 7]

   C.   Initial Pretrial Order [Adv. Pro. DE 9]

   Status:  This matter is going forward.

Dated: New York, New York
       December 15, 2017

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
    Sean C. Southard
    Lauren C. Kiss
    200 West 41st Street, 17th Floor
    New York, NY 10036
    Tel: (212) 972-3000
    Fax: (212) 972-2245
    Email: ssouthard@klestadt.com
           lkiss@klestadt.com

*Counsel to the Debtor and Debtor-in-Possession*