# **Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re                                                                     :     Chapter 11
                                                                              :
DOWLING COLLEGE,                                              :
f/d/b/a DOWLING INSTITUTE,                              :     Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI        :
ASSOCIATION,                                                       :
f/d/b/a CECOM,                                                       :
a/k/a DOWLING COLLEGE, INC.,                         :
                                                                              :
                                            Debtor.              :
---------------------------------------------------------------x

### SUPPLEMENTAL ORDER AUTHORIZING THE DEBTOR TO USE THE FUNDS HELD IN THE UNRESTRICTED PREPETITION BANK ACCOUNTS AS CASH COLLATERAL

Upon consideration of the motion (the "Motion")[1] of Dowling College (the "Debtor"), seeking entry of an Order, pursuant to sections 105(a), 363 and 541 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtor to use the funds held in the Unrestricted Prepetition Bank Accounts as cash collateral in a manner consistent with applicable lien rights; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested herein; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and appropriate notice of the Motion has been given under the circumstances; and it appearing that no other or further notice need be given; and after due deliberation; and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion is granted; and it is further

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

**ORDERED** that the Debtor is authorized to use the funds in the Unrestricted Prepetition Bank Accounts as cash collateral in a manner consistent with applicable lien rights; and it is further

**ORDERED** that the Restricted Prepetition Bank Accounts shall remain frozen, and the Debtor is prohibited from utilizing the Restricted Funds in any manner pending one or more further orders of this Court; and it is further

**ORDERED** that the Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

**ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED** that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.