UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DOWLING COLLEGE,<br>f/d/b/a DOWLING INSTITUTE,<br>f/d/b/a DOWLING COLLEGE ALUMNI<br>ASSOCIATION,<br>f/d/b/a CECOM,<br>a/k/a DOWLING COLLEGE, INC.,<br><br>                  Debtor. | Chapter 11<br><br>Case No. 16-75545 (REG) |

### THIRTEENTH REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM DECEMBER 1, 2017 THROUGH DECEMBER 31, 2017

The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("RSR") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("Mr. Rosenfeld") as Chief Restructuring Officer ("CRO") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period December 1, 2017 through December 31, 2017.

    Exhibit A –   Summary of Fees and Expenses

    Exhibit B –   Summary of Services by Project Category

    Exhibit C –   Detailed time entries by Project Category

    Exhibit D –   Detail of Expenses Incurred

By: _____
       Robert S. Rosenfeld
       January 8, 2018

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses**
**12/1/17 Through 12/31/17**

<u>**Summary of Fees**</u>

| Summary by Professional | Responsibility | Hours | Rate | Amount |
|---|---|---|---|---|
| R. Rosenfeld | Chief Restructuring Officer | 43.30 | $ 390.00 | $ 16,887.00 |
| N. Bivona | Consultant | 103.50 | $ 375.00 | 38,812.50 |
| R. McLeod | Consultant | 7.60 | $ 335.00 | 2,546.00 |
| I. Hellman | Paraprofessional | 5.50 | $ 125.00 | 687.50 |
| **Total** | | **159.90** | | **$ 58,933.00** |

**Average blended hourly rate** | | | | **$ 368.56**

<u>**Summary of Expenses**</u>

| | |
|---|---|
| **Accounting-software** | $ 6.00 |
| **Total Disbursements** | **$ 6.00** |

**RSR Consulting, LLC**                                                    **Exhibit B**
**Dowling College - Case #16-75545 (REG)**
**Summary of Services by Project Category**
**12/1/17 Through 12/31/17**

| Category | Billable Time | Billable Amt |
|---|---|---|
| Asset Analysis and Recovery | 1.0 | $ 375.00 |
| Asset Disposition | 11.3 | 4,263.00 |
| Business Analysis | 0.5 | 187.50 |
| Business Operations | 79.8 | 30,258.00 |
| Cash Monitoring | 7.6 | 2,546.00 |
| Claims Investigation | 6.3 | 2,362.50 |
| Creditor Committee Issues and Information Requests | 2.5 | 937.50 |
| Creditors' Committee-General | 2.5 | 937.50 |
| Dowling-Opp Commercial sales | 0.5 | 187.50 |
| Dowling-Residential Ops | 7.4 | 2,775.00 |
| Dowling-Residential Sales | 18.4 | 7,051.50 |
| Financial Analysis | 4.8 | 1,800.00 |
| Litigation Matters | 7.3 | 1,389.50 |
| Meetings with Creditors and/or Representatives | 0.9 | 337.50 |
| Meetings with Debtor and Representatives | 0.6 | 225.00 |
| Meetings with Lawyers | 2.0 | 765.00 |
| UST Reporting | 6.5 | 2,535.00 |
| **Total** | **159.9** | **$ 58,933.00** |

