**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-*
*   Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                  :     Chapter 11
                                                       :
DOWLING COLLEGE,                                       :
f/d/b/a DOWLING INSTITUTE,                             :     Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                         :
ASSOCIATION,                                           :
f/d/b/a CECOM,                                         :
a/k/a DOWLING COLLEGE, INC.,                           :
                                                       :
                                    Debtor.            :
------------------------------------------------------------------x

## HEARING AGENDA

| | |
|---|---|
| **Time and Date of Hearing:** | January 22, 2018 at 1:30 p.m. (Eastern Time) |
| **Location of Hearing:** | Courtroom of the Honorable Robert E. Grossman, United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 |
| **Copies of Motions and Applications:** | The Motions and Applications may be viewed on the Court's website (http://www.nyeb.uscourts.gov/) with a login and password to the Court's Public Access to Court Electronic Records and copies of such documents can be obtained from the Debtor's |

| | noticing agent, Garden City Group, LLC at http://cases.gardencitygroup.com/dco. |
|---|---|

I.      **Uncontested Matters**

1.      Debtor's Fourth Motion for an Order Extending Exclusive Periods During Which the Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereto [DE 474]

Related Documents:

A.      Affidavit of Service [DE 476]

Status:  This matter is going forward.

2.      Debtor's Supplemental Motion for Entry of an Order Authorizing the Debtor to Use the Funds Held in the Unrestricted Prepetition Bank Accounts as Cash Collateral [DE 475]

Related Documents:

A.      Affidavit of Service [DE 476]

B.      Final Order (I) Authorizing the Closing and Balance Transfers of Certain Prepetition Bank Accounts; (II) Granting an Extension of Time to Comply with Section 345 Investment and Deposit Requirements; and (III) Granting Related Relief [DE 110]

C.      Debtor's Initial Report on Potentially Restricted Assets [DE 147]

Status:  This matter is going forward.

Dated:   New York, New York
         January 18, 2018

                              **KLESTADT WINTERS JURELLER**
                              **SOUTHARD & STEVENS, LLP**

                    By:   */s/ Sean C. Southard*
                          Sean C. Southard
                          Lauren C. Kiss
                          200 West 41st Street, 17th Floor
                          New York, NY 10036
                          Tel: (212) 972-3000
                          Fax: (212) 972-2245
                          Email: ssouthard@klestadt.com

                          *Counsel to the Debtor and Debtor-in-*
                          *    Possession*