**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re                                                                          :        Chapter 11
                                                                                    :
DOWLING COLLEGE,                                                    :
f/d/b/a DOWLING INSTITUTE,                                      :        Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                         :
ASSOCIATION,                                                              :
f/d/b/a CECOM,                                                             :
a/k/a DOWLING COLLEGE, INC.,                                :
                                                                                    :
                                              Debtor.                    :
---------------------------------------------------------------x

## FOURTH ORDER GRANTING EXTENSION OF DEBTOR'S EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO 11 U.S.C. § 1121(d)

Upon the motion (the "Motion")[1] of the Debtor for entry of an order (this "Order") pursuant to sections 105(a) and 1121(d) of the Bankruptcy Code, granting an extension of the Debtor's exclusive periods to file a chapter 11 plan and to solicit acceptances thereof for an additional sixty (60) days; and notice of the Motion having been given as set forth in the Motion; and the Court having jurisdiction to consider the motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. § 1408; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and a hearing having been held on January 22, 2018 to consider the relief requested in the Motion; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT**:

---

[1] Capitalized terms used herein shall have the meanings ascribed to them in the Motion.

1. The Motion is granted to the extent set forth herein.

2. The Debtor's Exclusive Periods are hereby extended to March 26, 2018 for filing of a chapter 11 plan, and May 25, 2018 for soliciting acceptances thereto.

3. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion.

4. Entry of this Order shall be without prejudice to the rights of the Debtor to request further extensions of the Exclusive Periods or seek other appropriate relief.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Central Islip, New York  
      January 29, 2018

_____  
Robert E. Grossman  
United States Bankruptcy Judge