**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-*
  *Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
|                                  Debtor. | : | |

-----------------------------------------------------------------x

## HEARING AGENDA

| | |
|---|---|
| **Time and Date of Hearing:** | February 5, 2018 at 1:30 p.m. (Eastern Time) |
| **Location of Hearing:** | Courtroom of the Honorable Robert E. Grossman, United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 |
| **Copies of Motions and Applications:** | The Motions and Applications may be viewed on the Court's website (http://www.nyeb.uscourts.gov/) with a login and password to the Court's Public Access to Court Electronic Records and copies of such documents can be obtained from the Debtor's noticing agent, Garden City Group, LLC at http://cases.gardencitygroup.com/dco. |

I. **Uncontested Matters**

    1.    Adjourned Status Hearing

    Related Documents:

    A.    Order Scheduling Initial Case Management Conference [DE 74]

    Status:  This matter is going forward.

    2.    Debtor's Motion for Entry of (I) an Order (A) Approving Bidding Procedures for the Sale of the Debtor's Brookhaven Campus, (B) Scheduling an Auction and a Sale Hearing Related Thereto and (C) Approving the Form of Notice of the Auction and Sale Hearing; and (II) an Order (A) Approving Such Sale of the Brookhaven Campus Free and Clear of Liens, Claims, Encumbrances and Other Interests and (B) Granting Related Relief [DE 406]

    Related Documents:

    A.    Affidavit of Service of Sale Motion [DE 413]

    B.    Bidding Procedures Order for the Sale of the Debtor's Brookhaven Campus [DE 425]

    C.    Affidavit of Service of Bidding Procedures Order [DE 426]

    D.    Amended Notice of Bid Deadline, Auction, Objection Deadline and Sale Hearing for the Sale of the Debtor's Brookhaven Campus [DE 455]

    E.    Affidavit of Service of Amended Notice of Bid Deadline, Auction, Objection Deadline and Sale Hearing for the Sale of the Debtor's Brookhaven Campus [DE 459]

    Status:  This matter is going forward as a status conference only.

II. **Adversary Proceeding**

*Lori Zaikowski, on behalf of herself and all others similarly situated v. Dowling College*, Adv. Pro. No. 16-08178 (REG)

    1.    Pretrial Conference

    Related Documents:

    A.    Second Amended Adversary Class Action Complaint [Adv. Pro. DE 3]

    B.     Dowling College's Answer with Affirmative Defenses [Adv. Pro. DE 7]

    C.     Initial Pretrial Order [Adv. Pro. DE 9]

    D.     Consent Order Certifying Class and Granting Related Relief [Adv. Pro. DE 15]

<u>Status</u>:  This matter is going forward as a status conference only.

Dated: New York, New York
February 2, 2018

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
Sean C. Southard
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, NY 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: ssouthard@klestadt.com
       lkiss@klestadt.com

*Counsel to the Debtor and Debtor-in-Possession*