IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| DOWLING COLLEGE, | ) | Case No. 16-75545 (REG) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## NOTICE OF WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Dowling College (Case No. 16-75545) | | |
|---|---|---|---|
| Claim Number: | 00295 | Date Claim Filed: | 03/03/2017 |
| Scheduled ID Number (if any): |  | | |
| Creditor Name and Address: | Premium Assignment Corporation, 3522 Thomasville Rd., Tallahassee, FL 32309 | | |
| Original Amount and Classification: | Filed: $167,946.04 | Scheduled: Secured | |

Pursuant to Federal Rule of Bankruptcy Procedure 3006, I, the undersigned, am the abovereferenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above listed Claim Number with prejudice and authorize the Clerk of the Bankruptcy Court, or its duly appointed claims agent, Garden City Group, LLC, to reflect this withdrawal on the official claims register for the Debtors.

☐ In addition to the foregoing, I also withdraw the scheduled liabilities associated with the above listed Scheduled ID Number with prejudice and authorize the Clerk of the Bankruptcy Court, or its duly appointed claims agent, Garden City Group, LLC, to reflect this withdrawal on the official claims register for the Debtors.

Date: Jan. 23, 2018

By: Kelton Farris

Phone: (850) 558-5105
Email: kelton.farris@ipfs.com

Print Name: Kelton Farris
Title: Vice President & Attorney
Address: 3522 Thomasville Road, Ste. 400, Tallahassee, FL 32309