IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DOWLING COLLEGE, | ) Case No. 16-75545 (REG) |
| | ) |
| Debtor. | ) |

## NOTICE OF WITHDRAWAL OF CLAIM

| | | | |
|---|---|---|---|
| **Debtor Name and Case Number:** | Dowling College (Case No. 16-75545) | | |
| **Claim Number:** | 467 | **Date Claim Filed:** | 3/21/17 |
| **Scheduled ID Number (if any):** | | | |
| **Creditor Name and Address:** | Employment Development Department Bankruptcy Group MIC 92E, PO BOX 826880 Sacramento, CA 94280 | | |
| **Original Amount and Classification:** | Filed: 5,942.49 | Scheduled: | |

Pursuant to Federal Rule of Bankruptcy Procedure 3006, I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above listed Claim Number with prejudice and authorize the Clerk of the Bankruptcy Court, or its duly appointed claims agent, Garden City Group, LLC, to reflect this withdrawal on the official claims register for the Debtors.

☑ In addition to the foregoing, I also withdraw the scheduled liabilities associated with the above listed Scheduled ID Number with prejudice and authorize the Clerk of the Bankruptcy Court, or its duly appointed claims agent, Garden City Group, LLC, to reflect this withdrawal on the official claims register for the Debtors.

Date: 1/24/2018

By: _____

Print Name: Jennifer Torres

Title: Tax Administrator

Address: PO BOX 826880
SACRAMENTO, CA 94280

Phone: 916-464-2888

Email: _____