**KLESTADT WINTERS JURELLER**  **New Hearing Date: February 26, 2018**
**SOUTHARD & STEVENS, LLP**  **Hearing Time: 1:30 p.m.**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Stephanie R. Sweeney

Counsel to the Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                              :    Chapter 11
                                                                   :
DOWLING COLLEGE,                                                   :
f/d/b/a DOWLING INSTITUTE,                                         :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                                     :
ASSOCIATION,                                                       :
f/d/b/a CECOM,                                                     :
a/k/a DOWLING COLLEGE, INC.,                                       :
                                                                   :
                                    Debtor.                        :
-----------------------------------------------------------------x

## NOTICE ADJOURNMENT OF HEARING ON DEBTOR'S MOTION FOR AN ORDER APPROVING THE SALE OF THE DEBTOR'S BROOKHAVEN CAMPUS

**PLEASE TAKE NOTICE** that the hearing on the Motion [DE 406] (the "Motion") of Dowling College, debtor and debtor-in-possession in the above-captioned chapter 11 case, seeking, among other things, an order approving the sale of the Debtor's campus located in the Town of Brookhaven, County of Suffolk, at William Floyd Parkway, Shirley, New York 11967, previously scheduled for February 5, 2018, has been adjourned to **February 26, 2018 at 1:30 p.m. (EST)** or as soon thereafter as counsel may be heard, and will take place before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing on the Motion may be adjourned without further notice except as announced in open court at the Hearing or at any adjourned hearing.

Dated:   New York, New York
         February 6, 2018

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:  */s/ Sean C. Southard*
     Sean C. Southard
     Stephanie R. Sweeney
     200 West 41st Street, 17th Floor
     New York, NY 10036
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email: ssouthard@klestadt.com
            ssweeney@klestadt.com

     *Counsel to the Debtor and Debtor-in-Possession*