UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

DOWLING COLLEGE,
f/d/b/a DOWLING INSTITUTE,
f/d/b/a DOWLING COLLEGE ALUMNI
ASSOCIATION,
f/d/b/a CECOM,
a/k/a DOWLING COLLEGE, INC.,

                Debtor.

Chapter 11

Case No. 16-75545 (REG)

## FOURTEENTH REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 1, 2018 THROUGH JANUARY 31, 2018

       The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("RSR") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("Mr. Rosenfeld") as Chief Restructuring Officer ("CRO") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period January 1, 2018 through January 31, 2018.

       **Exhibit A –**   Summary of Fees and Expenses

       **Exhibit B –**   Summary of Services by Project Category

       **Exhibit C –**   Detailed time entries by Project Category

       **Exhibit D –**   Detail of Expenses Incurred

By: _____
      Robert S. Rosenfeld
      February 7, 2018

**Exhibit A**

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses**
**1/1/18 Through 1/31/18**

**Summary of Fees**

| Summary by Professional | Responsibility | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|
| R. Rosenfeld | Chief Restructuring Officer | 93.40 | $ | 390.00 | $ | 36,426.00 |
| N. Bivona | Consultant | 148.10 | $ | 390.00 | | 57,759.00 |
| I. Hellman | Paraprofessional | 8.20 | $ | 125.00 | | 1,025.00 |
| **Total** | | **249.70** | | | $ | **95,210.00** |
| | | | | | | |
| **Average blended hourly rate** | | | | | $ | **381.30** |

**Summary of Expenses**

| | | |
|---|---|---|
| **Mail/Postage** | $ | 57.25 |
| **Overnight Shipping** | | 91.29 |
| **Software expense** | | 6.00 |
| **Office supplies** | | 100.98 |
| **Total Disbursements** | $ | **255.52** |

**RSR Consulting, LLC**                                                    **Exhibit B**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report - By Project Category**
**1/1/18 Through 1/31/18**

| Category | Billable Time | Billable Amt |
|---|---|---|
| Asset Analysis and Recovery | 2.3 | $ 897.00 |
| Asset Disposition | 61.1 | 23,829.00 |
| Bankruptcy Motions | 3.9 | 1,521.00 |
| Business Operations | 98.0 | 36,047.00 |
| Claims Investigation | 5.4 | 2,106.00 |
| Court Hearings | 1.7 | 663.00 |
| Document Review | 1.9 | 741.00 |
| Dowling-Residential Ops | 31.3 | 12,207.00 |
| Dowling-Residential Sales | 6.8 | 2,652.00 |
| Employee Benefits/Pensions | 3.1 | 1,209.00 |
| Financial Analysis | 3.0 | 1,170.00 |
| Meeting | 1.0 | 390.00 |
| Meetings with Creditors and/or Representatives | 2.2 | 858.00 |
| Meetings with Debtor and Representatives | 0.5 | 195.00 |
| Meetings with Lawyers | 0.4 | 156.00 |
| Phone Call | 1.4 | 546.00 |
| Tax compliance | 15.8 | 6,162.00 |
| UST Reporting | 9.9 | 3,861.00 |
| Grand Total | 249.7 | $ 95,210.00 |

**RSR Consulting, LLC**                                                                                    **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**1/1/18 Through 1/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| **Asset Analysis and Recovery** | | | | | |
| 01/02/2018 | Neil Bivona | Review employee flexible spending account summary plan documents and Treasure regulation excerpts re: "use it or lose it" funds forfeiture provisions for Dowling staff and faculty plans. | 0.60 | $390.00/hr | $234.00 |
| 01/09/2018 | Neil Bivona | Review student payments & correspondence/legal notices re: student accounts.  Scan and forward to RCS / M. Hablenko. | 0.30 | $390.00/hr | $117.00 |
| 01/12/2018 | Neil Bivona | Review and respond to correspondence/ questions from L. Kiss re: restricted funds. | 0.40 | $390.00/hr | $156.00 |
| 01/18/2018 | Neil Bivona | Call w/ M. Hablenko re: status of Cigna/Helathplex analysis review and student account / collections setup and activity. | 0.50 | $390.00/hr | $195.00 |
| 01/30/2018 | Neil Bivona | Review of historic bank statements and Banner GL transactions re: initial funding of sewage treatment plant reserve funds.  Correspondence to B. Faustini re: the same. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Asset Analysis and Recovery** | | | **2.30** | | **$897.00** |
| **Asset Disposition** | | | | | |
| 01/02/2018 | Neil Bivona | Review correspondence from D. Cook rE: completion of HVAC/Electrical repairs at Racanelli Ctr building.  Refresh terms of $75k escrow and reconciliation of invoices received and paid to date. | 0.60 | $390.00/hr | $234.00 |
| 01/02/2018 | Neil Bivona | Correspondence w/ I. Kaplan at Text Resources re: interest in library special collections.  Forward collection inventories for review. | 0.30 | $390.00/hr | $117.00 |
| 01/02/2018 | Neil Bivona | Broker weekly status update call re: Brookhaven marketing pro | 0.20 | $390.00/hr | $78.00 |
| 01/02/2018 | Robert Rosenfeld | Review correspondence from brokers relating to sale of Oakdale residential properties; discuss with R. Bertucci current offers and responses to interested parties. | 0.80 | $390.00/hr | $312.00 |
| 01/02/2018 | Robert Rosenfeld | Attend weekly status update call with creditors and brokers. | 0.20 | $390.00/hr | $78.00 |
| 01/03/2018 | Neil Bivona | Correspondence w/ D. Cook re: final repairs / invoice for Racanelli HVAC / Electrical systems related to events / insurance claims on 8/7 & 8.17.  Finalize analysis / reconciliation of invoiced repairs and evidence of payments made by Dowling to date.  Prepare correspondence to D. Cook re: final analysis / reconciliation.  Prepare correspondence to Mercury & e-mail notice to Escrow Agent. | 2.00 | $390.00/hr | $780.00 |
| 01/04/2018 | Neil Bivona | Correspondence w. S. Southard & R> Rosenfeld re: Racanelli insurance claim escrow release.  Forward correspondence to Mercury re: need for formal written escrow instruction letter. | 0.70 | $390.00/hr | $273.00 |
| 01/04/2018 | Neil Bivona | Review interest grid from J. Cote re: Brookhaven marketing pro | 0.20 | $390.00/hr | $78.00 |
| 01/05/2018 | Robert Rosenfeld | Attend brokers status call on Brookhaven sale process. | 0.50 | $390.00/hr | $195.00 |
| 01/07/2018 | Robert Rosenfeld | Follow up call with R. Parr regarding Brookhaven site auction. | 0.40 | $390.00/hr | $156.00 |
| 01/09/2018 | Neil Bivona | Cal w/ D. Cook re: two lots on Chateau Drive & RE Tax payment | 0.50 | $390.00/hr | $195.00 |
| 01/09/2018 | Robert Rosenfeld | Weekly status call with brokers and creditors. | 0.20 | $390.00/hr | $78.00 |

