UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DOWLING COLLEGE,<br>f/d/b/a DOWLING INSTITUTE,<br>f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,<br>f/d/b/a CECOM,<br>a/k/a DOWLING COLLEGE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-75545 (REG) |

### FIFTHTEENTH REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM FEBRUARY 1, 2018 THROUGH FEBRUARY 28, 2018

The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("RSR") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("Mr. Rosenfeld") as Chief Restructuring Officer ("CRO") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period February 1, 2018 through February 28, 2018.

Exhibit A – Summary of Fees and Expenses

Exhibit B – Summary of Services by Project Category

Exhibit C – Detailed time entries by Project Category

Exhibit D – Detail of Expenses Incurred

By: /s/ Robert S. Rosenfeld
Robert S. Rosenfeld
March 5, 2018

**Exhibit A**

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses**
**2/1/18 Through 2/28/18**

**Summary of Fees**

| Summary by Professional | Responsibility/ Position in Firm | Hours | Rate | Amount |
|---|---|---|---|---|
| R. Rosenfeld | Chief Restructuring Officer | 97.00 | $ 390.00 | $ 37,830.00 |
| N. Bivona | Managing Director | 92.10 | $ 390.00 | 35,919.00 |
| N. Andrade | Director | 36.30 | $ 350.00 | 12,705.00 |
| R. McLeod | Consultant | 11.70 | $ 335.00 | 3,919.50 |
| **Total** | | **237.10** | | **$ 90,373.50** |

| **Average blended hourly rate** | | | | **$ 381.16** |
|---|---|---|---|---|

**Summary of Expenses**

| | | |
|---|---|---|
| **Mail/Postage** | $ | 59.58 |
| **Travel expenses-meeting with buyers** | | 75.42 |
| **Overnight Shipping** | | 30.50 |
| **Software expense** | | 15.00 |
| **Supplies for repairs at Oakdale residential property** | | 433.47 |
| **Meals- meetings with professionals** | | 30.50 |
| **Office supplies** | | 76.79 |
| **Total Disbursements** | **$** | **721.26** |

**RSR Consulting, LLC** **Exhibit B**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report - By Project Category**
**2/1/18 Through 2/28/18**

