**KLESTADT WINTERS JURELLER**     **New Hearing Date: April 23, 2018**
**SOUTHARD & STEVENS, LLP**     **Hearing Time: 1:30 p.m. (EST)**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| DOWLING COLLEGE, : | |
| f/d/b/a DOWLING INSTITUTE, : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI : | |
| ASSOCIATION, : | |
| f/d/b/a CECOM, : | |
| a/k/a DOWLING COLLEGE, INC., : | |
| : | |
| Debtor. : | |

-----------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF MATTERS
## SCHEDULED FOR HEARING ON MARCH 26, 2018

**PLEASE TAKE NOTICE** that the hearing on the matters listed below scheduled for March 26, 2018 at 1:30 p.m. (EST) has been adjourned until **April 23, 2018 at 1:30 p.m. (EST)** or as soon thereafter as counsel may be heard, and will take place before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 (the "Hearing").

- Order Scheduling Initial Case Management Conference [DE 74]

- Debtor's Motion for Entry of (I) an Order (A) Approving Bidding Procedures for the Sale of the Debtor's Brookhaven Campus, (B) Scheduling an Auction and a Sale Hearing Related Thereto and (C) Approving the Form of Notice of the Auction and Sale Hearing;

and (II) an Order (A) Approving Such Sale of the Brookhaven Campus Free and Clear of Liens, Claims, Encumbrances and Other Interests and (B) Granting Related Relief [DE 406]

- Pretrial Conference in *Lori Zaikowski, on behalf of herself and all others similarly situated v. Dowling College*, Adv. Pro. No. 16-08178 (REG)

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned without further notice except as announced in open court at the Hearing, or at any adjourned hearing.

Dated:  New York, New York
        March 23, 2018

            **KLESTADT WINTERS JURELLER
        SOUTHARD & STEVENS, LLP**

By:  */s/ Sean C. Southard*
     Sean C. Southard
     Lauren C. Kiss
     200 West 41st Street, 17th Floor
     New York, NY 10036
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email: ssouthard@klestadt.com
            lkiss@klestadt.com

     *Counsel to the Debtor and Debtor in
      Possession*