**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DOWLING COLLEGE,<br>f/d/b/a DOWLING INSTITUTE,<br>f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,<br>f/d/b/a CECOM,<br>a/k/a DOWLING COLLEGE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-75545 (REG) |

## SIXTEENTH REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM MARCH 1, 2018 THROUGH <u>MARCH 31, 2018</u>

The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("<u>RSR</u>") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("<u>Mr. Rosenfeld</u>") as Chief Restructuring Officer ("<u>CRO</u>") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period March 1, 2018 through March 31, 2018.

    Exhibit A &ndash; Summary of Fees and Expenses

    Exhibit B &ndash; Summary of Services by Project Category

    Exhibit C &ndash; Detailed time entries by Project Category

    Exhibit D &ndash; Detail of Expenses Incurred

By: *[signature]*
Robert S. Rosenfeld
April 3, 2018

**Exhibit A**

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses**
**3/1/18 Through 3/31/18**

**Summary of Fees**

| Summary by Professional | Responsibility/ Position in Firm | Hours | Rate | Amount |
|---|---|---|---|---|
| R. Rosenfeld | Chief Restructuring Officer | 57.50 | $ 390.00 | $ 22,425.00 |
| N. Bivona | Managing Director | 100.50 | $ 390.00 | 39,195.00 |
| N. Andrade | Director | 26.10 | $ 350.00 | 9,135.00 |
| **Total** | | **184.10** | | **$ 70,755.00** |
| **Average blended hourly rate** | | | | **$ 384.33** |

**Summary of Expenses**

| | |
|---|---|
| Mail/Postage | $ 360.00 |
| Software expense | 15.00 |
| **Total** | **$ 375.00** |

**RSR Consulting, LLC**  **Exhibit B**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report - By Project Category**
**3/1/18 Through 3/31/18**

| Category | Billable Time | Billable Amt |
|---|---:|---:|
| Asset Analysis and Recovery | 2.70 | $1,053.00 |
| Asset Disposition | 19.70 | $7,683.00 |
| Bankruptcy Schedules | 0.70 | $273.00 |
| Business Analysis | 2.50 | $975.00 |
| Business Operations | 122.50 | $46,731.00 |
| Claims Investigation | 2.70 | $1,053.00 |
| Dowling-Residential Ops | 12.60 | $4,914.00 |
| Dowling-Residential Sales | 1.50 | $585.00 |
| Employee Benefits/Pensions | 1.20 | $468.00 |
| Meetings with Creditors and/or Representatives | 0.70 | $273.00 |
| Phone Call | 2.10 | $819.00 |
| Plan & disclosure Statement | 0.50 | $195.00 |
| Tax compliance | 6.10 | $2,379.00 |
| UST Reporting | 8.60 | $3,354.00 |
| **Grand Total** | **184.10** | **$70,755.00** |

