# Notice Recipients

District/Off: 0207−8     User: smarcus     Date Created: 4/5/2018
Case: 8−16−75545−reg     Form ID: 295     Total: 16

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Brian D Pfeiffer | brian.pfeiffer@whitecase.com |
| aty | Glenn P Warmuth | gpw@stim−warmuth.com |
| aty | Howard B Kleinberg | hkleinberg@MSEK.com |
| aty | Joseph Charles Corneau | jcorneau@klestadt.com |
| aty | Lauren Catherine Kiss | lkiss@klestadt.com |
| aty | Richard J McCord | rmccord@certilmanbalin.com |
| aty | Ronald J Friedman | efilings@spallp.com |
| aty | Sean C Southard | ssouthard@klestadt.com |
| aty | Stephanie R Sweeney | ssweeney@klestadt.com |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db     Dowling College     150 Idle Hour Blvd.     Oakdale, NY 11769
aty     Klestadt Winters Jureller Southard & Stevens, LLP     200 West 41st Street     17th Floor     New York, NY 10036−7203
    Sean C. Southard     Klestadt Winters Jureller     Southard & Stevens, LLP     200 West 41st Street     17th Floor     New York, NY 10036
    Stan Yang     Office of the US Trustee     560 Federal Plaza     Central Islip, NY 11722
    Rene S. Roupinian     Outten & Golden, LLP     3 Park Avenue, 29th Floor     New York, NY 10016
    Brian D. Pfeiffer     White & Case, LLP     1155 Avenue of the Americas     New York, NY 10036
    Ian Hammel     Mintz, levin, Cohn, Ferris,     Glovsky & Popeo     One Financial Center     Boston, MA 02111

TOTAL: 7