```
                        United States Bankruptcy Court
                         Eastern District of New York
In re:                                                              Case No. 16-75545-reg
Dowling College                                                     Chapter 11
        Debtor
```
## CERTIFICATE OF NOTICE

```
District/off: 0207-8           User: smarcus              Page 1 of 2              Date Rcvd: Apr 05, 2018
                               Form ID: 295               Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2018.
db             +Dowling College,    150 Idle Hour Blvd.,    Oakdale, NY 11769-1999
aty            +Klestadt Winters Jureller Southard & Stevens, LLP,     200 West 41st Street,    17th Floor,
                 New York, NY 10036-7219
               +Ian Hammel,    Mintz, levin, Cohn, Ferris,,    Glovsky & Popeo,    One Financial Center,
                 Boston, MA 02111-2657
               +Sean C. Southard,    Klestadt Winters Jureller,    Southard & Stevens, LLP,
                 200 West 41st Street,    17th Floor,   New York, NY 10036-7219
               +Stan Yang,    Office of the US Trustee,    560 Federal Plaza,    Central Islip, NY 11722-4456
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
              ##+Brian D. Pfeiffer,    White & Case, LLP,    1155 Avenue of the Americas,
                 New York, NY 10036-2711
              ##+Rene S. Roupinian,    Outten & Golden, LLP,    3 Park Avenue, 29th Floor,
                 New York, NY 10016-5902
                                                                                  TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
              Adam T Berkowitz    on behalf of Creditor    UMB Bank, National Association as Indenture Trustee
               aberkowitz@garfunkelwild.com,    ehuggler@garfunkelwild.com;jfigueroa@garfunkelwild.com
              Andrew M Thaler    on behalf of Interested Party    Venmar Holding SA athaler@athalerlaw.com,
               dawn@athalerlaw.com;spiros@athalerlaw.com;r61907@notify.bestcase.com
              Anthony C Acampora    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               efilings@spallp.com,
               aca@spallp.com;ksilverman@ecf.epiqsystems.com;ggerson@sallp.com;sgiugliano@silvermanacampora.com
              Arthur Z Schwartz    on behalf of Creditor Martin    Schoenhals aschwartz@afjlaw.com
              Brendan M Scott    on behalf of Defendant    Dowling College bscott@klestadt.com
              Brian D Pfeiffer    on behalf of Creditor    ACA Financial Guaranty Corp.
               brian.pfeiffer@whitecase.com,    jdisanti@whitecase.com;mco@whitecase.com
              Dipesh Patel    on behalf of Creditor    Dowling College Full Time Faculty Chapter of New York
               State United Teachers dipesh.patel@saul.com
              Elizabeth M Aboulafia    on behalf of Creditor    NCF Capital LTD eaboulafia@cullenanddykman.com
              Gerard R Luckman    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               GLuckman@Forchellilaw.com,    GLuckman@Forchellilaw.com;Bhufnagel@forchellilaw.com
              Glenn P Warmuth    on behalf of Interested Party Kimberly Dawn Poppiti gpw@stim-warmuth.com,
               pjw@stim-warmuth.com
              Glenn P Warmuth    on behalf of Creditor Kimberly Dawn Poppiti gpw@stim-warmuth.com,
               pjw@stim-warmuth.com
              Howard B Kleinberg    on behalf of Interested Party    Certain Members Of The Dowling College Board
               of Trustees hkleinberg@MSEK.com,    kgiddens@msek.com
              Jack A Raisner    on behalf of Plaintiff Lori    Zaikowski jar@outtengolden.com,
               kdeleon@outtengolden.com;jxh@outtengolden.com;rfisher@outtengolden.com;jquinonez@outtengolden.com
              Jack A Raisner    on behalf of Creditor Lori    Zaikowski jar@outtengolden.com,
               kdeleon@outtengolden.com;jxh@outtengolden.com;rfisher@outtengolden.com;jquinonez@outtengolden.com
              James H. Knapp    on behalf of Creditor    Department of Education james.knapp@usdoj.gov
```

```
District/off: 0207-8          User: smarcus                Page 2 of 2                  Date Rcvd: Apr 05, 2018
                              Form ID: 295                 Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              James H. Knapp    on behalf of Creditor    U.S. Department of Veteran Affairs james.knapp@usdoj.gov
              Jeffrey C Wisler    on behalf of Creditor    Cigna Health and Life Insurance Company
               jwisler@connollygallagher.com
              John J Ramirez    on behalf of Creditor    ACA Financial Guaranty Corp. john.ramirez@whitecase.com,
               jdisanti@whitecase.com;mco@whitecase.com
              Joseph Charles Corneau    on behalf of Debtor    Dowling College jcorneau@klestadt.com
              Karl J Silverberg    on behalf of Creditor    Powerhouse Maintenance, Inc.
               ksilverberg@silverbergpclaw.com,  ksilverberg@king-king-law.com
              Laine A Armstrong    on behalf of Creditor Martin  Schoenhals laine@advocatesny.com
              Lauren Catherine Kiss    on behalf of Defendant    Dowling College lkiss@klestadt.com
              Lauren Catherine Kiss    on behalf of Debtor    Dowling College lkiss@klestadt.com
              Matthew A Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
              Matthew G Roseman    on behalf of Creditor    NCF Capital LTD mroseman@cullenanddykman.com
              Neil S Begley    on behalf of Creditor    ACA Financial Guaranty Corp. neil.begley@srz.com
              Patrick T Collins    on behalf of Spec. Counsel    Farrell Fritz, P.C. pcollins@farrellfritz.com,
               ffbkmao@farrellfritz.com
              Rene S Roupinian    on behalf of Plaintiff Lori  Zaikowski rroupinian@outtengolden.com,
               jxh@outtengolden.com;cbrann@outtengolden.com;kcarter@outtengolden.com
              Richard J McCord    on behalf of Creditor    ACA Financial Guaranty Corp.
               rmccord@certilmanbalin.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com;CBAHECM@gmail.c
               om;mmcord@certilmanbalin.com
              Ronald J Friedman    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               efilings@spallp.com,
               rfriedman@silvermanacampora.com;dmahoney@silvermanacampora.com;JHellman@SilvermanAcampora.com;JKr
               ell@SilvermanAcampora.com
              Sean C Southard    on behalf of Debtor    Dowling College ssouthard@klestadt.com
              Stan Y Yang    stan.y.yang@usdoj.gov,   stan.y.yang@usdoj.gov
              Stephanie R Sweeney    on behalf of Debtor    Dowling College ssweeney@klestadt.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 34
```

| Information to identify the case: | |
|---|---|
| Debtor **Dowling College** <br> Name | EIN **11–2157078** |
| United States Bankruptcy Court **Eastern District of New York** <br> Case number: **8–16–75545–reg** | Date case filed for chapter **11   11/29/16** |

# NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 2/26/18 was filed on 4/4/18.

The following deadlines apply:

The parties have until April 11, 2018 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is April 25, 2018.

If a Transcript Redaction Request is filed, the redacted transcript is due May 7, 2018.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is July 3, 2018, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext at 888.706.4576 or you may view the document at the public terminal at the Office of the Clerk.

Dated: April 5, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17]