

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

200 WEST 41ST STREET
7TH FLOOR
NEW YORK, NY 10036-7203
TELEPHONE (212) 972-3000
TELEFAX (212) 972-2245
WWW.KLESTADT.COM

SEAN C. SOUTHARD
DIRECT: (212) 679-5320
EMAIL: SSOUTHARD@KLESTADT.COM

April 10, 2018

Clerk of the Court
United States Bankruptcy Court,
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

      Re:    In re Dowling College, Case Number: 16-75545, REG
               **Notice of Change of Address of Creditors**

Dear Clerk:

Please update the below addresses with the Court in the above referenced matter.

Undeliverable Address:
Rene S. Roupinian
Outten & Golden, LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

**THE UPDATED ADDRESS IS:**

**Rene S. Roupinian**
**Outten & Golden, LLP**
**685 Third Avenue, 25th Floor**
**New York, NY 10017**

Undeliverable Address:
Brian D. Pfeiffer
White & Case, LLP
1155 Avenue of the Americas
New York, NY 10036

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 1221 AVENUE OF THE AMERICAS STE C3A, NEW YORK NY 10020-1016 FORWARDING ORDER HAS EXPIRED

**THE UPDATED ADDRESS IS:**

<u>**Brian D. Pfeiffer**</u>
<u>**White & Case, LLP**</u>
<u>**1221 Avenue of the Americas**</u>
<u>**New York, NY 10020**</u>

_____        4/10/18_____
Signature of Debtor's Attorney           Date

Please do not hesitate to contact the undersigned if you have any questions or concerns. Thank you for your attention to this matter.

Respectfully submitted,

Sean C. Southard