UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:	**Chapter 11**
	**Case No. 16-75545-reg**

DOWLING COLLEGE,
	**NOTICE OF APPEARANCE**
                        Debtor.
-------------------------------------------------------X

S I R :

      PLEASE TAKE NOTICE, that BRIDGESTONE CAPITAL PARTNERS, LLC hereby appear(s) in the above entitled action as a Bidder for Brookhaven Campus, and that the undersigned has been retained as Attorney(s) for Bridgestone Capital Partners, LLC and demand(s) that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:   April 18, 2018

                                            Yours, etc.

                                            HAROLD SELIGMAN, ESQ.
                                            LONG TUMINELLO, LLP
                                            *Attorneys for Bidder,*
                                            *BRIDESTONE CAPITAL PARTNERS, LLC*
                                            120 Fourth Avenue
                                            Bay Shore, NY 11706
                                            Tel (631) 666-2500