# Long Tuminello, LLP
## Attorneys at Law

Members:
John E. Long, Jr.*
Barry M. Tuminello
David H. Besso, P.C.
Harold Seligman, P.C.
Kevin J. Werner
William M. Sullivan
Michelle Aulivola, P.C.
Karen S. Svendsen **

*Also admitted in Florida
**Also admitted in Connecticut

120 Fourth Avenue
Bay Shore, New York 11706
631-666-2500 / 631-666-5766
Fax: 631-666-8401
(service by fax not permitted)

Associates:
Elizabeth J. Grosso
Brittany A. Fiorenza
Nicole L. Bohler
Jeffrey Panasci
Cara M. Caporale

Of Counsel:
Frank Maffei

Arthur M. Cromarty,
Ret. N.Y.S. Supreme Ct. Justice
(1919-2014)

April 25, 2018

Hon. Robert E. Grossman
United States Bankruptcy Court
290 Federal Plaza. Room 763
Central Islip, NY 11722

        *Re:*    *Dowling College*
                *Case No. 8-16-75545-reg*

Dear Hon. Grossman:

     I am writing to request an adjournment of the Hearing set for April 30, 2018 due to the fact the attorneys for Bridgehampton Bank and the Debtor are in the midst of trying to work out a settlement of the motion. Please advise.

     Thanking you for your courtesy I am.

                                          Very truly yours,

                                          *Harold Seligman*
                                          HAROLD SELIGMAN

HS/mnm

cc: Stan Yang, Esq.