UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

DOWLING COLLEGE,
f/d/b/a DOWLING INSTITUTE,
f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,
f/d/b/a CECOM,
a/k/a DOWLING COLLEGE, INC.,

            Debtor.

Chapter 11

Case No. 16-75545 (REG)

**SEVENTEENTH REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM APRIL 1, 2018 THROUGH APRIL 30, 2018**

The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("RSR") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("Mr. Rosenfeld") as Chief Restructuring Officer ("CRO") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period April 1, 2018 through April 30, 2018.

    Exhibit A –   Summary of Fees and Expenses

    Exhibit B –   Summary of Services by Project Category

    Exhibit C –   Detailed time entries by Project Category

    Exhibit D –   Detail of Expenses Incurred

By: _/s/ Robert S. Rosenfeld_
Robert S. Rosenfeld
May 4, 2018

**Exhibit A**

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses**
**4/1/18 Through 4/30/18**

**Summary of Fees**

| Summary by Professional | Responsibility/ Position in Firm | Hours | Rate | Amount |
|---|---|---|---|---|
| R. Rosenfeld | Chief Restructuring Officer | 52.00 | $ 390.00 | $ 20,280.00 |
| N. Bivona | Managing Director | 102.00 | $ 390.00 | 39,780.00 |
| N. Andrade | Director | 34.00 | $ 350.00 | 11,900.00 |
| **Total** | | **188.00** | | **$ 71,960.00** |
| **Average blended hourly rate** | | | | **$ 382.77** |

**Summary of Expenses**

| | |
|---|---|
| Mail/Postage | $ 15.00 |
| Software expense | 1.00 |
| **Total** | **$ 16.00** |

**RSR Consulting, LLC**  **Exhibit B**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report - By Project Category**
**4/1/18 Through 4/30/18**

| Category | Billable Time | Billable Amt |
|---|---|---|
| Administration | 1.5 | $ 585.00 |
| Asset Analysis and Recovery | 1.1 | 429.00 |
| Asset Disposition | 18.0 | 7,020.00 |
| Business Analysis | 2.4 | 936.00 |
| Business Operations | 107.7 | 40,643.00 |
| Cash Monitoring | 1.4 | 546.00 |
| Claims Investigation | 14.2 | 5,538.00 |
| Court Hearings | 2.5 | 975.00 |
| Document Review | 0.5 | 195.00 |
| Dowling-Opp Commercial sales | 0.5 | 195.00 |
| Dowling-Residential Ops | 5.5 | 2,145.00 |
| Dowling-Residential Sales | 3.0 | 1,170.00 |
| Meetings with Creditors and/or Representatives | 4.4 | 1,716.00 |
| Meetings with Debtor and Representatives | 3.3 | 1,287.00 |
| Phone Call | 1.9 | 741.00 |
| Reporting | 0.5 | 195.00 |
| Tax compliance | 13.1 | 5,109.00 |
| UST Reporting | 4.0 | 1,560.00 |
| Winddown | 2.5 | 975.00 |
| **Grand Total** | **188.0** | **$ 71,960.00** |

