# Long Tuminello, LLP
### Attorneys at Law

*Members:*
John E. Long, Jr.*
Barry M. Tuminello
David H. Besso, P.C.
Harold Seligman, P.C.
Kevin J. Werner
William M. Sullivan
Michelle Aulivola, P.C.
Karen S. Svendsen **

*Also admitted in Florida
**Also admitted in Connecticut

120 Fourth Avenue
Bay Shore, New York 11706
631-666-2500 / 631-666-5766
Fax: 631-666-8401
(service by fax not permitted)

*Associates:*
Elizabeth J. Grosso
Brittany A. Fiorenza
Nicole L. Bohler
Jeffrey Panasci
Cara M. Caporale

*Of Counsel:*
Frank Maffei

Arthur M. Cromarty,
*Ret. N.Y.S. Supreme Ct. Justice*
*(1919-2014)*

May 18, 2018

Via facsimile @ SSouthard@klestadt.com
Shawn Southard, Esq.
Chapter 11 Trustee
Klestadt Winters Jureller
Southard & Stevens, LLP
200 West 41st Street - 17th Floor
New York, NY 10036-7203

### Re: Bridgestone Capital Partners / Dowling College Brookhaven Campus

Dear Mr. Southard:

I received a call from Ron Friedman yesterday who indicated to me that you received an all cash offer of Fourteen Million ($14,000,000.00) Dollars for the purchase of the Dowling College Brookhaven Campus. I have spoken to my Clients at length and they are not willing to pursue any bid higher then Twelve Million ($12,000,000.00) Dollars to purchase the Dowling College Brookhaven Campus at this time.

Therefore I will not be at the Hearing set for Monday, 5/21/2018 @ 1:30 pm in view of my clients withdrawal of the offer.

Very truly yours,

HAROLD SELIGMAN

HS/mnm