**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |

----------------------------------------------------------------x

**NOTICE BY DEBTOR AS TO (I) CLOSE OF AUCTION FOR BROOKHAVEN CAMPUS, AND (II) DETERMINATION AS TO HIGHEST AND BEST BID**

**NOTICE IS HEREBY GIVEN,** as follows:

1.      On October 17, 2017, the Court entered an order (the "Bidding Procedures Order") [DE 425], which set forth, among other things, a schedule for bids, auction, objection deadline and sale approval hearing (the "Sale Hearing") in connection with the sale by Dowling College (the "Debtor") of its 105 acre campus located in the Town of Brookhaven, County of Suffolk, at William Floyd Parkway, Shirley, New York 11967 (the "Brookhaven Campus").

2.      In accordance with the Bidding Procedures Order, the auction which commenced on January 31, 2018 in relation to the Brookhaven Campus (the "Auction") was adjourned without date at the conclusion of initial bidding.

3. Following the Auction, the Debtor, its professionals and counsel to the Official Committee of Unsecured Creditors engaged in further marketing efforts and negotiations with interested parties in an effort to achieve a greater value for all creditors.

4. As a result of these efforts, Triple Five Aviation Industries LLC ("Triple Five") was identified as a potential purchaser of the Brookhaven Campus and submitted a bid for the sum of $14,000,000.

5. Notice was provided to interested parties on May 22, 2018 and docketed with this Court [DE 532] establishing 5:00 p.m. on May 30, 2018 as the deadline for submission of any higher competing bids.

6. No bids were received by the deadline and therefore the Debtor, in consultation with its creditor constituencies, determined to close the Auction and declare Triple Five's bid to be the highest and best offer for the Brookhaven Campus.

7. The Debtor intends to seek the Bankruptcy Court's approval of the sale of the Brookhaven Campus to Triple Five at the Sale Hearing set for June 4, 2018 at 1:30 p.m.

8.     Attached hereto as **Exhibit A** is a fully executed copy of the purchase agreement between the Debtor and Triple Five.

Dated:  New York, New York
        May 31, 2018

                                                **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:  */s/ Sean C. Southard*
      Sean C. Southard
      Joseph C. Corneau
      200 West 41st Street, 17th Floor
      New York, NY 10036
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: ssouthard@klestadt.com
              jcorneau@klestadt.com

*Counsel to the Debtor and Debtor in Possession*