# **<u>Exhibit A</u>**




# REPORT FOR COURT
### *United States Bankruptcy Court*
### *Eastern District of New York*
### *Case No. 16- 75545(REG)*

## DOWLING COLLEGE
## BROOKHAVEN CAMPUS
## AUCTION

### *Date Prepared: May 17, 2018*

Prepared For:   Sean Southard
Klestadt, Winters, Jureller, Southard & Stevens, LLP

Prepared By:   A&G Realty Partners, LLC &
Madison Hawk Partners, LLC

# TABLE OF CONTENTS

I.      AUCTION & POST AUCTION ADJOURNMENT RESULTS….......………………………3

II.     RESPONSE TO MARKETING AND SALES EFFORTS SUMMARY………..……………..3

III.    REGISTERED AUCTION BIDDERS……………………………………………………….3

IV.     RESPONSE TO MARKETING – PROSPECT BREAKDOWN BY LOCATION …………….4

V.      RESPONSE TO MARKETING – PROSPECT BREAKDOWN BY SOURCE……………….4

VI.     MARKETING METHODS EMPLOYED………………………………………..…………….5

VII.    ATTACHMENTS……………………………………………………………………………9

- ❖ Direct Mail Post Card
- ❖ Email Blast Example
- ❖ Property Webpage Screenshot
- ❖ Loopnet.com Listing
- ❖ Wall Street Journal Ad
- ❖ Newsday Ad
- ❖ Internet Ads
- ❖ Public Relations Auction Articles
- ❖ Auction Brochure

## I.  AUCTION RESULTS

**High Bid Price:**        **$10,200,000**
**Back Up Bid Price:**     **$10,100,000**

The auction was adjourned without selecting a winning bidder.    Following that an offer of $12,000,000 was received from one of the bidders.

Triple Five Aviation Industries, LLC contacted us through their broker, Christine Kempner of Whale Rock Realty on January 25th.   Triple Five is a large developer, they own the Meadowlands development project which the financed for $2.6Billion, they also own the Mall of America.  They are one of the largest land owners in the state of California.   While the inquired about the property prior to the auction, they were in approval process for the acquisition and redevelopment of the EPCAL site in Riverhead.   Now that they are in the final stages of that, they realize that the Brookhaven property is an excellent compliment to the Riverhead property and will further solidify their commitment to bringing aviation related manufacturing back to Long Island. On April 19th, they expressed interest in submitting an offer.   We showed them the property five times over the course of the next few weeks during which they brought many manufacturing partners with.   On May 11, a contract was received for $14,000,000, they have provided $1,400,000 of non-refundable earnest money.

## II.  RESPONSE TO MARKETING AND SALES EFFORTS SUMMARY

- ➢ Web hits to the Dowling-RealEstate.com Webpage:            6,215
- ➢ Registered Inquires (provided us with all contact information):        147
- ➢ Confidentiality Agreements Executed:                59
- ➢ Registered On-Site Inspection Attendees:                19

The approved marketing budget for this sale was $70,000. The marketing money fund was used to conduct an extensive local, regional, national and international marketing program. Methods of marketing included, but were not limited to: Print and digital media, direct targeted mailing and email blasts, public relations, E-marketing, telemarketing and daily prospect management and follow-up. Regularly scheduled on-site inspections with our trained sales professionals were also a key element to the campaign.

## III.  REGISTERED AUCTION BIDDERS

We received 3 Qualified Bids for the auction who attended the auction.    Two of the groups were developers and/or real estate investors and one of the groups was a group who intended to use the property for an educational purpose.

## IV.  RESPONSE TO MARKETING– PROSPECT BREAKDOWN BY LOCATION

The total number of unique web inquiries was 5,715.  This means that 5,715 people responded to one of our advertising methods and visited our website.

Geographically, the interest came from 42 of the 50 states as well as 10 different countries.  The top responses based on percentage breaks down as follows.

