# Exhibit B

Page 1

```
 1
 2    UNITED STATES BANKRUPTCY COURT
 3    EASTERN DISTRICT OF NEW YORK
 4    CHAPTER 11
 5    CASE NO. 16-75547 (REG)
 6    -------------------x
 7    In re
 8    DOWLING COLLEGE, f/d/b/a DOWLING
      INSTITUTE, f/d/b/a DOWLING COLLEGE ALUMNI
 9    ASSOCIATION, f/d/b/a CECOM, a/k/a DOWLING
      COLLEGE, INC.,
10
              Debtor.
11
      -------------------x
12
13
              90 Merrick Avenue
14            East Meadow, New York
15            January 31, 2016
              10:10 a.m.
16
17
18            AUCTION IN THE ABOVE
19    CAPTIONED PROCEEDING.
20        *     *     *
21
22
23
24
25
```

```
 1
 2   APPEARANCES:
 3    KLESTADT WINTERS JURELLER SOUTHARD &
      STEVENS, LLP
 4    Attorneys for Dowling College
         200 West 41st Street
 5       17th Floor
         New York, New York 10036-7203
 6
      BY:     SEAN C. SOUTHARD, ESQ.
 7            JOSEPH C. CORNEAU, ESQ.
              STEPHANIE SWEENEY, ESQ.
 8
 9
10
      BIDDER GROUP A - MICHAEL KANE
11
      BIDDER GROUP B - MARK JIA
12
      BIDDER GROUP C - TOMER VARDI
13
14
                   *     *     *
15
16
17
18
19
20
21
22
23
24
25
```

1       Auction
2       MR. SOUTHARD: Good morning.
3  For the record, my name is Sean
4  Southard and I'm a partner with the
5  law firm of Klestadt Winters Jureller
6  Southard and Stevens and we serve as
7  bankruptcy counsel to Dowling
8  College, now a Debtor in Possession
9  under Chapter 11 of U.S. Bankruptcy
10 Code, with the case pending before
11 the Honorable Robert E. Grossman,
12 United States Bankruptcy Judge for
13 the Eastern District of New York.
14      We're assembled here this
15 morning for an auction, that is being
16 held at 90 Merrick Avenue, East
17 Meadow, New York, by invitation of
18 the Certilman Balin Law Firm and
19 pursuant to the order of the United
20 States Bankruptcy Court for the
21 Eastern District of New York, dated
22 October 17, 2017, Docket Number 425
23 in the Chapter 11 Case Number
24 16-75545, which Order, among other
25 things, approved certain Bidding

```
 1            Auction
 2   Procedures that we will follow today,
 3   scheduled this auction and approved
 4   certain related notices.
 5         Today, I will refer to that
 6   order as the Bidding Procedures Order
 7   and the Bidding Procedures approved
 8   thereby, as the Bidding Procedures.
 9         The Bidding Procedures Order
10   was entered in response to the
11   Debtor's motion seeking the entry of
12   that order and approval of this sale
13   overall.
14         Everyone in attendance this
15   morning has checked in through
16   security for the building and has
17   also checked in with the Debtor's
18   representatives, at the table located
19   outside this room and have been
20   provided with appropriate seating for
21   their role, if any, today.
22         We have three Bidder Groups
23   this morning, that were determined to
24   be qualified bidders, pursuant to the
25   Bidding Procedures, and who will have
```

```
 1                Auction
 2      the opportunity to participate today
 3      in the auction.
 4            By submitting bid packages and
 5      participating today, each group has
 6      agreed to be subject to the Bidding
 7      Procedures established by the Debtor
 8      and approved by the Bankruptcy Court.
 9      Copies of those Bidding Procedures
10      and Bidding Procedures Order were
11      made available and are available this
12      morning upon request.
13            That means, among other things,
14      that each Bidder provided a written
15      and signed irrevocable offer, stating
16      that the Bidder offers to consummate
17      a sale transaction on the terms and
18      conditions set forth on the Modified
19      Purchase Agreement, confirming that
20      the bid will remain irrevocable until
21      the earlier of 90 days following
22      entry of a final sale order and
23      closing with a successful bidder and
24      also stating that the bidder has had
25      the opportunity to conduct due
```

