**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Joseph C. Corneau

*Counsel to the Debtor and Debtor-in-*
   *Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |

----------------------------------------------------------------x

## HEARING AGENDA

| **Time and Date of Hearing:** | June 4, 2018 at 1:30 p.m. (Eastern Time) |
|---|---|
| **Location of Hearing:** | Courtroom of the Honorable Robert E. Grossman, United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 |
| **Copies of Motions and Applications:** | The Motions and Applications may be viewed on the Court's website (http://www.nyeb.uscourts.gov/) with a login and password to the Court's Public Access to Court Electronic Records and copies of such documents can be obtained from the Debtor's noticing agent, Garden City Group, LLC at http://cases.gardencitygroup.com/dco. |

I.   **<u>Uncontested Matters</u>**

    1.    Adjourned Status Hearing

    <u>Related Documents</u>:

    A.    Order Scheduling Initial Case Management Conference [DE 74]

    <u>Status</u>:  This matter is going forward.

    2.    Debtor's Motion for Entry of (I) an Order (A) Approving Bidding Procedures for the Sale of the Debtor's Brookhaven Campus, (B) Scheduling an Auction and a Sale Hearing Related Thereto and (C) Approving the Form of Notice of the Auction and Sale Hearing; and (II) an Order (A) Approving Such Sale of the Brookhaven Campus Free and Clear of Liens, Claims, Encumbrances and Other Interests and (B) Granting Related Relief [DE 406]

    <u>Related Documents</u>:

    A.    Affidavit of Service of Sale Motion [DE 413]

    B.    Bidding Procedures Order for the Sale of the Debtor's Brookhaven Campus [DE 425]

    C.    Affidavit of Service of Bidding Procedures Order [DE 426]

    D.    Amended Notice of Bid Deadline, Auction, Objection Deadline and Sale Hearing for the Sale of the Debtor's Brookhaven Campus [DE 455]

    E.    Affidavit of Service of Amended Notice of Bid Deadline, Auction, Objection Deadline and Sale Hearing for the Sale of the Debtor's Brookhaven Campus [DE 459]

    F.    Notice of (i) High Bid Submitted by Triple Five Aviation LLC (ii) Adjourned Hearing to Approve Sale of Debtor's Brookhaven Campus to Highest and Best Bid, (iii) Deadline for Submission of Competing Bids, and Adjourned Auction, If Any Brookhaven Campus Hearing [DE 532]

    G.    Affidavit of Service of Notice of High Bid, etc. [DE 533].

    H.    Notice by Debtor as to (i) Close of Auction For Brookhaven Campus, and (ii) Determination as to Highest and Best Bid [DE 534]

    I.    Declaration of Robert S. Rosenfeld, Chief Restructuring Officer of the Debtor, In Support of the Debtor's Motion For an Order Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code Approving Sale of the Debtor's Brookhaven Campus Free and Clear of Liens, Claims, Encumbrances and Other Interests [DE 535]

    J.    Committee's Statement in Support of Approval of Sale of Brookhaven Campus to Triple Five Aviation Industries LLC [DE 536]

    K.    Affidavit of Service of Notice by Debtor as to Close of Auction and Declaration of Robert S. Rosenfeld In Support of Sale [DE 537]

Status:  The Debtor intends to seek this Court's approval of sale to high bidder Triple Five Aviation LLC.

## II. **Adversary Proceeding**

*Lori Zaikowski, on behalf of herself and all others similarly situated v. Dowling College*, Adv. Pro. No. 16-08178 (REG)

1. Pretrial Conference

   Related Documents:

   A.  Second Amended Adversary Class Action Complaint [Adv. Pro. DE 3]

   B.  Dowling College's Answer with Affirmative Defenses [Adv. Pro. DE 7]

   C.  Initial Pretrial Order [Adv. Pro. DE 9]

   D.  Consent Order Certifying Class and Granting Related Relief [Adv. Pro. DE 15]

   Status:  This matter is going forward as a status conference only.

Dated: New York, New York
       June 1, 2018

                      **KLESTADT WINTERS JURELLER**
                         **SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
     Sean C. Southard
     Joseph C. Corneau
     200 West 41st Street, 17th Floor
     New York, NY 10036
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email: ssouthard@klestadt.com
            jcorneau@klestadt.com

     *Counsel to the Debtor and Debtor-in-Possession*