UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

DOWLING COLLEGE,
f/d/b/a DOWLING INSTITUTE,
f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,
f/d/b/a CECOM,
a/k/a DOWLING COLLEGE, INC.,

              Debtor.

Chapter 11

Case No. 16-75545 (REG)

### EIGHTEENTH REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM MAY 1, 2018 THROUGH MAY 31, 2018

The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("RSR") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("Mr. Rosenfeld") as Chief Restructuring Officer ("CRO") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period May 1, 2018 through May 31, 2018.

    Exhibit A – Summary of Fees and Expenses

    Exhibit B – Summary of Services by Project Category

    Exhibit C – Detailed time entries by Project Category

    Exhibit D – Detail of Expenses Incurred

By: /s/ Robert S. Rosenfeld
Robert S. Rosenfeld
June 6, 2018

**Exhibit A**

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses**
**5/1/18 Through 5/31/18**

**Summary of Fees**

| Summary by Professional | Responsibility/ Position in Firm | Hours | Rate | Amount |
|---|---|---|---|---|
| R. Rosenfeld | Chief Restructuring Officer | 47.30 | $ 390.00 | $ 18,447.00 |
| N. Bivona | Managing Director | 44.00 | $ 390.00 | 17,160.00 |
| N. Andrade | Director | 104.90 | $ 350.00 | 36,715.00 |
| **Total** | | **196.20** | | **$ 72,322.00** |

| **Average blended hourly rate** | | | | **$ 368.61** |
|---|---|---|---|---|

**Summary of Expenses**

| Mail/Postage/shipping | $ 118.82 |
|---|---|
| Software expense | 15.00 |
| **Total** | **$ 133.82** |

**RSR Consulting, LLC**  **Exhibit B**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report - By Project Category**
**5/1/18 Through 5/31/18**

