# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: smarcus | Date Created: 6/13/2018 |
| Case: 8–16–75545–reg | Form ID: 295 | Total: 16 |

**Recipients of Notice of Electronic Filing:**
aty       Adam T Berkowitz          aberkowitz@garfunkelwild.com
aty       Howard B Kleinberg         hkleinberg@MSEK.com
aty       Joseph Charles Corneau       jcorneau@klestadt.com
aty       Lauren Catherine Kiss        lkiss@klestadt.com
aty       Richard J McCord          rmccord@certilmanbalin.com
aty       Ronald J Friedman          efilings@spallp.com
aty       Sean C Southard          ssouthard@klestadt.com
aty       Stephanie R Sweeney         ssweeney@klestadt.com

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Dowling College       150 Idle Hour Blvd.       Oakdale, NY 11769
aty       Klestadt Winters Jureller Southard & Stevens, LLP       200 West 41st Street       17th Floor       New York, NY 10036–7203
          Stan Yang       Office of the U.S. Trustee       560 Federal Plaza       Central Islip, NY 11722
          Ian Hammel       Mintz Levin       One Financial Center       Boston, MA 02111
          Sean C. Southard       Klestadt Winters Jureller       Southard & Stevens, LLP       200 West 41st Street, 17th Floor       New York, NY 10036
          Glenn E. Siegel       Morgan, Lewis & Bockius LLP       101 Park Avenue       New York, NY 10178
          John R. Weider       Barclay Damon LLP       2000 HSBC Plaza       100 Chestnut Street       Rochester, NY 14604
          Rene S. Roupinian       Outten & Golden LLP       Three Park Avenue, 29th Floor       New York, NY 10016

TOTAL: 8