# EXHIBIT A

## CATEGORY LIST

In re: Dowling College
Chapter 11 – Case No. 16-75545 (REG)

|  | CATEGORY | TOTAL HOURS | AMOUNT CHARGED | AVERAGE HOURLY RATE |
|---|---|---|---|---|
| 1. | Asset Sale | 208.30 | $114,659.00 | $550.45 |
| 2. | Case Administration | 35.80 | $16,273.00 | $454.55 |
| 3. | Claims Administration/Objection | 1.70 | $535.00 | $314.71 |
| 4. | Fee Application | 34.50 | $8,353.00 | $242.12 |
| 5. | Financing | 9.20 | $3,779.50 | $410.82 |
| 6. | Litigation | 222.30 | $131,221.50 | $590.29 |
| 7. | Plan/Disclosure | 30.60 | $12,619.50 | $412.40 |
| 8. | Retention Order | 0.30 | $97.50 | $325.00 |
|  |  |  |  |  |
|  | **Totals:** | **542.70** | **$287,638.00** |  |
|  | **Blended Hourly Rate:** |  |  | **$530.01** |