# EXHIBIT B

**In re: Dowling College**
**Chapter 11 – Case No. 16-75545 (REG)**

**PROFESSIONALS LIST**
**October 1, 2017 through and including May 31, 2018**

| PARTNERS | NEW YORK BAR ADMISSION YEAR | HOURS | RATE | AMOUNT | BLENDED RATE |
|---|---|---|---|---|---|
| Anthony C. Acampora | 1984 | 174.30 | $625.00 | $108,937.50 | |
| Ronald J. Friedman | 1997 | 194.50 | $585.00 | $113,782.50 | |
| Kenneth P. Silverman | 1981 | 25.10 | $695.00 | $17,444.50 | |
| | | **393.90** | | **$240,164.50** | **$609.71** |
| **ASSOCIATES** | | | | | |
| Brian Powers | 2013 | 49.90<br>97.30 | $325.00<br>$350.00 | $14,917.50<br>$32,360.00 | |
| Haley Trust | 2017 | 0.30<br>0.60 | $150.00<br>$0.00 | $45.00 | |
| | | **148.10** | | **$47,322.50** | **$319.53** |
| **PARALEGAL** | | | | | |
| Lynne M. Manzolillo | | 0.60 | $210.00 | $126.00 | |
| | | **0.60** | | **$126.00** | **$210.00** |
| **LEGAL ASSISTANT** | | | | | |
| Melissa Cohen | | 0.10 | $150.00 | $15.00 | |
| | | **0.10** | | **$15.00** | **$150.00** |
| **TOTAL** | | **542.70** | | **$287,638.00** | |
| **BLENDED HOURLY RATE:** | | | **$530.01** | | |

HTRUST/2195671.1/066648