# EXHIBIT C

**In re: Dowling College**
**Chapter 11 – Case No. 16-75545 (REG)**

**DISBURSEMENT SUMMARY**

**October 1, 2017 through and including May 31, 2018**

| | |
|---|---:|
| Mileage | $36.94 |
| Pacer | $8.30 |
| Postage | $607.96 |
| **TOTAL** | **$653.20** |

HTRUST/2195708.1/066648