**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| Debtor. | : | |

---------------------------------------------------------------x

**SUMMARY SHEET PURSUANT TO UNITED STATES TRUSTEE**
**GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FILED UNDER 11 U.S.C. § 330 FOR**
**THE THIRD INTERIM FEE APPLICATION OF KLESTADT WINTERS**
**JURELLER SOUTHARD & STEVENS, LLP, GENERAL BANKRUPTCY**
**COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION**

| | |
|---|---|
| Name of Applicant: | Klestadt Winters Jureller Southard & Stevens, LLP |
| | |
| Compensation Period: | October 1, 2017 through May 31, 2018 |
| | |
| Role in This Case: | Counsel to the Debtor and Debtor in Possession |
| | |
| **CURRENT APPLICATION**: | |
| | |
| Total Fees Requested for the Compensation Period: | $588,383.95 |

| | |
|---|---|
| Total Expenses Requested for the Compensation Period: | $5,738.26 |
| Total Sought: | $594,122.21 |
| Petition Date: | November 29, 2016 |
| Retention Date: | November 29, 2016 |
| Date of Order Approving Employment: | January 5, 2017 |
| Blended Rate in this Application for All Attorneys: | $471.16 |
| Blended Rate in this Application for All Timekeepers: | $455.41 |
| Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed: | $440,252.76 |
| Expenses Sought in this Application Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed: | $5,427.10 |
| Number of Professionals Included in this Application: | 10 |
| Difference Between Fees Budgeted and Compensation Sought for this Period: | See Summary of Services Rendered |
| Number of Professionals Billing Fewer than 15 Hours to the Case During this Period: | 2 Paralegals |
| Are any rates higher than those approved or disclosed at retention? | No. |
| **PRIOR APPLICATIONS**: | |
| *First Interim Application for Period of November 29, 2016 through March 31, 2017* | |

|  |  |
|---|---|
| Total Fees Requested: | $522,896.25 |
| Total Fees Allowed (including fees held back): | $522,896.25 |
| Total Fees Allowed and Payable (net of 20% holdback): | $418,317.00 |
|  |  |
| Total Expenses Requested: | $9,239.82 |
| Total Expenses Allowed and Payable: | $7,522.82 |
|  |  |
| *Second Interim Application for Period of April 1, 2017 through September 30, 2017* |  |
|  |  |
| Total Fees Requested: | $855,933.15 |
| Total Fees Allowed (including fees held back): | $855,933.15 |
| Total Fees Allowed for First Interim Holdback: | $104,579.25 |
| Total Fees Allowed and Payable (net of Second Interim Holdback): | $789,325.77 |
|  |  |
| Total Expenses Requested: | $11,385.56 |
| Total Expenses Allowed and Payable: | $11,385.56 |
|  |  |

This is an:  _X_ interim   ___ final application.

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------x
In re                                          :        Chapter 11
                                               :
DOWLING COLLEGE,                               :
f/d/b/a DOWLING INSTITUTE,                      :        Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                 :
ASSOCIATION,                                   :
f/d/b/a CECOM,                                 :
a/k/a DOWLING COLLEGE, INC.,                   :
                                    Debtor.     :
----------------------------------------------------------------x
```

**APPLICATION OF KLESTADT WINTERS JURELLER SOUTHARD &**
**STEVENS, LLP, GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR**
**AND DEBTOR IN POSSESSION, FOR A THIRD INTERIM ALLOWANCE**
**OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**
**THE PERIOD OF OCTOBER 1, 2017 THROUGH MAY 31, 2018**

**TO THE HONORABLE ROBERT E. GROSSMAN,**
**UNITED STATES BANKRUPTCY JUDGE**:

Klestadt Winters Jureller Southard & Stevens, LLP ("KWJS&S"), as general bankruptcy

counsel to Dowling College, (the "Debtor"), debtor and debtor-in-possession in the above-

captioned chapter 11 case (the "Chapter 11 Case"), as and for its application ("Application") for a

third interim allowance of compensation for services rendered and reimbursement of expenses for

the period of October 1, 2017 through May 31, 2018, pursuant to 11 U.S.C. §§ 330(a) and 331,

and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), respectfully sets forth and represents as follows:

## INTRODUCTION

1.      This application is respectfully submitted by KWJS&S for an interim allowance of compensation and reimbursement of expenses for all services rendered to the Debtor from October 1, 2017 through May 31, 2018 (the "<u>Third Interim Period</u>"), as follows:

| | |
|---|---|
| Total Fees Requested for the Third Interim Period: | $588,383.95[1] |
| Total Expenses Requested for the Third Interim Period: | <u>$5,738.26</u> |
| **Total Sought:** | **$594,122.21** |

2.      During the Third Interim Period, KWJS&S committed a total of 1,292 hours of professional and paraprofessional time, resulting in an average hourly billing rate of $455.41. Copies of the detailed attorney time records for the Third Interim Period are annexed hereto as **Exhibit B** and summaries of the time records broken down by timekeeper and billing task code are annexed as **Exhibits C** and **D**, respectively.

3.      During the Third Interim Period, KWJS&S advanced $5,738.26 for expenses for which it seeks reimbursement.  A detailed summary of expenses is annexed hereto as **Exhibit E**.

4.      Annexed hereto as **Exhibit F** is the certification of Sean C. Southard.

## JURISDICTION

5.      This Court has jurisdiction over this Application by virtue of 28 U.S.C. §§ 157(a) and (b), and 1334(b), and the Administrative Order No. 264 titled "In the Matter of The Referral

---

[1] Reflects voluntarily write off of twenty-nine (29) time entries totaling $7,997.00 for time related to preparing, reviewing, or revising monthly fee statements.

of Matters to the Bankruptcy Judges" of the United States District Court for the Eastern District of New York (Weinstein, C.J.) dated August 28, 1986.

6.      Venue is proper in this district pursuant to 28 U.S.C. § 1409(a) because this proceeding arises in a case under the Bankruptcy Code pending in this district.

## BACKGROUND

7.       On November 29, 2016 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York (the or this "Court").

8.      On the Petition Date, an application to employ KWJS&S as attorneys for the Debtor was filed (the "KWJS&S Retention Application") [Docket No. 17].  The KWJS&S Retention Application was granted by order of the Court dated January 5, 2017 and the retention was approved *nunc pro tunc* to the Petition Date (the KWJS&S Retention Order") [Docket No. 136]. A copy of the KWJS&S Retention Order is annexed hereto as **Exhibit A**.

9.      On December 21, 2016, the Court entered the *Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [Docket No. 117].  In accordance with the Interim Compensation Order, KWJS&S has submitted monthly fee statements throughout the Chapter 11 Case seeking interim compensation and reimbursement of expenses.  Pursuant to the Interim Compensation Order, KWJS&S may receive eighty percent (80%) of fees and one hundred percent (100%) of expenses, subject to future allowance of the Court. During the Third Interim Period, KWJS&S submitted the following monthly fee statements:

      (a) On November 9, 2017, pursuant to the Interim Compensation Order, KWJS&S served its eleventh fee statement for the period from October 1, 2017 through October 31, 2017 (the "Eleventh Fee Statement").  The Eleventh Fee Statement

3

sought (i) an allowance of $97,759.95 as compensation for services rendered and (ii) the reimbursement of $414.46 in expenses.  As of the date hereof, KWJS&S has received a total of $78,622.42 representing payment for (i) 80% of KWJS&S's fees, and (ii) 100% of the expenses incurred pursuant to the Eleventh Fee Statement.

(b)    On December 14, 2017, pursuant to the Interim Compensation Order, KWJS&S served its twelfth fee statement for the period from November 1, 2017 through November 30, 2017 (the "Twelfth Fee Statement"). The Twelfth Fee Statement sought (i) an allowance of $99,134.00 as compensation for services rendered and (ii) the reimbursement of $672.94 in expenses.  As of the date hereof, KWJS&S has received a total of $79,980.14, which represents payment for (i) 80% of KWJS&S's fees and (ii) 100% of the expenses incurred pursuant to the Twelfth Fee Statement.

(c)    On January 15, 2018, pursuant to the Interim Compensation Order, KWJS&S served its thirteenth fee statement for the period from December 1, 2017 through December 31, 2017 (the "Thirteenth Fee Statement"). The Thirteenth Fee Statement sought (i) an allowance of $82,039.00 as compensation for services rendered and (ii) the reimbursement of $802.60 in expenses.  As of the date hereof, KWJS&S has received a total of $66,433.80, which represents payment for (i) 80% of KWJS&S's fees and (ii) 100% of the expenses incurred pursuant to the Thirteenth Fee Statement.

(d)    On February 15, 2018, pursuant to the Interim Compensation Order, KWJS&S served its fourteenth fee statement for the period from January 1, 2018 through January 31, 2018 (the "Fourteenth Fee Statement"). The Fourteenth Fee Statement sought (i) an allowance of $132,498.75 as compensation for services rendered and (ii) the reimbursement of $756.41 in expenses.  As of the date hereof, KWJS&S has received a total of $106,755.41, which represents payment for (i) 80% of KWJS&S's fees and (ii) 100% of the expenses incurred pursuant to the Fourteenth Fee Statement.

(e)    On March 15, 2018, pursuant to the Interim Compensation Order, KWJS&S served its fifteenth fee statement for the period from February 1, 2018 through February 28, 2018 (the "Fifteenth Fee Statement"). The Fifteenth Fee Statement sought (i) an allowance of $88,570.25 as compensation for services rendered and (ii) the reimbursement of $1,815.33 in expenses.  As of the date hereof, KWJS&S has received a total of $72,671.53, which represents payment for (i) 80% of KWJS&S's fees and (ii) 100% of the expenses incurred pursuant to the Fifteenth Fee Statement.

(f) On April 16, 2018, pursuant to the Interim Compensation Order, KWJS&S served its sixteenth fee statement for the period from March 1, 2018 through March 31, 2018 (the "Sixteenth Fee Statement"). The Sixteenth Fee Statement sought (i) an allowance of $20,771.50 as compensation for services rendered and (ii) the reimbursement of $639.56 in expenses.  As of the date hereof, KWJS&S has received a total of $17,256.76, which represents payment for (i) 80% of KWJS&S's fees and (ii) 100% of the expenses incurred pursuant to the Sixteenth Fee Statement.

(g) On May 10, 2018, pursuant to the Interim Compensation Order, KWJS&S served its seventeenth fee statement for the period from April 1, 2018 through April 30, 2018 (the "Seventeenth Fee Statement"). The Seventeenth Fee Statement sought (i) an allowance of $29,542.50 as compensation for services rendered and (ii) the reimbursement of $325.80 in expenses.  As of the date hereof, KWJS&S has received a total of $23,959.80, which represents payment for (i) 80% of KWJS&S's fees and (ii) 100% of the expenses incurred pursuant to the Seventeenth Fee Statement.

(h) On June 12, 2018, pursuant to the Interim Compensation Order, KWJS&S served its eighteenth fee statement for the period from May 1, 2018 through May 31, 2018 (the "Eighteenth Fee Statement"). The Eighteenth Fee Statement sought (i) an allowance of $38,068.00 as compensation for services rendered and (ii) the reimbursement of $311.16 in expenses.  As of the date hereof, the time for filing objections to the Eighteenth Fee Statement has not passed.

10.    In connection with its Fee Statements during the Third Interim Period, and pursuant to the Interim Compensation Order, by the hearing on this Application, KWJS&S expects to have received $470,707.16 with respect to its accrued fees, with $117,676.79 held back (the "Third Interim Holdback").

11.    During this Chapter 11 Case, KWJS&S has made two interim fee applications.  On May 26, 2017, the Court signed an order (the "First Interim Order") [DE 338] approving the first interim application filed by KWJS&S on August 28, 2017 (the "First Interim Application") [DE 307] relating to the period from November 29, 2016 through March 31, 2017 (the "First Interim Period").  The total fees requested by KWJS&S in the First Interim Application and allowed by the Court in the First Interim Order were in the amount of $522,896.25, which were subject to a 20% holdback in the amount of $104,579.25 (the "First Interim Holdback").  Pursuant to the First

Interim Order, the Court authorized payment to KWJS&S of fees in the amount of $418,317.00 and expenses in the amount of $7,522.82.

12.    On December 1, 2017, the Court signed an order (the "Second Interim Order") [DE 456] approving the second interim application filed by KWJS&S on October 27, 2017 (the "Second Interim Application") [DE 433] relating to the period from April 1, 2017 through September 30, 2017 (the "Second Interim Period").  The total fees requested by KWJS&S in the Second Interim Application and allowed by the Court in the Second Interim Order were in the amount of $855,933.15, which were subject to a 20% holdback in the amount of $171,186.63 (the "Second Interim Holdback").  Pursuant to the Second Interim Order, the Court authorized payment to KWJS&S for the following amounts: (i) fees in the amount of $684,746.52 on account of the Second Interim Application, (ii) expenses in the amount of $11,385.56 on account of the Second Interim Application, and (iii) fees in the amount of $104,579.25 on account of the First Interim Holdback.

13.    KWJS&S has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.  No promises have been received by KWJS&S as to compensation in connection with this Chapter 11 Case other than in accordance with the provisions of the Bankruptcy Code.

**SUMMARY OF SERVICES RENDERED**

14.    In conformity with the United States Trustee Guidelines For Reviewing Applications For Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, dated January 30, 1996 (the "U.S. Trustee Guidelines") and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under

United States Code by Attorneys in Large Chapter 11 Cases (the "Large Case Guidelines"), KWJS&S has segregated its time entries during the Third Interim Period into the following project categories, which correspond to the major tasks undertaken by KWJS&S during the same period:

A.  Asset Analysis and Recovery
B.  Asset Disposition – Brookhaven Campus
C.  Asset Disposition – Brookhaven Dorms
D.  Asset Disposition – General
E.  Asset Disposition – Oakdale Campus
F.  Asset Disposition – Residential Portfolio
G.  Asset Disposition – Restricted Assets
H.  Case Administration
I.  Claims Administration and Objection
J.  Corporate Governance and Board Matters
K.  Employment Benefits and Pensions
L.  Employment and Fee Application Objections
M.  Employment and Fee Applications
N.  Financing and Cash Collateral
O.  Litigation
P.  Litigation – WARN Adversary Proceeding
Q.  Meeting and Communications with Creditors
R.  Non-Working Travel
S.  Plan and Disclosure Statement
T.  Relief from Stay and Adequate Protection

15.      In this section of the Application, KWJS&S describes, in summary fashion, the services performed during the Third Interim Period by project category.

**A.  <u>Asset Analysis and Recovery</u>**

16.      The "Asset Analysis and Recovery" project category includes time charges by KWJS&S in relation to time spent evaluating the Debtor's student accounts receivable and pursuing collection thereof and investigating certain trust agreements where the Debtor was named a beneficiary in order to maximize value for the estate.

17.      A total of 3.80 hours amounting to $1,965.00 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Period.  KWJS&S's prospective

budget for the Third Interim Period was $4,468.75 for this project category. Since the fees sought by KWJS&S for this category during the Third Interim Period were $1,965.00 KWJS&S's actual fees incurred for this project category would appear to be under the budget.[2]

**B.  Asset Disposition – Brookhaven Campus**

18.    The "Asset Disposition – Brookhaven Campus" project category encompasses activities related to the Debtor's intended disposition of the estimated 105 acres of land located at 1300 William Floyd Parkway, Shirley, Town of Brookhaven, New York (the "Brookhaven Campus"). The Debtor is utilizing the Chapter 11 process to effectuate an orderly liquidation of its assets and wind down of its affairs. KWJS&S has been instrumental in this process, working closely with representatives from the Debtor, the Official Committee of Unsecured Creditors (the "Creditors' Committee"), the DIP Lenders (as defined herein), the United States Trustee (the "U.S. Trustee"), the real estate professionals, and various other parties-in-interest, to address numerous issues that have arisen in connection with the sale of the Brookhaven Campus.

19.    During the Third Interim Period, KWJS&S obtained approval of a motion establishing bidding procedures for the sale of the Brookhaven Campus. On January 31, 2018, an auction was conducted with three qualified bidders. The highest bid at the auction was $10,200,000. After consulting with its major creditor constituencies, the Debtor was not willing to accept any of the bids received at the auction and, as a result, the auction was adjourned. Thereafter, KWJS&S, together with the Debtor's other professionals and the Creditors' Committee, engaged in numerous meetings and discussions with interested parties in an effort to further canvas the local developer market and better understand the likely permissible development

---

[2] The periods budgeted by KWJS&S for the Debtor were designed to correspond with financing budgets and do not match exactly with the timeframe captured by the Third Interim Period. In preparing this Application, KWJS&S combined certain budget periods that corresponded to the Third Interim Period.

options at the Brookhaven Campus in an overall effort to achieve a greater value for all creditors of the estate.  As a result of these efforts, on or about May 10, 2018, a formal bid was submitted to the Debtor by Triple Five Aviation Industries LLC ("Triple Five") for a purchase price of $14,000,000.

20.    KWJS&S regularly appeared before the Court providing the Court and interested parties with status updates as to progress in connection with the marketing and discussions with the Town of Brookhaven.  KWJS&S docketed notice of Triple Five's bid and the Debtor's intention to seek Court approval of the Triple Five bid, subject to any higher or better qualified bids.  Thereafter, no qualified bids were received by the Debtor and the Court approved the sale of the Brookhaven Campus to Triple Five.  As a result of, among others, KWJS&S's efforts, the highest and best bid was obtained for the Brookhaven Campus.

21.    A total of 317.50 hours amounting to $171,274.50 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Period.  KWJS&S's prospective budget for the Third Interim Period was $163,125.00 for this project category.  Since the fees sought by KWJS&S for this category during the Third Interim Period were $171,274.50, KWJS&S's actual fees incurred for this project category would appear to be over the budget. KWJS&S believes that the primary reason that fees in this category are over budget is because the length of time and effort in relation to selling the Brookhaven Campus was not fully anticipated when the budget was prepared.

C.  **Asset Disposition – Brookhaven Dorms**

22.    The "Asset Disposition – Brookhaven Dorms" project category encompasses activities related to the Debtor's disposition of the approximately 289-bed dormitory facility located at the Brookhaven Campus (the "Brookhaven Dorm").  The sale process approved by the

9

Court for the sale of the Debtor's Brookhaven Campus includes the sale of the Brookhaven Dorms, which are located on the Brookhaven Campus. During the Third Interim Period, KWJS&S met with various parties in interest with respect to the marketing and valuation of the Brookhaven Dorms.

23.     A total of 2.80 hours amounting to $1,284.00 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Period.  KWJS&S's prospective budget for the Third Interim Period was $30,937.50 for this project category.  Since the fees sought by KWJS&S for this category during the Third Interim Period were $1,284.00, KWJS&S's actual fees incurred for this project category would appear to be under the budget.

**D.  <u>Asset Disposition – General</u>**

24.     The "Asset Disposition – General" project category includes time charges by KWJS&S in relation to assets which do not fall into the Brookhaven Campus, Brookhaven Dorms, Oakdale Campus or Residential Portfolio asset disposition project categories.

25.     During the Third Interim Period, KWJS&S evaluated the potential sale of certain flight simulators, which had been excluded from the sale of the Brookhaven Campus.

26.     A total of 1.20 hours amounting to $690.00 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Period.  KWJS&S's prospective budget for the Third Interim Period was $20,718.75 for this project category.  Since the fees sought by KWJS&S for this category during the Third Interim Period were $690.00, KWJS&S's actual fees incurred for this project category would appear to be under the budget.

### E.  __Asset Disposition – Oakdale Campus__

27.     The "Asset Disposition – Oakdale Campus" project category includes time charges by KWJS&S in relation to the sale of the Debtor's 25 acre campus located at 150 Idle Hour Boulevard, Oakdale, New York 11769 (the "Oakdale Campus").

28.     During the Third Interim Period, KWJS&S attended to post-closing matters in connection with the sale of the Oakdale Campus to Mercury International, LLC, including, but not limited to, the proration of utilities, release of escrow funds, and tax related matters.

29.     A total of 8.10 hours amounting to $3,643.00 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Period. KWJS&S's prospective budget for the Third Interim Period was $23,062.50 for this project category.  Since the fees sought by KWJS&S for this category during the Third Interim Period were $3,643.00, KWJS&S's actual fees incurred for this project category would appear to be under the budget.

### F.  __Asset Disposition – Residential Portfolio__

30.     The "Asset Disposition – Residential Portfolio" project category includes time charges by KWJS&S in relation to the sales of the thirty-two (32) parcels of predominantly residential property and associated personal property owned by Dowling, most of which are improved by single family residences, surrounding the Oakdale Campus (the "Residential Portfolio").

31.     During the Third Interim Period, KWJS&S reviewed and sought approval of sales of multiple parcels of the Debtor's Residential Portfolio in accordance with the procedures approved by the Court.  Pursuant to such procedures, once a contract was fully executed for a parcel of the Residential Portfolio, KWJS&S prepared and filed a sale notice and, unless any objections were filed, a certification enabling the sale to close.  KWJS&S also reviewed and

negotiated contracts of sale, then attended closing of title on each of the sales that occurred during the Third Interim Period.

32.     A total of 149.20 hours amounting to $56,078.50 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Period.  KWJS&S's prospective budget for the Third Interim Period was $40,000.00 for this project category. Since the fees sought by KWJS&S for this category during the Third Interim Period were $56,078.50, KWJS&S's actual fees incurred in this project category were over the budget because, among other things, the full extent of the role of KWJS&S in fulfillment of the disposition procedures and execution and closing of the various sales was unknown or underestimated when the budget was prepared.

### G.  Asset Disposition – Restricted Assets

33.     The "Asset Disposition – Restricted Assets" project category includes time charges by KWJS&S in relation to assets, including bank accounts that contain restricted funds which must be safeguarded (the "Restricted Funds") or property that is deemed restricted because it was donated to the Debtor subject to donor-imposed restrictions (the "Restricted Assets").

34.     During the Third Interim Period, KWJS&S analyzed documentation and conducted legal research to determine the Debtor's interest in certain bank accounts and thereafter filed a motion seeking authorization to use the funds held in the unrestricted prepetition bank accounts as cash collateral in a manner consistent with applicable lien rights.  On January 29, 2018, the Court entered an order authorizing the Debtor to transfer approximately $570,000 in unrestricted funds to the DIP bank accounts [DE 484].

35.     A total of 42.90 hours amounting to $20,015.50 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Period.  KWJS&S's prospective budget for the Third Interim Period was $35,000.00 for this project category.  Since the fees sought

by KWJS&S for this category during the Third Interim Period were $20,015.50, KWJS&S's actual fees incurred for this project category would appear to be under the budget.

**H. <u>Case Administration</u>**

36.     The "Case Administration" project category includes time charges by KWJS&S in relation to conversations concerning the operation and administration of this Chapter 11 Case. KWJS&S has been responsible for monitoring the Chapter 11 Case on a daily basis and advising the Debtor with respect to the administration of the Chapter 11 Case.

37.     During the Third Interim Period, KWJS&S maintained frequent communication with representatives of the Debtor, counsel to the Creditors' Committee, the DIP Lenders, the U.S. Trustee and other parties-in-interest, responding to inquiries and providing relevant information as requested by the parties.  KWJS&S endeavored to maintain a constructive dialogue with each of the creditor constituencies which enabled it to assist the Debtor in resolving issues on a consensual basis.  In addition, KWJS&S held certain internal meetings to discuss the status of the Chapter 11 Case and matters that needed to be addressed.

38.     Throughout the Third Interim Period, KWJS&S filed numerous pleadings with the Court and prepared for court hearings, including drafting and submitting required agendas and proposed orders.  KWJS&S worked closely with the Debtor's claims and noticing agent to ensure proper service of all the pleadings.  Prior to the court hearings, KWJS&S met with other parties to prepare for the hearings.  KWJS&S additionally reviewed and filed monthly operating reports for the Debtor.

39.     A total of 83.40 hours amounting to $39,662.00 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Period.  KWJS&S's prospective budget for the Third Interim Period was $95,625.00 for this project category.  Since the fees sought

by KWJS&S for this category during the Third Interim Period were $39,662.00, KWJS&S's actual fees incurred for this project category would appear to be under the budget.

**I.    Claims Administration and Objections**

40.    The "Claims Administration and Objections" project category includes time charges by KWJS&S in relation to activities undertaken in connection with the claims asserted in the Chapter 11 Case.

41.    During the Third Interim Period, KWJS&S continued to analyze filed claims with a focus on priority claims, reconciled such claims with the Debtor's schedules and conducted legal research in order to determine their proper treatment.  As part of this effort, KWJS&S engaged in numerous discussions with the United States Department of Education (the "DOE") and New York State Department of Labor (the "DOL") to attempt to reach a settlement on the claims asserted by the DOE and DOL.  In addition, KWJS&S prepared amended schedules based upon the claims analysis it performed.

42.    A total of 91.60 hours amounting to $36,520.00 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Period.  KWJS&S's prospective budget for the Third Interim Period was $112,500.00 for this project category.  Since the fees sought by KWJS&S for this category during the Third Interim Period were $36,520.00 KWJS&S's actual fees incurred for this project category would appear to be under the budget.

**J.    Corporate Governance and Board Matters**

43.    The "Corporate Governance and Board Matters" project category includes time charges by KWJS&S in matters related to the Debtor's Board of Trustees (the "Board"). KWJS&S communicated with the Board and advised them on the status and material developments of the Chapter 11 Case.  KWJS&S prepared for and participated in calls of the Debtor's Board, gave

summary presentations to the Board and advised the Board in order to assist it in making critical decisions related to the Chapter 11 Case.

44.    A total of 5.60 hours amounting to $3,274.000 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Period.  KWJS&S's prospective budget for the Third Interim Period was $62,343.75 for this project category.  Since the fees sought by KWJS&S for this category during the Third Interim Period were $3,274.00, KWJS&S's actual fees incurred for this project category would appear to be under the budget.

**K.  Employee Benefits and Pensions**

45.    The "Employee Benefits and Pension" project category includes time charges by KWJS&S in relation to various employee matters, including pension plan withdrawal liability.

46.    A total of 2.10 hours amounting to $1,141.50 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Period.  KWJS&S's prospective budget for the Third Interim Period was $10,687.50 for this project category.  Since the fees sought by KWJS&S for this category during the Third Interim Period were $1,141.50, KWJS&S's actual fees incurred for this project category would appear to be under the budget.

**L.  Employment and Fee Application Objections**

47.    The "Employment and Fee Application Objections" project category includes time charges by KWJS&S in relation to the review of monthly fee statements filed by certain of the Debtor's retained professionals and counsel to the Creditors' Committee and reviewing such professionals' fee applications.

48.    A total of 9.50 hours amounting to $3,943.00 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Period.  KWJS&S's prospective budget for the Third Interim Period was $35,000.00 for this project category.  Since the fees sought

by KWJS&S for this category during the Third Interim Period were $3,943.00, KWJS&S's actual fees incurred for this project category would appear to be under the budget.

**M. <u>Employment and Fee Applications</u>**

49.      The "Employment and Fee Applications" project category includes time charges by KWJS&S in relation to KWJS&S's fee applications and the retention of the Debtor's professionals.

50.      During the Third Interim Period, KWJS&S prepared, filed and obtained approval of its second interim fee application and prepared and filed its monthly fee statements during the Third Interim Period. KWJS&S additionally assisted the Debtor's numerous professionals with the preparation and filing of their fee statements and second interim fee applications.

51.      A total of 64.90 hours amounting to $18,383.00 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Period.  KWJS&S's prospective budget for the Third Interim Period was $43,000.00 for this project category.  Since the fees sought by KWJS&S for this project category during the Third Interim Period were $18,383.00, KWJS&S's actual fees incurred for this project category were under the budget.

**N. <u>Financing and Cash Collateral</u>**

52.      The "Financing and Cash Collateral" project category includes time charges by KWJS&S in relation to the time and effort spent by KWJS&S in securing the continuing use of cash collateral and related financing in connection with that certain Debtor-in-Possession Multi-Draw Term Loan Promissory Note dated as of November 29, 2016, by and among the Debtor and each lender party thereto (collectively, the "<u>DIP Lenders</u>") and UMB Bank, National Association in its capacity as agent on behalf of the DIP Lenders (the "<u>DIP Note</u>").

53.     During the Third Interim Period, KWJS&S reviewed various budgets and negotiated and entered into extensions of the Debtor's financing and use of cash collateral.  In addition, KWJS&S facilitated the negotiations on the application of proceeds from the sale of certain of the Debtor's assets among the secured creditors.

54.     A total of 36.80 hours amounting to $20,127.00 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Period.  KWJS&S's prospective budget for the Third Interim Period was $41,562.50 for this project category.  Since the fees sought by KWJS&S for this category during the Third Interim Period were $20,127.00, KWJS&S's actual fees incurred for this project category would appear to be under the budget.

### O.  **Litigation**

55.     The "Litigation" project category includes time charges by KWJS&S in relation to discovery requested by the Creditors' Committee.  KWJS&S responded to these discovery requests by reviewing the Debtor's books and records to locate relevant documents and redacting privileged communications.

56.     A total of 40.60 hours amounting to $22,167.00 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Period.  KWJS&S's prospective budget for the Third Interim Period was $11,406.25 for this project category.  Since the fees sought by KWJS&S for this category during the Third Interim Period were $22,167.00, KWJS&S's actual fees incurred in this project category were over the budget.  KWJS&S believes that the reasons that fees in this category are over budget is because, among other things, the extent of the discovery requests by the Creditors' Committee was not fully anticipated when the budget was prepared.

**P.  Litigation – WARN Adversary Proceeding**

57.    The "Litigation – WARN Adversary Proceeding" project category includes time charges by KWJS&S in relation to the class action complaint filed two (2) days after the Petition Date by a former employee on behalf of herself and a class of similarly situated former employees of the Debtor, which alleges that the Debtor did not provide 60 days' advance written notice of a mass layoff as required by the Worker Adjustment and Restraining Notification Act (the "WARN Complaint").

58.    During the Third Interim Period, KWJS&S, on behalf of the Debtor, continued settlement discussions with plaintiff's counsel and in connection therewith prepared numerous WARN Act damage calculation scenarios.  KWJS&S also performed an initial WARN Act damage calculation for part time employees.

59.    A total of 203.00 hours amounting to $84,385.00 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Period.  KWJS&S's prospective budget for the Third Interim Period was $38,812.50.  Since the fees sought by KWJS&S for this category during the Third Interim Period were $84,385.00, KWJS&S's actual fees incurred in this project category were over the budget.  KWJS&S believes that the reasons that fees in this category are over budget is because, among other things, the extent of the analysis required to be undertaken in connection with the evaluation and negotiation of the WARN litigation was unknown or underestimated at the time of budgeting.

**Q.  Meetings and Communications with Creditors**

60.    The "Meetings and Communications with Creditors" project category includes time charges by KWJS&S in relation to inquiries from creditors relative to the status of the Chapter 11 Case.

61. A total of .20 hours amounting to $115.00 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Period. KWJS&S's prospective budget for the Third Interim Period was $30,937.50 for this project category. Since the fees sought by KWJS&S for this category during the Third Interim Period were $115.00, KWJS&S's actual fees incurred for this project category would appear to be under the budget.

**R. Non-Working Travel**

62. The "Non-Working Travel" project category includes time charges by KWJS&S for KWJS&S attorneys who were required to travel to, among other places, Central Islip for court hearings and the Brookhaven Campus for meetings.

63. A total of 39.30 hours amounting to $11,105.45 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Period. KWJS&S's prospective budget for the Third Interim Period was $13,437.00 for this project category. Since the fees sought by KWJS&S for this category during the Third Interim Period were $11,105.45, KWJS&S's actual fees incurred for this project category would appear to be under the budget.

**S. Plan and Disclosure Statement**

64. The "Plan and Disclosure Statement" project category includes time charges by KWJS&S in relation to a chapter 11 plan and disclosure statement.

65. During the Third Interim Period, KWJS&S continued to discuss plan strategy and treatment and classification of claims with the Creditors' Committee and secured creditors and continued drafting the Debtor's plan and disclosure statement. KWJS&S expects to file the plan and disclosure statement in the near future.

66. A total of 182.60 hours amounting to $89,015.00 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Period. KWJS&S's prospective

19

budget for the Third Interim Period was $222,750.00 for this project category.  Since the fees sought by KWJS&S for this category during the Third Interim Period were $89,015.00 KWJS&S's actual fees incurred for this project category would appear to be under the budget.

**T.  Relief from Stay and Adequate Protection**

67.    The "Relief from Stay and Adequate Protection" project category includes time charges by KWJS&S in relation to responding to a motion filed by a former employee of the Debtor seeking relief from the automatic stay to permit his age discrimination and breach of contract claims to continue.  KWJS&S agreed on a form of order that permitted the litigation to proceed but limited any recovery to insurance coverage.

68.    A total of just 6.90 hours amounting to $3,595.50 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Period.  KWJS&S's prospective budget for the Third Interim Period was $4,106.25 for this project category.  Since the fees sought by KWJS&S for this category during the Third Interim Period were $3,595.50 KWJS&S's actual fees incurred for this project category would appear to be under the budget.

### TIME AND DISBURSEMENT RECORDS AND STAFFING

69.    The services performed by KWJS&S for and on behalf of the Debtor in connection with the above matters during the Third Interim Period are detailed and itemized in full in the time and disbursement logs annexed hereto as **Exhibit B**.  Set forth on the attached **Exhibit C** is a summary of the persons who performed services on behalf of the Debtor, the hours of services performed by such person, the applicable hourly rate, and the total value of the services performed by each person during the Third Interim Period.

70.    The persons at KWJS&S that assisted the Debtor on the above matters during the Third Interim Period are as follows:

a.      Sean C. Southard is an equity partner at KWJS&S.  Mr. Southard is a graduate of St. John's University School of Law and was admitted to practice before this Court in 2001.  Mr. Southard's hourly rate of $575 in 2017 and $595 in 2018 are reasonable and such rates were Mr. Southard's normal and customary rates during the period covered by this Application.

b.      Joseph C. Corneau is a partner employed by KWJS&S.  Mr. Corneau is a graduate of Hofstra University School of Law and was admitted to practice before this Court in 2003.  Mr. Corneau's hourly rate of $495 is reasonable and such rate was Mr. Corneau's normal and customary rate during the period covered by this Application.

c.      Brendan M. Scott is a partner employed by KWJS&S.  Mr. Scott is a graduate of University of Pittsburgh School of Law and was admitted to practice before this Court in 2006.  Mr. Scott's hourly rate of $495 is reasonable and such rate was Mr. Scott's normal and customary rate during the period covered by this Application.

d.      Stephanie R. Sweeney was an associate attorney employed by KWJS&S and is now Of Counsel to KWJS&S.  Ms. Sweeney is a graduate of St. John's University School of Law and was admitted to practice before this Court in 2010.  Ms. Sweeney's hourly rate of $395 in 2017 and $425 in 2018 are reasonable and such rates were Ms. Sweeney's normal and customary rates during the period covered by this Application.

e.      Lauren C. Kiss is an associate attorney employed by KWJS&S.  Ms. Kiss is a graduate of St. John's University School of Law and was admitted to practice before this Court in 2012.  Ms. Kiss' hourly rate of $375 in 2017 and $395 in 2018 are reasonable and such rates were Ms. Kiss' normal and customary rates during the period covered by this Application.

f.      Matthew G. White is Of Counsel with KWJS&S.  Mr. White is a graduate of St. John's University School of Law and was admitted to practice before all courts in the State of New York in 2002.  Mr. White's hourly rate of $350 is reasonable and such rate was Mr. White's normal and customary rate during the period covered by this Application.

g.      Renea Gargiulo is a bankruptcy paralegal employed by KWJS&S. Ms. Gargiulo's rate of $175 is reasonable and such rate was Ms. Gargiulo's normal and customary rate during the period covered by this Application.

h.      Kristen Strine is a bankruptcy paralegal employed by KWJS&S. Ms. Strine's rate of $175 is reasonable and such rate was Ms. Strine's normal and customary rate during the period covered by this Application.

i.      Stephanie Nocella is a bankruptcy paralegal employed by KWJS&S. Ms. Nocella's rate of $175 is reasonable and such rate was Ms. Nocella's normal and customary rate during the period covered by this Application.

j.      Rayella Bergman is bankruptcy paralegal employed by KWJS&S. Ms. Bergman's rate of $175 is reasonable and such rate was Ms. Bergman's normal and customary rate during the period covered by this Application.

71.    The total fees requested for the services rendered in connection with this Chapter 11 Case during the Third Interim Period amounts to $588,383.95 (after accounting for written off time) based upon a total of 1,292.00 hours.  The blended hourly rate for all services provided during the Third Interim Period is $455.41.

## **LEGAL AUTHORITY FOR REQUESTED COMPENSATION**

72.     Section 330(a)(1) of the Bankruptcy Code provides that a bankruptcy court may award "reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and . . . reimbursement for actual, necessary expenses." 11. U.S.C. §330(a)(1).

73.     There are numerous factors to be considered by the Court in determining allowances of compensation. See, e.g., In re First Colonial Corp. of America, 544 F.2d 1291 (5th Cir.), cert. denied, 431 U.S. 904 (1977); Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974); In re Drexel Burnham Lambert Group Inc., 133 B.R. 13 (Bankr. S.D.N.Y. 1991). See also In re Nine Associates, Inc., 76 B.R. 943 (S.D.N.Y. 1987); In re Cuisine Magazine, Inc., 61 B.R. 210 (Bankr. S.D.N.Y. 1986).

74.     The perspective from which an application for an allowance of compensation should be viewed in a reorganization case was aptly stated by Congressman Edwards on the floor of the House of Representatives on September 28, 1978, when he made the following statement in relation to section 330 of the Bankruptcy Code:

> [B]ankruptcy legal services are entitled to command the same competency of counsel as other cases. In that light, the policy of this section is to compensate attorneys and other professionals serving in a case under title 11 at the same rate as the attorney or other professional would be compensated for performing comparable services other than in a case under title 11. Contrary language in the Senate report accompanying S.2266 is rejected, and Massachusetts Mutual Life Insurance Company v. Brock, 405 F.2d 429, 432 (5th Cir. 1968) is overruled. Notions of economy of the estate in fixing fees are outdated and have no place in a bankruptcy code.

124 Cong. Rec. H11,092 (daily ed. Sept. 28, 1978).  See also In re McCombs, 751 F.2d 286 (8th Cir. 1984); In re Drexel Burnham Lambert Group Inc., 133 B.R. 13 (Bankr. S.D.N.Y. 1991); In re

Carter, 101 B.R. 170 (Bankr. D.S.D. 1989); In re Public Service Co. of New Hampshire, 93 B.R.

823, 830 (Bankr. D.N.H. 1988); In re White Motor Credit Corp., 50 B.R. 885 (Bankr. N.D. Ohio

1985).

75.    In awarding compensation pursuant to section 330 of the Bankruptcy Code to

professional persons employed under the Bankruptcy Code, the Court must take into account,

among other factors, the cost of comparable non-bankruptcy services. Section 330 of the

Bankruptcy Code provides, in pertinent part, for payment of: (a) reasonable compensation for

actual, necessary services rendered by the trustee, examiner, professional person, or attorney and

by any paraprofessional persons employed by such person; and (b) reimbursement for actual,

necessary expenses. 11 U.S.C. § 330(a)(1).

76.    As the court in In re Drexel Burnham Lambert Group Inc., 133 B.R. 13 (Bankr.

S.D.N.Y. 1991), stated:

> With due recognition of the historical position of Bankruptcy Courts in
> compensation matters, we recognize that creditors have agreed to pay rates for
> retained counsel of their choice because of the needs of the particular case. One
> could posit other situations or cases where a presumption of prior informed
> judgment might not be as strong. Here, however, we have a multi-debtor,
> multi-committee case involving sophisticated creditors who have determined that
> the rates charged and tasks undertaken by attorneys are appropriate. *We should not,*
> *and will not, second guess the determination of those parties, who are directed by*
> *Congress, under the Bankruptcy Code, to shape and resolve the case, and who are*
> *in fact bearing the cost.* To do so, of course, would be to continue what Congress
> specifically intended to stop in 1978: Courts, instead of markets, setting rates, with
> the inevitable consequence that all the legal specialists required by the debtor or
> official committees would demur to participate.

Drexel, 133 B.R. at 20-21 (emphasis added).

77.    The professional services rendered by KWJS&S have required an expenditure of

substantial time and effort.  During the Third Interim Period, 1,292.00 recorded hours have been

expended by KWJS&S professionals and paraprofessionals in rendering the required services for which KWJS&S seeks compensation.

78.     Time and labor devoted, however, is only one of the many factors to be considered in awarding attorney compensation.  The number of hours expended must be considered in light of (i) the amount involved and the results achieved to date; (ii) the novelty and difficulty of the questions presented; (iii) the skill requisite to perform properly the legal services; (iv) the preclusion of other employment on behalf of other clients; (v) the customary fee charged to a private client for the services rendered; (vi) awards in similar cases; (vii) time constraints required by the exigencies of the case, including the frequency and amount of time required to be devoted other than during regular business hours; (viii) the experience, reputation and ability of the attorneys rendering services; and (ix) the nature and length of the professional relationship with the client (the "Johnson Factors").  See Johnson v. Georgia Highway Express, 488 F.2d at 717-19 (enumerating factors to be considered in awarding attorneys' fees in equal employment opportunities cases under Title VII); In re First Colonial Corp. of America, 544 F.2d at 1294 (applying the Johnson Factors in bankruptcy cases).

79.     The majority of the Johnson Factors are codified in section 330(a) of the Bankruptcy Code and have been applied by various courts in making determinations that requested attorneys' fees constitute reasonable compensation.  However, it is well settled that the "lodestar method,"[3] as opposed to an application solely of the Johnson Factors, is the best means of

---

[3] Application of the "lodestar method" involves multiplying the number of hours reasonably expended on the case by the reasonable hourly rate of compensation for each attorney. Shaw v. Travelers Indemnity Co. (In re Grant Assocs.), 154 B.R. 836, 843 (S.D.N.Y. 1993). This method of calculating attorney fees is appropriate in light of section 330(a) of the Bankruptcy Code, which serves as a starting point, permitting bankruptcy courts, in their own discretion, to consider other factors, such as the novelty and difficulty of the issues, the special skills of counsel, and their results obtained. In re Copeland, 154 B.R. 693, 698 (Bankr. W.D. Mich. 1993).

determining attorney fees in bankruptcy cases[4].  In fact, the Supreme Court has clearly articulated that the "lodestar method" is presumed to subsume the Johnson Factors, as does section 330(a) of the Bankruptcy Code.  Delaware Valley I, 478 U.S. at 563; Cena's Fine Furniture, 109 B.R. at 581.

80.    KWJS&S respectfully submits that the services rendered and expenses incurred during the Third Interim Period for which KWJS&S seeks compensation and reimbursement clearly satisfy the requisite standards of reasonableness including, inter alia, the following:  the time and labor required; the novelty and difficulty of the questions and matters resolved; the skill required to perform the services properly; the experience, reputation and ability of the attorney performing the services; the fees charged and fees awarded in similar cases; the time involved; the undesirability of the case; and the results obtained.  KWJS&S respectfully submits that application of the foregoing criteria more than justifies awarding payment in full of the compensation requested in this Application since the number of hours expended by and the hourly rates of KWJS&S are more than reasonable.

---

[4] See e.g., Pennsylvania v. Delaware Valley Citizens Counsel for Clean Air, 483 U.S. 711 ("Delaware Valley II"), on remand, 826 F.2d 238 (3d Cir. 1987); Pennsylvania v. Delaware Valley Citizens Council for Clean Air, 478 U.S. 546 (1986) ("Delaware Valley I"); United States Football League v. National Football League, 887 F.2d 408, 413 (2d Cir. 1989), cert. denied, 493 U.S. 1071 (1990); Lindy Bros. Builders Inc. v. American Radiator and Standard Sanitary Corp., 487 F.2d 161 (3d Cir. 1973), vacated on other grounds, 540 F.2d 102 (3d Cir. 1976); In re Cena's Fine Furniture, Inc., 109 B.R. 575 (E.D.N.Y. 1990); In re Drexel Burnham Lambert Group Inc.,133 B.R. 13, 21 (Bankr. S.D.N.Y. 1991).

**WHEREFORE**, KWJS&S respectfully requests that it be granted (i) a third allowance of compensation for professional services rendered as general bankruptcy counsel to the Debtor for the Third Interim Period in the amount of $588,383.93; (ii) reimbursement of its actual and necessary disbursements totaling $5,738.26; and (iii) such other and further relief as is just and proper.

Dated:   New York, New York
         June 29, 2018

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**

By:   _/s/ Sean C. Southard_
      Sean C. Southard
      Lauren C. Kiss
      200 West 41st Street., 17th Floor
      New York, New York 10036
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: ssouthard@klestadt.com
             lkiss@klestadt.com

      _Counsel to the Debtor and_
      _Debtor-in-Possession_

# Exhibit A

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING INSTITUTE, | : | |
| f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION, | : | |
| | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| | : | |
| Debtor. | : | |

--------------------------------------------------------------------x

### ORDER AUTHORIZING THE RETENTION OF KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP AS GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR, *NUNC PRO TUNC* TO THE PETITION DATE

Upon the application dated November 29, 2016 (the "Application")[1] of Dowling College (the "Debtor")  for an order approving the retention of Klestadt Winters Jureller Southard & Stevens, LLP ("KWJS&S") as its counsel *nunc pro tunc* to the Petition Date and upon the affidavit of Sean C. Southard, sworn to on November 29, 2016 and attached to the Application as Exhibit B (the "Southard Affidavit") and upon the supplemental affidavit of Sean C. Southard, sworn to on December 28, 2016 [Doc. No. 129] (the "Southard Supp. Affidavit" and together with the Southard Affidavit, the "Affidavits"); and it appearing that KWJS&S has complied with the guidelines of the United States Trustee in relation to the Application, and it further that KWJS&S is a disinterested person pursuant to Section 101(14) of title 11 of the United States

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

Code (the "Bankruptcy Code") and does not represent an interest adverse to the Debtor's estate with respect to the matters on which KWJS&S is to be employed; it is

**ORDERED,** that the Application is granted as set forth herein; and it is further

**ORDERED,** that the retention of KWJS&S as general bankruptcy counsel for the Debtor to perform all of the services set forth in the Application on the terms set forth in the Application and the Affidavits is hereby approved pursuant to Section 327(a) of the Bankruptcy Code, *nunc pro tunc* to the Petition Date; and it is further

**ORDERED,** that the compensation to be paid to KWJS&S shall be subject to the approval of this Court upon notice and a hearing pursuant to Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, the United States Trustee fee guidelines, and such other procedures as may be fixed by order of this Court, for professional services rendered and expenses incurred by KWJS&S; and it is further

**ORDERED,** that prior to any increases in KWJS&S's rates, KWJS&S shall file a supplemental affidavit with the Court and provide ten (10) business days' notice to the Debtor, the United States Trustee and any official committee, which supplemental affidavit shall explain the basis for the requested rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtor has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in Section 330 of the Bankruptcy Code, and all rates and rate increases are subject to review by the Court; and it is further

**ORDERED**, that KWJS&S shall apply any remaining amounts of its prepetition retainer as a credit toward postpetition fees and expenses, after such postpetition fees and expenses are

2

approved pursuant to the first Order of the Court awarding fees and expenses to KWJS&S; and it is further

**ORDERED**, that for the avoidance of doubt, all payments to KWJS&S on account of compensation in this Chapter 11 Case shall in all respects remain subject to the terms of any documents or orders of this Court concerning debtor in possession financing or the use of cash and other collateral, including but not limited to any approved budget associated therewith, and which shall control in the event of any conflict between the relief contemplated by this Order and those materials; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

**ORDERED**, that if there is any inconsistency between the terms of this Order, the Application, and the Affidavits, the terms of this Order shall govern.

**NO OBJECTION:**

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By:_/S/  Stan Y. Yang   12/28/206____
Stan Yang, Esq.
TRIAL ATTORNEY



**Dated: Central Islip, New York**
**January 5, 2017**

_____
**Robert E. Grossman**
**United States Bankruptcy Judge**

3

# <u>Exhibit B</u>

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|---|---|---|---|---|---|---|
| **Matter Description (First Line): Asset Analysis and Recovery** | | | | | | | |
| 10/24/2017 | Southard, Sean | 10691.011/ Dowling College Asset Analysis and Recovery Reviewing and responding to several emails from Mr. Bivona and Mr. Hablenko on A/R collection matters and fund balances and procedures for RCS collection [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 11/06/2017 | Southard, Sean | 10691.011/ Dowling College Asset Analysis and Recovery Reviewing emails from Mr. Bivona on collection activity for student accounts [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 11/09/2017 | Southard, Sean | 10691.011/ Dowling College Asset Analysis and Recovery Reviewing Mancuso trust and related emails from Mr. Bivona; then research on IRS regulations and charitable trust requirements; preparing draft letter concerning Mancuso trust; then emails with Mr. Bivona and Mr. Rosenfeld thereon [1.1]. | Fees | 1.10 | 0.00 | 575.00 | 632.50 |
| 11/10/2017 | Southard, Sean | 10691.011/ Dowling College Asset Analysis and Recovery Reviewing Buescher trust document [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/13/2017 | Southard, Sean | 10691.011/ Dowling College<br>Asset Analysis and Recovery<br>Reviewing Beuscher Trust letter and related emails with Ms. Kiss [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 11/13/2017 | Kiss, Lauren | 10691.011/ Dowling College<br>Asset Analysis and Recovery<br>Reviewing Mancuso Trust Agreement and draft letter to trustee [.2]; reviewing Beuscher Trust Agreement and drafting letter to trustee [.4]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |
| 11/14/2017 | Kiss, Lauren | 10691.011/ Dowling College<br>Asset Analysis and Recovery<br>Discussing Mancuso and Beuscher letters with Mr. Southard and emailing with Messrs. Rosenfeld and Bivona. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 11/14/2017 | Southard, Sean | 10691.011/ Dowling College<br>Asset Analysis and Recovery<br>Reviewing email from Ms. Kiss in relation to trust letters on Mancuso and Beuscher and response from Mr. Bivona [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 11/15/2017 | Southard, Sean | 10691.011/ Dowling College<br>Asset Analysis and Recovery<br>Reviewing and discussing letters on trusts and requests with Ms. Kiss; executing same and emails thereon with Ms. Kiss and Mr. Bivona [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----|-----------|-------|-------|-------|-------|
| 11/15/2017 | Kiss, Lauren | 10691.011/ Dowling College Asset Analysis and Recovery Revising letters to Beuscher trustee and Mancuso trustee and finalizing same. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 11/29/2017 | Southard, Sean | 10691.011/ Dowling College Asset Analysis and Recovery Call with Ms. Kalnit of Hilco on potential additional asset sales for Dowling [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| | | **Matter Description (First Line): Asset Analysis and Recovery** | | **3.80** | **0.00** | | **1,965.00** |
| **Matter Description (First Line): Asset Disposition - Brookhaven Campus** | | | | | | | |
| 10/02/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Ms. Pines and then with Mr. Rosenfeld concerning Town of Brookhaven interest in use of athletic fields [.2]; call with Mr. Rosenfeld thereon [.3]; reviewing NDA form and related emails with Messrs. Cote and Rosenfeld [.5]; emails with Messrs. Rosenfeld and Bivona in relation to press and publication [.2]. | Fees | 1.20 | 0.00 | 575.00 | 690.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/03/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing and responding to emails from Messrs. Bivona and Rosenfeld and revising marketing memorandum draft prepared by brokers [.7]; emails with Mr. Rosenfeld on Town of Brookhaven discussions for use of fields [.1]; reviewing further offering memo edits and emails with Mr. Rosenfeld [.3]. | Fees | 1.10 | 0.00 | 575.00 | 632.50 |
| 10/04/2017 | Sweeney, Stephanie | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing case law re: sale free and clear; reviewing email to board re: update and sale timeline [.2] (split with dorms/campus matter). | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 10/04/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing and responding to emails from Mr. Rosenfeld and then from Mr. Cote on updated marketing materials [.6]; emails with Mr. White on easement description [.2]; reviewing email and research from Mr. Corneau on non-profit sale approval [.4]; reviewing further emails from Mr. Rosenfeld on offering materials [.1]; reviewing email from Mr. Bivona concerning John Kelly meeting and construction timing [.1]. | Fees | 1.40 | 0.00 | 575.00 | 805.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------|-----------|-------|-------|-------|-------|
| 10/04/2017 | Corneau, Joseph | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing case regarding sale free and clear [0.2]. Reviewing email to Board of Trustees regarding status of sale process [0.1]. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 10/05/2017 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Several emails with brokers and Mr. Rosenfeld on call and update for materials and marketing effort [.3]; reviewing and revising press release draft and related emails with Mr. Rosenfeld on same and marketing materials [.5]; reviewing further draft press release and marketing materials [.2]; further reviewing press and publication notice from Mr. Rosenfeld [.2]. | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 10/06/2017 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing affidavit of service for sale motion [.2]; emails and call with Mr. Levin on publication notice of sale for Brookhaven and then with Ms. Sweeney thereon [.5]; reviewing and responding to emails on revisions and comments to marketing materials and press release provided by MH and A&G realty; emails with Mr. Rosenfeld thereon [.6]. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/09/2017 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call with brokers and Messrs. Rosenfeld and Bivona [.5]; reviewing several emails on revisions to offering materials and press from Messrs. Cote, et al. [.9]; reviewing and revising offering materials; related emails with Messrs. Rosenfeld and Cote [.4]. | Fees | 1.80 | 0.00 | 575.00 | 1,035.00 |
| 10/10/2017 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing and responding to emails among Messrs. Rosenfeld and Bivona concerning marketing and notice of sale publication for Brookhaven sale; reviewing quotes from Mr. Levin [.3]; discussing sale motion preparation and hearing with Ms. Sweeney [.2]; discussing sale marketing material review and comments with Mr. Corneau [.2]; reviewing comments from Mr. Corneau and emails to Mr. Rosenfeld and Bivona thereon [.1]; reviewing several further emails on edits and circulation of marketing materials to board by Mr. Rosenfeld and other interested parties; then responding to related emails on sale process from board and Mr. Rosenfeld [.5]; reviewing emails among Messrs. Bivona and Graiser on marketing costs and estimates [.2]. | Fees | 1.50 | 0.00 | 575.00 | 862.50 |

6/12/2018 10:31:24 AM

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/10/2017 | Corneau, Joseph | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing and commenting on draft offering memorandum. | Fees | 0.90 | 0.00 | 495.00 | 445.50 |
| 10/11/2017 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing emails and comments from CBRE and MH on NDA form and then with Messrs. Cote and Rosenfeld; revising NDA and circulating same [.7]; reviewing binder for sale hearing [.2]; emails thereon with Messrs. Sweeney and Gargiulo [.2]; reviewing several emails on updated marketing materials, press release, etc. and edits to same from various parties [.5]; call with brokers and Messrs. Rosenfeld and Bivona [.6]; call with Mr. Rosenfeld thereon [.3]; discussing marketing status with Mr. Corneau [.3]; reviewing data room and related emails on access [.3]; several further emails in relation to brokers and marketing materials [.2]. | Fees | 3.30 | 0.00 | 575.00 | 1,897.50 |
| 10/11/2017 | Corneau, Joseph | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Conferring with Mr. Southard regarding marketing of Brookhaven Campus. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------|-----------|-------|-------|-------|-------|
| 10/12/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing updated marketing materials and related emails among Messrs. Cote and Rosenfeld [.3]; call with Mr. Rosenfeld thereon [.4]; reviewing budget for marketing and related emails with Mr. Cote [.1]; reviewing updated marketing materials from brokers and emails with Mr. Rosenfeld and Bivona thereon [.2]; | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 10/12/2017 | Sweeney, Stephanie | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing updated marketing materials. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 10/12/2017 | Corneau, Joseph | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing latest draft of offering memorandum. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 10/13/2017 | Sweeney, Stephanie | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing revised marketing materials and related emails, reviewing and comments to Press Release, sending to Mr. Rosenfeld. | Fees | 0.50 | 0.00 | 395.00 | 197.50 |
| 10/13/2017 | Corneau, Joseph | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing press release [0.2]. Conferring with Mr. Southard regarding press release and broker cooperation [0.2]. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------|-----------|-------|-------|-------|-------|
| 10/13/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing and responding to emails from Ms. Cheng and Mr. Rosenfeld in relation to potential bid on Amazon distribution center by Town of Brookhaven [.4]; reviewing offering memo and emails to board from Mr. Rosenfeld [.2]; reviewing draft press release from Mr Rosenfeld on bid procedures and auction [.2]; discussing same with Mr. Corneau; reviewing comments from Ms. Sweeney [.2]; preparing for bid procedures hearing [.8]; call with Ms.  emails with Mr. Rosenfeld in relation to hosting weekly update calls, etc [.1]. | Fees | 1.90 | 0.00 | 575.00 | 1,092.50 |
| 10/14/2017 | Sweeney, Stephanie | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing Sale documents and drafting summary of revisions from Oakdale, sending to Mr. Southard. | Fees | 0.90 | 0.00 | 395.00 | 355.50 |
| 10/16/2017 | Sweeney, Stephanie | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Revising Order and exhibits for uploading and sending to Mr. Southard, related emails [.5]; emailing chambers re: sale dates in Order and schedules, sending APA to Mr. Friedman [.3]. | Fees | 0.80 | 0.00 | 395.00 | 316.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/16/2017 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Appearing before Judge Grossman on sale procedures motion and conferring with counsel before and after same (time split with other matters) [1.0]; reviewing email from Mr. Rosenfeld on call organization for status updates among creditors [.1]; reviewing and responding to multiple emails from Ms. Sweeney with updated bid procedures order and submission to chambers [.4]; reviewing emails among Ms. Sweeney and Mr. Friedman on APA [.1]; reviewing email to Ms. Ryan from Ms. Sweeney [.1]. | Fees | 1.70 | 0.00 | 575.00 | 977.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 10/17/2017 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Discussing revised dates for sale with Ms. Sweeney and emails with chambers and Ms. Sweeney thereon [.3]; discussing results of hearing with Mr. Corneau [.2]; emails with Mr. Levin in relation to publication and then with Messrs. Rosenfeld and Bivona [.2]; call with creditor and broker representatives on sale schedule and marketing [.3]; reviewing revised order, notice and procedures and email with Ms. Sweeney thereon; then emails with interested parties requesting consent to same; reviewing proposed letter and revising with Ms. Sweeney; emails with Ms. Ryan on same [.7]; call with Mr. Rosenfeld on overall marketing and sale efforts related to brokers [.5]; reviewing order entered approving bid procedures [.3]; reviewing further emails from Mr. Rosenfeld to brokers and creditors on offering memo and marketing [.2]; reviewing email on service directions to GCG from Ms. Sweeney and related responses; emails with Ms. Sweeney on notice by publication requirements and timing [.2]; further emails with Mr. Levin and Ms. Sweeney on publication notice and timing; reviewing updated notice [.2]; emails among Mr. Rosenfeld and retained brokers in relation to marketing and press [.1]. | Fees | 3.20 | 0.00 | 575.00 | 1,840.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/17/2017 | Sweeney, Stephanie | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call and emails with chambers re: sale procedure dates, discussing same with Mr. Southard [.4]; revising Order and exhibits, sending to Mr. Southard, reviewing email with parties [.5]; drafting letter to Court, revising same per Mr. Southard comments [.5]; filing letter and Order, uploading Order for signature [.4]; sending filed documents to Mr. Rosenfeld, coordinating service of Brookhaven sale documents with GCG, coordinating publication with Mr. Levin [.5]. | Fees | 2.30 | 0.00 | 395.00 | 908.50 |
| 10/17/2017 | Corneau, Joseph | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Conferring with Mr. Southard regarding bidding procedures hearing [0.2]. Reviewing emails regarding revised marketing materials [0.2]. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 10/18/2017 | Sweeney, Stephanie | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing publication notices, reviewing related emails. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/18/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. Levin in relation to marketing and publication costs and timing [.2]; final review of proof and emails thereon with Mr. Levin and Ms. Sweeney [.2]; further emails with Messrs. Bivona and Levin on payment and invoice for publication [.2]; further emails with Mr. Levin on revised add proofs and with Ms. Sweeney [.2]; call with Mr. Occasio of Newsday in relation to sale status and confirming dates, etc. [.2]; emails with Mr. McCord in relation to auction hosting and logistics [.2]. | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 10/18/2017 | Corneau, Joseph | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing emails regarding Brookhaven bidding procedures hearing. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 10/19/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call and emails with Mr. McCord in relation to scheduling auction and location for same [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 10/19/2017 | Corneau, Joseph | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing CRO report to Board of Trustees regarding sale. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/20/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. McCord in relation to auction location and reservation [.1]; emails with client confirming same [.1]; reviewing email from Mr. Levin on Newsday publication [.1]; reviewing emails from Ms. Grace on title and survey matters; emails with Mr. White and Rosenfeld thereon [.5]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 10/20/2017 | White, Matthew | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Multiple email correspondence with Mr. Southard re: survey of campus [.2]; reviewing ALTA survey requirements [.2]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 10/23/2017 | Sweeney, Stephanie | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with creditor Ms. Ruiz re: sale notice, related email with Mr. Southard; reviewing confidential marketing materials. | Fees | 0.50 | 0.00 | 395.00 | 197.50 |
| 10/23/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. White and then call with same related to survey and title matters on Brookhaven sale [.5]; call with Ms. Sweeney related to same [.1]; reviewing email and assessment on survey matter from Ms. Sweeney [.2]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/23/2017 | White, Matthew | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Multiple email correspondence with Mr. Southard re: ALTA survey [.2]; telephone conference with Mr. Southard re: same [.2]; email correspondence with Ms. Sweeney and Mr. Southard re: ALTA survey [.1]. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |
| 10/24/2017 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Mr. White and then with Ms. Grace on ALTA survey requirements [.2]; call with creditors and brokers on status of sale and marketing effort [.3]; reviewing and responding to emails from Mr. Rosenfeld on confidentiality agreement modifications [.3]; further emails thereon with Mr. Rosenfeld and preparing redline of confidentiality agreement and related emails [.5]; reviewing email from GoDaddy in relation to sale notice [.1]; emails with Mr. Bivona thereon [.1]; | Fees | 1.50 | 0.00 | 575.00 | 862.50 |
| 10/24/2017 | White, Matthew | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Multiple email correspondence with Mr. Southard re: ALTA survey. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/25/2017 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing email from Mr. Egloff and responding to same in relation to WSJ publication [.1];  reviewing further emails and affidavit of publication from Mr. Egloff [.2]; several emails with Mr. Rosenfeld and then Mr. Gelbtuch on NDA and interested parties [.5]; | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 10/26/2017 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing revised NDA from Blumenfeld and related emails with Mr. Rosenfeld; further emails with same [.4]; further emails with Mr. Rosenfeld thereon [.1]; reviewing and responding to emails from Ms. Grace in relation to survey quotes, then several emails with Messrs. White, Bivona and Rosenfeld thereon [.3]; | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 10/26/2017 | Sweeney, Stephanie | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Coordinating filing of publication affidavits, reviewing emails re: survey quotes. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 10/26/2017 | White, Matthew | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Multiple email correspondence with Mr. Southard and title company re: ALTA survey quotes. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/27/2017 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing email from Mr. Rosenfeld to brokers on coordination of efforts [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 10/30/2017 | Sweeney, Stephanie | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing marketing report. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 10/30/2017 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing email and update on status from Mr. Rosenfeld and from brokers on reporting of marketing activity [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 10/31/2017 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing materials [.1]; call with brokers and creditor parties on status of sale efforts and marketing [.4]; several emails with Messrs. Bivona, Rosenfeld and White; then with Ms. Grace in relation to survey on Brookhaven property [.5]. | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 10/31/2017 | White, Matthew | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Multiple email correspondence with Mr. Southard and title company re: ALTA survey. | Fees | 0.60 | 0.00 | 350.00 | 210.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-------|-----------|-------|-------|-------|-------|
| 11/03/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing and responding to several emails from Mr. Rosenfeld on open invoices for marketing, etc. [.2]; further emails thereon with Messrs. Rosenfeld and Bivona [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 11/06/2017 | Sweeney, Stephanie | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing marketing update. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 11/06/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Email from Mr. Hou in relation to client interest in property; then with Mr. Rosenfeld [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 11/07/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with brokers and interested creditors on status of marketing and sale efforts [.2]; emails with Mr. Rosenfeld in relation to status report [.1]; reviewing email from Mr. Bivona and statement of taxes for campus [.2]; emails with Mr. Rosenfeld in relation to marketing expense reimbursement requested by brokers [.1] | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 11/07/2017 | Sweeney, Stephanie | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing tax bill and assessment. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/07/2017 | Corneau, Joseph | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing email and attachments regarding<br>taxes on Brookhaven campus. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 11/07/2017 | White, Matthew | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing tax and assessment data. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 11/09/2017 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing fixed asset schedules prepared by<br>Messrs. Rosenfeld and Bivona [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 11/13/2017 | Sweeney, Stephanie | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing marketing update. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 11/13/2017 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing emails from Mr. Bivona and<br>draft information related to development<br>process and timeline [.2]; reviewing weekly<br>status report and related email from Mr.<br>Rosenfeld [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------|-----------|-------|-------|-------|-------|
| 11/14/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing report on marketing from brokers and related emails with Mr. Rosenfeld and preparing for call [.3]; weekly update call with brokers and interested parties on marketing status [.4]; reviewing email from Mr. Bivona and then related emails from Messrs. Amendola and Guardino in relation to development information and request for call with Mr. Guardino [.2]; emails with Mr. Rosenfeld on request by brokers for call [.2]. | Fees | 1.10 | 0.00 | 575.00 | 632.50 |
| 11/20/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with brokers on status of marketing effort [.7]; call with Mr. Friedman thereon [.4]; reviewing broker's weekly report [.2]. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 11/21/2017 | Sweeney, Stephanie | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing marketing update and emails re: sale timeline. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 11/21/2017 | Corneau, Joseph | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing marketing status report. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/21/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with brokers in relation to weekly update call [.6]; discussing status with Ms. Kiss; preparing alternative date outlines for sale adjournment [.3]; call with Ms. Ryan of Judge Grossman's chambers in relation to scheduling and hearing availability [.2]; further discussion with Ms. Kiss [.1]; preparing summary of adjournment options to interested parties and brokers on sale adjournment and reviewing responses to same; reviewing bid procedures and order [.5]. | Fees | 1.70 | 0.00 | 575.00 | 977.50 |
| 11/22/2017 | Kiss, Lauren | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Drafting notice of revised deadlines for sale of the Brookhaven Campus [.5]; revising deadlines and emailing with Mr. Southard [.1]. | Fees | 0.60 | 0.00 | 375.00 | 225.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 11/22/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing updated draft notice on sale adjournment for Brookhaven from Ms. Kiss; then responding to same [.2]; emails with interested parties on proposed adjourn dates [.1]; circulating updated draft notice on adjourned sale to interested parties [.1]; emails with Mr. McCord on auction location reservation [.1]; reviewing email from Mr. Pfeiffer in relation to notice and responding to same [.2]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 11/27/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing revised dates and deadlines and bid procedures order in preparation for status conference before Judge Grossman and related emails [.3]; reviewing email from Mr. Rosenfeld with Broker updated deadline disclosures [.2]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/28/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing updated report from brokers on weekly marketing status [.2]; call with same and creditor parties on status [.2]; emails with Mr. Rosenfeld and reviewing draft noticing by brokers [.2]; reviewing email from Mr. Graiser in relation to stalking horse interest [.1]; updating dates and deadlines in relation to Brookhaven sale [.2]; call with Mr. Rosenfeld in relation to broker push on expenses and discussions with Ms. Cheng [.2]. | Fees | 1.10 | 0.00 | 575.00 | 632.50 |
| 11/29/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing modified sale adjournment notice and related emails with Ms. Kiss [.1]; reviewing and revising proposed sale deadline press release from Mr. Graiser and then emails with Mr. Rosenfeld thereon [.2]; emails with Mr. Rosenfeld on board update and review of sale process [.1]; preparing email to board with updated sale schedule and rationale, adjusting calendar invitations for board deliberations and scheduling matters [.4]; further emails with Mr. Rosenfeld and Mr. Graiser on press release [.1]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/29/2017 | Kiss, Lauren | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing Mr. Pfeiffer's email and revising notice of revised deadlines. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 11/30/2017 | Kiss, Lauren | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Finalizing and filing notice of revised deadlines and emailing with Mr. Nikelsberg regarding service. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 12/04/2017 | Kiss, Lauren | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Telephone call with Mr. Southard, Ms. Anello and Ms. Cole-Paul discussing status of Brookhaven Campus sale process (time split with other matter). | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 12/04/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing marketing information in relation to Brookhaven sale from brokers and related email from Mr. Rosenfeld [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/05/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing weekly update report and email from Mr. Rosenfeld [.2]; call with brokers and creditors on weekly update [.3]; call with Ms. Sato in relation to same [.3]; emails with Mr. Bivona on formatting for future reporting and responding to same; then reviewing email from Mr. Cote and Mr. Bivona [.2]; call with Mr. Hubbard on stalking horse potential [.2]. | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 12/06/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Ms. Davis in relation to survey; reviewing same and emails with Messrs. White, Bivona and Rosenfeld thereon [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 12/06/2017 | White, Matthew | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing campus survey. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 12/11/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Ms. Ryan in relation to amended dates and order on auction process for Brookhaven [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/12/2017 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing updated reporting on marketing status from Mr. Rosenfeld [.2]; call with brokers and interested parties in relation to sale and marketing efforts and status [.3]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 12/15/2017 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing amended title letter and emails with Mr. White thereon [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 12/15/2017 | White, Matthew | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing amendments to title exceptions and survey reading. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 12/19/2017 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing and responding to email on title exceptions from Abstracting company on survey [.2]; reviewing updated report on interest of buyers from brokers [.2]; call with brokers and interested parties thereon [.3]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 12/21/2017 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call and emails with Mr. Steigler in relation to title for Brookhaven and timing of closing [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------|-----------|-------|-------|-------|-------|
| 12/28/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing data room and emails with Mr. Cote thereon [.7]; emails with Ms. Sweeney on review and update to APA schedules; reviewing same [.4]; emails with Mr. Cote on survey and title updates; reviewing same [.4]. | Fees | 1.50 | 0.00 | 575.00 | 862.50 |
| 12/28/2017 | Sweeney, Stephanie | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing updated title report and revising Brookhaven APA schedules. | Fees | 0.40 | 0.00 | 395.00 | 158.00 |
| 12/29/2017 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing email and Simplex contract from Mr. Bivona; responding to same [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 01/04/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing updated marketing report from brokers and emails from Mr. Rosenfeld [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 01/05/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Email with Mr. McCord in relation to status of auction and bidding process [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 01/08/2018 | Sweeney, Stephanie | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing marketing and interest reports. | Fees | 0.10 | 0.00 | 425.00 | 42.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/09/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing report from brokers; emails with Messrs. Rosenfeld and Bivona on results of call [.3]; further emails with Mr. Rosenfeld on contact with Town of Brookhaven by bidders and brokers in relation to sale [.3]; call with Mr. Seid and colleague as interested purchasers concerning diligence questions [.5]; call with Messrs. Rosenfeld and Guardino in relation to potential meetings with Town of Brookhaven and status on sale [.3]. | Fees | 1.40 | 0.00 | 595.00 | 833.00 |
| 01/09/2018 | Sweeney, Stephanie | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing title exception questions. | Fees | 0.10 | 0.00 | 425.00 | 42.50 |
| 01/09/2018 | White, Matthew | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing multiple emails re: title exceptions [.2]; multiple email correspondence with Mr. Southard re: same [.3]; reviewing Otter Inspirations' list of title questions and comparing same to exception raised in title report [.6]. | Fees | 1.10 | 0.00 | 350.00 | 385.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/10/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call with Mr. White in relation to title questions by interested purchaser [.2]; emails with Messrs. Steigler and White thereon; emails with brokers for sale [.1]; | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 01/10/2018 | Sweeney, Stephanie | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing title exception questions received and related emails. | Fees | 0.10 | 0.00 | 425.00 | 42.50 |
| 01/10/2018 | White, Matthew | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Multiple email correspondence with Mr. Southard re: title exceptions. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 01/11/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Email and call to Mr. McCord on status of auction [.1]; emails with Messrs. White and Steigler in relation to title matters [.1]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 01/11/2018 | White, Matthew | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Multiple email correspondence with Messrs. Southard and Steigler re: title exceptions. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/12/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing email from Mr. Rosenfeld on status of marketing by CBRE [.1]; emails with Messrs. White and Steigler on title call [.1]; call with Messrs. Steigler and White; then further discussion with Mr. White concerning title questions from interested purchaser [.8]; emails with Ms. Sweeney; then review of updated schedules to APA and form of APA; emails with Mr. Cote thereon; then emails with Messrs. Rosenfeld and Bivona [1.2]. | Fees | 2.20 | 0.00 | 595.00 | 1,309.00 |
| 01/12/2018 | Sweeney, Stephanie | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Finalizing updated schedules to APA and sending to Mr. Southard, reviewing email to RSR and sending Mr. Southard updated APA. | Fees | 0.50 | 0.00 | 425.00 | 212.50 |
| 01/12/2018 | White, Matthew | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Multiple email correspondence with Messrs. Southard and Steigler re: title exceptions [.3]; telephone conference with Messrs. Southard and Steigler [.6]; telephone conference with Mr. Southard [.2]; reviewing APA draft schedules [.2]. | Fees | 1.30 | 0.00 | 350.00 | 455.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/16/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing email and report on update for marketing efforts from Mr. Rosenfeld [.2]; call with brokers and other interested parties [.3]; emails with Messrs. Seid and Villaba in diligence inquiry concerning title; then emails with Messrs. Steigler and White thereon and in relation to ALTA survey; reviewing title and preparing draft response to diligence inquiries; then further emails with Mr. White thereon [1.7]. | Fees | 2.20 | 0.00 | 595.00 | 1,309.00 |
| 01/16/2018 | White, Matthew | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Multiple email correspondence with Mr. Southard re: title exceptions [.2]; reviewing survey [.1]; multiple email correspondence with Mr. Steigler re: same [.3]; reviewing Mr. Southard's responses to title exceptions [.2]. | Fees | 0.80 | 0.00 | 350.00 | 280.00 |
| 01/17/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing email from Mr. Rosenfeld and Mr. Guardino concerning TOB meeting with potential bidders [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/18/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. Rosenfeld and Mr. Bivona on contact with Town of Brookhaven [.1]; email to Ms. Pines [.1]; emails with Mr. Seid; then to Mr. White on inquiry for title [.1]; call with Mr. White on responses to interested buyer diligence on title; reviewing and revising responses and emails with Messrs. White, Rosenfeld and Bivona thereon [.8]; emails and call with Messrs. Bivona and Cote thereon; [.4]; further revising disclosure and then emails with Mr. Seid and then with brokers in relation to same [.4]; call to Ms. Anello on status of sale [.1]; further emails with Mr. White on utility plan and impact on plotting [.2]. | Fees | 2.20 | 0.00 | 595.00 | 1,309.00 |
| 01/18/2018 | Sweeney, Stephanie | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing comments to title exception questions. | Fees | 0.10 | 0.00 | 425.00 | 42.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------|-----------|-------|-------|-------|-------|
| 01/18/2018 | White, Matthew | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing title exceptions and recorded instruments and drafting responses to same [3.1]; multiple email correspondence with Messrs. Southard, Bivona and Rosenfeld re: same [.3]; reviewing updates to responses [.1]; reviewing utility coordination plan and comparing same to title exception responses [.6]; multiple email correspondence with Mr. Southard re: same [.3]. | Fees | 4.40 | 0.00 | 350.00 | 1,540.00 |
| 01/19/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Mr. Seid and Ms. Sweeney on updated survey and disclosure matters [.2]; call with Ms. Anello; then emails with brokers on NYSAG interest in review of bids [.3]; reviewing TOB IDA information requests and responding to email from Mr. Bivona [.3]; emails with Mr. Rosenfeld thereon [.1]; reviewing APA comments from Otter bidder and related emails with same; then with Messrs. Cote and Rosenfeld on schedules and interaction with other bidders on APA; revising stalking horse agreement and further emails thereon  [1.2]. | Fees | 2.10 | 0.00 | 595.00 | 1,249.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/19/2018 | Sweeney, Stephanie | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing comments to APA from Mr. Seid and related emails; sending updated title and survey to Mr. Seid [.5]; reviewing various emails re: NYS AG, schedules to APA, title exceptions; reviewing revised APA and emails re: stalking horse provisions [.5]. | Fees | 1.00 | 0.00 | 425.00 | 425.00 |
| 01/19/2018 | White, Matthew | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing Otter Consulting's comments to APA [.2]; reviewing campus sale motion and order [.4]; reviewing proposed modified APA [.1]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |
| 01/21/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Several emails with Messrs. Rosenfeld and Bivona in relation to sale schedules to APA and related information [.3]; reviewing and revising APA form with Otter; emails with Messrs. Rosenfeld and Bivona thereon [.9]. | Fees | 1.20 | 0.00 | 595.00 | 714.00 |
| 01/21/2018 | White, Matthew | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing further revised APA. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/22/2018 | Sweeney, Stephanie | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call with Otter Investments [.5]; follow up call with Mr. Corneau, Mr. Southard [.3]; reviewing revised schedules [.1]; call with clients, Mr. Southard, Mr. Corneau re: schedules, APA, hearing update [.5]; reviewing redlines, sending schedules and APA redline to Otter [.4]; reviewing email from Otter, sending clean APA; sending revised APA, reviewing emails responding to inquiries [.4]. | Fees | 2.20 | 0.00 | 425.00 | 935.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/22/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with interested creditors on status of negotiations and marked APA from Otter [.3]; reviewing email and schedules update from Mr. Bivona [.2]; emails and call with Mr. Corneau on terms of APA [.3]; emails with Mr. Cote on schedules and form of APA [.2]; further emails with Mr. Corneau on schedules and comments to APA [.2]; call with Mr. Hammel in relation to sale status [.3]; call with Otter investment representatives [.5]; call with Mr. Corneau and Ms. Sweeney [.3]; call with Messrs. Rosenfeld, White, Corneau and Bivona [.5]; call with Mr. White [.2]; reviewing updated schedules from Mr. Corneau [.2]; several further emails with Ms. Sweeney and Mr. Corneau; then revising APA and schedules; emails thereon with Mr. Seid, et al. [.8]; reviewing updated marketing report from brokers and email from Mr. Rosenfeld [.2]. | Fees | 4.20 | 0.00 | 595.00 | 2,499.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/22/2018 | Corneau, Joseph | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing multiple emails regarding APA and schedules [0.2]. Reviewing Otter Investments markup of APA, Mr. Southard's revisions to same [0.9]. Telephone call with Mr. Southard regarding Otter Investments APA [0.2]. Revisions to Otter Investments APA [0.2]. Reviewing APA schedules [0.3]. Telephone call with Messrs. Seid and Villaba at Otter Investments regarding APA [0.5]. Telephone call with Mr. Southard and Ms. Sweeney regarding APA [0.3]. Telephone call with Mr. Bivona, Mr. Southard and Ms. Sweeney regarding APA schedules [0.5]. Revising APA schedules [0.4]. Emailing (2x) regarding APA schedules [0.2]. Emailing regarding APA [0.1]. | Fees | 3.80 | 0.00 | 495.00 | 1,881.00 |
| 01/22/2018 | White, Matthew | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Conference call with Messrs. Southard, Corneau, Ms. Sweeney and counsel for Otter re: APA [.5]; reviewing APA schedules and a revised draft of the APA [.1]; reviewing comments of Otter's counsel [.1]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/23/2018 | Sweeney, Stephanie | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Sending APA to Mr. Bivona, reviewing emails re: removing excluded assets [.2]; call with Otter, Mr. Southard and Mr. Corneau re: APA comments and schedule [1.4]; discussing revisions with Mr. Corneau [.4]; revising APA and schedules and sending to Mr. Southard and Mr. Corneau [.5]; reviewing emails re: MOU, restricted assets [.1]. | Fees | 2.60 | 0.00 | 425.00 | 1,105.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/23/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Several emails with Mr. Cote in relation to data room and schedules to APA; with Messrs. Bivona and Rosenberg thereon [.4]; call with creditor parties and brokers on status of marketing effort and bid expectations [1.0]; call with Mr. Friedman [.2]; emails in relation to Brookhaven National Laboratory questions from interested bidder [.2]; emails with Mr. Bivona on comments to APA and schedules [.2]; emails with Mr. Pfeiffer [.1]; discussion with Mr. Corneau on sale status and APA comments; call with Messrs. Bivona and Corneau [.5]; reviewing emails from Mr. Bivona on insurance schedules and copies [.2]; call with representatives of Otter Investments on sale interest and APA comments [1.4]; review and revising APA and schedules [.8]; call in relation to sale with Mr. Kleinberg [.2]; emails with Mr. Villaba on schedules [.3]; emails with Messrs. Friedman and Berkowitz [.1]; emails with Mr. Cote on various logistical matters on sale [.3]. | Fees | 5.90 | 0.00 | 595.00 | 3,510.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/23/2018 | Corneau, Joseph | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Participating in conference call with brokers [1.0]. Reviewing APA [0.4]. Conferring with Mr. Southard and call with Messrs. Southard and Bivona regarding APA schedules [0.5]. Telephone call with Otter regarding APA [1.4]. Conferring with Ms. Sweeney regarding APA and revisions thereto [0.4]. Telephone call with Mr. Hammel regarding APA [0.5]. Conferring with Mr. Southard regarding APA [0.1]. | Fees | 4.30 | 0.00 | 495.00 | 2,128.50 |
| 01/23/2018 | White, Matthew | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing revisions to APA schedules. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 01/24/2018 | Sweeney, Stephanie | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing revisions to APA and schedules, related emails with Mr. Southard and Mr. Corneau [.4]; finalizing schedules, sending revised APA and Schedules to Otter [.2]. | Fees | 0.60 | 0.00 | 425.00 | 255.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/24/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Several emails and review of APA comments and schedules with Ms. Sweeney and Mr. Corneau [.3]; emails with Messrs. Rosenfeld and Cote on BNL MOU and diligence materials [.2]; call with Mr. Cote [.2]; call with Mr. Rosenfeld and then with Messrs. Bivona and Parr concerning buyer diligence questions [.4]; call with Mr. Friedman; then call with Messrs. Berkowitz and Friedman [.5]; call with Mr. Kane in relation to bid requirements [.4]; emails with Messrs. Parr and Bivona on BNL contacts [.1] telephone call with Messrs. Pfeiffer, Cieply and Corneau regarding asset purchase agreement [1.8]; conferring with Mr. Corneau regarding asset purchase agreement; plan [.3]. | Fees | 4.20 | 0.00 | 595.00 | 2,499.00 |
| 01/24/2018 | Corneau, Joseph | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Telephone call with Messrs. Pfeiffer, Cieply and Southard regarding APA [1.8].<br>Conferring with Mr. Southard regarding APA [0.3]. | Fees | 2.10 | 0.00 | 495.00 | 1,039.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 01/25/2018 | Sweeney, Stephanie | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing affidavit of service and motion and responding to Mr. Southard email re: service parties, discussing bidding process with Mr. Southard [.5]; drafting letter to MOU parties, emails with Ms. Gargiulo re: address verification, sending letter to Mr. Southard [1]; reviewing address research with Ms. Gargiulo, revising letter and sending to Mr. Rosenfeld and Mr. Bivona [.5]; reviewing bid of JDMJ, discussing bids with Mr. Southard [.3]. | Fees | 2.30 | 0.00 | 425.00 | 977.50 |
| 01/25/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Mr. Posillco on board call and with Ms. Sweeney [.2]; reviewing BNL MOU and data room; then emails with Ms. Sweeney and discussions with same on notice requirements [.6]; call with Mr. Rosenfeld on status of sale matters and plan [.4]; reviewing and revising MOU notice and emails with Ms. Sweeney [.2]; reviewing bids and comparing same; calls and emails with various interested parties and brokers in relation to same; preparing bid comparison [2.7] | Fees | 4.10 | 0.00 | 595.00 | 2,439.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/25/2018 | Corneau, Joseph | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Conferring with Mr. Southard regarding bids [0.2]. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 01/26/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. Rosenfeld on status [.2]; discussing status and results and options on sale with Mr. Corneau [.3]; call to Brookhaven National Laboratory [.1]; discussing sale with Ms. Sweeney [.1]; call with Mr. Rosenfeld [.4]; call with interested parties and brokers on bids [.5]; calls and emails with Mr. Friedman and then Mr. Pfeiffer and then Mr. Rosenfeld  [.5]; preparing for call with board [.4]; emails with brokers and bidder parties in relation to qualification and wherewithal; preparing redline of APA forms and reviewing same [.7]; emails with Mr. Kleinberg in relation to board review of bids and call [.1]; further calls with Mr. Rosenfeld and Mr. Cote and emails thereon preparing for board call [.5]; call with board and others in relation to bids and deliberation [.5]; discussing status with Mr. Corneau [.3]; call with Mr. Dorch on BNL activity [.2]; further call with Mr. Cote [.1]. | Fees | 4.90 | 0.00 | 595.00 | 2,915.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/26/2018 | Sweeney, Stephanie | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing additional materials received from JDMJ bidder, reviewing Bridgestone bid documents, reviewing emails with bidders and brokers [.5]; call with board, Mr. Southard, Mr. Rosenfeld re: bids received, taking notes and sending to Mr. Southard [.5]. | Fees | 1.00 | 0.00 | 425.00 | 425.00 |
| 01/26/2018 | Corneau, Joseph | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Conferring with Mr. Southard regarding bids received [0.3]. Briefly reviewing bid package submitted by Bridgestone Capital Partners [0.6]. Briefly reviewing bid package submitted by John Pjetrnikaj [0.5]. Conference call regarding bids received [0.5]. Conference call with Board of Trustees [0.5]. Conferring with Mr. Southard regarding analysis of bid packages [0.3]. | Fees | 2.70 | 0.00 | 495.00 | 1,336.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement

| 01/29/2018 | Southard, Sean | 10691.014/ Dowling College | Fees | 6.40 | 0.00 | 595.00 | 3,808.00 |
|---|---|---|---|---|---|---|---|

Asset Disposition - Brookhaven Campus Reviewing notice to BNL MOU parties on intent to sell; emails thereon with Messrs. Bivona and Rosenfeld and Ms. Sweeney [.2]; reviewing bids and revising form of APA, and title; then emails thereon [.8]; emails and call with Messrs. Corneau and Steigler [.3]; several emails with interested parties on title update [.3]; call with Ms. Sato on status of sale process; then call to interested party counsel Mr. Seid and related emails [.3]; reviewing Paradigm bid and related emails with Mr. Cote [.3]; call with Mr. Freidman [.5]; discussing and reviewing bid procedures and sale status with Mr. Corneau [.7]; emails with Messrs. Friedman, Powers and Rosenfeld thereon [.2]; emails with Messrs. McCord and interested parties on attendance and security for auction [.2]; call with Mr. Rosenfeld and related emails on status [.2]; discussing status with Ms. Sweeney [.1];  call with Mr. Cote and related emails on diligence from buyers, etc. [.3]; call with Mr. Sadler from BNL; then emails and discussion with Ms. Sweeney thereon [.3]; call with Mr. Pfeiffer [.4]; further call with Mr. Cote [.1]; reviewing and revising auction rules, script and registration form and then emails thereon with Mr. Corneau and interested parties [.6]; call with Mr. Friedman [.2]; further emails on status with Mr. Rosenfeld [.1]; emails with Ms. Kiss on confirmation of auction court reporting [.1]; reviewing emails from Mr. Rosenfeld on status [.1]; emails with Mr. Scarda on bid interest [.1].

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/29/2018 | Sweeney, Stephanie | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Finalizing letter to MOU notice parties with fax numbers, revising per comments from Mr. Southard and Mr. Bivona, sending amended deadlines notice to Mr. Bivona [.5]; coordinating mailing and faxes with Ms. Bergman, emailing same to Mr. Sadler [.3]; reviewing revised title report and survey, emailing Mr. Southard re: changes, reviewing related emails [.5]; call with Mr. Southard re: sale process status update, call with Mr. Corneau re: binders [.5]; reviewing Paradigm bid package [.5]; coordinating binders with Ms. Strine, organizing and sending binder documents, related emails [.6]; reviewing auction script and rules, reviewing emails re: bid packages status, title updates [.5]. | Fees | 3.40 | 0.00 | 425.00 | 1,445.00 |
| 01/29/2018 | Bergman, Rayella | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Preparing and transmitting Memorandum of Understanding along with attachments via Federal Express and facsimile per Ms. Sweeney's request. | Fees | 1.00 | 0.00 | 175.00 | 175.00 |
| 01/29/2018 | Strine, Kristen | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Assembling auction binder per Ms. Sweeney's request. | Fees | 1.50 | 0.00 | 175.00 | 262.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/29/2018 | Corneau, Joseph | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing amendments to title report [0.5]. Telephone call with Messrs. Southard and Steigler regarding amendments to title report [0.2]. Conferring with Mr. Southard regarding bidding procedures and credit bids [0.2]. Conferring with Mr. Southard regarding auction [0.7]. Preparing script for auction, bidding rules and sign-in sheet [1.8]. Reviewing bidding procedures in preparation for auction [0.6]. Conferring with Ms. Sweeney regarding binder for auction [0.1]. Reviewing Mr. Southard's proposed revisions to auction script [0.1]. Conferring with Mr. Southard regarding conducting auction [0.8]. | Fees | 5.00 | 0.00 | 495.00 | 2,475.00 |
| 01/29/2018 | White, Matthew | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing updated title exceptions [.2]; email correspondence with Mr. Southard re: same [.1]; reviewing revised survey [.1]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/30/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Mr. White on auction [.1]; emails with Mr. Scarda and brokers on interest of bidder [.2]; call with interested parties on status of sale [.8]; call with Mr. Gelbech on bidder wherewithal [.1]; reviewing auction script and binder and preparing for same [.5]; emails to bidders and with interested parties on process and auction rules; discussing with Mr. Corneau [.4]; discussions with Mr. Corneau; call with Messrs. Bivona and Rosenfeld [.4]; emails in relation to BNL certificates of insurance [.1]; emails with brokers in relation to Newsday interest in auction; then call with Mr. Amendola thereon and returning call to Mr. Ocasio [.5]. | Fees | 3.10 | 0.00 | 595.00 | 1,844.50 |
| 01/30/2018 | Sweeney, Stephanie | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing and revising auction binders, circulating same [1.2]; reviewing emails re: notice to bidders, press communication, insurance certificate [.3]; reviewing FedEx notices re: MOU letter, discussing same with Ms. Bergman, call to Brookhaven town [.5]; coordinating resending letter with Ms. Bergman, related emails with Ms. Bergman [.3]. | Fees | 2.30 | 0.00 | 425.00 | 977.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/30/2018 | Corneau, Joseph | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Conference call regarding auction [0.8].<br>Emailing with Mr. McCord regarding<br>preparation for auction [0.1].  Reviewing<br>draft of outgoing email to bidders regarding<br>financial wherewithal and conferring with<br>Mr. Southard regarding same [0.2].<br>Reviewing binder in preparation for auction<br>[0.4]. | Fees | 1.50 | 0.00 | 495.00 | 742.50 |
| 01/31/2018 | Sweeney, Stephanie | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Attendance at auction and meetings with<br>various parties [8.5]; call with Board and<br>Mr. Southard re: auction status update [.5]. | Fees | 9.00 | 0.00 | 425.00 | 3,825.00 |
| 01/31/2018 | Corneau, Joseph | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Attending auction [8.5]. Participating in<br>telephone call with Board of Trustees<br>regarding outcome of auction [0.5]. | Fees | 9.00 | 0.00 | 495.00 | 4,455.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/31/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Calls and discussions with interested parties and brokers before auction [.5]; then conducting auction at Certilman Balin and discussions with interested parties in relation to same [8.5]; call with Dowling board on update from auction results [.5]; call with Mr. Rosenfeld following same [.3]; call with Mr. Clayton on results of auction [.3]; reviewing email from Mr. Sadler on letter for insurance on BNL [.1]. | Fees | 10.20 | 0.00 | 595.00 | 6,069.00 |
| 01/31/2018 | Corneau, Joseph | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Round-trip LIRR fare for travel to auction. | TRAIN | 0.00 | 1.00 | 24.00 | 24.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/01/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call with Mr. Friedman in relation to auction and status [.2]; call with Mr. Rosenfeld in relation to same [.3]; calls and emails with Mr. Cundiff on interest in property; emails with Mr. Rosenfeld thereon; preparing NDA and emails thereon with same and Mr. Cote on access to dataroom [.6]; call with Messrs. Guardino, Rosenfeld and Bivona [.5]; reviewing auction transcript and related emails [.2]; call with Ms. Sato and Mr. Hammel [.2]; call with Essel representatives on interest in property [.7]; emails with Messrs. Cote and Cundiff on information requests [.2]; then discussion with Messrs. Rosenfeld and Bivona thereon [.4]; call with Ms. Sato [.8]; call with Messrs. Powers, Friedman, Corneau, Rosenfeld and Bivona [.8]; call with Mr. Friedman and to Mr. Johnston [.2]. | Fees | 5.10 | 0.00 | 595.00 | 3,034.50 |
| 02/01/2018 | Sweeney, Stephanie | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Sending transcript to Mr. Southard and Mr. Corneau, briefly reviewing same, reviewing emails re: sale hearing status and agenda for additional call. | Fees | 0.50 | 0.00 | 425.00 | 212.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/01/2018 | Corneau, Joseph | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Conferring with Mr. Southard regarding auction [0.1]. Reviewing auction transcript [0.4]. Conference call regarding auction and sale hearing [0.8]. | Fees | 1.30 | 0.00 | 495.00 | 643.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/02/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with Mr. Rosenfeld [.4]; emails with creditor parties on call scheduling and status [.1]; call with Mr. Friedman, including call with Mr. Yang [.6]; emails with Messrs. Pfeiffer and Graiser and Cote and Friedman on marketing and bids [.2]; call with Mr. Cundiff on Essel interest [.2]; preparing emails to interested bidders on status and questions [.3]; email to Mr. Gelbtuch [.1] further calls with Mr. Friedman, adding Mr. Yang, then with Ms. Ryan on status and update of auction process [.7]; discussing status with Mr. Corneau [.1]; call with Mr. Guardino [.2]; call with Mr. Rosenfeld [.5]; further call with Mr. Friedman; then to Mr. Nestico[.6]; emails with Mr. Javaid on Bridgeston bid status [.2]; preparing email to interested parties on update from Court [.1]; call with interested parties in relation to sale process [1.6]; discussing same with Mr. Corneau and then with Ms. Sweeney [.2]; reviewing emails from Messrs. Cote and Friedman on contacts and PDD concepts with town, etc. [.3]; further emails with Mr. Rosenfeld and brokers and then creditor parties on discussion concerning further marketing and bid process [.3]. | Fees | 6.70 | 0.00 | 595.00 | 3,986.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/02/2018 | Corneau, Joseph | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Conference call regarding status and next steps [1.6]. Conferring with Mr. Southard regarding hearing on sale motion [0.2]. | Fees | 1.80 | 0.00 | 495.00 | 891.00 |
| 02/02/2018 | Sweeney, Stephanie | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call re: next steps [1.6]. | Fees | 1.60 | 0.00 | 425.00 | 680.00 |
| 02/05/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call on status with Mr. Friedman [.1]; preparing for hearing [.5]; emails with Mr. Guardino and Rosenfeld [.1]; call with Messrs. Guardino, Friedman and Rosenfeld concerning Town of Brookhaven [.4]; emails and call with Ms. Anello on NYSAG questions [.3]; meeting with Messrs. Friedman and Powers; then call with creditor parties and debtor on status, broker thoughts and marketing status [1.5]; call with Mr. Corneau in relation to sale preparation [.2]; appearing for Debtor on status of sale approval and several discussions with counsel to interested parties and Mr. Rosenfeld before and after same [1.9]. | Fees | 5.00 | 0.00 | 595.00 | 2,975.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/05/2018 | Corneau, Joseph | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing bid tracking summary prepared by brokers [0.1]. Conference call regarding campus sale [1.1]. Conferring with Mr. Southard regarding sale hearing [0.2]. Follow-up conference with Mr. Southard regarding sale hearing [0.3]. | Fees | 1.70 | 0.00 | 495.00 | 841.50 |
| 02/06/2018 | Sweeney, Stephanie | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Drafting notice of adjournment of sale hearing and sending to Mr. Southard, coordinating filing of same. | Fees | 0.30 | 0.00 | 425.00 | 127.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/06/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with Mr. Rosenfeld on status of sale; then call to Mr. Guardino and related emails [.2]; call with interested parties and creditors on status of sale and marketing [1.1]; call with Mr. Friedman [.2]; reviewing several emails among Mr. Friedman and Mr. Johnston [.2]; reviewing notice of adjournment; discussing with Ms. Sweeney and emails with Ms. Ryan [.2]; emails with Ms. Anello of NYSAG [.1]; call with Messrs. Cote and Hubbard [.3]; call with Mr. Rosenfeld [.1]; then with Messrs. Rosenfeld and Guardino [.7]; several emails among Messrs. Rosenfeld, Bivona, Guardino and Friedman on Town of Brookhaven discussions and meetings; further call with Mr. Rosenfeld thereon [.4]. | Fees | 3.50 | 0.00 | 595.00 | 2,082.50 |
| 02/06/2018 | Corneau, Joseph | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Conferring with Mr. Southard regarding sale status. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/07/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Messrs. Rosenfeld, Friedman, and Guardino in relation to meeting with Town of Brookhaven [.2]; emails with Mr. Ocasio of Newsday [.1]; call with Ms. Sato [.1]; call with Mr. Friedman [.2]; reviewing emails and updated bid package from Mr. Curtis and responding to same; reviewing redline of APA and then emails with creditor parties [.6]; call with Mr. Rosenfeld [.2]; emails with creditor parties and brokers on update with Town of Brookhaven [.1]; emails with Mr. Cundiff on Essel interest [.1]; call with Messrs. Gelbuch and Berger [.2]; further emails on meeting with Town of Brookhaven and planning and discussion for same [.2]; research on Town of Brookhaven OTB matter [.8]; call with creditors and brokers on Town of Brookhaven meeting and bidder interest [.5]; further call with Mr. Friedman [.1]; preparing talking points and related emails with Messrs. Guardino, Rosenfeld and Friedman [.5]. | Fees | 3.90 | 0.00 | 595.00 | 2,320.50 |
| 02/07/2018 | Sweeney, Stephanie | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing revised Bridgestone offer and related emails. | Fees | 0.20 | 0.00 | 425.00 | 85.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/07/2018 | Corneau, Joseph | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Conference call regarding sale status. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |
| 02/08/2018 | Sweeney, Stephanie | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call with Mr. Corneau re: update on sale<br>process, reviewing broker status report. | Fees | 0.30 | 0.00 | 425.00 | 127.50 |
| 02/08/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Meeting with Messrs. Rosenfeld, Friedman<br>and Guardino in preparation for Town of<br>Brookhaven meeting [.9]; then meeting with<br>Town of Brookhaven representatives at<br>Brookhaven Town Hall and discussions<br>following same [1.3]; meetings over lunch<br>with Messrs. Rosenfeld and Friedman on<br>sale strategy and status [1.0]; reviewing<br>email from Mr. Cote in relation to update<br>from brokers on marketing [.2]. | Fees | 3.40 | 0.00 | 595.00 | 2,023.00 |
| 02/08/2018 | Corneau, Joseph | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing broker update [0.1]. Conference<br>call regarding status [0.8]. Conferring with<br>Ms. Sweeney regarding sale status [0.2]. | Fees | 1.10 | 0.00 | 495.00 | 544.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 02/09/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with creditors and invitation on call; call with Mr. Rosenfeld and then Friedman thereon [.3]; call with secured and unsecured creditor representatives on status [.3]; further calls thereon with Messrs. Friedman, then with Mr. Rosenfeld [.4]; then email to brokers;  series of calls to interested parties with Mr. Friedman [.7]; call with brokers and Messrs. Rosenfeld and Friedman [.7]; emails with Mr. Guardino [.1]; further call with Messrs. Rosenfeld and Friedman [.4]; emails with Mr. Curtis [.1]; emails with Mr. Guardino on zoning matters and interested developers [.2]. | Fees | 3.20 | 0.00 | 595.00 | 1,904.00 |
| 02/09/2018 | Corneau, Joseph | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Conferring with Mr. Southard regarding sale status [0.2]. Conference call regarding sale status [0.3]. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/12/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Messrs. Rosenfeld, Friedman and Guardino on bidders status and next steps [.3]; call with Mr. Friedman [.2]; call with Messrs. Guardino and Rosenfeld [.3]; reviewing email from Mr. Curtis and bid [.2]; emails with Mr. Nestico on call status [.1]; reviewing email from Mr. Kane on status of bids [.1]; preparing email to Mr. Curtis in relation to status and bid reaction overall [.3]; reviewing email from Mr. Bivona with Brookhaven tax bill and emails thereon [.3];  call with Mr. Rosenfeld thereon [.5]; call with Mr. Friedman and Mr. Nestico [.2]; then further call with Mr. Friedman [.2]; emails on meeting with Aviation school and Mr. Nestico [.1]; email to Mr. Kane and Pjeternikaj [.1]; emails with Mr. Walz on Northwell interest in medical and imaging site [.1]; call with Messrs. Rosenfeld, Bivona. Friedman and Guardino [.5]; further call with Mr. Friedman [.2]; call with Mr. Pfeiffer [.1]; call with Mr. Friedman [.2]; emails with Mr. Ocasio of Newsday on status of sale [.1]. | Fees | 4.10 | 0.00 | 595.00 | 2,439.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/12/2018 | White, Matthew | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing tax 2017/18 property tax bill for campus [.2]; multiple email correspondence with Messrs. Southard, Rosenfeld and Bivona re: same [.2]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 02/13/2018 | Corneau, Joseph | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Conference call regarding sale status [0.5]. Reviewing letter regarding Bridgestone/Soho joint venture [0.1]. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/13/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. Rosenfeld on Essel interest [.1]; reviewing and responding to emails with Messrs. Rosenfeld and Friedman on broker views and meeting [.2]; call with creditor parties on status of various sale process [.5]; emails with Ms. Nocella in relation to Dowling sale deposits [.1]; meeting with Mr. Rosenfeld and then with Messrs. Nestico and Richards on interest in property and potential transactions [1.4]; emails with Mr. Walz and interested parties on medical use [.1]; reviewing emails from Mr. Curtis on deal status and proposal from Bridgestone; then circulating same [.3]; call with Mr. Friedman on results of meeting [.3]; reviewing tax invoice and related emails [.2]; several emails on update to interested parties for Dowling transaction [.2]; emails with Mr. Rosenfeld in relation to Aviation school possibilities [.1]. | Fees | 3.50 | 0.00 | 595.00 | 2,082.50 |
| 02/14/2018 | Corneau, Joseph | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing multiple emails regarding Bridgestone offer. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/14/2018 | White, Matthew | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Multiple email correspondence with Mr. Southard re: property tax grievance [.2]; telephone conference with Mr. Southard re: same [.2]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 02/14/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. Prassad on Essel; then with Messrs. Friedman and Rosenfeld on status of other potential deals [.3]; further emails with Mr. Rosenfeld on CBRE and Geffen care [.1]; emails with Mr. Guardino and then Mr. Rosenfeld on tax matters [.2]; emails on further calls with interested parties, etc. [.3]. | Fees | 0.90 | 0.00 | 595.00 | 535.50 |
| 02/15/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with Mr. Curtis [.3]; call with CBRE and Messrs. Rosenfeld and Friedman and Effen Group [.5]; meeting and several calls with Mr. Friedman, including calls with Messrs. Rosenfeld and Parr [.9]; meeting with Town of Brookhaven [2.0]; discussions with Messrs. Friedman and Rosenfeld after [.3]; further meeting and several calls with Mr. Friedman and interested parties [1.2]; reviewing email from Mr. Friedman with map from meeting [.1]; emails with Mr. Guardino and then with Mr. Curtis on status [.2]. | Fees | 5.50 | 0.00 | 595.00 | 3,272.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/16/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. Guardino in relation to Town meeting [.2]; emails with Mr. Curtis and other interested parties for Bridgestone [.3]; call with interested creditor and broker parties [.5]; further call with Mr. Friedman [.2]; emails with Messrs. Friedman and Rosenfeld on NDA and interested [.2]; calls with Messrs. Friedman, Bivona and Rosenfeld [.5]; emails with several interested parties on update from meeting with Town of Brookhaven and status of process [.4]; call with counsel to Oppenheimer [.4]; further calls and emails with Messrs. Rosenfeld, Friedman and Bivona [.5]. | Fees | 3.20 | 0.00 | 595.00 | 1,904.00 |
| 02/16/2018 | Corneau, Joseph | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Conference call regarding sale status. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |
| 02/19/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Several e mails with Mr. Rosenfeld and Mr. Friedman on status of discussions with new interested party [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/20/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Email with Mr. Hammel on call and status [.1]; emails with Mr. Curtis and Messrs. Rosenfeld and Friedman [.2]; emails with Messrs. Friedman and Rosenfeld on NDA and campus visit by medical group; then with Mr. Cote [.2]; call with Messrs. Rosenfeld, Friedman and Bivona on status of various sale matters [.4]; preparing emails to interested bidder groups setting up calls [.3]; further emails with Mr. Rosenfeld and Mr. Friedman on interested parties [.2]. | Fees | 1.40 | 0.00 | 595.00 | 833.00 |
| 02/21/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing emails from interested parties, including Mr. Curtis and site plan [.2]; emails with Messrs. Bivona and Friedman on tax issues for campus [.1]; call with Messrs. Curtis, Carbone, Javaid, Jia and Friedman [.5]; call with Messrs. Friedman and Nestico on status of potential deal [.3]; emails and call with Mr. Kleinberg on status of sale matters [.2]; reviewing several emails on new site visit from Farrell group [.2]; reviewing emails from Mr. Friedman and Mr. Johnston on Calabro airport traffic [.1]. | Fees | 1.60 | 0.00 | 595.00 | 952.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/21/2018 | Corneau, Joseph | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Conferring with Mr. Southard regarding sale status. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 02/22/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. Prassad of Essel and Mr. Rosenfeld on level of interest [.1]; emails with Mr. Rosenfeld on [.1]; call with Mr. Friedman on preparation for TOB meeting [.2]; call with Mr. Rosenfeld on status of sale process [.5]; call with Mr. Collins on tax assessment on campus [.1]; call with Mr. Friedman [.3]; call with creditors and interested parties [.6]. | Fees | 1.90 | 0.00 | 595.00 | 1,130.50 |
| 02/22/2018 | Corneau, Joseph | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Conference call regarding sale status. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |
| 02/23/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing email from Mr. Bivona and responding to same on tax bill and status [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 02/26/2018 | Kiss, Lauren | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Discussing hearing with Mr. Southard and calendaring next hearing date. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/26/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Meeting at Parr Industries with Messrs. Rosenfeld, Friedman, et al. discussing Town of Brookhaven and related planning [1.4]; discussions with Mr. Friedman and Mr. Rosenfeld prior to hearing; then appearing at hearing on adjourned sale proceeding [1.4]; call with Ms. Kiss on results of hearing [.1]; emails with Messrs. Bivona, Friedman and Rosenfeld on tax exemption [.2]. | Fees | 3.10 | 0.00 | 595.00 | 1,844.50 |
| 02/27/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Messrs. Friedman and Rosenfeld concerning meeting son aviation school [.2]; emails with Essel group and with Mr. Rosenfeld and Farrel group [.2]; call with creditors and brokers on status of Brookhaven sale process [.5]; discussion with Mr. Friedman [.3]; reviewing email from Mr. Bivona on tax exemption and applications to Town, responding to same and further emails with Mr. White and Mr. Rosenfeld thereon [.3]; call with Mr. White thereon [.2]; call with Mr. Friedman on update from day [.1]. | Fees | 1.80 | 0.00 | 595.00 | 1,071.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for
## Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/27/2018 | White, Matthew | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing tax exemption renewal applications for campus properties [.2]; telephone conference with Mr. Southard re: same [.2]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 02/28/2018 | Bergman, Rayella | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>FedEx invoice no. 6-093-27703 for shipment to Michael McCann, Brookhaven National Laboratory on 1/29/18. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |
| 02/28/2018 | Bergman, Rayella | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>FedEx invoice no. 6-093-27703 for shipment to Town Attorney, Town of Brookhaven on 1/29/18. | FEDEX | 0.00 | 1.00 | 28.05 | 28.05 |
| 02/28/2018 | Bergman, Rayella | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>FedEx invoice no. 6-093-27703 for shipment to US Environmental Protection Agency on 1/29/18. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |
| 02/28/2018 | Bergman, Rayella | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>FedEx invoice no. 6-093-27703 for shipment to New York State Dept. of Environmental Conservation. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------|-----------|-------|-------|-------|-------|
| 02/28/2018 | Bergman, Rayella | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>FedEx invoice no. 6-093-27703 for shipment to Louis F. Sadler, US Dept. of Energy, BAO on 1/29/18. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |
| 02/28/2018 | Bergman, Rayella | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>FedEx invoice no. 6-093-27703 for shipment to Town Attorney, Town of Brookhaven on 1/30/18. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |
| 02/28/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Messrs. Friedman, Phillips Rosenfeld and Parr in relation to plans for development and interested party status; responding to same [.3]; call with Messrs. Rosenfeld, Bivona, and Friedman on status of sale matters and Town of Brookhaven meeting [.5]; reviewing emails from Messrs. Berger and Gelbuch in relation to Gefen Senior case LOI [.2]; discussing status with Mr. Corneau [.2]; reviewing email from Mr. Rosenfeld on sale status and report [.1]. | Fees | 1.30 | 0.00 | 595.00 | 773.50 |
| 02/28/2018 | Kiss, Lauren | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing tax exempt renewal applications and emailing with Mr. Southard. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/28/2018 | Corneau, Joseph | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing offer from Gefen Senior Care [0.2]. Conferring with Mr. Southard regarding offer from Gefen Senior Case [0.2]. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 03/01/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing various emails among Messrs. Rosenfeld, Friedman and Guardino on Town of Brookhaven meeting [.2]; call with Mr. Rosenfeld concerning results of meeting with Town of Brookhaven [.2]; call with Ms. Sato and then emails with same and Mr. Friedman on request for update [.1]; emails with Messrs. Friedman and Rosenfeld and then Mr. Newman in related to Touro interest [.2]; call with Ms. Sato on request for update call [.1]; emails with Ms. Sato and Mr. Friedman thereon [.1]; reviewing email from Mr. Guardino to Mr. Phillips on requirements for plans [.1]. | Fees | 1.00 | 0.00 | 595.00 | 595.00 |
| 03/01/2018 | White, Matthew | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Revieiwing email correspondence with Town of Brookhaven re: application for property tax grievance. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/02/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Messrs. Phillips and Rosenfeld, et al., on results of Town of Brookhaven meeting [.2]; call on Dowling development potential with several parties, including Messrs. Guardino, Bivona and Friedman [.4]; emails with Mr. Pfeiffer on status of bidders [.1]. | Fees | 0.70 | 0.00 | 595.00 | 416.50 |
| 03/05/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with counsel to committee and Oppenheimer on status of bids [.8]; email to Mr. Newman of Touro on interest and offer for call [.1]; emails with Mr. Rosenfeld concerning bidder Pjeternikaj; then emails with Messrs. Berger and Gelbtuch thereon [.3]. | Fees | 1.20 | 0.00 | 595.00 | 714.00 |
| 03/06/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. Ocasio on status of sale and auction [.1]; reviewing updated concept drawing from Mr. Phillips [.2]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------|-----------|-------|-------|-------|-------|
| 03/07/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Ms. Sato and Mr. Friedman on status and call [.1]; emails with Mr. Pfeiffer [.1]; emails with secured and unsecured creditor representatives on call and status update [.2]. | Fees | 0.40 | 0.00 | 595.00 | 238.00 |
| 03/08/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call with Mr. Hubbard on status of sale and marketing [.3]; emails with lenders counsel on call scheduling and update [.1]; reviewing email from Mr. Rosenfeld with updated summary chart; emails thereon [.2]; emails with Mr. Friedman on status of Farrell and Blumenfeld interest [.1]. | Fees | 0.70 | 0.00 | 595.00 | 416.50 |
| 03/08/2018 | Sweeney, Stephanie | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing marketing update spreadsheet. | Fees | 0.20 | 0.00 | 425.00 | 85.00 |
| 03/08/2018 | Corneau, Joseph | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing summary of bids. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 03/09/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call with counsel and representatives of lenders and committee in relation to sale status [.5]. | Fees | 0.50 | 0.00 | 595.00 | 297.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/09/2018 | Corneau, Joseph | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Participating in conference call regarding<br>Brookhaven sale status. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |
| 03/12/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing emails among Messrs. Friedman,<br>Guardino and Rosenfeld on Farrell layout<br>and communications with Town of<br>Brookhaven [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 03/13/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Mr. Berg and Mr. Rosenfeld on<br>request for call [.1]; call with Mr. Rosenfeld<br>and representatives for Farrell builders [.4];<br>call with Mr. Rosenfeld following same on<br>status overall [.3]; emails with Mr.<br>Rosenfeld thereon [.1].  emails with Mr.<br>Guardino on plans for Farrel [.1]. | Fees | 1.00 | 0.00 | 595.00 | 595.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/14/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing updated summary spreadsheet and related emails with Messrs. Friedman and Rosenfeld on sale status [.3]; reviewing email from Mr. Rosenfeld to creditor parties [.1]; call with Messrs. Rosenfeld and Friedman [.3]; call with counsel to lenders and committee on status of sale [.5]; further emails with Mr. Rosenfeld on Farrell Builders [.1]. | Fees | 1.30 | 0.00 | 595.00 | 773.50 |
| 03/15/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing Dowling sale related emails with Mr. Rosenfeld concerning bidders and town interaction [.2]; further emails with Mr. Rosenfeld on conferring with Mr. Guardino and strategy; emails with Mr. Rosenfeld on new interested parties [.1]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 03/19/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call with Mr. Kleinberg in relation to status of campus sale [.2]; emails with Ms. Slavin on inquiry on sale for interested clients [.1]; emails with Mr. Rosenfeld and then with Mr. Friedman on broker inquiries, status of various parties, etc. [.4]. | Fees | 0.70 | 0.00 | 595.00 | 416.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/21/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call with creditors on overall status of sale process [.5]. | Fees | 0.50 | 0.00 | 595.00 | 297.50 |
| 03/22/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Mr. Rosenfeld on status of sale matters [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 03/23/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call with Mr. Friedman and then with Ms. Ryan on status of sale effort and request for adjournment; then further call with Mr. Friedman [.4]; preparing email to interested parties on status and adjournment [.2]; call with Mr. Hubbard on status [.2]; emails with Ms. Kiss on adjournment notice [.1]; emails with Ms. Anello of NYSAG on status of sale and timing [.1]. | Fees | 1.00 | 0.00 | 595.00 | 595.00 |
| 03/28/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Messrs. Rosenfeld and Friedman on status of various sale efforts and parties [.2]; call with creditor parties on sale status [.4]. | Fees | 0.60 | 0.00 | 595.00 | 357.00 |
| 04/03/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Mr. Rosenfeld on bidder inquiry with Town and related matters [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/05/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Mr. Rosenfeld on status report for marketing and sale [.2]; reviewing email and letter from Mr. Friedman concerning assessors office [.1]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 04/11/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call with Mr. Curtis on status of sale efforts [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 04/12/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call with Mr. Hubbard in relation to status of sale process and bidder interest [.2]; call to Mr. Friedman thereon [.1]; emails on additional bidder interest among Messrs. Bivona and Cote [.1]. | Fees | 0.40 | 0.00 | 595.00 | 238.00 |
| 04/13/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call with interested parties on sale status [.5]; emails with Messrs. Cote and Friedman on showing for new party [.1]. | Fees | 0.60 | 0.00 | 595.00 | 357.00 |
| 04/16/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Messrs. Cote and Rosenfeld and Friedman on showing to new party and status [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/17/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with Mr. Seligman in relation to offer for sale of Dowling campus [.4]; emails with Messrs. Friedman, Rosenfeld and Bivona, et al. [.2]. | Fees | 0.60 | 0.00 | 595.00 | 357.00 |
| 04/18/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. Rosenfeld in relation to Goosby party and tour [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 04/19/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Messrs. Rosenfeld and Friedman in relation to new bidder interest [.1]; call with counsel to and representatives of the DIP lenders and debtor in relation to sale status [.5]; call with Ms. Sato and Mr. Bertucci thereon [.2]; further emails on sale process with Mr. Rosenfeld and Mr. Friedman; then with parties in interest concerning sale [.3]. | Fees | 1.10 | 0.00 | 595.00 | 654.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/20/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call with creditor parties in relation to status of sale [.6]; further call with Mr. Friedman [.2]; emails with Mr. Javaid in relation to Brookhaven campus sale and property viewing; further emails with broker parties thereon [.3]; email with Mr. Kleinberg in relation to status of sale matters [.1]; further emails with Mr. Rosenfeld on Goosby bidder [.1]. | Fees | 1.30 | 0.00 | 595.00 | 773.50 |
| 04/23/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Messrs. Rosenfeld and Friedman concerning hearing on procedures [.1]; emails with Messrs. Eyler and Javaid on tour of property and timing [.1]; reviewing emails from Mr. Friedman and Mr. Rosenfeld in relation to additional bidder interest and communication with Town [.1]; appearing at hearing before Judge Grossman; discussion with counsel before and after same in relation to hearing (time split) [1.5]; emails and call to Mr. Ocasio on status of sale [.1]; further emails with Messrs. Javaid, Bivona and Eyler on request for tours [.1]. | Fees | 2.00 | 0.00 | 595.00 | 1,190.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------------|-----------|-------|-------|-------|-------|
| 04/24/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Discussing sale hearing and bidding process with Mr. Corneau [.2]; reviewing APA form; emails with Messrs. Friedman, Rosenfeld and Bivona thereon concerning update for tax matters [.6]; preparing email to Mr. Seligman in relation to Bridgestone bid and form [.2]. | Fees | 1.00 | 0.00 | 595.00 | 595.00 |
| 04/24/2018 | Corneau, Joseph | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Conferring with Mr. Southard regarding tax exempt status and sale process generally. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 04/24/2018 | White, Matthew | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing APA provision relating to tax matters [.1]; reviewing multiple email correspondence re: same [.2]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 04/25/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing emails and responding to same from Messrs. Bivona and White in relation to sale schedules update and APA form; revising schedules and further emails thereon with parties, including UCC counsel [.6]. | Fees | 0.60 | 0.00 | 595.00 | 357.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/25/2018 | White, Matthew | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing revised schedule to APA [.2]; proposing amendment to same [.1]; multiple email correspondence with Messrs. Southard, Bivona and Rosenfeld re: same [.4]; reviewing release of mechanic's lien [.1]; multiple email correspondence with Messrs. Southard, Bivona and Rosenfeld re: same [.2]. | Fees | 1.00 | 0.00 | 350.00 | 350.00 |
| 04/26/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with Mr. Seligman [.1]; emails with Messrs. Rosenfeld and Friedman on status of bidders and interested parties [.1]; reviewing email on tax exempt status from Mr. Bivona [.1]; emails with Ms. Anello in relation to sale status and NYSAG [.1]; emails with ACA counsel and representatives on status and update [.2]. | Fees | 0.60 | 0.00 | 595.00 | 357.00 |
| 04/27/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing and responding to emails among Messrs. Friedman and Rosenfeld on status report and comments to same [.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------|-----------|-------|-------|-------|-------|
| 04/30/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Messrs. Friedman, Bivona and Rosenfeld [.1]; call with Messrs. Rosenfeld, Bivona and Friedman in relation to status of sale and APA for Triple Five [.3]; reviewing and revising APA form and updating schedules for Triple Five, diligence thereon and reviewing prior emails; emails with Messrs. Rosenfeld, Bivona and Friedman on APA form and data room [.5]; emails with Ms. Sweeney in relation to MOU for BNL and notice of same [.3]. | Fees | 1.20 | 0.00 | 595.00 | 714.00 |
| 04/30/2018 | Sweeney, Stephanie | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Coordinating preparation of affidavit of service of notice of intent to sell property. | Fees | 0.40 | 0.00 | 425.00 | 170.00 |
| 04/30/2018 | Gargiulo, Renea | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Preparing affidavit of service in connection with notice of intent to convey title to Dowling College and related documents per Ms. Sweeney's request. | Fees | 0.40 | 0.00 | 175.00 | 70.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/01/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing emails from Mr. Friedman on Triple Five status and TOB contact [.1]; call with Mr. Friedman thereon [.1]; call with Messrs. Friedman and Rosenfeld thereon [.2]; emails with Mr. Bienenstock related to Triple Five interest [.1]. | Fees | 0.50 | 0.00 | 595.00 | 297.50 |
| 05/01/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Ms. Sweeney on notice and service of letter to BNL [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 05/01/2018 | Sweeney, Stephanie | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Mr. Southard and Ms. Gargiulo re: affidavit of service of notice of intent to sell. | Fees | 0.10 | 0.00 | 425.00 | 42.50 |
| 05/03/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call with interested parties on campus sale status [.4]; emails with Mr. Seligman then with Mr. Friedman and Mr. Cote on status of various parties in interest [.2]. | Fees | 0.60 | 0.00 | 595.00 | 357.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/04/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. Friedman on status and closing timing [.1]; call to Mr. Seligman [.1]; emails with Mr. Pfeiffer and Mr. Friedman [.1]; email on Paradigm venture bidder contact [.2]; reviewing email on status of interested parties from Mr. Friedman [.1]. | Fees | 0.60 | 0.00 | 595.00 | 357.00 |
| 05/06/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Email with Mr. Seligman on status of client bid [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 05/07/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. Ocasio of Newsday on status of sale [.1]; reviewing emails among Messrs. Bienenstock and Friedman on Triple Five interest [.1]; further emails on wire transfers and status with Messrs. Friedman and Rosenfeld [.2]. | Fees | 0.40 | 0.00 | 595.00 | 238.00 |
| 05/08/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with Mr. Seligman on status of sale [.1]; emails with Messrs. Friedman and Rosenfeld on Triple Five status [.1]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/09/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails on status of sale process with interested parties [.2]; emails with counsel to secured lender on status [.1]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 05/10/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. Rosenfeld and Friedman on status of deal with Triple Five [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 05/10/2018 | White, Matthew | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing Town of Brookhaven notice of denial. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 05/11/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Mr. Friedman and Ms. Sato in relation to status on sale [.1]; emails with Mr. Rosenfeld thereon [.1]; emails with Triple Five counsel; reviewing APA and related emails thereon with client and interested parties [.8]; emails with Mr. Kleinberg and Mr. Puorro on board meeting and review [.2]. | Fees | 1.20 | 0.00 | 595.00 | 714.00 |
| 05/14/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with Mr. Friedman [.1]; emails with Mr. Pfeiffer on status [.1]; emails with Mr. Klestadt and checking wires with office for deposit; related emails with client [.1]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/15/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails and call with Mr. Rosenfeld in relation to status of sale [.3]; call with Mr. Friedman [.2]; reviewing draft email from Mr. Rosenfeld to board [.1]; emails with Mr. Friedman and parties in interest on sale status [.1]; call with creditor parties [.5]; call with Messrs. Friedman and Rosenfeld, then with Ms. Ryan of Judge Grossman's chambers [.2]; several emails with CRO and board members on status and development and request for call [.3]; emails on Mr. Pternickaj interests and CBRE discussions with Mr. Rosenfeld; then with Mr. Friedman [.2]; emails with Mr. Rosenfeld in relation to MOU with BNL [.1]. | Fees | 2.00 | 0.00 | 595.00 | 1,190.00 |
| 05/16/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call with Mr. Friedman [.4]; emails with Messrs. Rosenfeld and Bivona on board approval and status of bidder conversations [.2]; call with Mr. Rosenfeld and Mr. Bivona; joined by Mr. Friedman [.5]; further emails on status of sale disposition with Messrs. Rosenfeld and Friedman [.2]; several further emails among Mr. Friedman and various interested parties on status [.3]. | Fees | 1.60 | 0.00 | 595.00 | 952.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/17/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Discussing with Mr. Corneau sale matters [.2]; emails with Messrs. Rosenfeld and Friedman on meeting with Messrs. Kane and Pjeternikaj [.2]; reviewing file and preparing for board call [.4]; call with Messrs. Rosenfeld, Bivona and Friedman related to sale status and process [.5]; call with board on Dowling status and approval of sale on Brookhaven [.6]; preparing board minutes, board resolution and reviewing related information [.8]; then preparing updated APA format and schedules and several emails with counsel to Triple Five [.6]; preparing email to Messrs. Rosenfeld, Bivona, Clayton, and Kleinberg concerning sale approval and finalizing related documents [.2]. | Fees | 3.50 | 0.00 | 595.00 | 2,082.50 |
| 05/17/2018 | Corneau, Joseph | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing and commenting on declaration in support of Brookhaven sale. | Fees | 1.60 | 0.00 | 495.00 | 792.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/18/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing and responding to emails from Messrs. Rosenfeld and Kleinberg on suggested revisions to resolution; revising same [.3]; call with Mr. Friedman [.1]; meeting at KWJSS offices with Messrs. Kane, Pternikaj, Friedman, Rosenfeld and Bivona on interest in competing bid and request for additional time; discussions thereafter with Messrs. Rosenfeld, Bivona and Friedman [1.2]; emails with board and Dowling representatives on approval [.2]; call with creditors; discussions with Mr. Rosenfeld thereafter [.8]; emails on marketing materials from brokers and with counsel to brokers [.3]; emails with Mr. Pomerantz and Mr. Friedman and then Rosenfeld related to APA with Triple Five and related emails [.4]. | Fees | 3.30 | 0.00 | 595.00 | 1,963.50 |
| 05/19/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call with Mr. Heuer in relation to auction and sale status [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 05/20/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Messrs. Pfeiffer and Hammel [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/21/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails on status of various matters with Messrs. Friedman and Rosenfeld and Ms. Kiss [.2]; email to Mr. Kane on status [.1]; discussion with Messrs. Rosenfeld and Friedman on status of various matters [.3]; call with Mr. Friedman on contact with chambers [.1]; preparing for hearing [.5]; attending hearing on sale status and discussions with counsel before and after same [1.5]; call with Mr. Corneau on results of hearing and intended process [.2]; calls with Mr. Ocasio on results of hearing and case status [.4]; preparing notice of sale and high bid and emails thereon with Messrs. Bivona, Rosenfeld, Friedman and Corneau [.5]. | Fees | 3.80 | 0.00 | 595.00 | 2,261.00 |
| 05/21/2018 | Kiss, Lauren | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing resolution approving Triple Five as high bidder and drafting notice to court and interested parties regarding same [.7]; revising date on resolution and emailing with Mr. Puorro [.1]. | Fees | 0.80 | 0.00 | 395.00 | 316.00 |
| 05/21/2018 | Corneau, Joseph | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Conferring with Mr. Southard regarding status [0.2]. Effectuate service of notice of high bid [0.2]. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/22/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Mr. Corneau and client reps on notice and bidding procedures; revising same and further emails with counsel to UCC thereon and with Mr. Pfeiffer [.4]; emails on Newsday press with Mr. Rosenfeld [.1]; call with Mr. Rosenfeld on status and process [.2]; call to Mr. Friedman and related emails on continued interest [.1]; emails with Mr. Rosenfeld on CBRE contact with bidders and status [.1]; finalizing and filing notice of sale and high bid [.3]; emails on service of same and with Messrs. Rosenfeld [.2]; call with brokers and Messrs. Rosenfeld and Friedman [.2]. | Fees | 1.60 | 0.00 | 595.00 | 952.00 |
| 05/22/2018 | Corneau, Joseph | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing and commenting on notice of sale [0.3]. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/23/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Call with Mr. Friedman on title matters and purchaser discussions [.3]; call with Mr. Steigler and then emails with Mr. Pomerantz and Mr. Friedman on title matters [.4]; emails with Ms. Anello on NYSAG discussion [.1] emails with Mr. Cote on data room access and interest [.2]; emails with Mr. Hubbard and then with client on new interest [.1]; emails with Mr. Roseman on new client interest; emails on NDA and APA forms with same and Mr. Corneau; updating APA form and schedules and email to same [.7]. | Fees | 1.80 | 0.00 | 595.00 | 1,071.00 |
| 05/23/2018 | White, Matthew | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Email correspondence with Messrs. Southard and Steigler re: status. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 05/24/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Mr. Friedman concerning discussions with NYSAG on sale status [.1]; preparing declaration of Mr. Rosenfeld in support of sale [1.6]; emails with Mr. Corneau thereon and then reviewing revised draft; emails with Messrs. Bivona and Corneau thereon [.4]. | Fees | 2.10 | 0.00 | 595.00 | 1,249.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/24/2018 | Corneau, Joseph | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing and commenting on Rosenfeld declaration in support of sale. | Fees | 1.90 | 0.00 | 495.00 | 940.50 |
| 05/25/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Emails with Messrs. Rosenfeld and Bivona concerning sale status [.2]; emails with Mr. Roseman on bidder interest [.1]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 05/29/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Call to Mr. Roseman on status of bidder interest [.1]; reviewing and revising declaration from Mr. Rosenfeld and related emails thereon [.4]; email to Mr. Friedman and Mr. Powers thereon [.1]; reviewing emails from Mr. Rosenfeld and Mr. Cote on showings of property [.2]; call with Mr. Pravda in relation to bids [.1]. | Fees | 0.90 | 0.00 | 595.00 | 535.50 |
| 05/29/2018 | Corneau, Joseph | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Reviewing comments from Mr. Rosenfeld regarding sale declaration [0.2]. Conference call regarding Brookhaven sale [0.4]. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/30/2018 | Southard, Sean | 10691.014/ Dowling College Asset Disposition - Brookhaven Campus Preparing email update to Dowling board of trustees [.3]; emails with Messrs. Rosenfeld and Friedman, et al. concerning call on status [.1]; preparing email update to Ms. Anello of NYSAG and emails thereon with Messrs. Rosenfeld and Bivona [.3]; email to brokers in relation to any open interested party [.1]; reviewing and revising Rosenfeld declaration and related emails concerning sale [.4]; call with Mr. Seligman on return of deposit; reviewing deposit and escrow receipts and related emails with Ms. Nocella; then further emails with Mr. Seligman and Mr. Rosenfeld and Mr. Friedman thereon [.4]; preparing updated form of sale order; revising and revising declaration; related emails thereon with client and committee counsel [.9]; call with Messrs. Rosenfeld, Bivona, Friedman, Corneau in relation to lack of bids and next steps [.3]; reviewing email from Mr. Powers; then email update with secured creditors concerning same [.3]; email update to board on status [.1]; reviewing comments to sale order from Mr. Hammel [.2]. | Fees | 3.40 | 0.00 | 595.00 | 2,023.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-------------------------------------------|-----------|-------|-------|-------|-------|
| 05/30/2018 | Corneau, Joseph | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing multiple emails on sale status [0.2]. Conferring with Mr. Southard regarding sale order [0.1]. Conference call regarding sale status [0.3]. Briefly reviewing latest draft of declaration in support of sale [0.2]. Reviewing latest draft of sale order and commenting thereon [0.4]. | Fees | 1.20 | 0.00 | 495.00 | 594.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/31/2018 | Southard, Sean | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Emails with Mr. Pfeiffer, et al. in relation to comments on sale order; reviewing comments and responding to same [.3]; emails in relation to title matters with Mr. Steigler [.1]; further emails on sale order with Mr. Pfeiffer and revising final version of same [.2]; assembling final versions of documents for filing; redacting schedules; preparing notice and reviewing docket in relation to closing auction and high bid [.8]; emails thereon with client and committee representatives [.2]; then email to Mr. Pomerrantz related to status, sale preparation and sale order [.2]; emails with Mr. Seligman requesting return of deposit [.1]; call with Messrs. Rosenfeld, Friedman, Bivona and Corneau on sale hearing preparations [.4]; call with Mr. Friedman and Ms. Ryan [.1]; call with Mr. Friedman and Mr. Yang [.1]; further emails with Mr. Friedman concerning filing of notice and purchaser status [.1]; emails and discussion on return of deposit for Bridgestone with Ms. Nocella [.2]; finalizing declaration from Mr. Rosenfeld and notice of closed auction with APA from purchaser; electronically filing same and directing service; several emails thereon with GCG; emails with Ms. Gargiulo on preparation and updated hearing binders; emails with Ms. Sweeney in related to same [1.3]; email to Ms. Anello of NYSAG with filing information [.1]; call with Mr. Bienenstock related to purchaser intentions and hearing preparation [.2]. | Fees | 4.40 | 0.00 | 595.00 | 2,618.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-------------------------------|-----------|-------|-------|-------|-------|
| 05/31/2018 | Sweeney, Stephanie | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Sending affidavit of service and emails to<br>Mr. Southard re: Brookhaven MOU notice. | Fees | 0.40 | 0.00 | 425.00 | 170.00 |
| 05/31/2018 | Corneau, Joseph | 10691.014/ Dowling College<br>Asset Disposition - Brookhaven Campus<br>Reviewing proposed revisions to sale order<br>[0.2]. Conference call on sale status [0.3]. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |
| | **Matter Description (First Line): Asset Disposition - Brookhaven Campus** | | | **317.50** | **7.00** | | **171,391.80** |

**Matter Description (First Line): Asset Disposition - Brookhaven Dorms**

| Date | Professional | Matter ID/Client Sort | Component | Hours | Units | Price | Value |
|------|-------------|-------------------------------|-----------|-------|-------|-------|-------|
| 10/03/2017 | Gargiulo, Renea | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Preparing certificates of no objection for 48<br>Van Bomel and 72 Chateau in advance of<br>objection response date and sending to Ms.<br>Sweeney. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 10/04/2017 | Sweeney, Stephanie | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing case law re: sale free and clear of<br>certain rights; reviewing email to board re:<br>update and sale timeline [.2] (split with<br>dorms/campus matter). | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 10/06/2017 | Sweeney, Stephanie | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Sending auction notice to Mr. Levin. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/09/2017 | Southard, Sean | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Call with Ms. Sato on status of same process [.1] | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 10/10/2017 | Sweeney, Stephanie | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing emails with Board re: sale, reviewing marketing materials. | Fees | 0.40 | 0.00 | 395.00 | 158.00 |
| 10/11/2017 | Southard, Sean | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Emails on marketing materials from Ms. Sato and Mr. Hammel; reviewing comments of Mr. Bertucci [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 10/12/2017 | Southard, Sean | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Call with Ms. Sato on Oppenheimer perspective for dorm marketing, etc. [.4]; emails with Messrs. Rosenfeld and Bivona thereon [.1]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 10/16/2017 | Southard, Sean | 10691.015/ Dowling College Asset Disposition - Brookhaven Dorms Reviewing email from Mr. Berger and then from Messrs. Rosenfeld and Graiser on comments to CBRE dorm cover for marketing [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/17/2017 | Southard, Sean | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing emails from Mr. Rosenfeld and Graiser on CBRE blast and language [.1]; call with Mr. Rosenfeld thereon [.1]; further emails with Mr. Rosenfeld on Brookhaven dorm marketing materials [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 10/18/2017 | Southard, Sean | 10691.015/ Dowling College<br>Asset Disposition - Brookhaven Dorms<br>Reviewing and responding to emails fro Mr. Rosenfeld on NDA and CBRE efforts [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| | | **Matter Description (First Line): Asset Disposition - Brookhaven Dorms** | | 2.80 | 0.00 | | 1,284.00 |

**Matter Description (First Line): Asset Disposition - General**

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/10/2017 | Southard, Sean | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emails with Mr. Rosenfeld on offer to purchase IP from Mercury and responding to same [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 10/11/2017 | Southard, Sean | 10691.012/ Dowling College<br>Asset Disposition - General<br>Emails with Mr. Roseman on sale of assets [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 10/31/2017 | Southard, Sean | 10691.012/ Dowling College<br>Asset Disposition - General<br>Call with Mr. Pfeiffer in relation to IPv4 sale timing and proceeds [.1]; reviewing closing and email to Mr. Pfeifer thereon [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/21/2017 | Southard, Sean | 10691.012/ Dowling College Asset Disposition - General Reviewing email on simulator sale status from Mr. Bivona; then responding to same [.4]; further email with Mr. Bivona in relation to license for IP associated with simulators [.1]; reviewing further email from Mr. Bivona to Mr. Lindenfeld of Farmingdale [.2]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| | | **Matter Description (First Line): Asset Disposition - General** | | **1.20** | **0.00** | | **690.00** |

**Matter Description (First Line): Asset Disposition - Oakdale Campus**

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/03/2017 | Southard, Sean | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing emails among Messrs. Bivona and Rosenfeld on mandatory prepayment and proceeds of Oakdale campus application; responding to same [.3]; discussing with Mr. Corneau [.2]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 11/16/2017 | White, Matthew | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Revieiwng multiple email correspondence between Mr. Bivona and insurance carrier re: cancellation of flood insurance [.2]; email correspondence with Mr. Bivona re: same [.1]; reviewing declarations page and vesting deed re: same [.2]. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/21/2017 | Southard, Sean | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails with Mr. Bivona in relation to Town board action on PLP [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 11/27/2017 | White, Matthew | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing closing documents for campus sale [.9]; multiple email correspondence with Mr. Bivona re: identification of parcels [.2]. | Fees | 1.10 | 0.00 | 350.00 | 385.00 |
| 12/13/2017 | White, Matthew | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing APA, deed, legal descriptions and transfer documents pertaining to sale [.3]; email correspondence with Mr. Bivona re: cancellation of flood insurance [.1]; reviewing email correspondence between Mr. Bivona and Sterling Risk [.2]. | Fees | 0.60 | 0.00 | 350.00 | 210.00 |
| 12/14/2017 | Southard, Sean | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails with Messrs. Bivona and White on escrow agreement and closing reserves [.2]; reviewing email and spreadsheet from Mr. Bivona in relation to proration of utility [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/14/2017 | White, Matthew | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Multiple email correspondence with Mr. Southard re: Mercury utilities proration [.2]; reviewing closing documents pertaining to campus sale [.2]; reviewing record of prorations [.1]; email correspondence with Mr. Bivona re: utilities escrow agreement [.1]. | Fees | 0.60 | 0.00 | 350.00 | 210.00 |
| 12/18/2017 | White, Matthew | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Multiple email correspondence with Messrs. Southard and Bivona re: legal descriptions pertaining to conveyance of campus parcels [.3]; reviewing TP-584, tax map and tax bills pertaining to same [.3]. | Fees | 0.60 | 0.00 | 350.00 | 210.00 |
| 12/19/2017 | White, Matthew | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Telephone conference with Messrs. Southard and Bivona re: legal descriptions pertaining to conveyance of campus parcels [.2]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 12/29/2017 | Southard, Sean | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing emails among Messrs. Bivona and Liu on escrow release and utilities [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/02/2018 | Kiss, Lauren | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Telephone call with Mr. Kaplan regarding<br>library collections. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 01/02/2018 | Southard, Sean | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Emails with Messrs. Bivona and Roseman<br>on utility escrow [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 01/02/2018 | White, Matthew | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing multiple email correspondence<br>re: release of utility escrow. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 01/03/2018 | Southard, Sean | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing emails among Messrs. Bivona<br>and Cook in relation to escrow and payment<br>of claims [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 01/04/2018 | Southard, Sean | 10691.013/ Dowling College<br>Asset Disposition - Oakdale Campus<br>Reviewing several emails among Messrs.<br>BIvona, Cook and Liu on payment of repairs<br>for Oakdale campus and related closing<br>reserves and escrow, including review of<br>escrow agreement [.3]; emails with Mr.<br>Bivona thereon; then preparing direction and<br>joint consent letter and circulating to Mr.<br>Bivona concerning release of escrow; emails<br>thereon with Ms. Nocella in relation to same<br>[.5]. | Fees | 0.80 | 0.00 | 595.00 | 476.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/04/2018 | White, Matthew | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing multiple email correspondence re: repairs to Racanelli building [.6]; reviewing draft letter re: instruction to escrowee [.1]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |
| 01/05/2018 | Southard, Sean | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing email from Mr. Bivona with escrow instruction letter [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 01/16/2018 | Southard, Sean | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails with Messrs. Rosenfeld, Bivona and Liu on join escrow instruction; emails with Ms. Nocella and discussion with same [.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 01/24/2018 | Southard, Sean | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing emails among Messrs. White and Bivona concerning surveys of Oakdale property and scope of conveyance [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 01/25/2018 | Sweeney, Stephanie | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Reviewing closing set, sending APA with schedules to Mr. Southard, sending to Mr. Rosenfeld. | Fees | 0.20 | 0.00 | 425.00 | 85.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/25/2018 | Southard, Sean | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails with Messrs. Rosenfeld, Bivona and White; then Messes. Kiss and Sweeney on closing documents and title descriptions for Oakdale [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 01/26/2018 | Southard, Sean | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Emails with Mr. Rosenfeld on tax call concerning Oakdale sale [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 01/30/2018 | Southard, Sean | 10691.013/ Dowling College Asset Disposition - Oakdale Campus Call with Mr. Fury in relation to Oakdale sale and tax matters [.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| | **Matter Description (First Line): Asset Disposition - Oakdale Campus** | | | **8.10** | **0.00** | | **3,643.00** |

**Matter Description (First Line): Asset Disposition - Residential Portfolio**

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/02/2017 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing emails from Ms. Sturchio in relation to sale of residences and contracts and disclosures for 47 Chateau 89 Central [.1] | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 10/02/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Messrs. Niknamfard, Rosenfeld and Bivona re: status of 52 Van Bomel. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/03/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Ms. Martinez and Mr. Rosenfeld re: closing documents for 58 Woodlawn. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 10/04/2017 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing list of current offerings from Ms. Martinez on residential parcels and related emails among interested parties [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 10/04/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Ms. Martinez and Mr. Rosenfeld re: closing documents for 58 Woodlawn [.2]; reviewing residential contract status list [.1]; reviewing title report for 48 Van Bomel [.3]. | Fees | 0.60 | 0.00 | 350.00 | 210.00 |
| 10/05/2017 | Sweeney, Stephanie | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Sending CNOs to Mr. Rosenfeld, revising and resending same re: 48 Van Bomel and 72 Chateau. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |
| 10/05/2017 | Gargiulo, Renea | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Filing certificates of no objection for 48 Van Bomel and 72 Chateau. | Fees | 0.20 | 0.00 | 175.00 | 35.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/05/2017 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing several emails among Ms. Martinez and purchaser counsel concerning sale [.2]; reviewing CNO in relation to 48 Van Bomel and 72 Chateau from Ms. Sweeney and related emails with Mr. Rosenf3eld [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 10/05/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Bivona re: 64 Chateau. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 10/06/2017 | Sweeney, Stephanie | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Mr. Powers and Mr. Rosenfeld re: remaining portfolio sales, coordinating filing of 72 Chateau and 48 Van Bomel CNOs and sending to Mr. Rosenfeld. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 10/06/2017 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing emails and filings from Ms. Sweeney and Mr. Rosenfeld on sales and notice for certain properties, including 48 Van Bomel [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----|-----------|-------|-------|-------|-------|
| 10/10/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with Mr. Niknamfard and purchaser's counsel re: contract of sale for 56 Van Bomel [.1]; reviewing partially executed copy of same [.1]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 10/11/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with Messrs. Bertucci, Rosenfeld, Bivona and Niknamfard re: 52 Van Bomel [.1]; multiple email correspondence with Messrs. Rosenfeld, Bivona and Niknamfard and Ms. Martinez re: 56 Van Bomel [.2]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 10/12/2017 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing emails from counsel and Mr. White in relation to 48 Van Bomel [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 10/12/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing building department searches for 48 Van Bomel [.1]; multiple email correspondence with Messrs. Rosenfeld, Bivona and Niknamfard re: 52 Van Bomel [.3]; telephone conference with Mr. Niknamfard re: same [.2]. | Fees | 0.60 | 0.00 | 350.00 | 210.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------|-----------|-------|-------|-------|-------|
| 10/13/2017 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Mssrs. Rosenfeld, Bivona and Niknamfard and Ms. Sturchio re: 64 Chateau [.3]; multiple email correspondence with Messrs. Rosenfeld, Bivona and Niknamfard re: 52 Van Bomel [.7]. | Fees | 1.00 | 0.00 | 350.00 | 350.00 |
| 10/17/2017 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email from Ms. Martinez on sale of 56 Van Bomel [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 10/17/2017 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing contract of sale on 56 Van Bomel [.3]; email correspondence with Ms. Martinez re: same [.1]; multilple email correspondence with Mssrs. Rosenfeld, Bivona and Niknamfard re: 52 Van Bomel [.3]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |
| 10/19/2017 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Call with Mr. Hammel in relation to potential for bulk sale and strategies on remaining residences [.5]; reviewing email and responding to draft proposal from Mr. Rosenfeld on remaining residential properties [.2]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/19/2017 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Mr. Bivona re: 64 Chateau [.3]; telephone conference with Mr. Bivona re: same [.2]; multiple email correspondence with Mr. Rosenfeld re: contract of sale for 56 Van Bomel [.3]. | Fees | 0.80 | 0.00 | 350.00 | 280.00 |
| 10/23/2017 | Sweeney, Stephanie | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing contract and drafting notice of proposed sale for 56 Van Bomel, sending to Mr. Rosenfeld [.4]; filing same, sending to Mr. Rosenfeld [.4]. | Fees | 0.80 | 0.00 | 395.00 | 316.00 |
| 10/23/2017 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Several emails on 56 van Bomel contract and notice with Mr. Rosenfeld,  and Messes. Martinez and Sweeney [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 10/23/2017 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Mr. Rosenfeld and Ms. Martinez re: contract of sale on 56 Van Bomel [.2]; reviewing fully executed copy of same [.1]; reviewing notice of sale for same [.1]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/25/2017 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Mr. Rosenfeld in relation to auction assistance and options for bulk sale of remaining residences [.2]; | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 10/25/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing proposed contract of sale for 64 Chateau [.4]; multiple email correspondence with Mr. Niknamfard and Ms. Sturchio re: 87 Central [.3]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |
| 10/26/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Niknamfard and lender's counsel re: 87 Central [.2]; email correspondence with Messrs. Bivona, Bertucci, Rosenfeld and Ms. Sturchio re: sale of remaining properties [.1]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 10/27/2017 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email from Mr. Rosenfeld on survey of 135 Idle Hour [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/27/2017 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing preliminary closing adjustments for 87 Central [.1]; reviewing title report re: same [.1]; email correspondence with Ms. Martinez and purchaser's counsel re: same [.1]; reviewing proposed contract of sale for 88 Central [.4]; multiple email correspondence with Messrs. Bivona, Niknamfard, Bertucci, Rosenfeld and Ms. Sturchio, re: 135 Idle hour [.3]. | Fees | 1.00 | 0.00 | 350.00 | 350.00 |
| 10/30/2017 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing survey and related emails on 135 Idle hour [.1]; call with lender rep Ms. Thatcher and related emails on 56 Van Bomel closing prep [.2]; reviewing email from Mr. Hammel on funding of settlement amount [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 10/30/2017 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with lender re: 56 Van Bomel [.2]; reviewing final closing documents for 87 Central [.3]. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/31/2017 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Mr. Rosenfeld and then with Mr. Powers and Mr. White in relation to closing of 87 Central [.2]; call with Mr. Hammel [.1]; reviewing orders on prior procedures relief [.3]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 10/31/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing oil reading for 87 Central [.1]; multiple email correspondence with Mr. Rosenfeld and Ms. Martinez re: 87 Central [.5]. | Fees | 0.60 | 0.00 | 350.00 | 210.00 |
| 11/01/2017 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing orders on sale procedures [.1]; call with Mr. Hammel thereon and potential bulk bid approach [.5]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/01/2017 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Close of title for 87 Central [3.0]; multiple email correspondence with Mr. Niknamfard and Ms. Martinez re: same [.3]; reviewing email chain from title company re: clearance [.2]; reviewing survey and certificate of occupancy for 135 Central, 123 Idle Hour and 121 Central [.4]; email correspondence with Ms. Sturchio re: same [.1]; reviewing closing letter to UMB Bank [.1]; multiple email correspondence with Mr. Rosenfeld re: close of title for 87 Central [.2]. | Fees | 4.30 | 0.00 | 350.00 | 1,505.00 |
| 11/02/2017 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Mr. Rosenfeld in relation to Paramount vendor assistance [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 11/02/2017 | Gargiulo, Renea | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Preparing certificate of no objection for 56 Van Bomel in preparation for filing. | Fees | 0.20 | 0.00 | 175.00 | 35.00 |
| 11/02/2017 | Sweeney, Stephanie | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emailing with Ms. Gargiulo re: 56 Van Bomel sale CNO. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/02/2017 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Ms. Sturchio and Mr. Niknamfard re: 135 Idle Hour and 121 Central [.3]; reviewing updated title report for 56 Van Bomel [.4]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |
| 11/03/2017 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing emails and CNO from Ms. Sweeney on 56 Van Bomel and Mr. Rosenfeld and Ms. Martinez [.2]; emails with Mr. Rosenfeld in relation to 72 Chateau escrow funds [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 11/03/2017 | Sweeney, Stephanie | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Drafting CNO for 56 Van Bomel and sending to Mr. Rosenfeld, coordinating filing of same, sending to Mr. Rosenfeld, coordinating service with GCG. | Fees | 0.40 | 0.00 | 395.00 | 158.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/03/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing certificate of no objection for 56 Van Bomel [.1]; multiple email correspondence with Ms. Sturchio and Mr. Niknamfard re: 135 Idle Hour and 121 Central [.3]; conference call with Ms. Sturchio and Mr. Niknamfard re: same [.8]; email correspondence with Messrs. Rosenfeld, Niknamfard, Southard and Bivona re: escrow for 72 Chateau [.1]. | Fees | 1.30 | 0.00 | 350.00 | 455.00 |
| 11/06/2017 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Mr. Rosenfeld in relation to closing deposits and email from Mr. Niknamfard thereon [.1]; emails with Messrs. Hammel, Rosenfeld and Bertucci on retention discussion and co-broker matters for converted properties [.1]; further emails on termination agreement and funds remittance with Mr. Niknamfard [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------|-----------|-------|-------|-------|-------|
| 11/06/2017 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Messrs. Rosenfeld, Niknamfard, Southard, Bertucci and Bivona re: escrow for 72 Chateau [.4]; multiple email correspondence with Messrs. Bivona, Southard and Rosenfeld re: development of 274 Connetquot [.2]; reviewing wetlands survey, NYS DEC Freshwater Wetlands Permit Program: Standards for Issuance and relevant statutory authority regarding same as they pertain to 274 Connetquot [1.2]. | Fees | 1.80 | 0.00 | 350.00 | 630.00 |
| 11/07/2017 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Messrs. Bivona and White on call for 274 Connetquot [.1]; call with Messrs. Bertucci, Rosenfeld, Hammel, and Bivona in relation to marketing and sale process for remaining properties [.6]; emails with Messrs. Bertucci and Bivona on 72 Chateau termination [.2]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------|-----------|-------|-------|-------|-------|
| 11/07/2017 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing updated title report for 56 Van Bomel [.2]; multiple email correspondence with Messrs. Southard, Bivona and Rosenfeld re: conference call [.1]; multiple email correspondence with Messrs. Rosenfeld, Niknamfard, Southard, Bertucci and Bivona re: escrow for 72 Chateau [.2]. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |
| 11/08/2017 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Call with Messrs. Niknamfard, White, Bertucci and Bivona concerning open issues relative to remaining residential properties [1.0] | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 11/08/2017 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Messrs. Rosenfeld and Bivona in relation to request for expenses by brokers and reviewing engagement letter and retention order [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/08/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Conference call re: remaining residential pieces [.4]; multiple email correspondence with Mr. Niknamfard and purchaser's counsel re: scheduling close of title for 56 Van Bomel [.5]; email correspondence with Mr. Rosenfeld re: same [.1]. | Fees | 1.00 | 0.00 | 350.00 | 350.00 |
| 11/09/2017 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Messrs. Bertucci, Hammel, Rosenfeld and Bivona on Paramount co-brokering relationship [.2] | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 11/09/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Niknamfard and purchaser's counsel re: scheduling close of title for 56 Van Bomel [.4]; multiple email correspondence with Mr. Rosenfeld re: same [.2]; reviewing building department searches and title invoice for 56 Van Bomel [.3]; multiple email correspondence with title company and purchaser's counsel re: open permit [.3]; email correspondence with purchaser's counsel re: closing adjustments [.1]. | Fees | 1.30 | 0.00 | 350.00 | 455.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/10/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing proposed closing adjustments and vesting deed for 56 Van Bomel [.3]; reviewing title report re: same [.3]; multiple email correspondence with Ms. Martinez and Mr. Rosenfeld re: same [.3]. | Fees | 0.90 | 0.00 | 350.00 | 315.00 |
| 11/13/2017 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing and responding to emails from Mr. Hammel on call for residential discussion [.1]; call with same on marketing of remaining properties [.4]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 11/13/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Messrs. Rosenfeld and Niknamfard re: close of title for 56 Van Bomel [.2]; reviewing estimated title invoice re: same [1]; reviewing revised closing statement and transfer documents [.2]; reviewing proposed contract of sale for 88 Central [.4]. | Fees | 1.80 | 0.00 | 350.00 | 630.00 |
| 11/14/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing revised closing statement and oil tank reading for 56 Van Bomel [.1]; multiple email correspondence with Ms. Martinez re: same [.2]; close of title for 56 Van Bomel [3.8]. | Fees | 4.10 | 0.00 | 350.00 | 1,435.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/15/2017 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing closing letter to UMB Bank re:<br>87 Central [.1]; email correspondence with<br>Mr. Rosenfeld re: close of title for same [.1];<br>reviewing survey for 135 Idle Hour [.1];<br>researching Town of Islip Zoning Code re:<br>permitted uses and minimum parking<br>requirements for the Residence AA as they<br>pertain to 135 Idle Hour [.8]. | Fees | 1.10 | 0.00 | 350.00 | 385.00 |
| 11/16/2017 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing and responding to emails in<br>relation to flood insurance cancellation from<br>Mr. Bivona and broker [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/16/2017 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing fully executed contract of sale for 72 Chateau [.1]; reviewing title report for 72 Chateau [.6]; reviewing deal sheet for 39 Chateau [.1]; email correspondence with Ms. Martinez re: same [.1]; email correspondence with Mr. Bivona re: 274 Connetquot [.1]; multiple email correspondence with Mr. Niknamfard and Ms. Sturchio re: scheduling of closing for 72 Chateau [.3]; reviewing title company's comments re: survey and possible encroachments at 123 Idle Hour [.2]; reviewing aerial map of 123 Idle Hour [.1]; multiple email correspondence with Mr. Rosenfeld re: contract of sale for 88 Central [.2]. | Fees | 1.80 | 0.00 | 350.00 | 630.00 |
| 11/20/2017 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Messrs. White and Bivona in relation to 88 Central contract [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 11/20/2017 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Ms. Martinez re: scheduling closing for 72 Chateau [.1]; reviewing fully executed contract of sale for 88 Central [.1]; email correspondence with Mr. Niknamfard re: same [.1]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/21/2017 | Sweeney, Stephanie | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email with Ms. Gargiulo re: notice of sale of 88 Central Blvd, reviewing notice, reviewing docket, emailing notice to Mr. Rosenfeld, sending filed version, email with GCG. | Fees | 0.40 | 0.00 | 395.00 | 158.00 |
| 11/21/2017 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email on Mercury offer for remaining residential parcels from Mr. Bivona and responding to same from Mr. Rosenfeld [.2]; reviewing executed contract on 88 Central and related emails from Mr. Rosenfeld in terms of notice [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 11/21/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with Ms. Martinez re: contract of sale for 88 Central [.1]; multiple email correspondence with Messrs. Rosenfeld and Southard and Ms. Sweeney re: Notice of Proposed Sale for 88 Central [.3]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 11/22/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing proposed closing statement and documents for 72 Chateau [.3]; reviewing tax search [.2]. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/26/2017 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Mr. Rosenfeld and Ms. Martinez re: proposed closing statement and documents for 72 Chateau [.2]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 11/27/2017 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing Town of Islip permitted use and setback requirements for Residence AAA district [.9]; reviewing survey for 274 Connetquot [.2]; telephone conference with Town of Islip Building Department re: 274 Connetquot [.3]; telephone call to surveyor re: survey [.1]; email correspondence with Mr. Bivona re: same [.1]. | Fees | 1.60 | 0.00 | 350.00 | 560.00 |
| 11/28/2017 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing contract of sale for 39 Chateau [.4]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/30/2017 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Messrs. Bivona and Rosenfeld re: conference call [.1]; multiple email correspondence with Ms. Martinez re: closing documents for 72 Chateau [.2]; reviewing title report for 72 Chateau [.2]; multiple email correspondence with Mr. Rosenfeld re: contract of sale for 39 Chateau [.2]; reviewing fully executed copy of same [.1]; close of title for 72 Chateau [3.0]; reviewing closing letter to UMB Bank [.1]. | Fees | 3.90 | 0.00 | 350.00 | 1,365.00 |
| 12/01/2017 | Sweeney, Stephanie | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing 39 Chateau contract, drafting notice of proposed sale and sending to Mr. Rosenfeld, coordinating filing of same, sending filed copy to Mr. Rosenfeld [.4]. | Fees | 0.40 | 0.00 | 395.00 | 158.00 |
| 12/01/2017 | Strine, Kristen | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Filing Notice of Proposed Sale per Ms. Sweeney's request. | Fees | 0.10 | 0.00 | 175.00 | 17.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/01/2017 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Mr. Martinez and then Mr. Rosenfeld on 39 Chateau contract [.1]; reviewing email from Mr. Hammel on co-broker arrangement with Paramount; emails with Mr. Rosenfeld thereon [.2]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 12/01/2017 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Ms. Martinez re: fully executed contract of sale for 39 Chateau [.1]; email correspondence with Mr. Rosenfeld re: closing documents for 72 Chateau [.1]; reviewing notice of proposed sale for 39 Chateau [.1]; multiple email correspondence with Mr. Rosenfeld and Ms. Sweeney re: same [.3]; reviewing filed copy of notice of proposed sale for 39 Chateau [.1]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |
| 12/04/2017 | Sweeney, Stephanie | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Coordinating filing CNO for 88 Central Blvd with Ms. Gargiulo. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 12/04/2017 | Gargiulo, Renea | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Filing certificate of no objection for 88 Central and other administration regarding service per Ms. Sweeney's request. | Fees | 0.30 | 0.00 | 175.00 | 52.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------|-----------|-------|-------|-------|-------|
| 12/04/2017 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email on 89 Central Blvd. pricing from Ms. Sturchio and response from Mr. Rosenfeld [.1]; reviewing co-broker agreement with DE; emails with Mr. White thereon [.2]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 12/04/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing co-broke agreement for bulk residential properties [.1]; multiple email correspondence with Mr. Bivona re: status [.2]; reviewing title report for 274 Connetquot [.4]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |
| 12/06/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Rosenfeld and Ms. Martinez re: scheduling closing for 48 Van Bomel [.4]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 12/07/2017 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Mr. White and Ms. Prager on 48 Van Bomel sale [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 12/07/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with title company re: exception raised on 48 Van Bomel [.1]. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/08/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing contract of sale for 52 Van Bomel [.4]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 12/11/2017 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing emails on 135 Idle Hour and 121 Central from Ms. Sturchio [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 12/11/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Rosenfeld re: contract of sale for 52 Van Bomel [.2]; multiple email correspondence with Messrs. Rosenfeld and Niknamfard re: mortgage contingency for 52 Van Bomel [.6]. | Fees | 0.80 | 0.00 | 350.00 | 280.00 |
| 12/12/2017 | Sweeney, Stephanie | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing certificate of no objection, coordinating filing of same with Ms. Gargiulo, sending same to Mr. Rosenfeld [.3]. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |
| 12/12/2017 | Gargiulo, Renea | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Preparing and filing certificate of no objection for 39 Chateau and other general administration regarding service per Mr. Sweeney's request. | Fees | 0.20 | 0.00 | 175.00 | 35.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/12/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing file stamped copy of the Certificate of No Objection for 39 Chateau [.1]; multiple email correspondence with Mr. Bivona re: status [.2]; telephone conference with Mr. Bivona re: status [.4]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |
| 12/13/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Messrs. Rosenfeld and Niknamfard re: status of mortgage contingency for 52 Van Bomel [.2]; multiple email correspondence with Ms. Sturchio re: status of 52 Van Bomel [.3];  telephone conference with Mr. Niknamfard re: 89 and 121 Central [.4]; reviewing surveys for 89 and 121 Central [.2]; reviewing draft of form contract for bulk sale [.3]. | Fees | 1.40 | 0.00 | 350.00 | 490.00 |
| 12/14/2017 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email from Mr. Bivona in relation to assessment of taxes for various remaining residential properties; responding to same [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/14/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Messrs. Niknamfard and Bertucci re: sewer agreement for 89 Central [.2]; email correspondence with Messrs. Bivona, Rosenfeld, Bertucci and Southard re: tax assessments and possible certiorari [.1]; reviewing tax bills for 2017/18 [.3]; reviewing residential real estate tax analysis [.2]. | Fees | 0.80 | 0.00 | 350.00 | 280.00 |
| 12/15/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Messrs. Rosenfeld and Niknamfard and Ms. Sturchio re: status of contract for 52 Van Bomel [.9]. | Fees | 0.90 | 0.00 | 350.00 | 315.00 |
| 12/18/2017 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing email from Mr. Bivona and responding to same on tax bills and residential parcels; further emails with Messrs. Bivona and White thereon [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/18/2017 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing revised contract of sale and rider for 52 Van Bomel [.2]; multiple email correspondence with Mr. Rosenfeld re: same [.4]; multiple email correspondence with Ms. Martinez, Ms. Sturchio and Mr. Rosenfeld re: scheduling of closing for 48 Van Bomel [.4]. | Fees | 1.00 | 0.00 | 350.00 | 350.00 |
| 12/19/2017 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Call with Messrs. White, Rosenfeld and Bivona in relation to residential real estate matters, including tax allocations, etc. [.7]; reviewing email from Mr. Hammel on Paramount materials and then emails with Messrs. Rosenfeld and Bivona thereon [.2]; call with Mr. Hammel thereon [.3]; call with Mr. Rosenfeld [.2]; then further email with Mr. Hammel and Mr. Rosenfeld [.1]; reviewing contract for 150 Idle Hour and emails with Messrs. White and Rosenfeld and Bivona thereon [.2]; several further emails among Messrs. White and Niknamfard in relation to sale of residences and co-broker relationship [.3]. | Fees | 2.00 | 0.00 | 575.00 | 1,150.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/19/2017 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Joining telephone conference with Messrs. Southard and Bivona re: tax assessments and possible certiorari [.4]; reviewing proposed co-broker language of bulk sale contract of sale [.1]; multiple email correspondence with Messrs. Southard, Rosenfeld and Niknamfard re: same [1.2]. | Fees | 1.70 | 0.00 | 350.00 | 595.00 |
| 12/21/2017 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing and responding to further emails among Messrs. Niknamfard and White in relation to form of contract of sale on bulk bids [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 12/21/2017 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Messrs. Southard and Niknamfard re: co-broker language of bulk sale contract of sale [.2]; reviewing co-broker agreement and proposed language for contract of sale [.2]; multiple email correspondence with Mr. Niknamfard and title company re: raised exception for 48 Van Bomel [.2]; reviewing proposed contract of sale for 47 Chateau [.4]. | Fees | 1.00 | 0.00 | 350.00 | 350.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/02/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Ms. Martinez re: closing for 48 Van Bomel [.2]; reviewing proposed closing documents for 48 Van Bomel [.2]; reviewing title report for 48 Van Bomel [.3]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |
| 01/03/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Niknamfard re: status of contract on 47 Chateau [.2]; reviewing revisions to contract of sale for 47 Chateau [.2]; reviewing multiple email correspondence between Mr. Niknamfard and purchaser's counsel re: contract changes for 47 Chateau [.1]; email correspondence with Mr. Niknamfard and purchaser's counsel re: same [.1]. | Fees | 0.60 | 0.00 | 350.00 | 210.00 |
| 01/04/2018 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Messrs. Bivona, Rosenfeld and White on sale of 1600 Montauk Hwy and adjacent properties and tax implications, reviewing records on sale and further emails thereon [.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/04/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Messrs. Southard, Bivona and Rosenfeld re: tax assessment for 0 Montauk Highway [.2]; reviewing tax bill and tax map for same [.2]; reviewing contract of sale for 1600 Montauk Highway [.1]; reviewing proposed closing documents for 48 Van Bomel [.3]; reviewing proposed contract changes for 47 Chateau [.2]. | Fees | 1.00 | 0.00 | 350.00 | 350.00 |
| 01/05/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Mr. Rosenfeld and Ms. Martinez re: closing documents for 48 Van Bomel. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 01/06/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Ms. Martinez re: revised TP-584 for 48 Van Bomel. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 01/08/2018 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing letter from Ms. Mueller on 47 Chateau contract [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/08/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Ms. Martinez re: revised TP-584 for 48 Van Bomel [.2]; reviewing same [.1]; multiple email correspondence with Ms. Martinez and Messrs. Rosenfled and Niknamfard re: FIRPTA and rescheduling closing for 48 Van Bomel [.5]; multiple email correspondence with Ms. Martinez, Mr. Martinez and Ms. Sturchio re: scheduling closing for 39 Chateau [.2]. | Fees | 1.00 | 0.00 | 350.00 | 350.00 |
| 01/09/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Ms. Martinez, Mr. Niknamfard and Ms. Sturchio re: scheduling closing for 39 Chateau [.2]; email correspondence with Mr. Niknamfard re: status of for 47 Chateau [.1]; email correspondence with Ms. Martinez re: scheduling closing for 39 Chateau [.1]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 01/10/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing revisions to contract for sale for 47 Chateau. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/11/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Ms. Martinez and Ms. Sturchio re: scheduling closing for 48 Van Bomel [.4]; reviewing revised closing documents for 48 Van Bomel [.3]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |
| 01/12/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Ms. Martinez re: scheduling closing for 48 Van Bomel [.2]; multiple email correspondence with Ms. Martinez and Messrs. Rosenfeld and Bivona re: closing adjustments for 48 Van Bomel [.2]; email correspondence with Mr. Niknamfard re: same [.2]; email correspondence with Ms. Martinez re: scheduling closing for 88 Central [.1]; multiple email correspondence with Mr. Rosenfeld re: closing documents for 47 Chateau [.2]. | Fees | 0.90 | 0.00 | 350.00 | 315.00 |
| 01/15/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Mutiple email correspondence with Ms. Martinez re: scheduling of 48 Van Bomel [.3]; email correspondence with Ms. Martinez re: closing documents for 39 Chateau [.1]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/16/2018 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Ms. Martinez and Mr. White on closing of 48 Van Bomel [.2]; reviewing closing documents and related emails with Mr. White [.3]. | Fees | 0.50 | 0.00 | 595.00 | 297.50 |
| 01/16/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing closing documents for 39 Chateau [.2]; reviewing title report re: same [.2]; multiple email correspondence with Messrs. Southard and Bivona re: pending real estate items [.2]; multiple email correspondence with Mr. Southard re: closing for 48 Van Bomel [.4]; multiple email correspondence with Ms. Martinez re: 48 Van Bomel [.2]; multiple email correspondence with Ms. Martinez re: scheduling closing for 88 Central [.2]. | Fees | 1.40 | 0.00 | 350.00 | 490.00 |
| 01/17/2018 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Attending closing of title in relation to 48 Van Bomel; discussions with counsel to buyer and Messrs. Rosenfeld and White thereon; various emails thereon concerning adjustments [1.8]; | Fees | 1.80 | 0.00 | 595.00 | 1,071.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/17/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Messrs. Bivona and Southard re: oil tank reading for 48 Van Bomel [.3]; telephone conference with Messrs. Southard, Bivona and Rosenfeld re: status [.4]; reviewing surveys affecting residential properties [.4]; email correspondence with Ms. Martinez re: closing for 39 Chateau [.1]. | Fees | 1.20 | 0.00 | 350.00 | 420.00 |
| 01/18/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Ms. Martinez re: status of 39 Chateau [.3]; reviewing tax map for 1600 Montauk Highway [.2]; email correspondence with Messrs. Southard, Bivona and Rosenfeld and Ms. Martinez re:  oil tank reading for 48 Van Bomel [.1]; multiple email correspondence with Ms. Martinez and Mr. Rosenfeld re: closing documents for 39 Chateau [.5]; email correspondence with Mr. Niknamfard re: status of contracts for 47 Chateau [.1]; reviewing final settlement statement and disbursement letter for 48 Van Bomel [.1]. | Fees | 1.30 | 0.00 | 350.00 | 455.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/19/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Ms. Sturchio re: contracts for 47 Chateau [.1]; email correspondence with Ms. Martinez re: scheduling of closing for 88 Central [.1]; reviewing contracts for 47 Chateau and drafting comments to same [.4]; multiple email correspondence with Messrs. Niknamfard, Bivona and Rosenfeld re: same [.6]; close of title for 39 Chateau [3.4]; reviewing final settlement statement and disbursement letter for same [.1]; multiple email correspondence with Mr. Rosenfeld re: close of title for 39 Chateu [.2]; multiple mail correspondence with Ms. Martinez and Mr. Bivona re: closing documents for 48 Van Bomel [.2]. | Fees | 5.10 | 0.00 | 350.00 | 1,785.00 |
| 01/22/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing proposed closing documents for 88 Central [.3]; email correspondence with Mr. Rodenfeld re: same [.1]; reviewing title report re: same [.2]; email correspondence with Ms. Martinez re: closing documents for 48 Van Bomel and 39 Chateau [.1]; email correspondence with Mr. Bivona re: 39 Chateau [.1]. | Fees | 0.80 | 0.00 | 350.00 | 280.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/23/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email correspondence from purchaser's counsel on 48 Van Bomel [.1]; multiple email correspondence with Ms. Martinez and Mr. Niknamfard re: same [.4]; multiple email correspondence with Messrs. Rosenfeld and Niknamford and Ms. Martinez re: 47 Chateau [.2]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |
| 01/24/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing surveys, vesting deed, legal descriptions and tax maps to determine ownership of residential properties [2.8]; multiple email correspondence with Messrs. Southard, Bivona and Rosenfeld re same [.3]; multiple email correspondence with Ms. Martinez re: closing documents for 88 Central [.3]. | Fees | 3.40 | 0.00 | 350.00 | 1,190.00 |
| 01/25/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing schedules to APA re: real property and compared same to vesting deed [.3]; close of title for 88 Chateau [3.6]; reviewing final settlement statement and disbursement letter for same [.1]; email correspondence with Ms. Martinez and Mr. Bivona re: vesting deed for same [.2]. | Fees | 4.20 | 0.00 | 350.00 | 1,470.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/26/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Messrs. Bivona and Rosenfeld, Ms. Martinez and Ms. Sturchio re: 88 Chateau [.3]; email correspondence with Ms. Sturchio and Mr. Niknamfard re: status of 47 Central [.2]. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |
| 01/31/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Ms. Martinez re: 89 Central. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 02/01/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Niknamfard and Ms. Sturchio re: proposed contract changes for 47 Chateau [.2]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 02/02/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Niknamfard and Ms. Sturchio re: proposed contract changes for 47 Chateau [.2]; telephone conference with Mr. Niknamfard re: same [.2]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/05/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with Ms. Sturchio re: contract of sale for 47 Chateau [.1]; multiple email correspondence with Messrs. Bivona, Rosenfeld and Niknamfard re: 47 Chateau [.1]; multiple email correspondence with Msesrs. Rosenfeld and Niknamfard re: 52 Van Bomel [.9]; reviewing proposed amendments to contract of sale for 47 Chateau [.2]; multiple email correspondence with Mr. Nikmanfard re: same [.2]; reviewing fully executed contract of sale for 52 Van Bomel [.1]. | Fees | 1.60 | 0.00 | 350.00 | 560.00 |
| 02/06/2018 | Sweeney, Stephanie | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Drafting notice of sale and sending to Mr. Rosenfeld re: 52 Bomel, coordinating filing of same with Ms. Gargiulo, sending to Mr. Rosenfeld. | Fees | 0.30 | 0.00 | 425.00 | 127.50 |
| 02/06/2018 | Gargiulo, Renea | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Filing notice of proposed sale for 52 Van Bomel per Ms. Sweeney's request. | Fees | 0.10 | 0.00 | 175.00 | 17.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/06/2018 | Gargiulo, Renea | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Filing notice of adjournment of hearing on sale motion per Ms. Sweeney's request and other administration regarding downloading docket copy for service. | Fees | 0.20 | 0.00 | 175.00 | 35.00 |
| 02/06/2018 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing notice of sale 52 Van Bomel [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 02/06/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing Notice of Proposed Sale for 52 Van Bomel [.1]; multiple email correspondence with Messrs. Rosenfeld and Niknamfard and Ms. Sweeney re: same [.3]; multiple email correspondence with Ms. Martinez re: 52 Van Bomel [.2]; multiple email correspondence with Messrs. Niknamfard, Rosenfeld and Bivona re: sewage connection for 89 Central [.3]; reviewing sewage connection letter [.1]. | Fees | 1.00 | 0.00 | 350.00 | 350.00 |
| 02/07/2018 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing DE retention terms and emails with Mr. Rosenfeld and Ms. Kiss thereon [.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/07/2018 | Kiss, Lauren | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing Douglas Elliman listing<br>agreements and emailing with Mr. Southard. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 02/09/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Ms. Martinez re:<br>contract of sale for 89 Central [.1];<br>reviewing same [.3]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 02/12/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Ms. Martinez re:<br>contract of sale for 135 Idle Hour, 121<br>Central and 64 Chateau [.1]; reviewing same<br>[.3]; multiple email correspondence with<br>Mr. Rosenfeld and Ms. Martinez re: same<br>[.4]; email correspondence with Mr. Bivona<br>re: survey for 89 Central [.1]; email<br>correspondence re: sewer service for 89<br>Central [.1]. | Fees | 1.00 | 0.00 | 350.00 | 350.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/13/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Bivona re: status [.2]; reviewing survey for 89 Central [.1]; multiple email correspondence with Mr. Niknamfard re: 47 Chateau [.2]; multiple email correspondence with Ms. Martinez re: contract of sale for 89 Central [.4]; reviewing survey reading and title exceptions for same [.1]. | Fees | 1.00 | 0.00 | 350.00 | 350.00 |
| 02/14/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Bivona re: survey exception for 89 Central [.5]; multiple email correspondence with Mr. Bivona and Ms. Martinez re: sewer service for 89 Central [.6]. | Fees | 1.10 | 0.00 | 350.00 | 385.00 |
| 02/15/2018 | Gargiulo, Renea | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Preparing certificate of no objection for 52 Van Bomel property. | Fees | 0.30 | 0.00 | 175.00 | 52.50 |
| 02/15/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Ms. Martinez and Mr. Bivona re: sewer service for 89 Central [.4]; multiple email correspondence with Mr. Bivona re: same [.2]. | Fees | 0.60 | 0.00 | 350.00 | 210.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/16/2018 | Sweeney, Stephanie | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing certificate for 52 Van Bomel and<br>coordinating filing of same, emails with Mr.<br>Rosenfeld. | Fees | 0.20 | 0.00 | 425.00 | 85.00 |
| 02/16/2018 | Strine, Kristen | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Filing Certification of No Objection per Ms.<br>Sweeney's request. | Fees | 0.10 | 0.00 | 175.00 | 17.50 |
| 02/16/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing Certificate of No Objection for<br>52 Van Bomel [.1]. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 02/19/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Mr.<br>Niknamfard, Ms. Sturchio and purchaser's<br>counsel re: 52 Van Bomel [.4]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 02/20/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Ms.<br>Martinez and purchaser's counsel re:<br>scheduling for 52 Van Bomel [.3]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/21/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Ms. Martinez re: closing documents for 52 Van Bomel [.4]; reviewing and revising same [.4]; reviewing title report for same [.2]; multiple email correspondence with Mr. Rosenfeld re: same [.2]. | Fees | 1.20 | 0.00 | 350.00 | 420.00 |
| 02/22/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing revised closing adjustments re: 52 Van Bomel [.1]; multiple email correspondence with Ms. Martinez re: same [.3]; multiple email correspondence with Mr. Rosenfeld re: executed closing documents for 52 Van Bomel [.3]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |
| 02/23/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Closing title on 52 Van Bomel [4.2]; multiple email correspondence with Ms. Martinez re: same [.2]; reviewing partially executed contract of sale for 47 Chateau [.2]; reviewing revised contract of sale for 135 Idle Hour, 121 Central and 64 Chateau [.2]; email correspondence with Mr. Niknamfard re: same [.1]; multiple email correspondence with Mr. Rosenfeld re: contract of sale for 47 Chateau [.2]; reviewing same [.2]. | Fees | 5.30 | 0.00 | 350.00 | 1,855.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/26/2018 | Sweeney, Stephanie | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Coordinating notice of proposed sale with Ms. Gargiulo, reviewing and comments to same, coordinating filing of same and sending to Mr. Rosenfeld. | Fees | 0.30 | 0.00 | 425.00 | 127.50 |
| 02/26/2018 | Gargiulo, Renea | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Preparing draft notice of proposed sale for 47 Chateau and filing same and sending to GCG for service per Ms. Sweeney's | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 02/26/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Niknamfard and purchaser's counsel re: 47 Chateau [.2]; multiple email correspondence with Mr. Niknamfard re: contract of sale for 135 Idle Hour, 121 Central and 64 Chateau [.2]; reviewing Notice of Proposed Sale for 47 Chateau [.1]; email correspondence with Mr. Bivona oil tank for 135 Idle Hour [.2]; researching County requirements for oil tank abandonment [.3]; telephone conference with Mr. Bivona re: same [.2]; multiple email correspondence with Mr. Niknamfard re: same [.2]. | Fees | 1.40 | 0.00 | 350.00 | 490.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/27/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Telephone conference with Messrs. Leyden and Niknamfard re: oil tank for 135 Idle Hour [.2]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 02/28/2018 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Call with Mr. Roseman on Mercury purchase and tax cert matters; then email to Messrs. Bivona, White and Rosenfeld [.2]; call with Mr. Rosenfeld thereon and concerning certain remediation requested [.2]. | Fees | 0.40 | 0.00 | 595.00 | 238.00 |
| 02/28/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Mssrs. Southard, Rosenfeld and Bivona re: tax grievance for 135 Idle Hour, 121 Central and 64 Chateau [.2]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 03/01/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Telephone conference with Mr Bivona re: oil tank for 135 Idle Hour [.2]; telephone conference with Mr. Niknamfard re: same [.2]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/06/2018 | Gargiulo, Renea | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Preparing draft certificate of no objection for 47 Chateau Drive and sending to Ms. Sweeney for review. | Fees | 0.40 | 0.00 | 175.00 | 70.00 |
| 03/08/2018 | Gargiulo, Renea | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Formatting for and filing certificate of no objection for 47 Chateau Drive per Ms. Sweeney's request; preparing electronic stamped copy in file and sending same to Mr. Rosenfeld of RSR Consulting, LLC. | Fees | 0.20 | 0.00 | 175.00 | 35.00 |
| 03/08/2018 | Sweeney, Stephanie | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing certificate of no objection for 47 Cheateau, emails with Mr. Rosenfeld and coordinating filing of same. | Fees | 0.20 | 0.00 | 425.00 | 85.00 |
| 03/08/2018 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Mr. Rosenfeld and Mr. Roseman on tax matters for residences [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 03/08/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing proposed contract of sale, broker sheet and survey for 274 Connetquot [1.0]; multiple email correspondence with Mr. Niknamfard and purchaser's counsel re: same [.2]; reviewing filed CNO for 47 Chateau Drive [.1]. | Fees | 1.30 | 0.00 | 350.00 | 455.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------|-----------|-------|-------|-------|-------|
| 03/12/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Mr.<br>Niknamfard re: contract revisions for 274<br>Connetquot [.3]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 03/16/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Mr.<br>Niknamfard and purchaser's counsel re: 274<br>Connetquot [.2]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 03/20/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Mr.<br>Niknamfard re: contract revisions for 274<br>Connetquot [.3]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |
| 03/26/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Mr.<br>Niknamfard re: contract revisions for 274<br>Connetquot [.3]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/30/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing fully executed contract of sale for 123 Idle Hour [.1]; multiple email correspondence with Mr. Rosenfeld and Ms. Martinez re: same [.3]; multiple email correspondence with Messrs. Rosenfeld, Bivona, Bertucci and Niknamfard and Ms. Sturchio re: 135 Idle Hour and 274 Connetquot [.8]; reviewing proposed changes to contract of sale for 274 Connetquot [.2]. | Fees | 1.40 | 0.00 | 350.00 | 490.00 |
| 04/02/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Messrs. Niknamfard and Rosenfeld re: 274 Connetquot [.3]; reviewing survey for 274 Connetquot [.1]; reviewing fully executed contract of sale for 274 Connetquot [.1]; multiple email correspondence with Messrs. Rosenfeld and Niknamfard re: status of 123 Idle Hour [.2]; email correspondence with Messrs. Rosenfeld, Niknamfard and Bivona re: oil tank removal for 135 Idle Hour [.1]. | Fees | 0.80 | 0.00 | 350.00 | 280.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/03/2018 | Gargiulo, Renea | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Preparing notice of proposed sale draft for 274 Connetquot Drive, filing thereafter and other case administration regarding same per Ms. Sweeney's request [.5].  Preparing notice of proposed sale draft for 123 Idle Blvd., filing thereafter and other case administration regarding same per Ms. Sweeney's request [.5]. | Fees | 1.00 | 0.00 | 175.00 | 175.00 |
| 04/03/2018 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Ms. Sturchio and Mr. White and Mr. Rosenfeld on 47 Chateau [.1]; emails in relation to notice of proposed sale with Ms. Sweeney and Mr. Rosenfeld [.1]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 04/03/2018 | Sweeney, Stephanie | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing comments to notices of sale for 274 Connetquot Drive and 123 Idle Hour Blvd, coordinating filing of same with Ms. Gargiulo, related emails with Mr. Rosenfeld, related emails re: service. | Fees | 0.40 | 0.00 | 425.00 | 170.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------|-----------|-------|-------|-------|-------|
| 04/03/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing FHA amendatory clause for 47 Chateau [.1]; multiple mail correspondence with Messrs. Rosenfeld and Southard and Ms. Sturchio re: same [.2]; multiple email correspondence with Messrs. Bivona and Niknamfard re: oil tank removal for 135 Idle Hour [.3]; email correspondence with Ms. Martinez re: contract of sale for 274 Connetquot [.1]; reviewing proposal for oil tank removal [.2]; reviewing notice of sale for 123 Idle Hour [.1]; reviewing notice of sale for 274 Connetquot [.1]. | Fees | 1.10 | 0.00 | 350.00 | 385.00 |
| 04/04/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing revised amendatory clause [.1]; multiple email correspondence with Mr. Rosenfeld and Ms. Sturchio re: same [.2]; multiple email correspondence with Messrs. Bivona and Niknamfard re: oil tank removal for 135 Idle Hour [.2]; multiple email correspondence with Mr. Rosenfeld re: amendatory clause [.3]; reviewing fully executed amendatory clause [.1]; reviewing title search for 47 Chateau [.6]. | Fees | 1.50 | 0.00 | 350.00 | 525.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/05/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing proposed contract of sale for 89<br>Central [.4]; reviewing proposed changes to<br>contract of sale [.2]; multiple email<br>correspondence with Mr. Niknamfard and<br>purchaser's counsel re: contract of sale [.3]. | Fees | 0.90 | 0.00 | 350.00 | 315.00 |
| 04/06/2018 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Messrs. Rosenfeld, et al. on<br>contract for sale of multiple residences [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 04/06/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing proposed changes to contract of<br>sale for bulk sale [.2]; multiple email<br>correspondence with Messrs. Niknamfard,<br>Rosenfeld and Bivona re: same [.7];<br>multiple email correspondence with Messrs.<br>Rosenfeld and Niknamfard re: contract of<br>sale for 89 Central [.3]. | Fees | 1.20 | 0.00 | 350.00 | 420.00 |
| 04/09/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing fully executed contract of sale<br>for 89 Central [.1]; multiple email<br>correspondence with Mr. Niknamfard re:<br>same [.3]; reviewing email correspondence<br>from lender's counsel on 47 Chateau [.2];<br>email correspondence with Mr. Niknamfard<br>and purchaser's counsel on bulk sale [.1]. | Fees | 0.70 | 0.00 | 350.00 | 245.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/10/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing preliminary title bill and tax<br>continuation for 47 Chateau [.2]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 04/11/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing fully executed contract of sale<br>for 89 Central [.1]. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 04/12/2018 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing emails and notice on sale of 89<br>central with Ms. Kiss and Mr. Rosenfeld<br>[.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 04/12/2018 | Gargiulo, Renea | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Preparing and filing notice of proposed sale<br>for 89 Central Boulevard [0.3]; and<br>preparing draft certificates of no objection<br>for 274 Connetquot Drive and 123 Idle<br>Boulevard per Ms. Kiss' and Ms. Sweeney's<br>request [0.4]. | Fees | 0.70 | 0.00 | 175.00 | 122.50 |
| 04/12/2018 | Sweeney, Stephanie | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing notices of no objection and<br>related emails with Ms. Gargiulo re: 274<br>Connetquot and 123 Idle Hour. | Fees | 0.20 | 0.00 | 425.00 | 85.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/12/2018 | Kiss, Lauren | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing and revising notice of proposed sale for 89 Central. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 04/16/2018 | Gargiulo, Renea | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Administration regarding filing certificates of no objection for 123 Idle Hour and 274 Connequot Drive, corresponding with Ms. Sweeney and Mr. Rosenfeld regarding same and filing thereafter. | Fees | 0.30 | 0.00 | 175.00 | 52.50 |
| 04/16/2018 | Sweeney, Stephanie | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Ms. Gargiulo and Mr. Rosenfeld re: certificates of no objection, emails with GCG re: service. | Fees | 0.20 | 0.00 | 425.00 | 85.00 |
| 04/16/2018 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Mr. Roseman on tax abatement for sale of residences; then with Messrs. Bivona and Rosenfeld thereon [.2]; further emails with Messrs. Rosenfeld and Niknamfard in relation to contract provisions [.1]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/16/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing filed Notice of Sale for 89 Central [.1]; multiple email correspondence with Messrs. Rosenfeld and Niknamfard re: status of bulk sale contract [.3]; reviewing certificates of no objection for 274 Connetquot and 123 Idle Hour [.2]. | Fees | 0.60 | 0.00 | 350.00 | 210.00 |
| 04/17/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing spill disclosure letter for 135 Idle Hour [.1]. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 04/18/2018 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Call with Messrs. Rosenfeld and Bivona on various matters, including sale of residential homes [.2]; emails with Messrs. Rosenfeld and Roseman thereon and tax cert matters; then emails with Mr. White concerning same [.2]. | Fees | 0.40 | 0.00 | 595.00 | 238.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/18/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing corrected spill disclosure letter for 135 Idle Hour [.1]; reviewing multiple email correspondence form purchaser's counsel on bulk sale re: tax certiorari [.2]; reviewing DEC letter re: tank removal at 135 Idle Hour and related invoices [.1]; email correspondence with Messrs. Bivona and Niknamfard re: same [.1]. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |
| 04/19/2018 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Messrs. Rosenfeld and White in relation to Mercury sale of residences and Mr. Bertucci [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 04/19/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Messrs. Southard and Rosenfeld re: bulk sale contract [.2]; drafting amendment to contract of sale re: tax certiorari [.2]; multiple email correspondence with Messrs. Southard and Niknamfard re: same [.2]. | Fees | 0.60 | 0.00 | 350.00 | 210.00 |
| 04/20/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with Mr. Niknamfard re: amendment to contract of sale [.1]; telephone conference with Mr. Niknamfard re: same [.2]. | Fees | 0.30 | 0.00 | 350.00 | 105.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/23/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Mr. Niknamfard, Ms. Sturchio and purchasers' counsel re: scheduling closing for 47 Chateau [.4]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 04/24/2018 | Gargiulo, Renea | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Preparing and filing certificate of no objection to notice of proposed sale for 89 Central Blvd. per Ms. Kiss' request. | Fees | 0.30 | 0.00 | 175.00 | 52.50 |
| 04/24/2018 | Kiss, Lauren | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Drafting certificate of no objection for 89 Central, emailing with Ms. Gargiulo and Mr. Rosenfeld separately. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 04/24/2018 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Ms. Kiss on 89 Central certification [.1]; emails with Messrs. Rosenfeld and White in relation to Mercury contract [.2]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 04/24/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with Messrs. Southard, Bivona, Rosenfeld and Niknamfard re: contract of sale for bulk sale [.1]; reviewing certificate of no objection for 89 Central [.1]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/25/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Email correspondence with Messrs. Southard and Rosenfeld re: status of contract of sale for bulk sale [.1]. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 04/26/2018 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Call with Mr. Rosenfeld in relation to status of residential transactions with Mercury [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 04/26/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Messrs. Southard and Niknamfard re: tax certiorari provision in bulk sale contract [.3]; multiple email correspondence with Messrs. Southard, Rosenfeld and Bivona re: status of pending real estate contract [.2]. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |
| 05/01/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Reviewing proposed closing documents for 47 Chateau [.5]; multiple email correspondence with Messrs. Niknamfard and Rosenfeld re: same [.5]; reviewing title report re: same [.4]. | Fees | 1.40 | 0.00 | 350.00 | 490.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/02/2018 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing email from Mr. Roseman and then with Messrs. Rosenfeld and Bivona concerning tax cert for Mercury purchases [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 05/02/2018 | Kiss, Lauren | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing real property tax protest letter from Mercury International. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 05/02/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing tax certiorari petition for 135 Idle Hour, 121 Central and 64 Chateau [.3]; email correspondence with Mr. Bivona re: same [.1]; email correspondence with Mr. Rosenfeld re: status of contract for bulk sale [.1]. | Fees | 0.50 | 0.00 | 350.00 | 175.00 |
| 05/03/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Close of title for 47 Chateau [3.0]; reviewing final settlement statement and disbursement letter for same [.1]. | Fees | 3.10 | 0.00 | 350.00 | 1,085.00 |
| 05/04/2018 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Messrs. Bivona, White and Rosenfeld in relation to communication from Mercury counsel [.2]; call with same and then to Mr. Roseman [.4]. | Fees | 0.60 | 0.00 | 595.00 | 357.00 |

6/12/2018 10:31:24 AM

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/04/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Messrs. Bivona, Rosenfeld and Southard re: tax certiorari petition for 135 Idle Hour, 121 Central and 64 Chateau [.4]; telephone conference with Messrs. Bivona, Rosenfeld and Southard re: same [.5]. | Fees | 0.90 | 0.00 | 350.00 | 315.00 |
| 05/05/2018 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Messrs. Bivona and White and then Rosenfeld on assessed values [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 05/05/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Reviewing Town of Islip Notice of Tentative Assessment [.1]; email correspondence with Mr. Bivona re: same [.1]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 05/07/2018 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails with Messrs. White, Rosenfeld and Bivona on tax assessment and then emails with Mr. Roseman; call with same concerning tax cert petition; further emails with client thereon [.4]. | Fees | 0.40 | 0.00 | 595.00 | 238.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------|-----------|-------|-------|-------|-------|
| 05/07/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Email correspondence with Mr. Southard re:<br>Town of Islip Notice of Tentative<br>Assessment [.1]. | Fees | 0.10 | 0.00 | 350.00 | 35.00 |
| 05/14/2018 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Emails and call on tax assessments and<br>related matters with Mr. White and Mr.<br>Rosenfeld; call with Mr. White [.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 05/14/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Messrs.<br>Bivona, Rosenfeld and Southard re: tax<br>certiorari petition [.2]; telephone conference<br>with Mr. Southard re: same [.2]. | Fees | 0.40 | 0.00 | 350.00 | 140.00 |
| 05/21/2018 | Southard, Sean | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Call to Mr. Roseman on status of residential<br>sales [.1]; call with Mr. White thereon [.1]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 05/21/2018 | White, Matthew | 10691.016/ Dowling College<br>Asset Disposition - Residential Portfolio<br>Multiple email correspondence with Mr.<br>Niknamfard re: status of contract for bulk<br>sale [.2]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/22/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Messrs. Southard, Bivona and Rosenfeld re: status of contract for bulk sale [.1]; multiple email correspondence with Messrs. Niknamfard and Rosenfeld re: scheduling closing for 89 Central [.4]; reviewing proposed closing documents for same [.5]; reviewing title report re: same [.4]. | Fees | 1.40 | 0.00 | 350.00 | 490.00 |
| 05/25/2018 | Southard, Sean | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Emails with Messrs. Rosenfeld, White and Bivona on residential purchase status by Mercury [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 05/25/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Messrs. Rosenfeld, Southard and Bivona re: status of contract for bulk sale [.2]; close of title for 47 Chateau [3.0]; reviewing final settlement statement and disbursement letter for same [.1]; email correspondence with Messrs. Rosenfeld and Bivona re: fully executed deed for same [.1]. | Fees | 3.40 | 0.00 | 350.00 | 1,190.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/29/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Messrs. Bivona and Niknamfard and Ms. Roberson re: payment of second half town taxes for 123 Idle Hour and 274 Connetquot [.8]; reviewing title report for 123 Idle Hour [.4] multiple email correspondence with Messrs. Niknamfard and Rosenfeld re: scheduling closing for 123 Idle Hour [.8]; reviewing proposed closing documents for same [.3]. | Fees | 2.30 | 0.00 | 350.00 | 805.00 |
| 05/30/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Messrs. Rosenfeld and Niknamfard re: closing documents [.2]. | Fees | 0.20 | 0.00 | 350.00 | 70.00 |
| 05/31/2018 | White, Matthew | 10691.016/ Dowling College Asset Disposition - Residential Portfolio Multiple email correspondence with Messrs. Bivona and Niknamfard re: payment of real estate taxes for 123 Idle Hour [.2]; reviewing receipt re: same [.1]; close of title for same [2.0]; email correspondence with Messrs. Bivona re: executed deed for same [.1]. | Fees | 2.40 | 0.00 | 350.00 | 840.00 |
| | | **Matter Description (First Line): Asset Disposition - Residential Portfolio** | | 149.20 | 0.00 | | 56,078.50 |

**Matter Description (First Line): Asset Disposition - Restricted Assets**

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/03/2017 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing emails among Mr. Bivona and Ms. Garofano concerning Perkins loan assignment process [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 10/23/2017 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing email from Mr. Bivona and closeout letter from US DOE [.5]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 10/24/2017 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Messrs. Bivona and Walenchok in relation to call and further review of US DOE letter [.3]; call with Messrs. Bivona, Walenshok and Bivona concerning same [.3]; preparing draft letter to Mr. Knapp and sharing draft email with parties in interest [.4]; | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 10/25/2017 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing email from Mr. Walenchok and attached procedures in relation to DOE close-out accounting [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 10/26/2017 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Bivona in relation to restricted funds and reviewing restricted funds analysis. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/27/2017 | Southard, Sean | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing email from Mr. Bivona on proposed procedures for close-out accounting and responding to same [.1]; further emails thereon with Mr. Rosenfeld and then preparing email to Mr. Knapp [.3]; emails with Mr. Bivona explaining status and procedures to Ms. Scallzo [.1]; further emails with Mr. Knapp and then Mr. Rosenfeld [.1]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 10/27/2017 | Sweeney, Stephanie | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing email with DOE re: Perkins close out audit. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 10/30/2017 | Southard, Sean | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing several emails among Messrs. Walenchok, Bivona and Ms. Scalzo [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 10/31/2017 | Southard, Sean | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing emails on proposed Title IV audit discussions among Messrs. Bivona and Walenchok [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 11/07/2017 | Southard, Sean | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing emails from Mr. Bivona on restricted gifts and entitlement; reviewing files thereon and responding to same [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/08/2017 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing email and attached report on<br>restricted funds from Mr. Bivona [.1] | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 11/13/2017 | Kiss, Lauren | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing Mr. Bivona's comments to the<br>endowment summary report [.2]. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 11/13/2017 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing email from Mr. Bivona with<br>summary on endowment chart and<br>information [.3]; reviewing further revised<br>breakout of permanently and temporarily<br>restricted funds [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 11/15/2017 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Bivona and then with Mr.<br>Walenchok related to Title IV accounting<br>and status [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 11/20/2017 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing email and proposed protocol and<br>procedures from Mr. Walenchok and then<br>emails with same and Mr. Bivona thereon<br>[.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/21/2017 | Southard, Sean | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing updated letter from Mr. Walenchok; then responding to same and Mr. Bivona on US DOE letter and protocol [.3]; further emails with Mr. Bivona and Mr. Walenchok thereon [.2]; further email with Mr. Rosenfeld and Bivona on settlement nature of communication [.1]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 11/22/2017 | Southard, Sean | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing revised protocol and letter from Mr. Walenchok on US DOE Title IV accounting [.2]; preparing email to Mr. Knapp thereon [.3]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 11/29/2017 | Southard, Sean | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing spreadsheet and emails on special collections from Mr. Bivona [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 12/04/2017 | Kiss, Lauren | 10691.031/ Dowling College Asset Disposition - Restricted Assets Telephone call with Mr. Southard, Ms. Anello and Ms. Cole-Paul discussing restricted assets (time split with other matter). | Fees | 0.30 | 0.00 | 375.00 | 112.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------|-----------|-------|-------|-------|-------|
| 12/18/2017 | Kiss, Lauren | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Discussing returned Mancuso letter with Ms.<br>Bergman and emailing with Messrs.<br>Southard, Rosenfeld and Bivona. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 12/21/2017 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Bivona in relation to<br>Beuscher Trust [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 12/22/2017 | Kiss, Lauren | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing Mr. Bivona's email re Mancuso<br>trust, investigating same and emailing with<br>Mr. Bivona [.3]; reviewing initial report on<br>restricted assets and Mr. Bivona's updates to<br>same and drafting second report [.7]. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |
| 12/27/2017 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Discussing restricted assets and motion with<br>Ms. Kiss and reviewing latest updated report<br>from Mr. Bivona [.3]; email to Messes.<br>Anello and Cole-Paul on NYSAG cy pres<br>concerns [.1]; email with Mr. Rosenfeld on<br>same [.1];  emails and call with Mr. Knapp<br>on status of US DOE claim and accounting<br>[.2]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/27/2017 | Kiss, Lauren | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing Rule 2002 and discussing service with Mr. Southard [.1]; reviewing endowment fund update and related reports, researching rules related to flexible spending accounts and drafting supplemental motion to authorize use of unrestricted accounts as cash collateral [5.2]; discussing motion with Mr. Southard [.3]. | Fees | 5.60 | 0.00 | 375.00 | 2,100.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/28/2017 | Kiss, Lauren | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing supplemental motion and preparing list of questions for Mr. Bivona [.2]; conference call with Messrs. Southard and Bivona discussing unrestricted bank accounts and follow up discussion with Mr. Southard (time split with other matter) [.4]; telephone calls with Ms. Gaye regarding Treasury Regulation relative to flexible spending accounts [.2]; reviewing proofs of claim in connection with unrestricted assets [.6]; revising supplemental motion based upon telephone call with Mr. Bivona [1.4]; searching for notice parties to serve supplemental motion on [.5]; discussing DIP accounts with Mr. Southard and revising supplemental motion [.5]; discussing letters to send certified mail return receipt requested with Ms. Bergman and reviewing letters [.2]. | Fees | 4.00 | 0.00 | 375.00 | 1,500.00 |
| 12/28/2017 | Southard, Sean | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing and revising motion and second report draft from Ms. Kiss on restricted funds; then emails related to same with Ms. Kiss [.9]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/29/2017 | Kiss, Lauren | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing Mr. Southard's comments to the supplemental motion to use unrestricted funds, revising same and emailing with Messrs. Rosenfeld and Bivona [.5]; reviewing email and documents received from Ms. Gaye and revising exhibit B to the motion [.5]. | Fees | 1.00 | 0.00 | 375.00 | 375.00 |
| 12/29/2017 | Southard, Sean | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing updated motion and related emails from Ms. Kiss and Mr. Bivona in relation to restricted funds [.4]; reviewing email from Ms. Kiss on Treasury regulations and plan review for FSA [.2]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------|-----------|-------|-------|-------|-------|
| 01/02/2018 | Kiss, Lauren | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing flexible spending account summary of plan, related documents and revising Exhibit B [.6]; discussing plan documents with Ms. Dimola [.1]; reviewing plan documents received from Ms. Dimola [.3]; discussing motion seeking to use unrestricted funds as cash collateral with Mr. Southard and emailing motion to creditors parties, Committee Counsel and Charities Bureau [.1]; emailing questions to Mr. Bivona regarding Beuscher funds and discussing Mr. Bivona's response with Mr. Southard [.2]; telephone call with Mr. Payne regarding Beuscher Trust [.3]; discussing call with Mr. Southard and emailing with Messrs. Rosenfeld and Bivona [.2]; drafting letter from Mr. Rosenfeld to TD Wealth regarding Beuscher funds [.4]. | Fees | 2.20 | 0.00 | 395.00 | 869.00 |
| 01/02/2018 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing and responding to several emails on restricted assets motion from Ms. Kiss [.3]; emails with Ms. Kiss and committee thereon [.1]; discussion with Ms. Kiss on restricted assets [.1]; emails with Ms. Kiss on Buesher trust; then with Mr. Bivona [.2]; reviewing draft correspondence and related emails with Ms. Kiss on Buescher trust [.2]. | Fees | 0.90 | 0.00 | 595.00 | 535.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/03/2018 | Southard, Sean | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing and executing revised Mancuso letter demanding turnover; emails with Ms. Kiss and discussion thereon [.2]; emails with Ms. Kiss in relation to Buesher trust [.1]; reviewing updated letter; then emails with Mr. Rosenfeld and Ms. Kiss thereon and TD Bank representatives [.3]; discussing motion status and open issues for restricted accounts with Ms. Kiss [.1]; reviewing email on motion and report on restricted accounts to Mr. Bivona from Ms. Kiss [.1]. | Fees | 0.80 | 0.00 | 595.00 | 476.00 |
| 01/03/2018 | Kiss, Lauren | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing emails regarding Buescher Trust [.1]; revising Mancuso letter, discussing same with Mr. Southard and emailing letter [.2]; drafting notice of hearing on motion seeking to use unrestricted funds as cash collateral [.1]. | Fees | 0.40 | 0.00 | 395.00 | 158.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/04/2018 | Southard, Sean | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing email on report and motion related to restricted funds updated by Mr. Bivona [.1]; reviewing email from Mr. Bivona in relation to Buesher trust [.1]; reviewing emails and revisions to motion papers from Mr. Kiss on restricted accounts and with Mr. Rosenfeld and Mr. Bivona thereon; responding to same [.4]; further reviewing of updated report on restricted assets from Ms. Kiss [.2]; reviewing email from Ms. Kiss on service list [.1]. | Fees | 0.90 | 0.00 | 595.00 | 535.50 |
| 01/04/2018 | Kiss, Lauren | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing and revising motion seeking to use unrestricted funds as cash collateral and emailing with Messrs. Southard, Rosenfeld and Bivona [.4]; revising motion with Messrs. Rosenfeld and Bivona's comments [.3]; updating service list for motion and emailing with Mr. Nikelsberg [.2]. | Fees | 0.90 | 0.00 | 395.00 | 355.50 |
| 01/05/2018 | Kiss, Lauren | 10691.031/ Dowling College Asset Disposition - Restricted Assets Finalizing and filing motion seeking to use unrestricted funds as cash collateral [.3]; discussing motion with Mr. Southard and emailing questions to Mr. Bivona [.1]. | Fees | 0.40 | 0.00 | 395.00 | 158.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/05/2018 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Ms. Kiss on use of restricted funds post-motion approval and response from Mr. Bivona [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 01/10/2018 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Call with Mr. Hammel in relation to motion for release of restricted funds [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 01/12/2018 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Messrs. Knapp and Bivona on transfer of loans for Perkins [.2]; further emails with Mr. Bivona thereon [.1]; reviewing emails among Ms. Kiss and Mr. Bivona and then from Ms. Kiss to Mr. Hammel on restricted fund balances [.2]. | Fees | 0.50 | 0.00 | 595.00 | 297.50 |
| 01/12/2018 | Kiss, Lauren | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emailing list of questions regarding restricted bank accounts to Mr. Bivona [.2]; emailing restricted bank account balances to Mr. Hammel [.1]. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/18/2018 | Kiss, Lauren | 10691.031/ Dowling College Asset Disposition - Restricted Assets Summarizing motion seeking to use unrestricted funds as cash collateral in preparation for January 22 hearing and reviewing and highlighting supporting documentation relevant to unrestricted funds. | Fees | 2.00 | 0.00 | 395.00 | 790.00 |
| 01/22/2018 | Kiss, Lauren | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing Mid Island Air website for information on Mancuso trust, telephone call with Mr. Damedo regarding same, and emailing with Messrs. Southard and Bivona [.5]; telephone call with Mr. Southard regarding motion seeking to use unrestricted funds as cash collateral [.1]. | Fees | 0.60 | 0.00 | 395.00 | 237.00 |
| 01/22/2018 | Southard, Sean | 10691.031/ Dowling College Asset Disposition - Restricted Assets Email with Ms. Kiss in relation to Mancuso trust [.1] | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 01/23/2018 | Southard, Sean | 10691.031/ Dowling College Asset Disposition - Restricted Assets Emails with Ms. Anello and then with Messrs. Rosenfeld and Bivona on NYSAG restricted asset work [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/24/2018 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Responding to Ms. Anello on NYSAG<br>charitable trust [.1]; reviewing email from<br>Mr. Bivona in relation to Mancuso Trust<br>[.1]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 01/29/2018 | Kiss, Lauren | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing order authorizing use of<br>unrestricted funds as cash collateral and Mr.<br>Bivona's email. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 02/05/2018 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Bivona and Mr. Walenchok<br>on NYSAG charitable assets and DOE<br>communications [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 02/05/2018 | Kiss, Lauren | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing Mancuso returned letter and<br>emailing with Mr. Southard. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 02/06/2018 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Call and emails with Mr. Cerullo in relation<br>to Mancuso trust [.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 02/08/2018 | Kiss, Lauren | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing proposed allocation for<br>endowments. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------|-----------|-------|-------|-------|-------|
| 02/08/2018 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing email from Mr. Bivona on<br>proposed allocation of restricted assets [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 02/09/2018 | Kiss, Lauren | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Telephone call with Ms. Dimola discussing<br>Mancuso trust [.1]; reviewing letter from<br>Mr. Mancuso's attorney, emailing with<br>Messrs. Southard, Rosenfeld and Bivona and<br>research [.3]. | Fees | 0.40 | 0.00 | 395.00 | 158.00 |
| 02/09/2018 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Email with Ms. Kiss and then with Mr.<br>Bivona and with Ms. Kiss on Mancuso trust<br>[.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 02/21/2018 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing research and email from Ms.<br>Kiss [.2]; emails with Messrs. Bivona and<br>Friedman thereon [.2]. | Fees | 0.40 | 0.00 | 595.00 | 238.00 |
| 02/21/2018 | Kiss, Lauren | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Researching receipt of charitable gifts<br>emailing results to Mr. Southard [2.8];<br>discussing research results with Mr.<br>Southard [.1]. | Fees | 2.90 | 0.00 | 395.00 | 1,145.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/08/2018 | Kiss, Lauren | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing Mr. Bivona's email and endowment reallocation recommendations. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |
| 03/12/2018 | Southard, Sean | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing endowment recommendation and related student record issues and responding to email from Mr. Bivona [.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 03/15/2018 | Southard, Sean | 10691.031/ Dowling College Asset Disposition - Restricted Assets Emails with Mr. Bivona and Ms. Kiss on restricted asset discussion [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 03/16/2018 | Kiss, Lauren | 10691.031/ Dowling College Asset Disposition - Restricted Assets Conference call with Messrs. Southard and Bivona discussing endowment allocations. | Fees | 0.50 | 0.00 | 395.00 | 197.50 |
| 03/16/2018 | Southard, Sean | 10691.031/ Dowling College Asset Disposition - Restricted Assets Call with Mr. Bivona and Ms. Kiss on endowments and strategy in relation to same [0.5]. | Fees | 0.50 | 0.00 | 595.00 | 297.50 |
| 04/12/2018 | Southard, Sean | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing correspondence from Mr. Knapp on US DOE loans and claims [.1]; then email with Mr. Bivona thereon [.1]; further emails with same and Mr. Knapp [.1]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------|-----------|-------|-------|-------|-------|
| 04/13/2018 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Bivona and Ms.<br>Varnovitsky on assignment of loans and<br>related issues [.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 04/16/2018 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Knapp and then Messrs.<br>Bivona and Rosenfeld and Ms. Kiss on US<br>DOE response to accounting procedures<br>[.2]; reviewing further email from Mr.<br>Bivona [.1]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 04/16/2018 | Kiss, Lauren | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing email from Mr. Knapp regarding<br>DOE response to audit proposal. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 04/23/2018 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Email with Mr. Bivona in relation to SCS<br>collections and recalled files [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 04/24/2018 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Emails with Mr. Walenchok on US DOE<br>status [.1]; further email with Mr. Bivona<br>thereon [.1]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 04/26/2018 | Southard, Sean | 10691.031/ Dowling College<br>Asset Disposition - Restricted Assets<br>Reviewing email from Mr. Walenchok on<br>US DOE procedures [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/30/2018 | Kiss, Lauren | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing letter from St. Joseph's College. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 05/04/2018 | Southard, Sean | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing email from Mr. Bivona to Ms. Varnovitsky in relation to collection efforts by Perkins loan agents [.1] | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 05/16/2018 | Southard, Sean | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing email from Prof Schoenhals and related emails with Mr. Bivona [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 05/20/2018 | Kiss, Lauren | 10691.031/ Dowling College Asset Disposition - Restricted Assets Drafting letter to Mr. Schoenhals regarding property disposition procedures order. | Fees | 1.00 | 0.00 | 395.00 | 395.00 |
| 05/22/2018 | Kiss, Lauren | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing affidavits of service for Oakdale Campus sale and property disposition procedures order and emailing with Messrs. Southard, Rosenfeld and Bivona [.2]; revising letter to Mr. Schoenhals based upon email from Mr. Rosenfeld [.5]. | Fees | 0.70 | 0.00 | 395.00 | 276.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/24/2018 | Southard, Sean | 10691.031/ Dowling College Asset Disposition - Restricted Assets Call with Mr. Bivona in relation to allocation of funds and historical parties interested in certain assets [.2]; further emails with Mr. Bivona related to same [.2]. | Fees | 0.40 | 0.00 | 595.00 | 238.00 |
| 05/25/2018 | Southard, Sean | 10691.031/ Dowling College Asset Disposition - Restricted Assets Reviewing emails from Mr. Bivona concerning special library collections and analysis on value and disposition; then emails with same and Ms. Anello of NYSAG [.5]; reviewing email from Mr. Bivona in relation to endowments; analysis and then emails with Ms. Anello thereon [.5]. | Fees | 1.00 | 0.00 | 595.00 | 595.00 |
| **Matter Description (First Line): Asset Disposition - Restricted Assets** | | | | **42.90** | **0.00** | | **20,015.50** |

**Matter Description (First Line): Case Administration**

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/03/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Call with Messrs. Rosenfeld and Bivona in relation to distribution of proceeds from sale and other matters [.3]; reviewing and organizing files and accumulated documents and correspondence and preparing action items list [.6]; reviewing and responding to email from Mr. Clayton on fee for arbitration on local 153 action [.1]; emails with Messrs. Bivona in relation to financing of insurance and motion and prior orders approving same [.2]. | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 10/04/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Reviewing email from Mr. Clayton and response from Mr. Rosenfeld on payment request for arbitration [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 10/05/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Call with Messrs. Rosenfeld and Bivona on status of various matter [.8]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 10/09/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Emails on operating report with Mr. Rosenfeld [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------|-----------|-------|-------|-------|-------|
| 10/10/2017 | Sweeney, Stephanie | 10691.010/ Dowling College<br>Case Administration<br>Reviewing docket, coordinating preparation of hearing binder with Ms. Gargiulo. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |
| 10/10/2017 | Gargiulo, Renea | 10691.010/ Dowling College<br>Case Administration<br>Beginning preparation of hearing binder for 10/16/17 hearing per Ms. Sweeney's request. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 10/11/2017 | Sweeney, Stephanie | 10691.010/ Dowling College<br>Case Administration<br>Coordinating binder preparation and Agenda with Ms. Gargiulo, reviewing update email to Board. | Fees | 0.50 | 0.00 | 395.00 | 197.50 |
| 10/11/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Preparing email to creditors counsel on upcoming hearing and status of same [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 10/11/2017 | Gargiulo, Renea | 10691.010/ Dowling College<br>Case Administration<br>Completing hearing binder for 10/16/17 hearing and discussions with Ms. Sweeney regarding same. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 10/12/2017 | Gargiulo, Renea | 10691.010/ Dowling College<br>Case Administration<br>Preparing notice of agenda for 10/16/17 hearing and filing thereafter per Ms. Sweeney's request. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/12/2017 | Sweeney, Stephanie | 10691.010/ Dowling College Case Administration Reviewing and comments to hearing Agenda. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 10/12/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Reviewing proposed agenda for October 16 hearing and emails with Ms. Gargiulo and Ms. Sweeney thereon [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 10/13/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Call with Mr. Rosenfeld on status of various matters [.2]; preparing for hearing and status conference, reviewing files, etc [.5]; emails with Messrs. Bivona and Rosenfeld on various open matters for estate [.2]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 10/16/2017 | Sweeney, Stephanie | 10691.010/ Dowling College Case Administration Attending hearing re: Brookhaven sale, Baker Tilly retention, exclusivity extension [1.5]; uploading orders for exclusivity and Baker Tilly [.4]. | Fees | 1.90 | 0.00 | 395.00 | 750.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/16/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Reviewing files and preparing for hearings before Judge Grossman [.8]; emails with Mr. Hammel on status [.1]; discussing status of various matters and appearance with Mr. Rosenfeld [.5]; emails with Ms. Sweeney on submission of orders [.1]. | Fees | 1.50 | 0.00 | 575.00 | 862.50 |
| 10/17/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Reviewing entry of orders on exclusivity and retention of Baker Tilly [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 10/18/2017 | Sweeney, Stephanie | 10691.010/ Dowling College<br>Case Administration<br>Reviewing MOR and related email with Mr. Southard, coordinating filing of same. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 10/18/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Reviewing MOR for September and emails thereon with Ms. Sweeney and Mr. Rosenfeld [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 10/19/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Rosenfeld concerning status of various matters [.2]; | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 10/19/2017 | Sweeney, Stephanie | 10691.010/ Dowling College<br>Case Administration<br>Sending MOR to Mr. Rosenfeld. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/24/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Subway fare to/from mediation on 7/12/17. | SUBWAY | 0.00 | 2.00 | 2.75 | 5.50 |
| 10/24/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Lunch for Messers. Rosenfeld, Scott and Southard on 7/12/17. | MEALS | 0.00 | 1.00 | 119.18 | 119.18 |
| 10/24/2017 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx shipment to Robert S. Rosenfeld of Dowling College c/o RSR Consulting on 9/20/17. | FEDEX | 0.00 | 1.00 | 17.15 | 17.15 |
| 10/24/2017 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx shipment to Miyoko Sato and Ian Hammel of Mintz Levin on 9/20/17. | FEDEX | 0.00 | 1.00 | 15.59 | 15.59 |
| 10/24/2017 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx shipment to Carl McCarthy & Maria Cheng, ACA Financial Guaranty Corp. on 9/20/17. | FEDEX | 0.00 | 1.00 | 13.06 | 13.06 |
| 10/24/2017 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx shipment to Stan Yang, Office of the US Trustee on 9/20/17. | FEDEX | 0.00 | 1.00 | 13.06 | 13.06 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/24/2017 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx shipment to Brian D. Pfeiffer of White & Case on 9/20/17. | FEDEX | 0.00 | 1.00 | 13.06 | 13.06 |
| 10/24/2017 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx shipment to Ronald Friedman and Gerard Luc, Silverman Acampora on 9/20/17. | FEDEX | 0.00 | 1.00 | 13.06 | 13.06 |
| 10/25/2017 | Strine, Kristen | 10691.010/ Dowling College<br>Case Administration<br>Ordering transcript from July 10 hearing per Mr. Corneau's request. | Fees | 0.10 | 0.00 | 175.00 | 17.50 |
| 10/26/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Hammel in relation to residential sales, intercreditor disputes and financing [.4]; call with Mr. Rosenfeld in relation to several matters, including Brookhaven sale, NDA's, residential sales, etc. [.5]; | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 10/27/2017 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>Retrieving documents from the docket. | Fees | 0.30 | 0.00 | 175.00 | 52.50 |
| 10/30/2017 | Gargiulo, Renea | 10691.010/ Dowling College<br>Case Administration<br>Public Access to Court Electronic Records for quarter ending 9/30/17. | PACER | 0.00 | 1.00 | 41.80 | 41.80 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/30/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Public Access to Court Electronic Records<br>for quarter ending 9/30/17. | PACER | 0.00 | 1.00 | 77.20 | 77.20 |
| 10/30/2017 | Sweeney, Stephanie | 10691.010/ Dowling College<br>Case Administration<br>Public Access to Court Electronic Records<br>for quarter ending 9/30/17. | PACER | 0.00 | 1.00 | 15.70 | 15.70 |
| 10/30/2017 | Kiss, Lauren | 10691.010/ Dowling College<br>Case Administration<br>Public Access to Court Electronic Records<br>for quarter ending 9/30/17. | PACER | 0.00 | 1.00 | 0.40 | 0.40 |
| 10/30/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Rosenfeld on status of various<br>matters [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 10/31/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Emails with Mr. Rosenfeld on status of<br>various matters, including meeting at<br>Brookhaven [.1]; call with Mr. Rosenfeld on<br>status of various matters [.3]; | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 10/31/2017 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>Photocopies for October 2017. | PHOTOCOPY | 0.00 | 697.00 | 0.10 | 69.70 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/01/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Meeting with Mr. Rosenfeld at Brookhaven campus and discussing and reviewing remaining asset disposition strategies and plan matters and brief tour of campus [1.7]. | Fees | 1.70 | 0.00 | 575.00 | 977.50 |
| 11/03/2017 | Sweeney, Stephanie | 10691.010/ Dowling College<br>Case Administration<br>Call with Vanwin Capital responding to general case questions. | Fees | 0.50 | 0.00 | 395.00 | 197.50 |
| 11/07/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Rosenberg discussing status of various matters [.2]; call with Mr. Friedman discussing status of various matters [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 11/08/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Reviewing and preparing open action items list and related emails with Messrs. Rosenfeld and Bivona [.3]; call with Messrs. Bivona and Rosenfeld on status of various open matters, including sale, plan, restricted assets, etc. [1.0]. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 11/09/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Rosenfeld on various matters [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/09/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Reviewing MOR for October and revising same and related emails with Mr. Rosenfeld thereon [.5]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 11/09/2017 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-998-62837 for shipment to Brian D. Pfeiffer of White & Case. | FEDEX | 0.00 | 1.00 | 12.84 | 12.84 |
| 11/09/2017 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-998-62837 for shipment to Robert S. Rosenfeld. | FEDEX | 0.00 | 1.00 | 16.87 | 16.87 |
| 11/09/2017 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-998-62837 for shipment to Ronald Friedman and Gerard Luc of Silverman Acampora. | FEDEX | 0.00 | 1.00 | 12.84 | 12.84 |
| 11/09/2017 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-998-62837 for shipment to Miyoko Sato and Ian Hammel of Mintz Levin. | FEDEX | 0.00 | 1.00 | 15.33 | 15.33 |
| 11/09/2017 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-998-62837 for shipment to Carl McCarthy and Maria Cheng of ACA Financial. | FEDEX | 0.00 | 1.00 | 12.84 | 12.84 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/09/2017 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-998-62837 for shipment to Stan Yang, Office of the US Trustee. | FEDEX | 0.00 | 1.00 | 12.84 | 12.84 |
| 11/13/2017 | Sweeney, Stephanie | 10691.010/ Dowling College<br>Case Administration<br>Reviewing revisions to MOR and coordinating filing of same, sending to Mr. Rosenfeld. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 11/13/2017 | Gargiulo, Renea | 10691.010/ Dowling College<br>Case Administration<br>Filing October 2017 monthly operating report per Ms. Sweeney's request. | Fees | 0.10 | 0.00 | 175.00 | 17.50 |
| 11/13/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Reviewing email from Mr. Rosenfeld with updated MOR for October and related emails with Ms. Sweeney [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 11/14/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Pfeiffer on various matters, including sale of Brookhaven and financing and proceeds application [.5]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/15/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Discussing update on various matters and hearing preparation with Ms. Kiss [.3]; call with Mr. Hammel in relation to residential sales, Brookhaven sale and financing matters [.4]; call with Mr. Rosenfeld concerning various matters, including residential sales, Brookhaven sale process and proceeds application on financing [.6]. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 11/15/2017 | Kiss, Lauren | 10691.010/ Dowling College<br>Case Administration<br>Discussing case status with Mr. Southard. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 11/15/2017 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-998-62837 for shipment to Clyde I. Payne. | FEDEX | 0.00 | 1.00 | 16.87 | 16.87 |
| 11/15/2017 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-998-62837 for shipment to Louis M. Mancuso, Jr. | FEDEX | 0.00 | 1.00 | 24.30 | 24.30 |
| 11/16/2017 | Strine, Kristen | 10691.010/ Dowling College<br>Case Administration<br>Veritext invoice no. NY3143075 for transcript of hearing on 7/10/17. | TRANS | 0.00 | 1.00 | 293.25 | 293.25 |
| 11/16/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Discussing status of various matters, including plan with Mr. Corneau. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/20/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Bivona concerning several matters, including DOE compliance, asset disposition matters, etc. [1.0]; discussing status of case and hearing preparation with Ms. Kiss [.2]. | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 11/20/2017 | Kiss, Lauren | 10691.010/ Dowling College<br>Case Administration<br>Discussing November 27 hearing with Mr. Southard. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 11/21/2017 | Gargiulo, Renea | 10691.010/ Dowling College<br>Case Administration<br>Preparing binders for 11/27 court hearing and hearing agenda draft per Ms. Kiss' request. | Fees | 2.00 | 0.00 | 175.00 | 350.00 |
| 11/21/2017 | Kiss, Lauren | 10691.010/ Dowling College<br>Case Administration<br>Discussing hearing preparation with Mr. Southard [.2]; revising binder index and notice of agenda for November 27 hearing and discussing changes with Ms. Gargiulo [.6]. | Fees | 0.80 | 0.00 | 375.00 | 300.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/21/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Discussion with Ms. Kiss in relation to hearing on November 27 and preparation for same [.2]; emails with Ms. Kiss on binder preparation and materials for review [.2]; reviewing and responding to draft agenda for hearing on November 27 and related emails with Ms. Kiss [.2]; emails with Mr. Bivona on Newsday historical recitation of Dowling demise [.3]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 11/22/2017 | Gargiulo, Renea | 10691.010/ Dowling College Case Administration Updating binders and index with additional documents for 11/27 hearing and preparing for express mailing to Mr. Southard. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 11/22/2017 | Kiss, Lauren | 10691.010/ Dowling College Case Administration Finalizing and filing notice of agenda [.3]; gathering documents to bring to hearing and revising hearing binders [1.3]; preparing status update to Court for November 27 hearing [.6]. | Fees | 2.20 | 0.00 | 375.00 | 825.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/22/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Reviewing summaries of motions and draft orders form November 27 hearing and related emails with Ms. Kiss thereon [.6]; call with Mr. Bivona in relation to various matters for hearing on November 27 [.1]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 11/27/2017 | Kiss, Lauren | 10691.010/ Dowling College<br>Case Administration<br>Mileage to/from Court for hearing. | MILEAGE | 0.00 | 36.80 | 0.54 | 19.69 |
| 11/28/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132102017 for conference call. | CONFCALLS | 0.00 | 1.00 | 4.71 | 4.71 |
| 11/28/2017 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-998-62837 for shipment to Robert S. Rosenfeld on 10/24/17. | FEDEX | 0.00 | 1.00 | 16.83 | 16.83 |
| 11/28/2017 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 5-998-62837 for shipment to Ronald Friedman and Gerard Luc of Silverman Acampora on 10/24/17. | FEDEX | 0.00 | 1.00 | 12.81 | 12.81 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/28/2017 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-998-62837 for shipment to Miyoko Sato and Ian Hammel of Mintz Levin Cohn Ferris Glovsk on 10/24/17. | FEDEX | 0.00 | 1.00 | 15.29 | 15.29 |
| 11/28/2017 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-998-62837 for shipment to Carl McCarthy and Maria Cheng of ACA on 10/24/17. | FEDEX | 0.00 | 1.00 | 12.81 | 12.81 |
| 11/28/2017 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-998-62837 for shipment to Stan Yang, Office of the US Trustee on 10/24/17. | FEDEX | 0.00 | 1.00 | 12.81 | 12.81 |
| 11/28/2017 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx invoice no. 5-998-62837 for shipment to Brian D. Pfeiffer of White & Case on 10/24/17. | FEDEX | 0.00 | 1.00 | 12.81 | 12.81 |
| 11/28/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Discussing various case matters with Ms. Kiss including fee application order, WARN Act and Brookhaven sale [.4]; emails with Ms. Kalnit on interest in other Dowling assets [.1]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/29/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Bivona in relation to various matters, including financing draw request and NYSAG discussions on restricted assets [.2]; meeting with Ms. Kiss discussing various matters, including sale status, WARN claims, etc. [.3]; preparing email to Ms. Anello of NYSAG on status of various matters [.1]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 11/29/2017 | Kiss, Lauren | 10691.010/ Dowling College<br>Case Administration<br>Discussing case status, disclosure statement and WARN Act adversary proceeding with Mr. Southard. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 11/30/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Emails with Messes. Anello and Cole-Paul in relation to Dowling update and status call [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 11/30/2017 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>Photocopies for November 2017. | PHOTOCOPY | 0.00 | 1,472.00 | 0.10 | 147.20 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----|-----------|-------|-------|-------|-------|
| 12/01/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Call with Messrs. Rosenfeld and Bivona and Ms. Kiss discussing various matters, including records relevant to committee request, WARN Act status and real estate sales [.8]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 12/01/2017 | Kiss, Lauren | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132122017 for conference call. | CONFCALLS | 0.00 | 1.00 | 18.04 | 18.04 |
| 12/01/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132122017 for conference call. | CONFCALLS | 0.00 | 1.00 | 9.58 | 9.58 |
| 12/04/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Discussing various matters with Ms. Kiss on December 18 hearing [.4]; email to Mr. Knapp in relation to status of US DOE accounting proposal [.1]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 12/04/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Call with NYSAG attorneys and Ms. Kiss on status of various matters, including Brookhaven sale process, plan and restricted assets [.5]; emails with Messrs. Bivona and Rosenfeld concerning results of call and requests of NYSAG [.2]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/04/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132122017<br>for conference call. | CONFCALLS | 0.00 | 1.00 | 6.30 | 6.30 |
| 12/05/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132122017<br>for conference call. | CONFCALLS | 0.00 | 1.00 | 2.38 | 2.38 |
| 12/06/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Rosenfeld in relation to status<br>of various matters, including sale of<br>Brookhaven, discovery sought by<br>Committee, etc. [.5]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 12/07/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Meeting with Messrs. Rosenfeld and Bivona<br>in relation to various matters, including<br>Brookhaven sale, discovery sought by UCC,<br>and WARN Act and DOL claim [1.2]. | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 12/11/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Meeting with Messrs. Bivona and Rosenfeld<br>concerning status of various matters,<br>including document review and discovery,<br>sale of Brookhaven and sale of residences,<br>financing and budgeting [.8]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------|-----------|-------|-------|-------|-------|
| 12/13/2017 | Sweeney, Stephanie | 10691.010/ Dowling College<br>Case Administration<br>Reviewing MOR and related emails. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 12/13/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Reviewing transcript from November 27 hearing [.5]; emails thereon with Mr. Rosenfeld [.1]; emails with Mr. Corneau [.1]; reviewing MOR revisions for November and related emails with Mr. Rosenfeld [.2]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |
| 12/14/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Briefly discussing status with Ms. Kiss concerning various matters [.1]; reviewing agenda for hearing on 12/18 [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 12/14/2017 | Gargiulo, Renea | 10691.010/ Dowling College<br>Case Administration<br>Preparing 12/18/17 hearing binder and binder index per Ms. Kiss' request. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 12/14/2017 | (None) | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 6-027-92350 for returned shipment from Louis Mancuso (sent on 12/15/17). | FEDEX | 0.00 | 1.00 | 9.35 | 9.35 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/14/2017 | Kiss, Lauren | 10691.010/ Dowling College Case Administration Discussing December 18 hearing with Mr. Southard and drafting notice of agenda [.2]; discussing hearing binder with Ms. Gargiulo [.1]; preparing summary for December 18 hearing [.4]. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |
| 12/15/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Discussing status of various matters with Ms. Kiss, including agenda and preparation for hearing on December 18 [.2]; reviewing hearing summary and remarks from Ms. Kiss [.4]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 12/15/2017 | Kiss, Lauren | 10691.010/ Dowling College Case Administration Finalizing and filing notice of agenda for December 18 hearing and revising hearing binder. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 12/18/2017 | Sweeney, Stephanie | 10691.010/ Dowling College Case Administration Reviewing MOR and emailing Mr. Southard re: filing. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/18/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Attending hearings and status conference before Judge Grossman and discussions with counsel before and after same [1.2]; call with Messrs. Rosenfeld and Bivona on status of various matters and results of hearing [.5]. | Fees | 1.70 | 0.00 | 575.00 | 977.50 |
| 12/19/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Reviewing MOR and emails with Ms. Sweeney thereon [.2]; call with Mr. Rosenfeld in relation to various matters [.2]; discussing results of hearing with Ms. Kiss [.1]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 12/19/2017 | Sweeney, Stephanie | 10691.010/ Dowling College<br>Case Administration<br>Coordinating filing of MOR with Ms. Gargiulo, sending to Mr. Rosenfeld. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 12/19/2017 | Gargiulo, Renea | 10691.010/ Dowling College<br>Case Administration<br>Formatting for and filing November 2017 monthly operating report per Ms. Sweeney's request. | Fees | 0.20 | 0.00 | 175.00 | 35.00 |
| 12/19/2017 | Kiss, Lauren | 10691.010/ Dowling College<br>Case Administration<br>Discussing December 18 hearing with Mr. Southard. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/19/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132122017<br>for conference call. | CONFCALLS | 0.00 | 1.00 | 8.73 | 8.73 |
| 12/20/2017 | Gargiulo, Renea | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 6-027-92350 for<br>shipment to Sean C. Southard on 11/22/17. | FEDEX | 0.00 | 1.00 | 24.97 | 24.97 |
| 12/20/2017 | Kiss, Lauren | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132112017<br>for conference call on 11/16/17. | CONFCALLS | 0.00 | 1.00 | 4.50 | 4.50 |
| 12/20/2017 | Scott, Brendan | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132112017<br>for conference call on 11/15/17. | CONFCALLS | 0.00 | 1.00 | 0.73 | 0.73 |
| 12/20/2017 | Scott, Brendan | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132112017<br>for conference call on 11/17/17. | CONFCALLS | 0.00 | 1.00 | 6.40 | 6.40 |
| 12/20/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132112017<br>for conference call on 11/6/17. | CONFCALLS | 0.00 | 1.00 | 10.15 | 10.15 |
| 12/20/2017 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132112017<br>for second conference call on 11/6/17. | CONFCALLS | 0.00 | 1.00 | 2.70 | 2.70 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/20/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132112017 for conference call on 11/8/17. | CONFCALLS | 0.00 | 1.00 | 9.53 | 9.53 |
| 12/20/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132112017 for conference call on 11/9/17. | CONFCALLS | 0.00 | 1.00 | 14.96 | 14.96 |
| 12/20/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132112017 for conference call on 11/20/17. | CONFCALLS | 0.00 | 1.00 | 4.76 | 4.76 |
| 12/20/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132112017 for conference call on 11/24/17. | CONFCALLS | 0.00 | 1.00 | 2.43 | 2.43 |
| 12/20/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132112017 for second conference call on 11/24/17. | CONFCALLS | 0.00 | 1.00 | 12.53 | 12.53 |
| 12/20/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132112017 for conference call on 11/27/17. | CONFCALLS | 0.00 | 1.00 | 4.71 | 4.71 |
| 12/20/2017 | Kiss, Lauren | 10691.010/ Dowling College Case Administration West information charges for legal research for November 2017, invoice no. 837282108. | WESTLAW | 0.00 | 1.00 | 501.40 | 501.40 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/27/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Discussing various open matters with Ms. Kiss, including US DOE, disclosure statement, NYSAG cy pres, and restricted assets [.3]; call with Mr. Powers concerning various matters, including WARN, exclusivity, discovery, etc. [.5]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 12/27/2017 | Kiss, Lauren | 10691.010/ Dowling College Case Administration Discussing status of various items with Mr. Southard. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 12/28/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Emails with Mr. Bivona and Ms. Kiss on call request and agenda [.1]; call with Ms. Kiss and Mr. Bivona in relation to various matters, including restricted assets and accounts, documents, and other disclosure matters [.6]; further discussions thereon with Ms. Kiss [.1]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 12/29/2017 | Southard, Sean | 10691.010/ Dowling College Case Administration Meeting with Messrs. Rosenfeld and Bivona on status of various matters [.7]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 12/31/2017 | Bergman, Rayella | 10691.010/ Dowling College Case Administration Photocopies for December 2017. | PHOTOCOPY | 0.00 | 648.00 | 0.10 | 64.80 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/02/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Discussing status of various matters with Ms. Kiss [.2]; reviewing Simplex Grinnell contract and old correspondence on prior year's contract, then emails with Messrs. Rosenfeld and Bivona thereon [.5]; emails with Ms. Cole-Paul of NYSAG [.1]. | Fees | 0.80 | 0.00 | 595.00 | 476.00 |
| 01/02/2018 | Kiss, Lauren | 10691.010/ Dowling College<br>Case Administration<br>Discussing status with Mr. Southard. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 01/03/2018 | Gargiulo, Renea | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 6-055-92609 for shipment to Louis M. Mancuso, Jr., Mid Island Air Service. | FEDEX | 0.00 | 1.00 | 13.16 | 13.16 |
| 01/03/2018 | Corneau, Joseph | 10691.010/ Dowling College<br>Case Administration<br>Conferring with Mr. Southard regarding plan, exclusivity and Brookhaven campus sale. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 01/05/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Discussing status of various matters with Ms. Kiss [.2]; reviewing filing on motions for hearing January 22, 2018 and service requests from Ms. Kiss [.2]; call with Mr. Pfeiffer on various matters and upcoming hearing [.2]. | Fees | 0.60 | 0.00 | 595.00 | 357.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/11/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Emails with Mr. Bivona on tax reporting matters [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 01/12/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Discussing status of various matters with Ms. Kiss, including claims objections, disclosure statement, etc. [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 01/12/2018 | Kiss, Lauren | 10691.010/ Dowling College<br>Case Administration<br>Discussing status and claims with Mr. Southard. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 01/16/2018 | Sweeney, Stephanie | 10691.010/ Dowling College<br>Case Administration<br>Reviewing MOR, coordinating filing of same with Ms. Gargiulo, sending to Mr. Rosenfeld. | Fees | 0.20 | 0.00 | 425.00 | 85.00 |
| 01/16/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Emails with Mr. Bivona and White on various matters for status call update [.1]; emails with Mr. Rosenfeld and review of MOR for December [.2]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/17/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Bivona in relation to status of various matters [.4]; call with Mr. Kleinberg in relation to discovery and sale matters [.3]; call with Messrs. Bivona, Rosenfeld and White in relation to various real estate matters, including residential, Oakdale and Brookhaven campus transactions [.7]. | Fees | 1.40 | 0.00 | 595.00 | 833.00 |
| 01/18/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Discussing various matters with Ms. Kiss, including hearing preparation [.2]; reviewing notice of agenda from Ms. Kiss [.1]; call with Mr. Yang on retention matters, upcoming hearing and insurance coverage on lift stay litigation claimant's claim [.2]. | Fees | 0.50 | 0.00 | 595.00 | 297.50 |
| 01/18/2018 | Kiss, Lauren | 10691.010/ Dowling College<br>Case Administration<br>Discussing status with Mr. Southard [.2]; drafting and filing notice of agenda [.2]; emailing notice of agenda to GCG with service list [.1]; preparing binder for January 22 hearing [.8]. | Fees | 1.30 | 0.00 | 395.00 | 513.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/19/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Reviewing and organizing files and various accumulated correspondence [1.2]; discussion with Ms. Kiss on various matters and status [.2]. | Fees | 1.40 | 0.00 | 595.00 | 833.00 |
| 01/19/2018 | Kiss, Lauren | 10691.010/ Dowling College<br>Case Administration<br>Discussing status and claims with Mr. Southard [.2]; discussing status with Messrs. Southard and Bivona [.7]. | Fees | 0.90 | 0.00 | 395.00 | 355.50 |
| 01/21/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Reviewing email from Mr. Rosenfeld in relation to form 990 questions; reviewing CohnReznick engagement and CRO terms; then emails with Messrs. Rosenfeld and Bivona thereon [.6]. | Fees | 0.60 | 0.00 | 595.00 | 357.00 |
| 01/22/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Public Access to Court Electronic Records for quarter ending 12/31/17. | PACER | 0.00 | 1.00 | 7.80 | 7.80 |
| 01/22/2018 | Sweeney, Stephanie | 10691.010/ Dowling College<br>Case Administration<br>Public Access to Court Electronic Records for quarter ending 12/31/17. | PACER | 0.00 | 1.00 | 30.90 | 30.90 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/22/2018 | Kiss, Lauren | 10691.010/ Dowling College Case Administration Public Access to Court Electronic Records for quarter ending 12/31/17. | PACER | 0.00 | 1.00 | 1.50 | 1.50 |
| 01/22/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Preparing for hearing by reviewing binder and summary remarks; call with Ms. Kiss thereon and emails with same [.8]; call with Mr. Bivona in relation to restricted funds and preparation for hearing [.2]. | Fees | 1.00 | 0.00 | 595.00 | 595.00 |
| 01/23/2018 | Kiss, Lauren | 10691.010/ Dowling College Case Administration Reviewing and uploading proposed orders from January 22 hearing. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 01/23/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Emails with Ms. Kiss on submission of orders [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 01/25/2018 | Kiss, Lauren | 10691.010/ Dowling College Case Administration Veritext invoice no. NY3207223 for transcript of hearing on 11/27/17. | TRANS | 0.00 | 1.00 | 199.75 | 199.75 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/29/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Emails with Mr. Bivona and Ms. Kiss on entry of orders approving exclusivity and use of restricted funds [.2]; discussing various matters with Mr. Corneau, including Brookhaven campus sale and plan of liquidation and disclosure statement drafts [.4]. | Fees | 0.60 | 0.00 | 595.00 | 357.00 |
| 01/30/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Discussing various matters with Ms. Kiss including claims, plan and sale matters [.3]; further discussion with Ms. Kiss in relation to WARN Act, claims objection and restricted assets [.3]. | Fees | 0.60 | 0.00 | 595.00 | 357.00 |
| 01/30/2018 | Kiss, Lauren | 10691.010/ Dowling College<br>Case Administration<br>Discussing status of various matters with Mr. Southard. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |
| 01/31/2018 | Kiss, Lauren | 10691.010/ Dowling College<br>Case Administration<br>West information charges for legal research for December 2017, invoice no. 837464257. | WESTLAW | 0.00 | 1.00 | 218.10 | 218.10 |
| 01/31/2018 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>Photocopies for January 2018. | PHOTOCOPY | 0.00 | 2,590.00 | 0.10 | 259.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/02/2018 | Sweeney, Stephanie | 10691.010/ Dowling College Case Administration Drafting agenda for hearing on Brookhaven sale status conference and pretrial conference, sending to Mr. Southard, revising per comments received, coordinating filing of same [.5]; coordinating hearing binder with Ms. Strine [.2]. | Fees | 0.70 | 0.00 | 425.00 | 297.50 |
| 02/02/2018 | Kiss, Lauren | 10691.010/ Dowling College Case Administration Conference call with lenders' counsel and committee discussing strategy [1.5]; drafting notice of agenda for February 5 hearing [.1]; preparing binder index and discussing same with Ms. Strine [.4]. | Fees | 2.00 | 0.00 | 395.00 | 790.00 |
| 02/02/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Emails with Messes. Sweeney and Kiss on agenda and binder for hearing [.2]; emails with Messrs. Friedman and Powers thereon [.1]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 02/05/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Veritext invoice no. NY3229927 for transcript of auction. | TRANS | 0.00 | 1.00 | 569.58 | 569.58 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/06/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Discussing status of various matters with Ms. Kiss [.2]; reviewing emails on noticing with Ms. Kiss and GCG [.1]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 02/06/2018 | Kiss, Lauren | 10691.010/ Dowling College<br>Case Administration<br>Discussing status with Mr. Southard and joined in part by Mr. Rosenfeld. | Fees | 0.40 | 0.00 | 395.00 | 158.00 |
| 02/08/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Meetings with Messrs. Rosenfeld, Bivona, Friedman and Andrade at Brookhaven campus in relation to various matters, including claims, post-confirmation budgeting, sale matters; including call with secured creditors and brokers on results of Town of Brookhaven meeting [2.3]. | Fees | 2.30 | 0.00 | 595.00 | 1,368.50 |
| 02/09/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Discussing status of various matters with Mr. Corneau, including plan and sale [.2]; discussing status of various matters, including schedules and claims with Ms. Kiss [.3]. | Fees | 0.50 | 0.00 | 595.00 | 297.50 |
| 02/12/2018 | Sweeney, Stephanie | 10691.010/ Dowling College<br>Case Administration<br>Reviewing and comments to MOR, emailing Mr. Southard re: same. | Fees | 0.30 | 0.00 | 425.00 | 127.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 02/12/2018 | Kiss, Lauren | 10691.010/ Dowling College Case Administration Discussing plan and disclosure statement and research assignment with Mr. Southard. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 02/12/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Reviewing MOR for January and related emails with Mr. Rosenfeld and Ms. Sweeney thereon [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 02/13/2018 | Sweeney, Stephanie | 10691.010/ Dowling College Case Administration Sending revisions to MOR to Mr. Rosenfeld. | Fees | 0.10 | 0.00 | 425.00 | 42.50 |
| 02/13/2018 | Kiss, Lauren | 10691.010/ Dowling College Case Administration Reviewing January monthly operating report. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 02/13/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Reviewing MOR and related emails from Ms. Sweeney and Mr. Rosenfeld [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 02/14/2018 | Sweeney, Stephanie | 10691.010/ Dowling College Case Administration Following up with Mr. Rosenfeld for MOR, coordinating filing of same, sending to Mr. Rosenfeld. | Fees | 0.20 | 0.00 | 425.00 | 85.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/14/2018 | Gargiulo, Renea | 10691.010/ Dowling College Case Administration Filing January 2018 monthly operating report and downloading and saving stamped copy per Ms. Sweeney's request. | Fees | 0.20 | 0.00 | 175.00 | 35.00 |
| 02/15/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Emails and call with Mr. Kleinberg in relation to board review of sale and plan process [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 02/15/2018 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx invoice no. 6-093-27703 for shipment to Robert S. Rosenfeld. | FEDEX | 0.00 | 1.00 | 17.49 | 17.49 |
| 02/15/2018 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx invoice no. 6-093-27703 for shipment to Ronald Friedman and Gerard Luck of Silverman Acampora. | FEDEX | 0.00 | 1.00 | 13.08 | 13.08 |
| 02/15/2018 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx invoice no. 6-093-27703 for shipment to Miyoko Sato and Ian Hammel of Mintz Levin. | FEDEX | 0.00 | 1.00 | 15.61 | 15.61 |
| 02/15/2018 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx invoice no. 6-093-27703 for shipment to Carl McCarthy & Maria Cheng of ACA Financial. | FEDEX | 0.00 | 1.00 | 13.08 | 13.08 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/15/2018 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx invoice no. 6-093-27703 for shipment to Stan Yang, Office of the US Trustee. | FEDEX | 0.00 | 1.00 | 13.08 | 13.08 |
| 02/15/2018 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx invoice no. 6-093-27703 for shipment to Brian D. Pfeiffer of White & Case. | FEDEX | 0.00 | 1.00 | 13.08 | 13.08 |
| 02/20/2018 | Corneau, Joseph | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132012018 for conference call on 1/24/18. | CONFCALLS | 0.00 | 1.00 | 23.06 | 23.06 |
| 02/20/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132012018 for conference call on 1/3/18. | CONFCALLS | 0.00 | 1.00 | 10.95 | 10.95 |
| 02/20/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132012018 for conference call on 1/10/18. | CONFCALLS | 0.00 | 1.00 | 5.26 | 5.26 |
| 02/20/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132012018 for conference call. | CONFCALLS | 0.00 | 1.00 | 4.40 | 4.40 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|------|------|------|------|------|
| 02/20/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132012018<br>for conference call. | CONFCALLS | 0.00 | 1.00 | 8.73 | 8.73 |
| 02/20/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132012018<br>for conference call on 1/18/18. | CONFCALLS | 0.00 | 1.00 | 6.94 | 6.94 |
| 02/20/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132012018<br>for second conference call on 1/18/18. | CONFCALLS | 0.00 | 1.00 | 1.25 | 1.25 |
| 02/20/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132012018<br>for conference call on 1/19/18. | CONFCALLS | 0.00 | 1.00 | 4.00 | 4.00 |
| 02/20/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132012018<br>for conference call on 1/22/18. | CONFCALLS | 0.00 | 1.00 | 7.70 | 7.70 |
| 02/20/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132012018<br>for second conference call on 1/22/18. | CONFCALLS | 0.00 | 1.00 | 6.94 | 6.94 |
| 02/20/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132012018<br>for conference call on 1/23/18. | CONFCALLS | 0.00 | 1.00 | 17.41 | 17.41 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/20/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132012018 for conference call on 1/26/18. | CONFCALLS | 0.00 | 1.00 | 19.19 | 19.19 |
| 02/20/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132012018 for second conference call on 1/26/18. | CONFCALLS | 0.00 | 1.00 | 23.23 | 23.23 |
| 02/20/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132012018 for conference call on 1/31/18. | CONFCALLS | 0.00 | 1.00 | 38.80 | 38.80 |
| 02/20/2018 | Kiss, Lauren | 10691.010/ Dowling College Case Administration West information charges for legal research for January 2018, invoice no. 837642799. | WESTLAW | 0.00 | 1.00 | 733.55 | 733.55 |
| 02/21/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Discussing various matters with Ms. Kiss, including research on charitable purpose, disclosure statement and sale [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 02/23/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Discussing appearance on Monday with Ms. Kiss; reviewing notice of agenda and related emails with Ms. Kiss [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/23/2018 | Kiss, Lauren | 10691.010/ Dowling College<br>Case Administration<br>Discussing February 26 hearing with Mr. Southard, drafting and filing agenda for hearing and emailing with GCG regarding service. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |
| 02/28/2018 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 6-093-27703 for shipment to Robert S. Rosenfeld on 1/15/18. | FEDEX | 0.00 | 1.00 | 17.45 | 17.45 |
| 02/28/2018 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 6-093-27703 for shipment to Ronald Friedman and Gerard Luck of Silverman Acampora on 1/15/18. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |
| 02/28/2018 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 6-093-27703 for shipment to Miyoko Sato and Ian Hammel of Mintz Levin. | FEDEX | 0.00 | 1.00 | 15.57 | 15.57 |
| 02/28/2018 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 6-093-27703 for shipment to Carl McCarthy and Maria Cheng of ACA Financial. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/28/2018 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 6-093-27703 for shipment to Brian D. Pfeiffer of White and Case. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |
| 02/28/2018 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 6-093-27703 for shipment to Stan Yang, Office of the US Trustee. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |
| 02/28/2018 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>Photocopies for February 2018. | PHOTOCOPY | 0.00 | 704.00 | 0.10 | 70.40 |
| 03/01/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Emails with Mr. Manfredi on case status and US DOL; emails with Mr. Rosenfeld thereon [.1]; call with Dr. Inserra concerning status of case matters [.5]; emails with Mr. Bivona on status of claims analysis for medical [.1]. | Fees | 0.70 | 0.00 | 595.00 | 416.50 |
| 03/01/2018 | Corneau, Joseph | 10691.010/ Dowling College<br>Case Administration<br>Reviewing email from Mr. Southard to Board of Trustees regarding status. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/02/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Discussing status of various matters with Ms. Kiss [.2]; call with Mr. Einhorn in relation to Dowling sale matters [.2]. | Fees | 0.40 | 0.00 | 595.00 | 238.00 |
| 03/02/2018 | Kiss, Lauren | 10691.010/ Dowling College<br>Case Administration<br>Discussing status and various matters with Mr. Southard. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 03/09/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Friedman in relation to various matters, including sale on Brookhaven and WARN Act and settlement of claims of employees [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 03/13/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Several emails with Messrs. Kleinberg and Rosenfeld in relation to status of various matters, including sale, board and claims of health intermediary [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 03/14/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Discussing status of schedules amendment and WARN Act with Ms. Kiss [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 03/14/2018 | Kiss, Lauren | 10691.010/ Dowling College<br>Case Administration<br>Discussing WARN Act calculations and disclosure statement with Mr. Southard. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/15/2018 | Sweeney, Stephanie | 10691.010/ Dowling College<br>Case Administration<br>Reviewing MOR and emailing Mr. Southard<br>re: same. | Fees | 0.20 | 0.00 | 425.00 | 85.00 |
| 03/15/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Reviewing February MOR and related<br>emails with Ms. Sweeney and Mr. Rosenfeld<br>[.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 03/15/2018 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 6-122-47908 for<br>shipment to Robert S. Rosenfeld, Dowling<br>College. | FEDEX | 0.00 | 1.00 | 17.37 | 17.37 |
| 03/15/2018 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 6-122-47908 for<br>shipment to Miyoko Sato and Ian Hammel,<br>Mintz Levin. | FEDEX | 0.00 | 1.00 | 15.50 | 15.50 |
| 03/15/2018 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 6-122-47908 for<br>shipment to Brian D. Pfeiffer, White &<br>Case. | FEDEX | 0.00 | 1.00 | 12.99 | 12.99 |
| 03/15/2018 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 6-122-47908 for<br>shipment to Carl McCarthy and Maria<br>Cheng, ACA Financial. | FEDEX | 0.00 | 1.00 | 12.99 | 12.99 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/15/2018 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx invoice no. 6-122-47908 for shipment to Ronald Friedman and Gerard Luc, Silverman Acampora. | FEDEX | 0.00 | 1.00 | 12.99 | 12.99 |
| 03/15/2018 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx invoice no. 6-122-47908 for shipment to Stan Yang, Office of the US Trustee. | FEDEX | 0.00 | 1.00 | 12.99 | 12.99 |
| 03/16/2018 | Sweeney, Stephanie | 10691.010/ Dowling College Case Administration Coordinating filing of MOR with Ms. Strine, sending to client. | Fees | 0.20 | 0.00 | 425.00 | 85.00 |
| 03/16/2018 | Strine, Kristen | 10691.010/ Dowling College Case Administration Filing monthly operating report for February per Ms. Sweeney's request. | Fees | 0.10 | 0.00 | 175.00 | 17.50 |
| 03/22/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Discussing agenda and hearing preparation with Ms. Kiss [.1]; call with Mr. Baldwin of NYSED in relation to status of various matters [.3]; emails with Messrs. Bivona and Rosenfeld thereon [.1]; call with Mr. Friedman in relation to status of various matters; call to chambers on status and March 26 hearing [.3]. | Fees | 0.80 | 0.00 | 595.00 | 476.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/23/2018 | Kiss, Lauren | 10691.010/ Dowling College Case Administration Drafting notice of adjournment of matters scheduled for hearing on March 26 and filing same in bankruptcy case and adversary proceeding [.3]; emailing notice to GCG regarding service of notice [.1]. | Fees | 0.40 | 0.00 | 395.00 | 158.00 |
| 03/26/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Reviewing notice of adjournment, etc. and related emails with Ms. Kiss and certain parties in interest [.2]; call with Mr. Yang on status of case matters overall [.2]; call to Mr. Widner of Barkley Damon [.1]. | Fees | 0.50 | 0.00 | 595.00 | 297.50 |
| 03/27/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132022018 for conference call on 2/1/18. | CONFCALLS | 0.00 | 1.00 | 16.27 | 16.27 |
| 03/27/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132022018 for conference call on 2/2/18. | CONFCALLS | 0.00 | 1.00 | 61.06 | 61.06 |
| 03/27/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132022018 for conference call on 2/5/18. | CONFCALLS | 0.00 | 1.00 | 4.88 | 4.88 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/27/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132022018<br>for second conference call on 2/5/18. | CONFCALLS | 0.00 | 1.00 | 50.97 | 50.97 |
| 03/27/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132022018<br>for conference call on 2/7/18. | CONFCALLS | 0.00 | 1.00 | 15.93 | 15.93 |
| 03/27/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132022018<br>for conference call on 2/8/18. | CONFCALLS | 0.00 | 1.00 | 34.98 | 34.98 |
| 03/27/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132022018<br>for conference call on 2/9/18. | CONFCALLS | 0.00 | 1.00 | 18.28 | 18.28 |
| 03/27/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132022018<br>for second conference call on 2/9/18. | CONFCALLS | 0.00 | 1.00 | 9.82 | 9.82 |
| 03/27/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132022018<br>for third conference call on 2/9/18. | CONFCALLS | 0.00 | 1.00 | 1.14 | 1.14 |
| 03/27/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132022018<br>for conference call on 2/12/18. | CONFCALLS | 0.00 | 1.00 | 3.47 | 3.47 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/27/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132022018 for conference call on 2/20/18. | CONFCALLS | 0.00 | 1.00 | 5.21 | 5.21 |
| 03/27/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132022018 for conference call on 2/21/18. | CONFCALLS | 0.00 | 1.00 | 1.68 | 1.68 |
| 03/27/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132022018 for conference call on 2/25/18. | CONFCALLS | 0.00 | 1.00 | 2.27 | 2.27 |
| 03/28/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration West information charges for legal research for February 2018, invoice no. 1000726698. | WESTLAW | 0.00 | 1.00 | 289.57 | 289.57 |
| 03/31/2018 | Bergman, Rayella | 10691.010/ Dowling College Case Administration Photocopies for March 2018. | PHOTOCOPY | 0.00 | 392.00 | 0.10 | 39.20 |
| 04/02/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Call with Mr. Bivona in relation to status of various case matters, including health care claims, employee WARN act and sale matters [.2]; discussing same with Ms. Kiss; then call with Mr. Powers thereon [.3]. | Fees | 0.50 | 0.00 | 595.00 | 297.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/03/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Call with Mr. Rosenfeld on status of sale and financing matters [.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 04/03/2018 | Gargiulo, Renea | 10691.010/ Dowling College Case Administration Filing March 2018 monthly fee statement of RSR Consulting and other case administration regarding same per Ms. Sweeney's request. | Fees | 0.20 | 0.00 | 175.00 | 35.00 |
| 04/04/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Emails with Messrs. Rosenfeld and Ms. Nocella concerning time for March fees and operating report [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 04/06/2018 | Kiss, Lauren | 10691.010/ Dowling College Case Administration Reviewing and filing March monthly operating report. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 04/09/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Emails in relation to noticing and mailing addresses from bankruptcy court with Ms. Kiss and Ms. Strine [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 04/09/2018 | Strine, Kristen | 10691.010/ Dowling College Case Administration Researching how to file a Notice of Change of Address per Ms. Kiss' request [.5]; drafting letter with change of address [.3]. | Fees | 0.80 | 0.00 | 175.00 | 140.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/09/2018 | Kiss, Lauren | 10691.010/ Dowling College<br>Case Administration<br>Reviewing email regarding undeliverable notices, locating current addresses and emailing with Ms. Strine [.2]; reviewing letter and discussing same with Ms. Strine [.2]. | Fees | 0.40 | 0.00 | 395.00 | 158.00 |
| 04/10/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Discussing various matters with Ms. Kiss on case status; including schedules and claims and updated records [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 04/10/2018 | Strine, Kristen | 10691.010/ Dowling College<br>Case Administration<br>Amending schedules and Declaration per Ms. Kiss' request. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 04/10/2018 | Kiss, Lauren | 10691.010/ Dowling College<br>Case Administration<br>Discussing change of address letter with Mr. Southard and Ms. Strine separately [.1]; discussing outstanding matters with Mr. Southard and emailing with Messrs. Rosenfeld and Bivona [.1]. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 04/11/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132032018 for conference call on 3/5/18. | CONFCALLS | 0.00 | 1.00 | 7.81 | 7.81 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/11/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132032018 for conference call on 3/9/18. | CONFCALLS | 0.00 | 1.00 | 17.14 | 17.14 |
| 04/11/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132032018 for conference call on 3/12/18. | CONFCALLS | 0.00 | 1.00 | 13.08 | 13.08 |
| 04/11/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132032018 for conference call on 3/14/18. | CONFCALLS | 0.00 | 1.00 | 14.09 | 14.09 |
| 04/11/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132032018 for conference call on 3/15/18. | CONFCALLS | 0.00 | 1.00 | 23.64 | 23.64 |
| 04/11/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132032018 for conference call on 3/16/18. | CONFCALLS | 0.00 | 1.00 | 4.50 | 4.50 |
| 04/11/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132032018 for conference call on 3/21/18. | CONFCALLS | 0.00 | 1.00 | 16.06 | 16.06 |
| 04/11/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Arkadin Inc. invoice no. C227132032018 for conference call on 3/27/18. | CONFCALLS | 0.00 | 1.00 | 5.69 | 5.69 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------|-----------|-------|-------|-------|-------|
| 04/11/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132032018<br>for conference call on 3/28/18. | CONFCALLS | 0.00 | 1.00 | 7.93 | 7.93 |
| 04/11/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132032018<br>for conference call on 3/29/18. | CONFCALLS | 0.00 | 1.00 | 4.55 | 4.55 |
| 04/11/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Meal cost for breakfast meeting with<br>Messrs. Rosenfeld and Bivona on 1/2/18. | MEALS | 0.00 | 1.00 | 25.78 | 25.78 |
| 04/11/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Photocopies on 1/18/18. | PHOTOCOPY | 0.00 | 1.00 | 13.84 | 13.84 |
| 04/11/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Lunch for Messers. Rosenfeld and Friedman<br>on 2/10/18. | MEALS | 0.00 | 1.00 | 67.49 | 67.49 |
| 04/11/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Tolls on 2/13/18. | TOLLS | 0.00 | 1.00 | 17.00 | 17.00 |
| 04/11/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Parking on 2/14/18. | PARKING | 0.00 | 1.00 | 1.00 | 1.00 |
| 04/11/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Westchester airport parking on 2/15/18. | PARKING | 0.00 | 1.00 | 3.60 | 3.60 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------|-----------|-------|-------|-------|-------|
| 04/11/2018 | Strine, Kristen | 10691.010/ Dowling College<br>Case Administration<br>Amending schedules and Declaration per Ms. Kiss' request. | Fees | 2.50 | 0.00 | 175.00 | 437.50 |
| 04/13/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Call with Mr. Friedman on status of sale and claims and WARN Act [.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 04/16/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Emails with Ms. Kiss and Messrs. Rosenfeld and Bivona concerning general status update [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 04/19/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Call with Ms. Kiss and Messrs. Rosenfeld and Bivona in relation to status of various matters, including medical benefits claims of employees, [.5]; further call with same parties continuing discussions including with regard to endowments [.6]. | Fees | 1.10 | 0.00 | 595.00 | 654.50 |
| 04/19/2018 | Kiss, Lauren | 10691.010/ Dowling College<br>Case Administration<br>Drafting notice of agenda for April 23 hearing [.1]; preparing binder index for April 23 hearing and discussing same with Ms. Gargiulo [.5]; conference calls with Messrs. Southard, Rosenfeld Bivona discussing status of various matters [1.1]. | Fees | 1.70 | 0.00 | 395.00 | 671.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/19/2018 | Gargiulo, Renea | 10691.010/ Dowling College Case Administration Preparing document binder for April 23rd hearing per Ms. Kiss' request. | Fees | 1.00 | 0.00 | 175.00 | 175.00 |
| 04/20/2018 | Kiss, Lauren | 10691.010/ Dowling College Case Administration Finalizing and filing notice of agenda [.1]; updating hearing binder [.2]. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |
| 04/20/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Emails with Ms. Kiss on notice of agenda and hearing preparation [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 04/23/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Call with Ms. Kiss and related emails on hearing preparation and various status matters [.2]; preparing for hearing; emails with Messrs. Rosenfeld and Friedman [.6]; call with Mr. Clayton on status of various matters [.3]. | Fees | 1.10 | 0.00 | 595.00 | 654.50 |
| 04/23/2018 | Kiss, Lauren | 10691.010/ Dowling College Case Administration Discussing hearing binder with Ms. Bergman and telephone call with Mr. Southard. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/24/2018 | Kiss, Lauren | 10691.010/ Dowling College Case Administration Drafting notice of adjournment of hearing and filing same in main case and bankruptcy case [.1]; emailing with Garden City Group regarding service [.1]. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 04/24/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Discussing case status and notice of adjournment; reviewing same with Ms. Kiss [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 04/30/2018 | Bergman, Rayella | 10691.010/ Dowling College Case Administration Photocopies for April 2018. | PHOTOCOPY | 0.00 | 826.00 | 0.10 | 82.60 |
| 05/10/2018 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx invoice no. 6-187-29316 for shipment to Robert S. Rosenfeld. | FEDEX | 0.00 | 1.00 | 17.61 | 17.61 |
| 05/10/2018 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx invoice no. 6-187-29316 for shipment to Ronald Friedman and Gerard Luc, Silverman Acampora. | FEDEX | 0.00 | 1.00 | 13.17 | 13.17 |
| 05/10/2018 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx invoice no. 6-187-29316 for shipment to Miyoko Sato and Ian Hammel, Mintz Levin Cohn Ferris Glovsk. | FEDEX | 0.00 | 1.00 | 15.72 | 15.72 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------|-----------|-------|-------|-------|-------|
| 05/10/2018 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 6-187-29316 for shipment to Carl McCarthy and Maria Cheng, ACA Financial Guaranty Corp. | FEDEX | 0.00 | 1.00 | 13.17 | 13.17 |
| 05/10/2018 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 6-187-29316 for shipment to Stan Yang, Office of the US Trustee. | FEDEX | 0.00 | 1.00 | 13.17 | 13.17 |
| 05/10/2018 | Bergman, Rayella | 10691.010/ Dowling College<br>Case Administration<br>FedEx invoice no. 6-187-29316 for shipment to Brian D. Pfeiffer of White & Case. | FEDEX | 0.00 | 1.00 | 13.17 | 13.17 |
| 05/17/2018 | Kiss, Lauren | 10691.010/ Dowling College<br>Case Administration<br>Reviewing and filing April's monthly operating report. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 05/22/2018 | Corneau, Joseph | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132042018 for conference call on 4/19/18. | CONFCALLS | 0.00 | 1.00 | 10.90 | 10.90 |
| 05/22/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132042018 for conference call on 4/18/18. | CONFCALLS | 0.00 | 1.00 | 20.31 | 20.31 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/22/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132042018<br>for conference call on 4/19/18. | CONFCALLS | 0.00 | 1.00 | 7.96 | 7.96 |
| 05/22/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132042018<br>for conference call on 4/19/18. | CONFCALLS | 0.00 | 1.00 | 3.55 | 3.55 |
| 05/22/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132042018<br>for conference call on 4/19/18. | CONFCALLS | 0.00 | 1.00 | 10.69 | 10.69 |
| 05/22/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Arkadin Inc. invoice no. C227132042018<br>for conference call on 4/23/18. | CONFCALLS | 0.00 | 1.00 | 3.27 | 3.27 |
| 05/23/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Discussing case status with Mr. Corneau,<br>including sale and plan matters [.5]. | Fees | 0.50 | 0.00 | 595.00 | 297.50 |
| 05/29/2018 | Southard, Sean | 10691.010/ Dowling College<br>Case Administration<br>Call with Messrs. Rosenfeld, Bivona,<br>Friedman, Corneau and Powers on status of<br>sale, creditor stipulation, etc. [.5]. | Fees | 0.50 | 0.00 | 595.00 | 297.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------|-----------|-------|-------|-------|-------|
| 05/30/2018 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx invoice no. 6-187-29316 for shipment to Robert S. Rosenfeld on 4/16/18. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |
| 05/30/2018 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx invoice no. 6-187-29316 for shipment to Ronald Friedman and Gerard Luc, Silverman Acampora on 4/16/18. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |
| 05/30/2018 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx invoice no. 6-187-29316 for shipment to Miyoko Sato and Ian Hammel of Mintz Levin Cohn Ferris Glovsk on 4/16/18. | FEDEX | 0.00 | 1.00 | 15.57 | 15.57 |
| 05/30/2018 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx invoice no. 6-187-29316 for shipment to Carl McCarthy and Maria Cheng, ACA Financial Guaranty on 4/16/18. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |
| 05/30/2018 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx invoice no. 6-187-29316 for shipment to Stan Yang, Office of the US Trustee on 4/16/18. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/30/2018 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx invoice no. 6-187-29316 for shipment to Brian Pfeiffer and Neil Begley, Schulte Roth & Zabel on 4/16/18. | FEDEX | 0.00 | 1.00 | 13.05 | 13.05 |
| 05/30/2018 | Bergman, Rayella | 10691.010/ Dowling College Case Administration FedEx invoice no. 6-187-29316 for shipment to Sean Southard (home office) on 4/20/18. | FEDEX | 0.00 | 1.00 | 17.45 | 17.45 |
| 05/31/2018 | Southard, Sean | 10691.010/ Dowling College Case Administration Preparing agenda and binder information in preparation for June 4 hearing; emails and discussion with Ms. Gargiulo thereon [.3]; | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 05/31/2018 | Gargiulo, Renea | 10691.010/ Dowling College Case Administration Preparing hearing binder for 6/4/18 hearing per Mr. Southard's request. | Fees | 1.50 | 0.00 | 175.00 | 262.50 |
| 05/31/2018 | Bergman, Rayella | 10691.010/ Dowling College Case Administration Photocopies for May 2018. | PHOTOCOPY | 0.00 | 702.00 | 0.10 | 70.20 |
| | | **Matter Description (First Line): Case Administration** | | 83.40 | 8,204.80 | | 45,197.11 |

**Matter Description (First Line): Claims Administration and Objections**

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/16/2017 | Southard, Sean | 10691.019/ Dowling College Claims Administration and Objections Reviewing and responding to email from Mr. Kleinberg in relation to status of DOL claim [.1]; then reviewing email from Mr. Acoba and Mr. Rosenfeld concerning same [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 10/17/2017 | Sweeney, Stephanie | 10691.019/ Dowling College Claims Administration and Objections Reviewing email re: employee damages. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 10/17/2017 | Southard, Sean | 10691.019/ Dowling College Claims Administration and Objections Reviewing several emails and background information from Mr. Bivona in relation to termination of plans on Healthplex and CIGNA and resulting claims [.3]; reviewing email from Mr. Hablenko and further emails from Mr. Bivona [.3]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 10/18/2017 | Southard, Sean | 10691.019/ Dowling College Claims Administration and Objections Reviewing emails in relation to CIGNA and Healthplex claims from Messrs. Rosenfeld and Bivona [.3]; call with same concerning claims and next steps [.5]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 10/19/2017 | Southard, Sean | 10691.019/ Dowling College Claims Administration and Objections Emails with Messrs. Sulds, Rosenfeld and Kleinberg on status of AIG inquiry [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------|-----------|-------|-------|-------|-------|
| 10/24/2017 | Southard, Sean | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing email from Mr. Bivona in relation to Arrow security claims [.1]; call with Mr. Cerullo in relation to claim of Arrow Security [.1]; reviewing prior correspondence and emails with Mr. Bivona thereon [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 10/25/2017 | Southard, Sean | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing emails from Mr. Clayton in relation to request for payment by arbitrator on prepetition matter [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 11/02/2017 | Southard, Sean | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Call with Mr. Knapp in relation to liquidation of Title IV claims [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 11/08/2017 | Southard, Sean | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Call with Mr. Cerullo in relation to Arrow Security claim [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 11/17/2017 | Kiss, Lauren | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Calculating faculty benefits from July 20, 2016 through August 31, 2016. | Fees | 1.40 | 0.00 | 375.00 | 525.00 |
| 11/29/2017 | Kiss, Lauren | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Emailing list of disability payment questions to Ms. Dimola. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/30/2017 | Kiss, Lauren | 10691.019/ Dowling College Claims Administration and Objections Conference call with Messrs. Southard and Manfredi discussing DOL claim and third party administrator amounts [.5]; telephone call with Messrs. Southard and Bivona discussing same [.2]. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |
| 11/30/2017 | Southard, Sean | 10691.019/ Dowling College Claims Administration and Objections Emails with Mr. Manfredi on call and information [.1]; reviewing US DOL claim and summary from Ms. Kiss [.2]; call with Mr. Manfredi and Ms. Kiss in relation to same [.5]; then call with Mr. Bivona and Ms. Kiss thereon [.2]. | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 12/11/2017 | Southard, Sean | 10691.019/ Dowling College Claims Administration and Objections Emails and then call with Mr. Manfredi in relation to DOL claim and potential overlap with WARN settlement [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 12/27/2017 | Southard, Sean | 10691.019/ Dowling College Claims Administration and Objections Emails with Mr. Knapp on US DOE update [.1]; call with same and then discussing with Ms. Kiss [.3]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------|-----------|-------|-------|-------|-------|
| 01/05/2018 | Kiss, Lauren | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing non-employee priority claims, noting potential objections and emailing list of questions to Ms. Dimola [2.8]; reviewing Schedule E priority claims and preparing list of scheduled claims with no corresponding filed claim [.8]; reviewing updated claims register from GCG for amended priority claims [.5]; reviewing updated NYS Unemployment Division claims [.2]; reviewing claims register for unsecured claims over $100,000 and downloading claims from GCG website [.7]. | Fees | 5.00 | 0.00 | 395.00 | 1,975.00 |
| 01/05/2018 | Southard, Sean | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing email from Ms. Kiss on priority claims review [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 01/08/2018 | Southard, Sean | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Meeting with Ms. Kiss discussing review of claims for priority and secured, as well as large unsecured claims [.3]; further discussion with Ms. Kiss on claims [.1]; | Fees | 0.40 | 0.00 | 595.00 | 238.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------|-----------|-------|-------|-------|-------|
| 01/08/2018 | Kiss, Lauren | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Discussing claims and status with Mr. Southard [.3]; reviewing Judge Grossman's rules and local rules for omnibus objections to claims [.2]; telephone call with Mr. Powers regarding claim objections [.3]; reviewing and summarizing unsecured claims over $100,000 and noting potential objections [.8]; reviewing list of late filed claims [.3]; emailing list of questions regarding PSEG claim and rental security deposits to Messrs. Rosenfeld and Bivona [.1]. | Fees | 2.00 | 0.00 | 395.00 | 790.00 |
| 01/09/2018 | Kiss, Lauren | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Telephone call with Ms. Dimola regarding list of questions. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 01/10/2018 | Southard, Sean | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Emails with Mr. Bivona in relation to claims for security deposits [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 01/11/2018 | Southard, Sean | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Emails with Mr. Bivona on revised claim of US DOE [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/12/2018 | Kiss, Lauren | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Searching for claims filed by students in claims register and preparing list of same [1.9]; searching for claims filed by bondholders and preparing list of same [.7]; reviewing claims filed by students and summarizing same [2.8]; telephone call with Mr. Nikelsberg regarding claims [.1]. | Fees | 5.50 | 0.00 | 395.00 | 2,172.50 |
| 01/15/2018 | Strine, Kristen | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Downloading claims from GCG website per Ms. Kiss' request. | Fees | 0.40 | 0.00 | 175.00 | 70.00 |
| 01/15/2018 | Kiss, Lauren | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Discussing assignment to download student claims with Ms. Strine [.1]; reviewing claims register, preparing list of late filed claims, downloading claims, reviewing and summarizing same [3.4]; reviewing claims register and preparing list of amended and superseded claims, downloading claims, reviewing and summarizing same [1.7]; reviewing claims register, preparing list of bondholder claims, downloading claims, reviewing and summarizing same [1.2]; reviewing and summarizing student claims [1.3]. | Fees | 7.70 | 0.00 | 395.00 | 3,041.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/16/2018 | Kiss, Lauren | 10691.019/ Dowling College Claims Administration and Objections Reviewing and summarizing student claims [3.6]; comparing list of students in claims register to Banner system and locating additional student claims, reviewing and summarizing same [2.9]; telephone call with Mr. Nikelsberg regarding particular claims [.2]; emailing list of questions to Ms. Dimola [.1]; reviewing list of secured claims to reclassify as priority or general unsecured claims and summarizing same [1.9]. | Fees | 8.70 | 0.00 | 395.00 | 3,436.50 |
| 01/17/2018 | Southard, Sean | 10691.019/ Dowling College Claims Administration and Objections Call with Mr. Knapp on US DOE claim revision [.1]; further call with Mr. Knapp thereon  [.1]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 01/17/2018 | Kiss, Lauren | 10691.019/ Dowling College Claims Administration and Objections Reviewing title reports for secured claims and summarizing same [1.4]; noting objections to secured claims [.7]. | Fees | 2.10 | 0.00 | 395.00 | 829.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/18/2018 | Kiss, Lauren | 10691.019/ Dowling College Claims Administration and Objections Discussing amended schedules with Mr. Southard [.1]; reviewing third party administrator amounts and emailing with Mr. Southard [.2]; reviewing Ms. Dimola's emails and discussing same with Ms. Dimola [.2]; reviewing list of priority claims and noting potential objections [1.6]; discussing potential objections to claims with Mr. Southard [1.4]; emailing list of claim questions to Mr. Bivona [.3]; drafting email to Messrs. Friedman and Powers regarding list of claims to discuss [.4]. | Fees | 4.20 | 0.00 | 395.00 | 1,659.00 |
| 01/18/2018 | Southard, Sean | 10691.019/ Dowling College Claims Administration and Objections Meeting with Ms. Kiss on claims objections and reconciliation [1.4]; emails with Mr. Bivona in relation to US DOE claim review [.1]; emails with Mr. Knapp and Messrs. Bivona and Rosenfeld and Ms. Kiss on call with US DOE [.1]; reviewing various emails among Ms. Kiss and Mr. Bivona concerning claims [.2]. | Fees | 1.80 | 0.00 | 595.00 | 1,071.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/19/2018 | Kiss, Lauren | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing lien search and title searches for NYS Department of Labor claim and researching secured portion of claim [2.4]; reviewing DOE claim in preparation for conference call [.2]; conference call with Messrs. Southard, Bivona, Knapp and Ms. Varnovitsky discussing DOE claim [.4]. | Fees | 3.00 | 0.00 | 395.00 | 1,185.00 |
| 01/19/2018 | Southard, Sean | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing email from Ms. Kiss in relation to claims [.2]; reviewing US DOE claim and emails with Mr. Bivona and Ms. Kiss thereon [.3]; meeting with same; including call with Ms. Vartinovsky and Mr. Knapp of US Atty [.8]. | Fees | 1.30 | 0.00 | 595.00 | 773.50 |
| 01/22/2018 | Kiss, Lauren | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Telephone call with Mr. Farris regarding claim filed by the Premium Assignment Corporation and follow up emails with Mr. Farris. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 01/22/2018 | Southard, Sean | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Emails with Mr. Bivona in relation to State of California claim [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/24/2018 | Southard, Sean | 10691.019/ Dowling College Claims Administration and Objections Emails with Ms. Dimola and then Mr. Bivona on California priority claim [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 01/29/2018 | Kiss, Lauren | 10691.019/ Dowling College Claims Administration and Objections Reviewing emails regarding Employment Development Department claim and emailing with GCG regarding withdrawal of claims. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 01/30/2018 | Southard, Sean | 10691.019/ Dowling College Claims Administration and Objections Emails with Ms. Kiss and then with Messrs. Friedman and Powers on claims matters [.2]; emails with Mr. Bivona in relation to Healthplex and Cigna claims [.1]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 02/01/2018 | Southard, Sean | 10691.019/ Dowling College Claims Administration and Objections Discussing schedules amendment with Ms. Kiss [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------|-----------|-------|-------|-------|-------|
| 02/01/2018 | Kiss, Lauren | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing documents filed with amended schedules and drafting Mr. Rosenfeld's declaration for second amended schedules [1.4]; revising WARN Act spreadsheet to include only non-WARN Act priority and non-priority claim amounts [.7]; preparing email to Ms. Strine regarding second amended schedules [.4]; discussing amended schedules with Mr. Southard and Ms. Strine separately [.2]. | Fees | 2.70 | 0.00 | 395.00 | 1,066.50 |
| 02/01/2018 | Strine, Kristen | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Updating Rosenfeld Declaration for Second Amended Schedules. | Fees | 3.00 | 0.00 | 175.00 | 525.00 |
| 02/02/2018 | Kiss, Lauren | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Discussing claims with Ms. Strine [.1]; conference call with Ms. Dimola discussing priority claim questions and information obtained by Ms. Dimola [.6]. | Fees | 0.70 | 0.00 | 395.00 | 276.50 |
| 02/02/2018 | Strine, Kristen | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Updating Rosenfeld Declaration for Second Amended Schedules. | Fees | 3.00 | 0.00 | 175.00 | 525.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/05/2018 | Strine, Kristen | 10691.019/ Dowling College Claims Administration and Objections Updating Rosenfeld Declaration for Second Amended Schedules. | Fees | 1.50 | 0.00 | 175.00 | 262.50 |
| 02/05/2018 | Kiss, Lauren | 10691.019/ Dowling College Claims Administration and Objections Discussing claims with Mr. Strine [.1]; researching priority treatment for unreimbursed expenses, calculating revised priority amounts, and discussing calculations with Mr. Strine multiple times [2.3]; reviewing list of undisputed claims prepared by Ms. Strine [.2]; reviewing proposed email to Ms. Varnovitsky [.1]. | Fees | 2.70 | 0.00 | 395.00 | 1,066.50 |
| 02/06/2018 | Kiss, Lauren | 10691.019/ Dowling College Claims Administration and Objections Emailing Ms. Dimola list of questions regarding undisputed claims. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/09/2018 | Kiss, Lauren | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing schedules and amended schedules for additional changes to make to second amended schedules and declaration [1.6]; reviewing Ms. Dimola's email on student claims and updating declaration [.2]; reviewing Ms. Dimola's email regarding independent contractors and updating declaration [.3]; telephone call with Ms. Dimola regarding emails and second amended schedules [.6]; discussing second amended schedules with Mr. Southard [.3]; revising declaration based upon call with Ms. Dimola [.9]; telephone call with Mr. Powers regarding claims [.3]. | Fees | 4.20 | 0.00 | 395.00 | 1,659.00 |
| 02/14/2018 | Southard, Sean | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Emails with Mr. Nikelsberg in relation to Wells Fargo claim [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 02/23/2018 | Southard, Sean | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Emails with Ms. Kiss and Mr. Bivona on claims of Healthplex and Cigna [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 03/02/2018 | Southard, Sean | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Email with Mr. Manfredi on DOL claim and case status [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/07/2018 | Kiss, Lauren | 10691.019/ Dowling College Claims Administration and Objections Reviewing and revising Mr. Rosenfeld's declaration to the second amended schedules [1.4]; discussing second amended schedules with Mr. Southard [.1]; telephone call with Mr. Nikelsberg discussing former employee addresses [.2]. | Fees | 1.70 | 0.00 | 395.00 | 671.50 |
| 03/07/2018 | Southard, Sean | 10691.019/ Dowling College Claims Administration and Objections Discussing schedules amendment with Ms. Kiss [.1]; reviewing email and draft of same from Ms. Kiss [.3]. | Fees | 0.40 | 0.00 | 595.00 | 238.00 |
| 03/09/2018 | Southard, Sean | 10691.019/ Dowling College Claims Administration and Objections Discussion and emails with Ms. Kiss and then with Messrs. Bivona and Friedman on schedules amendment for employees [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 03/09/2018 | Kiss, Lauren | 10691.019/ Dowling College Claims Administration and Objections Discussing Mr. Rosenfeld's declaration with Mr. Southard and emailing declaration to Messrs. Rosenfeld, Bivona, Friedman and Powers. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/12/2018 | Southard, Sean | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Call with Messrs. Friedman, Powers, Rosenfeld and Bivona and Ms. Kiss in elation to claims update and schedules; then discussing with Ms. Kiss thereafter [.8]. | Fees | 0.80 | 0.00 | 595.00 | 476.00 |
| 03/12/2018 | Kiss, Lauren | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Conference call with Messrs. Southard, Powers, Rosenfeld and Bivona regarding second amended schedules [.7]; discussing calculations with Mr. Southard [.1]; revising spreadsheet and discussing assignment to add in filed claim information with Ms. Strine [.3]. | Fees | 1.10 | 0.00 | 395.00 | 434.50 |
| 03/13/2018 | Southard, Sean | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Emails in relation to US DOE claim with Mr. Knapp and Mr. Bivona [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 03/14/2018 | Southard, Sean | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing email from Ms. Kiss on claims summary and schedules changes [.2]; emails with Messrs Rosenfeld, Powers, Bivona and Friedman thereon [.1]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 03/14/2018 | Kiss, Lauren | 10691.019/ Dowling College Claims Administration and Objections Discussing claim questions with Ms. Strine [.2]; reviewing chart prepared by Ms. Strine detailing second amended schedule amount and filed claim amount, revising chart and calculating difference between filed claim amount and scheduled amount [2.4]; revising calculation to exclude employees with no WARN Act damages [.8]; discussing assignment to review schedules of priority claims with Ms. Bergman [.1]; emailing calculations to Mr. Southard [.1]. | Fees | 3.60 | 0.00 | 395.00 | 1,422.00 |
| 03/15/2018 | Kiss, Lauren | 10691.019/ Dowling College Claims Administration and Objections Conference call with Messrs. Southard, Bivona, Knapp and Ms. Varnovitsky discussing amended DOE claim. | Fees | 0.70 | 0.00 | 395.00 | 276.50 |
| 03/15/2018 | Southard, Sean | 10691.019/ Dowling College Claims Administration and Objections Call with US DOE representatives and Mr. Bivona and Ms. Kiss [.7]; emails with Mr. Bivona and Mr. Walenchok on US DOE [.1]. | Fees | 0.80 | 0.00 | 595.00 | 476.00 |
| 03/23/2018 | Kiss, Lauren | 10691.019/ Dowling College Claims Administration and Objections Telephone call with Mr. Powers discussing WARN Act calculations and second amended schedules. | Fees | 0.40 | 0.00 | 395.00 | 158.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/27/2018 | Corneau, Joseph | 10691.019/ Dowling College Claims Administration and Objections Telephone call with Mr. Harkness regarding Wells Fargo claim. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 04/02/2018 | Kiss, Lauren | 10691.019/ Dowling College Claims Administration and Objections Discussing second amended schedules with Mr. Southard and then call with Mr. Powers. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 04/09/2018 | Kiss, Lauren | 10691.019/ Dowling College Claims Administration and Objections Reviewing documents regarding Wells Fargo claim, telephone call with Mr. Nikelsberg, and discussing claim with Mr. Corneau. | Fees | 0.40 | 0.00 | 395.00 | 158.00 |
| 04/09/2018 | Corneau, Joseph | 10691.019/ Dowling College Claims Administration and Objections Conferring with Ms. Kiss regarding Wells Fargo inquiry. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 04/10/2018 | Kiss, Lauren | 10691.019/ Dowling College Claims Administration and Objections Discussing schedules and priority claims with Mr. Southard and Ms. Strine separately. | Fees | 0.40 | 0.00 | 395.00 | 158.00 |
| 04/11/2018 | Kiss, Lauren | 10691.019/ Dowling College Claims Administration and Objections Reviewing second amended Schedule E and identifying proper priority classification. | Fees | 1.40 | 0.00 | 395.00 | 553.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/12/2018 | Strine, Kristen | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Amending schedules per Ms. Kiss' request. | Fees | 2.00 | 0.00 | 175.00 | 350.00 |
| 04/12/2018 | Kiss, Lauren | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing second amended Schedule E and identifying proper priority classification [1.1]; discussing schedules with Ms. Strine [.1]; reviewing list of addresses and emailing with Mr. Nikelsberg [.1]. | Fees | 1.30 | 0.00 | 395.00 | 513.50 |
| 04/13/2018 | Kiss, Lauren | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing Schedule F and noting changes. | Fees | 0.80 | 0.00 | 395.00 | 316.00 |
| 04/16/2018 | Southard, Sean | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Emails with Messrs. Acoba and Rosenfeld on claim with AIG for coverage [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 04/23/2018 | Southard, Sean | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Emails with Mr. Manfredi on DOL claim [.1]; call with same [.2]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 04/24/2018 | Southard, Sean | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Discussing claim and amendment request of Wells Fargo with Mr. Corneau [.2]; reviewing related email from Mr. Corneau to counsel for Wells Fargo [.1]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/24/2018 | Corneau, Joseph | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Conferring with Mr. Southard regarding Wells Fargo inquiry [0.2]. Emailing with Mr. Harkness and Wells Fargo regarding proof of claim [0.2]. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 04/27/2018 | Kiss, Lauren | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Reviewing updated schedule E and F, comparing to Mr. Rosenfeld's declaration and revising Mr. Rosenfeld's declaration and master chart. | Fees | 3.40 | 0.00 | 395.00 | 1,343.00 |
| 05/09/2018 | Southard, Sean | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Emails with Mr. Bivona and Mr. Hablenko concerning student defense to collection [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 05/23/2018 | Southard, Sean | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Emails on schedules amendment with committee counsel [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 05/29/2018 | Southard, Sean | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Discussing schedules update with Ms. Strine; then related emails with same, Ms. Kiss and Messrs. Bivona and Rosenfeld [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 05/29/2018 | Strine, Kristen | 10691.019/ Dowling College<br>Claims Administration and Objections<br>Updating schedules with new addresses. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| | | **Matter Description (First Line): Claims Administration and Objections** | | 91.60 | 0.00 | | 36,520.00 |
| **Matter Description (First Line): Corporate Governance and Board Matters** | | | | | | | |
| 10/04/2017 | Southard, Sean | 10691.020/ Dowling College Corporate Governance and Board Matters Reviewing recent filings and related docket information and preparing update to board on status and sale expectations for Brookhaven [.7]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 10/09/2017 | Southard, Sean | 10691.020/ Dowling College Corporate Governance and Board Matters Emails with Mr. Kleinberg and Mr. Rosenfeld on board review and update concerning sale status [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 10/18/2017 | Southard, Sean | 10691.020/ Dowling College Corporate Governance and Board Matters Call with Mr. Kleinberg on status of matters and board update [.1]; preparing board update and request for call/meetings in relation to auction process and bid review; several emails thereon with board members [.7]; reviewing and revising board status memo from Mr. Rosenfeld and emails thereon with Messrs. Rosenfeld and Bivona [.5]. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/19/2017 | Southard, Sean | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Emails with Mr. Rosenfeld on board status update [.2]; emails with Mr. Clayton in relation to board meetings for approval of sale in December [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 12/28/2017 | Southard, Sean | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Emails with Mr. Clayton in relation to board minutes requested by UCC [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 12/29/2017 | Southard, Sean | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Emails with Mr. Clayton in relation to review of board minutes and organization [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 01/09/2018 | Southard, Sean | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Call with Mr. Baldwin of NYSED in relation to status of bankruptcy, charter dissolution or surrender, etc. [.5]; discussing with Mr. Corneau; then emails with Mr. Corneau and Mr. Baldwin thereon [.4]. | Fees | 0.90 | 0.00 | 595.00 | 535.50 |
| 01/16/2018 | Southard, Sean | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Reviewing email from Messrs. Acoba and Rosenfeld on AIG claim for coverage [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/24/2018 | Southard, Sean | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Emails with board of trustees on status of<br>sale and update for deadlines and calls [.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 02/26/2018 | Southard, Sean | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Emails with Mr. Baldwin of NYSED on<br>status of case [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 02/28/2018 | Southard, Sean | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Preparing board update and status report<br>[.5]. | Fees | 0.50 | 0.00 | 595.00 | 297.50 |
| 05/24/2018 | Southard, Sean | 10691.020/ Dowling College<br>Corporate Governance and Board Matters<br>Call with Ms. Anello from NYSAG in<br>relation to sale status and approval,<br>endowments and related matters [.6]; emails<br>with client thereon and then with counsel to<br>committee [.2]. | Fees | 0.80 | 0.00 | 595.00 | 476.00 |
| | **Matter Description (First Line): Corporate Governance and Board Matters** | | | 5.60 | 0.00 | | 3,274.00 |

**Matter Description (First Line): Employee Benefits and Pensions**

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------|-----------|-------|-------|-------|-------|
| 12/11/2017 | Southard, Sean | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing email from Mr. Rosenfeld and Mr. Connors and correspondence on IAM Pension plan withdrawal [.3]; call with Messrs. Rosenfeld, Connors and Ms. Dimola, etc. and related discussion thereon with Ms. Dimola and Mr. Rosenfeld [.4]; emails with Ms. Kiss on notice and claims by pension funds and unions in case [.2]; discussing with Mr. Rosenfeld [.1]. | Fees | 1.00 | 0.00 | 575.00 | 575.00 |
| 12/11/2017 | Kiss, Lauren | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing pension plans that received notice of the bar date and emailing with Mr. Southard. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 03/07/2018 | Southard, Sean | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Reviewing email from Mr. Bivona with employee healthcare issue and responding to same [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 03/12/2018 | Southard, Sean | 10691.021/ Dowling College<br>Employee Benefits and Pensions<br>Call with Messrs. Clayton, Bivona and Ms. Dimola in relation to staff and disability matter [.5]. | Fees | 0.50 | 0.00 | 595.00 | 297.50 |
| | **Matter Description (First Line): Employee Benefits and Pensions** | | | 2.10 | 0.00 | | 1,141.50 |

**Matter Description (First Line): Employment and Fee Application Objections**

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/06/2017 | Southard, Sean | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing fee statement for September [.9]. | Fees | 0.90 | 0.00 | 0.00 | 0.00 |
| 10/25/2017 | Southard, Sean | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Emails with Ms. Kalnit and Ms. Sweeney on<br>Hilco final fee application; reviewing same<br>[.4]; reviewing email from Ms. Gaye and<br>attached second interim fee application of<br>Eichen & DiMeglio [.3]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 10/26/2017 | Southard, Sean | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing Silverman Acampora fee<br>application [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 11/16/2017 | Southard, Sean | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing monthly fee statement for<br>committee counsel and Farrell Fritz [.2];<br>reviewing interim fee applications for same<br>[.4]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/17/2017 | Kiss, Lauren | 10691.023/ Dowling College Employment and Fee Application Objections Reviewing FPM's September fee statement [.1]; reviewing SilvermanAcampora's October fee statement [.2]; reviewing Farrell Fritz's September fee statement [.1]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 11/21/2017 | Kiss, Lauren | 10691.023/ Dowling College Employment and Fee Application Objections Telephone call with Ms. Gaye discussing fee application hearing [.1]; telephone call with Mr. Phillips discussing fee application hearing [.1]; telephone call with Mr. Collins discussing fee application hearing [.1]; telephone call with Mr. Hazan discussing fee application hearing and emailing with chambers regarding telephonic appearance [.1]. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/22/2017 | Kiss, Lauren | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing and summarizing Eichen &<br>DiMeglio's second interim fee application in<br>preparation for hearing [.4]; reviewing and<br>summarizing FPM's second interim fee<br>application in preparation for hearing [.4];<br>reviewing and summarizing Hilco's first and<br>final fee application in preparation for<br>hearing [.3]; reviewing and summarizing<br>Farrell Fritz's first interim fee application in<br>preparation for hearing [.3]. | Fees | 1.40 | 0.00 | 375.00 | 525.00 |
| 11/22/2017 | Southard, Sean | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing email from Ms. Sweeney on fee<br>application inquiry by Mr. Yang related to<br>holdback payments  [.1]; call with Mr. Yang<br>in relation to same [.3]; call and emails with<br>Mr. Friedman thereon [.2]; call with Ms.<br>Kiss on fee application and holdback<br>agreement [.1]; email with Ms. Kiss related<br>to same [.1]; call with Mr. Bivona in relation<br>to same [.1]; reviewing revised proposed fee<br>order from Ms. Kiss [.2]. | Fees | 1.10 | 0.00 | 575.00 | 632.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/28/2017 | Kiss, Lauren | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Telephone call with Ms. Pinkosh regarding<br>schedule A to the second interim fee order<br>[.1]; reviewing and uploading proposed<br>order and schedule A [.1]. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 12/06/2017 | Southard, Sean | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing monthly fee statement of RSR<br>and related emails from Mr. Rosenfeld [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 12/11/2017 | Kiss, Lauren | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing Smith & Downey's November<br>fee statement. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 12/22/2017 | Southard, Sean | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing SilvermanAcampora fee<br>statement [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 12/22/2017 | Kiss, Lauren | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing Silverman's November fee<br>statement. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/08/2018 | Kiss, Lauren | 10691.023/ Dowling College Employment and Fee Application Objections Reviewing Smith & Downey's December fee statement. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 01/18/2018 | Kiss, Lauren | 10691.023/ Dowling College Employment and Fee Application Objections Reviewing Silverman's December fee statement. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 02/01/2018 | Kiss, Lauren | 10691.023/ Dowling College Employment and Fee Application Objections Reviewing Eichen & DiMeglio's October through January fee statement. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 02/23/2018 | Kiss, Lauren | 10691.023/ Dowling College Employment and Fee Application Objections Reviewing SilvermanAcampora's January fee application. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 03/05/2018 | Kiss, Lauren | 10691.023/ Dowling College Employment and Fee Application Objections Telephone call with Ms. Petercsak regarding Baker Tilly invoice and interim compensation procedures and emailing summary of same to Ms. Petercsak. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/06/2018 | Kiss, Lauren | 10691.023/ Dowling College Employment and Fee Application Objections Responding to Ms. Trapnell's email regarding Smith & Downey outstanding invoice [.1]; reviewing Baker Tilly's monthly fee statement and emailing comments to Ms. Petercsak [.2]. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |
| 03/09/2018 | Kiss, Lauren | 10691.023/ Dowling College Employment and Fee Application Objections Reviewing Smith & Downey February Invoice and Baker Tilly September through February invoice. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 03/12/2018 | Kiss, Lauren | 10691.023/ Dowling College Employment and Fee Application Objections Telephone call with IngermanSmith regarding monthly fee statement. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 03/13/2018 | Kiss, Lauren | 10691.023/ Dowling College Employment and Fee Application Objections Reviewing IngermanSmith's first monthly fee statement. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/16/2018 | Kiss, Lauren | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing SilvermanAcampora's February fee statement and emailing with Mr. Southard. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 03/16/2018 | Southard, Sean | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing email from Ms. Kiss on review of Committee fees for February [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 03/22/2018 | Kiss, Lauren | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing Ms. Pinkosh's email and telephone call with Ms. Pinkosh regarding invoice, emailing with Messrs. Rosenfeld and Bivona, reviewing prior invoices and call with Ms. Pinkosh [.4]; reviewing FPM's February fee statement [.1]. | Fees | 0.50 | 0.00 | 395.00 | 197.50 |
| 04/11/2018 | Kiss, Lauren | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing Smith & Downey's March fee statement. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|------------|---------|---------|-------|-------|-------|-------|
| 04/16/2018 | Kiss, Lauren | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing FPM's March fee statement and emailing with Ms. Pinkosh. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 04/18/2018 | Southard, Sean | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing email and fee statement summary from Ms. Kiss on committee counsel [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 04/18/2018 | Kiss, Lauren | 10691.023/ Dowling College<br>Employment and Fee Application<br>Objections<br>Reviewing Silverman's February fee statement and emailing with Mr. Southard. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| **Matter Description (First Line): Employment and Fee Application Objections** | | | | **9.50** | **0.00** | | **3,943.00** |
| **Matter Description (First Line): Employment and Fee Applications** | | | | | | | |
| 10/03/2017 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing RCS engagement letter; then call with Messrs. Hablenko and Bivona on process and UST concerns [.5]; call to and preparing emails to Mr. Yang and then email with Mr. Bivona [.3]; further emails with Mr. Yang related to same and Mr. Bivona [.1]. | Fees | 0.90 | 0.00 | 575.00 | 517.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/06/2017 | Sweeney, Stephanie | 10691.022/ Dowling College Employment and Fee Applications Coordinating filing of RSR fee statement and sending to Mr. Rosenfeld, revising and circulating RCS retention Order and coordinating upload of same. | Fees | 0.50 | 0.00 | 395.00 | 197.50 |
| 10/06/2017 | Southard, Sean | 10691.022/ Dowling College Employment and Fee Applications Emails and call with Mr. Yang in relation to RCS retention [.3]; emails with Messrs. Hablenko and Bivona and Ms. Sweeney concerning proposed changes to retention terms [.2]; further emails with Mr. Yang and Ms. Sweeney thereon [.1]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 10/09/2017 | Southard, Sean | 10691.022/ Dowling College Employment and Fee Applications Reviewing monthly fee statement for Dowling September time [1.0]. | Fees | 1.00 | 0.00 | 0.00 | 0.00 |
| 10/10/2017 | Sweeney, Stephanie | 10691.022/ Dowling College Employment and Fee Applications Discussing fee application with Mr. Southard, coordinating preparation of fee application with Mr. Gargiulo, discussing budget with Mr. Southard and related emails. | Fees | 0.50 | 0.00 | 395.00 | 197.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/10/2017 | Southard, Sean | 10691.022/ Dowling College Employment and Fee Applications Discussing fee application and budgeting with Ms. Sweeney and related emails thereon [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 10/10/2017 | Gargiulo, Renea | 10691.022/ Dowling College Employment and Fee Applications Preparing second interim fee application draft and discussions with Ms. Sweeney regarding budgeting and other related matters. | Fees | 2.00 | 0.00 | 175.00 | 350.00 |
| 10/12/2017 | Nocella, Stephanie | 10691.022/ Dowling College Employment and Fee Applications Preparation of the monthly fee statement. | Fees | 0.80 | 0.00 | 0.00 | 0.00 |
| 10/16/2017 | Southard, Sean | 10691.022/ Dowling College Employment and Fee Applications Appearing before Judge Grossman on motion to retain Baker Tilly (time split with other matters) [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 10/17/2017 | Southard, Sean | 10691.022/ Dowling College Employment and Fee Applications Emails with Messrs. Friedman and Powers and Ms. Sweeney on interim fee applications [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 10/19/2017 | Southard, Sean | 10691.022/ Dowling College Employment and Fee Applications Reviewing large case guidelines in relation to fee applications [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/20/2017 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Discussing fee budget and application with Ms. Sweeney; reviewing budget for same [.4]; reviewing first interim applications by professionals and docket activity on retentions; then preparing email to case professionals on interim fee application and intentions [.6]; emails with Mr. Hazan on terms of retention and application requirements; reviewing Hilco retention [.3]. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 10/23/2017 | Sweeney, Stephanie | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Call with Mr. Phillips re: fee application, sending interim application [.2]; discussing fee application with Ms. Gargiulo [.3]. | Fees | 0.50 | 0.00 | 395.00 | 197.50 |
| 10/23/2017 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing emails on fee statements from Mr. Bivona [.1]; emails with Ms. Nocella thereon [.1]; emails with Ms. Kalnit on fee application for Hilco [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 10/24/2017 | Sweeney, Stephanie | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing FPM fee application and exhibits and related emails, responding to inquiry from Ms. Gaye [.5]; reviewing docket and pleadings and drafting Second Interim Fee Application [.6]. | Fees | 1.10 | 0.00 | 395.00 | 434.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/24/2017 | Southard, Sean | 10691.022/ Dowling College Employment and Fee Applications Discussing status of second interim fee application with Ms. Sweeney [.1]; emails with Ms. Nocella and review of recent fee statements in relation to second interim fee application [.5]; emails with Ms. Sweeney on FPM fee application and comments of other professionals [.1]; | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 10/24/2017 | Nocella, Stephanie | 10691.022/ Dowling College Employment and Fee Applications Transmittal of the monthly fee statement. | Fees | 0.20 | 0.00 | 0.00 | 0.00 |
| 10/25/2017 | Gargiulo, Renea | 10691.022/ Dowling College Employment and Fee Applications Preparing notice of hearing on fee applications and organizing other professional fee applications in preparation for filing. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 10/25/2017 | Sweeney, Stephanie | 10691.022/ Dowling College Employment and Fee Applications Reviewing budget and updating Second Interim Fee Application [1.1]; reviewing docket and various pleadings and drafting Second Interim Fee Application [6.8]; coordinating preparation of Notice with Ms. Gargiulo [.1]. | Fees | 8.00 | 0.00 | 395.00 | 3,160.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/25/2017 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing docket and preparing fee<br>application draft; emails with Ms. Sweeney<br>thereon [.7]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 10/26/2017 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing fee application draft from Ms.<br>Sweeney on preliminary basis [.4];<br>discussing same with Ms. Sweeney [.2];<br>reviewing and revisions to second interim<br>fee application [1.4]; discussing further<br>revisions to fee application with Ms.<br>Sweeney [.1]; emails with Mr. Powers and<br>then with Ms. Sweeney and Mr. Demers on<br>service, discussing same with Ms. Sweeney<br>[.3]. | Fees | 2.40 | 0.00 | 575.00 | 1,380.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-------|-----------|-------|-------|-------|-------|
| 10/26/2017 | Sweeney, Stephanie | 10691.022/ Dowling College Employment and Fee Applications Discussing Fee Application amounts with Mr. Southard and Ms. Gargiulo, emails re: professionals' fees for notice, reviewing emails re: holdbacks [.5]; reviewing Mr. Southard comments and revising Fee Application, discussing with Ms. Gargiulo, reviewing emails with Ms. Nocella re: fee statements [.4]; reviewing Silverman application and First Interim application and revising Second Interim Fee Application, sending update on professionals filings to Mr. Southard [.5]; coordinating with GCG re: service, confirming all numbers with Ms. Gargiulo [.5]. | Fees | 1.90 | 0.00 | 395.00 | 750.50 |
| 10/26/2017 | Gargiulo, Renea | 10691.022/ Dowling College Employment and Fee Applications Updating notice of hearing on fee applications with additional filer information as received and preparing electronic files of same [0.5]; preparing updates to second interim fee application final draft per Ms. Sweeney's request [1.5]. | Fees | 2.00 | 0.00 | 175.00 | 350.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/27/2017 | Sweeney, Stephanie | 10691.022/ Dowling College Employment and Fee Applications Reviewing and revising Fee Application Notice, updating totals, sending to Mr. Southard, reviewing comments [.5]; reviewing and revising Exhibit D budget and hours summary, comparing to 30-week and June budgets, updating totals [.9]; following up with Smith Downey and Baker Tilly re: fee applications, emails with Farrell Fritz re: amounts for notice, completing notice and sending to Mr. Southard [.5]; coordinating filing various professionals fee applications with Ms. Strine [.3]; reviewing SilvermanAcampora fee application, revising KWJSS retention application and sending to Mr. Southard [.5]; reviewing comments received, reviewing docket, completing notice and filing same [.5]; coordinating service of fee applications with GCG and related emails [.3]. | Fees | 3.50 | 0.00 | 395.00 | 1,382.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/27/2017 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails to professionals on fee application timing and submission [.2]; emails with Ms. Sweeney thereon; reviewing and revising further draft of second interim fee application, discussions with Ms. Sweeney thereon [1.6]; reviewing emails among Ms. Sweeney and Ms. Seabury [.1]; reviewing and revising fee application notice and related emails with Messes. Sweeney and Strine [.2]; emails with Messrs. Bivona and Rosenfeld in relation to notice and fee applications [.1]; reviewing final fee application and filings by Ms. Sweeney; discussion with same confirming service [.4]; emails with professionals on appearance and telephone requirements for fee applications [.1]; emails with Mr. Demers and Ms. Sweeney on service updates and specifications [.2]. | Fees | 2.90 | 0.00 | 575.00 | 1,667.50 |
| 10/27/2017 | Strine, Kristen | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Preparing Second Interim Fee Applications for filing [.2]; filing same [.5]. | Fees | 0.70 | 0.00 | 175.00 | 122.50 |
| 10/30/2017 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails with Ms. Sweeney and Ms. Gay on E&D fee application [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/30/2017 | Sweeney, Stephanie | 10691.022/ Dowling College Employment and Fee Applications Emailing filed E&D fee application to Ms. Gaye. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 10/31/2017 | Southard, Sean | 10691.022/ Dowling College Employment and Fee Applications Reviewing applications for fees filing receipts and emails [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 11/06/2017 | Sweeney, Stephanie | 10691.022/ Dowling College Employment and Fee Applications Coordinating filing of RSR fee application and related emails. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 11/06/2017 | Gargiulo, Renea | 10691.022/ Dowling College Employment and Fee Applications Filing eleventh monthly fee statement of RSR Consulting, LLC per Ms. Sweeney's request. | Fees | 0.20 | 0.00 | 175.00 | 35.00 |
| 11/08/2017 | Southard, Sean | 10691.022/ Dowling College Employment and Fee Applications Reviewing and revising fee statement for Dowling October time; related emails and discussions with Ms. Bergman and Ms. Nocella [1.1]. | Fees | 1.10 | 0.00 | 0.00 | 0.00 |
| 11/09/2017 | Southard, Sean | 10691.022/ Dowling College Employment and Fee Applications Reviewing and approving monthly fee statement and related emails with Ms. Sweeney [.2]. | Fees | 0.20 | 0.00 | 0.00 | 0.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------|-----------|-------|-------|-------|-------|
| 11/09/2017 | Nocella, Stephanie | 10691.022/ Dowling College Employment and Fee Applications Preparing and transmitting the monthly fee statement. | Fees | 0.90 | 0.00 | 0.00 | 0.00 |
| 11/21/2017 | Kiss, Lauren | 10691.022/ Dowling College Employment and Fee Applications Drafting second interim fee order and exhibit A. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 11/21/2017 | Southard, Sean | 10691.022/ Dowling College Employment and Fee Applications Emails with Ms. Kalnit and Mr. Hazan on Hilco fee application [.1]; reviewing email from Ms. Kiss to Ms. Ryan on fee application appearance [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 11/22/2017 | Kiss, Lauren | 10691.022/ Dowling College Employment and Fee Applications Reviewing and summarizing KWJS&S's second interim fee application in preparation for hearing [.7]; reviewing first interim fee order and fee statements and emailing list of payment questions to Mr. Bivona [.3]; telephone call with Mr. Southard regarding release of hold backs and revising second interim fee order [.2]; revising second interim fee order and summary of fee applications with Mr. Bivona's comments [.4]. | Fees | 1.60 | 0.00 | 375.00 | 600.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------|-----------|-------|-------|-------|-------|
| 11/22/2017 | Sweeney, Stephanie | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Call with Mr. Yang and related email to Mr.<br>Southard re: fee applications, holdbacks,<br>reviewing Mr. Southard email re: same. | Fees | 0.50 | 0.00 | 395.00 | 197.50 |
| 11/27/2017 | Kiss, Lauren | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Attending hearing on fee application and<br>meeting with parties prior to and after<br>hearing (time split with another matter). | Fees | 0.90 | 0.00 | 375.00 | 337.50 |
| 11/27/2017 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing applications and related emails<br>from Ms Kiss and various professionals in<br>preparation for fee application hearing [.7];<br>call with Mr. Bivona on status of various<br>matters [.1]; appearing at hearings on fee<br>application before Judge Grossman;<br>discussions with counsel to interested parties<br>before and after same (time split with other<br>matter) [.8]; reviewing emails from Ms. Kiss<br>with updated fee order and interested<br>professionals [.2]. | Fees | 1.80 | 0.00 | 575.00 | 1,035.00 |
| 11/27/2017 | Kiss, Lauren | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Revising second interim fee order and<br>emailing with professionals. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/28/2017 | Southard, Sean | 10691.022/ Dowling College Employment and Fee Applications Reviewing and responding to emails from Mr. Yang and Ms. Kiss in relation to fee application order [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 12/01/2017 | Southard, Sean | 10691.022/ Dowling College Employment and Fee Applications Reviewing fee application order and related emails with Ms. Kiss and Mr. Bivona [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 12/01/2017 | Kiss, Lauren | 10691.022/ Dowling College Employment and Fee Applications Discussing Ingerman Smith retention with Mr. Southard, reviewing Mr. Clayton's affidavit and emailing same to Mr. Southard [.1]; reviewing order on interim fee applications and emailing with Messrs. Southard, Rosenfeld and Bivona [.1]. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 12/06/2017 | Gargiulo, Renea | 10691.022/ Dowling College Employment and Fee Applications Filing twelfth monthly fee statement of RSR Consulting, LLC and downloading and sending stamped copy to Mr. Rosenfeld per Ms. Sweeney's request. | Fees | 0.20 | 0.00 | 175.00 | 35.00 |
| 12/06/2017 | Sweeney, Stephanie | 10691.022/ Dowling College Employment and Fee Applications Coordinating filing of RSR fee statement, related emails with Mr. Rosenfeld and Ms. Gargiulo. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 12/06/2017 | Southard, Sean | 10691.022/ Dowling College Employment and Fee Applications Reviewing November invoice and revising same; reviewing comments from Ms. Kiss thereon [1.2]. | Fees | 1.20 | 0.00 | 0.00 | 0.00 |
| 12/13/2017 | Nocella, Stephanie | 10691.022/ Dowling College Employment and Fee Applications Preparing the monthly fee statement. | Fees | 0.80 | 0.00 | 0.00 | 0.00 |
| 12/13/2017 | Southard, Sean | 10691.022/ Dowling College Employment and Fee Applications Reviewing November fee statement and related emails with Ms. Nocella [.2]. | Fees | 0.20 | 0.00 | 0.00 | 0.00 |
| 12/14/2017 | Bergman, Rayella | 10691.022/ Dowling College Employment and Fee Applications FedEx invoice no. 6-027-92350 for shipment to Robert S. Rosenfeld, Dowling College C/O RSR Consulting. | FEDEX | 0.00 | 1.00 | 16.65 | 16.65 |
| 12/14/2017 | Bergman, Rayella | 10691.022/ Dowling College Employment and Fee Applications FedEx invoice no. 6-027-92350 for shipment to Ronald Friedman and Gerard Luc, Silverman Acampora. | FEDEX | 0.00 | 1.00 | 12.90 | 12.90 |
| 12/14/2017 | Bergman, Rayella | 10691.022/ Dowling College Employment and Fee Applications FedEx invoice no. 6-027-92350 for shipment to Miyoko Sato and Ian Hammel of Mintz Levin. | FEDEX | 0.00 | 1.00 | 15.40 | 15.40 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/14/2017 | (None) | 10691.022/ Dowling College<br>Employment and Fee Applications<br>FedEx invoice no. 6-027-92350 for<br>shipment to Carl McCarthy & Maria Cheng,<br>ACA Financial. | FEDEX | 0.00 | 1.00 | 12.90 | 12.90 |
| 12/14/2017 | Bergman, Rayella | 10691.022/ Dowling College<br>Employment and Fee Applications<br>FedEx invoice no. 6-027-92350 for<br>shipment to Stan Yang, Office of the US<br>Trustee. | FEDEX | 0.00 | 1.00 | 12.90 | 12.90 |
| 12/14/2017 | Bergman, Rayella | 10691.022/ Dowling College<br>Employment and Fee Applications<br>FedEx invoice no. 6-027-92350 for<br>shipment to Brian D. Pfeiffer of White &<br>Case. | FEDEX | 0.00 | 1.00 | 12.90 | 12.90 |
| 12/14/2017 | Nocella, Stephanie | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Transmitting the monthly fee statement. | Fees | 0.20 | 0.00 | 0.00 | 0.00 |
| 12/21/2017 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails with Ms. Gargiulo in relation to rate<br>increase affidavit [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 01/02/2018 | Kiss, Lauren | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing KWJS&S's affidavit of rate<br>increases and reviewing other professional's<br>retention applications for possible rate<br>increases. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------|-----------|-------|-------|-------|-------|
| 01/02/2018 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and executing affidavit on<br>retention and rate increase [.2]. | Fees | 0.20 | 0.00 | 0.00 | 0.00 |
| 01/05/2018 | Kiss, Lauren | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and revising KWJS&S's monthly<br>fee statement for December. | Fees | 0.90 | 0.00 | 0.00 | 0.00 |
| 01/08/2018 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing December fee statement and<br>revising same (no charge) [1.1]. | Fees | 1.10 | 0.00 | 0.00 | 0.00 |
| 01/08/2018 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and revising affidavit for<br>Ingerman Smith retention [.2]; emails with<br>Ms. Kiss and then with Messrs. Bivona and<br>Rosenfeld [.1]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 01/08/2018 | Kiss, Lauren | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and revising Mr. Clayton's<br>supplemental affidavit. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 01/09/2018 | Sweeney, Stephanie | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Coordinating filing of fee statement for Mr.<br>Rosenfeld. | Fees | 0.10 | 0.00 | 425.00 | 42.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/09/2018 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails with Messrs. Bivona, Rosenfeld and Ms. Kiss in relation to Ingerman Smith retention; then email to Mr. Yang thereon [.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 01/09/2018 | Gargiulo, Renea | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Filing RSR Consulting, LLC's December 2017 monthly fee statement per Ms. Sweeney's request and administration regarding downloading and organizing docket files. | Fees | 0.20 | 0.00 | 175.00 | 35.00 |
| 01/11/2018 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing fee statement for December and emails with Ms. Nocella thereon [.2]; emails with Mr. Bivona in relation to tax ID# [.1]. | Fees | 0.30 | 0.00 | 0.00 | 0.00 |
| 01/11/2018 | Nocella, Stephanie | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Preparation of the monthly fee statement for December 2017. | Fees | 0.80 | 0.00 | 0.00 | 0.00 |
| 01/15/2018 | Nocella, Stephanie | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Transmittal of the monthly fee statement for December 2017. | Fees | 0.20 | 0.00 | 0.00 | 0.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/18/2018 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails with Mr. Clayton and Ms. Kiss on<br>Ingerman Smith retention [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 01/19/2018 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails with Mr. Clayton and Ms. Kiss on<br>Ingerman smith affidavit [.2] | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 01/23/2018 | Kiss, Lauren | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Revising Ingerman Smith proposed retention<br>order and emailing with Mr. Southard. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 01/29/2018 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails with Ms. Kiss and Messrs. Bivona<br>and Clayton on retention of Ingerman Smith<br>[.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 01/29/2018 | Kiss, Lauren | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Filing Mr. Clayton's supplemental<br>declaration and emailing with Mr. Yang. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 02/07/2018 | Kiss, Lauren | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and revising KWJS&S's January<br>fee statement. | Fees | 1.70 | 0.00 | 0.00 | 0.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/09/2018 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing fee statement and revising same<br>for January time [1.1]. | Fees | 1.10 | 0.00 | 0.00 | 0.00 |
| 02/09/2018 | Sweeney, Stephanie | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and coordinating filing of RSR<br>fee statement. | Fees | 0.10 | 0.00 | 425.00 | 42.50 |
| 02/13/2018 | Kiss, Lauren | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing Ingerman Smith retention order<br>and emailing questions to Mr. Southard. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 02/13/2018 | Nocella, Stephanie | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Preparation of the monthly fee statement. | Fees | 0.80 | 0.00 | 0.00 | 0.00 |
| 02/13/2018 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emails with Ms. Kiss and Mr. Bivona in<br>relation to Ingerman Smith retention matters<br>[.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 02/14/2018 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing email from Ms. Kiss on<br>Ingerman Smith fees and retention matters<br>[.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/14/2018 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing Dowling fee statement and<br>related emails with Ms. Nocella [.3]. | Fees | 0.30 | 0.00 | 0.00 | 0.00 |
| 02/14/2018 | Kiss, Lauren | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Emailing summary of interim compensation<br>procedures to Mr. Clayton. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 03/05/2018 | Sweeney, Stephanie | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Coordinating filing of RSR fee statement<br>and sending to client. | Fees | 0.20 | 0.00 | 425.00 | 85.00 |
| 03/05/2018 | Gargiulo, Renea | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Filing February 2018 monthly fee statement<br>of RSR Consulting, LLC per Ms. Sweeney's<br>request. | Fees | 0.10 | 0.00 | 175.00 | 17.50 |
| 03/08/2018 | Kiss, Lauren | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and revising KWJS&S's<br>February time. | Fees | 1.50 | 0.00 | 0.00 | 0.00 |
| 03/15/2018 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing fee statement and approving<br>same for February [.9]. | Fees | 0.90 | 0.00 | 0.00 | 0.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/15/2018 | Nocella, Stephanie | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Preparation and transmittal of the Dowling<br>monthly fee statement for February 2018. | Fees | 0.80 | 0.00 | 0.00 | 0.00 |
| 04/03/2018 | Sweeney, Stephanie | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Coordinating filing of RSR monthly fee<br>statement. | Fees | 0.10 | 0.00 | 425.00 | 42.50 |
| 04/05/2018 | Kiss, Lauren | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and revising KWJS&S's March<br>fee statement. | Fees | 0.60 | 0.00 | 0.00 | 0.00 |
| 04/06/2018 | Kiss, Lauren | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and revising KWJS&S's March<br>fee statement [.8]; emailing billing question<br>to Mr. Corneau [.1]. | Fees | 0.90 | 0.00 | 0.00 | 0.00 |
| 04/13/2018 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing monthly fee statement [.4]. | Fees | 0.40 | 0.00 | 0.00 | 0.00 |
| 04/16/2018 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing monthly fee statement and<br>emails with Ms. Nocella [.4]. | Fees | 0.40 | 0.00 | 0.00 | 0.00 |
| 04/16/2018 | Nocella, Stephanie | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Preparation and transmittal of the monthly<br>fee statement. | Fees | 0.90 | 0.00 | 0.00 | 0.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 05/07/2018 | Kiss, Lauren | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing and revising KWJS&S's April<br>fee statement. | Fees | 0.80 | 0.00 | 395.00 | 316.00 |
| 05/09/2018 | Southard, Sean | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Reviewing monthly fee statement for April<br>[.4]. | Fees | 0.40 | 0.00 | 0.00 | 0.00 |
| 05/10/2018 | Nocella, Stephanie | 10691.022/ Dowling College<br>Employment and Fee Applications<br>Preparation and transmittal of the monthly<br>fee statement for April 2018. | Fees | 0.90 | 0.00 | 0.00 | 0.00 |
| | **Matter Description (First Line): Employment and Fee Applications** | | | **64.90** | **6.00** | | **18,466.65** |
| **Matter Description (First Line): Financing and Cash Collateral** | | | | | | | |
| 10/03/2017 | Sweeney, Stephanie | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing notice of mandatory prepayment<br>and related emails. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 10/03/2017 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email from Mr. Bivona regarding<br>mandatory prepayments and application<br>thereof [0.2]. Conferring with Mr. Southard<br>regarding application of mandatory<br>prepayments [0.2]. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/04/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Discussing financing matters and allocations with Mr. Corneau [.2]; emails with Messrs. Rosenfeld and Bivona in relation to insurance coverages and premium financing options [.3]; reviewing notice of mandatory prepayment and related emails with Mr. Bivona and Mr. Fleischer [.3]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 10/05/2017 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing spreadsheet in advance of call with Mr. Bivona regarding application of proceeds [0.3]. Telephone call with Mr. Bivona regarding application of proceeds [0.5]. | Fees | 0.80 | 0.00 | 495.00 | 396.00 |
| 10/05/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Mr. Corneau on reconciliation of prepayments under DIP [.1]; discussing same with Mr. Corneau [.2]; reviewing further email from Mr. Bivona with updated settlement illustration and mandatory prepayment [.5]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 10/06/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Discussing application of payments on financing with Mr. Corneau [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------|-----------|-------|-------|-------|-------|
| 10/06/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Messrs. Rosenfeld, et al.,<br>concerning financing for premiums [.2]; call<br>with counsel to insurance premium finance<br>company [.2]; call with Mr. Rosenfeld in<br>relation to same [.2]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 10/06/2017 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Conferring with Mr. Southard regarding<br>prepayment application problem. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 10/09/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Messrs. Rosenfeld and Bivona<br>on financing of insurance premiums [.2];<br>then emails with Ms. Ryan on update [.1];<br>reviewing email from Mr. Bivona and<br>mandatory prepayment [.2]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 10/10/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email and revised notice of<br>mandatory prepayment from Mr. Bivona<br>[.2]; emails with Messrs. Bivona and<br>Rosenfeld in relation to DIP funding and<br>KWJSS fee and budgeting [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/10/2017 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing latest Notice of Mandatory<br>Prepayment [0.2]. Reviewing revised Notice<br>of Mandatory Prepayment [0.1]. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 10/11/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing and preparing updated<br>professional fee budget [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 10/11/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Mr. Bivona and Mr. Corneau on<br>mandatory prepayment and requested call on<br>same with Oppenheimer counsel [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 10/11/2017 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing notice of borrowing for weeks 46<br>-48. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 10/12/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Discussing request for call on application of<br>proceeds with Mr. Corneau [1]; reviewing<br>proceeds model and settlement spreadsheet<br>and related emails [.3]; call with Messrs.<br>Bivona, Bertucci, Corneau, Hammel and<br>Ms. Sato [1.4]. | Fees | 2.70 | 0.00 | 575.00 | 1,552.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/12/2017 | Corneau, Joseph | 10691.024/ Dowling College Financing and Cash Collateral Conferring with Mr. Southard regarding discussion on application of prepayments [0.1]. Participating in conference call with Ms. Bertucci, Ms. Sato, Mr. Bivona and Mr. Southard regarding application of prepayments [1.5]. | Fees | 1.60 | 0.00 | 495.00 | 792.00 |
| 10/13/2017 | Corneau, Joseph | 10691.024/ Dowling College Financing and Cash Collateral Reviewing emails from Mr. Bivona regarding distribution notices. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 10/13/2017 | Southard, Sean | 10691.024/ Dowling College Financing and Cash Collateral Reviewing and discussing notice and emails with Mr. Bivona in relation to payment application by UMB [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 10/19/2017 | Southard, Sean | 10691.024/ Dowling College Financing and Cash Collateral Reviewing financing email on mandatory prepayment [.2]; reviewing notice from UMB on application [.2]; emails with Mr. Bivona thereon [.1]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------|-----------|-------|-------|-------|-------|
| 10/19/2017 | Corneau, Joseph | 10691.024/ Dowling College Financing and Cash Collateral Reviewing documents relating to remittance of miscellaneous receipts [0.3]. Telephone call with Mr. Bivona regarding remittance of miscellaneous receipts [0.2]. Reviewing notice of mandatory prepayment [0.1]. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |
| 10/20/2017 | Southard, Sean | 10691.024/ Dowling College Financing and Cash Collateral Reviewing updated budget for Mr. Bivona on fees for balance of case; then emails thereon [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 10/23/2017 | Southard, Sean | 10691.024/ Dowling College Financing and Cash Collateral Reviewing emails from Messrs. Bivona and Pfeiffer in relation to dispute over prepayment application [.2]; call with Mr. Pfeiffer thereon [.2]; further emails with Messrs. Rosenfeld and Bivona and Corneau thereon [.2]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 10/23/2017 | Corneau, Joseph | 10691.024/ Dowling College Financing and Cash Collateral Telephone call with Mr. Hammel regarding discussion with Agent with respect to application of proceeds [0.2]. Reviewing email from Mr. Bivona regarding distributions and reviewing of DIP note regarding same [0.4]. Emailing with Mr. Bivona regarding distributions [0.1]. | Fees | 0.70 | 0.00 | 495.00 | 346.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/25/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing and responding to emails from Mr. Bivona in relation to budget and assumptions on fees [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 10/26/2017 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing budget through case end. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 10/27/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing updated DIP and post-confirmation budget from Mr. Bivona and then emails thereon with Mr. Corneau [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 10/27/2017 | Sweeney, Stephanie | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing notice of borrowing. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 10/30/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing notice of borrowing email from Mr. Bivona [.2]; then reviewing email from Mr. Rosenfeld and reviewing DIP compliance reports [.2]; reviewing emails among Messrs. Bivona and Hammel on request for application [.1]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 10/30/2017 | Sweeney, Stephanie | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing DIP compliance report and related emails. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------------------|-----------|-------|-------|-------|-------|
| 10/30/2017 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing notice of borrowing for weeks 48 -51 [0.2]. Briefly reviewing accumulated compliance reports [0.4]. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |
| 11/01/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Call with Mr. Pfeiffer on application of proceeds and financing matters [.2]; call with Mr. Rosenfeld thereon [.2]; email to Mr. Pfeiffer in relation to timing of transfers to UMB [.1]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 11/03/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email from Mr. Friedman to UMB in relation to request for accounting [.1]; reviewing email from Ms. Roberson  in relation to funding [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 11/06/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email and letter from UCC counsel to UMB on accounting of financing; emails with Mr. Corneau thereon [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/07/2017 | Southard, Sean | 10691.024/ Dowling College Financing and Cash Collateral Several emails with Messrs. Bivona, Rosenfeld and Corneau in relation to call request by UMB and Mintz Levin discussing proceeds application [.2]; several further emails with counsel to interested creditors [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 11/07/2017 | Corneau, Joseph | 10691.024/ Dowling College Financing and Cash Collateral Reviewing multiple emails regarding DIP financing discussion [0.3]. Telephone call with Mr. Hammel regarding DIP financing discussion [0.2]. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |
| 11/10/2017 | Southard, Sean | 10691.024/ Dowling College Financing and Cash Collateral Emails with Mr. Hammel and then with Mr. Pfeiffer on call to discuss IPv4 proceeds application [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 11/13/2017 | Southard, Sean | 10691.024/ Dowling College Financing and Cash Collateral Discussing financing matters and disputes among creditors on application of value with Ms. Sato [.2]; reviewing email from Mr. Freidman on financing and claim of UMB [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/14/2017 | Southard, Sean | 10691.024/ Dowling College Financing and Cash Collateral Reviewing information relative to Dowling proceeds application dispute, including August 28 hearing transcript [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 11/16/2017 | Southard, Sean | 10691.024/ Dowling College Financing and Cash Collateral Reviewing email from Mr. Freidman with DIP accounting information from UMB [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 11/17/2017 | Southard, Sean | 10691.024/ Dowling College Financing and Cash Collateral Emails with Mr. Hammel and then with Mr. Rosenfeld in relation to agreement on application of proceeds among secured creditors [.1]; emails with Mr. Bivona on call scheduling to discuss proceeds with Messrs. Hammel and Pfeiffer [.2]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 11/20/2017 | Southard, Sean | 10691.024/ Dowling College Financing and Cash Collateral Call with Messrs. Pfeiffer, Hammel, Corneau and Bivona on DIP financing paydowns and application [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 11/20/2017 | Corneau, Joseph | 10691.024/ Dowling College Financing and Cash Collateral Conference call regarding application of funds. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/21/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email from Mr. Bivona with<br>updated settlement agreement illustration<br>[.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 11/24/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing and responding to emails from<br>Mr. Bivona in relation to corrected version<br>of IPv4 proceeds [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 11/27/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing updated proceeds application<br>analysis from Mr. Bivona and related emails<br>from Mr. Hammel [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 11/28/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email from Mr. Bivona<br>summarizing fee payments and DIP receipts<br>[.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 11/29/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing DIP borrowing request and<br>related email from Mr. Bivona [.2]; joining<br>call late with Messrs. Bivona, Hammel,<br>Pfeiffer and Corneau in relation to financing<br>and proceeds application [.3]; reviewing DIP<br>application email from Mr. Bivona to<br>business persons at creditors [.1]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/29/2017 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing notice of borrowing for period ending December 8, 2017 [0.2]. Conference call with Messrs. Bivona, Hammel, Pfeiffer and Southard regarding application of funds [0.3]. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |
| 11/30/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Messrs. Bertucci and Bivona on call and IPv4 proceeds application [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 12/01/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing and responding to several emails from Messrs. Bivona and Rosenfeld, et al., related to funding request, etc. [.3]; call with Mr. Bivona in relation to same [.1]; reviewing email from Mr. Bivona on application of IPv4 proceeds under DIP [.2]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 12/08/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email and notice of borrowing from Mr. Bivona [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 12/11/2017 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing notice of borrowing for period ending December 29, 2017. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/11/2017 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing draft budget for weeks 58-66. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 12/12/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing and responding to email from Mr. Bivona and Mr. Corneau on timing for application of funds to interest [.2]; reviewing email from Mr. Bivona in relation to DIP budget extension and explanation [.3]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 12/13/2017 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing DIP note and emailing with Mr. Bivona regarding application of payments issue. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 12/13/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing further emails from Mr. Corneau and then Bivona on application of DIP payments to balance and note provisions [.2]; reviewing email from Mr. Bivona with updated DIP compliance reporting [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 12/18/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email from Mr. Bivona and revised DIP budget [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/18/2017 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing revised budget. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 12/21/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email and responding to same from Mr. Bivona in relation to DIP extension and approval requirements with Court [.2]; reviewing further email from Mr. Bivona to Mr. Friedman [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 12/22/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email from Mr. Corneau on DIP Order requirements on budget approval and extension [.1]; discussing with Mr. Corneau and then emails with Mr. Yang, et al. thereon [.3]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 12/27/2017 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Mr. Bivona on DIP budget extension status [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 01/02/2018 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing final financing order regarding need to file extended budget and emailing with Mr. Southard regarding same [0.3]. Reviewing notice of borrowing for weeks 58 -60 [0.2]. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/02/2018 | Southard, Sean | 10691.024/ Dowling College Financing and Cash Collateral Dowling emails with Messrs. Bivona and Corneau on DIP financing budget extension [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 01/04/2018 | Southard, Sean | 10691.024/ Dowling College Financing and Cash Collateral Reviewing email from Mr. Bivona with borrowing request [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 01/04/2018 | Corneau, Joseph | 10691.024/ Dowling College Financing and Cash Collateral Reviewing revised notice of borrowing. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 01/17/2018 | Southard, Sean | 10691.024/ Dowling College Financing and Cash Collateral Reviewing email from Mr. Bivona on application of Oakdale escrow proceeds to DIP accounts [.1]; reviewing further email and attachments thereon from Mr. Bivona [.1]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 01/29/2018 | Southard, Sean | 10691.024/ Dowling College Financing and Cash Collateral Reviewing and responding to emails from Mr. Bivona on financing and application of funds from restricted accounts; then with Mr. Hammel thereon [.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 01/30/2018 | Corneau, Joseph | 10691.024/ Dowling College Financing and Cash Collateral Reviewing notice of borrowing for period ending February 9, 2018. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/30/2018 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing DIP financing email request<br>from Mr. Bivona [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 02/01/2018 | Sweeney, Stephanie | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email from Mr. Bivona re: DIP<br>Notice of borrowing. | Fees | 0.10 | 0.00 | 425.00 | 42.50 |
| 02/09/2018 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Preparing updated task list and budget for<br>Mr. Rosenfeld and Mr. Bivona and related<br>emails thereon [.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 02/12/2018 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Mr. Bivona in relation to budget<br>and financing [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 02/16/2018 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Briefly reviewing compliance reports for<br>weeks 55, 56 and 57. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 02/20/2018 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email and updated distribution<br>waterfall from Mr. Bivona [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/21/2018 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Briefly reviewing compliance reports for weeks 58, 59 and 60. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 02/23/2018 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing DIP compliance report and related emails from Mr. Bivona [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 03/02/2018 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email from Mr. Bivona on DIP compliance reporting [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 03/02/2018 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Briefly reviewing compliance reports for weeks 63, 64 and 65. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 03/05/2018 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing notice of borrowing for weeks 64 -66. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 03/21/2018 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing budget for weeks 67-72. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 03/22/2018 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Mr. Bertucci and Mr. Bivona on financing modifications and budget [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/22/2018 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email from Mr. Bivona regarding funding shortage at Term Loan C. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 04/02/2018 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Mr. Bivona on funding agreement and status of intercreditor discussions [.1]; call with Mr. Hammel thereon [.1]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 04/03/2018 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Messrs. Rosenfeld and Bivona on financing urgency and intercreditor matters [.1]; email with Mr. Pfeiffer thereon [.1]; call with Mr. Pfeiffer [.2]; emails with Mr. Bivona and then with Mr. Rosenfeld thereon [.1]. | Fees | 0.50 | 0.00 | 595.00 | 297.50 |
| 04/04/2018 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Call with Mr. Bivona [.1]; emails with Messrs. Hammel and Pfeiffer in relation to financing matters and disputes [.2]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 04/04/2018 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing revised notices of borrowing for weeks ending March 23 and April 13. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/05/2018 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Emails with Mr. Bivona and then with counsel to prepetition lenders concerning funding requirement and delay [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 04/09/2018 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Telephone call with Mr. Bivona regarding DIP application issues. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |
| 04/17/2018 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email from Mr. Bivona with notice of borrowing [.2]; emails with Messrs. Bivona and Corneau in relation to financing and terms of agreement and tracking [.2]. | Fees | 0.40 | 0.00 | 595.00 | 238.00 |
| 04/17/2018 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing notice of mandatory prepayment. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 04/18/2018 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Call with Messrs. Rosenfeld, Bivona and Corneau in relation to financing [.3]; emails with Messrs. Bivona and Bertucci, et al. on call [.2]. | Fees | 0.50 | 0.00 | 595.00 | 297.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/18/2018 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Telephone call with Messrs. Bivona,<br>Rosenfeld and Southard regarding DIP<br>application. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 04/19/2018 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Call with counsel and representatives to DIP<br>lenders and agent in relation to mandatory<br>prepayment and application under new<br>funding percentages [.4] | Fees | 0.40 | 0.00 | 595.00 | 238.00 |
| 04/19/2018 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Conference call regarding mandatory<br>prepayment application. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 05/03/2018 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email on Dowling DIP<br>compliance from Mr. Bivona [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 05/07/2018 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing email from Mr. Bivona in<br>relation to DIP extension and budget [.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 05/09/2018 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing budget extension for weeks 73-<br>78 [0.2]. Briefly reviewing compliance<br>reports for weeks 67-69 [0.3]. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------|-----------|-------|-------|-------|-------|
| 05/16/2018 | Southard, Sean | 10691.024/ Dowling College Financing and Cash Collateral Email with Mr. Bivona in relation to DIP budget [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 05/22/2018 | Southard, Sean | 10691.024/ Dowling College Financing and Cash Collateral Reviewing settlement draft among prepetition lenders and committee and related emails and discussion with Mr. Corneau [.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 05/22/2018 | Corneau, Joseph | 10691.024/ Dowling College Financing and Cash Collateral Briefly reviewing stipulation between Committee and lenders regarding amendment to DIP financing order [0.2]. Telephone call with Mr. Powers regarding deficiencies in stipulation [0.2]. Emailing with Mr. Southard regarding deficiencies in stipulation [0.1]. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |
| 05/29/2018 | Corneau, Joseph | 10691.024/ Dowling College Financing and Cash Collateral Reviewing special notice of borrowing for Term Loan C. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 05/30/2018 | Southard, Sean | 10691.024/ Dowling College Financing and Cash Collateral Emails with Messrs. Hammel, Pfeiffer, Powers and Friedman on status and comments for global settlement [.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 05/31/2018 | Southard, Sean | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Reviewing stipulation and related emails on amendment to DIP order [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 05/31/2018 | Corneau, Joseph | 10691.024/ Dowling College<br>Financing and Cash Collateral<br>Telephone call with Mr. Powers regarding stipulation amending final DIP financing order. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| | | **Matter Description (First Line): Financing and Cash Collateral** | | **36.80** | **0.00** | | **20,127.00** |
| **Matter Description (First Line): Litigation** | | | | | | | |
| 10/05/2017 | Southard, Sean | 10691.025/ Dowling College<br>Litigation<br>Reviewing and responding to emails from Mr. Rosenfeld and Clayton on Schoenhals matter [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 10/06/2017 | Strine, Kristen | 10691.025/ Dowling College<br>Litigation<br>Filing Certificates of No Objection and Monthly Fee Statement per Ms. Sweeney's request. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 11/22/2017 | Southard, Sean | 10691.025/ Dowling College<br>Litigation<br>Reviewing email from Mr. Friedman on discovery and then emails with Mr. Shandler thereon [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/27/2017 | Southard, Sean | 10691.025/ Dowling College Litigation Call and email with Mr. Shandler in relation to debtor discovery requests [.4]; call with Mr. Clayton on litigation discovery by UCC [.3]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 11/30/2017 | Southard, Sean | 10691.025/ Dowling College Litigation Reviewing document request and related email from Mr. Acampora on behalf of committee [.3]; emails thereon with Messrs. Rosenfeld, Bivona and Clayton [.1]; emails with Mr. Kleinberg [.1]; call with Mr. Clayton and then related review of emails from Mr. Clayton and then with Messrs. Rosenfeld, Bivona, etc. [.7]; email to Mr. Acampora responding to request [.1]. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |
| 11/30/2017 | Kiss, Lauren | 10691.025/ Dowling College Litigation Reviewing document requests from Committee counsel. | Fees | 0.10 | 0.00 | 375.00 | 37.50 |
| 12/01/2017 | Southard, Sean | 10691.025/ Dowling College Litigation Meeting with Mr. Clayton and reviewing discovery in relation to UCC demands [3.6]. | Fees | 3.60 | 0.00 | 575.00 | 2,070.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/01/2017 | Kiss, Lauren | 10691.025/ Dowling College Litigation<br>Conference call with Messrs. Southard, Rosenfeld and Bivona regarding committee document requests (time split with other matter). | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 12/04/2017 | Southard, Sean | 10691.025/ Dowling College Litigation<br>Reviewing UCC document requests [.3]; reviewing materials provided by Mr. Clayton on preliminary basis [.7]; emails with Mr. Kleinberg in relation to board review and status of document requests [.3]; call with Mr. Acampora related to document requests [.9]; preparing further emails to Mr. Kleinberg and Mr. Clayton in relation to requests [.3]. | Fees | 2.50 | 0.00 | 575.00 | 1,437.50 |
| 12/05/2017 | Southard, Sean | 10691.025/ Dowling College Litigation<br>Reviewing and responding to emails on discovery with Mr. Kleinberg [.1]; reviewing potential discovery correspondence [.5]; call with Mr. Kleinberg thereon [.8]; emails with Messrs. Kleinberg and Rosenfeld [.2]; email to Mr. Shandler on discovery [.1]; call with Messrs. Rosenfeld and Kleinberg on UCC request and tender to insurance [.3]. | Fees | 2.00 | 0.00 | 575.00 | 1,150.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/06/2017 | Southard, Sean | 10691.025/ Dowling College Litigation<br>Emails with Mr. Bivona, Ms. Kiss and Mr. Rosenfeld on review of documents and boxes responsive to UCC requests [.3]; call with Messrs. Rosenfeld and Kleinberg [.2]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 12/07/2017 | Southard, Sean | 10691.025/ Dowling College Litigation<br>Reviewing electronic and then hard-copy discovery materials at Brookhaven campus and related discussions with Mr. Bivona [3.4]. | Fees | 3.40 | 0.00 | 575.00 | 1,955.00 |
| 12/08/2017 | Southard, Sean | 10691.025/ Dowling College Litigation<br>Reviewing UCC emails and information request; preparing draft email to carrier for coverage and then emails with Mr. Rosenfeld thereon [.5]; further emails with Mr. Rosenfeld thereon [.1]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 12/11/2017 | Southard, Sean | 10691.025/ Dowling College Litigation<br>Reviewing documents responsive to UCC request and discussions with Mr. Bivona thereon [4.4]; reviewing emails from Mr. Rosenfeld to Mr. Kleinberg in relation to discovery and privilege review and referral to insurance [.2]; reviewing email communication from Mr. Rosenfeld to Mr. Cavallaro on request for coverage [.2]. | Fees | 4.80 | 0.00 | 575.00 | 2,760.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/13/2017 | Southard, Sean | 10691.025/ Dowling College Litigation<br>Emails with Mr. Acampora on discovery status [.1]; emails with Mr. Rosenfeld on notice to carrier of UCC inquiry [.1] | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 12/14/2017 | Southard, Sean | 10691.025/ Dowling College Litigation<br>Preparing email on discovery and production timing to Mr. Kleinberg [.2]; emails with Mr. Bivona in relation to scanned document [.1]; emails with Mr. Shandler on CohnReznick production [.2]; reviewing documents uploaded by Mr. Bivona initially [.5]; email to Mr. Acampora confirming approach to production [.2]; emails with Ms. Kiss on production review [.2]; further email to Mr. Acampora with first production [.2]. | Fees | 1.60 | 0.00 | 575.00 | 920.00 |
| 12/14/2017 | Kiss, Lauren | 10691.025/ Dowling College Litigation<br>Discussing initial production to the committee with Mr. Southard and bate stamping initial production. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 12/18/2017 | Southard, Sean | 10691.025/ Dowling College Litigation<br>Emails with Ms. Kiss in relation to discovery review [.1]; discussing status with Mr. Kleinberg [.1]; reviewing email on submission of claim to carrier by Mr. Rosenfeld [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/18/2017 | Kiss, Lauren | 10691.025/ Dowling College<br>Litigation<br>Downloading Board of Trustee documents and emailing with Mr. Southard. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 12/21/2017 | Southard, Sean | 10691.025/ Dowling College<br>Litigation<br>Reviewing email on ACK letter from Mr. Rosenfeld [.1]; reviewing for privilege scanned documents responsive to UCC request; emails with Ms. Kiss and then with Mr. Kleinber thereon [1.4]. | Fees | 1.50 | 0.00 | 575.00 | 862.50 |
| 12/21/2017 | Kiss, Lauren | 10691.025/ Dowling College<br>Litigation<br>Reviewing and bate stamping second production of documents to Committee counsel. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/22/2017 | Southard, Sean | 10691.025/ Dowling College Litigation<br>Emails with Mr. Kleinberg on privilege review and second production [.1]; reviewing emails from Mr. Rosenfeld and Ms. Horowitz on Schoenhals claim and coverage [.1]; reviewing for privilege scanned materials for third production and then emails with Ms. Kiss and Mr. Kleinberg thereon [1.8]; reviewing email from Mr. Cavalerro in relation to Schoenhals claim coverage [.1]; reviewing email correspondence from Mr. Clayton [.5]; emails with Mr. Bivona on search for electronic documents [.1]. | Fees | 2.70 | 0.00 | 575.00 | 1,552.50 |
| 12/22/2017 | Kiss, Lauren | 10691.025/ Dowling College Litigation<br>Reviewing and bate stamping third production of documents to Committee counsel. | Fees | 0.40 | 0.00 | 375.00 | 150.00 |
| 12/26/2017 | Southard, Sean | 10691.025/ Dowling College Litigation<br>Emails with Mr. Kleinberg in relation to production and privilege review [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/27/2017 | Southard, Sean | 10691.025/ Dowling College Litigation Reviewing discovery for privilege and several emails with Messrs. Kleinberg, Rosenberg, et al., then with Mr. Acampora on same [1.6]. | Fees | 1.60 | 0.00 | 575.00 | 920.00 |
| 12/28/2017 | Southard, Sean | 10691.025/ Dowling College Litigation Redacting information on privilege basis from UCC production, then emails thereon with Messrs. Kleinberg, et al. [.6]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 01/02/2018 | Kiss, Lauren | 10691.025/ Dowling College Litigation Formatting emails for privilege review and emailing with Mr. Southard. | Fees | 1.50 | 0.00 | 395.00 | 592.50 |
| 01/02/2018 | Southard, Sean | 10691.025/ Dowling College Litigation Reviewing production for privilege and then emails with Mr. Acampora thereon [1.4]. | Fees | 1.40 | 0.00 | 595.00 | 833.00 |
| 01/03/2018 | Southard, Sean | 10691.025/ Dowling College Litigation Emails with Ms. Kiss on production from Mr. Clayton [.2]; preparing third production to Mr. Acampora and related emails [.4]. | Fees | 0.60 | 0.00 | 595.00 | 357.00 |
| 01/03/2018 | Kiss, Lauren | 10691.025/ Dowling College Litigation Reviewing Mr. Southard's email regarding privileged documents and responding to same. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/05/2018 | Southard, Sean | 10691.025/ Dowling College Litigation<br>Reviewing email from Ms. Roupinian on further spreadsheet [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 01/15/2018 | Southard, Sean | 10691.025/ Dowling College Litigation<br>Reviewing discovery in relation to UCC requests; emails and call with Mr. Kleinberg thereon [1.4]; emails with Mr. Bivona in relation to discovery [.2]; further review of UCC related discovery requests and production [.6]. | Fees | 2.20 | 0.00 | 595.00 | 1,309.00 |
| 01/16/2018 | Southard, Sean | 10691.025/ Dowling College Litigation<br>Call with Mr. Kleinberg on discovery questions; then reviewing discovery and related emails thereon with Mr. Kleinberg [.4]; emails with Mr. Bivona on enrollment reports; reviewing further discovery production and further emails thereon [.4]. | Fees | 0.80 | 0.00 | 595.00 | 476.00 |
| 01/22/2018 | Kiss, Lauren | 10691.025/ Dowling College Litigation<br>Reviewing emails produced by Mr. Clayton, redacting portions of email protected by the attorney client privilege and emailing with Mr. Southard. | Fees | 2.20 | 0.00 | 395.00 | 869.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------|-----------|-------|-------|-------|-------|
| 02/16/2018 | Kiss, Lauren | 10691.025/ Dowling College<br>Litigation<br>Redacting board minutes and emailing with Mr. Kleinberg. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 02/16/2018 | Southard, Sean | 10691.025/ Dowling College<br>Litigation<br>Emails with Ms. Kiss on review of emails for UCC production; reviewing same for redaction [.4]. | Fees | 0.40 | 0.00 | 595.00 | 238.00 |
| 03/05/2018 | Southard, Sean | 10691.025/ Dowling College<br>Litigation<br>Emails with Mr. Kleinberg and Ms. Kiss in relation to committee document request and production [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 03/05/2018 | Kiss, Lauren | 10691.025/ Dowling College<br>Litigation<br>Reviewing Mr. Kleinberg's email, bate stamping fourth document production to the committee and emailing with committee counsel. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |
| | | **Matter Description (First Line): Litigation** | | 40.60 | 0.00 | | 22,167.00 |

**Matter Description (First Line): Litigation - WARN Adversary Proceeding**

| Date | Professional | Matter ID/Client Sort | Component | Hours | Units | Price | Value |
|------|-------------|------------------------|-----------|-------|-------|-------|-------|
| 10/10/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Mr. Bivona and Mr. Rosenfeld in relation to mediation fees and status [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/11/2017 | Scott, Brendan | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Begin preparing draft settlement motion and outline. | Fees | 2.50 | 0.00 | 495.00 | 1,237.50 |
| 10/11/2017 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emails with Mr. Scott on status of settlement and potential framework [.1]; discussing same [.1]; then reviewing email from Mr. Scott to Ms. Roupinian thereon [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 10/13/2017 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emails with Ms. Roupinian, et al. on appearance and status for pre-trial [.2]; discussing with Mr. Scott and preparing for hearing [.3]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 10/15/2017 | Scott, Brendan | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing email from Ms. Roupinian re: Plaintiff's damage calculations. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/16/2017 | Scott, Brendan | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Telephone calls with Mr. Southard to discuss Plaintiffs' damage calculations [.1]; reviewing Plaintiffs' damage calculations and telephone call to Plaintiffs' counsel re: calculations [1.0]; reviewing email from Mr. Bivona with comments to Plaintiffs' calculations [.1]. | Fees | 1.20 | 0.00 | 495.00 | 594.00 |
| 10/16/2017 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing email from Ms. Roupinian and then prior calculation data on potential claims [.4]; further emails with Ms. Roupinian and Mr. Scott on proposal for adjournment [.2]; call with Mr. Scott in relation to same and pre-trial conference preparations [.5]; attending pre-trial conference and conferring with counsel and plaintiff following same (time split with other matters) [.6]; call with Mr. Scott in relation to results of pre-trial conference, response to Ms. Roupininan [.5]; reviewing email from Mr. Bivona and Ms. Dimola on response to calculations [.2]. | Fees | 2.40 | 0.00 | 575.00 | 1,380.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/17/2017 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing Plaintiff's revised damage calculations and preparing email to client re: same [.7]; conferring with Mr. Southard re: Plaintiff's revised damage calculations and next steps relating to settlement negotiation [.1]. | Fees | 0.80 | 0.00 | 495.00 | 396.00 |
| 10/17/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Ms. Roupinian and updated calculations [.2]; discussing with Mr. Scott [.1]; reviewing email to Mr. Rosenfeld from Mr. Scott with summary of damage [.2]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 10/18/2017 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Conferring with Mr. Southard re: Plaintiff's damage calculations [.2]; preparing email to Ms. Roupinian re to re-engage in a settlement dialogue [.5]. | Fees | 0.70 | 0.00 | 495.00 | 346.50 |
| 10/18/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Discussing WARN Act status and settlement process with Mr. Scott [.2]; reviewing email to Ms. Roupinian thereon [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 10/23/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Ms. Roupinian [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------|-----------|-------|-------|-------|-------|
| 10/23/2017 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Ms. Roupinian re: settlement. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 10/24/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Discussing status and call on discovery and settlement with Mr. Scott [.1]; reviewing email from Ms. Roupinian [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 10/24/2017 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Mr Roupinian re: settlement negotiations. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 10/27/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Email to Ms. Roupinian on status update [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 10/30/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Discussing WARN act status with Mr. Scott and reviewing related email to Ms. Roupinian. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/06/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Ms. Roupinian and then emails thereon with client representatives on further inquires and comments to spreadsheet [.3]; call and emails with Ms. Kiss and Mr. Scott in relation to same [.3]; further emails with Ms. Kiss on analysis of legal questions and CBA provision [.3]; call with Ms. Roupinian and Ms. Kiss and Messrs. Scott and Raisner [.8]. | Fees | 1.70 | 0.00 | 575.00 | 977.50 |
| 11/06/2017 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Telephone call with Mr. Southard and Ms. Kiss re: Plaintiff's request for additional information. [.3]; reviewing email from Ms. Roupinian with requests for additional information [.2]; reviewing and responding to email from Ms. Kiss re: same [.1]; conference call with Messrs. Southard, Kiss and Roupinian re: various newly identified issues raised by Class Counsel related to damage calculations [.8]. | Fees | 1.40 | 0.00 | 495.00 | 693.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/06/2017 | Kiss, Lauren | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Conference call with Messrs. Southard and Scott discussing WARN Act adversary proceeding and Ms. Roupinian's questions [.3]; telephone call with Ms. Dimola discussing Ms. Roupinian's questions [.2]; reviewing collective bargaining agreements and calculations of priority claims in preparation for conference call [1.2]; conference call with Messrs. Southard and Scott and Ms. Roupinian [.8]. | Fees | 2.50 | 0.00 | 375.00 | 937.50 |
| 11/07/2017 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emails with Ms. Kiss and reviewing proposed memo in relation to non-WARN employee claims for settlement [.2]; further emails with Ms. Kiss on response to inquiries of plaintiff, preparing modified email to plaintiff counsel and sending same [.4]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 11/07/2017 | Kiss, Lauren | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Preparing response to Ms. Roupinian's questions and emailing with Messrs. Southard and Scott [1.6]; telephone call with Ms. Dimola discussing response [.2]. | Fees | 1.80 | 0.00 | 375.00 | 675.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------------|-----------|-------|-------|-------|-------|
| 11/07/2017 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Ms. Kiss re: WARN<br>damage and non WARN claims calculations. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 11/09/2017 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Conference call with Mr. Southard and Ms.<br>Roupinian to discuss damage calculations,<br>including different buckets of potential<br>claims. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 11/09/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Call with Ms. Roupinian, Ms. Kiss and Mr.<br>Scott on status of employee termination<br>claims, including WARN [.3]; preparing<br>email to Ms. Dimola, Ms. Kiss and Messrs.<br>Bivona and Rosenfeld [.2]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 11/09/2017 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Conference call with Messrs. Southard and<br>Scott and Ms. Roupinian. | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 11/10/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing emails from Ms. Dimola in<br>relation to employee claim calculations [.2];<br>related emails with Ms. Kiss [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------|-----------|-------|-------|-------|-------|
| 11/13/2017 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Discussing potential WARN Act calculations with Mr. Scott [.3]; reviewing life insurance reports received from Ms. Dimola and call with Ms. Dimola regarding same [1.0]; reviewing faculty agreement for vacation accrual [.6]; telephone call with Ms. Dimola discussing vacation and sick accruals [.4]; reviewing collective bargaining agreements for sick and vacation accruals [.7]. | Fees | 3.00 | 0.00 | 375.00 | 1,125.00 |
| 11/13/2017 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Ms. Kiss re: value of life insurance benefits provided by Dowling to employees. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 11/13/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email form Ms. Kiss outlining updated WARN calculations [.1]; emails in relation to adjournment of call from Ms. Roupinian and Mr. Scott [.1]; reviewing email and updated analysis on life insurance calculations from Ms. Kiss [.2]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/14/2017 | Kiss, Lauren | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing Dowling's time off manual for vacation accrual for unaligned employees and calculating potential WARN Act damages [2.8]; telephone call with Ms. Dimola discussing calculations [.3]; emailing Ms. Dimola list of employees to confirm vacation accrual amounts [.3]; reviewing Local 153 collective bargaining agreement for vacation accrual and calculating potential WARN Act damages [1.0]; reviewing Local 434 collective bargaining agreement for sick and vacation accrual and calculating potential WARN Act damages [1.6]; preparing master spreadsheet with potential WARN Act damages and non-WARN Act damages for employee compensation claims [3.3]. | Fees | 9.30 | 0.00 | 375.00 | 3,487.50 |
| 11/14/2017 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emails on WARN act class counsel discussion [.1]; call with WARN act counsel, emails with Ms. Kiss and Mr. Scott thereon [.3]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/15/2017 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Telephone call with Ms. Roupinian re:<br>priority claims and various buckets of non-<br>priority claims [.1]; reviewing email from<br>Ms. Roupinian in follow up to call [.1];<br>reviewing email from Mr. Kiss re: valuation<br>of hourly employee wages [.1]. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 11/15/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Ms. Roupinian [.2];<br>emails with Ms. Kiss and discussion with<br>same on WARN Act calculations and<br>reviewing related spreadsheets [.3]; call with<br>Ms. Roupinian and Mr. Scott and then<br>related emails [.3]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/15/2017 | Kiss, Lauren | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Calculating medical, dental and vision benefits for potential WARN Act damages [2.3]; reviewing Ms. Dimola's email regarding unaligned vacation accruals and calculating potential WARN Act damages [1.3]; telephone call with Ms. Dimola regarding calculations [.2]; discussing potential WARN Act calculations with Mr. Southard [.2]; discussing medical benefits calculation with Mr. Bivona [.1]; preparing master spreadsheet of potential WARN Act damages and non-WARN Act damages [3.1]. | Fees | 7.20 | 0.00 | 375.00 | 2,700.00 |
| 11/16/2017 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Discussing WARN Act and employee claim calculations with Ms. Kiss; then adding Mr. Scott to discussion [.4]; emails and call on status with Ms. Kiss and Mr. Scott [.3]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/16/2017 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Preparing master spreadsheet of potential WARN Act damages [1.1]; telephone call with Ms. Dimola discussing hourly rates of former employees [.3]; calculating potential WARN Act damages for hourly unaligned employees [.7]; conference call with Ms. Dimola and Ms. Hellman discussing medical benefits [.5]; telephone calls with Ms. Dimola discussing medical benefits and calculation of same [.5]; discussing medical benefit calculations with Messrs. Southard and Scott separately [.3]; reviewing Cigna invoice and Sterling Risk presentation and comparing figures to RSR's calculations [.6]; calculating medical benefits for potential WARN Act damages [2.4]; telephone call with Ms. Hellman discussing medical benefits [.1]. | Fees | 6.50 | 0.00 | 375.00 | 2,437.50 |
| 11/17/2017 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Conferring with Ms. Kiss re: WARN benefit calculations [.3]; conference call with Messrs. Roupinian, Southard and Kiss to discuss settlement of WARN Class claims and non-warn employee claims [.5]; meeting with Ms. Kiss to discuss WARN damage calculations [.2]. | Fees | 1.00 | 0.00 | 495.00 | 495.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------|-----------|-------|-------|-------|-------|
| 11/17/2017 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing Mr. Scott's wages calculations for potential WARN Act damages and incorporating into master spreadsheet [.5]; discussing calculations with Mr. Scott [.3]; researching entitlement to medical benefits under the WARN Act [1.7]; discussing research with Mr. Scott [.1]; calculating wages owed to former employees who were terminated after June 1 [.8]; discussing master spreadsheet with Mr. Scott [.2]; telephone call with Ms. Dimola discussing outstanding WARN Act issues [.4]; revising life insurance benefit amounts based upon June invoice [.8]. | Fees | 4.80 | 0.00 | 375.00 | 1,800.00 |
| 11/17/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Mr. Scott and Ms. Kiss on WARN Act call, etc. [.2]; call on WARN Act with counsel to plaintiffs and related emails on US DOL claim [.3]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 11/20/2017 | Strine, Kristen | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing Claims Spreadsheet per Ms. Kiss' request. | Fees | 1.00 | 0.00 | 175.00 | 175.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/20/2017 | Bergman, Rayella | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing spreadsheets and DOL claims per Ms. Kiss's request. | Fees | 1.20 | 0.00 | 175.00 | 210.00 |
| 11/20/2017 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Meeting with Ms. Kiss discussing WARN and non-WARN employee claims calculations and potential settlement; joined by Mr. Scott; emails with Mr. Bivona on CIGNA/Healthplex claims, etc. [1.8]. | Fees | 1.80 | 0.00 | 575.00 | 1,035.00 |
| 11/20/2017 | Scott, Brendan | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Meeting with Mr. Southard and Ms. Kiss to discuss WARN and non-WARN damage calculations. | Fees | 1.40 | 0.00 | 495.00 | 693.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/20/2017 | Kiss, Lauren | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Preparing master spreadsheet and supporting documentation of calculations [3.2]; preparing spreadsheet of calculations for Ms. Strine and Ms. Bergman to review [.8]; discussing same with Ms. Strine and Ms. Bergman separately [.2]; revising master spreadsheet with Ms. Strine's comments [.3]; revising master spreadsheet with Ms. Bergman's comments [.4]; discussing master spreadsheet and calculations with Mr. Southard and joined by Mr. Scott [1.8]; revising master spreadsheet based upon discussion with Messrs. Southard and Scott [4.7]; reviewing third party's analysis of unpaid processed medical claims and emailing with Ms. Strine [.3]. | Fees | 11.70 | 0.00 | 375.00 | 4,387.50 |
| 11/21/2017 | Strine, Kristen | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Updating Claims Spreadsheet per Ms. Kiss' request. | Fees | 4.50 | 0.00 | 175.00 | 787.50 |
| 11/21/2017 | Scott, Brendan | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Preparing email to Ms. Roupinian | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 11/21/2017 | Bergman, Rayella | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing settlement calculations per Ms. Kiss' request. | Fees | 1.20 | 0.00 | 175.00 | 210.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/21/2017 | Kiss, Lauren | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Discussing calculations and revisions to master spreadsheet with Ms. Strine and Ms. Bergman separately and revising master spreadsheet [.8]; discussing master spreadsheet with Mr. Southard [.4]; discussing processed medical and dental claims with Ms. Strine [.1]; discussing processed claims and DOL proof of claim with Mr. Southard and revising master spreadsheet to include all employees with outstanding processed claim amounts [2.1]; revising potential WARN Act calculations for former employees who continued to work after June 1 [3.8]; revising master spreadsheet for circulation to plaintiff's counsel and emailing with Messrs. Southard and Scott [.2]. | Fees | 7.40 | 0.00 | 375.00 | 2,775.00 |
| 11/21/2017 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Meeting with Ms. Kiss discussing WARN calculations [.4]; reviewing draft spreadsheet from Ms. Kiss and reviewing and revising same; then emails and discussion with Ms. Kiss and Mr. Scott thereon [1.2]; reviewing draft email from Mr. Scott to plaintiff counsel and response from Ms. Kiss [.2]. | Fees | 1.80 | 0.00 | 575.00 | 1,035.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/22/2017 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emails with Ms. Roupinian and Mr. Scott on WARN Act call and settlement discussions [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 11/24/2017 | Kiss, Lauren | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Conference call with Messrs. Southard, Scott and Raisner and Ms. Roupinian. | Fees | 0.80 | 0.00 | 375.00 | 300.00 |
| 11/24/2017 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing email from Mr. Raisner with caselaw in relation to settlement [.2]; emails with Mr. Scott and Ms. Kiss thereon [.2]; call with Messrs. Raisner, Scott and Messes. Kiss and Roupinian on WARN act status and settlement [.8]; call with Mr. Scott thereafter [.3]. | Fees | 1.50 | 0.00 | 575.00 | 862.50 |
| 11/24/2017 | Scott, Brendan | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing email from Mr. Raisner re: Plaintiff's valuation of WARN benefit claims [.1]; conference call with Messrs. Roupinian, Raisner, Southard and Kiss to discuss settlement [.8]; telephone call with Mr. Southard in follow up to call with Plaintiff's counsel [.3] | Fees | 1.20 | 0.00 | 495.00 | 594.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/26/2017 | Scott, Brendan | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing emails from Ms. Roupinian and Mr. Southard re: Plaintiff's revised settlement offer. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 11/27/2017 | Kiss, Lauren | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing email from Ms. Roupinian regarding proposed settlement and comparing plaintiff's chart of damages to KWJS&S's chart of damages [.5]; conference call with Messrs. Southard and Rosenfeld regarding proposed settlement [.5]; confirming amounts in master spreadsheet against individual spreadsheets [.8]. | Fees | 1.80 | 0.00 | 375.00 | 675.00 |
| 11/27/2017 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emails with Messrs. Rosenfeld, Bivona, Scott and Ms. Kiss related to status of settlement proposal by plaintiff; reviewing spreadsheets and revising calculations, etc. [.5]; call with Mr. Rosenfeld and Ms. Kiss thereon [.5]; preparing for pre-trial conference [.4]; appearing at pretrial conference and discussions with counsel before and after hearing on settlement status and presentation to Court (time split with other matter) [.9]. | Fees | 2.30 | 0.00 | 575.00 | 1,322.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/27/2017 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Attending pretrial conference and meeting with parties prior to and after hearing (time split with other matter). | Fees | 0.90 | 0.00 | 375.00 | 337.50 |
| 11/28/2017 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Comparing amounts in master spreadsheet against individual spreadsheets and revising master spreadsheet [5.8]; revising key to employee claims based upon revisions [.8]; discussing discrepancy between master spreadsheet and processed claim amounts with Ms. Strine [.2]; revising master spreadsheet with Ms. Strine's comments to the processed medical and dental claim amounts and discussing same with Ms. Strine [.3]; discussing proposed settlement and damage calculations with Mr. Southard [.3]; revising master spreadsheet based upon discussion with Mr. Southard [.2]; reviewing draft email from Mr. Southard regarding proposed settlement and revising email [.3]; reviewing list of employees terminated in early 2016 and third party administrator amounts to determine potential priority claim amount [.7]. | Fees | 8.60 | 0.00 | 375.00 | 3,225.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/28/2017 | Strine, Kristen | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing Medical and Dental Claims spreadsheets per Ms. Kiss' request. | Fees | 3.00 | 0.00 | 175.00 | 525.00 |
| 11/28/2017 | Scott, Brendan | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Conferring with Mr. Southard to discuss settlement strategy and results of status conference on 11/27 [.3]; reviewing email from Ms. Kiss with comments on damage calculation spreadsheet [.1]. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 11/28/2017 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Discussing results of hearing and status with Mr. Scott [.3]; preparing draft email to counsel to plaintiffs and then emails with Ms. Kiss and Mr. Scott thereon; reviewing and revising spreadsheets [1.2]; emails with Ms. Kiss on updated chart [.2]; reviewing email from Mr. Scott and then from Ms. Kiss on communication to counsel [.2]. | Fees | 1.90 | 0.00 | 575.00 | 1,092.50 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/29/2017 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing and revising WARN act claim settlement spreadsheets [1.5]; reviewing DOL claim information and spreadsheet from Ms. Kiss; then emails thereon with Ms. Kiss and Mr. Bivona [.3]; call with Mr. Bivona [.2]; further discussion and emails with Ms. Kiss and Mr. Bivona there on [.3]; further revisions to WARN act spreadsheet and calculations, then email to Ms. Kiss and Mr. Scott [.7]. | Fees | 3.00 | 0.00 | 575.00 | 1,725.00 |
| 11/29/2017 | Bergman, Rayella | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing spreadsheets per Ms. Kiss's request. | Fees | 0.50 | 0.00 | 175.00 | 87.50 |
| 11/29/2017 | Kiss, Lauren | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Filling in DOL claim information for employees not part of the WARN Act class and comparing DOL proof of claim amounts to third party administrator amounts and emailing discrepancies to Mr. Southard. | Fees | 3.40 | 0.00 | 375.00 | 1,275.00 |
| 11/29/2017 | Scott, Brendan | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Analyzing email with revised damage calculation and non-WARN claims spreadsheet prepared by Mr. Southard. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/30/2017 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Continuing to analyze revised damage calculation spreadsheet prepared by Mr. Southard [.4]; conferring with Mr. Southard and Ms. Kiss re: revised damage calculations and settlement strategy [.3]. | Fees | 0.70 | 0.00 | 495.00 | 346.50 |
| 11/30/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Discussing WARN calculations with Ms. Kiss and reviewing spreadsheet [.3]; discussing WARN matters with Mr. Scott and then adding Ms. Kiss [.3]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/30/2017 | Kiss, Lauren | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing Mr. Southard's email and updated master spreadsheet and confirming total amounts [.9]; discussing same with Mr. Southard [.3]; revising master spreadsheet based upon discussion with Mr. Southard [1.8]; telephone call with Ms. Dimola discussing Local 30 union members and calculating potential WARN Act amounts [.5]; telephone call with Ms. Dimola regarding hours worked for part time employees [.2]; telephone call with Ms. Hellman regarding calculations for part time employees and adjuncts [.1]; reviewing Ms. Hellman's email and notes regarding calculations [.5]; telephone call with Ms. Hellman discussing potential WARN calculations for part time employees and adjuncts [1.3]; discussing calculations with Messrs. Southard and Scott [.1]. | Fees | 5.70 | 0.00 | 375.00 | 2,137.50 |
| 12/01/2017 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing email from Ms. Kiss and responding to same; then emails with Mr. Scott on calculation of WARN damages [.3]; call with Ms. Kiss thereon [.1]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/01/2017 | Kiss, Lauren | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Conference call with Messrs. Southard, Rosenfeld and Bivona regarding status of WARN Act litigation (time split with other matter) [.4]; conference call with Ms. Dimola and Ms. Hellman regarding potential WARN Act calculations for part time employees [1.9]; reviewing calculations and emailing with Messrs. Southard and Scott regarding part time calculations and proposed changes thereto [1.8]; discussing calculations with Mr. Scott [.1]; telephone calls with Ms. Dimola discussing supporting documentation, payroll questions for spring 2016 semester, and calculations for hourly employees [1.5]; telephone call with Ms. Hellman discussing supporting documentation [.2]. | Fees | 5.90 | 0.00 | 375.00 | 2,212.50 |
| 12/01/2017 | Scott, Brendan | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing and responding to emails from Ms. Kiss re: revised part time employee damage calculations. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 12/04/2017 | Strine, Kristen | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing Wage claims per Ms. Kiss' request. | Fees | 2.00 | 0.00 | 175.00 | 350.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 12/04/2017 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Discussing potential WARN Act calculations with Mr. Southard multiple times [.4]; reviewing Dowling's academic calendar for the 2015-2016 calendar year [.2]; telephone calls with Ms. Dimola regarding part time calculations and ADP reports [.9]; comparing prior ADP reports to newly generated ADP report [.5]; reviewing ADP report and calculating potential WARN Act damages for adjuncts [1.8]; telephone call with Ms. Hellman regarding potential WARN Act calculations [.3]; emailing with Ms. Strine regarding assignment to review calculations for adjuncts [.2]; reviewing ADP report and calculating potential WARN Act damages for coaches [1.0]; discussing adjunct calculations with Mr. Strine [.1]; reviewing Ms. Strine's comments to the adjunct calculations and revising master spreadsheet [.6]; discussing payroll for Messrs. Dirico and Mateyko with Ms. Dimola [.2]; reviewing calculations for medical benefits and emailing with Ms. Hellman [.3]. | Fees | 6.50 | 0.00 | 375.00 | 2,437.50 |
| 12/05/2017 | Strine, Kristen | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Updating master claims spreadsheet with updated Wage amounts. | Fees | 3.50 | 0.00 | 175.00 | 612.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------|-----------|-------|-------|-------|-------|
| 12/05/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Several emails with Ms. Kiss and Mr. Scott on diligence and WARN act calculations [.3]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 12/05/2017 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Telephone calls with Ms. Hellman regarding list of adjuncts and list of recipients for WARN Act notification and emailing with Messrs. Southard and Scott [.7]; discussing list of adjuncts with Ms. Strine [.1]; telephone call with Ms. Dimola regarding ADP reports and ERIP creditors [.4]; reviewing ADP report and calculating potential WARN Act damages for field supervisors [.6]; reviewing ADP report and calculating potential WARN Act damages for instructors [.7]; updating master spreadsheet with potential WARN Act damages for part time employees [1.3]. | Fees | 3.80 | 0.00 | 375.00 | 1,425.00 |
| 12/05/2017 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing and responding to emails from Ms. Kiss and Mr. Southard re: certain adjunct professors not included in WARN class list. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/06/2017 | Strine, Kristen | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Updating master claims spreadsheet with<br>updated Wage amounts. | Fees | 2.00 | 0.00 | 175.00 | 350.00 |
| 12/06/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Discussing status of calculations with Ms.<br>Kiss [.1] | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 12/06/2017 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing ADP report and calculating<br>potential WARN Act damages for tutors<br>[.6]; reviewing ADP reports and discussing<br>changes to ADP report with Ms. Dimola<br>[.6]; reviewing updated ADP reports and<br>revising calculations and master spreadsheet<br>[4.8]; discussing calculations with Ms.<br>Strine [.2]; revising master spreadsheet and<br>removing individuals with no WARN Act<br>damages [.5]. | Fees | 6.70 | 0.00 | 375.00 | 2,512.50 |
| 12/06/2017 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Ms. Kiss with further<br>revisions to damage calculation spreadsheet. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/07/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Ms. Kiss and Mr. Scott on updated calculations; reviewing same [.3] call with Ms. Kiss in relation to same [.6]; reviewing and revising spreadsheet and emails with Ms. Kiss and Mr. Scott thereon [.6]. | Fees | 1.50 | 0.00 | 575.00 | 862.50 |
| 12/07/2017 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Telephone call with Ms. Dimola regarding individuals with no WARN Act damages [.3]; telephone call with Mr. Southard discussing changes to the potential WARN Act damage calculations for part time employees [.6]; telephone call with Ms. Dimola and Mr. Benka regarding calculations [.2]; telephone calls with Ms. Dimola regarding employees with multiple job titles and payments for each job [.8]; revising master spreadsheet based upon discussion with Ms. Dimola [1.3]. | Fees | 3.20 | 0.00 | 375.00 | 1,200.00 |
| 12/08/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Discussing status on calculations with Ms. Kiss [.1]; reviewing updated spreadsheet and preparing email to plaintiff class counsel; discussing with Ms. Kiss [.9]; further emails with Ms. Kiss thereon and with Mr. Scott [.3]. | Fees | 1.30 | 0.00 | 575.00 | 747.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/08/2017 | Kiss, Lauren | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Revising master spreadsheet with updated termination dates and DOL claim information [1.4]; reviewing and revising email to Plaintiff's counsel [.3]. | Fees | 1.70 | 0.00 | 375.00 | 637.50 |
| 12/08/2017 | Scott, Brendan | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing proposed settlement communication received from Mr. Southard [.1]; reviewing email from Ms. Kiss re: same [.1]; preparing email response to Mr. Southard [.1]. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 12/09/2017 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing and revising communication to counsel for WARN plaintiffs and spreadsheet from Ms. Kiss; then transmitting same [.5]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 12/14/2017 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Email to plaintiff counsel on status [.1]; discussing status with Ms. Kiss [.1]; emails on call status with Ms. Roupinian; then to Mr. Rosenfeld on update [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/15/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails in relation to WARN act discussion on settlement with counsel to plaintiffs [.1]; call with counsel to plaintiffs and Ms. Kiss and Mr. Scott thereon; further discussions thereon [1.1]; several further discussions with Ms. Kiss and Mr. Scott; emails with Ms. Roupinian and Mr. Raisner on settlement matters; then preparing revised spreadsheet and email to committee counsel [.8]; further discussions with Mr. Scott and Ms. Kiss on settlement calculations [.3]. | Fees | 2.30 | 0.00 | 575.00 | 1,322.50 |
| 12/15/2017 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Conference call with Messrs. Southard, Scott and Raisner and Ms. Roupinian discussing settlement and updated master spreadsheet [1.0]; revising master spreadsheet and discussing calculations with Mr. Scott [1.4]. | Fees | 2.40 | 0.00 | 375.00 | 900.00 |
| 12/15/2017 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Telephone call with Plaintiff's counsel, Mr. Southard and Ms. Kiss to discuss settlement [1.0]; conferring with Ms. Kiss in follow up to conference call to determine various settlement scenarios [1.4]. | Fees | 2.40 | 0.00 | 495.00 | 1,188.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/16/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Mr. Friedman [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 12/18/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with counsel to committee and<br>plaintiffs on call scheduling, etc. [.2]; call<br>with counsel to plaintiff and committee on<br>status of WARN Act litigation [.5]; emails<br>with Ms. Kiss and Mr. Scott on documents<br>and production to UCC counsel [.3]; further<br>discussions with Mr. Friedman thereon [.2]. | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 12/18/2017 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Conference call with Messrs. Friedman and<br>Southard and Mses. Roupinian and Kiss to<br>discuss status of settlement negotiations<br>with counsel for the Creditor's Committee. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/18/2017 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Conference call with Messrs. Southard, Scott, Friedman and Powers and Ms. Roupinian discussing ongoing settlement negotiations [.5]; telephone call with Mr. Southard regarding documents to send to Committee counsel, reviewing documents and emailing same to Messrs. Friedman and Powers [.3]; updating key to master spreadsheet based upon changes to part-time calculations [1.3]. | Fees | 2.10 | 0.00 | 375.00 | 787.50 |
| 12/19/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Discussing hearing results on WARN act claim and negotiations with Mr. Scott [.1]; reviewing and responding to emails from Ms. Roupinian and to Messrs. Friedman and Powers [.2]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 12/20/2017 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing WARN Act settlements in other cases and emailing with Messrs. Southard and Scott. | Fees | 1.30 | 0.00 | 375.00 | 487.50 |
| 12/20/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email and settlement forms from Ms. Kiss [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/27/2017 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Messrs. Friedman and Powers<br>on status [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 01/03/2018 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Conference call with Messrs. Raisner,<br>Southard, and Powers and Messes.<br>Roupinian and Ms. Kiss to discuss<br>settlement [.9]; conference call with Mr.<br>Southard and Mr. Powers re: same [.2]. | Fees | 1.10 | 0.00 | 495.00 | 544.50 |
| 01/03/2018 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing and responding to email from<br>Mr. Powers [.2]; reviewing spreadsheet on<br>settlement calculations [.3]; call with<br>plaintiffs' counsel and counsel to UCC on<br>potential settlement and related matters;<br>further discussions with Mr. Scott thereon<br>[1.0]. | Fees | 1.50 | 0.00 | 595.00 | 892.50 |
| 01/03/2018 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing Mr. Power's email with list of<br>questions, reviewing information on Linda<br>Ardito and emailing with Mr. Southard [.3];<br>conference call with Messrs. Southard,<br>Scott, Powers, Raisner and Ms. Roupinian<br>[.8]. | Fees | 1.10 | 0.00 | 395.00 | 434.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/04/2018 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Mr. Kiss; reviewing and updating spreadsheet on WARN calculations, then emails with counsel to UCC and plaintiffs in relation to same [.7]. | Fees | 0.70 | 0.00 | 595.00 | 416.50 |
| 01/04/2018 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing Mr. Southard's email and latest version of master spreadsheet and emailing with Mr. Southard. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 01/05/2018 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing updated WARN Act calculations. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 01/08/2018 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Discussing with Ms. Kiss status of WARN with committee counsel and further process [.1]; several emails with Mr. Powers and Ms. Roupinian on call scheduling and status [.2]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 01/10/2018 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Conference call with Messrs. Southard, Powers, Raisner and Ms. Roupinian. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/10/2018 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Call with counsel to plaintiff and committee in relation to settlement of WARN act complaint; then follow-up call with counsel to committee [.6]. | Fees | 0.60 | 0.00 | 595.00 | 357.00 |
| 01/16/2018 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Ms. Roupinian; then several emails with client and counsel to Committee in relation to same [.4]. | Fees | 0.40 | 0.00 | 595.00 | 238.00 |
| 01/16/2018 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Plaintiff's counsel regarding settlement offer. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 01/16/2018 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Mr. Southard with updated settlement offer from Plaintiffs. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 01/17/2018 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Call with Messrs. Powers and Friedman in relation to WARN act plaintiff position [.3]; emails with parties on request for call and time for same [.1]. | Fees | 0.40 | 0.00 | 595.00 | 238.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/18/2018 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Discussing settlement construct and potential strategies with Ms. Kiss in advance of call [.2]; call with counsel to plaintiffs and committee on settlement [.5]; follow-up call with Messrs. Friedman and Powers [.2]. | Fees | 0.90 | 0.00 | 595.00 | 535.50 |
| 01/18/2018 | Kiss, Lauren | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Conference call with Messrs. Southard, Powers, Friedman, Raisner and Ms. Roupinian discussing settlement. | Fees | 0.50 | 0.00 | 395.00 | 197.50 |
| 01/22/2018 | Kiss, Lauren | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Public Access to Court Electronic Records for quarter ending 12/31/17. | PACER | 0.00 | 1.00 | 2.20 | 2.20 |
| 01/24/2018 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Call with Mr. Friedman in relation to WARN Act status [.2]; emails with Ms. Kiss and Mr. Scott thereon [.1]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 01/24/2018 | Scott, Brendan | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing email from Mr. Southard re; Plaintiff's revised settlement proposal. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------|-----------|-------|-------|-------|-------|
| 01/25/2018 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing and revising WARN<br>calculations; then preparing email analysis<br>to Messrs. Friedman and Powers thereon<br>[.6]. | Fees | 0.60 | 0.00 | 595.00 | 357.00 |
| 01/25/2018 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Mr. Southard to<br>Committee counsel re; status of settlement<br>discussions. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 01/29/2018 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing emails on WARN Act<br>settlement. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 01/30/2018 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Researching opt-out rights in potential<br>settlement [2.6]; researching interplay<br>between WARN Act and Non-Warn Act<br>amounts [1.3]; discussing research with Mr.<br>Southard [.2]. | Fees | 4.10 | 0.00 | 395.00 | 1,619.50 |
| 02/02/2018 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Messrs. Powers and Friedman<br>on status of WARN negotiations [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------|-----------|-------|-------|-------|-------|
| 02/05/2018 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails on status and call request with Mr.<br>Powers [.1]; call with plaintiff counsel and<br>committee counsel on settlement status and<br>pretrial conference [.4]. | Fees | 0.50 | 0.00 | 595.00 | 297.50 |
| 02/06/2018 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Ms. Roupinian and Mr. Powers<br>on status; reviewing adjournment notice, etc.<br>[.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 02/07/2018 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Mr. Bivona and reviewing<br>spreadsheet on claims totals for priority<br>claims under various scenarios [.3];<br>discussing status with Mr. Scott [.1]. | Fees | 0.40 | 0.00 | 595.00 | 238.00 |
| 02/07/2018 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing emails regarding non-WARN<br>Act amounts and confirming same. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 02/12/2018 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing WARN Act letter filed by Mr.<br>Raisner [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------|-----------|-------|-------|-------|-------|
| 03/02/2018 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing form of Final Pretrial Order on<br>bankruptcy court website and emailing with<br>Ms. Roupinian and Mr. Raisner regarding<br>same. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 03/02/2018 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Messes. Kiss and Roupinian in<br>relation to WARN discovery and pretrial<br>order [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 03/05/2018 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Email to Ms. Roupinian on discovery<br>intentions [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 03/07/2018 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing draft of joint pretrial order. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 04/10/2018 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Mr. Shandler and<br>then emails with Mr. Scott and Ms. Kiss<br>[.2]; emails with Mr. Friedman thereon [.1]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 04/10/2018 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing subpoenas issued by Plaintiffs<br>and various emails with Mr. Southard re:<br>same. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 04/11/2018 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing emails and attached notices to take depositions and requests for documents from plaintiff counsel; emails to same; then emails with Mr. Scott and Ms. Kiss [.5]; emails with client and Messrs. Powers and Friedman thereon [.2]. | Fees | 0.70 | 0.00 | 595.00 | 416.50 |
| 04/11/2018 | Kiss, Lauren | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing subpoenas served by class counsel. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |
| 04/12/2018 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Discussing WARN act discovery with Mr. Scott [.1]; reviewing deposition notices and calendaring same [.2]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 04/13/2018 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emails with counsel to committee and client on WARN Act litigation status and discovery [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/16/2018 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing engagement agreements for<br>CohnReznick and RBC in relation to<br>subpoenas and then email with client and<br>counsel to board related to update [.4]; email<br>with Mr. Shandler on subpoena [.1]; further<br>review of WARN act discovery requests<br>[.3]; further email with Mr. Kleinberg on<br>same [.1]; emails with committee counsel<br>and client on call and status [.1]. | Fees | 1.00 | 0.00 | 595.00 | 595.00 |
| 04/16/2018 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Mr. Southard re:<br>status. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 04/18/2018 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Call with Messrs. Rosenfeld, Bivona,<br>Friedman, Powers, Scott and Ms. Kiss on<br>WARN Act [.7]; email with Ms. Roupinian<br>on status of litigation and proposed<br>discovery [.1]. | Fees | 0.80 | 0.00 | 595.00 | 476.00 |
| 04/18/2018 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Conference call with Messrs. Southard,<br>Rosenfeld, Bivona, Friedman, and Powers<br>discussing WARN Act. | Fees | 0.70 | 0.00 | 395.00 | 276.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/18/2018 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Reviewing email from Ms. Roupinian re:<br>discovery scheduling issues [.1]; call with<br>Messrs. Rosenfeld, Bivona, Friedman,<br>Powers, Southard and Ms. Kiss on WARN<br>Act [.7]. | Fees | 0.80 | 0.00 | 495.00 | 396.00 |
| 04/19/2018 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Mr. Rosenfeld in relation to<br>WARN plaintiff discussions [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 04/23/2018 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails with Ms. Roupinian and Ms. Kiss<br>and Mr. Scott on call availability; reviewing<br>amended pretrial order [.3]; call with<br>counsel to WARN Act plaintiffs [.3];<br>appearing at hearing before Judge<br>Grossman; discussion with counsel before<br>and after same in relation to hearing (time<br>split) [.5] | Fees | 1.10 | 0.00 | 595.00 | 654.50 |
| 04/23/2018 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Conference call with Plaintiff's counsel, Mr.<br>Southard and Ms. Kiss to discuss discovery<br>scheduling. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/23/2018 | Kiss, Lauren | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Conference call with Messrs. Southard,<br>Scott, and Raisner discussing Plaintiff's<br>discovery. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |
| 04/23/2018 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Call with counsel to WARN Act plaintiffs. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |
| 05/01/2018 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Conferring with Mr. Southard re: scope and<br>structure of Debtor's engagement of RBC. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 05/01/2018 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Emails and discussion with Mr. Scott<br>concerning RBC counsel inquiry [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 05/09/2018 | Scott, Brendan | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Conference call with Mr. Southard and Mr.<br>Serritella on discovery and matters of<br>confidentiality privilege. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 05/09/2018 | Southard, Sean | 10691.030/ Dowling College<br>Litigation - WARN Adversary Proceeding<br>Call with Mr. Scott and counsel to RBC on<br>discovery and matters of confidentiality and<br>privilege [.4]. | Fees | 0.40 | 0.00 | 595.00 | 238.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 05/22/2018 | Scott, Brendan | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing email from Mr. Southard re: adjournment of depositions. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 05/23/2018 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing response from Ms. Roupinian in relation to scheduling of WARN Act [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 05/24/2018 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emails with counsel to RBC concerning requested documents [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 05/24/2018 | Scott, Brendan | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing email from Mr. Serritella re: production of RBC work file. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 05/29/2018 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Emails with Mr. Shandler in relation to Dowling deposition schedule [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 05/30/2018 | Southard, Sean | 10691.030/ Dowling College Litigation - WARN Adversary Proceeding Reviewing email from counsel to plaintiff and attached requests for production; emails with client thereon [.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| | **Matter Description (First Line): Litigation - WARN Adversary Proceeding** | | | 203.00 | 1.00 | | 84,387.20 |

**Matter Description (First Line): Meetings and Communications with Creditors**

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|------|------|------|------|------|
| 10/23/2017 | Southard, Sean | 10691.026/ Dowling College<br>Meetings and Communications with Creditors<br>Emails with Ms. Sweeney on contact from creditor concerning sale [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| 10/27/2017 | Southard, Sean | 10691.026/ Dowling College<br>Meetings and Communications with Creditors<br>Reviewing email from Mr. Bivona on investigation of creditor/party role [.1]. | Fees | 0.10 | 0.00 | 575.00 | 57.50 |
| | **Matter Description (First Line): Meetings and Communications with Creditors** | | | 0.20 | 0.00 | | 115.00 |
| **Matter Description (First Line): Non-Working Travel** | | | | | | | |
| 10/16/2017 | Sweeney, Stephanie | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to and from hearing on Brookhaven sale procedures, Baker Tilly retention, Exclusivity (half rate). | Fees | 1.40 | 0.00 | 198.00 | 277.20 |
| 10/16/2017 | Southard, Sean | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to/from hearings in Central Islip before Judge Grossman (half-rate) [1.9]. | Fees | 1.90 | 0.00 | 287.50 | 546.25 |
| 11/01/2017 | Southard, Sean | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to/from Brookhaven campus for meeting and tour (half rate) [1.8]. | Fees | 1.80 | 0.00 | 287.50 | 517.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/27/2017 | Kiss, Lauren | 10691.027/ Dowling College Non-Working Travel Travel time to and from Court for hearing (1/2 rate). | Fees | 1.00 | 0.00 | 187.50 | 187.50 |
| 11/27/2017 | Southard, Sean | 10691.027/ Dowling College Non-Working Travel Travel to/from hearings in Central Islip (half-rate) [1.8]. | Fees | 1.80 | 0.00 | 287.50 | 517.50 |
| 12/01/2017 | Southard, Sean | 10691.027/ Dowling College Non-Working Travel Travel to/from Ingerman Smith offices in Happauge, NY (half-rate) [1.8]. | Fees | 1.80 | 0.00 | 287.50 | 517.50 |
| 12/07/2017 | Southard, Sean | 10691.027/ Dowling College Non-Working Travel Travel to/from Brookhaven campus for meeting and document review (half-rate) [2.3]. | Fees | 2.30 | 0.00 | 287.50 | 661.25 |
| 12/11/2017 | Southard, Sean | 10691.027/ Dowling College Non-Working Travel Travel to/from Brookhaven campus for meetings and document review (half-rate) [2.1]. | Fees | 2.10 | 0.00 | 287.50 | 603.75 |
| 12/18/2017 | Southard, Sean | 10691.027/ Dowling College Non-Working Travel Travel to/from Central Islip for hearings (half-rate) [1.8]. | Fees | 1.80 | 0.00 | 287.50 | 517.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/17/2018 | Southard, Sean | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to/from Happauge for closing of title 48 Van Bomel (half-rate) [1.8]. | Fees | 1.80 | 0.00 | 297.50 | 535.50 |
| 01/22/2018 | Southard, Sean | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to/from hearings in Central Islip (half-rate) [1.8]. | Fees | 1.80 | 0.00 | 297.50 | 535.50 |
| 01/31/2018 | Sweeney, Stephanie | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to and from auction [1.2]. | Fees | 1.20 | 0.00 | 212.50 | 255.00 |
| 01/31/2018 | Southard, Sean | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to/from auction in East Meadow (half-rate) [.9]. | Fees | 0.90 | 0.00 | 297.50 | 267.75 |
| 01/31/2018 | Corneau, Joseph | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to and from auction. | Fees | 2.00 | 0.00 | 247.50 | 495.00 |
| 02/05/2018 | Southard, Sean | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to/from Central Islip for hearings and meetings at Silverman Acampora offices (half-rate) [2.3]. | Fees | 2.30 | 0.00 | 297.50 | 684.25 |
| 02/08/2018 | Southard, Sean | 10691.027/ Dowling College<br>Non-Working Travel<br>Travel to from meetings in Farmingdale at Brookhaven Town Hall; then to Dowling Brookhaven campus (half-rate) [2.8]. | Fees | 2.80 | 0.00 | 297.50 | 833.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|------|------|------|------|------|
| 02/13/2018 | Southard, Sean | 10691.027/ Dowling College Non-Working Travel Travel to/from meeting in Westchester Airport with interested purchasers (half-rate) [2.4]. | Fees | 2.40 | 0.00 | 297.50 | 714.00 |
| 02/15/2018 | Southard, Sean | 10691.027/ Dowling College Non-Working Travel Travel to/from SilvermanAcampora and Town Hall in Brookhaven (half rate) [1.1]. | Fees | 1.10 | 0.00 | 297.50 | 327.25 |
| 02/26/2018 | Southard, Sean | 10691.027/ Dowling College Non-Working Travel Travel to Parr Organization in Ronkonkoma; then to/from Bankruptcy Court (half rate) [2.7]. | Fees | 2.70 | 0.00 | 297.50 | 803.25 |
| 04/23/2018 | Southard, Sean | 10691.027/ Dowling College Non-Working Travel Travel to/from Court for hearings (half rate) [2.2]. | Fees | 2.20 | 0.00 | 297.50 | 654.50 |
| 05/21/2018 | Southard, Sean | 10691.027/ Dowling College Non-Working Travel Travel to/from hearings on Dowling (half-rate) [2.2]. | Fees | 2.20 | 0.00 | 297.50 | 654.50 |
| | | **Matter Description (First Line): Non-Working Travel** | | 39.30 | 0.00 | | 11,105.45 |

**Matter Description (First Line): Plan and Disclosure Statement**

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------|-----------|-------|-------|-------|-------|
| 10/03/2017 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Discussing plan status and drafting with Mr.<br>Corneau [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 10/03/2017 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Drafting plan [5.2]. Conferring with Mr.<br>Southard regarding plan [0.2]. | Fees | 5.40 | 0.00 | 495.00 | 2,673.00 |
| 10/12/2017 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Drafting plan [3.2]. Telephone call with Mr.<br>Powers regarding plan [0.5]. | Fees | 3.70 | 0.00 | 495.00 | 1,831.50 |
| 10/13/2017 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Drafting plan. | Fees | 3.20 | 0.00 | 495.00 | 1,584.00 |
| 10/23/2017 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing of plan in advance of discussion<br>with Mr. Hammel regarding same [0.2].<br>Telephone call with Mr. Hammel regarding<br>plan [0.7]. | Fees | 0.90 | 0.00 | 495.00 | 445.50 |
| 10/24/2017 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Discussing plan and DS with Mr. Corneau<br>[.5]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/24/2017 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Conferring with Mr. Southard regarding plan [0.5]. Drafting plan [6.1]. | Fees | 6.60 | 0.00 | 495.00 | 3,267.00 |
| 10/25/2017 | Strine, Kristen | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Updating table of contents for Chapter 11 Plan per Mr. Corneau's request. | Fees | 0.80 | 0.00 | 175.00 | 140.00 |
| 10/25/2017 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing docket and preparing disclosure statement [1.3]; emails with Mr. Corneau in relation to creditor settlement and plan [.1]. | Fees | 1.40 | 0.00 | 575.00 | 805.00 |
| 10/25/2017 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Drafting plan [5.2]. Emailing with Mr. Southard regarding July 10 hearing [0.1]. Emailing with Ms. Garofalo regarding transcript of July 10 hearing [0.1]. Emailing with Mr. Hammel regarding plan [0.1]. | Fees | 5.50 | 0.00 | 495.00 | 2,722.50 |
| 10/26/2017 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Discussing with Mr. Corneau plan drafting and certain mechanics [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 10/26/2017 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Further drafting of disclosure statement [1.5]. | Fees | 1.50 | 0.00 | 575.00 | 862.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/26/2017 | Corneau, Joseph | 10691.028/ Dowling College Plan and Disclosure Statement Drafting plan [7.9]. Conferring with Mr. Southard regarding plan status [0.2]. | Fees | 8.10 | 0.00 | 495.00 | 4,009.50 |
| 10/27/2017 | Southard, Sean | 10691.028/ Dowling College Plan and Disclosure Statement Discussing plan draft with Mr. Corneau [.4]; reviewing draft of plan [.8]. | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 10/27/2017 | Corneau, Joseph | 10691.028/ Dowling College Plan and Disclosure Statement Drafting plan [4.2]. Conferring with Mr. Southard regarding plan [0.4]. | Fees | 4.60 | 0.00 | 495.00 | 2,277.00 |
| 10/30/2017 | Southard, Sean | 10691.028/ Dowling College Plan and Disclosure Statement Reviewing plan draft; brief discussion with Mr. Corneau [1.8]; discussing plan revisions with Mr. Corneau briefly [.3]; reviewing updated plan draft from Mr. Corneau [.2]; emails with Mr. Corneau in relation to non-estate and records matters for plan [.2]. | Fees | 2.50 | 0.00 | 575.00 | 1,437.50 |
| 10/30/2017 | Corneau, Joseph | 10691.028/ Dowling College Plan and Disclosure Statement Drafting plan [6.2]. Conferring with Mr. Southard regarding plan [0.3]. | Fees | 6.50 | 0.00 | 495.00 | 3,217.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/31/2017 | Southard, Sean | 10691.028/ Dowling College Plan and Disclosure Statement Reviewing plan draft [.3]; discussing with Mr. Corneau [.7]; reviewing further revised version of plan and related emails with Mr. Corneau [.3]; then reviewing email from Mr. Corneau to Mr. Rosenfeld [.1]. | Fees | 1.40 | 0.00 | 575.00 | 805.00 |
| 10/31/2017 | Sweeney, Stephanie | 10691.028/ Dowling College Plan and Disclosure Statement Reviewing draft liquidating plan. | Fees | 0.50 | 0.00 | 395.00 | 197.50 |
| 10/31/2017 | Corneau, Joseph | 10691.028/ Dowling College Plan and Disclosure Statement Reviewing pleadings related to plan drafting [1.4]. Conferring with Mr. Southard regarding plan [0.7]. Drafting plan [3.2]. Emailing with Mr. Rosenfeld regarding plan [0.2]. | Fees | 5.50 | 0.00 | 495.00 | 2,722.50 |
| 11/01/2017 | Southard, Sean | 10691.028/ Dowling College Plan and Disclosure Statement Emails with Mr. Corneau in relation to plan revisions and discussion with Mr. Rosenfeld [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 11/01/2017 | Corneau, Joseph | 10691.028/ Dowling College Plan and Disclosure Statement Reviewing email from Mr. Southard regarding priority claim treatment and considering mechanics of distribution. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/02/2017 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Discussing plan status with Mr. Corneau and revisions intended [.3]; preliminary review of revised plan [.3]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 11/02/2017 | Strine, Kristen | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reformatting plan per Mr. Corneau's request. | Fees | 0.10 | 0.00 | 175.00 | 17.50 |
| 11/02/2017 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Drafting plan. | Fees | 4.90 | 0.00 | 495.00 | 2,425.50 |
| 11/03/2017 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing transcript from hearing on July 10 approving inter-creditor settlement and emails with Mr. Corneau in relation to same and plan mechanics [.6]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 11/03/2017 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing transcript of final DIP financing hearing in connection with drafting of plan. | Fees | 0.90 | 0.00 | 495.00 | 445.50 |
| 11/06/2017 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing letter from Committee to UMB regarding accounting [0.1]. Reviewing plan and emailing with Mr. Southard regarding timing of payment of priority claims [0.2]. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------|-----------|-------|-------|-------|-------|
| 11/06/2017 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing plan draft and related emails with<br>Mr. Corneau on comments to same [.8]. | Fees | 0.80 | 0.00 | 575.00 | 460.00 |
| 11/08/2017 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Discussing plan and status of same with Mr.<br>Corneau [.2]; email with Mr. Corneau<br>thereon [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 11/08/2017 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Conferring with Mr. Southard regarding DIP<br>financing, Plan [0.2]. Revising plan [0.3].<br>Emailing with Messrs. Rosenfeld and<br>Bivona regarding plan [0.1]. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |
| 11/09/2017 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing plan draft [.2]; call with Messrs.<br>Corneau, Bivona and Rosenfeld in relation<br>to plan of liquidation draft and post-<br>confirmation budget [1.0]. | Fees | 1.20 | 0.00 | 575.00 | 690.00 |
| 11/09/2017 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing plan in advance of discussion<br>with Messrs. Rosenfeld and Bivona<br>regarding same [1.0]. Telephone call with<br>Messrs. Rosenfeld, Bivona and Southard<br>regarding plan [1.0]. | Fees | 2.00 | 0.00 | 495.00 | 990.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/10/2017 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Email with Mr. Kleinberg in relation to plan draft [.1]; call with Mr. Kleinberg in relation to plan [.3]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 11/13/2017 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing plan administrator agreement from Mr. Rosenfeld and related emails [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 11/14/2017 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Emails with Mr. Corneau on plan draft; reviewing latest version of same, then emails to Mr. Kleinberg thereon [.4]. | Fees | 0.40 | 0.00 | 575.00 | 230.00 |
| 11/16/2017 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Discussing plan and status with Mr. Corneau. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 11/16/2017 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Conferring with Mr. Southard regarding plan status. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 11/17/2017 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Briefly reviewing accounting provided by UMB [0.1]. Telephone call with Mr. Southard regarding plan [0.4]. Revising plan [0.2]. Emailing with lenders, UCC counsel regarding plan [0.2]. | Fees | 0.90 | 0.00 | 495.00 | 445.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 11/17/2017 | Southard, Sean | 10691.028/ Dowling College Plan and Disclosure Statement Emails with Mr. Kleinberg in relation to draft of plan and board review; then with Mr. Corneau [.2]; call with Mr. Kleinberg on plan review [.3]; then call and emails with Mr. Corneau thereon [.4]; reviewing plan draft, then further call with Mr. Kleinberg [.3]; reviewing plan draft and related email from Mr. Corneau to interested creditor parties [.2]. | Fees | 1.40 | 0.00 | 575.00 | 805.00 |
| 11/21/2017 | Southard, Sean | 10691.028/ Dowling College Plan and Disclosure Statement Discussing plan and case status with Mr. Corneau [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 11/28/2017 | Southard, Sean | 10691.028/ Dowling College Plan and Disclosure Statement Discussing with Mr. Corneau plan matters in light of hearing comments [.4]; reviewing email from Mr. Corneau in relation to release research [.1]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 11/28/2017 | Corneau, Joseph | 10691.028/ Dowling College Plan and Disclosure Statement Conferring with Mr. Southard regarding plan status [0.4]. Reviewing FEGS plan, referenced at Court at November 27 hearing, disclosure statement and ballots relative to plan structure [0.6]. | Fees | 1.00 | 0.00 | 495.00 | 495.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------|-----------|-------|-------|-------|-------|
| 11/29/2017 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Discussing plan status with Mr. Corneau and negotiations with secured creditor counsel [.1]; further discussion with Mr. Corneau on negotiation with committee counsel [.1]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 11/29/2017 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Conferring with Mr. Southard regarding plan [0.1]. Telephone call with Mr. Powers regarding plan [0.3]. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |
| 12/04/2017 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing SunEdison decision in light of Court's comments regarding plan [0.6]. Telephone call with Mr. Hammel regarding plan [0.4]. Conferring with Mr. Southard regarding plan [0.1]. | Fees | 1.10 | 0.00 | 495.00 | 544.50 |
| 12/12/2017 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Telephone call with Mr. Hammel regarding plan [1.1]. Conferring with Ms. Kiss regarding unliquidated claims and effect on plan [0.2]. Briefly reviewing claims register for unliquidated claims in connection with plan [0.3]. Conferring with Mr. Southard regarding plan and unliquidated claims [0.2]. Reviewing and revising plan [3.9]. | Fees | 5.70 | 0.00 | 495.00 | 2,821.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 12/12/2017 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Discussing plan draft status with Mr. Corneau [.2]; reviewing emails from Mr. Corneau to Messrs. Powers and Pfeiffer respectively [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 12/12/2017 | Kiss, Lauren | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Discussing claims with Mr. Corneau and emailing login information to Mr. Corneau. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |
| 12/13/2017 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing revised plan [.4]; reviewing and responding to several emails from Mr. Corneau in relation to plan draft and open issues for plan terms [.3]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 12/13/2017 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing transcript of November 27 hearing [0.8]. Telephone call with Mr. Powers regarding plan [0.3]. Emailing with Mr. Friedman and Mr. Powers regarding plan [0.1]. Conferring with Ms. Kiss regarding plan, disclosure statement and exclusivity [0.2]. | Fees | 1.40 | 0.00 | 495.00 | 693.00 |
| 12/13/2017 | Kiss, Lauren | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Discussing plan with Mr. Corneau. | Fees | 0.20 | 0.00 | 375.00 | 75.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-------------------------|-----------|-------|-------|-------|-------|
| 12/15/2017 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Discussing with Mr. Corneau plan status and negotiations [.3]; reviewing revised plan preliminarily [.3]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 12/15/2017 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing and revising plan. | Fees | 2.60 | 0.00 | 495.00 | 1,287.00 |
| 12/18/2017 | Kiss, Lauren | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing draft of plan and drafting disclosure statement. | Fees | 2.70 | 0.00 | 375.00 | 1,012.50 |
| 12/19/2017 | Kiss, Lauren | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Telephone call with Mr. Nikelsberg discussing solicitation procedures in the plan [.1]; drafting disclosure statement [5.4]. | Fees | 5.50 | 0.00 | 375.00 | 2,062.50 |
| 12/20/2017 | Kiss, Lauren | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Drafting disclosure statement. | Fees | 5.20 | 0.00 | 375.00 | 1,950.00 |
| 12/22/2017 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Discussing plan comments and status with Mr. Corneau [.3]; discussing disclosure statement draft with Ms. Kiss [.4]; reviewing emails on various disclosure related matters with Mr. Bivona and Ms. Kiss [.4]. | Fees | 1.10 | 0.00 | 575.00 | 632.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/22/2017 | Kiss, Lauren | 10691.028/ Dowling College Plan and Disclosure Statement Drafting disclosure statement [1.0]; discussing disclosure statement with Mr. Southard [.4]; revising disclosure statement based upon discussion with Mr. Southard [.5]; reviewing settlement illustration chart from Mr. Bivona and revising disclosure statement [1.8]; emailing Ms. Bivona list of questions [.3]. | Fees | 4.00 | 0.00 | 375.00 | 1,500.00 |
| 12/22/2017 | Corneau, Joseph | 10691.028/ Dowling College Plan and Disclosure Statement Reviewing final DIP order regarding extension of budget [0.2] and emailing with Messrs. Rosenfeld, Bivona and Southard regarding same [0.1]. Conferring with Mr. Southard regarding plan, DIP budget [.2]. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |
| 12/28/2017 | Kiss, Lauren | 10691.028/ Dowling College Plan and Disclosure Statement Conference call with Messrs. Southard and Bivona discussing disclosure statement (time split with other matter). | Fees | 0.30 | 0.00 | 375.00 | 112.50 |
| 12/28/2017 | Kiss, Lauren | 10691.028/ Dowling College Plan and Disclosure Statement Drafting fourth motion to extend exclusive periods. | Fees | 0.70 | 0.00 | 375.00 | 262.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/29/2017 | Kiss, Lauren | 10691.028/ Dowling College Plan and Disclosure Statement Drafting fourth motion to extend exclusive periods and emailing with Mr. Southard. | Fees | 0.50 | 0.00 | 375.00 | 187.50 |
| 12/29/2017 | Southard, Sean | 10691.028/ Dowling College Plan and Disclosure Statement Reviewing and revising exclusivity motion and related emails with Ms. Kiss [.6]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 01/02/2018 | Kiss, Lauren | 10691.028/ Dowling College Plan and Disclosure Statement Reviewing Mr. Southard's comments to the motion seeking to extend the Debtor's exclusive periods and emailing with Messrs. Rosenfeld and Bivona [.1]; discussing status with Mr. Southard and emailing motion to creditor parties and Committee counsel [.2]; revising disclosure statement based upon discussion with Messrs. Southard and Bivona [3.1]. | Fees | 3.40 | 0.00 | 395.00 | 1,343.00 |
| 01/02/2018 | Southard, Sean | 10691.028/ Dowling College Plan and Disclosure Statement Reviewing draft motion to extend exclusivity and emails with Ms. Kiss and Messrs. Bivona and Rosenfeld thereon [.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 01/05/2018 | Kiss, Lauren | 10691.028/ Dowling College Plan and Disclosure Statement Finalizing and filing motion seeking to extend the Debtor's exclusive deadlines. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------|-----------|-------|-------|-------|-------|
| 01/08/2018 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Emails with Mr. Baldwin of NYSED in relation to plan and petition for dissolution of charter [.2]; reviewing and revising disclosure statement [.6]. | Fees | 0.80 | 0.00 | 595.00 | 476.00 |
| 01/09/2018 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Conferring with Mr. Southard regarding dissolution provisions in draft plan. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 01/10/2018 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Emails with Mr. Baldwin in relation to plan draft language on NYSED concerns; then forwarding to Messrs. Corneau, Bivona, and Rosenfeld [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 01/18/2018 | Kiss, Lauren | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing and summarizing fourth motion to extend exclusive deadlines in preparation for January 22 hearing. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |
| 01/19/2018 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing email from Mr. Baldwin on debtor intention for wind down and closure of corporation under NYS Ed law; emails with Mr. Corneau thereon [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------|-----------|-------|-------|-------|-------|
| 01/22/2018 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Attending hearings on exclusivity extension and motion to use non-restricted assets; discussing with counsel before and after same [1.6]. | Fees | 1.60 | 0.00 | 595.00 | 952.00 |
| 01/23/2018 | Kiss, Lauren | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing claims register and noting filed and scheduled claim amounts in disclosure statement. | Fees | 0.30 | 0.00 | 395.00 | 118.50 |
| 01/23/2018 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing email from Mr. Corneau on plan draft and committee comments to same [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 01/23/2018 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Telephone call with Mr. Powers regarding plan [0.2]. Reviewing Committee comments on plan [0.6]. Follow-up telephone call with Mr. Powers regarding plan [0.6]. | Fees | 1.40 | 0.00 | 495.00 | 693.00 |
| 01/24/2018 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing email and marked-plan draft from Mr. Powers [.3]; emails with Messrs. Powers, Friedman, Hammel and Pfeiffer thereon [.2]; emails with Mr. Kleinberg in relation to plan revisions [.1]. | Fees | 0.60 | 0.00 | 595.00 | 357.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/24/2018 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Telephone call with Mr. Powers regarding plan [0.4]. Continued review of Committee comments on plan [0.3]. Drafting disclosure statement approval motion [4.4]. Emailing with Mr. Nickelsberg regarding solicitation [0.2]. Telephone call with Mr. Hammel regarding solicitation [0.2]. Conferring with Mr. Southard regarding solicitation [0.1]. Conferring with Ms. Kiss regarding plan [0.1]. | Fees | 5.70 | 0.00 | 495.00 | 2,821.50 |
| 01/25/2018 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing email and plan comments from Mr. Powers and then emails with Mr. Rosenfeld and Bivona thereon [.4]; call with Mr. Corneau and GCG representatives on solicitation matters [.4]; discussing with Mr. Corneau thereafter [.2]; emails with Mr. Nikelsberg on solicitation [.1]. | Fees | 1.10 | 0.00 | 595.00 | 654.50 |
| 01/25/2018 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Telephone call with GCG regarding planning for solicitation [0.5]. Conferring with Mr. Southard regarding solicitation [0.2]. | Fees | 0.70 | 0.00 | 495.00 | 346.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/26/2018 | Corneau, Joseph | 10691.028/ Dowling College Plan and Disclosure Statement Reviewing plan in advance of conference call with counsel to Committee, secured creditors regarding same [0.9]. Conference call with counsel to Committee, secured creditors regarding plan [1.0]. | Fees | 1.90 | 0.00 | 495.00 | 940.50 |
| 01/26/2018 | Southard, Sean | 10691.028/ Dowling College Plan and Disclosure Statement Call with interested parties in relation to plan comments and filing [1.0] | Fees | 1.00 | 0.00 | 595.00 | 595.00 |
| 01/29/2018 | Southard, Sean | 10691.028/ Dowling College Plan and Disclosure Statement Reviewing and revising disclosure statement [.7]. | Fees | 0.70 | 0.00 | 595.00 | 416.50 |
| 01/29/2018 | Kiss, Lauren | 10691.028/ Dowling College Plan and Disclosure Statement Reviewing order extending exclusivity deadlines. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 01/29/2018 | Corneau, Joseph | 10691.028/ Dowling College Plan and Disclosure Statement Emailing with GCG regarding plan timing [0.1]. Reviewing exclusivity extension order as entered [0.1]. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 01/30/2018 | Kiss, Lauren | 10691.028/ Dowling College Plan and Disclosure Statement Discussing revisions to disclosure statement with Mr. Corneau. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/30/2018 | Corneau, Joseph | 10691.028/ Dowling College Plan and Disclosure Statement Conferring with Ms. Kiss regarding plan and disclosure statement [0.2]. Reviewing and commenting on disclosure statement [1.3]. | Fees | 1.50 | 0.00 | 495.00 | 742.50 |
| 02/02/2018 | Kiss, Lauren | 10691.028/ Dowling College Plan and Disclosure Statement Discussing plan with Mr. Corneau. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 02/02/2018 | Southard, Sean | 10691.028/ Dowling College Plan and Disclosure Statement Reviewing emails from Mr. Corneau and revised draft of plan [.4]; further emails with Mr. Corneau thereon [.1]. | Fees | 0.50 | 0.00 | 595.00 | 297.50 |
| 02/02/2018 | Corneau, Joseph | 10691.028/ Dowling College Plan and Disclosure Statement Drafting disclosure statement [3.2]. Emailing regarding draft plan [0.1]. Conferring with Ms. Kiss regarding plan [0.1]. Telephone call with Mr. Friedman regarding plan [0.2]. Revising plan per telephone call with Mr. Friedman [0.2]. Conferring with Mr. Southard regarding plan [0.1]. | Fees | 3.90 | 0.00 | 495.00 | 1,930.50 |
| 02/05/2018 | Southard, Sean | 10691.028/ Dowling College Plan and Disclosure Statement Reviewing plan filing and related correspondence from UCC [.3]; emails with Mr. Kleinberg in relation to plan [.1]; forwarding to Mr. Corneau [.1]. | Fees | 0.50 | 0.00 | 595.00 | 297.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------|-----------|-------|-------|-------|-------|
| 02/05/2018 | Kiss, Lauren | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Discussing plan and Brookhaven sale with Mr. Corneau. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 02/05/2018 | Kiss, Lauren | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing and revising updated plan. | Fees | 3.80 | 0.00 | 395.00 | 1,501.00 |
| 02/05/2018 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Drafting disclosure statement [2.9].<br>Conferring with Ms. Kiss regarding plan [0.2]. Emailing with Ms. Young regarding plan filing status [0.1]. | Fees | 3.20 | 0.00 | 495.00 | 1,584.00 |
| 02/06/2018 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Emails with Mr. Friedman and Messrs. Bivona and Rosenfeld on confirmation budgeting [.1]; discussing status of plan and related matters with Mr. Corneau [.4]. | Fees | 0.50 | 0.00 | 595.00 | 297.50 |
| 02/06/2018 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Conferring with Ms. Kiss regarding plan. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/07/2018 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Discussing plan and reviewing same with Mr. Corneau [.2]; emails with Mr. Bivona on claims estimates for plan budgeting [.1]; call and emails with Mr. Kleinberg in relation to board comments on plan [.3]; discussing plan and disclosure statement with Mr. Corneau [.3]. | Fees | 0.90 | 0.00 | 595.00 | 535.50 |
| 02/07/2018 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Drafting disclosure statement [4.8]. Conferring with Mr. Southard regarding plan and disclosure statement [0.3]. | Fees | 5.10 | 0.00 | 495.00 | 2,524.50 |
| 02/08/2018 | Kiss, Lauren | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Discussing plan comments with Mr. Corneau [1.3]; incorporating comments into plan [.8]. | Fees | 2.10 | 0.00 | 395.00 | 829.50 |
| 02/08/2018 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Conferring with Ms. Kiss regarding plan. | Fees | 1.30 | 0.00 | 495.00 | 643.50 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/12/2018 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Drafting disclosure statement [4.4].<br>Conferring with Mr. Southard regarding<br>disclosure statement [0.2]. Emailing (2x)<br>with Mr. Southard regarding disclosure<br>statement [0.2]. Further conference with Mr.<br>Southard regarding disclosure statement<br>[0.3]. | Fees | 5.10 | 0.00 | 495.00 | 2,524.50 |
| 02/12/2018 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Emails with Mr. Corneau on status of<br>disclosure statement transmittal to Mr.<br>Kleinberg and board [.1]; reviewing revised<br>disclosure statement and emails with Mr.<br>Corneau and then with Ms. Kiss thereon<br>[.6]; discussing plan status with Mr. Corneau<br>[.2]. | Fees | 0.90 | 0.00 | 595.00 | 535.50 |
| 02/14/2018 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing and revising plan [1.1].<br>Researching solicitation of holders on<br>publicly-traded bonds [3.1]. Conferring with<br>Mr. Southard regarding plan revisions [0.2]. | Fees | 4.40 | 0.00 | 495.00 | 2,178.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/15/2018 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing and revising plan [2.6].<br>Reviewing and revising disclosure statement [1.8]. Researching solicitation procedures [0.4]. Drafting disclosure statement approval motion [0.8]. | Fees | 5.60 | 0.00 | 495.00 | 2,772.00 |
| 02/20/2018 | Kiss, Lauren | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing and revising updated version of disclosure statement. | Fees | 3.40 | 0.00 | 395.00 | 1,343.00 |
| 02/21/2018 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing mark-up and related emails with Ms. Kiss on disclosure statement [.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 02/21/2018 | Kiss, Lauren | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Revising disclosure statement and emailing with Messrs. Southard and Corneau [.5]; discussing changes to disclosure statement with Mr. Corneau [.2]. | Fees | 0.70 | 0.00 | 395.00 | 276.50 |
| 02/21/2018 | Corneau, Joseph | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing markup of disclosure statement provided by Ms. Kiss [0.2]. Conferring with Ms. Kiss regarding disclosure statement [0.2]. | Fees | 0.40 | 0.00 | 495.00 | 198.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------|-----------|-------|-------|-------|-------|
| 02/26/2018 | Kiss, Lauren | 10691.028/ Dowling College Plan and Disclosure Statement Revising disclosure statement in accordance with discussion with Mr. Corneau. | Fees | 0.90 | 0.00 | 395.00 | 355.50 |
| 02/26/2018 | Southard, Sean | 10691.028/ Dowling College Plan and Disclosure Statement Emails and call with Mr. Kleinberg in relation to disclosure statement [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 03/02/2018 | Kiss, Lauren | 10691.028/ Dowling College Plan and Disclosure Statement Emailing with Messrs. Rosenfeld and Bivona and committee counsel regarding exclusivity deadline and strategy going forward. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 03/05/2018 | Corneau, Joseph | 10691.028/ Dowling College Plan and Disclosure Statement Reviewing GCG proposal for solicitation. | Fees | 0.20 | 0.00 | 495.00 | 99.00 |
| 03/07/2018 | Southard, Sean | 10691.028/ Dowling College Plan and Disclosure Statement Emails with Mr. Puorro and Mr. Curtin on comments to disclosure statement and status [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 03/12/2018 | Southard, Sean | 10691.028/ Dowling College Plan and Disclosure Statement Email with Mr. Puorro and Mr. Curtin and brief call with Mr. Puorro in relation to comments on plan and disclosure statement [.1]. | Fees | 0.10 | 0.00 | 595.00 | 59.50 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/13/2018 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Emails and call with Mr. Puorro on comments to disclosure statement [.4]; call with Mr. Clayton [.2]; revising same and then further emails with Messrs. Puorro, Kleinberg and Clayton thereon [.4]. | Fees | 1.00 | 0.00 | 595.00 | 595.00 |
| 03/14/2018 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing and revising disclosure statement and related emails with Mr. Kleinberg [.4]; further emails with Mr. Kleinberg and edits to disclosure statement based on same [.2]; call with Mr. Kleinberg and emails with same on disclosure statement edits [.2]. | Fees | 0.80 | 0.00 | 595.00 | 476.00 |
| 03/15/2018 | Southard, Sean | 10691.028/ Dowling College<br>Plan and Disclosure Statement<br>Reviewing and revising disclosure statement and emails with interested creditor parties on draft of same [.5]. | Fees | 0.50 | 0.00 | 595.00 | 297.50 |
| | | **Matter Description (First Line): Plan and Disclosure Statement** | | 182.60 | 0.00 | | 89,015.00 |

**Matter Description (First Line): Relief from Stay and Adequate Protection**

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/16/2017 | Southard, Sean | 10691.029/ Dowling College<br>Relief from Stay and Adequate Protection<br>Reviewing motion to lift stay from Martin Schoenhals [.3]; emails with Messrs. Clatyon, Kwee and Rosenfeld thereon [.1]; emails with Mr. Schwartz thereon [.1]; reviewing email from Mr. Kwee and then communicating with Mr. Schwartz thereon [.1]. | Fees | 0.60 | 0.00 | 575.00 | 345.00 |
| 11/17/2017 | Southard, Sean | 10691.029/ Dowling College<br>Relief from Stay and Adequate Protection<br>Email with Mr. Rosenfeld on status of lift stay and response [.1]; emails with Mr. Schwartz on Schoenhals lift stay response [.1]; then further emails with Mr. Schwartz and Mr. Rosenfeld thereon [.1]. | Fees | 0.30 | 0.00 | 575.00 | 172.50 |
| 12/04/2017 | Southard, Sean | 10691.029/ Dowling College<br>Relief from Stay and Adequate Protection<br>Reviewing lift stay order and email to Mr. Schwartz thereon [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 12/11/2017 | Kiss, Lauren | 10691.029/ Dowling College<br>Relief from Stay and Adequate Protection<br>Reviewing Mr. Schoenhal's motion for stay relief and drafting response to motion [1.6]; reviewing Mr. Southard's comments to motion and filing same [.2]. | Fees | 1.80 | 0.00 | 375.00 | 675.00 |

client sort begins with 'dowling' and date is >=10/1/17 and date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Dowling College

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/11/2017 | Southard, Sean | 10691.029/ Dowling College<br>Relief from Stay and Adequate Protection<br>Emails with Ms. Kiss on response to Schoenhals motion for lift stay; emails with Mr. Schwartz thereon [.2]; reviewing and revising lift stay response and related emails with Ms. Kiss [.3]. | Fees | 0.50 | 0.00 | 575.00 | 287.50 |
| 12/12/2017 | Southard, Sean | 10691.029/ Dowling College<br>Relief from Stay and Adequate Protection<br>Emails with Ms. Kiss on lift stay response and then email with Mr. Schwartz thereon [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |
| 12/15/2017 | Southard, Sean | 10691.029/ Dowling College<br>Relief from Stay and Adequate Protection<br>Reviewing email from Mr. Jackson and proposed form of order; revising same and then emails with Messrs. Jackson and Schwartz and Ms. Kiss [.4]; emails with Ms. Kiss thereon [.1]; then call with Mr. Schwartz thereon [.1]; then email to Ms. Ryan on consent order [.1]. | Fees | 0.70 | 0.00 | 575.00 | 402.50 |
| 12/18/2017 | Southard, Sean | 10691.029/ Dowling College<br>Relief from Stay and Adequate Protection<br>Call and emails with Mr. Schwartz on results of hearing on lift stay [.2]. | Fees | 0.20 | 0.00 | 575.00 | 115.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/08/2018 | Southard, Sean | 10691.029/ Dowling College<br>Relief from Stay and Adequate Protection<br>Reviewing past correspondence and further emails on limits of policy for Schoenhals claim if discrimination permitted to proceed [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 01/12/2018 | Southard, Sean | 10691.029/ Dowling College<br>Relief from Stay and Adequate Protection<br>Reviewing and responding to prior emails on coverage to brokers for claim by Mr. Cavallaro [.2]; further emails thereon with Messrs. Powers and Friedman [.2]. | Fees | 0.40 | 0.00 | 595.00 | 238.00 |
| 01/12/2018 | Kiss, Lauren | 10691.029/ Dowling College<br>Relief from Stay and Adequate Protection<br>Reviewing emails regarding insurance coverage relative to Schoenhals claim. | Fees | 0.10 | 0.00 | 395.00 | 39.50 |
| 01/18/2018 | Southard, Sean | 10691.029/ Dowling College<br>Relief from Stay and Adequate Protection<br>Emails with Messrs. Yang, Pfeiffer and Hammel in relation to insurance coverage [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 01/19/2018 | Kiss, Lauren | 10691.029/ Dowling College<br>Relief from Stay and Adequate Protection<br>Reviewing proposed order regarding Schoenhals lift stay motion and related emails, emailing with Mr. Schwartz and uploading proposed order. | Fees | 0.20 | 0.00 | 395.00 | 79.00 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Dowling College

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/19/2018 | Southard, Sean | 10691.029/ Dowling College Relief from Stay and Adequate Protection Call with Mr. Yang and emails with interested parties on lift stay order and insurance [.2]. | Fees | 0.20 | 0.00 | 595.00 | 119.00 |
| 01/26/2018 | Southard, Sean | 10691.029/ Dowling College Relief from Stay and Adequate Protection Emails with Mr. Clayton on Schoenhals litigation [.1] | Fees | 0.10 | 0.00 | 595.00 | 59.50 |
| 01/29/2018 | Southard, Sean | 10691.029/ Dowling College Relief from Stay and Adequate Protection Reviewing emails among Messrs. Clayton and Kwee and then to Messrs. Rosenfeld and Bivona on insurance coverage for Schoenhals and Court order on hearing date [.3]. | Fees | 0.30 | 0.00 | 595.00 | 178.50 |
| 01/30/2018 | Southard, Sean | 10691.029/ Dowling College Relief from Stay and Adequate Protection Several emails with Messrs. Kwee and Rosenfeld on status of Schoenhals litigation before district court and then call with same [.4]; call with Mr. Rosenfeld thereon [.2]; reviewing email thereon from Mr. Rosenfeld [.1]. | Fees | 0.70 | 0.00 | 595.00 | 416.50 |
| | **Matter Description (First Line): Relief from Stay and Adequate Protection** | | | 6.90 | 0.00 | | 3,595.50 |
| | | | **Grand Total:** | 1,292.00 | 8,218.80 | | $594,122.21 |

client sort begins with 'dowling' and date is >=10/1/17 and
date is <=5/31/18

# <u>Exhibit C</u>

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                   :        Chapter 11
                                                        :
DOWLING COLLEGE,                                         :
f/d/b/a DOWLING INSTITUTE,                               :        Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                           :
ASSOCIATION,                                             :
f/d/b/a CECOM,                                           :
a/k/a DOWLING COLLEGE, INC.,                             :
                                        Debtor.          :
-----------------------------------------------------------------x

**SUMMARY OF TIME BY TIMEKEEPER FOR THIRD INTERIM FEE**
**APPLICATION OF KLESTADT WINTERS JURELLER SOUTHARD &**
**STEVENS, LLP, GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR**
**AND DEBTOR IN POSSESSION, PURSUANT TO BANKRUPTCY CODE SECTIONS**
**330 AND 331 FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES FOR OCTOBER 1, 2017 THROUGH MAY 31, 2018**

| Name of Attorney/ Paralegal | Year Admitted | 2017 Hourly Rate | 2017 Total Hours Billed | 2018 Hourly Rate | 2018 Total Hours Billed | Total |
|---|---|---|---|---|---|---|
| Sean C. Southard, Equity Partner | 2001 | $575 | 239.40 | $595 | 288.90 | $293,980.25 |
| Brendan M. Scott, Partner | 2006 | $495 | 17.20 | $495 | 4.10 | $10,543.50 |
| Joseph C. Corneau, Partner | 2003 | $495 | 84.10 | $495 | 95.40 | $88,357.50 |
| Stephanie R. Sweeney, Associate | 2010 | $395 | 33.70 | $425 | 35.00 | $27,655.70 |
| Lauren C. Kiss, Associate | 2012 | $375 | 161.30 | $395 | 128.70 | $108,924.50 |
| Matthew G. White, Of Counsel | 2002 | $350 | 53.20 | $350 | 86.60 | $48,930.00 |
| Renea A. Gargiulo, Paralegal | N/A | $175 | 11.10 | $175 | 7.60 | $3,272.50 |

| Name of Attorney/ Paralegal | Year Admitted | 2017 Hourly Rate | 2017 Total Hours Billed | 2018 Hourly Rate | 2018 Total Hours Billed | Total |
|---|---|---|---|---|---|---|
| Kristen M. Strine, Paralegal | N/A | $175 | 18.30 | $175 | 15.90 | $5,985.00 |
| Stephanie L. Nocella, Paralegal | N/A | $175 | 2.90 | $175 | 4.40 | $0.00 |
| Rayella S. Bergman, Paralegal | N/A | $175 | 3.20 | $175 | 1.00 | $735.00 |
| **TOTALS:** | | | **624.40** | | **667.60** | **$588,383.95** |

# **Exhibit D**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                    :        Chapter 11
                                                         :
DOWLING COLLEGE,                                         :
f/d/b/a DOWLING INSTITUTE,                               :        Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                           :
ASSOCIATION,                                             :
f/d/b/a CECOM,                                           :
a/k/a DOWLING COLLEGE, INC.,                             :
                                         Debtor.         :
-----------------------------------------------------------------x

**SUMMARY OF TIME BY TASK CODE FOR THIRD INTERIM**
**FEE APPLICATION OF KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP, GENERAL BANKRUPTCY COUNSEL**
**TO THE DEBTOR AND DEBTOR IN POSSESSION, PURSUANT TO**
**BANKRUPTCY CODE SECTIONS 330 AND 331 FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR OCTOBER 1, 2017 THROUGH MAY 31, 2018**[1]

| BILLING CATEGORY | HOURS BUDGETED | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Asset Analysis and Recovery | 13.80 | $4,468.75 | 3.80 | $1,965.00 |
| Asset Disposition – Brookhaven Campus | 362.50 | $163,125.00 | 317.50 | $171,274.50 |
| Asset Disposition – Brookhaven Dorms | 68.80 | $30,937.50 | 2.80 | $1,284.00 |
| Asset Disposition – General | 48.80 | $20,718.75 | 1.20 | $690.00 |
| Asset Disposition – Oakdale Campus | 51.30 | $23,062.50 | 8.10 | $3,643.00 |

[1] The periods budgeted by KWJS&S for the Debtor were designed to correspond with financing budgets and do not match exactly with the timeframe captured by the Third Interim Period.  In preparing the application, KWJS&S combined certain budget periods that corresponded to the Third Interim Period.

| BILLING CATEGORY | HOURS BUDGETED | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Asset Disposition – Residential Portfolio | 100.00 | $40,000.00 | 149.20 | $56,078.50 |
| Asset Disposition – Restricted Assets | 87.50 | $35,000.00 | 42.90 | $20,015.50 |
| Assumption and Rejection of Leases and Contracts | 20.00 | $7,300.00 | 0 | $0.00 |
| Avoidance Action Analysis | 20.00 | $6,000.00 | 0 | $0.00 |
| Case Administration | 212.50 | $95,625.00 | 83.40 | $39,662.00 |
| Claims Administration and Objections | 250.00 | $112,500.00 | 91.60 | $36,520.00 |
| Corporate Governance and Board Matters | 131.30 | $62,343.75 | 5.60 | $3,274.00 |
| Employee Benefits and Pensions | 22.50 | $10,687.50 | 2.10 | $1,141.50 |
| Employment and Fee Application Objections | 87.50 | $35,000.00 | $9.50 | $3,943.00 |
| Employment and Fee Applications | 107.50 | $43,000.00 | 64.90 | $18,383.00 |
| Financing and Cash Collateral | 87.50 | $41,562.50 | 36.80 | $20,127.00 |
| Litigation | 31.30 | $11,406.25 | 40.60 | $22,167.00 |

| BILLING CATEGORY | HOURS BUDGETED | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Litigation – WARN Adversary Proceeding | 86.30 | $38,812.50 | 203.00 | $84,385.00 |
| Meetings and Communications with Creditors | 68.80 | $30,937.50 | .20 | $115.00 |
| Non-Working Travel | 53.80 | $13,437.50 | 39.30 | $11,105.45 |
| Plan and Disclosure Statement | 450.00 | $222,750.00 | 182.60 | $89,015.00 |
| Relief from Stay and Adequate Protection | 11.25 | $4,106.25 | 6.90 | $3,595.50 |
| **TOTAL**: | **2,372.95** | **$1,052,781.25** | **1,292.00** | **$588,383.95** |

# Exhibit E

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                              :        Chapter 11
                                                   :
DOWLING COLLEGE,                                   :
f/d/b/a DOWLING INSTITUTE,                          :        Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                      :
ASSOCIATION,                                        :
f/d/b/a CECOM,                                      :
a/k/a DOWLING COLLEGE, INC.,                        :
                                      Debtor.       :
-----------------------------------------------------------------x

**SUMMARY OF COUNSEL'S EXPENSES FOR THIRD INTERIM FEE
APPLICATION OF KLESTADT WINTERS JURELLER SOUTHARD &
STEVENS, LLP, GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR
AND DEBTOR IN POSSESSION, PURSUANT TO BANKRUPTCY CODE SECTIONS
330 AND 331 FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
<u>OF EXPENSES FOR OCTOBER 1, 2017 THROUGH MAY 31, 2018</u>**

| | |
|---|---|
| Conference Calls | $698.13 |
| Federal Express | $957.25 |
| Meals | $212.45 |
| Mileage | $19.69 |
| PACER | $177.50 |
| Parking | $4.60 |
| Photocopies | $816.94 |
| Subway | $5.50 |
| Tolls | $17.00 |
| Train | $24.00 |
| Transcription | $1,062.58 |
| WESTLAW | <u>$1,742.62</u> |
| **TOTAL EXPENSES:** | **$5,738.26** |

# <u>Exhibit F</u>

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                    :    Chapter 11
                                                         :
DOWLING COLLEGE,                                          :
f/d/b/a DOWLING INSTITUTE,                                :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                            :
ASSOCIATION,                                              :
f/d/b/a CECOM,                                            :
a/k/a DOWLING COLLEGE, INC.,                              :
                                        Debtor.           :
-----------------------------------------------------------------x

**CERTIFICATION OF SEAN C. SOUTHARD REGARDING THE THIRD**
**INTERIM FEE APPLICATION OF KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP, GENERAL BANKRUPTCY COUNSEL**
**TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR AN**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR THE PERIOD OF OCTOBER 1, 2017 THROUGH MAY 31, 2018**

I, Sean C. Southard, hereby certify that:

      1.      I am an equity partner with the firm Klestadt Winters Jureller Southard &

Stevens, LLP ("KWJS&S"), which serves as general counsel to Dowling College, (the

"Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter

11 Case").

      2.      This Certification is made in support of KWJS&S's application (the

"Application") for a third interim allowance of compensation for services rendered and

reimbursement of expenses for the period of October 1, 2017 through May 31, 2018, in compliance with General Order 613, Guidelines for Fees and Disbursements for Professionals in Eastern District of New York Bankruptcy Cases, effective as of June 10, 2013 (the "General Order"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines"), the Unites States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Large Chapter 11 Cases (the "Large Case Guidelines"), and this Court's Order Pursuant to 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 117] (the "Interim Compensation Order" and together with the General Order, UST Guidelines and the Large Case Guidelines, the "Guidelines").

3.  I certify that:

a.  I have read the Application;

b.  To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and expenses sought fall within the Guidelines;

c.  The fees and disbursements sought are billed at rates and in accordance with practices customarily employed by KWJS&S and generally accepted by KWJS&S's clients; and

d.  In providing the reimbursable services reflected in the Application, KWJS&S did not make a profit on those services, whether performed by KWJS&S in-house or through a third party.

4.  With respect to Section B(2) of the General Order, I certify that KWJS&S has complied with the provisions requiring it to provide to the U.S. Trustee for the Eastern District of

2

New York, the Debtor and the Creditors' Committee a statement of KWJS&S's fees and expenses accrued during previous months.

5.       With respect to Section B(3) of the General Order, I certify that the U.S. Trustee for the Eastern District of New York, the Debtor and the Creditors' Committee are each being provided with a copy of the Application and this Certification.

6.       The following is provided in response to the questions set forth in Paragraph C.5 of the Large Case Guidelines:

**Question**:    Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?

**Response**:    No.

**Question**:    If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

**Response**:    Yes.

**Question**:    Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

**Response**:    No.

**Question**:    Does the fee application include time or fees relating to reviewing or revising time records or preparing, reviewing, or revising invoices?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application).  If so, please quantify by hours and fees.

**Response**:    No.  As set forth in the Application, upon further review of KWJS&S's time entries, KWJS&S has determined to voluntarily write off twenty-nine (29) time entries totaling $7,997.00 for time related to preparing, reviewing, or revising the Fee Statements.

**Question**:    Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

**Response**:    No.

**Question**:    If the fee application includes any rate increases since retention:  Did your client review and approve those rate increases in advance?

**Response**:    Yes.

**Question**:    Did you client agree when retaining the law firm to accept all future rate increases?

**Response**:    Yes.


Dated:   New York, New York
      June 29, 2018

                          KLESTADT WINTERS JURELLER
                          SOUTHARD & STEVENS, LLP


By:    */s/ Sean C. Southard*
        Sean C. Southard
        Lauren C. Kiss
        200 West 41st Street, 17th Floor
        New York, New York 10036
        Tel: (212) 972-3000
        Fax: (212) 972-2245
        Email:  ssouthard@klestadt.com

        *Counsel to the Debtor and Debtor-in-Possession*