**INGERMAN SMITH, LLP**
150 Motor Parkway, Suite 400
Hauppauge, NY 11788
Telephone: (631) 261-8834
Facsimile: (631) 261-8851
Christopher J. Clayton

*Special Counsel to the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                                    :    Chapter 11
                                                         :
DOWLING COLLEGE,                                         :
f/d/b/a DOWLING INSTITUTE,                               :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                           :
ASSOCIATION,                                             :
f/d/b/a CECOM,                                           :
a/k/a DOWLING COLLEGE, INC.,                             :
                                            Debtor.      :
-------------------------------------------------------------x

**SUMMARY SHEET PURSUANT TO UNITED STATES TRUSTEE**
**GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FILED UNDER 11 U.S.C. § 330 FOR**
**THE FIRST INTERIM FEE APPLICATION OF INGERMAN SMITH, LLP,**
**SPECIAL COUNSEL TO THE DEBTOR**

| Name of Applicant: | Ingerman Smith, LLP |
|---|---|
| | |
| Compensation Period: | November 29, 2016 through May 31, 2018 |
| | |
| Role in This Case: | Special Counsel to the Debtor |
| | |
| Current Application: | |

| | |
|---|---|
| Total Fees Requested for the Compensation Period: | $45,420.00 |
| Total Expenses Requested for the Compensation Period: | $1,938.93[1] |
| Total Sought: | $47,358.93 |
| Petition Date: | November 29, 2016 |
| Retention Date: | November 29, 2016 |
| Date of Order Approving Employment: | February 13, 2018 |
| Blended Rate in this Application for All Attorneys: | $200.00 |
| Blended Rate in this Application for All Timekeepers: | $200.00 |
| Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed: | $34,608.00 |
| Expenses Sought in this Application Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed: | $1,938.93 |
| Number of Professionals Included in this Application: | 7 |
| Difference Between Fees Budgeted and Compensation Sought for this Period: | See Summary of Services Rendered |
| Number of Professionals Billing Fewer than 15 Hours to the Case During this Period: | Three Attorneys |
| Are any rates higher than those approved or disclosed at retention? | No. |

This is an:  __X__ interim_____final application.

---

[1] While the total expenses incurred during the First Interim Compensation Period was $1,938.93, due to a miscalculation the amount requested in the monthly fee statements was only $1,648.93.

**INGERMAN SMITH, LLP**
150 Motor Parkway, Suite 400
Hauppauge, NY 11788
Telephone: (631) 261-8834
Facsimile: (631) 261-8851
Christopher J. Clayton

*Special Counsel to the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                                                    :    Chapter 11
                                                                          :
DOWLING COLLEGE,                                          :
f/d/b/a DOWLING INSTITUTE,                          :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI        :
ASSOCIATION,                                                 :
f/d/b/a CECOM,                                                :
a/k/a DOWLING COLLEGE, INC.,                    :
                                                         Debtor.    :
-------------------------------------------------------------x

**APPLICATION OF INGERMAN SMITH, LLP, SPECIAL COUNSEL**
**TO THE DEBTOR, FOR A FIRST INTERIM ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE**
**PERIOD OF NOVEMBER 29, 2016 THROUGH MAY 31, 2018**

**TO THE HONORABLE ROBERT E. GROSSMAN,**
**UNITED STATES BANKRUPTCY JUDGE**:

Ingerman Smith, LLP ("Ingerman"), as special counsel to Dowling College, (the

"Debtor"), debtor in the above- captioned chapter 11 case (the "Chapter 11 Case"), as and for

its application ("Application") for a first interim allowance of compensation for services

rendered and reimbursement of expenses for the period of November 29, 2016 through May 31,

2018, pursuant to 11 U.S.C. §§ 330(a) and 331, and Rule 2016 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"),  respectfully sets forth and represents as

follows:

## INTRODUCTION

1.      This application is respectfully submitted by Ingerman for a first allowance of compensation and reimbursement of expenses for all services rendered to the Debtor from November 29, 2016 through May 31, 2018 (the "First Interim Compensation Period"), as follows:

| | |
|---|---|
| Total Fees Requested in the Fee Statements for the First Interim Compensation Period: | $45,420.00 |
| Total Expenses Requested for the First Interim Compensation Period: | $1,938.93 |
| **Total Sought:** | $47,358.93 |

2.      During the First Interim Compensation Period, Ingerman committed a total of 227.1 hours of professional and paraprofessional time, resulting in an average hourly billing rate of $200.00.   Copies of the detailed attorney time records for the First Interim Compensation Period are annexed hereto as **Exhibit B** and summaries of the time records broken down by timekeeper and billing task code are annexed as **Exhibits C** and **D**, respectively.

3.      During the First Interim Compensation Period, Ingerman advanced $1,938.93 for expenses for which it seeks reimbursement. A detailed summary of expenses is annexed hereto as **Exhibit E**.

4.      Annexed hereto as **Exhibit F** is the certification of Christopher J. Clayton.

## JURISDICTION

5.      This Court has jurisdiction over this Application by virtue of 28 U.S.C. §§ 157(a) and (b), and 1334(b), and the Administrative Order No. 264 titled "In the Matter of The Referral of Matters to the Bankruptcy Judges" of the United States District Court for the Eastern District

of New York (Weinstein, C.J.) dated August 28, 1986.

6.      Venue is proper in this district pursuant to 28 U.S.C. § 1409(a) because this proceeding arises in a case under the Bankruptcy Code pending in this district.

## BACKGROUND

7.      On November 29, 2016 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York (the or this "Court").

8.      On the Petition Date, an application to employ Ingerman as attorneys for the Debtor was filed (the "Ingerman Retention Application") [Docket No. 17].  The Ingerman Retention Application was granted by order of the Court dated February 13, 2018 and the retention was approved *nunc pro tunc* to the Petition Date (the "Ingerman Retention Order") [Docket No. 495]. A copy of the Ingerman Retention Order is annexed hereto as **Exhibit A**.

9.      On December 21, 2016, the Court entered the *Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [Docket No. 117].

10.      In accordance with the Interim Compensation Order, Ingerman submitted monthly fee statements seeking interim compensation and reimbursement of expenses.  During the First Interim Compensation Period, Ingerman submitted the following monthly fee statements:

> (i)   On April 12, 2017, pursuant to the Interim Compensation Order, Ingerman served its first fee statement for the period from November 29, 2016 through January 31, 2018 (the "First Fee Statement"). The First Fee Statement sought an allowance of $42,860.00 as compensation for services rendered and (ii) the reimbursement of $1,452.60 in expenses. As of the date hereof, Ingerman has received a total of $36,030.60, which represents payment for (i) 80% of

Ingerman's fees and (ii) 100%[2] of the expenses incurred pursuant to the First Fee Statement.

(ii) On April 9, 2018, pursuant to the Interim Compensation Order, Ingerman served its second fee statement for the period from March 1, 2018 through March 31, 2018 (the "Second Fee Statement"). The Second Fee Statement sought an allowance of $400.00 as compensation for services rendered and (ii) the reimbursement of $196.33 in expenses. As of the date hereof, Ingerman has received a total of $516.33, which represents payment for (i) 80% of Ingerman's fees and (ii) 100% of the expenses incurred pursuant to the Second Fee Statement.

(iii) On June 28, 2018, pursuant to the Interim Compensation Order, Ingerman served its third fee statement for the period from February 1, 2018 through February 28, 2018, April 1 through April 30, 2018 through May 31, 2018 (the "Third Fee Statement"). The Third Fee Statement sought an allowance of $2,160.00 as compensation for services rendered. As of the date hereof, the time for filing objections to the Third Fee Statement has not expired.

11.    Ingerman has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these cases. No promises have been received by Ingerman as to compensation in connection with this Chapter 11 Case other than in accordance with the provisions of the Bankruptcy Code.

## SUMMARY OF SERVICES RENDERED

12.    In conformity with the United States Trustee Guidelines For Reviewing Applications For Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, dated January 30, 1996 (the "U.S. Trustee Guidelines") and the Unites States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Large Chapter 11 Cases (the "Large Case Guidelines"), Ingerman has segregated its time entries during the First Interim Compensation Period into the following project categories, which correspond to the major tasks undertaken by Ingerman

---

[2] Ingerman understated the expenses requested in the First Fee Statement by $290.00, which accounts for the difference between the expenses requested and the expenses paid pursuant to the First Fee Statement.

during the same period:

> A.    Advice and Counsel Concerning College Labor Matters
> B.    Advice and Counsel Concerning Real Property Matters
> C.    Arbitration – Local 153 – National Labor Relations Board Charge
> D.    Arbitration – Local 30 – National Labor Relations Board Charge
> E.    Investigation – Department of Labor
> F.    Litigation – SANS Technology
> G.    Litigation – Chapter 11 Filing
> H.    Litigation – Chapter 13
> I.    Litigation – M.S. Eastern District Court
> J.    Real Property Litigation - Stewart
> K.    WARN Act

13.    In this section of the Application, Ingerman describes, in summary fashion, the services performed during the First Interim Compensation Period by project category.

### A.  <u>Advice and Counsel Concerning College Labor Matters</u>

14.    The "Advice and Counsel Concerning College Labor Matters" project category includes time charges by Ingerman in relation to advice and counsel regarding general questions about the Collective Bargaining Agreements and general employee obligations.

15.    A total of 20.3 hours amounting to $4,060.00 in fees were incurred by Ingerman in connection with this project category during the First Interim Compensation Period.

### B.  <u>Advice and Counsel Concerning Real Property Matters</u>

16.    The "Advice and Counsel Concerning Real Property Matters" project category encompasses activities in relation to ownership and disposal of various properties owned by college as well as buildings in the College's possession.

17.    A total of 71.40 hours amounting to $14,280.00 in fees were incurred by Ingerman in connection with this project category during the First Interim Compensation Period.

### C.  <u>Arbitration – Local 153 – National Labor Relations Board Charge</u>

18.      The "Arbitration – Local 153- National Labor Relations Board Charge" project category encompasses activities in relation to a charge brought by Local 153 with regard to rights it believed it was entitled to pursuant to the Collective Bargaining Agreement.

19.      A total of 0.9 hours amounting to $180.00 in fees were incurred by Ingerman in connection with this project category during the First Interim Compensation Period.

### D.   Arbitration – Local 30 – National Labor Relations Board Charge

20.      The "Arbitration – Local 30 – National Labor Relations Board Charge" project category includes time charges by Ingerman in relation to a charge brought by Local 30 with regard to rights it believed it was entitled to pursuant to the Collective Bargaining Agreement.

21.      A total of 5.6 hours amounting to $1,120.00 in fees were incurred by Ingerman in connection with this project category during the First Interim Compensation Period..

### E.   Investigation – Department of Labor

22.      The "Investigation – Department of Labor" project category includes time charges by Ingerman in relation to an investigation brought by the United States Department of Labor regarding an alleged ERISA violation by the College.

23.      A total of 2.7 hours amounting to $540.00 in fees were incurred by Ingerman in connection with this project category during the First Interim Compensation Period.

### F.   Litigation – SANS Technology

24.      The "Litigation – SANS Technology" project category includes time charges by Ingerman in relation to a breach of contract claim filed by a service provider against the College.

25.      A total of 2.9 hours amounting to $580.00 in fees were incurred by Ingerman in connection with this project category during the First Interim Compensation Period.

### G.   Litigation – Chapter 11 Filing

8

26.     The "Litigation – Chapter 11 Filing" project category includes time charges by Ingerman in relation to providing assistance to bankruptcy counsel with issues regarding the bankruptcy proceeding.

27.     A total of 89.90 hours amounting to $17,980.00 in fees were incurred by Ingerman in connection with this project category during the First Interim Compensation Period..

**H.   Litigation – Chapter 13 Filing**

28.     The "Litigation – Chapter 13 Filing" project category includes time changes by Ingerman in in relation to providing assistance to bankruptcy counsel with issues regarding the bankruptcy proceeding.

29.     A total of 0.2 hours amounting to $40.00 in fees were incurred by Ingerman in connection with this project category during the First Interim Compensation Period.

**I.   Litigation – M.S. Eastern District Court**

30.     The "Litigation – M.S. Eastern District Court" project category includes time charges by Ingerman in relation to a breach of contract claim filed by a former employee against the College.

31.     A total of 21.80 hours amounting to $4,360.00 in fees were incurred by Ingerman in connection with this project category during the First Interim Compensation Period.

**J.   Real Property Litigation - Stewart**

32.     The "Real Property Litigation - Stewart" project category includes time charges by Ingerman in relation to a landlord-tenant issue involving someone who had owed the College rent.

33.     A total of 2.15 hours amounting to $430.00 in fees were incurred by Ingerman in

9

connection with this project category during the First Interim Compensation Period.

**K.  WARN ACT**

34.	The "Litigation – WARN Adversary Proceeding" project category includes time charges by Ingerman in relation to providing advice and direction regarding the College's WARN Act complaince.

35.	A total of 9.25 hours amounting to $1,850.00 in fees were incurred by Ingerman in connection with this project category during the First Interim Compensation Period.

36.	Ingerman's prospective budget for the 30 weeks following the Petition Date was $108,00.00.   Since the total fees sought by Ingerman are $45,420.00, Ingerman's actual fees incurred would appear to be under the budget.

**TIME AND DISBURSEMENT RECORDS AND STAFFING**

37.	The services performed by Ingerman for and on behalf of the Debtor in connection with the above matters during the First Interim Compensation Period are detailed and itemized in full in the time and disbursement logs annexed hereto as **Exhibit B**. Set forth on the attached **Exhibit C** is a summary of the persons who performed services on behalf of the Debtor, the hours of services performed by such person, the applicable hourly rate, and the total value of the services performed by each person during the First Interim Compensation Period.

38.	The persons at Ingerman that assisted the Debtor on the above matters during the First Interim Compensation Period are as follows:

a.	Christopher J. Clayton is an equity partner at Ingerman.  Mr. Southard is a graduate of Syracuse University College of Law and was admitted to practice before this Court in 1993. Mr. Clayton's rates of $200 per hour in 2016, 2017, and 2018 are reasonable and such rates were lower than Mr. Clayton's normal and

customary rate during the period covered by this Application.

b.      Edward H. McCarthy is a partner employed by Ingerman. Mr. McCarthy is a graduate of Touro College – Jacob D. Fuchsberg Law Center and was admitted to practice before this Court in 1999. Mr. McCarthy's rates of $200 per hour in 2016, 2017, and 2018 are reasonable and such rates were lower than Mr. McCarthy's normal and customary rate during the period covered by this Application.

c.      David F. Kwee is a partner employed by Ingerman. Mr. Kwee is a graduate of the Villanova University School of Law and was admitted to practice before this Court in 1999.  Mr. Kwee's rates of $200 per hour in 2016, 2017, and 2018 are reasonable and such rates were lower than Mr. Kwee's normal and customary rate during the period covered by this Application.

d.      Michael G. McAlvin is a partner employed by Ingerman.  Mr. McAlvin is a graduate of St. John's University School of Law and was admitted to practice before this Court in 2001.  Mr. McAlvin's rates of $200 per hour in 2016, 2017, and 2018 are reasonable and such rates were lower than Mr. McAlvin's normal and customary rate during the period covered by this Application.

e.      Frances Radman is an of counsel employed by Ingerman. Ms. Radman is a graduate of Brooklyn Law School and was admitted to practice before this Court in 1987. Ms. Radman's rates of $200 per hour in 2016, 2017, and 2018 are reasonable and such rates were lower than Ms. Radman's normal and customary rate during the period covered by this Application.

f.      Mary-Ann Czak is an associate employed by Ingerman. Ms. Czak is a graduate of Hofstra University School of Law and was admitted to practice before this

Court in 2015. Ms. Czak's rates of $200 per hour in 2016, 2017, and 2018 are reasonable and such rates were lower than Ms. Czak's normal and customary rate during the period covered by this Application.

g.       Lisa Calla was an associate employed by Ingerman. Ms. Czak is a graduate of Touro College – Jacob D. Fuchsberg Law Center and was admitted to practice before this Court in 1995. Ms. Calla's rates of $200 per hour in 2016, 2017, and 2018 are reasonable and such rates were lower than Ms. Calla's normal and customary rate during the period covered by this Application.

39.       The total fees requested for the services rendered in connection with this case during the First Interim Compensation Period amounts to $45,420.00 based upon a total of 227.1 hours. The hourly rate for all services provided during the First Interim Compensation Period is $200.00.

## LEGAL AUTHORITY FOR REQUESTED COMPENSATION

40.       Section 330(a)(1) of the Bankruptcy Code provides that a bankruptcy court may award "reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and . . . reimbursement for actual, necessary expenses." 11. U.S.C. §330(a)(1).

41.       There are numerous factors to be considered by the Court in determining allowances of compensation. See, e.g., In re First Colonial Corp. of America, 544 F.2d 1291 (5th Cir.), cert. denied, 431 U.S. 904 (1977); Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974); In re Drexel Burnham Lambert Group Inc., 133 B.R. 13 (Bankr. S.D.N.Y. 1991). See also In re Nine Associates, Inc., 76 B.R. 943 (S.D.N.Y. 1987); In re Cuisine Magazine, Inc., 61 B.R. 210 (Bankr. S.D.N.Y. 1986).

42.    The perspective from which an application for an allowance of compensation should be viewed in a reorganization case was aptly stated by Congressman Edwards on the floor of the House of Representatives on September 28, 1978, when he made the following statement in relation to section 330 of the Bankruptcy Code:

> [B]ankruptcy legal services are entitled to command the same competency of counsel as other cases. In that light, the policy of this section is to compensate attorneys and other professionals serving in a case under title 11 at the same rate as the attorney or other professional would be compensated for performing comparable services other than in a case under title 11. Contrary language in the Senate report accompanying S.2266 is rejected, and Massachusetts Mutual Life Insurance Company v. Brock, 405 F.2d 429, 432 (5th Cir. 1968) is overruled. Notions of economy of the estate in fixing fees are outdated and have no place in a bankruptcy code.

124 Cong. Rec. H11,092 (daily ed. Sept. 28, 1978). See also In re McCombs, 751 F.2d 286 (8th Cir. 1984); In re Drexel Burnham Lambert Group Inc., 133 B.R. 13 (Bankr. S.D.N.Y. 1991); In re Carter, 101 B.R. 170 (Bankr. D.S.D. 1989); In re Public Service Co. of New Hampshire, 93 B.R. 823, 830 (Bankr. D.N.H. 1988); In re White Motor Credit Corp., 50 B.R. 885 (Bankr. N.D. Ohio 1985).

43.    In awarding compensation pursuant to section 330 of the Bankruptcy Code to professional persons employed under the Bankruptcy Code, the Court must take into account, among other factors, the cost of comparable non-bankruptcy services. Section 330 of the Bankruptcy Code provides, in pertinent part, for payment of: (a) reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional persons employed by such person; and (b) reimbursement for actual, necessary expenses. 11 U.S.C. § 330(a)(1).

44.    As the court in In re Drexel Burnham Lambert Group Inc., 133 B.R. 13 (Bankr. S.D.N.Y. 1991), stated:

> With due recognition of the historical position of Bankruptcy Courts in compensation matters, we recognize that creditors have agreed to pay rates for retained counsel of their choice because of the needs of the particular case. One could posit other situations or cases where a presumption of prior informed

judgment might not be as strong. Here, however, we have a multi-debtor, multi-committee case involving sophisticated creditors who have determined that the rates charged and tasks undertaken by attorneys are appropriate. *We should not, and will not, second guess the determination of those parties, who are directed by Congress, under the Bankruptcy Code, to shape and resolve the case, and who are in fact bearing the cost.* To do so, of course, would be to continue what Congress specifically intended to stop in 1978: Courts, instead of markets, setting rates, with the inevitable consequence that all the legal specialists required by the debtor or official committees would demur to participate.

Drexel, 133 B.R. at 20-21 (emphasis added).

45.     The professional services rendered by Ingerman have required an expenditure of substantial time and effort. During the First Interim Compensation Period, 1,147.40 recorded hours have been expended by Ingerman professionals and paraprofessionals in rendering the required services for which Ingerman seeks compensation.

46.     Time and labor devoted, however, is only one of the many factors to be considered in awarding attorney compensation. The number of hours expended must be considered in light of (i) the amount involved and the results achieved to date; (ii) the novelty and difficulty of the questions presented; (iii) the skill requisite to perform properly the legal services; (iv) the preclusion of other employment on behalf of other clients; (v) the customary fee charged to a private client for the services rendered; (vi) awards in similar cases; (vii) time constraints required by the exigencies of the case, including the frequency and amount of time required to be devoted other than during regular business hours; (viii) the experience, reputation and ability of the attorneys rendering services; and (ix) the nature and length of the professional relationship with the client (the "Johnson Factors"). See Johnson v. Georgia Highway Express, 488 F.2d at 717-19 (enumerating factors to be considered in awarding attorneys' fees in equal employment opportunities cases under Title VII); In re First Colonial Corp. of America, 544 F.2d at 1294 (applying the Johnson Factors in bankruptcy cases)

47.      The majority of the Johnson Factors are codified in section 330(a) of the Bankruptcy Code and have been applied by various courts in making determinations that requested attorneys' fees constitute reasonable compensation. However, it is well settled that the "lodestar method,"[3] as opposed to an application solely of the Johnson Factors, is the best means of determining attorney fees in bankruptcy cases[4].   In fact, the Supreme Court has clearly articulated that the "lodestar method" is presumed to subsume the Johnson Factors, as does section 330(a) of the Bankruptcy Code.    Delaware Valley I, 478 U.S. at 563; Cena's Fine Furniture, 109 B.R. at 581.

48.      Ingerman respectfully submits that the services rendered and expenses incurred during the First Interim Compensation Period for which Ingerman seeks compensation and reimbursement clearly satisfy the requisite standards of reasonableness including, inter alia, the following: the time and labor required; the novelty and difficulty of the questions and matters resolved; the skill required to perform the services properly; the experience, reputation and ability of the attorney performing the services; the fees charged and fees awarded in similar cases; the time involved; the undesirability of the case; and the results obtained. Ingerman respectfully submits that application of the foregoing criteria more than justifies awarding

---

[3] Application of the "lodestar method" involves multiplying the number of hours reasonably expended on the case by the reasonable hourly rate of compensation for each attorney. Shaw v. Travelers Indemnity Co. (In re Grant Assocs.), 154 B.R. 836, 843 (S.D.N.Y. 1993). This method of calculating attorney fees is appropriate in light of section 330(a) of the Bankruptcy Code, which serves as a starting point, permitting bankruptcy courts, in their own discretion, to consider other factors, such as the novelty and difficulty of the issues, the special skills of counsel, and their results obtained. In re Copeland, 154 B.R. 693, 698 (Bankr. W.D. Mich. 1993).

