| | |
|---|---|
| **KLESTADT WINTERS JURELLER** | **Hearing Date: July 23, 2018** |
| **SOUTHARD & STEVENS, LLP** | **Hearing Time: 1:30 p.m. (EST)** |
| 200 West 41st Street, 17th Floor | |
| New York, NY 10036-7203 | **Objection Deadline: July 16, 2018 at** |
| Telephone: (212) 972-3000 | **4:00 p.m. (EST)** |
| Facsimile: (212) 972-2245 | |
| Sean C. Southard | |
| Lauren C. Kiss | |

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re                                                                 :    Chapter 11
                                                                            :
DOWLING COLLEGE,                                           :
f/d/b/a DOWLING INSTITUTE,                           :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI        :
ASSOCIATION,                                                 :
f/d/b/a CECOM,                                                :
a/k/a DOWLING COLLEGE, INC.,                     :
                                        Debtor.              :
----------------------------------------------------------------x

### NOTICE OF HEARING TO CONSIDER APPLICATIONS BY CASE PROFESSIONALS FOR AWARDS OF INTERIM AND/OR FINAL <u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Robert E. Grossman, United States Bankruptcy Judge for the Eastern District of New York, at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Room 860, Central Islip, New York 11722, on the **23rd day of July, 2018 at 1:30 p.m. (EST)**, or as soon thereafter as counsel can be heard, to consider the following applications (collectively, the "**Fee Applications**") of the professionals retained in this case, each of which is listed on <u>Exhibit A</u> annexed hereto, for interim and/or final allowance of compensation and reimbursement of expenses incurred.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the Fee Applications shall be made in writing, shall state with particularity the grounds for the objection, and shall be filed with the Bankruptcy Court, in electronic format, by utilizing the Court's electronic case filing system at www.ecf.nyeb.uscourts.gov, or if the same cannot be filed electronically, by manually filing same with the Clerk of the Court together with a CD-ROM containing same in Word, WordPerfect or .pdf format, with a hard copy provided to the Clerk's Office at Bankruptcy Court, Alfonse D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York, 11722 and upon (i) Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York, 10036, Attn: Sean C. Southard, Esq., counsel to the Debtor and Debtor-in-Possession;

(ii) Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York, 11722, Attn: Stan Yang, Esq., Assistant U.S. Trustee; and (iii) the Professional whose Fee Application is subject to the objection, so as to be received no later than **July 16, 2018 at 4:00 p.m. (EST).**

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Applications may be adjourned without further notice except as announced in open court on the Hearing Date, or at any adjourned hearing.

Dated: New York, New York
June 29, 2018

                    **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:  */s/Sean C. Southard*
      Sean C. Southard
      Lauren C. Kiss
      200 West 41st Street, 17th Floor
      New York, New York 10036-7203
      Telephone: (212) 972-3000
      Facsimile: (212) 972-2245
      Email: ssouthard@klestadt.com
             lkiss@klestadt.com

*Counsel to Debtor and Debtor in Possession*

**EXHIBIT A**

| Applicant and Docket No. | Capacity | Application Period | Compensation Requested | Reimbursement of Expenses Requested | Total |
|---|---|---|---|---|---|
| Klestadt Winters Jureller Southard & Stevens, LLP Docket No. 548 | Counsel to the Debtor | 10/1/17 – 5/31/18 | $588,383.95 | $5,738.26 | $594,122.21 |
| Ingerman Smith, LLP Docket No. 549 | Special Counsel to the Debtor | 11/29/16 – 5/31/18 | $45,420.00 | $1,938.93 | $47,358.93 |
| Smith & Downey, PA Docket No. 550[1] | Special Counsel to the Debtor | 4/1/17 – 5/31/18 | $6,797.50 | $0.00 | $6,797.50 |
| Farrell Fritz, P.C. Docket No. 555 | Special Counsel to the Debtor | 10/1/17 – 5/31/18 | $12,873.00 | $286.43 | $13,159.43 |
| Eichen & DiMeglio, P.C. Docket No. 551[2] | Accountants to the Debtor | 10/1/17 – 5/31/18 | $22,000.00 | $487.76 | $22,487.76 |
| FPM Group, Ltd. Docket No. 552 | Consultants to the Debtor | 10/1/17 – 5/31/18 | $12,071.42 | $4,345.69 | $16,417.11 |
| Baker Tilly Virchow Krause, LLP Docket No. 553 | Tax Accountants to the Debtor | 9/27/17 – 5/31/18 | $25,000.00 | $0.00 | $25,000.00 |
| SilvermanAcampora LLP Docket No. 546 | Counsel to the Official Committee of Unsecured Creditors | 10/1/17 – 5/31/18 | $287,638.00 | $653.20 | $288,291.20 |

---

[1] Please note that Smith & Downey, PA's application seeks final approval of fees in the amount of $15,313.75 for the time period from November 29, 2016 through May 31, 2018.

[2] Please note that Eichen & DiMeglio, P.C.'s application seeks final approval of fees in the amount of $78,707.00 and expenses in the amount of $1,514.35 for the time period from November 29, 2016 through May 31, 2018.