| | |
|---|---|
| **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP** <br> 200 West 41st Street, 17th Floor <br> New York, NY 10036-7203 <br> Telephone: (212) 972-3000 <br> Facsimile: (212) 972-2245 <br> Sean C. Southard <br> Lauren C. Kiss | **New Hearing Date: September 24, 2018** <br> **Hearing Time: 1:30 p.m.** |

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |
---------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER APPLICATIONS BY CASE PROFESSIONALS FOR AWARDS OF INTERIM AND/OR FINAL <u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>

**PLEASE TAKE NOTICE** that the hearing to consider the following applications (collectively, the "**Fee Applications**") of the professionals retained in this case, each of which is listed on <u>Exhibit A</u> annexed hereto, for interim and/or final allowance of compensation and reimbursement of expenses incurred scheduled for July 23, 2018 at 1:30 p.m. has been adjourned to September 24, 2018 at 1:30 p.m. or as soon thereafter as counsel may be heard, and will take place before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 (the "<u>Hearing</u>").

1

**PLEASE TAKE FURTHER NOTICE** that the Hearing on the Fee Applications may be adjourned without further notice except as announced in open court at the Hearing, or at any adjourned hearing.

Dated: New York, New York
July 9, 2018

                    **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
     Sean C. Southard
     Lauren C. Kiss
     200 West 41st Street, 17th Floor
     New York, NY 10036
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email: ssouthard@klestadt.com
             lkiss@klestadt.com

*Counsel to the Debtor and Debtor in Possession*

**EXHIBIT A**

| Applicant and Docket No. | Capacity | Application Period | Compensation Requested | Reimbursement of Expenses Requested | Total |
|---|---|---|---|---|---|
| Klestadt Winters Jureller Southard & Stevens, LLP Docket No. 548 | Counsel to the Debtor | 10/1/17 – 5/31/18 | $588,383.95 | $5,738.26 | $594,122.21 |
| Ingerman Smith, LLP Docket No. 549 | Special Counsel to the Debtor | 11/29/16 – 5/31/18 | $45,420.00 | $1,938.93 | $47,358.93 |
| Smith & Downey, PA Docket No. 550[1] | Special Counsel to the Debtor | 4/1/17 – 5/31/18 | $6,797.50 | $0.00 | $6,797.50 |
| Farrell Fritz, P.C. Docket No. 555 | Special Counsel to the Debtor | 10/1/17 – 5/31/18 | $12,873.00 | $286.43 | $13,159.43 |
| Eichen & DiMeglio, P.C. Docket No. 551[2] | Accountants to the Debtor | 10/1/17 – 5/31/18 | $22,000.00 | $487.76 | $22,487.76 |
| FPM Group, Ltd. Docket No. 552 | Consultants to the Debtor | 10/1/17 – 5/31/18 | $12,071.42 | $4,345.69 | $16,417.11 |
| Baker Tilly Virchow Krause, LLP Docket No. 553 | Tax Accountants to the Debtor | 9/27/17 – 5/31/18 | $25,000.00 | $0.00 | $25,000.00 |
| SilvermanAcampora LLP Docket No. 546 | Counsel to the Official Committee of Unsecured Creditors | 10/1/17 – 5/31/18 | $287,638.00 | $653.20 | $288,291.20 |

---

[1] Please note that Smith & Downey, PA's application seeks final approval of fees in the amount of $15,313.75 for the time period from November 29, 2016 through May 31, 2018.

[2] Please note that Eichen & DiMeglio, P.C.'s application seeks final approval of fees in the amount of $78,707.00 and expenses in the amount of $1,514.35 for the time period from November 29, 2016 through May 31, 2018.