UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DOWLING COLLEGE,<br>f/d/b/a DOWLING INSTITUTE,<br>f/d/b/a DOWLING COLLEGE ALUMNI<br>ASSOCIATION,<br>f/d/b/a CECOM,<br>a/k/a DOWLING COLLEGE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-75545 (REG) |

### NINETEENTH REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM JUNE 1, 2018 THROUGH JUNE 30, 2018

The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("RSR") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("Mr. Rosenfeld") as Chief Restructuring Officer ("CRO") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period June 1, 2018 through June 30, 2018.

**Exhibit A** – Summary of Fees and Expenses

**Exhibit B** – Summary of Services by Project Category

**Exhibit C** – Detailed time entries by Project Category

**Exhibit D** – Detail of Expenses Incurred

By: _____

**Robert S. Rosenfeld**
**July 6, 2018**

**Exhibit A**

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses**
**6/1/18 Through 6/30/18**

<u>**Summary of Fees**</u>

| Summary by Professional | Responsibility/<br>Position in Firm | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|
| R. Rosenfeld | Chief Restructuring Officer | 43.50 | $ | 390.00 | $ | 16,965.00 |
| N. Bivona | Managing Director | 101.50 | $ | 390.00 | | 39,585.00 |
| N. Andrade | Director | 51.00 | $ | 350.00 | | 17,850.00 |
| **Total** | | **196.00** | | | $ | **74,400.00** |
| | | | | | | |
| **Average blended hourly rate** | | | | | $ | **379.59** |

<u>**Summary of Expenses**</u>

| | | |
|---|---|---|
| Mail/Postage | $ | 7.12 |
| Overnight Shipping | | 61.11 |
| Notary fees | | 3.44 |
| Software expense | | 15.00 |
| **Total** | $ | **86.67** |

**RSR Consulting, LLC**                                                    **Exhibit B**
**Dowling College - Case #16-75545 (REG)**
**Summary Billing Report - By Project Category**
**6/1/18 Through 6/30/18**

| Category | Billable Time | Billable Amt |
|---|---|---|
| Asset Analysis and Recovery | 4.7 | $ 1,833.00 |
| Asset Disposition | 24.6 | 9,594.00 |
| Bankruptcy Motions | 0.5 | 195.00 |
| Business Operations | 103.4 | 39,466.00 |
| Business Plan | 1.0 | 390.00 |
| Claim Distributions | 1.2 | 468.00 |
| Claims Investigation | 34.4 | 12,236.00 |
| Court Hearings | 2.0 | 780.00 |
| Dowling-Residential Ops | 2.0 | 780.00 |
| Dowling-Residential Sales | 9.2 | 3,588.00 |
| Meetings with Creditors and/or Representatives | 1.4 | 546.00 |
| Meetings with Debtor and Representatives | 1.7 | 663.00 |
| Meetings with Lawyers | 4.1 | 1,599.00 |
| Phone Call | 0.3 | 117.00 |
| UST Reporting | 5.5 | 2,145.00 |
| **Grand Total** | **196.0** | **$ 74,400.00** |

