## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                        :
In re                                   :          **Chapter 11**
                                        :
**DOWLING COLLEGE,**[1]                 :          **Case No. 16-75545 (REG)**
                                        :
**Debtor.**                             :
                                        :
-------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY    )
                       ) ss
COUNTY OF PASSAIC      )

I, Ira Nikelsberg, being duly sworn, depose and state:

1.      I am an Assistant Director with Garden City Group, LLC, the claims and noticing agent

for the debtor and debtor-in-possession (collectively, the "Debtor") in the above-captioned

proceeding.  Our business address is 1985 Marcus Avenue, Lake Success, New York 11042.

2.      On June 29, 2018, at the direction of Klestadt Winters Jureller Southard & Stevens, LLP

("Klestadt"), counsel to the Debtor, I caused a true and correct copy of the following documents

to be served by email on parties identified on Exhibit A annexed hereto (Master Service List and

Notice of Appearance Parties with email addresses):

- **Third Interim Application of SilvermanAcampora LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Period October 1, 2017 Through and Including May 31, 2018, and Reimbursement of Expenses ("Third Interim Application of SilvermanAcampora LLP")** [Docket No. 546];

- **Motion by the Debtor and the Creditors' Committee for an Order Approving Omnibus Claim Objection Procedures ("Motion re: Claim Objection Procedures")** [Docket No. 547];

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078).  The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

- **Summary Sheet Pursuant to United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed Under 11 U.S.C. § 330 for the Third Interim Fee Application of Klestadt Winters Jureller Southard & Stevens, LLP, General Bankruptcy Counsel to the Debtor and Debtor in Possession ("the Third Interim Fee Application of Klestadt Winters Jureller Southard & Stevens, LLP")** [Docket No. 548];

- **Application of Ingerman Smith, LLP, Special Counsel to the Debtor, for a First Interim Allowance of Compensation and Reimbursement of Expenses for the Period of November 29, 2016 Through May 31, 2018 ("First Interim Fee Application of Ingerman Smith, LLP")** [Docket No. 549];

- **Application of Smith & Downey, P.A., Special Counsel to the Debtor and Debtor In Possession, for a Second Interim and Final Allowance of Compensation and Reimbursement of Expenses ("Second Interim  Fee Application of Smith & Downey, P.A.")** [Docket No. 550];

- **Third Interim and Final Application of Eichen & Dimeglio, P.C., Accountants to the Debtor and Debtor in Possession, Pursuant to United States Trustee Guidelines for Reviewing Applications Filed Under 11 U.S.C. § 330 for Allowance of Compensation and Reimbursement of Expenses ("Third Interim and Final Fee Application of Eichen & Dimeglio, P.C.")** [Docket No. 551];

- **Application of FPM Group, Ltd., Consultants to the Debtor and Debtor in Possession for a Third Interim Allowance of Compensation and Reimbursement of Expenses for the Period of October 1, 2017 Through May 31, 2018 ("Third Interim Fee Application of FPM Group, Ltd.")** [Docket No. 552];

- **Application of Baker Tilly Virchow Krause, LLP, Tax Accountants to the Debtor and Debtor in Possession for a First Interim Allowance of Compensation and Reimbursement of Expenses for the Period of September 27, 2017 Through May 31, 2018 ("First Interim Fee Application of Baker Tilly Virchow Krause, LLP")** [Docket No. 553];

- **Debtor's Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Coode Approving the Sale of the Debtor's Simulators Located at the Brookhaven Campus to Farmingdale State College Free and Clean of All Liens, Claims and Encumbrances ("Motion Approving Sale of Debtor's Simulators")** [Docket No. 554];

- **Second Application of Farrell Fritz, P.C., Special Counsel to the Debtor and Debtor in Possession, for Interim Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2017 Through May 31, 2018 ("Second Interim Fee Application of Farrell Fritz, P.C")** [Docket No. 555]; and

- **Notice of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses ("Notice of Hearing re: Fee Applications")** [Docket No. 556].

3.      On June 29, 2018, also at the direction of Klestadt, I caused a true and correct copy of the following document to be served by overnight mail on the Fee Notice Parties identified on Exhibit B annexed hereto and by e-mail on the parties identified on Exhibit C annexed hereto (Fee Notice Parties with e-mail addresses):

- **Third Interim Application of SilvermanAcampora LLP;**

- **Third Interim Fee Application of Klestadt Winters Jureller Southard & Stevens LLP;**

- **First Interim Fee Application of Ingerman Smith, LLP;**

- **Second Interim Fee Application of Smith & Downey, P.A.;**

- **Third Interim and Final Fee Application of Eichen & Dimeglio, P.C.;**

- **Third Interim Fee Application of FPM Group, Ltd.;**

- **First Interim Fee Application of Baker Tilly Virchow Krause, LLP;**

- **Second Interim Fee Application of Farrell Fritz, P.C;** and

- **Notice of Hearing re: Fee Applications.**

4.      On June 29, 2018, also at the direction of Klestadt, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit D annexed hereto (Master Service List Parties without e-mail addresses):

- **Motion re: Claim Objection Procedures;**

- **Motion Approving Sale of Debtor's Simulators;** and

- **Notice of Hearing re: Fee Applications.**

5.      On June 29, 2018, also at the direction of Klestadt, I caused a true and correct copy of the **Motion Approving Sale of Debtor's Simulators** to be served by first class mail on the parties identified on Exhibit E annexed hereto (Secured Parties and Interested Parties), and by e-mail on the parties identified on Exhibit F annexed hereto (Secured Parties and Interested Parties with e-mail addresses).

