**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-*
  *Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |

------------------------------------------------------------------x

## **HEARING AGENDA**

| | |
|---|---|
| **Time and Date of Hearing:** | July 23, 2018 at 1:30 p.m. (Eastern Time) |
| **Location of Hearing:** | Courtroom of the Honorable Robert E. Grossman, United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 |
| **Copies of Motions and Applications:** | The Motions and Applications may be viewed on the Court's website (http://www.nyeb.uscourts.gov/) with a login and password to the Court's Public Access to Court Electronic Records and copies of such documents can be obtained from the Debtor's noticing agent, Garden City Group, LLC at http://cases.gardencitygroup.com/dco. |

I.   **Uncontested Matters**

   1.   Adjourned Status Hearing

     Related Documents:

     A.   Order Scheduling Initial Case Management Conference [DE 74]

     Status:  This matter is going forward.

   2.   Motion by the Debtor and the Creditors' Committee for an Order Approving Omnibus Claim Objection Procedures [DE 547]

     Related Documents:

     A.   Affidavit of Service [DE 560]

     Status:  This matter is going forward.

   3.   Debtor's Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Approving the Sale of the Debtor's Simulators Located at the Brookhaven Campus to Farmingdale State College Free and Clear of All Liens, Claims and Encumbrances [DE 554]

     Related Documents:

     A.   Affidavit of Service [DE 560]

     Status:  This matter is going forward.

   4.   Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Garden City Group, LLC as Administrative Advisor for the Debtor and Debtor in Possession Pursuant to 11 U.S.C. Section 327(a) and 330, *Nunc Pro Tunc* to April 25, 2018 [DE 557]

     Related Documents:

     A.   Affidavit of Service [DE 561]

     Status:  This matter is going forward.

II.  **Adversary Proceeding**

*Lori Zaikowski, on behalf of herself and all others similarly situated v. Dowling College*, Adv. Pro. No. 16-08178 (REG)

   1.   Pretrial Conference

Related Documents:

A. Second Amended Adversary Class Action Complaint [Adv. Pro. DE 3]

B. Dowling College's Answer with Affirmative Defenses [Adv. Pro. DE 7]

C. Initial Pretrial Order [Adv. Pro. DE 9]

D. Consent Order Certifying Class and Granting Related Relief [Adv. Pro. DE 15]

Status: This matter is going forward as a status conference only.

Dated: New York, New York
July 17, 2018

                **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
     Sean C. Southard
     Lauren C. Kiss
     200 West 41st Street, 17th Floor
     New York, NY 10036
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email: ssouthard@klestadt.com
             lkiss@klestadt.com

*Counsel to the Debtor and Debtor-in-Possession*