**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                       :

In re                                 :        **Chapter 11**

                                 :

**DOWLING COLLEGE,**[1]        :        **Case No. 16-75545 (REG)**

                                 :

Debtor.                           :

                                 :

-------------------------------------------------------------x

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW JERSEY   )
                            ) ss
COUNTY OF PASSAIC    )

I, Ira Nikelsberg, being duly sworn, depose and state:

1.      I am an Assistant Director with Garden City Group, LLC, the claims and noticing agent for the debtor and debtor-in-possession (collectively, the "Debtor") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Lake Success, New York 11042.

2.      On July 17, 2018, at the direction of Klestadt Winters Jureller Southard & Stevens, LLP ("Klestadt"), counsel to the Debtor, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (Master Service List Parties), and by e-mail on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses):

- **Hearing Agenda** [Docket No. 563].

3.      On July 17, 2018, also at the direction of Klestadt, I caused a true and correct copy of the **Hearing Agenda** to be served by first class mail on the parties identified on Exhibit C annexed

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078).  The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

hereto (Secured Parties and Interested Parties),[2] and by e-mail on the parties identified on Exhibit

D annexed hereto (Secured Parties and Interested Parties with e-mail addresses).


/s/ Ira Nikelsberg_____
Ira Nikelsberg

Sworn to before me this 19th day of
July, 2018

/s/ Benjamin Rowner_____
Benjamin Rowner
Notary Public, State of New Jersey
ID # 2320193
Qualified in Passaic County
Commission Expires October 14, 2019

---

[2] The envelopes used for service on the parties enumerated in Exhibit C included a legend which stated: "*Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent.*"

