**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re                                                                              :    Chapter 11
                                                                                        :
DOWLING COLLEGE,                                                  :
f/d/b/a DOWLING INSTITUTE,                                     :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI               :
ASSOCIATION,                                                              :
f/d/b/a CECOM,                                                              :
a/k/a DOWLING COLLEGE, INC.,                               :
                                                                                        :
                                             Debtor.                       :
---------------------------------------------------------------x

## ORDER APPROVING OMNIBUS CLAIM OBJECTION PROCEDURES

Upon the motion dated June 25, 2018 (the "Motion")[1] of Dowling College (the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case") and the Official Committee of Unsecured Creditors (the "Creditors' Committee" and together with the Debtor, the "Movants"), for an order approving omnibus claim objection procedures pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 3007; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested herein; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and appropriate notice of the Motion has been given under the circumstances; and it appearing that no other or further notice need be given; and after due deliberation; and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion is granted; and it is further

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

**ORDERED** that the Movants, and after the effective date of a plan of liquidation, the Plan Administrator and the Unsecured Creditor Trust, are authorized to file omnibus objections to Claims seeking reduction, reclassification, or disallowance of Claims on one or more of the following additional grounds:

    (a)    the amount claimed contradicts the Debtor's books and records;

    (b)    the Claims were incorrectly classified;

    (c)    the Claims seek recovery of amounts for which the Debtor's estate is not liable;

    (d)    the Claims do not include sufficient documentation to ascertain the validity of such claim; or

    (e)    any other reasonable grounds for objection; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to any matters related to or arising from the implementation of this Order.

Dated: Central Islip, New York  
       July 24, 2018

                                            **Robert E. Grossman**  
                                            **United States Bankruptcy Judge**