**BARCLAY DAMON LLP**
The Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 856-5500
Facsimile: (716) 856-5510
Beth Ann Bivona
J. Eric Charlton
John R. Weider
Christopher A. Cardillo

*Counsel to Carrier Corporation, Mechanic's Lienor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:

DOWLING COLLEGE,
f/b/d/a DOWLING INSTITUTE,
f/d/b/a DOWLING COLLEGE ALUMNI
   ASSOCIATION,
f/d/b/a/ CECOM,
a/k/a DOWLING COLLEGE, INC.,

               Debtor.

Chapter 11

Case No. 16-75545 9 (REG)

---

## NOTICE OF PERFECTION OF MECHANIC'S LIEN UNDER 11 USC §546(b)

PLEASE TAKE NOTICE that pursuant to Article 2 of the New York State Lien Law ("Lien

Law"), including sections 10 and 11, Carrier Corporation duly filed five (5) Notices of

Mechanic's Lien ("Notices") with the clerk of Suffolk County New York and served copies of

each of those five (5) Notices on the Debtor designated above. The filing and service took place

on or about July 28, 2016. The aggregate indebtedness secured by the Mechanic's Liens as

described in the Notices aggregated $67,998.98 exclusive of interest, attorney's fees and costs.

PLEASE TAKE FURTHER NOTICE that pursuant to the Lien Law, including section 17,

Carrier Corporation duly filed five (5) EXTENSIONS OF MECHANIC'S LIEN ("Lien

Extensions"), one with respect to each of the Notices referenced in the preceding paragraph, with the clerk of Suffolk County New York and duly served copies of said Lien Extensions on the Debtor, to the extent required by law. Copies of the Notices and Lien Extensions are attached hereto as Exhibit A. The Lien Extensions were filed and served on or about July 26, 2017.

PLEASE TAKE FURTHER NOTICE that under the Lien Law, Carrier Corporation is or may be required to commence a suit to foreclose its mechanic's liens within one year after the effective date of its Lien Extensions in order to maintain and continue the perfected status of its Mechanic's Liens.

Pursuant to 11 U.S.C. § 546(b)(2), in lieu of the commencement of an action to maintain or continue perfection of Carrier Corporation's Mechanic's Liens' interests in the real property of the Debtor that is subject to the Mechanic's Liens, CARRIER CORPORATION HEREBY GIVES NOTICE of its intent to enforce its Mechanic's Liens interests.

PLEASE TAKE FURTHER NOTICE that Carrier Corporation hereby reserves any and all rights to supplement and/or amend this Notice. Carrier Corporation hereby further reserves any and all rights under applicable law.

DATED: July 25, 2018

BARCLAY DAMON LLP

By: _____
Beth Ann Bivona
J. Eric Charlton
John R. Weider
Christopher A. Cardillo
The Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 856-5500
Facsimile: (716) 856-5510

*Counsel to Carrier Corporation, Mechanic's Lienor*

2

15462435.1

# Exhibit A

HP LaserJet P2055dn UPD PCL 6
LANDRECORDS021

*4135*

**RECEIPT**
**Suffolk County Clerk**
**JUDITH A. PASCALE**
**County Clerk**


DATE: 07/26/2017    TIME: 09:24:40 AM

RECEIPT NUMBER: 17-0125405
PAYOR NAME: BARCLAY DAMON

--------------------------------------------------------------------

|             DESCRIPTION              |  ITEMS  |  TRANS AMOUNT  |

--------------------------------------------------------------------

MECH LIEN PLUS REAL PROPERTY NO AFF. OF SERVICE

|                General Fee           |    1    |     $15.00     |
|                RPT Fee               |    1    |    $200.00     |

|                Fees Paid             |         |    $215.00     |
|                Lien Num              |         | LMEC00010920   |

--------------------------------------------------------------------

MECH LIEN PLUS REAL PROPERTY NO AFF. OF SERVICE

|                General Fee           |    1    |     $15.00     |
|                RPT Fee               |    1    |    $200.00     |

|                Fees Paid             |         |    $215.00     |
|                Lien Num              |         | LMEC00010921   |

--------------------------------------------------------------------

MECH LIEN PLUS REAL PROPERTY NO AFF. OF SERVICE

|                General Fee           |    1    |     $15.00     |
|                RPT Fee               |    1    |    $200.00     |

|                Fees Paid             |         |    $215.00     |
|                Lien Num              |         | LMEC00010922   |

--------------------------------------------------------------------

MECH LIEN PLUS REAL PROPERTY NO AFF. OF SERVICE

|                General Fee           |    1    |     $15.00     |
|                RPT Fee               |    1    |    $200.00     |

|                Fees Paid             |         |    $215.00     |
|                Lien Num              |         | LMEC00010923   |

