**BARCLAY DAMON LLP**
The Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 856-5500
Facsimile: (716) 856-5510
Beth Ann Bivona
J. Eric Charlton
John R. Weider
Christopher A. Cardillo

*Counsel to Carrier Corporation, Mechanic's Lienor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:

DOWLING COLLEGE,
f/b/d/a DOWLING INSTITUTE,
f/d/b/a DOWLING COLLEGE ALUMNI
  ASSOCIATION,
f/d/b/a/ CECOM,
a/k/a DOWLING COLLEGE, INC.,

                       Debtor.

**AFFIDAVIT OF SERVICE**

Chapter 11

Case No. 16-75545 9 (REG)

---

STATE OF NEW YORK    )
                           ) ss.
COUNTY OF ERIE        )

       Najwa Bishouty, being duly sworn, deposes and says:

       1.     I am not a party to this action, am over 18 years of age and reside in Kenmore, New York.

       2.     On July 25, 2018, I served a copy of the Notice of Perfection of Mechanic's Lien Under 11 USC §546(b) (Doc #568) via UPS overnight delivery on the following:

| | |
|---|---|
| Dowling College<br>Attn: Robert S. Rosenfeld<br>c/o RSR Consulting, LLC<br>49 Roy Avenue<br>Massapequa, New York 11758 | RSR Consulting, LLC<br>Attn: Robert S. Rosenfeld<br>1330 Avenue of the Americas, Suite 23A<br>New York, New York 10019 |
| Klestadt Winters Jureller Southard & Stevens, LLP<br>Attn: Sean C. Southard, Esq.<br>200 West 41st Street, 17th Floor<br>New York, New York 10036 | |

15467798.1

and via the United States Postal Service First Class Mail on the following:

| | |
|---|---|
| Office of the United States Trustee for the Eastern District of New York Attn:  Stan Yang, Esq., Trial Attorney Alfonse D'Amato Federal Courthouse 560 Federal Plaza Central Islip, New York 11722 | Madison Hawk Partners, LLC Attn:  Jeffrey L. Hubbard 575 Lexington Avenue, Suite 4017 New York, New York 10022 |
| Wilmington Trust, National Association Attn:  Jay Smith 25 South Charles Street, 11th Floor Mail Code:  MD2-CS58 Baltimore, Maryland 21201 | White & Case LLP Attn:  Brian D. Pfeiffer, Esq. 1221 Avenue of the Americas New York, New York 10020 |
| Gavin Wilkinson, Senior Vice President UMB Bank, National Association 120 South Sixth Street, Suite 1400 Minneapolis, Minnesota 55402 | Garfunkel Wild, P.C. Attn:  Adam T. Berkowitz, Esq. 111 Great Neck Road, Suite 600 Great Neck, New York 11021 |
| A&G Realty Partners, LLC Attn:  Andrew Graiser 445 Broadhollow Road, Suite 410 Melville, New York 11747 | CBRE, Inc. Attn:  Ellen Rudin 200 Park Avenue New York, New York 10166 |
| ACA Financial Guaranty Corp. Attn:  Carl McCarthy, Esq. and Maria Cheng 555 Theodore Fremd Avenue, Suite C-205 Rye, New York 10580 | Certilman Balin Adler & Hyman, LLP Attn:    Richard J. McCord, Esq. and              Thomas J. McNamara, Esq. 90 Merrick Avenue, 9th Floor East Meadow, New York 11554 |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC Attn:    P. Miyoko Sato, Esq. and             Ian A. Hammel, Esq. One Financial Center Boston, Massachusetts 02111 | Silverman Acampora LLP Attn:  Ronald J. Friedman, Esq. 100 Jericho Quadrangle, Suite 300 Jericho, New York 11753 |

/s/Najwa Bishouty
                    Najwa Bishouty

Sworn to before me this 26th
day of July, 2018.

/s/Deborah L. Komorowski
Notary Public
Deborah L. Komorowski
Notary Public, State of New York
Reg. No. 01KO4804869
Qualified in Erie County
My Commission Expires July 31, 2022