# **Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                                    :    Chapter 11
                                                                              :
DOWLING COLLEGE,                                              :
f/d/b/a DOWLING INSTITUTE,                              :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI            :
ASSOCIATION,                                                      :
f/d/b/a CECOM,                                                      :
a/k/a DOWLING COLLEGE, INC.,                       :
                                                                              :
                                            Debtor.               :
---------------------------------------------------------------x

### ORDER PURSUANT TO SECTIONS 105(a) AND 363(b) OF THE BANKRUPTCY CODE AUTHORIZING TRANSFER OF SPECIAL COLLECTIONS TO OTHER EDUCATIONAL INSTITUTIONS

Upon the motion dated July 27, 2018 (the "Motion") of Dowling College (the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), for an order pursuant to sections 105(a) and 363(b) of Title 11 of the United States Code (the "Bankruptcy Code") authorizing the transfer of the Debtor's Special Collections[1] to the Special Collections Recipients; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested herein; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and appropriate notice of the Motion has been given under the circumstances; and it appearing that no other or further notice need be given; and this Court having reviewed the Declaration of Robert S. Rosenfeld filed on behalf of the Debtor in support of the Motion (the "Rosenfeld Declaration"); and a hearing on the Motion having been held on August 20, 2018; and after due deliberation; and sufficient cause

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

appearing therefore, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Debtor is authorized to transfer the Special Collections to the Special Collections Receipients; and it is further

**ORDERED** that the Debtor has complied with Section 363(d)(1) of the Bankruptcy Code to the extent applicable; and it is further

**ORDERED** that the Debtor is authorized and empowered to take such actions and execute and deliver such documents as are reasonably necessary to effectuate the terms of this Order; and it is further

**ORDERED** that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.