UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

DOWLING COLLEGE,
f/d/b/a DOWLING INSTITUTE,
f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,
f/d/b/a CECOM,
a/k/a DOWLING COLLEGE, INC.,

                         Debtor.

Chapter 11

Case No. 16-75545 (REG)

## TWENTIETH REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM JULY 1, 2018 THROUGH JULY 31, 2018

The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("RSR") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("Mr. Rosenfeld") as Chief Restructuring Officer ("CRO") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period July 1, 2018 through July 31, 2018.

      Exhibit A –   Summary of Fees and Expenses

      Exhibit B –   Summary of Services by Project Category

      Exhibit C –   Detailed time entries by Project Category

      Exhibit D –   Detail of Expenses Incurred

By: /s/ Robert S. Rosenfeld
Robert S. Rosenfeld
August 7, 2018

**Exhibit A**

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses**
**7/1/18 Through 7/31/18**

**Summary of Fees**

| Summary by Professional | Responsibility/ Position in Firm | Hours | Rate | Amount |
|---|---|---|---|---|
| R. Rosenfeld | Chief Restructuring Officer | 56.6 | $ 390.00 | $ 22,074.00 |
| N. Bivona | Managing Director | 63.9 | $ 390.00 | 24,921.00 |
| N. Andrade | Director | 80.3 | $ 350.00 | 28,105.00 |
| **Total** | | **200.8** | | **$ 75,100.00** |
| **Average blended hourly rate** | | | | **$ 374.00** |

**Summary of Expenses**

| | |
|---|---|
| Mail/Postage | $ 1.00 |
| Software expense | 814.00 |
| **Total** | **$ 815.00** |

**RSR Consulting, LLC**                                                  **Exhibit B**
**Dowling College - Case #16-75545 (REG)**
**Summary Billing Report - By Project Category**
**7/1/18 Through 7/31/18**

| Category | Billable Time | Billable Amt |
|---|---:|---:|
| Administration | 0.7 | $ 273.00 |
| Asset Disposition | 15.5 | 6,045.00 |
| Business Analysis | 14.4 | 5,616.00 |
| Business Operations | 78.6 | 28,702.00 |
| Claim Distributions | 1.5 | 545.00 |
| Claims Investigation | 30.2 | 10,678.00 |
| Document Review | 0.5 | 195.00 |
| Dowling-Residential Sales | 9.0 | 3,510.00 |
| Meetings with Creditors and/or Representatives | 2.3 | 897.00 |
| Meetings with Debtor and Representatives | 5.0 | 1,950.00 |
| Meetings with Lawyers | 6.5 | 2,535.00 |
| Phone Call | 1.0 | 390.00 |
| Reporting | 22.6 | 8,694.00 |
| UST Reporting | 9.5 | 3,705.00 |
| Winddown | 3.5 | 1,365.00 |
| **Grand Total** | **200.8** | **$ 75,100.00** |

