UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re: DOWLING COLLEGE, f/d/b/a DOWLING
INSTITUTE, f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION, f/d/b/a CECOM,
a/k/a DOWLING COLLEGE, INC.,

                                             Debtor(s)
-----------------------------------------------------------------x

Case No. 16-75545 (REG)

Chapter 11

## CHANGE OF DEBTOR(S) ADDRESS

Sir / Madam:

      Please amend the Court's records to reflect my change of address as follows:

**DEBTOR'S NAME:** Dowling College

**JOINT DEBTOR'S NAME:** _____

**OLD ADDRESS:** Dowling College
150 Idle Hour Boulevard
Oakdale, New York 11769

**NEW ADDRESS:** Dowling College
P.O. Box 470
Massapequa Park, New York 11762

**EMAIL ADDRESS:** rsrosenfeld@rsrconsultingllc.com
**PHONE NUMBER:** Robert S. Rosenfeld, CRO, (212) 658-0301

**DO THE DEBTOR(S) HAVE A DeBN ACCOUNT?** ____ YES ✓ NO

Dated: August 13, 2018

                                                                _[signature]_
                                                                *Debtor's Signature*

                                                                *Joint Debtor's Signature*

**NOTE:** *This does __NOT__ reflect a change in caption. Any change to the caption must be done by Order and Application to the Court.*