**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
DOWLING COLLEGE,                                   :
f/d/b/a DOWLING INSTITUTE,                         :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                     :
ASSOCIATION,                                       :
f/d/b/a CECOM,                                     :
a/k/a DOWLING COLLEGE, INC.,                       :
                                                   :
                               Debtor.             :
---------------------------------------------------------------x

### NOTICE OF PROPOSED SALE OF RESIDENTIAL PORTFOLIO
### LOCATED AT 274 CONNETQUOT DRIVE, OAKDALE, NY 11769

**PLEASE TAKE NOTICE** that on November 29, 2016, Dowling College (the "Debtor") filed the Debtor's Motion for Entry of Interim and Final Orders (I) Approving Sale Procedures for the Sale of the Debtor's Residential Portfolio and (II) Approving Such Sales of the Debtor's Residential Portfolio Free and Clear of Liens, Claims, Encumbrances, and Other Interests [DE 13].

**PLEASE TAKE FURTHER NOTICE** that on January 13, 2017, the Bankruptcy Court entered the Second Order Authorizing Sales of Residential Portfolio and Related Procedures [DE

164], which approved certain residential sale procedures (the "Residential Sale Procedures") set forth therein.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Residential Sale Procedures, notice is hereby given of the following proposed sale transaction (the "Proposed Sale"):

| Address | Gross Sale Price |
|---|---|
| 274 Connetquot Drive, Oakdale, NY 11769[1] | $30,000 |

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Proposed Sale shall be made in writing and filed with the Court by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, on a 3.5 inch floppy disc or compact disc, preferably in portable document Format (PDF), Microsoft Word, or any other Windows Based word processing format, and served upon (i) counsel to the Debtor: Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036, Attn: Sean C. Southard, Esq.; (ii) counsel to the Debtor's material prepetition and post-petition secured lenders: (a) Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111, Attn: P. Miyoko Sato, Esq. and Ian A. Hammel, Esq., (b) White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020-1095, Attn: Brian D. Pfeiffer, Esq., (c) Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, 9th Floor, East Meadow, NY 11554, Attn: Richard J. McCord, Esq. and Thomas J. McNamara, Esq., and (d) Garfunkel Wild, P.C., 111 Great Neck Road, Great Neck, NY 11021, Attn: Adam T. Berkowitz, Esq.; and

---

[1] The Debtor had previously filed a notice of proposed sale of 274 Connetquot Drive, Oakdale, NY 11769 on April 3, 2018 [DE 509]. However, the proposed sale did not go forward.

(iii) counsel to the Creditors' Committee: SilvermanAcampora, LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Ronald J. Friedman, Esq.; and (iv) all parties asserting a lien of record against 274 Connetquot Drive, Oakdale, NY 11769, **so as to be received no later than 4:00 p.m. (Prevailing Eastern Time) on August 30, 2018.**

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Residential Sale Procedures, if no objections are timely received to the Proposed Sale, the Debtor will file with the Bankruptcy Court a certification as to the lack of objection concerning the Proposed Sale and thereafter proceed to close the Proposed Sale free and clear of all liens, claims, interests and encumbrances.

Dated:  New York, New York
        August 20, 2018

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:  */s/ Sean C. Southard*
     Sean C. Southard
     Lauren C. Kiss
     200 West 41st Street, 17th Floor
     New York, NY 10036
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email: ssouthard@klestadt.com
            lkiss@klestadt.com

*Counsel to the Debtor and Debtor in Possession*