**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-*
*Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DOWLING COLLEGE, | : |  |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : |  |
| ASSOCIATION, | : |  |
| f/d/b/a CECOM, | : |  |
| a/k/a DOWLING COLLEGE, INC., | : |  |
|  | : |  |
| Debtor. | : |  |

---------------------------------------------------------------x

### CERTIFICATE OF NO OBJECTION REGARDING NOTICE
### OF PROPOSED SALE OF RESIDENTIAL PORTFOLIO
### <u>LOCATED AT 64 CHATEAU DRIVE, OAKDALE, NY 11769</u>

Pursuant to 28 U.S.C. § 1746, the undersigned certifies as follows:

1.    On August 8, 2018, Dowling College (the "<u>Debtor</u>") filed a *Notice of Proposed*

*Sale of Residential Portfolio Located at 64 Chateau Drive, Oakdale, NY 11769* (the "<u>Sale Notice</u>")

[DE 574].

2.    On August 8, 2018, in accordance with the Second Order Authorizing Sales of

Residential Portfolio and Related Procedures [DE 164], the Sale Notice was served on all

interested parties.  The affidavit of service related to the Sale Notice was filed at Docket Entry 579.

3.       Pursuant to the Sale Notice, objections to the proposed sale had to be filed by August 20, 2018 (the "Objection Deadline").

4.       The Objection Deadline has passed and no objection or other responsive pleading to the Sale Notice has been filed with the Court or served upon the Debtor's undersigned counsel.

5.       Accordingly, the Debtor will proceed to close the sale of the Debtor's property located at 64 Chateau Drive, Oakdale, NY 11769 free and clear of all liens, claims, interests and encumbrances.

Dated:   New York, New York
          August 21, 2018

                                        KLESTADT WINTERS JURELLER
                                           SOUTHARD & STEVENS, LLP


                              By:   */s/ Sean C. Southard*
                                    Sean C. Southard
                                    Lauren C. Kiss
                                    200 West 41st Street, 17th Floor
                                    New York, NY 10036
                                    Tel: (212) 972-3000
                                    Fax: (212) 972-2245
                                    Email: ssouthard@klestadt.com
                                             lkiss@klestadt.com

                                    *Counsel to the Debtor and Debtor in
                                      Possession*