**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |

----------------------------------------------------------------x

### CERTIFICATE OF NO OBJECTION REGARDING NOTICE OF PROPOSED SALE OF RESIDENTIAL PORTFOLIO LOCATED AT 135 IDLE HOUR BOULEVARD, OAKDALE, NY 11769

Pursuant to 28 U.S.C. § 1746, the undersigned certifies as follows:

1. On August 8, 2018, Dowling College (the "Debtor") filed a *Notice of Proposed Sale of Residential Portfolio Located at 135 Idle Hour Boulevard, Oakdale, NY 11769* (the "Sale Notice") [DE 576].

2. On August 8, 2018, in accordance with the Second Order Authorizing Sales of Residential Portfolio and Related Procedures [DE 164], the Sale Notice was served on all

interested parties. The affidavit of service related to the Sale Notice was filed at Docket Entry 579.

3. Pursuant to the Sale Notice, objections to the proposed sale had to be filed by August 20, 2018 (the "Objection Deadline").

4. The Objection Deadline has passed and no objection or other responsive pleading to the Sale Notice has been filed with the Court or served upon the Debtor's undersigned counsel.

5. Accordingly, the Debtor will proceed to close the sale of the Debtor's property located at 135 Idle Hour Boulevard, Oakdale, NY 11769 free and clear of all liens, claims, interests and encumbrances.

Dated: New York, New York
August 21, 2018

                **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

                By:  */s/ Sean C. Southard*
                     Sean C. Southard
                     Lauren C. Kiss
                     200 West 41st Street, 17th Floor
                     New York, NY 10036
                     Tel: (212) 972-3000
                     Fax: (212) 972-2245
                     Email: ssouthard@klestadt.com
                           lkiss@klestadt.com

                     *Counsel to the Debtor and Debtor in*
                        *Possession*