# **<u>Exhibit B</u>**

# Exhibit B

# Amended or Superseded Claims[1]

| SEQ No. | Claims to be Expunged | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claimant | Claim No(s). | Date Filed | Claimed Amount(s) | Claimant | Claim No. | Date Filed | Claimed Amount |
| 1 | Astro Allied Moving & Storage Inc. | 14 | 12/27/2016 | Unsecured: $3,750.00 | Astro Allied Moving & Storage Inc. | 209 | 2/27/2017 | Unsecured: $3,750.00 |
| 2 | State of New York Department of Labor | 8 | 12/12/2016 | Secured: $109,220.51 Priority: $534,868.13 | State of New York Department of Labor | 498 | 7/16/2018 | Secured: $109,220.51 Priority: $911,218.40 |
| | | 52 | 1/9/2017 | Secured: $109,220.51 Priority: $820,016.19 | | | | |
| | | 468 | 4/10/2017 | Secured: $109,220.51 Priority: $883,533.02 | | | | |
| | | 487 | 7/10/2017 | Secured: $109,220.51 Unsecured: $900,671.80 | | | | |
| | | 491 | 10/10/2017 | Secured: $109,220.51 Priority: $907,758.08 | | | | |
| | | 495 | 1/22/2018 | Secured: $109,220.51 Priority: $910,551.01 | | | | |
| | | 497 | 4/13/2018 | Secured: $109,220.51 Priority: $911,456.70 | | | | |

[1] Note:  Please see pages 3-5 of the accompanying objection regarding grounds for objection to these Amended or Superseded Claims.