# **<u>Exhibit B</u>**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                            :   Chapter 11
                                                 :
DOWLING COLLEGE,                                 :
f/d/b/a DOWLING INSTITUTE,                       :   Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                   :
ASSOCIATION,                                     :
f/d/b/a CECOM,                                   :
a/k/a DOWLING COLLEGE, INC.,                     :
                                                 :
                          Debtor.                :
---------------------------------------------------------------x

## ORDER GRANTING DEBTOR'S SECOND OMNIBUS
## OBJECTION TO CERTAIN PROOFS OF CLAIM

Upon the *Debtor's Second Omnibus Objection to Certain Proofs of Claim* (the "Second Objection")[1], seeking to reclassify certain claims under section 502(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure, all as more fully described in the Second Objection; and due and proper notice of the Second Objection having been provided, and it appearing that no other or further notice need be provided; and a hearing on the Second Objection having been held on September 24, 2018; and the Court having found and determined that the relief sough in the Second Objection is in the best interests of the Debtor's estate, its creditors, and all parties-in-interest, and that the legal and factual bases set forth in the Second Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED**, that the relief requested in the Second Objection is granted as provided in this Order; and it is further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Second Objection.

**ORDERED**, that the Claims listed under the column entitled "Claims to be Modified" on Exhibit A annexed hereto, are hereby modified as reflected under the column entitled "Modified Claims"; and it is further

**ORDERED**, that the Debtor's claims and noticing agent, Garden City Group, LLC, and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order; and it is further

**ORDERED**, that this Order is deemed to be a separate order with respect to each claim covered hereby; and it is further

**ORDERED**, that all rights of the Debtor and the Creditors' Committee and any successor thereto to object to any surviving claims against the Debtor, whether asserted or unasserted by any of the claimants affected by the Second Objection, and to further object to the surviving claims on any other grounds discovered by the parties during the pendency of this Chapter 11 Case are hereby reserved; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# Exhibit A

| S<small>EQ</small> N<small>O</small>. | Claims to be Modified ||||| Modified Claims | Basis for Objection |
|---|---|---|---|---|---|---|---|
| | Claimant | Claim No. | Date Filed | Claimed Amount | Basis for Claim[1] | | |
| 1 | Agarwal, Antonio | 291 | 3/2/2017 | Secured: $32,249.00 Administrative: $32,249.00 Priority: $32,249.00 Unsecured: $32,249.00 | Could not find same program elsewhere. Had to choose different field of study, which added addition | Unsecured: $128,996.00 | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle him to a secured claim and there is no recognized priority under section 507(a) for claims of the type asserted. Further, the claim does not meet the requirements of an administrative expense claim. |
| 2 | Aucapina, Valeria | 387 | 3/9/2017 | Secured: Unliquidated Unsecured: Unliquidated | Legal action against school | Unsecured: Unliquidated | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle her to a secured claim. |
| 3 | Boyle, Taryn | 427 | 3/12/2017 | Secured: Unliquidated Unsecured: Unliquidated | Student loans | Unsecured: Unliquidated | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle her to a secured claim. |

---

[1] This information was obtained from Section 8 of the Claims, wherein the claimant had to list the basis for the Claim.

1

| SEQ NO. | Claims to be Modified | | | | | Modified Claims | Basis for Objection |
|---|---|---|---|---|---|---|---|
| | Claimant | Claim No. | Date Filed | Claimed Amount | Basis for Claim | | |
| 4 | Byer-Tyre, David D. | 444 | 3/13/2017 | Secured: $49,460.00 | Money borrowed ($24,848) and paid ($24,612) for non-service | Unsecured: $49,460.00 | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle him to a secured claim. |
| 5 | Callender, Kamishea | 459 | 3/22/2017 | Secured: $24,000.00 Priority: Unliquidated | School loan[2] | Unsecured: $24,000.00 Unliquidated | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle her to a secured claim and there is no recognized priority under section 507(a) for claims of the type asserted. |
| 6 | Femoyer, John F. | 197 | 2/27/2017 | Priority: $2,850.00 Unsecured: $10,137.00 | Cost for additional semester at new college for fall 2017 plus avg cost of books thru undergrad. New college did not take all Dowling credits. Ex. Adding spring 2017 bill. | Unsecured: $12,987.00 | Claimant is a former Dowling student and there is no recognized priority under section 507(a) for claims of the type asserted. |

---

[2] No information was provided in Section 8 of the Claim. However, student loan was listed in Section 9 of the Claim, which requested information regarding the secured portion of the claim.

