**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

DOWLING COLLEGE,
f/d/b/a DOWLING INSTITUTE,
f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,
f/d/b/a CECOM,
a/k/a DOWLING COLLEGE, INC.,

          Debtor.

Chapter 11

Case No. 16-75545 (REG)

## CORRECTION TO MONTHLY OPERATING REPORT

The attachment hereto replaces the MOR-1 Schedule of Cash Receipts and Disbursements for the period July 1, 2018 through July 31, 2018 previously filed with the Monthly Operating Report on August 10, 2018 [Dkt No. 577].

Dated: August 21, 2018

_____
Signature of Authorized Individual

Robert S. Rosenfeld
_____
Printed Name of Authorized Individual

Chief Restructuring Officer
_____
Title of Authorized Individual

| In re: Dowling College | | | | | | AMENDED | | | | | | | MOR-1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | | | | | | | | | | | | | CASE NO. 16-75545 (REG) |
| | | | | | | | | | | | | | REPORTING PERIOD: JULY 31, 2018 |

| | BANK ACCOUNTS | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Signature - Operating - 5448 | Signature - TL A- 5456 | Signature-TL B- 5464 | Signature - TL C- 5472 | Signature - TL D- 5480 | Signature-Flex Spending Acct- 3912 (1) | Signature - Student Activity Acct - 3947 (1) | Signature-Sewage Treatment Replacement Acct- 3920 (1) | Signature-Sewage Treatment Reserve Acct - 3939 (1) | Signature-Real Estate Proceeds Account - 3826 | Signature- Student Collections Account - 6057 | Signature-Class I - Settlement Reserve - 5697 | Signature-Class II - 2006 Bonds Reserve - 5093 |
| **CASH BEGINNING OF PERIOD** | $ 31,172 | $ 1,134 | $ 30,915 | $ 6,482 | $ 24,318 | $ - | $ - | $ - | $ - | $ 25,584 | $ 15,629 | $ 200,293 | $ 4,977,013 |
| **RECEIPTS** | | | | | | | | | | | | | |
| Cash Receipts | 87,285 | | | | | | | | | | 2,419 | | |
| Interest Income | | | | | | | | | | $ 7 | $ 4 | $ 51 | $ 1,268 |
| Perkins Loan Repayments and charges | | | | | | | | | | | | | |
| Net Transfers From/(To) Accounts | 276,163 | (30,949) | (11,239) | (2,181) | (221,028) | | | | | | (10,766) | | |
| DIP Funding | | 44,287 | - | - | 290,216 | | | | | | | | |
| Proceeds from sale of real estate | | | | | | | | | | | | | |
| Proceeds from sale of other assets | | | | | | | | | | | | | |
| Receipt/return of security deposits from tenants | | | | | | | | | | | | | |
| Voided checks | | | | | | | | | | | | | |
| Other | | | | | - | | | | | | | | |
| **Total Receipts** | $ 363,448 | $ 13,338 | $ (11,239) | $ (2,181) | $ 69,188 | $ - | $ - | $ - | $ - | $ 7 | $ (8,343) | $ 51 | $ 1,268 |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| Payroll & Benefits | 13,386 | | | | | | | | | | | | |
| Telephone and cable | 3,687 | | | | | | | | | | | | |
| Outside Services | 1,512 | | | | | | | | | | | | |
| Landscaping & Snow Removal | 2,340 | | | | | | | | | | | | |
| Utilities | 14,504 | | | | | | | | | | | | |
| Security | 15,854 | | | | | | | | | | | | |
| Fire & Safety | 1,644 | | | | | | | | | | | | |
| Repairs & Maintenance | 4,115 | | | | | | | | | | | | |
| Insurance | | | | | | | | | | | | | |
| Chemical Removal | | | | | | | | | | | | | |
| Waste Removal | | | | | | | | | | | | | |
| Sewage Treatment | - | | | | | | | | | | | | |
| Property Taxes | - | | | | | | | | | | | | |
| Permits & licenses | | | | | | | | | | | | | |
| Payroll Processing | 404 | | | | | | | | | | | | |
| Union Benefits | | | | | | | | | | | | | |
| Computer expense | 41,106 | | | | | | | | | | | | |
| Office Supplies | | | | | | | | | | | | | |
| Finance Fees | 9,000 | | | | | | | | | | | | |
| Debt Paydowns | | | | | | | | | | | | | |
| Retained Professionals | 67,503 | | | | | | | | | | | | |
| Claims Noticing Agent | 5,031 | | | | | | | | | | | | |
| Interim Management-CRO | 69,811 | | | | | | | | | | | | |
| Bank Charges | | | | | | | | | | | | | |
| Moving, Storage and destruction costs | 1,888 | | | | | | | | | | | | |
| Other | 250 | | | | | | | | | | | | |
| Return of Tenant security deposits | | | | | | | | | | | | | |
| Receivable collection costs | 4,824 | | | | | | | | | | | | |
| Real estate cost of sales | | | | | | | | | | | | | |
| Litigation | | | | | | | | | | | | | |
| US Trustee Fees | 14,143 | | | | | | | | | | | | |
| Other Bankrutpcy Related Charges | | | | | | | | | | | | | |
| **Total Disbursements** | $ 271,001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net Cash Flow | $ 92,447 | $ 13,338 | $ (11,239) | $ (2,181) | $ 69,188 | $ - | $ - | $ - | $ - | $ 7 | $ (8,343) | $ 51 | $ 1,268 |
| **Cash - End Of Period**[4] | $ 123,619 | $ 14,472 | $ 19,677 | $ 4,301 | $ 93,506 | $ - | $ - | $ - | $ - | $ 25,591 | $ 7,286 | $ 200,344 | $ 4,978,281 |

