UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.,

                              Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

### ORDER GRANTING COMMITTEE LEAVE, STANDING, AND AUTHORITY TO PROSECUTE CLAIMS ON BEHALF OF DOWLING'S ESTATE

Upon the motion (the "Motion")[1] of the Official Committee of Unsecured Creditors (the "Committee") in the chapter 11 case of Dowling College f/d/b/a Dowling Institute f/d/b/a Dowling College Alumni Association f/d/b/a Cecom a/k/a Dowling College, Inc. (the "Debtor"), and upon the hearing on the Motion held before the Court on September 24, 2018, the transcript of which is incorporated herein by reference, and for good cause having been shown for the relief requested in the Motion; it is hereby

**ORDERED**, that the Motion is granted in all respects; and it is further

**ORDERED**, that the Committee and any successor thereto is hereby authorized and given the right and discretion to pursue and prosecute any and all claims and causes of action of the Debtor's estate.

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Committee's Motion.