UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

DOWLING COLLEGE,
f/d/b/a DOWLING INSTITUTE,
f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,
f/d/b/a CECOM,
a/k/a DOWLING COLLEGE, INC.,

        Debtor.

Chapter 11

Case No. 16-75545 (REG)

### TWENTY FIRST REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM AUGUST 1, 2018 THROUGH AUGUST 31, 2018

The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("RSR") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("Mr. Rosenfeld") as Chief Restructuring Officer ("CRO") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period August 1, 2018 through August 31, 2018.

Exhibit A – Summary of Fees and Expenses

Exhibit B – Summary of Services by Project Category

Exhibit C – Detailed time entries by Project Category

Exhibit D – Detail of Expenses Incurred

By: /s/ Robert S. Rosenfeld
Robert S. Rosenfeld
September 6, 2018

**Exhibit A**

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses**
**8/1/18 Through 8/31/18**

**Summary of Fees**

| Summary by Professional | Responsibility/ Position in Firm | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| R. Rosenfeld | Chief Restructuring Officer | 39.1 | $ 390.00 | $ 15,249.00 |
| N. Bivona | Managing Director | 65.9 | $ 390.00 | 25,701.00 |
| N. Andrade | Director | 58.2 | $ 350.00 | 20,370.00 |
| **Total** | | **163.2** | | **$ 61,320.00** |

**Average blended hourly rate** $ 375.74

**Summary of Expenses**

| | |
|---|---:|
| Mail/Postage | $ 357.50 |
| Overnight Shipping | 60.63 |
| Supplies | 111.98 |
| Software expense | 15.00 |
| **Total** | **$ 545.11** |

**RSR Consulting, LLC** **Exhibit B**
**Dowling College - Case #16-75545 (REG)**
**Summary Billing Report - By Project Category**
**8/1/18 Through 8/31/18**

| Category | Billable Time | Billable Amt |
|---|---:|---:|
| Asset Analysis and Recovery | 4.0 | $ 1,560.00 |
| Asset Disposition | 11.6 | 4,524.00 |
| Business Analysis | 11.0 | 3,850.00 |
| Business Operations | 104.1 | 39,003.00 |
| Claim Distributions | 2.0 | 700.00 |
| Claims Investigation | 9.6 | 3,532.00 |
| Document Review | 3.6 | 1,404.00 |
| Dowling-Residential Ops | 0.8 | 312.00 |
| Dowling-Residential Sales | 6.2 | 2,418.00 |
| Meetings with Creditors and/or Representatives | 2.3 | 897.00 |
| Meetings with Debtor and Representatives | 1.0 | 390.00 |
| Meetings with Lawyers | 0.9 | 351.00 |
| Phone Call | 0.4 | 156.00 |
| Tax compliance | 1.0 | 390.00 |
| UST Reporting | 4.7 | 1,833.00 |
| **Grand Total** | **163.2** | **$ 61,320.00** |

