Howard B. Kleinberg, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
Garden City, NY  11530-9194
Tel.:  (516) 592-5706
Fax.:  (516) 741-6706
Email:  hkleinberg@msek.com

*Attorneys for Members of The Dowling College Board of Trustees*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

In re:

                              Chapter 11

DOWLING COLLEGE

                              Case No. 16-75545 (REG)

              Debtor and Debtor in Possession.


---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

     I, Michael Kwiatkowski, hereby certify that on September 17, 2018, I caused a true and correct copy of the *Reservation of Rights of Board of Trustee Members to Committee's Motion for Standing and Authority to Prosecute Claims on Behalf of Estate* [ECF Doc. No. 598] to be served via first-class mail (postage pre-paid) upon the persons listed on the attached **Service List A**, and via electronic mail (email) upon the persons listed on the attached **Service List B**.

                                                              */s/ Michael Kwiatkowski*
                                                              Michael Kwiatkowski

**Service List A**
(via First-Class Mail)

SilvermanAcampora LLP
100 Jericho Quadrangle, Sutie 300
Jericho, New York 11753
<u>Attn</u>: Anthony C. Acampora, Esq.
*Attorneys for the Committee*

Office of the United States Trustee For Region 2
560 Federal Plaza
Central Islip, New York 11722
<u>Attn</u>:  Stan Yang, Esq.

Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th floor
New York, New York 11036
<u>Attn</u>:  Sean C. Southard, Esq.
*Counsel to the Debtor*

Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111
<u>Attn</u>:  P. Miyoko Sato, Esq.
          Ian A. Hammel, Esq.

Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
<u>Attn</u>:  Neil S. Begley, Esq.

Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue, 9th floor
East Meadow, New York 11554
<u>Attn</u>:  Richard J. McCord, Esq.
          Thomas J. McNamara, Esq.

Garfunkel Wild, P.C.
111 Great Neck Road
Great Neck, New York 11021
<u>Attn</u>:  Adam T. Berkowitz, Esq.

**Service List B**
(via Email)

Anthony C. Acampora, Esq.  AAcampora@SilvermanAcampora.com
SilvermanAcampora LLP

Stan Yang, Esq.  stan.y.yang@usdoj.gov
Office of the United States Trustee For Region 2

Sean C. Southard, Esq.  ssouthard@klestadt.com
Klestadt Winters Jureller Southard & Stevens, LLP

P. Miyoko Sato, Esq.  PMSato@mintz.com
Ian A. Hammel, Esq.  IAHammel@mintz.com
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.

Neil S. Begley, Esq.  neil.begley@srz.com
Schulte Roth & Zabel LLP

Richard J. McCord, Esq.  rmccord@certilmanbalin.com
Thomas J. McNamara, Esq.  tmcnamara@certilmanbalin.com
Certilman Balin Adler & Hyman, LLP

Adam T. Berkowitz, Esq.  aberkowitz@garfunkelwild.com
Garfunkel Wild, P.C.

4153771