**WHITE & CASE**

September 21, 2018

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

The Honorable Robert E. Grossman
United States Bankruptcy Court for the Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:  *In re: Dowling College*
     Case No. 16-75545 (E.D.N.Y. Bankr.)

Dear Judge Grossman:

White & Case LLP ("White & Case" or the "Firm") is acting for ACA Financial Guaranty Corp. ("ACA"), a party-in-interest in the above-referenced matter (the "Case"). The purpose of this letter is to inform Chambers as well as the parties copied on this letter that Adriana Foreman, Law Clerk for Your Honor from September 2017 to August 2018, will be joining White & Case as an Associate as of September 24, 2018.

While in Chambers, Ms. Foreman worked on the Case. Accordingly, White & Case has screened Ms. Foreman completely from any involvement in the Case in accordance with the Firm's customary procedures and in accordance with applicable rules of professional responsibility.

Such screening should remove all questions as to the propriety of Ms. Foreman's employment while the Firm continues its representation of ACA in the Case. If there is a contrary view, we respectfully request both Ms. Foreman and the Firm be informed.

Hon. Robert E. Grossman
September 21, 2018

**WHITE & CASE**

To the extent that Your Honor deems additional notice to be appropriate, White & Case will serve or file whatever notices Your Honor directs.

Respectfully yours,

White & Case LLP

By: _____
Debra Kobrin Levy, Esq.
**Associate General Counsel**

T +212-819-8757
E debra.levy@whitecase.com

cc:  Adriana Foreman
     Service list (by e-mail)

2