**Hearing Date: September 24, 2018 at 1:30 p.m.**

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Sean C. Southard
Brendan M. Scott
Lauren C. Kiss

*Attorneys for Dowling College*

**OUTTEN & GOLDEN LLP**
685 Third Ave 25th Floor
New York, NY 10017
Tel: (212) 245-1000
Fax: (646) 506-2060
Jack A. Raisner
René S. Roupinian

*Attorneys for the Class*
*Representatives and the Class*


**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re                                                            :      Chapter 11
                                                                 :
DOWLING COLLEGE,                                                 :
f/d/b/a DOWLING INSTITUTE,                                       :      Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                                   :
ASSOCIATION,                                                     :
f/d/b/a CECOM,                                                   :
a/k/a DOWLING COLLEGE, INC.,                                     :
                                                                 :
                                    Debtor.                      :
----------------------------------------------------------------x
                                                                 :
LORI ZAIKOWSKI, on behalf of herself and all                    :
others similarly situated,                                       :
                                                                 :
                                    Plaintiff,                   :      Adv. Pro. No. 16-08178 (REG)
                                                                 :
                          v.                                     :

|  | : |
|---|---|
| DOWLING COLLEGE, f/d/b/a DOWLING | : |
| INSTITUTE, f/d/b/a DOWLING COLLEGE | : |
| ALUMNI ASSOCIATION, f/d/b/a CECOM, a/k/a | : |
| DOWLING COLLEGE, INC., | : |
| Defendant. | : |

--------------------------------------------------------------x

### NOTICE OF (A) UPDATED EXHIBITS TO THE SETTLEMENT AND RELEASE AGREEMENT, DATED AUGUST 31, 2018, BY AND AMONG (I) DOWLING COLLEGE, (II) LORI ZAIKOWSKI, ON BEHALF OF HERSELF AND CLASS A MEMBERS, AND (III) CATHRYN MOONEY, ON BEHALF OF HERSELF AND CLASS B MEMBERS AND (B) UPDATED PROPOSED ORDERS

**NOTICE IS HEREBY GIVEN**, as follows:

1.　　On August 31, 2018, Dowling College ("<u>Dowling</u>" or the "<u>Debtor</u>"), debtor and debtor-and-possession in the above-captioned chapter 11 case (the "<u>Chapter 11 Case</u>"), Lori Zaikowski (the "<u>Class A Representative</u>"), on behalf of herself and Class A Members, and prospective class representative Cathryn Mooney (the "<u>Class B Representative</u>"), on behalf of herself and Class B Members filed the *Joint Motion Pursuant to 11 U.S.C.§ 105 and Fed. R. Bankr. P. 7023 and 9019 to (i) Approve a Settlement Pursuant to Fed. R. Bankr. P. 9019, (ii) Certify Class B for Settlement Purposes Only, Appoint Class Counsel and the Class B Representatives, and Preliminarily Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023, (iii) Approve the Form and Manner of Notice to Class Members of the Settlement, (iv) Schedule a Final Hearing to Consider Final Approval of the Settlement, (v) Approve the Settlement on Final Basis, and (vi) Grant Related Relief* (the "<u>Joint Motion</u>")[1] [DE 594] [Adv. Pro. DE 29].

2.　　A copy of the Settlement Agreement was attached to the Joint Motion as Exhibit 1 and the Settlement Agreement contained four (4) exhibits – Exhibit A, Exhibit B, Exhibit C, and Exhibit D.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Joint Motion.

3.      After filing the Joint Motion, the U.S. DOL expressed concern that the Settlement Agreement did not provide for an allocation of the unpaid medical and dental claims for each Allowed Priority Claim Amount.  As a result of these concerns and after discussions with the U.S. DOL, the Parties to the Settlement Agreement have agreed that the first priority dollars under section 507(a)(4) of the Bankruptcy Code will be allocated to unpaid medical and dental claims, for which no employment or withholding taxes will be deducted.

4.      As a result, attached hereto are clean and redline versions of updated Exhibit A, Exhibit B, Exhibit C, and Exhibit D to the Settlement Agreement and Exhibits 2 and 3 to the Joint Motion.

Dated:   New York, New York
          September 21, 2018

                              **KLESTADT WINTERS JURELLER**
                              **SOUTHARD & STEVENS, LLP**


                    By:   _/s/ Sean C. Southard_____
                          Sean C. Southard
                          Lauren C. Kiss
                          200 West 41st Street., 17th Floor
                          New York, New York 10036
                          Tel: (212) 972-3000
                          Fax: (212) 972-2245
                          Email: ssouthard@klestadt.com

                          _Counsel to the Debtor and_
                            _Debtor-in-Possession_

3

Dated:   New York, New York
         September 21, 2018

**OUTTEN & GOLDEN LLP**


By:   */s/ René S. Roupinian*
      René S. Roupinian
      Jack A. Raisner
      685 Third Avenue, 25th Floor
      New York, NY 10017
      Tel: (212) 245-1000
      Fax: (646) 506-2060
      Email: rsr@outtengolden.com
             jar@outtengolden.com

      *Counsel to the Class Representatives and the*
      *Class*