# **Exhibit A**

## CLASS A MEMBERS

| Employee Number | Claimed Secured Amount | Allowed Secured Claim Amount | Scheduled Priority Amount | Claimed Priority Amount | Allowed Priority Claim Amount | Priority Medical Claim Amount | Priority Dental Claim Amount | Taxable Priority Claim Amount | Scheduled Unsecured Amount | Claimed Unsecured Amount | Allowed Unsecured Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | $300.93 | $0.00 | $0.00 | $300.93 | | | $0.00 |
| 2 | | | | | $1,232.29 | $0.00 | $0.00 | $1,232.29 | | | |
| 3 | | | | | $7,837.74 | $0.00 | $2,368.00 | $5,469.74 | $9,259.19 | $9,258.19 | $3,788.45 |
| 4 | | | | $76,543.00 | $12,850.00 | $0.00 | $148.00 | $12,702.00 | $3,410.20 | | $55,715.52 |
| 5 | | | | | $75.83 | $0.00 | $0.00 | $75.83 | | | $0.00 |
| 6 | | | | | $2,579.78 | $0.00 | $0.00 | $2,579.78 | $798.20 | | $377.05 |
| 7 | | | | | $112.85 | | | $112.85 | | | $0.00 |
| 8 | | | | | $112.85 | $0.00 | $0.00 | $112.85 | | | $0.00 |
| 9 | | | | $149,636.55 | $12,850.00 | $476.32 | $1,225.60 | $11,148.08 | $6,652.35 | | $124,802.44 |
| 10 | | | | | $619.98 | $0.00 | $0.00 | $619.98 | | | |
| 11 | | | $4,903.50 | $19,558.09 | $10,911.08 | $71.26 | $0.00 | $10,839.82 | $2,198.48 | | $1,190.70 |
| 12 | | | | | $682.50 | $0.00 | $0.00 | $682.50 | | | $0.00 |
| 13 | | | | | $1,631.50 | $0.00 | $0.00 | $1,631.50 | | | |
| 14 | | | $5,103.00 | $11,544.36 | $11,000.75 | $0.00 | $1,702.00 | $9,298.75 | $2,147.11 | | $1,268.10 |
| 15 | | | | | $468.00 | $0.00 | $0.00 | $468.00 | | | $0.00 |
| 16 | | | | | $568.75 | $0.00 | $0.00 | $568.75 | | | $0.00 |
| 17 | | | | | $167.92 | $0.00 | $0.00 | $167.92 | | | $0.00 |
| 18 | | | | $150,685.19 | $12,850.00 | $1,226.13 | $1,020.00 | $10,603.87 | $5,111.50 | | $107,023.40 |
| 19 | | | | | $514.58 | $0.00 | $0.00 | $514.58 | | | $0.00 |
| 20 | | | | | $543.83 | $0.00 | $0.00 | $543.83 | | | |
| 21 | | | | $170,000.00 | $12,850.00 | $170.26 | $280.00 | $12,399.74 | $8,782.00 | | $144,986.65 |
| 22 | | | | | $485.88 | $0.00 | $0.00 | $485.88 | | | $0.00 |
| 23 | | | | | $1,167.83 | $0.00 | $0.00 | $1,167.83 | | | $0.00 |
| 24 | | | | | $468.00 | $0.00 | $0.00 | $468.00 | | | $0.00 |
| 25 | | | | | $492.92 | $0.00 | $0.00 | $492.92 | | | $0.00 |
| 26 | | | | | $1,175.96 | $0.00 | $0.00 | $1,175.96 | | | $0.00 |
| 27 | | | | $13,871.10 | $8,158.19 | $2,374.07 | $2,408.00 | $3,376.12 | $2,276.80 | $46,128.90 | $1,479.80 |
| 28 | | | | | $7,015.43 | $0.00 | $146.00 | $6,869.43 | $3,587.55 | $9,342.06 | $2,295.55 |
| 29 | | | | | $12,850.00 | $0.00 | $943.00 | $11,907.00 | $6,731.65 | | $124,638.66 |
| 30 | | | | | $676.64 | $0.00 | $0.00 | $676.64 | $365.00 | | $206.00 |
| 31 | | | | | $151.67 | $0.00 | $0.00 | $151.67 | | | $0.00 |
| 32 | | | | $13,317.50 | $7,296.77 | $0.00 | $1,920.40 | $5,376.37 | $2,737.63 | | $1,048.01 |
| 33 | | | | | $920.00 | $0.00 | $920.00 | $0.00 | | | $0.00 |
| 34 | | | | $164,703.25 | $12,850.00 | $0.00 | $627.20 | $12,222.80 | $6,509.55 | $164,703.25 | $117,289.96 |
| 35 | | | | | $936.00 | $0.00 | $0.00 | $936.00 | | | $0.00 |
| 36 | | | | $12,850.00 | $3,927.86 | $3,147.86 | $280.00 | $500.00 | $1,964.70 | $2,054.54 | $2,064.70 |
| 37 | | | | $1,122.30 | $1,091.52 | $0.00 | $0.00 | $1,091.52 | $1,122.30 | | $807.50 |
| 38 | | | | | $171.53 | $0.00 | $0.00 | $171.53 | | | $0.00 |
| 39 | | | | $321,307.75 | $12,850.00 | $8,763.67 | $544.80 | $3,541.53 | $6,439.95 | $34,404.19 | $118,020.83 |
| 40 | | | | | $7,968.09 | $86.98 | $4,545.00 | $3,336.11 | | | $0.00 |

