**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-*
  *Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                         :     Chapter 11
                                              :
DOWLING COLLEGE,                              :
f/d/b/a DOWLING INSTITUTE,                    :     Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                :
ASSOCIATION,                                  :
f/d/b/a CECOM,                                :
a/k/a DOWLING COLLEGE, INC.,                  :
                                              :
                              Debtor.         :
---------------------------------------------------------------x

## HEARING AGENDA

| **Time and Date of Hearing:** | September 24, 2018 at 1:30 p.m. (Eastern Time) |
|---|---|
| **Location of Hearing:** | Courtroom of the Honorable Robert E. Grossman, United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 |

| **Copies of Motions and Applications:** | The Motions and Applications may be viewed on the Court's website (http://www.nyeb.uscourts.gov/) with a login and password to the Court's Public Access to Court Electronic Records and copies of such documents can be obtained from the Debtor's noticing agent, Garden City Group, LLC at www.choosegcg.com/cases-info/dco/ |
|---|---|

I. **Uncontested Matters**

   1. Adjourned Status Hearing

      Related Documents:

      A.    Order Scheduling Initial Case Management Conference [DE 74]

      Status:  This matter is going forward.

   2. Application of Klestadt Winters Jureller Southard & Stevens, LLP, General Bankruptcy Counsel to the Debtor and Debtor in Possession, for a Third Interim Allowance of Compensation and Reimbursement of Expenses for the Period of October 1, 2017 Through May 31, 2018 [DE 548]

      Related Documents:

      A.    Notice of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses [DE 556]

      B.    Affidavit of Service [DE 560]

      C.    Notice of Adjournment of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses [DE 558]

      Status:  This matter is going forward.

   3. Third Interim Application of SilvermanAcampora LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Period October 1, 2017 Through and Including May 31, 2018, and Reimbursement of Expenses [DE 546]

      Related Documents:

        A.      Notice of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses [DE 556]

        B.      Affidavit of Service [DE 560]

        C.      Notice of Adjournment of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses [DE 558]

Status:  This matter is going forward.

4. Application of Ingerman Smith, LLP, Special Counsel to the Debtor, for a First Interim Allowance of Compensation and Reimbursement of Expenses for the Period of November 29, 2016 Through May 31, 2018 [DE 549]

Related Documents:

        A.      Notice of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses [DE 556]

        B.      Affidavit of Service [DE 560]

        C.      Notice of Adjournment of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses [DE 558]

Status:  This matter is going forward.

5. Application of Smith & Downey, P.A., Special Counsel to the Debtor and Debtor in Possession, for a Second Interim and Final Allowance of Compensation and Reimbursement of Expenses [DE 550]

Related Documents:

        A.      Notice of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses [DE 556]

        B.      Affidavit of Service [DE 560]

        C.      Notice of Adjournment of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses [DE 558]

Status:  This matter is going forward.

6. Third Interim and Final Application of Eichen & DiMeglio, P.C., Accountants to the Debtor and Debtor in Possession, Pursuant to the United States Trustee Guidelines for Reviewing Applications Filed Under 11 U.S.C. § 330 for Allowance of Compensation and Reimbursement of Expenses [DE 551]

   Related Documents:

   A. Notice of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses [DE 556]

   B. Affidavit of Service [DE 560]

   C. Notice of Adjournment of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses [DE 558]

   Status: This matter is going forward.

7. Application of FPM Group, Ltd., Consultants to the Debtor and Debtor in Possession for a Third Interim Allowance of Compensation and Reimbursement of Expenses for the Period of October 1, 2017 Through May 31, 2018 [DE 552]

   Related Documents:

   A. Notice of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses [DE 556]

   B. Affidavits of Service [DE 560]

   C. Notice of Adjournment of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses [DE 558]

   Status: This matter is going forward.

