**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                                              :    Chapter 11
                                                                                         :
DOWLING COLLEGE,                                               :
f/d/b/a DOWLING INSTITUTE,                            :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI         :
ASSOCIATION,                                                    :
f/d/b/a CECOM,                                                    :
a/k/a DOWLING COLLEGE, INC.,                      :
                                                                                         :
                                            Debtor.                :
-----------------------------------------------------------------x

### ORDER GRANTING DEBTOR'S FIRST OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM

Upon the *Debtor's First Omnibus Objection to Certain Proofs of Claim* (the "First Objection")[1], seeking to reclassify or expunge certain claims under section 502(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure, all as more fully described in the First Objection; and due and proper notice of the First Objection having been provided, and it appearing that no other or further notice need be provided; and a hearing on the First Objection having been held on September 24, 2018; and the Court having found and determined that the relief sought in the First Objection is in the best interests of the Debtor's estate, its creditors, and all parties-in-interest, and that the legal and factual bases set forth in the First Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED**, that the relief requested in the First Objection is granted as provided in this Order; and it is further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the First Objection.

**ORDERED**, that the Claims listed under the column entitled "Claims to be Modified" on Exhibit A annexed hereto, are hereby modified as reflected under the column entitled "Modified Claims"; and it is further

**ORDERED,** that the Claims listed under the column entitled "Claims to be Expunged" on Exhibit B annexed hereto, are hereby expunged in their entirety. The Surviving Amended Claims identified on Exhibit B are unaffected by this Order; and it is further

**ORDERED**, that the Debtor's claims and noticing agent, Garden City Group, LLC, and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order; and it is further

**ORDERED**, that this Order is deemed to be a separate order with respect to each claim covered hereby; and it is further

**ORDERED**, that all rights of the Debtor and the Creditors' Committee and any successor thereto to object to any surviving claims against the Debtor, whether asserted or unasserted by any of the claimants affected by the First Objection, and to further object to the surviving claims on any other grounds discovered by the parties during the pendency of this Chapter 11 Case are hereby reserved; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: Central Islip, New York**
        **September 26, 2018**

                                                                    /s/ Robert E. Grossman
                                                            **Robert E. Grossman**
                                                            **United States Bankruptcy Judge**