# Exhibit A

# Claims to Be Reclassified

| SEQ No. | Claims to be Modified | | | | Modified Claims | Basis for Objection |
|---|---|---|---|---|---|---|
| | Claimant | Claim No. | Date Filed | Claimed Amount | | |
| 1 | Baseball on the Island, Inc. | 100 | 1/31/2017 | Priority: $1,450.00 | Unsecured: $1,450.00 | Claimant asserts a priority under section 507(a)(7). However, claimant's deposit for field rentals is not a claim by an "individual" for the "personal, family, or household use of such individual", and is not entitled to such a priority. |
| 2 | Jet Environmental Testing, Inc. | 167 | 2/9/2017 | Priority: $1,550.00 | Unsecured: $1,550.00 | Claimant asserts a priority under section 507(a) and (a)(4). However, the claimant provided pre-petition services to the Debtor and is not entitled to such a priority. |
| 3 | Leaf Capital Funding, LLC | 22 | 12/27/2016 | Secured: $22,984.41 | Unsecured: $22,984.41 | Claimant was lessor under a certain Lease Agreement wherein the Debtor was the lessee. On December 16, 2016, the Bankruptcy Court entered an order authorizing the Debtor to reject this Lease Agreement effective as of the Petition Date [DE 113]. Accordingly, such Claim should be reclassified as a general unsecured claim based on the rejection and operation of section 365(g)(1). |
| 4 | Leaf Capital Funding, LLC | 23 | 12/27/2016 | Secured: $10,031.95 | Unsecured: $10,031.95 | Claimant was lessor under a certain Lease Agreement wherein the Debtor was the lessee. On December 16, 2016, the Bankruptcy Court entered an order authorizing the Debtor to reject this Lease Agreement effective as of the Petition Date [DE 113]. Accordingly, such Claim should be reclassified as a general unsecured claim based on the rejection and operation of section 365(g)(1). |

| SEQ NO. | Claims to Be Modified | | | | Modified Claims | Basis for Objection |
|---|---|---|---|---|---|---|
| | Claimant | Claim No. | Date Filed | Claimed Amount | | |
| 5 | Leaf Capital Funding, LLC | 24 | 12/27/2016 | Secured: $15,741.71 | Unsecured: $15,741.71 | Claimant was lessor under a certain Lease Agreement wherein the Debtor was the lessee. On December 16, 2016, the Bankruptcy Court entered an order authorizing the Debtor to reject this Lease Agreement effective as of the Petition Date [DE 113]. Accordingly, such Claim should be reclassified as a general unsecured claim based on the rejection and operation of section 365(g)(1). |
| 6 | Leaf Capital Funding, LLC | 25 | 12/27/2016 | Secured: $45,519.72 | Unsecured: $45,519.72 | Claimant was lessor under a certain Lease Agreement wherein the Debtor was the lessee. On December 16, 2016, the Bankruptcy Court entered an order authorizing the Debtor to reject this Lease Agreement effective as of the Petition Date [DE 113]. Accordingly, such Claim should be reclassified as a general unsecured claim based on the rejection and operation of section 365(g)(1). |
| 7 | Metromedia Technologies, Inc. | 88 | 1/31/2017 | Secured: $2,540.00 | Unsecured: $2,540.00 | Claimant asserts a secured claim for goods sold to the Debtor. The alleged goods sold by claimant are not secured by a lien on any of the Debtor's property and such claim is not entitled to secured status. |
| 8 | Stecher, Steven R. | 181 | 2/12/2017 | Secured: $275.00 | Unsecured: $275.00 | Claimant asserts a secured claim for services performed as an umpire for a women's softball game. The alleged services provided by claimant are not secured by a lien on any of the Debtor's property and such claim is not entitled to secured status. |

# Exhibit B

# Amended or Superseded Claims

| SEQ No. | Claims to be Expunged | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claimant | Claim No(s). | Date Filed | Claimed Amount(s) | Claimant | Claim No. | Date Filed | Claimed Amount |
| 1 | Astro Allied Moving & Storage Inc. | 14 | 12/27/2016 | Unsecured: $3,750.00 | Astro Allied Moving & Storage Inc. | 209 | 2/27/2017 | Unsecured: $3,750.00 |
| 2 | State of New York Department of Labor | 8 | 12/12/2016 | Secured: $109,220.51<br>Priority: $534,868.13 | State of New York Department of Labor | 498 | 7/16/2018 | Secured: $109,220.51<br>Priority: $911,218.40 |
| | | 52 | 1/9/2017 | Secured: $109,220.51<br>Priority: $820,016.19 | | | | |
| | | 468 | 4/10/2017 | Secured: $109,220.51<br>Priority: $883,533.02 | | | | |
| | | 487 | 7/10/2017 | Secured: $109,220.51<br>Unsecured: $900,671.80 | | | | |
| | | 491 | 10/10/2017 | Secured: $109,220.51<br>Priority: $907,758.08 | | | | |
| | | 495 | 1/22/2018 | Secured: $109,220.51<br>Priority: $910,551.01 | | | | |
| | | 497 | 4/13/2018 | Secured: $109,220.51<br>Priority: $911,456.70 | | | | |