# Exhibit A

| SEQ NO. | Claims to be Modified | | | | | Modified Claims | Basis for Objection |
|---|---|---|---|---|---|---|---|
| | Claimant | Claim No. | Date Filed | Claimed Amount | Basis for Claim[1] | | |
| 1 | Agarwal, Antonio | 291 | 3/2/2017 | Secured: $32,249.00 Administrative: $32,249.00 Priority: $32,249.00 Unsecured: $32,249.00 | Could not find same program elsewhere. Had to choose different field of study, which added addition | Unsecured: $128,996.00 | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle him to a secured claim and there is no recognized priority under section 507(a) for claims of the type asserted. Further, the claim does not meet the requirements of an administrative expense claim. |
| 2 | Aucapina, Valeria | 387 | 3/9/2017 | Secured: Unliquidated Unsecured: Unliquidated | Legal action against school | Unsecured: Unliquidated | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle her to a secured claim. |
| 3 | Boyle, Taryn | 427 | 3/12/2017 | Secured: Unliquidated Unsecured: Unliquidated | Student loans | Unsecured: Unliquidated | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle her to a secured claim. |

---

[1] This information was obtained from Section 8 of the Claims, wherein the claimant had to list the basis for the Claim.

| SEQ NO. | Claims to be Modified | | | | Basis for Claim | Modified Claims | Basis for Objection |
|---|---|---|---|---|---|---|---|
| | Claimant | Claim No. | Date Filed | Claimed Amount | | | |
| 4 | Byer-Tyre, David D. | 444 | 3/13/2017 | Secured: $49,460.00 | Money borrowed ($24,848) and paid ($24,612) for non-service | Unsecured: $49,460.00 | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle him to a secured claim. |
| 5 | Callender, Kamishea | 459 | 3/22/2017 | Secured: $24,000.00 Priority: Unliquidated | School loan[2] | Unsecured: $24,000.00 Unliquidated | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle her to a secured claim and there is no recognized priority under section 507(a) for claims of the type asserted. |
| 6 | Femoyer, John F. | 197 | 2/27/2017 | Priority: $2,850.00 Unsecured: $10,137.00 | Cost for additional semester at new college for fall 2017 plus avg cost of books thru undergrad.  New college did not take all Dowling credits. Ex. Adding spring 2017 bill. | Unsecured: $12,987.00 | Claimant is a former Dowling student and there is no recognized priority under section 507(a) for claims of the type asserted. |

---

[2] No information was provided in Section 8 of the Claim.  However, student loan was listed in Section 9 of the Claim, which requested information regarding the secured portion of the claim.

| SEQ NO. | Claims to be Modified | | | | | Modified Claims | Basis for Objection |
|---|---|---|---|---|---|---|---|
| | Claimant | Claim No. | Date Filed | Claimed Amount | Basis for Claim | | |
| 7 | Gallishaw, Je'Niece | 416 | 3/10/2017 | Secured: $13,723.47 Unsecured: $12,063.00 | Loans and savings | Unsecured: $25,786.47 | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle her to a secured claim. |
| 8 | Gumbs, Jennifer | 350 | 3/7/2017 | Secured: $10,950.56 Unsecured: $105,879.00 Unliquidated | Dowling College closed and Student could not complete program | Unsecured: $116,829.56 Unliquidated | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle her to a secured claim. |
| 9 | Jackson, Luther I. | 474 | 4/19/2017 | Priority: $12,000.00 | To determine if there are damages due me or Fed based on my taking out student loans to attend. | Unsecured: $12,000.00 | Claimant is a former Dowling student and there is no recognized priority under section 507(a) for claims of the type asserted. |
| 10 | Johnson, Unique | 417 | 3/10/2017 | Secured: Unliquidated Unsecured: Unliquidated | Dowling never forewarned students of their financial troubles and I lost credits, time and money. | Unsecured: Unliquidated | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle her to a secured claim. |

