**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re                                                                                    :    Chapter 11
                                                                                              :
DOWLING COLLEGE,                                                          :
f/d/b/a DOWLING INSTITUTE,                                          :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                               :
ASSOCIATION,                                                                    :
f/d/b/a CECOM,                                                                   :
a/k/a DOWLING COLLEGE, INC.,                                     :
                                                                                              :
                                                            Debtor.             :
---------------------------------------------------------------x

## ORDER GRANTING APPLICATIONS FOR INTERIM AND/OR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon the (a) Application of Klestadt Winters Jureller Southard & Stevens, LLP, General Bankruptcy Counsel for the Debtor and Debtor in Possession, for a Third Interim Allowance of Compensation and Reimbursement of Expenses for the Period of October 1, 2017 through May 31, 2018 [Docket No. 548][1]; (b) Third Interim Application of SilvermanAcampora LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Period October 1, 2017 through and including May 31, 2018, and Reimbursement of Expenses [Docket No. 546]; (c) Application of Ingerman Smith, LLP, Special Counsel to the Debtor, for a First Interim Allowance of Compensation and Reimbursement of Expenses for the Period of November 29, 2016 through May 31, 2018 [Docket No. 549]; (d) Application of Smith & Downey, P.A., Special Counsel to the Debtor and Debtor in Possession, for a Second Interim and Final Allowance of Compensation and Reimbursement of Expenses [Docket No. 550]; (e) Third Interim and Final Application of Eichen & DiMeglio, P.C., Accountants to the Debtor and Debtor in Possession [Docket No. 551]; (f) Application of FPM Group, Ltd., Consultants to the Debtor and Debtor in

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Applications.

Possession, for a Third Interim Allowance of Compensation and Reimbursement of Expenses for the Period of October 1, 2017 through May 31, 2018 [Docket No. 552]; (g) Application of Baker Tilly Virchow Krause, LLP, Tax Accountants to the Debtor and Debtor in Possession for a First Interim Allowance of Compensation and Reimbursement of Expenses for the Period of September 27, 2017 through May 31, 2018 [Docket No. 553]; (h) Second Application of Farrell Fritz, P.C., Special Counsel to the Debtor and Debtor in Possession, for Interim Allowance of Compensation and Reimbursement of Expenses for the Period of October 1, 2017 through May 31, 2018 [Docket No. 555]; and (i) Application of Baker Tilly Virchow Krause, LLP, Consultants to the Debtor and Debtor in Possesion for a First Interim Allowance of Compensation and Reimbursement of Expenses for the Period of September 27, 2017 through May 31, 2018 [Docket No. 593] (collectively, the "Professionals"); the Court having reviewed the Applications, and having heard the statements of counsel regarding the relief requested in the Applications at a hearing held before the Court on September 24, 2018 (the "Hearing"); and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of Applications and the Hearing was sufficient under the circumstances, (iv) the compensation requested in each of the Applications is reasonable and for actual and necessary services rendered by the Professionals during the compensation period, (v) the expenses for which reimbursement is sought in the Applications are actual and necessary expenses and (vi) the Applications fully comply with the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and the Large Case Guidelines, as applicable, and (vi) after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Professionals' Applications are granted on an interim or final basis, as

applicable, to the extent set forth in Schedule A and Schedule B attached hereto.

2. The Debtor is hereby authorized to pay to the Professionals (i) 80% of the Interim Fees Awarded or 100% of the Final Fees Awarded, and (ii) 100% of the Interim and Final Expenses Awarded, as reflected in Schedule A and Schedule B attached hereto, to the extent that such amounts have not previously been paid.

3. All Interim Fees Awarded and Interim Expenses Awarded are subject to final approval by the Court at the conclusion of the Chapter 11 Case pursuant to 11 U.S.C. § 330.

4. The Debtor is authorized to take any and all actions necessary to effectuate the relief granted pursuant to this Order.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: Central Islip, New York**
**September 28, 2018**

/s/ Robert E. Grossman
**Robert E. Grossman**
**United States Bankruptcy Judge**