**SCHEDULE A**

**CURRENT INTERIM FEE PERIOD**
10/1/2017 – 5/31/2018[1]

Case No.: 16-75545
Case Name: Dowling College, f/d/b/a Dowling Institute, f/d/b/a Dowling College Alumni Association, f/d/b/a Cecom, a/k/a Dowling College, Inc.

| Applicant | Date Filed/ Docket No. | Fees Requested | Fees Allowed (Including Fees Held Back) | Fees Held Back | Total Fees to be Paid | Expenses Requested | Expenses Allowed and Payable by the Debtor |
|---|---|---|---|---|---|---|---|
| Klestadt Winters Jureller Southard & Stevens, LLP *Counsel to the Debtor and Debtor-in-Possession* | 6/29/2018 Docket No. 548 | $588,383.95 | $588,383.95 | $117,676.79 | $470,707.16 | $5,738.26 | $5,738.26 |
| SilvermanAcampora LLP *Counsel to the Official Committee of Unsecured Creditors* | 6/29/2018 Docket No. 546 | $287,538.00 | $287,538.00 | $57,507.60 | $230,030.40 | $653.20 | $653.20 |
| Ingerman Smith, LLP *Special Counsel to the Debtor and Debtor-in-Possession* | 6/29/2018 Docket No. 549 | $45,420.00 | $45,420.00 | $9,084.00 | $36,336.00 | $1,938.93 | $1,938.93 |
| Smith & Downey, P.A. *Special Counsel to the Debtor and Debtor-in-Possession* | 6/29/2018 Docket No. 550 | $6,797.50 | $6,797.50 | $0.00[2] | $6,797.50 | $0.00 | $0.00 |

---

[1] The interim fee period for Ingerman Smith, LLP's fee application is from November 29, 2016 through May 31, 2018. The interim fee period for Smith & Downey is April 1, 2017 through May 31, 2018. The interim fee period for Baker Tilly Virchow & Krause is September 27, 2017 through May 31, 2018.

[2] Smith & Downey, P.A. filed a second interim and final fee application. As a result, no fees are being held back.

**SCHEDULE A**

| Applicant | Date Filed/ Docket No. of Interim or Final Application | Fees Requested | Fees Allowed (Including Fees Held Back) | Fees Held Back | Total Fees to be Paid | Expenses Requested | Expenses Allowed and Payable by the Debtor |
|---|---|---|---|---|---|---|---|
| Eichen & DiMeglio, P.C. *Accountants to the Debtor and Debtor-in-Possession* | 6/29/2018 Docket No. 551 | $22,000.00 | $22,000.00 | $0.00[3] | $22,000.00 | $487.76 | $487.76 |
| FPM Group, Ltd. *Consultants to the Debtor and Debtor-in-Possession* | 6/29/2018 Docket No. 552 | $12,071.42 | $12,071.42 | $2,414.28 | $9,657.14 | $4,345.69 | $4,345.69 |
| Baker Tilly Virchow Krause, LLP *Tax Accountants to the Debtor and Debtor-in-Possession* | 6/29/2018 Docket No. 553 | $25,000.00 | $25,000.00 | $5,000.00 | $20,000.00 | $0.00 | $0.00 |
| Farrell Fritz, P.C. *Special Counsel to the Debtor and Debtor-in-Possession* | 6/29/2018 Docket No. 555 | $12,873.00 | $12,873.00 | $2,574.60 | $10,298.40 | $286.43 | $286.43 |
| Baker Tilly Virchow Krause, LLP *Consultants to the Debtor and Debtor-in-Possession* | 8/31/2018 Docket No. 593 | $8,234.00 | $8,234.00 | $1,646.80 | $6,587.20 | $1,131.43 | $1,131.43 |

---

[3] Eichen & DiMeglio, P.C. filed a third interim and final fee application. As a result, no fees are being held back.

**SCHEDULE B**

### FINAL FEE APPLICATION TOTALS
11/29/2016 – 5/31/2018

Case No.: 16-75545
Case Name: Dowling College, f/d/b/a Dowling Institute, f/d/b/a Dowling College Alumni Association, f/d/b/a Cecom, a/k/a Dowling College, Inc.

| Applicant | Date Filed/ Docket No. | Total Fees Requested | Fees Allowed | Fees to be Paid for First Interim or Second Interim Period (Holdback Release) | Total Expenses Requested | Expenses Allowed |
|---|---|---|---|---|---|---|
| Smith & Downey, P.A. *Special Counsel to the Debtor and Debtor-in-Possession* | 6/29/2018 Docket No. 550 | $15,313.75 | $15,313.75 | $1,703.25 | $0.00 | $0.00 |
| Eichen & DiMeglio, P.C. *Accountants to the Debtor and Debtor-in-Possession* | 6/29/2018 Docket No. 551 | $78,707.00 | $78,707.00 | $4,110.00 | $1,514.35 | $1,514.35 |