```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                            Chapter 11

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE                                 Case No. 16-75545 (REG)
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.,

                          Debtor.
-----------------------------------------------------------x
```

**ORDER GRANTING COMMITTEE LEAVE, STANDING, AND
AUTHORITY TO PROSECUTE CLAIMS ON BEHALF OF DOWLING'S ESTATE**

Upon the motion (the "Motion") of the Official Committee of Unsecured Creditors (the "Committee") in the chapter 11 case of Dowling College f/d/b/a Dowling Institute f/d/b/a Dowling College Alumni Association f/d/b/a Cecom a/k/a Dowling College, Inc. (the "Debtor"), and upon the hearing on the Motion held before the Court on September 24, 2018, the transcript of which is incorporated herein by reference, and for good cause having been shown for the relief requested in the Motion; it is hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the Committee is hereby authorized and given the right and discretion to pursue and prosecute any and all claims and causes of action of the Debtor's estate.



Dated: Central Islip, New York                                    _____
       September 28, 2018                                       **Robert E. Grossman**
                                                        **United States Bankruptcy Judge**