UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

Dowling College f/d/b/a Dowling Institute,
f/d/b/a Dowling College Alumni Association,
f/d/b/a CECOM, aka Dowling College, Inc.,

        Debtor.
-----------------------------------------------------------X

Chapter 11
Case No. 16-75545-736 (REG)

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST FOR REMOVAL FROM SERVICE LISTS

The undersigned attorneys for Venmar Holding SA hereby withdraw their appearance as counsel and request that we be removed from any and all service lists in this matter, including the Court's CM/ECF notification list.

Dated: September 27, 2018
      Westbury, New York

                                      Thaler Law Firm PLLC

                     By:    _/s/ Andrew M. Thaler_
                                    Andrew M. Thaler, Esq.
                                    675 Old Country Road
                                    Westbury, New York 11590
                                    Phone: (516) 279-6700
                                    Facsimile: (516) 279-6722