UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

Dowling College f/d/b/a Dowling Institute,
f/d/b/a Dowling College Alumni Association,
f/d/b/a CECOM, aka Dowling College, Inc.,

                Debtor.
-----------------------------------------------------------X

Chapter 11
Case No. 16-75545-736 (REG)

STATE OF NEW YORK  )
                          ) ss.:
COUNTY OF NASSAU  )

      Dawn Migliore, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, and that on September 28, 2018 I served a true copy of the attached **Withdrawal of Notice of Appearance** by mailing, by Regular Mail, to the persons at the addresses listed below:

Office of the United States Trustee
560 Federal Plaza
Central Islip, NY 11722
Attn: Stan Y. Yang, Esq.

Joseph Charles CorneauEsq.
Klestadt & Winters, LLP
570 Seventh Avenue, 17th Floor
New York, NY 10018

Lauren Catherine Kiss, Esq.
Sean C. Southard, Esq.
Klestadt Winters Jureller Southard
& Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036-7203

SilvermanAcampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
Attn:  Ronald J. Friedman, Esq.
       Gerard R. Luckman, Esq.
       Kenneth P. Silverman, Esq.

Stim & Warmuth, PC
2 Eighth Street
Farmingville, NY 11738
Attn:   Paula J. Warmuth, Esq.
        Glenn P. Warmuth, Esq.

Mintz, Levine, Cohn,
 Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
Attn:   Ian A. Hammel, Esq.
        Eric R. Blythe, Esq.

Howard B. Kleinberg, Esq.
Meyer, Suozzi, English & Klein, PC
990 Stewart Avenue, Suite 300
Garden City, NY 11530

Karl Silverberg, Esq.
Silverberg PC
320 Carleton Avenue, Suite 6400
Central Islip, NY 11722

Certilman Balin Adler
& Hyman, LLP
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554

Robert L. Capers
United States Attorney
Eastern District of New York
610 Federal Plaza, 5th Floor
Central Islip, NY 11722
Attn: James H. Knapp, Esq.

Advocates for Justice
Chartered Attorneys
225 Broadway, Suite 1902
New York, NY 10007
Attn:   Aruthur Z. Schwartz, Esq.
        Laine A. Armstrong, Esq.

Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Attn: Brian D. Pfeiffer, Esq.

Synchrony Bank
c/o PRA Receivables Management LLC
PO Box 41021
Norfolk, VA 23541

Saul Ewing LLP
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
Attn:   Saul Ewing Esq.
        Sharon L. Levine, Esq.
        Dipesh Patel, Esq.

Cullen & Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
Attn:   Matthew G. Roseman, Esq.
        Elizabeth M. Aboulafia, Esq.

_____
Dawn Migliore

Sworn to before me this
28 day of September, 2018

_____
NOTARY PUBLIC

MAUREEN MEEHAN
Notary Public, State of New York
No. 30-4768472
Qualified in Nassau County
Commission Expires January 31, 2019