**Hearing Date**: November 5, 2018 at 1:30 p.m.
**Objection Deadline**: October 29, 2018 at 4:00 p.m.

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Joseph C. Corneau
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | |
|---|---|
| In re                                                  : | Chapter 11 |
|                                                            : | |
| DOWLING COLLEGE,                            : | |
| f/d/b/a DOWLING INSTITUTE,             : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI : | |
| ASSOCIATION,                                  : | |
| f/d/b/a CECOM,                                  : | |
| a/k/a DOWLING COLLEGE, INC.,       : | |
|                             Debtor.            : | |

----------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR THE ENTRY OF AN ORDER APPROVING (I) DISCLOSURE STATEMENT, (II) FORM AND MANNER OF NOTICES, (III) FORM OF BALLOTS AND (IV) SOLICITATION MATERIALS AND SOLICITATION PROCEDURES**

**PLEASE TAKE NOTICE**, that on November 5, 2018 at 1:30 p.m. or as soon thereafter as counsel may be heard, a hearing (the "Hearing") upon the motion ("Motion") of Dowling College ("Dowling" or the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case") for the entry of an order (the "Proposed Order") approving (i) the disclosure statement (the "Disclosure Statement") for the Plan of Liquidation of Dowling College Pursuant to Chapter 11 of the Bankruptcy Code, dated September 21, 2018, as it may be amended or supplemented from time to time (the "Plan"), (ii) the form and manner of notices, (iii) the form of ballots and (iv) the solicitation materials and solicitation procedures will be held before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 on **November 5, 2018 at 1:30 p.m.** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief sought in the Motion shall be made in writing, filed with the Court by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, on a 3.5 inch floppy disc or compact disc, preferably in portable document Format (PDF), Microsoft Word, or any other Windows Based word processing format, and served upon (i) The Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, New York 11722, Attn: Stan Yang, Esq., Trial Attorney; (ii) counsel to the Debtor: Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036, Attn: Sean C. Southard, Esq.; (iii) counsel to the Debtor's material prepetition and post-petition secured lenders: (a) Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111, Attn: P. Miyoko Sato, Esq. and Ian A. Hammel, Esq., (b) White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020, Attn: Brian D. Pfeiffer, Esq., (c) Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, 9th Floor, East Meadow, NY 11554, Attn: Richard J. McCord, Esq. and Thomas J. McNamara, Esq., and (d) Garfunkel Wild, P.C., 111 Great Neck Road, Great Neck, NY 11021, Attn: Adam T. Berkowitz, Esq.; and (iv) counsel to the Creditors' Committee: SilvermanAcampora, LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Ronald J. Friedman, Esq., **so as to be received no later than 4:00 p.m. (Prevailing Eastern Time) on October 29, 2018.**

**PLEASE TAKE FURTHER NOTICE**, that copies of the Motion, Disclosure Statement, Plan, notices, ballots and Proposed Order will be publicly available for review at (i) the Office of the Clerk, United States Bankruptcy Court for the Eastern District of New York, (ii) the Bankruptcy Court's websitewww.nyeb.uscourts.gov (a PACER account is required), and (iii) free of charge at http://www.choosegcg.com/cases-info/dco.

**PLEASE TAKE FURTHER NOTICE**, if the Disclosure Statement is approved by the Bankruptcy Court at the Hearing, holders of claims against the Debtor will receive a copy of the Disclosure Statement, the Plan, and additional documents related thereto, unless otherwise ordered by the Bankruptcy Court. A ballot for voting will also be provided to those holders of claims entitled to vote on the Plan.

**PLEASE TAKE FURTHER NOTICE**, that the Disclosure Statement, the Plan, notices, ballots, and Proposed Order may be modified at or prior to the Hearing, including to accommodate objections, if any, or for any other reason whatsoever, and that at the Hearing the Court may enter such order(s) as it deems appropriate in accordance with applicable law and required by the circumstances and equities of the case.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without notice to any creditor or other party in interest other than by announcement of the adjourned date in open court on the date of the Hearing.

Dated: New York, New York
October 1, 2018

        **KLESTADT WINTERS JURELLER**
        **SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
     Sean C. Southard
     Joseph C. Corneau
     Lauren C. Kiss
     200 West 41st Street., 17th Floor
     New York, New York 10036
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email: ssouthard@klestadt.com
            jcorneau@klestadt.com
            lkiss@klestadt.com

     *Counsel to the Debtor and*
       *Debtor-in-Possession*