# Notice Recipients

District/Off: 0207–8     User: sdolan     Date Created: 10/4/2018
Case: 8–16–75545–reg     Form ID: 295     Total: 17

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Adam T Berkowitz | aberkowitz@garfunkelwild.com |
| aty | Anthony C Acampora | efilings@spallp.com |
| aty | Brian D Pfeiffer | brian.pfeiffer@whitecase.com |
| aty | Glenn P Warmuth | gpw@stim–warmuth.com |
| aty | Howard B Kleinberg | hkleinberg@MSEK.com |
| aty | Joseph Charles Corneau | jcorneau@klestadt.com |
| aty | Lauren Catherine Kiss | lkiss@klestadt.com |
| aty | Richard J McCord | rmccord@certilmanbalin.com |
| aty | Ronald J Friedman | efilings@spallp.com |
| aty | Sean C Southard | ssouthard@klestadt.com |
| aty | Stephanie R Sweeney | ssweeney@klestadt.com |

                                                                                                                        TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db     Dowling College     PO Box 470     Massapequa, NY 11762
aty     Klestadt Winters Jureller Southard & Stevens, LLP     200 West 41st Street     17th Floor     New York, NY 10036–7203
       IAN HAMMEL     One Financial Center     Boston, MA 02111
       SEAN C. SOUTHARD     200 West 41st Street, 17th Floor     New York, NY 10036
       LAUREN CATHERINE KISS     200 West 41st Street, 17th Floor     New York, NY 10036
       BRIAN POWERS     100 Jericho Quadrangle, Suite 300     Jericho, NY 11753

                                                                                                                        TOTAL: 6