UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

DOWLING COLLEGE,
f/d/b/a DOWLING INSTITUTE,
f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,
f/d/b/a CECOM,
a/k/a DOWLING COLLEGE, INC.,

          Debtor.

Chapter 11

Case No. 16-75545 (REG)

## TWENTY SECOND REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM SEPTEMBER 1, 2018 THROUGH SEPTEMBER 30, 2018

The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("RSR") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("Mr. Rosenfeld") as Chief Restructuring Officer ("CRO") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period September 1, 2018 through September 30, 2018.

    Exhibit A – Summary of Fees and Expenses
    Exhibit B – Summary of Services by Project Category
    Exhibit C – Detailed time entries by Project Category
    Exhibit D – Detail of Expenses Incurred
    Exhibit E – RSR Billing to Triple 5 in connection with Transition Agreement[i]

By: /s/ Robert S. Rosenfeld
Robert S. Rosenfeld
October 4, 2018

---

[i] Pursuant to Transition Agreement, dated September 21, 2018, between the Debtor and the buyer of the Brookhaven Campus, the buyer is required to reimburse the Debtor of all fees and expenses incurred by RSR in assisting the buyer with its transition for 30 days after the closing date of the sale (September 21, 2018). This period can be extended by mutual agreement between the parties. We have included such fees and expenses incurred by RSR and subject to reimbursement by the buyer in **Exhibit E** herein.

**Exhibit A**

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses**
**9/1/18 Through 9/30/18**

**Summary of Fees**

| Summary by Professional | Responsibility/ Position in Firm | Hours | Rate | Amount |
|---|---|---|---|---|
| R. Rosenfeld | Chief Restructuring Officer | 73.9 | $ 390.00 | $ 28,821.00 |
| N. Bivona | Managing Director | 73.7 | $ 390.00 | 28,743.00 |
| N. Andrade | Director | 61.0 | $ 350.00 | 21,350.00 |
| **Total** | | **208.6** | | **$ 78,914.00** |

| **Average blended hourly rate** | | | | **$ 378.30** |

**Summary of Expenses**

| Mail/Postage | $ 31.66 |
|---|---|
| Overnight Shipping | 55.42 |
| Software expense | 15.00 |
| **Total** | **$ 102.08** |

**RSR Consulting, LLC**                                                 **Exhibit B**
**Dowling College - Case #16-75545 (REG)**
**Summary Billing Report - By Project Category**
**9/1/18 Through 9/30/18**

| Category | Billable Time | Billable Amt |
|---|---:|---:|
| Asset Disposition | 40.6 | $ 15,834.00 |
| Bankruptcy Motions | 0.6 | 234.00 |
| Brookhaven-Post Closing | 0.5 | 195.00 |
| Business Analysis | 7.2 | 2,808.00 |
| Business Operations | 109.0 | 40,090.00 |
| Claims Investigation | 1.5 | 585.00 |
| Court Hearings | 1.5 | 585.00 |
| Document Review | 2.6 | 1,014.00 |
| Dowling-Residential Ops | 0.5 | 195.00 |
| Dowling-Residential Sales | 3.2 | 1,248.00 |
| Fee Applications | 1.2 | 468.00 |
| Meetings with Debtor and Representatives | 3.6 | 1,404.00 |
| Meetings with Lawyers | 7.2 | 2,808.00 |
| Phone Call | 0.5 | 175.00 |
| Plan & disclosure Statement | 5.9 | 2,301.00 |
| Tax compliance | 17.5 | 6,825.00 |
| UST Reporting | 5.5 | 2,145.00 |
| **Grand Total** | **208.6** | **$ 78,914.00** |

