United States Bankruptcy Court
Eastern District of New York

In re:                                                                  Case No. 16-75545-reg
Dowling College                                                         Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-8           User: sdolan              Page 1 of 2            Date Rcvd: Oct 04, 2018
                               Form ID: 295              Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
db             +Dowling College,   PO Box 470,   Massapequa, NY 11762-0470
aty            +Klestadt Winters Jureller Southard & Stevens, LLP,   200 West 41st Street,   17th Floor,
                 New York, NY 10036-7219
               +BRIAN POWERS,   100 Jericho Quadrangle, Suite 300,   Jericho, NY 11753-2702
               +IAN HAMMEL,   One Financial Center,   Boston, MA 02111-2621
               +LAUREN CATHERINE KISS,   200 West 41st Street, 17th Floor,   New York, NY 10036-7219
               +SEAN C. SOUTHARD,   200 West 41st Street, 17th Floor,   New York, NY 10036-7219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2018 at the address(es) listed below:
              Adam T Berkowitz    on behalf of Creditor    UMB Bank, National Association as Indenture Trustee
               aberkowitz@garfunkelwild.com,    ehuggler@garfunkelwild.com;jfigueroa@garfunkelwild.com
              Anthony C Acampora    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               efilings@spallp.com,
               aca@spallp.com;ksilverman@ecf.epiqsystems.com;ggerson@sallp.com;sgiugliano@silvermanacampora.com
              Arthur Z Schwartz    on behalf of Creditor Martin  Schoenhals aschwartz@afjlaw.com
              Bonnie  Pollack    on behalf of Creditor    NCF Capital LTD bpollack@cullenanddykman.com
              Brendan M Scott    on behalf of Defendant    Dowling College bscott@klestadt.com
              Brian D Pfeiffer    on behalf of Creditor    ACA Financial Guaranty Corp.
               brian.pfeiffer@whitecase.com,    jdisanti@whitecase.com;mco@whitecase.com
              Dipesh  Patel    on behalf of Creditor    Dowling College Full Time Faculty Chapter of New York
               State United Teachers dipesh.patel@saul.com
              Elizabeth M Aboulafia    on behalf of Creditor    NCF Capital LTD eaboulafia@cullenanddykman.com
              Gerard R Luckman    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               GLuckman@Forchellilaw.com,    GLuckman@Forchellilaw.com;Bhufnagel@forchellilaw.com
              Glenn P Warmuth    on behalf of Interested Party Kimberly Dawn Poppiti gpw@stim-warmuth.com,
               pjw@stim-warmuth.com
              Glenn P Warmuth    on behalf of Creditor Kimberly Dawn Poppiti gpw@stim-warmuth.com,
               pjw@stim-warmuth.com
              Harold  Seligman    on behalf of Interested Party    Bridgestone Capital Partners, LLC
               hseligman@msn.com
              Howard B Kleinberg    on behalf of Interested Party    Certain Members Of The Dowling College Board
               of Trustees hkleinberg@MSEK.com,    kgiddens@msek.com
              J Eric Charlton    on behalf of Creditor    Carrier Corporation echarlton@barclaydamon.com,
               rjones@barclaydamon.com
              Jack A Raisner    on behalf of Plaintiff Lori  Zaikowski jar@outtengolden.com,
               kdeleon@outtengolden.com;jxh@outtengolden.com;rfisher@outtengolden.com;jquinonez@outtengolden.com
               ;bkouroupas@outtengolden.com
              Jack A Raisner    on behalf of Creditor Lori  Zaikowski jar@outtengolden.com,
               kdeleon@outtengolden.com;jxh@outtengolden.com;rfisher@outtengolden.com;jquinonez@outtengolden.com
               ;bkouroupas@outtengolden.com
              James H. Knapp    on behalf of Creditor    Department of Education james.knapp@usdoj.gov
              James H. Knapp    on behalf of Creditor    U.S. Department of Veteran Affairs james.knapp@usdoj.gov
              Jeffrey C Wisler    on behalf of Creditor    Cigna Health and Life Insurance Company
               jwisler@connollygallagher.com

Case 8-16-75545-reg    Doc 619    Filed 10/06/18    Entered 10/07/18 00:16:43

```
District/off: 0207-8          User: sdolan              Page 2 of 2                   Date Rcvd: Oct 04, 2018
                              Form ID: 295              Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              John J Ramirez    on behalf of Creditor    ACA Financial Guaranty Corp. john.ramirez@whitecase.com,
               jdisanti@whitecase.com;mco@whitecase.com
              Joseph Charles Corneau    on behalf of Debtor    Dowling College jcorneau@klestadt.com
              Karl J Silverberg    on behalf of Creditor    Powerhouse Maintenance, Inc.
               ksilverberg@silverbergpclaw.com, ksilverberg@king-king-law.com
              Laine A Armstrong    on behalf of Creditor Martin    Schoenhals laine@advocatesny.com
              Lauren Catherine Kiss    on behalf of Defendant    Dowling College lkiss@klestadt.com
              Lauren Catherine Kiss    on behalf of Debtor    Dowling College lkiss@klestadt.com
              Matthew A Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
              Matthew G Roseman    on behalf of Creditor    NCF Capital LTD mroseman@cullenanddykman.com
              Neil S Begley    on behalf of Creditor    ACA Financial Guaranty Corp. neil.begley@srz.com
              Patrick T Collins    on behalf of Spec. Counsel    Farrell Fritz, P.C. pcollins@farrellfritz.com,
               ffbkmao@farrellfritz.com
              Rene S Roupinian    on behalf of Plaintiff Lori    Zaikowski rroupinian@outtengolden.com,
               jxh@outtengolden.com;cbrann@outtengolden.com;kcarter@outtengolden.com
              Richard J McCord    on behalf of Creditor    ACA Financial Guaranty Corp.
               rmccord@certilmanbalin.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com;CBAHECM@gmail.c
               om;mmcord@certilmanbalin.com
              Ronald J Friedman    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               efilings@spallp.com,
               rfriedman@silvermanacampora.com;dmahoney@silvermanacampora.com;JHellman@SilvermanAcampora.com;JKr
               ell@SilvermanAcampora.com
              Sean C Southard    on behalf of Debtor    Dowling College ssouthard@klestadt.com
              Stan Y Yang     stan.y.yang@usdoj.gov, stan.y.yang@usdoj.gov
              Stephanie R Sweeney    on behalf of Debtor    Dowling College ssweeney@klestadt.com
              United States Trustee     USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 36
```

| Information to identify the case: | |
|---|---|
| Debtor **Dowling College** <br> Name | EIN **11–2157078** |
| United States Bankruptcy Court **Eastern District of New York** <br> Case number: **8–16–75545–reg** | Date case filed for chapter **11   11/29/16** |

# NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 9/24/18 was filed on 10/3/18.

The following deadlines apply:

The parties have until October 10, 2018 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is October 24, 2018.

If a Transcript Redaction Request is filed, the redacted transcript is due November 5, 2018.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is January 2, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext at 888.706.4576 or you may view the document at the public terminal at the Office of the Clerk.

Dated: October 4, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17]