**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                              :          **Chapter 11**
                                                   :
**DOWLING COLLEGE,**[1]                             :          **Case No. 16-75545 (REG)**
                                                   :
**Debtor.**                                         :
                                                   :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF TEXAS                    )
                                 ) ss
COUNTY OF TRAVIS                 )

I, Lance Mulhern, being duly sworn, depose and state:

1.      I am a Consultant with Epiq Class Action & Claims Solutions, Inc.,[2] the claims and

noticing agent for the debtor and debtor-in-possession (collectively, the "Debtor") in the above-

captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success,

New York 11042-1013.

2.      On October 2, 2018, at the direction of Klestadt Winters Jureller Southard & Stevens,

LLP, counsel for the Debtor, I caused a true and correct copy of the following document to be

served by first class mail on parties identified on Exhibit A annexed hereto (Creditor Matrix)[3]:

---

[1] The Debtor in this chapter 11 case (as defined herein), together with the last four digits of the Debtor's federal tax identification number, are as follows: Dowling College (7078).  The mailing address for the Debtor is 150 Idle Hour Blvd, Oakdale, NY 11769.

[2] Garden City Group, LLC was acquired by Epiq Class Action & Claims Solutions, Inc. on June 15, 2018.

[3] Certain addresses have been redacted in order to protect confidential information.  Complete contact and address information are maintained by Epiq Class Action and Claims Solutions, Inc.

- **Notice of Hearing on Debtor's Motion for the Entry of an Order Approving (I) Disclosure Statement, (II) Form and Manner of Notices, (III) Form of Ballots and (IV) Solicitation Materials and Solicitation Procedures** [Docket No. 614].


/s/ Lance Mulhern

Lance Mulhern

Sworn to before me this 9th day of
October, 2018


 /s/ Tiffani Alvarez Quintero

Tiffani Alvarez Quintero
Notary Public, State of Texas
No. 130185280
Commission Expires:  April 9, 2019

