# Exhibit 1

*Zaikowski v. Dowling College*
Adv. Proc. No. 8-16-08178-reg

| Last Name | First Name | Date Settlement Notice Returned | Date Settlement Notice Remailed |
|---|---|---|---|
| Bohlander | Troy | 10/15/2018 | 10/31/2018 |
| Boyle-Morris | Joan | 10/17/2018 | |
| Brennan | William | 10/15/2018 | 10/19/2018 |
| LaCarrubba | Michael | 10/15/2018 | 10/19/2018 |
| Saroli | Stephen | 10/15/2018 | 10/19/2018 |
| Shi | Wei | 10/15/2018 | |
| Silverblank | Francine | 10/15/2018 | |
| Stoloff | Anna G. | 10/15/2018 | 10/19/2018 |
| Suh | Bernadyn | 10/15/2018 | 10/19/2018 |
| Young | Janet | 10/16/2018 | |