**RSR Consulting, LLC**                                                                                      **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**12/1/17 Through 12/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| **Asset Analysis and Recovery** | | | | | |
| 12/01/2017 | Neil Bivona | follow up w/ D. Sciabarrassi re: recall of student AR accounts from SCScollection agency. | 0.20 | $375.00/hr | $75.00 |
| 12/06/2017 | Neil Bivona | Review analysis of Nationwide Merchant services account prepared by M. Hablenko. | 0.50 | $375.00/hr | $187.50 |
| 12/12/2017 | Neil Bivona | Communication w/ M. Hablenko re: student account inquiries received through GCG website. | 0.30 | $375.00/hr | $112.50 |
| **Totals For Asset Analysis and Recovery** | | | **1.00** | | **$375.00** |
| **Asset Disposition** | | | | | |
| 12/01/2017 | Neil Bivona | Call w/ G. Schwabe (CashforyourBooks) re: planned visit on Dec. 22 for review of special collections for purchase. | 0.30 | $375.00/hr | $112.50 |
| 12/05/2017 | Neil Bivona | Prepare and circulate bid tracking report template for Oakdale Campus sale. | 0.50 | $375.00/hr | $187.50 |
| 12/05/2017 | Robert Rosenfeld | Attend call with creditors and brokers relating to status of Brookhaven campus sale. | 0.30 | $390.00/hr | $117.00 |
| 12/06/2017 | Neil Bivona | Calls w M. Lindenwold and L. Bruns at Farmindale State college re: potential sale of ATC simulators, process, timing and State agency payment restrictions. | 0.60 | $375.00/hr | $225.00 |
| 12/07/2017 | Neil Bivona | Correspondence w/ M. Lindenfeld re: form of bid submission for ATC simulators. | 0.30 | $375.00/hr | $112.50 |
| 12/11/2017 | Neil Bivona | Review broker status report for Brookhaven famous marketing. | 0.30 | $375.00/hr | $112.50 |
| 12/12/2017 | Robert Rosenfeld | Attend weekly status call for Brookhaven Marketing status. | 0.20 | $390.00/hr | $78.00 |
| 12/13/2017 | Neil Bivona | Review correspondence & info from M. White re: identification of parcels sold as part of Oakdale campus sale. Prepare correspondence to Sterling Risk re: cancellation of flood insurance effective as of the closing date. | 0.50 | $375.00/hr | $187.50 |
| 12/13/2017 | Neil Bivona | Begin organizing library special collections for showing on 12/22. | 2.00 | $375.00/hr | $750.00 |
| 12/14/2017 | Neil Bivona | Review final utilities proration analysis by D. Cook / A/ Stoloff. Prepare correspondence to Mercury / counsel re: request for reimbursement & release of escrowed funds form closing for this purpose. | 0.60 | $375.00/hr | $225.00 |
| 12/18/2017 | Neil Bivona | Continue sorting / organizing library special collection for viewing on 12/22. | 1.20 | $375.00/hr | $450.00 |
| 12/19/2017 | Neil Bivona | Review broker weekly status report & attend weekly update call re: Brookhaven marketing process. | 0.30 | $375.00/hr | $112.50 |
| 12/19/2017 | Robert Rosenfeld | Weekly status call on Brookhaven marketing efforts. | 0.20 | $390.00/hr | $78.00 |
| 12/20/2017 | Neil Bivona | Work on organizing library special collection boxes for viewing on Friday. | 2.00 | $375.00/hr | $750.00 |
| 12/22/2017 | Neil Bivona | Meet w/ G. Swidel re: inspection of library special collections for possible purchase. | 1.00 | $375.00/hr | $375.00 |
| 12/22/2017 | Robert Rosenfeld | Discuss offers with parties and update analysis on remaining properties to sell. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Asset Disposition** | | | **11.30** | | **$4,263.00** |
| **Business Analysis** | | | | | |

**RSR Consulting, LLC**                                                                                                              **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**12/1/17 Through 12/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 12/19/2017 | Neil Bivona | Review, update & re-circulate DIP budget extension proposal. Re-send breakout of TL C RE tax line item expense to R. Bertucci. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Business Analysis** | | | **0.50** | | **$187.50** |
| **Business Operations** | | | | | |
| 12/01/2017 | Neil Bivona | Call w/ B. Faustini re: ongoing boiler / circuit breaker issues. Follow up call to Anron re: replacement of blower motor. | 0.50 | $375.00/hr | $187.50 |
| 12/01/2017 | Neil Bivona | Several calls w/ L. Roberson at UMB re funding request and TL B / TLD (2002) shortfall.  Follow up calls w/ R. Rosenfeld & S. southward re: the same and pending disbursements. | 1.00 | $375.00/hr | $375.00 |
| 12/01/2017 | Neil Bivona | Call w/ ACA, Oppenheimer and UMB re:  DIP tracking & IPv4 address sale proceeds.  Also discuss current funding shortfall for TL B and TL D(2002) & discuss S/T solution.   Draft follow-up e-mail agreement to all parties re: the same. | 1.50 | $375.00/hr | $562.50 |
| 12/01/2017 | Neil Bivona | Process Account transfers from unrestricted merchant services acct & Oakdale campus sale proceeds reserve account to TL D DIP account.  Process DIP account transfers to disbursement account and set up wires for invoice payments. | 1.00 | $375.00/hr | $375.00 |
| 12/01/2017 | Neil Bivona | Meet w/ D. Impagliazzo re; pending student issues and open items w/ NYSED.  Review reply correspondence from J. D'Agati. | 0.40 | $375.00/hr | $150.00 |
| 12/01/2017 | Neil Bivona | Meet w/ M. Vega re:  current status of work projects and plan for next week. | 0.30 | $375.00/hr | $112.50 |
| 12/01/2017 | Robert Rosenfeld | Work on funding and payment of invoices for week. | 1.00 | $390.00/hr | $390.00 |
| 12/04/2017 | Neil Bivona | Check fire panel trouble signal in Nat Ctr bldg B.  Call Simplex for service.  Meet w/ two separate Simples technicians re: (1) failed backup batteries in main panel and (2) programming duct detector into panel. | 1.20 | $375.00/hr | $450.00 |
| 12/04/2017 | Neil Bivona | Met With Island Elevator technician re: non-working elevator in Nat Ctr Bldg. B. | 0.50 | $375.00/hr | $187.50 |
| 12/04/2017 | Neil Bivona | Check and reset boiler breaker in Nt Ctr.  Check Bldg A & B for any new leaks, fallen ceiling tiles.  Call Anron for follow up on service request to replace blower motor. | 1.50 | $375.00/hr | $562.50 |
| 12/04/2017 | Neil Bivona | Review and reconcile DIP account transfers and payments to cash balances. | 0.50 | $375.00/hr | $187.50 |
| 12/04/2017 | Neil Bivona | Prepare correspondence to Iron Mountain re: recall of BOT archive boxes and price quote initial list of old archive boxes to be destroyed. | 0.70 | $375.00/hr | $262.50 |
| 12/04/2017 | Neil Bivona | Review Simplex contracts for renewal & pricing re: fire system inspections in Nat Ctr and BRV Dorm. | 1.20 | $375.00/hr | $450.00 |
| 12/04/2017 | Neil Bivona | Review and revise DIP budget extension spreadsheet through May 2018. | 1.00 | $375.00/hr | $375.00 |
| 12/04/2017 | Neil Bivona | Call w/ B. Faustini re: distributions.  Review e-mail agreement and follow up with UMB. | 0.50 | $375.00/hr | $187.50 |