RSR Consulting, LLC                                                                                                    **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**1/1/18 Through 1/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 01/09/2018 | Robert Rosenfeld | Call with CBRE to discuss setting up meeting with Town of Brookhaven and potential buyers (.3); and follow up with E. Amendola regarding same issue (.2) | 0.50 | $390.00/hr | $195.00 |
| 01/09/2018 | Robert Rosenfeld | Coordinate calls with counsel regarding setting up meeting with Town of Brookhaven and potential buyers (.3); call with counsel regarding same (.3) | 0.60 | $390.00/hr | $234.00 |
| 01/09/2018 | Robert Rosenfeld | Call with R. Bertucci regarding status of sale of Oakdale residential properties. | 0.30 | $390.00/hr | $117.00 |
| 01/10/2018 | Neil Bivona | Assess property pre-broker tours re: safety of walkways, etc. | 1.00 | $390.00/hr | $390.00 |
| 01/11/2018 | Robert Rosenfeld | Calls with R. Bertucci and Don Cook regarding negotiations over remaining Oakdale residential properties. | 0.80 | $390.00/hr | $312.00 |
| 01/12/2018 | Robert Rosenfeld | Call with D. Cook (Mercury) regarding status of negotiations on sale of 3 Oakdale residential properties. | 0.40 | $390.00/hr | $156.00 |
| 01/15/2018 | Robert Rosenfeld | Review status report provided by brokers relating to marketing of Brookhaven campus and send to parties in interest. | 0.80 | $390.00/hr | $312.00 |
| 01/16/2018 | Neil Bivona | Review executed direction letter to escrow agent re:  Racanelli repairs.  Check for incoming wire and transfer funds to appropriate DIP account.  Discuss proper disposition of released escrow funds w. R. Rosenfeld - put in call to S. Southard re: the same. | 1.10 | $390.00/hr | $429.00 |
| 01/16/2018 | Neil Bivona | Review Brookhaven marketing status report and participate on weekly status call. | 0.30 | $390.00/hr | $117.00 |
| 01/16/2018 | Robert Rosenfeld | Follow up on Oakdale residential sales; evaluate offers and discuss with R. Bertucci and brokers; and status of repairs to properties. | 1.50 | $390.00/hr | $585.00 |
| 01/17/2018 | Neil Bivona | Call / correspondence w/ R. Lindenfeld re: visit to view ATC simulators. | 0.30 | $390.00/hr | $117.00 |
| 01/17/2018 | Robert Rosenfeld | Respond to counsel request for depositing checks from buyer at closing of 48 Van Bomel. | 0.70 | $390.00/hr | $273.00 |
| 01/17/2018 | Neil Bivona | Prepare email correspondence & call w/ B. Faustini re: Racanelli insurance escrow release. | 0.90 | $390.00/hr | $351.00 |
| 01/17/2018 | Neil Bivona | Meet w/ R. Lindenfeld (Farmingdale State University) re: inspection of ATC simulator lab. | 1.20 | $390.00/hr | $468.00 |
| 01/17/2018 | Robert Rosenfeld | Call with counsel to discuss pending real estate transactions. | 0.60 | $390.00/hr | $234.00 |
| 01/17/2018 | Neil Bivona | Call w/ R. Rosenfeld, S. Southard & M. White re: various open real estate issues relating to Oakdale Campus, Oakdale residential properties and Brookhaven Campus. | 0.70 | $390.00/hr | $273.00 |
| 01/18/2018 | Neil Bivona | Review draft answers to Otter Investments title / easement questions.  Look for any additional site / utility drawings on site.  Correspondence & follow-up call w/ S. Southard & J. Cote. | 0.80 | $390.00/hr | $312.00 |
| 01/19/2018 | Robert Rosenfeld | Review draft APA and title for Brookhaven. Review and updating schedules to APA for updating Brookhaven  auction. | 1.50 | $390.00/hr | $585.00 |
| 01/21/2018 | Neil Bivona | Review and compile information needed for Brookhaven APA S | 2.00 | $390.00/hr | $780.00 |