| Category | Billable Time | Billable Amt |
|---|---|---|
| Asset Analysis and Recovery | 2.5 | $ 975.00 |
| Asset Disposition | 62.9 | 24,531.00 |
| Business Analysis | 4.8 | 1,812.00 |
| Business Operations | 91.7 | 34,371.00 |
| Cash Monitoring | 12.5 | 4,231.50 |
| Claims Investigation | 7.1 | 2,769.00 |
| Court Hearings | 3.5 | 1,365.00 |
| Document Review | 1.5 | 585.00 |
| Dowling-Residential Ops | 9.7 | 3,783.00 |
| Dowling-Residential Sales | 8.3 | 3,237.00 |
| Employee Benefits/Pensions | 1.5 | 585.00 |
| Meeting | 7.5 | 2,925.00 |
| Meetings with Creditors and/or Representatives | 6.4 | 2,496.00 |
| Meetings with Debtor and Representatives | 1.5 | 585.00 |
| Monthly Operating Reports | 0.5 | 195.00 |
| Phone Call | 0.3 | 117.00 |
| Plan & disclosure Statement | 1.4 | 546.00 |
| Research | 1.2 | 468.00 |
| Tax compliance | 4.5 | 1,755.00 |
| Travel | 3.5 | 1,365.00 |
| UST Reporting | 4.3 | 1,677.00 |
| Grand Total | 237.1 | $ 90,373.50 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**2/1/18 Through 2/28/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 02/06/2018 | Neil Bivona | Meet w/ w. Benka and M. Hablenko re: student AR data issues affecting collection efforts. | 0.50 | $390.00/hr | $195.00 |
| 02/09/2018 | Neil Bivona | Review correspondence and files re: Mancuso Trust. Call w/ R. Rosenfeld & R. Cerullo re: the same. | 1.00 | $390.00/hr | $390.00 |
| 02/21/2018 | Neil Bivona | Gather & review info and draft correspondence to R. Friedman re: Mancuso Trust. | 0.60 | $390.00/hr | $234.00 |
| 02/28/2018 | Neil Bivona | Meet w/ a Dimola re: NY state unclaimed funds in Dowling's na | 0.40 | $390.00/hr | $156.00 |
| **Totals For Asset Analysis and Recovery** | | | **2.50** | | **$975.00** |
| **Asset Disposition** | | | | | |
| 02/01/2018 | Robert Rosenfeld | Call with S. Southard, A. Guardino, N. Bivona regarding discussions with Town of Brookhaven. | 0.50 | $390.00/hr | $195.00 |
| 02/01/2018 | Robert Rosenfeld | Call with M. Cheng regarding status of auction process. | 0.30 | $390.00/hr | $117.00 |
| 02/01/2018 | Robert Rosenfeld | Calls with S. Southard regarding follow up to auction and next steps in asset disposition of Brookhaven site. | 0.80 | $390.00/hr | $312.00 |
| 02/01/2018 | Robert Rosenfeld | Follow up discussions on Brookhaven auction and next steps on sale of property. | 2.50 | $390.00/hr | $975.00 |
| 02/01/2018 | Neil Bivona | Cal w/ A. Guardino, S. Southard and R. Rosenfeld re: Town of Brookhaven. | 0.50 | $390.00/hr | $195.00 |
| 02/01/2018 | Neil Bivona | Call w/ R. Rosenfeld, S. Southard and William Cundiff & AK Prasad from Essel group / Veria Lifestyle re: interest in Brookhaven campus. | 1.10 | $390.00/hr | $429.00 |
| 02/01/2018 | Robert Rosenfeld | Call with potential bidder and follow up with counsel on next s | 1.50 | $390.00/hr | $585.00 |
| 02/01/2018 | Neil Bivona | Call w/ S. Southard, R. Friedman, B. Powers and R. Rosenfeld re: Brookhaven sale and WARN settlement negotiations. | 0.80 | $390.00/hr | $312.00 |
| 02/01/2018 | Robert Rosenfeld | Call with Debtor and UCC counsel to discuss status of auction and next steps. | 0.70 | $390.00/hr | $273.00 |
| 02/02/2018 | Neil Bivona | Call w/ creditors & counsel re: next steps / process for Brookhaven campus sale. | 1.50 | $390.00/hr | $585.00 |
| 02/02/2018 | Robert Rosenfeld | Calls with counsel and parties in interest relating to sale of Brookhaven property. | 1.20 | $390.00/hr | $468.00 |
| 02/02/2018 | Robert Rosenfeld | Call with creditors and counsel to discuss status of Brookhaven auction. | 1.50 | $390.00/hr | $585.00 |
| 02/05/2018 | Neil Bivona | Review all file cabinets & office desk drawers in BRV dorm for retention or destruction as per records retention Order. | 2.70 | $390.00/hr | $1,053.00 |
| 02/05/2018 | Neil Bivona | Search / review files in remaining rooms in Nat Ctr. Bldg B for documents to be retained or shred in accordance with records retention order. | 1.80 | $390.00/hr | $702.00 |
| 02/05/2018 | Neil Bivona | Call with creditors, counsel and brokers re: status and next steps in Brookhaven sale process. | 1.00 | $390.00/hr | $390.00 |
| 02/05/2018 | Robert Rosenfeld | Call with A. Guardino, R. Friedman and S. Southard regarding status of Brookhaven sale. | 0.40 | $390.00/hr | $156.00 |
| 02/05/2018 | Robert Rosenfeld | Call with creditors, counsel and brokers regarding status of auction process and next steps. | 1.00 | $390.00/hr | $390.00 |
| 02/05/2018 | Robert Rosenfeld | Call with R. Friedman regarding follow up on next steps with Brookhaven auction process. | 0.30 | $390.00/hr | $117.00 |
| 02/05/2018 | Robert Rosenfeld | Calls and follow up with Mercury regarding offers to purchase three Oakdale residential properties. | 0.40 | $390.00/hr | $156.00 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**2/1/18 Through 2/28/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 02/05/2018 | Robert Rosenfeld | Call with R. Bertucci regarding status on sale of Oakdale residential properties and sale to Mercury three residential properties. | 0.40 | $390.00/hr | $156.00 |
| 02/05/2018 | Robert Rosenfeld | Calls with parties in interest regarding follow up on status of Brookhaven campus sale. | 1.00 | $390.00/hr | $390.00 |
| 02/06/2018 | Neil Bivona | Meet w/ Iron Mountain crew - walk through & identification of files for removal and destruction. | 1.00 | $390.00/hr | $390.00 |
| 02/06/2018 | Robert Rosenfeld | Call with J. Sturchio relating to status of residential sales. | 0.30 | $390.00/hr | $117.00 |
| 02/06/2018 | Robert Rosenfeld | Follow up calls with ACA and A&G Realty regarding status and next steps on sale of Brookhaven Campus. | 0.70 | $390.00/hr | $273.00 |
| 02/06/2018 | Robert Rosenfeld | Calls with Anthony Guardino, S. Southard regarding follow up communications with Town of Brookhaven; calls with parties in interest relating to sale of Brookhaven. | 1.50 | $390.00/hr | $585.00 |
| 02/07/2018 | Neil Bivona | Prepare worksheet calculating allocation and sharing of proceeds, go-foward pre-petition and post-petition costs, priority and administrative claims and creditor distributions. | 4.00 | $390.00/hr | $1,560.00 |
| 02/07/2018 | Robert Rosenfeld | Review correspondence and respond to communications relating to Brookhaven Campus sale. | 1.20 | $390.00/hr | $468.00 |