**RSR Consulting, LLC**                                                    **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**3/1/18 Through 3/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 03/26/2018 | Neil Bivona | Review reporting from RCS re: student account collections. Review RCS retention agreement and retention motion/order for mechanism to process contingency fee payments and handling of net proceeds to Dowling. | 1.50 | $390.00/hr | $585.00 |
| 03/28/2018 | Neil Bivona | Correspondence w/ M. Hablenko and W. Benka re: student transcript files. Review network drives for necessary files and upload to Box.com acct. | 1.20 | $390.00/hr | $468.00 |
| **Totals For Asset Analysis and Recovery** | | | **2.70** | | **$1,053.00** |
| **Asset Disposition** | | | | | |
| 03/01/2018 | Robert Rosenfeld | Meeting with Town of Brookhaven with R. Friedman, A. Guardino, and Town representatives to discuss Brookhaven campus status. | 1.20 | $390.00/hr | $468.00 |
| 03/01/2018 | Robert Rosenfeld | Discussions and email correspondence with S. Southard and R. Friedman regarding Brookhaven campus marketing efforts. | 1.00 | $390.00/hr | $390.00 |
| 03/02/2018 | Neil Bivona | Call w/ S. Southard, A. Guardino, R. Friedman & FPM Group re: meeting with town of Brookhaven & reaction to drawing. | 0.60 | $390.00/hr | $234.00 |
| 03/05/2018 | Robert Rosenfeld | Discussion with bidder for Brookhaven Campus; follow up discussions with counsel and brokers. | 1.20 | $390.00/hr | $468.00 |
| 03/06/2018 | Robert Rosenfeld | Status calls and communications with R. Friedman and brokers and FPM regarding Brookhaven Campus sale. | 0.70 | $390.00/hr | $273.00 |
| 03/08/2018 | Robert Rosenfeld | Discussions with R. Friedman regarding status of discussions with buyers for Brookhaven property; analyze and update tracking report for status of marketing of Brookhaven property. | 1.50 | $390.00/hr | $585.00 |
| 03/09/2018 | Neil Bivona | Brookhaven Campus tour for Barry Akrongold. | 1.50 | $390.00/hr | $585.00 |
| 03/09/2018 | Neil Bivona | Review proposal from ITMAG re: removal of It equipment and destruction of hard drives. Follow-up w/ C. Veprek at ITMAG. | 0.50 | $390.00/hr | $195.00 |
| 03/09/2018 | Neil Bivona | Call w/ Lenders and counsel re: status of Brookhaven campus marketing & sale process. | 0.50 | $390.00/hr | $195.00 |
| 03/09/2018 | Robert Rosenfeld | Call with lenders and counsel regarding status of Brookhaven campus sale. | 0.50 | $390.00/hr | $195.00 |
| 03/13/2018 | Robert Rosenfeld | Call with prospective bidder for Brookhaven Campus and follow up call with S. Southard regarding call. | 0.70 | $390.00/hr | $273.00 |
| 03/13/2018 | Robert Rosenfeld | Discussion with Ron Friedman regarding status of Brookhaven campus sale. | 0.40 | $390.00/hr | $156.00 |
| 03/14/2018 | Robert Rosenfeld | Discussions with counsel and UCC counsel regarding status of Brookhaven sale process and update status report for lenders. | 1.20 | $390.00/hr | $468.00 |
| 03/14/2018 | Robert Rosenfeld | Call with creditors re: status of Brookhaven sale process. | 0.50 | $390.00/hr | $195.00 |
| 03/14/2018 | Robert Rosenfeld | Follow up calls with S. Southard and R. Friedman regarding discussions with potential buyers; call with potential buyer. | 1.00 | $390.00/hr | $390.00 |
| 03/15/2018 | Robert Rosenfeld | Call with A. Guardino regarding status of Brookhaven campus sale; discussion with Ron Friedman; provide information for buyer. | 1.00 | $390.00/hr | $390.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**3/1/18 Through 3/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 03/19/2018 | Robert Rosenfeld | Separate calls with brokers relating to sale of Brookhaven campus status. | 0.80 | $390.00/hr | $312.00 |
| 03/20/2018 | Neil Bivona | Work with ITAMG crew re: Nat Ctr. IT salvage, hard drive destruction as per Records Retention Order. | 2.50 | $390.00/hr | $975.00 |
| 03/21/2018 | Neil Bivona | Brookhaven status call update w/ Lenders and counsel. | 0.50 | $390.00/hr | $195.00 |
| 03/21/2018 | Robert Rosenfeld | Call with creditors and counsel to discuss status of Brookhaven Campus sale. | 0.50 | $390.00/hr | $195.00 |
| 03/28/2018 | Neil Bivona | Weekly Brookhaven campus sale process status call with creditors and counsel. | 0.40 | $390.00/hr | $156.00 |
| 03/28/2018 | Robert Rosenfeld | Calls with R. Friedman and correspondence re: status of Brookhaven campus sale; communications with potential buyer. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Asset Disposition** | | | **19.70** | | **$7,683.00** |
| **Bankruptcy Schedules** | | | | | |
| 03/12/2018 | Robert Rosenfeld | Call with Debtor's counsel and UCC counsel to discuss status of WARN complaint and amending of Debtor's schedules. | 0.70 | $390.00/hr | $273.00 |
| **Totals For Bankruptcy Schedules** | | | **0.70** | | **$273.00** |
| **Business Analysis** | | | | | |
| 03/01/2018 | Neil Bivona | Complete schedule of endowed scholarship funds for reallocation recommendations to NYAG's office.  Call w/ D. Mainenti at LIU re: potential alignment of LIU programs to Dowling scholarships. | 2.50 | $390.00/hr | $975.00 |