**RSR Consulting, LLC**                                                                                     **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**4/1/18 Through 4/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Administration** | | | | | |
| 04/03/2018 | Robert Rosenfeld | Prepare monthly fee statement for RSR Consulting for March 2018 and provide to creditors and UST office for review. | 1.50 | $390.00/hr | $585.00 |
| **Totals For Administration** | | | **1.50** | | **$585.00** |
| **Asset Analysis and Recovery** | | | | | |
| 04/17/2018 | Neil Bivona | Call w/ M. Hablenko re: student account collections issues. Research student account and transcript records. | 0.60 | $390.00/hr | $234.00 |
| 04/18/2018 | Neil Bivona | Review and reconcile student AR collection reports and receipts from RCS. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Asset Analysis and Recovery** | | | **1.10** | | **$429.00** |
| **Asset Disposition** | | | | | |
| 04/03/2018 | Robert Rosenfeld | Discussion with potential buyer for Brookhaven campus and update status report for creditors. | 1.20 | $390.00/hr | $468.00 |
| 04/05/2018 | Neil Bivona | Follow up with Iron Mountain re: invoice for Nat Ctr document archiving and destruction. | 0.20 | $390.00/hr | $78.00 |
| 04/05/2018 | Robert Rosenfeld | Calls with R. Friedman regarding status update on discussions with Town of Brookhaven and interested parties. | 0.50 | $390.00/hr | $195.00 |
| 04/06/2018 | Robert Rosenfeld | Call with creditors and representatives regarding status of Brookhaven campus sale. | 0.80 | $390.00/hr | $312.00 |
| 04/17/2018 | Neil Bivona | Gather and prepare information regarding Chateau Drive lots 4 & 5 not conveyed to Mercury. Draft e-mail correspondence to Creditors. Discuss w. R. Rosenfeld. | 1.50 | $390.00/hr | $585.00 |
| 04/18/2018 | Robert Rosenfeld | Call with brokers regarding status of Brookhaven sale status. | 0.80 | $390.00/hr | $312.00 |
| 04/19/2018 | Robert Rosenfeld | Call with creditors and counsel regarding status on Brookhaver | 0.50 | $390.00/hr | $195.00 |
| 04/19/2018 | Robert Rosenfeld | Follow up call with R. Friedman regarding status of discussions with potential buyers for Brookhaven campus. | 0.40 | $390.00/hr | $156.00 |
| 04/20/2018 | Robert Rosenfeld | Status meeting with creditors and representatives, counsel for Debtor and N. Bivona. | 0.50 | $390.00/hr | $195.00 |
| 04/20/2018 | Robert Rosenfeld | Call with potential buyer to discuss questions and next steps with buyer; R. Friedman and J. Cote. | 0.50 | $390.00/hr | $195.00 |
| 04/20/2018 | Robert Rosenfeld | Discussion with R. Friedman and parties regarding Brookhaven Campus sale. | 1.00 | $390.00/hr | $390.00 |
| 04/20/2018 | Neil Bivona | Brookhaven sale status conference w/ creditors and counsel. | 0.50 | $390.00/hr | $195.00 |
| 04/25/2018 | Neil Bivona | Review draft schedules to APPA for any required revisions or additions given passage of time. Collect information and revise Schedule 4.7 (Tax Matters) re: Brookhaven real estate tax exemption issues. | 2.30 | $390.00/hr | $897.00 |
| 04/26/2018 | Robert Rosenfeld | Call with S. Southard re: status of Mercury contract. | 0.30 | $390.00/hr | $117.00 |
| 04/27/2018 | Robert Rosenfeld | Work on status report for Brookhaven campus; discuss updates with UCC counsel. | 1.00 | $390.00/hr | $390.00 |
| 04/27/2018 | Neil Bivona | Campus tour w/ R Friedman, C. Richards & investors. | 1.80 | $390.00/hr | $702.00 |
| 04/27/2018 | Neil Bivona | Meet w/ J. Hubbard, Kabir & investor team re: further inspection of property. | 1.00 | $390.00/hr | $390.00 |
| 04/27/2018 | Neil Bivona | Locate and compile floorplan, site layout and building photos as requested by C. Richards & Investors. Forward to R. Friedman. | 1.50 | $390.00/hr | $585.00 |