Visitors within the United States

| Region | % Interest |
|---|---|
| New York | 68% |
| Florida | 4% |
| New Jersey | 4% |
| Massachusetts | 3% |
| Illinois | 3% |
| California | 2% |
| Pennsylvania | 2% |
| Connecticut | 2% |

International Visitors

| Country | % Interest |
|---|---|
| United States | 96% |
| India | 1% |
| Canada | 1% |
| U.K. | 1% |

## V.  RESPONSE TO MARKETING – PROSPECT BREAKDOWN BY SOURCE

The prospects that inquired and provided us with all of their contact information are broken down by media source below:

| | | | |
|---|---|---|---|
| 26 | CBRE | 5 | Broker |
| 20 | Word of Mouth | 2 | The Real Deal |
| 17 | Loopnet | 2 | New York Times |
| 16 | Eblast | 1 | RE Weekly |
| 12 | Newsday | 1 | NY Real Estate Journal |
| 12 | Online/Other | 1 | Long Island Business News |
| 10 | Facebook | 1 | LIBN Article |
| 7 | RCM1.com | 1 | Brookhaven IDA |
| 7 | Wall Street Journal | | |
| 6 | Direct Mail/Postcard | | |

## VI.  MARKETING METHODS EMPLOYED

**1.    Brochure & Offering Memorandum**

The color brochure and Offering Memorandum featuring the Brookhaven property was approved. The brochure was available to download on the auction webpage and was provided to all prospects following their registration with us.  Following their registration, we sent all parties the Offering Memorandum, Confidentiality Agreement and Bidding Procedures.

**2.    Website Marketing**

Auction and limited property information was made available on the property-specific webpage within our company site www.Dowling-RealEstate.com.  In order to download the brochure, prospects were required fill out a required form and provide us with all of their contact information. Once we received this information the inquiries were followed-up with weekly and added to all emails and mailings regarding this specific sale.

**3.  Print/Online Advertising**

**WEEK 1**

| | | |
|---|---|---|
| 10/22/2017 | Sunday | Long Island Business News |

**WEEK 2**

| | | |
|---|---|---|
| 10/25/2017 | Wednesday | Wall Street Journal |
| 10/25/2017 | Wednesday | Real Estate Weekly |
| 10/25/2017 | Wednesday | New York Times |
| 10/29/2017 | Sunday | Newsday |
| 10/29/2017 | Sunday | Long Island Business News |

**WEEK 2**

| | | |
|---|---|---|
| 10/25/2017 | Wednesday | Wall Street Journal |
| 10/25/2017 | Wednesday | Real Estate Weekly |
| 10/25/2017 | Wednesday | New York Times |
| 10/29/2017 | Sunday | Newsday |
| 10/29/2017 | Sunday | Long Island Business News |

**WEEK 3**

| | | |
|---|---|---|
| 11/1/2017 | Wednesday | CIRE Magazine |
| 11/1/2017 | Wednesday | Wall Street Journal |
| 11/5/2017 | Sunday | Newsday |

**Week 4**

| | | |
|---|---|---|
| 11/8/2017 | Wednesday | Real Estate Weekly |

**Week 5**

| | | |
|---|---|---|
| 11/15/2017 | Wednesday | Wall Street Journal |

**Week 6**

| | | |
|---|---|---|
| 11/22/2017 | Wednesday | Real Estate Weekly *free placement |

The online ads that that have been placed and/or ordered are:

| **WEB SITE** | **PLACEMENT** |
|---|---|
| Juwai.com | Listing |
| Newsday.com | Banner |
| BisNow.com | E-Newsletter Banner |
| RealDeal.com | Website Banner |
| Libn.com | Banner |
| NewYorkYimby.com | E-Newsletter Banner & Website |
| GlobeSt.com | E-Newsletter Banner |
| Co-Star.com | Property Listing – Home Page Featured Ad |
| Loopnet.com | Platinum Property Listing |

**STUDENT & SENIOR**

| SeniorHousingBusiness.com | Banner |
|---|---|

**MULTI-FAMILY BUILDER / DEVELOPER**

| MultiFamilyExecutive.com | E-Newsletter Banner |
|---|---|
| MultiHousingNews.com | E-Newsletter Banner |

**SOCIAL MEDIA & PROGRAMATIC CAMPAIGNS**
Facebook Campaign
Programmatic Campaign

**4.      Targeted Email Blasts**
We designed an email flyer and send multiple times to our database of active investors. The blast is also sent via a third party distribution services **propertyblast.com** and targeting real estate brokers and investors throughout the country.  This reaches over 150,000 parties.