1        Auction
2   diligence prior to its offer and does
3   not require further due diligence, as
4   relied solely upon its own
5   independent review and investigation
6   and did not rely on any written or
7   oral representation, except as may be
8   contained in the Modified Purchase
9   Agreement.
10        Each Bidder has also provided a
11  deposit, equal to five percent of
12  their bid, prior to bidding this
13  morning.  That deposit is subject to
14  forfeiture as liquidated damages,
15  under certain conditions set forth in
16  the Bidding Procedures.
17        The sale is as is, where is,
18  except as set forth in the Purchase
19  Agreement.  Both the highest and best
20  bid and the back-up bid, will be
21  determined and both are open and
22  irrevocable, pursuant to those
23  Bidding Procedures, until the earlier
24  of 90 days following entry of the
25  sale order or closing of the sale.

```
 1              Auction
 2         The back-up Bidder's deposit,
 3    will be held pending closing and
 4    promptly returned thereafter.
 5         For the avoidance of any doubt,
 6    no bid made here or announcement as
 7    to determination of the highest and
 8    best bid, shall be deemed to be an
 9    accepted or binding offer, unless and
10    until it is approved by order of the
11    Bankruptcy Court.
12         Each group has been seated at a
13    designated table, labeled with
14    letters A through C.  And each group
15    has agreed to make one person the
16    group's authorized representative to
17    speak for the group today and make
18    bids during the formal auction
19    proceeding on the record today.
20         Also in attendance today, are
21    representatives including counsel for
22    ACA Financial Guarantee Corporation,
23    UNB Bank, the United States Trustee
24    and the Official Committee of
25    Unsecured Creditors, appointed in the
```

```
 1              Auction
 2   Debtor's bankruptcy case.
 3              Some general rules this morning
 4   for nonparticipant attendees.  Much
 5   like in the courthouse, the formal
 6   auction proceeding this morning will
 7   be recorded by a court reporter.
 8              Other than this recording, no
 9   recordings of any kind are permitted
10   this morning, including photography
11   of any kind, by any person during the
12   auction proceedings.
13              Further, other than qualified
14   Bidder participants and their
15   authorized representatives, use of
16   tablets, photography devices, cell
17   phones or smart phones is not
18   permitted during the proceedings.
19   And any unauthorized use, will result
20   in suspension of the proceedings,
21   with such parties being requested to
22   leave the premises.
23              Other than authorized
24   participants and designated
25   representatives, no parties are
```

```
 1              Auction
 2  authorized to make any comments or
 3  statements on the record.  Further,
 4  nonparticipant attendees shall not be
 5  permitted to communicate with the
 6  Bidders, either prior to or during
 7  the auction proceedings.
 8          We also request that any
 9  members of the press that may be
10  present today, please refrain from
11  questioning any participant or
12  representative, until I have
13  announced that the proceedings have
14  concluded.
15          Thereafter, we further ask that
16  all parties present today be
17  respectful and courteous and honor
18  the wishes of any attendee, who does
19  not wish to be questioned or
20  interviewed.
21          Moving on then to the general
22  rules for participants, rules of the
23  auction today.
24          First, the Debtor
25  representatives shall conduct the
```

```
 1              Auction
 2     auction in accordance with the court
 3     approved Bidding Procedures, which
 4     are incorporated herein by reference
 5     in their entirety.
 6           A court stenographer shall be
 7     present to transcribe the formal
 8     portion of the auction proceedings.
 9           Each Bidder Group shall
10     designate one spokesperson for formal
11     on the record communications.
12           All official bidding shall take
13     place in the designated room, in the
14     presence of the court reporter and on
15     the record.  No parties may confer
16     with the Debtor or among themselves
17     off the record.  Bidding shall be
18     conducted in a round-robin manner.
19           The current highest bid of $10
20     million, by Group A, has been
21     determined to be the starting bid
22     this morning.
23           Thereafter, the bidding order
24     by round shall be by Group B, then C,
25     and then Group A's turn thereafter.
```

```
 1                Auction
 2      And they were designated in this
 3      order because it's the order that
 4      they were received.
 5            The initial overbid shall be an
 6      amount of not less than
 7      $10.1 million, with bidding
 8      increments thereafter of not less
 9      than 100,000, unless further
10      determined by the Debtor to agree to
11      a lower bidding increment.
12            All bidders shall have the
13      right to pass when their turn comes
14      and still participate in a later
15      round of bidding, provided that no
16      Bidder may pass in two consecutive
17      rounds.
18            All Bidders shall have the
19      opportunity to request reasonable
20      adjournments, of not greater than
21      approximately 10 minutes, during the
22      auction proceedings, in order to
23      confer at each point during the
24      proceedings when it is that Bidder's
25      opportunity to bid.  At such time as
```

```
 1                    Auction
 2       each remaining Bidder, other than the
 3       last highest Bidder, passes in the
 4       same round, each bidder will be asked
 5       one more time if they desire to
 6       submit a higher bid.  If all bidders
 7       decline, the Debtor shall indicate
 8       that it is prepared to close the
 9       bidding and if none of the Bidders
10       responds with an approved bid, will
11       close the bidding, subject to further
12       deliberations by the Debtor, the
13       committee and the secured parties.
14            After the initial close of
15       bidding, the Debtor, the Committee
16       and the Secured Parties, shall
17       independently and collectively
18       confer, to discuss and determine
19       which of the Bidders has submitted
20       the highest and best bid, in their
21       views, and other determinations as
22       may be necessary.
23            After conferring with the
24       parties, the Debtor may separately
25       confer with one or more Bidder
```