| Category | Billable Time | Billable Amt |
|---|---:|---:|
| Asset Analysis and Recovery | 3.6 | $ 1,404.00 |
| Asset Disposition | 25.5 | 9,945.00 |
| Business Operations | 81.4 | 29,850.00 |
| Claims Investigation | 61.3 | 21,607.00 |
| Court Hearings | 1.0 | 390.00 |
| Creditor Inquiries | 0.4 | 156.00 |
| Document Review | 1.1 | 429.00 |
| Dowling-Residential Ops | 5.3 | 2,067.00 |
| Dowling-Residential Sales | 2.1 | 819.00 |
| Fee Applications | 1.5 | 585.00 |
| Litigation Matters | 1.0 | 390.00 |
| Meeting | 2.5 | 975.00 |
| Meetings with Debtor and Representatives | 0.5 | 195.00 |
| UST Reporting | 9.0 | 3,510.00 |
| **Grand Total** | **196.2** | **$ 72,322.00** |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**5/1/18 Through 5/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 05/10/2018 | Robert Rosenfeld | Calls with bidder on Brookhaven Campus regarding follow up requests; discussions with M. Cheng regarding status of APA and deposit from bidder. | 0.70 | $390.00/hr | $273.00 |
| 05/17/2018 | Neil Bivona | Review inventory liquidation / orderly wind down analysis prepared by M. Samson & H. Hoff & various correspondence / phone calls re: the same. | 1.00 | $390.00/hr | $390.00 |
| 05/25/2018 | Neil Bivona | Call w/ former student re: status of account and payment options for Perkins loan w/ missing promissory note. | 0.40 | $390.00/hr | $156.00 |
| 05/30/2018 | Robert Rosenfeld | Review revised declaration for sale order and revised sale order in connection with Brookhaven campus sale. | 1.00 | $390.00/hr | $390.00 |
| 05/31/2018 | Neil Bivona | Review RCS student collection account reports and receipts for March & April.  Discuss w/ N. Andrade. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Asset Analysis and Recovery** | | | **3.60** | | **$1,404.00** |
| **Asset Disposition** | | | | | |
| 05/01/2018 | Neil Bivona | Review disbursement history and extract / compile costs specifically associated with carry of Brookhaven campus in current state as requested by Triple Five. | 3.50 | $390.00/hr | $1,365.00 |
| 05/01/2018 | Robert Rosenfeld | Call with R. Friedman and S. Southard re: status of Brookhaven | 0.20 | $390.00/hr | $78.00 |
| 05/01/2018 | Robert Rosenfeld | Review and work on expense analysis for Brookhaven property in response to requests from interested buyers. | 1.20 | $390.00/hr | $468.00 |
| 05/03/2018 | Neil Bivona | Brookhaven marketing process update call. | 0.30 | $390.00/hr | $117.00 |
| 05/03/2018 | Robert Rosenfeld | Attend meeting with Town of Brookhaven and R. Friedman regarding sale of Brookhaven campus; including travel to/from meeting. | 1.50 | $390.00/hr | $585.00 |
| 05/15/2018 | Robert Rosenfeld | Call with S. Southard re: APA with potential bidder status. | 0.30 | $390.00/hr | $117.00 |
| 05/15/2018 | Robert Rosenfeld | Call with creditors regarding Brookhaven campus sale status. | 0.50 | $390.00/hr | $195.00 |
| 05/15/2018 | Robert Rosenfeld | Prepare correspondence to Board of Trustees regarding status of Brookhaven campus sale. | 1.20 | $390.00/hr | $468.00 |
| 05/15/2018 | Robert Rosenfeld | Calls with interested parties for Brookhaven Campus sale and provide updates on status of process. | 1.50 | $390.00/hr | $585.00 |
| 05/15/2018 | Robert Rosenfeld | Follow up calls with bidders on Brookhaven campus sale; discuss with counsel to UCC. | 1.50 | $390.00/hr | $585.00 |
| 05/16/2018 | Robert Rosenfeld | Follow up calls with bidder regarding Brookhaven campus sale; calls with counsel for Debtor and UCC counsel regarding sale; call with CBRE regarding sale process. | 2.00 | $390.00/hr | $780.00 |
| 05/17/2018 | Neil Bivona | Call w/ R. Rosenfeld, S. Southard and R. Friedman re: status update on Brookhaven sale process. | 0.50 | $390.00/hr | $195.00 |
| 05/17/2018 | Robert Rosenfeld | Call with S. Southard, R. Friedman, N. Bivona to discuss update status of Brookhaven Campus sale. | 0.50 | $390.00/hr | $195.00 |