[4] See e.g., Pennsylvania v. Delaware Valley Citizens Counsel for Clean Air, 483 U.S. 711 ("Delaware Valley II"), on remand, 826 F.2d 238 (3d Cir. 1987); Pennsylvania v. Delaware Valley Citizens Council for Clean Air, 478 U.S. 546 (1986) ("Delaware Valley I"); United States Football League v. National Football League, 887 F.2d 408, 413 (2d Cir. 1989), cert. denied, 493 U.S. 1071 (1990); Lindy Bros. Builders Inc. v. American Radiator and Standard Sanitary Corp., 487 F.2d 161 (3d Cir. 1973), vacated on other grounds, 540 F.2d 102 (3d Cir. 1976); In re Cena's Fine Furniture, Inc., 109 B.R. 575 (E.D.N.Y. 1990); In re Drexel Burnham Lambert Group Inc.,133 B.R. 13, 21 (Bankr. S.D.N.Y. 1991).

payment in full of the compensation requested in this Application since the number of hours expended by and the hourly rates of Ingerman are more than reasonable.

**WHEREFORE**, Ingerman respectfully requests that it be granted (i) a first allowance of compensation for professional services rendered as Special Counsel to the Debtor for the First Interim Compensation Period in the amount of $45,420.00; (ii) reimbursement of its actual and necessary disbursements totaling $1,983.93; and (iii) such other and further relief as is just.

Dated:   Hauppauge, New York
         June 29, 2018

                                     **INGERMAN SMITH, LLP**


                               By: _____
                                     Christopher J. Clayton, Esq.
                                     150 Motor Parkway, Suite 400
                                     Hauppauge, New York 11788
                                     Tel: (631) 261-8834
                                     Fax: (631) 261-8851
                                     Email: cclayton@ingermansmith.com

                                     *Special Counsel to the Debtor*

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In
re
DOWLING COLLEGE,
fdba Dowling Institute
fdba Dowling College Alumni Association
fdba Cecom
aka Dowling College, Inc.

                        Debtor.

:
:
:
:
:
:
:
:

Chapter 11

Case No. 16-75545 (REG)

------------------------------------------------------------x

### ORDER AUTHORIZING THE RETENTION OF INGERMAN SMITH, LLP AS SPECIAL COUNSEL TO THE DEBTOR, *NUNC PRO TUNC* TO THE PETITION DATE

Upon the application dated November 29, 2016 (the "Application")[1] of Dowling College (the "Debtor") for an order approving the retention of Ingerman Smith, LLP ("Ingerman") as its special counsel *nunc pro tunc* to the Petition Date and upon the affidavit of Christopher J. Clayton, sworn to on November 29, 2016 and attached to the Application as Exhibit B (the "Clayton Affidavit") and upon the supplemental affidavit of Christopher J. Clayton, sworn to on January 19, 2018 (the "Clayton Supplemental Affidavit" and together with the Clayton Affidavit, the "Affidavits"); and it appearing that Ingerman is not disqualified to serve as special counsel in accordance with the requirements of Section 327(e) of title 11 of the United States Code (the "Bankruptcy Code") and does not represent an interest adverse to the Debtor's estate with respect to the matters on which Ingerman is to be employed; it is

**ORDERED,** that the Application is granted as set forth herein; and it is further

**ORDERED,** that the retention of Ingerman as special counsel for the Debtor to perform all of the services set forth in the Application on the terms set forth in the Application and the Affidavits is hereby approved pursuant to Section 327(e) of the Bankruptcy Code, *nunc pro tunc* to the Petition Date; and it is further

**ORDERED,** that the compensation to be paid to Ingerman shall be subject to the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

approval of this Court upon notice and a hearing pursuant to Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and such other procedures as may be fixed by order of this Court, for professional services rendered and expenses incurred by Ingerman; and it is further

**ORDERED,** that prior to any increases in Ingerman's rates, Ingerman shall file a supplemental affidavit with the Court and provide ten (10) business days' notice to the Debtor, the United States Trustee and any official committee, which supplemental affidavit shall explain the basis for the requested rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtor has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in Section 330 of the Bankruptcy Code, and all rates and rate increases are subject to review by the Court; and it is further

**ORDERED,** that Ingerman shall apply any remaining amounts of its prepetition retainer as a credit toward postpetition fees and expenses, after such postpetition fees and expenses are approved pursuant to the first Order of the Court awarding fees and expenses to Ingerman; and it is further

**ORDERED,** that for the avoidance of doubt, all payments to Ingerman on account of compensation in this Chapter 11 Case shall in all respects remain subject to the terms of any documents or orders of this Court concerning debtor in possession financing or the use of cash and other collateral, including but not limited to any approved budget associated therewith, and which shall control in the event of any conflict between the relief contemplated by this Order and those materials; and it is further

**ORDERED,** that the Court shall retain jurisdiction to hear and determine all matters

2

arising from the implementation of this Order; and it is further

        **ORDERED**, that if there is any inconsistency between the terms of this Order, the

Application, and the Affidavits, the terms of this Order shall govern.

**NO OBJECTION:**

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By_: /S/  Stan Y. Yang  2/9/2018__
Stan Yang, Esq.
TRIAL ATTORNEY



**Dated: Central Islip, New York**
**February 13, 2018**

                        **Robert E. Grossman**
                        **United States Bankruptcy Judge**

# EXHIBIT B

LAW OFFICES

# Ingerman Smith, LLP

**150 Motor Parkway, Suite 400**
**Hauppauge, NY 11788**

Phone Number (631) 261-8834
Fax Number (631) 261-0523

April 12, 2017

**- ORIGINAL -**

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending    November 30, 2016**

**Re: CHAPTER 11 FILING - Litigation**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $220.00 | $0.00 | $220.00 |

**Re: LOCAL 153 - National Labor Relations Board Charge - Arbitration**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $100.00 | $0.00 | $100.00 |

**Re: LOCAL 30 - National Labor Relations Board - Labor Arbitration**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $20.00 | $0.00 | $20.00 |

**Re: SANS TECHNOLOGY, INC. - Litigation Index No. 2015-613595**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $240.00 | $0.00 | $240.00 |

Dowling College

April 12, 2017

Re: **M.S. - Eastern District Court - Case No. CV-15-2044 -**
   **Litigation**

|  | Fees | Disbursements | Total |
|---|---|---|---|
|  | $780.00 | $9.22 | $789.22 |
| **AMOUNT DUE FOR THIS INVOICE PERIOD** | $1,360.00 | $9.22 | **$1,369.22** |

LAW OFFICES

# Ingerman Smith, LLP

**150 Motor Parkway, Suite 400**
**Hauppauge, NY 11788**

Phone Number (631) 261-8834
Fax Number (631) 261-0523

April 12, 2017

### - ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending   November 30, 2016**

### Re: CHAPTER 11 FILING - Litigation

| | | Hrs/Rate | |
|---|---|---|---|
| 11/29/2016 CJC | review documents; telephone conferences with Special Counsel regarding Chapter 11 affidavit and filing; telephone conferences with R. Cerullo and S. Callahan | 0.90 $200.00/hr | $180.00 |
| 11/30/2016 CJC | telephone conferences with Special Counsel and S. Callahan, Esq. regarding Chapter 11; draft correspondence to S. Callahan and Special Counsel | 0.20 $200.00/hr | $40.00 |
| | | 1.10 | $220.00 |

### Re: LOCAL 153 - National Labor Relations Board Charge - Arbitration

| | | Hrs/Rate | |
|---|---|---|---|
| 11/29/2016 CJC | telephone conference with Hearing Officer R. Maher, B. Leder regarding case; draft correspondence to Hearing Officer and B. Leder | 0.40 $200.00/hr | $80.00 |
| 11/30/2016 CJC | telephone conferences with B. Leder, Esq. regarding arbitration demand | 0.10 $200.00/hr | $20.00 |
| | | 0.50 | $100.00 |

Dowling College                                                                 Page  2

April 12, 2017

_____

### Re: LOCAL 30 - National Labor Relations Board - Labor Arbitration

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 11/30/2016 | CJC | review correspondence from M. Jackson, National Labor Relations Board | 0.10 $200.00/hr | $20.00 |
| | | | 0.10 | $20.00 |

### Re: SANS TECHNOLOGY, INC. - Litigation Index No. 2015-613595

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 11/30/2016 | DK | draft notice of bankruptcy filing for State Supreme Court filing | 0.40 $200.00/hr | $80.00 |
| | DK | legal research concerning Chapter 11 stay and consequence to State Court discovery | 0.80 $200.00/hr | $160.00 |
| | | | 1.20 | $240.00 |

### Re: M.S. - Eastern District Court - Case No. CV-15-2044 - Litigation

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 11/29/2016 | DK | staff conference with C. Clayton regarding automatic stay | 0.20 $200.00/hr | $40.00 |
| | DK | review petition and supporting papers filed in Bankruptcy Court | 0.40 $200.00/hr | $80.00 |
| | DK | legal research concerning automatic stay and Chapter 11 bankruptcy and discovery in disputed case | 1.30 $200.00/hr | $260.00 |

Dowling College                                                                                   Page   3

April 12, 2017

_____

|            |     |                                                                                              | Hrs/Rate |          |
|------------|-----|----------------------------------------------------------------------------------------------|----------|----------|
| 11/29/2016 | DK  | draft notice of Chapter 11 and automatic stay                                                | 0.60<br>$200.00/hr | $120.00 |
|            | DK  | edit and revise notice of bankruptcy filing                                                  | 0.60<br>$200.00/hr | $120.00 |
|            | CJC | staff conference with D. Kwee regarding automatic stay                                       | 0.20<br>$200.00/hr | $40.00  |
| 11/30/2016 | DK  | legal research concerning dispositive motion and disclosure and staying deadlines and letter application to Court | 0.60<br>$200.00/hr | $120.00 |
|            |     |                                                                                              | 3.90     | $780.00  |

Disbursements :

|            |     |                                        | Qty/Price |        |
|------------|-----|----------------------------------------|-----------|--------|
| 11/30/2016 | DK  | Westlaw Charges – November 2016        | 1<br>$9.22 | $9.22  |
|            |     | Total charges for this matter          |           | $789.22 |



# INGERMAN SMITH LLP

WESTLAW CHARGES
NOVEMBER 2016
CLIENT'S SHARE

| CLIENT | TOTAL CHARGE |
|---|---|
| | |
| DOWLING - SCHOENHALS (FEDERAL) | $9.22 |

LAW OFFICES

# Ingerman Smith, LLP

**150 Motor Parkway, Suite 400**
**Hauppauge, NY 11788**

Phone Number (631) 261-8834
Fax Number (631) 261-0523

April 12, 2017

**- ORIGINAL -**

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending    December 31, 2016**

**Re: CHAPTER 11 FILING - Litigation**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $1,520.00 | $0.00 | $1,520.00 |

**Re: DEPARTMENT OF LABOR - Investigation**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $120.00 | $0.00 | $120.00 |

**Re: ADVICE AND COUNSEL CONCERNING COLLEGE**
    **LABOR MATTERS**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $20.00 | $0.00 | $20.00 |

**Re: LOCAL 30 - National Labor Relations Board - Labor**
    **Arbitration**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $320.00 | $0.00 | $320.00 |

Dowling College                                                                    Page   2

April 12, 2017

---

**Re: ADVICE AND COUNSEL CONCERNING REAL
    PROPERTY MATTERS**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $1,080.00 | $0.00 | $1,080.00 |

**Re: M.S. - Eastern District Court - Case No. CV-15-2044 -
    Litigation**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $0.00 | $34.67 | $34.67 |

**Re: WARN ACT**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $40.00 | $0.00 | $40.00 |

**AMOUNT DUE FOR
THIS INVOICE PERIOD** $3,100.00     $34.67     **$3,134.67**

LAW OFFICES

# Ingerman Smith, LLP

**150 Motor Parkway, Suite 400**
**Hauppauge, NY 11788**

Phone Number (631) 261-8834
Fax Number (631) 261-0523

April 12, 2017

**- ORIGINAL -**

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending    December 31, 2016**

Re: **CHAPTER 11 FILING - Litigation**

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2016 | CJC | review correspondence regarding DCO filing/Chapter 11 | 0.20 $200.00/hr | $40.00 |
| 12/2/2016 | CJC | telephone conferences with S. Southard, R. Cerullo regarding Chapter 11 and insurance coverage issue | 0.20 $200.00/hr | $40.00 |
| | CJC | attend meeting with S. Southard regarding faculty lawsuit, Perkins Loan issue, arbitration issues in bankruptcy; telephone conference with S. Callahan; draft correspondence to S. Callahan | 2.30 $200.00/hr | $460.00 |
| 12/7/2016 | CJC | telephone conferences with S. Southard and S. Callahan; draft correspondence to S. Southard and S. Callahan; attend meeting with S. Callahan; legal research concerning arbitration in bankruptcy and update | 2.00 $200.00/hr | $400.00 |
| | CJC | draft correspondence; telephone conference with M. Acoba (INSCO representative) regarding faculty | 0.30 $200.00/hr | $60.00 |
| 12/12/2016 | CJC | draft correspondence to S. Southard regarding correspondence from US Attorney | 0.30 $200.00/hr | $60.00 |
| | CJC | review correspondence regarding Warn Act litigation | 0.50 $200.00/hr | $100.00 |
| 12/13/2016 | CJC | legal research; provide information to S. Southard, B. Rosenfeld for Court appearance; draft correspondence to M. Manfredi; review AIG correspondence | 1.80 $200.00/hr | $360.00 |

Dowling College                                                    Page   2

April 12, 2017

|  | Hours | Amount |
|---|---|---|
|  | 7.60 | $1,520.00 |

### Re: DEPARTMENT OF LABOR - Investigation

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 12/2/2016 CJC | telephone conference with M. Manfredi regarding USDOL inquiry | | 0.40<br>$200.00/hr | $80.00 |
| 12/7/2016 CJC | telephone conference with M. Manfredi, Esq. regarding his inquiry | | 0.10<br>$200.00/hr | $20.00 |
| 12/14/2016 CJC | draft correspondence to M. Manfredi | | 0.10<br>$200.00/hr | $20.00 |
|  |  |  | 0.60 | $120.00 |

### Re: ADVICE AND COUNSEL CONCERNING COLLEGE LABOR MATTERS

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 12/19/2016 CJC | draft correspondence to S. Callahan and H. Edelman regarding faculty arbitration status | | 0.10<br>$200.00/hr | $20.00 |
|  |  |  | 0.10 | $20.00 |

### Re: LOCAL 30 - National Labor Relations Board - Labor Arbitration

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 12/2/2016 CJC | telephone conference with M. Jackson, National Labor Relations Board; draft correspondence to M. Jackson | | 0.20<br>$200.00/hr | $40.00 |

Dowling College                                                                 Page   3

April 12, 2017

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 12/7/2016 | CJC | telephone conference with M. Jackson; draft correspondence to M. Jackson regarding proposed settlement | 0.40 $200.00/hr | $80.00 |
| 12/9/2016 | CJC | draft correspondence to M. Jackson regarding Local 30 National Labor Relations Board | 0.10 $200.00/hr | $20.00 |
| 12/14/2016 | CJC | draft correspondence to M. Jackson and E. McCarthy regarding National Labor Relations Board inquiry | 0.20 $200.00/hr | $40.00 |
| | CJC | draft correspondence to A. Dimola regarding Local 30 | 0.10 $200.00/hr | $20.00 |
| 12/19/2016 | CJC | draft correspondence to M. Jackson, M. Hromodka and S. Southard regarding proposed stipulation | 0.20 $200.00/hr | $40.00 |
| 12/20/2016 | CJC | telephone conferences with M. Hromodka, M. Jackson; telephone conference with S. Southard | 0.40 $200.00/hr | $80.00 |
| | | | 1.60 | $320.00 |

## Re: ADVICE AND COUNSEL CONCERNING REAL
## PROPERTY MATTERS

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 12/5/2016 | EHM | attend meeting with R. Cerullo and A. Stoloff regarding various landlord tenant issues; draft correspondence to and review correspondence from A. Stoloff regarding scheduling of meeting | 1.30 $200.00/hr | $260.00 |
| 12/15/2016 | EHM | attend meeting with A. Stoloff to discuss landlord tenant issue regarding return of security deposit | 1.00 $200.00/hr | $200.00 |
| 12/20/2016 | EHM | draft correspondence to and review correspondence from R. Cerullo regarding issuance of elevation certificates for properties located 89 Central, 121 Central, and 80 Chateau; attend meetings at Town of Islip Planning Department and Building Department to ascertain whether elevation certificates are filed with Town of Islip; file review | 2.00 $200.00/hr | $400.00 |

Dowling College                                                                    Page   4

April 12, 2017

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 12/21/2016 EHM | telephone conference with A. Stoloff regarding filing Freedom of Information Law requests for elevation certificates with Town of Islip; file review; telephone conference with Town of Islip Building Department | | 0.40<br>$200.00/hr | $80.00 |
| 12/27/2016 EHM | draft letter to tenant R. Fairchild regarding return of security deposit and damage to garage door; file review | | 0.70<br>$200.00/hr | $140.00 |
|  |  |  | 5.40 | $1,080.00 |

**Re: M.S. - Eastern District Court - Case No. CV-15-2044 -**
**Litigation**
        Disbursements :

|  |  | Qty/Price |  |
|---|---|---|---|
| 12/31/2016 DK | Westlaw - December 2016 | 1<br>$34.67 | $34.67 |

**Re: WARN ACT**

|  |  | Hrs/Rate |  |
|---|---|---|---|
| 12/2/2016 CJC | review correspondence from S. Southard regarding Warn Act issue | 0.20<br>$200.00/hr | $40.00 |
|  |  | 0.20 | $40.00 |



# INGERMAN SMITH LLP

WESTLAW CHARGES
DECEMBER 2016
CLIENT'S SHARE

| CLIENT | TOTAL CHARGE |
|---|---|
| | |
| DOWLING SCHOENHALS | $34.67 |

LAW OFFICES

# Ingerman Smith, LLP

**150 Motor Parkway, Suite 400**
**Hauppauge, NY 11788**

Phone Number (631) 261-8834
Fax Number (631) 261-0523

April 12, 2017

**- ORIGINAL -**

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending        January 31, 2017**

**Re: CHAPTER 11 FILING - Litigation**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $1,570.00 | $0.00 | $1,570.00 |

**Re: CHAPTER 13 - Litigation**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $40.00 | $0.00 | $40.00 |

**Re: DEPARTMENT OF LABOR - Investigation**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $300.00 | $0.00 | $300.00 |

**Re: ADVICE AND COUNSEL CONCERNING COLLEGE**
**    LABOR MATTERS**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $140.00 | $0.00 | $140.00 |

Dowling College

April 12, 2017

---

**Re: LOCAL 153 - National Labor Relations Board Charge - Arbitration**

| Fees | Disbursements | Total |
|---|---|---|
| $40.00 | $0.00 | $40.00 |

**Re: LOCAL 30 - National Labor Relations Board - Labor Arbitration**

| Fees | Disbursements | Total |
|---|---|---|
| $540.00 | $0.00 | $540.00 |

**Re: ADVICE AND COUNSEL CONCERNING REAL PROPERTY MATTERS**

| Fees | Disbursements | Total |
|---|---|---|
| $4,230.00 | $0.00 | $4,230.00 |

**Re: M.S. - Eastern District Court - Case No. CV-15-2044 - Litigation**

| Fees | Disbursements | Total |
|---|---|---|
| $320.00 | $0.00 | $320.00 |

**Re: WARN ACT**

| Fees | Disbursements | Total |
|---|---|---|
| $1,520.00 | $0.00 | $1,520.00 |

Dowling College

April 12, 2017

**AMOUNT DUE FOR THIS INVOICE PERIOD**  $8,700.00

$0.00

**$8,700.00**

LAW OFFICES

# Ingerman Smith, LLP

**150 Motor Parkway, Suite 400**
**Hauppauge, NY 11788**

Phone Number (631) 261-8834
Fax Number (631) 261-0523

April 12, 2017

## - ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending**    **January 31, 2017**

### Re: CHAPTER 11 FILING - Litigation

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 1/3/2017 | CJC | telephone conferences with R. Cerullo regarding status of open matters | 0.20 $200.00/hr | $40.00 |
| 1/10/2017 | CJC | telephone conference with M. Puorro regarding Chapter 11 issues | 0.30 $200.00/hr | $60.00 |
| 1/11/2017 | CJC | review filings | 0.40 $200.00/hr | $80.00 |
| 1/18/2017 | CJC | telephone conference with S. Southard | 0.10 $200.00/hr | $20.00 |
|  | CJC | attend meeting with S. Southard regarding matters | 1.60 $200.00/hr | $320.00 |
|  | CJC | attend meeting with R. Cerullo, S. Southard, R. Rosenfeld and N. Bivona | 4.00 $200.00/hr | $800.00 |
| 1/19/2017 | CJC | update Chief Restructuring Officer and Board of Trustees regarding Chapter 11 | 0.75 $200.00/hr | $150.00 |
| 1/25/2017 | CJC | telephone conference with R. Cerullo regarding transition issues | 0.10 $200.00/hr | $20.00 |
| 1/31/2017 | CJC | telephone conference with A. Dimola; participate in conference call with A. Dimola and S. Southard regarding legal audit request | 0.40 $200.00/hr | $80.00 |
|  |  |  | 7.85 | $1,570.00 |

Dowling College    Page 2

April 12, 2017

### Re: CHAPTER 13 - Litigation

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 1/10/2017 CJC | telephone conference with S. Southard regarding Court appearance | | 0.20 $200.00/hr | $40.00 |
| | | | 0.20 | $40.00 |

### Re: DEPARTMENT OF LABOR - Investigation

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 1/5/2017 CJC | review correspondence from B. Rosenfeld, AIG, Investigator M. Manfredi regarding Employee Retirement Income Security Act matter/ Department of Labor investigation; draft correspondence to M. Manfredi | | 0.30 $200.00/hr | $60.00 |
| CJC | review correspondence and documents; telephone conference with Department of Labor Investigator M. Manfredi regarding Section 403(b) Plan, FSA documents, Employee Retirement Income Security Act investigation; draft correspondence to A. Dimola, S. Southard and R. Rosenfeld | | 0.50 $200.00/hr | $100.00 |
| 1/11/2017 CJC | participate in conference call with counsel and Chief Restructuring Officer regarding AIG counsel assignment | | 0.40 $200.00/hr | $80.00 |
| CJC | review correspondence from R. Rosenfeld and P. Blake regarding retention and case status | | 0.30 $200.00/hr | $60.00 |
| | | | 1.50 | $300.00 |

### Re: ADVICE AND COUNSEL CONCERNING COLLEGE LABOR MATTERS

Dowling College                                                                Page   3

April 12, 2017

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 1/23/2017 | CJC | draft correspondence to R. Maher regarding Local 153 arbitration demand | 0.10 $200.00/hr | $20.00 |
| 1/30/2017 | CJC | telephone conference with S. Southard; telephone conference with A. Dimola regarding Local 30; draft correspondence | 0.60 $200.00/hr | $120.00 |
|  |  |  | 0.70 | $140.00 |

### Re: LOCAL 153 - National Labor Relations Board Charge - Arbitration

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 1/25/2017 | CJC | review documents regarding Local 153; draft correspondence to B. Leder, Esq. | 0.20 $200.00/hr | $40.00 |
|  |  |  | 0.20 | $40.00 |