**RSR Consulting, LLC**                                                               **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**6/1/18 Through 6/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| **Asset Analysis and Recovery** | | | | | |
| 06/12/2018 | Neil Bivona | Research & various correspondence w/ R. Rosenfeld re: NY State unclaimed funds. | 0.50 | $390.00/hr | $195.00 |
| 06/13/2018 | Neil Bivona | Review correspondence from NY State re: unclaimed funds claim forms submitted on behalf of Dowling & reconcile schedule to claim submission forms.  Draft correspondence to S. S0uthard & L. Kiss re: required response and affidavit by R> Rosenfeld for claims to be processed. | 0.80 | $390.00/hr | $312.00 |
| 06/14/2018 | Robert Rosenfeld | Work on requests to NYS relating to unclaimed funds due to Do | 0.70 | $390.00/hr | $273.00 |
| 06/14/2018 | Robert Rosenfeld | Discussions with J. Sturchhio and email correspondence with counsel regarding status of sales of Oakdale residences to Mercury Investments. | 0.50 | $390.00/hr | $195.00 |
| 06/21/2018 | Robert Rosenfeld | Review memo and correspondence on endowment funds and collections and disposition. | 0.70 | $390.00/hr | $273.00 |
| 06/28/2018 | Neil Bivona | Review status report from M Hablenko re: student AR collectic | 0.50 | $390.00/hr | $195.00 |
| 06/28/2018 | Neil Bivona | Review files from additional C. Grossman archive boxes located at Iron Mountain re: any further info on endowments. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Asset Analysis and Recovery** | | | **4.70** | | **$1,833.00** |
| **Asset Disposition** | | | | | |
| 06/01/2018 | Neil Bivona | Correspondence w/ W. Benka re: lower cost options for transition of Banner hosting to alternative server hardware.  Research cobol compiler options online. | 0.80 | $390.00/hr | $312.00 |
| 06/01/2018 | Neil Bivona | Call w/ R. Rosenfeld & counsel re: Brookhaven sale hearing. | 0.40 | $390.00/hr | $156.00 |
| 06/01/2018 | Neil Bivona | Walk through of Dorm re: final prep for closing / vacating prem | 1.50 | $390.00/hr | $585.00 |
| 06/04/2018 | Neil Bivona | Call w/ B. Faustini & follow up re: ATC simulators. | 0.30 | $390.00/hr | $117.00 |
| 06/11/2018 | Neil Bivona | Correspondence w/ D. Holliday re: status of NYAG approval to donate library special collections. | 0.30 | $390.00/hr | $117.00 |
| 06/11/2018 | Neil Bivona | Review correspondence from S. Southard / NYAG re: endowment reallocation.  Review prior Court filings re: the same and discuss w/ R. Rosenfeld. | 0.80 | $390.00/hr | $312.00 |
| 06/12/2018 | Neil Bivona | Various correspondence w/ S. Southard, R. Rosenfeld, R. Friedman & M. Lindenfeld (Farmingdale College) re: sale of ATC simulators to Triple Five. | 0.60 | $390.00/hr | $234.00 |
| 06/12/2018 | Neil Bivona | Review and edit Brookhaven campus vendor list re: transition with Triple Five. | 0.60 | $390.00/hr | $234.00 |
| 06/14/2018 | Neil Bivona | Research cy pres and abandonment options.  Prepare draft communication to BOT re: restricted endowment funds and library special collections and format detailed schedules of both to attach. | 2.30 | $390.00/hr | $897.00 |
| 06/19/2018 | Robert Rosenfeld | Call with Bob Bertucci ( Oppenheimer) and N. Bivona to discuss next steps with remaining Oakdale residential property sales. | 0.50 | $390.00/hr | $195.00 |
| 06/21/2018 | Neil Bivona | Review FF&E liquidator proposals re: ATC simulators/Brookhaven campus allocations.  various correspondence w/ R. Rosenfeld & S. southward re: sale of ATC simulators. | 1.00 | $390.00/hr | $390.00 |
| 06/21/2018 | Robert Rosenfeld | Work on analysis for remaining Oakdale residential properties. | 0.60 | $390.00/hr | $234.00 |

**RSR Consulting, LLC**                                                                                   **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**6/1/18 Through 6/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 06/21/2018 | Robert Rosenfeld | Discussions with buyer for flight simulator and review draft motion and declaration for sale. | 0.70 | $390.00/hr | $273.00 |
| 06/21/2018 | Robert Rosenfeld | Discussions with representative of Triple 5 to discuss status of acquisition and interest in simulator equipment at campus. Follow up with N. Bivona and counsel as to status of sale of simulator equipment. | 1.00 | $390.00/hr | $390.00 |
| 06/22/2018 | Neil Bivona | Correspondence w/ S. Southard & R. Rosenfeld re: draft BOT communication re: Library Special Collections and Endowed funds.  Re-review schedules to draft communication. | 0.50 | $390.00/hr | $195.00 |
| 06/22/2018 | Neil Bivona | Various e-mail correspondence re:  disposition of Library special collections and ATC simulators. | 0.30 | $390.00/hr | $117.00 |
| 06/22/2018 | Robert Rosenfeld | Discuss sale of Oakdale residential properties with Mercury and status of contract. | 0.50 | $390.00/hr | $195.00 |
| 06/25/2018 | Neil Bivona | Review network drives for files related to library special collections & download / upload to Box.com site for D. Holliday re: placing o collections at there schools. | 1.50 | $390.00/hr | $585.00 |
| 06/25/2018 | Neil Bivona | Draft description of ATC simulators and marketing efforts for R. Rosenfeld sale motion declaration.  Forward to L. Kiss for review. | 1.40 | $390.00/hr | $546.00 |
| 06/26/2018 | Neil Bivona | Review draft letter agreement and bill of sale for ATC simulators. | 0.50 | $390.00/hr | $195.00 |
| 06/26/2018 | Robert Rosenfeld | Review correspondence and have follow up discussions with Mercury regarding interest in purchasing remaining Oakdale residential properties. Follow up with discussions with N. Bivona and prepare follow up response to Mercury. | 1.20 | $390.00/hr | $468.00 |
| 06/26/2018 | Robert Rosenfeld | Review correspondence and follow up calls with D. Cook and N. Bivona re: revisions to LOI on remaining Oakdale residential properties. | 1.00 | $390.00/hr | $390.00 |
| 06/27/2018 | Robert Rosenfeld | Calls with D. Cook; N. Bivona; correspondence with R. Bertucci in response to term sheet for purchase of remaining Oakdale properties by Mercury. Follow up to questions posed by Oppenheimer and provide responses. | 1.00 | $390.00/hr | $390.00 |
| 06/27/2018 | Robert Rosenfeld | Calls with M. Sato; N. Bivona re: follow up on discussions with Mercury on purchase of Oakdale residential properties. | 0.40 | $390.00/hr | $156.00 |
| 06/28/2018 | Neil Bivona | Follow up w/ L. Kiss & M. Lindedfeld re: letter agreement and bill of sale for sale of ATC simulators to Farmingdale college. | 0.50 | $390.00/hr | $195.00 |
| 06/28/2018 | Robert Rosenfeld | Follow up calls with D. Cook and N. Bivona and prepare correspondence to Oppenheimer relating to Mercury deal on remaining Oakdale residential properties. | 0.80 | $390.00/hr | $312.00 |
| 06/28/2018 | Robert Rosenfeld | Call with S. Bienenstock (Triple 5) and N. Bivona regarding transition issues coordination with Triple 5 on purchase of Brookhaven campus. | 0.20 | $390.00/hr | $78.00 |