6.      On July 6, 2018, also at the direction of Klestadt, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit G annexed hereto (Master Service List Parties with e-mail addresses):

- **Motion re: Claim Objection Procedures;**
- **Motion Approving Sale of Debtor's Simulators;** and
- **Notice of Hearing re: Fee Applications.**

/s/ Ira Nikelsberg
Ira Nikelsberg

Sworn to before me this 9th day of
July, 2018

/s/ Benjamin Rowner
Benjamin Rowner
Notary Public, State of New Jersey
ID # 2320193
Qualified in Passaic County
Commission Expires: October 14, 2019

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | cmccarthy@aca.com |
| ACA FINANCIAL GUARANTY CORP | ATTN: MARIA CHENG, MANAGING DIRECTOR | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | mcheng@aca.com |
| ACTING UNITED STATES ATTORNEY | EASTERN DISTRICT OF NEW YORK | ATTN BRIDGET M ROHDE | AND JAMES H KNAPP | 610 FEDERAL PLAZA, 5TH FL | CENTRAL ISLIP | NY | 11722 | James.knapp@usdoj.gov |
| ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS | ATTN LAINE A ARMSTRONG | 225 BROADWAY, SUITE 1902 | | | NEW YORK | NY | 10007 | laine@advocatesny.com |
| ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS | ATTN ARTHUR Z SCHWARTZ | 225 BROADWAY, SUITE 1902 | | | NEW YORK | NY | 10007 | aschwartz@afjlaw.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN RICHARD J MCCORD, ESQ | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | rmccord@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN THOMAS J MCNAMARA, ESQ | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | tmcnamara@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | rmccord@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: THOMAS J. MCNAMARA | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | tmcnamara@certilmanbalin.com |
| CULLEN AND DYKMAN, LLP | ATTN ELIZABETH M ABOULAFIA, ESQ | 100 QUENTIN ROOSEVELT BOULEVARD | | | GARDEN CITY | NY | 11530 | eaboulafia@cullenanddykman.com |
| CULLEN AND DYKMAN, LLP | ATTN MATTHEW G ROSEMAN, ESQ | 100 QUENTIN ROOSEVELT BOULEVARD | | | GARDEN CITY | NY | 11530 | mroseman@cullenanddykman.com |
| FOLEY HOAG LLP | ATTN EURIPIDES D DALMANIERAS | SEAPORT WORLD TRADE CENTER WEST | 155 SEAPORT BOULEVARD | | BOSTON | MA | 02210-2600 | EDalmani@foleyhoag.com |
| GARDEN CITY GROUP, LLC | ATTN: IRA NIKELSBERG | 1985 MARCUS AVENUE | | | LAKE SUCCESS | NY | 11042 | Ira.Nikelsberg@gardencitygroup.com |
| GARFUNKEL WILD PC | ATTN ADAM T BERKOWITZ ESQ | 111 GREAT NECK ROAD | | | GREAT NECK | NY | 11021 | aberkowitz@garfunkelwild.com |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: SEAN C. SOUTHARD, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | ssouthard@klestadt.com |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: LAUREN C. KISS, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | lkiss@klestadt.com |
| LONG TUMINELLO, LLP | ATTN HAROLD SELIGMAN, ESQ | 120 FOURTH AVENUE | | | BAY SHORE | NY | 11706 | hseligman@msn.com |
| MEYER SUOZZI ENGLISH & KLEIN PC | ATTN HOWARD B KLEINBERG ESQ | 990 STEWART AVENUE | SUITE 300 | | GARDEN CITY | NY | 11530-9194 | hkleinberg@msek.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: ERIC R. BLYTHE, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | erblythe@mintz.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: IAN A. HAMMEL, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | iahammel@mintz.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: P. MIYOKO SATO, ESQ. | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | msato@mintz.com |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN ALISON B. BIANCHI, COUNSEL AND | DEPUTY COMMISSIONER FOR LEGAL AFFAIRS | 89 WASHINGTON AVENUE | | ALBANY | NY | 12234 | Alison.Bianchi@nysed.gov |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN:DR. JOHN D'AGATI, DEPUTY COMMISSIONER | 89 WASHINGTON AVENUE | | | ALBANY | NY | 12234 | john.dagati@nysed.gov |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN, ATTORNEY GENERAL | ATTN: PEGGY FARBER | 28 LIBERTY ST FL 15 | | NEW YORK | NY | 10005-1493 | Peggy.Farber@ag.ny.gov |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE | ATTN:LORETTA E. LYNCH, ATTORNEY | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530-0001 | askdoj@usdoj.gov |
| RSR CONSULTING, LLC | ATTN: NEIL BIVONA | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 | nbivona@rsrconsultingllc.com |
| RSR CONSULTING, LLC | ATTN: ROBERT S. ROSENFELD | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 | rsrosenfeld@rsrconsultingllc.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| SAUL EWING LLP | ATTN SHARON L LEVINE | 1037 RAYMOND BLVD, STE 1520 | | | NEWARK | NJ | 07102 | slevine@saul.com |
| SAUL EWING LLP | ATTN DIPESH PATEL | 1037 RAYMOND BLVD, STE 1520 | | | NEWARK | NJ | 07102 | dpatel@saul.com |