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: THOMAS J. MCNAMARA | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 |
| DOWLING COLLEGE | ATTN: ROBERT S. ROSENFELD | 49 ROY AVE | | | MASSAPEQUA | NY | 11758-6755 |
| GARDEN CITY GROUP, LLC | ATTN: IRA NIKELSBERG | 1985 MARCUS AVENUE | | | LAKE SUCCESS | NY | 11042 |
| GARFUNKEL WILD PC | ATTN ADAM T BERKOWITZ ESQ | 111 GREAT NECK ROAD | | | GREAT NECK | NY | 11021 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: SEAN C. SOUTHARD, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: LAUREN C. KISS, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 |
| LORI ZAIKOWSKI, AS PROPOSED CLASS REP | C/O OUTTEN & GOLDEN LLP | ATTN JACK A. RAISNER, RENE S. ROUPINIAN | 685 THIRD AVENUE, 25TH FLOOR | | NEW YORK | NY | 10017 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: ERIC R. BLYTHE, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: IAN A. HAMMEL, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: P. MIYOKO SATO, ESQ. | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN ALISON B. BIANCHI, COUNSEL AND | DEPUTY COMMISSIONER FOR LEGAL AFFAIRS | 89 WASHINGTON AVENUE | | ALBANY | NY | 12234 |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN:DR. JOHN D'AGATI, DEPUTY COMMISSIONER | 89 WASHINGTON AVENUE | | | ALBANY | NY | 12234 |
| NEW YORK STATE DEPT OF TAXATION AND FINANCE | BANKRUPTCY UNIT – TCD | BUILDING 8, ROOM 455 | W.A. HARRIMAN STATE CAMPUS | | ALBANY | NY | 12227 |
| NEW YORK STATE DEPT OF TAXATION AND FINANCE | BANKRUPTCY UNIT | P.O. BOX 5300 | | | ALBANY | NY | 12205-5300 |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN, ATTORNEY GENERAL | ATTN: PEGGY FARBER | 28 LIBERTY ST FL 15 | | NEW YORK | NY | 10005-1493 |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE | ATTN:LORETTA E. LYNCH, ATTORNEY GENERAL | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530-0001 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE EASTERN DISTRICT OF NEW YORK | ATTN: STAN YANG, ESQ., TRIAL ATTORNEY | ALFONSE D'AMATO FEDERAL COURTHOUSE | 560 FEDERAL PLAZA | CENTRAL ISLIP | NY | 11722 |
| RSR CONSULTING, LLC | ATTN: NEIL BIVONA | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 |
| RSR CONSULTING, LLC | ATTN: ROBERT S. ROSENFELD | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 |
| SCHULTE ROTH & ZABEL LLP | ATTN: BRIAN D. PFEIFFER | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 |
| SCHULTE ROTH & ZABEL LLP | ATTN: NEIL S. BEGLEY, ESQ. | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 |
| SECURITIES AND EXCHANGE COMMISSION | NORTHEAST REGIONAL OFFICE | ATTN JOHN MURRAY | WOOLWORTH BUILDING | 233 BROADWAY | NEW YORK | NY | 10279 |
| SECURITIES EXCHANGE COMMISSION | ATTN GENERAL COUNSEL | 100 F ST NE | | | WASHINGTON | DC | 20549-2000 |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281-1027 |
| SILVERBERG P.C. | ATTN KARL SILVERBERG | 320 CARLETON AVENUE, SUITE 6400 | | | CENTRAL ISLIP | NY | 11722 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| SILVERMANACAMPORA LLP | ATTN RONALD J FRIEDMAN ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 |
| SILVERMANACAMPORA LLP | ATTN GERARD R LUCKMAN, ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 |
| SILVERMANACAMPORA LLP | ATTN KENNETH P SILVERMAN EQS | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 |
| THE UNITED STATES ATTORNEY'S OFFICE | EASTERN DISTRICT OF NEW YORK | ATTN LONG ISLAND BANKRUPTCY PROCESSING | 610 FEDERAL PLAZA, 5TH FLOOR | | CENTRAL ISLIP | NY | 11722-4454 |
| UMB BANK, NATIONAL ASSOCIATION | ATTN: LAURA ROBERSON, SENIOR VICE PRESIDENT | 2 SOUTH BROADWAY, SUITE 600 | | | ST. LOUIS | MO | 63102 |