--------------------------------------------------------------------

| DESCRIPTION | ITEMS | TRANS AMOUNT |
|---|---|---|
| MECH LIEN PLUS REAL PROPERTY NO AFF. OF SERVICE | | |
| General Fee | 1 | $15.00 |
| RPT Fee | 1 | $800.00 |
| Fees Paid | | $815.00 |
| Lien Num | | LMEC00010924 |

| | |
|---|---|
| RECEIPT TOTAL | $1,675.00 |
| CHECK AMT PAID | $1,675.00 |
| TOTAL AMOUNT PAID | $1,675.00 |
| CHECK REFUND | $0.00 |

COMMENTS
 418440,418439, 418442,418443

## EXTENSION OF MECHANIC'S LIEN

13171.0001

TO:     **The Clerk of the County of Suffolk**
        **County Center**
        **310 Center Drive**
        **Riverhead, New York 11901**

PLEASE TAKE NOTICE, that Carrier Corporation, the Lienor, pursuant to Section 17 of

the Lien Law of the State of New York, hereby extends for a period of one year that certain

Notice of Mechanic's Lien filed by the Lienor in your office on or about July 28, 2016, in the

amount of $4,000, against the real property described as follows:

The property subject to the lien is in the City of Oakdale, County of Suffolk and State of
New York; is located at FH CONCOURSE 150 IDLE HOUR BOULEVARD; and has been
assigned the tax identification number 0500-324-00-05-00-017-003.

Said real property is not improved or to be improved with a single family dwelling.

The lienor furnished materials and labor to Dowling College at Dowling College, FH

Concourse 150 Idle Hour Boulevard, Oakdale, New York 11769.

The Record Owner of the real property is Dowling College, 150 Idle Hour Boulevard,

Oakdale, New York 11769.

Pursuant to Section 17 of the New York State Lien Law, please redocket said lien for a

period of one year from the date of the filing hereof.

DATED:     Buffalo, New York
           July 21, 2017

CARRIER CORPORATION

By: _____
        Christopher A. Cardillo, Agent

STATE OF NEW YORK )
COUNTY OF ERIE ) SS.:

    CHRISTOPHER A. CARDILLO, being duly sworn, deposes and says that he is the Agent of Carrier Corporation, the lienor hereinabove described; that deponent has read the foregoing Extension of Mechanic's Lien and knows the contents thereof, and that the same is true to his own knowledge except as to the matters alleged upon information and belief, and as to those matters deponents believes the same to be true.

Christopher A. Cardillo

Subscribed and sworn to before me
this 21st day of July, 2017.

Notary Public.

SUSAN M. PANKO
Notary Public, State of New York
No. 01PA6341452
Qualified in Erie County
My Commission Expires May 2, 20___

13702025.1

FILED
JUDITH A. PASCALE
CLERK OF
SUFFOLK COUNTY
DATE  7-28-2016
SEQ # L16E00010103

Ref: L647276 610B40077

## NOTICE OF MECHANIC'S LIEN

**TO:**
THE CLERK OF THE COUNTY OF SUFFOLK
ATTN: JUDGEMENTS
310 CENTER DR
RIVERHEAD, NY 11901

**PLEASE TAKE NOTICE,** that the lienor hereinafter named has and claims a lien on the real property hereinafter described as follows:

1.    The lienor is CARRIER CORPORATION, a corporation whose business address is PO BOX 4808 TR-5, OFFICE 401, SYRACUSE, NY 13221.

2.    Upon information and belief, the Owner of the real property is DOWLING COLLEGE, 150 IDLE HOUR BLVD , OAKDALE, NY 11769.

3.    Upon information and belief, the Owner's interest in the real property is fee simple.

4.    The lienor furnished MATERIALS AND LABOR to DOWLING COLLEGE at DOWLING COLLEGE, FH CONCOURSE 150 IDEL HOUR BLVD, OAKDALE, NY 11769.

5.    The MATERIALS AND LABOR were HVAC MATERIALS AND LABOR.

6.    The agreed price of MATERIALS AND LABOR was $4,000.00.

7.    Upon information and belief, the amount unpaid to the lienor for the MATERIALS AND LABOR and for which this lien is filed is $4,000.00.

8.    The first item of the MATERIALS AND LABOR was furnished on 04/08/2016.

9.    The last item of the MATERIALS AND LABOR was furnished on 04/08/2016.

10.    The property subject to the lien is in the City of OAKDALE and County of SUFFOLK, State of New York; is located at FH CONCOURSE 150 IDEL HOUR BLVD; and has been assigned the tax identification number 0500-324-00-05-00-017-003.