**RSR Consulting, LLC**  Exhibit C
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**7/1/18 Through 7/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Administration** | | | | | |
| 07/30/2018 | Robert Rosenfeld | Discussions with CBRE and A&G Realty regarding broker commission related to sale of Brookhaven Campus | 0.70 | $390.00/hr | $273.00 |
| **Totals For Administration** | | | **0.70** | | **$273.00** |
| **Asset Disposition** | | | | | |
| 07/02/2018 | Robert Rosenfeld | Call with C. Berger (CBRE) and S. Southard (Klestadt) re: Brookhaven transaction. | 0.40 | $390.00/hr | $156.00 |
| 07/05/2018 | Robert Rosenfeld | Call with C. Berger (CBRE) regarding broker commission on sale of Brookhaven campus and follow up reporting. | 0.40 | $390.00/hr | $156.00 |
| 07/16/2018 | Neil Bivona | Meet w/ S Bienenstock re: prep for closing and transition issues. | 1.00 | $390.00/hr | $390.00 |
| 07/16/2018 | Robert Rosenfeld | Meeting with buyer for Brookhaven Campus and N. Bivona re: transition for buyer. | 1.00 | $390.00/hr | $390.00 |
| 07/17/2018 | Neil Bivona | Review information from utilities providers re: process and timing for transition of accounts to Triple Five. | 0.50 | $390.00/hr | $195.00 |
| 07/20/2018 | Neil Bivona | Prepare correspondence & forward information / required applications to S. Bienenstock for transfer of electric, gas, water and phone accounts. | 1.30 | $390.00/hr | $507.00 |
| 07/20/2018 | Neil Bivona | Review Triple Five request for addition time to close. Correspondence w/ R> Rosenfeld re: additional carrying costs for two months. | 0.50 | $390.00/hr | $195.00 |
| 07/23/2018 | Neil Bivona | Correspondence w/ Triple Five environmental advisor re: site visit and requested information.  Gather requested info & set up Box.com site for access. | 1.40 | $390.00/hr | $546.00 |
| 07/23/2018 | Neil Bivona | Prepare analysis of debtor carrying costs resulting form two month delay in closing of Brookhaven sale. | 2.00 | $390.00/hr | $780.00 |
| 07/23/2018 | Robert Rosenfeld | Call with S. Southard, R. Friedman, I. Hammel, J. Ramirez regarding issues relating to Brookhaven closing and WARN complaint potential settlement. | 0.40 | $390.00/hr | $156.00 |
| 07/24/2018 | Neil Bivona | Complete environmental Phase I questionnaire for Triple Five environmental advisor.   Meet w/ S. Bienenstock & environmental advisor at Campus. | 1.80 | $390.00/hr | $702.00 |
| 07/24/2018 | Robert Rosenfeld | Meeting with S. Bienenstock (Triple 5) to discuss status of closing date. | 0.50 | $390.00/hr | $195.00 |
| 07/24/2018 | Robert Rosenfeld | Review analysis for extended closing date for Brookhaven campus and make revisions for sending to creditors. | 1.00 | $390.00/hr | $390.00 |
| 07/25/2018 | Neil Bivona | Review draft motion, order and Rosenfeld declaration re: donation of library special collections. | 0.80 | $390.00/hr | $312.00 |
| 07/27/2018 | Robert Rosenfeld | Call with Triple 5 regarding extension of closing date impact on costs for estate. | 0.50 | $390.00/hr | $195.00 |
| 07/27/2018 | Robert Rosenfeld | Follow up discussions with S. Southard and S. Bienenstock (Triple 5) regarding extension of closing date; make revisions to cost impact analysis and circulate to creditors and Triple 5. | 1.00 | $390.00/hr | $390.00 |
| 07/29/2018 | Robert Rosenfeld | Review amendment to Brookhaven APA extension agreement and provide comments to counsel. | 1.00 | $390.00/hr | $390.00 |