| SEQ NO. | Claims to be Modified | | | | | Modified Claims | Basis for Objection |
|---|---|---|---|---|---|---|---|
| | Claimant | Claim No. | Date Filed | Claimed Amount | Basis for Claim | | |
| 7 | Gallishaw, Je'Niece | 416 | 3/10/2017 | Secured: $13,723.47 Unsecured: $12,063.00 | Loans and savings | Unsecured: $25,786.47 | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle her to a secured claim. |
| 8 | Gumbs, Jennifer | 350 | 3/7/2017 | Secured: $10,950.56 Unsecured: $105,879.00 Unliquidated | Dowling College closed and Student could not complete program | Unsecured: $116,829.56 Unliquidated | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle her to a secured claim. |
| 9 | Jackson, Luther I. | 474 | 4/19/2017 | Priority: $12,000.00 | To determine if there are damages due me or Fed based on my taking out student loans to attend. | Unsecured: $12,000.00 | Claimant is a former Dowling student and there is no recognized priority under section 507(a) for claims of the type asserted. |
| 10 | Johnson, Unique | 417 | 3/10/2017 | Secured: Unliquidated Unsecured: Unliquidated | Dowling never forewarned students of their financial troubles and I lost credits, time and money. | Unsecured: Unliquidated | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle her to a secured claim. |

| SEQ NO. | Claims to be Modified | | | | | Modified Claims | Basis for Objection |
|---|---|---|---|---|---|---|---|
| | Claimant | Claim No. | Date Filed | Claimed Amount | Basis for Claim | | |
| 11 | Lewis, Lesmine | 195 | 2/15/2017 | Priority: $2,400.00 | Tuition | Unsecured: $2,400.00 | Claimant is a former Dowling student and there is no recognized priority under section 507(a) for claims of the type asserted. |
| 12 | McDonald, Aliyah | 462 | 4/2/2017 | Secured: Unliquidated Unsecured: Unliquidated | Current student when institution closed. | Unsecured: Unliquidated | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle him to a secured claim. |
| 13 | Mogil, Ann | 438 | 3/15/2017 | Priority: $35,000.00 Unsecured: $105,000.00 | Had 5 course left to graduate, school shut down w/ no notice | Unsecured: $140,000.00 | Claimant is a former Dowling student and there is no recognized priority under section 507(a) for claims of the type asserted. |
| 14 | Monzon-Zaikowski, Anthony Vincenzo | 431 | 3/10/2017 | Priority: $31,854.00 | The additional cost of finishing my education that I was on track to complete at Dowling. | Unsecured: $31,854.00 | Claimant is a former Dowling student and there is no recognized priority under section 507(a) for claims of the type asserted. |
| 15 | Newman, Matthew | 400 | 3/9/2017 | Secured: $15,300.00 | Estimate 10 classes lost because of force transfer also credits accepted but not applied to major | Unsecured: $15,300.00 | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle him to a secured claim. |

| SEQ NO. | Claims to be Modified ||||| Modified Claims | Basis for Objection |
|---|---|---|---|---|---|---|---|
| | Claimant | Claim No. | Date Filed | Claimed Amount | Basis for Claim | | |
| 16 | Pacella, Michele | 464 | 4/4/2017 | Secured: $18,000.00 Priority: Unliquidated Unsecured: $1,000.00 Unliquidated | Student at Dowling college | Unsecured: $19,000 Unliquidated | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle her to a secured claim and there is no recognized priority under section 507(a) for claims of the type asserted. |
| 17 | Parkton, Sharon | 339 | 3/7/2017 | Priority: $7,422.00 Unsecured: $25,543.00 | services performed, debit card charges, etc. | Unsecured: $32,965.00 | Claimant is a former Dowling student and there is no recognized priority under section 507(a) for claims of the type asserted. |
| 18 | Pisano, Desiree | 403 | 3/10/2017 | Secured: Unliquidated Unsecured: Unliquidated | Travel, Textbooks, Student Loans | Unsecured: Unliquidated | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle her to a secured claim. |
| 19 | Roditis, Alexandros | 442 | 3/17/2017 | Secured: $26,316.67 | Student loan[3] | Unsecured: $26,316.67 | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle him to a secured claim. |

---

[3] No information was provided in Section 8 of the Claim. However, student loan was listed in Section 9 of the Claim, which requested information regarding the secured portion of the claim.

| SEQ NO. | Claims to be Modified | | | | | Modified Claims | Basis for Objection |
|---|---|---|---|---|---|---|---|
| | Claimant | Claim No. | Date Filed | Claimed Amount | Basis for Claim | | |
| 20 | Somwar, Chelsi R. | 201 | 2/27/2017 | Secured: $14,956.72 | money loaned | Unsecured: $14,956.72 | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle her to a secured claim. |
| 21 | Spiciarich, Kimberly | 243 | 2/22/2017 | Secured: $17,243.85 | Student loans | Unsecured: $17,243.85 | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle her to a secured claim. |
| 22 | Whalley, Courtney | 130 | 2/3/2017 | Secured: $3,007.18 Unsecured: $32,984.47 | School filed for bankruptcy | Unsecured: $35,991.65 | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle her to a secured claim. |