*See Notes to MOR.*

*(1) Accounts determined to not be restricted and transferred to Debtor operating accounts pursuant to Cash Management Order.*

*(2) Bank accounts was maintained for tenant security deposits. The balance of all remaining deposits were returned or liquidated from this account during October 2017.*

*(3) Pursuant to Court Order, proceeds from the sale of the Debtor's residenital real estate located in Oakdale, NY were paid directly to the secured lender that held the liens on these properties.*
  *Since the funds were paid directly to the lender and third parties, no funds related to these transactions flowed through the Debtor's bank accounts.*

*(4) Bank account relates to Perkins Title IV loan proceeds, repayments, and other charges to students relating to federal loan funding. Student loan repayment activity is managed by a third party*
  *servicer that tracks repayments and funds deposited into the US Bank account.*

In re: Dowling College  
Schedule of Cash Receipts and Disbursements  
AMENDED  
MOR-1  
CASE NO. 16-75545 (REG)  
REPORTING PERIOD: JULY 31, 2018

| | Signature-Class III - 2002 Bonds Reserve - 5700 | Signature - Class IV 2015 Bonds Reserve - 5107 | Capital One-6182 (2) | US Bank -1467 (4) | Cash Activity occurring through UMB through Residential Sales (3) | CURRENT PERIOD ACTUAL | CUMULATIVE FILING TO DATE ACTUAL |
|---|---|---|---|---|---|---|---|
| **CASH BEGINNING OF PERIOD** | $ - | $ 200,303 | $ - | $ 459,065 | $ - | $ 5,971,909 | $ 1,045,272 |
| **RECEIPTS** | | | | | | | |
| Cash Receipts | | | | $ 1,126 | | 90,829 | 1,097,041 |
| Interest Income | | $ 51 | | $ 19 | | 1,400 | 16,237 |
| Perkins Loan Repayments and charges | | | | | | - | 164,512 |
| Net Transfers From/(To) Accounts | | | | | | 0 | 0 |
| DIP Funding | | | | | | 334,503 | 8,679,251 |
| Proceeds from sale of real estate | | | | | | - | 35,985,104 |
| Proceeds from sale of other assets | | | | | | - | 890,850 |
| Receipt/return of security deposits from tenants | | | | | | - | (38,346) |
| Voided checks | | | | | | - | 7,632 |
| Other | | | | | | - | 1,474,235 |
| **Total Receipts** | $ - | $ 51 | $ - | $ 1,145 | $ - | $ 426,733 | $ 48,276,516 |
| **DISBURSEMENTS** | | | | | | | |
| Payroll & Benefits | | | | | | 13,386 | 701,000 |
| Telephone and cable | | | | | | 3,687 | 161,412 |
| Outside Services | | | | | | 1,512 | 129,720 |
| Landscaping & Snow Removal | | | | | | 2,340 | 163,405 |
| Utilities | | | | | | 14,504 | 940,834 |
| Security | | | | | | 15,854 | 874,655 |
| Fire & Safety | | | | | | 1,644 | 146,210 |
| Repairs & Maintenance | | | | | | 4,115 | 334,076 |
| Insurance | | | | | | - | 493,905 |
| Chemical Removal | | | | | | - | 41,501 |
| Waste Removal | | | | | | - | 25,677 |
| Sewage Treatment | | | | | | - | 36,636 |
| Property Taxes | | | | | | - | 308,133 |
| Permits & licenses | | | | | | - | 1,094 |
| Payroll Processing | | | | | | 404 | 14,737 |
| Union Benefits | | | | | | - | 5,325 |
| Computer expense | | | | | | 41,106 | 127,875 |
| Office Supplies | | | | | | - | 2,713 |
| Finance Fees | | | | | | 9,000 | 170,000 |
| Debt Paydowns | | | | | | - | 32,337,761 |
| Retained Professionals | | | | | | 67,503 | 2,405,228 |
| Claims Noticing Agent | | | | | | 5,031 | 230,943 |
| Interim Management-CRO | | | | | | 69,811 | 1,690,963 |
| Bank Charges | | | | 87 | | 87 | 2,060 |
| Moving, Storage and destruction costs | | | | | | 1,888 | 204,703 |
| Other | | | | | | 250 | 25,888 |
| Return of Tenant security deposits | | | | | | - | 23,437 |
| Receivable collection costs | | | | | | 4,824 | 21,928 |
| Real estate cost of sales | | | | | | - | 1,428,654 |
| Litigation | | | | | | - | 7,500 |
| US Trustee Fees | | | | | | 14,143 | 103,794 |
| Other Bankrutpcy Related Charges | | | | | | - | 32,465 |
| **Total Disbursements** | $ - | $ - | $ - | $ 87 | $ - | $ 271,088 | $ 43,194,233 |
| Net Cash Flow | $ - | $ 51 | $ - | $ 1,058 | $ - | $ 155,645 | $ 5,082,283 |
| **Cash - End Of Period**[(4)] | $ - | $ 200,354 | $ - | $ 460,123 | $ - | $ 6,127,554 | $ 6,127,554 |