**RSR Consulting, LLC**                                                            **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**8/1/18 Through 8/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 08/21/2018 | Neil Bivona | Correspondence w/ C. Drummond re: final transactions in US Bank Perkins account. Prepare analysis of distribution of funds in connection with proposed stipulation with US DOE. Follow up on consolidation payment for un-assigned loan. | 1.00 | $390.00/hr | $390.00 |
| 08/23/2018 | Neil Bivona | Review and update endowed scholarship report to bring investment earning balances current through July 31. Review prior correspondence w/ course re: endowment reallocations. Review documentation re: Gonzalez & Ochoa Latin Scholarship fund and draft sample letter requesting consent/cooperation in redirecting to another school. | 3.00 | $390.00/hr | $1,170.00 |
| **Totals For Asset Analysis and Recovery** | | | **4.00** | | **$1,560.00** |
| **Asset Disposition** | | | | | |
| 08/01/2018 | Robert Rosenfeld | Review revisions to amendment to APA with Triple 5. Discuss issues with counsel. | 2.50 | $390.00/hr | $975.00 |
| 08/01/2018 | Neil Bivona | Call w/ engineer from Triple Five financing party re: questions re: sewage system and water supply. Correspondence w/ S. Southard & R. Rosenfeld re: the same. | 0.40 | $390.00/hr | $156.00 |
| 08/03/2018 | Neil Bivona | Meet w/ Farmingdale College team re: plan for removal of ATC simulators. | 1.30 | $390.00/hr | $507.00 |
| 08/07/2018 | Neil Bivona | Meet w/ Farmingdale college re: removal of ATC Simulators. | 0.50 | $390.00/hr | $195.00 |
| 08/07/2018 | Neil Bivona | Review correspondence re: Triple Five / BNL MOU Assignment & search for requested information. | 1.00 | $390.00/hr | $390.00 |
| 08/15/2018 | Neil Bivona | Correspondence w/ J Sturchio & R. Rosenfeld and call w/ D. Cook re: two lots on Chateau Drive (driveway to student parking lot). | 0.80 | $390.00/hr | $312.00 |
| 08/16/2018 | Neil Bivona | Follow up with Farmingdale college rE: purchase of ATC simulators. | 0.30 | $390.00/hr | $117.00 |
| 08/20/2018 | Neil Bivona | Gather contracts on schedule to APA & draft correspondence to S. Southard for forwarding to Triple Five. | 1.00 | $390.00/hr | $390.00 |
| 08/20/2018 | Neil Bivona | Follow ups w/ S. Southard rE: results of hearing on Special collections. Correspondence w/ D. Holliday re: the same. | 0.30 | $390.00/hr | $117.00 |
| 08/29/2018 | Neil Bivona | Meet with Diane Holliday / St. Joseph's College re: pickup of library special collections. | 3.00 | $390.00/hr | $1,170.00 |
| 08/29/2018 | Neil Bivona | Meet w/ S. Bienenstock re: photos of campus. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Asset Disposition** | | | **11.60** | | **$4,524.00** |
| **Business Analysis** | | | | | |
| 08/15/2018 | Nelson Andrade | Start compliance report for week 82. Make changes to the control spreadsheet. | 2.50 | $350.00/hr | $875.00 |
| 08/16/2018 | Nelson Andrade | Create files to track budget for post 8/3 expenses paid by buyer. | 3.00 | $350.00/hr | $1,050.00 |
| 08/24/2018 | Nelson Andrade | Prepare Compliance Certificate for week 82. Review material adverse deviations and report if needed. | 1.50 | $350.00/hr | $525.00 |