| Employee Number | Claimed Secured Amount | Allowed Secured Claim Amount | Scheduled Priority Amount | Claimed Priority Amount | Allowed Priority Claim Amount | Priority Medical Claim Amount | Priority Dental Claim Amount | Taxable Priority Claim Amount | Scheduled Unsecured Amount | Claimed Unsecured Amount | Allowed Unsecured Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | | | | | $936.00 | $0.00 | $0.00 | $936.00 | | | $0.00 |
| 42 | | | | | $451.39 | $0.00 | $0.00 | $451.39 | | | $0.00 |
| 43 | | | | | $872.08 | $0.00 | $0.00 | $872.08 | | | $0.00 |
| 44 | | | | | $4,153.50 | $0.00 | $0.00 | $4,153.50 | $2,865.55 | | $1,971.55 |
| 45 | | | | | $569.29 | $0.00 | $0.00 | $569.29 | | | $0.00 |
| 46 | | | | | $451.39 | $0.00 | $0.00 | $451.39 | | | $0.00 |
| 47 | | | | | $171.53 | $0.00 | $0.00 | $171.53 | | | $0.00 |
| 48 | | | | $137,973.32 | $12,850.00 | $0.00 | $0.00 | $12,850.00 | $6,249.45 | | $109,442.90 |
| 49 | | | | | $48.75 | $0.00 | $0.00 | $48.75 | | | $0.00 |
| 50 | | | $5,182.80 | $10,717.69 | $10,638.97 | $0.00 | $1,050.80 | $9,588.17 | $1,604.59 | | $1,287.70 |
| 51 | | | | $106,304.50 | $12,850.00 | $0.00 | $1,562.00 | $11,288.00 | $4,151.75 | | $84,309.63 |
| 52 | | | | $94,233.57 | $12,850.00 | $0.00 | $0.00 | $12,850.00 | $3,732.75 | | $83,517.65 |
| 53 | | | | | $23.47 | $0.00 | $0.00 | $23.47 | | | $0.00 |
| 54 | | | | | $985.83 | $0.00 | $0.00 | $985.83 | | | $0.00 |
| 55 | | | | | $492.92 | $0.00 | $0.00 | $492.92 | | | $0.00 |
| 56 | | | $5,493.60 | $13,079.62 | $9,519.32 | $0.00 | $228.80 | $9,290.52 | $1,364.15 | | $1,364.15 |
| 57 | | | | $85,686.37 | $12,850.00 | $0.00 | $0.00 | $12,850.00 | $3,378.50 | | $54,656.56 |
| 58 | | | | | $462.22 | $0.00 | $0.00 | $462.22 | | | $0.00 |
| 59 | | | | | $1,618.50 | $0.00 | $0.00 | $1,618.50 | | | $0.00 |
| 60 | | | | | $910.00 | $0.00 | $0.00 | $910.00 | | | $0.00 |
| 61 | | | | | $451.57 | $0.00 | $0.00 | $451.57 | | | $0.00 |
| 62 | | | | | $468.00 | $0.00 | $0.00 | $468.00 | | | $0.00 |
| 63 | | | | | $180.56 | $0.00 | $0.00 | $180.56 | | | $0.00 |
| 64 | | | | | $468.00 | $0.00 | $0.00 | $468.00 | | | $0.00 |
| 65 | | | | | $958.75 | $0.00 | $0.00 | $958.75 | | | $0.00 |
| 66 | | | | | $12,850.00 | $0.00 | $190.00 | $12,660.00 | $3,359.80 | | $64,133.24 |
| 67 | | | | | $857.64 | $0.00 | $0.00 | $857.64 | | | $0.00 |
| 68 | | | | | $543.83 | $0.00 | $0.00 | $543.83 | | | $0.00 |
| 69 | | | | | $1,087.67 | $0.00 | $0.00 | $1,087.67 | | | $0.00 |
| 70 | | | | | $998.83 | $0.00 | $0.00 | $998.83 | | | $0.00 |
| 71 | | | | | $1,163.50 | $0.00 | $0.00 | $1,163.50 | $178.00 | $178.00 | $0.00 |
| 72 | | | | | $1,649.94 | $0.00 | $0.00 | $1,649.94 | $447.90 | | $0.00 |
| 73 | | | | | $451.39 | $0.00 | $0.00 | $451.39 | | | $0.00 |
| 74 | | | | | $303.33 | $0.00 | $0.00 | $303.33 | | | $0.00 |
| 75 | | | | | $647.29 | $0.00 | $0.00 | $647.29 | | | $0.00 |
| 76 | | | | | $5,907.22 | $1,896.35 | $1,412.00 | $2,598.87 | $522.36 | | $0.00 |
| 77 | | | | | $3,452.48 | $0.00 | $0.00 | $3,452.48 | $1,362.05 | | $1,362.05 |
| 78 | | | | | $4,866.20 | $0.00 | $0.00 | $4,866.20 | $4,865.40 | | $3,021.24 |
| 79 | | | | | $691.89 | $0.00 | $0.00 | $691.89 | | | $0.00 |
| 80 | | | | | $4,275.48 | $0.00 | $0.00 | $4,275.48 | $1,555.00 | | $536.80 |
| 81 | | | | $300.00 | $10,599.09 | $3,717.88 | $3,639.20 | $3,242.01 | $3,664.81 | | $3,125.47 |

| Employee Number | Claimed Secured Amount | Allowed Secured Claim Amount | Scheduled Priority Amount | Claimed Priority Amount | Allowed Priority Claim Amount | Priority Medical Claim Amount | Priority Dental Claim Amount | Taxable Priority Claim Amount | Scheduled Unsecured Amount | Claimed Unsecured Amount | Allowed Unsecured Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 82 | | | | | $1,113.67 | $0.00 | $0.00 | $1,113.67 | | | $0.00 |
| 83 | | | | | $492.92 | $0.00 | $0.00 | $492.92 | | | $0.00 |
| 84 | | | | | $2,656.60 | $0.00 | $1,924.40 | $732.20 | $5,464.29 | | $3,031.12 |
| 85 | | | | $177,742.13 | $12,850.00 | $388.50 | $1,120.00 | $11,341.50 | $9,016.65 | | $152,624.14 |
| 86 | | | | $239,458.22 | $12,850.00 | $0.00 | $0.00 | $12,850.00 | $4,816.10 | | $93,707.29 |
| 87 | | | | | $40.63 | $0.00 | $0.00 | $40.63 | | | $0.00 |
| 88 | | | | | $1,631.50 | $0.00 | $0.00 | $1,631.50 | | | $0.00 |
| 89 | | | | | $468.00 | $0.00 | $0.00 | $468.00 | | | $0.00 |
| 90 | | | | | $543.83 | $0.00 | $0.00 | $543.83 | | | $0.00 |
| 91 | | | $4,886.70 | $16,896.20 | $9,289.61 | $0.00 | $179.20 | $9,110.41 | $1,716.59 | | $1,186.80 |
| 92 | | | | | $2,076.26 | $0.00 | $0.00 | $2,076.26 | $2,825.08 | $2,825.08 | $1,711.10 |
| 93 | | | | | $731.79 | $0.00 | $0.00 | $731.79 | | | $0.00 |
| 94 | | | $4,819.50 | $8,495.98 | $12,850.00 | $3,717.08 | $1,454.40 | $7,678.52 | $1,198.55 | | $1,667.71 |
| 95 | | | | | $303.33 | $0.00 | $0.00 | $303.33 | | | $0.00 |
| 96 | | | | | $151.67 | $0.00 | $0.00 | $151.67 | | | $0.00 |
| 97 | | | | | $1,631.50 | $0.00 | $0.00 | $1,631.50 | | | $0.00 |
| 98 | $2,093.35 | $0.00 | | $2,500.00 | $12,850.00 | $0.00 | $2,176.20 | $10,673.80 | $3,811.35 | $1,718.00 | $108,391.85 |
| 99 | | | | | $492.92 | $0.00 | $0.00 | $492.92 | | | $0.00 |
| 100 | | | | | $162.50 | $0.00 | $0.00 | $162.50 | | | $0.00 |
| 101 | | | | | $527.22 | $0.00 | $0.00 | $527.22 | | | $0.00 |
| 102 | | | | | $492.92 | $0.00 | $0.00 | $492.92 | | | $0.00 |
| 103 | | | | | $300.92 | $0.00 | $0.00 | $300.92 | | | $0.00 |
| 104 | | | | | $543.83 | $0.00 | $0.00 | $543.83 | | | $0.00 |
| 105 | | | | | $12,850.00 | $0.00 | $0.00 | $12,850.00 | $4,713.90 | | $100,280.37 |
| 106 | | | $833.63 | | $1,945.14 | $0.00 | $0.00 | $1,945.14 | $1,138.69 | | $0.00 |
| 107 | | | | | $4,398.34 | $608.81 | $0.00 | $3,789.53 | $2,503.00 | | $868.35 |
| 108 | | | | | $492.92 | $0.00 | $0.00 | $492.92 | | | $0.00 |
| 109 | | | | | $468.00 | $0.00 | $0.00 | $468.00 | | | $0.00 |
| 110 | | | | | $131.24 | $0.00 | $0.00 | $131.24 | | | |
| 111 | | | | | $456.03 | $0.00 | $0.00 | $456.03 | $112.97 | | $0.00 |
| 112 | | | | | $12,850.00 | $0.00 | $320.00 | $12,530.00 | $6,972.00 | | $133,491.27 |
| 113 | | | | | $541.67 | $0.00 | $0.00 | $541.67 | | | $0.00 |
| 114 | | | | | $252.33 | $0.00 | $0.00 | $252.33 | | | $0.00 |
| 115 | | | $4,491.90 | $16,282.18 | $8,258.79 | $0.00 | $361.40 | $7,897.39 | $1,264.74 | | $1,090.20 |
| 116 | | | $771.60 | $2,347.27 | $6,667.38 | $0.00 | $436.00 | $6,231.38 | $2,088.12 | $2,088.12 | $4,655.71 |
| 117 | | | | | $1,087.67 | $0.00 | $0.00 | $1,087.67 | | | $0.00 |
| 118 | | | | | $257.29 | $0.00 | $0.00 | $257.29 | | | $0.00 |
| 119 | | | | | $75.83 | $0.00 | $0.00 | $75.83 | | | $0.00 |
| 120 | | | | | $492.92 | $0.00 | $0.00 | $492.92 | | | $0.00 |
| 121 | | | | $122.72 | $287.97 | $0.00 | $0.00 | $287.97 | $122.72 | | $0.00 |
| 122 | | | | | $5,116.26 | $0.00 | $212.00 | $4,904.26 | $2,963.72 | $3,507.72 | $2,039.96 |
| 123 | | | | | $595.83 | $0.00 | $0.00 | $595.83 | | | $0.00 |