8. Application of Baker Tilly Virchow Krause, LLP, Tax Accountants to the Debtor and Debtor in Possession for a First Interim Allowance of Compensation and Reimbursement of Expenses for the Period of September 27, 2017 Through May 31, 2018 [DE 553]

   Related Documents:

   A. Notice of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses [DE 556]

    B.      Affidavits of Service [DE 560]

    C.      Notice of Adjournment of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses [DE 558]

    Status:  This matter is going forward

9. Application of Baker Tilly Virchow Krause, LLP, Consultants to the Debtor and Debtor in Possession for a First Interim Allowance of Compensation and Reimbursement of Expenses for the Period of September 27, 2017 Through May 31, 2018 [DE 593]

    Related Documents:

    A.      Affidavit of Service [DE 596]

    Status:  This matter is going forward

10. Second Application of Farrell Fritz, P.C., as Special Counsel to the Debtor and Debtor in Possession, for Interim Allowance of Compensation and Reimbursement of Expenses for the Period of October 1, 2017 Through May 31, 2018 [DE 555]

    Related Documents:

    A.      Notice of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses [DE 556]

    B.      Affidavits of Service [DE 560]

    C.      Notice of Adjournment of Hearing to Consider Applications by Case Professionals for Awards of Interim and/or Final Compensation and Reimbursement of Expenses [DE 558]

    Status:  This matter is going forward

11. Debtor's First Omnibus Objection to Certain Proofs of Claim (Claims that are Incorrectly Classified or Amended or Superseded) [DE 585]

    Related Documents:

    A.      Affidavit of Service [DE 589]

    Status:  This matter is going forward

12. Debtor's Second Omnibus Objection to Certain Proofs of Claim (Claims filed by Former Dowling Students that are Incorrectly Classified) [DE 586]

    Related Documents:

    A.    Affidavit of Service [DE 589]

    Status: This matter is going forward

13.    Notice of Hearing on Creditor Committee's Motion for an Order Granting Leave, Standing, and Authority to Prosecute Claims on Behalf of Dowling's Estate [DE 591]

    Related Documents:

    A.    Affidavit of Service [DE 595]

    B.    Reservation of Rights of Board of Trustee Members to Committee's Motion for Standing and Authority to Prosecute Claims on Behalf of Estate [DE 598]

    C.    Certificate of Service re Reservation of Rights [DE 599]

    Status: This matter is going forward

II.    **Adversary Proceeding**

*Lori Zaikowski, on behalf of herself and all others similarly situated v. Dowling College*, Adv. Pro. No. 16-08178 (REG)

    1.    Pretrial Conference

    Related Documents:

    A.    Second Amended Adversary Class Action Complaint [Adv. Pro. DE 3]

    B.    Dowling College's Answer with Affirmative Defenses [Adv. Pro. DE 7]

    C.    Initial Pretrial Order [Adv. Pro. DE 9]

    Status: This matter is going forward.

    2.    Joint Motion Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 7023 and 9019 to (I) Approve a Settlement Pursuant to Fed. R. Bankr. P. 9019, (II) Certify Class B for Settlement Purposes Only, Appoint Class Counsel, and the Class B Representative, and Preliminary Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approve the Form and Manner of Notice to Class Members of the Class Certification and Settlement, (IV) Schedule a Final Hearing to Consider Final Approval of the Settlement, (V)

        Approve the Settlement on a Final Basis, and (VI) Grant Related Relief [Adv. Pro. DE 29], [DE 594]

Related Documents:

A.      Affidavit of Service of Joint Motion [DE 596]

B.      Notice of (A) Updated Exhibits to the Settlement and Release Agreement, dated August 31, 2018, By and Among (I) Dowling College, (II) Lori Zaikowski, on behalf of herself and Class A Members, and (III) Cathryn Mooney, on behalf of herself and Class B Members and (B) Updated Proposed Orders [Adv. Pro. DE 30], [DE 602]

Status: This matter is going forward.

Dated: New York, New York
       September 21, 2018

                **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

                By:  */s/ Sean C. Southard*
                     Sean C. Southard
                     Lauren C. Kiss
                     200 West 41st Street, 17th Floor
                     New York, NY 10036
                     Tel: (212) 972-3000
                     Fax: (212) 972-2245
                     Email: ssouthard@klestadt.com
                            lkiss@klestadt.com

                     *Counsel to the Debtor and Debtor-in-Possession*