| SEQ NO. | Claims to be Modified | | | | | Modified Claims | Basis for Objection |
|---|---|---|---|---|---|---|---|
| | Claimant | Claim No. | Date Filed | Claimed Amount | Basis for Claim | | |
| 11 | Lewis, Lesmine | 195 | 2/15/2017 | Priority: $2,400.00 | Tuition | Unsecured: $2,400.00 | Claimant is a former Dowling student and there is no recognized priority under section 507(a) for claims of the type asserted. |
| 12 | McDonald, Aliyah | 462 | 4/2/2017 | Secured: Unliquidated Unsecured: Unliquidated | Current student when institution closed. | Unsecured: Unliquidated | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle him to a secured claim. |
| 13 | Mogil, Ann | 438 | 3/15/2017 | Priority: $35,000.00 Unsecured: $105,000.00 | Had 5 course left to graduate, school shut down w/ no notice | Unsecured: $140,000.00 | Claimant is a former Dowling student and there is no recognized priority under section 507(a) for claims of the type asserted. |
| 14 | Monzon-Zaikowski, Anthony Vincenzo | 431 | 3/10/2017 | Priority: $31,854.00 | The additional cost of finishing my education that I was on track to complete at Dowling. | Unsecured: $31,854.00 | Claimant is a former Dowling student and there is no recognized priority under section 507(a) for claims of the type asserted. |
| 15 | Newman, Matthew | 400 | 3/9/2017 | Secured: $15,300.00 | Estimate 10 classes lost because of force transfer also credits accepted but not applied to major | Unsecured: $15,300.00 | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle him to a secured claim. |

| SEQ NO. | Claims to be Modified | | | | | Modified Claims | Basis for Objection |
|---|---|---|---|---|---|---|---|
| | Claimant | Claim No. | Date Filed | Claimed Amount | Basis for Claim | | |
| 16 | Pacella, Michele | 464 | 4/4/2017 | Secured: $18,000.00 Priority: Unliquidated Unsecured: $1,000.00 Unliquidated | Student at Dowling college | Unsecured: $19,000 Unliquidated | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle her to a secured claim and there is no recognized priority under section 507(a) for claims of the type asserted. |
| 17 | Parkton, Sharon | 339 | 3/7/2017 | Priority: $7,422.00 Unsecured: $25,543.00 | services performed, debit card charges, etc. | Unsecured: $32,965.00 | Claimant is a former Dowling student and there is no recognized priority under section 507(a) for claims of the type asserted. |
| 18 | Pisano, Desiree | 403 | 3/10/2017 | Secured: Unliquidated Unsecured: Unliquidated | Travel, Textbooks, Student Loans | Unsecured: Unliquidated | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle her to a secured claim. |
| 19 | Roditis, Alexandros | 442 | 3/17/2017 | Secured: $26,316.67 | Student loan[3] | Unsecured: $26,316.67 | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle him to a secured claim. |

---

[3] No information was provided in Section 8 of the Claim. However, student loan was listed in Section 9 of the Claim, which requested information regarding the secured portion of the claim.

| SEQ No. | Claims to be Modified | | | | | Modified Claims | Basis for Objection |
|---|---|---|---|---|---|---|---|
| | Claimant | Claim No. | Date Filed | Claimed Amount | Basis for Claim | | |
| 20 | Somwar, Chelsi R. | 201 | 2/27/2017 | Secured: $14,956.72 | money loaned | Unsecured: $14,956.72 | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle her to a secured claim. |
| 21 | Spiciarich, Kimberly | 243 | 2/22/2017 | Secured: $17,243.85 | Student loans | Unsecured: $17,243.85 | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle her to a secured claim. |
| 22 | Whalley, Courtney | 130 | 2/3/2017 | Secured: $3,007.18 Unsecured: $32,984.47 | School filed for bankruptcy | Unsecured: $35,991.65 | Claimant is a former Dowling student and has not identified any security interest or legal authority which would entitle her to a secured claim. |