**RSR Consulting, LLC**                                                                      **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**9/1/18 Through 9/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---:|---:|---:|
| **Asset Disposition** | | | | | |
| 09/10/2018 | Neil Bivona | Correspondence w/ various vendors re: pending closing / transition of services & invoicing. | 0.60 | $390.00/hr | $234.00 |
| 09/11/2018 | Neil Bivona | Review Triple Five funding variance analysis to date & project remaining carrying costs t be funded through expected closing on 9/21/18 including pro-ration of insurance and DIP interest accruals.  Draft correspondence to S. southward re: the same and estimation of remaining funding need from Triple Five. | 1.30 | $390.00/hr | $507.00 |
| 09/13/2018 | Neil Bivona | Call w/ Suffolk County Comptroller's office re: RE tax amount due.  Review and edit calculation for closing adjustment & send to S. Southard. | 0.50 | $390.00/hr | $195.00 |
| 09/13/2018 | Neil Bivona | Meet w/ D. Holliday and moving company re: library special collections. | 0.50 | $390.00/hr | $195.00 |
| 09/13/2018 | Robert Rosenfeld | Work on preparation for closing of Brookhaven Campus sale to Triple 5; discuss issues with S. Southard and ACA. | 2.00 | $390.00/hr | $780.00 |
| 09/14/2018 | Neil Bivona | Call w/ S. Bienenstock, R. Rosenfeld & S. Southard re: Triple Five need for transition services agreement to close Brookhaven sale.  Draft of term sheet & various revisions and edits & send to S. Bienenstock for review. | 3.00 | $390.00/hr | $1,170.00 |
| 09/14/2018 | Neil Bivona | Meet w/ Adelphi re: pickup of library special collections. | 0.50 | $390.00/hr | $195.00 |
| 09/14/2018 | Neil Bivona | Follow up call w/ S. Bienenstock re: closing & transition services agreement. | 0.50 | $390.00/hr | $195.00 |
| 09/14/2018 | Robert Rosenfeld | Work on closing issues and TSA with Triple 5 for Brookhaven Campus. | 1.50 | $390.00/hr | $585.00 |
| 09/18/2018 | Robert Rosenfeld | Call with counsel and N. Bivona re: status of closing and follow up steps for closing process on Brookhaven Campus sale. | 0.50 | $390.00/hr | $195.00 |
| 09/18/2018 | Neil Bivona | Various follow up calls and correspondence w/ S Bienenstock re: transition of vendor accounts and transition services.  Gather and re-forwarding of info related to security and fire alarm systems. | 1.50 | $390.00/hr | $585.00 |
| 09/19/2018 | Neil Bivona | Review and edit calculation of pro-ration of insurance and DIP interest to Triple Five.  Gather supporting documentation. | 1.00 | $390.00/hr | $390.00 |
| 09/20/2018 | Neil Bivona | Meet w/ S. Bienenstock re: transition / preparation for closing. | 3.00 | $390.00/hr | $1,170.00 |
| 09/20/2018 | Neil Bivona | call w/ R. Rosenfeld & S. southward re: issues for closing. | 0.50 | $390.00/hr | $195.00 |
| 09/20/2018 | Robert Rosenfeld | Work on issues related to Brookhaven Campus closing; address tax issues; and confer with counsel as to closing documents for execution; execution of closing documents for 9/21/18 closing. | 5.50 | $390.00/hr | $2,145.00 |
| 09/21/2018 | Neil Bivona | Work on Brookhaven campus closing / transition services agreement & transition issues. | 2.00 | $390.00/hr | $780.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**9/1/18 Through 9/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 09/21/2018 | Robert Rosenfeld | Work on communications with NYS Office of the Comptroller to change address and request payment on sale of ATC equipment. | 1.00 | $390.00/hr | $390.00 |
| 09/21/2018 | Robert Rosenfeld | Work on closing with Triple 5 for sale of Brookhaven Campus. | 6.00 | $390.00/hr | $2,340.00 |
| 09/22/2018 | Robert Rosenfeld | Update quickbooks based on activity from 9/21/18 Brookhaven Campus closing and update accounting for pre closing transactions related to Triple 5 funding. | 1.50 | $390.00/hr | $585.00 |
| 09/24/2018 | Robert Rosenfeld | Follow up on requests from buyer in connection with closing of Brookhaven property. | 0.50 | $390.00/hr | $195.00 |
| 09/24/2018 | Robert Rosenfeld | Prepare follow up correspondence with NYS relating to sale of ATC equipment and delivery of payment. | 0.70 | $390.00/hr | $273.00 |
| 09/26/2018 | Robert Rosenfeld | Call with A&G Realty and Madison Hawk regarding commission discussion on sale of Brookhaven Campus. | 0.80 | $390.00/hr | $312.00 |
| 09/28/2018 | Neil Bivona | Draft correspondence to J. Sturchio with details of remaining Oakdale real estate to be liquidated. Call w/ J. Sturchio to discuss issues and strategy for each. | 1.00 | $390.00/hr | $390.00 |
| 09/28/2018 | Neil Bivona | Research re: New Made island. Call w/ NY State DEC outh Shore Estuary Dept. & Town of Brookhaven. Locate tax bill and deed to New Made Island in files and send to Town. | 2.20 | $390.00/hr | $858.00 |
| 09/28/2018 | Robert Rosenfeld | Discussion with A. Graiser (A&G Realty) and analyze broker commissions for sale of Brookhaven Campus. | 2.50 | $390.00/hr | $975.00 |
| **Totals For Asset Disposition** | | | **40.60** | | **$15,834.00** |
| **Bankruptcy Motions** | | | | | |
| 09/26/2018 | Neil Bivona | Review DOE edits to stipulation re: settlement of proof of claim. Check numbers vs. original POC and Dowling's records. | 0.60 | $390.00/hr | $234.00 |
| **Totals For Bankruptcy Motions** | | | **0.60** | | **$234.00** |
| **Brookhaven-Post Closing** | | | | | |
| 09/24/2018 | Neil Bivona | Call w/ security re: open east entry gate. Call to M. Slattery for locksmith services. E-mail to S. Bienenstock re: issue. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Brookhaven-Post Closing** | | | **0.50** | | **$195.00** |
| **Business Analysis** | | | | | |
| 09/05/2018 | Neil Bivona | Reconcile Perkins deposits and payments from DIP accounts and send to L. Kiss for DOE stipulation. Follow up with Conduent for final invoice. | 0.50 | $390.00/hr | $195.00 |
| 09/07/2018 | Neil Bivona | Begin updating liquidation analysis and windows budget. | 1.00 | $390.00/hr | $390.00 |
| 09/12/2018 | Neil Bivona | Review revised mandatory prepayment notice from UMB draft vs. DIP tracking. | 0.30 | $390.00/hr | $117.00 |
| 09/12/2018 | Neil Bivona | Call w/ I. Hammel and J. Corneau re: DIP interest accrual on TL B & TL D(2002). | 0.40 | $390.00/hr | $156.00 |
| 09/12/2018 | Neil Bivona | Review documents and prepare letter to donor re: reallocation for Women in Commerce and Joseph E. Kirk scholarships. | 1.20 | $390.00/hr | $468.00 |
| 09/17/2018 | Neil Bivona | Prepare operating budget for transition services period. | 1.60 | $390.00/hr | $624.00 |