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 24-7 RESTORATION, INC. | 34 OLD FIELD ROAD | | | | SETAUKET | NY | 11733 |
| 4 IMPRINT | 101 COMMERCE STREET | | | | OSHKOSH | WI | 54901 |
| 4 IMPRINT | PO BOX 1641 | | | | MILWAUKEE | WI | 53201-1641 |
| A E AUTO SERVICE INC. | 664 MONTAUK HIGHWAY | | | | SHIRLEY | NY | 11967 |
| A R C GRAPHICS | 44 GEORGE STREET | | | | E. PATCHOGUE | NY | 11472 |
| A.C. ELECTRICAL SUPPLIES | 741 SMITHTOWN BY-PASS | | | | SMITHTOWN | NY | 11787 |
| A.C. ELECTRICAL SUPPLIES INC. | 741 SMITHTOWN BY-PASS | | | | SMITHTOWN | NY | 11787 |
| A.C. GOLF, INC. | C/O TIMBER POINT PRO SHOP | 150 RIVER RD | | | GREAT RIVER | NY | 11739-0622 |
| A.O. SERVICE INC. | 8 NEW YORK AVENUE | | | | PORT JEFFERSON STATION | NY | 11776 |
| A.W. & SONS EXHAUST INC. | 336 ATLANTIC STREET | | | | CENTRAL ISLIP | NY | 11722 |
| AABI | 3410 SKYWAY DR | | | | AUBURN | AL | 36830 |
| AACTE | 1307 NEW YORK AVE NW | SUITE 300 | | | WASHINGTON | DC | 20005 |
| AARON CICHOCKI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AARON HENDERSON | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AARON MARSH | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AARON SCHUSTER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ABBAS HEYDARI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ABC JANITORIAL DISCOUNTERS, INC | 94 SOMERSET DRIVE | | | | HOLBROOK | NY | 11741 |
| ABDALRAHMAN FARAJ | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ABDOUL DIALLO | 99 WAVERLY AVENUE | APT. 8-0 | | | PATCHOGUE | NY | 11772 |
| ABDOUL KARIM DIALLO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ABIGAIL B. KARP | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ABIGAIL BRENDUM | 609 CHESTER ROAD | | | | SAYVILLE | NY | 11782 |
| ABIGAIL FLORES | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ABIGAIL KOLAGANI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ABIGAIL L. BRENDUM | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ABIGAIL ROSE ECKHARDT | 8575 W. 93RD COURT | | | | BROOMFIELD | CO | 80021 |
| ABOUBACAR TRAORE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ABREM K GRIMBALL | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ABS PUMP REPAIR INC. | 89 ALLEN BLVD | | | | FARMINGDALE | NY | 11735 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ABSOLUTE PLUMBING OF LI INC | 90-F KNICKERBOCKER AVE | | | | BOHEMIA | NY | 11716-3123 |
| ABSOLUTE PLUMBING OF LONG ISLAND, INC | 90F KNICKERBOCKER AVENUE | | | | BOHEMIA | NY | 11716 |
| ACA FINANCIAL GUARANTY CORP | ATTN: CARL MCCARTHY, ESQ. | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 |
| ACA FINANCIAL GUARANTY CORP | ATTN: MARIA CHENG, MANAGING DIRECTOR | 555 THEODORE FREMD AVENUE SUITE C-205 | | | RYE | NY | 10580 |
| ACA FINANCIAL GUARANTY CORPORATION | C/O CERTILMAN BALIN ADLER & HYMAN LLP | 90 MERRICK AVE 9TH FL | | | EAST MEADOW | NY | 11554 |
| ACCESS STAFFING, LLC | 360 LEXINGTON AVENUE | 8TH FLOOR | | | NEW YORK | NY | 10017 |
| ACCESS STAFFING, LLC | PO BOX 75334 | | | | CHICAGO | IL | 60675-5334 |
| ACCU DATA PAYROLL | 95 W. OLD COUNTRY RD | | | | HICKSVILLE | NY | 11801 |
| ACE USA | DEPT CH 14089 | | | | PALATINE | FL | 60055-4089 |
| ACME AMERICAN REPAIRS INC. | 177-10 93RD AVENUE | | | | JAMAICA | NY | 11433 |
| ACTING UNITED STATES ATTORNEY | EASTERN DISTRICT OF NEW YORK | ATTN BRIDGET M ROHDE | AND JAMES H KNAPP | 610 FEDERAL PLAZA, 5TH FL | CENTRAL ISLIP | NY | 11722 |
| ACTION SEWER & DRAIN SERVICE | PO BOX 872 | | | | BAYPORT | NY | 11705-0872 |
| ACTION SEWER & DRAIN SERVICES | PO BOX 872 | | | | BAYPORT | NY | 11705-0872 |
| ADALCY QUINTIN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ADAM DELL'ISOLA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ADAM EBERLE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ADAM ENNIS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ADAM GISMONDI | 407 PLEASANT ST, UNIT 1B | | | | MELROSE | MA | 02176 |
| ADAM LIEBERMAN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ADAM MOTTOLA | 137 CARLETON AVE | | | | ISLIP TERRACE | NY | 11752-2601 |
| ADAN VELASQUEZ | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ADELE ZAFFARESE | 518 WEST CORNWALL ROAD | | | | CARY | NC | 27511 |
| ADIS LJESNJANIN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ADORAMA | 42 W 18TH ST | | | | NEW YORK | NY | 10011 |
| ADP, LLC | PO BOX 842875 | | | | BOSTON | MA | 02284 |
| ADRIAN ADAMS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ADRIAN VASQUEZ | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ADRIANA DANIELS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ADRIENNE MATONTI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ADVANSYS | 68 OURLMBAH ROAD | | | MOSMAN NSW 2088 AUSTRALIA | | | |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ADVANSYS | 68 OURLMVAH ROAD | | | MOSMAN, NSW AUTRIALIA | | | |
| ADVANSYS | ATTN: PRESIDENT, MANAGING, OR GENERAL AGENT | 68 OURLMBAH ROAD | | MOSMAN NSW, 2088 AUSTRALIA | | | |
| ADVANSYS | ATTN: PRESIDENT, MANAGING, OR GENERAL AGENT | 68 OURLMVAH ROAD | | MOSMAN, NSW, AUSTRALIA | | | |
| ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS | ATTN LAINE A ARMSTRONG | 225 BROADWAY, SUITE 1902 | | | NEW YORK | NY | 10007 |
| ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS | ATTN ARTHUR Z SCHWARTZ | 225 BROADWAY, SUITE 1902 | | | NEW YORK | NY | 10007 |
| AEEE | JOHN JAY COLLEGE UPWARD BOUND | 524 WEST 59TH ST | | | NEW YORK | NY | 10019 |
| AFLAC NEW YORK | ATTN: REMITTANCE PROCESSING | 1932 WYNNTON ROAD | | | COLUMBUS | GA | 31999 |
| AGNES KORZENIEWSKA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AHMADOUL GAYE | 27400 FRANKLIN RD APT 424 | | | | SOUTHFIELD | MI | 48034 |
| AHMED CAMPBELL | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AHMET CALISKAN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AIMS COMMUNITY COLLEGE | AIMS AVIATION | ATTN: PATTI PHILLIPS | 540 WEST 20TH STREET | | GREELEY | CO | 80634 |