**RSR Consulting, LLC**                                                                                          **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**12/1/17 Through 12/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 12/04/2017 | Robert Rosenfeld | Work on month end closing of books. | 2.50 | $390.00/hr | $975.00 |
| 12/05/2017 | Neil Bivona | Review Simplex proposals / quotes for repairs at Nat Ctr Bldg A & B resulting from issues would during sprinkler system inspections.  Review prior inspections and discuss w/ D. Cook. | 0.80 | $375.00/hr | $300.00 |
| 12/05/2017 | Neil Bivona | Call w/ D. Cook re: history on Nat Ctr boiler issues, Racanelli repair status and utilities proration with Mercury. | 0.40 | $375.00/hr | $150.00 |
| 12/05/2017 | Neil Bivona | Research remote temperature monitor / alarms.  Discuss network/wifi compatibility w/ W. Benka. | 0.60 | $375.00/hr | $225.00 |
| 12/05/2017 | Neil Bivona | Call w/ J. Butler at Iron Mountain re: BOT file box retrieval & pick up of boxes from Hangar to be destroyed. | 0.30 | $375.00/hr | $112.50 |
| 12/05/2017 | Robert Rosenfeld | Call with S. Southard and H. Kleinberg relating to UCC investigation of Board and Debtor's activities pre petition. | 0.30 | $390.00/hr | $117.00 |
| 12/05/2017 | Robert Rosenfeld | Work on bank reconciliations for Debtor's accounts and month end closing of books. | 2.50 | $390.00/hr | $975.00 |
| 12/06/2017 | Neil Bivona | Review correspondence from L. Templeton ay NYSED re: letter addressing NY State regent diplomas for Dowling students and non-conferral of degrees on Dowling transcripts. | 0.50 | $375.00/hr | $187.50 |
| 12/06/2017 | Robert Rosenfeld | Call with M. Cavallero (ARC Excess) regarding pending discovery requests from UCC. | 0.30 | $390.00/hr | $117.00 |
| 12/06/2017 | Robert Rosenfeld | Call with S. Southard re: pending discovery request from UCC. | 0.30 | $390.00/hr | $117.00 |
| 12/06/2017 | Robert Rosenfeld | Monthly closing of books and MOR preparation. | 2.00 | $390.00/hr | $780.00 |
| 12/07/2017 | Neil Bivona | Meet w/ Anron technician re: ongoing trouble with boiler tripping off and repair/ replacement of boiler blower motor. | 1.00 | $375.00/hr | $375.00 |
| 12/07/2017 | Neil Bivona | Meet w/ Iron Mountain crew & supervise re: removal of old / non-essential records for destruction in accordance with document retention order. | 1.20 | $375.00/hr | $450.00 |
| 12/07/2017 | Neil Bivona | Meet w/ A. Dimola & review notice re: Local 434 union termination and possible ERISA claims. | 0.50 | $375.00/hr | $187.50 |
| 12/07/2017 | Neil Bivona | Calls w/ Simplex to schedule fire extinguisher inspections for all buildings & dorm at Brookhaven campus and fire alarm inspection for Nat Ctr Bldg B. | 0.60 | $375.00/hr | $225.00 |
| 12/07/2017 | Neil Bivona | Review and update DIP budget extension for weeks 58-78. | 1.30 | $375.00/hr | $487.50 |
| 12/08/2017 | Neil Bivona | Review and update borrowing availability worksheet & edit to include professional fee holdback line items in TL A, B & D. | 1.50 | $375.00/hr | $562.50 |
| 12/08/2017 | Neil Bivona | Supervise move of Library special collections from Hangar to heated room in Bldg B. | 2.00 | $375.00/hr | $750.00 |
| 12/08/2017 | Neil Bivona | Prepare Notice of Borrowing for weeks 55-57 & circulate to DIP lenders. | 1.30 | $375.00/hr | $487.50 |
| 12/08/2017 | Neil Bivona | Meet w/ Simplex technician re: service to Bldg A as required from sprinkles system inspection. | 0.50 | $375.00/hr | $187.50 |