**RSR Consulting, LLC**                                                                                    **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**1/1/18 Through 1/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 01/22/2018 | Neil Bivona | Further review & revisions to APA schedules. | 1.50 | $390.00/hr | $585.00 |
| 01/22/2018 | Neil Bivona | Call w/ counsel to discuss changes to APA schedules. | 0.50 | $390.00/hr | $195.00 |
| 01/22/2018 | Neil Bivona | Call w/ D. Cook re: knowledge of any existing contracts or violations regarding Brookhaven campus. | 0.40 | $390.00/hr | $156.00 |
| 01/22/2018 | Robert Rosenfeld | Call with counsel to discuss APA and schedules for Brookhaven campus sale. | 0.50 | $390.00/hr | $195.00 |
| 01/23/2018 | Neil Bivona | Call w/ S. Southard, J. Corneau & R Rosenfeld re: APA & Schedules for Brookhaven sale. | 0.50 | $390.00/hr | $195.00 |
| 01/23/2018 | Neil Bivona | Weekly status call w/ Creditors and Brokers re: Brookhaven sale process. | 1.10 | $390.00/hr | $429.00 |
| 01/23/2018 | Robert Rosenfeld | Weekly status call with creditors and brokers to discuss status of Brookhaven sale. | 1.10 | $390.00/hr | $429.00 |
| 01/23/2018 | Neil Bivona | Review files in Nat Ctr Bldg B for retention or destruction as per records retention order. | 1.50 | $390.00/hr | $585.00 |
| 01/23/2018 | Neil Bivona | Compile insurance, Brookhaven Nat'l Lab MOU and other information for APA schedules / upload to data room. | 1.90 | $390.00/hr | $741.00 |
| 01/24/2018 | Neil Bivona | Complete campus tour with Suffolk realty client. | 0.70 | $390.00/hr | $273.00 |
| 01/24/2018 | Neil Bivona | Call w/ S. southward, R. Rosenfeld & R. Parr re: BNL MOU. | 0.30 | $390.00/hr | $117.00 |
| 01/24/2018 | Robert Rosenfeld | Calls with R. Parr; J. Cote; S. Southard regarding due diligence questions on Brookhaven property. | 0.80 | $390.00/hr | $312.00 |
| 01/25/2018 | Robert Rosenfeld | Call with S. Southard to discuss status of case and auction proce | 0.50 | $390.00/hr | $195.00 |
| 01/25/2018 | Robert Rosenfeld | Review bids received from marketing process; discuss with cour | 1.50 | $390.00/hr | $585.00 |
| 01/26/2018 | Robert Rosenfeld | Call with Ron Friedman regarding status of Brookhaven bidding | 0.40 | $390.00/hr | $156.00 |
| 01/26/2018 | Robert Rosenfeld | Status call with creditors and brokers regarding sale of Brookhaven site. | 0.50 | $390.00/hr | $195.00 |
| 01/26/2018 | Neil Bivona | Meet w/ & tour campus buildings w/ C. Veprak from ITAMG re: removal of PCs/shredding of drives/disposal of e-waste at Brookhaven campus. | 1.50 | $390.00/hr | $585.00 |
| 01/26/2018 | Robert Rosenfeld | Calls with C. Berger & J. Gelbtuch (CBRE) (.3); A. Graiser and E. Amendola (A&G Realty) (.3) regarding status of marketing process for Brookhaven site. | 0.60 | $390.00/hr | $234.00 |
| 01/26/2018 | Robert Rosenfeld | Calls with S. Southard regarding marketing of Brookhaven site s | 1.00 | $390.00/hr | $390.00 |
| 01/29/2018 | Neil Bivona | Meet w/ D. Cook re: Mercury interest in 3 residential properties, two lots on Chateau drive not conveyed at closing and library special collections. | 0.60 | $390.00/hr | $234.00 |
| 01/29/2018 | Neil Bivona | Meet w/ A. dimola re: status of endowment fund review / similar funds & scholarships at local schools. | 0.30 | $390.00/hr | $117.00 |
| 01/30/2018 | Neil Bivona | Weekly status call w/ Creditors, brokers an counsel re: Brookhaven sale/auction process. | 1.00 | $390.00/hr | $390.00 |
| 01/30/2018 | Neil Bivona | Review files in Nat Ctr Bldg A Doctoral offices for retention or destruction under terms of records retention order. | 2.00 | $390.00/hr | $780.00 |
| 01/30/2018 | Robert Rosenfeld | Weekly status call with creditors and brokers regarding Brookhaven auction process. | 0.80 | $390.00/hr | $312.00 |
| 01/30/2018 | Robert Rosenfeld | Call with D. Cook (Mercury) regarding status of Mercury offer for Debtor's houses in Oakdale. | 0.30 | $390.00/hr | $117.00 |
| 01/31/2018 | Robert Rosenfeld | Attend auction and meetings relating thereto for sale of Brookhaven campus. | 8.20 | $390.00/hr | $3,198.00 |

**RSR Consulting, LLC**                                                                                    **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**1/1/18 Through 1/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 01/31/2018 | Robert Rosenfeld | Call with S. Southard to discuss follow up to auction. | 0.30 | $390.00/hr | $117.00 |
| 01/31/2018 | Neil Bivona | Attend auction for Brookhaven campus. | 8.20 | $390.00/hr | $3,198.00 |
| **Totals For Asset Disposition** | | | **61.10** | | **$23,829.00** |
| **Bankruptcy Motions** | | | | | |
| 01/02/2018 | Neil Bivona | review draft motion for extension of exclusivity period and draft motion for release and transfer of unrestricted funds. Provide comments to L. Kiss. | 0.80 | $390.00/hr | $312.00 |
| 01/04/2018 | Robert Rosenfeld | Review motions for release of restricted funds for Debtor and provide comments to counsel. | 1.00 | $390.00/hr | $390.00 |
| 01/04/2018 | Neil Bivona | Review draft motion for use of transferred unrestricted funds. Review bank history for dates, other info to fill in blanks in draft motion & prepare correspondence to L. Kiss.  Review final draft of motion. | 1.30 | $390.00/hr | $507.00 |
| 01/09/2018 | Neil Bivona | Review Ingerman Smith  draft supplemental affidavit. | 0.30 | $390.00/hr | $117.00 |
| 01/22/2018 | Neil Bivona | Begin drafting communication to secured lenders re: results of motion to release/transfer unrestricted cash to DIP accounts. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Bankruptcy Motions** | | | **3.90** | | **$1,521.00** |
| **Business Operations** | | | | | |
| 01/02/2018 | Neil Bivona | Review student inquiry re: loan balance.  Research financial record and transcript and prepare responsive correspondence. | 1.00 | $390.00/hr | $390.00 |
| 01/02/2018 | Neil Bivona | Meet w/ A. Dimola re: former employee/professor request for employment/class load verification. | 0.20 | $390.00/hr | $78.00 |
| 01/02/2018 | Neil Bivona | Prepare and circulate Notice of Borrowing for DIP Budget week | 1.10 | $390.00/hr | $429.00 |
| 01/02/2018 | Neil Bivona | Review status of Perkins Loan assignment process / correspondence from C. Drummond.  Reconcile loans and funds balance.  Prepare further inquiry correspondence to C. Drummond. | 0.70 | $390.00/hr | $273.00 |
| 01/02/2018 | Neil Bivona | Meet w/ W. Benka re: licensing contracts and status of payment to vendors re:  Banner FISAP module for Fall 2015 / Spring 2016 academic year. | 0.50 | $390.00/hr | $195.00 |
| 01/02/2018 | Robert Rosenfeld | Discuss with R. Cerullo status of information responsive to Baker Tilly questions on FYE 6/30/16 tax returns. | 0.30 | $390.00/hr | $117.00 |
| 01/02/2018 | Robert Rosenfeld | Work on month end closing of books and reconciliation of cash | 1.50 | $390.00/hr | $585.00 |
| 01/03/2018 | Neil Bivona | Open mail & review weekly invoices. Follow up w/ PSEG re: two missing invoices.  Enter invoices in Quickbooks. | 2.50 | $390.00/hr | $975.00 |
| 01/03/2018 | Neil Bivona | Tour / inspect Nat Ctr. Bldg B for any heat / leak or other facility issues.  All appears ok. | 0.60 | $390.00/hr | $234.00 |
| 01/03/2018 | Neil Bivona | Tour / Inspect BRV Dorm for heating / leak / other facility issues | 1.00 | $390.00/hr | $390.00 |
| 01/03/2018 | Neil Bivona | Prepare correspondence to M. Grochowski re: Notice of Borrowing for weeks 58-60. | 1.00 | $390.00/hr | $390.00 |
| 01/03/2018 | Neil Bivona | Review of correspondence / status of Perkins assignment process from C. Drummond (Conduent).  Compare list of note discrepancies w. Dowling records & prepare reply correspondence. | 0.80 | $390.00/hr | $312.00 |