| 02/08/2018 | Neil Bivona | Review files in remaining 27 boxes and 1 cabinet in Nat Ctr Bldg A for retention & destruction as per records retention order. Final walk-through with Iron Mountain team. | 1.80 | $390.00/hr | $702.00 |
| 02/09/2018 | Robert Rosenfeld | Call with Brokers, counsel and UCC counsel to discuss status of Brookhaven campus sale (.5); follow up call with counsel to discuss next steps(.5). | 1.00 | $390.00/hr | $390.00 |
| 02/09/2018 | Neil Bivona | Call w/ D. Mainenti at LIU re: endowed scholarships. | 0.50 | $390.00/hr | $195.00 |
| 02/09/2018 | Neil Bivona | Begin research & drafting of recommendations report for reallocation of endowed scholarship funds to other schools as per request by NYAG's office. | 1.20 | $390.00/hr | $468.00 |
| 02/12/2018 | Robert Rosenfeld | Meeting with Ron Friedman and Ron Parr to discuss Brookhaven Campus sale. | 2.00 | $390.00/hr | $780.00 |
| 02/12/2018 | Robert Rosenfeld | Call with S. Southard and Ron Friedman regarding status of Brookhaven campus sale. | 0.50 | $390.00/hr | $195.00 |
| 02/12/2018 | Robert Rosenfeld | Follow up call with S. Southard regarding status of Brookhaven | 0.30 | $390.00/hr | $117.00 |
| 02/12/2018 | Robert Rosenfeld | Call with A. Guardino, R. Friedman, and S. Southard to discuss follow up on status of Brookhaven campus sale. | 0.50 | $390.00/hr | $195.00 |
| 02/12/2018 | Neil Bivona | Review and edit model re: Brookhaven disposition proceeds allocation / secured creditor contribution to UCC & priority claim pool. | 1.20 | $390.00/hr | $468.00 |
| 02/13/2018 | Neil Bivona | Call w/ creditors, counsel and brokers re: status of Brookhaven sale process. | 0.50 | $390.00/hr | $195.00 |
| 02/14/2018 | Robert Rosenfeld | Calls with parties relating to sale of Brookhaven Campus. | 1.50 | $390.00/hr | $585.00 |
| 02/15/2018 | Neil Bivona | Correspondence w/ J. Sturchio re: status / value for unencumbered Oakdale miscellaneous lots. | 0.50 | $390.00/hr | $195.00 |
| 02/15/2018 | Neil Bivona | Meet w/ A. Dimola re: further research on endowed scholarship funds and articulation agreements w/ other local institutions. | 0.50 | $390.00/hr | $195.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**2/1/18 Through 2/28/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 02/15/2018 | Robert Rosenfeld | Call with S. Southard, R. Friedman, CBRE and potential bidder for Brookhaven property. | 0.50 | $390.00/hr | $195.00 |
| 02/15/2018 | Robert Rosenfeld | Meeting with S. Southard, R. Friedman and representatives from Town of Brookhaven at Town Hall regarding Brookhaven Campus sale. | 1.00 | $390.00/hr | $390.00 |
| 02/15/2018 | Robert Rosenfeld | Follow up calls with S. Southard and R. Friedman regarding sale process of Brookhaven campus. | 0.50 | $390.00/hr | $195.00 |
| 02/16/2018 | Neil Bivona | Correspondence w/ R. Friedman & T. Eyler re: scheduling tour for interested party. | 0.20 | $390.00/hr | $78.00 |
| 02/16/2018 | Robert Rosenfeld | Calls and communications with parties regarding status of Brookhaven campus sale. | 1.50 | $390.00/hr | $585.00 |
| 02/19/2018 | Robert Rosenfeld | Call with potential bidder for Brookhaven Campus regarding background on property; and coordinate information flow. | 1.20 | $390.00/hr | $468.00 |
| 02/20/2018 | Neil Bivona | Arrange for campus tour for R. Friedman with interested party | 0.30 | $390.00/hr | $117.00 |
| 02/20/2018 | Robert Rosenfeld | Call with S. Southard, R. Friedman, N. Bivona to discuss status of Brookhaven campus sale. | 0.40 | $390.00/hr | $156.00 |
| 02/21/2018 | Neil Bivona | Research / review information re: removal of real estate tax exemption for Brookhaven property. Correspondence / calls w/ R. Friedmann & S. Southard re: the same. | 1.00 | $390.00/hr | $390.00 |
| 02/21/2018 | Robert Rosenfeld | Discussions with parties regarding sale of Brookhaven campus. | 1.20 | $390.00/hr | $468.00 |
| 02/22/2018 | Robert Rosenfeld | Call with K. Phillips (FPM Group) to discuss next steps with asset disposition of Brookhaven campus. | 0.40 | $390.00/hr | $156.00 |
| 02/22/2018 | Robert Rosenfeld | Follow up calls with parties relating to Brookhaven campus sale | 1.00 | $390.00/hr | $390.00 |
| 02/23/2018 | Robert Rosenfeld | Calls with R Bertucci, J. Stucchio and N. Bivona regarding status of remaining houses in Oakdale and process for selling properties going forward. | 1.50 | $390.00/hr | $585.00 |
| 02/23/2018 | Robert Rosenfeld | Calls to parties relating to follow ups on sale of Brookhaven ca | 1.10 | $390.00/hr | $429.00 |
| 02/23/2018 | Robert Rosenfeld | Call with R. Friedman regarding status of Brookhaven campus s | 0.60 | $390.00/hr | $234.00 |
| 02/26/2018 | Robert Rosenfeld | Meeting with A. Guardino, K. Phillips, S. Southard, R. Friedman and R. Parr regarding status of Brookhaven campus sale. | 1.70 | $390.00/hr | $663.00 |
| 02/27/2018 | Robert Rosenfeld | Call with potential bidder for Brookhaven campus to discuss issues and follow up questions. | 0.50 | $390.00/hr | $195.00 |
| 02/27/2018 | Robert Rosenfeld | Calls with Ron Friedman and correspondence to counsel regarding status of Brookhaven campus sale and follow up with bidders and interested parties. | 1.00 | $390.00/hr | $390.00 |
| 02/28/2018 | Neil Bivona | Call w/ R. Rosenfeld, S. Southward & R. Friedman re: new draft site plan and strategy for meeting with Town of Brookhaven. | 0.50 | $390.00/hr | $195.00 |
| 02/28/2018 | Neil Bivona | Review interested party tracking report re: Brookhaven campu | 0.30 | $390.00/hr | $117.00 |
| 02/28/2018 | Robert Rosenfeld | Analyze and prepare interested party tracker for Brookhaven c | 0.80 | $390.00/hr | $312.00 |
| 02/28/2018 | Robert Rosenfeld | Prepare status report for creditors on Brookhaven campus sale | 1.50 | $390.00/hr | $585.00 |
| 02/28/2018 | Robert Rosenfeld | Call with S. Southard, R. Friedman and N. Bivona re: status update on Brookhaven sale. | 0.60 | $390.00/hr | $234.00 |
| 02/28/2018 | Robert Rosenfeld | Calls to parties regarding Brookhaven campus sale; and review revised plan drawings from FPM. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Asset Disposition** | | | **62.90** | | **$24,531.00** |