| **Totals For Business Analysis** | | | **2.50** | | **$975.00** |
| **Business Operations** | | | | | |
| 03/01/2018 | Neil Bivona | Meet with Simplex technician re: emergency exit light / sign inspection.  Locate and turn off water main in athletic building to stop leak - call 24/7 for clean-up.  Reset trouble alert on fire alarm panel in dorm building. | 1.60 | $390.00/hr | $624.00 |
| 03/01/2018 | Neil Bivona | Prepare Notice of borrowing for weeks 64-66 & review weekly compliance reports for weeks 63-65. | 1.00 | $390.00/hr | $390.00 |
| 03/01/2018 | Nelson Andrade | Create Compliance Report for week 65 ending 2/23/18. Manage related correspondence. | 1.60 | $350.00/hr | $560.00 |
| 03/01/2018 | Robert Rosenfeld | Work on month end closing of books and bank reconciliations. | 2.00 | $390.00/hr | $780.00 |
| 03/02/2018 | Neil Bivona | Review budget and prepare notice of borrowing. | 0.80 | $390.00/hr | $312.00 |
| 03/02/2018 | Neil Bivona | Review work proposals for repair of deficiencies / violations after emergency exit sign / lighting inspection at Nat Ctr & BRV Dorm.  Follow up call with Simplex. | 0.50 | $390.00/hr | $195.00 |
| 03/02/2018 | Neil Bivona | Review DIP account balances & set up transfer of sewage treatment reserve account balances to TL A DIP acct. | 0.20 | $390.00/hr | $78.00 |
| 03/02/2018 | Neil Bivona | Review and revise dip budget extension. | 1.00 | $390.00/hr | $390.00 |
| 03/02/2018 | Nelson Andrade | Set up weekly payments and wires.  Create supporting documents and instructions.  Reviewed, revised and reissued. | 2.60 | $350.00/hr | $910.00 |
| 03/02/2018 | Robert Rosenfeld | Work on weekly disbursements; process bills; checks and update quickbooks accounting for week. | 2.50 | $390.00/hr | $975.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**3/1/18 Through 3/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 03/05/2018 | Neil Bivona | Call w/ M. Hablenko re: student account reports. Research Banner & meet with M. Klotz to check access level for report writing. Call with CIS IT service Company re: ability to fill in services while Walter Benka is out. | 1.50 | $390.00/hr | $585.00 |
| 03/05/2018 | Neil Bivona | Review, update and respond to new and pending items in GCG Communications escalation report. Follow up with D. Impagliazzo re: status on some pending items. | 1.70 | $390.00/hr | $663.00 |
| 03/05/2018 | Nelson Andrade | Communicate with staff payments executed during the previous week and set up a plan for the current week. | 0.50 | $350.00/hr | $175.00 |
| 03/05/2018 | Robert Rosenfeld | Prepare monthly statement of fees for February 2018 pursuant to retention order. | 1.50 | $390.00/hr | $585.00 |
| 03/05/2018 | Robert Rosenfeld | Work on month of February closing of books and reconcile cash | 2.00 | $390.00/hr | $780.00 |
| 03/06/2018 | Neil Bivona | Draft e-mail to M. Grochowski re: DIP Notice of Borrowing. | 1.00 | $390.00/hr | $390.00 |
| 03/06/2018 | Neil Bivona | Various correspondence w/ A. Dimola re: W. Benka accrued time, ST Disability coverage and former Dowling policies. Draft e-mail to S. Southard & C. Clayton outlining issues & requesting a call to discuss. | 1.40 | $390.00/hr | $546.00 |
| 03/06/2018 | Neil Bivona | Review Iron Mountain proposal re: prepay for storage and shredding of documents & draft reply e-mail to J. Butler. | 0.50 | $390.00/hr | $195.00 |
| 03/06/2018 | Nelson Andrade | Review payroll information. Create/update excel spreadsheets accordingly. Create electronic transfers and wires in the bank system. | 0.80 | $350.00/hr | $280.00 |
| 03/07/2018 | Neil Bivona | Draft e-mail to counsel re: employee issues. | 1.00 | $390.00/hr | $390.00 |
| 03/07/2018 | Robert Rosenfeld | Work on month end closing of books and bank reconciliations. | 3.50 | $390.00/hr | $1,365.00 |
| 03/08/2018 | Neil Bivona | Complete reallocation recommendation spreadsheet for endowed scholarship funds. Draft e-mail to S. Southard re: plan to leverage funds going to LIU for additional student records services. | 2.50 | $390.00/hr | $975.00 |
| 03/08/2018 | Nelson Andrade | Review all weekly invoices, create payment instructions and supporting documentation and files. Update rolling payment sheets. Identify the DIP tranche for each payment and invoice. | 2.00 | $350.00/hr | $700.00 |
| 03/08/2018 | Nelson Andrade | Complete DIP compliance report for the week ended 3/2/18. Review cash flow and payment information from the previous week. Enter information into the DIP compliance model in excel. Update budget to actual analysis. Review and analyse results based on allowed variance parameters. | 2.50 | $350.00/hr | $875.00 |
| 03/08/2018 | Robert Rosenfeld | Work on bank recs; month end closing of books and update quickbooks for Debtor's activity. | 2.50 | $390.00/hr | $975.00 |
| 03/09/2018 | Neil Bivona | Communications with W. Benka and IT consulting firms re: access and restoration of servers in absence of W. Benka. Web connect session with J. Weinstein of CIS to attempt to restore e-mail server. | 3.50 | $390.00/hr | $1,365.00 |