**RSR Consulting, LLC**   **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**4/1/18 Through 4/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---:|---|---:|
| 04/27/2018 | Neil Bivona | Review Brookhaven dorm historic operating expense budgets as per request from J Cote. | 0.50 | $390.00/hr | $195.00 |
| 04/30/2018 | Neil Bivona | Review certificate of destruction from ITAMG re: PCs removed from Nat Ctr & destruction of hard drives. | 0.20 | $390.00/hr | $78.00 |
| 04/30/2018 | Robert Rosenfeld | Call with S. Southard, R. Friedman and N. Bivona to discuss APA for new interested party. | 0.30 | $390.00/hr | $117.00 |
| 04/30/2018 | Robert Rosenfeld | Status update call on Brookhaven campus sale with creditors and representatives and Debtor's counsel. | 0.70 | $390.00/hr | $273.00 |
| **Totals For Asset Disposition** | | | **18.00** | | **$7,020.00** |
| **Business Analysis** | | | | | |
| 04/02/2018 | Neil Bivona | Detailed review of revised employee unpaid medical claim calculations. Follow up discussions with R. Rosenfeld and S. Southard. | 2.40 | $390.00/hr | $936.00 |
| **Totals For Business Analysis** | | | **2.40** | | **$936.00** |
| **Business Operations** | | | | | |
| 04/02/2018 | Neil Bivona | Further review and revisions to DIP Budget. | 2.10 | $390.00/hr | $819.00 |
| 04/02/2018 | Robert Rosenfeld | Re-issue lost check to vendor (.5); work on closing books for end of month for Monthly Operating report. | 2.50 | $390.00/hr | $975.00 |
| 04/03/2018 | Neil Bivona | Correspondence w/ W. Benka and J. Weinstein re: K:\ drive and e-mail not working again. Reboot servers. | 1.00 | $390.00/hr | $390.00 |
| 04/03/2018 | Neil Bivona | Finalize six week DIP budget extension & prepare notices of borrowing for weeks 67-69 and 70-72. | 2.80 | $390.00/hr | $1,092.00 |
| 04/03/2018 | Robert Rosenfeld | Work on month end closing and MOR for March. | 2.00 | $390.00/hr | $780.00 |
| 04/04/2018 | Neil Bivona | Review disbursement history and allocate expenses to BRV Dorm for 990 reporting. | 1.20 | $390.00/hr | $468.00 |
| 04/04/2018 | Neil Bivona | Revise notices of borrowing. Look up DIP balances for ACA & I. Hammel. Correspondence w/ B. Faustini, R. Bertucci, R. Rosenfeld and S. Southard re: TL D funding. | 0.90 | $390.00/hr | $351.00 |
| 04/05/2018 | Neil Bivona | Reboot K:\ network drive and train M. Klotz on reboot procedu | 0.80 | $390.00/hr | $312.00 |
| 04/05/2018 | Neil Bivona | Review GCG communications escalation report and research / respond to issues as appropriate. | 1.20 | $390.00/hr | $468.00 |
| 04/05/2018 | Neil Bivona | Meet w/ D. Impagliazzo re: student issues & prep for call w/ NY | 0.50 | $390.00/hr | $195.00 |
| 04/05/2018 | Neil Bivona | Call w/ L. Templeman & staff and D. Impagliazzo re: transition of student "registrar" functions. | 1.10 | $390.00/hr | $429.00 |
| 04/05/2018 | Neil Bivona | Prepare analysis & correspondence to M. Grochowski re: Notices of Borrowing for weeks 67-69 & 70-72. | 1.20 | $390.00/hr | $468.00 |
| 04/06/2018 | Neil Bivona | Review accumulated unpaid invoices & follow up w/ ACA, Oppenheimer, R. Rosenfeld & S. Southard re: status of DIP funding. | 0.50 | $390.00/hr | $195.00 |
| 04/06/2018 | Nelson Andrade | Set up payments for the week. Manage correspondence. Set up transfers and wires in the banking system. | 2.00 | $350.00/hr | $700.00 |
| 04/06/2018 | Nelson Andrade | Review payroll information. Create/update excel spreadsheets accordingly. Create electronic transfers and wires in the bank system. | 1.50 | $350.00/hr | $525.00 |
| 04/06/2018 | Robert Rosenfeld | Process payments for week and update accounting in quickboc | 1.00 | $390.00/hr | $390.00 |
| 04/06/2018 | Neil Bivona | Review of outstanding invoices & available DIP account cash balances to determine & prioritize what can be paid this week. | 1.10 | $390.00/hr | $429.00 |