**5.   Prospect Management**
Individuals that inquired about the auction were called on a weekly basis to address their questions.

**6.   Direct Mailings**
A postcard to over 4,500 recipients including:  Real estate investors, developers, brokers on Long Island, as well as educational institutions and private schools within a 5-state region has been mailed.

**7.   Press Release**
A press release was created, approved by you and released to the press.  From this, we have received extensive press coverage on the sale.  The following are the articles that have run:
https://www.newsday.com/business/dowling-college-brookhaven-campus-to-be-auctioned-dec-7-1.14517057
https://www.cpexecutive.com/post/ag-madison-hawk-lend-a-hand-in-mu-campus-sale/
http://www.globest.com/sites/betsykim/2017/11/10/dowling-colleges-brookhaven-campus-up-for-chapter-11-sale/?channel=sectors&section=new-york-globest-market

Additionally, the story has run on a businesswire release on 380 sites producing 3,691 views.
http://www.businesswire.com/news/home/20171106006156/en

Case 8-16-75545-reg    Doc 535-1    Filed 05/31/18    Entered 05/31/18 17:22:33

http://markets.financialcontent.com/streetinsider/news/read?GUID=35237258
http://markets.financialcontent.com/crain.businessinsurance/news/read?GUID=35237258
http://markets.financialcontent.com/financialsense/news/read?GUID=35237258
http://studio-5.financialcontent.com/marketintelligence/news/read?GUID=35237258

**8. Post Adjournment Efforts:**

Following the adjournment of the auction we called and emailed all prior interested parties and informed them of the current state of the sale in an effort to procure a better bid. All individuals were both emailed and called.

We also contacted several parties that had an interest in a portion of the property and attempted to put them together with eachother or with the current bidders in an effort to increase the bid price. The Academy of Aviation as well as Omega Self Storage were put in contact with several larger developers/potential purchasers.

We conducted 12 additional showings of the property to 5 different groups, including the new high Bidder, Triple Five Aviation. Property Inspections were attended by the following groups:

Triple Five:  4/26, 4/27, 4/30, 5/10, 5/15
Islamic Center of Mastic Shirley – 5/3
Suffolk Realty Group – 2/13, 4/23, 4/27, 5/17
Beechwood Homes – 4/20
Alcina Goosby – Sunday 4/15

Finally, we kept the property active on the various website listings and provided information and details to any new parties that inquired.

**VII. ATTACHMENTS**

❖ Direct Mail Post Card
❖ Email Blast Example
❖ Property Webpage Screenshot
❖ Loopnet.com Listing
❖ Wall Street Journal Ad
❖ Newsday Ad
❖ Internet Ads
❖ Public Relations Auction Articles
❖ Auction Brochure

7

## DIRECT MAIL POST CARD



# EMAIL BLAST EXAMPLE



# BANKRUPTCY SALE
### BID DEADLINE: JANUARY 25

## 105+/- Acres – Brookhaven, NY

### Former Dowling College Campus



## Potential High Density Mixed Use Development

- Adjacent to Brookhaven Airport
- Ideal Development or Campus Expansion for Academic/Institutional Use
- Current Improvements Include:
  70,000 SF Dormitory, 65,000 SF Office/Classroom/Hangar & Athletic Facilities

### Located on William Floyd Pkwy Between LIE & Sunrise Hwy
### Extensive Infrastructure Already In Place

*Broker Participation Invited*



**REALTYPARTNERS**
631.465.9511

www.Dowling-RealEstate.com
United States Bankruptcy Court, Eastern District of NY, Case Number: 16-75545

MADISON**HAWK**
Accelerated Real Estate Solutions
800.547.1045

## PROPERTY WEBPAGE SCREEN SHOT



**BANKRUPTCY SALE**

Subject to Bankruptcy Court Approval

**105 Acres on William Floyd Parkway**





### Dowling College, Brookhaven Campus

- Potential High Density Mixed Use Development
- Ideal for End User, Campus Expansion/Academic Institution
- Adjacent to Brookhaven Airport
- Current Improvements Include:
  - 70,000 SF Dormitory, 65,000 SF Office/Classroom/Hangar & Athletic Facilities