Page 13

```
 1              Auction
 2      Groups, in relation to the last
 3      highest bid made and any further
 4      adjustments or enhancements to bids
 5      that may be requested or agreed to be
 6      made.
 7              For the avoidance of doubt, it
 8      is possible that the Debtor may
 9      determine to open additional bidding
10      after that point in time and prior to
11      a formal close of the auction.
12              Further, the Debtor, in
13      consultation with the Committee and
14      Secured Parties, reserves the right
15      to alter or modify the rules set
16      forth this morning or otherwise as
17      permitted by the Bidding Procedures.
18              At the close of the auction,
19      the Debtor intends to announce the
20      determination of the parties or any
21      related disputes that might exist, to
22      the Bidders here today.
23              Thereafter, the results of the
24      auction, including any determination
25      as to the highest and best and
```

1                    Auction
2       back-up bid, will be presented
3       promptly to the Debtor's Board of
4       Trustees, following the close of the
5       auction today and the Debtor will
6       then present the results of the
7       auction to the Court at the Sale
8       Approval Hearing, which is currently
9       scheduled for Monday, February 5th.
10               After the close of the auction,
11      parties should be advised that the
12      Debtor does intend to finalize the
13      terms of the Purchase Agreement
14      immediately and have the winning
15      Bidder and back-up Bidder execute the
16      same, subject to Court approval.
17               Prior to our commencement of
18      the formal auction then, just a
19      couple of reminders.
20               As we mentioned earlier, there
21      is a court reporter transcribing the
22      proceeding. So when you speak,
23      please identify yourself for the
24      record and to ensure an accurate
25      record, please speak clearly, slowly

1   Auction
2   and only one person is to speak at a
3   time.
4       Unless there are any questions
5   from the Bidders, we will commence
6   with the first round of bidding.
7       So as each of the Groups were
8   informed, in accordance with the
9   Bidding Procedures, the Debtor has
10  announced that Group A has been
11  determined to be the highest bid and
12  will be the starting bid for purposes
13  of the auction this morning.
14      That means that it is currently
15  Group B's opportunity to bid.
16      MR. JIA:  Pass.
17      MR. SOUTHARD:  Group B has
18  determined to pass.  Now it is Group
19  C's opportunity to bid.
20      MR. VARDI:  10.1.
21      MR. SOUTHARD:  $10.1 million.
22  It's now Group A's opportunity to
23  bid.
24      MR. KANE:  10,200,000.
25      MR. SOUTHARD:  10.2 million

```
 1              Auction
 2   from Group A.  Group B.
 3           MR. JIA:  Pass.
 4           MR. SOUTHARD:  Group B has
 5   passed for a second time.
 6           Group C.
 7           MR. VARDI:  Pass.
 8           MR. SOUTHARD:  Group C has
 9   passed.  That means at this point,
10   Group C will have one other
11   opportunity to bid.
12           10.2 million to Group C.
13           MR. VARDI:  Can we have ten
14   minutes?
15           MR. SOUTHARD:  Absolutely.
16   Group C for the record, has requested
17   an opportunity to confer.  We will go
18   off the record at this point.
19           [At this time, a discussion was
20   held off the record.]
21           MR. VARDI:  We'll pass.
22           MR. SOUTHARD:  Back on the
23   record.
24           Group C has come back and
25   indicated they're also passing.  At
```

Page 17

```
 1              Auction
 2    this point, unless there are any
 3    additional bids by any of the
 4    bidders, we will close the bidding at
 5    this point and the Debtor will confer
 6    with the creditors present here this
 7    morning and may choose to speak with
 8    the Bidder Groups, so we would ask
 9    that you remain here for the moment
10    and we'll be back to you as soon as
11    we can.  We'll go off the record.
12         [At this time, a short recess
13    was taken.]
14         MR. SOUTHARD:  Good afternoon,
15    Sean Southard again, representing
16    Dowling College, back on the record
17    after an extended break from the
18    auction.
19         At this time, I am here to
20    advise the participants that the
21    auction is adjourned.  The parties,
22    including the Debtor, Secured
23    Creditors and the Official Committee
24    of Unsecured Creditors have conferred
25    off the record among themselves with
```

212-267-6868                                516-608-2400

Page 18

1          Auction
2    various of the bidders and at this
3    time, have not reached any
4    determinations in relation to the bid
5    submitted today at auction, so the
6    auction is adjourned.
7          We will be in contact with the
8    parties and the participants at the
9    auction today, as soon as we have a
10   determination to discuss with the
11   parties.
12         We appreciate your
13   participation and your patience
14   throughout the day and we will be in
15   touch as soon as we have more
16   information.  Thank you.
17         (Time noted:  4:00 p.m.)

```
 1
 2                    CERTIFICATION
 3
 4      I, JENNIFER BRENNAN, a Notary Public
 5   for and within the State of New York, do
 6   hereby certify:
 7      That the within transcript is a true
 8   and accurate record of the proceedings.
 9      I further certify that I am not
10   related to any of the parties to this
11   action by blood or marriage, and that I
12   am in no way interested in the outcome of
13   this matter.
14      IN WITNESS WHEREOF, I have hereunto
15   set my hand this 1st day of February,
16   2018.
17             [Signature: Jennifer Brennan]
18
19             JENNIFER BRENNAN
20
21                *     *     *
22
23
24
25
```