| 05/18/2018 | Robert Rosenfeld | Call with creditors and representatives and Debtor's counsel regarding status of Brookhaven campus sale. | 0.80 | $390.00/hr | $312.00 |
| 05/21/2018 | Robert Rosenfeld | Call with Debtor's and UCC counsel re: prep for Court hearing. | 0.30 | $390.00/hr | $117.00 |
| 05/22/2018 | Robert Rosenfeld | Review notice and call with counsel regarding notice of sale of Brookhaven campus. | 0.50 | $390.00/hr | $195.00 |
| 05/22/2018 | Robert Rosenfeld | Discussion with CBRE regarding status of Brookhaven campus s | 0.30 | $390.00/hr | $117.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**5/1/18 Through 5/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 05/22/2018 | Robert Rosenfeld | Call with brokers and counsel to discuss next steps on process for sale of Brookhaven campus sale. | 0.30 | $390.00/hr | $117.00 |
| 05/24/2018 | Neil Bivona | Review and reformat report on Library special collections & forward to S. Southard to provide to NYSAG. | 0.50 | $390.00/hr | $195.00 |
| 05/25/2018 | Neil Bivona | Review, revise and reformat report on endowment reallocation recommendations. Discuss w/ & forward to S. Southard to provide to NYSAG for review. | 0.80 | $390.00/hr | $312.00 |
| 05/25/2018 | Neil Bivona | Meet w/ Vaughn College personnel while awaiting for Triple Five & Madison Hawk personnel to arrive for joint tour. Follow up meeting w/ J. Hubbard after tour. | 0.80 | $390.00/hr | $312.00 |
| 05/25/2018 | Robert Rosenfeld | Review draft declaration for sale order for Brookhaven Campus | 1.50 | $390.00/hr | $585.00 |
| 05/29/2018 | Neil Bivona | Call with Debtor's counsel; Committee counsel and N. Bivona to discuss status of Brookhaven sale process. | 0.50 | $390.00/hr | $195.00 |
| 05/29/2018 | Robert Rosenfeld | Call with Debtor's counsel; Committee counsel and N. Bivona to discuss status of Brookhaven sale process. | 0.50 | $390.00/hr | $195.00 |
| 05/29/2018 | Robert Rosenfeld | Review Campus Agent's report on Brookhaven sale process; make revisions to R. Rosenfeld declaration in connection with sale; and review support for sale process in connection with sale order hearing. | 1.50 | $390.00/hr | $585.00 |
| 05/29/2018 | Robert Rosenfeld | Review documents relating to closing of sale of 123 Idle Hour and execute documents. | 1.00 | $390.00/hr | $390.00 |
| 05/30/2018 | Neil Bivona | Attend call with counsel and counsel to Creditors committee on status of Brookhaven campus sale order hearing. | 0.30 | $390.00/hr | $117.00 |
| 05/30/2018 | Robert Rosenfeld | Attend call with counsel and counsel to Creditors committee on status of Brookhaven campus sale order hearing. | 0.30 | $390.00/hr | $117.00 |
| 05/31/2018 | Neil Bivona | Review of Notice of sale and redacted APA for Triple Five / Brookhaven Campus. | 0.50 | $390.00/hr | $195.00 |
| 05/31/2018 | Robert Rosenfeld | Call with counsel, Committee counsel and N. Bivona regarding follow up to prep for Sale Order hearing. | 0.40 | $390.00/hr | $156.00 |
| **Totals For Asset Disposition** | | | **25.50** | | **$9,945.00** |
| **Business Operations** | | | | | |
| 05/01/2018 | Neil Bivona | Review of DIP Compliance reports for weeks 67, 68, 69. | 1.20 | $390.00/hr | $468.00 |
| 05/01/2018 | Nelson Andrade | Review payroll information. Create/update excel spreadsheets accordingly. Create electronic transfers and wires in the bank system. | 0.80 | $350.00/hr | $280.00 |
| 05/01/2018 | Robert Rosenfeld | Work on month end closing of books and bank reconciliations. | 1.50 | $390.00/hr | $585.00 |
| 05/02/2018 | Nelson Andrade | Review internally the self insured analysis. Discuss next steps. | 1.50 | $350.00/hr | $525.00 |
| 05/02/2018 | Nelson Andrade | Update self insured analysis to fix several issues related to database integrity. Include calculations related to gross claims. | 3.50 | $350.00/hr | $1,225.00 |
| 05/02/2018 | Robert Rosenfeld | Work on bank reconciliations for April 2018; month end closing | 3.00 | $390.00/hr | $1,170.00 |