### Re: LOCAL 30 - National Labor Relations Board - Labor Arbitration

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 1/10/2017 | CJC | draft correspondence to M. Jackson regarding stipulation | 0.10 $200.00/hr | $20.00 |
| 1/11/2017 | CJC | telephone conference with M. Hromodka; draft correspondence; telephone conference with M. Jackson National Labor Relations Board | 0.40 $200.00/hr | $80.00 |
| 1/13/2017 | CJC | telephone conference with M. Hromodka, Esq. regarding National Labor Relations Board | 0.20 $200.00/hr | $40.00 |
|  | CJC | telephone conferences with M. Hromodka, S. Southard and M. Jackson at National Labor Relations Board | 0.80 $200.00/hr | $160.00 |

Dowling College

April 12, 2017

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 1/18/2017 | CJC | telephone conference with M. Hromodka regarding National Labor Relations Board Local 30 | 0.20 $200.00/hr | $40.00 |
| 1/23/2017 | CJC | telephone conferences with M. Jackson, M. Hromodka regarding National Labor Relations Board complaint; draft correspondence | 0.50 $200.00/hr | $100.00 |
| 1/24/2017 | CJC | draft correspondence to M. Hromodka, M. Jackson and S. Southard regarding proposed resolution of Local 30 National Labor Relations Board | 0.30 $200.00/hr | $60.00 |
| 1/27/2017 | CJC | review correspondence from M. Jackson, National Labor Relations Board | 0.20 $200.00/hr | $40.00 |
| | | | 2.70 | $540.00 |

## Re: ADVICE AND COUNSEL CONCERNING REAL PROPERTY MATTERS

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 1/3/2017 | EHM | attend Town of Islip Building Department make Freedom of Information Law request and to ascertain issuance of elevation certificates for residences located at 89 Central, 121 Central, and 80 Chateau; telephone conferences with A. Stoloff; file review; staff conference with C. Clayton | 2.80 $200.00/hr | $560.00 |
| | CJC | staff conference with E. McCarthy regarding real estate issues | 0.30 $200.00/hr | $60.00 |
| 1/4/2017 | EHM | file review; telephone conferences with Town of Islip Planning and Building Departments regarding archived elevation certificates for residence located at 89 Central, 121 Central, and 80 Chateau; draft correspondence to R. Cerullo regarding meeting and telephone conferences with Town of Islip regarding elevation certificates on file; draft letter to tenant at 87 Chateau regarding notice of breach of lease for damage to garage door; draft correspondence to A. Stoloff enclosing letter to tenant at 87 Chateau; review College estimate of damage for garage door | 3.40 $200.00/hr | $680.00 |

Dowling College                                                             Page   5

April 12, 2017

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 1/9/2017 | EHM | telephone conferences with R. Cerullo regarding eviction of remaining tenants at College; draft correspondence to and review correspondence from A. Stoloff regarding scheduling of meeting | 0.50<br>$200.00/hr | $100.00 |
| | EHM | telephone conferences with S. Colgan from Town of Islip regarding prospective sale of College and request from Town of Islip to interface with Town prior and during sale | 0.20<br>$200.00/hr | $40.00 |
| 1/10/2017 | EHM | draft correspondence to and review correspondence from A. Stoloff regarding scheduling of meeting to discuss tenants in default of rental obligations; attend meeting with A. Stoloff to discuss tenants in default of rental obligations | 2.50<br>$200.00/hr | $500.00 |
| | EHM | telephone conference with S. Colgan from Town of Islip Planning Department regarding sale of Dowling College property, prospective use, and request from Town of Islip to be involved during process | 0.50<br>$200.00/hr | $100.00 |
| 1/12/2017 | EHM | draft rental payment demand letters for tenants at 56 Van Bomel Blvd, 48 Van Bomel Blvd, 52 Van Bomel Blvd, 39 Chateau Drive, and 44 Van Bomel Blvd; review College rental records; telephone conference with A. Stoloff | 2.50<br>$200.00/hr | $500.00 |
| 1/13/2017 | CJC | review correspondence; telephone conference with S. Southard regarding real estate | 0.15<br>$200.00/hr | $30.00 |
| 1/14/2017 | CJC | telephone conference with R. Cerullo; staff conference with E. McCarthy regarding real estate issues to be resolved | 0.50<br>$200.00/hr | $100.00 |
| | EHM | staff conference with C. Clayton regarding real estate issues to be resolved | 0.25<br>$200.00/hr | $50.00 |
| 1/23/2017 | EHM | draft correspondence to and review correspondence from N. Bivona regarding tenants delinquent in payment of rent and prospective plan to seek for tenants to vacate rental properties; telephone conference with N. Bivona regarding tenants still in possession of rental properties; draft correspondence to N. Bivona enclosing January, 2017 demand letters transmitted to tenants delinquent in payment of rent; draft correspondence to and review correspondence from tenant T. Cody; draft correspondence to R. Cerullo and A. Stoloff updating on communications with tenant T. Cody; telephone conference with C. Dwyer from LK McClean regarding outstanding invoice due to | 2.60<br>$200.00/hr | $520.00 |

Dowling College                                                                    Page   6

April 12, 2017

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
|  |  | LK McLean for drafting of floor plans and site survey for Montauk Highway Building; file review; staff conference with C. Clayton |  |  |
| 1/23/2017 | CJC | staff conference with E. McCarthy concerning real estate issue | 0.10 $200.00/hr | $20.00 |
| 1/24/2017 | EHM | draft correspondence to and review correspondence from A. Stoloff regarding tenancy at 39 Chateau Drive; file review | 0.30 $200.00/hr | $60.00 |
| 1/25/2017 | EHM | telephone conference with Islip Planning Commissioner R. Meyer regarding prospective purchasers of Dowling College real property upon bankruptcy auction and permissible zoning uses of property; telephone conference with N. Bivona regarding telephone conference with Town of Islip Planning Department; review correspondence from A. Stoloff and tenant T. Cody regarding accounting and payment of rent | 0.60 $200.00/hr | $120.00 |
|  | CJC | telephone conference with R. Cerullo regarding his inquiry; review correspondence regarding 39 Chateau | 0.20 $200.00/hr | $40.00 |
| 1/26/2017 | CJC | staff conference with E. McCarthy regarding Town contact | 0.20 $200.00/hr | $40.00 |
|  | EHM | staff conference with C. Clayton regarding Town contact | 0.20 $200.00/hr | $40.00 |
| 1/27/2017 | EHM | draft correspondence to and review correspondence from N. Bivona and S. Southard regarding landlord tenant eviction process for remaining tenants at College | 0.50 $200.00/hr | $100.00 |
|  | CJC | staff conference with E. McCarthy; conference with S. Southard; telephone conference with R. Cerullo regarding real estate and transition | 1.00 $200.00/hr | $200.00 |
|  | EHM | staff conference with C. Clayton concerning real estate and transition | 0.25 $200.00/hr | $50.00 |
| 1/30/2017 | EHM | telephone conference with S. Southard regarding telephone conference with Town of Islip regarding auction of College property and eviction process for existing tenants at College | 0.40 $200.00/hr | $80.00 |

Dowling College                                                                    Page   7

April 12, 2017

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 1/30/2017 | EHM | draft correspondence to and review correspondence from N. Bivona regarding letter sent to all tenants regarding rental obligations and ascertaining tenant interest in purchase of properties; review correspondence of N. Bivona | 0.30 $200.00/hr | $60.00 |
| | CJC | review correspondence from N. Bivona and E. McCarthy regarding real estate | 0.10 $200.00/hr | $20.00 |
| 1/31/2017 | EHM | file review; draft correspondence to and review correspondence from N. Bivona and F. Radman regarding status of tenancies at 87 Central Blvd and 27 Chateau Drive | 0.70 $200.00/hr | $140.00 |
| | FR | draft correspondence to E. McCarthy and N. Bivona regarding 87 Central Boulevard property | 0.10 $200.00/hr | $20.00 |
| | | | 21.15 | $4,230.00 |

### Re: M.S. - Eastern District Court - Case No. CV-15-2044 - Litigation

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 1/30/2017 | DK | legal research and file review concerning phone call from bankruptcy attorney related to valuation of case | 1.20 $200.00/hr | $240.00 |
| | DK | telephone conference with S. Southard regarding creditors and possible discussions with plaintiff's attorney | 0.40 $200.00/hr | $80.00 |
| | | | 1.60 | $320.00 |

### Re: WARN ACT

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 1/3/2017 | CJC | telephone conference with S. Southard regarding case update and documents | 0.50 $200.00/hr | $100.00 |

Dowling College                                                                                  Page  8

April 12, 2017

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 1/5/2017 | CJC | review correspondence from S. Southard regarding Court filings and creditors meeting, WARN Act answer; telephone conference with S. Southard | 0.50 $200.00/hr | $100.00 |
| 1/6/2017 | CJC | draft correspondence to S. Southard regarding Department of Labor issues and external litigation | 0.20 $200.00/hr | $40.00 |
| | CJC | review WARN Act compliance inquiry for S. Southard | 0.60 $200.00/hr | $120.00 |
| | CJC | telephone conference with S. Southard regarding WARN Act issue | 0.20 $200.00/hr | $40.00 |
| 1/9/2017 | CJC | review documents from WARN communication with USDOL, NYSDOL, employees and other regulators; telephone conferences with S. Southard, R Rosenfeld, R. Cerullo; draft correspondence to S. Southard, R. Rosenfeld and R. Cerullo; legal research | 3.00 $200.00/hr | $600.00 |
| 1/10/2017 | CJC | review documents; telephone conference with R. Cerullo, S. Southard and B. Scott regarding answer; draft correspondence | 1.10 $200.00/hr | $220.00 |
| 1/11/2017 | CJC | review correspondence from S. Southard regarding answer | 0.30 $200.00/hr | $60.00 |
| 1/13/2017 | CJC | review correspondence from R. Rosenfeld regarding coverage issue | 0.10 $200.00/hr | $20.00 |
| | CJC | review correspondence; telephone conference with S. Southard regarding WARN answer | 0.15 $200.00/hr | $30.00 |
| 1/19/2017 | CJC | update Chief Restructuring Officer and Board of Trustees regarding WARN Act | 0.75 $200.00/hr | $150.00 |
| 1/24/2017 | CJC | conference with S. Callahan regarding faculty/WARN Act | 0.20 $200.00/hr | $40.00 |
| | | | 7.60 | $1,520.00 |

LAW OFFICES

# Ingerman Smith, LLP

**150 Motor Parkway, Suite 400**
**Hauppauge, NY 11788**

Phone Number (631) 261-8834
Fax Number (631) 261-0523

April 12, 2017

- ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending    February 28, 2017**

**Re: CHAPTER 11 FILING - Litigation**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $2,620.00 | $0.00 | $2,620.00 |

**Re: DEPARTMENT OF LABOR - Investigation**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $120.00 | $0.00 | $120.00 |

**Re: ADVICE AND COUNSEL CONCERNING COLLEGE LABOR MATTERS**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $320.00 | $0.00 | $320.00 |

**Re: LOCAL 153 - National Labor Relations Board Charge - Arbitration**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $40.00 | $0.00 | $40.00 |

Dowling College                                                    Page  2

April 12, 2017

**Re: LOCAL 30 - National Labor Relations Board - Labor Arbitration**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $160.00 | $0.00 | $160.00 |

**Re: ADVICE AND COUNSEL CONCERNING REAL PROPERTY MATTERS**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $1,250.00 | $0.00 | $1,250.00 |

**Re: WARN ACT**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $220.00 | $0.00 | $220.00 |

**AMOUNT DUE FOR THIS INVOICE PERIOD**

| $4,730.00 | $0.00 | **$4,730.00** |

LAW OFFICES

# Ingerman Smith, LLP

**150 Motor Parkway, Suite 400**
**Hauppauge, NY 11788**

Phone Number (631) 261-8834
Fax Number (631) 261-0523

April 12, 2017

## - ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending    February 28, 2017**

### Re: CHAPTER 11 FILING - Litigation

| Date | Init | Description | Hrs/Rate | Amount |
|------|------|-------------|----------|--------|
| 2/6/2017 | CJC | draft correspondence to S. Southard and R. Rosenfeld | 0.10 $200.00/hr | $20.00 |
| 2/8/2017 | CJC | review documents regarding affidavits inquiry from S. Southard | 0.40 $200.00/hr | $80.00 |
| | CJC | staff conference with E. McCarthy; review documents regarding real estate notice of breach | 0.30 $200.00/hr | $60.00 |
| | CJC | review correspondence N. Bivona; staff conference with M. Czak regarding retention; draft correspondence to R. Rosenfeld regarding records | 0.40 $200.00/hr | $80.00 |
| | CJC | telephone conference with Chief Restructuring Officer, personnel and counsel regarding Warn Act litigation | 1.30 $200.00/hr | $260.00 |
| | EHM | staff conference with C. Clayton concerning real property issues | 0.10 $200.00/hr | $20.00 |
| | MPC | staff conference with C. Clayton concerning retention issue | 0.10 $200.00/hr | $20.00 |
| 2/10/2017 | CJC | staff conference with M. Czak; draft correspondence to N. Bivona regarding retention schedule | 0.20 $200.00/hr | $40.00 |
| | MPC | staff conference with C. Clayton concerning retention schedule | 0.10 $200.00/hr | $20.00 |

Dowling College                                                                    Page   2

April 12, 2017

|            |     |                                                                                                                                  | Hrs/Rate           |           |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------|--------------------|-----------|
| 2/13/2017  | CJC | review documents; draft correspondence to R. Rosenfeld and S. Southard regarding Board minutes and SANS Technology                | 0.40 $200.00/hr    | $80.00    |
| 2/14/2017  | CJC | draft agreement, fee schedule documents                                                                                          | 1.00 $200.00/hr    | $200.00   |
| 2/24/2017  | MPC | legal research concerning Record Retention Policy; staff conference with C. Clayton                                               | 1.80 $200.00/hr    | $360.00   |
|            | CJC | attend meeting with R. Cerullo regarding information for ongoing inquiries                                                        | 1.50 $200.00/hr    | $300.00   |
|            | CJC | staff conference with M. Czak; conduct research regarding retention schedule                                                      | 0.50 $200.00/hr    | $100.00   |
|            | CJC | staff conference with M. Czak concerning Record Retention Policy                                                                  | 0.20 $200.00/hr    | $40.00    |
|            | MPC | staff conference with C. Clayton concerning retention schedule                                                                    | 0.10 $200.00/hr    | $20.00    |
| 2/28/2017  | CJC | review correspondence and documents in preparation for meeting; telephone conference with S. Southard, Board of Trustees and Chief Restructuring Officer regarding Chapter 11 | 4.60 $200.00/hr    | $920.00   |
|            |     |                                                                                                                                  | 13.10              | $2,620.00 |

### Re: DEPARTMENT OF LABOR - Investigation

|            |     |                                                                                                                                                                            | Hrs/Rate        |         |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|---------|
| 2/23/2017  | EHM | staff conference with M. McAlvin regarding College unemployment hearing; review correspondence from A. Dimola regarding unemployment hearing; review notice of unemployment hearing; telephone conference with A. Dimola's office | 0.50 $200.00/hr | $100.00 |
|            | MGM | staff conference with E. McCarthy regarding College unemployment hearing                                                                                                | 0.10 $200.00/hr | $20.00  |

Dowling College                                                           Page   3

   April 12, 2017

| | Hours | Amount |
|---|---|---|
| | 0.60 | $120.00 |

## Re: ADVICE AND COUNSEL CONCERNING COLLEGE
##     LABOR MATTERS

| Date | Init. | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/10/2017 | CJC | draft correspondence to M. Hromodka regarding Local 30/National Labor Relations Board | 0.20 $200.00/hr | $40.00 |
| 2/21/2017 | EHM | staff conference with M. McAlvin regarding attending unemployment hearing for College | 0.20 $200.00/hr | $40.00 |
| | MGM | staff conference with E. McCarthy regarding attending unemployment hearing for College | 0.20 $200.00/hr | $40.00 |
| 2/24/2017 | EHM | review notice of Workers' Compensation hearing for former employee; telephone conferences with A. Dimola regarding appearance at hearing; draft correspondence to and review correspondence from N. Bivona and S. Southard regarding appearance at hearing necessary; staff conference with M. McAlvin and C. Clayton | 0.80 $200.00/hr | $160.00 |
| | CJC | staff conference with E. McCarthy concerning Workers' Compensation hearing for former employee | 0.10 $200.00/hr | $20.00 |
| | MGM | staff conference with E. McCarthy concerning Workers' Compensation hearing for former employee | 0.10 $200.00/hr | $20.00 |
| | | | 1.60 | $320.00 |

## Re: LOCAL 153 - National Labor Relations Board Charge -
##     Arbitration

Dowling College                                                        Page  4

April 12, 2017

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 2/8/2017 CJC | draft correspondence to M. Hromodka regarding stipulation | | 0.20<br>$200.00/hr | $40.00 |
| | | | 0.20 | $40.00 |

### Re: LOCAL 30 - National Labor Relations Board - Labor Arbitration

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 2/15/2017 CJC | draft correspondence to M. Hromodka regarding Local 30 | | 0.20<br>$200.00/hr | $40.00 |
| 2/24/2017 CJC | telephone conference with S. Southard and M. Hromodka, Esq.; draft correspondence to S. Southard and M. Hromodka regarding stipulation | | 0.50<br>$200.00/hr | $100.00 |
| 2/27/2017 CJC | draft correspondence to and review correspondence from M. Hromodka regarding Local 30 settlement | | 0.10<br>$200.00/hr | $20.00 |
| | | | 0.80 | $160.00 |

### Re: ADVICE AND COUNSEL CONCERNING REAL PROPERTY MATTERS

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 2/1/2017 EHM | review correspondence from S. Southard and N. Bivona regarding tenancy at 87 Central Blvd.; draft correspondence to N. Bivona regarding previous demand letter sent to tenants as 87 Central Blvd; file review | | 0.50<br>$200.00/hr | $100.00 |
| 2/6/2017 EHM | draft correspondence to and review correspondence from S. Southard and N. Bivona regarding scheduling of meeting to discuss landlord tenant issues of College; file review | | 0.40<br>$200.00/hr | $80.00 |

Dowling College                                                                          Page  5

April 12, 2017

―――――――――――――――――――――――

|            |     |                                                                                                                      | Hrs/Rate |          |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|----------|----------|
| 2/7/2017   | EHM | review letter sent from College to tenants regarding bankruptcy filing and sale of residential properties; attend meeting with N. Bivona and S. Southard regarding status of College tenancies; draft letter to tenant R. Fairchild regarding failure to pay rent and notice of breach; draft correspondence to N. Bivona enclosing letter to tenant R. Fairchild; file review | 2.10 $200.00/hr | $420.00 |
| 2/16/2017  | EHM | draft correspondence to and review correspondence from N. Bivona regarding accounting of rent and security deposit payments for tenancy at 48 Van Bomel; telephone conference with former tenant R. Fairchild regarding offset of rental arrears with retained security deposit; draft correspondence to and review correspondence from N. Bivona regarding telephone conference with former tenant R. Fairchild; draft correspondence to and review correspondence from N. Bivona regarding status of tenancy at 87 Central; file review | 1.10 $200.00/hr | $220.00 |
| 2/17/2017  | EHM | draft correspondence to and review correspondence from N. Bivona and tenant R. Fairchild regarding application of security deposit to rental arrears; telephone conference with N. Bivona | 0.60 $200.00/hr | $120.00 |
|            | FR  | telephone conference with tenant's attorney's office regarding Stewart landlord/tenant issue | 0.25 $200.00/hr | $50.00 |
| 2/21/2017  | EHM | telephone conferences with S. Colgan from Town of Islip Planning Department regarding transmitting correspondence to Dowling College about prospective use of College property; draft correspondence to and review correspondence from S. Colgan regarding contact information of N. Bivona; telephone conferences with A. Stoloff and tenant R. Fairchild regarding accounting of rent owed to College; review correspondence from A. Stoloff regarding tenant R. Fairchild rental payments | 0.90 $200.00/hr | $180.00 |
| 2/27/2017  | FR  | telephone conference with C. McGuire's office; draft letter regarding landlord/tenant issue | 0.10 $200.00/hr | $20.00 |
| 2/28/2017  | EHM | draft correspondence to and review correspondence from A. Stoloff regarding status of College's accounting of tenant R. Fairchild rental payments | 0.30 $200.00/hr | $60.00 |
|            |     |                                                                                                                      | 6.25     | $1,250.00 |

Dowling College                                                                    Page   6

April 12, 2017

Re: **WARN ACT**

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 2/24/2017 | CJC | review documents; telephone conference with S. Southard regarding WARN | 1.10 $200.00/hr | $220.00 |
| | | | 1.10 | $220.00 |

LAW OFFICES
# Ingerman Smith, LLP
150 Motor Parkway, Suite 400
Hauppauge, NY 11788

Phone Number (631) 261-8834
Fax Number (631) 261-0523

April 12, 2017

## - ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending**    **March 31, 2017**

**Re: CHAPTER 11 FILING - Litigation**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $1,200.00 | $0.00 | $1,200.00 |

**Re: LOCAL 30 - National Labor Relations Board - Labor Arbitration**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $80.00 | $0.00 | $80.00 |

**Re: ADVICE AND COUNSEL CONCERNING REAL PROPERTY MATTERS**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $3,360.00 | $0.00 | $3,360.00 |

**Re: SANS TECHNOLOGY, INC. - Litigation Index No. 2015-613595**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $340.00 | $0.00 | $340.00 |

Dowling College

April 12, 2017

Re: M.S. - Eastern District Court - Case No. CV-15-2044 -
     Litigation

|  | Fees | Disbursements | Total |
|---|---|---|---|
|  | $560.00 | $0.00 | $560.00 |
| **AMOUNT DUE FOR THIS INVOICE PERIOD** | $5,540.00 | $0.00 | **$5,540.00** |

LAW OFFICES

# Ingerman Smith, LLP

**150 Motor Parkway, Suite 400**
**Hauppauge, NY 11788**

Phone Number (631) 261-8834
Fax Number (631) 261-0523

April 12, 2017

**- ORIGINAL -**

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending**   **March 31, 2017**

**Re: CHAPTER 11 FILING - Litigation**

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 3/1/2017 | CJC | review B. Rosenfeld, M. Hromodka and S. Southard; telephone conference with S. Southard regarding Chapter 11 | 0.40 $200.00/hr | $80.00 |
| 3/14/2017 | CJC | attend Board meeting with Chief Restructuring Officer and counsel | 2.50 $200.00/hr | $500.00 |
| 3/17/2017 | CJC | review correspondence from Town of Islip/R. Rosenfeld regarding tax exemption | 0.10 $200.00/hr | $20.00 |
| 3/21/2017 | CJC | draft correspondence to B. Rosenfeld regarding 457 inquiry/J. Brown | 0.10 $200.00/hr | $20.00 |
| 3/28/2017 | CJC | review Board of Trustees, B. Scott, B. Rosenfeld and S. Southard correspondence regarding real estate and Board of Trustees meeting | 0.60 $200.00/hr | $120.00 |
| 3/30/2017 | CJC | staff conference with E. McCarthy and D. Kwee regarding retention information | 0.20 $200.00/hr | $40.00 |
|  | CJC | telephone conference with S. Southard regarding Chapter 11 and Board of Trustees meeting | 0.10 $200.00/hr | $20.00 |
|  | CJC | telephone conference with Board of Trustees; telephone conference with S. Southard; follow-up meeting with S. Southard | 1.60 $200.00/hr | $320.00 |
|  | EHM | staff conference with D. Kwee and C. Clayton concerning retention information | 0.20 $200.00/hr | $40.00 |