**RSR Consulting, LLC**                                                                                          **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**6/1/18 Through 6/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 06/29/2018 | Neil Bivona | Further work to complete Brookhaven vendor / contract / services transition worksheet & send to S. Bienenstock at Triple Five. | 1.50 | $390.00/hr | $585.00 |
| 06/29/2018 | Neil Bivona | Various communications w D. Holliday re: disposal / donation of library special collections. | 0.50 | $390.00/hr | $195.00 |
| 06/29/2018 | Neil Bivona | Prepare list of notice parties (other U.S. Aviation schools) for notice of motion to sell ATC simulators to Farmingdale. | 1.00 | $390.00/hr | $390.00 |
| 06/29/2018 | Robert Rosenfeld | Call with CBRE regarding Brookhaven campus closing process. | 0.40 | $390.00/hr | $156.00 |
| **Totals For Asset Disposition** | | | **24.60** | | **$9,594.00** |
| **Bankruptcy Motions** | | | | | |
| 06/28/2018 | Neil Bivona | Provide follow up information to L.Kiss re: professionals fee applications. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Bankruptcy Motions** | | | **0.50** | | **$195.00** |
| **Business Operations** | | | | | |
| 06/01/2018 | Neil Bivona | Review and update DIP Tracking spreadsheet. | 2.20 | $390.00/hr | $858.00 |
| 06/01/2018 | Nelson Andrade | Create instructions for weekly payments, review files and invoices received, make corrections to file, coordinate internally and manage related correspondence. Prepare transfers and wires and send for approval in banking system. | 2.20 | $350.00/hr | $770.00 |
| 06/01/2018 | Nelson Andrade | Reassess transfers and payments related to student collections account that was transferred to 6/1. Verify new cash balance, edit excel files and reissue transfers and wires. Format PDF files and manage related correspondence. | 1.60 | $350.00/hr | $560.00 |
| 06/01/2018 | Robert Rosenfeld | Work on disbursements for week; update quickbooks and accounting for weekly activity and sales of property. | 1.50 | $390.00/hr | $585.00 |
| 06/04/2018 | Nelson Andrade | Review invoices received, communicate with staff about invoices to be set up for payment. Related correspondence. | 1.00 | $350.00/hr | $350.00 |
| 06/04/2018 | Robert Rosenfeld | Visit to Signature bank regarding deposits; update accounting in quickbooks for activity. | 1.00 | $390.00/hr | $390.00 |
| 06/05/2018 | Neil Bivona | Begin updating creditor recovery model. | 2.50 | $390.00/hr | $975.00 |
| 06/05/2018 | Neil Bivona | Further updating of DIP tracking spreadsheet. | 1.50 | $390.00/hr | $585.00 |
| 06/05/2018 | Neil Bivona | Prepare agenda for status call w/ counsel. | 1.00 | $390.00/hr | $390.00 |
| 06/05/2018 | Neil Bivona | Work with staff re: packing and indexing files for archiving. | 1.50 | $390.00/hr | $585.00 |
| 06/05/2018 | Neil Bivona | Review IRS notice re: former employee withholding. | 0.20 | $390.00/hr | $78.00 |
| 06/06/2018 | Robert Rosenfeld | Work on month end closing of books and bank reconciliations. | 3.50 | $390.00/hr | $1,365.00 |
| 06/06/2018 | Neil Bivona | Review of specifications for server replacement / simplification for Banner post-confirmation. Correspondence w/ W. Benka re: the same. | 1.00 | $390.00/hr | $390.00 |
| 06/06/2018 | Neil Bivona | Prepare summary calculation of 2015 Bond recovery and sharing / contribution amounts to UCC & priority claims. | 1.60 | $390.00/hr | $624.00 |
| 06/07/2018 | Neil Bivona | Review invoices and prepare disbursement detail worksheet. Prepare transfer and disbursement summary reports. Set up transfers and wire payments for approval. | 1.50 | $390.00/hr | $585.00 |