| SCHULTE ROTH & ZABEL LLP | ATTN: NEIL S. BEGLEY, ESQ. | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | neil.begley@srz.com |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281-1027 | NYROBankruptcy@SEC.GOV |
| SILVERBERG P.C. | ATTN KARL SILVERBERG | 320 CARLETON AVENUE, SUITE 6400 | | | CENTRAL ISLIP | NY | 11722 | ksilverberg@silverbergpclaw.com |
| SILVERMANACAMPORA LLP | ATTN RONALD J FRIEDMAN ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | RFriedman@silvermanacampora.com |
| SILVERMANACAMPORA LLP | ATTN GERARD R LUCKMAN, ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | GLuckman@silvermanacampora.com |
| SILVERMANACAMPORA LLP | ATTN KENNETH P SILVERMAN EQS | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | KSilverman@silvermanacampora.com |
| STIM & WARMUTH PC | ATTN GLENN P WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | gpw@stim-warmuth.com |
| STIM & WARMUTH PC | ATTN PAULA J WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | pjw@stim-warmuth.com |
| SYNCHRONY BANK | C/O PRA RECEIVABLES MANAGEMENT, LLC | PO BOX 41021 | | | NORFOLK | VA | 23541 | claims@recoverycorp.com |
| THALER LAW FIRM PLLC | ATTN ANDREW M THALER, ESQ | 675 OLD COUNTRY ROAD | | | WESTBURY | NY | 11590 | athaler@athalerlaw.com |
| UMB BANK, NATIONAL ASSOCIATION | ATTN: LAURA ROBERSON, SENIOR VICE PRESIDENT | 2 SOUTH BROADWAY, SUITE 600 | | | ST. LOUIS | MO | 63102 | laura.roberson@umb.com |
| UNITED STATES ATTORNEY | ATTN JAMES H KNAPP | ASSISTANT US ATTORNEY | EASTERN DISTRICT OF NEW YORK | 610 FEDERAL PLAZA, 5TH FL | CENTRAL ISLIP | NY | 11722 | James.knapp@usdoj.gov |
| UNITED STATES DEPARTMENT OF EDUCATION | FINANCIAL SQUARE | ATTN CHRISTOPHER CURRY | 32 OLD SLIP, 25TH FLOOR | | NEW YORK | NY | 10005 | christopher.curry@ed.gov |
| UNITED STATES DEPARTMENT OF EDUCATION | ATTN RAY SANTIAGO | 550 12TH STREET, SW | | | WASHINGTON | DC | 20202-4450 | Ray.Santiago@ed.gov |
| UNITED STATES DEPARTMENT OF EDUCATION | ATTN NATASHA VARNOVITSKY | 400 MARYLAND AVE, SW | | | WASHINGTON | DC | 20202 | Natasha.Varnovitsky@ed.gov |
| WHITE & CASE LLP | ATTN BRIAN D PFEIFFER | 1221 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10020 | brian.pfeiffer@whitecase.com |
| WHITE & CASE LLP | ATTN JOHN J RAMIREZ | 1221 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10020 | john.ramirez@whitecase.com |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: JAY SMITH | 25 SOUTH CHARLES STREET, 11TH FLOOR | MAIL CODE: MD2-CS58 | | BALTIMORE | MD | 21201 | jhsmith@wilmingtontrust.com |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVE SUITE C-205 | | | RYE | NY | 10580 |
| ACA FINANCIAL GUARANTY CORP | ATTN: MARIA CHENG, MANAGING DIR | 555 THEODORE FREMD AVE SUITE C-205 | | | RYE | NY | 10580 |
| DOWLING COLLEGE | ATTN: ROBERT S. ROSENFELD | 49 ROY AVE | | | MASSAPEQUA | NY | 11758-6755 |
| KLESTADT WINTERS JURELLER SOUTHARD | ATTN: SEAN C. SOUTHARD, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY | ATTN: IAN A. HAMMEL, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY | ATTN: P. MIYOKO SATO, ESQ. | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN STAN YANG, ESQ, TRIAL ATTORNEY | ALFONSE D'AMATO FEDERAL COURTHOUSE | 560 FEDERAL PLAZA | | CENTRAL ISLIP | NY | 11722 |
| SCHULTE ROTH & ZABEL LLP | ATTN: BRIAN D. PFEIFFER | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 |
| SCHULTE ROTH & ZABEL LLP | ATTN: NEIL S. BEGLEY, ESQ. | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 |
| SILVERMANACAMPORA LLP | ATTN RONALD J FRIEDMAN ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 |
| SILVERMANACAMPORA LLP | ATTN GERARD R LUCKMAN, ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 |
| SILVERMANACAMPORA LLP | ATTN KENNETH P SILVERMAN EQS | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | cmccarthy@aca.com |
| ACA FINANCIAL GUARANTY CORP | ATTN: MARIA CHENG, MANAGING DIRECTOR | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | mcheng@aca.com |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: SEAN C. SOUTHARD, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | ssouthard@klestadt.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: IAN A. HAMMEL, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | iahammel@mintz.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: P. MIYOKO SATO, ESQ. | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | msato@mintz.com |
| SCHULTE ROTH & ZABEL LLP | ATTN: NEIL S. BEGLEY, ESQ. | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | neil.begley@srz.com |
| SILVERMANACAMPORA LLP | ATTN RONALD J FRIEDMAN ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | RFriedman@silvermanacampora.com |
| SILVERMANACAMPORA LLP | ATTN GERARD R LUCKMAN, ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | GLuckman@silvermanacampora.com |
| SILVERMANACAMPORA LLP | ATTN KENNETH P SILVERMAN EQS | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | KSilverman@silvermanacampora.com |