| UNITED STATES DEPARTMENT OF EDUCATION | OFFICE OF GENERAL COUNSEL | 400 MARYLAND AVE., SW ROOM 6E353 | | | WASHINGTON | DC | 20202-2110 |
| UNITED STATES DEPARTMENT OF EDUCATION | BANKRUPTCY LITIGATION SUPPORT | 50 UNITED NATIONS PLZ STE 1200 | | | SAN FRANCISCO | CA | 94102-4918 |
| UNITED STATES DEPARTMENT OF EDUCATION | FINANCIAL SQUARE | ATTN CHRISTOPHER CURRY | 32 OLD SLIP, 25TH FLOOR | | NEW YORK | NY | 10005 |
| UNITED STATES DEPARTMENT OF EDUCATION | ATTN RAY SANTIAGO | 550 12TH STREET, SW | | | WASHINGTON | DC | 20202-4450 |
| UNITED STATES DEPARTMENT OF EDUCATION | ATTN NATASHA VARNOVITSKY | 400 MARYLAND AVE, SW | | | WASHINGTON | DC | 20202 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: JAY SMITH | 25 SOUTH CHARLES STREET, 11TH FLOOR | MAIL CODE: MD2-CS58 | | BALTIMORE | MD | 21201 |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | cmccarthy@aca.com |
| ACA FINANCIAL GUARANTY CORP | ATTN: MARIA CHENG, MANAGING DIRECTOR | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 | mcheng@aca.com |
| ACTING UNITED STATES ATTORNEY | EASTERN DISTRICT OF NEW YORK | ATTN BRIDGET M ROHDE | AND JAMES H KNAPP | 610 FEDERAL PLAZA, 5TH FL | CENTRAL ISLIP | NY | 11722 | James.knapp@usdoj.gov |
| ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS | ATTN LAINE A ARMSTRONG | 225 BROADWAY, SUITE 1902 | | | NEW YORK | NY | 10007 | laine@advocatesny.com |
| ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS | ATTN ARTHUR Z SCHWARTZ | 225 BROADWAY, SUITE 1902 | | | NEW YORK | NY | 10007 | aschwartz@afjlaw.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN THOMAS J MCNAMARA, ESQ | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | rmccord@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN THOMAS J MCNAMARA, ESQ | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | tmcnamara@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD, ESQ | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | rmccord@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: THOMAS J. MCNAMARA | 90 MERRICK AVENUE, 9TH FLOOR | | | EAST MEADOW | NY | 11554 | tmcnamara@certilmanbalin.com |
| CULLEN AND DYKMAN, LLP | ATTN ELIZABETH M ABOULAFIA, ESQ | 100 QUENTIN ROOSEVELT BOULEVARD | | | GARDEN CITY | NY | 11530 | eaboulafia@cullenanddykman.com |
| CULLEN AND DYKMAN, LLP | ATTN MATTHEW G ROSEMAN, ESQ | 100 QUENTIN ROOSEVELT BOULEVARD | | | GARDEN CITY | NY | 11530 | mroseman@cullenanddykman.com |
| FOLEY HOAG LLP | ATTN EURIPIDES D DALMANIERAS | SEAPORT WORLD TRADE CENTER WEST | 155 SEAPORT BOULEVARD | | BOSTON | MA | 02210-2600 | EDalmani@foleyhoag.com |
| GARDEN CITY GROUP, LLC | ATTN: IRA NIKELSBERG | 1985 MARCUS AVENUE | | | LAKE SUCCESS | NY | 11042 | Ira.Nikelsberg@gardencitygroup.com |
| GARFUNKEL WILD PC | ATTN ADAM T BERKOWITZ ESQ | 111 GREAT NECK ROAD | | | GREAT NECK | NY | 11021 | aberkowitz@garfunkelwild.com |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: SEAN C. SOUTHARD, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | ssouthard@klestadt.com |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: LAUREN C. KISS, ESQ | 200 WEST 41ST STREET, 17TH FLOOR | | | NEW YORK | NY | 10036 | lkiss@klestadt.com |
| LONG TUMINELLO, LLP | ATTN HAROLD SELIGMAN, ESQ | 120 FOURTH AVENUE | | | BAY SHORE | NY | 11706 | hseligman@msn.com |
| LORI ZAIKOWSKI, AS PROPOSED CLASS REP | C/O OUTTEN & GOLDEN LLP | ATTN JACK A. RAISNER, RENE S. ROUPINIAN | 685 THIRD AVENUE, 25TH FLOOR | | NEW YORK | NY | 10017 | JAR@OUTTENGOLDEN.COM; rsr@outtengolden.com; rroupinian@outtengolden.com |