11.    Upon information and belief, the MATERIALS AND LABOR were furnished for and were used in the improvement of said real property.

12.    Upon information and belief, said real property is not improved with a single family dwelling, and eight months have not elapsed since the date the last time MATERIALS AND LABOR were furnished.

DATED:    JULY 11, 2016

CARRIER CORPORATION

By: _Joyce Kuppel Credit Mgr_
MS. JOYCE KUPPEL, CREDIT MANAGER

STATE OF New York
                        ) ss.:
COUNTY OF Onondaga

MS. JOYCE KUPPEL, being duly sworn, deposes and says that she/he is the Agent of CARRIER CORPORATION, the lienor herein; that deponent has read the foregoing Notice of Mechanic's Lien and knows the contents thereof, and that the same is true to deponent's own knowledge except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true.

The reason this verification is made by the deponent is that she/he is the Agent of the lienor.

_Joyce Kuppel Credit Mgr_
MS. JOYCE KUPPEL

Sworn to before me this
11 day of July , 2016

_Rebecca Canon_
Notary Public

## AFFIDAVIT OF SERVICE

STATE OF OHIO          )
                            ) ss.:
COUNTY OF CUYAHOGA    )

The undersigned, being duly sworn, deposes and says that deponent is over the age of 18 years and on the 21ˢᵗ day of July , 2016, the undersigned served the within Notice Of Mechanic's Lien on the following entities by depositing a true copy of same, enclosed in a certified mail, postpaid, properly addressed wrapper, in an official depository of the United States Postal Service in the State of Ohio.

     OWNER:
     DOWLING COLLEGE
     150 IDLE HOUR BLVD
     OAKDALE, NY 11769

                                       LEIGH GRAETER

Sworn to before me this
21ˢᵗ day of July , 2016

_Chris Snyder_
Notary Public

CHRIS SNYDER
NOTARY PUBLIC • STATE OF OHIO
Recorded in Lake County
My commission expires Aug. 12, 2017

13171.0001

## EXTENSION OF MECHANIC'S LIEN

TO:    **The Clerk of the County of Suffolk**
      **County Center**
      **310 Center Drive**
      **Riverhead, New York 11901**

FILED
JUDITH A. PASCALE
CLERK OF
SUFFOLK COUNTY
DATE 07/25/2017
SER # L0000001921

PLEASE TAKE NOTICE, that Carrier Corporation, the Lienor, pursuant to Section 17 of

the Lien Law of the State of New York, hereby extends for a period of one year that certain

Notice of Mechanic's Lien filed by the Lienor in your office on or about July 28, 2016, in the

amount of $34,200, against the real property described as follows:

    The property subject to the lien is in the City of Oakdale, County of Suffolk and State of
New York; is located at FH CONCOURSE 150 IDLE HOUR BOULEVARD; and has been
assigned the tax identification number 0500-324-00-05-00-017-003.

    Said real property is not improved or to be improved with a single family dwelling.

    The lienor furnished materials and labor to Dowling College at Dowling College, FH

Concourse 150 Idle Hour Boulevard, Oakdale, New York 11769.

    The Record Owner of the real property is Dowling College, 150 Idle Hour Boulevard,

Oakdale, New York 11769.    *12457-817*

    Pursuant to Section 17 of the New York State Lien Law, please redocket said lien for a

period of one year from the date of the filing hereof.

DATED:    Buffalo, New York
          July 21, 2017

                       CARRIER CORPORATION

                       By:_____
                         Christopher A. Cardillo, Agent

STATE OF NEW YORK        )
COUNTY OF ERIE           )        SS.:

    CHRISTOPHER A. CARDILLO, being duly sworn, deposes and says that he is the Agent of Carrier Corporation, the lienor hereinabove described; that deponent has read the foregoing Extension of Mechanic's Lien and knows the contents thereof, and that the same is true to his own knowledge except as to the matters alleged upon information and belief, and as to those matters deponents believes the same to be true.

_____
Christopher A. Cardillo

Subscribed and sworn to before me
this 21st day of July, 2017.