**RSR Consulting, LLC**                                                                       **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**7/1/18 Through 7/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Totals For Asset Disposition** | | | **15.50** | | **$6,045.00** |
| **Business Analysis** | | | | | |
| 07/10/2018 | Neil Bivona | Review healthplex dental claim analysis and draft executive summary for DOL. send to S. Southard for review. | 2.60 | $390.00/hr | $1,014.00 |
| 07/12/2018 | Neil Bivona | Work on presentation for creditor call. | 3.50 | $390.00/hr | $1,365.00 |
| 07/13/2018 | Neil Bivona | Prepare draft of presentation to BOT for update call on 7-17-18 & circulate to S. Southard & R. Rosenfeld for review & comment. | 2.80 | $390.00/hr | $1,092.00 |
| 07/16/2018 | Neil Bivona | Meet w/ R. Rosenfeld re: BOT presentation comments & additional analysis for creditor report. | 0.50 | $390.00/hr | $195.00 |
| 07/24/2018 | Neil Bivona | Meet w/ R. Rosenfeld to discuss remaining tasks through confirmation and post-confirmation wind-down and RSR projected staffing / costs. | 0.50 | $390.00/hr | $195.00 |
| 07/24/2018 | Neil Bivona | Calculate DIP interest daily accrual for delayed closing analysis & review / proof analysis. | 0.50 | $390.00/hr | $195.00 |
| 07/25/2018 | Neil Bivona | Review and revise DIP budget through Confirmation, Post-Confirm wind down budget, settlement agreement waterfall and creditor cash recovery analysis for creditor presentation. Finalize presentation for distribution. | 2.50 | $390.00/hr | $975.00 |
| 07/31/2018 | Neil Bivona | Review and revise DIP budget through confirmation & reformat on a weekly basis for distribution/approval by DIP lenders. | 1.50 | $390.00/hr | $585.00 |
| **Totals For Business Analysis** | | | **14.40** | | **$5,616.00** |
| **Business Operations** | | | | | |
| 07/02/2018 | Robert Rosenfeld | Work on month end closing for June 2018 and update Debtor's books and records and prepare for MOR for June. | 4.50 | $390.00/hr | $1,755.00 |
| 07/02/2018 | Nelson Andrade | Manage correspondence related to previous week's payments. Reset certain wire transfers that were not executed. | 0.80 | $350.00/hr | $280.00 |
| 07/03/2018 | Robert Rosenfeld | Work on month end closing of books for June 2018 and update quickbooks for activity. | 2.00 | $390.00/hr | $780.00 |
| 07/03/2018 | Nelson Andrade | Reset certain wire transfers that were not executed. | 0.30 | $350.00/hr | $105.00 |
| 07/05/2018 | Nelson Andrade | Create instructions for weekly payments, review files and invoices received, make corrections to file, coordinate internally and manage related correspondence. Prepare transfers and wires and send for approval in banking system. | 2.00 | $350.00/hr | $700.00 |
| 07/05/2018 | Robert Rosenfeld | Work on processing and payment of bills for week and banking transactions for debtor. | 1.50 | $390.00/hr | $585.00 |
| 07/09/2018 | Neil Bivona | Prepare draft DIP budget through year-end 2018. | 2.30 | $390.00/hr | $897.00 |
| 07/09/2018 | Neil Bivona | Prepare draft post-confirmation wind down administrative budget. | 2.00 | $390.00/hr | $780.00 |
| 07/09/2018 | Robert Rosenfeld | Prepare analysis for UST quarterly fee calculation for Q2 2018. | 1.00 | $390.00/hr | $390.00 |
| 07/10/2018 | Robert Rosenfeld | Process and make transfers for payroll funding. | 0.50 | $390.00/hr | $195.00 |
| 07/10/2018 | Robert Rosenfeld | Update accounting for month end closing. | 1.00 | $390.00/hr | $390.00 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**7/1/18 Through 7/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 07/10/2018 | Nelson Andrade | Create the transfers, wires and back up documentation for the Payroll funding. Manage related correspondence and deal with issues in the bank system. | 1.50 | $350.00/hr | $525.00 |
| 07/12/2018 | Nelson Andrade | Create instructions for weekly payments, review files and invoices received, make corrections to file, coordinate internally and manage related correspondence. Prepare transfers and wires and send for approval in banking system. | 2.20 | $350.00/hr | $770.00 |
| 07/12/2018 | Robert Rosenfeld | Process payments for vendors for week and update accounting in quickbooks. | 1.00 | $390.00/hr | $390.00 |
| 07/13/2018 | Nelson Andrade | Prepare compliance report for week 75. Create all files and compile into one PDF file for distribution. Manage related correspondence. | 1.90 | $350.00/hr | $665.00 |
| 07/13/2018 | Nelson Andrade | Prepare compliance report for week 74. Create all files and compile into one PDF file for distribution. Manage related correspondence. | 1.70 | $350.00/hr | $595.00 |
| 07/13/2018 | Nelson Andrade | Prepare compliance report for week 73. Create all files and compile into one PDF file for distribution. Manage related correspondence. | 1.80 | $350.00/hr | $630.00 |
| 07/13/2018 | Nelson Andrade | Include budget for weeks 73-78 into the compliance model. | 1.90 | $350.00/hr | $665.00 |
| 07/16/2018 | Neil Bivona | Review comments and edit / finalize presentation for BOT update call. | 2.00 | $390.00/hr | $780.00 |