**RSR Consulting, LLC**                                                           **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**8/1/18 Through 8/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 08/24/2018 | Nelson Andrade | Prepare Compliance Certificate for week 83. Review material adverse deviations and report if needed. | 2.00 | $350.00/hr | $700.00 |
| 08/24/2018 | Nelson Andrade | Prepare Compliance Certificate for week 84. Review material adverse deviations and report if needed. | 2.00 | $350.00/hr | $700.00 |
| **Totals For Business Analysis** | | | **11.00** | | **$3,850.00** |
| **Business Operations** | | | | | |
| 08/01/2018 | Neil Bivona | Attend to additional condensation leaks from HVAC ducts in Nat. Ctr B building | 1.50 | $390.00/hr | $585.00 |
| 08/01/2018 | Robert Rosenfeld | Work on month end closing of books for Debtor and update accounting in quickbooks. | 1.00 | $390.00/hr | $390.00 |
| 08/01/2018 | Neil Bivona | Review and circulate DIP Compliance reports. | 0.60 | $390.00/hr | $234.00 |
| 08/01/2018 | Neil Bivona | Review correspondence from SCWA re: required backflow prevention devise inspections. Correspondence w/ D Cook re: prior inspections and vendor. | 0.50 | $390.00/hr | $195.00 |
| 08/01/2018 | Neil Bivona | Review correspondence from DirectLoanConsol re: consolidation application for student w/ Perkins loan. Review Perkins assignment reconciliation to confirm loan was assigned to U.S. DOE & respond / send correct contact info for DOE servicer. | 0.40 | $390.00/hr | $156.00 |
| 08/01/2018 | Neil Bivona | Finalize and circulate DIP Budget extension to DIP lenders for review and approval. | 1.10 | $390.00/hr | $429.00 |
| 08/01/2018 | Neil Bivona | Meet w/ 24/7 Restoration re: cleanup of leaks from HVAC condensation dripping into lower floor & replacement of fallen and damaged ceiling tiles & cleanup of Dorm lobby area. | 0.50 | $390.00/hr | $195.00 |
| 08/02/2018 | Neil Bivona | Check on HVAC leaks in Nat Ctr. B building & empty buckets. Restart air conditioning. Meet w/ 24/7 crew re: clean-up of water damage & mold remediation. Call Anron for HVAC service call. | 1.60 | $390.00/hr | $624.00 |
| 08/02/2018 | Robert Rosenfeld | Work on month end closing of books for July 2018. | 1.50 | $390.00/hr | $585.00 |
| 08/02/2018 | Neil Bivona | Meet w/ Anron technician re: location of leaks and troubleshooting of source from Nat Ctr. Bldg B HVAC units. | 1.50 | $390.00/hr | $585.00 |
| 08/02/2018 | Neil Bivona | Trip to Home Depot to purchase wet vac and drop cloths. Vacuum up standing water in HVAC room on 2nd floor of Nat Ctr Bldg B, clear debris from floor drain and set up drop cloths to contain further leaks from running down ductwork to lower level. | 2.50 | $390.00/hr | $975.00 |
| 08/03/2018 | Robert Rosenfeld | Work on weekly disbursements and update books and records. | 1.50 | $390.00/hr | $585.00 |
| 08/03/2018 | Neil Bivona | Review weekly invoices and set up payments. transfers and wires. | 1.60 | $390.00/hr | $624.00 |
| 08/03/2018 | Neil Bivona | Review inspection requirements for fire sprinkler systems and water back flow preventers. Calls w/ vendors to schedule inspections. | 0.40 | $390.00/hr | $156.00 |
| 08/03/2018 | Neil Bivona | Attend to water leaks from HVAC system in Nat Ctr Building B. | 2.00 | $390.00/hr | $780.00 |
| 08/07/2018 | Neil Bivona | Update borrowing availability worksheet for DIP budget extension through year-end. | 1.60 | $390.00/hr | $624.00 |