| Employee Number | Claimed Secured Amount | Allowed Secured Claim Amount | Scheduled Priority Amount | Claimed Priority Amount | Allowed Priority Claim Amount | Priority Medical Claim Amount | Priority Dental Claim Amount | Taxable Priority Claim Amount | Scheduled Unsecured Amount | Claimed Unsecured Amount | Allowed Unsecured Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 124 | | | | $12,850.00 | $12,850.00 | $0.00 | $0.00 | $12,850.00 | $6,545.70 | $12,850.00 | $118,821.93 |
| 125 | | | | | $12,850.00 | $0.00 | $0.00 | $12,850.00 | $3,308.15 | | $63,159.65 |
| 126 | | | | | $459.60 | $0.00 | $0.00 | $459.60 | $280.54 | | $0.00 |
| 127 | | | | | $379.17 | $0.00 | $0.00 | $379.17 | | | $0.00 |
| 128 | | | | $7,020.00 | $328.61 | $0.00 | $0.00 | $328.61 | | $3,510.00 | $0.00 |
| 129 | | | $5,050.50 | $7,505.40 | $7,058.35 | $0.00 | $156.00 | $6,902.35 | $1,255.40 | $5,050.00 | $1,399.70 |
| 130 | | | $4,586.40 | $9,068.87 | $9,706.15 | $0.00 | $1,079.00 | $8,627.15 | $1,421.63 | | $1,141.20 |
| 131 | | | | | $482.29 | $0.00 | $0.00 | $482.29 | $162.77 | | $0.00 |
| 132 | | | | | $451.39 | $0.00 | $0.00 | $451.39 | | | $0.00 |
| 133 | | | | $12,850.00 | $569.29 | $0.00 | $0.00 | $569.29 | $46,658.64 | $58,077.00 | $73,320.46 |
| 134 | | | | | $492.92 | $0.00 | $0.00 | $492.92 | | | $0.00 |
| 135 | | | | $12,850.00 | $3,881.20 | $0.00 | $207.60 | $3,673.60 | $13,539.51 | $12,531.82 | $7,447.94 |
| 136 | | | | | $8,151.10 | $2,015.20 | $137.00 | $5,998.90 | $1,225.25 | | $1,462.10 |
| 137 | | | | | $5,081.74 | $0.00 | $1,464.00 | $3,617.74 | $1,096.00 | | $274.05 |
| 138 | | | | | $11,725.24 | $4,492.08 | $2,163.60 | $5,069.56 | $4,589.35 | | $3,185.45 |
| 139 | | | | | $492.92 | $0.00 | $0.00 | $492.92 | | | $0.00 |
| 140 | | | | | $2,419.44 | $0.00 | $0.00 | $2,419.44 | | | $0.00 |
| 141 | | | | | $695.50 | $0.00 | $0.00 | $695.50 | | | $0.00 |
| 142 | | | | | $3,201.98 | $0.00 | $0.00 | $3,201.98 | $940.31 | | $0.00 |
| 143 | | | | | $303.33 | $0.00 | $0.00 | $303.33 | | | $0.00 |
| 144 | | | | | $492.92 | $0.00 | $0.00 | $492.92 | | | $0.00 |
| 145 | | | | $2,055.37 | $5,985.41 | $546.75 | $200.00 | $5,238.66 | $2,055.37 | | $1,111.20 |
| 146 | | | | | $1,730.04 | $0.00 | $0.00 | $1,730.04 | $1,349.00 | | $133.08 |
| 147 | | | | | $752.38 | $0.00 | $0.00 | $752.38 | | | $0.00 |
| 148 | | | | | $3,981.00 | $0.00 | $0.00 | $3,981.00 | | | $0.00 |
| 149 | | | | | $1,239.33 | $0.00 | $0.00 | $1,239.33 | | | $0.00 |
| 150 | | | | | $8,091.27 | $0.00 | $0.00 | $8,091.27 | $3,613.08 | | $4,861.36 |
| 151 | | | | | $902.78 | $0.00 | $0.00 | $902.78 | $210.00 | $210.00 | $0.00 |
| 152 | | | | | $2,339.17 | $0.00 | $0.00 | $2,339.17 | $839.90 | $839.90 | $615.50 |
| 153 | | | | | $455.00 | $0.00 | $0.00 | $455.00 | | | $0.00 |
| 154 | | | | | $3,775.25 | $0.00 | $0.00 | $3,775.25 | $997.99 | | $170.94 |
| 155 | | | | | $413.94 | $0.00 | $0.00 | $413.94 | | | $0.00 |
| 156 | | | | | $6,390.68 | $0.00 | $811.20 | $5,579.48 | $5,528.68 | | $3,833.17 |
| 157 | | | | | $8,830.61 | $1,846.55 | $1,982.40 | $5,001.66 | $262.06 | $262.06 | $0.00 |
| 158 | | | $5,613.30 | $20,186.65 | $11,073.99 | $0.00 | $352.40 | $10,721.59 | $2,516.21 | $52.82 | $1,393.55 |
| 159 | | | | | $3,364.50 | $0.00 | $0.00 | $3,364.50 | $3,182.62 | $3,182.62 | $2,220.45 |
| 160 | | | | | $6,282.24 | $473.96 | $103.60 | $5,704.68 | $3,048.00 | $4,085.96 | $1,957.00 |
| 161 | | | | | $1,210.81 | $0.00 | $0.00 | $1,210.81 | | | $0.00 |
| 162 | | | | | $516.03 | $0.00 | $0.00 | $516.03 | | | $0.00 |
| 163 | | | | $198,013.83 | $12,850.00 | $7,522.22 | $2,490.80 | $2,836.98 | $6,974.10 | | $143,301.76 |
| 164 | | | $778.13 | $2,152.82 | $4,328.43 | $0.00 | $0.00 | $4,328.43 | $1,374.69 | | $0.00 |
| 165 | | | | | $688.96 | $0.00 | $9.60 | $679.36 | | | $0.00 |
| 166 | | | | | $1,769.05 | $200.00 | $664.00 | $905.05 | $254.15 | $245.15 | $0.00 |
| 167 | | | | | $257.29 | $0.00 | $0.00 | $257.29 | $60.59 | | $0.00 |