**RSR Consulting, LLC**                                                                                                      **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**9/1/18 Through 9/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 09/25/2018 | Neil Bivona | Further review and reconciliation of transactions for next mandatory prepayment. | 1.20 | $390.00/hr | $468.00 |
| 09/26/2018 | Neil Bivona | Finalize analysis & reconciliation and compilation of backup for next mandatory prepayment. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Business Analysis** | | | **7.20** | | **$2,808.00** |
| **Business Operations** | | | | | |
| 09/04/2018 | Neil Bivona | Roll forward and reconcile borrowing availability worksheet through DIP wee 90. | 1.50 | $390.00/hr | $585.00 |
| 09/04/2018 | Nelson Andrade | Prepare documents, transfers and wires related to the payment of payroll.  Manage related correspondence. Verify and compare against the DIP budget and T5 budget, allocate accordingly and update budget to actual comparisons. | 1.50 | $350.00/hr | $525.00 |
| 09/04/2018 | Nelson Andrade | DIP Compliance Report for week 85.  Prepare excel and word files, make all necessary updates, Combine all files in PDF. Review and distribute. | 2.00 | $350.00/hr | $700.00 |
| 09/04/2018 | Robert Rosenfeld | Work on processing transactions for payroll disbursements; update Quickbooks for transactions for week. | 1.50 | $390.00/hr | $585.00 |
| 09/05/2018 | Neil Bivona | Attention to leaking air handler unit in Nat Ctr Bldg B West fan room. | 0.80 | $390.00/hr | $312.00 |
| 09/05/2018 | Nelson Andrade | Professional fee discussion and update to professional fee tracking spreadsheet. | 0.50 | $350.00/hr | $175.00 |
| 09/05/2018 | Nelson Andrade | Review payments of previous week with staff and prepare plan for the upcoming week.  Share relevant documentation and discuss issues. | 1.00 | $350.00/hr | $350.00 |
| 09/05/2018 | Neil Bivona | Prepare DIP Notice of Borrowing for weeks 88-90. | 1.20 | $390.00/hr | $468.00 |
| 09/05/2018 | Neil Bivona | Work on various administrative topics (Perkins, endowments, unpaid medical claims, professional fees, Triple Five expense allocation) | 2.00 | $390.00/hr | $780.00 |
| 09/05/2018 | Nelson Andrade | DIP Compliance Report for week 86.  Prepare excel and word files, make all necessary updates, Combine all files in PDF. Review and distribute. | 2.00 | $350.00/hr | $700.00 |
| 09/05/2018 | Robert Rosenfeld | Process checks for depositing at Signature bank; review and execute borrowing requests from DIP lenders; review and execute letters and process certified return receipt mail to Cigna claimants. | 1.40 | $390.00/hr | $546.00 |
| 09/06/2018 | Nelson Andrade | DIP Compliance Report for week 87.  Prepare excel and word files, make all necessary updates, Combine all files in PDF. Review and distribute. | 2.00 | $350.00/hr | $700.00 |
| 09/06/2018 | Neil Bivona | Update DIP Tracking spreadsheet through 9-9-18 borrowing. | 1.20 | $390.00/hr | $468.00 |
| 09/06/2018 | Neil Bivona | Call w/ S.  Bienenstock re: transition of utilities, etc. | 0.40 | $390.00/hr | $156.00 |
| 09/06/2018 | Neil Bivona | Attention to leaking air handler i Nat Ctr Bldg B west fan room. | 1.00 | $390.00/hr | $390.00 |
| 09/07/2018 | Neil Bivona | Review notice of mandatory prepayment from L. Roberson vs. DIP tracking spreadsheet.  Prepare summary of proper allocation of funds and send to L. Roberson for review. | 0.60 | $390.00/hr | $234.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**9/1/18 Through 9/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 09/07/2018 | Neil Bivona | Attention to leaking air handler unit in Nat Ctr Bldg B west fan room. | 0.70 | $390.00/hr | $273.00 |
| 09/07/2018 | Nelson Andrade | Review additional notice of borrowing created internally and integrate with the budget to actual comparison model. | 0.80 | $350.00/hr | $280.00 |
| 09/07/2018 | Nelson Andrade | Create instructions for weekly disbursements. Review files and invoices received, make corrections to file, coordinate internally and manage related correspondence. Prepare transfers and wires and send for approval in banking system. | 2.20 | $350.00/hr | $770.00 |
| 09/07/2018 | Robert Rosenfeld | Work on month end closing of books for August 2018. | 2.00 | $390.00/hr | $780.00 |
| 09/10/2018 | Neil Bivona | Review and pack files for move / archiving / destruction. | 1.50 | $390.00/hr | $585.00 |
| 09/10/2018 | Neil Bivona | Draft correspondence to R. Bertucci re: accrual of interest on DIP TL B & TL D (2002). | 0.50 | $390.00/hr | $195.00 |
| 09/11/2018 | Nelson Andrade | Review payments of previous week with staff and prepare plan for the upcoming week. Share relevant documentation and discuss issues. | 1.20 | $350.00/hr | $420.00 |
| 09/11/2018 | Nelson Andrade | DIP Compliance Report for week 88. Prepare excel and word files, make all necessary updates, Combine all files in PDF. Review and distribute. | 2.10 | $350.00/hr | $735.00 |
| 09/11/2018 | Nelson Andrade | Update T5 funding and racking report based on recent activity. Analyze variances and discuss internally. | 1.50 | $350.00/hr | $525.00 |
| 09/11/2018 | Robert Rosenfeld | Work on bank reconciliations for month of August 2018 for the Debtor's accounts. | 1.50 | $390.00/hr | $585.00 |