| AIRWELD | 94 MARINE STREET | | | | FARMINGDALE | NY | 11735 |
| AIRWELD, INC. | 94 MARINE ST | | | | FARMINGDALE | NY | 11735 |
| AISHA ANDRE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALA | MEMBERSHIP CUSTOMER SERVICE | BOX 77-6499 | | | CHICAGO | IL | 60678-6499 |
| ALADIAH MERCY | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALAINE GOLLAB-CROOMS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALAN J SCHAEFER | 40 MOFFITT BLVD. | | | | ISLIP | NY | 11751 |
| ALAN JONES | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALAN QUINONEZ | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALAN QUINTERO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALAN R. RICE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALAN SCHAEFER | 40 MOFFITT BLVD | | | | ISLIP | NY | 11751 |
| ALANA MONSKA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALANA PHILCOX | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALBERT F. INSERRA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALBERT INSERRA | 45 INLET VIEW PATH | | | | EAST MORICHES | NY | 11940 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ALBERT MAZLIAH | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEKSANDRA BATOR | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALESIA OLSEN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEX HARNOS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEX HARRIS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEX MCDERMOTT | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEX MEJIA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEX NAPPER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEXA AVERSANO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEXA LEWIS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEXA SULLO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEXANDER GUERRERO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEXANDER HAILES | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEXANDER HAYS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEXANDER KEARNEY | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEXANDER SMIRNOV | 4802 MOUNTAIN TIMBER DR | | | | FRIENDSWOOD | TX | 77546 |
| ALEXANDER SMIRNOV | 9494 HUMBLE WESTFIELD RD APT 2131 | | | | HUMBLE | TX | 77338 |
| ALEXANDER SMIRNOV | 9494 HUMBLE WESTFIELD RD APT 2151 | | | | HUMBLE | TX | 77338-5290 |
| ALEXANDER SMIRNOV | 9494 HUMBLE WESTFIELD ROAD #2131 | | | | HUMBLE | TX | 77338 |
| ALEXANDRA CHAMILOTHORIS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEXANDRA FIGUEREO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEXANDRA GIORDANO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEXANDRA NOEL RUIZ | 15 COUNTRY ROAD | | | | MEDFORD | NY | 11763-1501 |
| ALEXANDRA PEDONE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEXANDRA SWEENEY | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| ALEXANDRA WEISER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEXANDREA DODSON | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEXANDROS RODITIS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEXIS ARNOLD | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEXIS DEMOLINA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEXIS MOLINA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEXIS REYNOLDS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEXIS SERRAS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALEXIS WEIK RECEIVER OF TAXES | 40 NASSAU AVE | | | | ISLIP | NY | 11751 |
| ALFRED PUE | 60 COLUMBINE AVE | | | | ISLIP | NY | 11751-1712 |
| ALI GOHAR | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALI WIENER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALIBRIS | 75 REMITTANCE DR | SUITE 6046 | | | CHICAGO | IL | 60675-6046 |
| ALICIA ABBATE | 150 6TH AVE | | | | HOLTSVILLE | NY | 11742 |
| ALICIA SANTANDREU | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALIJALIL MABLETON | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALINA N. FELD | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALISHA BASILE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALISON C. ARMBRUSTER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALISON DEMARIA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALISON DEMOUSTES | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALISON I. MATTHEWS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALISON KING | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALISON MATTHEWS | 35 BARRINGTON DR | | | | WHEATLEY HEIGHTS | NY | 11798 |
| ALISON SWEET | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALISSA LICAUSI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ALISSA VISCO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALIYAH MCDONALD | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALL-WAYS ELEVATOR INC. | 5 DAVIDS DRIVE | | | | HAUPPAUGE | NY | 11788 |
| ALLAN B. MENDELSOHN CH 7 TT-HAMPTON TRA | 38 NEW STREET | | | | HUNTINGTON | NY | 11743 |
| ALLAN FAJARDO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALLEN JOHNSON, JR | 138 CENTRAL BLVD | | | | OAKDALE | NY | 11769 |
| ALLIED ACCOUNT SERVICE INC. | 422 BEDFORD AVE | | | | BELLMORE | NY | 11710 |
| ALLISON HARRISON | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALLISON MERRILL | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALLISON OSBORNE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALLISON PFEIFER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALSTON SALIM | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALTHEA HICKS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALUMNI ASSOCIATION OF DOWLING | 36 MCKAY DRIVE | | | | HAUPPAUGE | NY | 11788 |