**RSR Consulting, LLC**                                                                                                    **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**12/1/17 Through 12/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 12/08/2017 | Neil Bivona | Review weekly invoices & prepare disbursement detail worksheet.  Prepare transfer and disbursement summary reports.  Process DIP Account transfers and wire payments for approval. | 1.50 | $375.00/hr | $562.50 |
| 12/08/2017 | Robert Rosenfeld | Process weekly disbursements and banking transactions. | 1.50 | $390.00/hr | $585.00 |
| 12/11/2017 | Neil Bivona | Attend to various Nat Ctr facility issues (Simples, 24//7, Iron Mountain, Arrow Security). | 1.50 | $375.00/hr | $562.50 |
| 12/11/2017 | Neil Bivona | Further review and revisions to DIP budget extension.  Discuss the same w/ S. Southard. | 2.20 | $375.00/hr | $825.00 |
| 12/11/2017 | Robert Rosenfeld | Call with Smith Downey; A. Dimola; and S. Southard regarding questionnaire received from IAM union regarding union withdrawal; subsequent review of form and execution of document. | 0.50 | $390.00/hr | $195.00 |
| 12/11/2017 | Robert Rosenfeld | Process payments to surveyor for 121 Central Avenue and update accounting. | 0.50 | $390.00/hr | $195.00 |
| 12/12/2017 | Neil Bivona | Review weekly variance reports and prepare DIP compliance reports for Weeks 48, 49, 50 & 51. | 2.30 | $375.00/hr | $862.50 |
| 12/12/2017 | Neil Bivona | Meet w/ M> klotz to go over document scanning project re: UCC information request. | 0.30 | $375.00/hr | $112.50 |
| 12/12/2017 | Neil Bivona | Draft response w/ backup to M. Grochowski re: Notice of Borrowing for weeks 55-57 & draft DIP budget extension for weeks 58-66. | 2.20 | $375.00/hr | $825.00 |
| 12/13/2017 | Neil Bivona | Review weekly variance reports and prepare DIP compliance reports for Weeks 52, 53, & 54. | 2.00 | $375.00/hr | $750.00 |
| 12/13/2017 | Neil Bivona | Discussion w/ D. Cook re: Mercury interest in 64 Chateau, 121 Central and 135 Idle Hour. | 0.50 | $375.00/hr | $187.50 |
| 12/14/2017 | Neil Bivona | Review weekly invoices and prepare disbursement detail worksheet.  Prepare transfer and disbursement summary reports.  Set up DIP account transfers and wire payments for approval. | 2.50 | $375.00/hr | $937.50 |
| 12/14/2017 | Neil Bivona | Meet w/ Simplex technicians re: fire alarm system inspection of Athletic building.  Call w/ Simplex dispatcher re: confirmation of scope. | 1.00 | $375.00/hr | $375.00 |
| 12/14/2017 | Neil Bivona | Check and restart Nat Center boiler.  Follow up call to Anron re: status of delivery of replacement motor. | 0.60 | $375.00/hr | $225.00 |
| 12/14/2017 | Robert Rosenfeld | Work on funding and disbursement's for week and update Quickbooks accounting. | 1.50 | $390.00/hr | $585.00 |
| 12/15/2017 | Robert Rosenfeld | Work on accounting updates in quickbooks; oversight of issues at Brookhaven campus. | 3.00 | $390.00/hr | $1,170.00 |
| 12/16/2017 | Neil Bivona | Call w/ Simplex and correspondence w/ W. Benka re: failed test signal from BRV Dorm fire panel. | 0.50 | $375.00/hr | $187.50 |
| 12/18/2017 | Neil Bivona | Review real estate tax bills.  Call w/ D. cook re: bills for Chateau Drive Lots 4 & 5.  Review Mercury closing documents / title report & Town of Islip Tax map.  Call w/ R. Rosenfeld to discuss.  Prepare correspondence to S. southward & M .White re: the same. | 2.40 | $375.00/hr | $900.00 |
| 12/18/2017 | Neil Bivona | Call w/ D. Hegarty re: walk-through of BRV dorm / needed shower / toilet repairs. | 0.30 | $375.00/hr | $112.50 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**12/1/17 Through 12/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 12/18/2017 | Neil Bivona | Meet w/ W. Benka re: status of open IT issues. | 0.50 | $375.00/hr | $187.50 |
| 12/19/2017 | Neil Bivona | Analyze / reconcile Perkins Loan consolidation payments received into Dowling IP Operating Acct & prepare transfers of funds to US Bank Perkins account. | 1.00 | $375.00/hr | $375.00 |
| 12/19/2017 | Neil Bivona | Call w/ M. white, S. Southward & R. Rosenfeld re:  conveyance of Chateau Drive lots 4 & 5 to Mercury. | 0.70 | $375.00/hr | $262.50 |
| 12/19/2017 | Neil Bivona | Review proposed fire systems inspection contract proposal from Simplex & review exiting contracts.  Prepare correspondence to H. Nathanson & F. Rivas at Simplex re; the same. | 0.70 | $375.00/hr | $262.50 |
| 12/19/2017 | Neil Bivona | Walk through of Nat Ctr Bldgs A, B & C to check on heat, etc. Check BMS HVAC control system re: adjusting heating zone set points. | 1.00 | $375.00/hr | $375.00 |
| 12/19/2017 | Robert Rosenfeld | Call with S. Southard, M. White, and N. Bivona to discuss property tax assessments related to Oakdale properties. | 0.70 | $390.00/hr | $273.00 |
| 12/19/2017 | Robert Rosenfeld | Review correspondence and follow up with D&O insurance carrier. | 0.40 | $390.00/hr | $156.00 |
| 12/20/2017 | Neil Bivona | Review revised contract proposals for 2018 fire inspection services form Simplex for Brookhaven Campus (Nat Ctr, Athletics & Dorm) & compare pricing & terms to 2017 contract. | 1.10 | $375.00/hr | $412.50 |
| 12/20/2017 | Robert Rosenfeld | Update books in quickbooks and reconcile deposits received to date in connection with mandatory prepayment to lenders. | 1.50 | $390.00/hr | $585.00 |
| 12/21/2017 | Neil Bivona | Continue review of Iron mountain inventory for document retention or destruction as per records attention order. | 1.50 | $375.00/hr | $562.50 |
| 12/21/2017 | Neil Bivona | Meet w/ Smart Power and Anron to troubleshoot electrical issues with Nat Ctr boiler / electrical breaker. | 1.00 | $375.00/hr | $375.00 |
| 12/21/2017 | Robert Rosenfeld | Analyze cash activity from October thru December in connection with mandatory prepayment to lenders. | 1.50 | $390.00/hr | $585.00 |
| 12/22/2017 | Neil Bivona | Review weekly invoices & prepare disbursement detail worksheet.  Prepare disbursement and transfer summary reports.  Set up DIP Account transfers and wire payments for approval. | 2.40 | $375.00/hr | $900.00 |
| 12/22/2017 | Robert Rosenfeld | Process payments and transfers for weekly disbursements and update accounting in quickbooks. | 1.50 | $390.00/hr | $585.00 |
| 12/26/2017 | Robert Rosenfeld | Process deposits for Debtor for Signature Bank and update accounting in quickbooks. | 0.70 | $390.00/hr | $273.00 |
| 12/28/2017 | Neil Bivona | Review and update professional fee tracking spreadsheet. Reconcile first interim period holdback payments. | 1.00 | $375.00/hr | $375.00 |
| 12/28/2017 | Neil Bivona | Upload approved DIP Budget extension into borrowing availability workbook.  Prepare schedule to notice of borrowing for weeks 58-60. | 2.10 | $375.00/hr | $787.50 |
| 12/28/2017 | Neil Bivona | Meet w/ Diane Impagliazzo re: open student records inquiries and communications w/ NYSED. | 0.50 | $375.00/hr | $187.50 |