**RSR Consulting, LLC**                                                                                               **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**1/1/18 Through 1/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 01/03/2018 | Robert Rosenfeld | Coordinate and prepare and send correspondence to TD Wealth for transfer of funds from Buescher Trust to Debtor's bank account. | 1.50 | $390.00/hr | $585.00 |
| 01/03/2018 | Robert Rosenfeld | Work on month end closing of books; and update Quickbooks. | 2.50 | $390.00/hr | $975.00 |
| 01/04/2018 | Robert Rosenfeld | Work on month end accounting and closing of books and bank reconciliations. | 1.50 | $390.00/hr | $585.00 |
| 01/04/2018 | Neil Bivona | Prepare disbursement detail worksheet & transfer and disbursement summary reports. | 1.50 | $390.00/hr | $585.00 |
| 01/04/2018 | Neil Bivona | Correspondence w/ W. Benka re: non-communication error message from Brookhaven Nat Ctr temperature monitors.  Call w/ Security guard re: status of heat/boiler (all ok).  Followup w/ W.  Benka re: restoration of communication. | 0.60 | $390.00/hr | $234.00 |
| 01/05/2018 | Robert Rosenfeld | Prepare and process weekly disbursements for Debtor; update accounting for Debtor. | 2.00 | $390.00/hr | $780.00 |
| 01/05/2018 | Neil Bivona | Prepare DIP account transfers & wire payments for approval. Discuss RE Tax payments w. R. Rosenfeld. | 0.50 | $390.00/hr | $195.00 |
| 01/09/2018 | Neil Bivona | Check / tour BRV dorm building post-winter storm.  Found leaking water pipe on 2nd Floor, East Wing.  Basic cleanup placing of bucket.  Call to plumbing contractor to schedule repairs. | 1.40 | $390.00/hr | $546.00 |
| 01/09/2018 | Neil Bivona | Prepare payment worksheets and summary reports & prepare transfers / payments for payroll & 48 Van Bomel RE taxes. | 0.60 | $390.00/hr | $234.00 |
| 01/09/2018 | Robert Rosenfeld | Visit to Signature bank for deposits. | 1.00 | $390.00/hr | $390.00 |
| 01/09/2018 | Robert Rosenfeld | Process wires and payments for vendors; and update accounting in quickbooks. | 1.00 | $390.00/hr | $390.00 |
| 01/10/2018 | Neil Bivona | Review of correspondence from L. Roberson  unapplied payment info /.  Review and begin updating DIP tracking spreadsheet. | 1.50 | $390.00/hr | $585.00 |
| 01/10/2018 | Neil Bivona | Meet w/ 24.7 re: BRV Dorm plumbing repairs / leak / clean-up. (walk through) | 1.00 | $390.00/hr | $390.00 |
| 01/10/2018 | Neil Bivona | Review and transmit first archive box destruction order w/ Iron Mountain in accordance w/ Document Retention Order. | 0.50 | $390.00/hr | $195.00 |
| 01/10/2018 | Neil Bivona | Call w/ S. Flek re: snow removal hours due to recent storm. Review invoice. | 0.30 | $390.00/hr | $117.00 |
| 01/11/2018 | Neil Bivona | Review and attempt to reconcile Arrow Security statement of past due / unpaid amounts (pre and post petition). | 0.80 | $390.00/hr | $312.00 |
| 01/11/2018 | Neil Bivona | Meet w/ plumber at BRV dorm re: pipe leak repairs. | 1.40 | $390.00/hr | $546.00 |
| 01/11/2018 | Neil Bivona | Review correspondence from former student re: account discrepancies.  Review boxes recalled form archive for student's file. | 0.50 | $390.00/hr | $195.00 |
| 01/12/2018 | Neil Bivona | Review weekly invoices & prepare  disbursement detail report. Prepare transfer and disbursement summary reports  Set up DIP account transfers and wire payments for approval. | 1.20 | $390.00/hr | $468.00 |
| 01/12/2018 | Neil Bivona | Further review and updating of DIP tracking spreadsheet. | 2.00 | $390.00/hr | $780.00 |

**RSR Consulting, LLC**                                                                                               **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**1/1/18 Through 1/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 01/12/2018 | Neil Bivona | Research student account issues. | 0.60 | $390.00/hr | $234.00 |
| 01/12/2018 | Neil Bivona | Walk through / inspection of Nat Cote building B. | 0.50 | $390.00/hr | $195.00 |
| 01/12/2018 | Robert Rosenfeld | Work on weekly disbursements and cash activity and update qu | 1.50 | $390.00/hr | $585.00 |
| 01/12/2018 | Neil Bivona | Meet with plumbers re: BRV dorm leak repair. | 1.30 | $390.00/hr | $507.00 |
| 01/16/2018 | Neil Bivona | Aspect and diagnose new leak in BRV Dorm.  Take down wet ceiling tiles & shut off leaking toilet.  Call 24/7 Restoration to schedule clean-up & repair. | 0.80 | $390.00/hr | $312.00 |
| 01/16/2018 | Neil Bivona | Further review and updating of DIP tracking spreadsheet & settlement agreement illustration through 12/31/17. | 2.00 | $390.00/hr | $780.00 |
| 01/16/2018 | Neil Bivona | Review of GCG Communications escalation report (new inquires and review of pending items). | 0.70 | $390.00/hr | $273.00 |
| 01/16/2018 | Neil Bivona | Review and reconcile 2006 Bond / Class II reserve account. | 0.60 | $390.00/hr | $234.00 |
| 01/16/2018 | Neil Bivona | Prepare and schedule transfers for annual check payments to plumber re: BRV Dorm and 47 Chateau Drive. | 0.30 | $390.00/hr | $117.00 |
| 01/16/2018 | Robert Rosenfeld | Work on accounting update for transactions; process transfers and accounting for escrow release from sale of Oakdale campus. | 2.00 | $390.00/hr | $780.00 |
| 01/17/2018 | Neil Bivona | Meet w/ 24/7 Restoration re: cleanup tasks in Nat Ctr and BRV dorm. | 0.50 | $390.00/hr | $195.00 |
| 01/17/2018 | Neil Bivona | Review communication from Direct Loan Consolidation (Servicer for DOE) re: student loan inquiry.  Check listing of Perkins Loan and assignment status.  Request W. Benka do a search of Banner records. | 0.50 | $390.00/hr | $195.00 |
| 01/17/2018 | Neil Bivona | Prepare / send info to M. Grochowski re: Oppenheimer 2002/2015 Bond cash activity. | 0.40 | $390.00/hr | $156.00 |
| 01/17/2018 | Neil Bivona | Review and update DIP tracking and DIP Payment Application spreadsheets re: Notice of Mandatory Prepayment on 8/9/17. | 0.70 | $390.00/hr | $273.00 |
| 01/17/2018 | Neil Bivona | Follow up with plumber re: scheduling of assessment / estimate for 47 Chateau drive.  Provide update to R. Rosenfeld & R. Bertucci. | 0.30 | $390.00/hr | $117.00 |
| 01/18/2018 | Neil Bivona | Walk-through / inspection of Nat Ctr Bldg A. | 1.00 | $390.00/hr | $390.00 |
| 01/18/2018 | Neil Bivona | Review / comment on draft distribution notices from UMB. | 0.60 | $390.00/hr | $234.00 |
| 01/18/2018 | Neil Bivona | Review & investigate various open invoice issues (SCWA, Paraco Gas, several Simplex invoices, etc.) | 1.20 | $390.00/hr | $468.00 |
| 01/18/2018 | Neil Bivona | Review Workers Comp audit / premium assessment for period 10/1/16 - 10/1/17.  Forward to A. Dimola for further review. | 0.50 | $390.00/hr | $195.00 |
| 01/18/2018 | Neil Bivona | Review Brookhaven IDA annual filing / application documents.  Correspondence w/ R. Rosenfeld & meet with A. Dimola re: the same. | 0.30 | $390.00/hr | $117.00 |
| 01/18/2018 | Neil Bivona | Meet w/ W. Benka re: status of restoring servers. | 0.30 | $390.00/hr | $117.00 |
| 01/18/2018 | Robert Rosenfeld | Process checks received for deposit and update accounting for Debtor for activity. | 1.00 | $390.00/hr | $390.00 |
| 01/19/2018 | Robert Rosenfeld | Visit Signature bank for deposits for Debtor. | 0.80 | $390.00/hr | $312.00 |