**Business Analysis**

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**2/1/18 Through 2/28/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 02/13/2018 | Neil Bivona | Further review and work on worksheet calculating allocation and sharing of proceeds, go-forward pre-petition and post-petition costs, priority and administrative claims and creditor distributions. | 2.50 | $390.00/hr | $975.00 |
| 02/13/2018 | Nelson Andrade | Review Settlement Agreement and creditor waterfall based on certain assumptions and scenarios. | 1.50 | $350.00/hr | $525.00 |
| 02/15/2018 | Neil Bivona | Meet w/ M. Klotz re: review and reconciliation of Dowling AP records to PSEG proof of claim amount. | 0.80 | $390.00/hr | $312.00 |
| **Totals For Business Analysis** | | | **4.80** | | **$1,812.00** |
| **Business Operations** | | | | | |
| 02/01/2018 | Robert Rosenfeld | Work on month end closing for Debtor and update quickbooks | 1.50 | $390.00/hr | $585.00 |
| 02/02/2018 | Neil Bivona | Review weekly invoices & prepare disbursement detail worksheet.  Prepare transfer an disbursement summary reports.  Set up DP account transfers and wire payments for approval. | 1.50 | $390.00/hr | $585.00 |
| 02/02/2018 | Robert Rosenfeld | Process payments and funding for week and update quickbooks for activity. | 1.20 | $390.00/hr | $468.00 |
| 02/05/2018 | Neil Bivona | Walk through / inspection of Nat car Bldgs B & C and BRV dorm rooms for leaks, any other issues. | 1.60 | $390.00/hr | $624.00 |
| 02/05/2018 | Robert Rosenfeld | Work on month end closing of books and update quickbooks. | 1.50 | $390.00/hr | $585.00 |
| 02/06/2018 | Neil Bivona | Call w/ b. Faustini re: info needs on distribution amounts and costs through end of case. | 0.30 | $390.00/hr | $117.00 |
| 02/06/2018 | Neil Bivona | Review worksheet from B. Faustini.  Review DIP budget through May 2018 & review & update post-confirmation estimated costs. | 1.50 | $390.00/hr | $585.00 |
| 02/06/2018 | Neil Bivona | Research & respond to collection notice re: alleged past due invoices from Simplex. | 0.50 | $390.00/hr | $195.00 |
| 02/06/2018 | Nelson Andrade | Meeting with N. Bivona regarding current operations | 0.50 | $350.00/hr | $175.00 |
| 02/06/2018 | Nelson Andrade | Create report and prepare payroll report and payments | 1.10 | $350.00/hr | $385.00 |
| 02/06/2018 | Nelson Andrade | Discuss professional fee control and reporting | 0.40 | $350.00/hr | $140.00 |
| 02/06/2018 | Robert Rosenfeld | Work on month end closing of books and update quickbooks. | 2.50 | $390.00/hr | $975.00 |
| 02/06/2018 | Robert Rosenfeld | Process weekly disbursements for payroll and update quickboc | 0.50 | $390.00/hr | $195.00 |
| 02/07/2018 | Nelson Andrade | Call with N. Bivona and R. McLeod regarding compliance repor | 1.50 | $350.00/hr | $525.00 |
| 02/07/2018 | Nelson Andrade | Review compliance report and compliance excel file and weekl | 1.80 | $350.00/hr | $630.00 |
| 02/07/2018 | Nelson Andrade | Review payment file as it relates to the compliance report | 1.10 | $350.00/hr | $385.00 |
| 02/07/2018 | Robert Rosenfeld | Work on month end closings and make adjustments to quickbc | 2.50 | $390.00/hr | $975.00 |
| 02/07/2018 | Nelson Andrade | Review compliance files after call with N. Bivona and R. McLeo | 1.00 | $350.00/hr | $350.00 |
| 02/08/2018 | Nelson Andrade | Discussion on borrowing request | 0.70 | $350.00/hr | $245.00 |
| 02/08/2018 | Nelson Andrade | Review borrowing request documents and files. | 0.40 | $350.00/hr | $140.00 |
| 02/08/2018 | Nelson Andrade | Update borrowing request files and documents, including budget and availability. | 1.30 | $350.00/hr | $455.00 |
| 02/08/2018 | Nelson Andrade | Call with bondholders and brokers regarding auction and statu | 0.70 | $350.00/hr | $245.00 |
| 02/08/2018 | Nelson Andrade | Discuss bondholder call with legal advisors for the debtor and the UCC. | 0.90 | $350.00/hr | $315.00 |
| 02/08/2018 | Robert Rosenfeld | Update books and records for month end closing. | 1.00 | $390.00/hr | $390.00 |
| 02/08/2018 | Neil Bivona | Work on DIP extension budget through plan confirmation & post-confirmation plan admin expense estimate. | 1.50 | $390.00/hr | $585.00 |
| 02/09/2018 | Robert Rosenfeld | Work on funding of weekly disbursements and updating quickbooks activity. | 1.50 | $390.00/hr | $585.00 |
| 02/09/2018 | Nelson Andrade | Review invoices to be included in weekly payments | 0.70 | $350.00/hr | $245.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**2/1/18 Through 2/28/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 02/09/2018 | Nelson Andrade | Prepare excel file and PDF with the instructions for the weekly payments, including reviewed invoices and summary of payments by payee. | 2.10 | $350.00/hr | $735.00 |
| 02/09/2018 | Nelson Andrade | Status update call on borrowing request, weekly payments, auction discussion and updates on bids. | 0.90 | $350.00/hr | $315.00 |
| 02/12/2018 | Nelson Andrade | Prepare and review weekly activity report. | 1.30 | $350.00/hr | $455.00 |
| 02/12/2018 | Neil Bivona | Meet w/ D. Cook to pick up Brookhaven real estate tax bills. Look up on Brookhaven Town website. Draft correspondence & forward to R. Rosenfeld & S. Southard. & separately to R. Friedman. | 0.50 | $390.00/hr | $195.00 |
| 02/13/2018 | Neil Bivona | Correspondence w/ Conduent and USDOE re: Perkins loan assignment / loan consolidation payments. | 0.30 | $390.00/hr | $117.00 |
| 02/13/2018 | Neil Bivona | Calls w/ various vendors re: open items (Winters Brothers, 24/7 Restoration Sean Flek Landscaping, Iron Mountain). | 0.60 | $390.00/hr | $234.00 |
| 02/13/2018 | Neil Bivona | Meet with Simplex technicians re: sprinkler inspections in Nat Ctr, Bldgs A, B, C and BRV dorm. | 0.80 | $390.00/hr | $312.00 |
| 02/13/2018 | Neil Bivona | Review correspondence w/ Sterling Risk re: Workers Comp premium and pending refunds. | 0.40 | $390.00/hr | $156.00 |
| 02/13/2018 | Nelson Andrade | Review payments of previous week and discuss internally plan for the current week. | 0.40 | $350.00/hr | $140.00 |
| 02/14/2018 | Neil Bivona | Review weekly DIP Variance reports and prepare DIP compliance reports for DIP budget weeks 55-57. | 1.00 | $390.00/hr | $390.00 |
| 02/14/2018 | Robert Rosenfeld | Update quickbooks accounting for transactions and review winddown procedures for remaining budget in case. | 1.50 | $390.00/hr | $585.00 |
| 02/14/2018 | Neil Bivona | Review status of open student issues & draft correspondence to J. D'Agati (NYSED) re: need to set deadline and establish and communicate procedures for takeover of process by NYSED. | 0.60 | $390.00/hr | $234.00 |
| 02/14/2018 | Nelson Andrade | Review and prepare compliance reports. | 0.70 | $350.00/hr | $245.00 |
| 02/15/2018 | Neil Bivona | Call w/ I. Hammel & L. Roberson re: 2002 / 2015 Bond reserve accounts & follow up correspondence to L Roberson. | 0.60 | $390.00/hr | $234.00 |
| 02/15/2018 | Neil Bivona | Further work on DIP & Post-Confirmation budgets. | 0.80 | $390.00/hr | $312.00 |
| 02/15/2018 | Neil Bivona | Review and reconcile deposits since last mandatory prepayment on 10/19/17. | 0.70 | $390.00/hr | $273.00 |
| 02/15/2018 | Neil Bivona | Review Perkins assignment processing invoices from Conduent, US Bank account statements/documents & correspondence w/ Conduent & USDOE re: potentially misapplied Perkins consolidation payment. | 0.60 | $390.00/hr | $234.00 |
| 02/15/2018 | Neil Bivona | Review revised employee medical claim spreadsheet & correspondence w/ M. Hablenko re: the same. | 0.70 | $390.00/hr | $273.00 |
| 02/15/2018 | Robert Rosenfeld | Visit to Signature bank for deposits for Dowling. | 0.70 | $390.00/hr | $273.00 |
| 02/16/2018 | Neil Bivona | Follow up on student Perkins loan consolidations. | 0.30 | $390.00/hr | $117.00 |
| 02/16/2018 | Neil Bivona | Further review and revisions to DIP budget & post-confirmation plan administration budget. | 1.20 | $390.00/hr | $468.00 |
| 02/16/2018 | Robert Rosenfeld | Work on weekly disbursements and process funding for week and update quickbooks accounting. | 1.50 | $390.00/hr | $585.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**2/1/18 Through 2/28/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 02/16/2018 | Nelson Andrade | Create weekly payment instructions based on received invoices, add information to the payment control sheet and allocate to each tranche of DIP loan according to nature of each expense.  Review final product and send internally for approval. | 1.70 | $350.00/hr | $595.00 |
| 02/16/2018 | Nelson Andrade | Prepare weekly compliance report for week 59.  Update all files with the latest payment information, create a master PDF file to be sent to UMB, Review final product and send internally for review.  Handle related communication and correspondence. | 1.20 | $350.00/hr | $420.00 |
| 02/16/2018 | Nelson Andrade | Prepare weekly compliance report for week 60.  Update all files with the latest payment information, create a master PDF file to be sent to UMB, Review final product and send internally for review.  Handle related communication and correspondence. | 1.10 | $350.00/hr | $385.00 |
| 02/16/2018 | Nelson Andrade | Prepare weekly compliance report for week 58.  Update all files with the latest payment information, create a master PDF file to be sent to UMB, Review final product and send internally for review.  Handle related communication and correspondence. | 1.80 | $350.00/hr | $630.00 |
| 02/19/2018 | Nelson Andrade | Review and make changes to compliance reports. | 1.10 | $350.00/hr | $385.00 |
| 02/20/2018 | Neil Bivona | Review and finalize draft of DIP budget, post-confirmation admin estimate and recovery model & send to B. Faustini at ACA. | 0.80 | $390.00/hr | $312.00 |
| 02/20/2018 | Neil Bivona | Process bank transfers and wires for payroll. | 0.20 | $390.00/hr | $78.00 |
| 02/20/2018 | Neil Bivona | Correspondence w/ A. Stoloff and Ariel Estrada (Fed Loan Consolidations) re: report of all consolidation payments to Dowling since closing & application to students' accounts. | 0.60 | $390.00/hr | $234.00 |
| 02/20/2018 | Robert Rosenfeld | Work on funding of payroll for 2/22/18 and coordinate wires with Signature Bank and update accounting in quickbooks. | 0.80 | $390.00/hr | $312.00 |
| 02/21/2018 | Neil Bivona | Meet w/ D. Impagliazzo and call w/ J. D'Agati (NYSED) re: NYSED handoff of student issue resolution & access to remote servers. | 1.50 | $390.00/hr | $585.00 |
| 02/21/2018 | Robert Rosenfeld | Process transfers and disbursements for week and update quic | 1.00 | $390.00/hr | $390.00 |
| 02/21/2018 | Nelson Andrade | Prepare and review Compliance Report related to week 62. | 1.20 | $350.00/hr | $420.00 |
| 02/21/2018 | Nelson Andrade | Prepare weekly payments and set up transfers and wires.  Review invoices and related files sent internally.  Manage related correspondence. | 2.10 | $350.00/hr | $735.00 |
| 02/21/2018 | Nelson Andrade | Prepare and review Compliance Report related to week 61. | 1.40 | $350.00/hr | $490.00 |
| 02/21/2018 | Nelson Andrade | Review weekly payment files and start preparing Compliance Report for week 63. | 1.30 | $350.00/hr | $455.00 |
| 02/22/2018 | Neil Bivona | Follow up on various vendor statement / invoices. | 0.50 | $390.00/hr | $195.00 |
| 02/22/2018 | Robert Rosenfeld | Discuss with N. Bivona and review emails relating to Town of Brookhaven real estate tax assessment on Brookhaven property. | 0.70 | $390.00/hr | $273.00 |
| 02/23/2018 | Robert Rosenfeld | Review and provide comments to correspondence to creditors on Brookhaven real estate tax assessment recently received from the Town of Brookhaven. | 0.80 | $390.00/hr | $312.00 |