**RSR Consulting, LLC**                                                                                                                                   **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**3/1/18 Through 3/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 03/09/2018 | Nelson Andrade | Set up transfers and wires for further approval in the banking system based on the latest updated payment instructions. Manage communication and correspondence regarding transfers and wires. | 0.80 | $350.00/hr | $280.00 |
| 03/09/2018 | Nelson Andrade | Update payment instructions for certain payments to be included in this week's transfers and wires.  Update the excel spreadsheet, reissue the payment instructions and manage internal communication regarding changes and updates. | 1.50 | $350.00/hr | $525.00 |
| 03/09/2018 | Robert Rosenfeld | Work on processing disbursements for week; update accounting and quickbooks for activity. | 2.50 | $390.00/hr | $975.00 |
| 03/11/2018 | Neil Bivona | Meet w/ S. Dinapoli and D> Scalzo rE: running reports for 2017 990'a,, student account collection and FISAP. | 2.00 | $390.00/hr | $780.00 |
| 03/12/2018 | Neil Bivona | Webconnect session w/ J Weinstein at CIS & tech from GWAVA re:restoration of e-mail server and issues with spam filtering. | 3.50 | $390.00/hr | $1,365.00 |
| 03/12/2018 | Neil Bivona | Meet w/ A. Dimola re: 403b final mailing, ADT process and transition, ST disability paperwork and timing to end of her employment. | 0.70 | $390.00/hr | $273.00 |
| 03/12/2018 | Nelson Andrade | Communicate with staff payments executed during the previous week and set up a plan for the current week. | 0.50 | $350.00/hr | $175.00 |
| 03/13/2018 | Neil Bivona | Call w/ S. Southard, C. Clayton and A. Dimola rE: HR issues. Follow up discussions w/ A. Dimola and R. Rosenfeld.  Call to S. Benka. | 1.10 | $390.00/hr | $429.00 |
| 03/13/2018 | Neil Bivona | Review and sign contract for PC disposal / hard drive destruction.  Correspondence w/ C. Veprek re: scheduling. | 0.50 | $390.00/hr | $195.00 |
| 03/13/2018 | Neil Bivona | Work w/ M. Klotz re: printout of student detail account reports for student AR Collections. | 0.60 | $390.00/hr | $234.00 |
| 03/13/2018 | Neil Bivona | Work on interim six week DIP budget extension. | 1.50 | $390.00/hr | $585.00 |
| 03/14/2018 | Neil Bivona | Review draft UMB Distribution notice # 18.  Review and update DIP tracking spreadsheet to reflect activity and accruals since last update. | 2.00 | $390.00/hr | $780.00 |
| 03/14/2018 | Neil Bivona | Work with CIS and SIG vendor tech support re: restoration of e-mail and Banner reporting functionality. | 2.30 | $390.00/hr | $897.00 |
| 03/15/2018 | Neil Bivona | Preparation and call with USDOE, US Attorney's Office and S. Southard re: compromise on closeout audit requirements and settlement of USDOE claim. | 1.00 | $390.00/hr | $390.00 |
| 03/15/2018 | Neil Bivona | Check and restart boiler in Nat Ctr. | 0.70 | $390.00/hr | $273.00 |
| 03/15/2018 | Neil Bivona | Re-check central station call-out panel for BRV Dorm - still not making test calls.  Confirm dial tone.  Call Simplex for service call to reset / repair. | 0.50 | $390.00/hr | $195.00 |
| 03/15/2018 | Neil Bivona | Meet with Simplex technician to reset central station dialer in BRV Dorm. | 0.50 | $390.00/hr | $195.00 |
| 03/15/2018 | Neil Bivona | Review and update professional fee tracking report. Review Ingerman Smith and Baker Tilly billing notices & reconcile against tracking report. | 1.20 | $390.00/hr | $468.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**3/1/18 Through 3/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 03/15/2018 | Neil Bivona | Review Banner application for usability of data extract / reporting functionality needed for 990 and FISAP preparation. Call w/ SIG IT vendor and correspondence w/ W. Benka re: the same. | 1.30 | $390.00/hr | $507.00 |
| 03/15/2018 | Robert Rosenfeld | Process payments for Debtor and update quickbooks. | 0.50 | $390.00/hr | $195.00 |
| 03/16/2018 | Neil Bivona | Web connect session with N. Saini at SIG re Banner issues. | 1.00 | $390.00/hr | $390.00 |
| 03/16/2018 | Nelson Andrade | Set up payments for the week. Manage correspondence. Set up transfers and wires in the banking system. | 2.00 | $350.00/hr | $700.00 |
| 03/16/2018 | Robert Rosenfeld | Discussion with N. Bivona regarding issues with Oakdale residential properties (.3); process disbursements to vendors for week and update quickbooks (1.2) | 1.50 | $390.00/hr | $585.00 |
| 03/18/2018 | Neil Bivona | Meet w/ D. Scalzo, S. Dinapoli, A. Stoloff and D. Impagliazzo at Brookhaven office to address data reports for 990's, student collections, FISAP / Title IV reporting. Call w/ W. Benka re: printing issues. | 3.40 | $390.00/hr | $1,326.00 |
| 03/19/2018 | Neil Bivona | Review various correspondence & other mail received and direct responses. | 0.50 | $390.00/hr | $195.00 |
| 03/19/2018 | Neil Bivona | Follow up with Conduent and ESCI re: status of Perkins Loan assignment process. | 0.50 | $390.00/hr | $195.00 |