**RSR Consulting, LLC**                                                                             **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**4/1/18 Through 4/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 04/09/2018 | Neil Bivona | Call w/ J. Weinstein at CIS re: status & plan for restoration of employee network drives on emote servers and continued failure of network shared drive / options for offloading data once restored. | 0.70 | $390.00/hr | $273.00 |
| 04/09/2018 | Neil Bivona | Review LIU articulation agreement / correspondence w/ L. Templeman (NYSED) re: continued flow of student inquiries. Draft sample letter for LIU to Dowling students re: limitation of custodial role. | 1.20 | $390.00/hr | $468.00 |
| 04/09/2018 | Neil Bivona | Call w/ M. Cheng re: TL D split / allocation & application of Brookhaven proceeds. Review DIP Note and place call to J. Corneau to discuss. Review and analyze DIP outstandings. Return call to M. Cheng & LM. | 1.60 | $390.00/hr | $624.00 |
| 04/10/2018 | Neil Bivona | Review and compile report for NYSED re: student records inquiries received to date and handling. | 1.50 | $390.00/hr | $585.00 |
| 04/10/2018 | Neil Bivona | Review and reconcile payments from prior week. Research unprocessed / rejected wire payments & re-issue wires. | 0.70 | $390.00/hr | $273.00 |
| 04/10/2018 | Neil Bivona | Review and update DIP tracking spreadsheet. Make changes to spreadsheet to reflect change in TL D funding percentages. | 1.10 | $390.00/hr | $429.00 |
| 04/10/2018 | Neil Bivona | Review and update Brookhaven sale / recovery analysis to reflect updated DIP transactions and agreement on allocation of Brookhaven proceeds / funding of DIP TLD loans. | 1.50 | $390.00/hr | $585.00 |
| 04/10/2018 | Neil Bivona | Follow up with UMB and ACA / Oppenheimer counsel re: funding of DIP borrowing request. | 0.40 | $390.00/hr | $156.00 |
| 04/11/2018 | Neil Bivona | Review & reconcile invoices from various vendors. | 0.80 | $390.00/hr | $312.00 |
| 04/11/2018 | Neil Bivona | Process DIP Account transfers, wire payments and check payments in Quickbooks. Discussion w/ N. Andrade re: professional fee invoices included in payments and allocation of Brookhaven related expenses. | 2.50 | $390.00/hr | $975.00 |
| 04/11/2018 | Neil Bivona | Make Quickbooks entries for DIP borrowings & reconcile DIP Account balances. | 1.00 | $390.00/hr | $390.00 |
| 04/11/2018 | Neil Bivona | Attend to student inquiry issues with LIU & NYSED. Review student records in Banner re: VA payments received for Fall 016 semester and scheduled claim for VA. Correspondence w/ M. Hablenko & S. Dinapoli re: the same. | 2.30 | $390.00/hr | $897.00 |
| 04/11/2018 | Neil Bivona | Meet w/ A. Dimola & Call to ADP re: set-up with payroll administrator credentials. | 0.50 | $390.00/hr | $195.00 |
| 04/11/2018 | Nelson Andrade | Update professional fee tracking file. | 1.00 | $350.00/hr | $350.00 |
| 04/11/2018 | Nelson Andrade | Set up payments for the week. Manage correspondence. Set up transfers and wires in the banking system. Include payment of professionals and reconcile professional fee tracking file. | 3.00 | $350.00/hr | $1,050.00 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**4/1/18 Through 4/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 04/12/2018 | Neil Bivona | Review correspondence from US Atty re: Perkins loan payments.  Review correspondence ew/ SCS collections re: recall and close out of collection accounts.  Draft correspondence to S> Southard re: the same. | 1.30 | $390.00/hr | $507.00 |