Located on William Floyd Pkwy Between LIE & Sunrise Hwy, Extensive Infrastructure Already In Place



**ONSITE INSPECTIONS:**
Call For Appointment

**SEALED BID DEADLINE:**
January 25, 2018

**Bids Should be Delivered To:**

**A&G Realty Partners, LLC.**
445 Broadhollow Road Suite 410
Melville, NY 11747

**Madison Hawk Partners**
575 Lexington Avenue
Suite 4023
New York, NY 10022

For more information please contact:



Please visit our website for more information.

Please visit our website for more information.

# LOOPNET.COM LISTING



**1300 William Floyd Pky**
Shirley, NY 11967 · 105.00 AC
Land For Sale

Price Not
Disclosed

Share · ☆ Watch Property · Create Report · Get Financing
Print

Auction Ended: 01/25/2018 –
Contact listing broker for current availability.

Aerial_Main_Dowling-Brookhaven-4_Platted 1/3

**Bankruptcy Auction -105 Acre Campus**

| | | | |
|---|---|---|---|
| Price | Price Not Disclosed | Sale Type | Investment or Owner User |
| Property Type | Land | Total Lot Size | 105.00 AC |
| Property Sub-type | Commercial | Sale Conditions | Auction Sale Redevelopment Project |
| Proposed Use | Commer...More | No. Lots | 1 |

Find out more...

| | | | |
|---|---|---|---|
| Listing ID: 9661690 | Date Created: 10/19/2017 | Last Updated: 05/09/2018 | Is this listing inaccurate? Report Error |

**1 Lot Available**

Lot

| | |
|---|---|
| Lot Size | 105.00 AC |

A&G Realty Partners and Madison Hawk Partners are pleased to present the opportunity to acquire a rarely available 105-acre parcel located in Shirley, NY ("The Property"). The former Brookhaven Campus of Dowling College is advantageously located on W

## WALL STREET JOURNAL AD



## NEWSDAY AD



## INTERNET ADS



# PUBLIC RELATIONS AUCTION ARTICLES

**Attached**



# Dowling College's Brookhaven Campus Up For Chapter 11 Sale

NOVEMBER 10, 2017     BY BETSY KIM

The bankrupt Dowling College in Long Island is liquidating its campus in Shirley, NY, with a sealed bid auction.



*Dowling College's Brookhaven Campus*



T 201.876.3100 ▪ F 201.876.3111 ▪ 1401 Washington Street, Suite 300, Hoboken, New Jersey 07030 ▪ www.cahncommunications.com

NEW YORK CITY—As part of its bankruptcy proceedings, Dowling College is proceeding with an auction sale of its Brookhaven campus. The 105-acre Suffolk County property includes a 72,000 square-foot, 70-room dormitory, an athletic complex, 65,000 square-feet of offices and classrooms, and a 7,500 square-foot airplane hangar, close to Brookhaven Airport.

The sealed bid deadline is Dec. 4, 2017 and the auction will take place on Dec. 7, 2017.

The college's aviation program ran out of Brookhaven campus, and was located on the William Floyd Parkway and has benefited from millions of dollars of infrastructure improvements.

The college has made improvements to the following assets:

(1) The National Aviation Building – This includes a converted hangar with classrooms, offices and a library; a separate building with simulator labs, offices, dispatch and flight services area, locker room, cafeteria and a 7,500 square-foot hangar.

(2) The Brookhaven Residential Village – This encompasses a dormitory building with 70 studio, two- and three- bedroom apartments, with a total of 289 beds. The building is currently vacant and can be converted for alternate residential uses.

(3) The Athletic Facilities – This includes baseball, softball and multipurpose fields with spectator seating. It also has a 4,500 square-foot field house with locker rooms, office, laundry, storage and concessions areas.

A&G Realty and Madison Hawk Partners have been retained to manage the sale of the property.