| 05/02/2018 | Robert Rosenfeld | Review correspondence from counsel relating to property tax grievance process and Debtor coordination with potential buyer for grieving taxes. | 0.50 | $390.00/hr | $195.00 |
| 05/03/2018 | Nelson Andrade | Update and review professional fee analysis to incorporate latest invoices received. | 1.60 | $350.00/hr | $560.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**5/1/18 Through 5/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 05/03/2018 | Nelson Andrade | Update self insured analysis to include resolve issues related to identification of families for calculation of deductibles. Resolve different families with same last name and and same family with different last names. | 3.00 | $350.00/hr | $1,050.00 |
| 05/03/2018 | Nelson Andrade | Update self insured analysis to include and set up the information for deductible for each family and individual. Resolve database data integrity issues. | 3.50 | $350.00/hr | $1,225.00 |
| 05/03/2018 | Nelson Andrade | Update self insured analysis to separate claims by year and set up reporting for family and individual deductible information. Manage related correspondence. | 2.30 | $350.00/hr | $805.00 |
| 05/04/2018 | Nelson Andrade | Create instructions for weekly payments, review files and invoices received, make corrections to file, coordinate internally and manage related correspondence. Prepare transfers and wires and send for approval in banking system. | 2.20 | $350.00/hr | $770.00 |
| 05/04/2018 | Neil Bivona | Review of Perkins collection payments from SCS and correspondence form outside law firm. Draft correspondence to N. Varnovitsky re: the same and draft cover letter to send checks to ESCI (DOE Perkins servicer). | 0.70 | $390.00/hr | $273.00 |
| 05/04/2018 | Neil Bivona | Prepare six week DIP budget extension & update DIP borrowing Availability tracking spreadsheet. | 2.10 | $390.00/hr | $819.00 |
| 05/04/2018 | Robert Rosenfeld | Work on disbursements processing for week and updating quickbooks for week's activity. | 1.50 | $390.00/hr | $585.00 |
| 05/04/2018 | Robert Rosenfeld | Call with S. Southard, M. White, N. Bivona regarding real estate tax certiori protest relating to Oakdale properties. | 0.60 | $390.00/hr | $234.00 |
| 05/07/2018 | Nelson Andrade | Discuss previous week's payments with staff, print remaining invoices to be filed. Set up tactics for current week's payments. | 0.50 | $350.00/hr | $175.00 |
| 05/07/2018 | Nelson Andrade | Update professional fee control file for the latest invoices received and prepare invoices for payment. | 0.50 | $350.00/hr | $175.00 |
| 05/07/2018 | Nelson Andrade | Prepare compliance Report for week 70, review payments, incorporate into the compliance report file. Review and make changes as necessary. Manage related correspondence and internal calls | 2.30 | $350.00/hr | $805.00 |
| 05/07/2018 | Neil Bivona | Continued work and completion of DIP budget extension for weeks 73-78 (through 5-25-18) and transmit to lenders & counsel for review. | 1.20 | $390.00/hr | $468.00 |
| 05/08/2018 | Neil Bivona | Meet w/ A. Dimola and call to ADP re: changes to weekly payroll figures and discrepancies in tax withholding amounts. | 0.50 | $390.00/hr | $195.00 |
| 05/08/2018 | Neil Bivona | Prepare draft notice of borrowing for weeks 73-75. | 1.20 | $390.00/hr | $468.00 |
| 05/09/2018 | Neil Bivona | Attend to student inquiries and related issues. | 1.00 | $390.00/hr | $390.00 |
| 05/09/2018 | Neil Bivona | Meet w/ W. Benka re: status of various IT issues. | 0.50 | $390.00/hr | $195.00 |
| 05/09/2018 | Neil Bivona | Review notice from IRS re: 990 for National Honor Society. Follow up w. R. Cerullo re: the same. | 0.30 | $390.00/hr | $117.00 |
| 05/09/2018 | Nelson Andrade | Discuss internally the self insured claim analysis, make corrections to the and out-of-pocket-maximum calculations. | 3.50 | $350.00/hr | $1,225.00 |