Dowling College                                                                    Page  2

April 12, 2017

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 3/30/2017 | DK | staff conference with E. McCarthy and C. Clayton concerning retention information | 0.20 $200.00/hr | $40.00 |
| | | | 6.00 | $1,200.00 |

### Re: LOCAL 30 - National Labor Relations Board - Labor Arbitration

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 3/2/2017 | CJC | review correspondence from M. Hromodka and S. Southard regarding Local 30 National Labor Relations Board stipulation | 0.20 $200.00/hr | $40.00 |
| 3/3/2017 | CJC | review correspondence with S. Southard and M. Hromodka regarding Local 30 | 0.20 $200.00/hr | $40.00 |
| | | | 0.40 | $80.00 |

### Re: ADVICE AND COUNSEL CONCERNING REAL PROPERTY MATTERS

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 3/8/2017 | EHM | draft correspondence to and review correspondence from S. Colgan from Town of Islip Planning Department regarding picking up correspondence for N. Bivona; attend Town of Islip Planning Department ;attend meeting with A. Stoloff to deliver letter for N. Bivona and to discuss return of security deposit for tenant R. Fairchild; draft correspondence to and review correspondence from A. Stoloff regarding scheduling of meeting | 1.50 $200.00/hr | $300.00 |
| | FR | telephone conference with tenant's attorney regarding Stewart landlord/tenant matter | 0.10 $200.00/hr | $20.00 |

Dowling College                                                                          Page   3

   April 12, 2017

|            |     |                                                                                                                                                                                                                                                                                                                                                          | Hrs/Rate            |          |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------|----------|
| 3/9/2017   | EHM | draft correspondence to and review correspondence from N. Bivona regarding scheduling of meeting to discuss holdover tenants of College                                                                                                                                                                                                                   | 0.40 $200.00/hr     | $80.00   |
| 3/10/2017  | EHM | draft correspondence to and review correspondence from N. Bivona regarding scheduling of meeting regarding tenants at Dowling College; file review in preparation of meeting with N. Bivona                                                                                                                                                                | 0.50 $200.00/hr     | $100.00  |
| 3/13/2017  | EHM | attend meeting with R. Rosenfeld and D. Cook regarding hold over tenancies at Dowling College; staff conference with C. Clayton regarding meeting; file review in preparation of meeting                                                                                                                                                                   | 1.90 $200.00/hr     | $380.00  |
|            | CJC | staff conference with E. McCarthy concerning real property issues                                                                                                                                                                                                                                                                                        | 0.10 $200.00/hr     | $20.00   |
| 3/15/2017  | EHM | draft notices to terminate tenancy for tenants C. McCabe, D. Nelson, M. Pasquale, G. Stewart, A. Stewart, J. Ingoglia, L. Bufalo, M. Hopkins, S. Hanna, M. Hanna and T. Cody; draft correspondence to and review correspondence from R. Rosenfeld enclosing and revising notices to terminate tenancy; file review; review College customer-tenant balance detail; telephone conferences with A. Stoloff; review correspondence from D. Cook regarding telephone conference with remaining tenants; file review | 4.60 $200.00/hr     | $920.00  |
| 3/16/2017  | EHM | review and revise notices to terminate holdover tenancies; draft correspondence to and review correspondence from A. Stoloff regarding revising notices to terminate; draft correspondence to and review correspondence from R. Rosenfeld regarding and enclosing notices to terminate; attend meeting with R. Rosenfeld to pick up original executed copies of notices to terminate holdover tenancies; draft correspondence to and review correspondence from process server R. Downs to schedule delivery of notices to terminate for service; file review | 3.00 $200.00/hr     | $600.00  |
| 3/17/2017  | EHM | draft correspondence to and review correspondence from process server R. Downs regarding meeting to deliver original notices to terminate holdover tenancies; file review                                                                                                                                                                                   | 0.40 $200.00/hr     | $80.00   |
| 3/20/2017  | EHM | attend meeting with process server R. Downs to deliver original notices to terminate holdover tenancies; telephone conference with R. Downs to schedule meeting; draft correspondence to R. Rosenfeld and N. Bivona regarding delivery of original notices to                                                                                               | 2.70 $200.00/hr     | $540.00  |

Dowling College                                                                    Page  4

   April 12, 2017

| | | Hrs/Rate | |
|---|---|---|---|
| | terminate to process server R. Downs; review correspondence service updates from process server R. Downs; file review | | |
| 3/21/2017 EHM | draft correspondence to R. Rosenfeld updating on service of notices to terminate on holdover tenants | 0.30 $200.00/hr | $60.00 |
| 3/27/2017 EHM | telephone conference with N. Bivona regarding contact with tenant T. Cody attorney; draft correspondence to and review correspondence from N. Bivona regarding contact with T. Cody attorney; review T. Cody lease | 0.50 $200.00/hr | $100.00 |
| 3/29/2017 EHM | draft correspondence to and review correspondence from N. Bivona regarding status of service of notices to holdover tenants; telephone conference with attorney for tenant T. Cody; telephone conference with N. Bivona regarding telephone conference with attorney for tenant T. Cody | 0.80 $200.00/hr | $160.00 |
| | | 16.80 | $3,360.00 |

**Re: SANS TECHNOLOGY, INC. - Litigation Index No.
2015-613595**

| | | Hrs/Rate | |
|---|---|---|---|
| 3/31/2017 DK | draft litigation budget and plan for bankruptcy counsel for special counsel request | 1.70 $200.00/hr | $340.00 |
| | | 1.70 | $340.00 |

**Re: M.S. - Eastern District Court - Case No. CV-15-2044 -
Litigation**

Dowling College                                                                    Page  5

April 12, 2017

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 3/31/2017 | DK | draft and prepare litigation budget and estimate and review prior billings for work already completed, for bankruptcy counsel for special counsel request | 2.80 $200.00/hr | $560.00 |
| | | | 2.80 | $560.00 |

INGERMAN SMITH, L.L.P.

# Statement

| Date |
| --- |
| 6/7/2017 |

| To: |
| --- |
| DOWLING/RSR CONSULT<br>150 IDLE HOUR BLVD.<br>OAKDALE, NY 11769 |

| Amount Due | Amount Enc. |
| --- | --- |
| $37,894.71 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 05/07/2017 | Balance forward | | 28,759.71 |
| 05/08/2017 | INV #11378. | 2,720.00 | 31,479.71 |
| 06/07/2017 | INV #11461. | 6,415.00 | 37,894.71 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 6,415.00 | 2,720.00 | 28,759.71 | 0.00 | 0.00 | $37,894.71 |

LAW OFFICES

# Ingerman Smith, LLP

150 Motor Parkway, Suite 400
Hauppauge, NY 11788

Phone Number (631) 261-8834
Fax Number (631) 261-0523

June 07, 2017

- ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending**          **May 31, 2017**

Re: **CHAPTER 11 FILING - Litigation**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $1,620.00 | $0.00 | $1,620.00 |

Re: **ADVICE AND COUNSEL CONCERNING COLLEGE
LABOR MATTERS**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $80.00 | $0.00 | $80.00 |

Re: **ADVICE AND COUNSEL CONCERNING REAL
PROPERTY MATTERS**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $3,650.00 | $1,045.00 | $4,695.00 |

Re: **WARN ACT**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $20.00 | $0.00 | $20.00 |

Dowling College

June 07, 2017

**AMOUNT DUE FOR
THIS INVOICE PERIOD**   $5,370.00                $1,045.00                    $6,415.00

LAW OFFICES

# Ingerman Smith, LLP

150 Motor Parkway, Suite 400
Hauppauge, NY 11788

Phone Number (631) 261-8834
Fax Number (631) 261-0523

June 07, 2017

- ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

### Invoice for Services for the Period Ending        May 31, 2017

Re: CHAPTER 11 FILING - Litigation

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 5/1/2017 | CJC | review documents and correspondence from N. Bivona, R. Rosenfeld and S. Southard regarding Pattarsquash | 0.20 $200.00/hr | $40.00 |
| 5/3/2017 | CJC | review correspondence from attorneys regarding Chapter 11 issues | 0.30 $200.00/hr | $60.00 |
| 5/5/2017 | CJC | review documents and correspondence S. Southard and R. Rosenfeld regarding Chapter 11 issues; draft correspondence to B. Scott regarding WARN | 0.40 $200.00/hr | $80.00 |
| 5/8/2017 | CJC | review correspondence from B. Scott and R. Rosenfeld regarding WARN class | 0.20 $200.00/hr | $40.00 |
| 5/9/2017 | CJC | telephone conference with S. Southard regarding Local 30 issue | 0.40 $200.00/hr | $80.00 |
| 5/11/2017 | CJC | telephone conference with S. Southard; research negotiations issue/faculty Local 30; telephone conference with A. Dimola and R. Cerullo; | 1.60 $200.00/hr | $320.00 |
| 5/12/2017 | CJC | review correspondence from A. Dimola regarding Local 434; draft correspondence to S. Southard | 0.30 $200.00/hr | $60.00 |
| 5/15/2017 | CJC | review correspondence from B. Scott regarding proposed certified order revisions for class certifications; draft correspondence to S. Southard regarding American Arbitration Association demand | 0.40 $200.00/hr | $80.00 |

Dowling College                                                    Page  2

June 07, 2017

_____

|            |     |                                                                                                                                  | Hrs/Rate |          |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------|----------|----------|
| 5/16/2017  | CJC | telephone conference with J. Sulds; draft correspondence to J. Sulds regarding Employee Retirement Income Security Act discussion; review documents from US Department of Labor investigation | 0.40 $200.00/hr | $80.00 |
|            | CJC | telephone conference with R. Cerullo regarding contract from J. Sulds and information per his request | 0.50 $200.00/hr | $100.00 |
| 5/18/2017  | CJC | telephone conference with S. Southard; draft correspondence to S. Southard regarding Perkins issue and inquiry | 0.40 $200.00/hr | $80.00 |
|            | CJC | draft correspondence to J. Sulds regarding conference call | 0.10 $200.00/hr | $20.00 |
| 5/19/2017  | CJC | draft correspondence to S. Southard regarding faculty endowment  release | 0.10 $200.00/hr | $20.00 |
| 5/22/2017  | CJC | review documents and prepare for conference call; conference call with S. Southard, L. Kiss, R. Rosenfeld, N. Bivona and A. Dimola | 1.50 $200.00/hr | $300.00 |
|            | CJC | telephone conference with J. Sulds; review documents and correspondence from J. Sulds regarding USDOL | 0.50 $200.00/hr | $100.00 |
| 5/24/2017  | CJC | review correspondence from S. Southard, L. Kiss, R. Rosenfeld and N. Bivona; telephone conference with A. Inserra; draft correspondence to A. Inserra regarding LIU agreement per Court inquiry | 0.40 $200.00/hr | $80.00 |
|            | CJC | review correspondence from M. Hromodka, S. Southard and L. Kiss regarding Local 30 settlement | 0.20 $200.00/hr | $40.00 |
| 5/25/2017  | CJC | draft correspondence to A. Inserra and S. Southard regarding LIU agreement | 0.20 $200.00/hr | $40.00 |
|            |     |                                                                                                                                  | 8.10     | $1,620.00 |

Re: ADVICE AND COUNSEL CONCERNING COLLEGE
      LABOR MATTERS

Dowling College                                                    Page   3

June 07, 2017

_____

|            |     |                                                      | Hrs/Rate   |          |
|------------|-----|------------------------------------------------------|------------|----------|
| 5/2/2017   | CJC | draft correspondence to B. Rosenfeld, N. Bivona, B. Scott and S. Southard regarding adjunct/WARN issue | 0.40<br>$200.00/hr | $80.00 |
|            |     |                                                      | 0.40       | $80.00   |

### Re: ADVICE AND COUNSEL CONCERNING REAL PROPERTY MATTERS

|            |     |                                                      | Hrs/Rate   |          |
|------------|-----|------------------------------------------------------|------------|----------|
| 5/1/2017   | FR  | review documents; draft letter to R. Rosenfeld to sign verification in landlord/tenant matter | 0.25<br>$200.00/hr | $50.00 |
| 5/2/2017   | FR  | review files; telephone conference with N. Bivona; draft letter to attorneys regarding landlord/tenant matter | 0.50<br>$200.00/hr | $100.00 |
| 5/8/2017   | FR  | draft correspondence to and review correspondence from to N. Bivona and E. McCarthy regarding landlord/tenant matters; review files in order to prepare petitions | 0.50<br>$200.00/hr | $100.00 |
|            | FR  | prepare landlord/tenant notices of petition and verified petitions | 2.00<br>$200.00/hr | $400.00 |
| 5/9/2017   | FR  | further preparation of notices of petition and verified petitions concerning landlord-tenant matters; attend meeting with client to sign verifications | 2.50<br>$200.00/hr | $500.00 |
| 5/11/2017  | EHM | review correspondence from attorney for holdover tenant T. Cody S. McKinley; draft correspondence to and review correspondence from F. Radman regarding making contact with attorney S. McKinley; file review | 0.50<br>$200.00/hr | $100.00 |
|            | FR  | telephone conference with counsel for T. Cody landlord/tenant matter | 0.10<br>$200.00/hr | $20.00 |
| 5/18/2017  | FR  | review documents from A. Stoloff and process server | 0.50<br>$200.00/hr | $100.00 |

Dowling College                                                                 Page  4

June 07, 2017

_____

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 5/22/2017 | FR | draft correspondence to attorney for T. Cody regarding landlord/tenant issue | 0.10 $200.00/hr | $20.00 |
| 5/23/2017 | FR | draft petition concerning T. Cody; review file | 0.50 $200.00/hr | $100.00 |
|  | FR | draft correspondence to N. Bivona regarding Cody and Hopkins landlord/tenant matters | 0.10 $200.00/hr | $20.00 |
| 5/24/2017 | EHM | staff conference with F. Radman regarding status of eviction proceedings for holdover tenants | 0.10 $200.00/hr | $20.00 |
|  | FR | review T. Cody landlord/tenant petition | 0.10 $200.00/hr | $20.00 |
|  | FR | review landlord/tenant files in preparation for Court appearance | 1.00 $200.00/hr | $200.00 |
|  | LJC | staff conference with F. Radman regarding landlord/tenant Court for 5/25/17 | 0.20 $200.00/hr | $40.00 |
|  | LJC | draft correspondence to E. McCarthy concerning landlord/tenant Court | 0.20 $200.00/hr | $40.00 |
|  | FR | staff conference with L. Calla regarding landlord/tenant Court for 5/25/17 | 0.20 $200.00/hr | $40.00 |
|  | FR | staff conference with E. McCarthy regarding status of eviction proceedings for holdover tenants | 0.10 $200.00/hr | $20.00 |
| 5/25/2017 | FR | appearance in Fifth District Court with L. Calla concerning landlord/tenant petitions | 3.00 $200.00/hr | $600.00 |
|  | FR | draft correspondence to N. Bivona and R. Rosenfeld regarding status of landlord/tenant matters | 0.10 $200.00/hr | $20.00 |
|  | EHM | staff conference with F. Radman regarding status of summary eviction proceedings for holdover tenants; telephone conference with A. Stoloff regarding testifying in District Court; review correspondence from F. Radman to N. Bivona | 0.50 $200.00/hr | $100.00 |
|  | LJC | attend landlord/tenant Court (Bohemia) | 3.00 $200.00/hr | $600.00 |

Dowling College                                                                                Page   5

June 07, 2017

_____

|            |     |                                                                      | Hrs/Rate          |          |
|------------|-----|----------------------------------------------------------------------|-------------------|----------|
| 5/25/2017  | LJC | review landlord/tenant update report                                 | 0.30<br>$200.00/hr | $60.00  |
| 5/26/2017  | LJC | review correspondence (updates about landlord/tenant from N. Bivona) | 0.20<br>$200.00/hr | $40.00  |
|            | LJC | review correspondence about updates of landlord/tenant from E. McCarthy | 0.20<br>$200.00/hr | $40.00 |
|            | FR  | draft correspondence to and review correspondence from N. Bivona regarding update on landlord/tenant matters | 0.25<br>$200.00/hr | $50.00 |
| 5/30/2017  | FR  | review correspondence from tenant; draft correspondence to and review correspondence from N. Bivona | 0.10<br>$200.00/hr | $20.00 |
| 5/31/2017  | LJC | telephone conference with Giaquinto and correspondence to F. Radman | 0.40<br>$200.00/hr | $80.00 |
|            | FR  | review D. Nelson landlord/tenant file; draft correspondence to and review correspondence from N. Bivona and R. Rosenfeld; telephone conference with tenant | 0.25<br>$200.00/hr | $50.00 |
|            | FR  | telephone conference with N. Bivona and D. Nelson regarding landlord/tenant issue | 0.50<br>$200.00/hr | $100.00 |
|            |     |                                                                      | 18.25             | $3,650.00 |

Disbursements :

|            |      |                        | Qty/Price      |          |
|------------|------|------------------------|----------------|----------|
| 5/1/2017   | FR   | Service of Process Fee | 1<br>$35.00    | $35.00   |
|            | FR   | Service of Process Fee | 1<br>$35.00    | $35.00   |
| 5/4/2017   | EHM  | Court Filing Fees      | 1<br>$45.00    | $45.00   |
| 5/8/2017   | FR   | Index No. Fee          | 1<br>$16.00    | $16.00   |
| 5/9/2017   | FR   | Court Filing Fees      | 1<br>$45.00    | $45.00   |
|            | FR   | Court Filing Fees      | 1<br>$45.00    | $45.00   |

Dowling College                                                    Page  6

June 07, 2017

_____

|            |    |                     | Qty/Price |          |
|------------|----|---------------------|-----------|----------|
| 5/9/2017   | FR | Court Filing Fees   | 1         | $45.00   |
|            |    |                     | $45.00    |          |
| 5/12/2017  | FR | Index No. Fee       | 1         | $16.00   |
|            |    |                     | $16.00    |          |
|            | FR | Index No. Fee       | 1         | $16.00   |
|            |    |                     | $16.00    |          |
| 5/17/2017  | FR | Service of Process Fee | 1      | $35.00   |
|            |    |                     | $35.00    |          |
|            | FR | Service of Process Fee | 1      | $85.00   |
|            |    |                     | $85.00    |          |
|            | FR | Service of Process Fee | 1      | $35.00   |
|            |    |                     | $35.00    |          |
|            | FR | Service of Process Fee | 1      | $35.00   |
|            |    |                     | $35.00    |          |
|            | FR | Service of Process Fee | 1      | $85.00   |
|            |    |                     | $85.00    |          |
|            | FR | Service of Process Fee | 1      | $35.00   |
|            |    |                     | $35.00    |          |
|            | FR | Service of Process Fee | 1      | $35.00   |
|            |    |                     | $35.00    |          |
|            | FR | Index No. Fee       | 1         | $16.00   |
|            |    |                     | $16.00    |          |
|            | FR | Service of Process Fee | 1      | $85.00   |
|            |    |                     | $85.00    |          |
|            | FR | Service of Process Fee | 1      | $85.00   |
|            |    |                     | $85.00    |          |
|            | FR | Service of Process Fee | 1      | $35.00   |
|            |    |                     | $35.00    |          |
|            | FR | Service of Process Fee | 1      | $35.00   |
|            |    |                     | $35.00    |          |
| 5/18/2017  | FR | Service of Process Fee | 1      | $85.00   |
|            |    |                     | $85.00    |          |
| 5/25/2017  | FR | Court Filing Fees   | 1         | $45.00   |
|            |    |                     | $45.00    |          |
| 5/31/2017  | FR | Messenger Service   | 1         | $16.00   |
|            |    |                     | $16.00    |          |

Total charges for this matter                              $4,695.00

Dowling College                                                              Page   7

June 07, 2017

_____

**Re: WARN ACT**

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 5/1/2017  CJC | draft correspondence to B. Scott | | 0.10 | $20.00 |
| | | | $200.00/hr | |
| | | | 0.10 | $20.00 |

# OneWorld Judicial Services, Inc.

172 BROOK AVENUE, SUITE A,  DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2138397
Date :  05/18/2017
Your File No.: DOWLING

Ingerman Smith LLP
150 Motor Parkway suite 400
Hauppauge, NY 11788

**Payments Received**

| | | |
|---|---|---|
| Caption: | *DOWLING COLLEGE* Plaintiff/Petitioner *vs* *DESIREE NELSON AND MATTHEW PASQUALE* Defendant/Respondent | Date Received: 5/5/2017 Serve By Date: 5/17/2017 Docket or ID #: LT-000925-17/IS County: SUFFOLK |
| Re: | **MATTHEW PASQUALE** | Court: FIFTH DISTRICT COURT SUFFOLK: COUNTY OF SUFFOLK: |
| Docs Served | NOTICE OF PETITION HOLDOVER AND VERIFIED PETITION TO RECOVER POSSESSION OF REAL PROPERTY | Date Served: 5/15/2017 Served By: JENNIFER SIMMONS Place Served: 56 VAN BOMEL BLVD, OAKDALE, NY 11769 Court Date:  5/25/2017 |

| Date | Service Description | Amount |
|---|---|---|
| | Process Service - 2nd discount | $20.00 |
| | Certified Mail, Regular Mail | $15.00 |
| | | |
| | **Total Service Fees:** | $35.00 |
| Terms: | **Total Amount Due =** | $35.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #              2138397
Invoice Date:  May 18, 2017
Attorneys ID    A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due = $35.00

Amount Enclosed _____

# OneWorld Judicial Services, Inc.

172 BROOK AVENUE, SUITE A,  DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2138735
Date : 05/18/2017
Your File No.: DOWLING

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

**Payments Received**

| | | |
|---|---|---|
| Caption: | *DOWLING COLLEGE*                 Plaintiff/Petitioner<br>*vs*<br>*MARK C. HANNA & STEPHEN J. HANNA & DAWN HANNA*    Defendant/Respondent | Date Received: 5/10/2017<br>Serve By Date: 5/17/2017<br>Docket or ID #: LT-000954-17/IS<br>County: SUFFOLK |
| Re: | STEPHEN J. HANNA | Court: FIFTH DISTRICT COURT<br>SUFFOLK: COUNTY OF SUFFOLK: |
| Docs Served | NOTICE OF PETITION HOLD OVER AND VERIFIED PETITION TO RECOVER POSSESSION OF REAL PROPERTY HOLDOVER | Date Served: 5/17/2017<br>Served By: Susan Cortina<br>Place Served: 52 VAN BOMEL BLVD, OAKDALE, NY 11769<br>Court Date: 5/25/2017 |

| Date | Service Description | Amount |
|---|---|---|
| | Certified Mail, Regular Mail | $15.00 |
| | Process Service - 2nd discount | $20.00 |
| | | |
| | **Total Service Fees:** | $35.00 |
| Terms: | **Total Amount Due =** | $35.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #            2138735
Invoice Date:  May 18, 2017
Attorneys ID   A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due = $35.00