**RSR Consulting, LLC**                                                                                      **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**6/1/18 Through 6/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 06/07/2018 | Neil Bivona | Case status call w/ S. Southard & R. Rosenfeld. Followup of medical claim analysis w S. Southard. | 1.50 | $390.00/hr | $585.00 |
| 06/07/2018 | Neil Bivona | Continue work on updating creditor recovery analysis. | 2.70 | $390.00/hr | $1,053.00 |
| 06/07/2018 | Neil Bivona | Follow up on open student issues & communication w/ NYSED re: follow up call for go forward handling of student requests. | 0.80 | $390.00/hr | $312.00 |
| 06/07/2018 | Robert Rosenfeld | Work on processing payments and update accounting for weel | 1.50 | $390.00/hr | $585.00 |
| 06/08/2018 | Neil Bivona | Followup w/ Iron Mountain re: return of archive boxes & completing process for exit from Brookhaven campus. | 0.30 | $390.00/hr | $117.00 |
| 06/11/2018 | Nelson Andrade | Update professional fee tracking schedule. review recently received invoices, Compare invoices to latest balances due to avoid duplication, determine the invoices to be paid based on date received/contest period. | 2.00 | $350.00/hr | $700.00 |
| 06/11/2018 | Neil Bivona | Review of Iron Mountain archive inventory report for further identification of boxes that may be destroyed under the records retention order. | 1.50 | $390.00/hr | $585.00 |
| 06/11/2018 | Neil Bivona | Review of Simplex fire sprinkler inspection report & repair work order for Nat Ctr Bldg B and check against prior inspections with similar deficiencies that had been rectified. Correspondence w/ Simplex to address duplicate work orders. | 1.00 | $390.00/hr | $390.00 |
| 06/11/2018 | Neil Bivona | Meet w/ W. Benka re: sending updated student records file to LIU & status / timing / cost of server reconfiguration related to exit form Brookhaven campus. | 0.80 | $390.00/hr | $312.00 |
| 06/11/2018 | Neil Bivona | Index BOT archive boxes & correspondence w/ Iron Mountain re: pickup / return to archive storage. | 0.50 | $390.00/hr | $195.00 |
| 06/11/2018 | Robert Rosenfeld | Work on month end closing for May 2018 and update activity in quickbooks. | 1.50 | $390.00/hr | $585.00 |
| 06/12/2018 | Neil Bivona | Review Iron Mountain invoices & correspondence w/. W. Benka re: backup tape rotation pickup scheduling and invoicing. | 0.40 | $390.00/hr | $156.00 |
| 06/12/2018 | Neil Bivona | Meet w/ Lightpath technician re: troubleshooting of failure of Dorm central station monitoring test calls & correspondence w/ W. Benka re: coordination with Simplex. | 1.30 | $390.00/hr | $507.00 |
| 06/12/2018 | Neil Bivona | Correspondence w/ L. Templeman & D. Impagliazzo re: coordination and agenda for call to discuss transition of NY State handling of student issues. | 0.30 | $390.00/hr | $117.00 |
| 06/12/2018 | Neil Bivona | Review invoices from Conduent & U.S. Bank Perkins account statements. Prepare check payments for Perkins assignment processing & servicing invoices. | 0.50 | $390.00/hr | $195.00 |
| 06/12/2018 | Nelson Andrade | Review invoice payment worksheet received with invoices received so far during the current week. Manage related correspondence. Determine staff allocation for the reminder of the week. | 1.10 | $350.00/hr | $385.00 |
| 06/12/2018 | Nelson Andrade | Review payroll information. Create/update excel spreadsheets accordingly. Create electronic transfers and wires in the bank system. | 0.80 | $350.00/hr | $280.00 |