# EXHIBIT D

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| DOWLING COLLEGE | ATTN: ROBERT S. ROSENFELD | 49 ROY AVE | | | MASSAPEQUA | NY | 11758-6755 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 |
| NEW YORK STATE DEPT OF TAXATION AND FINANCE | BANKRUPTCY UNIT – TCD | BUILDING 8, ROOM 455 | W.A. HARRIMAN STATE CAMPUS | | ALBANY | NY | 12227 |
| NEW YORK STATE DEPT OF TAXATION AND FINANCE | BANKRUPTCY UNIT | P.O. BOX 5300 | | | ALBANY | NY | 12205-5300 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE EASTERN DISTRICT OF NEW YORK | ATTN: STAN YANG, ESQ., TRIAL ATTORNEY | ALFONSE D'AMATO FEDERAL COURTHOUSE | 560 FEDERAL PLAZA | CENTRAL ISLIP | NY | 11722 |
| SCHULTE ROTH & ZABEL LLP | ATTN: BRIAN D. PFEIFFER | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 |
| SECURITIES AND EXCHANGE COMMISSION | NORTHEAST REGIONAL OFFICE | ATTN JOHN MURRAY | WOOLWORTH BUILDING | 233 BROADWAY | NEW YORK | NY | 10279 |
| SECURITIES EXCHANGE COMMISSION | ATTN GENERAL COUNSEL | 100 F ST NE | | | WASHINGTON | DC | 20549-2000 |
| THE UNITED STATES ATTORNEY'S OFFICE | EASTERN DISTRICT OF NEW YORK | ATTN LONG ISLAND BANKRUPTCY PROCESSING | 610 FEDERAL PLAZA, 5TH FLOOR | | CENTRAL ISLIP | NY | 11722-4454 |
| UNITED STATES DEPARTMENT OF EDUCATION | OFFICE OF GENERAL COUNSEL | 400 MARYLAND AVE., SW ROOM 6E353 | | | WASHINGTON | DC | 20202-2110 |
| UNITED STATES DEPARTMENT OF EDUCATION | BANKRUPTCY LITIGATION SUPPORT | 50 UNITED NATIONS PLZ STE 1200 | | | SAN FRANCISCO | CA | 94102-4918 |