| MEYER SUOZZI ENGLISH & KLEIN PC | ATTN HOWARD B KLEINBERG ESQ | 990 STEWART AVENUE | SUITE 300 | | GARDEN CITY | NY | 11530-9194 | hkleinberg@msek.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: ERIC R. BLYTHE, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | erblythe@mintz.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: IAN A. HAMMEL, ESQ | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | iahammel@mintz.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: P. MIYOKO SATO, ESQ. | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | msato@mintz.com |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN ALISON B. BIANCHI, COUNSEL AND | DEPUTY COMMISSIONER FOR LEGAL AFFAIRS | 89 WASHINGTON AVENUE | | ALBANY | NY | 12234 | Alison.Bianchi@nysed.gov |
| NEW YORK STATE DEPARTMENT OF EDUCATION | ATTN:DR. JOHN D'AGATI, DEPUTY COMMISSIONER | 89 WASHINGTON AVENUE | | | ALBANY | NY | 12234 | john.dagati@nysed.gov |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN, ATTORNEY GENERAL | ATTN: PEGGY FARBER | 28 LIBERTY ST FL 15 | | NEW YORK | NY | 10005-1493 | Peggy.Farber@ag.ny.gov |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE | ATTN:LORETTA E. LYNCH, ATTORNEY GENERAL | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530-0001 | askdoj@usdoj.gov |
| RSR CONSULTING, LLC | ATTN: NEIL BIVONA | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 | nbivona@rsrconsultingllc.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| RSR CONSULTING, LLC | ATTN: ROBERT S. ROSENFELD | 49 ROY AVENUE | | | MASSAPEQUA | NY | 11758 | rsrosenfeld@rsrconsultingllc.com |
| SAUL EWING LLP | ATTN SHARON L LEVINE | 1037 RAYMOND BLVD, STE 1520 | | | NEWARK | NJ | 07102 | slevine@saul.com |
| SAUL EWING LLP | ATTN DIPESH PATEL | 1037 RAYMOND BLVD, STE 1520 | | | NEWARK | NJ | 07102 | dpatel@saul.com |
| SCHULTE ROTH & ZABEL LLP | ATTN: NEIL S. BEGLEY, ESQ. | 919 THIRD AVENUE | | | NEW YORK | NY | 10022 | neil.begley@srz.com |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY ST, STE 400 | | NEW YORK | NY | 10281-1027 | NYROBankruptcy@SEC.GOV |
| SILVERBERG P.C. | ATTN KARL SILVERBERG | 320 CARLETON AVENUE, SUITE 6400 | | | CENTRAL ISLIP | NY | 11722 | ksilverberg@silverbergpclaw.com |
| SILVERMANACAMPORA LLP | ATTN RONALD J FRIEDMAN ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | RFriedman@silvermanacampora.com |
| SILVERMANACAMPORA LLP | ATTN GERARD R LUCKMAN, ESQ | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | GLuckman@silvermanacampora.com |
| SILVERMANACAMPORA LLP | ATTN KENNETH P SILVERMAN EQS | 100 JERICHO QUADRANGLE, SUITE 300 | | | JERICHO | NY | 11753 | KSilverman@silvermanacampora.com |
| STIM & WARMUTH PC | ATTN GLENN P WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | gpw@stim-warmuth.com |
| STIM & WARMUTH PC | ATTN PAULA J WARMUTH ESQ | 2 EIGHTH ST | | | FARMINGVILLE | NY | 11738 | pjw@stim-warmuth.com |
| SYNCHRONY BANK | C/O PRA RECEIVABLES MANAGEMENT, LLC | PO BOX 41021 | | | NORFOLK | VA | 23541 | claims@recoverycorp.com |
| THALER LAW FIRM PLLC | ATTN ANDREW M THALER, ESQ | 675 OLD COUNTRY ROAD | | | WESTBURY | NY | 11590 | athaler@athalerlaw.com |
| UMB BANK, NATIONAL ASSOCIATION | ATTN: LAURA ROBERSON, SENIOR VICE PRESIDENT | 2 SOUTH BROADWAY, SUITE 600 | | | ST. LOUIS | MO | 63102 | laura.roberson@umb.com |
| UNITED STATES ATTORNEY | ATTN JAMES H KNAPP | ASSISTANT US ATTORNEY | EASTERN DISTRICT OF NEW YORK | 610 FEDERAL PLAZA, 5TH FL | CENTRAL ISLIP | NY | 11722 | James.knapp@usdoj.gov |
| UNITED STATES DEPARTMENT OF EDUCATION | FINANCIAL SQUARE | ATTN CHRISTOPHER CURRY | 32 OLD SLIP, 25TH FLOOR | | NEW YORK | NY | 10005 | christopher.curry@ed.gov |
| UNITED STATES DEPARTMENT OF EDUCATION | ATTN RAY SANTIAGO | 550 12TH STREET, SW | | | WASHINGTON | DC | 20202-4450 | Ray.Santiago@ed.gov |