_____
Notary Public.

13701980.1

SUSAN M. PANKO
Notary Public, State of New York
No. 01PA6341452
Qualified in Erie County
My Commission Expires May 2, 20 20

FILED
JUDITH A. PASCALE
CLERK OF
SUFFOLK COUNTY
DATE  7-23-2014
CEO # LR6C00010149

Ref: L647277 510U40158

### NOTICE OF MECHANIC'S LIEN

**TO:**
THE CLERK OF THE COUNTY OF SUFFOLK
ATTN: JUDGEMENTS
310 CENTER DR.
RIVERHEAD, NY 11901

    **PLEASE TAKE NOTICE,** that the lienor hereinafter named has and claims a lien on the real property hereinafter described as follows:

1.    The lienor is CARRIER CORPORATION, a corporation whose business address is PO BOX 4808 TR-5, OFFICE 401, SYRACUSE, NY 13221.

2.    Upon information and belief, the Owner of the real property is DOWLING COLLEGE, 150 IDLE HOUR BLVD , OAKDALE, NY 11769.

3.    Upon information and belief, the Owner's interest in the real property is fee simple.

4.    The lienor furnished MATERIALS AND LABOR to DOWLING COLLEGE at DOWLING COLLEGE, 150 IDEL HOUR BLVD , OAKDALE, NY 11769.

5.    The MATERIALS AND LABOR were HVAC MATERIALS AND LABOR.

6.    The agreed price of MATERIALS AND LABOR was $57,000.00.

7.    Upon information and belief, the amount unpaid to the lienor for the MATERIALS AND LABOR and for which this lien is filed is $34,200.00.

8.    The first item of the MATERIALS AND LABOR was furnished on 12/10/2015.

9.    The last item of the MATERIALS AND LABOR was furnished on 01/12/2016.

10.    The property subject to the lien is in the City of OAKDALE and County of SUFFOLK, State of New York; is located at 150 IDEL HOUR BLVD ; and has been assigned the tax identification number 0500-324-00-05-00-017-003.

11.    Upon information and belief, the MATERIALS AND LABOR were furnished for and were used in the improvement of said real property.

12.    Upon information and belief, said real property is not improved with a single family dwelling, and eight months have not elapsed since the date the last time MATERIALS AND LABOR were furnished.

DATED:    JULY 11, 2016

CARRIER CORPORATION

By: *Joyce Kuppel Credit M*
MS. JOYCE KUPPEL, CREDIT MANAGER

STATE OF New York
                              } ss.:
COUNTY OF Onondaga

MS. JOYCE KUPPEL, being duly sworn, deposes and says that she/he is the Agent of CARRIER CORPORATION, the lienor herein; that deponent has read the foregoing Notice of Mechanic's Lien and knows the contents thereof, and that the same is true to deponent's own knowledge except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true.

The reason this verification is made by the deponent is that she/he is the Agent of the lienor.

*Joyce Kuppel Credit M*
MS. JOYCE KUPPEL

Sworn to before me this
11 day of July , 2016

*Rebecca Canorro*
Notary Public

REBECCA CANORRO
Notary Public, State of New York
Registration #01CA6341339
Qualified in Onondaga County
Commission Expires May 2, 2020

## AFFIDAVIT OF SERVICE

STATE OF OHIO                       )
                                   ) ss.:
COUNTY OF CUYAHOGA                  )

The undersigned, being duly sworn, deposes and says that deponent is over the age of 18 years and on the 21ˢᵗ day of July, 2016, the undersigned served the within Notice Of Mechanic's Lien on the following entities by depositing a true copy of same, enclosed in a certified mail, postpaid, properly addressed wrapper, in an official depository of the United States Postal Service in the State of Ohio.

OWNER:
DOWLING COLLEGE
150 IDLE HOUR BLVD
OAKDALE, NY 11769

_Leigh Graeter_
LEIGH GRAETER

Sworn to before me this
21ˢᵗ day of July, 2016

_Chris Snyder_
Notary Public

CHRIS SNYDER
NOTARY PUBLIC • STATE OF OHIO
Recorded in Lake County
My commission expires Aug. 12, 2017

13171.0001

## EXTENSION OF MECHANIC'S LIEN

FILED
ROLY P. PASCALE
CLERK OF
SUFFOLK COUNTY
Date 7/28/2017
SCS # L012000016942

**TO:**   **The Clerk of the County of Suffolk**
          **County Center**
          **310 Center Drive**
          **Riverhead, New York 11901**

PLEASE TAKE NOTICE, that Carrier Corporation, the Lienor, pursuant to Section 17 of the Lien Law of the State of New York, hereby extends for a period of one year that certain Notice of Mechanic's Lien filed by the Lienor in your office on or about July 28, 2016, in the amount of $20,940, against the real property described as follows:

The property subject to the lien is in the City of Oakdale, County of Suffolk and State of New York; is located at FH CONCOURSE 150 IDLE HOUR BOULEVARD; and has been assigned the tax identification number 0500-324-00-05-00-017-003.