| 07/16/2018 | Nelson Andrade | Include budget for weeks 79-84 into the compliance model. | 2.30 | $350.00/hr | $805.00 |
| 07/17/2018 | Neil Bivona | Review weekly DIP compliance reports. | 0.60 | $390.00/hr | $234.00 |
| 07/17/2018 | Neil Bivona | Review, research & address student transcript and account inquiries. | 0.50 | $390.00/hr | $195.00 |
| 07/17/2018 | Neil Bivona | Follow up call w/ R. Rosenfeld re: next steps in wind down. | 0.40 | $390.00/hr | $156.00 |
| 07/17/2018 | Robert Rosenfeld | Follow up call with N. Bivona regarding next steps on winddown process. | 0.40 | $390.00/hr | $156.00 |
| 07/18/2018 | Neil Bivona | Review invoices & related correspondence. | 0.50 | $390.00/hr | $195.00 |
| 07/18/2018 | Nelson Andrade | Review professional fee for certain professionals and how it compares to budget. | 1.00 | $350.00/hr | $350.00 |
| 07/19/2018 | Neil Bivona | Call with Michael Cavallaro (Arc Excess), S. Southard, H. Kleinberg and R. Rosenfeld regarding D&O coverage in connection with Plan of Liquidation process. | 0.50 | $390.00/hr | $195.00 |
| 07/19/2018 | Robert Rosenfeld | Call with Michael Cavallaro (Arc Excess), S. Southard, H. Kleinberg and N. Bivona regarding D&O coverage in connection with Plan of Liquidation process. | 0.50 | $390.00/hr | $195.00 |
| 07/19/2018 | Nelson Andrade | Compile and summarize all disbursements made under the DIP loans from Dec 2016 through Jun 2018. Create report and manage related correspondence. | 1.20 | $350.00/hr | $420.00 |
| 07/19/2018 | Nelson Andrade | Update professional fees report and control based on all invoices received to date. | 2.10 | $350.00/hr | $735.00 |
| 07/19/2018 | Nelson Andrade | Prepare compliance report for week 77. Create all files and compile into one PDF file for distribution. Manage related correspondence. | 2.00 | $350.00/hr | $700.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**7/1/18 Through 7/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 07/19/2018 | Nelson Andrade | Prepare compliance report for week 78. Create all files and compile into one PDF file for distribution. Manage related correspondence. | 1.90 | $350.00/hr | $665.00 |
| 07/19/2018 | Nelson Andrade | Prepare compliance report for week 76. Create all files and compile into one PDF file for distribution. Manage related correspondence. | 2.10 | $350.00/hr | $735.00 |
| 07/20/2018 | Neil Bivona | Attend to fire alar in Nat Ctr Building B. Meet w/ fire chief & fire marshal. | 2.00 | $390.00/hr | $780.00 |
| 07/20/2018 | Nelson Andrade | Create instructions for weekly payments, review files and invoices received, make corrections to file, coordinate internally and manage related correspondence. Prepare transfers and wires and send for approval in banking system. | 2.00 | $350.00/hr | $700.00 |
| 07/20/2018 | Nelson Andrade | Discuss and make adjustments to the weekly disbursements based on certain special cases (last minute invoice received, former wire payee that changed to check, payee that was changed to NYS A/R Levy and petty cash) | 0.80 | $350.00/hr | $280.00 |
| 07/20/2018 | Nelson Andrade | Internal call to discuss upcoming creditor presentation. Review material and manage related correspondence. | 1.50 | $350.00/hr | $525.00 |
| 07/20/2018 | Robert Rosenfeld | Work on processing of disbursements for week and update accounting. | 0.80 | $390.00/hr | $312.00 |
| 07/23/2018 | Neil Bivona | Arrived to find fire panel in alarm mode & AC not working. Trip to hardware store for fans. Meet w/ Simplex technician re: alarm and no panel call out to central station. Meet with Fire Marshall to review alarm events Friday and Saturday and plan / timeframe to remedy. | 2.30 | $390.00/hr | $897.00 |
| 07/23/2018 | Nelson Andrade | Update student AR account analysis and reconciliation, determine amount to remain in the account, amount for sweep to be paid to RCS. | 1.50 | $350.00/hr | $525.00 |
| 07/24/2018 | Nelson Andrade | Compile excel presentation files. | 1.00 | $350.00/hr | $350.00 |
| 07/24/2018 | Nelson Andrade | Update slides for the creditor presentation. Include additional analyses into the presentation. | 1.60 | $350.00/hr | $560.00 |
| 07/24/2018 | Neil Bivona | Review various vendor invoices & payments. Follow up for missing invoices. Review NY State tax levy release re: landscaper AP. | 0.50 | $390.00/hr | $195.00 |
| 07/24/2018 | Nelson Andrade | Create the transfers, wires and back up documentation for the Payroll funding. Manage related correspondence and deal with issues in the bank system. | 1.20 | $350.00/hr | $420.00 |
| 07/24/2018 | Robert Rosenfeld | Work on updating cash activity for Debtor in quickbooks; process disbursements for vendors. | 1.00 | $390.00/hr | $390.00 |
| 07/25/2018 | Nelson Andrade | Updated creditor presentation to fix font size across presentation, added formatting details and dollar signs and fixed other small issues. | 1.50 | $350.00/hr | $525.00 |
| 07/25/2018 | Nelson Andrade | Proofread creditor presentation, suggest updates as needed. Manage internal communication and related correspondence. | 2.00 | $350.00/hr | $700.00 |