**RSR Consulting, LLC**   **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**8/1/18 Through 8/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 08/07/2018 | Neil Bivona | Prepare DIP Notice of borrowing. Review Triple Five APA Amendment carry cost budget and adjust borrowing notice accordingly. | 1.50 | $390.00/hr | $585.00 |
| 08/07/2018 | Neil Bivona | Address leaking air handler in Nat Ctr Bldg B west fan room. | 1.00 | $390.00/hr | $390.00 |
| 08/07/2018 | Robert Rosenfeld | Work on month end closing of books and update quickbooks. | 3.50 | $390.00/hr | $1,365.00 |
| 08/07/2018 | Nelson Andrade | Create the transfers, wires and back up documentation for the Payroll funding. Manage related correspondence and deal with issues in the bank system. | 1.20 | $350.00/hr | $420.00 |
| 08/07/2018 | Nelson Andrade | Review document addressing cost pro-ration past 8/3/18. | 0.50 | $350.00/hr | $175.00 |
| 08/08/2018 | Neil Bivona | Attention to leaking Air Handler unit in Nat Ctr Bldg. B west fan room. | 1.00 | $390.00/hr | $390.00 |
| 08/09/2018 | Robert Rosenfeld | Review and complete insurance renewal forms for Debtor. | 1.50 | $390.00/hr | $585.00 |
| 08/10/2018 | Neil Bivona | Meet w/ M. Vega re: additional PCs and related hardware for e-waste disposal / transport to ITAMG. | 0.50 | $390.00/hr | $195.00 |
| 08/10/2018 | Neil Bivona | Review of correspondence & related records re: payoff of unassigned Perkins Loan. | 0.50 | $390.00/hr | $195.00 |
| 08/10/2018 | Neil Bivona | Met w/ M. Klotz / N. Andrade re: process for pro ration of invoices between DIP and Triple Five. | 0.40 | $390.00/hr | $156.00 |
| 08/10/2018 | Neil Bivona | Attention to leaking air handler unit in Nat Ctr Bldg B West fan room. | 0.70 | $390.00/hr | $273.00 |
| 08/10/2018 | Nelson Andrade | Create instructions for weekly payments, separated in two sets of instructions. Review files and invoices received, make corrections to file, coordinate internally and manage related correspondence. Prepare transfers and wires and send for approval in banking system. | 2.80 | $350.00/hr | $980.00 |
| 08/10/2018 | Robert Rosenfeld | Process disbursements for week and update quickbooks for activity. | 1.60 | $390.00/hr | $624.00 |
| 08/13/2018 | Robert Rosenfeld | Complete mail forwarding for change of address and coordinate communications with vendors and parties in interest for new address; visit to post offices (Oakdale and Brookhaven) to re route mail to new Post Office Box. | 1.50 | $390.00/hr | $585.00 |
| 08/13/2018 | Robert Rosenfeld | Work on update Debtor's books and records for accounting transactions to date. | 1.50 | $390.00/hr | $585.00 |
| 08/14/2018 | Neil Bivona | Review and edit list of vendors and contacts to receive change of address notification. | 0.50 | $390.00/hr | $195.00 |
| 08/14/2018 | Neil Bivona | Attention to leaking air handler unit in Nat Ctr Bldg B West fan room. | 0.50 | $390.00/hr | $195.00 |
| 08/16/2018 | Neil Bivona | Follow up with C. Drummond (content) re: end of servicing and final reporting on Perkins Portfolio / sending of all available info on unassigned loans. | 0.30 | $390.00/hr | $117.00 |
| 08/16/2018 | Neil Bivona | Follow up with Anron re: repair quote for Air Handler unit in Nat Ctr West fan room. | 0.30 | $390.00/hr | $117.00 |