| Employee Number | Claimed Secured Amount | Allowed Secured Claim Amount | Scheduled Priority Amount | Claimed Priority Amount | Allowed Priority Claim Amount | Priority Medical Claim Amount | Priority Dental Claim Amount | Taxable Priority Claim Amount | Scheduled Unsecured Amount | Claimed Unsecured Amount | Allowed Unsecured Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 168 | | | | | $2,174.33 | $0.00 | $0.00 | $2,174.33 | | | $0.00 |
| 169 | | | | | $492.92 | $0.00 | $0.00 | $492.92 | | | $0.00 |
| 170 | | | | $420.00 | $303.33 | $0.00 | $0.00 | $303.33 | | | $0.00 |
| 171 | | | | | $1,631.50 | $0.00 | $0.00 | $1,631.50 | | | $0.00 |
| 172 | | | | | $328.61 | $0.00 | $0.00 | $328.61 | | | $0.00 |
| 173 | | | $866.25 | | $6,842.27 | $0.00 | $1,260.00 | $5,582.27 | $2,252.26 | | $3,330.02 |
| 174 | | | $816.38 | | $5,483.52 | $0.00 | $794.00 | $4,689.52 | $1,768.81 | $2,585.19 | $3,220.04 |
| 175 | | | | | $12,850.00 | $0.00 | $0.00 | $12,850.00 | $4,576.36 | | $66,385.94 |
| 176 | | | | $12,850.00 | $12,850.00 | $0.00 | $0.00 | $12,850.00 | $6,559.20 | $147,505.81 | $128,360.18 |
| 177 | | | | | $677.08 | $0.00 | $0.00 | $677.08 | | | $0.00 |
| 178 | | | | $189.76 | $361.29 | $0.00 | $0.00 | $361.29 | $189.76 | | $0.00 |
| 179 | | | | $1,525.00 | $357.45 | $0.00 | $0.00 | $357.45 | $100.16 | $1,525.00 | $0.00 |
| 180 | | | | | $1,674.42 | $717.56 | $332.00 | $624.86 | $179.00 | | $89.76 |
| 181 | | | | | $847.17 | $0.00 | $0.00 | $847.17 | | | $0.00 |
| 182 | | | | | $468.00 | $0.00 | $0.00 | $468.00 | | | $0.00 |
| 183 | | | | | $468.00 | $0.00 | $0.00 | $468.00 | | | $0.00 |
| 184 | | | | | $12,850.00 | $0.00 | $4,898.00 | $7,952.00 | $5,007.35 | | $106,577.88 |
| 185 | | | | | $1,631.50 | $0.00 | $0.00 | $1,631.50 | | | $0.00 |
| 186 | | | $915.00 | | $2,969.00 | $0.00 | $1,200.00 | $1,769.00 | $1,683.60 | | $0.00 |
| 187 | | | $957.60 | $1,575.67 | $7,793.80 | $0.00 | $710.00 | $7,083.80 | $909.72 | | $5,508.13 |
| 188 | | | | $3,961.20 | $6,199.47 | $0.00 | $2,733.80 | $3,465.67 | $3,850.20 | | $2,258.91 |
| 189 | | | | | $328.61 | $0.00 | $0.00 | $328.61 | | | $0.00 |
| 190 | | | | | $549.25 | $0.00 | $0.00 | $549.25 | | | $0.00 |
| 191 | | | | | $343.06 | $0.00 | $0.00 | $343.06 | $7.78 | | $0.00 |
| 192 | | | | | $1,431.44 | $0.00 | $0.00 | $1,431.44 | | | $0.00 |
| 193 | | | | | $7,713.05 | $1,661.56 | $112.00 | $5,939.49 | $5,027.58 | | $3,359.45 |
| 194 | | | | | $8,213.92 | $0.00 | $1,837.00 | $6,376.92 | $3,652.87 | | $1,246.56 |
| 195 | | | | | $827.67 | $0.00 | $0.00 | $827.67 | | | $0.00 |
| 196 | | | | | $379.17 | $0.00 | $0.00 | $379.17 | | | $0.00 |
| 197 | | | | | $1,037.83 | $0.00 | $0.00 | $1,037.83 | | | $0.00 |
| 198 | | | | | $1,037.83 | $0.00 | $0.00 | $1,037.83 | | | $0.00 |
| 199 | | | | | $365.63 | $0.00 | $0.00 | $365.63 | | | $0.00 |
| 200 | | | | $12,850.00 | $12,850.00 | $0.00 | $537.60 | $12,312.40 | $4,902.80 | $241,860.71 | $98,856.89 |
| 201 | | | | | $1,354.17 | $0.00 | $0.00 | $1,354.17 | | | $0.00 |
| 202 | | | | | $468.00 | $0.00 | $0.00 | $468.00 | | | $0.00 |
| 203 | | | | | $379.17 | $0.00 | $0.00 | $379.17 | | | $0.00 |
| 204 | | | | | $628.33 | $0.00 | $0.00 | $628.33 | | | $0.00 |
| 205 | | | | | $136.14 | $0.00 | $0.00 | $136.14 | | | $0.00 |
| 206 | | | | $2,750.43 | $2,829.43 | $0.00 | $1,131.20 | $1,698.23 | $983.80 | | $946.20 |
| 207 | | | | $12,850.00 | $12,850.00 | $1,000.52 | $180.80 | $11,668.68 | $4,717.10 | $111,190.00 | $101,878.84 |
| 208 | | | | | $492.92 | $0.00 | $0.00 | $492.92 | | | $0.00 |
| 209 | | | | | $75.83 | $0.00 | $0.00 | $75.83 | | | $0.00 |
| 210 | | | | | $85.76 | $0.00 | $0.00 | $85.76 | | | $0.00 |