| 09/12/2018 | Neil Bivona | Address remaining open items for Perkins close-out. | 0.50 | $390.00/hr | $195.00 |
| 09/12/2018 | Nelson Andrade | DIP Compliance Report for week 90. Prepare excel and word files, make all necessary updates, Combine all files in PDF. Review and distribute. | 2.30 | $350.00/hr | $805.00 |
| 09/12/2018 | Nelson Andrade | DIP Compliance Report for week 89. Prepare excel and word files, make all necessary updates, Combine all files in PDF. Review and distribute. | 2.10 | $350.00/hr | $735.00 |
| 09/12/2018 | Robert Rosenfeld | Visit Signature Bank and UPS for notarization on Brookhaven Campus closing documents. | 1.00 | $390.00/hr | $390.00 |
| 09/12/2018 | Robert Rosenfeld | Closing of books for month of August 2018; update accounting for sale of properties and weekly activity. | 4.50 | $390.00/hr | $1,755.00 |
| 09/12/2018 | Nelson Andrade | Create analysis and report to revise the allocation for certain amounts disbursed under DIP and T5 budget. Correct allocation according to general agreements and understandings. | 2.20 | $350.00/hr | $770.00 |
| 09/13/2018 | Neil Bivona | Process payroll w/ ADP. | 0.40 | $390.00/hr | $156.00 |
| 09/14/2018 | Neil Bivona | Review content invoice & collection reports. Review and revise numbers for stipulation with DOE. | 1.00 | $390.00/hr | $390.00 |
| 09/14/2018 | Neil Bivona | Review various incoming mail requests from former faculty & students. | 0.50 | $390.00/hr | $195.00 |
| 09/14/2018 | Nelson Andrade | Create instructions for weekly disbursements. Review files and invoices received, make corrections to file, coordinate internally and manage related correspondence. Prepare transfers and wires and send for approval in banking system. | 2.20 | $350.00/hr | $770.00 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**9/1/18 Through 9/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 09/14/2018 | Nelson Andrade | Create instructions for the revised allocation of certain expenses that needed to be reallocated between DIP and T5. Prepare transfers and wires and send for approval in banking system. Manage related correspondence and review team's related reconciliation. | 1.50 | $350.00/hr | $525.00 |
| 09/14/2018 | Robert Rosenfeld | Process banking transactions for week and update quickbooks for week's activity. | 2.50 | $390.00/hr | $975.00 |
| 09/17/2018 | Nelson Andrade | Perform full reconciliation between T5 disbursements from a treasury standpoint and with what was recorded in QuickBooks. | 1.50 | $350.00/hr | $525.00 |
| 09/17/2018 | Nelson Andrade | Review payments of previous week with staff and prepare plan for the upcoming week. Share relevant documentation and discuss issues. | 1.20 | $350.00/hr | $420.00 |
| 09/17/2018 | Nelson Andrade | DIP Compliance Report for week 91. Prepare excel and word files, make all necessary updates, Combine all files in PDF. Review and distribute. | 2.10 | $350.00/hr | $735.00 |
| 09/17/2018 | Nelson Andrade | DIP Compliance Report for week 92. Prepare excel and word files, make all necessary updates, Combine all files in PDF. Review and distribute. | 2.00 | $350.00/hr | $700.00 |
| 09/17/2018 | Nelson Andrade | DIP Compliance Report for week 93. Prepare excel and word files, make all necessary updates, Combine all files in PDF. Review and distribute. | 2.00 | $350.00/hr | $700.00 |
| 09/18/2018 | Robert Rosenfeld | Process payroll and banking transactions and update quickbooks. | 0.50 | $390.00/hr | $195.00 |
| 09/18/2018 | Nelson Andrade | Review calculation of pro-rated insurance and interest between T5 and DIP. | 0.50 | $350.00/hr | $175.00 |
| 09/18/2018 | Nelson Andrade | Prepare documents, transfers and wires related to the payment of payroll. Manage related correspondence. Verify and compare against the DIP budget and T5 budget, allocate accordingly and update budget to actual comparisons. | 1.50 | $350.00/hr | $525.00 |
| 09/19/2018 | Neil Bivona | Meet w/ Triple Five representatives and Nat Grid / Invenergy re: access to campus. | 0.60 | $390.00/hr | $234.00 |
| 09/19/2018 | Neil Bivona | Call w/ J Corneau re: draft liquidation analysis for disclosure statement. | 0.40 | $390.00/hr | $156.00 |
| 09/19/2018 | Neil Bivona | Begin gathering data and preparing schedule for next mandatory prepayment. | 1.00 | $390.00/hr | $390.00 |
| 09/19/2018 | Neil Bivona | Meet w/ W. Benka re: status of server restoration and conversion & move to alternate offices post-closing. | 0.50 | $390.00/hr | $195.00 |
| 09/19/2018 | Neil Bivona | Attend to leaking air handler unit in Nat Ctr Bldg B West Fan room. Follow up call to Anron re: status of quote to re-seal drip pan. | 0.80 | $390.00/hr | $312.00 |
| 09/20/2018 | Nelson Andrade | Prepare invoice payment projection for T5 expenses to be borne through the closing. Create excel spreadsheet, review historical payment information and manage related correspondence. | 1.50 | $350.00/hr | $525.00 |