| ALUMNI ASSOCIATION OF DOWLING COLLEGE | C/O FRANK CORSO JR | 36 MACKAY DRIVE | | | HAUPPAUGE | NY | 11788 |
| ALUMNI ASSOCIATION OF DOWLING COLLEGE | C/O DIANE FISHER | 3 HOLLOW ROAD | | | STONY BROOK | NY | 11790 |
| ALVIN HORNE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALVIN PLEXICO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALYSSA D'ORAZI | 17 HEIDI LN | | | | MOUNT SINAI | NY | 11766 |
| ALYSSA HAUSER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALYSSA LIGUORI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALYSSA MALCZYNSKI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALYSSA MARRON | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALYSSA MILANO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALYSSA STEIN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ALYSSA STRONG | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ALYSSA TEPPER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMA DARKEH | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMADA RODRIGUEZ | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMAL DEY | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMANDA BUIRGE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMANDA DEGENNARO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMANDA DEVITT | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMANDA GALLAGHER | 10 HANCOCK ROAD | | | | WEST ISLIP | NY | 11795 |
| AMANDA GRECO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMANDA HALL | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMANDA HARTMAN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMANDA HURLEY | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMANDA LOBIANCO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMANDA M. GALLAGHER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMANDA MCCUNE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMANDA MICHELLE FICHTER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMANDA PFLUMM | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMANDA RUSH | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMANDA VANNOSTRAND | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMANI GRAHAM | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMBER DAVIS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMBER PINDULIC | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMBER SCHILLER | 601 CINDY LN | | | | BALLSTON SPA | NY | 12020 |
| AMBERLY ROGERS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMERICAN ARBITRATION ASSOCIATION | 120 BROADWAY | 21ST FL | | | NEW YORK | NY | 10271-0016 |
| AMERICAN BANKERS INSURANCE | PO BOX 731178 | | | | DALLAS | TX | 75373 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA | PO BOX 8695 | | | | KALISPELL | MT | 59904 |
| AMERICAN EDUCATIONAL RESEARCH ASSOCIATION | 1430 K ST NW | SUITE 1200 | | | WASHINGTON | DC | 20005 |
| AMERICAN EXPRESS | 200 VESEY ST | | | | NEW YORK | NY | 10285 |
| AMERICAN EXPRESS | PO BOX 2855 | | | | NEW YORK | NY | 10116 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES | COMPANY INC | C/O BECKET AND LEE LLP | PO BOX 3001 | | MALVERN | PA | 19355-0701 |
| AMERICAN HAZARDOUS MATERIALS | 303 MIDDLE COUNTRY ROAD | | | | MIDDLE ISLAND | NY | 11953 |
| AMERICAN HAZARDOUS MATERIALS MANAGEMENT INC | 303 MIDDLE COUNTRY RD | | | | MIDDLE ISLAND | NY | 11953 |
| AMERICAN TELEPHONE COMPANY | PO BOX 1465 | | | | MELVILLE | NY | 11747 |
| AMERICAN TELEPHONE COMPANY | ATTN: PRESIDENT, MANAGING, OR GENERAL AGENT | PO BOX 1465 | | | MELVILLE | NY | 11747 |
| AMF BOWLING CENTERS, INC. | 30 ON THE GREEN | | | | SHIRLEY | NY | 11967 |
| AMF SHIRLEY LANES | ON THE GREEN | | | | SHIRLEY | NY | 11967 |
| AMIE VELEZ | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMINULLAH KHWAJA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMITAVA DAS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMY BENIGNO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMY E. CUSUMANO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMY J. CATALANO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMY J. FISCHER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMY LILLIS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AMY WARD | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANA C. MORAN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANA GRISALES | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANALISE RIVERA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANAND THALLAM | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANASTACIA BERNARD | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANASTASIA HERNANDEZ | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ANDRAE CAMPBELL | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANDRE BOWSER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANDRE KEY | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANDREA BENDER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANDREA CANESTRO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANDREA STANG | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANDREA VARVARA KAMMARADA | 5645 NW 99TH LN | | | | CORAL SPRINGS | FL | 33076 |
| ANDRES TORO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANDREW CHRISTENSEN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANDREW COLLETTI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANDREW F. SICA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANDREW GAGLIANO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANDREW GRACI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANDREW J. KARP | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANDREW JAMES | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANDREW KARP | 24 WHITE BIRCH TRAIL | | | | EAST QUOGUE | NY | 11942 |