**RSR Consulting, LLC**                                                                                         **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**12/1/17 Through 12/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Totals For Business Operations** | | | **79.80** | | **$30,258.00** |
| **Cash Monitoring** | | | | | |
| 12/11/2017 | Robert McLeod | Prepare DIP budget compliance reports for weeks 48 and 49. | 1.30 | $335.00/hr | $435.50 |
| 12/11/2017 | Robert McLeod | Prepare DIP budget compliance reports for weeks 50 to 52. | 2.10 | $335.00/hr | $703.50 |
| 12/11/2017 | Robert McLeod | Prepare DIP budget compliance reports for weeks 53 to 54. | 2.30 | $335.00/hr | $770.50 |
| 12/11/2017 | Robert McLeod | Review and finalize DIP budget compliance reports and disbursements detail / categorization for weeks 48 to 54; circulate reports amongst RSR team for review and distribution. | 1.90 | $335.00/hr | $636.50 |
| **Totals For Cash Monitoring** | | | **7.60** | | **$2,546.00** |
| **Claims Investigation** | | | | | |
| 12/01/2017 | Neil Bivona | Follow up correspondence w/ S. Stella re: discrepancies between employee medical claim analysis and DOL proof of claim figures. | 0.30 | $375.00/hr | $112.50 |
| 12/05/2017 | Neil Bivona | Review employee medical claim analysis pivot tables and raw claim data from Cigna & Healthplex.  Call w/ M. Hablenko to discuss differences from DOL proof of claim. | 2.00 | $375.00/hr | $750.00 |
| 12/11/2017 | Neil Bivona | Search through BOT hardcopy and electronic files for documents responsive to UCC information request. | 2.50 | $375.00/hr | $937.50 |
| 12/14/2017 | Neil Bivona | Review and upload scanned BOT documents to Box.com account re: UCC information request. | 1.00 | $375.00/hr | $375.00 |
| 12/18/2017 | Neil Bivona | Call w/ S. Southard & R. Rosenfeld re; recap of hearing/ discussions on WARN Act complaint settlement discussions. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Claims Investigation** | | | **6.30** | | **$2,362.50** |
| **Creditor Committee Issues and Information Requests** | | | | | |
| 12/06/2017 | Neil Bivona | Review network files for BOT, President, Provost, and various personnel serving in those posts between 2009 and 2016 re: UCC information request.  Discuss carrier coverage and Carrier/BOT representation by counsel. | 2.00 | $375.00/hr | $750.00 |
| 12/06/2017 | Neil Bivona | Meet w/ W. Benka re: search ability / portability of Groupwise e-mail archives and network file structure. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Creditor Committee Issues and Information Requests** | | | **2.50** | | **$937.50** |
| **Creditors' Committee-General** | | | | | |
| 12/01/2017 | Neil Bivona | Meet w/ W. Benka re: UCC discovery request & status of searchability of electronic files.  Review network drive of D. Schiozzi for BOT related information.  Review Iron Mountain archive inventory for archived hardcopy files related to BOT / UCC discovery request. | 2.50 | $375.00/hr | $937.50 |
| **Totals For Creditors' Committee-General** | | | **2.50** | | **$937.50** |
| **Dowling-Opp Commercial sales** | | | | | |
| 12/11/2017 | Neil Bivona | Call w/ D. Cook re: 47 Chateau foundation repairs.  Follow-up communications w/ R. Rosenfeld, R. Bertucci & J. Sturchio. | 0.50 | $375.00/hr | $187.50 |