**RSR Consulting, LLC**                                                                                        **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**1/1/18 Through 1/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 01/19/2018 | Robert Rosenfeld | Process payments and transfers for week and update accounting for Debtor in quickbooks. | 2.00 | $390.00/hr | $780.00 |
| 01/19/2018 | Neil Bivona | Review weekly invoices & prepare disbursement detail worksheet. Prepare disbursement and transfer summary reports. Set up DIP Account transfers an wire payments to vendors. | 1.80 | $390.00/hr | $702.00 |
| 01/19/2018 | Neil Bivona | Correspondence w/ M. Martinez & provide follow-up information re: verification of RE Tax payments for 39 Chateau Drive. | 0.50 | $390.00/hr | $195.00 |
| 01/21/2018 | Neil Bivona | Review of 2016-2017 Workers Compensation audit and invoice for additional premium. Review first day insurance motion and final order. Prepare correspondence to S. Southard & R. Rosenfeld re: the same. | 0.50 | $390.00/hr | $195.00 |
| 01/22/2018 | Neil Bivona | Meet w/ electrician re: replacement of Nat Ctr boiler breaker and wiring. | 0.50 | $390.00/hr | $195.00 |
| 01/22/2018 | Neil Bivona | Review files for required annual inspections. Call Hy-Cert to schedule fire hydrant inspections. | 0.30 | $390.00/hr | $117.00 |
| 01/22/2018 | Neil Bivona | Follow up call and correspondence with Simplex re: renewals of annual inspection contracts and status of contract for BRV Dorm central station monitoring | 0.30 | $390.00/hr | $117.00 |
| 01/22/2018 | Neil Bivona | Meet w/ A. Dimola re: review of Workers Comp audit for 10/1/16 - 10/1/17. | 0.30 | $390.00/hr | $117.00 |
| 01/22/2018 | Robert Rosenfeld | Update accounting for Debtor relating to sales activity and recent transactions. | 1.50 | $390.00/hr | $585.00 |
| 01/23/2018 | Neil Bivona | follow up / address issues related to sale / vacating brookhaven campus including desktop PCs, library collections, access to servers, personnel & space needs. | 1.20 | $390.00/hr | $468.00 |
| 01/23/2018 | Ilene Hellman | Research and phone calls regarding temporary office space | 0.80 | $125.00/hr | $100.00 |
| 01/23/2018 | Robert Rosenfeld | Process payments and update accounting in quickbooks. | 1.00 | $390.00/hr | $390.00 |
| 01/23/2018 | Ilene Hellman | Research and phone calls regarding temporary office space | 0.80 | $125.00/hr | $100.00 |
| 01/24/2018 | Neil Bivona | Further updates to DIP Tracking spreadsheet to reflect additional paydowns and other activity through 1/24/18. | 2.00 | $390.00/hr | $780.00 |
| 01/24/2018 | Neil Bivona | Meet w/ a. Dimola to review draft responses to Suffolk County IDA annual filing questionnaires. | 0.50 | $390.00/hr | $195.00 |
| 01/24/2018 | Neil Bivona | Review draft UMB Distribution Notice # 15. | 0.30 | $390.00/hr | $117.00 |
| 01/24/2018 | Ilene Hellman | Research and phone calls regarding temporary office space | 0.50 | $125.00/hr | $62.50 |
| 01/24/2018 | Ilene Hellman | Research and phone calls regarding temporary office space | 1.90 | $125.00/hr | $237.50 |
| 01/24/2018 | Ilene Hellman | Research and phone calls regarding temporary office space | 0.40 | $125.00/hr | $50.00 |
| 01/25/2018 | Neil Bivona | Prepare reconciliation of Class II Settlement Agreement reserve account. | 1.30 | $390.00/hr | $507.00 |
| 01/25/2018 | Neil Bivona | Review and reconcile statements from vendors (Arrow, Anron) showing past due balances. Make proper adjustments & schedule payments are appropriate. | 1.10 | $390.00/hr | $429.00 |
| 01/25/2018 | Neil Bivona | Review two bid letters for Brookhaven campus & discuss w/ R. Rosenfeld. | 0.60 | $390.00/hr | $234.00 |