**RSR Consulting, LLC**                                                                                                                     **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**2/1/18 Through 2/28/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 02/23/2018 | Nelson Andrade | Create and review Compliance Certificate for Week 64. Review and reconcile payments associated with each for each bond issue. Enter payment and budget information in the model. Create budget to actual comparisons, including variances. Create report in PDF including certificate letter, material adverse deviations, variance analysis and payment detail. | 2.10 | $350.00/hr | $735.00 |
| 02/23/2018 | Nelson Andrade | Create and review Compliance Certificate for Week 63. Review and reconcile payments associated with each for each bond issue. Enter payment and budget information in the model. Create budget to actual comparisons, including variances. Create report in PDF including certificate letter, material adverse deviations, variance analysis and payment detail. | 2.30 | $350.00/hr | $805.00 |
| 02/23/2018 | Neil Bivona | Draft we-mail to creditors re: real estate taxes on Brookhaven campus & make revisions to reflect comments from R. Rosenfeld & S. southward. | 1.20 | $390.00/hr | $468.00 |
| 02/26/2018 | Neil Bivona | Review UMB draft distribution Notice # 17. Review and update DIP tracking spreadsheet & use resulted updated information to revise UMB Notie & send back to L. Roberson. | 1.50 | $390.00/hr | $585.00 |
| 02/26/2018 | Neil Bivona | Review e-mail & exemption form from Town of Brookhaven. Draft follow-up e-mail to counsel & discuss w/ R. Rosenfeld. | 0.80 | $390.00/hr | $312.00 |
| 02/26/2018 | Robert Rosenfeld | Review correspondence related to Town of Brookhaven property tax issue. | 0.40 | $390.00/hr | $156.00 |
| 02/27/2018 | Robert Rosenfeld | Update quickbooks for transactions; visit to Signature bank for deposits; review and make revisions to letter to Town of Brookhaven regarding tax exempt property status renewal application; prepare and issue payments to Conduent relating to Perkins Loan processing services. | 3.50 | $390.00/hr | $1,365.00 |
| 02/27/2018 | Robert Rosenfeld | Call with Garden City Group to discuss budget going forward. | 0.50 | $390.00/hr | $195.00 |
| 02/27/2018 | Neil Bivona | Review information re: Real estate property tax exemptions for nonprofit entities; Call w/ M. Morgan at Brookhaven Town Assessor's office. Draft cover letter and prepare applications for three Brookhaven parcels for exemption for 2017/2018 and 2018/2017 tax years. Revise letter. | 3.00 | $390.00/hr | $1,170.00 |
| 02/27/2018 | Neil Bivona | Review professional fee invoices for January & update professional fee tracking report. Review DIP account balances and DIP budget re: professional fees. | 1.40 | $390.00/hr | $546.00 |
| 02/27/2018 | Neil Bivona | Various calls and correspondence re; 135 Idle hour blvd oil tank abandonment. | 2.40 | $390.00/hr | $936.00 |
| 02/27/2018 | Neil Bivona | Call w/ Garden City group re: budgeting for plan & disclosure statement filing, balloting, tabulation, etc. | 0.50 | $390.00/hr | $195.00 |
| 02/27/2018 | Robert Rosenfeld | Review revised Town of Brookhaven tax exempt renewal application and execute applications and cover letters. | 0.60 | $390.00/hr | $234.00 |