| 03/19/2018 | Neil Bivona | Review Iron Mountain archive inventory & identify additional 129 boxes that can be destroyed under the records retention order. Prepare list and correspondence to Iron Mountain for quote. | 2.00 | $390.00/hr | $780.00 |
| 03/19/2018 | Nelson Andrade | Manage communication and correspondence. Discuss current status of case and developments regarding the budget approval and process. | 1.20 | $350.00/hr | $420.00 |
| 03/19/2018 | Robert Rosenfeld | Process transactions and update accounting in quickbooks for l | 2.50 | $390.00/hr | $975.00 |
| 03/19/2018 | Nelson Andrade | Communicate with staff payments executed during the previous week and set up a plan for the current week. | 0.50 | $350.00/hr | $175.00 |
| 03/20/2018 | Neil Bivona | Review information subpoena from third party. Call to creditors attorney. Research judgment debtor records in Banner Complete responsive questionnaire and draft cover letter. Trip to UPS store for notarization. | 1.30 | $390.00/hr | $507.00 |
| 03/20/2018 | Neil Bivona | Finalize six week DIP budget extension. Follow up call with R. Bertucci re: agreement on TL D allocation. Circulate budget to DIP lenders and counsel for review. | 1.20 | $390.00/hr | $468.00 |
| 03/20/2018 | Neil Bivona | Call w/ J. Weinstein at CIS re: open server issues & plan to reduce IT infrastructure / service post-confirmation. Access VMWare & restore shared network drive access. | 1.50 | $390.00/hr | $585.00 |
| 03/20/2018 | Nelson Andrade | Review payroll information. Create/update excel spreadsheets accordingly. Create electronic transfers and wires in the bank system. | 1.50 | $350.00/hr | $525.00 |
| 03/20/2018 | Robert Rosenfeld | Visit Signature Branch for deposits and sign and obtain notarization for unencumbered funds held by NYS. | 1.50 | $390.00/hr | $585.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**3/1/18 Through 3/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 03/22/2018 | Neil Bivona | Room by room tour of BRV Dorm & Nat Ctr for signs of storm damage, leaks, etc. | 2.00 | $390.00/hr | $780.00 |
| 03/22/2018 | Neil Bivona | Meet Simplex technicians for fire alarm inspections of Nat Ctr Bldgs A, B & C. | 2.50 | $390.00/hr | $975.00 |
| 03/22/2018 | Neil Bivona | Call & correspondence w/ R. Bertucci re: DIP budget and TLC funding workaround. | 0.50 | $390.00/hr | $195.00 |
| 03/22/2018 | Neil Bivona | Check on status of servers / banner / e-mail, etc. after storm. | 0.50 | $390.00/hr | $195.00 |
| 03/23/2018 | Nelson Andrade | Revise payments for certain vendors that were excluded due to non receipt of invoices by the deadline. | 0.50 | $350.00/hr | $175.00 |
| 03/23/2018 | Nelson Andrade | Set up payments for the week. Manage correspondence. Set up transfers and wires in the banking system. | 2.00 | $350.00/hr | $700.00 |
| 03/23/2018 | Neil Bivona | Review cash receipts/deposits detail for undistributed funds attributable to TL C and TL C invoices for week (including CTR fees / deposit for tank removal). Prepare analysis and correspondence to R. Bertucci re: the same. Communications w/ R. Rosenfeld & N> Andrade re: agreed work-around and movement of funds. | 1.50 | $390.00/hr | $585.00 |
| 03/23/2018 | Neil Bivona | Meet w/ Simplex technicians re: fire alarm system inspection of Dorm & Athletics building. Address false alarm triggered by dorm panel following inspection. | 1.00 | $390.00/hr | $390.00 |
| 03/23/2018 | Robert Rosenfeld | Work on disbursements for week; process payments and update accounting in quickbooks. | 1.50 | $390.00/hr | $585.00 |
| 03/25/2018 | Neil Bivona | Meet w/ D. Scalzo, S. Dinapoli, A. Stoloff and D.Impagliazo at Brookhaven campus for contend work on student account / payment application, FISAP reporting & data needed for 2017 990 tax return. | 3.50 | $390.00/hr | $1,365.00 |
| 03/26/2018 | Nelson Andrade | Communicate with staff payments executed during the previous week and set up a plan for the current week. | 0.70 | $350.00/hr | $245.00 |
| 03/26/2018 | Neil Bivona | Research student inquiry re: missing 2015 tax reporting. Prepare and send response. | 1.00 | $390.00/hr | $390.00 |
| 03/26/2018 | Neil Bivona | Correspondence w/ W. Benka and J. Weinstein re: restoration of shared network drive & web-connect session w/ Strata Information Group re: repair of compiler functionality in Banner needed to run financial aid reports for Title IV reporting & tax return preparation. | 1.20 | $390.00/hr | $468.00 |
| 03/26/2018 | Nelson Andrade | Review activities related to student receivable accounts and post petition professional fees. | 1.10 | $350.00/hr | $385.00 |
| 03/27/2018 | Neil Bivona | Log in to server & restore K:\ shared data network drive. Research portable hard drive alternative to network drives. | 1.20 | $390.00/hr | $468.00 |
| 03/27/2018 | Neil Bivona | Meet w/ A. Stoloff re: application of student account payments in Banner. | 0.30 | $390.00/hr | $117.00 |
| 03/27/2018 | Neil Bivona | Meet w/ A. Dimola re: payroll processing through ADP / editing payroll data for W. Benka. | 0.50 | $390.00/hr | $195.00 |