| 04/12/2018 | Neil Bivona | Review and void/correct/reissue checks for weekly invoice pay | 1.00 | $390.00/hr | $390.00 |
| 04/12/2018 | Neil Bivona | Review DIP account statements for deposit history.  Collect copies of all relevant deposit detail for next mandatory DIP repayment. | 1.50 | $390.00/hr | $585.00 |
| 04/12/2018 | Neil Bivona | Review additional invoices received and schedule for next disbursement run. | 0.30 | $390.00/hr | $117.00 |
| 04/12/2018 | Neil Bivona | Bring security vehicle to local shop for NYS inspection. | 0.50 | $390.00/hr | $195.00 |
| 04/13/2018 | Neil Bivona | Prepare notice of mandatory prepayment including review of each receipt for proper allocation to DIP Term Loans. | 2.50 | $390.00/hr | $975.00 |
| 04/13/2018 | Neil Bivona | Meet w/ A. Dimola re: processing of payroll. | 0.60 | $390.00/hr | $234.00 |
| 04/13/2018 | Neil Bivona | Call w/ W. Benka re: status & J:\ drive restoration. | 0.50 | $390.00/hr | $195.00 |
| 04/16/2018 | Robert Rosenfeld | Work on accounting and update Quickbooks. | 1.50 | $390.00/hr | $585.00 |
| 04/17/2018 | Neil Bivona | Finalize DIP Mandatory Prepayment schedule and draft correspondence to DIP Lenders and Agent. | 0.70 | $390.00/hr | $273.00 |
| 04/17/2018 | Neil Bivona | Retrieve security vehicle from service station. | 0.50 | $390.00/hr | $195.00 |
| 04/17/2018 | Robert Rosenfeld | Visit to bank for deposits of collections for Debtor. | 1.00 | $390.00/hr | $390.00 |
| 04/17/2018 | Robert Rosenfeld | Update accounting for Debtor in quickbooks; and discuss issues with N. Bivona. | 2.50 | $390.00/hr | $975.00 |
| 04/17/2018 | Neil Bivona | Meet w/ S. Dinapoli & A. Stoloff re: additional info downloads and compilations for 2019 990 tax return. | 1.50 | $390.00/hr | $585.00 |
| 04/18/2018 | Nelson Andrade | Discuss previous week's payments with staff, print remaining invoices to be filed. Set up tactics for current week's payments. | 0.50 | $350.00/hr | $175.00 |
| 04/18/2018 | Neil Bivona | Meet w/ M. Klotz re questions on various invoices (PSEG, Nat Grid, Paraco Gas, Baker Tilly, RCS).   Follow up with vendors as necessary. | 0.70 | $390.00/hr | $273.00 |
| 04/19/2018 | Neil Bivona | Meet w/ M. Klotz re: review of additional invoices & follow up with vendors.  Discuss funding allocations w/ N. Andrade. | 0.50 | $390.00/hr | $195.00 |
| 04/19/2018 | Robert Rosenfeld | Update accounting in quickbooks based on invoices received. | 1.00 | $390.00/hr | $390.00 |
| 04/19/2018 | Nelson Andrade | Create instructions for weekly payments, review files and invoices received, make corrections to file, coordinate internally and manage related correspondence.  Prepare transfers and wires and send for approval in banking system. | 2.20 | $350.00/hr | $770.00 |
| 04/20/2018 | Robert Rosenfeld | Visit to Signature bank for deposits; update accounting transactions in quickbooks. | 1.00 | $390.00/hr | $390.00 |
| 04/20/2018 | Nelson Andrade | Review new 6 week budget to be incorporated into compliance | 1.40 | $350.00/hr | $490.00 |
| 04/22/2018 | Neil Bivona | Follow up w/ L. Roberson re: interest accrual to 2002 Bond DIP tranches & review of DIP tracking model. | 0.50 | $390.00/hr | $195.00 |
| 04/23/2018 | Nelson Andrade | Incorporate Outside Services, Professional Fees, Admin OH, Facility Maintenance budget into compliance report files.  Participate in discussions and calls related to allocation of expenses.  Manage related correspondence | 2.90 | $350.00/hr | $1,015.00 |