Founded in 1968, Dowling College was a private co-educational institution which enrolled students mostly from Long Island. Due to financial difficulties, the school shut down in August 2016 and on November 29, 2016, filed for Chapter 11 bankruptcy. The college sold its 25-acre Oakdale campus in April for $26.5 million to the Princeton Education Center.



# A&G, Madison Hawk Lend a Hand in MU Campus Sale

The property consists of a 72,000-square-foot dormitory, state-of-the-art fitness center, a 65,000-square-foot office/class room complex and a 7,500-square-foot airplane hangar.

by IvyLee Rosario | Nov 08, 2017

A&G Realty and Madison Hawk Partners have been tapped to manage the sale of the 105-acre Brookhaven campus in Shirley, N.Y. The liquidation of assets by Dowling College is moving forward with the auction sale of the former campus, as part of the Chapter 11 bankruptcy proceedings for the institution.

The property consists of a 72,000-square-foot, 70-room dormitory, state-of-the-art fitness center and a 65,000-square-foot office/class room complex comprising two buildings and a 7,500-square-foot airplane hangar with proximity to Brookhaven Airport.



Aerial view of Dowling College's Brookhaven Campus

## RENOVATIONS UNDERWAY

Former home to the college's aviation program, Brookhaven has undergone millions of dollars of infrastructure improvements. Current updates on the property include the National Aviation Building, a 65,000-square-foot office/classroom asset that is divided into three sections; the Brookhaven Residential Village, a 72,000-square-foot property with studios and two- and three-bedroom apartments totaling 289 beds, set to be converted into an alternate residential use; and the athletic facilities, which feature a 4,500-square-foot field house and baseball, softball and multipurpose fields with spectator seating.

*"The Brookhaven campus is considered one of the most diverse development sites on all of Long Island with opportunities for residential, education, medical, health-related, senior housing, office, retail, etc.,"* said Jeff Hubbard, president of Madison Hawk Partners, in prepared remarks. *"This is rarely available*



T 201.876.3100 ▪ F 201.876.3111 ▪ 1401 Washington Street, Suite 300, Hoboken, New Jersey 07030 ▪ www.cahncommunications.com

*opportunity to purchase a parcel that's ideally situated between the Sunrise Highway and the Long Island Expressway with direct access to the Brookhaven Airport."*

The sealed bid deadline has been set for Dec. 4, 2017 and the sale event will take place on Dec. 7, 2017. In the summer, A&G Realty Partners launched a new division focusing on maximizing the value of real estate assets and leases in non-retail sectors.



# Dowling College Brookhaven campus to be auctioned Dec. 7

Updated October 18, 2017 7:11 AM

By Victor Ocasio  victor.ocasio@newsday.com



The bankruptcy auction of Dowling College's 105-acre campus in Shirley includes a 70-room dormitory, athletic complex, and a 65,000-square-foot two-building office-and-classroom complex. Photo Credit: CAHN Communications



T 201.876.3100 ▪ F 201.876.3111 ▪ 1401 Washington Street, Suite 300, Hoboken, New Jersey 07030 ▪ www.cahncommunications.com

The bankruptcy auction of Dowling College's 105-acre Brookhaven campus in Shirley has been scheduled for Dec. 7.

The property includes a 70-room dormitory, athletic complex, a 65,000-square-foot two-building office-and-class complex, and a 7,500-square-foot airplane hangar.

Sealed bids for the auction are due by Dec. 4, according to a news release.

"We expect that the sale process for the Brookhaven campus can achieve as successful an outcome as the prior bankruptcy sale of Dowling College's Oakdale campus," Robert Rosenfeld, chief restructuring officer of the Dowling College estate, said in a statement. "This sale is a necessary next step in the effort to maximize the value of Dowling's assets for the benefit of its many creditor constituencies."

NCF Capital Ltd. bought the 25-acre Oakdale property for $26.1 million in July after the top bidder in the auction, Princeton Education Center LLC, failed to close on its $26.5 million offer.

Melville-based A&G Realty Partners and Madison Hawk Partners of Manhattan were selected to market the Shirley property. The two firms also oversaw the auction of the Oakdale campus.

"The Oakdale auction event involved spirited bidding from both educational end users and potential developers," Andy Graiser, co-founder and co-president of A&G Realty, said in a statement. "We fully anticipate this sale to receive an equally strong response."