**RSR Consulting, LLC**     **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**5/1/18 Through 5/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 05/11/2018 | Nelson Andrade | Create instructions for weekly payments, review files and invoices received, make corrections to file, coordinate internally and manage related correspondence. Prepare transfers and wires and send for approval in banking system. | 2.20 | $350.00/hr | $770.00 |
| 05/11/2018 | Nelson Andrade | Prepare compliance Report for week 72, review payments, incorporate into the compliance report file. Review and make changes as necessary. Manage related correspondence and internal calls | 2.30 | $350.00/hr | $805.00 |
| 05/11/2018 | Nelson Andrade | Prepare compliance Report for week 71, review payments, incorporate into the compliance report file. Review and make changes as necessary. Manage related correspondence and internal calls | 2.30 | $350.00/hr | $805.00 |
| 05/14/2018 | Nelson Andrade | Discuss previous week's payments with staff, print remaining invoices to be filed. Set up tactics for current week's payments. | 0.50 | $350.00/hr | $175.00 |
| 05/14/2018 | Neil Bivona | Prepare DIP borrowing Notices for three week period ended 5/4/17 & three week period ended 5/27/18. | 1.80 | $390.00/hr | $702.00 |
| 05/14/2018 | Neil Bivona | Review of DIP Compliance reports for DIP budget weeks 70, 71 | 0.90 | $390.00/hr | $351.00 |
| 05/14/2018 | Neil Bivona | Review and address student account and records issues. | 0.50 | $390.00/hr | $195.00 |
| 05/15/2018 | Nelson Andrade | Review invoices received, communicate with staff about invoices to be set up for payment. Related correspondence. | 0.50 | $350.00/hr | $175.00 |
| 05/15/2018 | Nelson Andrade | Review budget approval requests including excel file. | 1.60 | $350.00/hr | $560.00 |
| 05/16/2018 | Neil Bivona | Prepare e-mail to M. Grochowski re: DIP notices of borrowing for weeks 73-75 & 76-78. | 0.50 | $390.00/hr | $195.00 |
| 05/16/2018 | Nelson Andrade | Review DIP borrowing request and budget files received intern | 1.10 | $350.00/hr | $385.00 |
| 05/17/2018 | Neil Bivona | Review correspondence & related info from Conduent and USDOE re: assignment of Perkins Loan Judgments. prepare assignment letters for CRO signature. | 1.20 | $390.00/hr | $468.00 |
| 05/17/2018 | Robert Rosenfeld | Review and execute judgment assignments to US DOE. | 0.80 | $390.00/hr | $312.00 |
| 05/17/2018 | Robert Rosenfeld | Review bills and update quickbooks for activity. | 1.50 | $390.00/hr | $585.00 |
| 05/18/2018 | Nelson Andrade | Create instructions for weekly payments, review files and invoices received, make corrections to file, coordinate internally and manage related correspondence. Prepare transfers and wires and send for approval in banking system. | 2.20 | $350.00/hr | $770.00 |
| 05/18/2018 | Robert Rosenfeld | Work on weekly disbursements funding, payments and updating accounting in quickbooks. | 2.00 | $390.00/hr | $780.00 |
| 05/22/2018 | Neil Bivona | Review and prepare response to third-party information subpoena re: employment verification. | 0.50 | $390.00/hr | $195.00 |
| 05/22/2018 | Neil Bivona | Meet w/ Simplex technicians re: replacement of faulty duct detector in Nat Ctr Bldg A. | 0.30 | $390.00/hr | $117.00 |
| 05/22/2018 | Nelson Andrade | Review Healthplex file with RCS. Prepare for call and discuss analysis. | 1.50 | $350.00/hr | $525.00 |
| 05/23/2018 | Neil Bivona | Review and address student account inquiries. | 0.50 | $390.00/hr | $195.00 |