Amount Enclosed _____

# ONEWORLD JUDICIAL SERVICES, INC.

172 BROOK AVENUE, SUITE A,  DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2138737
Date : 05/18/2017
Your File No.: DOWLING

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

**Payments Received**

| | | |
|---|---|---|
| Caption: | *DOWLING COLLEGE*  Plaintiff/Petitioner  *vs*  *MARK C. HANNA & STEPHEN J. HANNA & DAWN HANNA*  Defendant/Respondent | Date Received: 5/10/2017  Serve By Date: 5/17/2017  Docket or ID #: LT-000954-17/IS  County: SUFFOLK |
| Re: | **DAWN HANNA** | Court: FIFTH DISTRICT COURT SUFFOLK: COUNTY OF SUFFOLK: |
| Docs Served | NOTICE OF PETITION HOLD OVER AND VERIFIED PETITION TO RECOVER POSSESSION OF REAL PROPERTY HOLDOVER | Date Served: 5/17/2017  Served By: Susan Cortina  Place Served: 52 VAN BOMEL BLVD, OAKDALE, NY 11769  Court Date:  5/25/2017 |

| Date | Service Description | Amount |
|---|---|---|
| | Process Service - 2nd discount | $20.00 |
| | Certified Mail, Regular Mail | $15.00 |
| | **Total Service Fees:** | **$35.00** |
| Terms: | **Total Amount Due =** | **$35.00** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #            2138737
Invoice Date:  May 18, 2017
Attorneys ID   A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due = $35.00

Amount Enclosed _____

# OneWorld Judicial Services, Inc.

172 BROOK AVENUE, SUITE A,  DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2138741

Date : 05/18/2017

Your File No.: DOWLING

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

**Payments Received**

| | | |
|---|---|---|
| Caption: | *DOWLING COLLEGE*<br>*vs*<br>*ROSEMARIE GIAQUINTO, "JOHN DOE" AND "JANE DOE"* <br> Plaintiff/Petitioner <br> Defendant/Respondent | Date Received: 5/10/2017<br>Serve By Date: 5/17/2017<br>Docket or ID #: LT-000953-17/IS<br>County: SUFFOLK |
| Re: | **"JOHN DOE"** | Court: FIFTH DISTRICT COURT<br>SUFFOLK: COUNTY OF<br>SUFFOLK: |
| Docs<br>Served | NOTICE OF PETITION HOLDOVER AND<br>VERIFIED PETITION TO RECOVER<br>POSSESSION OF REAL PROPERTY<br>HOLDOVER | Date Served: 5/17/2017<br>Served By: Susan Cortina<br>Place Served: 48 VAN BOMEL BLVD, OAKDALE, NY 11769<br>Court Date: 5/25/2017 |

| Date | Service Description | Amount |
|---|---|---|
| | Process Service - 2nd discount | $20.00 |
| | Certified Mail, Regular Mail | $15.00 |
| | **Total Service Fees:** | $35.00 |
| Terms: | **Total Amount Due =** | $35.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #      2138741
Invoice Date:  May 18, 2017
Attorneys ID   A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due = $35.00

Amount Enclosed  _____

# ONEWORLD JUDICIAL SERVICES, INC.

172 BROOK AVENUE, SUITE A,  DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2138742
Date : 05/18/2017
Your File No.: DOWLING

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

**Payments Received**

| Caption: | DOWLING COLLEGE<br>_Plaintiff/Petitioner_<br>vs<br>ROSEMARIE GIAQUINTO, "JOHN DOE" AND "JANE DOE"<br>_Defendant/Respondent_ | Date Received: 5/10/2017<br>Serve By Date: 5/17/2017<br>Docket or ID #: LT-000953-17/IS<br>County: SUFFOLK |
|---|---|---|
| Re: | "JANE DOE" | Court: FIFTH DISTRICT COURT<br>SUFFOLK: COUNTY OF<br>SUFFOLK: |

Docs
Served

NOTICE OF PETITION HOLDOVER AND
VERIFIED PETITION TO RECOVER
POSSESSION OF REAL PROPERTY
HOLDOVER

Date Served: 5/17/2017
Served By: Susan Cortina
Place Served: 48 VAN BOMEL BLVD, OAKDALE, NY 11769
Court Date: 5/25/2017

| Date | Service Description | Amount |
|---|---|---|
| | Process Service - 2nd discount | $20.00 |
| | Certified Mail, Regular Mail | $15.00 |
| | **Total Service Fees:** | $35.00 |
| Terms: | **Total Amount Due =** | $35.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to _OneWorld Judicial Services, Inc._

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #          2138742
Invoice Date:  May 18, 2017
Attorneys ID   A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due = $35.00

Amount Enclosed _____

# OneWorld Judicial Services, Inc.

172 BROOK AVENUE, SUITE A,  DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2138749
Date : 05/18/2017
Your File No.: DOWLING

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

**Payments Received**

| | | |
|---|---|---|
| Caption: | *DOWLING COLLEGE* <br> *vs* <br> *LAUREEN BUFALO, "JOHN DOE" AND "JANE DOE"* | Plaintiff/Petitioner <br><br> Defendant/Respondent |

Date Received: 5/10/2017
Serve By Date: 5/17/2017
Docket or ID #: LT-000952-17/IS
County: SUFFOLK
Court: FIFTH DISTRICT COURT
SUFFOLK: COUNTY OF SUFFOLK:

Re:     "JOHN DOE"

Docs Served: NOTICE OF PETITION HOLDOVER AND VERIFIED PETITION TO RECOVER POSSESSION OF REAL PROPERTY HOLDOVER

Date Served: 5/17/2017
Served By: Susan Cortina
Place Served: 44 VAN BOMEL BLVD, OAKDALE, NY 11769
Court Date: 5/25/2017

| Date | Service Description | Amount |
|---|---|---|
| | Certified Mail, Regular Mail | $15.00 |
| | Process Service - 2nd discount | $20.00 |
| | **Total Service Fees:** | $35.00 |

| Terms: | **Total Amount Due =** | $35.00 |
|---|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #            2138749
Invoice Date:   May 18, 2017
Attorneys ID   A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due = $35.00

Amount Enclosed _____

# ONEWORLD JUDICIAL SERVICES, INC.

172 BROOK AVENUE, SUITE A,  DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2138750
Date : 05/18/2017
Your File No.: DOWLING

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

**Payments Received**

| | | |
|---|---|---|
| Caption: | *DOWLING COLLEGE*                         Plaintiff/Petitioner<br>*vs*<br>*LAUREEN BUFALO, "JOHN DOE" AND "JANE DOE"*     Defendant/Respondent | Date Received: 5/10/2017<br>Serve By Date: 5/17/2017<br>Docket or ID #: LT-000952-17/IS<br>County: SUFFOLK |
| Re: | **"JANE DOE"** | Court: FIFTH DISTRICT COURT<br>SUFFOLK: COUNTY OF<br>SUFFOLK: |
| Docs<br>Served | NOTICE OF PETITION HOLDOVER AND<br>VERIFIED PETITION TO RECOVER<br>POSSESSION OF REAL PROPERTY<br>HOLDOVER | Date Served: 5/17/2017<br>Served By:  Susan Cortina<br>Place Served: 44 VAN BOMEL BLVD, OAKDALE, NY 11769<br>Court Date:  5/25/2017 |

| Date | Service Description | Amount |
|---|---|---|
| | Certified Mail, Regular Mail | $15.00 |
| | Process Service - 2nd discount | $20.00 |
| | **Total Service Fees:** | **$35.00** |
| Terms: | **Total Amount Due =** | **$35.00** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #            2138750
Invoice Date:  May 18, 2017
Attorneys ID   A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due = $35.00

Amount Enclosed _____

STATE OF NEW YORK
5TH DISTRICT COURT, RONKONKOMA  3105 VETERANS MEMORIAL HIGHWAY  RONKONKOMA, NY 11779
--------------------------------------------------------------------------------
Monday, May 8, 2017 AT 10:59                   RECEIPT# 225515
CASE #: LT-000925-17/IS
RECEIVED FROM: INGERMAN SMITH, LLP
   1-SUMMARY PROCEEDING                                       $      45.00

TOTAL DUE:                                                    $      45.00
PAYMENTS: CHECK #15285                                        $      45.00
AMOUNT TENDERED:                                              $      45.00
CHANGE:                                                       $       .00
OPERATOR: JM    REGISTER# 10

--------------------------------------------------------------------------------
This receipt is your proof of payment for the transaction and index number noted
above. Please retain this receipt for your records. All work is processed in the
order that it is received.

STATE OF NEW YORK
5TH DISTRICT COURT, RONKONKOMA  3105 VETERANS MEMORIAL HIGHWAY  RONKONKOMA, NY 11779
-----------------------------------------------------------------------------
Wednesday, May 31, 2017 AT 11:30          RECEIPT# 226094
CASE #: LT-001067-17/IS
RECEIVED FROM: INGERMAN SMITH, LLP
   1-SUMMARY PROCEEDING                              $      45.00

TOTAL DUE:                                           $      45.00
PAYMENTS: CHECK #15350                               $      45.00
AMOUNT TENDERED:                                     $      45.00
CHANGE:                                              $       .00
OPERATOR: JM    REGISTER# 10

-----------------------------------------------------------------------------
This receipt is your proof of payment for the transaction and index number noted
above. Please retain this receipt for your records. All work is processed in the
order that it is received.

# ONEWORLD JUDICIAL SERVICES, INC.

172 BROOK AVENUE, SUITE A,  DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2138746
Date : 05/12/2017
Your File No.: DOWLING

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

*Served 5/17/2017*

**Payments Received**

| Caption: | DOWLING COLLEGE | Date Received: 5/10/2017 |
|---|---|---|
| | *vs* Plaintiff/Petitioner | Serve By Date: 5/12/2017 |
| | *LAUREEN BUFALO, "JOHN DOE" AND "JANE DOE"* Defendant/Respondent | Docket or ID #: LT-000952-17/IS County: SUFFOLK |
| Re: | PURCHASE INDEX # GET COPY TIME-STAMPED | Court: FIFTH DISTRICT COURT SUFFOLK: COUNTY OF SUFFOLK: |

Docs Served: NOTICE OF PETITION HOLDOVER AND
VERIFIED PETITION TO RECOVER
POSSESSION OF REAL PROPERTY
HOLDOVER

Date Served: 5/12/2017
Served By: CLAUDIO LANCIA
Place Served: 5TH DIST SUFFOLK, RONKONKOMA, NY
Court Date: 5/25/2017

| Date | Service Description | Amount |
|---|---|---|
| | Purchase Index Number | $16.00 |
| | **Total Service Fees:** | **$16.00** |
| Terms: | **Total Amount Due =** | **$16.00** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #                    2138746
Invoice Date:  May 12, 2017
Attorneys ID    A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due = $16.00

Amount Enclosed _____

# ONEWORLD JUDICIAL SERVICES, INC.

172 BROOK AVENUE, SUITE A,  DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2138739
Date : 05/12/2017
Your File No.: DOWLING

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

**Payments Received**

*served 5/12/2017*

| Caption: | DOWLING COLLEGE _Plaintiff/Petitioner_ | Date Received: 5/10/2017 |
|---|---|---|
| | vs | Serve By Date: 5/12/2017 |
| | ROSEMARIE GIAQUINTO, "JOHN DOE" AND "JANE DOE" _Defendant/Respondent_ | Docket or ID #: LT-000953-17/IS |
| | | County: SUFFOLK |
| Re: | PURCHASE INDEX # GET COPY TIME-STAMPED | Court: FIFTH DISTRICT COURT SUFFOLK: COUNTY OF SUFFOLK: |

| Docs Served | NOTICE OF PETITION HOLDOVER AND VERIFIED PETITION TO RECOVER POSSESSION OF REAL PROPERTY HOLDOVER | Date Served: 5/12/2017 Served By: CLAUDIO LANCIA Place Served: Court Date: 5/25/2017 |
|---|---|---|

| Date | Service Description | Amount |
|---|---|---|
| | Purchase Index Number | $16.00 |
| | | |
| | | |
| | **Total Service Fees:** | $16.00 |
| Terms: | **Total Amount Due =** | $16.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #                      2138739
Invoice Date:   May 12, 2017
Attorneys ID    A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due =  $16.00

Amount Enclosed _____

# ONEWORLD JUDICIAL SERVICES, INC.

172 BROOK AVENUE, SUITE A,  DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2138732
Date : 05/12/2017
Your File No.: DOWLING

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

*served 5/17/2017*

**Payments Received**

| | | |
|---|---|---|
| **Caption:** | *DOWLING COLLEGE*  Plaintiff/Petitioner  *vs*  *MARK C. HANNA & STEPHEN J. HANNA & DAWN HANNA*  Defendant/Respondent | Date Received: 5/10/2017  Serve By Date: 5/12/2017  Docket or ID #: LT-000954-17/IS  County: SUFFOLK |
| **Re:** | **PURCHASE INDEX # GET COPY TIME-STAMPED** | Court: FIFTH DISTRICT COURT  SUFFOLK: COUNTY OF  SUFFOLK: |

Docs
Served

NOTICE OF PETITION HOLD OVER AND
VERIFIED PETITION TO RECOVER
POSSESSION OF REAL PROPERTY
HOLDOVER

Date Served: 5/12/2017
Served By: CLAUDIO LANCIA
Place Served:
Court Date:  5/25/2017

| Date | Service Description | Amount |
|---|---|---|
| | Purchase Index Number | $16.00 |
| | | |
| | **Total Service Fees:** | $16.00 |
| Terms: | **Total Amount Due =** | $16.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #              2138732
Invoice Date:   May 12, 2017
Attorneys ID    A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due = $16.00

Amount Enclosed _____

# OneWorld Judicial Services, Inc.

172 BROOK AVENUE, SUITE A,  DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2138395
Date : 05/09/2017
Your File No.: DOWLING

Ingerman Smith LLP
MARCIA MERCER
150 Motor Parkway suite 400
Hauppauge, NY 11788

**Payments Received**

| | | |
|---|---|---|
| Caption: | DOWLING COLLEGE<br>_Plaintiff/Petitioner_<br>vs<br>DESIREE NELSON AND MATTHEW PASQUALE<br>_Defendant/Respondent_ | Date Received: 5/5/2017<br>Serve By Date: 5/8/2017<br>Docket or ID #: LT-000925-17/IS<br>County: SUFFOLK |
| Re: | PURCHASE INDEX # GET COPY TIME-STAMPED | Court: FIFTH DISTRICT COURT<br>SUFFOLK: COUNTY OF<br>SUFFOLK: |
| Docs<br>Served | NOTICE OF PETITION HOLDOVER AND<br>VERIFIED PETITION TO RECOVER<br>POSSESSION OF REAL PROPERTY | Date Served: _____<br>Served By: CLAUDIO LANCIA<br>Place Served: _____<br>Court Date: 5/25/2017 |

| Date | Service Description | Amount |
|---|---|---|
| | Purchase Index Number | $16.00 |
| | | |
| | | |
| | **Total Service Fees:** | $16.00 |
| Terms: | **Total Amount Due =** | $16.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
MARCIA MERCER
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #            2138395
Invoice Date:  May 9, 2017
Attorneys ID    A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due =  $16.00

Amount Enclosed  _____

# ONEWORLD JUDICIAL SERVICES, INC.

172 BROOK AVENUE, SUITE A,  DEER PARK, NY 11729
P.O. BOX 776,  DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2139947
Date : 05/31/2017
Your File No.: CODY

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

**Payments Received**

| Caption: | DOWLING COLLEGE _Plaintiff/Petitioner_ | Date Received: 5/26/2017 |
|---|---|---|
| | vs | Serve By Date: 5/31/2017 |
| | THERESA CODY, CAITLIN CODY, "JOHN DOE", "JOHN DOE", AND "JANE _Defendant/Respondent_ | Docket or ID #: LT-001067-17/IS |
| Re: | PURCHASE INDEX # GET COPY TIME-STAMPED | County: SUFFOLK |
| | | Court: FIFTH DISTRICT COURT SUFFOLK: COUNTY OF SUFFOLK: |

Docs Served

NOTICE OF PETITION HOLDOVER AND
VERIFIED PETITION TO RECOVER
POSSESSION OF REAL PROPERTY
HOLDOVER

Date Served: _____
Served By: CLAUDIO LANCIA
Place Served: _____
Court Date: 6/15/2017

| Date | Service Description | Amount |
|---|---|---|
| | Purchase Index Number | $16.00 |
| | | |
| | **Total Service Fees:** | $16.00 |
| Terms: | **Total Amount Due =** | $16.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #                2139947
Invoice Date:  May 31, 2017
Attorneys ID    A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due = $16.00

Amount Enclosed _____

# ONEWORLD JUDICIAL SERVICES, INC.

172 BROOK AVENUE, SUITE A,  DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2138396
Date : 05/18/2017
Your File No.: DOWLING

Ingerman Smith LLP
MARCIA MERCER
150 Motor Parkway suite 400
Hauppauge, NY 11788

**Payments Received**

| | | |
|---|---|---|
| Caption: | DOWLING COLLEGE <br> *vs* <br> DESIREE NELSON AND MATTHEW PASQUALE | Plaintiff/Petitioner <br><br> Defendant/Respondent |

| | |
|---|---|
| | Date Received: 5/5/2017 |
| | Serve By Date: 5/18/2017 |
| | Docket or ID #: LT-000925-17/IS |
| | County: SUFFOLK |
| Re: **DESIREE NELSON** | Court: FIFTH DISTRICT COURT SUFFOLK: COUNTY OF SUFFOLK: |

| | |
|---|---|
| Docs Served | NOTICE OF PETITION HOLDOVER AND VERIFIED PETITION TO RECOVER POSSESSION OF REAL PROPERTY |

Date Served: 5/15/2017
Served By: JENNIFER SIMMONS
Place Served: 56 VAN BOMEL BLVD, OAKDALE, NY 11769
Court Date: 5/25/2017

| Date | Service Description | Amount |
|---|---|---|
| | Process Service - | $45.00 |
| | Certified Mail, Regular Mail | $15.00 |
| | Court Filing Of Affidavit(s) | $25.00 |
| | **Total Service Fees:** | **$85.00** |
| Terms: | **Total Amount Due =** | **$85.00** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
MARCIA MERCER
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #              2138396
Invoice Date:  May 18, 2017
Attorneys ID   A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due = **$85.00**

Amount Enclosed _____

# ONEWORLD JUDICIAL SERVICES, INC.

172 BROOK AVENUE, SUITE A,  DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2138748
Date : 05/18/2017
Your File No.: DOWLING

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

**Payments Received**

| | | |
|---|---|---|
| Caption: | *DOWLING COLLEGE* <br> Plaintiff/Petitioner <br> *vs* <br> *LAUREEN BUFALO, "JOHN DOE" AND "JANE DOE"* <br> Defendant/Respondent | Date Received: 5/10/2017 <br> Serve By Date: 5/17/2017 <br> Docket or ID #: LT-000952-17/IS <br> County: SUFFOLK |
| Re: | **LAUREEN BUFALO** | Court: FIFTH DISTRICT COURT <br> SUFFOLK: COUNTY OF <br> SUFFOLK: |
| Docs Served | NOTICE OF PETITION HOLDOVER AND VERIFIED PETITION TO RECOVER POSSESSION OF REAL PROPERTY HOLDOVER | Date Served: 5/17/2017 <br> Served By: Susan Cortina <br> Place Served: 44 VAN BOMEL BLVD, OAKDALE, NY 11769 <br> Court Date: 5/25/2017 |

| Date | Service Description | Amount |
|---|---|---|
| | Process Service - | $45.00 |
| | Certified Mail, Regular Mail | $15.00 |
| | Court Filing Of Affidavit(s) | $25.00 |
| | **Total Service Fees:** | **$85.00** |
| Terms: | **Total Amount Due =** | **$85.00** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #        2138748
Invoice Date:   May 18, 2017
Attorneys ID   A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due = **$85.00**

Amount Enclosed _____

# ONEWORLD JUDICIAL SERVICES, INC.

172 BROOK AVENUE, SUITE A, DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2138740
Date : 05/18/2017
Your File No.: DOWLING

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

**Payments Received**

| Caption: | DOWLING COLLEGE                Plaintiff/Petitioner vs ROSEMARIE GIAQUINTO, "JOHN DOE" AND "JANE DOE"                Defendant/Respondent | Date Received: 5/10/2017 Serve By Date: 5/17/2017 Docket or ID #: LT-000953-17/IS County: SUFFOLK |
|---|---|---|
| Re: | **ROSEMARIE GIAQUINTO** | Court: FIFTH DISTRICT COURT SUFFOLK: COUNTY OF SUFFOLK: |
| Docs Served | NOTICE OF PETITION HOLDOVER AND VERIFIED PETITION TO RECOVER POSSESSION OF REAL PROPERTY HOLDOVER | Date Served: 5/17/2017 Served By: Susan Cortina Place Served: 48 VAN BOMEL BLVD, OAKDALE, NY 11769 Court Date: 5/25/2017 |

| Date | Service Description | Amount |
|---|---|---|
|  | Process Service - | $45.00 |
|  | Certified Mail, Regular Mail | $15.00 |
|  | Court Filing Of Affidavit(s) | $25.00 |
|  | **Total Service Fees:** | $85.00 |
| Terms: | **Total Amount Due =** | $85.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #            2138740
Invoice Date:  May 18, 2017
Attorneys ID   A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due = **$85.00**

Amount Enclosed _____

# ONEWORLD JUDICIAL SERVICES, INC.

172 BROOK AVENUE, SUITE A,  DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2138733
Date : 05/18/2017
Your File No.: DOWLING

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

**Payments Received**

| | |
|---|---|
| Caption: | DOWLING COLLEGE *Plaintiff/Petitioner* vs MARK C. HANNA & STEPHEN J. HANNA & DAWN HANNA *Defendant/Respondent* |
| Re: | MARK C. HANNA |

Date Received: 5/10/2017
Serve By Date: 5/17/2017
Docket or ID #: LT-000954-17/IS
County: SUFFOLK
Court: FIFTH DISTRICT COURT
SUFFOLK: COUNTY OF SUFFOLK:

Docs Served: NOTICE OF PETITION HOLD OVER AND VERIFIED PETITION TO RECOVER POSSESSION OF REAL PROPERTY HOLDOVER

Date Served: 5/17/2017
Served By: Susan Cortina
Place Served: 52 VAN BOMEL BLVD, OAKDALE, NY 11769
Court Date: 5/25/2017

| Date | Service Description | Amount |
|---|---|---|
| | Process Service - | $45.00 |
| | Certified Mail, Regular Mail | $15.00 |
| | Court Filing Of Affidavit(s) | $25.00 |
| | **Total Service Fees:** | $85.00 |
| Terms: | **Total Amount Due =** | $85.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #                      2138733
Invoice Date:   May 18, 2017
Attorneys ID    A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due = $85.00

Amount Enclosed _____

INGERMAN SMITH, L.L.P.