**RSR Consulting, LLC**                                                                                      **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**6/1/18 Through 6/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|--------------|-------------|--------------|
| 06/13/2018 | Robert Rosenfeld | Work on processing invoices from vendors and updating quickl | 2.50 | $390.00/hr | $975.00 |
| 06/13/2018 | Neil Bivona | Review of third party judgment information subpoena re: former employee & expected Priority claim distributions under plan if approved.  Place call to judgment creditor's counsel and LM. | 0.70 | $390.00/hr | $273.00 |
| 06/14/2018 | Neil Bivona | Review reports from Conduent re: results of Perkins Loan assignment process & reconcile to Dowling Perkins loan portfolio list. | 1.30 | $390.00/hr | $507.00 |
| 06/14/2018 | Neil Bivona | Review invoices and DIP Account balances re: funds availability to cover disbursements & begin framing out next DIP budget extension. | 1.50 | $390.00/hr | $585.00 |
| 06/15/2018 | Neil Bivona | Review reports from Conduent re: assignment of Perkins loans to DOE.  Review Order re: assignment process.  Review FCC & ICC percentage analysis.  Prepare reconciliation of loan portfolio count and balances; track & reconcile post-assignment payments into U.S. Bank account.  Various correspondence w/ C. Drummond re: the same. | 3.00 | $390.00/hr | $1,170.00 |
| 06/15/2018 | Neil Bivona | Review of weekly invoice payment spreadsheet.  Correspondence & call w/ N. Andrade re: the same. | 0.50 | $390.00/hr | $195.00 |
| 06/15/2018 | Nelson Andrade | Create weekly payment spreadsheet, review and confirm internally payments to be made, enter invoice information, payment method. | 1.80 | $350.00/hr | $630.00 |
| 06/15/2018 | Neil Bivona | Correspondence w/ S. Southard re: Endowment analysis. begin reviewing gift instruments for dates and donor information needed for BOT / NYAG / approval of cy pres proceedings. | 1.50 | $390.00/hr | $585.00 |
| 06/15/2018 | Nelson Andrade | Create instructions for weekly payments, review files and invoices received, make corrections to file, coordinate internally and manage related correspondence.  Prepare transfers and wires and send for approval in banking system. | 2.00 | $350.00/hr | $700.00 |
| 06/15/2018 | Robert Rosenfeld | Work on weekly disbursements and process payments to vendors; review and execute documents relating to re-listing of 135 Idle Hour; 121 Central and 64 Chateau. | 1.50 | $390.00/hr | $585.00 |
| 06/16/2018 | Robert Rosenfeld | Review bills received from vendors and update quickbooks. | 0.70 | $390.00/hr | $273.00 |
| 06/18/2018 | Neil Bivona | Complete review of endowment gift instruments and other supporting information re: donor identity & contact info for cy pres process.  Research donor information online where necessary. | 3.20 | $390.00/hr | $1,248.00 |
| 06/18/2018 | Neil Bivona | Prepare first draft of DIP budget extension for next six weeks. | 2.00 | $390.00/hr | $780.00 |
| 06/19/2018 | Neil Bivona | Review further correspondence and information received from C Drummond re: Perkins loan assignments. | 0.50 | $390.00/hr | $195.00 |
| 06/19/2018 | Neil Bivona | Begin reconciliation of Dowling Perkins cash account at U.S. Ba | 0.80 | $390.00/hr | $312.00 |
| 06/19/2018 | Robert Rosenfeld | Process deposits for Signature Bank for insurance refunds and student collections; update quickbooks for transactions. | 1.50 | $390.00/hr | $585.00 |
| 06/19/2018 | Robert Rosenfeld | Call with S. Southard and N. Bivona regarding issues related to Perkins Loan assignments and status update. | 0.90 | $390.00/hr | $351.00 |

**RSR Consulting, LLC**                                                                                                     **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**6/1/18 Through 6/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 06/20/2018 | Neil Bivona | Meet w/ W. Benka to go through remaining IT equipment and designate for trash, shredding or value/trade-in to cover shredding costs. | 1.00 | $390.00/hr | $390.00 |
| 06/20/2018 | Neil Bivona | Open & review incoming mail.  Prepare invoice payments from last week's run for mailing. | 1.20 | $390.00/hr | $468.00 |
| 06/20/2018 | Neil Bivona | Review questions on Healthplex plan benefits & discuss w/ N.dental  Andrade re: analysis of unpaid employee claims. | 0.70 | $390.00/hr | $273.00 |
| 06/20/2018 | Neil Bivona | Check out and drain / disconnect leaking AC unit in Dorm Rec Room 119.  Bring security truck for gas. | 1.00 | $390.00/hr | $390.00 |
| 06/21/2018 | Neil Bivona | Review revised CIS remote server hosting proposal & W. Benka | 0.60 | $390.00/hr | $234.00 |
| 06/21/2018 | Neil Bivona | Review and update professional fee tracking report & send to L. Kiss re: preparation of fee applications. | 0.50 | $390.00/hr | $195.00 |
| 06/21/2018 | Neil Bivona | Review additional information form Conduent re:  Perkins Loan portfolio assignments & continue work on reconciliation analysis. | 2.30 | $390.00/hr | $897.00 |
| 06/21/2018 | Robert Rosenfeld | Review bills received from vendors; process in quickbooks for updating books and records. | 0.50 | $390.00/hr | $195.00 |
| 06/21/2018 | Robert Rosenfeld | Update quickbooks for billings received from vendors. | 0.50 | $390.00/hr | $195.00 |
| 06/21/2018 | Nelson Andrade | Create spreadsheet with weekly payments and discuss internally the payments to be made.  Print necessary back up information.  Compile and file paperwork. | 2.50 | $350.00/hr | $875.00 |
| 06/22/2018 | Neil Bivona | Review several invoices & enter into Quickbooks.  Review payment spreadsheet & discuss w. N. Andrade. | 0.50 | $390.00/hr | $195.00 |
| 06/22/2018 | Nelson Andrade | Make updates to the weekly payment spreadsheet, review and confirm internally payments to be made, enter invoice information, payment method. | 1.50 | $350.00/hr | $525.00 |
| 06/22/2018 | Nelson Andrade | Create instructions for weekly payments, review files and invoices received, make corrections to file, coordinate internally and manage related correspondence.  Prepare transfers and wires and send for approval in banking system. | 2.00 | $350.00/hr | $700.00 |
| 06/22/2018 | Robert Rosenfeld | Work on processing weekly bills for payment and update of qu | 1.50 | $390.00/hr | $585.00 |
| 06/25/2018 | Neil Bivona | Continue work on Perkins reconciliation. | 1.80 | $390.00/hr | $702.00 |
| 06/26/2018 | Neil Bivona | Follow up with Dept of Ed / Direct Loan Consolidation re: Perkins loan payoff sent to Dowling & process for returning or forwarding to Dept of Ed. | 1.00 | $390.00/hr | $390.00 |
| 06/26/2018 | Neil Bivona | Complete Perkins reconciliation and draft overview to R. Rosenfeld & S. Southard for review. | 2.00 | $390.00/hr | $780.00 |
| 06/26/2018 | Robert Rosenfeld | Process banking transactions related to payroll funding for 6/28/18 payroll. | 0.40 | $390.00/hr | $156.00 |
| 06/26/2018 | Nelson Andrade | Review payroll information.  Create/update excel spreadsheets accordingly.  Create electronic transfers and wires in the bank system. | 1.00 | $350.00/hr | $350.00 |
| 06/27/2018 | Robert Rosenfeld | Call with S. Southard re: D&O insurance renewal for Debtor. | 0.30 | $390.00/hr | $117.00 |
| 06/27/2018 | Neil Bivona | Review invoices for various ancillary services.  Draft correspondence to vendors advising of Ch. 11 & cancelling accounts. | 0.70 | $390.00/hr | $273.00 |