# EXHIBIT E

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ABSOLUTE PLUMBING OF LONG ISLAND, INC | 90F KNICKERBOCKER AVENUE | | | | BOHEMIA | NY | 11716 |
| ADAM MOTTOLA | 137 CARLETON AVE | | | | ISLIP TERRACE | NY | 11752-2601 |
| AIMS COMMUNITY COLLEGE | AIMS AVIATION | ATTN: PATTI PHILLIPS | 540 WEST 20TH STREET | | GREELEY | CO | 80634 |
| AO SERVICE INC | 8 NEW YORK AVENUE | | | | PORT JEFFERSON | NY | 11776 |
| ARIZONA STATE UNIVERSITY | AVIATION PROGRAMS | ATTN: VERNE LATHAM | SIMULATOR BUILDING | 7442 E. INNOVATION WAY NORTH | MESA | AZ | 85212 |
| BROWARD COLLEGE | AVIATION INSTITUTE | ATTN: SCOTT GYSSLER | 7200 PINES BOULEVARD | | PEMBROKE PINES | FL | 33024 |
| CARRIER CORPORATION | PO BOX 4808 TR-5 | OFFICE 401 | | | SYRACUSE | NY | 13221 |
| CARRIER CORPORATION | C/O ADMINISTRATIVE AGENT | PO BOX 241566 | | | CLEVELAND | OH | 44124 |
| COMMUNITY COLLEGE OF BALTIMORE COUNTY | AVIATION DEPARTMENT | ATTN: DOUGLAS WILLIAMS | 800 SOUTH ROLLING ROAD | | BALTIMORE | MD | 21228 |
| COMMUNITY COLLEGE OF BEAVER COUNTY | AVIATION SCIENCES | ATTN: WAYNE RESETAR | 125 CESSNA DRIVE | | BEAVER FALLS | PA | 15010 |
| DELILIAH CRAIG | 14 DAWN CRESCENT | | | | CENTRAL ISLIP | NY | 11722 |
| EMBRY RIDDLE AERONAUTICAL UNIVERSITY — DAYTONA | DEPARTMENT OF APPLIED AVIATION SCIENCES | ATTN: WILLIAM B. COYNE | 600 SOUTH CLYDE MORRIS BOULEVARD | | DAYTONA BEACH | FL | 32114 |
| EMBRY RIDDLE AERONAUTICAL UNIVERSITY — PRESCOTT | DEPARTMENT OF AERONAUTICAL SCIENCE | ATTN: JENNAH PERRY | 3700 WILLOW CREEK ROAD | | PRESCOTT | AZ | 86301 |
| FINANCIAL PACIFIC LEASING, INC | 3455 SOUTH 344TH WAY, SUITE 300 | | | | FEDERAL WAY | WA | 98001 |
| FLORIDA INSTITUTE OF TECHNOLOGY | COLLEGE OF AERONAUTICS | ATTN: DONNA WILT | 150 W. UNIVERSITY BOULEVARD | | MELBOURNE | FL | 32901 |
| FLORIDA STATE COLLEGE AT JACKSONVILLE | AVIATION PROGRAMS | ATTN: SAM FISCHER | 501 WEST STATE STREET | | JACKSONVILLE | FL | 32202 |
| GERALD M OSHEA INC | 4155 VETERANS MEMORIAL HWY STE 13 | | | | RONKONKOMA | NY | 11779-6063 |
| GREEN RIVER COLLEGE | AVIATION TECHNOLOGY | ATTN: JERRY WOLFE | 1221 D. STREET, NE | | AUBURN | WA | 98002 |
| HAMPTON UNIVERSITY | DEPARTMENT OF AVIATION | SCIENCE & TECHNOLOGY BUILDING | ROOM 269 | | HAMPTON | VA | 23668 |
| HESSTON COLLEGE | AVIATION DEPARTMENT | ATTN: BOB HARDER | 301 S. MAIN STREET | | HESSTON | KS | 67062 |
| INTERAMERICAN UNIVERSITY OF PUERTO RICO | ATTN: JORGE CALAF | PO BOX 9066623 | | | SAN JUAN | PR | 00906-6623 |
| JACKSONVILLE UNIVERSITY | SCHOOL OF AVIATION | ATTN: MATT TUOHY | 2800 UNIVERSITY BLVD N | | JACKSONVILLE | FL | 33221 |
| KENT STATE UNIVERSITY | AERONAUTICS PROGRAM | ATTN: MAUREEN MCFARLAND | PO BOX 5190 | | KENT | OH | 44242-0001 |
| L.I. HARDWARE | 4155 VETERANS MEMORIAL HWY STE 13 | | | | RONKONKOMA | NY | 11779-6063 |
| LEAF CAPITAL FUNDING LLC | 2005 MARKET STREET, 14TH FLOOR | | | | PHILADELPHIA | PA | 19103 |
| LEWIS UNIVERSITY | AIR TRAFFIC CONTROL PROGRAM | ATTN: WILLIAM PARROT | ONE UNIVERSITY PARKWAY | BOX 282 | ROMEOVILLE | IL | 60446-2200 |
| METROPOLITAN STATE UNIVERSITY OF DENVER | AVIATION AND AEROSPACE SCIENCE | ATTN: KEVIN R. KUHLMANN | 1250 7TH STREET - SEVENTH STREET CLASSROOM | CAMPUS BOX 30; PO BOX 173362 | DENVER | CO | 80204 |
| MIAMI DADE COLLEGE | SCHOOL OF AVIATION | ATTN: VICTOR FERNANDEZ | 500 COLLEGE TERRACE | | HOMESTEAD | FL | 33030 |