| UNITED STATES DEPARTMENT OF EDUCATION | ATTN NATASHA VARNOVITSKY | 400 MARYLAND AVE, SW | | | WASHINGTON | DC | 20202 | Natasha.Varnovitsky@ed.gov |
| WHITE & CASE LLP | ATTN BRIAN D PFEIFFER | 1221 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10020 | brian.pfeiffer@whitecase.com |
| WHITE & CASE LLP | ATTN JOHN J RAMIREZ | 1221 AVENUE OF THE AMERICAS | | | NEW YORK | NJ | 10020 | john.ramirez@whitecase.com |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | ATTN: JAY SMITH | 25 SOUTH CHARLES STREET, 11TH FLOOR | MAIL CODE: MD2-CS58 | | BALTIMORE | MD | 21201 | jhsmith@wilmingtontrust.com |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| ABSOLUTE PLUMBING OF LONG ISLAND, INC | 90F KNICKERBOCKER AVENUE | | | | BOHEMIA | NY | 11716 |
| ADAM MOTTOLA | 137 CARLETON AVE | | | | ISLIP TERRACE | NY | 11752-2601 |
| AIMS COMMUNITY COLLEGE | AIMS AVIATION | ATTN: PATTI PHILLIPS | 540 WEST 20TH STREET | | GREELEY | CO | 80634 |
| AO SERVICE INC | 8 NEW YORK AVENUE | | | | PORT JEFFERSON | NY | 11776 |
| ARIZONA STATE UNIVERSITY | AVIATION PROGRAMS | ATTN: VERNE LATHAM | SIMULATOR BUILDING | 7442 E. INNOVATION WAY NORTH | MESA | AZ | 85212 |
| BROWARD COLLEGE | AVIATION INSTITUTE | ATTN: SCOTT GYSSLER | 7200 PINES BOULEVARD | | PEMBROKE PINES | FL | 33024 |
| CARRIER CORPORATION | PO BOX 4808 TR-5 | OFFICE 401 | | | SYRACUSE | NY | 13221 |
| CARRIER CORPORATION | C/O ADMINISTRATIVE AGENT | PO BOX 241566 | | | CLEVELAND | OH | 44124 |
| COMMUNITY COLLEGE OF BALTIMORE COUNTY | AVIATION DEPARTMENT | ATTN: DOUGLAS WILLIAMS | 800 SOUTH ROLLING ROAD | | BALTIMORE | MD | 21228 |
| COMMUNITY COLLEGE OF BEAVER COUNTY | AVIATION SCIENCES | ATTN: WAYNE RESETAR | 125 CESSNA DRIVE | | BEAVER FALLS | PA | 15010 |
| DELILIAH CRAIG | 14 DAWN CRESCENT | | | | CENTRAL ISLIP | NY | 11722 |
| EMBRY RIDDLE AERONAUTICAL UNIVERSITY — PRESCOTT | DEPARTMENT OF AERONAUTICAL SCIENCE | ATTN: JENNAH PERRY | 3700 WILLOW CREEK ROAD | | PRESCOTT | AZ | 86301 |
| EMBRY RIDDLE AERONAUTICAL UNIVERSITY DAYTONA | DEPARTMENT OF APPLIED AVIATION SCIENCES | ATTN: WILLIAM B. COYNE | 600 SOUTH CLYDE MORRIS BOULEVARD | | DAYTONA BEACH | FL | 32114 |
| FINANCIAL PACIFIC LEASING, INC | 3455 SOUTH 344TH WAY, SUITE 300 | | | | FEDERAL WAY | WA | 98001 |
| FLORIDA INSTITUTE OF TECHNOLOGY | COLLEGE OF AERONAUTICS | ATTN: DONNA WILT | 150 W. UNIVERSITY BOULEVARD | | MELBOURNE | FL | 32901 |
| FLORIDA STATE COLLEGE AT JACKSONVILLE | AVIATION PROGRAMS | ATTN: SAM FISCHER | 501 WEST STATE STREET | | JACKSONVILLE | FL | 32202 |
| GERALD M OSHEA INC | 4155 VETERANS MEMORIAL HWY STE 13 | | | | RONKONKOMA | NY | 11779-6063 |
| GREEN RIVER COLLEGE | AVIATION TECHNOLOGY | ATTN: JERRY WOLFE | 1221 D. STREET, NE | | AUBURN | WA | 98002 |
| HAMPTON UNIVERSITY | DEPARTMENT OF AVIATION | SCIENCE & TECHNOLOGY BUILDING | ROOM 269 | | HAMPTON | VA | 23668 |
| HESSTON COLLEGE | AVIATION DEPARTMENT | ATTN: BOB HARDER | 301 S. MAIN STREET | | HESSTON | KS | 67062 |
| INTERAMERICAN UNIVERSITY OF PUERTO RICO | ATTN: JORGE CALAF | PO BOX 9066623 | | | SAN JUAN | PR | 00906-6623 |
| JACKSONVILLE UNIVERSITY | SCHOOL OF AVIATION | ATTN: MATT TUOHY | 2800 UNIVERSITY BLVD N | | JACKSONVILLE | FL | 33221 |
| KENT STATE UNIVERSITY | AERONAUTICS PROGRAM | ATTN: MAUREEN MCFARLAND | PO BOX 5190 | | KENT | OH | 44242-0001 |
| L.I. HARDWARE | 4155 VETERANS MEMORIAL HWY STE 13 | | | | RONKONKOMA | NY | 11779-6063 |
| LEAF CAPITAL FUNDING LLC | 2005 MARKET STREET, 14TH FLOOR | | | | PHILADELPHIA | PA | 19103 |
| LEWIS UNIVERSITY | AIR TRAFFIC CONTROL PROGRAM | ATTN: WILLIAM PARROT | ONE UNIVERSITY PARKWAY | BOX 282 | ROMEOVILLE | IL | 60446-2200 |