Said real property is not improved or to be improved with a single family dwelling.

The lienor furnished materials and labor to Dowling College at Dowling College, FH Concourse 150 Idle Hour Boulevard, Oakdale, New York 11769.

The Record Owner of the real property is Dowling College, 150 Idle Hour Boulevard, Oakdale, New York 11769.

Pursuant to Section 17 of the New York State Lien Law, please redocket said lien for a period of one year from the date of the filing hereof.

DATED:    Buffalo, New York
          July 21, 2017

CARRIER CORPORATION

By: _____
         Christopher A. Cardillo, Agent

STATE OF NEW YORK        )
COUNTY OF ERIE           )        SS.:

CHRISTOPHER A. CARDILLO, being duly sworn, deposes and says that he is the Agent of Carrier Corporation, the lienor hereinabove described; that deponent has read the foregoing Extension of Mechanic's Lien and knows the contents thereof, and that the same is true to his own knowledge except as to the matters alleged upon information and belief, and as to those matters deponents believes the same to be true.

_____
Christopher A. Cardillo

Subscribed and sworn to before me
this 21st day of July, 2017.


_____
Notary Public.

SUSAN M. PANKO
Notary Public, State of New York
No. 01PA6341452
Qualified in Erie County
My Commission Expires May 2, 20__

FILED
JUDITH A. PASCALE
CLERK OF
SUFFOLK COUNTY
DATE  7/28/2016
SEQ # LMEC00010150

Ref: L647303 510B40176

## NOTICE OF MECHANIC'S LIEN

12457-817

0500

324 00

0500

017 003

OCT 7 2016

**TO:**
THE CLERK OF THE COUNTY OF SUFFOLK
ATTN: JUDGEMENTS
310 CENTER DR
RIVERHEAD, NY 11901

**PLEASE TAKE NOTICE,** that the lienor hereinafter named has and claims a lien on the real property hereinafter described as follows:

1.      The lienor is CARRIER CORPORATION, a corporation whose business address is PO BOX 4808 TR-5, OFFICE 401, SYRACUSE, NY 13221.

2.      Upon information and belief, the Owner of the real property is DOWLING COLLEGE, 150 IDLE HOUR BLVD , OAKDALE, NY 11769.

3.      Upon information and belief, the Owner's interest in the real property is fee simple.

4.      The lienor furnished MATERIALS AND LABOR to DOWLING COLLEGE at DOWLING COLLEGE, FH CONCOURSE 150 IDLE HOUR BLVD, OAKDALE, NY 11769.

5.      The MATERIALS AND LABOR were HVAC MATERIALS AND LABOR.

6.      The agreed price of MATERIALS AND LABOR was $34,900.00.

7.      Upon information and belief, the amount unpaid to the lienor for the MATERIALS AND LABOR and for which this lien is filed is $20,940.00.

8.      The first item of the MATERIALS AND LABOR was furnished on 04/13/2016.

9.      The last item of the MATERIALS AND LABOR was furnished on 04/13/2016.

10.     The property subject to the lien is in the City of OAKDALE and County of SUFFOLK, State of New York; is located at FH CONCOURSE 150 IDLE HOUR BLVD; and has been assigned the tax identification number 0500-324-00-05-00-017-003.

11.     Upon information and belief, the MATERIALS AND LABOR were furnished for and were used in the improvement of said real property.

12.    Upon information and belief, said real property is not improved with a single family dwelling, and eight months have not elapsed since the date the last time MATERIALS AND LABOR were furnished.

DATED:    JULY 11, 2016

CARRIER CORPORATION

By: _~~signature~~_ _Joyce Kuppel, Credit Mgr_
MS. JOYCE KUPPEL, CREDIT MANAGER

STATE OF New York
) ss.:
COUNTY OF Onondaga

MS. JOYCE KUPPEL, being duly sworn, deposes and says that she/he is the Agent of CARRIER CORPORATION, the lienor herein; that deponent has read the foregoing Notice of Mechanic's Lien and knows the contents thereof, and that the same is true to deponent's own knowledge except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true.

The reason this verification is made by the deponent is that she/he is the Agent of the lienor.

_~~signature~~_ _Joyce Kuppel, Credit Mgr_
MS. JOYCE KUPPEL

Sworn to before me this
11 day of July , 2016

_~~signature~~_ Rebecca Canorro
Notary Public

REBECCA CANORRO
Notary Public, State of New York
Registration #01CA6341339
Qualified In Onondaga County
Commission Expires May 2, 2020

## AFFIDAVIT OF SERVICE

STATE OF OHIO          )
                               ) ss.:
COUNTY OF CUYAHOGA     )

The undersigned, being duly sworn, deposes and says that deponent is over the age of 18 years and on the 21ˢᵗ day of July, 2016, the undersigned served the within Notice Of Mechanic's Lien on the following entities by depositing a true copy of same, enclosed in a certified mail, postpaid, properly addressed wrapper, in an official depository of the United States Postal Service in the State of Ohio.