**RSR Consulting, LLC**                                                                       **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**7/1/18 Through 7/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 07/25/2018 | Neil Bivona | Correspondence w/ D. Holliday re: St. Joseph's timing for acceptance of library special collection donation and w/ D. Scalzo re: information needed for completion of final Title IV FISAP report with U.S. DOE. | 0.50 | $390.00/hr | $195.00 |
| 07/25/2018 | Neil Bivona | Meet w/ W. Benka re: status of server project & Banner reports needed to complete final FISAP report. | 0.50 | $390.00/hr | $195.00 |
| 07/26/2018 | Nelson Andrade | Status call to preview creditor presentation. | 1.00 | $350.00/hr | $350.00 |
| 07/26/2018 | Nelson Andrade | Work on compliance report for weeks 79-81 and determine certain issues with variance report. Communicate internally and manage related correspondence. | 1.50 | $350.00/hr | $525.00 |
| 07/26/2018 | Nelson Andrade | Complete compliance report for weeks 79-81 based on discussion related to allocation issues in certain categories. | 2.00 | $350.00/hr | $700.00 |
| 07/27/2018 | Nelson Andrade | Create instructions for weekly payments, review files and invoices received, make corrections to file, coordinate internally and manage related correspondence. Prepare transfers and wires and send for approval in banking system. | 2.00 | $350.00/hr | $700.00 |
| 07/27/2018 | Nelson Andrade | Create instructions for student AR payments, review files and invoices received. Prepare transfers and wires and send for approval in banking system. | 1.00 | $350.00/hr | $350.00 |
| 07/27/2018 | Nelson Andrade | Revise compliance reports for weeks 79-81. Recreate files and distribute internally. Manage related correspondence and communication. | 1.50 | $350.00/hr | $525.00 |
| 07/27/2018 | Robert Rosenfeld | Process weekly disbursements for debtor and update Debtor accounting. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Business Operations** | | | **78.60** | | **$28,702.00** |
| **Claim Distributions** | | | | | |
| 07/12/2018 | Nelson Andrade | Update Cigna analysis to change co-pay from 10% to 0%. | 1.00 | $350.00/hr | $350.00 |
| 07/19/2018 | Neil Bivona | Meet w/ A. Dimola re: conversation with ADP re: process for making employee priority claim distributions. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Claim Distributions** | | | **1.50** | | **$545.00** |
| **Claims Investigation** | | | | | |
| 07/02/2018 | Nelson Andrade | Incorporate Plan year in the Heathplex claims analysis. | 1.50 | $350.00/hr | $525.00 |
| 07/02/2018 | Nelson Andrade | Incorporate amounts that have already been paid into the Heathplex claims analysis or the Faculty Non-Preventative pool of claims. | 2.00 | $350.00/hr | $700.00 |
| 07/02/2018 | Nelson Andrade | Allocate certain employees that were mislabeled as staff, but were in fact faculty. Make corrections to the model and the database. | 2.00 | $350.00/hr | $700.00 |
| 07/03/2018 | Nelson Andrade | Make corrections related to the relabeled individuals for precision purposes. Update the Healthplex model and push changes to the summary database and summary tabs. | 2.50 | $350.00/hr | $875.00 |
| 07/03/2018 | Nelson Andrade | Set up and create capability for the model to incorporate the maximum benefit into the Healthplex claims model for each individual. | 3.00 | $350.00/hr | $1,050.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**7/1/18 Through 7/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---:|---:|---:|
| 07/03/2018 | Nelson Andrade | Manage internal correspondence related to mislabeling and correcting certain individuals and their claims. | 0.50 | $350.00/hr | $175.00 |
| 07/05/2018 | Nelson Andrade | Create a new summary including the feasibility to include the maximum benefit per patient. Make changes to incorporate changes into Staff/Faculty claims. | 2.50 | $350.00/hr | $875.00 |
| 07/05/2018 | Nelson Andrade | Create a new summary including the feasibility to include the maximum benefit per patient. Make changes to incorporate changes into Preventative and Non-Preventative claims. | 2.50 | $350.00/hr | $875.00 |
| 07/09/2018 | Nelson Andrade | Start crafting the statistics page for the Healthplex claims in the same format as the Cigna report. | 1.50 | $350.00/hr | $525.00 |
| 07/09/2018 | Nelson Andrade | Finalize deductible calculation for staff non-preventative claims. | 2.50 | $350.00/hr | $875.00 |
| 07/09/2018 | Nelson Andrade | Finalize deductible calculation for faculty non-preventative claims. | 2.50 | $350.00/hr | $875.00 |
| 07/10/2018 | Nelson Andrade | Finalize statistics page related to the Healthplex claims. | 2.50 | $350.00/hr | $875.00 |
| 07/11/2018 | Nelson Andrade | Discuss and execute certain changes to the Healthplex analysis.  manage related correspondence and communication. | 0.80 | $350.00/hr | $280.00 |
| 07/13/2018 | Neil Bivona | Research HIPAA requirements & draft letter to employee H. Bausenwein re: request for more info on unpaid medical claim. | 1.50 | $390.00/hr | $585.00 |
| 07/13/2018 | Nelson Andrade | Prepare summary Healthplex report for counsel review. Manage related internal and external correspondence. | 0.40 | $350.00/hr | $140.00 |
| 07/18/2018 | Neil Bivona | Review medical claim info in employee proof of claim vs. Cigna data. | 0.60 | $390.00/hr | $234.00 |
| 07/18/2018 | Nelson Andrade | Respond to counsel request related to dental claims. Review previously sent file and revise based on employee information.  Manage related correspondence. | 0.80 | $350.00/hr | $280.00 |
| 07/19/2018 | Neil Bivona | Review edits to Cigna medical claim analysis w/ N. Andrade re: proper application of employee coinsurance. | 0.60 | $390.00/hr | $234.00 |
| **Totals For Claims Investigation** | | | **30.20** | | **$10,678.00** |
| **Document Review** | | | | | |
| 07/20/2018 | Neil Bivona | Review BOT meeting minutes and draft resolution re: disposition of library special collections. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Document Review** | | | **0.50** | | **$195.00** |
| **Dowling-Residential Sales** | | | | | |
| 07/03/2018 | Robert Rosenfeld | Call with J. Sturchio (DE) regarding status of sales of remaining Oakdale residential properties. | 0.40 | $390.00/hr | $156.00 |
| 07/03/2018 | Robert Rosenfeld | Call with R. Bertucci and M. Sato regarding next steps on Oakdale properties; follow up with M. White to discuss same and set up call with Oppenheimer and M. White. | 0.50 | $390.00/hr | $195.00 |