**RSR Consulting, LLC**                                              **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**8/1/18 Through 8/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 08/16/2018 | Neil Bivona | Attention to leaking Air Handler unit. Trip to Home Depot for sealant. Attempt to seal openings around ductwork where water is leaking into offices below. Vacuum up water. | 1.50 | $390.00/hr | $585.00 |
| 08/16/2018 | Nelson Andrade | Create funds transfer to separate from the operating account and control the funding provided from buyer for the extension period in a distinct account. Manage related correspondence. | 1.10 | $350.00/hr | $385.00 |
| 08/16/2018 | Robert Rosenfeld | Update Debtor's books and records in quickbooks for recent transactions; coordinate execution of sale documents and invoicing with Farmingdale State College for sale of Flight Simulator equipment. | 2.00 | $390.00/hr | $780.00 |
| 08/17/2018 | Neil Bivona | Walk-through of BRV dorm. | 0.70 | $390.00/hr | $273.00 |
| 08/17/2018 | Neil Bivona | Review of invoices & discussion w/ N. Andrade re: pro-ration between DIP and Triple Five. | 0.50 | $390.00/hr | $195.00 |
| 08/17/2018 | Neil Bivona | Attention to leaking Air Handler unit in Nat Ctr Bldg B West Fan room. Vacuum water & pray sealant on floor cracks. | 1.50 | $390.00/hr | $585.00 |
| 08/17/2018 | Robert Rosenfeld | Update accounting and quickbooks for activity based on recent invoices. | 1.00 | $390.00/hr | $390.00 |
| 08/17/2018 | Nelson Andrade | Create instructions for weekly disbursements including updated format to include funding from buyer for the closing extension. Review files and invoices received, make corrections to file, coordinate internally and manage related correspondence. Prepare transfers and wires and send for approval in banking system. | 2.20 | $350.00/hr | $770.00 |
| 08/17/2018 | Nelson Andrade | Create a new template for the weekly disbursement instructions to include the funding from buyer for the closing extension. | 2.00 | $350.00/hr | $700.00 |
| 08/17/2018 | Nelson Andrade | Review professional invoices received and update the professional fee analysis. Update file and discuss payments to be made in the current month. | 2.50 | $350.00/hr | $875.00 |
| 08/17/2018 | Nelson Andrade | Update buyer budget control file for the week's disbursements. | 1.20 | $350.00/hr | $420.00 |
| 08/20/2018 | Neil Bivona | Review PSEG invoices re: Nat Ctr. & other invoices re: TL A and TL A DIP Acct balance. Draft analysis of funding need & review w/ N. Andrade. Draft correspondence to ACA rE: the same. | 1.20 | $390.00/hr | $468.00 |
| 08/20/2018 | Neil Bivona | Follow up with Simplex re: open invoices. | 0.50 | $390.00/hr | $195.00 |
| 08/20/2018 | Nelson Andrade | Discuss payments of previous week, Set up schedule for current week and provide remaining invoices internally to back up last week's transactions. | 0.80 | $350.00/hr | $280.00 |
| 08/20/2018 | Nelson Andrade | Discuss alarm situation with fire marshal to turn off alarm. Manage internal communication and future action necessary. | 1.30 | $350.00/hr | $455.00 |
| 08/20/2018 | Robert Rosenfeld | Work on insurance transactions for Debtor relating to D&O insurance. | 0.50 | $390.00/hr | $195.00 |

6

**RSR Consulting, LLC**                                **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**8/1/18 Through 8/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 08/20/2018 | Nelson Andrade | Review payments that will be paid by TLA in order to verify the necessary funding required to be include in the funding request. Discuss the task with staff and review work done. Submit report internally for review. | 1.50 | $350.00/hr | $525.00 |
| 08/21/2018 | Robert Rosenfeld | Review correspondence with A. Dimola and respond to her regarding post termination benefit plan requests; process payroll funding and update accounting in quickbooks; process deposits for Signature bank for Debtor; review D&O extension documents for Debtor. | 2.50 | $390.00/hr | $975.00 |
| 08/22/2018 | Neil Bivona | Follow up calls with Anron re: HVAC leak repair quote and with Simplex re: fire alarm panel service. | 0.50 | $390.00/hr | $195.00 |
| 08/22/2018 | Neil Bivona | Review additional files for boxing and archiving / shredding. Tour buildings and prepare final task list for exiting of Brookhaven campus. | 2.00 | $390.00/hr | $780.00 |
| 08/22/2018 | Nelson Andrade | Prepare material for weekly payments based on invoices received. | 2.10 | $350.00/hr | $735.00 |
| 08/22/2018 | Robert Rosenfeld | Process banking transactions and update quickbooks related to Triple 5 funding and weekly DIP advances from UMB. | 1.50 | $390.00/hr | $585.00 |
| 08/23/2018 | Neil Bivona | Review residential sale closing history, DIP tracking report & correspondence from UMB.  Review notes on issue of application of funds (DIP vs UCC Settlement Agreement) Update DIP tracking spreadsheet to reflect application of proceeds from last four residential property sales.  Draft correspondence to UMB re: suggested application of funds. | 2.20 | $390.00/hr | $858.00 |
| 08/23/2018 | Nelson Andrade | Create instructions for weekly disbursements including updated format to include funding from buyer for the closing extension.  Review files and invoices received, make corrections to file, coordinate internally and manage related correspondence.  Prepare transfers and wires and send for approval in banking system. | 2.50 | $350.00/hr | $875.00 |
| 08/23/2018 | Nelson Andrade | Update T5 spend tracking spreadsheet. | 1.50 | $350.00/hr | $525.00 |
| 08/23/2018 | Robert Rosenfeld | Process weekly payment of invoices and update accounting in quickbooks for week. | 2.50 | $390.00/hr | $975.00 |
| 08/24/2018 | Neil Bivona | Meet w/ Simplex technician re: fire alarm / panel reset. | 0.50 | $390.00/hr | $195.00 |
| 08/27/2018 | Neil Bivona | Review and respond to correspondence re: payoff of unassigned Perkins loan via consolidation.  Compile data for assigned Perkins loan overpayment refunds due & draft refund letter. | 1.50 | $390.00/hr | $585.00 |
| 08/27/2018 | Neil Bivona | Review / pack files for archiving. | 1.50 | $390.00/hr | $585.00 |
| 08/27/2018 | Nelson Andrade | Update buyer's spending report based on previous week activity.  Create small report to legal advisors of the buyer spend by category. | 2.00 | $350.00/hr | $700.00 |
| 08/29/2018 | Neil Bivona | Attention to leaking air handler unit in Bldg B west fan room. | 1.50 | $390.00/hr | $585.00 |