| Employee Number | Claimed Secured Amount | Allowed Secured Claim Amount | Scheduled Priority Amount | Claimed Priority Amount | Allowed Priority Claim Amount | Priority Medical Claim Amount | Priority Dental Claim Amount | Taxable Priority Claim Amount | Scheduled Unsecured Amount | Claimed Unsecured Amount | Allowed Unsecured Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 211 | | | | | $75.83 | $0.00 | $0.00 | $75.83 | | | $0.00 |
| 212 | | | | | $4,495.15 | $0.00 | $0.00 | $4,495.15 | $1,526.45 | $1,526.45 | $1,526.45 |
| 213 | | | | $386,234.02 | $12,850.00 | $4,231.70 | $1,608.00 | $7,010.30 | $7,819.95 | $165,337.01 | $141,208.32 |
| 214 | | | | | $985.83 | $0.00 | $0.00 | $985.83 | | | $0.00 |
| 215 | | | | | $4,121.10 | $0.00 | $0.00 | $4,121.10 | | $1,521.21 | $539.20 |
| 216 | | | | $107,317.28 | $12,850.00 | $0.00 | $552.20 | $12,297.80 | $4,551.55 | | $86,948.75 |
| 217 | | | | | $303.33 | $0.00 | $0.00 | $303.33 | | | $0.00 |
| 218 | | | | | $4,258.24 | $0.00 | $191.00 | $4,067.24 | $1,787.15 | $1,787.15 | $1,366.15 |
| 219 | | | $53,237.52 | | $12,850.00 | $0.00 | $978.40 | $11,871.60 | $1,000.00 | | $38,631.36 |
| 220 | | | $486,151.56 | | $12,850.00 | $0.00 | $454.00 | $12,396.00 | $6,429.40 | | $114,578.85 |
| 221 | | | | | $227.50 | $0.00 | $0.00 | $227.50 | | | $0.00 |
| 222 | | | | | $543.83 | $0.00 | $0.00 | $543.83 | | | $0.00 |
| 223 | | | | | $518.92 | $0.00 | $0.00 | $518.92 | | | $0.00 |
| 224 | | | | | $76.74 | $0.00 | $0.00 | $76.74 | | | $0.00 |
| 225 | | | | $1,471.00 | $3,232.46 | $0.00 | $0.00 | $3,232.46 | $1,471.00 | | $627.46 |
| 226 | | | $5,493.60 | $22,568.20 | $11,866.58 | $0.00 | $446.00 | $11,420.58 | $4,325.04 | | $1,913.51 |
| 227 | | | | | $281.69 | $0.00 | $0.00 | $281.69 | $110.16 | | $0.00 |
| 228 | | | | | $915.42 | $0.00 | $0.00 | $915.42 | | | $0.00 |
| 229 | | | | $146,289.84 | $12,850.00 | $0.00 | $0.00 | $12,850.00 | $4,788.55 | $120,589.84 | $94,700.85 |
| 230 | | | | | $541.48 | $0.00 | $0.00 | $541.48 | $198.42 | | $0.00 |
| 231 | | | | | $328.61 | $0.00 | $0.00 | $328.61 | | | $0.00 |
| 232 | | | | | $1,941.87 | $0.00 | $200.00 | $1,741.87 | | | $0.00 |
| 233 | | | | | $3,427.25 | $0.00 | $0.00 | $3,427.25 | $1,713.00 | | $770.70 |
| 234 | | | | $125,921.51 | $12,850.00 | $0.00 | $144.40 | $12,705.60 | $5,130.40 | | $100,050.67 |
| 235 | | | $4,802.70 | $34,312.83 | $12,850.00 | $3,703.33 | $107.00 | $9,039.67 | $3,235.25 | | $3,212.60 |
| 236 | | | | $12,267.61 | $8,599.73 | $0.00 | $2,898.40 | $5,701.33 | $5,617.61 | | $2,855.09 |
| 237 | | | | $310,065.22 | $12,850.00 | $0.00 | $193.40 | $12,656.60 | $6,772.80 | | $125,140.26 |
| 238 | | | $5,237.40 | $35,497.99 | $12,850.00 | $0.00 | $3,266.40 | $9,583.60 | $4,730.70 | | $4,380.24 |
| 239 | | | | | $393.43 | $0.00 | $0.00 | $393.43 | $50.39 | | $0.00 |
| 240 | | | | | $246.46 | $0.00 | $0.00 | $246.46 | | | $0.00 |
| 241 | | | | | $303.33 | $0.00 | $0.00 | $303.33 | | | $0.00 |
| 242 | | | | | $1,092.00 | $0.00 | $0.00 | $1,092.00 | | | $0.00 |
| 243 | | | | | $1,631.50 | $0.00 | $0.00 | $1,631.50 | $32,604.44 | $32,604.44 | $50,388.89 |
| 244 | | | | $5,986.83 | $1,973.20 | $0.00 | $228.80 | $1,744.40 | $5,986.83 | | $3,111.09 |
| 245 | | | | | $5,241.81 | $0.00 | $0.00 | $5,241.81 | $4,171.85 | $4,171.85 | $2,753.45 |
| 246 | $0.00 | $0.00 | | | $1,707.88 | $0.00 | $0.00 | $1,707.88 | | | $0.00 |
| 247 | | | | $9,014.16 | $9,679.08 | $0.00 | $0.00 | $9,679.08 | | | $1,228.90 |
| 248 | | | | | $936.00 | $0.00 | $0.00 | $936.00 | | | $0.00 |
| 249 | | | | | $819.00 | $0.00 | $0.00 | $819.00 | | | $0.00 |
| 250 | | | | | $1,661.11 | $0.00 | $0.00 | $1,661.11 | | | $0.00 |
| 251 | | | | | $468.00 | $0.00 | $0.00 | $468.00 | | | $0.00 |
| 252 | | | | | $492.92 | $0.00 | $0.00 | $492.92 | | | $0.00 |
| 253 | | | $2,850.00 | | $12,850.00 | $0.00 | $1,440.00 | $11,410.00 | $12,158.93 | | $11,855.39 |
| 254 | | | | | $12,850.00 | $0.00 | $0.00 | $12,850.00 | $3,547.85 | | $58,278.52 |

| Employee Number | Claimed Secured Amount | Allowed Secured Claim Amount | Scheduled Priority Amount | Claimed Priority Amount | Allowed Priority Claim Amount | Priority Medical Claim Amount | Priority Dental Claim Amount | Taxable Priority Claim Amount | Scheduled Unsecured Amount | Claimed Unsecured Amount | Allowed Unsecured Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 255 | | | | $100,708.00 | $12,850.00 | $0.00 | $0.00 | $12,850.00 | $4,312.85 | | $78,835.76 |
| 256 | | | | $25,700.00 | $12,850.00 | $0.00 | $1,702.40 | $11,147.60 | $3,497.05 | $214,940.72 | $87,175.93 |
| 257 | | | $1,222.13 | $2,973.85 | $8,837.04 | $0.00 | $0.00 | $8,837.04 | $1,751.72 | $2,973.85 | $6,637.21 |
| 258 | | | | | $493.85 | $0.00 | $0.00 | $493.85 | $177.75 | | $0.00 |
| 259 | | | $5,155.50 | $26,766.75 | $8,870.76 | $0.00 | $1,235.00 | $7,635.76 | $315.22 | | $0.00 |
| 260 | | | | | $45.14 | $0.00 | $0.00 | $45.14 | | | $0.00 |
| 261 | | | | | $315.31 | $0.00 | $0.00 | $315.31 | $58.02 | | $0.00 |
| 262 | | | | | $254.58 | $0.00 | $0.00 | $254.58 | | | $0.00 |
| 263 | | | | | $292.50 | $0.00 | $0.00 | $292.50 | | | $0.00 |
| 264 | | | | | $985.83 | $0.00 | $0.00 | $985.83 | | | $0.00 |
| 265 | | | | | $996.26 | $0.00 | $0.00 | $996.26 | | | $0.00 |
| 266 | | | | | $1,110.42 | $0.00 | $0.00 | $1,110.42 | | | $0.00 |
| 267 | | | | | $68.61 | $0.00 | $0.00 | $68.61 | | | $0.00 |
| 268 | | | | $3,276.14 | $9,204.74 | $5,606.96 | $170.40 | $3,427.38 | $3,276.14 | | $1,571.15 |
| 269 | | | | | $23.47 | $0.00 | $0.00 | $23.47 | | | $0.00 |
| 270 | | | | | $6,233.54 | $1,464.36 | $803.00 | $3,966.18 | $408.63 | | $0.00 |
| 271 | | | $4,725.00 | $8,164.16 | $8,485.40 | $0.00 | $0.00 | $8,485.40 | $1,175.50 | | $1,175.50 |
| 272 | | | $5,075.70 | $10,717.96 | $9,091.96 | $0.00 | $0.00 | $9,091.96 | $1,471.02 | | $1,261.70 |
| 273 | | | | | $664.26 | $0.00 | $0.00 | $664.26 | | | $0.00 |
| 274 | | | | | $3,505.95 | $2,710.47 | $185.00 | $610.48 | $2,332.36 | $2,332.36 | $1,947.60 |
| 275 | | | | | $1,037.83 | $0.00 | $0.00 | $1,037.83 | | | $0.00 |
| 276 | | | | $118,933.70 | $12,850.00 | $510.82 | $424.00 | $11,915.18 | $4,394.50 | | $83,206.88 |
| 277 | | | | | $252.78 | $0.00 | $0.00 | $252.78 | | | $0.00 |
| 278 | | | | | $3,375.78 | $0.00 | $0.00 | $3,375.78 | $1,834.00 | | $719.32 |
| 279 | | | | | $468.00 | $0.00 | $0.00 | $468.00 | | | $0.00 |
| 280 | | | | | $3,491.39 | $0.00 | $0.00 | $3,491.39 | $421.00 | | $0.00 |
| 281 | | | | | $543.83 | $0.00 | $0.00 | $543.83 | | | $0.00 |
| 282 | | | | | $1,037.83 | $0.00 | $0.00 | $1,037.83 | | | $0.00 |
| 283 | | | | | $644.58 | $0.00 | $0.00 | $644.58 | | | $0.00 |
| 284 | | | | $7,173.85 | $12,110.88 | $0.00 | $876.00 | $11,234.88 | $7,173.85 | | $4,975.05 |
| 285 | | | | | $1,214.42 | $0.00 | $0.00 | $1,214.42 | | | $0.00 |
| 286 | | | $5,050.50 | $12,061.51 | $10,050.52 | $0.00 | $175.20 | $9,875.32 | $2,335.40 | | $1,255.40 |
| 287 | | | | | $492.92 | $0.00 | $0.00 | $492.92 | | | $0.00 |
| 288 | | | | | $492.92 | $0.00 | $0.00 | $492.92 | | | $0.00 |
| 289 | | | | | $1,784.25 | $0.00 | $0.00 | $1,784.25 | | | $0.00 |
| 290 | | | | | $227.50 | $0.00 | $0.00 | $227.50 | | | $0.00 |
| 291 | | | | | $1,248.00 | $0.00 | $0.00 | $1,248.00 | | | $0.00 |
| 292 | | | | | $543.83 | $0.00 | $0.00 | $543.83 | | | $0.00 |
| 293 | | | | | $1,591.60 | $0.00 | $0.00 | $1,591.60 | | | $0.00 |
| 294 | | | $31,348.82 | $7,424.28 | | $0.00 | $552.80 | $6,871.48 | $31,348.82 | | $21,366.61 |
| 295 | | | | | $699.13 | $0.00 | $0.00 | $699.13 | $341.38 | $341.38 | $0.00 |
| 296 | | | | | $379.17 | $0.00 | $0.00 | $379.17 | | | $0.00 |