| 09/21/2018 | Nelson Andrade | Update reconciliation between T5 disbursements from a treasury standpoint and with what was recorded in QuickBooks. | 1.80 | $350.00/hr | $630.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**9/1/18 Through 9/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 09/21/2018 | Nelson Andrade | Create instructions for weekly disbursements. Review files and invoices received, make corrections to file, coordinate internally and manage related correspondence. Prepare transfers and wires and send for approval in banking system. | 2.20 | $350.00/hr | $770.00 |
| 09/21/2018 | Nelson Andrade | Create instructions for T5 reimbursement of insurance and interest expenses to the DIP lenders. Create analysis in excel to support transactions. Manage related correspondence. | 1.00 | $350.00/hr | $350.00 |
| 09/21/2018 | Robert Rosenfeld | Work on funding and payment of disbursements for week. | 1.00 | $390.00/hr | $390.00 |
| 09/22/2018 | Nelson Andrade | Manage correspondence related to DIP and T5 disbursements and activities to be done in the following week. | 0.50 | $350.00/hr | $175.00 |
| 09/24/2018 | Neil Bivona | Numerous correspondence w/ US DOE & FSA re: consolidation loan payoffs to Dowling for unassigned Perkins Loans. | 1.00 | $390.00/hr | $390.00 |
| 09/24/2018 | Neil Bivona | Meet w/ W. Benka and J. Cahill at Silverman Acampora's offices re: temporary office space / computer connections for completion of transition / payment of final invoices. | 1.30 | $390.00/hr | $507.00 |
| 09/24/2018 | Neil Bivona | Further review of deposit activity / prep for next mandatory prepayment. | 0.50 | $390.00/hr | $195.00 |
| 09/24/2018 | Nelson Andrade | Perform full reconciliation between T5 disbursements from a treasury standpoint and with what was recorded in QuickBooks. | 2.10 | $350.00/hr | $735.00 |
| 09/24/2018 | Nelson Andrade | Review interim professional fee apps filed to review and validate the new interim schedule. | 1.10 | $350.00/hr | $385.00 |
| 09/24/2018 | Nelson Andrade | Update professional fee schedule. Check the last date covered by submitted invoices for each professional service firm involved. Manage correspondence with legal counsel. | 1.80 | $350.00/hr | $630.00 |
| 09/24/2018 | Robert Rosenfeld | Update accounting and books and records for closing transaction on Brookhaven property. | 1.00 | $390.00/hr | $390.00 |
| 09/25/2018 | Neil Bivona | Review files for organizing and storage in connection with vacating Brookhaven campus and Record Retention Order; coordinate with staff and storage facility for move out of location to comply with Triple 5 APA. | 2.00 | $390.00/hr | $780.00 |
| 09/25/2018 | Neil Bivona | Review existing insurance coverage. Call with Sterling & Sterling and M. Cavallaro regarding insurance renewal options for post October 1st. Prepare and send description of remaining vacant lots to M. Fleisher. | 1.00 | $390.00/hr | $390.00 |
| 09/25/2018 | Nelson Andrade | Review schedules A and B to the current interim professional fee application for all professionals. Review amounts paid to each professional in previous interim fee applications. Manage related correspondence, review comments from legal counsel and provide additional information as requested. | 2.00 | $350.00/hr | $700.00 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**9/1/18 Through 9/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 09/25/2018 | Robert Rosenfeld | Call with Sterling & Sterling and M. Cavallaro regarding insurance renewal options for post October 1st. | 0.50 | $390.00/hr | $195.00 |
| 09/25/2018 | Robert Rosenfeld | Discuss with S. Southard and N. Bivona plans to vacate Brookhaven Campus and storage of Debtors records and operation of winddown location. | 0.50 | $390.00/hr | $195.00 |
| 09/26/2018 | Nelson Andrade | Compile historical information related to the sweep between the student AR account and the operating account. Manage related correspondence. | 0.60 | $350.00/hr | $210.00 |
| 09/26/2018 | Nelson Andrade | Update monthly report related to student AR collection based on checks, invoices and information received from RCS. | 1.50 | $350.00/hr | $525.00 |
| 09/26/2018 | Neil Bivona | Meet w/ staff re: change in plans for post-closing office space / vacating Brookhaven campus. | 0.50 | $390.00/hr | $195.00 |
| 09/26/2018 | Neil Bivona | Review document archived file inventory at iron mountain & additional boxes to be archived. Request updated quote for storage and final destruction through 2022 as per records retention motion & order. Review alternate National Archives proposal for additional boxes. | 1.00 | $390.00/hr | $390.00 |
| 09/27/2018 | Neil Bivona | Continue review of files for organizing and storage in connection with vacating Brookhaven campus and Record Retention Order; coordinate with staff and storage facility for move out of location to comply with Triple 5 APA. | 1.50 | $390.00/hr | $585.00 |
| 09/27/2018 | Neil Bivona | Meet w/ A. Dimola re: transition of payroll input account access. Edit payroll batch to remove A. Dimola. | 0.50 | $390.00/hr | $195.00 |
| 09/27/2018 | Robert Rosenfeld | Review and correspond to bills received from Mercury International related to sewer charges. | 0.50 | $390.00/hr | $195.00 |
| 09/27/2018 | Nelson Andrade | Continue update to student AR collections analysis based on information received by RCS. Verify payment due to RCS and the amount that can be swept to the operating account. | 1.50 | $350.00/hr | $525.00 |