| ANDREW LEGGE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANDREW M. SCHMERTZ | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANDREW MCMENAMY | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANDREW MICHAEL | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANDREW NOKAJ | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANDREW RODRIGUEZ | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANDREW SESTO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANDREW SLATTERY | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANDREW VANDEVENTER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| ANGEL RAMIREZ | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANGEL RODRIGUEZ | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANGELA D'AGUANNO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANGELA HORVATIN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANGELA ROSE AIELLO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANGELA WEST | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANGELICA CAPOLINO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANGELINA ACCETTA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANGELINA LEE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANGELINA ROCCHIO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANGIE L MARTINEZ | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANIKET SHAH | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANISA ALI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANITA MALHI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANJU KELKAR | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANN CASSEL | 276 DURKEE LN | | | | EAST PATCHOGUE | NY | 11772 |
| ANN M. CASSEL | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANN MARIE SMITH | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANN MOGIL | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANN SAGGESE GARNES | 535 PARKWAY DR | | | | ELMONT | NY | 11003 |
| ANN SAGGESE GARNES | PO BOX 30214 | | | | ELMONT | NY | 11003 |
| ANN WEISHAHN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANNA CHIARAMONTE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANNA G STOLOFF | 169 LIBERTY ST | | | | DEER PARK | NY | 11729 |
| ANNA G STOLOFF | C/O DOWLING COLLEGE | PO BOX 470 | | | MASSAPEQUA PARK | NY | 11762 |
| ANNA G. STOLOFF | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ANNA GEORGE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANNA GRAZIANO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANNA MCAREE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANNA ROWAN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANNA STOLOFF | 325 W 4TH STREET | | | | DEER PARK | NY | 11729 |
| ANNAMARIE LAMBERT | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANNE BURNS THOMAS | 147 LEXINGTON DRIVE | | | | ITHACA | NY | 14850 |
| ANNE DIMOLA | 14 CHRISTOPHER COURT | | | | WEST ISLIP | NY | 11795 |
| ANNE DIMOLA | C/O DOWLING COLLEGE | PO BOX 470 | | | MASSAPEQUA PARK | NY | 11762 |
| ANNE GASSNER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANNE M RULLAN | 10 BUCKINGHAM MEADOW ROAD | | | | EAST SETAUKET | NY | 11733 |
| ANNE M. RULLAN | 75 CLAIRE CT | | | | WEST BABYLON | NY | 11704-7303 |
| ANNE MCCAFFREY | 80 TREMONT AVE | | | | MEDFORD | NY | 11746 |
| ANNE MCCAFFREY | C/O COHEN LEDER MONTALBANO & CONNAUGHTON | ATTN BRUCE D LEDER | 1700 GALLOPING HILL RD | | KENILWORTH | NJ | 07033 |
| ANNE MCCAFFREY | 80 TREMONT AVENUE | | | | MEDFORD | NY | 11763 |
| ANNE RULLAN | 10 BUCKINGHAM MEADOW RD | | | | EAST SETAUKET | NY | 11733 |
| ANNE THOMAS | 147 LEXINGTON DRIVE | | | | ITHACA | NY | 14850 |
| ANNEMARIE WIWATOWSKI | 162 CONNER DR | | | | CLAYTON | NC | 27520 |
| ANNETTE LOZANO-BARONE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANNETTE SMITH | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANNMARIE E. ARMENTI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANNMARIE LOWE | 58 OAK ST | | | | AMITYVILLE | NY | 11701 |
| ANNMARIE SKULA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANNMARIE WEBER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTHONY ANTUNES | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTHONY BARRAL | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTHONY CANDELARIO | PO BOX 11421 | | | | NEW BRUNSWICK | NJ | 08906 |
| ANTHONY COGGIANO | 30 BARNES RD | | | | WADING RIVER | NY | 11792 |
| ANTHONY DEKAMS | 57 KING ST | | | | PORT JEFFERSON STA | NY | 11776 |
| ANTHONY ELICATI | 6 BARK LANE | | | | LEVITTOWN | NY | 11756 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ANTHONY FERRANTE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTHONY FOLI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTHONY GEORGE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTHONY GIUSTRA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTHONY GUEVARA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTHONY HELMKE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTHONY J. FIORELLI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTHONY J. NESE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTHONY JOHN JAMES COSTANTINO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTHONY KETTERER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTHONY LISA | 11 BASSWOOD LANE | | | | FARMINGVILLE | NY | 11738 |
| ANTHONY LJUCOVIC | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTHONY MURPHY | 17 SPRING HOLLOW RD | | | | NISSEQUOGUE | NY | 11780 |
| ANTHONY NESE | 14 ROLLING HILLS DR | | | | RIDGE | NY | 11961 |
| ANTHONY POSTORINO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTHONY RAGONE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTHONY RAUCCI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTHONY SAMMUT | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTHONY T. DEKAMS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTHONY TOLENTINO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTHONY VINCENZO MONZON-ZAIKOWSKI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTIBODIES.COM | ATTN ALAN PHILLIPS | 129 TOWN STREET | NEWTON, CAMBRIDGE, CB22 7PE | UNITED KINGDOM | | | |