6

**RSR Consulting, LLC**                                                                                          **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**12/1/17 Through 12/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Totals For Dowling-Opp Commercial sales** | | | **0.50** | | **$187.50** |
| **Dowling-Residential Ops** | | | | | |
| 12/08/2017 | Neil Bivona | Review flood insurance invoices for 89 & 121 Central and enclosed explanations of zone/premium review process. Research National Flood Insurance Program website for info on zone review and premium determination. Correspondence w/ R. Bertucci & Sterling Risk re: the same. | 1.00 | $375.00/hr | $375.00 |
| 12/13/2017 | Neil Bivona | Meet w/ M. Slattery in Oakdale to discuss arrangement for shoveling / salting at remaining residential properties. | 0.50 | $375.00/hr | $187.50 |
| 12/14/2017 | Neil Bivona | Download real estate tax bills form Town of Islip Assessors website & analyze vs. 1st 1/2 2016/2016 bills. Prepare schedule and correspondence to R. Bertucci & R. Rosenfeld re: the same. | 1.50 | $375.00/hr | $562.50 |
| 12/15/2017 | Neil Bivona | Calls w J. Sturchio & others re: repair of heat at 89 Central. | 0.50 | $375.00/hr | $187.50 |
| 12/18/2017 | Neil Bivona | Review correspondence from Sterling risk re: reduced flood insurance premiums on 89 & 121 Central. prepare response and forwarding correspondence to R. Bertucci. | 0.50 | $375.00/hr | $187.50 |
| 12/19/2017 | Neil Bivona | Follow up w/ M. Slattery / Romanelli Oil re: fill of tank / repair of boiler at 48 Van Bomel. | 0.60 | $375.00/hr | $225.00 |
| 12/22/2017 | Neil Bivona | Trip to Oakdale to inspect 121 Central electrical meter / panel re: high electric bills. Locate and turn off breakers for path and parking lot lighting. Inspect 121, Central and 123 & 135 Idle Hour - condition and heating ok. | 2.30 | $375.00/hr | $862.50 |
| 12/31/2017 | Neil Bivona | Several calls with M. Slattery and Romanelli Oil re remaining residential properties oil deliveries. | 0.50 | $375.00/hr | $187.50 |
| **Totals For Dowling-Residential Ops** | | | **7.40** | | **$2,775.00** |
| **Dowling-Residential Sales** | | | | | |
| 12/01/2017 | Robert Rosenfeld | Review status of house sales with aJ. Sturchio and R. Bertucci and provide responses to both in active negotiations with buyers. | 0.80 | $390.00/hr | $312.00 |
| 12/04/2017 | Neil Bivona | Follow up on various residential properties issued (surveys, water at 47 Chateau, list price analysis, furniture, etc). | 1.00 | $375.00/hr | $375.00 |
| 12/04/2017 | Neil Bivona | Review & discuss list price analysis by R. Rosenfeld re: remaining residential properties. | 0.50 | $375.00/hr | $187.50 |
| 12/05/2017 | Neil Bivona | Review expected residential sale closing schedule and prior year RE Tax bills on remaining properties. Review DIP budget for adequacy. Call w/ R. Bertucci to review 274 Connequot survey & follow up on 64 Chateau survey. Also discussed real estate tax payments due 1/10/18. | 1.50 | $375.00/hr | $562.50 |