**RSR Consulting, LLC**                                                                                    **Exhibit C**
**Dowling College – Case #16-75545 (REG)**
**Detailed Billing Report**
**1/1/18 Through 1/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 01/25/2018 | Neil Bivona | Create spreadsheet showing aggregate to date accrued, capitalized and cash pay interest under DIP facility. | 0.30 | $390.00/hr | $117.00 |
| 01/25/2018 | Neil Bivona | Work on Brookhaven exit plan, go-forward staffing, space and IT needs & begin preliminary evaluation of options. | 2.00 | $390.00/hr | $780.00 |
| 01/25/2018 | Neil Bivona | Meet w/ W. Benka re: status of server restoration & IT exit / relocation plan. | 0.50 | $390.00/hr | $195.00 |
| 01/25/2018 | Ilene Hellman | Research and phone calls regarding temporary office space | 1.90 | $125.00/hr | $237.50 |
| 01/25/2018 | Robert Rosenfeld | Update accounting for Debtor in quickbooks and research payables amounts for creditors. | 2.50 | $390.00/hr | $975.00 |
| 01/25/2018 | Robert Rosenfeld | Review and reconcile DIP balances and work on updating Debtor's books relating to DIP balances. | 1.50 | $390.00/hr | $585.00 |
| 01/26/2018 | Ilene Hellman | Research and phone calls regarding temporary office space | 1.90 | $125.00/hr | $237.50 |
| 01/26/2018 | Neil Bivona | Review weekly invoices & prepare disbursement detail worksheet. Prepare transfer and disbursement summary reports & set up DIP Account transfers and wire payments for approval. | 1.30 | $390.00/hr | $507.00 |
| 01/26/2018 | Neil Bivona | Review schedule of residential property closings vs. UMB distribution notices & DIP tracking spreadsheet. Correspondence to L. Roberson re: sales not noted in any distribution notices. | 0.80 | $390.00/hr | $312.00 |
| 01/26/2018 | Robert Rosenfeld | Process payments for week and update quickbooks accounting for activity; and adjust general ledger for accounting on Loan balances for DIP lenders and prepetition balances. | 3.00 | $390.00/hr | $1,170.00 |
| 01/29/2018 | Neil Bivona | Review and update professional fee / holdback tracking report.  Reconcile inconsistencies in Ingerman Smith balances. | 1.60 | $390.00/hr | $624.00 |
| 01/29/2018 | Neil Bivona | Review, update and reconcile borrowing availability worksheet through DIP budget week 60. | 1.50 | $390.00/hr | $585.00 |
| 01/29/2018 | Robert Rosenfeld | Visit to bank for deposits. | 0.80 | $390.00/hr | $312.00 |
| 01/30/2018 | Neil Bivona | Review DIP account balances and pending/expected invoices. Prepare DIP Notice of borrowing covering DIP budget weeks 61-63. | 1.50 | $390.00/hr | $585.00 |
| 01/30/2018 | Neil Bivona | Reconcile and process transfers of released unrestricted funds to TL D DIP account. | 0.50 | $390.00/hr | $195.00 |
| 01/30/2018 | Neil Bivona | Call w/ B. Faustini re: released Oakdale sewage treatment plant reserve account proceeds. | 0.40 | $390.00/hr | $156.00 |
| 01/30/2018 | Robert Rosenfeld | Prepare correspondence to Insurance brokers relating to Schoenhals matter. | 0.50 | $390.00/hr | $195.00 |
| 01/30/2018 | Robert Rosenfeld | Work on month end closing and update quickbooks for activity. | 2.50 | $390.00/hr | $975.00 |
| **Totals For Business Operations** | | | **98.00** | | **$36,047.00** |
| **Claims Investigation** | | | | | |
| 01/10/2018 | Neil Bivona | Review of PSEG proof of claim and backup billing details & invoice payment history.  Meet / discuss with M. Klotz to research all pre-petition PSEG accounts in Banker. | 0.70 | $390.00/hr | $273.00 |

**RSR Consulting, LLC**                                                                                       **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**1/1/18 Through 1/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 01/18/2018 | Neil Bivona | Review inquiries from I. Kiss re; proofs of claim filed by AIG, Premium Assignment Corp and Employment Development Department. Research claims and draft responses. | 1.30 | $390.00/hr | $507.00 |
| 01/19/2018 | Neil Bivona | Review of USDOE proof of claim & components in prep for call with USDOE and US Attorney's office. | 0.40 | $390.00/hr | $156.00 |
| 01/25/2018 | Neil Bivona | Meet w/ M. Klotz re: reconciliation of PSEG proof of claim vs. Dowling AP records. | 0.20 | $390.00/hr | $78.00 |
| 01/26/2018 | Neil Bivona | Review of US DOE proof of claim components vs. Title IV reconciliation spreadsheet. Research closeout requirements for Penn grants. | 1.80 | $390.00/hr | $702.00 |
| 01/29/2018 | Neil Bivona | Continue reconciliation of DOE proof of claim components to D. Scalzo analysis /reconciliaiton of Banner to DOE NLDS and COD systems. | 0.70 | $390.00/hr | $273.00 |
| 01/30/2018 | Neil Bivona | Call w/ T. Whalenchuk (Baker Tilly) re: conversations with DOE / US Attorney re: possible amendments to the DOE proof of claim and closeout audit alternative proposed procedures. | 0.30 | $390.00/hr | $117.00 |
| **Totals For Claims Investigation** | | | **5.40** | | **$2,106.00** |
| **Court Hearings** | | | | | |
| 01/22/2018 | Neil Bivona | Attend bankruptcy court hearing including pre and post discussions with counsel. | 1.70 | $390.00/hr | $663.00 |
| **Totals For Court Hearings** | | | **1.70** | | **$663.00** |
| **Document Review** | | | | | |
| 01/20/2018 | Neil Bivona | Review of revised APA and schedules for Brookhaven campus s | 1.40 | $390.00/hr | $546.00 |
| 01/30/2018 | Neil Bivona | Review of draft bidding procedures and auction script for auction of the Brookhaven Campus & Dorm. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Document Review** | | | **1.90** | | **$741.00** |
| **Dowling-Residential Ops** | | | | | |
| 01/06/2018 | Neil Bivona | Call from J. Sturchio re: no heat in 47 Chateau. Call Romanelli & meet technician at house, dig out outdoor oil tank for technician to defrost fuel line. Check other houses. Found no working heat in 48 Van Bomel. Troubleshoot boiler & get heat working. Re-visit to 47 Chateau - heat working & house starting to warm up. | 5.20 | $390.00/hr | $2,028.00 |
| 01/07/2018 | Neil Bivona | Call from J. Sturchio re: leaking radiator at 47 Chateau. Trip to Oakdale, call to Romalelli & several plumbers & 24/7 (none available), turn off boiler & clean up water from L/R & Kitchen floors. Trip to several local stores in search of space heaters. Return to house & freeze-proof plumbing fixtures to the extent possible. | 4.50 | $390.00/hr | $1,755.00 |
| 01/08/2018 | Neil Bivona | Trip to Lowe's store in Commack to purchase space heaters for 47 Chateau. Two trips to 47 Chateau to check temperatures / status & set up space heaters. several calls to find available plumber for repair service. | 4.00 | $390.00/hr | $1,560.00 |
| 01/09/2018 | Neil Bivona | Two stops at 47 Chateau Drive to check temperatures / reset space heaters. | 1.00 | $390.00/hr | $390.00 |