**RSR Consulting, LLC**                                                         **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**2/1/18 Through 2/28/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---:|---|---:|
| 02/28/2018 | Neil Bivona | Compile applications, cover letter & supporting documentation for Brookhaven RE tax exemption. Trip to post office to mail copies certified mail & trip to Brookhaven town hall to hand deliver copies to R. DeBragga. | 2.30 | $390.00/hr | $897.00 |
| **Totals For Business Operations** | | | **91.70** | | **$34,371.00** |
| **Cash Monitoring** | | | | | |
| 02/09/2018 | Neil Bivona | Review correspondence from L. Roberson re: missed mandatory prepayment notice to creditors. Review notice from Dowling to UMB vs. UMB draft notice to DIP lenders. | 0.50 | $390.00/hr | $195.00 |
| 02/12/2018 | Robert McLeod | Prepare DIP budget compliance reports for weeks 55-57. Call amongst RSR team to review. | 3.60 | $335.00/hr | $1,206.00 |
| 02/12/2018 | Neil Bivona | Call w/ R. Friedman, B. Powers and I. Hammel re: 2002 & 2015 Bond reserve deposit amounts at time of filing Ch. 11 petition. | 0.30 | $390.00/hr | $117.00 |
| 02/13/2018 | Robert McLeod | Update DIP cash flow / budget monitoring model for budget extension for weeks 58 to 66 plus placeholder for additional weeks. | 3.10 | $335.00/hr | $1,038.50 |
| 02/13/2018 | Robert McLeod | Prepare DIP budget compliance reports for weeks 58-60. | 2.90 | $335.00/hr | $971.50 |
| 02/13/2018 | Robert McLeod | Prepare DIP budget compliance reports for weeks 61-62. Circulate updated model file and disbursements detail amongst RSR team for review. | 2.10 | $335.00/hr | $703.50 |
| **Totals For Cash Monitoring** | | | **12.50** | | **$4,231.50** |
| **Claims Investigation** | | | | | |
| 02/01/2018 | Neil Bivona | Draft detailed e-mail to USDOE re: proof of claim and closeout audit requirements. Send to S. Southard, T. Whalenchuk and R. Rosenfeld for review. | 2.20 | $390.00/hr | $858.00 |
| 02/01/2018 | Neil Bivona | Review of revised Healthplex employee unpaid dental claim an | 1.50 | $390.00/hr | $585.00 |
| 02/06/2018 | Neil Bivona | Review, edit and send correspondence to U.S. Dept of Education re: components of proof of claim. | 0.30 | $390.00/hr | $117.00 |
| 02/16/2018 | Neil Bivona | Call w/ M> Hablenko re: reworking of output for Cigna and Helthplex unpaid claim analysis. | 0.50 | $390.00/hr | $195.00 |
| 02/23/2018 | Neil Bivona | Further review of employee unpaid medical claim analysis from 3rd party administrator & inconsistencies with US DOL data. | 1.30 | $390.00/hr | $507.00 |
| 02/27/2018 | Neil Bivona | Meet w/ M. Hablenko re: analysis of employee unpaid medical and dental claims. | 1.30 | $390.00/hr | $507.00 |
| **Totals For Claims Investigation** | | | **7.10** | | **$2,769.00** |
| **Court Hearings** | | | | | |
| 02/05/2018 | Robert Rosenfeld | Attend Brookhaven campus sale and WARN complaint hearings and meet with creditors counsel. | 2.00 | $390.00/hr | $780.00 |
| 02/26/2018 | Robert Rosenfeld | Meet with S. Southard and R. Friedman regarding preparation for Court hearing (.5); attend hearing regarding status conference on Brookhaven Campus sale and WARN complaint (1.0) | 1.50 | $390.00/hr | $585.00 |
| **Totals For Court Hearings** | | | **3.50** | | **$1,365.00** |
| **Document Review** | | | | | |
| 02/14/2018 | Neil Bivona | Review of draft disclosure statement. | 1.50 | $390.00/hr | $585.00 |
| **Totals For Document Review** | | | **1.50** | | **$585.00** |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**2/1/18 Through 2/28/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Dowling-Residential Ops** | | | | | |
| 02/07/2018 | Neil Bivona | Follow up w J. Sturchio & Plumber re: status of parts delivery and heating system repair at 47 Chateau. | 0.30 | $390.00/hr | $117.00 |
| 02/12/2018 | Neil Bivona | Meet plumbers at 47 Chateau re: repairs to heating system. | 5.00 | $390.00/hr | $1,950.00 |
| 02/13/2018 | Neil Bivona | Stop by 47 Chateau to check on heat. | 0.30 | $390.00/hr | $117.00 |
| 02/14/2018 | Neil Bivona | Meet 24/7 crew at 47 Chateau re: cleanup.  Check other Oakda | 0.80 | $390.00/hr | $312.00 |
| 02/16/2018 | Neil Bivona | Meet plumbers at 47 Chateau re: finishing of repairs to heating system. | 1.90 | $390.00/hr | $741.00 |
| 02/26/2018 | Neil Bivona | Follow up w/ Zurich claim agent re: close out / withdrawal of claim for 47 Chaeau Drive heating repairs. | 0.20 | $390.00/hr | $78.00 |
| 02/28/2018 | Neil Bivona | Research liability issues re: oil tank abandonment in NY State. Call w/ R. Rosenfeld to discuss. | 1.20 | $390.00/hr | $468.00 |
| **Totals For Dowling-Residential Ops** | | | **9.70** | | **$3,783.00** |
| **Dowling-Residential Sales** | | | | | |
| 02/08/2018 | Neil Bivona | Follow up w/ D. Niknamfard & D. Cook re: status of sewer agreement with Town for 89 Central. | 0.20 | $390.00/hr | $78.00 |
| 02/12/2018 | Robert Rosenfeld | Review contracts for 89 Central and sale to Mercury and execute document. | 0.50 | $390.00/hr | $195.00 |
| 02/14/2018 | Neil Bivona | Various correspondence w/ M. White re:  89 Central Blvd survey / title / encroachments / sewage treatment connection, | 0.50 | $390.00/hr | $195.00 |
| 02/16/2018 | Neil Bivona | Call & correspondence w/ J.  Sturchio re: status of 47 Chateau and other pending sales. | 0.40 | $390.00/hr | $156.00 |
| 02/21/2018 | Neil Bivona | Call & correspondence w/ J. Sturchio re: various remaining Oakdale properties / open issues. | 0.50 | $390.00/hr | $195.00 |
| 02/22/2018 | Neil Bivona | Call w/ D. Niknmafard re: sale / contract for three Oakdale properties to Mercury. | 0.30 | $390.00/hr | $117.00 |
| 02/22/2018 | Robert Rosenfeld | Review and execute closing documents for 52 Van Bomel and trip to UPS for notary of signatures and overnight delivery. | 1.50 | $390.00/hr | $585.00 |
| 02/23/2018 | Robert Rosenfeld | Review and execute contract of sale for 47 Chateau. | 0.50 | $390.00/hr | $195.00 |
| 02/23/2018 | Neil Bivona | Cal w/ D. Cook re: RE taxes on three Oakdale properties subject to Mercury purchase contract. | 0.50 | $390.00/hr | $195.00 |
| 02/26/2018 | Neil Bivona | Numerous phone calls and e-mails re: abandonment of underground oil tank at 135 Idle Hour Blvd. | 2.00 | $390.00/hr | $780.00 |
| 02/26/2018 | Robert Rosenfeld | Review and execute change of listing for 123 Idle Hour (.3); review and process notice for sale of 47 Chateau (.3) | 0.60 | $390.00/hr | $234.00 |
| 02/28/2018 | Robert Rosenfeld | Discussions with S. Southard and N. Bivona regarding issues relating to sale of 135 Idle Hour (Oakdale residential property). | 0.80 | $390.00/hr | $312.00 |