**RSR Consulting, LLC**                                                                         **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**3/1/18 Through 3/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 03/28/2018 | Neil Bivona | Call w/ Town of Brookhaven Assessor's office re: status & timing of pending real estate tax exemption applications. | 0.50 | $390.00/hr | $195.00 |
| 03/28/2018 | Neil Bivona | DIP Operating account reconciliation & review of professional fee invoices. Prepare and send analysis of Farrell Fritz invoices. | 2.00 | $390.00/hr | $780.00 |
| 03/28/2018 | Nelson Andrade | Update professional fee schedule and reconcile payments/invoices for certain professionals. | 1.80 | $350.00/hr | $630.00 |
| 03/28/2018 | Neil Bivona | Various correspondence w/ J. Weinstein at CIS re restoration of network drives. | 0.50 | $390.00/hr | $195.00 |
| 03/28/2018 | Nelson Andrade | Created, reviewed and revised reporting on student collections account and related activity. | 2.00 | $350.00/hr | $700.00 |
| 03/28/2018 | Neil Bivona | Meetings w/ Simplex technician re: repair / replacement of emergency lighting / exit signs as cited in recent inspection report. | 0.50 | $390.00/hr | $195.00 |
| 03/28/2018 | Robert Rosenfeld | Work on disbursements and update quickbooks. | 1.00 | $390.00/hr | $390.00 |
| 03/29/2018 | Neil Bivona | Review invoices and prepare disbursement detail worksheet. Review DIP accounts for available funds and adjust payments as needed. Prepare transfer and disbursement summary reports an set up transfers for approval. | 1.10 | $390.00/hr | $429.00 |
| 03/29/2018 | Neil Bivona | Review Student AR collection report and invoices. Set up wire template for payment of contingency fees. | 0.60 | $390.00/hr | $234.00 |
| 03/29/2018 | Robert Rosenfeld | Process payments and update quickbooks for weekly transactio | 1.50 | $390.00/hr | $585.00 |
| **Totals For Business Operations** | | | **122.50** | | **$46,731.00** |
| **Claims Investigation** | | | | | |
| 03/23/2018 | Neil Bivona | Call to and correspondence w/ M. Hablenko re: status of re-working of Cigna and Healthplex analysis for former employee unpaid medical and dental claims. | 0.30 | $390.00/hr | $117.00 |
| 03/27/2018 | Neil Bivona | Review revised Cigna employee unpaid medical claim analysis & prepare draft final output format for creation of explanation of benefits forms. | 2.40 | $390.00/hr | $936.00 |
| **Totals For Claims Investigation** | | | **2.70** | | **$1,053.00** |
| **Dowling-Residential Ops** | | | | | |
| 03/01/2018 | Neil Bivona | Calls w/ M.White & R. Bertucci re: 135 /idle Hour. Call to schedule testing. | 0.60 | $390.00/hr | $234.00 |
| 03/02/2018 | Neil Bivona | Follow up call w May Tank Co. re: 135 idle Hour. | 0.20 | $390.00/hr | $78.00 |
| 03/07/2018 | Neil Bivona | Review proposal from Clearview Environmental Services re; test boring at 135 idle Hour Blvd. & draft response e-mail. | 0.80 | $390.00/hr | $312.00 |
| 03/08/2018 | Neil Bivona | Trip t0 Oakdale t assess basements of 121, 123 & 135. Check pump in 123. Get pump in 135 working. Trip to Home Depot for pipe to run pump outlet further from house. | 2.00 | $390.00/hr | $780.00 |