**RSR Consulting, LLC**   **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**4/1/18 Through 4/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 04/23/2018 | Nelson Andrade | Incorporate Payroll, insurance, Security, landscaping budget into compliance report files.  Participate in discussions and calls related to allocation of expenses.  Manage related correspondence | 3.20 | $350.00/hr | $1,120.00 |
| 04/23/2018 | Neil Bivona | Review DIP Note and TL B / TL D (2002) DIP borrowing interest accrual spreadsheet for M. Grochowski.  Review DIP Tracking spreadsheet to assess changes required to reflect interest accruals retroactive to 1/5/18.  Begin editing DIP tracking spreadsheet. | 2.00 | $390.00/hr | $780.00 |
| 04/23/2018 | Neil Bivona | Review of invoices & follow up w/ vendors as needed. | 0.50 | $390.00/hr | $195.00 |
| 04/23/2018 | Robert Rosenfeld | Update accounting in Quickbooks; review correspondence from tax authorities; collections from insurance company. | 1.50 | $390.00/hr | $585.00 |
| 04/24/2018 | Nelson Andrade | Prepare compliance Report for week 67, review payments, incorporate into the compliance report file.  Review and make changes as necessary.  Manage related correspondence and internal calls | 2.50 | $350.00/hr | $875.00 |
| 04/24/2018 | Nelson Andrade | Prepare compliance Report for week 68, review payments, incorporate into the compliance report file.  Review and make changes as necessary.  Manage related correspondence and internal calls | 2.50 | $350.00/hr | $875.00 |
| 04/24/2018 | Nelson Andrade | Prepare compliance Report for week 69, review payments, incorporate into the compliance report file.  Review and make changes as necessary.  Manage related correspondence and internal calls 9 | 2.50 | $350.00/hr | $875.00 |
| 04/24/2018 | Neil Bivona | Further work on revisions to DIP Tracking spreadsheet to reflect new interest accrual on TL B & TL D (2002) portions since 1/5/18. | 2.00 | $390.00/hr | $780.00 |
| 04/24/2018 | Robert Rosenfeld | Work on update of accounting books and records in quickbook | 1.50 | $390.00/hr | $585.00 |
| 04/25/2018 | Neil Bivona | Complete revisions to DIP tracking spreadsheet re: start of interest accruals on TL B and TL D (2002). | 2.50 | $390.00/hr | $975.00 |
| 04/25/2018 | Neil Bivona | Meet w/ A. Dimola re: payroll, payroll tax, disability issues. | 0.50 | $390.00/hr | $195.00 |
| 04/26/2018 | Neil Bivona | Calculate revised mandatory prepayment application for 4/17/18 and 2/27/18 distributions. | 1.00 | $390.00/hr | $390.00 |
| 04/26/2018 | Neil Bivona | Check out AC system & BMS controls console and attempt to start.  Make call to Anron for service. | 0.70 | $390.00/hr | $273.00 |
| 04/26/2018 | Neil Bivona | Process payroll in ADP for pay period ended 5/2/18.  Call w/ ADP re: payday roll forward issue. | 0.80 | $390.00/hr | $312.00 |
| 04/26/2018 | Neil Bivona | Follow up w/ Simplex re: open inspection repair items to be co | 0.50 | $390.00/hr | $195.00 |
| 04/26/2018 | Neil Bivona | Draft Brookhaven IT exit plan & communicate to W. Benka and J. Weinstein. | 1.20 | $390.00/hr | $468.00 |
| 04/27/2018 | Nelson Andrade | Create instructions for weekly payments, review files and invoices received, make corrections to file, coordinate internally and manage related correspondence.  Prepare transfers and wires and send for approval in banking system. | 2.20 | $350.00/hr | $770.00 |
| 04/27/2018 | Nelson Andrade | Create a new database for the calculation of self insured claims based on information received from Cigna.  Set the database, remove duplicates and analyze data. | 1.90 | $350.00/hr | $665.00 |
| 04/27/2018 | Nelson Andrade | Discuss file related to self inured claims internally. | 0.80 | $350.00/hr | $280.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**4/1/18 Through 4/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---:|---:|---:|
| 04/27/2018 | Robert Rosenfeld | Process payments for week and update accounting in quickbooks | 1.00 | $390.00/hr | $390.00 |
| 04/27/2018 | Neil Bivona | Meet w/ Anron technician re: start-up of AC system for Nat Ctr.  Check various areas of the building to check temp & circulation. | 0.70 | $390.00/hr | $273.00 |
| 04/27/2018 | Neil Bivona | Complete revised mandatory prepayment calculations & send to L. Roberson. | 0.50 | $390.00/hr | $195.00 |
| 04/30/2018 | Neil Bivona | Begin review of additional interim DIP Budget extension. | 1.50 | $390.00/hr | $585.00 |
| 04/30/2018 | Nelson Andrade | Discuss previous week's payments with staff, print remaining invoices to be filed. Set up tactics for current week's payments. | 0.50 | $350.00/hr | $175.00 |
| 04/30/2018 | Nelson Andrade | Determine the gross self insured claims and the % coverage on claims with a CPT code. | 3.40 | $350.00/hr | $1,190.00 |
| **Totals For Business Operations** | | | **107.70** | | **$40,643.00** |
| **Cash Monitoring** | | | | | |
| 04/17/2018 | Neil Bivona | Review DIP Operating account activity & identify deposits of Perkins loan collections.  Prepare analysis & correspondence to R. Rosenfeld re: the same.  Set up wire transfer of subject funds from DIP account to Perkins Account. | 1.40 | $390.00/hr | $546.00 |
| **Totals For Cash Monitoring** | | | **1.40** | | **$546.00** |
| **Claims Investigation** | | | | | |
| 04/06/2018 | Neil Bivona | Further review and analysis of employee unpaid medical claims & applicability of deductibles, out of pocket maximums, etc. | 3.50 | $390.00/hr | $1,365.00 |
| 04/09/2018 | Neil Bivona | Further review of unprocessed employee medical claim analysis.  Meet w/ A. Dimola re: researching of In Network / Out of Network status for medical providers & applicability of coinsurance under each. | 1.30 | $390.00/hr | $507.00 |
| 04/20/2018 | Neil Bivona | Analysis of employee unpaid medical priority claim calculation | 4.00 | $390.00/hr | $1,560.00 |
| 04/23/2018 | Neil Bivona | Continue work on Employee unpaid medical claim analysis. | 3.20 | $390.00/hr | $1,248.00 |
| 04/24/2018 | Neil Bivona | Further work on employee medical claim analysis. | 2.20 | $390.00/hr | $858.00 |
| **Totals For Claims Investigation** | | | **14.20** | | **$5,538.00** |
| **Court Hearings** | | | | | |
| 04/23/2018 | Robert Rosenfeld | Meeting with counsel prior to and after court hearing and attend status hearing in Court. | 2.50 | $390.00/hr | $975.00 |
| **Totals For Court Hearings** | | | **2.50** | | **$975.00** |
| **Document Review** | | | | | |
| 04/19/2018 | Neil Bivona | Review of dip note and DIP tracking spreadsheet in preparation for call w/ DIP Lenders re: Mandatory prepayments. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Document Review** | | | **0.50** | | **$195.00** |
| **Dowling-Opp Commercial sales** | | | | | |
| 04/11/2018 | Neil Bivona | Follow up w/ J Sturchio & D. Niknamfard re: schedule of closings.  Follow up w/ CTR Environmental re: timing of close-out report for tank removal at 135 Idle Hour. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Dowling-Opp Commercial sales** | | | **0.50** | | **$195.00** |
| **Dowling-Residential Ops** | | | | | |