Dowling College ran out of funds, lost its accreditation and closed last year. Dowling said it had $54 million in long-term debt and filed for Chapter 11 bankruptcy protection in November.

The liberal arts college's estate faced 626 claims totaling $65.8 million filed in the Bankruptcy Court in Central Islip by creditors, vendors, college officials, faculty and staff.

# BANKRUPTCY SALE

## BID DEADLINE: JANUARY 25

## 105+/- Acres – Brookhaven, NY

**Former Dowling College Campus**



## Potential High Density Mixed Use Development

A&G Realty Partners and Madison Hawk Partners are pleased to present a unique, once in a lifetime opportunity to acquire this 105-acre parcel located in Shirley, NY ("The Property"). The former Brookhaven Campus of Dowling College is advantageously located on William Floyd Parkway adjacent to the Brookhaven Airport, with easy access to both Sunrise Highway and the Long Island Expressway.

This campus was constructed to house Dowling College's National Aviation & Transportation Center. The College had a Master Plan for this campus approved by the Town of Brookhaven permitting 1.8M square feet for use as a college campus. As a result, extensive infrastructure is already in place throughout the Property, including roads, water

and utility lines. We believe there are significant opportunities for a developer or academic institution to expand with this property.

The Property is currently zoned R-1 (One-Acre) residential. It is well positioned for both continued academic or institutional use. The additional development potential coupled with existing improvements that includes a 289-bed dormitory, a 65,000 square foot office/classroom complex and three athletic fields present a tremendous development opportunity for the right buyer.

CBRE has been retained to advise potential purchasers with respect to the Brookhaven Residential Village dormitory portion of the property.

**A&G REALTY PARTNERS**
**631.465.9511**

**www.Dowling-RealEstate.com**

**MADISON HAWK**
Accelerated Real Estate Solutions
**800.547.1045**

## Property Highlights

· 105 Acres with extensive infrastructure in place
· Existing structures in place with potential for immediate income
· Key location on William Floyd Parkway between Long Island Expressway and Sunrise Highway
· 3.5 Miles from the Smith Point Bridge to Fire Island
· Tarmac access to Brookhaven Airport

## Property Information

**Address:** Town of Brookhaven, at 1300 William Floyd Parkway, Shirley, NY 11967

**County:** Suffolk

**Tax ID:** 200-710-1-1.001

**Zoning:** Residential, A-1

**Size:** 105.33 Acres

**Access:** William Floyd Parkway, with additional access via Flower Hill Drive

**Utilities:** Water- Suffolk County Water Authority
Gas – National Grid
Electric – PSE&G


65,000+/- Sq. Ft. Office / Classroom Complex


Dormitory Entrance


Athletic Fields


289 Bed Dormitory

## Property Inspections

To schedule an appointment to view the property, please contact:

A&G Realty 631.465.9511
Madison Hawk: 800.547.1045

## Due Diligence Room

Upon execution of the Confidentiality Agreement, Bidders will be given access to the Due Diligence Room that is an online repository of relevant documents to this transaction. Included, but not limited to are: Survey, Title Commitment, Phase I Environmental Report, Building Drawings, Utility Information and other relevant documents. **Please call us or visit www.Dowling-RealEstate.com to request a Confidentiality Agreement.**

### *Broker Participation Invited*
**Please contact us on how to register your client.**

**www.Dowling-RealEstate.com**

## Bidding Information / Timeline

**Sealed Bid Deadline:** January 25, 2018
**Potential Auction:** January 31, 2018
**Sale Hearing:** February 5, 2018

The information contained in this brochure is subject to inspection and verification by all parties relying on it. No liability for its inaccuracy, errors or omissions is assumed by the seller, its agents or auctioneer. All square footage, dimensions, association fees and taxes in this brochure and any other documents distributed for this sale are approximate. This offering may be withdrawn, modified or canceled without notice at any time. This is not a solicitation or offering to residents of any state where this offering is prohibited by law. For additional Terms of Sale, see the Purchase Agreement available in the Due Diligence Materials.

© Madison Hawk Partners, LLC, 2017