| 05/24/2018 | Neil Bivona | Review Simplex sprinkler inspection report for Nat Ctr Bldg. B re: deficiencies to be addressed. Correspondence w/ Simplex re: the same. | 0.70 | $390.00/hr | $273.00 |
| 05/24/2018 | Neil Bivona | Meet w/ A. Dimola re: preparation ADP payroll reports for next pay period. | 0.40 | $390.00/hr | $156.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**5/1/18 Through 5/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 05/24/2018 | Neil Bivona | Call w/ W. Benka re: status of plans / preparation w/ CIS for reconfiguration / simplification of server hardware and software re: exit form Brookhaven campus by end of June. | 0.70 | $390.00/hr | $273.00 |
| 05/25/2018 | Neil Bivona | Assess HVAC functionality in Nat Ctr Buildings.  Attempt to restart blower unit in Nat Ctr bldg B unsuccessfully.   Calls to Anron for assessment & scheduling of service call. | 1.20 | $390.00/hr | $468.00 |
| 05/25/2018 | Neil Bivona | Follow up correspondence w/ C. Drummond at Conduent rE: status of Perkins assignment process and possibilities for dealing with accounts with missing promissory notes. | 0.50 | $390.00/hr | $195.00 |
| 05/25/2018 | Nelson Andrade | Create instructions for weekly payments, review files and invoices received, make corrections to file, coordinate internally and manage related correspondence.  Prepare transfers and wires and send for approval in banking system. | 2.20 | $350.00/hr | $770.00 |
| 05/25/2018 | Robert Rosenfeld | Process weekly disbursements and update accounting in quick | 1.50 | $390.00/hr | $585.00 |
| 05/29/2018 | Neil Bivona | Review Nat. Ctr buildings & create to do list for closing / vacating premises. | 1.50 | $390.00/hr | $585.00 |
| 05/29/2018 | Neil Bivona | Meet w/ Anron technician re: temporary repairs to Nat Ctr Bldg B HVAC blower unit & need for replacement parts for permanent repair. | 0.50 | $390.00/hr | $195.00 |
| 05/29/2018 | Nelson Andrade | Review payroll information.  Create/update excel spreadsheets accordingly.  Create electronic transfers and wires in the bank system. | 0.80 | $350.00/hr | $280.00 |
| 05/30/2018 | Nelson Andrade | Review real estate tax payment information.  Create/update excel spreadsheets accordingly.  Create electronic transfers and wires in the bank system. | 2.00 | $350.00/hr | $700.00 |
| 05/31/2018 | Neil Bivona | Review BOT archive boxes for return to Iron Mountain & index boxes possible needed for recall at a alter date. | 0.70 | $390.00/hr | $273.00 |
| 05/31/2018 | Nelson Andrade | Prepare the sweep and payment to RCS related to April activity in the student collection account.  Review, prepare excel files, format PDF files, set up transfers and wires and prepare related correspondence. | 1.50 | $350.00/hr | $525.00 |
| 05/31/2018 | Nelson Andrade | Prepare the sweep and payment to RCS related to May activity in the student collection account.  Review, prepare excel files, format PDF files, set up transfers and wires and prepare related correspondence. | 1.50 | $350.00/hr | $525.00 |
| **Totals For Business Operations** | | | **81.40** | | **$29,850.00** |
| **Claims Investigation** | | | | | |
| 05/07/2018 | Nelson Andrade | Complete and review deductible calculation for self insured claims. Individual and Family deductible calculations for 2014, 2015, 2016. | 2.20 | $350.00/hr | $770.00 |
| 05/08/2018 | Nelson Andrade | Calculation of the allowed claims by family. Transition the information from each individual and roll up based on each employee.  Determine deductible schedule and update in the file. | 4.30 | $350.00/hr | $1,505.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**5/1/18 Through 5/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 05/08/2018 | Nelson Andrade | Discuss internally the self insured claims analysis. | 1.10 | $350.00/hr | $385.00 |