# Statement

| Date |
|------|
| 7/12/2017 |

To:

DOWLING/RSR CONSULT
150 IDLE HOUR BLVD.
OAKDALE, NY 11769

| Amount Due | Amount Enc. |
|------------|-------------|
| $41,424.71 |             |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 06/11/2017 | Balance forward |  | 37,894.71 |
| 07/12/2017 | INV #11545. | 3,530.00 | 41,424.71 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|---------------------|---------------------|-----------------------|------------|
| 3,530.00 | 0.00 | 6,415.00 | 2,720.00 | 28,759.71 | $41,424.71 |

LAW OFFICES

# Ingerman Smith, LLP

150 Motor Parkway, Suite 400
Hauppauge, NY 11788

Phone Number (631) 261-8834
Fax Number (631) 261-0523

July 11, 2017

- ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending        June 30, 2017**

Re: CHAPTER 11 FILING - Litigation

| Fees | Disbursements | Total |
|------|---------------|-------|
| $1,240.00 | $0.00 | $1,240.00 |

Re: ADVICE AND COUNSEL CONCERNING REAL
PROPERTY MATTERS

| Fees | Disbursements | Total |
|------|---------------|-------|
| $2,080.00 | $210.00 | $2,290.00 |

| AMOUNT DUE FOR THIS INVOICE PERIOD | | |
|------|------|------|
| $3,320.00 | $210.00 | **$3,530.00** |

LAW OFFICES

# Ingerman Smith, LLP

150 Motor Parkway, Suite 400
Hauppauge, NY 11788

Phone Number (631) 261-8834
Fax Number (631) 261-0523

July 11, 2017

- ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending**      **June 30, 2017**

Re: CHAPTER 11 FILING - Litigation

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 6/1/2017 | CJC | telephone conference with J. Sulds; draft correspondence to R. Cerullo regarding carrier inquiry | 0.40 $200.00/hr | $80.00 |
|  | CJC | review correspondence from L. Kiss regarding property claims analysis; review correspondence from R. Rosenfeld; review correspondence from B. Scott; draft correspondence to S. Southard; telephone conference with S. Southard | 0.50 $200.00/hr | $100.00 |
| 6/5/2017 | CJC | telephone conference with R. Cerullo regarding information for J. Sulds and Chapter 11 | 0.40 $200.00/hr | $80.00 |
| 6/6/2017 | CJC | review correspondence from B. Scott regarding information relating to class | 0.20 $200.00/hr | $40.00 |
| 6/8/2017 | CJC | draft correspondence to B. Scott regarding WARN Act document | 0.10 $200.00/hr | $20.00 |
| 6/14/2017 | CJC | assemble documents per request of B. Scott; telephone conference with S. Southard , L. Kiss and B. Scott; draft correspondence to S. Southard, L. Kiss and B. Scott regarding Chapter 11 issues and priority claims | 1.60 $200.00/hr | $320.00 |
| 6/19/2017 | CJC | review documents and correspondence from B. Scott and S. Southard regarding WARN Act issues | 0.50 $200.00/hr | $100.00 |
|  | CJC | telephone conference with S. Southard regarding deal status | 0.20 $200.00/hr | $40.00 |

Dowling College                                                                 Page   2

    July 11, 2017

_____

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 6/26/2017 | CJC | review correspondence from Board of Trustees and R. Rosenfeld regarding transaction status updates | 0.40<br>$200.00/hr | $80.00 |
| | CJC | review correspondence from B. Scott and R. Rosenfeld regarding Dowling WARN | 0.20<br>$200.00/hr | $40.00 |
| 6/27/2017 | CJC | review correspondence from B. Scott, S. Southard and B. Rosenfeld regarding WARN inquiry | 0.30<br>$200.00/hr | $60.00 |
| | CJC | review documents from B. Scott and S. Southard; provide commentary on mediation statement | 0.40<br>$200.00/hr | $80.00 |
| 6/28/2017 | CJC | review correspondence from S. Southard, B. Scott and R. Rosenfeld; telephone conference B. Scott and draft correspondence to B. Scott regarding WARN | 1.00<br>$200.00/hr | $200.00 |
| | | | 6.20 | $1,240.00 |

## Re: ADVICE AND COUNSEL CONCERNING REAL PROPERTY MATTERS

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 6/1/2017 | FR | Court appearance concerning Nelson landlord/tenant matter; entered into stipulation; delivered document to N. Bivona | 1.50<br>$200.00/hr | $300.00 |
| | LJC | attend Court and review files for 6/8/17 | 1.50<br>$200.00/hr | $300.00 |
| | LJC | staff conference with F. Radman concerning matters | 0.20<br>$200.00/hr | $40.00 |
| | LJC | draft memorandum to F. Radman concerning Giaquinto and possible sales of other properties, etc | 0.60<br>$200.00/hr | $120.00 |
| | FR | staff conference with L. Calla concerning matters | 0.20<br>$200.00/hr | $40.00 |

Dowling College                                                      Page   3

    July 11, 2017

_____

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 6/5/2017 FR | review landlord/tenant files; draft correspondence to and review correspondence from N. Bivona; review correspondence from N. Bivona | | 0.50 $200.00/hr | $100.00 |
| 6/6/2017 FR | telephone conference with N. Bivona regarding landlord-tenant matters | | 0.10 $200.00/hr | $20.00 |
| 6/8/2017 FR | Court appearance on landlord/tenant matters; delivered bank checks and stipulation to N. Bivona at Dowling | | 3.00 $200.00/hr | $600.00 |
| 6/9/2017 FR | draft correspondence to N. Bivona regarding Cody landlord/tenant adjournment | | 0.10 $200.00/hr | $20.00 |
| 6/15/2017 FR | attendance in District Court concerning Cody landlord/tenant matter; reached stipulation of settlement | | 2.50 $200.00/hr | $500.00 |
| 6/26/2017 FR | draft correspondence to and review correspondence from N. Bivona regarding stipulation of settlement on Hanna landlord/tenant matter | | 0.10 $200.00/hr | $20.00 |
| 6/28/2017 FR | telephone conferences with R. Rosenfeld and D. Cook regarding Hanna landlord/tenant issue | | 0.10 $200.00/hr | $20.00 |
| | | | 10.40 | $2,080.00 |

    Disbursements :

| | | | Qty/Price | |
|---|---|---|---|---|
| 6/7/2017 FR | Service of Process Fee | | 1 $35.00 | $35.00 |
| FR | Service of Process Fee | | 1 $20.00 | $20.00 |
| FR | Service of Process Fee | | 1 $85.00 | $85.00 |
| FR | Service of Process Fee | | 1 $35.00 | $35.00 |
| FR | Service of Process Fee | | 1 $35.00 | $35.00 |
| | Total charges for this matter | | | $2,290.00 |

# OneWorld Judicial Services, Inc.

172 BROOK AVENUE, SUITE A,  DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2139949
Date : 06/07/2017
Your File No.: CODY

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

**Payments Received**

| Caption: | DOWLING COLLEGE | Plaintiff/Petitioner | Date Received: 5/26/2017 |
| | vs | | Serve By Date: 6/8/2017 |
| | THERESA CODY, CAITLIN CODY, "JOHN DOE", "JOHN DOE", AND "JANE | Defendant/Respondent | Docket or ID #: LT-001067-17/IS |
| | | | County: SUFFOLK |
| Re: | CAITLIN CODY | | Court: FIFTH DISTRICT COURT |
| | | | SUFFOLK: COUNTY OF SUFFOLK: |

| Docs Served | NOTICE OF PETITION HOLDOVER AND VERIFIED PETITION TO RECOVER POSSESSION OF REAL PROPERTY HOLDOVER | Date Served: 6/5/2017 |
| | | Served By: Susan Cortina |
| | | Place Served: 39 CHATEAU DRIVE, OAKDALE, NY 11769 |
| | | Court Date: 6/15/2017 |

| Date | Service Description | Amount |
|---|---|---|
| | Process Service - 2nd discount | $20.00 |
| | Certified Mail, Regular Mail | $15.00 |
| | | |
| | **Total Service Fees:** | $35.00 |
| Terms: | **Total Amount Due =** | $35.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #                   2139949
Invoice Date:   June 7, 2017
Attorneys ID    A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due =  $35.00

Amount Enclosed _____

# OneWorld Judicial Services, Inc.

172 BROOK AVENUE, SUITE A, DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2139950
Date : 06/07/2017
Your File No.: CODY

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

**Payments Received**

| | | |
|---|---|---|
| **Caption:** | *DOWLING COLLEGE* <br> Plaintiff/Petitioner <br> *vs* <br> *THERESA CODY, CAITLIN CODY, "JOHN DOE", "JOHN DOE", AND "JANE* <br> Defendant/Respondent | Date Received: 5/26/2017 <br> Serve By Date: 6/8/2017 <br> Docket or ID #: LT-001067-17/IS <br> County: SUFFOLK |
| **Re:** | **"JOHN DOE" NAME REFUSED** | Court: FIFTH DISTRICT COURT <br> SUFFOLK: COUNTY OF <br> SUFFOLK: |
| **Docs Served** | NOTICE OF PETITION HOLDOVER AND <br> VERIFIED PETITION TO RECOVER <br> POSSESSION OF REAL PROPERTY <br> HOLDOVER | Date Served: 6/5/2017 <br> Served By: Susan Cortina <br> Place Served: 39 CHATEAU DRIVE, OAKDALE, NY 11769 <br> Court Date: 6/15/2017 |

| Date | Service Description | Amount |
|---|---|---|
| | Process Service - 2nd discount | $20.00 |
| | **Total Service Fees:** | $20.00 |
| **Terms:** | **Total Amount Due =** | $20.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #          2139950
Invoice Date:  June 7, 2017
Attorneys ID   A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due = $20.00

Amount Enclosed _____

# OneWorld Judicial Services, Inc.

172 BROOK AVENUE, SUITE A,  DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2139948
Date : 06/07/2017
Your File No.: CODY

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

**Payments Received**

| | | |
|---|---|---|
| Caption: | *DOWLING COLLEGE* Plaintiff/Petitioner<br>*vs*<br>*THERESA CODY, CAITLIN CODY, "JOHN DOE", "JOHN DOE", AND "JANE* Defendant/Respondent | Date Received: 5/26/2017<br>Serve By Date: 6/8/2017<br>Docket or ID #: LT-001067-17/IS<br>County: SUFFOLK<br>Court: FIFTH DISTRICT COURT SUFFOLK: COUNTY OF SUFFOLK: |
| Re: | **THERESA CODY** | |
| Docs Served | NOTICE OF PETITION HOLDOVER AND VERIFIED PETITION TO RECOVER POSSESSION OF REAL PROPERTY HOLDOVER | Date Served: 6/5/2017<br>Served By: Susan Cortina<br>Place Served: 39 CHATEAU DRIVE, OAKDALE, NY 11769<br>Court Date: 6/15/2017 |

| Date | Service Description | Amount |
|---|---|---|
| | Process Service - | $45.00 |
| | Certified Mail, Regular Mail | $15.00 |
| | Court Filing Of Affidavit(s) | $25.00 |
| | **Total Service Fees:** | $85.00 |
| Terms: | **Total Amount Due =** | $85.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #           2139948
Invoice Date:   June 7, 2017
Attorneys ID    A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due = $85.00

Amount Enclosed _____

# ONEWORLD JUDICIAL SERVICES, INC.

172 BROOK AVENUE, SUITE A,  DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2139952
Date : 06/07/2017
Your File No.: CODY

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

**Payments Received**

| Caption: | DOWLING COLLEGE  Plaintiff/Petitioner  vs  THERESA CODY, CAITLIN CODY, "JOHN DOE", "JOHN DOE", AND "JANE  Defendant/Respondent | Date Received: 5/26/2017  Serve By Date: 6/8/2017  Docket or ID #: LT-001067-17/IS  County: SUFFOLK |
|---|---|---|
| Re: | "JANE DOE" | Court: FIFTH DISTRICT COURT  SUFFOLK: COUNTY OF  SUFFOLK: |
| Docs  Served | NOTICE OF PETITION HOLDOVER AND  VERIFIED PETITION TO RECOVER  POSSESSION OF REAL PROPERTY  HOLDOVER | Date Served: 6/5/2017  Served By: Susan Cortina  Place Served: 39 CHATEAU DRIVE, OAKDALE, NY 11769  Court Date: 6/15/2017 |

| Date | Service Description | Amount |
|---|---|---|
|  | Process Service - 2nd discount | $20.00 |
|  | Certified Mail, Regular Mail | $15.00 |
|  | **Total Service Fees:** | $35.00 |
| Terms: | **Total Amount Due =** | $35.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #            2139952
Invoice Date:   June 7, 2017
Attorneys ID   A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due =  $35.00

Amount Enclosed _____

# ONEWORLD JUDICIAL SERVICES, INC.

172 BROOK AVENUE, SUITE A,  DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2139951
Date : 06/07/2017
Your File No.: CODY

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

**Payments Received**

| | |
|---|---|
| Caption: | *DOWLING COLLEGE* <span style="float:right">Plaintiff/Petitioner</span><br>*vs*<br>*THERESA CODY, CAITLIN CODY, "JOHN DOE", "JOHN DOE", AND "JANE* <span style="float:right">Defendant/Respondent</span> |

Re: | "JOHN DOE"

Date Received: 5/26/2017
Serve By Date: 6/8/2017
Docket or ID #: LT-001067-17/IS
County: SUFFOLK
Court: FIFTH DISTRICT COURT
SUFFOLK: COUNTY OF
SUFFOLK:

Docs Served

NOTICE OF PETITION HOLDOVER AND
VERIFIED PETITION TO RECOVER
POSSESSION OF REAL PROPERTY
HOLDOVER

Date Served: 6/5/2017
Served By: Susan Cortina
Place Served: 39 CHATEAU DRIVE, OAKDALE, NY 11769
Court Date: 6/15/2017

| Date | Service Description | Amount |
|---|---|---|
| | Process Service - 2nd discount | $20.00 |
| | Certified Mail, Regular Mail | $15.00 |
| | **Total Service Fees:** | $35.00 |

| Terms: | **Total Amount Due =** | $35.00 |
|---|---|---|

---

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
FRANCES A. RADMAN
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job # 2139951
Invoice Date: June 7, 2017
Attorneys ID A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due = $35.00

Amount Enclosed _____

INGERMAN SMITH,  L.L.P.

# Statement

| Date |
| --- |
| 8/8/2017 |

| To: |
| --- |
| DOWLING/RSR CONSULT<br>150 IDLE HOUR BLVD.<br>OAKDALE, NY 11769 |

| | Amount Due | Amount Enc. |
| --- | --- | --- |
| | $42,584.71 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 07/08/2017 | Balance forward | | 37,894.71 |
| 07/12/2017 | INV #11545. | 3,530.00 | 41,424.71 |
| 08/08/2017 | INV #11622. | 1,160.00 | 42,584.71 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 1,160.00 | 3,530.00 | 0.00 | 6,415.00 | 31,479.71 | $42,584.71 |

LAW OFFICES

# Ingerman Smith, LLP

### 150 Motor Parkway, Suite 400
### Hauppauge, NY 11788

Phone Number (631) 261-8834
Fax Number (631) 261-0523

August 08, 2017

## - ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

### Invoice for Services for the Period Ending          July 31, 2017

#### Re: CHAPTER 11 FILING - Litigation

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 7/6/2017 | CJC | review correspondence from B. Rosenberg, B. Scott and I. Hellman regarding WARN mediation and documents | 0.40 $200.00/hr | $80.00 |
| 7/7/2017 | CJC | review correspondence from B. Scott, R. Rosenfeld and S. Southard regarding WARN issues | 0.30 $200.00/hr | $60.00 |
| | CJC | review correspondence from S. Southard and B. Scott; draft update for WARN issue; telephone conference with A. Inserra; prepare for call/update | 1.50 $200.00/hr | $300.00 |
| | CJC | telephone conference with S. Southard, B. Rosenfeld and B. Scott regarding WARN issues | 1.00 $200.00/hr | $200.00 |
| 7/13/2017 | CJC | telephone conference with Dowling Board of Trustees regarding Chapter 11 update | 0.90 $200.00/hr | $180.00 |
| 7/27/2017 | CJC | review correspondence from S. Southard regarding resolutions from teleconference | 0.10 $200.00/hr | $20.00 |
| 7/31/2017 | CJC | telephone conference with S. Southard regarding closing issues Local 434; review contract documents; draft correspondence to A. Dimola | 1.30 $200.00/hr | $260.00 |
| | CJC | telephone conference with B. Rosenfeld and S. Southard; review transition document | 0.30 $200.00/hr | $60.00 |
| | | | 5.80 | $1,160.00 |

INGERMAN SMITH, L.L.P.

# Statement

| Date |
|---|
| 9/12/2017 |

| To: |
|---|
| DOWLING/RSR CONSULT<br>150 IDLE HOUR BLVD.<br>OAKDALE, NY 11769 |

| Amount Due | Amount Enc. |
|---|---|
| $43,479.71 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/12/2017 | Balance forward | | 42,584.71 |
| 09/12/2017 | INV #11715. | 895.00 | 43,479.71 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 895.00 | 0.00 | 1,160.00 | 3,530.00 | 37,894.71 | $43,479.71 |

LAW OFFICES

# Ingerman Smith, LLP

150 Motor Parkway, Suite 400
Hauppauge, NY 11788

Phone Number (631) 261-8834
Fax Number (631) 261-0523

September 12, 2017

- ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

Invoice for Services for the Period Ending    August 31, 2017

Re: CHAPTER 11 FILING - Litigation

| Fees | Disbursements | Total |
|------|---------------|-------|
| $160.00 | $0.00 | $160.00 |

Re: ADVICE AND COUNSEL CONCERNING REAL
    PROPERTY MATTERS

| Fees | Disbursements | Total |
|------|---------------|-------|
| $110.00 | $0.00 | $110.00 |

Re: Stewart, - Real Property Litigation

| Fees | Disbursements | Total |
|------|---------------|-------|
| $240.00 | $385.00 | $625.00 |

AMOUNT DUE FOR
THIS INVOICE PERIOD

| | | |
|------|---------------|-------|
| $510.00 | $385.00 | $895.00 |

LAW OFFICES

# Ingerman Smith, LLP

150 Motor Parkway, Suite 400
Hauppauge, NY 11788

Phone Number (631) 261-8834
Fax Number (631) 261-0523

September 12, 2017

- ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending    August 31, 2017**

Re: CHAPTER 11 FILING - Litigation

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 8/1/2017 | CJC | review transition agreement, review correspondence from S. Southard | 0.40 $200.00/hr | $80.00 |
| 8/3/2017 | CJC | review correspondence from S. Southard; telephone conference with S. Southard regarding ongoing employment of employee and proposed transition plan | 0.30 $200.00/hr | $60.00 |
| 8/11/2017 | CJC | review correspondence from S. Southard regarding transition | 0.10 $200.00/hr | $20.00 |
|  |  |  | 0.80 | $160.00 |

Re: ADVICE AND COUNSEL CONCERNING REAL
    PROPERTY MATTERS

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 8/11/2017 | EHM | draft correspondence to and review correspondence from F. Radman and S. McKinley for holdover tenant, T. Cody regarding return of rent checks and stipulation resolving summary proceeding | 0.30 $200.00/hr | $60.00 |
| 8/14/2017 | FR | telephone conference with N. Bivona; draft correspondence to Cody attorney regarding landlord/tenant issue | 0.25 $200.00/hr | $50.00 |

Dowling College                                                                  Page  2

September 12, 2017

| | Hours | Amount |
|---|---|---|
| | 0.55 | $110.00 |

Re: Stewart, - Real Property Litigation

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 8/8/2017 | FR | review summons and complaint; revise documents | 0.50 $200.00/hr | $100.00 |
| 8/25/2017 | FR | telephone conference with process server regarding trying to locate the Stewarts | 0.10 $200.00/hr | $20.00 |
| | FR | draft correspondence to process server | 0.10 $200.00/hr | $20.00 |
| 8/29/2017 | FR | telephone conferences with N. Bivona and G. Stewart | 0.25 $200.00/hr | $50.00 |
| | FR | draft correspondence to N. Bivona and G. Stewart regarding security | 0.25 $200.00/hr | $50.00 |
| | | | 1.20 | $240.00 |

Disbursements :

| | | | Qty/Price | |
|---|---|---|---|---|
| 8/15/2017 | FR | Court Filing Fees | 1 $210.00 | $210.00 |
| 8/22/2017 | FR | Service of Process Fee | 1 $45.00 | $45.00 |
| | FR | Service of Process Fee | 1 $20.00 | $20.00 |
| 8/25/2017 | FR | Service of Process Fee | 1 $45.00 | $45.00 |
| | FR | Messenger Service | 1 $65.00 | $65.00 |
| | | Total charges for this matter | | $625.00 |

# OneWorld Judicial Services, Inc.

172 BROOK AVENUE, SUITE A,  DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2147527
Date : 08/30/2017
Your File No.: 615822/2017

Ingerman Smith LLP
MARCIA MERCER
150 Motor Parkway suite 400
Hauppauge, NY 11788

<u>Payments Received</u>

| Caption: | *DOWLING COLLEGE* <br> *vs* <br> *ANNA MARIA STEWART AND GEOFFREY J. STEWART* | Date Received: 8/25/2017 <br> Serve By Date: 9/4/2017 <br> Docket or ID #: 615822/2017 <br> County: SUFFOLK |
|---|---|---|
| | Plaintiff/Petitioner <br> Defendant/Respondent | Court: SUPREME COURT <br> SUFFOLK COUNTY |
| Re: | **GEOFFREY J. STEWART** | |

| Docs Served | NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING ; SUMMONS AND VERIFIED COMPLAINT | Date Served: 8/28/2017 <br> Served By: ROBERT MAURUS <br> Place Served: 22 EMLU DR, SELDEN, NY 11784 <br> Court Date: |
|---|---|---|

| Date | Service Description | Amount |
|---|---|---|
| | Process Service - | $45.00 |
| | | |
| | **Total Service Fees:** | $45.00 |
| Terms: | **Total Amount Due =** | $45.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
MARCIA MERCER
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #            2147527
Invoice Date:   August 30, 2017
Attorneys ID    A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due = $45.00

Amount Enclosed _____



# NYSCEF - Suffolk County Supreme Court
# Payment Receipt

This is an automated response for Supreme Court / Court of Claims cases. The NYSCEF site has received your electronically filed document(s) for:

### DOWLING COLLEGE - v. - ANNA MARIA STEWART et al

### Index Number NOT assigned

## Documents Received on    08/15/2017 02:51 PM

| Doc # | Document Type | Control # | Motion # | Fee |
|---|---|---|---|---|
| 1 | SUMMONS | | | $0.00 |
| | Does not contain an SSN or CPI as defined in 202.5(e) or 206.5(e) | | | |
| 2 | COMPLAINT | | | $0.00 |
| | Does not contain an SSN or CPI as defined in 202.5(e) or 206.5(e) | | | |
| 3 | EXHIBIT(S) A | | | $0.00 |
| | Does not contain an SSN or CPI as defined in 202.5(e) or 206.5(e) | | | |
| 4 | EXHIBIT(S) B | | | $0.00 |
| | Does not contain an SSN or CPI as defined in 202.5(e) or 206.5(e) | | | |

|  | Index Fee | + $210.00 |
|---|---|---|
|  | Total Fee | $210.00 |

## Payment Information

| | |
|---|---|
| Payment Type: | **AMERICAN EXPRESS** |
| Date Paid: | 08/15/2017 |
| Fee Amount: | $210.00 |
| Authorization Code: | 208166 |
| Comments: | |