**RSR Consulting, LLC**                                                                                                          **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**6/1/18 Through 6/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 06/27/2018 | Neil Bivona | Review of files from C. Grossman archive boxes related to scholarships & endowments. | 0.50 | $390.00/hr | $195.00 |
| 06/28/2018 | Neil Bivona | Begin preparing presentation materials for calls w/ creditors and BOT re: case timeline & open items. | 2.00 | $390.00/hr | $780.00 |
| 06/28/2018 | Neil Bivona | Draft e-mail to secured lenders re: server issues, CIS hosting contract and need for server hardware / software upgrade and replacement in order to comply w/ records retention order post exit from Brookhaven. | 1.50 | $390.00/hr | $585.00 |
| 06/28/2018 | Neil Bivona | Various communications w/ Dept of Ed re receipt and forwarding of Direct Loan Consolidation payment. | 0.50 | $390.00/hr | $195.00 |
| 06/28/2018 | Robert Rosenfeld | Call with M. Fleisher (Sterling) regarding extension of D&O policy for Dowling and follow up with counsel. | 0.30 | $390.00/hr | $117.00 |
| 06/29/2018 | Neil Bivona | Review and update borrowing availability worksheet to reflect six week budget extension through week 84. | 1.60 | $390.00/hr | $624.00 |
| 06/29/2018 | Neil Bivona | Prepare and circulate two DIP Notices of Borrowing for weeks 79-82 an weeks 82-84.  Prepare and send follow up communication to M. Grochowski re: TL B & C. | 2.50 | $390.00/hr | $975.00 |
| 06/29/2018 | Nelson Andrade | Create instructions for weekly payments, review files and invoices received, make corrections to file, coordinate internally and manage related correspondence.  Prepare transfers and wires and send for approval in banking system. | 2.00 | $350.00/hr | $700.00 |
| 06/29/2018 | Robert Rosenfeld | Work on disbursements for week and updating quickbooks activity for the Debtor. | 0.80 | $390.00/hr | $312.00 |
| **Totals For Business Operations** | | | **103.40** | | **$39,466.00** |
| **Business Plan** | | | | | |
| 06/27/2018 | Neil Bivona | Draft overview of remaining unpledged real estate parcels for creditor presentation. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Business Plan** | | | **1.00** | | **$390.00** |
| **Claim Distributions** | | | | | |
| 06/11/2018 | Neil Bivona | Meet w/ A. Dimola re: process for using ADT for employee priority claim distributions and how to deal with new and pre-existing wage garnishments.  Call w/ L. Kiss re: updating of employee claim spreadsheet for updated Cigna numbers. | 1.20 | $390.00/hr | $468.00 |
| **Totals For Claim Distributions** | | | **1.20** | | **$468.00** |
| **Claims Investigation** | | | | | |
| 06/01/2018 | Nelson Andrade | Continue labeling Healthplex databse according to staff/faculty, preventive and non-preventive claims. | 1.80 | $350.00/hr | $630.00 |
| 06/04/2018 | Nelson Andrade | Review self insured claims analysis.  Verify database integrity and correct items with issues. | 3.00 | $350.00/hr | $1,050.00 |
| 06/05/2018 | Nelson Andrade | Review deductible information by member and staff/faculty.  Verify database integrity and correct items with issues. | 2.50 | $350.00/hr | $875.00 |
| 06/05/2018 | Nelson Andrade | Review self insured claims analysis.  Verify database integrity and correct items with issues.  Discuss internally development and tactics related to the analysis. | 2.30 | $350.00/hr | $805.00 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**6/1/18 Through 6/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 06/06/2018 | Nelson Andrade | Review self insured claims analysis. Verify database integrity and correct items with issues. Discuss internally development and tactics related to the analysis. | 3.50 | $350.00/hr | $1,225.00 |
| 06/11/2018 | Neil Bivona | draft correspondence to S.Southard re: follow up on USDOE Perkins assignments, proof of claim and unassigned Perkins loan settlements. | 0.30 | $390.00/hr | $117.00 |
| 06/13/2018 | Neil Bivona | Review of settlement proposal summary drafted by S. Southar | 0.40 | $390.00/hr | $156.00 |
| 06/15/2018 | Neil Bivona | Review DOL comments to Cigna unpaid employee medical claim analysis. Research questions re: source of reimbursement table used & applicability of 10% co-insurance to all claims. Correspondence w/ M. Hablenko & A. Dimola re: the same. | 1.50 | $390.00/hr | $585.00 |
| 06/20/2018 | Neil Bivona | Research answers to DOL questions on Cigna unpaid medical claim analysis and draft response & send to S. Southard for review. | 2.20 | $390.00/hr | $858.00 |
| 06/20/2018 | Nelson Andrade | Review new files to be included as sources to the Healthplex an | 1.50 | $350.00/hr | $525.00 |
| 06/20/2018 | Nelson Andrade | Internal discussion on Healthplex analysis | 1.40 | $350.00/hr | $490.00 |
| 06/21/2018 | Neil Bivona | Review and revise Cigna unpaid medical claim analysis & redact SSN's. correspondence w/ s. southward re; the same. | 0.50 | $390.00/hr | $195.00 |
| 06/21/2018 | Nelson Andrade | Make updates to the Healthplex analysis separating the different types of claims as discussed internally earlier in the week. | 3.50 | $350.00/hr | $1,225.00 |
| 06/25/2018 | Nelson Andrade | Update Healthplex spreadsheet. Include certain labels to start deductible analysis. | 1.00 | $350.00/hr | $350.00 |
| 06/27/2018 | Nelson Andrade | Update Healthplex spreadsheet to complete deductible calculations to faculty non-preventative claims. | 2.00 | $350.00/hr | $700.00 |
| 06/27/2018 | Nelson Andrade | Update Healthplex spreadsheet to complete deductible calculations to staff non-preventative claims. | 2.00 | $350.00/hr | $700.00 |
| 06/27/2018 | Nelson Andrade | Update Healthplex spreadsheet to complete faculty preventati | 2.00 | $350.00/hr | $700.00 |
| 06/27/2018 | Nelson Andrade | Update Healthplex spreadsheet to complete staff preventative | 2.00 | $350.00/hr | $700.00 |
| 06/28/2018 | Nelson Andrade | Meet internally to review dental claims analysis. | 1.00 | $350.00/hr | $350.00 |
| **Totals For Claims Investigation** | | | **34.40** | | **$12,236.00** |
| **Court Hearings** | | | | | |
| 06/04/2018 | Robert Rosenfeld | Attend court hearing for sale order on Brookhaven campus sale and other matters. | 2.00 | $390.00/hr | $780.00 |
| **Totals For Court Hearings** | | | **2.00** | | **$780.00** |
| **Dowling-Residential Ops** | | | | | |
| 06/19/2018 | Neil Bivona | Trip to Oakdale re: broken windows at 121 Central and inspect other houses. Meet w/ D. Cook re: status of Mercury contract. | 2.00 | $390.00/hr | $780.00 |
| **Totals For Dowling-Residential Ops** | | | **2.00** | | **$780.00** |
| **Dowling-Residential Sales** | | | | | |
| 06/01/2018 | Neil Bivona | Follow up with counsel on sale closing date for 274 Connetquo | 0.50 | $390.00/hr | $195.00 |