| MIDDLE GEORGIA STATE UNIVERSITY | SCHOOL OF AVIATION | ATTN: ED WEATHERSBEE | 100 UNIVERSITY PARKWAY | EASTMAN - AVIATION HALL - 1017 | COCHRAN | GA | 31206 |
| MIDDLE TENNESSEE STATE UNIVERSITY | AEROSPACE DEPARTMENT | ATTN: GAIL ZLOTKY | 1301 EAST MAIN STREET | MTSU BOX 67 | MURFREESBORO | TN | 37132 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| MOUNT SAN ANTONIO COLLEGE | AERONAUTICS DEPARTMENT | ATTN: ROBERT ROGUS | 1100 N. GRAND AVE | BUILDING 28B-101K | WALNUT | CA | 91789 |
| NEW YORK STATE DEPARTMENT OF LABOR | STATE OFFICE BUILDING | CAMPUS ROOM 500 | | | ALBANY | NY | 12240 |
| NEW YORK STATE DEPARTMENT OF LABOR | BUILDING 12 | W,A, HARRIMAN CAMPUS | | | ALBANY | NY | 12240 |
| NEW YORK STATE UNEMPLOYMENT INSURANCE | PO BOX 4301 | | | | BINGHAMTON | NY | 13902 |
| POWERHOUSE MAINTENANCE, INC | D/B/A POWERHOUSE PAVING | 2 WEST BEECH STREET | | | ISLIP | NY | 11751 |
| POWERHOUSE PAVING | PO BOX 5845 | | | | HAUPPAUGE | NY | 11788 |
| PREMIUM ASSIGNMENT CORPORATION | PO BOX 8800 | | | | TALLAHASSEE | FL | 32314 |
| PREMIUM ASSIGNMENT CORPORATION | 3522 THOMASVILLE RD, SUITE 400 | | | | TALLAHASSEE | FL | 32309 |
| PURDUE UNIVERSITY | SCHOOL OF AVIATION AND TRANSPORTATION TECHNOLOGY | ATTN: MICHAEL S. NOLAN | DEPARTMENT OF AVIATION TECHNOLOGY | 1401 AVIATION DRIVE | WEST LAFAYETTE | IN | 47907-2015 |
| SACRAMENTO CITY COLLEGE | AERONAUTICS DEPARTMENT | ATTN: DONNETTA WEBB | 3835 FREEPORT BOULEVARD | | SACRAMENTO | CA | 95822 |
| SIMPLEXGRINNELL LP | 50 TECHNOLOGY DRIVE | | | | WESTMINSTER | MA | 01441 |
| SOUTHERN NEW HAMPSHIRE UNIVERSITY | AERONAUTICS AND AVIATION MAJORS | ATTN: PETER WYMAN | 2500 NORTH RIVER ROAD | | MANCHESTER | NH | 03106 |
| STATE OF NEW YORK DEPARTMENT OF LABOR | UNEMPLOYMENT INSURANCE DIVISION | GOVERNOR W AVERELL HARRIMAN STATE BLDG CAMPUS | BLDG 12 RM 256 | ATTN DEBBIE ANZIANO | ALBANY | NY | 12240 |
| STERLING NATIONAL BANK | 42 BROADWAY | 4TH FLOOR | | | NEW YORK | NY | 10004 |
| TEQLEASE, INC | 23801 CALABASAS ROAD, SUITE 101 | | | | CALABASAS | CA | 91302 |
| TEXAS STATE TECHNICAL COLLEGE — WACO | AIR TRAFFIC CONTROLLER PROGRAM | ATTN: DAR KLONTZ | 3801 CAMPUS DRIVE | | WACO | TX | 76705 |
| TM BIER & ASSOCIATES, INC | 79 HAZEL STREET | | | | GLEN COVE | NY | 11542 |
| TOSHIBA FINANCIAL SERVICES | 1961 HIRST DRIVE | | | | MOBERLY | MO | 65270 |
| TULSA COMMUNITY COLLEGE | AVIATION SCIENCES TECHNOLOGY PROGRAM | ATTN: GARY W. WESCOTT | JONES-RIVERSIDE AIRPORT | 112 BEECHCRAFT DRIVE | TULSA | OK | 74132 |
| ULTIMATE POWER, INC. | 45 NANCY STREET | | | | WEST BABYLON | NY | 11704 |
| UNIVERSAL TEMPERATURE CONTROLS LTD | 1749 JULIA GOLDBACH AVENUE | | | | RONKONKOMA | NY | 11779 |
| UNIVERSITY OF ALASKA ANCHORAGE | AVIATION TECHNOLOGY DIVISION | ATTN: SHARON LARUE | AVIATION TECHNOLOGY COMPLEX (AVC) 129 H | 2811 MERRILL FIELD DRIVE | ANCHORAGE | AK | 99501 |
| UNIVERSITY OF NORTH DAKOTA | DEPARTMENT OF AVIATION | ATTN: PAUL DRECHSEL | RYAN HALL 213D | 4251 UNIVERSITY AVE STOP 9036 | GRAND FORKS | ND | 58202-9036 |
| UNIVERSITY OF OKLAHOMA | DEPARTMENT OF AVIATION | ATTN: STEPHEN WEST | 1700 ASP AVENUE | | NORMAN | OK | 73072 |
| UNIVEST CAPITAL, INC | 3220 TILLMAN DR STE 502 | | | | BENSALEM | PA | 19020-2049 |
| VAUGHN COLLEGE OF AERONAUTICS AND TECHNOLOGY | AVIATION PROGRAMS | ATTN: DOMENIC PROSCIA | 86-01 23RD AVENUE | | FLUSHING | NY | 11369 |
| XEROX FINANCIAL SERVICES | PO BOX 4505 | | | | NORWALK | CT | 06856-4505 |