| METROPOLITAN STATE UNIVERSITY OF DENVER | AVIATION AND AEROSPACE SCIENCE | ATTN: KEVIN R. KUHLMANN | 1250 7TH STREET - SEVENTH STREET CLASSROOM | CAMPUS BOX 30; PO BOX 173362 | DENVER | CO | 80204 |
| MIAMI DADE COLLEGE | SCHOOL OF AVIATION | ATTN: VICTOR FERNANDEZ | 500 COLLEGE TERRACE | | HOMESTEAD | FL | 33030 |
| MIDDLE GEORGIA STATE UNIVERSITY | SCHOOL OF AVIATION | ATTN: ED WEATHERSBEE | 100 UNIVERSITY PARKWAY | EASTMAN - AVIATION HALL - 1017 | COCHRAN | GA | 31206 |
| MIDDLE TENNESSEE STATE UNIVERSITY | AEROSPACE DEPARTMENT | ATTN: GAIL ZLOTKY | 1301 EAST MAIN STREET | MTSU BOX 67 | MURFREESBORO | TN | 37132 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| MOUNT SAN ANTONIO COLLEGE | AERONAUTICS DEPARTMENT | ATTN: ROBERT ROGUS | 1100 N. GRAND AVE | BUILDING 28B-101K | WALNUT | CA | 91789 |
| NEW YORK STATE DEPARTMENT OF LABOR | STATE OFFICE BUILDING | CAMPUS ROOM 500 | | | ALBANY | NY | 12240 |
| NEW YORK STATE DEPARTMENT OF LABOR | BUILDING 12 | W.A, HARRIMAN CAMPUS | | | ALBANY | NY | 12240 |
| NEW YORK STATE UNEMPLOYMENT INSURANCE | PO BOX 4301 | | | | BINGHAMTON | NY | 13902 |
| POWERHOUSE MAINTENANCE, INC | D/B/A POWERHOUSE PAVING | 2 WEST BEECH STREET | | | ISLIP | NY | 11751 |
| POWERHOUSE PAVING | PO BOX 5845 | | | | HAUPPAUGE | NY | 11788 |
| PREMIUM ASSIGNMENT CORPORATION | PO BOX 8800 | | | | TALLAHASSEE | FL | 32314 |
| PREMIUM ASSIGNMENT CORPORATION | 3522 THOMASVILLE RD, SUITE 400 | | | | TALLAHASSEE | FL | 32309 |
| PURDUE UNIVERSITY | SCHOOL OF AVIATION AND TRANSPORTATION TECHNOLOGY | ATTN: MICHAEL S. NOLAN | DEPARTMENT OF AVIATION TECHNOLOGY | 1401 AVIATION DRIVE | WEST LAFAYETTE | IN | 47907-2015 |
| SACRAMENTO CITY COLLEGE | AERONAUTICS DEPARTMENT | ATTN: DONNETTA WEBB | 3835 FREEPORT BOULEVARD | | SACRAMENTO | CA | 95822 |
| SIMPLEXGRINNELL LP | 50 TECHNOLOGY DRIVE | | | | WESTMINSTER | MA | 01441 |
| SOUTHERN NEW HAMPSHIRE UNIVERSITY | AERONAUTICS AND AVIATION MAJORS | ATTN: PETER WYMAN | 2500 NORTH RIVER ROAD | | MANCHESTER | NH | 03106 |
| STATE OF NEW YORK DEPARTMENT OF LABOR | UNEMPLOYMENT INSURANCE DIVISION | GOVERNOR W AVERELL HARRIMAN STATE BLDG CAMPUS | BLDG 12 RM 256 | ATTN DEBBIE ANZIANO | ALBANY | NY | 12240 |
| STERLING NATIONAL BANK | 42 BROADWAY | 4TH FLOOR | | | NEW YORK | NY | 10004 |
| TEQLEASE, INC | 23801 CALABASAS ROAD, SUITE 101 | | | | CALABASAS | CA | 91302 |
| TEXAS STATE TECHNICAL COLLEGE — WACO | AIR TRAFFIC CONTROLLER PROGRAM | ATTN: DAR KLONTZ | 3801 CAMPUS DRIVE | | WACO | TX | 76705 |
| TM BIER & ASSOCIATES, INC | 79 HAZEL STREET | | | | GLEN COVE | NY | 11542 |
| TOSHIBA FINANCIAL SERVICES | 1961 HIRST DRIVE | | | | MOBERLY | MO | 65270 |
| TULSA COMMUNITY COLLEGE | AVIATION SCIENCES TECHNOLOGY PROGRAM | ATTN: GARY W. WESCOTT | JONES-RIVERSIDE AIRPORT | 112 BEECHCRAFT DRIVE | TULSA | OK | 74132 |
| ULTIMATE POWER, INC. | 45 NANCY STREET | | | | WEST BABYLON | NY | 11704 |
| UNIVERSAL TEMPERATURE CONTROLS LTD | 1749 JULIA GOLDBACH AVENUE | | | | RONKONKOMA | NY | 11779 |
| UNIVERSITY OF ALASKA ANCHORAGE | AVIATION TECHNOLOGY DIVISION | ATTN: SHARON LARUE | AVIATION TECHNOLOGY COMPLEX (AVC) 129 H | 2811 MERRILL FIELD DRIVE | ANCHORAGE | AK | 99501 |
| UNIVERSITY OF NORTH DAKOTA | DEPARTMENT OF AVIATION | ATTN: PAUL DRECHSEL | RYAN HALL 213D | 4251 UNIVERSITY AVE STOP 9036 | GRAND FORKS | ND | 58202-9036 |
| UNIVERSITY OF OKLAHOMA | DEPARTMENT OF AVIATION | ATTN: STEPHEN WEST | 1700 ASP AVENUE | | NORMAN | OK | 73072 |
| UNIVEST CAPITAL, INC | 3220 TILLMAN DR STE 502 | | | | BENSALEM | PA | 19020-2049 |
| VAUGHN COLLEGE OF AERONAUTICS AND TECHNOLOGY | AVIATION PROGRAMS | ATTN: DOMENIC PROSCIA | 86-01 23RD AVENUE | | FLUSHING | NY | 11369 |
| XEROX FINANCIAL SERVICES | PO BOX 4505 | | | | NORWALK | CT | 06856-4505 |