OWNER:
DOWLING COLLEGE
150 IDLE HOUR BLVD
OAKDALE, NY 11769

_Leigh Graeter_
LEIGH GRAETER

Sworn to before me this
21ˢᵗ day of July, 2016

_Chris Snyder_
Notary Public

CHRIS SNYDER
NOTARY PUBLIC • STATE OF OHIO
Recorded in Lake County
My commission expires Aug. 12, 2017

13171.0001

FILED
JUDITH A. PASCALE
CLERK OF
SUFFOLK COUNTY
DATE 7/26/2017
SEQ # LMEC00010923

## EXTENSION OF MECHANIC'S LIEN

TO: **The Clerk of the County of Suffolk**
**County Center**
**310 Center Drive**
**Riverhead, New York 11901**

PLEASE TAKE NOTICE, that Carrier Corporation, the Lienor, pursuant to Section 17 of

the Lien Law of the State of New York, hereby extends for a period of one year that certain

Notice of Mechanic's Lien filed by the Lienor in your office on or about July 28, 2016, in the

amount of $2,541.48, against the real property described as follows:

The property subject to the lien is in the City of Oakdale, County of Suffolk and State of
New York; is located at FH CONCOURSE 150 IDLE HOUR BOULEVARD; and has been
assigned the tax identification number 0500-324-00-05-00-017-003.

Said real property is not improved or to be improved with a single family dwelling.

The lienor furnished materials and labor to Dowling College at Dowling College, FH

Concourse 150 Idle Hour Boulevard, Oakdale, New York 11769.

The Record Owner of the real property is Dowling College, 150 Idle Hour Boulevard,

Oakdale, New York 11769.

Pursuant to Section 17 of the New York State Lien Law, please redocket said lien for a

period of one year from the date of the filing hereof.

DATED:     Buffalo, New York
           July 21, 2017

                                   CARRIER CORPORATION


By:_____
       Christopher A. Cardillo, Agent

STATE OF NEW YORK )
COUNTY OF ERIE ) SS.:

   CHRISTOPHER A. CARDILLO, being duly sworn, deposes and says that he is the Agent of Carrier Corporation, the lienor hereinabove described; that deponent has read the foregoing Extension of Mechanic's Lien and knows the contents thereof, and that the same is true to his own knowledge except as to the matters alleged upon information and belief, and as to those matters deponents believes the same to be true.

_____
Christopher A. Cardillo

Subscribed and sworn to before me
this 21st day of July, 2017.

_____
Notary Public.

13701956.1

SUSAN M. PANKO
Notary Public, State of New York
No. 01PA6341452
Qualified in Erie County
My Commission Expires May 2, 20_20_

Filed
JUDITH A. PASCALE
CLERK OF
SUFFOLK COUNTY
DATE 09 07 2018
SEQ # L00700-00001

Ref: L647301 510U40223

## NOTICE OF MECHANIC'S LIEN

**TO:**

THE CLERK OF THE COUNTY OF SUFFOLK
ATTN: JUDGEMENTS
310 CENTER DR
RIVERHEAD, NY 11901

    **PLEASE TAKE NOTICE**, that the lienor hereinafter named has and claims a lien on the real property hereinafter described as follows:

    1.    The lienor is CARRIER CORPORATION, a corporation whose business address is PO BOX 4808 TR-5, OFFICE 401, SYRACUSE, NY 13221.

    2.    Upon information and belief, the Owner of the real property is DOWLING COLLEGE, 150 IDLE HOUR BLVD , OAKDALE, NY 11769.

    3.    Upon information and belief, the Owner's interest in the real property is fee simple.

    4.    The lienor furnished MATERIALS AND LABOR to DOWLING COLLEGE at DOWLING COLLEGE, FH CONCOURSE 150 IDLE HOUR BLVD, OAKDALE, NY 11769.

    5.    The MATERIALS AND LABOR were HVAC MATERIALS AND LABOR.

    6.    The agreed price of MATERIALS AND LABOR was $10,276.00.

    7.    Upon information and belief, the amount unpaid to the lienor for the MATERIALS AND LABOR and for which this lien is filed is $2,541.48.