**RSR Consulting, LLC**                                                                                                **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**7/1/18 Through 7/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 07/03/2018 | Robert Rosenfeld | Work on response to Mercury relating to response from D. Cook on 7/2/18. | 0.50 | $390.00/hr | $195.00 |
| 07/04/2018 | Robert Rosenfeld | Make revisions to response to Mercury in connection with purchase of Oakdale properties; discuss follow up with J. Sturchio (DE) regarding Oakdale houses. | 0.50 | $390.00/hr | $195.00 |
| 07/05/2018 | Robert Rosenfeld | Call with R. Bertucci, M. Sato, M. White to discuss issues relating to remaining Oakdale residential properties. | 0.50 | $390.00/hr | $195.00 |
| 07/05/2018 | Robert Rosenfeld | Call with Garfunkel Wild; R. Bertucci; M. Sato; M. White to discuss follow up to sale of remaining Oakdale residential properties. | 0.70 | $390.00/hr | $273.00 |
| 07/09/2018 | Robert Rosenfeld | Discuss status of Oakdale residential sales with N. Bivona; coordinate meeting with lender's counsel; M. White; R. Bertucci to discuss options. | 0.80 | $390.00/hr | $312.00 |
| 07/10/2018 | Robert Rosenfeld | Discuss status of remaining three Oakdale residential properties with J. Sturchio (DE) and review correspondence on status. | 1.00 | $390.00/hr | $390.00 |
| 07/11/2018 | Robert Rosenfeld | Call with R. Bertucci regarding follow up to Mercury offer on remaining Oakdale residential properties; coordinate conference call with S. Southard and Oppenheimer. | 0.50 | $390.00/hr | $195.00 |
| 07/11/2018 | Robert Rosenfeld | Call with R. Bertucci, S. Southard, N. Bivona to discuss status of Mercury offer and next steps; draft responses to Mercury relating to offer on Oakdale residential properties. | 0.80 | $390.00/hr | $312.00 |
| 07/11/2018 | Neil Bivona | Call w/ R. Bertucci, M. White, S. Leyden & D Niknamfard re: status of title issues on remaining properties in Oakdale. | 0.60 | $390.00/hr | $234.00 |
| 07/11/2018 | Neil Bivona | Call w R. Bertucci, R. Rosenfeld, M. Sato & S. Southard re: strategy re: Mercury / sale of remaining Oakdale properties. | 0.50 | $390.00/hr | $195.00 |
| 07/18/2018 | Robert Rosenfeld | Review revised pro forma contracts for 135 Idle Hour; 64 Chateau; and 121 Central. Discuss with R. Bertucci status of process. | 1.00 | $390.00/hr | $390.00 |
| 07/19/2018 | Robert Rosenfeld | Calls with D. Cook (Mercury) and follow up with R. Bertucci regarding status of remaining Oakdale properties sales. | 0.50 | $390.00/hr | $195.00 |
| 07/26/2018 | Robert Rosenfeld | Review correspondence related to sale of remaining Dowling houses and discuss with R. Bertucci status. | 0.20 | $390.00/hr | $78.00 |
| **Totals For Dowling-Residential Sales** | | | **9.00** | | **$3,510.00** |
| **Meetings with Creditors and/or Representatives** | | | | | |
| 07/20/2018 | Neil Bivona | Call w/ I. Hammel re: DIP TL D balances and wind-down timing / creditor call. | 0.30 | $390.00/hr | $117.00 |
| 07/27/2018 | Robert Rosenfeld | Call with Creditors regarding status of next steps in case. | 2.00 | $390.00/hr | $780.00 |
| **Totals For Meetings with Creditors and/or Representatives** | | | **2.30** | | **$897.00** |
| **Meetings with Debtor and Representatives** | | | | | |
| 07/17/2018 | Neil Bivona | Attend Board of Trustee update call. | 1.50 | $390.00/hr | $585.00 |
| 07/17/2018 | Robert Rosenfeld | Attend Board of Trustee meeting with counsel; RSR and counsel to Board. | 1.50 | $390.00/hr | $585.00 |