**RSR Consulting, LLC**                                                                    **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**8/1/18 Through 8/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 08/29/2018 | Nelson Andrade | Review payments of previous week with staff and prepare plan for the upcoming week. Share relevant documentation and discuss issues. | 1.50 | $350.00/hr | $525.00 |
| 08/29/2018 | Nelson Andrade | Provide assistance to removal of certain library items and transportation to receiving party. | 1.50 | $350.00/hr | $525.00 |
| 08/29/2018 | Nelson Andrade | Update various spend tracking reports. Review budget to be included in compliance reports. Manage correspondence and discuss format of weekly reports, which now include buyer's spending tracker. | 3.00 | $350.00/hr | $1,050.00 |
| 08/30/2018 | Neil Bivona | Attention to leaking air handler unit in Nat Ctr Bldg B west fan room. Shut down and drain air handler for long weekend to prevent further leaking. | 2.00 | $390.00/hr | $780.00 |
| 08/30/2018 | Nelson Andrade | Update the student AR report based on the June activity and checks received in July. Prepare payment of RCS invoice and internal sweep to operating according to agreement. | 3.00 | $350.00/hr | $1,050.00 |
| 08/30/2018 | Nelson Andrade | Create instructions for weekly disbursements. Review files and invoices received, make corrections to file, coordinate internally and manage related correspondence. Prepare transfers and wires and send for approval in banking system. | 2.80 | $350.00/hr | $980.00 |
| 08/31/2018 | Nelson Andrade | Create wire instruction for the weekly payments being paid by wires, manage related correspondence. | 0.90 | $350.00/hr | $315.00 |
| 08/31/2018 | Nelson Andrade | Continue to update budget for compliance report. | 2.00 | $350.00/hr | $700.00 |
| **Totals For Business Operations** | | | **104.10** | | **$39,003.00** |
| **Claim Distributions** | | | | | |
| 08/16/2018 | Nelson Andrade | Review Healthplex analysis to respond questions from legal counsel. Try to identify and link remaining claims to employees. | 2.00 | $350.00/hr | $700.00 |
| **Totals For Claim Distributions** | | | **2.00** | | **$700.00** |
| **Claims Investigation** | | | | | |
| 08/01/2018 | Neil Bivona | Confirm claim information and draft letters for remaining two employee medical claims where more information(CPT) codes are required to process claims. | 0.60 | $390.00/hr | $234.00 |
| 08/06/2018 | Nelson Andrade | Update Cigna analysis to separate a hospital claim from a medical center for one of the insureds. Review changes and update related files. Manage related correspondence. | 1.50 | $350.00/hr | $525.00 |
| 08/14/2018 | Neil Bivona | Review and finalize executive summaries for Cigna and Helathplex employee medical / dental claim analyses. | 1.50 | $390.00/hr | $585.00 |
| 08/14/2018 | Nelson Andrade | Update files related to Healthplex analysis to include information related to an insured that was not yet allocated to an employee. Manage related correspondence. | 1.00 | $350.00/hr | $350.00 |
| 08/15/2018 | Neil Bivona | Compile final information re: employee medical dental claim calculations & executive summaries. Draft cover e-mail to S. Southard & L. Kiss for forwarding communication to DOL. | 1.20 | $390.00/hr | $468.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**8/1/18 Through 8/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 08/16/2018 | Neil Bivona | Review draft stipulation re: settlement of DOE claim & apportionment of Perkins Account funds.  Review reconciliation and US Bank statements. | 1.00 | $390.00/hr | $390.00 |
| 08/21/2018 | Nelson Andrade | Review files and investigate particular dental claims and allocate to specific employees. | 1.00 | $350.00/hr | $350.00 |
| 08/21/2018 | Nelson Andrade | Update T5 budget and funding control spreadsheet. | 0.80 | $350.00/hr | $280.00 |
| 08/22/2018 | Nelson Andrade | Update T5 budget and funding control spreadsheet. | 1.00 | $350.00/hr | $350.00 |
| **Totals For Claims Investigation** | | | **9.60** | | **$3,532.00** |
| **Document Review** | | | | | |
| 08/01/2018 | Neil Bivona | Review redraft of amendment to APA re: delayed closing and carrying costs.  Provide comments to S. Southard. | 0.80 | $390.00/hr | $312.00 |
| 08/03/2018 | Neil Bivona | Begin reviewing WARN Act settlement agreement. | 1.00 | $390.00/hr | $390.00 |
| 08/07/2018 | Neil Bivona | Complete review of WARN Settlement Agreement.  Discuss w/ A. Dimola and call w/ S. southard re: comments.  Correspondence to S. Southard re: suggested language re: W-4 / withholding info. | 1.80 | $390.00/hr | $702.00 |
| **Totals For Document Review** | | | **3.60** | | **$1,404.00** |
| **Dowling-Residential Ops** | | | | | |
| 08/17/2018 | Neil Bivona | Trip to Oakdale to walk through remaining three residential properties.  Check electric meters, torn off additional breakers. | 0.80 | $390.00/hr | $312.00 |
| **Totals For Dowling-Residential Ops** | | | **0.80** | | **$312.00** |
| **Dowling-Residential Sales** | | | | | |
| 08/07/2018 | Robert Rosenfeld | Review contracts for three Oakdale residential properties and execute contracts for sale of properties.  Coordinate with GW and Klestadt for noticing with Court. | 1.00 | $390.00/hr | $390.00 |
| 08/07/2018 | Robert Rosenfeld | Coordinate with counsel regarding filing of notice for sale of three remaining Oakdale properties. | 0.70 | $390.00/hr | $273.00 |
| 08/14/2018 | Robert Rosenfeld | Review and execute contract on land sale. | 0.50 | $390.00/hr | $195.00 |
| 08/20/2018 | Robert Rosenfeld | Review correspondence relating to remaining Oakdale properties; coordinate notice of sale with bankruptcy court; coordinate closing of remaining properties with GW. | 2.50 | $390.00/hr | $975.00 |
| 08/22/2018 | Robert Rosenfeld | Review closing documents related to sale of 274 Connetquot; visit to UPS for notary of signed documents and send overnight. | 1.50 | $390.00/hr | $585.00 |
| **Totals For Dowling-Residential Sales** | | | **6.20** | | **$2,418.00** |
| **Meetings with Creditors and/or Representatives** | | | | | |
| 08/08/2018 | Neil Bivona | Prepare correspondence ot M. Grochowski re: DIP notice of borrowing. | 0.80 | $390.00/hr | $312.00 |
| 08/09/2018 | Neil Bivona | Review materials for preparation and participate on call w/ S. southward J. Knapp & N. Varnovitsky re: U.S. Dept of Education claim & Perkins assignment process closeout. | 0.80 | $390.00/hr | $312.00 |
| 08/17/2018 | Robert Rosenfeld | Call with counsel to ACA, Oppenheimer, UCC and S. Southard regarding status of WARN complaint settlement agreement. | 0.50 | $390.00/hr | $195.00 |