| Employee Number | Claimed Secured Amount | Allowed Secured Claim Amount | Scheduled Priority Amount | Claimed Priority Amount | Allowed Priority Claim Amount | Priority Medical Claim Amount | Priority Dental Claim Amount | Taxable Priority Claim Amount | Scheduled Unsecured Amount | Claimed Unsecured Amount | Allowed Unsecured Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 297 | | | | | $492.92 | $0.00 | $0.00 | $492.92 | | | $0.00 |
| 298 | | | | | $492.92 | $0.00 | $0.00 | $492.92 | | | $0.00 |
| 299 | | | $5,346.60 | $11,410.63 | $10,962.76 | $0.00 | $0.00 | $10,962.76 | | $2,101.35 | $1,328.35 |
| 300 | | | | | $1,087.67 | $0.00 | $0.00 | $1,087.67 | $51,962.82 | $81,655.27 | $81,655.89 |
| 301 | | | | | $631.94 | $0.00 | $0.00 | $631.94 | | | $0.00 |
| 302 | | | | | $5,524.76 | $899.97 | $202.00 | $4,422.79 | $2,915.66 | $93,901.11 | $1,926.50 |
| 303 | | | | | $5,397.90 | $0.00 | $466.40 | $4,931.50 | $6,896.40 | $6,896.40 | $4,244.13 |
| 304 | | | | | $4,273.98 | $0.00 | $0.00 | $4,273.98 | | | $0.00 |
| 305 | | | | | $12,850.00 | $0.00 | $142.20 | $12,707.80 | | | $113,050.56 |
| 306 | | | | | $985.83 | $0.00 | $0.00 | $985.83 | | | $0.00 |
| 307 | | | | | $1,983.58 | $0.00 | $1,493.80 | $489.78 | | | $0.00 |
| 308 | | | | | $1,191.67 | $0.00 | $0.00 | $1,191.67 | | | $0.00 |
| 309 | | | | | $1,721.78 | $0.00 | $78.00 | $1,643.78 | $4,712.13 | | $3,470.19 |
| 310 | | | | | $9,066.69 | $0.00 | $0.00 | $9,066.69 | $8,468.70 | | $3,972.70 |
| 311 | | | | | $486.34 | $0.00 | $0.00 | $486.34 | | | $0.00 |
| 312 | | | | | $2,010.69 | $0.00 | $0.00 | $2,010.69 | $734.00 | | $275.87 |
| 313 | | | | | $463.60 | $0.00 | $0.00 | $463.60 | $120.54 | $120.54 | $0.00 |
| 314 | | | | | $455.00 | $0.00 | $0.00 | $455.00 | | | $0.00 |
| 315 | | | | | $166.11 | $0.00 | $0.00 | $166.11 | | | $0.00 |
| 316 | | | | | $789.93 | $0.00 | $0.00 | $789.93 | | | $0.00 |
| 317 | | | | | $518.92 | $0.00 | $0.00 | $518.92 | | | $0.00 |
| 318 | | | | | $1,180.48 | $0.00 | $0.00 | $1,180.48 | $21.00 | | $0.00 |
| 319 | | | | | $6,869.02 | $0.00 | $1,342.00 | $5,527.02 | $3,883.85 | $3,883.85 | $2,620.85 |
| 320 | | | | | $2,961.54 | $0.00 | $0.00 | $2,961.54 | | | $525.84 |
| 321 | | | | | $3,722.50 | $0.00 | $0.00 | $3,722.50 | $214.64 | | $917.18 |
| 322 | | | | | $225.69 | $0.00 | $0.00 | $225.69 | | | $0.00 |
| 323 | | | | | $3,239.83 | $0.00 | $535.80 | $2,704.03 | | | $1,500.00 |
| 324 | | | | | $569.29 | $0.00 | $0.00 | $569.29 | | | $0.00 |
| 325 | | | | | $468.00 | $0.00 | $0.00 | $468.00 | | | $0.00 |
| 326 | | | | | $1,947.83 | $0.00 | $0.00 | $1,947.83 | | | $0.00 |
| 327 | | | | | $902.78 | $0.00 | $0.00 | $902.78 | | | $0.00 |
| 328 | | | | | $985.83 | $0.00 | $0.00 | $985.83 | | | $0.00 |
| 329 | | | | $4,179.39 | $1,289.40 | $0.00 | $0.00 | $1,289.40 | $4,179.39 | | $2,933.65 |
| 330 | | | | | $885.06 | $0.00 | $0.00 | $885.06 | $833.40 | $833.40 | $564.80 |
| 331 | | | | $159,812.00 | $12,850.00 | $0.00 | $380.00 | $12,470.00 | $4,903.20 | | $98,762.18 |
| 332 | $12,850.00 | $0.00 | | | $12,850.00 | $0.00 | $1,550.40 | $11,299.60 | $6,640.95 | $129,916.64 | $122,373.39 |
| 333 | | | | | $704.17 | $0.00 | $0.00 | $704.17 | | | $0.00 |
| 334 | | | | | $518.92 | $0.00 | $0.00 | $518.92 | | | $0.00 |
| 335 | | | | | $133.71 | $0.00 | $0.00 | $133.71 | | | $0.00 |
| 336 | | | | $134,504.70 | $12,850.00 | $0.00 | $122.00 | $12,728.00 | $3,453.85 | | $75,839.20 |
| 337 | | | | $108,199.56 | $12,850.00 | $0.00 | $85.00 | $12,765.00 | $4,772.10 | | $93,413.87 |
| 338 | | | | | $199.24 | $0.00 | $0.00 | $199.24 | $27.71 | | $0.00 |
| 339 | | | | | $606.67 | $0.00 | $0.00 | $606.67 | | | $0.00 |
| 340 | | | | | $358.00 | $0.00 | $358.00 | $0.00 | | | $0.00 |