| 09/28/2018 | Neil Bivona | Several calls w/ r. Rosenfeld and J. McDonnell at Sterling risk re: insurance renewal needs. Look up prior years policies and bills for coverages and premiums and compare to coverages and premium quotes for renewal periods. Review di budget for availability to fund premiums. | 2.50 | $390.00/hr | $975.00 |
| 09/28/2018 | Robert Rosenfeld | Work on processing weekly disbursements for Debtor and update accounting for activity for week. | 1.20 | $390.00/hr | $468.00 |
| 09/28/2018 | Nelson Andrade | Update reconciliation between T5 disbursements from a treasury standpoint and with what was recorded in QuickBooks. Review and highlight monthly figures and separate from the YTD amount. | 2.30 | $350.00/hr | $805.00 |
| 09/28/2018 | Nelson Andrade | Create instructions for weekly disbursements. Review files and invoices received, make corrections to file, coordinate internally and manage related correspondence. Prepare transfers and wires and send for approval in banking system. | 2.20 | $350.00/hr | $770.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**9/1/18 Through 9/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 09/28/2018 | Nelson Andrade | Create instructions for Student AR and RCS invoice payment. Manage related correspondence. | 0.50 | $350.00/hr | $175.00 |
| **Totals For Business Operations** | | | **109.00** | | **$40,090.00** |
| **Claims Investigation** | | | | | |
| 09/05/2018 | Neil Bivona | Correspondence re: WARN Act settlement notice and tax withholding. | 0.50 | $390.00/hr | $195.00 |
| 09/27/2018 | Neil Bivona | Review GCG priority claim report & begin to reconcile unmatched claims. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Claims Investigation** | | | **1.50** | | **$585.00** |
| **Court Hearings** | | | | | |
| 09/24/2018 | Robert Rosenfeld | Attend Court hearing for status conference; WARN settlement; and fee hearings. | 1.50 | $390.00/hr | $585.00 |
| **Totals For Court Hearings** | | | **1.50** | | **$585.00** |
| **Document Review** | | | | | |
| 09/10/2018 | Neil Bivona | Review & comment on current draft of Disclosure statement. Calculate professional fee amounts for table for section IV(C)(4). | 2.10 | $390.00/hr | $819.00 |
| 09/14/2018 | Neil Bivona | Final review and comment to DOE stipulation. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Document Review** | | | **2.60** | | **$1,014.00** |
| **Dowling-Residential Ops** | | | | | |
| 09/25/2018 | Neil Bivona | Review correspondence & invoice from D. Cook re: prorated sewage charges for connection of 89 Central to sewage treatment plant.  Correspondence to D. Cook re: the same. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Dowling-Residential Ops** | | | **0.50** | | **$195.00** |
| **Dowling-Residential Sales** | | | | | |
| 09/06/2018 | Robert Rosenfeld | Review and execute closing documents for 135 Idle Hour; 121 Central Blvd; and 64 Chateau Blvd. | 0.70 | $390.00/hr | $273.00 |
| 09/07/2018 | Robert Rosenfeld | Execution of closing documents; obtain notary signature; send overnight to Garfunkel Wild. | 0.50 | $390.00/hr | $195.00 |
| 09/11/2018 | Neil Bivona | Walk through of three residential properties scheduled for closing on Thursday.  Correspondence w/ counsel re: condition. Review files / boxes for information requested by counsel & respond accordingly. | 2.00 | $390.00/hr | $780.00 |
| **Totals For Dowling-Residential Sales** | | | **3.20** | | **$1,248.00** |
| **Fee Applications** | | | | | |
| 09/06/2018 | Robert Rosenfeld | Work on monthly fee statement for RSR for month of August 2018. | 1.20 | $390.00/hr | $468.00 |
| **Totals For Fee Applications** | | | **1.20** | | **$468.00** |
| **Meetings with Debtor and Representatives** | | | | | |
| 09/07/2018 | Robert Rosenfeld | Meeting with S. Southard, L. Kiss, J. Corneau, and N. Bivona to discuss status of Plan of Liquidation process and next steps. | 0.80 | $390.00/hr | $312.00 |
| 09/12/2018 | Robert Rosenfeld | Call with S. Southard, J. Corneau, L. Kiss, N. Bivona re: status call on Brookhaven campus closing and Plan of Liquidation status. | 1.10 | $390.00/hr | $429.00 |
| 09/18/2018 | Robert Rosenfeld | Attend Board call with Debtor's counsel; C. Clayton, H. Kleinberg, N. Bivona. | 0.70 | $390.00/hr | $273.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**9/1/18 Through 9/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 09/18/2018 | Neil Bivona | Attend BOT call re: approval of plan and disclosure statement. | 0.70 | $390.00/hr | $273.00 |
| 09/21/2018 | Robert Rosenfeld | Attend Board of Trustee meeting to discuss Plan confirmation and Disclosure statement filing. | 0.30 | $390.00/hr | $117.00 |
| **Totals For Meetings with Debtor and Representatives** | | | **3.60** | | **$1,404.00** |
| **Meetings with Lawyers** | | | | | |
| 09/05/2018 | Neil Bivona | Call w/ R. Rosenfeld, S. Southard & L. Kiss re: case status. | 1.00 | $390.00/hr | $390.00 |
| 09/05/2018 | Robert Rosenfeld | Call with S. Southard, L. Kiss and N. Bivona to discuss status of issues in case. | 1.00 | $390.00/hr | $390.00 |
| 09/06/2018 | Robert Rosenfeld | Call with S. Southard to discuss follow up to call with Board and creditors regarding Plan of Liquidation (.7); follow up with N. Bivona regarding Plan issues (.3) | 1.00 | $390.00/hr | $390.00 |