| ANTOINETTE HAGGRAY | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTON ANDERSSON | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTON COMMUNITY NEWSPAPERS | 132 E 2ND ST | | | | MINEOLA | NY | 11501 |
| ANTONETTA DENTE BOSTINO | 42 WILLETT AVE | | | | SAYVILLE | NY | 11782 |
| ANTONETTA DENTE BOSTINO | C/O COHEN LEDER MONTALBANO & CONNAUGHTON | ATTN BRUCE D LEDER | 669 RIVER DR STE 125 | | ELMWOOD PARK | NJ | 07407 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ANTONETTA M. DENTE-BOSTINTO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTONIA P. LOSCHIAVO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTONINO QUINTALINO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTONIO AGARWAL | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANTONIO DIMONTI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ANUSHRI TRIVEDI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AO SERVICE INC | 8 NEW YORK AVENUE | | | | PORT JEFFERSON | NY | 11776 |
| AO SERVICES INC. | 8 NEW YORK AVENUE | | | | PORT JEFFERSON | NY | 11776 |
| AOPA | PO BOX 863 | | | | FREDERICK | MD | 21705-9922 |
| APEX CONSULTING GROUP INC. | 320 17TH STREET | | | | W BABYLON | NY | 11704 |
| APGAR SALES CO. INC. | 54 MIRY BROOK RD | STE 2 | | | DANBURY | CT | 06810-7453 |
| APGAR SALES CO. INC. | 54 MIRY BROOK ROAD | | | | DANBURY | CT | 06810 |
| APGAR SALES COMPANY INC | ATTN KEITH APGAR | 54 MIRY BROOK RD | STE 2 | | DANBURY | CT | 06810-7453 |
| APPLE FINANCE | MICHAEL LOCKWOOD | 23801 CALABASES ROAD | SUITE 101 | | CALABASAS | CA | 91302 |
| APPLE FINANCIAL SERVICES | 23801 CALABASAS ROAD | SUITE 101 | | | CALABASAS | CA | 91302 |
| APPLE INC | 23801 CALABASAS RD | SUITE 101 | | | CALABASAS | CA | 91302 |
| APRIL ANDERSON | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| APRIL GAMBINO | 443 51ST STREET | | | | LINDENHURST | NY | 11757 |
| APRIL SAHAGUN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ARBITRAGE GROUP | 3401 LOUISIANA STREET, SUITE 101 | | | | HOUSTON | TX | 77002 |
| ARBITRAGE GROUP, INC. | 3401 LOUISIANA ST | SUITE 101 | | | HOUSTON | TX | 77002 |
| ARC EXCESS & SURPLUS LLC | 113 SOUTH SERVICE ROAD | PO BOX 9012 | | | JERICHO | NY | 11753 |
| ARC EXCESS & SURPLUS, LLC | ATTN MICHAEL CAVALLARO | 113 SOUTH SERVICE ROAD | | | JERICHO | NY | 11753 |
| ARCHANA PATEL | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ARCHER, BYINGTON, GLENNON & LEVINE LLP | MATTHEW HROMADKA | ONE HUNTINGTON QUADRANGLE, SUITE 4C10 | PO BOX 9064 | | MELVILLE | NY | 11747-9064 |
| ARCHER, BYINGTON, GLENNON & LEVINE LLP | ATTN: JAMES W VERSOCKI | ONE HUNTINGTON QUADRANGLE, SUITE 4C10 | PO BOX 9064 | | MELVILLE | NY | 11747 |
| ARCHER, BYINGTON, GLENNON & LEVINE LLP | ONE HUNTINGTON QUADRANGLE | SUITE 4C10, P.O. BOX 9064 | | | MELVILLE | NY | 11747-9064 |
| ARGO PARTNERS | 12 W 37 ST | 9TH FLOOR | | | NEW YORK | NY | 10018 |
| ARIANA BRAVO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ARIANA MARIE STUBBMANN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| ARIANA MARTINEZ | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ARIANA OVADIA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ARIANA STUBMAN | 87 CEDAR AVE | | | | ISLIP | NY | 11751 |
| ARIANNA GRAVINESE | 246 HEWLETT AVE | | | | EAST PATCHOGUE | NY | 11772 |
| ARIANNA GRAVINESE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ARIANNA LAPUMA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ARIANNA SHAMS KOLLAR | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ARIC STOCKWELL | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ARIEL LAVALLE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ARIEL LYNCH | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ARIELLE CHESHIRE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ARIN | ATTN: MICHAEL ABEJUELA, ASSOCIATE GC | PO BOX 232290 | | | CENTERVILLE | VA | 20120 |
| ARIYELLE BROWN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ARIZONA STATE UNIVERSITY | AVIATION PROGRAMS | ATTN: VERNE LATHAM | SIMULATOR BUILDING | 7442 E. INNOVATION WAY NORTH | MESA | AZ | 85212 |
| ARLENE MULLIN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ARMAND CORREA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ARMELA HASA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ARNOLD SAUNDERS | 219 LAWRENCE AVE | | | | INWOOD | NY | 11096 |
| ARNOLD SHAK | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AROOJ CHAUDHRY | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ARROW SECURITY | C/O STERLING NATIONAL BANK | PO BOX 75359 | | | CHICAGO | IL | 60675-5359 |
| ARROW SECURITY INC | 300 W MAIN ST | | | | SMITHTOWN | NY | 11787 |
| ARTHUR A. GIANELLI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ARUN SASHIDHARAN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ASCAP | 21678 NETWORK PL | | | | CHICAGO | IL | 60673-1216 |
| ASHA MAHARAJ | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ASHANTI FERGUSON | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ASHLEI REESE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ASHLEY BULSON | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ASHLEY FIRESTONE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ASHLEY FISHER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ASHLEY GYSCEK | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ASHLEY MILLER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ASHLEY MOORE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ASHLEY PERRY | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ASHLEY R STONA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ASHLEY SERRATA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ASHLEY SHANER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ASHLEY SINGER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ASHLEY STEPONAITIS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ASHLEY SULLO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ASHVIN DOSHI | 11 RIVERVIEW TER | | | | SMITHTOWN | NY | 11787-1143 |