**RSR Consulting, LLC**                                                                 **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**12/1/17 Through 12/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|:-------------:|:-----------:|:------------:|
| 12/06/2017 | Neil Bivona | Review of analysis, draft correspondence to UCC and correspondence w/ R. Bertucci and J. Sturchio re: asking prices / potential bulk marketing of remaining residential properties. | 0.50 | $375.00/hr | $187.50 |
| 12/06/2017 | Robert Rosenfeld | Analyze remaining residential house values; prepare correspondence to  UCC and Oppenheimer and address outstanding issues on properties. | 1.50 | $390.00/hr | $585.00 |
| 12/07/2017 | Robert Rosenfeld | Call with R. Bertucci regarding status of remaining Oakdale properties (.5); call with J. Sturchio regarding follow up on next steps regarding Oakdale properties (.5); review and analyze and follow up with correspondence to Oppenheimer and DE to address remaining properties disposition (1.0) | 2.00 | $390.00/hr | $780.00 |
| 12/08/2017 | Neil Bivona | Review inspection report page and work estimate for foundation repair at 47 Chateau.  Call w/ J. Sturchio re: the same. | 0.60 | $375.00/hr | $225.00 |
| 12/11/2017 | Neil Bivona | Follow up on surveys for 89 & 121 Central Ave. | 0.20 | $375.00/hr | $75.00 |
| 12/11/2017 | Robert Rosenfeld | Communications with J. Sturchio regarding status of residential sales; review and execute contracts for sale; and update analysis on residential sales analysis. | 1.00 | $390.00/hr | $390.00 |
| 12/12/2017 | Robert Rosenfeld | Follow up with status of residential sales with DE and provide responses to emails from brokers. | 0.50 | $390.00/hr | $195.00 |
| 12/12/2017 | Neil Bivona | Trip to surveyors office to drop off payment and pick up surveys for 89 & 121 Central. | 1.00 | $375.00/hr | $375.00 |
| 12/12/2017 | Neil Bivona | Trip to Oakdale campus to drop off keys / surveys for J. Sturchio to pick up.  Meet w/ D. Cook re: Mercury interest in converted properties. | 0.60 | $375.00/hr | $225.00 |
| 12/12/2017 | Neil Bivona | Call w/ M. White re: open issues on remaining residential properties. | 0.50 | $375.00/hr | $187.50 |
| 12/12/2017 | Neil Bivona | Various correspondence w/ J Sturchio re: open issues on residential properties. | 0.50 | $375.00/hr | $187.50 |
| 12/13/2017 | Neil Bivona | Call w/ J. Sturchio re: review of survey on 274 Connetquot and options for marketing the property. | 0.50 | $375.00/hr | $187.50 |
| 12/14/2017 | Robert Rosenfeld | Review correspondence and discuss with brokers issues and status related to remaining Oakdale residential properties. | 1.50 | $390.00/hr | $585.00 |
| 12/15/2017 | Robert Rosenfeld | Discussions with counsel and parties regarding sale of Dowling Oakdale residential properties relating to 64 Chateau and 52 Van Bomel and status of remaining properties. | 1.00 | $390.00/hr | $390.00 |
| 12/18/2017 | Robert Rosenfeld | Review and execute contract of sale for 52 Van Bomel. | 0.50 | $390.00/hr | $195.00 |
| 12/19/2017 | Neil Bivona | Review numerous correspondence re: sale process for remaining residential properties. | 0.50 | $375.00/hr | $187.50 |
| 12/19/2017 | Robert Rosenfeld | Discussions and communications with Mercury regarding interest in purchasing various remaining properties in Oakdale. | 0.30 | $390.00/hr | $117.00 |
| 12/19/2017 | Robert Rosenfeld | Discussions with J. Sturchio; D. Cook; R. Bertucci relating to negotiations and sales process on remaining Oakdale residential properties. | 1.00 | $390.00/hr | $390.00 |