**RSR Consulting, LLC**                                                                                                    **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**1/1/18 Through 1/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 01/09/2018 | Neil Bivona | Prepare status update e-mail to R. Bertucci. | 0.30 | $390.00/hr | $117.00 |
| 01/10/2018 | Neil Bivona | Meet w/ Plumbers at 47 Chateau drive re: repair assessment & | 2.00 | $390.00/hr | $780.00 |
| 01/11/2018 | Neil Bivona | Stops at 39 Chateau, 47 Chateau and 48 Van Bomel to check on | 0.50 | $390.00/hr | $195.00 |
| 01/12/2018 | Neil Bivona | Left VM & follow up call w/ R. Bertucci re: BRV dorm, 47 Chateau, house sales / proceeds transfer mechanics and other general updates. | 0.50 | $390.00/hr | $195.00 |
| 01/13/2018 | Neil Bivona | Trip to Oakdale re: PSEG restoration of power to 48 Van Bomel and plumbing repairs at 47 Chateau. | 6.80 | $390.00/hr | $2,652.00 |
| 01/18/2018 | Neil Bivona | Prepare written detailed history of events relating to heating loss at 47 Chateau drive for insurance carrier. Follow up call w/ Zurich. | 1.50 | $390.00/hr | $585.00 |
| 01/18/2018 | Neil Bivona | Meet plumber at 47 Chateau to measure / assess damage to heating system for calculation of estimate to repair. | 1.10 | $390.00/hr | $429.00 |
| 01/18/2018 | Neil Bivona | Tour Oakdale residential properties / check on heat. | 0.60 | $390.00/hr | $234.00 |
| 01/19/2018 | Neil Bivona | Call w/ D. Niknamfard & correspondence w/ R. Rosenfeld d and J. Sturchio re: contract of sale on 47 Chateau, plumbing /heating repairs and communication with buyer. | 0.60 | $390.00/hr | $234.00 |
| 01/23/2018 | Neil Bivona | Various calls & correspondence w/ R. Bertucci, J Sturchio, D. Niknamfard, R. Rosenfeld & Ray The Plumber re: 47 Chateau repairs & contract. | 1.50 | $390.00/hr | $585.00 |
| 01/24/2018 | Neil Bivona | Deliver deposit check to Rat the Plumber for ordering of radiators for 47 Chateau. Walk through / inspection of remaining eight residential properties. | 1.20 | $390.00/hr | $468.00 |
| **Totals For Dowling-Residential Ops** | | | **31.30** | | **$12,207.00** |
| **Dowling-Residential Sales** | | | | | |
| 01/02/2018 | Neil Bivona | Review draft closing statement for 48 Van Bomel. Correspondence w/ M> Martinez re: adjustments for oil and real estate taxes. | 0.50 | $390.00/hr | $195.00 |
| 01/09/2018 | Neil Bivona | Cal w/ D. Niknamfard re: status of 48 Van Bomel & 64 Chateau | 0.30 | $390.00/hr | $117.00 |
| 01/11/2018 | Neil Bivona | Review revised draft closing statement for 48 Van Bomel. | 0.20 | $390.00/hr | $78.00 |
| 01/12/2018 | Neil Bivona | Call & correspondence w/ J. Sturchio re: 47 Chateau. | 0.30 | $390.00/hr | $117.00 |
| 01/17/2018 | Neil Bivona | Follow up w/ Romanelli Oil & Michelle Martinez re: oil tank reading for 48 Van Bomel closing today. | 0.30 | $390.00/hr | $117.00 |
| 01/18/2018 | Robert Rosenfeld | Review correspondence and analyze counter offers on remaining residential properties in Oakdale. | 1.20 | $390.00/hr | $468.00 |
| 01/18/2018 | Robert Rosenfeld | Review contracts for closing and travel to UPS for notarization and shipping overnight of contract  and closing documents on 39 Chateau closing. | 1.00 | $390.00/hr | $390.00 |
| 01/19/2018 | Robert Rosenfeld | Update analysis of sales of residential property activity and review and respond to offers and counter offers on properties. | 2.00 | $390.00/hr | $780.00 |
| 01/24/2018 | Robert Rosenfeld | Discussion with R. Bertucci status of next steps in sale of remaining Oakdale residential properties (.3); follow up call and prepare correspondence to D. Cook (Mercury) regarding counter offer on properties (.4) | 0.70 | $390.00/hr | $273.00 |
| 01/25/2018 | Neil Bivona | Follow up w. M. Martinez re: need for evidence of RE tax payments for 88 Central closing. | 0.30 | $390.00/hr | $117.00 |

**RSR Consulting, LLC**                                                                                    **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**1/1/18 Through 1/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| **Totals For Dowling-Residential Sales** | | | **6.80** | | **$2,652.00** |
| **Employee Benefits/Pensions** | | | | | |
| 01/09/2018 | Robert Rosenfeld | Follow up with A. Dimola and K. Gaye regarding closing up of final audit and tax returns for 403B plan for Debtor. | 0.50 | $390.00/hr | $195.00 |
| 01/17/2018 | Robert Rosenfeld | Review correspondence and respond to requests relating to final audit of 403B Plan. Review execute management rep letter relating to final audit. | 1.00 | $390.00/hr | $390.00 |
| 01/18/2018 | Robert Rosenfeld | Review management representation letter and auditor engagement letter for 2017 403b Plan audit and execute documents and sent to auditors. | 1.00 | $390.00/hr | $390.00 |
| 01/19/2018 | Robert Rosenfeld | Follow up on completion of audit and tax filing for final 5500 for Debtor's 403b plan. | 0.60 | $390.00/hr | $234.00 |
| **Totals For Employee Benefits/Pensions** | | | **3.10** | | **$1,209.00** |
| **Financial Analysis** | | | | | |
| 01/11/2018 | Neil Bivona | Review and update DIP tracking spreadsheet to reflect additional payments through 10/19/17 and prior payments form 8/2/17. Review and reconcile residential property closing timing and proceeds vs. DIP tracking spreadsheet and UMB distribution notices. | 3.00 | $390.00/hr | $1,170.00 |
| **Totals For Financial Analysis** | | | **3.00** | | **$1,170.00** |
| **Meeting** | | | | | |
| 01/26/2018 | Robert Rosenfeld | Attend Board of Trustee meeting. | 0.50 | $390.00/hr | $195.00 |
| 01/31/2018 | Robert Rosenfeld | Attend Board of Trustee meeting. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Meeting** | | | **1.00** | | **$390.00** |
| **Meetings with Creditors and/or Representatives** | | | | | |
| 01/17/2018 | Neil Bivona | Status update call w/ R. Bertucci re: various issues. | 0.50 | $390.00/hr | $195.00 |
| 01/24/2018 | Neil Bivona | Call w/ B .Faustini re: review of DIP tracking report & reconciliation of Class II reserve account & general update. | 0.70 | $390.00/hr | $273.00 |
| 01/26/2018 | Neil Bivona | Call w/ S. Southard, J. Corneau and counsel to secured and unsecured creditors to review markup of draft Plan. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Meetings with Creditors and/or Representatives** | | | **2.20** | | **$858.00** |
| **Meetings with Debtor and Representatives** | | | | | |
| 01/31/2018 | Neil Bivona | Attend Board of Trustees meeting.0.5 | 0.50 | $390.00/hr | $195.00 |
| **Totals For Meetings with Debtor and Representatives** | | | **0.50** | | **$195.00** |
| **Meetings with Lawyers** | | | | | |
| 01/17/2018 | Neil Bivona | Call w/ S. Southard re: disposition of Racanelli escrow funds and other updates. | 0.40 | $390.00/hr | $156.00 |
| **Totals For Meetings with Lawyers** | | | **0.40** | | **$156.00** |
| **Phone Call** | | | | | |
| 01/11/2018 | Neil Bivona | Call w/ L. Roberson re: DIP payment application. | 0.40 | $390.00/hr | $156.00 |
| 01/19/2018 | Neil Bivona | Meet w/ s. Southard & L. Kiss for call w/ USDOE and US Attorney's office re: USDOE proof of claim & case update on various topics. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Phone Call** | | | **1.40** | | **$546.00** |