| **Totals For Dowling-Residential Sales** | | | **8.30** | | **$3,237.00** |
| **Employee Benefits/Pensions** | | | | | |
| 02/09/2018 | Robert Rosenfeld | Review and file final form 5500 for Dowling 4039b) Pension Pla | 1.50 | $390.00/hr | $585.00 |
| **Totals For Employee Benefits/Pensions** | | | **1.50** | | **$585.00** |
| **Meeting** | | | | | |
| 02/08/2018 | Robert Rosenfeld | Attend meeting with Town of Brookhaven representatives, Debtor's counsel and UCC counsel regarding sale of Brookhaven property. | 1.00 | $390.00/hr | $390.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**2/1/18 Through 2/28/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 02/08/2018 | Robert Rosenfeld | Follow up meeting with S. Southard and R. Friedman to discuss status of Brookhaven property. | 1.50 | $390.00/hr | $585.00 |
| 02/08/2018 | Robert Rosenfeld | Meeting with R. Friedman, S. Southard, N. Bivona to discuss winddown budget for confirmation of Plan of Liquidation. | 0.50 | $390.00/hr | $195.00 |
| 02/08/2018 | Neil Bivona | Meeting with R. Friedman, S. Southard, R. Rosenfeld to discuss winddown budget for confirmation of Plan of Liquidation. | 0.50 | $390.00/hr | $195.00 |
| 02/13/2018 | Robert Rosenfeld | Meeting with bidder for Brookhaven campus at Westchester A | 2.00 | $390.00/hr | $780.00 |
| 02/22/2018 | Neil Bivona | Meeting w/ Brookhaven Town representatives & R. Friedman re: status of marketing / plans form developers & RE tax issue.  Follow up discussions w/ R. Friedman & R. Rosenfeld. | 2.00 | $390.00/hr | $780.00 |
| **Totals For Meeting** | | | **7.50** | | **$2,925.00** |
| **Meetings with Creditors and/or Representatives** | | | | | |
| 02/06/2018 | Robert Rosenfeld | Status call with creditors relating to Brookhaven sale. | 1.10 | $390.00/hr | $429.00 |
| 02/07/2018 | Robert Rosenfeld | Call with Creditors and representatives and Debtor's counsel regarding issues on meeting with Town of Brookhaven. | 0.50 | $390.00/hr | $195.00 |
| 02/07/2018 | Robert Rosenfeld | Call with R. Bertucci regarding issues relating to Brookhaven campus sale. | 0.30 | $390.00/hr | $117.00 |
| 02/08/2018 | Robert Rosenfeld | Call with creditors, brokers, counsel to discuss status of meeting with Town of Brookhaven. | 0.70 | $390.00/hr | $273.00 |
| 02/08/2018 | Neil Bivona | Call w/ Creditors & Brokers re: Brookhaven sale process | 0.70 | $390.00/hr | $273.00 |
| 02/09/2018 | Robert Rosenfeld | Call with creditors and counsel relating to status of Brookhaven campus sale. | 0.30 | $390.00/hr | $117.00 |
| 02/09/2018 | Neil Bivona | Call with creditors and counsel relating to status of Brookhaven campus sale. | 0.30 | $390.00/hr | $117.00 |
| 02/13/2018 | Robert Rosenfeld | Attend status call with creditors, counsel and brokers regarding Brookhaven sale process. | 0.50 | $390.00/hr | $195.00 |
| 02/16/2018 | Robert Rosenfeld | Attend status meeting with creditors, counsel and brokers regarding sale of Brookhaven campus. | 0.50 | $390.00/hr | $195.00 |
| 02/22/2018 | Robert Rosenfeld | Attend status call with lenders, UCC counsel, S. Southard, and brokers on sale of Brookhaven Campus. | 0.50 | $390.00/hr | $195.00 |
| 02/27/2018 | Robert Rosenfeld | Call with creditors, counsel and brokers regarding weekly status report on sale of Brookhaven campus. | 0.50 | $390.00/hr | $195.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**2/1/18 Through 2/28/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 02/27/2018 | Neil Bivona | Weekly status conference call re: Brookhaven sale process w/ creditors, brokers and counsel. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Meetings with Creditors and/or Representatives** | | | **6.40** | | **$2,496.00** |
| **Meetings with Debtor and Representatives** | | | | | |
| 02/08/2018 | Robert Rosenfeld | Attend meeting with UCC counsel, A.Guardino, S. Southard to discuss meeting with Town of Brookhaven. | 1.00 | $390.00/hr | $390.00 |
| 02/09/2018 | Neil Bivona | Call with Brokers, counsel and UCC counsel to discuss status of Brookhaven campus sale. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Meetings with Debtor and Representatives** | | | **1.50** | | **$585.00** |
| **Monthly Operating Reports** | | | | | |
| 02/06/2018 | Neil Bivona | Review and edit global comments to January MOR. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Monthly Operating Reports** | | | **0.50** | | **$195.00** |
| **Phone Call** | | | | | |
| 02/23/2018 | Neil Bivona | Cal w/ Ia Hamel re: DIP budget, Ch. 11 exit / post-confirmation roles & sewage treatment reserve funds. | 0.30 | $390.00/hr | $117.00 |
| **Totals For Phone Call** | | | **0.30** | | **$117.00** |
| **Plan & disclosure Statement** | | | | | |
| 02/16/2018 | Neil Bivona | Call with S. Southard, R. Friedman, R. Rosenfeld re: Plan of Liquidation. | 0.70 | $390.00/hr | $273.00 |
| 02/16/2018 | Robert Rosenfeld | Call with S. Southard, R. Friedman, N. Bivona regarding Plan of Liquidation. | 0.70 | $390.00/hr | $273.00 |
| **Totals For Plan & disclosure Statement** | | | **1.40** | | **$546.00** |
| **Research** | | | | | |
| 02/22/2018 | Neil Bivona | Review Brookhaven Town website info and application forms & NY State Real Property Law summary re: real estate exemptions for Not-for-profit entities. | 1.20 | $390.00/hr | $468.00 |
| **Totals For Research** | | | **1.20** | | **$468.00** |
| **Tax compliance** | | | | | |
| 02/06/2018 | Robert Rosenfeld | Review draft 990 tax return for FYE 6/30/16 and provide comments to Baker Tilly. | 1.00 | $390.00/hr | $390.00 |
| 02/08/2018 | Robert Rosenfeld | Review draft tax return for Dowling for FYE 6/30/16; discuss comments with Baker Tilly and execute return for filing. | 2.50 | $390.00/hr | $975.00 |
| 02/10/2018 | Robert Rosenfeld | Prepare 505b letters and process for filing with IRS Centralized Insolvency unit for Dowling 990 for FYE 6/30/16. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Tax compliance** | | | **4.50** | | **$1,755.00** |
| **Travel** | | | | | |
| 02/13/2018 | Robert Rosenfeld | Travel to and from meeting with bidder at Westchester airport relating to Brookhaven sale. | 3.50 | $390.00/hr | $1,365.00 |
| **Totals For Travel** | | | **3.50** | | **$1,365.00** |
| **UST Reporting** | | | | | |
| 02/10/2018 | Robert Rosenfeld | Work on MOR for January 2018 | 1.50 | $390.00/hr | $585.00 |
| 02/11/2018 | Robert Rosenfeld | Work on MOR for January 2018 including global notes to MOR | 2.00 | $390.00/hr | $780.00 |
| 02/13/2018 | Robert Rosenfeld | Make revisions to MOR for Dowling based on comments from | 0.80 | $390.00/hr | $312.00 |
| **Totals For UST Reporting** | | | **4.30** | | **$1,677.00** |
| **Grand Total** | | | **237.10** | | **$90,373.50** |