| 03/13/2018 | Neil Bivona | Review and sign CTR work order for test boring at 135 Idle Hour. Correspondence w/ M. Mayo re: Scheduling. Call w/ D. Hegarty re: pumping out of basements at four houses and repairing / replacing sump pumps as necessary. | 0.30 | $390.00/hr | $117.00 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**3/1/18 Through 3/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 03/15/2018 | Neil Bivona | Call w/ J. Sturchio re: various open operational issues with Oakdale residences being addressed. Follow up calls to various vendors. | 0.70 | $390.00/hr | $273.00 |
| 03/16/2018 | Neil Bivona | Meet with plumbers at 47 Chateau. | 1.20 | $390.00/hr | $468.00 |
| 03/16/2018 | Neil Bivona | Meet CTR environmental and Mayotank at 135 Idle Hour re: tank abandonment. Follow up calls with R. Rosenfeld & R. Bertucci & D. Niknamfard.. Meet w/ D. Cook. | 3.00 | $390.00/hr | $1,170.00 |
| 03/16/2018 | Neil Bivona | Review sign and return work order for pump out of tank at 135 idle Hour. | 0.30 | $390.00/hr | $117.00 |
| 03/20/2018 | Neil Bivona | Follow up w/ J. Sturchio re: status of heating, sump pumps, oil tank etc. Follow up with D. Hegarty. Call w/ CTR Environmental / review, sign & return proposal for tank removal and remediation. | 1.00 | $390.00/hr | $390.00 |
| 03/23/2018 | Neil Bivona | Call w/ K. Watson at CTR re: Town of Islip permit and DEC spill number for 135 tank removal project. Download and complete permit application and trip t UPS store for notarization. | 1.20 | $390.00/hr | $468.00 |
| 03/26/2018 | Neil Bivona | Trip to meet with CTR Environmental to deliver original permit application and deposit check. | 0.70 | $390.00/hr | $273.00 |
| 03/30/2018 | Neil Bivona | Review and respond to various e-mails re: Oakdale residential properties (M. White, J. Sturchio, D. Niknamfard, R. Rosenfeld). | 0.60 | $390.00/hr | $234.00 |
| **Totals For Dowling-Residential Ops** | | | **12.60** | | **$4,914.00** |
| **Dowling-Residential Sales** | | | | | |
| 03/05/2018 | Robert Rosenfeld | Discussion with D. Cook (Mercury Investments) re: sale of Oakdale residential properties and 123 Idle Hour. | 0.40 | $390.00/hr | $156.00 |
| 03/07/2018 | Neil Bivona | Draft e-mail to R. Bertucci re: storm / flooding issues related to 123 Idle hour sale and 135 idle Hour and 121 Central. | 0.30 | $390.00/hr | $117.00 |
| 03/07/2018 | Robert Rosenfeld | Call with J. Sturchio and responses to emails from R. Bertucci regarding sale of remaining residential properties in Oakdale. | 0.80 | $390.00/hr | $312.00 |
| **Totals For Dowling-Residential Sales** | | | **1.50** | | **$585.00** |
| **Employee Benefits/Pensions** | | | | | |
| 03/09/2018 | Robert Rosenfeld | Review and file Form 8955-SSA relating to pension plan reporting requirements for Dowling 403-B Plan for FYE 7/3/17. | 1.20 | $390.00/hr | $468.00 |
| **Totals For Employee Benefits/Pensions** | | | **1.20** | | **$468.00** |
| **Meetings with Creditors and/or Representatives** | | | | | |
| 03/16/2018 | Neil Bivona | Call w/ B. Faustini & correspondence w/ I. Hamel / R. Bertucci re: DIP budget extension. | 0.40 | $390.00/hr | $156.00 |
| 03/26/2018 | Neil Bivona | Call w/ B. Faustini & follow-up e-mail to R. Bertucci re: status of settlement letter agreement addressing Brookhaven proceeds sharing and TL D funding allocation percentage going forward. | 0.30 | $390.00/hr | $117.00 |
| **Totals For Meetings with Creditors and/or Representatives** | | | **0.70** | | **$273.00** |