**RSR Consulting, LLC**                                                                                  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**4/1/18 Through 4/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 04/02/2018 | Neil Bivona | Several calls with CTR environmental re: scheduling of tank removal at 135 Idle hour and follow up on process / timing with DEC. | 0.60 | $390.00/hr | $234.00 |
| 04/03/2018 | Neil Bivona | Correspondence w/ D. Niknamfard & M> White & discussion w/ R. Rosenfeld re: 135 Idle Hour. | 0.50 | $390.00/hr | $195.00 |
| 04/04/2018 | Neil Bivona | Two calls w/ CTR Environmental re: 135 Tank removal. Re-send work contract and authorization to act as agent form. | 0.60 | $390.00/hr | $234.00 |
| 04/09/2018 | Neil Bivona | Review of manifests and invoices related to tank removal and soil remediation at 135 Idle Hour Blvd. Follow-up with vendor on invoices and timing / status of closure reports / DEC sign-off. | 1.00 | $390.00/hr | $390.00 |
| 04/12/2018 | Neil Bivona | Follow up with CTR environmental re: expediting tank removal close out report for 135 Idle Hour and DEC sign-off. | 0.50 | $390.00/hr | $195.00 |
| 04/16/2018 | Neil Bivona | Trip to Oakdale re: call from J. Sturchio re: leaking pipe I 121 central. Found sump pump outlet pipe separated at joint. Re-connected and checked other houses and found no issues. | 2.00 | $390.00/hr | $780.00 |
| 04/17/2018 | Neil Bivona | Review of DEC close out letter re: 135 Idle Hour Blvd. Correspondence w/ K> Watson at CTR environmental re: incorrect property address reference on letter. | 0.30 | $390.00/hr | $117.00 |
| **Totals For Dowling-Residential Ops** | | | **5.50** | | **$2,145.00** |
| **Dowling-Residential Sales** | | | | | |
| 04/03/2018 | Robert Rosenfeld | Coordinate notice filing requirements for sales of 274 Connetquot and 123 Idle Hour; review correspondence from DE broker regarding additional information needed for sale on 47 Chateau. | 1.00 | $390.00/hr | $390.00 |
| 04/18/2018 | Neil Bivona | Further follow up with CTR and DEC re: corrections to DEC spill closure letter. Gather supporting information regarding project scope, work performed and evidence of paid invoices & prepare correspondence to D. cook re: the same. | 1.50 | $390.00/hr | $585.00 |
| 04/27/2018 | Neil Bivona | Various correspondence w/ J Sturchio re: 47 Chateau sale. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Dowling-Residential Sales** | | | **3.00** | | **$1,170.00** |
| **Meetings with Creditors and/or Representatives** | | | | | |
| 04/06/2018 | Neil Bivona | Weekly status call w/ Creditors & counsel re: Brookhaven sale | 0.80 | $390.00/hr | $312.00 |
| 04/18/2018 | Robert Rosenfeld | Meeting with counsel to Debtor and UCC counsel and N. Bivona to discuss WARN complaint and Brookhaven sale status. | 1.00 | $390.00/hr | $390.00 |
| 04/19/2018 | Neil Bivona | Call w/ dip lenders and counsel re: Mandatory prepayment application of TL D funds. | 0.50 | $390.00/hr | $195.00 |
| 04/19/2018 | Neil Bivona | Call w/ r. Bertucci re; follow up to Mandatory prepayment call and status of Oakdale property sale to Mercury and follow-up call to R> Rosenfeld re: Mercury sale. | 0.80 | $390.00/hr | $312.00 |
| 04/19/2018 | Robert Rosenfeld | Meeting with DIP lenders and representatives, Debtor's counsel and N. Bivona to discuss mandatory prepayment issues. | 0.40 | $390.00/hr | $156.00 |
| 04/20/2018 | Neil Bivona | Follow up w B Faustini re: Brookhaven RE taxes. | 0.30 | $390.00/hr | $117.00 |
| 04/23/2018 | Neil Bivona | Call w/ B. Faustini re: Brookhaven RE Taxes & follow-up review | 0.60 | $390.00/hr | $234.00 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**4/1/18 Through 4/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---:|---|---:|
| **Totals For Meetings with Creditors and/or Representatives** | | | **4.40** | | **$1,716.00** |