| 05/09/2018 | Neil Bivona | Begin drafting memo to DOL re: calculation of employee medical claim payments. | 2.00 | $390.00/hr | $780.00 |
| 05/09/2018 | Nelson Andrade | Discuss internally the self insured claim analysis, make corrections to the deductibles calculations. | 3.30 | $350.00/hr | $1,155.00 |
| 05/10/2018 | Nelson Andrade | Complete and review out-of-pocket maximum calculation for self insured claims. Individual and Family deductible calculations for 2014, 2015, 2016. | 4.50 | $350.00/hr | $1,575.00 |
| 05/10/2018 | Nelson Andrade | Create and review all the statistics calculation based on CPT code, fee schedule and billing amounts of the entire pool of claims. | 4.00 | $350.00/hr | $1,400.00 |
| 05/14/2018 | Nelson Andrade | Review executive summary of the self insured claims analysis and discuss internally the updates written over the previous week. | 2.30 | $350.00/hr | $805.00 |
| 05/14/2018 | Nelson Andrade | Create tables and charts to illustrate the Claims Analysis and make it user friendly.  Include additional data sorting tools for the various claims, including vision claims. | 2.80 | $350.00/hr | $980.00 |
| 05/14/2018 | Nelson Andrade | Update Executive Summary of Claims Analysis to include additional information and tables and charts. | 2.30 | $350.00/hr | $805.00 |
| 05/15/2018 | Nelson Andrade | Review self insured claims analysis performed and update certain tabs in the excel file. | 2.10 | $350.00/hr | $735.00 |
| 05/16/2018 | Nelson Andrade | Review and revise the executive summary based on internal cc | 1.80 | $350.00/hr | $630.00 |
| 05/16/2018 | Nelson Andrade | Update self insured claims file for latest version of executive summary.  Update stats tab. Manage internal communication and correspondence. | 1.90 | $350.00/hr | $665.00 |
| 05/17/2018 | Nelson Andrade | Update self insured claims file for latest version of executive summary.  Update stats tab. Manage internal communication and correspondence. | 3.10 | $350.00/hr | $1,085.00 |
| 05/18/2018 | Nelson Andrade | Update self insured claims file for latest version of executive summary.  Update stats tab. Manage internal communication and correspondence. | 3.00 | $350.00/hr | $1,050.00 |
| 05/21/2018 | Nelson Andrade | Create output tab for the self insured claims analysis. Separate Allowed Claims by families and by individuals.  Roll up claims following logic of the executive summary. | 3.00 | $350.00/hr | $1,050.00 |
| 05/21/2018 | Nelson Andrade | Create output tab for the self insured claims analysis. Separate claims by families and by individuals.  Roll up claims following logic of the executive summary. | 3.50 | $350.00/hr | $1,225.00 |
| 05/21/2018 | Nelson Andrade | Correspondence and related activities associated with conference call to discuss dental insurance. | 0.50 | $350.00/hr | $175.00 |
| 05/22/2018 | Neil Bivona | Call w M. Hablenko and N. Andrade re: Healthplex employee dental claim analysis. | 1.00 | $390.00/hr | $390.00 |
| 05/23/2018 | Nelson Andrade | Review original data related to claims investigation file furnished by RCS. | 2.10 | $350.00/hr | $735.00 |
| 05/23/2018 | Nelson Andrade | Review calculations related to claims investigation file furnished by RCS. | 3.20 | $350.00/hr | $1,120.00 |
| 05/24/2018 | Nelson Andrade | Continue to review calculations related to claims investigation file furnished by RCS. | 2.10 | $350.00/hr | $735.00 |