---

**Judith A. Pascale, Suffolk County Clerk -**
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx
Phone: 631-852-2000      Fax: 631-852-3016 (fax)      Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center -  EFile@nycourts.gov**
Phone: (646) 386-3033      Fax: (212) 401-9146      Website: www.nycourts.gov/efile



# NYSCEF - Suffolk County Supreme Court
# Payment Receipt

### DOWLING COLLEGE - v. - ANNA MARIA STEWART et al

### Index Number NOT assigned

## Filing User

| | | | |
|---|---|---|---|
| Name: | FRANCES ANGELA RADMAN | | |
| Phone #: | | E-mail Address: | fradman@ingermansmith.com |
| Fax #: | | Work Address: | 150 MOTOR PKWY STE 400 |
| | | | HAUPPAUGE, NY 11788 |

Judith A. Pascale, Suffolk County Clerk -
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx
Phone: 631-852-2000    Fax: 631-852-3016 (fax)    Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

NYSCEF Resource Center - EFile@nycourts.gov
Phone: (646) 386-3033    Fax: (212) 401-9146    Website: www.nycourts.gov/efile

# ONEWORLD JUDICIAL SERVICES, INC.

172 BROOK AVENUE, SUITE A,  DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2147475
Date : 08/25/2017
Your File No.: 615822/2017

Ingerman Smith LLP
MARCIA MERCER
150 Motor Parkway suite 400
Hauppauge, NY 11788

**Payments Received**

| Caption: | DOWLING COLLEGE | Date Received: 8/25/2017 |
|---|---|---|
| | Plaintiff/Petitioner<br>vs<br>ANNA MARIA STEWART AND GEOFFREY J. STEWART<br>Defendant/Respondent | Serve By Date: 8/25/2017<br>Docket or ID #: 615822/2017<br>County: SUFFOLK |
| Re: | SKIP TRACE AND DMV ON GEOFFREY J STEWART | Court: SUPREME COURT<br>SUFFOLK COUNTY |

| Docs<br>Served | NOTICE OF COMMENCEMENT OF ACTION<br>SUBJECT TO MANDATORY ELECTRONIC<br>FILING ; SUMMONS AND VERIFIED<br>COMPLAINT | Date Served:<br>Served By: Susan Cortina<br>Place Served:<br>Court Date: |
|---|---|---|

| Date | Service Description | Amount |
|---|---|---|
| | Skip Tracing | $45.00 |
| | dmv | $20.00 |
| | **Total Service Fees:** | $65.00 |
| Terms: | **Total Amount Due =** | $65.00 |

---

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
MARCIA MERCER
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #            2147475
Invoice Date:   August 25, 2017
Attorneys ID    A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due =  $65.00

Amount Enclosed _____

# ONEWORLD JUDICIAL SERVICES, INC.

172 BROOK AVENUE, SUITE A, DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2146760
Date : 08/22/2017
Your File No.: 615822/2017

Ingerman Smith LLP
MARCIA MERCER
150 Motor Parkway suite 400
Hauppauge, NY 11788

**Payments Received**

| | |
|---|---|
| **Caption:** | *DOWLING COLLEGE* <br> *vs* Plaintiff/Petitioner <br> *ANNA MARIA STEWART AND GEOFFREY J. STEWART* <br> Defendant/Respondent |

Date Received: 8/16/2017
Serve By Date: 8/25/2017
Docket or ID #: 615822/2017
County: SUFFOLK
Court: SUPREME COURT
SUFFOLK COUNTY

Re: ANNA MARIA STEWART

**Docs Served**

NOTICE OF COMMENCEMENT OF ACTION
SUBJECT TO MANDATORY ELECTRONIC
FILING ; SUMMONS AND VERIFIED
COMPLAINT

Date Served: _____
Served By: ROBERT MAURUS
Place Served: 451 ISLIP AVENUE, ISLIP, NY 11751
Court Date: _____

| Date | Service Description | Amount |
|---|---|---|
| | Process Service - | $45.00 |
| | | |
| | | |
| | | |
| | **Total Service Fees:** | $45.00 |
| **Terms:** | **Total Amount Due =** | $45.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
MARCIA MERCER
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job # 2146760
Invoice Date: August 22, 2017
Attorneys ID A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due = $45.00

Amount Enclosed _____

# ONEWORLD JUDICIAL SERVICES, INC.

172 BROOK AVENUE, SUITE A,  DEER PARK, NY 11729
P.O. BOX 776, DEER PARK, NEW YORK 11729
PHONE: (631) 667-8260 * FAX: (631) 667-8263
info@oneworldjudicial.com

Job # 2146761
Date : 08/22/2017
Your File No.: 615822/2017

Ingerman Smith LLP
MARCIA MERCER
150 Motor Parkway suite 400
Hauppauge, NY 11788

Payments Received

| | | |
|---|---|---|
| Caption: | *DOWLING COLLEGE* <br> *Plaintiff/Petitioner* <br> vs <br> *ANNA MARIA STEWART AND GEOFFREY J. STEWART* <br> *Defendant/Respondent* | Date Received: 8/16/2017 <br> Serve By Date: 8/25/2017 <br> Docket or ID #: 615822/2017 <br> County: SUFFOLK |
| Re: | **GEOFFREY J. STEWART** | Court: SUPREME COURT <br> SUFFOLK COUNTY |

Docs Served: NOTICE OF COMMENCEMENT OF ACTION
SUBJECT TO MANDATORY ELECTRONIC
FILING ; SUMMONS AND VERIFIED
COMPLAINT

Date Served:
Served By: ROBERT MAURUS
Place Served: 451 ISLIP AVENUE, ISLIP, NY 11751
Court Date:

| Date | Service Description | Amount |
|---|---|---|
| | Process Service - 2nd discount | $20.00 |
| | **Total Service Fees:** | $20.00 |
| Terms: | **Total Amount Due =** | $20.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the Terms are that payment is due upon receipt of this Invoice, please detach this lower portion and return it with your payment.
Make checks payable to *OneWorld Judicial Services, Inc.*

Ingerman Smith LLP
MARCIA MERCER
150 Motor Parkway suite 400
Hauppauge, NY 11788

Job #                      2146761
Invoice Date:   August 22, 2017
Attorneys ID     A788

OneWorld Judicial Services, Inc
PO Box 776
Deer Park, NY 11729

Total Amount Due =  $20.00

Amount Enclosed _____

INGERMAN SMITH, L.L.P.

# Statement

| Date |
|------|
| 10/11/2017 |

| To: |
|-----|
| DOWLING/RSR CONSULT<br>150 IDLE HOUR BLVD.<br>OAKDALE, NY 11769 |

| Amount Due | Amount Enc. |
|------------|-------------|
| $43,749.71 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 09/11/2017 | Balance forward | | 42,584.71 |
| 09/12/2017 | INV #11715. | 895.00 | 43,479.71 |
| 10/11/2017 | INV #11811. | 270.00 | 43,749.71 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|---------------------|---------------------|-----------------------|------------|
| 270.00 | 895.00 | 0.00 | 1,160.00 | 41,424.71 | $43,749.71 |

LAW OFFICES

# Ingerman Smith, LLP

**150 Motor Parkway, Suite 400**
**Hauppauge, NY 11788**

Phone Number (631) 261-8834
Fax Number (631) 261-0523

October 11, 2017

## - ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending  September 30, 2017**

**Re: CHAPTER 11 FILING - Litigation**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $60.00 | $0.00 | $60.00 |

**Re: ADVICE AND COUNSEL CONCERNING REAL**
**     PROPERTY MATTERS**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $60.00 | $0.00 | $60.00 |

**Re: STEWART - Real Property Litigation**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $150.00 | $0.00 | $150.00 |

**AMOUNT DUE FOR**
**THIS INVOICE PERIOD**

| | | |
|------|---------------|-------|
| $270.00 | $0.00 | **$270.00** |

LAW OFFICES

# Ingerman Smith, LLP

**150 Motor Parkway, Suite 400**
**Hauppauge, NY 11788**

Phone Number (631) 261-8834
Fax Number (631) 261-0523

October 11, 2017

### - ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending  September 30, 2017**

**Re: CHAPTER 11 FILING - Litigation**

| Date | | Description | Hrs/Rate | |
|------|------|-------------|----------|------|
| 9/14/2017 | CJC | telephone conference with B. Rosenfeld regarding insurance issue; telephone conference with S. Southard | 0.30 $200.00/hr | $60.00 |
| | | | 0.30 | $60.00 |

**Re: ADVICE AND COUNSEL CONCERNING REAL PROPERTY MATTERS**

| Date | | Description | Hrs/Rate | |
|------|------|-------------|----------|------|
| 9/11/2017 | FR | draft correspondence to N. Bivona regarding Cody security | 0.10 $200.00/hr | $20.00 |
| 9/13/2017 | FR | draft correspondence to N. Bivona regarding Hanna | 0.10 $200.00/hr | $20.00 |
| 9/20/2017 | FR | draft correspondence to and review correspondence from N. Bivona regarding Hanna landlord/tenant issue | 0.10 $200.00/hr | $20.00 |
| | | | 0.30 | $60.00 |

**Re: STEWART - Real Property Litigation**

Dowling College                                                                                          Page   2

October 11, 2017

_____

|  |  | Hrs/Rate |  |
|---|---|---|---|
| 9/12/2017  FR | telephone conference with G. Stewart | 0.25<br>$200.00/hr | $50.00 |
| 9/14/2017  FR | draft stipulation of discontinuance and general release | 0.50<br>$200.00/hr | $100.00 |
|  |  | 0.75 | $150.00 |

INGERMAN SMITH, L.L.P.

# Statement

| Date |
|------|
| 11/9/2017 |

| To: |
|-----|
| DOWLING/RSR CONSULT |
| 150 IDLE HOUR BLVD. |
| OAKDALE, NY 11769 |

| Amount Due | Amount Enc. |
|------------|-------------|
| $44,789.71 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 10/09/2017 | Balance forward | | 43,479.71 |
| 10/11/2017 | INV #11811. | 270.00 | 43,749.71 |
| 11/09/2017 | INV #11899. | 1,040.00 | 44,789.71 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 1,040.00 | 270.00 | 895.00 | 0.00 | 42,584.71 | $44,789.71 |

LAW OFFICES

# Ingerman Smith, LLP

## 150 Motor Parkway, Suite 400
## Hauppauge, NY 11788

Phone Number (631) 261-8834
Fax Number (631) 261-0523

November 08, 2017

## - ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending**    **October 31, 2017**

### Re: CHAPTER 11 FILING - Litigation

| Fees | Disbursements | Total |
|------|---------------|-------|
| $660.00 | $0.00 | $660.00 |

### Re: ADVICE AND COUNSEL CONCERNING REAL PROPERTY MATTERS

| Fees | Disbursements | Total |
|------|---------------|-------|
| $20.00 | $0.00 | $20.00 |

### Re: M.S. - Eastern District Court - Case No. CV-15-2044 - Litigation

| Fees | Disbursements | Total |
|------|---------------|-------|
| $340.00 | $0.00 | $340.00 |

### Re: STEWART - Real Property Litigation

| Fees | Disbursements | Total |
|------|---------------|-------|
| $20.00 | $0.00 | $20.00 |

Dowling College

November 08, 2017

**AMOUNT DUE FOR**
**THIS INVOICE PERIOD**   $1,040.00                    $0.00                         **$1,040.00**

LAW OFFICES

# Ingerman Smith, LLP

**150 Motor Parkway, Suite 400**
**Hauppauge, NY 11788**

Phone Number (631) 261-8834
Fax Number (631) 261-0523

November 08, 2017

- ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending      October 31, 2017**

**Re: CHAPTER 11 FILING - Litigation**

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 10/3/2017 | CJC | review correspondence from American Arbitration Association; draft correspondence to S. Southard regarding outstanding bill | 0.10 $200.00/hr | $20.00 |
| 10/4/2017 | CJC | review correspondence from S. Southard regarding Chapter II update; draft correspondence to B. Rosenfeld regarding AAA | 0.20 $200.00/hr | $40.00 |
| 10/11/2017 | CJC | review correspondence from S. Southard, B. Rosenfeld and D. Kwee regarding insurance issue/federal case | 0.30 $200.00/hr | $60.00 |
| | CJC | review correspondence from B. Rosenfeld, S. Southard and P. Blake regarding sale issues | 0.20 $200.00/hr | $40.00 |
| 10/16/2017 | CJC | review correspondence B. Rosenfeld regarding offering documents | 0.30 $200.00/hr | $60.00 |
| 10/19/2017 | CJC | draft correspondence to S. Southard regarding Board meetings | 0.10 $200.00/hr | $20.00 |
| | CJC | review correspondence and status report of R. Rosenfeld | 0.20 $200.00/hr | $40.00 |
| 10/20/2017 | CJC | review correspondence from S. Southard regarding Chapter 11; staff conference with D. Kwee | 0.20 $200.00/hr | $40.00 |
| | DK | staff conference with C. Clayton concerning Chapter 11 | 0.10 $200.00/hr | $20.00 |

Dowling College                                                                                          Page   2

November 08, 2017

_____

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 10/24/2017  DK | legal research concerning form and manner for submissions of expense and costs to Bankruptcy Court |  | 1.40<br>$200.00/hr | $280.00 |
| 10/25/2017  CJC | review correspondence from J. Kriegsman (American Arbitration Association) regarding invoice; draft correspondence to R. Rosenfeld |  | 0.20<br>$200.00/hr | $40.00 |
|  |  |  | 3.30 | $660.00 |

**Re:  ADVICE AND COUNSEL CONCERNING REAL
      PROPERTY MATTERS**

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 10/12/2017  FR | telephone conference with N. Bivona regarding Hanna landlord/tenant issue |  | 0.10<br>$200.00/hr | $20.00 |
|  |  |  | 0.10 | $20.00 |

**Re:  M.S. - Eastern District Court - Case No. CV-15-2044 -
      Litigation**

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 10/10/2017  DK | file review docket information and motion to amend in response to inquiries from R. Rosenfeld and S. Southard regarding tender to carrier |  | 0.50<br>$200.00/hr | $100.00 |
|  DK | draft correspondence to S. Southard and R. Rosenfeld regarding motion to amend and tender |  | 0.30<br>$200.00/hr | $60.00 |
|  DK | draft correspondence to T. Nixon regarding motion and amended complaint |  | 0.30<br>$200.00/hr | $60.00 |
| 10/20/2017  DK | review and prepare cost and expense for submission in bankruptcy proceeding |  | 0.60<br>$200.00/hr | $120.00 |

Dowling College

Page   3

November 08, 2017

| | Hours | Amount |
|---|---|---|
| | 1.70 | $340.00 |

**Re:  STEWART - Real Property Litigation**

| | | Hrs/Rate | |
|---|---|---|---|
| 10/31/2017  FR | draft correspondence to N. Bivona and sent checks | 0.10 $200.00/hr | $20.00 |
| | | 0.10 | $20.00 |

INGERMAN SMITH, L.L.P.

# Statement

| Date |
|------|
| 12/13/2017 |

To:

DOWLING/RSR CONSULT
150 IDLE HOUR BLVD.
OAKDALE, NY 11769

| Amount Due | Amount Enc. |
|------------|-------------|
| $45,128.42 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 11/13/2017 | Balance forward | | 44,789.71 |
| 12/13/2017 | INV #11959. | 338.71 | 45,128.42 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 338.71 | 0.00 | 1,040.00 | 270.00 | 43,479.71 | $45,128.42 |

LAW OFFICES

# Ingerman Smith, LLP

150 Motor Parkway, Suite 400
Hauppauge, NY 11788

Phone Number (631) 261-8834
Fax Number (631) 261-0523

December 13, 2017

**- ORIGINAL -**

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending   November 30, 2017**

**Re: CHAPTER 11 FILING - Litigation**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $260.00 | $0.00 | $260.00 |

**Re: STEWART - Real Property Litigation**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $20.00 | $58.71 | $78.71 |

**AMOUNT DUE FOR THIS INVOICE PERIOD**

| | | |
|------|---------------|-------|
| $280.00 | $58.71 | **$338.71** |

LAW OFFICES

# Ingerman Smith, LLP

**150 Motor Parkway, Suite 400**
**Hauppauge, NY 11788**

Phone Number (631) 261-8834
Fax Number (631) 261-0523

December 13, 2017

**- ORIGINAL -**

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending   November 30, 2017**

### Re: CHAPTER 11 FILING - Litigation

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 11/8/2017 | CJC | review documents; telephone conference with R. Cerullo regarding documents for filing | 0.40 $200.00/hr | $80.00 |
| 11/16/2017 | CJC | review correspondence from S. Southard regarding M. Schoenhals application | 0.10 $200.00/hr | $20.00 |
| 11/27/2017 | CJC | telephone conference with S. Southard | 0.10 $200.00/hr | $20.00 |
| | CJC | telephone conference with S. Southard regarding committee matter | 0.50 $200.00/hr | $100.00 |
| 11/30/2017 | CJC | telephone conference with S. Southard regarding custodian committee issue | 0.20 $200.00/hr | $40.00 |
| | | | 1.30 | $260.00 |

### Re: STEWART - Real Property Litigation

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 11/2/2017 | FR | draft correspondence to B. Rosenfeld to confirm receipt of settlement checks | 0.10 $200.00/hr | $20.00 |
| | | | 0.10 | $20.00 |

Dowling College

December 13, 2017

Disbursements :

|  |  |  | Qty/Price |  |
|---|---|---|---|---|
| 11/1/2017 | FR | Worldwide Express | 1 $23.71 | $23.71 |
| 11/28/2017 | FR | Stipulation of Discontinuance Fee | 1 $35.00 | $35.00 |
|  |  | Total charges for this matter |  | $78.71 |



# INGERMAN SMITH LLP

UPS CHARGES
NOVEMBER 2017

| Ship Date | Client | Sent By | Charge |
|-----------|--------|---------|--------|
| 10/31/2017 | DOWLING/Stewart | Frances Radman, Esq | $23.71 |



# NYSCEF - Suffolk County Supreme Court
# Payment Receipt

This is an automated response for Supreme Court cases.  The NYSCEF site has received your electronically filed documents for the following case.

**615822/2017**

**DOWLING COLLEGE - v. - ANNA MARIA STEWART et al**

## Documents Received on    11/28/2017 11:02 AM

| Doc # | Document Type | Control # | Motion # | Fee |
|---|---|---|---|---|
| 6 | STIPULATION - DISCONTINUANCE (PRE RJI) Does not contain an SSN or CPI as defined in 202.5(e) or 206.5(e) | | | $35.00 |
| | | | **Total Fee** | **$35.00** |

## Payment Information

| | |
|---|---|
| Payment Type: | **AMERICAN EXPRESS** |
| Date Paid: | **11/28/2017** |
| Fee Amount: | **$35.00** |
| Authorization Code: | **242446** |
| Comments: | |

## Filing User

| | | | |
|---|---|---|---|
| Name: | **FRANCES ANGELA RADMAN** | | |
| Phone #: | | E-mail Address: | **fradman@ingermansmith.com** |
| Fax #: | | Work Address: | **150 MOTOR PKWY STE 400 HAUPPAUGE, NY 11788** |

Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

Phone: 631-852-2000    Fax: 631-852-3016 (fax)    Website: http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center -  EFile@nycourts.gov**
**Phone: (646) 386-3033    Fax: (212) 401-9146    Website: www.nycourts.gov/efile**

Page 1 of 1

INGERMAN SMITH, L.L.P.

# Statement

| Date |
| --- |
| 1/11/2018 |

| To: |
| --- |
| DOWLING/RSR CONSULT<br>150 IDLE HOUR BLVD.<br>OAKDALE, NY 11769 |

| Amount Due | Amount Enc. |
| --- | --- |
| $48,428.42 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 12/11/2017 | Balance forward | | 44,789.71 |
| 12/13/2017 | INV #11959. | 338.71 | 45,128.42 |
| 01/11/2018 | INV #12031. | 3,300.00 | 48,428.42 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 3,300.00 | 338.71 | 0.00 | 1,040.00 | 43,749.71 | $48,428.42 |

LAW OFFICES
# Ingerman Smith, LLP
### 150 Motor Parkway, Suite 400
### Hauppauge, NY 11788

Phone Number (631) 261-8834
Fax Number (631) 261-0523

January 10, 2018

- ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

### Invoice for Services for the Period Ending    December 31, 2017

### Re: CHAPTER 11 FILING - Litigation

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 12/1/2017 | CJC | review documents and prepare for meeting with S. Southard; meeting with S. Southard; review documents regarding creditor committee demand | 3.50 $200.00/hr | $700.00 |
| 12/4/2017 | CJC | draft correspondence to S. Southard and H. Kleinberg regarding creditor committee | 0.10 $200.00/hr | $20.00 |
| 12/20/2017 | CJC | telephone conference with Sterling Risk regarding telephone conference | 0.10 $200.00/hr | $20.00 |
| 12/21/2017 | CJC | telephone conference with S. Southard regarding Chapter 11 issues and creditor committee documents | 0.30 $200.00/hr | $60.00 |
| 12/27/2017 | CJC | review documents, meeting notes and meeting minutes; create Board action timeline for creditor discussion | 3.50 $200.00/hr | $700.00 |
| 12/28/2017 | CJC | review documents; review Trustee meeting summary timeline documents | 5.00 $200.00/hr | $1,000.00 |
| 12/29/2017 | CJC | review documents; review Board of Trustees minute compilation for S. Southard | 4.00 $200.00/hr | $800.00 |
|  |  |  | 16.50 | $3,300.00 |

INGERMAN SMITH,  L.L.P.