**RSR Consulting, LLC**                                                                                      **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**6/1/18 Through 6/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 06/04/2018 | Neil Bivona | Follow up w/ M. White / D. Niknamfard re: payment of RE taxes for 123 Idle Hour and sending evidence of payment for closing. | 0.30 | $390.00/hr | $117.00 |
| 06/19/2018 | Neil Bivona | Call w/ R. Bertucci & R. Rosenfeld re: status & updated sale strategy for remaining three properties. | 0.50 | $390.00/hr | $195.00 |
| 06/22/2018 | Neil Bivona | Discussion w/ R. Rosenfeld s sale of Oakdale residential properties with Mercury and status of contract. | 0.50 | $390.00/hr | $195.00 |
| 06/25/2018 | Neil Bivona | Several calls and correspondence w/ D. Cook and R. Rosenfeld re: sale of 121 Central blvd. | 1.20 | $390.00/hr | $468.00 |
| 06/26/2018 | Neil Bivona | Various calls and correspondence w/ R. Rosenfeld & D. Cook re: 121 Central and contract for135 Idle Hour / 64 Chateau. Review correspondence re: 274 Connetquot and review tax assessment. | 1.70 | $390.00/hr | $663.00 |
| 06/27/2018 | Neil Bivona | Prepare carrying cost analysis and draft proposed response to Mercury LOI terms & send to R. Bertucci.  Call w/ R. Rosenfeld to discuss. | 1.70 | $390.00/hr | $663.00 |
| 06/29/2018 | Neil Bivona | Various communications w D. Cook and R. Rosenfeld re: sale of remaining three Oakdale properties to Mercury. | 1.00 | $390.00/hr | $390.00 |
| 06/29/2018 | Robert Rosenfeld | Discuss with Oppenheimer representatives Mercury offer and draft a response to Mercury in connection with sale of remaining Oakdale residential properties. | 1.00 | $390.00/hr | $390.00 |
| 06/29/2018 | Robert Rosenfeld | Work on negotiations for sale of remaining Oakdale residential properties.  Discuss with Oppenheimer and draft revised response. | 0.80 | $390.00/hr | $312.00 |
| **Totals For Dowling-Residential Sales** | | | **9.20** | | **$3,588.00** |
| **Meetings with Creditors and/or Representatives** | | | | | |
| 06/14/2018 | Robert Rosenfeld | Call with Debtor's counsel; N. Bivona; B. Pfeifer; B. Powers to discuss status of WARN Complaint discussions. | 0.70 | $390.00/hr | $273.00 |
| 06/14/2018 | Neil Bivona | Call w/ R. Rosenfeld, S. Southard, B. Powers and B. Pfeiffer re Warn Act litigation and settlement. | 0.70 | $390.00/hr | $273.00 |
| **Totals For Meetings with Creditors and/or Representatives** | | | **1.40** | | **$546.00** |
| **Meetings with Debtor and Representatives** | | | | | |
| 06/01/2018 | Neil Bivona | Call w/ B. Scott re: financial information provided to Examiner and designation as confidential. | 0.40 | $390.00/hr | $156.00 |
| 06/07/2018 | Robert Rosenfeld | Call with S. Southard and N. Bivona regarding status of case and next steps. | 1.30 | $390.00/hr | $507.00 |
| **Totals For Meetings with Debtor and Representatives** | | | **1.70** | | **$663.00** |
| **Meetings with Lawyers** | | | | | |
| 06/12/2018 | Neil Bivona | Call with S. Southard, L. Kiss and R. Rosenfeld re: disposition of library collections. | 0.90 | $390.00/hr | $351.00 |
| 06/12/2018 | Robert Rosenfeld | Call with S. Southard, L. Kiss and N. Bivona regarding disposition of library collections. | 0.90 | $390.00/hr | $351.00 |
| 06/19/2018 | Neil Bivona | Call w/ R. Rosenfeld & S. Southard re: Perkins Loan assignment issues and general case status discussion. | 0.90 | $390.00/hr | $351.00 |
| 06/27/2018 | Robert Rosenfeld | Status update call with S. Southard; J. Corneau; and N. Bivona re: draft plan of liquidation and other issues relating to winddown of Debtor. | 0.70 | $390.00/hr | $273.00 |