# EXHIBIT F

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| AIMS COMMUNITY COLLEGE | AIMS AVIATION | ATTN: PATTI PHILLIPS | 540 WEST 20TH STREET | | GREELEY | CO | 80634 | Patti.Phillips@aims.edu |
| AO SERVICE INC | 8 NEW YORK AVENUE | | | | PORT JEFFERSON | NY | 11776 | AOSERVICE1@YAHOO.COM |
| ARIZONA STATE UNIVERSITY | AVIATION PROGRAMS | ATTN: VERNE LATHAM | SIMULATOR BUILDING | 7442 E. INNOVATION WAY NORTH | MESA | AZ | 85212 | Verne.Latham@asu.edu |
| BROWARD COLLEGE | AVIATION INSTITUTE | ATTN: SCOTT GYSSLER | 7200 PINES BOULEVARD | | PEMBROKE PINES | FL | 33024 | sgyssler@broward.edu |
| CARRIER CORPORATION | PO BOX 4808 TR-5 | OFFICE 401 | | | SYRACUSE | NY | 13221 | ELISABETH.M.COLES@CARRIER.UTC.COM |
| COMMUNITY COLLEGE OF BALTIMORE COUNTY | AVIATION DEPARTMENT | ATTN: DOUGLAS WILLIAMS | 800 SOUTH ROLLING ROAD | | BALTIMORE | MD | 21228 | dwilliams@ccbcmd.edu |
| COMMUNITY COLLEGE OF BEAVER COUNTY | AVIATION SCIENCES | ATTN: WAYNE RESETAR | 125 CESSNA DRIVE | | BEAVER FALLS | PA | 15010 | wayne.resetar@ccbc.edu |
| EMBRY RIDDLE AERONAUTICAL UNIVERSITY — DAYTONA | DEPARTMENT OF APPLIED AVIATION SCIENCES | ATTN: WILLIAM B. COYNE | 600 SOUTH CLYDE MORRIS BOULEVARD | | DAYTONA BEACH | FL | 32114 | coynea7e@erau.edu |
| EMBRY RIDDLE AERONAUTICAL UNIVERSITY — PRESCOTT | DEPARTMENT OF AERONAUTICAL SCIENCE | ATTN: JENNAH PERRY | 3700 WILLOW CREEK ROAD | | PRESCOTT | AZ | 86301 | Jennah.perry@erau.edu |
| FLORIDA INSTITUTE OF TECHNOLOGY | COLLEGE OF AERONAUTICS | ATTN: DONNA WILT | 150 W. UNIVERSITY BOULEVARD | | MELBOURNE | FL | 32901 | dwilt@fit.edu |
| FLORIDA STATE COLLEGE AT JACKSONVILLE | AVIATION PROGRAMS | ATTN: SAM FISCHER | 501 WEST STATE STREET | | JACKSONVILLE | FL | 32202 | sfischer@fscj.edu |
| GREEN RIVER COLLEGE | AVIATION TECHNOLOGY | ATTN: JERRY WOLFE | 1221 D. STREET, NE | | AUBURN | WA | 98002 | jwolfe@greenriver.edu |
| HAMPTON UNIVERSITY | DEPARTMENT OF AVIATION | SCIENCE & TECHNOLOGY BUILDING | ROOM 269 | | HAMPTON | VA | 23668 | aviation@hamptonu.edu |
| HESSTON COLLEGE | AVIATION DEPARTMENT | ATTN: BOB HARDER | 301 S. MAIN STREET | | HESSTON | KS | 67062 | bobh@hesston.edu |
| INTERAMERICAN UNIVERSITY OF PUERTO RICO | ATTN: JORGE CALAF | PO BOX 9066623 | | | SAN JUAN | PR | 00906-6623 | jcalaf@bayamon.inter.edu |
| JACKSONVILLE UNIVERSITY | SCHOOL OF AVIATION | ATTN: MATT TUOHY | 2800 UNIVERSITY BLVD N | | JACKSONVILE | FL | 33221 | mtuohy@ju.edu |
| KENT STATE UNIVERSITY | AERONAUTICS PROGRAM | ATTN: MAUREEN MCFARLAND | PO BOX 5190 | | KENT | OH | 44242-0001 | mmcfarl2@kent.edu |
| LEWIS UNIVERSITY | AIR TRAFFIC CONTROL PROGRAM | ATTN: WILLIAM PARROT | ONE UNIVERSITY PARKWAY | BOX 282 | ROMEOVILLE | IL | 60446-2200 | parrotwi@lewisu.edu |
| METROPOLITAN STATE UNIVERSITY OF DENVER | AVIATION AND AEROSPACE SCIENCE | ATTN: KEVIN R. KUHLMANN | 1250 7TH STREET - SEVENTH STREET CLASSROOM | CAMPUS BOX 30; PO BOX 173362 | DENVER | CO | 80204 | kuhlmank@msudenver.edu |
| MIAMI DADE COLLEGE | SCHOOL OF AVIATION | ATTN: VICTOR FERNANDEZ | 500 COLLEGE TERRACE | | HOMESTEAD | FL | 33030 | vfernan3@mdc.edu |
| MIDDLE GEORGIA STATE UNIVERSITY | SCHOOL OF AVIATION | ATTN: ED WEATHERSBEE | 100 UNIVERSITY PARKWAY | EASTMAN - AVIATION HALL - 1017 | COCHRAN | GA | 31206 | edward.weathersbee@mga.edu |
| MIDDLE TENNESSEE STATE UNIVERSITY | AEROSPACE DEPARTMENT | ATTN: GAIL ZLOTKY | 1301 EAST MAIN STREET | MTSU BOX 67 | MURFREESBORO | TN | 37132 | gail.zlotky@mtsu.edu |
| MOUNT SAN ANTONIO COLLEGE | AERONAUTICS DEPARTMENT | ATTN: ROBERT ROGUS | 1100 N. GRAND AVE | BUILDING 28B-101K | WALNUT | CA | 91789 | rrogus@mtsac.edu |
| PURDUE UNIVERSITY | SCHOOL OF AVIATION AND TRANSPORTATION TECHNOLOGY | ATTN: MICHAEL S. NOLAN | DEPARTMENT OF AVIATION TECHNOLOGY | 1401 AVIATION DRIVE | WEST LAFAYETTE | IN | 47907-2015 | mnolan@purdue.edu |
| SACRAMENTO CITY COLLEGE | AERONAUTICS DEPARTMENT | ATTN: DONNETTA WEBB | 3835 FREEPORT BOULEVARD | | SACRAMENTO | CA | 95822 | webbd@scc.losrios.edu |
| SOUTHERN NEW HAMPSHIRE UNIVERSITY | AERONAUTICS AND AVIATION MAJORS | ATTN: PETER WYMAN | 2500 NORTH RIVER ROAD | | MANCHESTER | NH | 03106 | p.wyman@snhu.edu |
| STATE OF NEW YORK DEPARTMENT OF LABOR | UNEMPLOYMENT INSURANCE DIVISION | GOVERNOR W AVERELL HARRIMAN STATE BLDG CAMPUS | BLDG 12 RM 256 | ATTN DEBBIE ANZIANO | ALBANY | NY | 12240 | bankruptcy@labor.ny.gov |
| TEXAS STATE TECHNICAL COLLEGE — WACO | AIR TRAFFIC CONTROLLER PROGRAM | ATTN: DAR KLONTZ | 3801 CAMPUS DRIVE | | WACO | TX | 76705 | Dar.klontz@tstc.edu |
| TULSA COMMUNITY COLLEGE | AVIATION SCIENCES TECHNOLOGY PROGRAM | ATTN: GARY W. WESCOTT | JONES-RIVERSIDE AIRPORT | 112 BEECHCRAFT DRIVE | TULSA | OK | 74132 | Gary.wescott@tulsacc.edu |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| UNIVERSITY OF ALASKA ANCHORAGE | AVIATION TECHNOLOGY DIVISION | ATTN: SHARON LARUE | AVIATION TECHNOLOGY COMPLEX (AVC) 129 H | 2811 MERRILL FIELD DRIVE | ANCHORAGE | AK | 99501 | sllarue@alaska.edu |
| UNIVERSITY OF NORTH DAKOTA | DEPARTMENT OF AVIATION | ATTN: PAUL DRECHSEL | RYAN HALL 213D | 4251 UNIVERSITY AVE STOP 9036 | GRAND FORKS | ND | 58202-9036 | Drechsel@aero.und.edu |
| UNIVERSITY OF OKLAHOMA | DEPARTMENT OF AVIATION | ATTN: STEPHEN WEST | 1700 ASP AVENUE | | NORMAN | OK | 73072 | stephenwest@ou.edu |
| VAUGHN COLLEGE OF AERONAUTICS AND TECHNOLOGY | AVIATION PROGRAMS | ATTN: DOMENIC PROSCIA | 86-01 23RD AVENUE | | FLUSHING | NY | 11369 | domenic.proscia@vaughn.edu |