# EXHIBIT D

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| AIMS COMMUNITY COLLEGE | AIMS AVIATION | ATTN: PATTI PHILLIPS | 540 WEST 20TH STREET | | GREELEY | CO | 80634 | Patti.Phillips@aims.edu |
| AO SERVICE INC | 8 NEW YORK AVENUE | | | | PORT JEFFERSON | NY | 11776 | AOSERVICE1@YAHOO.COM |
| ARIZONA STATE UNIVERSITY | AVIATION PROGRAMS | ATTN: VERNE LATHAM | SIMULATOR BUILDING | 7442 E. INNOVATION WAY NORTH | MESA | AZ | 85212 | Verne.Latham@asu.edu |
| BROWARD COLLEGE | AVIATION INSTITUTE | ATTN: SCOTT GYSSLER | 7200 PINES BOULEVARD | | PEMBROKE PINES | FL | 33024 | sgyssler@broward.edu |
| CARRIER CORPORATION | PO BOX 4808 TR-5 | OFFICE 401 | | | SYRACUSE | NY | 13221 | ELISABETH.M.COLES@CARRIER.UTC.COM |
| COMMUNITY COLLEGE OF BALTIMORE COUNTY | AVIATION DEPARTMENT | ATTN: DOUGLAS WILLIAMS | 800 SOUTH ROLLING ROAD | | BALTIMORE | MD | 21228 | dwilliams@ccbcmd.edu |
| COMMUNITY COLLEGE OF BEAVER COUNTY | AVIATION SCIENCES | ATTN: WAYNE RESETAR | 125 CESSNA DRIVE | | BEAVER FALLS | PA | 15010 | wayne.resetar@ccbc.edu |
| EMBRY RIDDLE AERONAUTICAL UNIVERSITY — DAYTONA | DEPARTMENT OF APPLIED AVIATION SCIENCES | ATTN: WILLIAM B. COYNE | 600 SOUTH CLYDE MORRIS BOULEVARD | | DAYTONA BEACH | FL | 32114 | coynea7e@erau.edu |
| EMBRY RIDDLE AERONAUTICAL UNIVERSITY — PRESCOTT | DEPARTMENT OF AERONAUTICAL SCIENCE | ATTN: JENNAH PERRY | 3700 WILLOW CREEK ROAD | | PRESCOTT | AZ | 86301 | Jennah.perry@erau.edu |
| FLORIDA INSTITUTE OF TECHNOLOGY | COLLEGE OF AERONAUTICS | ATTN: DONNA WILT | 150 W. UNIVERSITY BOULEVARD | | MELBOURNE | FL | 32901 | dwilt@fit.edu |
| FLORIDA STATE COLLEGE AT JACKSONVILLE | AVIATION PROGRAMS | ATTN: SAM FISCHER | 501 WEST STATE STREET | | JACKSONVILLE | FL | 32202 | sfischer@fscj.edu |
| GREEN RIVER COLLEGE | AVIATION TECHNOLOGY | ATTN: JERRY WOLFE | 1221 D. STREET, NE | | AUBURN | WA | 98002 | jwolfe@greenriver.edu |
| HAMPTON UNIVERSITY | DEPARTMENT OF AVIATION | SCIENCE & TECHNOLOGY BUILDING | ROOM 269 | | HAMPTON | VA | 23668 | aviation@hamptonu.edu |
| HESSTON COLLEGE | AVIATION DEPARTMENT | ATTN: BOB HARDER | 301 S. MAIN STREET | | HESSTON | KS | 67062 | bobh@hesston.edu |
| INTERAMERICAN UNIVERSITY OF PUERTO RICO | ATTN: JORGE CALAF | PO BOX 9066623 | | | SAN JUAN | PR | 00906-6623 | jcalaf@bayamon.inter.edu |
| JACKSONVILLE UNIVERSITY | SCHOOL OF AVIATION | ATTN: MATT TUOHY | 2800 UNIVERSITY BLVD N | | JACKSONVILLE | FL | 33221 | mtuohy@ju.edu |
| KENT STATE UNIVERSITY | AERONAUTICS PROGRAM | ATTN: MAUREEN MCFARLAND | PO BOX 5190 | | KENT | OH | 44242-0001 | mmcfarl2@kent.edu |
| LEWIS UNIVERSITY | AIR TRAFFIC CONTROL PROGRAM | ATTN: WILLIAM PARROT | ONE UNIVERSITY PARKWAY | BOX 282 | ROMEOVILLE | IL | 60446-2200 | parrotwi@lewisu.edu |