    8.    The first item of the MATERIALS AND LABOR was furnished on 12/08/2015.

    9.    The last item of the MATERIALS AND LABOR was furnished on 12/09/2015.

    10.    The property subject to the lien is in the City of OAKDALE and County of SUFFOLK, State of New York; is located at FH CONCOURSE 150 IDLE HOUR BLVD; and has been assigned the tax identification number 0500-324-00-05-00-017-003.

    11.    Upon information and belief, the MATERIALS AND LABOR were furnished for and were used in the improvement of said real property.

12.    Upon information and belief, said real property is not improved with a single family dwelling, and eight months have not elapsed since the date the last time MATERIALS AND LABOR were furnished.

DATED:    JULY 11, 2016

CARRIER CORPORATION

By: _Joyce Kuppel, Credit M._
MS. JOYCE KUPPEL, CREDIT MANAGER

STATE OF New York
                                )ss.:
COUNTY OF Onondaga

MS. JOYCE KUPPEL, being duly sworn, deposes and says that she/he is the Agent of CARRIER CORPORATION, the lienor herein; that deponent has read the foregoing Notice of Mechanic's Lien and knows the contents thereof, and that the same is true to deponent's own knowledge except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true.

The reason this verification is made by the deponent is that she/he is the Agent of the lienor.

_Joyce Kuppel, Credit Mgr._
MS. JOYCE KUPPEL

Sworn to before me this
__11__ day of __July__, 2016

_Rebecca Canorro_
Notary Public

```
REBECCA CANORRO
Notary Public, State of New York
Registration #01CA6341339
Qualified in Onondaga County
Commission Expires May 2, 2020
```

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                            ) ss.:
COUNTY OF CUYAHOGA   )

The undersigned, being duly sworn, deposes and says that deponent is over the age of 18 years and on the 21st day of July, 2016, the undersigned served the within Notice Of Mechanic's Lien on the following entities by depositing a true copy of same, enclosed in a certified mail, postpaid, properly addressed wrapper, in an official depository of the United States Postal Service in the State of Ohio.

OWNER:
DOWLING COLLEGE
150 IDLE HOUR BLVD
OAKDALE, NY 11769

_____
LEIGH GRAETER

Sworn to before me this
21st day of July, 2016

_____
Notary Public

CHRIS SNYDER
NOTARY PUBLIC • STATE OF OHIO
Recorded in Lake County
My commission expires Aug. 12, 2017

13171.0001

## EXTENSION OF MECHANIC'S LIEN

TO:    **The Clerk of the County of Suffolk**
        **County Center**
        **310 Center Drive**
        **Riverhead, New York 11901**

PLEASE TAKE NOTICE, that Carrier Corporation, the Lienor, pursuant to Section 17 of the Lien Law of the State of New York, hereby extends for a period of one year that certain Notice of Mechanic's Lien filed by the Lienor in your office on or about August 17, 2016, in the amount of $6,317.50, against the real property described as follows:

The property subject to the lien is in the City of Oakdale, County of Suffolk and State of New York; is located at FH CONCOURSE 150 IDLE HOUR BOULEVARD, 91 IDLE HOUR BOULEVARD; 75 IDLE HOUR BOULEVARD and 65 CHATEAU DRIVE; and has been assigned the tax identification numbers 0500-324-00-05-00-017-003, 0500-325-00-03-00-057-003, 0500-325-00-03-00-057-002, 0500-325-00-03-00-058-000.

Said real property is not improved or to be improved with a single family dwelling.

The lienor furnished materials and labor to Dowling College at Dowling College, FH Concourse 150 Idle Hour Boulevard, 91 Idle Hour Boulevard, 75 Idle Hour Boulevard and 65 Chateau Drive, New York 11769.

The Record Owner of the real property is Dowling College, 150 Idle Hour Boulevard, Oakdale, New York 11769.

Pursuant to Section 17 of the New York State Lien Law, please redocket said lien for a period of one year from the date of the filing hereof.

DATED:      Buffalo, New York
             July 21, 2017

CARRIER CORPORATION

By: _____
Christopher A. Cardillo, Agent

STATE OF NEW YORK          )
COUNTY OF ERIE             )      SS.:

CHRISTOPHER A. CARDILLO, being duly sworn, deposes and says that he is the Agent of Carrier Corporation, the lienor hereinabove described; that deponent has read the foregoing Extension of Mechanic's Lien and knows the contents thereof, and that the same is true to his own knowledge except as to the matters alleged upon information and belief, and as to those matters deponents believes the same to be true.

_____
Christopher A. Cardillo

Subscribed and sworn to before me
this 21st day of July, 2017.