**RSR Consulting, LLC**                                                       **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**7/1/18 Through 7/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 07/26/2018 | Robert Rosenfeld | Attend call with S. Southard, L. Kiss, N. Bivona status of case and prep for call with lenders. | 0.80 | $390.00/hr | $312.00 |
| 07/31/2018 | Robert Rosenfeld | Call with S. Southard and N. Bivona to discuss status of Brookhaven campus closing and discussions with buyer; and other issues in case. | 1.20 | $390.00/hr | $468.00 |
| **Totals For Meetings with Debtor and Representatives** | | | **5.00** | | **$1,950.00** |
| **Meetings with Lawyers** | | | | | |
| 07/11/2018 | Robert Rosenfeld | Call with S. Southard and N. Bivona to discuss status of activities and winddown. | 1.00 | $390.00/hr | $390.00 |
| 07/11/2018 | Neil Bivona | Call w/ R. Rosenfeld & S. Southard re: case status & wind down. | 1.00 | $390.00/hr | $390.00 |
| 07/16/2018 | Neil Bivona | Call w/ S. Southard, L. Kiss & R. Rosenfeld re: comments to draft BOT presentation & additional analysis. | 1.00 | $390.00/hr | $390.00 |
| 07/17/2018 | Neil Bivona | Call w/ S. Southard, L. Kiss & R. Rosenfeld re: prep for BOT update call. | 0.50 | $390.00/hr | $195.00 |
| 07/17/2018 | Robert Rosenfeld | Call with S. Southard, N. Bivona, and L. Kiss regarding prep for Board of Trustees meeting. | 0.50 | $390.00/hr | $195.00 |
| 07/19/2018 | Robert Rosenfeld | Call with S. Southard and H. Kleinberg regarding status of Plan of Reorganization planning process. | 0.70 | $390.00/hr | $273.00 |
| 07/20/2018 | Neil Bivona | Call w/ S. Southard re: wind-down budget and timing / process for payment of professional fee holdbacks and other administrative claims. | 0.60 | $390.00/hr | $234.00 |
| 07/31/2018 | Neil Bivona | Call w/ S. Southard & R. Rosenfeld re: status of AP amendment/closing & BOT issues. | 1.20 | $390.00/hr | $468.00 |
| **Totals For Meetings with Lawyers** | | | **6.50** | | **$2,535.00** |
| **Phone Call** | | | | | |
| 07/03/2018 | Neil Bivona | Call w/ L. Templeman (NYSED) & D. Impagliazzo re student records. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Phone Call** | | | **1.00** | | **$390.00** |
| **Reporting** | | | | | |
| 07/12/2018 | Robert Rosenfeld | Review draft report for Board and Creditors and provide comments. | 1.50 | $390.00/hr | $585.00 |
| 07/16/2018 | Robert Rosenfeld | Call with S. Southard, L. Kiss, and N. Bivona to discuss status of Board of Trustee's report and follow up issues relating to report. | 1.00 | $390.00/hr | $390.00 |
| 07/16/2018 | Robert Rosenfeld | Discuss with N. Bivona report for Board of Trustees and follow up analysis for reporting. | 0.50 | $390.00/hr | $195.00 |
| 07/17/2018 | Robert Rosenfeld | Call with N. Bivona to discuss winddown budget and final DIP budget to Plan Confirmation. | 0.50 | $390.00/hr | $195.00 |
| 07/19/2018 | Neil Bivona | Begin preparation of presentation for creditor all hands call. | 2.50 | $390.00/hr | $975.00 |
| 07/20/2018 | Neil Bivona | Call w R. Rosenfeld & N. Andrade re: preparation of creditor presentation. | 1.00 | $390.00/hr | $390.00 |
| 07/20/2018 | Robert Rosenfeld | Call with N.Bivona and N. Andrade regarding presentation for creditors. | 1.00 | $390.00/hr | $390.00 |