**RSR Consulting, LLC**     **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**8/1/18 Through 8/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 08/17/2018 | Robert Rosenfeld | Follow up call with R. Friedman regarding status of closing on property. | 0.20 | $390.00/hr | $78.00 |
| **Totals For Meetings with Creditors and/or Representatives** | | | **2.30** | | **$897.00** |
| **Meetings with Debtor and Representatives** | | | | | |
| 08/30/2018 | Neil Bivona | Attend call / BOT meeting re: approval or WARN Act settlement. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Meetings with Debtor and Representatives** | | | **1.00** | | **$390.00** |
| **Meetings with Lawyers** | | | | | |
| 08/03/2018 | Neil Bivona | Call w/ S. Southard re: WARN Act settlement agreement / non-WARN class representative and SUNY/NY State payment re: ATC simulators. | 0.40 | $390.00/hr | $156.00 |
| 08/07/2018 | Neil Bivona | Call w/ J. Corneau re: questions on Settlement Agreement and DIP payment waterfall differences & accrual of interest on DIP TL B. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Meetings with Lawyers** | | | **0.90** | | **$351.00** |
| **Phone Call** | | | | | |
| 08/13/2018 | Robert Rosenfeld | Call with S. Southard regarding status of case and real estate closings. | 0.40 | $390.00/hr | $156.00 |
| **Totals For Phone Call** | | | **0.40** | | **$156.00** |
| **Tax compliance** | | | | | |
| 08/07/2018 | Robert Rosenfeld | Prepare response to Letter Notice from IRS regarding Dowling's tax exempt status. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Tax compliance** | | | **1.00** | | **$390.00** |
| **UST Reporting** | | | | | |
| 08/08/2018 | Robert Rosenfeld | Work on MOR for Debtor for July 2018. | 4.00 | $390.00/hr | $1,560.00 |
| 08/10/2018 | Robert Rosenfeld | Make revisions to MOR for July 2018 and re distribute to counsel. | 0.70 | $390.00/hr | $273.00 |
| **Totals For UST Reporting** | | | **4.70** | | **$1,833.00** |
| **Grand Total** | | | **163.20** | | **$61,320.00** |