| Employee Number | Claimed Secured Amount | Allowed Secured Claim Amount | Scheduled Priority Amount | Claimed Priority Amount | Allowed Priority Claim Amount | Priority Medical Claim Amount | Priority Dental Claim Amount | Taxable Priority Claim Amount | Scheduled Unsecured Amount | Claimed Unsecured Amount | Allowed Unsecured Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 341 | | | | $12,850.00 | $12,850.00 | $0.00 | $2,878.24 | $9,971.76 | $7,044.20 | $47,723.64 | $137,535.65 |
| 342 | | | | | $6,683.28 | $0.00 | $2,456.00 | $4,227.28 | $1,056.00 | | $197.30 |
| 343 | | | | | $468.00 | $0.00 | $0.00 | $468.00 | | | $0.00 |
| 344 | | | | | $468.00 | $0.00 | $0.00 | $468.00 | | | $0.00 |
| 345 | | | | | $4,782.61 | $0.00 | $486.00 | $4,296.61 | $2,479.94 | $2,479.94 | $1,461.55 |
| 346 | | | | | $4,791.98 | $0.00 | $1,580.00 | $3,211.98 | $3,445.73 | | $2,740.40 |
| 347 | | | | | $4,871.24 | $0.00 | $405.40 | $4,465.84 | $2,634.37 | | $1,589.27 |
| 348 | | | | | $2,264.89 | $0.00 | $0.00 | $2,264.89 | | | $0.00 |
| 349 | | | | | $492.92 | $0.00 | $0.00 | $492.92 | | | $0.00 |
| 350 | | | | | $9,893.91 | $0.00 | $2,808.00 | $7,085.91 | $6,274.78 | | $4,446.88 |
| 351 | | | | $7,703.00 | $5,625.46 | $0.00 | $1,662.00 | $3,963.46 | $3,438.95 | | $2,267.47 |
| 352 | | | | | $300.92 | $0.00 | $0.00 | $300.92 | | | $0.00 |
| 353 | | | | | $518.92 | $0.00 | $0.00 | $518.92 | | | $0.00 |
| 354 | | | | | $1,037.83 | $0.00 | $0.00 | $1,037.83 | | | $0.00 |
| 355 | | | | | $227.50 | $0.00 | $0.00 | $227.50 | | | $0.00 |
| 356 | | | | | $455.00 | $0.00 | $0.00 | $455.00 | | | $0.00 |
| 357 | | | | | $3,163.94 | $0.00 | $1,288.00 | $1,875.94 | $2,883.68 | $1,971.00 | $244.69 |
| 358 | | | | | $468.00 | $0.00 | $0.00 | $468.00 | | | |
| 359 | | | | | $3,935.49 | $0.00 | $0.00 | $3,935.49 | $1,543.05 | $1,543.03 | $1,707.90 |
| 360 | | | | | $2,963.82 | $0.00 | $0.00 | $2,963.82 | $1,500.61 | $2,115.48 | $613.48 |
| 361 | | | | | $1,050.83 | $0.00 | $0.00 | $1,050.83 | | | $0.00 |
| 362 | | | | | $3,461.00 | $0.00 | $0.00 | $3,461.00 | | | $0.00 |
| 363 | | | | | $644.58 | $0.00 | $0.00 | $644.58 | | | $0.00 |
| 364 | | | | | $227.50 | $0.00 | $0.00 | $227.50 | | | $0.00 |
| 365 | | | | | $903.69 | $0.00 | $0.00 | $903.69 | | | $0.00 |
| 366 | | | | $12,850.00 | $12,850.00 | $0.00 | $7,409.40 | $5,440.60 | $4,536.80 | $133,573.82 | $102,398.46 |
| 367 | | | $1,071.75 | | $5,069.31 | $0.00 | $0.00 | $5,069.31 | $1,464.73 | | $0.00 |
| 368 | | | | | $468.00 | $0.00 | $0.00 | $468.00 | | | $0.00 |
| 369 | | | | | $1,138.58 | $0.00 | $0.00 | $1,138.58 | | | $0.00 |
| 370 | | | | | $1,782.08 | $0.00 | $0.00 | $1,782.08 | | | $0.00 |
| 371 | | | | | $12,850.00 | $0.00 | $150.00 | $12,700.00 | $6,306.70 | $6,306.70 | $112,256.70 |
| 372 | | | | | $3,080.50 | $0.00 | $0.00 | $3,080.50 | | | $0.00 |
| 372A | | | | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $1,000.00 | | | $0.00 |
| 372B | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372C | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372D | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372E | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372F | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372G | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372H | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372I | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372J | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372K | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372L | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372M | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372N | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372O | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372P | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372Q | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |

| Employee Number | Claimed Secured Amount | Allowed Secured Claim Amount | Scheduled Priority Amount | Claimed Priority Amount | Allowed Priority Claim Amount | Priority Medical Claim Amount | Priority Dental Claim Amount | Taxable Priority Claim Amount | Scheduled Unsecured Amount | Claimed Unsecured Amount | Allowed Unsecured Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 372R | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372S | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372T | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372U | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372V | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $3,239.80 | $0.00 |
| 372W | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372X | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372Y | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372Z | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372AA | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372BB | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372CC | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372DD | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372EE | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372FF | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372GG | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372HH | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372II | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372JJ | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372KK | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372LL | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372MM | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372NN | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372OO | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372PP | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372QQ | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372RR | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| 372SS | | | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $0.00 |
| | $14,943.35 | $0.00 | $102,100.67 | $4,887,473.45 | $1,356,593.74 | $66,249.18 | $109,602.44 | $1,180,742.12 | $659,108.10 | $1,944,537.76 | $4,885,537.13 |