| 09/07/2018 | Neil Bivona | Meeting with S. Southard, L. Kiss, J. Corneau, and R. Rosenfeld to discuss status of Plan of Liquidation process and next steps. | 0.80 | $390.00/hr | $312.00 |
| 09/12/2018 | Neil Bivona | Call w/ S. Southard, L. Kiss & R. Rosenfeld re: Brookhaven closing issues and Plan status. | 1.10 | $390.00/hr | $429.00 |
| 09/13/2018 | Neil Bivona | Call w/ S. Southard re: closing mechanics / apportionment of payments and Okadale lot 333/Mercury. | 0.70 | $390.00/hr | $273.00 |
| 09/14/2018 | Neil Bivona | Call w/ J. Corneau & R. Rosenfeld re: requirements for Liquidation analysis in Plan & Disclosure statement. Review prior wind down and distribution analysis to assess transferability of information and formatting. | 0.60 | $390.00/hr | $234.00 |
| 09/18/2018 | Neil Bivona | Call w/ S. Southard, J. Corneau, L. Kiss and R. Rosenfeld re: status of closing / open items. Further discussion of transition services and creditor comments. | 0.50 | $390.00/hr | $195.00 |
| 09/27/2018 | Neil Bivona | Call w/ S. Southard & L. Kiss to discuss open issues with NYSAG re: endowments and USDOE re: POC. Also discussed wind-down, TSA, plan claims pool. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Meetings with Lawyers** | | | **7.20** | | **$2,808.00** |
| **Phone Call** | | | | | |
| 09/25/2018 | Nelson Andrade | Discuss with legal counsel the parameters for the current schedules A and B to the interim fee application for all professionals. | 0.50 | $350.00/hr | $175.00 |
| **Totals For Phone Call** | | | **0.50** | | **$175.00** |
| **Plan & disclosure Statement** | | | | | |
| 09/17/2018 | Robert Rosenfeld | Calls with R. Friedman and S. Southard to discuss status of Debtor's plan of liquidation. | 0.50 | $390.00/hr | $195.00 |
| 09/17/2018 | Robert Rosenfeld | Call with J. Corneau and N. Bivona re: status and additional information needed for disclosure statement. | 0.30 | $390.00/hr | $117.00 |
| 09/17/2018 | Neil Bivona | Call w/ R. Rosenfeld & J. Corneau re: open items for completion of disclosure statement. | 0.30 | $390.00/hr | $117.00 |
| 09/18/2018 | Neil Bivona | Prepare liquidation analysis for disclosure statement. | 2.50 | $390.00/hr | $975.00 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**9/1/18 Through 9/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 09/19/2018 | Neil Bivona | Review and revise draft liquidation analysis for disclosure statement. Research/calculate information re: estimated secured creditor deficiency claims amounts and other data needed for completion of disclosure statement. | 1.30 | $390.00/hr | $507.00 |
| 09/20/2018 | Neil Bivona | Further review, revision and reformatting of liquidation analysis for disclosure statement. call w/ J. Corneau re: the same. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Plan & disclosure Statement** | | | **5.90** | | **$2,301.00** |
| **Tax compliance** | | | | | |
| 09/13/2018 | Robert Rosenfeld | Work on Form 5227 for Buescher Trust for 2015 through 2018. | 1.20 | $390.00/hr | $468.00 |
| 09/14/2018 | Robert Rosenfeld | Work on form 5227 for Buescher Trust for tax years 2015 through 2018. | 1.50 | $390.00/hr | $585.00 |
| 09/17/2018 | Robert Rosenfeld | Work on Form 5227 for Buescher Trust for tax years 2015 through 2018. | 2.50 | $390.00/hr | $975.00 |
| 09/18/2018 | Robert Rosenfeld | Research NYS sales tax requirements relating to Brookhaven Campus sale and work on tax return for NYS related to sale. | 3.00 | $390.00/hr | $1,170.00 |
| 09/24/2018 | Robert Rosenfeld | Work and complete tax returns for Buescher Trust Form 5227 and 1041 K-1 for 2016 through 2018. | 2.00 | $390.00/hr | $780.00 |
| 09/24/2018 | Robert Rosenfeld | Review sales tax issues for Debtor and coordinate filing of returns with accountants. | 0.70 | $390.00/hr | $273.00 |
| 09/25/2018 | Robert Rosenfeld | Draft correspondence to Trustee of Buescher Trust and make revisions to tax returns for 2018 for Buescher Trust. | 1.50 | $390.00/hr | $585.00 |
| 09/26/2018 | Robert Rosenfeld | Call with R. Goldstein (Baker Tilly); S. Southard; and N. Bivona to discuss NYS Sales tax compliance requirements related to Debtor sales. | 0.80 | $390.00/hr | $312.00 |
| 09/26/2018 | Robert Rosenfeld | Follow up with D. Cook on sales/use tax payments on Oakdale Campus sale and prepare narrative for VDA process for sales tax obligations due. | 2.00 | $390.00/hr | $780.00 |
| 09/26/2018 | Neil Bivona | Call with R. Goldstein (Baker Tilly); S. Southard; and R. Rosenfeld to discuss NYS Sales tax compliance requirements related to Debtor sales. | 0.80 | $390.00/hr | $312.00 |
| 09/27/2018 | Robert Rosenfeld | Prepare and file Voluntary Disclosure Application with NYS for sales tax amounts due. | 0.50 | $390.00/hr | $195.00 |
| 09/28/2018 | Robert Rosenfeld | Process Buescher Trust tax returns for mailing to Trustee, C. Payne. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Tax compliance** | | | **17.50** | | **$6,825.00** |
| **UST Reporting** | | | | | |
| 09/11/2018 | Robert Rosenfeld | Work on closing the Debtor's books for August 2018 and preparing the August 2018 MOR. | 5.50 | $390.00/hr | $2,145.00 |
| **Totals For UST Reporting** | | | **5.50** | | **$2,145.00** |
| **Grand Total** | | | **208.60** | | **$78,914.00** |