| ASSOCIATED ENERGY SERVICE | 86 BRIDGE RD | | | | ISLANDIA | NY | 11749 |
| ASSOCIATED ENERGY SERVICES | 86 BRIDGE ROAD | | | | ISLANDIA | NY | 11749 |
| ASTASIA WILLIAMS-BERTLES | 2401 NORTH OCEAN BLVD | | | | NORTH MYRTLE BEACH | SC | 29582 |
| ASTASIA WILLIAMS-BERTLES | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ASTORIA BANK | ATTN LEGAL DEPARTMENT | 1 ASTORIA BANK PLAZA | | | LAKE SUCCESS | NY | 11042 |
| ASTRID LUDWICKI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ASTRO ALLIED MOVING & STORAGE INC | 30 JEFFERSON AVE | | | | SAINT JAMES | NY | 11780 |
| ASTRO MOVING & STORAGE | MR. JOSEPH VERDERBER SR. | 30 JEFFERSON AVENUE | | | SAINT JAMES | NY | 11780 |
| AT&T | PO BOX 105068 | | | | ATLANTA | GA | 30348-5068 |
| AT&T - UNIVERSAL BILLER | PO BOX 5019 | | | | CAROL STREAM | IL | 60197-5019 |
| ATALAY YILMAZ | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| ATHONY MARINO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| AUDRA GILET | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AUSTIN GOULD | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AUTOMOTIVE CENTER OF LONG ISLAND INC | 83D COMSEWOGUE RD | | | | EAST SETAUKET | NY | 11733 |
| AUTUMN MATTHEWS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AVIATION WEEK NEWSLETTERS | PO BOX 1176 | | | | SKOKIE | IL | 60076-8176 |
| AVINASH BHOLA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AYDOGAN YANILMAZ | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AYOBAMI FATADE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| AZARA SMITH | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| B&H PHOTO-VIDEO, INC. | REMITTANCE PROCESSING CENTER | PO BOX 28072 | | | NEW YORK | NY | 10087-8072 |
| BACK FLOW SPECIALISTS, INC. | 63 GREELEY AVE | | | | SAYVILLE | NY | 11782 |
| BAILEE WINES | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BAKER & TAYLOR BOOKS - 5 | PO BOX 277930 | | | | ATLANTA | GA | 30384-7930 |
| BAKER & TAYLOR BOOKS - 510486 | PO BOX 277930 | | | | ATLANTA | GA | 30384-7930 |
| BANK OF NEW YORK MELLON | 101 BARCLAY STREET, 21 W. | | | | NEW YORK | NY | 10286 |
| BARBARA A. SCHAER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BARBARA CHEVIOT | 87 PALMER DRIVE | | | | SAYVILLE | NY | 11782 |
| BARBARA HECKER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BARBARA J NOLAN | 164 S PORTAGE ST | | | | WESTFIELD | NY | 14787 |
| BARBARA J. CASEY | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BARBARA LOZIER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BARBARA NOLAN | 164 S PORTAGE ST | | | | WESTFIELD | NY | 14787-1604 |
| BARBARA NOLAN | 164 S PORTAGE | | | | WESTFIELD | NY | 25898-1604 |
| BARBARA SCHAER | 59 MT PLEASANT RD | | | | SMITHTOWN | NY | 11787 |
| BARCODES LLC | 200 W.MONROE ST. | SUITE 1050 | | | CHICAGO | IL | 60606 |
| BARNES & NOBLE BOOKSTORE | ACCOUNTS RECEIVABLE DEPT | PO BOX 823660 | | | PHILADELPHIA | PA | 19182-3660 |
| BARNES & NOBLE COLLEGE BOOKSELLERS, LLC | 120 MOUNTAIN VIEW BLVD. | | | | BASKING RIDGE | NJ | 07920 |
| BARNES, IACCARINO & SHEPERD LLP | 258 SAW MILL RIVER RD | STE 3 | | | ELMSFORD | NY | 10523-1956 |
| BARNWELL HOUSE OF TIRES | 65 JETSON LANE | | | | CENTRAL ISLIP | NY | 11722 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| BARRY DAVID SCHLOSSBERG | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BARRY E MCNAMARA | 28 BOWLER RD | | | | EAST ROCKAWAY | NY | 11518 |
| BARRY MCNAMARA | 28 BOWLER ROAD | | | | EAST ROCKAWAY | NY | 11518 |
| BARRY NELSON | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BARRY S. KAUFMAN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BASEBALL ON THE ISLAND INC | ATTN VINCENT MESSANA | 2 VALLEY ST | | | LAKE RONKONKOMA | NY | 11779 |
| BAY GAS SERVICE | PO BOX 701 | | | | SHIRLEY | NY | 11967 |
| BEATA RAINKO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BELINDA VOLLEY | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BENEDICT R. TIENIBER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BENEDICT TIENIBER | 23 COMMODORE LANE | | | | WEST BABYLON | NY | 11704 |
| BENITA PEARSE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BENJAMIN GREENSPAN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BENJAMIN RODRIGUEZ | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BENTLEY UNIVERSITY | 175 FOREST ST | | | | WALTHAM | MA | 02452 |
| BERGEN COUNTY DIRECTOR OF GUIDANCE | ATTN MS.M.LEON | FORT LEE HS GUIDANCE | 3000 LEMOINE AVE | | FORT LEE | NJ | 07024 |
| BERNADETTE LETO-WISNISKI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BERNADYN SUH | 1015 AOLOA PLACE | APT. 252 | | | KAILUA | HI | 96734 |
| BERNARD DUBINSKY | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BERNARD JACOBS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BERNARD NEWCOMBE | 52 LINDBURGH STREET | | | | MASSAPEQUA | NY | 11762 |
| BERNARD NEWCOMBE | 52 LINDBURGH STREET | | | | MASSAPEQUA PARK | NY | 11762 |
| BERNIE ANDERSON | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BERTHA FLEURY | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BERZIN DEVLALIWALLA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BETH GIACUMMO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BETH MINOFF | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BETSY ANN SALEMSON | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| BHOOMI CHANDRAKANTBHAI PATEL | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BHUALL NAND KUMAR | 279 TOWNLINE RD | | | | EAST NORTHPORT | NY | 11731 |