**RSR Consulting, LLC**                                                                                                    **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**12/1/17 Through 12/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 12/22/2017 | Neil Bivona | Review e-mail from Mercury forwarded by D. Cook re: inquiries on 121 Central Flood insurance history.  Research files & call D. cook re: the same. | 0.40 | $375.00/hr | $150.00 |
| **Totals For Dowling-Residential Sales** | | | **18.40** | | **$7,051.50** |
| **Financial Analysis** | | | | | |
| 12/12/2017 | Neil Bivona | Review correspondence from L. Roberson re: additional DIP repayments &  review all prior UMB repayment notices. Review and update DIP Tracking spreadsheet through the end of October.  Review timing of payment application between Debtor remittance and UMB application / distribution to DIP lenders & terms of DIP Note.  Correspondence w/ counsel re: payment timing. | 1.80 | $375.00/hr | $675.00 |
| 12/20/2017 | Neil Bivona | Review and reconcile cash accounts & Mandatory prepayments to date. | 1.50 | $375.00/hr | $562.50 |
| 12/21/2017 | Neil Bivona | Review and reconcile cash accounts & mandatory prepayments. | 1.50 | $375.00/hr | $562.50 |
| **Totals For Financial Analysis** | | | **4.80** | | **$1,800.00** |
| **Litigation Matters** | | | | | |
| 12/01/2017 | Ilene Hellman | Phone call with Lauren Kiss and Anne Dimola to review payroll of Part Time Employees and determine how 60 day gross was calculated | 1.90 | $125.00/hr | $237.50 |
| 12/01/2017 | Ilene Hellman | email docs and explanation to Lauren re: Tutors and Adjuncts in Warn Calculation | 0.40 | $125.00/hr | $50.00 |
| 12/01/2017 | Ilene Hellman | Phone Call with Lauren Kiss re: Tutors and Adjuncts in Warn Calculation | 0.20 | $125.00/hr | $25.00 |
| 12/01/2017 | Ilene Hellman | Phone call with Lauren Kiss re: Warn Calc and semester start and end dates Spring 2016 | 0.10 | $125.00/hr | $12.50 |
| 12/04/2017 | Ilene Hellman | Research and phone call with Lauren Kiss re WARN settlement | 0.70 | $125.00/hr | $87.50 |
| 12/05/2017 | Ilene Hellman | Research re WARN settlement | 0.20 | $125.00/hr | $25.00 |
| 12/05/2017 | Ilene Hellman | Research and phone call with Lauren Kiss re WARN settlement | 1.20 | $125.00/hr | $150.00 |
| 12/05/2017 | Ilene Hellman | Research and phone call with Lauren Kiss re WARN settlement | 0.60 | $125.00/hr | $75.00 |
| 12/05/2017 | Ilene Hellman | Research and phone call with Lauren Kiss re WARN settlement | 0.20 | $125.00/hr | $25.00 |
| 12/07/2017 | Robert Rosenfeld | Meeting with S. Southard to discuss discovery request from UCC. | 1.50 | $390.00/hr | $585.00 |
| 12/07/2017 | Robert Rosenfeld | Discussion with H. Kleinberg regarding notification process for UCC discovery request to insurance carrier. | 0.30 | $390.00/hr | $117.00 |
| **Totals For Litigation Matters** | | | **7.30** | | **$1,389.50** |
| **Meetings with Creditors and/or Representatives** | | | | | |
| 12/19/2017 | Neil Bivona | Call w/ R. Bertucci re; DIP budget extension & other updates. | 0.30 | $375.00/hr | $112.50 |
| 12/19/2017 | Neil Bivona | Call w/ R. Bertucci re: RE taxes & proposed DIP Budget extension.  Revise budget for TL C as discussed and re-circulate to all parties. | 0.60 | $375.00/hr | $225.00 |
| **Totals For Meetings with Creditors and/or Representatives** | | | **0.90** | | **$337.50** |

**RSR Consulting, LLC**                                                                                       **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**12/1/17 Through 12/31/17**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| **Meetings with Debtor and Representatives** | | | | | |
| 12/28/2017 | Neil Bivona | Call w/ S. Southrd & L. Kiss re: questions / info needs for motion re: release of unrestricted funds & disclosure statement. | 0.60 | $375.00/hr | $225.00 |
| **Totals For Meetings with Debtor and Representatives** | | | **0.60** | | **$225.00** |
| **Meetings with Lawyers** | | | | | |
| 12/01/2017 | Neil Bivona | Call w/ s. Southard & R. Rosenfeld re: status of WARN Action and UCC discovery request. | 1.00 | $375.00/hr | $375.00 |
| 12/01/2017 | Robert Rosenfeld | Call with counsel and N. Bivona to discuss status of committee discovery request and stays of WARN complaint. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Meetings with Lawyers** | | | **2.00** | | **$765.00** |
| **UST Reporting** | | | | | |
| 12/07/2017 | Robert Rosenfeld | Work on MOR for month of November 2017. | 1.50 | $390.00/hr | $585.00 |
| 12/08/2017 | Robert Rosenfeld | Work on MOR for November and update month end closing. | 2.00 | $390.00/hr | $780.00 |
| 12/11/2017 | Robert Rosenfeld | Review and make revisions to November 2017 MOR. | 1.50 | $390.00/hr | $585.00 |
| 12/16/2017 | Robert Rosenfeld | Make revisions to November 2017 MOR and provide to counsel for further review. | 1.50 | $390.00/hr | $585.00 |
| **Totals For UST Reporting** | | | **6.50** | | **$2,535.00** |
| **Grand Total** | | | **159.90** | | **$58,933.00** |

**RSR Consulting, LLC**                                                                                                      **Exhibit D**
**Dowling College - Case #16-75545 (REG)**
**Detailed Expense Report**
**12/1/17 Through 12/31/17**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 12/10/2017 | Robert Rosenfeld | Right Networks monthly charge: 12/10/17 to 1/9/18 | $6.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$6.00** |
| **Grand Total** | | | **$6.00** |