**RSR Consulting, LLC**                                                                                                    **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**1/1/18 Through 1/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| **Tax compliance** | | | | | |
| 01/10/2018 | Robert Rosenfeld | Call with Baker Tilly regarding status of FYE 6/30/16 tax returns | 0.30 | $390.00/hr | $117.00 |
| 01/10/2018 | Robert Rosenfeld | Analyze and summarize 1099 reporting for vendor payments made during 2017 for purposes of preparation of 2017 1099 forms. | 3.50 | $390.00/hr | $1,365.00 |
| 01/11/2018 | Neil Bivona | Review files & contact vendors for Tax ID #s re: 2017 1099s. | 0.50 | $390.00/hr | $195.00 |
| 01/11/2018 | Robert Rosenfeld | Research 1099 EIN's for 2017 filings. | 0.80 | $390.00/hr | $312.00 |
| 01/15/2018 | Robert Rosenfeld | Work on resolving open items on Dowling tax return for f/y/e 6/30/16 tax return. | 0.50 | $390.00/hr | $195.00 |
| 01/16/2018 | Robert Rosenfeld | Work on 1099s for 2017. | 1.50 | $390.00/hr | $585.00 |
| 01/18/2018 | Robert Rosenfeld | Call with Baker Tilly regarding status of 990 tax return for FYE 6/30/16 and open items. | 0.40 | $390.00/hr | $156.00 |
| 01/19/2018 | Robert Rosenfeld | Work on preparing financial information for Baker Tilly relating to FYE 6/30/17 tax returns for Debtor. | 2.00 | $390.00/hr | $780.00 |
| 01/19/2018 | Robert Rosenfeld | Continue work on preparation of 1099's and 109for Debtor for | 0.60 | $390.00/hr | $234.00 |
| 01/21/2018 | Robert Rosenfeld | Research tax questions from Baker Tilly relating to tax return for FYE 6/30/16; and provide responses to same. | 1.00 | $390.00/hr | $390.00 |
| 01/23/2018 | Robert Rosenfeld | Address open issues relating to FYE 6/30/16 tax return for Debtor; discuss with R. Cerullo remaining questions posed by tax preparers. | 2.00 | $390.00/hr | $780.00 |
| 01/26/2018 | Robert Rosenfeld | Call with Catherine Petercsak (Baker Tilly) and Ralph Cerullo regarding status of completing FYE 6/30/16 tax return. | 0.50 | $390.00/hr | $195.00 |
| 01/26/2018 | Robert Rosenfeld | Review information required for tax returns for FYE 6/30/16 and prepare draft correspondence for accompanying tax return filing. | 0.70 | $390.00/hr | $273.00 |
| 01/29/2018 | Robert Rosenfeld | Research responses to open items from tax preparers for FYE 6/30/16 tax return.  Discuss with R. Cerullo open items. | 1.50 | $390.00/hr | $585.00 |
| **Totals For Tax compliance** | | | **15.80** | | **$6,162.00** |
| **UST Reporting** | | | | | |
| 01/09/2018 | Robert Rosenfeld | Work on month end close of books and MOR for month of Dec | 2.50 | $390.00/hr | $975.00 |
| 01/10/2018 | Robert Rosenfeld | Work on MOR for December and month end closing of books. | 1.50 | $390.00/hr | $585.00 |
| 01/12/2018 | Robert Rosenfeld | Work on MOR for December 2017. | 1.50 | $390.00/hr | $585.00 |
| 01/12/2018 | Robert Rosenfeld | Work on month end closing and preparation of MOR's. | 2.00 | $390.00/hr | $780.00 |
| 01/16/2018 | Robert Rosenfeld | Finalize MOR for month of December for filing with Court. | 1.00 | $390.00/hr | $390.00 |
| 01/17/2018 | Robert Rosenfeld | Analyze and process UST fees for Q4 2017. | 0.70 | $390.00/hr | $273.00 |
| 01/18/2018 | Robert Rosenfeld | Follow up on comments relating to weekly cash flow reporting and make revisions and send to counsel. | 0.70 | $390.00/hr | $273.00 |
| **Totals For UST Reporting** | | | **9.90** | | **$3,861.00** |
| **Grand Total** | | | **249.70** | | **$95,210.00** |

**RSR Consulting, LLC**                                                                                 **Exhibit D**
**Dowling College - Case #16-75545 (REG)**
**Detailed Expense Report**
**1/1/18 Through 1/31/18**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 01/11/2018 | Robert Rosenfeld | Right Networks monthly software charge | $6.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$6.00** |
| **Mailing/Postage** | | | |
| 01/18/2018 | Robert Rosenfeld | Postage for office. 100 stamps | $49.00 |
| 01/26/2018 | Robert Rosenfeld | Certified return mail postage for 1096 filing for 2017. | $8.25 |
| **Totals Billable Amounts for Mailing/Postage** | | | **$57.25** |
| **Postage & Shipping** | | | |
| 01/12/2018 | Robert Rosenfeld | UPS & Notary charge for executed contract for 48 Van Bomel charges - 1-12-18 | $28.35 |
| 01/18/2018 | Robert Rosenfeld | Notary public fees & overnight shipping for 39 Chateau closing | $30.47 |
| 01/23/2018 | Robert Rosenfeld | Notary fees & overnight shipping for Oakdale residential closing on 88 Central Avenue | $32.47 |
| **Totals Billable Amounts for Postage & Shipping** | | | **$91.29** |
| **Supplies-Tax Forms** | | | |
| 01/11/2018 | Robert Rosenfeld | Purchase of 1099 Misc forms and supplies for 2017 tax year. | $100.98 |
| **Totals Billable Amounts for Supplies-Tax Forms** | | | **$100.98** |
| **Grand Total** | | | **$255.52** |