**RSR Consulting, LLC** **Exhibit D**
**Dowling College - Case #16-75545 (REG)**
**Detailed Expense Report**
**2/1/18 Through 2/28/18**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 02/12/2018 | Robert Rosenfeld | Right Networks monthly fee | $15.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$15.00** |
| **Mailing/Postage** | | | |
| 02/10/2018 | Robert Rosenfeld | Postage for authorization letter to Signature Bank. | $0.49 |
| 02/14/2018 | Robert Rosenfeld | Purchase roll of stamps for Dowling | $50.00 |
| 02/14/2018 | Robert Rosenfeld | Certified return receipt postage for 505b mailing for FYE 6/30/16 990 Tax return. | $9.09 |
| **Totals Billable Amounts for Mailing/Postage** | | | **$59.58** |
| **Meal** | | | |
| 02/09/2018 | Robert Rosenfeld | Breakfast meeting to prepare for meeting with Town of Brookhaven; attendees: S. Southard, R. Friedman, A. Guardino. | $30.50 |
| **Totals Billable Amounts for Meal** | | | **$30.50** |
| **Miscellaneous** | | | |
| 02/02/2018 | Neil Bivona | Pressure gauge for boiler at 47 Chateau | $22.60 |
| 02/02/2018 | Neil Bivona | Water cleanup supplies 47 Chateau. | $69.28 |
| 02/02/2018 | Neil Bivona | Temporary space heaters 47 Chateau. | $268.96 |
| 02/02/2018 | Neil Bivona | Extension cords for electric space heaters 47 Chateau. | $32.55 |
| 02/02/2018 | Neil Bivona | Clean up supplies 47 Chateau. | $40.08 |
| **Totals Billable Amounts for Miscellaneous** | | | **$433.47** |
| **Office Supplies** | | | |
| 02/01/2018 | Robert Rosenfeld | Laser toner for printer at Brookhaven office. | $76.79 |
| **Totals Billable Amounts for Office Supplies** | | | **$76.79** |
| **Postage & Shipping** | | | |
| 02/22/2018 | Robert Rosenfeld | Overnight delivery & notary fees for execution of closing documents for 52 Van Bomel. | $30.41 |
| **Totals Billable Amounts for Postage & Shipping** | | | **$30.41** |
| **Travel/Mileage** | | | |
| 02/13/2018 | Robert Rosenfeld | Mileage to/from Westchester Airport for meeting with bidder for Brookhaven campus. | $56.70 |
| **Totals Billable Amounts for Travel/Mileage** | | | **$56.70** |
| **Travel/parking** | | | |
| 02/13/2018 | Robert Rosenfeld | Parking at Westchester Airport for meeting with bidder on Brookhaven Campus | $7.20 |
| **Totals Billable Amounts for Travel/parking** | | | **$7.20** |
| **Travel/Tolls** | | | |
| 02/13/2018 | Robert Rosenfeld | Tolls to and from Westchester for meeting with bidder on Brookhaven campus | $11.52 |
| **Totals Billable Amounts for Travel/Tolls** | | | **$11.52** |
| **Grand Total** | | | **$721.17** |