**RSR Consulting, LLC**                                                                                  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**3/1/18 Through 3/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Phone Call** | | | | | |
| 03/07/2018 | Neil Bivona | Call w/ R. Rosenfeld to discuss Brookhaven campus sale status, noticing agent estimate for plan solicitation & relate, document shredding estimate, endowments, employee issues & other matters. | 0.70 | $390.00/hr | $273.00 |
| 03/16/2018 | Neil Bivona | Call w/ T. Walenchuk re: follow up to call w/ U.S. DOE re: prof of claim and closeout audit. | 0.50 | $390.00/hr | $195.00 |
| 03/26/2018 | Neil Bivona | Call w/ F. Corso (Dowling Alumni Assoc) re: communication from K. Javaid re: participation on Bridgestone Group bid for Brookhaven campus. | 0.30 | $390.00/hr | $117.00 |
| 03/27/2018 | Neil Bivona | Call w/ D. Holliday re: special collections / Hofstra. | 0.30 | $390.00/hr | $117.00 |
| 03/28/2018 | Neil Bivona | Call w. M Lindenfeld re: Farmingdale college interest in ATC simulators. | 0.30 | $390.00/hr | $117.00 |
| **Totals For Phone Call** | | | **2.10** | | **$819.00** |
| **Plan & disclosure Statement** | | | | | |
| 03/05/2018 | Neil Bivona | Review GCG estimate for services required in connection with Plan & Disclosure statement, balloting, solicitation and claims objections. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Plan & disclosure Statement** | | | **0.50** | | **$195.00** |
| **Tax compliance** | | | | | |
| 03/05/2018 | Robert Rosenfeld | Discussion with C. Peterczak (Baker Tilly) re: planning for FYE 6/30/17 tax return and notice from IRS. | 0.40 | $390.00/hr | $156.00 |
| 03/05/2018 | Robert Rosenfeld | Work on supporting analysis and schedules for Form 990 for FYE 6/30/17. | 4.50 | $390.00/hr | $1,755.00 |
| 03/12/2018 | Robert Rosenfeld | Review and provide comments to Tax penalty abatement letter prepared by Baker Tilly and send back for comment. | 1.20 | $390.00/hr | $468.00 |
| **Totals For Tax compliance** | | | **6.10** | | **$2,379.00** |
| **UST Reporting** | | | | | |
| 03/11/2018 | Robert Rosenfeld | Work on MOR for February 2018. | 1.50 | $390.00/hr | $585.00 |
| 03/12/2018 | Robert Rosenfeld | Work on MOR for February 2018. | 2.00 | $390.00/hr | $780.00 |
| 03/13/2018 | Robert Rosenfeld | Work on month end closing and MOR for February 2018. | 2.00 | $390.00/hr | $780.00 |
| 03/14/2018 | Robert Rosenfeld | Work on month end closing of books and MOR. | 2.50 | $390.00/hr | $975.00 |
| 03/16/2018 | Robert Rosenfeld | Make revisions to February MOR and provide to counsel for fil | 0.60 | $390.00/hr | $234.00 |
| **Totals For UST Reporting** | | | **8.60** | | **$3,354.00** |
| **Grand Total** | | | **184.10** | | **$70,755.00** |

11

**RSR Consulting, LLC** **Exhibit D**
**Dowling College - Case #16-75545 (REG)**
**Detailed Expense Report**
**3/1/18 Through 3/31/18**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 03/11/2018 | Robert Rosenfeld | Right Networks monthly charge for period 3/10/18 to 4/9/18 | $15.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$15.00** |
| **Postage & Shipping** | | | |
| 03/28/2018 | Neil Bivona | Stamps for 403b mailing | $360.00 |
| **Totals Billable Amounts for Postage & Shipping** | | | **$360.00** |
| **Grand Total** | | | **$375.00** |