| **Meetings with Debtor and Representatives** | | | | | |
| 04/06/2018 | Neil Bivona | Staff meting re: update status, operational issues, etc. | 1.00 | $390.00/hr | $390.00 |
| 04/19/2018 | Neil Bivona | Call w/ R. Rosenfeld, S. Southard and Klestadt team re: status conference on Employee Medical Claims, Endowments, Brookhaven Sale and WARN Act. | 1.00 | $390.00/hr | $390.00 |
| 04/19/2018 | Robert Rosenfeld | Call with counsel and N. Bivona to discuss status of issues in ca | 1.00 | $390.00/hr | $390.00 |
| 04/30/2018 | Neil Bivona | Call w/ Rosenfeld & S. Southard re: APA for Triple Five. | 0.30 | $390.00/hr | $117.00 |
| **Totals For Meetings with Debtor and Representatives** | | | **3.30** | | **$1,287.00** |
| **Phone Call** | | | | | |
| 04/03/2018 | Neil Bivona | Call w/ M. Samson re: employee retention bonus program. | 0.30 | $390.00/hr | $117.00 |
| 04/10/2018 | Neil Bivona | Call w/ St. Joseph's college re: interest in receiving allocation of Dowling endowed funds. | 0.30 | $390.00/hr | $117.00 |
| 04/18/2018 | Neil Bivona | Call w/ R. Rosenfeld & Klestadt / Silverman re: WARN act settlement, sale process and status on other open issues. | 1.30 | $390.00/hr | $507.00 |
| **Totals For Phone Call** | | | **1.90** | | **$741.00** |
| **Reporting** | | | | | |
| 04/06/2018 | Neil Bivona | Review, prepare and submit U.S. Census Annual Capital Expenditures Survey. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Reporting** | | | **0.50** | | **$195.00** |
| **Tax compliance** | | | | | |
| 04/02/2018 | Robert Rosenfeld | Discussion with C. Petersczack (Baker Tilly) regarding questions; follow up with R. Cerullo regarding outstanding items and research open items. | 2.50 | $390.00/hr | $975.00 |
| 04/17/2018 | Robert Rosenfeld | Call with Baker Tilly regarding open questions on FY 2017 tax return and follow up researching responses. | 1.50 | $390.00/hr | $585.00 |
| 04/18/2018 | Robert Rosenfeld | Work on responses to Baker Tilly relating to FY 2017 tax return for Debtor.  Make revisions to quickbooks for year end closing entries and prepare analysis for tax preparers. | 3.50 | $390.00/hr | $1,365.00 |
| 04/25/2018 | Robert Rosenfeld | Review tax return for FYE 6/30/17; discuss questions from Baker Tilly and prepare responses and analysis in connection with return.  Discuss with R. Cerullo open items on tax return. | 4.00 | $390.00/hr | $1,560.00 |
| 04/26/2018 | Robert Rosenfeld | Call with C. Petercszak (Baker Tilly) regarding follow up questions on FYE 6/30/17 tax return. | 0.40 | $390.00/hr | $156.00 |
| 04/26/2018 | Robert Rosenfeld | Prepare revisions to notes to tax returns for FYE 6/30/17 retur | 0.50 | $390.00/hr | $195.00 |
| 04/27/2018 | Robert Rosenfeld | Finalize review of tax return for FYE 6/30/17 and execute sign off for return. | 0.70 | $390.00/hr | $273.00 |
| **Totals For Tax compliance** | | | **13.10** | | **$5,109.00** |
| **UST Reporting** | | | | | |
| 04/04/2018 | Robert Rosenfeld | Work on MOR for March 2018. | 4.00 | $390.00/hr | $1,560.00 |
| **Totals For UST Reporting** | | | **4.00** | | **$1,560.00** |
| **Winddown** | | | | | |
| 04/19/2018 | Robert Rosenfeld | Work on dissolutions for Oklahoma and various states. | 2.50 | $390.00/hr | $975.00 |
| **Totals For Winddown** | | | **2.50** | | **$975.00** |
| **Grand Total** | | | **188.00** | | **$71,960.00** |

**RSR Consulting, LLC**  **Exhibit D**
**Dowling College - Case #16-75545 (REG)**
**Detailed Expense Report**
**4/1/18 Through 4/30/18**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 04/15/2018 | Robert Rosenfeld | Right Networks charges for April 2018 | $15.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$15.00** |
| **Mailing/Postage** | | | |
| 04/27/2018 | Robert Rosenfeld | Postage for UST Quarterly fee invoice and statement mailing for Q1 2018. | $1.00 |
| **Totals Billable Amounts for Mailing/Postage** | | | **$1.00** |
| **Grand Total** | | | **$16.00** |