**RSR Consulting, LLC**     **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**5/1/18 Through 5/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 05/29/2018 | Neil Bivona | Review employee plan summary documents for dental coverage details for staff (local 153 & 434) and Faculty. | 0.80 | $390.00/hr | $312.00 |
| 05/29/2018 | Nelson Andrade | Start discussed and modified and on Healthplex, structure certain binary labels to the database. | 2.30 | $350.00/hr | $805.00 |
| 05/29/2018 | Nelson Andrade | Internal discussion related to Healthplex analysis put together by RCS. Discuss strategy for the claims investigation going forward. | 0.90 | $350.00/hr | $315.00 |
| 05/29/2018 | Nelson Andrade | Review summary of plan deductibles and related files received | 1.20 | $350.00/hr | $420.00 |
| **Totals For Claims Investigation** | | | **61.30** | | **$21,607.00** |
| **Court Hearings** | | | | | |
| 05/21/2018 | Robert Rosenfeld | Attend status conference on sale of Brookhaven Campus at Bankruptcy Court. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Court Hearings** | | | **1.00** | | **$390.00** |
| **Creditor Inquiries** | | | | | |
| 05/22/2018 | Robert Rosenfeld | Research and respond to M. Schoenhals request for informatic | 0.40 | $390.00/hr | $156.00 |
| **Totals For Creditor Inquiries** | | | **0.40** | | **$156.00** |
| **Document Review** | | | | | |
| 05/04/2018 | Neil Bivona | Review of Examiners proposed work plan and budget. | 0.50 | $390.00/hr | $195.00 |
| 05/30/2018 | Neil Bivona | Review Rosenfeld declaration in support of Brookhaven campus asset sale. | 0.60 | $390.00/hr | $234.00 |
| **Totals For Document Review** | | | **1.10** | | **$429.00** |
| **Dowling-Residential Ops** | | | | | |
| 05/02/2018 | Neil Bivona | Review correspondence from Cronin & Cronin re: Mercury request to file tax protests for 121 Central, 135 Idle Hour and 64 Chateau. Discuss the same w/ R. Rosenfeld. | 0.50 | $390.00/hr | $195.00 |
| 05/17/2018 | Neil Bivona | Drive by of Oakdale residential properties. Correspondence w/ J, Sturchio re: the same. Call landscaper for mowing & cleanup of storm debris. | 0.50 | $390.00/hr | $195.00 |
| 05/25/2018 | Neil Bivona | Follow up w/ D. Niknamfard & J. Sturchio re: status & timing of pending residential closings. Compile and review RE tax bills for remaining properties. Prepare schedule and call w/ R. Bertucci to discuss. Call w/ R. Rosenfeld to discuss status & plan for payment of taxes. Prepare special notice of borrowing under TL C for funding of RE taxes & forward to DIP distribution list. | 2.50 | $390.00/hr | $975.00 |
| 05/29/2018 | Neil Bivona | Various correspondence & phone call w/ R. Bertucci re: RE tax payments. Review bills vs. schedule to notice of borrowing. Revise and resend notice of borrowing. Update Borrowing availability worksheet. | 1.80 | $390.00/hr | $702.00 |
| **Totals For Dowling-Residential Ops** | | | **5.30** | | **$2,067.00** |
| **Dowling-Residential Sales** | | | | | |
| 05/01/2018 | Robert Rosenfeld | Review and execute closing documents for 47 Chateau; obtain notary signature and send overnight to GW. | 1.50 | $390.00/hr | $585.00 |
| 05/04/2018 | Neil Bivona | Call w/ S. Southard, M. White, & R. Rosenfeld re: request by Mercury for Dowling to file tax protest complaints. | 0.60 | $390.00/hr | $234.00 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**5/1/18 Through 5/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Totals For Dowling-Residential Sales** | | | **2.10** | | **$819.00** |
| **Fee Applications** | | | | | |
| 05/04/2018 | Robert Rosenfeld | Prepare monthly fee statement for RSR Consulting for Court. | 1.50 | $390.00/hr | $585.00 |
| **Totals For Fee Applications** | | | **1.50** | | **$585.00** |
| **Litigation Matters** | | | | | |
| 05/30/2018 | Neil Bivona | Review WARN Act class document request and interrogatories | 1.00 | $390.00/hr | $390.00 |
| **Totals For Litigation Matters** | | | **1.00** | | **$390.00** |
| **Meeting** | | | | | |
| 05/17/2018 | Robert Rosenfeld | Attend Board of Trustee meeting. | 0.50 | $390.00/hr | $195.00 |
| 05/18/2018 | Neil Bivona | Meeting with Brookhaven campus bidder w/ S. Southard R Rosenfeld and R. Friedman. | 1.00 | $390.00/hr | $390.00 |
| 05/18/2018 | Robert Rosenfeld | Meeting with bidder for Brookhaven campus sale, Debtor counsel, UCC counsel. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Meeting** | | | **2.50** | | **$975.00** |
| **Meetings with Debtor and Representatives** | | | | | |
| 05/17/2018 | Neil Bivona | Attend BOT status update call. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Meetings with Debtor and Representatives** | | | **0.50** | | **$195.00** |
| **UST Reporting** | | | | | |
| 05/07/2018 | Robert Rosenfeld | Work on month end closing of books and preparation of MOR for April 2018. | 4.50 | $390.00/hr | $1,755.00 |
| 05/09/2018 | Robert Rosenfeld | Make revisions to April 2018 MOR. | 2.50 | $390.00/hr | $975.00 |
| 05/14/2018 | Robert Rosenfeld | Make revisions to MOR for April 2018 and send to counsel for | 2.00 | $390.00/hr | $780.00 |
| **Totals For UST Reporting** | | | **9.00** | | **$3,510.00** |
| **Grand Total** | | | **196.20** | | **$72,322.00** |

**RSR Consulting, LLC**  **Exhibit D**
**Dowling College - Case #16-75545 (REG)**
**Detailed Expense Report**
**5/1/18 Through 5/31/18**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 05/13/2018 | Robert Rosenfeld | Right Networks monthly charge for quickbooks hosting. | $15.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$15.00** |
| **Postage & Shipping** | | | |
| 05/01/2018 | Robert Rosenfeld | Overnight mail to GW relating to 47 Chateau closing. | $28.65 |
| 05/23/2018 | Robert Rosenfeld | Notary Public fees & UPS overnight costs for 89 Central Closing. | $28.78 |
| 05/30/2018 | Robert Rosenfeld | Overnight shipping costs & Notary fees for documents shipped to Garfunkel Wild for 123 Idle Hour closing | $61.39 |
| **Totals Billable Amounts for Postage & Shipping** | | | **$118.82** |
| **Grand Total** | | | **$133.82** |