# Statement

| Date |
|------|
| 2/8/2018 |

| To: |
|-----|
| DOWLING/RSR CONSULT<br>150 IDLE HOUR BLVD.<br>OAKDALE, NY 11769 |

| Amount Due | Amount Enc. |
|------------|-------------|
| $49,888.42 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 01/08/2018 | Balance forward | | 45,128.42 |
| 01/11/2018 | INV #12031. | 3,300.00 | 48,428.42 |
| 02/08/2018 | INV #12126. | 1,460.00 | 49,888.42 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 1,460.00 | 3,300.00 | 338.71 | 0.00 | 44,789.71 | $49,888.42 |

LAW OFFICES

# Ingerman Smith, LLP

150 Motor Parkway, Suite 400
Hauppauge, NY 11788

Phone Number (631) 261-8834
Fax Number (631) 261-0523

February 08, 2018

- ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending        January 31, 2018**

**Re: CHAPTER 11 FILING - Litigation**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $660.00 | $0.00 | $660.00 |

**Re: M.S. - Eastern District Court - Case No. CV-15-2044 - Litigation**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $800.00 | $0.00 | $800.00 |

**AMOUNT DUE FOR THIS INVOICE PERIOD**

| | | |
|------|---------------|-------|
| $1,460.00 | $0.00 | **$1,460.00** |

LAW OFFICES

# Ingerman Smith, LLP

150 Motor Parkway, Suite 400
Hauppauge, NY 11788

Phone Number (631) 261-8834
Fax Number (631) 261-0523

February 08, 2018

- ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending    January 31, 2018**

Re: **CHAPTER 11 FILING - Litigation**

|  |  |  | <u>Hrs/Rate</u> |  |
|---|---|---|---|---|
| 1/11/2018 | CJC | review documents and work on data collection; telephone conference with S. Southard regarding creditor committee request | 0.40<br>$200.00/hr | $80.00 |
| 1/19/2018 | CJC | prepare affidavit; draft correspondence to S. Southard | 0.40<br>$200.00/hr | $80.00 |
| 1/26/2018 | CJC | review documents regarding Board of Education minutes/archive; review correspondence; draft correspondence to S. Southard | 0.50<br>$200.00/hr | $100.00 |
|  | CJC | telephone conference with counsel, Board and professors regarding auction | 0.50<br>$200.00/hr | $100.00 |
| 1/30/2018 | CJC | review ECF Bounce updates; staff conference with D. Kwee; draft correspondence to S. Southard regarding M. Schoenhals | 0.40<br>$200.00/hr | $80.00 |
|  | DK | staff conference with C. Clayton concerning updates | 0.20<br>$200.00/hr | $40.00 |
| 1/31/2018 | CJC | telephone conference with S. Southard; telephone conference with Board of Education and professionals regarding auction updates | 0.90<br>$200.00/hr | $180.00 |
|  |  |  | 3.30 | $660.00 |

Dowling College

February 08, 2018

Re: **M.S. - Eastern District Court - Case No. CV-15-2044 -**
    **Litigation**

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 1/29/2018 | DK | file review motion to amend status and review bankruptcy order and letter requesting restore to calendar | 1.00 $200.00/hr | $200.00 |
|  | DK | review motion to restore and motion to reconsider Court conference and error in docket | 0.20 $200.00/hr | $40.00 |
|  | DK | legal research concerning coverage and indemnification issue related to restoration of action | 0.90 $200.00/hr | $180.00 |
|  | DK | review motion to amend and arguments in support and opposition regarding coverage position and bankruptcy order | 1.60 $200.00/hr | $320.00 |
|  | CJC | review documents; draft correspondence to D. Kwee and S. Southard; telephone conference with D. Kwee and S. Southard regarding litigation | 0.20 $200.00/hr | $40.00 |
| 1/31/2018 | DK | telephone conference with T. Nixon at Sterling Risk regarding amend complaint | 0.10 $200.00/hr | $20.00 |
|  |  |  | 4.00 | $800.00 |

INGERMAN SMITH, L.L.P.

# Statement

| Date |
|------|
| 3/7/2018 |

| To: |
|-----|
| DOWLING/RSR CONSULT |
| 150 IDLE HOUR BLVD. |
| OAKDALE, NY 11769 |

| Amount Due | Amount Enc. |
|------------|-------------|
| $51,568.42 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 02/07/2018 | Balance forward | | 48,428.42 |
| 02/08/2018 | INV #12126. | 1,460.00 | 49,888.42 |
| 03/07/2018 | INV #12195. | 1,680.00 | 51,568.42 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 1,680.00 | 1,460.00 | 3,300.00 | 338.71 | 44,789.71 | $51,568.42 |

LAW OFFICES

# Ingerman Smith, LLP

### 150 Motor Parkway, Suite 400
### Hauppauge, NY 11788

Phone Number (631) 261-8834
Fax Number (631) 261-0523

March 06, 2018

- ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending    February 28, 2018**

Re:  CHAPTER 11 FILING - Litigation

| Fees | Disbursements | Total |
|------|---------------|-------|
| $600.00 | $0.00 | $600.00 |

Re:  M.S. - Eastern District Court - Case No. CV-15-2044 - Litigation

| Fees | Disbursements | Total |
|------|---------------|-------|
| $1,080.00 | $0.00 | $1,080.00 |

**AMOUNT DUE FOR THIS INVOICE PERIOD**

| | | |
|------|---------------|-------|
| $1,680.00 | $0.00 | **$1,680.00** |

LAW OFFICES

# Ingerman Smith, LLP

**150 Motor Parkway, Suite 400**
**Hauppauge, NY 11788**

Phone Number (631) 261-8834
Fax Number (631) 261-0523

March 06, 2018

- ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending    February 28, 2018**

## Re: CHAPTER 11 FILING - Litigation

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 2/6/2018 | CJC | telephone conference with S. Southard regarding Dowling trust issue | 3.00 $200.00/hr | $600.00 |
|  |  |  | 3.00 | $600.00 |

## Re: M.S. - Eastern District Court - Case No. CV-15-2044 - Litigation

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 2/1/2018 | DK | prepare for Court conference reviewing coverage information and bankruptcy order and motion to amend papers for motion held in abeyance during stay | 1.70 $200.00/hr | $340.00 |
|  | DK | telephone conference with D. Konigsberg regarding policy and litigation to continue | 0.20 $200.00/hr | $40.00 |
|  | CJC | staff conference with D. Kwee regarding insurance company contract | 0.40 $200.00/hr | $80.00 |
|  | DK | staff conference with C. Clayton regarding insurance company contract | 0.40 $200.00/hr | $80.00 |
| 2/2/2018 | DK | Court appearance before Judge A. Spatt for status conference and consideration of motion to amend | 2.70 $200.00/hr | $540.00 |

Dowling College

March 06, 2018

| | Hours | Amount |
|---|---|---|
| | 5.40 | $1,080.00 |

INGERMAN SMITH, L.L.P.

# Statement

| Date |
|------|
| 4/9/2018 |

To:

DOWLING/RSR CONSULT
150 IDLE HOUR BLVD.
OAKDALE, NY 11769

| | Amount Due | Amount Enc. |
|---|---|---|
| | $52,164.75 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 03/09/2018 | Balance forward | | 51,568.42 |
| 04/09/2018 | INV #12316. | 596.33 | 52,164.75 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|---------------------|---------------------|-----------------------|------------|
| 596.33 | 0.00 | 3,140.00 | 3,300.00 | 45,128.42 | $52,164.75 |

LAW OFFICES

# Ingerman Smith, LLP

**150 Motor Parkway, Suite 400**
**Hauppauge, NY 11788**

Phone Number (631) 261-8834
Fax Number (631) 261-0523

April 06, 2018

- ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending**          **March 31, 2018**

Re: **CHAPTER 11 FILING - Litigation**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $260.00 | $0.00 | $260.00 |

Re: **ADVICE AND COUNSEL CONCERNING COLLEGE LABOR MATTERS**

| Fees | Disbursements | Total |
|------|---------------|-------|
| $140.00 | $196.33 | $336.33 |

| AMOUNT DUE FOR THIS INVOICE PERIOD | | |
|------|---------------|-------|
| $400.00 | $196.33 | **$596.33** |

LAW OFFICES

# Ingerman Smith, LLP

**150 Motor Parkway, Suite 400**
**Hauppauge, NY 11788**

Phone Number (631) 261-8834
Fax Number (631) 261-0523

April 06, 2018                    **- ORIGINAL -**

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending        March 31, 2018**

### Re: CHAPTER 11 FILING - Litigation

|  |  | Hrs/Rate |  |
|---|---|---|---|
| 3/1/2018  CJC | review correspondence from S. Southard regarding bankruptcy proceeding update | 0.20 $200.00/hr | $40.00 |
| 3/7/2018  CJC | draft correspondence to S. Southard and N. Bivona regarding employee matter | 0.10 $200.00/hr | $20.00 |
| 3/8/2018  CJC | telephone conference with A. Dimola regarding employee issue | 0.30 $200.00/hr | $60.00 |
| 3/12/2018  CJC | review documents and filings for Chapter 11 payment/retention | 0.40 $200.00/hr | $80.00 |
| 3/13/2018  CJC | telephone conference with S. Southard and M. Puorro; draft correspondence to S. Southard and M. Puorro regarding Chapter 11 filing | 0.30 $200.00/hr | $60.00 |
|  |  | 1.30 | $260.00 |

### Re: ADVICE AND COUNSEL CONCERNING COLLEGE LABOR MATTERS

|  |  | Hrs/Rate |  |
|---|---|---|---|
| 3/12/2018  CJC | participate in conference call with S. Southard, N. Bivona and A. Dimola regarding employee/disability issue | 0.70 $200.00/hr | $140.00 |

Dowling College                                                    Page   2

April 06, 2018

| | | Hours | Amount |
|---|---|---|---|
| | | 0.70 | $140.00 |

Disbursements :

| | | | | Qty/Price | |
|---|---|---|---|---|---|
| 3/12/2018 | CJC | Worldwide Express | | 1 $28.94 | $28.94 |
| | CJC | Worldwide Express | | 1 $27.16 | $27.16 |
| | CJC | Worldwide Express | | 1 $27.16 | $27.16 |
| | CJC | Worldwide Express | | 1 $27.16 | $27.16 |
| | CJC | Worldwide Express | | 1 $27.16 | $27.16 |
| | CJC | Worldwide Express | | 1 $31.59 | $31.59 |
| | CJC | Worldwide Express | | 1 $27.16 | $27.16 |
| | | Total charges for this matter | | | $336.33 |



## UPS CHARGES
## MARCH 2018

| Ship Date | Client | Charge |
|---|---|---|
| | | |
| 3/12/2018 | Dowling | $27.16 |
| 3/12/2018 | Dowling | $27.16 |
| 3/12/2018 | Dowling | $27.16 |
| 3/12/2018 | Dowling | $27.16 |
| 3/12/2018 | Dowling | $28.94 |
| 3/12/2018 | Dowling | $31.59 |
| 3/12/2018 | Dowling | $27.16 |

INGERMAN SMITH, L.L.P.

# Statement

| Date |
|------|
| 5/7/2018 |

| To: |
|-----|
| DOWLING/RSR CONSULT<br>150 IDLE HOUR BLVD.<br>OAKDALE, NY 11769 |

| Amount Due | Amount Enc. |
|------------|-------------|
| $52,404.75 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 04/07/2018 | Balance forward | | 51,568.42 |
| 04/09/2018 | INV #12316. | 596.33 | 52,164.75 |
| 05/07/2018 | INV #12367. | 240.00 | 52,404.75 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|---------------------|---------------------|-----------------------|------------|
| 240.00 | 596.33 | 0.00 | 3,140.00 | 48,428.42 | $52,404.75 |

LAW OFFICES

# Ingerman Smith, LLP

150 Motor Parkway, Suite 400
Hauppauge, NY 11788

Phone Number (631) 261-8834
Fax Number (631) 261-0523

May 07, 2018

- ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending        April 30, 2018**

Re: CHAPTER 11 FILING - Litigation

| Fees | Disbursements | Total |
|------|---------------|-------|
| $120.00 | $0.00 | $120.00 |

Re: M.S. - Eastern District Court - Case No. CV-15-2044 -
    Litigation

| Fees | Disbursements | Total |
|------|---------------|-------|
| $120.00 | $0.00 | $120.00 |

| AMOUNT DUE FOR THIS INVOICE PERIOD | | |
|------|---------------|-------|
| $240.00 | $0.00 | $240.00 |

LAW OFFICES

# Ingerman Smith, LLP

150 Motor Parkway, Suite 400
Hauppauge, NY 11788

Phone Number (631) 261-8834
Fax Number (631) 261-0523

May 07, 2018

- ORIGINAL -

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

**Invoice for Services for the Period Ending**          **April 30, 2018**

Re: **CHAPTER 11 FILING - Litigation**

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 4/23/2018 | CJC | telephone conference with S. Southard regarding Chapter 11, Warn Act litigation update | 0.50 $200.00/hr | $100.00 |
| 4/26/2018 | CJC | telephone conference with S. Southard regarding Employee Retirement Income Security Act case status | 0.10 $200.00/hr | $20.00 |
|  |  |  | 0.60 | $120.00 |

Re: **M.S. - Eastern District Court - Case No. CV-15-2044 - Litigation**

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 4/11/2018 | DK | staff conference with C. Clayton regarding amendment of complaint pending | 0.30 $200.00/hr | $60.00 |
|  | CJC | staff conference with D. Kwee regarding amendment | 0.30 $200.00/hr | $60.00 |
|  |  |  | 0.60 | $120.00 |

INGERMAN SMITH, L.L.P.

# Statement

| Date |
|------|
| 6/11/2018 |

| To: |
|-----|
| DOWLING/RSR CONSULT<br>150 IDLE HOUR BLVD.<br>OAKDALE, NY 11769 |

| Amount Due | Amount Enc. |
|------------|-------------|
| $7,525.82 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 05/11/2018 | Balance forward | | 7,802.15 |
| 06/05/2018 | PMT | -516.33 | 7,285.82 |
| 06/11/2018 | INV #12439. | 240.00 | 7,525.82 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|-----------------------|------------|
| 240.00 | 0.00 | 240.00 | 80.00 | 6,965.82 | $7,525.82 |

LAW OFFICES

# Ingerman Smith, LLP

**150 Motor Parkway, Suite 400**
**Hauppauge, NY 11788**

Phone Number (631) 261-8834
Fax Number (631) 261-0523

June 07, 2018

Dowling College
c/o Mr. Neil Bivona
RSR Consulting, LLC
150 Ilde Hour Boulevard
Oakdale, New York 11769

- ORIGINAL -

**Invoice for Services for the Period Ending**          **May 31, 2018**

**Re: CHAPTER 11 FILING - Litigation**

|  |  | | <u>Hrs/Rate</u> |  |
|---|---|---|---|---|
| 5/11/2018 | CJC | review correspondence from S. Southard, N. Bivona, B. Rosenfeld, H. Kleinberg and M. Puorro; telephone conference with S. Southard regarding auction | 0.20<br>$200.00/hr | $40.00 |
| 5/16/2018 | CJC | telephone conference with M. Fleischer | 0.10<br>$200.00/hr | $20.00 |
| 5/17/2018 | CJC | telephone conference with Dowling Board of Trustees regarding Brookhaven campus matters | 0.60<br>$200.00/hr | $120.00 |
| 5/18/2018 | CJC | review documents and correspondence from S. Southard and H. Kleinberg regarding meeting and 555 transaction | 0.20<br>$200.00/hr | $40.00 |
| 5/30/2018 | CJC | review correspondence from S. Southard regarding bankruptcy sale and endowment reconciliation | 0.10<br>$200.00/hr | $20.00 |
|  |  |  | 1.20 | $240.00 |

# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                                    :  Chapter 11
                                                         :
DOWLING COLLEGE,                                         :
f/d/b/a DOWLING INSTITUTE,                               :  Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                           :
ASSOCIATION,                                             :
f/d/b/a CECOM,                                           :
a/k/a DOWLING COLLEGE, INC.,                             :
                                            Debtor.      :
-------------------------------------------------------------x

**SUMMARY OF TIME BY TIMEKEEPER FOR FIRST INTERIM FEE**
**APPLICATION OF INGERMAN SMITH, LLP SPECIAL COUNSEL TO THE**
**DEBTOR PURSUANT TO BANKRUPTCY CODE SECTIONS 330 AND 331**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR NOVEMBER 29, 2016 THROUGH MAY 31, 2018**

| Name of Attorney | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher J. Clayton Equity Partner | 1992 | $200 | 111 | $22,200.00 |
| Edward H. McCarthy, Partner | 1998 | $200 | 56.1 | $11,220.00 |
| David F. Kwee, Partner | 1998 | $200 | 23.8 | $4,760.00 |
| Michael G. McAlvin, Partner | 2000 | $200 | 0.4 | $80.00 |
| Frances Radman, Of Counsel | 1986 | $200 | 27 | $5,400.00 |

| | | | | |
|---|---|---|---|---|
| Mary-Ann P. Czak, Associate | 2015 | $200 | 2.0 | $400.00 |
| Lisa Calla, Associate | 1995 | $200 | 6.8 | $1,360.00 |
| **TOTALS:** | | | **227.10** | **$45,420.00** |

# **EXHIBIT D**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re                                                      :    Chapter 11
                                                           :
DOWLING COLLEGE,                                           :
f/d/b/a DOWLING INSTITUTE,                                 :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                             :
ASSOCIATION,                                               :
f/d/b/a CECOM,                                             :
a/k/a DOWLING COLLEGE, INC.,                               :
                                              Debtor.      :

---------------------------------------------------------------x

**SUMMARY OF TIME BY TASK CODE FOR FIRST INTERIM FEE
APPLICATION OF INGERMAN SMITH, LLP SPECIAL COUNSEL TO
THE DEBTOR PURSUANT TO BANKRUPTCY CODE SECTIONS 330 AND 331
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR NOVEMBER 29, 2016 THROUGH MAY 31, 2018**

| BILLING CATEGORY | HOURS BILLED | FEES SOUGHT |
|---|---|---|
| Advice and Counsel Concerning College Labor Matters | 20.3 | $4,060.00 |
| Advice and Counsel Concerning Real Property Matters | 71.40 | $14,280.00 |
| Arbitration – Local 153 – National Labor Relations Board Charge | 0.9 | $180.00 |
| Arbitration – Local 30 – National Labor Relations – Board Charge | 5.6 | $1,120.00 |
| Investigation – Department of Labor | 2.7 | $540.00 |
| Litigation – SANS Technology | 2.9 | $580.00 |

| | | |
|---|---|---|
| Litigation – Chapter 11 Filing | 89.9 | $17,980.00 |
| Litigation – Chapter 13 Filing | 0.2 | $40.00 |
| Litigation  - M.S. Eastern District Court | 21.80 | $4,360.00 |
| Real Property Litigation – Stewart | 2.15 | $430.00 |
| WARN ACT | 9.25 | $1,850.00 |
| **Total** | **227.1** | **$45,420.00** |

# EXHIBIT E

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                                          :  Chapter 11
                                                               :
DOWLING COLLEGE,                                               :
f/d/b/a DOWLING INSTITUTE,                                     :  Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                                 :
ASSOCIATION,                                                   :
f/d/b/a CECOM,                                                 :
a/k/a DOWLING COLLEGE, INC.,                                   :
                                             Debtor.           :
-------------------------------------------------------------x

**SUMMARY OF COUNSEL'S EXPENSES FOR FIRST INTERIM FEE**
**APPLICATION OF INGERMAN SMITH, LLP SPECIAL COUNSEL TO THE**
**DEBTOR PURSUANT TO BANKRUPTCY CODE SECTIONS 330 AND 331**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR NOVEMBER 29, 2016 THROUGH MAY 31, 2018**

| | |
|---|---|
| Filing Fees | $784.00 |
| Process Service | $891.00 |
| WESTLAW | $43.89 |
| Worldwide Express | $220.04 |
| **TOTAL EXPENSES:** | **$1,938.93** |

# EXHIBIT F

**INGERMAN SMITH, LLP**
150 Motor Parkway, Suite 400
Hauppauge, NY 11788
Telephone: (631) 261-8834
Facsimile: (631) 261-8851
Christopher J. Clayton

*Special Counsel to the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                    :    Chapter 11
                                                         :
DOWLING COLLEGE,                                         :
f/d/b/a DOWLING INSTITUTE,                               :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                           :
ASSOCIATION,                                             :
f/d/b/a CECOM,                                           :
a/k/a DOWLING COLLEGE, INC.,                             :
                                    Debtor.              :
-----------------------------------------------------------------x

**CERTIFICATION OF CHRISTOPHER J. CLAYTON REGARDING THE FIRST
INTERIM FEE APPLICATION OF INGERMAN SMITH, LLP, SPECIAL COUNSEL
TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR AN ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OF NOVEMBER 29, 2016 THROUGH MAY 31, 2018**

I, Christopher J. Clayton, hereby certify that:

1.      I am an attorney at law admitted to practice in the State of New York and the District

Court for the Eastern District of New York.  I am a partner at the firm of Ingerman Smith, LLP

("Ingerman"), which maintains an office at 150 Motor Parkway, Suite 400, Hauppauge, New York

11788.  Ingerman servers as special counsel to Dowling College, (the "Debtor"), debtor and

debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case").

2.      This Certification is made in support of Ingerman's application (the

"Application") for a first interim allowance of compensation for services rendered and

reimbursement of expenses for the period of November 29, 2016 through May 31, 2018, in

compliance with General Order 613, Guidelines for Fees and Disbursements for Professionals in

Eastern District of New York Bankruptcy Cases, effective as of June 10, 2013 (the "General

Order"), the United States Trustee Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the

"UST Guidelines"), the Unites States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in

Large Chapter 11 Cases (the "Large Case Guidelines"), and this Court's Order Pursuant to 11

U.S.C. §§ 105(A) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals [Docket No. 117] (the "Interim Compensation

Order" and together with the General Order, UST Guidelines and the Large Case Guidelines, the

"Guidelines").

     3.    I certify that:

     a.  I have read the Application;

     b.  To the best of my knowledge, information, and belief formed after reasonable

inquiry, the fees and expenses sought fall within the Guidelines;

     c.  The fees and disbursements sought are billed at rates and in accordance with

practices customarily employed by Ingerman and generally accepted by Ingerman's clients; and

     d.  In providing the reimbursable services reflected in the Application, Ingerman did

not make a profit on those services, whether performed by Ingerman in-house or through a third

party.

     4.    With respect to Section B(2) of the General Order, I certify that Ingerman has

complied with the provisions requiring it to provide to the U.S. Trustee for the Eastern District of

New York, the Debtor and the Creditors' Committee a statement of Ingerman's fees and expenses accrued during previous months.

5.      With respect to Section B(3) of the General Order, I certify that the U.S. Trustee for the Eastern District of New York, the Debtor and the Creditors' Committee are each being provided with a copy of the Application and this Certification.

6.      The following is provided in response to the questions set forth in Paragraph C.5 of the Large Case Guidelines:

| | |
|---|---|
| **Question:** | Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? |
| **Response:** | Yes. Since at least 2011 all attorneys and paralegals providing services to the Debtor have provided services at a standard hourly rate of $200 per hour. |
| **Question:** | If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? |
| **Response:** | N/A. The actual fees requested were under the prospective budget. |
| **Question:** | Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? |
| **Response:** | No. |
| **Question:** | Does the fee application include time or fees relating to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application). If so, please quantify by hours and fees. |
| **Response:** | No. |
| **Question:** | Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. |

**Response**:    No.

**Question**:    If the fee application includes any rate increases since retention:  Did your client review and approve those rate increases in advance?

**Response**:    N/A.  There have been no rate increases.

**Question**:    Did you client agree when retaining the law firm to accept all future rate increases?

**Response**:    N/A.

Dated:    Hauppauge, New York
         June 29, 2018

                                    **INGERMAN SMITH, LLP**


                              By: _____
                                    Christopher J. Clayton, Esq.
                                    150 Motor Parkway, Suite 400
                                    Hauppauge, New York 11788
                                    Tel: (631) 261-8834
                                    Fax: (631) 261-8851
                                    Email: cclayton@ingermansmith.com

                                    *Special Counsel to the Debtor*