**RSR Consulting, LLC**                                                                                                    **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**6/1/18 Through 6/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|------|-------------|---------------|-------------|--------------|
| 06/27/2018 | Neil Bivona | Status update call with S. Southard; J. Corneau; and R> Rosenfeld re: draft plan of liquidation and other issues relating to winddown of Debtor. | 0.70 | $390.00/hr | $273.00 |
| **Totals For Meetings with Lawyers** | | | **4.10** | | **$1,599.00** |
| **Phone Call** | | | | | |
| 06/05/2018 | Neil Bivona | Call w/ B. Faustini re: creditor recovery model. | 0.30 | $390.00/hr | $117.00 |
| **Totals For Phone Call** | | | **0.30** | | **$117.00** |
| **UST Reporting** | | | | | |
| 06/07/2018 | Robert Rosenfeld | Work on MOR for My 2018 | 1.50 | $390.00/hr | $585.00 |
| 06/08/2018 | Robert Rosenfeld | Work on MOR for May 2018 | 2.50 | $390.00/hr | $975.00 |
| 06/11/2018 | Robert Rosenfeld | Make revisions to MOR for May 2018 and provide to counsel f | 1.50 | $390.00/hr | $585.00 |
| **Totals For UST Reporting** | | | **5.50** | | **$2,145.00** |
| **Grand Total** | | | **196.00** | | **$74,400.00** |

**RSR Consulting, LLC**                                                                                **Exhibit D**
**Dowling College - Case #16-75545 (REG)**
**Detailed Expense Report**
**6/1/18 Through 6/30/18**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 06/10/2018 | Robert Rosenfeld | QuickBooks-Right Networks charge for Month. | $15.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$15.00** |
| **Mailing/Postage** | | | |
| 06/15/2018 | Robert Rosenfeld | Certified return receipt postage for NYS Unclaimed funds response letter. | $7.12 |
| **Totals Billable Amounts for Mailing/Postage** | | | **$7.12** |
| **Office Supplies** | | | |
| 06/15/2018 | Robert Rosenfeld | Notary fees and copy costs for NYS Unclaimed funds respon | $3.44 |
| **Totals Billable Amounts for Office Supplies** | | | **$3.44** |
| **Postage & Shipping** | | | |
| 06/20/2018 | Robert Rosenfeld | UPS overnight charges and Notary Public fee for 274 Connectquot closing. | $61.11 |
| **Totals Billable Amounts for Postage & Shipping** | | | **$61.11** |
| **Grand Total** | | | **$86.67** |