# EXHIBIT G

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 |
| ACA FINANCIAL GUARANTY CORP | ATTN: MARIA CHENG, MANAGING DIRECTOR | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: THOMAS J. MCNAMARA | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 |
| GARDEN CITY GROUP, LLC | ATTN: IRA NIKELSBERG | 1985 MARCUS AVENUE | | | LAKE SUCCESS | NY | 11042 |
| GARFUNKEL WILD PC | ATTN ADAM T BERKOWITZ ESQ | 111 GREAT NECK ROAD | | | GREAT NECK | NY | 11021 |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: SEAN C. SOUTHARD, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: LAUREN C. KISS, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: ERIC R. BLYTHE, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: IAN A. HAMMEL, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: P. MIYOKO SATO, ESQ. | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN ALISON B. BIANCHI, COUNSEL AND | DEPUTY COMMISSIONER FOR LEGAL AFFAIRS | 89 WASHINGTON AVENUE | | ALBANY | NY | 12234 |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN:DR. JOHN D'AGATI, DEPUTY COMMISSIONER | 89 WASHINGTON AVENUE | | | ALBANY | NY | 12234 |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN, ATTORNEY GENERAL | ATTN: PEGGY FARBER | 28 LIBERTY ST FL 15 | | NEW YORK | NY | 10005-1493 |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE | ATTN:LORETTA E. LYNCH, ATTORNEY GENERAL | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530-0001 |
| RSR CONSULTING, LLC | ATTN: NEIL BIVONA | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 |
| RSR CONSULTING, LLC | ATTN: ROBERT S. ROSENFELD | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 |
| SCHULTE ROTH & ZABEL LLP | ATTN: NEIL S. BEGLEY, ESQ. | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281-1027 |
| SILVERBERG P.C. | ATTN KARL SILVERBERG | 320 CARLETON AVENUE, SUITE 6400 | | | CENTRAL ISLIP | NY | 11722 |
| SILVERMANACAMPORA LLP | ATTN RONALD J FRIEDMAN ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 |
| SILVERMANACAMPORA LLP | ATTN GERARD R LUCKMAN, ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 |
| SILVERMANACAMPORA LLP | ATTN KENNETH P SILVERMAN EQS | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 |
| UMB BANK, NATIONAL ASSOCIATION | ATTN: LAURA ROBERSON, SENIOR VICE PRESIDENT | 2 SOUTH BROADWAY, SUITE 600 | | | ST. LOUIS | MO | 63102 |
| UNITED STATES DEPARTMENT OF EDUCATION | FINANCIAL SQUARE | ATTN CHRISTOPHER CURRY | 32 OLD SLIP, 25TH FLOOR | | NEW YORK | NY | 10005 |
| UNITED STATES DEPARTMENT OF EDUCATION | ATTN RAY SANTIAGO | 550 12TH STREET, SW | | | WASHINGTON | DC | 20202-4450 |
| UNITED STATES DEPARTMENT OF EDUCATION | ATTN NATASHA VARNOVITSKY | 400 MARYLAND AVE, SW | | | WASHINGTON | DC | 20202 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: JAY SMITH | 25 SOUTH CHARLES STREET, 11TH FLOOR | MAIL CODE: MD2-CS58 | | BALTIMORE | MD | 21201 |