| METROPOLITAN STATE UNIVERSITY OF DENVER | AVIATION AND AEROSPACE SCIENCE | ATTN: KEVIN R. KUHLMANN | 1250 7TH STREET - SEVENTH STREET CLASSROOM | CAMPUS BOX 30; PO BOX 173362 | DENVER | CO | 80204 | kuhlmank@msudenver.edu |
| MIAMI DADE COLLEGE | SCHOOL OF AVIATION | ATTN: VICTOR FERNANDEZ | 500 COLLEGE TERRACE | | HOMESTEAD | FL | 33030 | vfernan3@mdc.edu |
| MIDDLE GEORGIA STATE UNIVERSITY | SCHOOL OF AVIATION | ATTN: ED WEATHERSBEE | 100 UNIVERSITY PARKWAY | EASTMAN - AVIATION HALL - 1017 | COCHRAN | GA | 31206 | edward.weathersbee@mga.edu |
| MIDDLE TENNESSEE STATE UNIVERSITY | AEROSPACE DEPARTMENT | ATTN: GAIL ZLOTKY | 1301 EAST MAIN STREET | MTSU BOX 67 | MURFREESBORO | TN | 37132 | gail.zlotky@mtsu.edu |
| MOUNT SAN ANTONIO COLLEGE | AERONAUTICS DEPARTMENT | ATTN: ROBERT ROGUS | 1100 N. GRAND AVE | BUILDING 28B-101K | WALNUT | CA | 91789 | rrogus@mtsac.edu |
| PURDUE UNIVERSITY | SCHOOL OF AVIATION AND TRANSPORTATION TECHNOLOGY | ATTN: MICHAEL S. NOLAN | DEPARTMENT OF AVIATION TECHNOLOGY | 1401 AVIATION DRIVE | WEST LAFAYETTE | IN | 47907-2015 | mnolan@purdue.edu |
| SACRAMENTO CITY COLLEGE | AERONAUTICS DEPARTMENT | ATTN: DONNETTA WEBB | 3835 FREEPORT BOULEVARD | | SACRAMENTO | CA | 95822 | webbd@scc.losrios.edu |
| SOUTHERN NEW HAMPSHIRE UNIVERSITY | AERONAUTICS AND AVIATION MAJORS | ATTN: PETER WYMAN | 2500 NORTH RIVER ROAD | | MANCHESTER | NH | 03106 | p.wyman@snhu.edu |
| STATE OF NEW YORK DEPARTMENT OF LABOR | UNEMPLOYMENT INSURANCE DIVISION | GOVERNOR W AVERELL HARRIMAN STATE BLDG CAMPUS | BLDG 12 RM 256 | ATTN DEBBIE ANZIANO | ALBANY | NY | 12240 | bankruptcy@labor.ny.gov |
| TEXAS STATE TECHNICAL COLLEGE — WACO | AIR TRAFFIC CONTROLLER PROGRAM | ATTN: DAR KLONTZ | 3801 CAMPUS DRIVE | | WACO | TX | 76705 | Dar.klontz@tstc.edu |
| TULSA COMMUNITY COLLEGE | AVIATION SCIENCES TECHNOLOGY PROGRAM | ATTN: GARY W. WESCOTT | JONES-RIVERSIDE AIRPORT | 112 BEECHCRAFT DRIVE | TULSA | OK | 74132 | Gary.wescott@tulsacc.edu |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| UNIVERSITY OF ALASKA ANCHORAGE | AVIATION TECHNOLOGY DIVISION | ATTN: SHARON LARUE | AVIATION TECHNOLOGY COMPLEX (AVC) 129 H | 2811 MERRILL FIELD DRIVE | ANCHORAGE | AK | 99501 | sllarue@alaska.edu |
| UNIVERSITY OF NORTH DAKOTA | DEPARTMENT OF AVIATION | ATTN: PAUL DRECHSEL | RYAN HALL 213D | 4251 UNIVERSITY AVE STOP 9036 | GRAND FORKS | ND | 58202-9036 | Drechsel@aero.und.edu |
| UNIVERSITY OF OKLAHOMA | DEPARTMENT OF AVIATION | ATTN: STEPHEN WEST | 1700 ASP AVENUE | | NORMAN | OK | 73072 | stephenwest@ou.edu |
| VAUGHN COLLEGE OF AERONAUTICS AND TECHNOLOGY | AVIATION PROGRAMS | ATTN: DOMENIC PROSCIA | 86-01 23RD AVENUE | | FLUSHING | NY | 11369 | domenic.proscia@vaughn.edu |