_____
Notary Public.

SUSAN M. PANKO
Notary Public, State of New York
No. 01PA6341452
Qualified in Erie County
My Commission Expires May 2, 20__

13702124.1

FILED
JUDITH A. PASCALE
CLERK OF
SUFFOLK COUNTY
DATE 8/17/2016
Ref: L647286
SEQ #1 MEC00010192

## NOTICE OF MECHANIC'S LIEN

TO:
THE CLERK OF THE COUNTY OF SUFFOLK
ATTN: JUDGEMENTS
310 CENTER DR
RIVERHEAD, NY 11901

*8/16/16
DH 800*

**PLEASE TAKE NOTICE,** that the lienor hereinafter named has and claims a lien on the real property hereinafter described as follows:

*0500
32400*

1. The lienor is CARRIER CORPORATION, a corporation whose business address is PO BOX 4808 TR-5, OFFICE 401, SYRACUSE, NY 13221.

*0500
017003
12457-817*

2. Upon information and belief, the Owner of the real property is DOWLING COLLEGE, 150 IDLE HOUR BLVD, OAKDALE, NY 11769.

3. Upon information and belief, the Owner's interest in the real property is fee simple.

*0500
32500
0300
057003
10871-394*

4. The lienor furnished MATERIALS AND LABOR to DOWLING COLLEGE at DOWLING COLLEGE, FH CONCOURSE 150 IDLE HOUR BLVD, OAKDALE, NY 11769.

5. The MATERIALS AND LABOR were HVAC MATERIALS AND LABOR.

*0500
32500
0300
057002
12091-941*

6. The agreed price of MATERIALS AND LABOR was $13,894.00.

7. Upon information and belief, the amount unpaid to the lienor for the MATERIALS AND LABOR and for which this lien is filed is $6,317.50.

8. The first item of the MATERIALS AND LABOR was furnished on 02/11/2016.

9. The last item of the MATERIALS AND LABOR was furnished on 02/22/2016.

*0500
32500
0300
058000
7252-355*

10. The property subject to the lien is in the City of OAKDALE and County of SUFFOLK, State of New York; is located at FH CONCOURSE 150 IDLE HOUR BLVD; IDLE HOUR; 91 IDLE HOUR BLVD; 75 IDLE HOUR BLVD AND 65 CHATEAU DRIVE; and has been assigned the tax identification numbers 0500-324-00-05-00-017-003, 0500-325-00-03-00-057-003, 0500-325-00-03-00-057-002, 0500-325-00-03-00-058-000

11. Upon information and belief, the MATERIALS AND LABOR were furnished for and were used in the improvement of said real property.

12.    Upon information and belief, said real property is not improved with a single family dwelling, and eight months have not elapsed since the date the last time MATERIALS AND LABOR were furnished.

DATED:      JULY 1, 2016

CARRIER CORPORATION

By: _Joyce Kuppel, Credit Mgr_

MS. JOYCE KUPPEL, CREDIT MANAGER

STATE OF New York )
                  ) ss.:
COUNTY OF Onondaga )

MS. JOYCE KUPPEL, being duly sworn, deposes and says that she/he is the Agent of CARRIER CORPORATION, the lienor herein; that deponent has read the foregoing Notice of Mechanic's Lien and knows the contents thereof, and that the same is true to deponent's own knowledge except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true.

The reason this verification is made by the deponent is that she/he is the Agent of the lienor.

_Joyce Kuppel, Credit Mgr_

MS. JOYCE KUPPEL

Sworn to before me this
1 day of July , 2016

_Rebecca Canorro_

Notary Public

REBECCA CANORRO
Notary Public, State of New York
Registration #01CA6341339
Qualified In Onondaga County
Commission Expires May 2, 2020

AFFIDAVIT OF SERVICE

**FILED**

AUG 1 7 2016

Judith A. Pascale
CLERK OF SUFFOLK COUNTY

STATE OF OHIO ) 
) ss.:
COUNTY OF CUYAHOGA )

The undersigned, being duly sworn, deposes and says that deponent is over the age of 18 years and on the 11th day of August, 2016, the undersigned served the within Notice Of Mechanic's Lien on the following entities by depositing a true copy of same, enclosed in a certified mail, postpaid, properly addressed wrapper, in an official depository of the United States Postal Service in the State of Ohio.

OWNER:
DOWLING COLLEGE
150 IDLE HOUR BLVD
OAKDALE, NY 11769

LEIGH GRAETER

Sworn to before me this
11th day of August, 2016

Notary Public

CHRIS SNYDER
NOTARY PUBLIC · STATE OF OHIO
Recorded in Lake County
My commission expires Aug. 12, 2017