| 07/23/2018 | Neil Bivona | Work on creditor presentation re analysis of cash distributions post-confirmation and alternative Ch. 7 liquidation analysis. | 3.40 | $390.00/hr | $1,326.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**7/1/18 Through 7/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---:|---:|---:|
| 07/23/2018 | Nelson Andrade | Create pre-confirmation task slide. Make changes to the excel back up file, incorporate changes to the powerpoint file. | 1.50 | $350.00/hr | $525.00 |
| 07/23/2018 | Nelson Andrade | Create post-confirmation task slide. Make changes to the excel back up file, incorporate changes to the powerpoint file. | 1.50 | $350.00/hr | $525.00 |
| 07/24/2018 | Neil Bivona | Complete first draft of creditor presentation including creating slides for settlement agreement waterfall illustration and cash distribution at consummation illustration. Reconcile to DIP tracking and earlier analyses for conformity of results. Review and revise DIP budget through confirmation and post-confirmation window budget slides. Update priority claim slide & proofread entire presentation. | 4.30 | $390.00/hr | $1,677.00 |
| 07/25/2018 | Neil Bivona | Discussions w/ R. Rosenfeld, S. Southard & N. Andrade and review correspondence w/ comments form L. Kiss and J. Corneau re: comments to creditor presentation. Review and edit presentation to reflect comments. | 2.50 | $390.00/hr | $975.00 |
| 07/25/2018 | Robert Rosenfeld | Review revised draft presentation to lenders and make revisions to report. | 1.40 | $390.00/hr | $546.00 |
| **Totals For Reporting** | | | **22.60** | | **$8,694.00** |
| **UST Reporting** | | | | | |
| 07/05/2018 | Robert Rosenfeld | Work on MOR for June 2018. | 3.50 | $390.00/hr | $1,365.00 |
| 07/09/2018 | Robert Rosenfeld | Work on MOR for June 2018 and prepare month end adjustments. | 3.50 | $390.00/hr | $1,365.00 |
| 07/10/2018 | Robert Rosenfeld | Work on MOR for June 2018. | 1.50 | $390.00/hr | $585.00 |
| 07/16/2018 | Robert Rosenfeld | Work on MOR and UST quarterly fee analysis for Q2 2018. | 1.00 | $390.00/hr | $390.00 |
| **Totals For UST Reporting** | | | **9.50** | | **$3,705.00** |
| **Winddown** | | | | | |
| 07/19/2018 | Robert Rosenfeld | Work on winddown budget for Pre confirmation and post confirmation period for funding of remaining portion of case. | 3.50 | $390.00/hr | $1,365.00 |
| **Totals For Winddown** | | | **3.50** | | **$1,365.00** |
| **Grand Total** | | | **200.80** | | **$75,100.00** |

11

**RSR Consulting, LLC**  **Exhibit D**
**Dowling College - Case #16-75545 (REG)**
**Detailed Expense Report**
**7/1/18 Through 7/31/18**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 07/11/2018 | Robert Rosenfeld | Monthly payment for quickbooks for Right Networks subscription for Debtor accounting. | $15.00 |
| 07/20/2018 | Neil Bivona | Online purchase of RedHat software licenses for IT conversion project. | $799.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$814.00** |
| **Mailing/Postage** | | | |
| 07/21/2018 | Robert Rosenfeld | Postage for UST quarterly fee payment for Q2 2018 | $1.00 |
| **Totals Billable Amounts for Mailing/Postage** | | | **$1.00** |
| **Grand Total** | | | **$815.00** |