10

**RSR Consulting, LLC** **Exhibit D**
**Dowling College - Case #16-75545 (REG)**
**Detailed Expense Report**
**8/1/18 Through 8/31/18**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 08/12/2018 | Robert Rosenfeld | Monthly fee from Right Networks - hosting company for Dowling QuickBooks program. | $15.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$15.00** |
| **Mailing/Postage** | | | |
| 08/03/2018 | Robert Rosenfeld | New PO Box fee for change of address | $356.00 |
| 08/10/2018 | Robert Rosenfeld | Postage for correspondence to TD Wealth Bank. | $0.50 |
| 08/23/2018 | Robert Rosenfeld | Postage for payment of invoices for UST office and Sterling | $1.00 |
| **Totals Billable Amounts for Mailing/Postage** | | | **$357.50** |
| **Miscellaneous** | | | |
| 08/02/2018 | Neil Bivona | Spill supplies. | $111.98 |
| **Totals Billable Amounts for Miscellaneous** | | | **$111.98** |
| **Postage & Shipping** | | | |
| 08/16/2018 | Robert Rosenfeld | Overnight shipping to Garfunkel Wild regarding 274 Connetquot contract of sale. | $31.92 |
| 08/22/2018 | Robert Rosenfeld | Overnight mail and Notary fees for closing documents related to 274 Connetquot. | $28.71 |
| **Totals Billable Amounts for Postage & Shipping** | | | **$60.63** |
| **Grand Total** | | | **$545.11** |