## CLASS B MEMBERS

| Employee Number | Scheduled Priority Amount | Claimed Priority Amount | Allowed Priority Claim Amount | Priority Medical Claim Amount | Priority Dental Claim Amount | Taxable Priority Claim Amount | Scheduled Unsecured Amount | Claimed Unsecured Amount | Allowed Unsecured Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| 373 | | $11,510.42 | $6,672.82 | $3,569.77 | $1,346.40 | $1,756.65 | $11,510.42 | | $6,060.05 |
| 374 | | $9,174.80 | $2,420.60 | $0.00 | $0.00 | $2,420.60 | $9,174.80 | | $5,899.34 |
| 375 | | $3,000.00 | $48.00 | $0.00 | $48.00 | $0.00 | | | $0.00 |
| 376 | | | $1,938.00 | $0.00 | $1,938.00 | $0.00 | | | $0.00 |
| 377 | | | $2,960.00 | $0.00 | $2,960.00 | $0.00 | | | $0.00 |
| 378 | | | $951.03 | $325.31 | $625.72 | $0.00 | | | $0.00 |
| 379 | | | $1,761.78 | $1,352.18 | $409.60 | $0.00 | | | $0.00 |
| 380 | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $9,158.65 |
| 381 | | | $1,740.80 | $0.00 | $1,740.80 | $0.00 | | | $0.00 |
| 382 | | | $197.00 | $0.00 | $197.00 | $0.00 | | | $0.00 |
| 383 | | | $0.00 | $0.00 | $0.00 | $0.00 | $39,283.02 | | $57,988.97 |
| 384 | | | $90.00 | $0.00 | $90.00 | $0.00 | | | $0.00 |
| 385 | | | $0.00 | $0.00 | $0.00 | $0.00 | $1,461.20 | | $1,461.20 |
| 386 | | | $0.00 | $0.00 | $0.00 | $0.00 | $34,228.32 | $52,306.15 | $53,786.96 |
| 387 | | | $280.00 | $0.00 | $280.00 | $0.00 | | | $0.00 |
| 388 | | $9,294.01 | $0.00 | $0.00 | $0.00 | $0.00 | $37,176.04 | $48,159.87 | $57,453.88 |
| 389 | | | $398.00 | $0.00 | $398.00 | $0.00 | | | $0.00 |
| 390 | | $69,996.05 | $0.00 | $0.00 | $0.00 | $0.00 | $51,086.70 | | $86,700.94 |
| 391 | | | $268.00 | $0.00 | $268.00 | $0.00 | | | $0.00 |
| 392 | | | $80.00 | $0.00 | $80.00 | $0.00 | | | $0.00 |
| 393 | | | $0.00 | $0.00 | $0.00 | $0.00 | $72,355.08 | $115,423.97 | $113,701.23 |
| 394 | | | $1,003.00 | $0.00 | $1,003.00 | $0.00 | | | $0.00 |
| 395 | | | $135.82 | $0.00 | $0.00 | $135.82 | | | $135.81 |
| 396 | | | $2,010.00 | $0.00 | $2,010.00 | $0.00 | | | $0.00 |
| 397 | | | $0.00 | $0.00 | $0.00 | $0.00 | $40,685.40 | $127,868.40 | $64,902.90 |
| 398 | | | $402.30 | $398.30 | $4.00 | $0.00 | | | $0.00 |
| 399 | | | $2,750.01 | $2,750.01 | $0.00 | $0.00 | | | $0.00 |
| 400 | | | $340.00 | $0.00 | $340.00 | $0.00 | | | $0.00 |
| 401 | | | $1,282.00 | $0.00 | $1,282.00 | $0.00 | | | $0.00 |
| 402 | | | $56.00 | $0.00 | $56.00 | $0.00 | $67,518.36 | | $106,100.41 |

| Employee Number | Scheduled Priority Amount | Claimed Priority Amount | Allowed Priority Claim Amount | Priority Medical Claim Amount | Priority Dental Claim Amount | Taxable Priority Claim Amount | Scheduled Unsecured Amount | Claimed Unsecured Amount | Allowed Unsecured Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| 403 | | | $3,481.83 | $245.83 | $3,236.00 | $0.00 | | | $0.00 |
| 404 | | | $0.00 | $0.00 | $0.00 | $0.00 | $29,994.80 | $43,911.00 | $46,355.60 |
| 405 | | | $171.00 | $0.00 | $171.00 | $0.00 | | | $0.00 |
| 406 | | | $3,920.28 | $3,920.28 | $0.00 | $0.00 | | | $0.00 |
| 407 | | | $1,362.00 | $0.00 | $1,362.00 | $0.00 | | | $0.00 |
| 408 | | | $783.92 | $20.32 | $763.60 | $0.00 | | | $0.00 |
| 409 | | $84,190.01 | $0.00 | $0.00 | $0.00 | $0.00 | $52,775.52 | | $82,933.45 |
| 410 | | | $0.00 | $0.00 | $0.00 | $0.00 | $51,994.32 | | $81,705.28 |
| 411 | | | $190.00 | $0.00 | $0.00 | $190.00 | $330.80 | | $190.00 |
| 412 | | | $419.20 | $0.00 | $419.20 | $0.00 | | | |
| 413 | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $9,070.10 |
| 414 | | | $651.69 | $651.69 | $0.00 | $0.00 | | | $0.00 |
| 415 | | $438.00 | $623.38 | $0.00 | $0.00 | $623.38 | $438.00 | | $103.92 |
| 416 | | | $886.40 | $0.00 | $886.40 | $0.00 | | | $0.00 |
| 417 | | | $1,855.41 | $0.00 | $0.00 | $1,855.41 | $3,257.16 | | $412.31 |
| 418 | | | $2,970.20 | $616.80 | $2,353.40 | $0.00 | | | $0.00 |
| 419 | | | $8,051.48 | $7,045.88 | $1,005.60 | $0.00 | | | $0.00 |
| 420 | | $12,850.00 | $0.00 | $0.00 | $0.00 | $0.00 | $45,148.84 | $56,925.48 | $69,775.69 |
| 421 | | | $1,340.00 | $0.00 | $1,340.00 | $0.00 | | | $0.00 |
| 422 | | | $1,540.00 | $0.00 | $1,540.00 | $0.00 | $42.38 | | $42.38 |
| 423 | | $241.00 | $579.75 | $0.00 | $312.00 | $267.75 | $241.00 | $241.00 | $74.97 |
| 424 | | $116,151.69 | $0.00 | $0.00 | $0.00 | $0.00 | | | $116,150.70 |
| 425 | | | $315.00 | $0.00 | $315.00 | $0.00 | | | $0.00 |
| 426 | | | $7,003.95 | $2,012.35 | $4,991.60 | $0.00 | | | $0.00 |
| 427 | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $82,597.21 |
| 428 | | | $962.60 | $0.00 | $962.60 | $0.00 | $695.68 | $695.68 | $0.00 |
| 429 | | | $133.00 | $0.00 | $133.00 | $0.00 | | | $0.00 |
| 430 | | | $0.00 | $0.00 | $0.00 | $0.00 | $75,200.58 | | $118,172.08 |
| 431 | | | $555.40 | $0.00 | $555.40 | $0.00 | | | $0.00 |
| 432 | | $135,143.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39,330.48 | | $61,804.52 |
| 433 | | | $110.40 | $0.00 | $110.40 | $0.00 | | | $0.00 |

| Employee Number | Scheduled Priority Amount | Claimed Priority Amount | Allowed Priority Claim Amount | Priority Medical Claim Amount | Priority Dental Claim Amount | Taxable Priority Claim Amount | Scheduled Unsecured Amount | Claimed Unsecured Amount | Allowed Unsecured Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| 434 | | | $2,997.04 | $2,777.04 | $220.00 | $0.00 | | | $0.00 |
| 435 | | | $316.80 | $0.00 | $316.80 | $0.00 | | | $0.00 |
| 436 | | | $2,219.00 | $0.00 | $0.00 | $2,219.00 | | | $4,224.17 |
| 437 | | | $0.00 | $0.00 | $0.00 | $0.00 | | | $1,500.00 |
| 438 | | | $111.20 | $0.00 | $111.20 | $0.00 | | | $0.00 |
| 439 | | | $644.20 | $0.00 | $644.20 | $0.00 | | | $0.00 |
| TOTAL: | $0.00 | $451,988.98 | $71,980.29 | $25,685.76 | $36,825.92 | $9,468.61 | $663,928.90 | $445,531.55 | $1,238,462.72 |