**RSR Consulting, LLC** **Exhibit D**
**Dowling College - Case #16-75545 (REG)**
**Detailed Expense Report**
**9/1/18 Through 9/30/18**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 09/11/2018 | Robert Rosenfeld | Monthly billing for Right Networks for month of September 2018 | $15.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$15.00** |
| **Mailing/Postage** | | | |
| 09/06/2018 | Robert Rosenfeld | Certified return receipt postage re: letters to Cigna claimants ( 3 letters x $6.70 = $20.10 | $20.10 |
| 09/29/2018 | Robert Rosenfeld | Postage for certified mail to C. Payne for form 5227 returns for Buescher Trust. | $11.56 |
| **Totals Billable Amounts for Mailing/Postage** | | | **$31.66** |
| **Postage & Shipping** | | | |
| 09/07/2018 | Robert Rosenfeld | Overnight shipping to Garfunkel Wild for closing documents related to 135 Idle Hour; 121 Central Blvd; and 64 Chateau. | $26.71 |
| 09/12/2018 | Robert Rosenfeld | Notary fees & overnight shipping relating to Brookhaven campus closing. | $28.71 |
| **Totals Billable Amounts for Postage & Shipping** | | | **$55.42** |
| **Grand Total** | | | **$102.08** |

13

**RSR Consulting, LLC** **Exhibit E**
**Billing Detail Report for Dowling - Transition Agreement**
**Week ended 9/30/18**

| Date | Matter | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|---|
| **Neil Bivona** | | | | | | |
| 09/24/2018 | Dowling - Brookhaven TSA work | Neil Bivona | Work on transition issues w/ Arrow Security & Simplex. | 0.30 | $390.00/hr | $117.00 |
| 09/25/2018 | Dowling - Brookhaven TSA work | Neil Bivona | Speak with security re: broken gate situation. Inspect gate repairs and eastern property perimeter and buildings for signs of forced entry, damage or vandalism. | 0.70 | $390.00/hr | $273.00 |
| 09/26/2018 | Dowling - Brookhaven TSA work | Neil Bivona | Vacuum water leaking from air handler drip pan in Nat Ctr Bldg B West Fan room three times throughout the day due to high humidity. | 1.00 | $390.00/hr | $390.00 |
| 09/27/2018 | Dowling - Brookhaven TSA work | Neil Bivona | Attend to leaking air handler unit. Follow up with Anron re: repair of condensation pan. Follow up w/ Arrow re: security billing & transition. | 0.50 | $390.00/hr | $195.00 |
| 09/28/2018 | Dowling - Brookhaven TSA work | Neil Bivona | Meet w/ National Grid technician re: meter inspections at the Nat Ctr (2), Dorm (1) and Athletic building (1). | 0.40 | $390.00/hr | $156.00 |
| 09/28/2018 | Dowling - Brookhaven TSA work | Neil Bivona | Check leaking air handler unit and vacuum up water. Shut down unit for the weekend. | 0.50 | $390.00/hr | $195.00 |
| 09/28/2018 | Dowling - Brookhaven TSA work | Neil Bivona | Follow up with Anron again re: HVAC repair. Look up and call local fence companies for repair quotes. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Neil Bivona** | | | | **3.90** | | **$1,521.00** |
| **Grand Total** | | | | **3.90** | | **$1,521.00** |

**RSR Consulting, LLC** **Exhibit E-1**
**Expense Detail Report for Dowling - Transition Agreement**
**Week ended 9/30/18**

| Expense Date | Client | User | Description | Cost |
|---|---|---|---|---|
| **Office Supplies** | | | | |
| 09/28/2018 | Dowling - Brookhaven TSA work | Neil Bivona | Purchase gas for Dowling truck. | $20.00 |
| **Totals Billable Amounts for Office Supplies** | | | | **$20.00** |
| **Grand Total** | | | | **$20.00** |