| BHUALL NAND KUMAR | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BIANCA CORTES | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BIG APPLE COLLEGE INFORMATION PROGRAM INC | BIG APPLE COLLEGE FAIR | PO BOX 46 | | | GUILDERLAND | NY | 12084 |
| BIJU JOHN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BILL FOX CO. | 310-8 HALLOCK AVENUE | | | | PORT JEFFERSON STA | NY | 11776 |
| BINTA TAHERA CHRISTOPHER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BIO CORPORATION | 3910 MINNESOTA STREET | | | | ALEXANDRIA | MN | 56308 |
| BIO-RAD LABORATORIES INC | 1000 ALFRED NOBEL DR | | | | HERCULES | CA | 94547 |
| BIO-RAD LABS | LIFE SCIENCE GROUP | PO BOX 849750 | | | LOS ANGELES | CA | 90084-9750 |
| BIQING LI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BLACKBOARD INC | ATTN WILLIAM DAVY | 1111 19TH ST, NW | | | WASHINGTON | DC | 20036 |
| BLACKBOARD INC | ATTN WILLIAM DAVY | 1111 19TH ST NW FRNT 1 | | | WASHINGTON | DC | 20036-3619 |
| BLACKBOARD INC. | 1111 19TH ST NW FL 8 | | | | WASHINGTON | DC | 20036-3624 |
| BLACKBOARD INC. | 1111 19TH STREET, NW | | | | WASHINGTON | DC | 20036 |
| BLACKBOARD INC. | ATTN: PRESIDENT, MANAGING, OR GENERAL AGENT | 1111 19TH ST NW FL 8 | | | WASHINGTON | DC | 20036-3024 |
| BLACKBOARD INC. | ATTN: PRESIDENT, MANAGING, OR GENERAL AGENT | 1111 19TH ST NW STE 900 | | | WASHINGTON | DC | 20036-3618 |
| BLACKMAN PLUMBING SUPPLY | PO BOX 9400 | | | | UNIONDALE | NY | 11555-9400 |
| BLACKMAN PLUMBING SUPPLY CO. INC. | PO BOX 9400 | | | | UNIONDALE | NY | 11555-9400 |
| BLANCA DIAZ | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BLANCHE WALLS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BLOCK CHIROPRACTIC SPORTS AND WELLNESS | 301 MAPLE AVE | | | | SMITHTOWN | NY | 11787 |
| BLUE MARKETING COMMUNICATION, INC | 3 SHADY LANE | | | | CENTRAL ISLIP | NY | 11722 |
| BOBBY FREDERIQUE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BONNIE E. FORBES | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BONNIE FORBES | 9 BIRCHFIELD COURT | | | | CORAM | NY | 11727 |
| BONNIE NOHS FOR MICHELLE T NOHS (DECEASED) | 150 OAK ST | | | | COPIAGUE | NY | 11726 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| BONNIE TAYLOR | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRAD MARTINEZ | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRADLEY HARSCHE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRADLEY SCHILLINGER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRADLEY W. GABRIEL | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRANDON ALI | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRANDON BARROCA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRANDON FEELEY | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRANDON PESKETT | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRANDON SANTIAGO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRANDON SHAW | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BREANA WILKINS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BREANNA VANESSENDELFT | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRENDA MCMILLAN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRENDALISA CONTRERA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRENDAN BUTLER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRENDAN HOGAN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRENDAN MITCHELL | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRENDON GRETKA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRENT ARNEAUD | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRETT CLIFFORD | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRETT WAGNER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRI-TECH, INC | 829 LINCOLN AVE | STE 1 | | | BOHEMIA | NY | 11716-4113 |
| BRI-TECH, INC | 829 LINCOLN AVENUE | | | | BOHEMIA | NY | 11716 |
| BRIAN A DAVIS | 9 SOMERSET ROAD N | | | | AMITYVILLE | NY | 11701-2019 |
| BRIAN ALLMENDINGER | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| BRIAN COYLE | 31 WILLOW AVENUE | | | | ISLIP | NY | 11751 |
| BRIAN DAVIS | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRIAN DEGEN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRIAN E. STIPELMAN | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRIAN GALLO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRIAN GREENE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRIAN HOLT | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRIAN HUGHES | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRIAN KOGEN | 555 FORBUSH STREET | | | | BOONTAN | NJ | 07005 |
| BRIAN LJUNGQUIST | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRIAN M. GIEBEL | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRIAN MATHIEU | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRIAN MERKLE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRIAN MICHALEC | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRIAN PACELLA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRIAN PENTA | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRIAN RAMSARRAN | 70 SCOTCHPINE DRIVE | | | | ISLANDIA | NY | 11749-1605 |
| BRIAN STIPELMAN | 6347 BANNISTER DR | | | | FEDERICK | MD | 21701-7669 |
| BRIAN STIPELMAN | 6347 BANNISTER DR | | | | FREDERICK | MD | 21701-7669 |
| BRIAN STIPELMAN | 6124 NEWPORT TER | | | | FREDERICK | MD | 21701-7602 |
| BRIAN WHITE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRIANNA CARNEVALE | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRIANNA HYLAND | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRIANNA JACKSON | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRIANNA L NICOLIA | 30 THE MOOR | | | | EAST ISLIP | NY | 11730 |
| BRIANNA LOCICERO | [ADDRESS INTENTIONALLY REDACTED] | | | | | | |
| BRIANNA M SECKEL | 141 CONSTANTINE WAY | | | | MOUNT SINAI | NY | 11766 |