**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Joseph C. Corneau
Lauren C. Kiss

*Attorneys for the Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING INSTITUTE, | : | |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |

----------------------------------------------------------------x

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT; (II) ESTABLISHMENT OF VOTING RECORD DATE; (III) HEARING ON CONFIRMATION OF THE PLAN AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN; AND (IV) PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN**

BY ORDER OF THE UNITED STATES BANKRUPTCY COURT:

**PLEASE TAKE NOTICE** that a hearing to confirm the Plan of Liquidation of Dowling College (the "Debtor") Pursuant to Chapter 11 of the Bankruptcy Code (the "Plan") has been scheduled by the Bankruptcy Court, and the following deadlines and procedures have been established with respect thereto.

**OBTAINING SOLICITATION MATERIALS**

1. Pursuant to the order of the Bankruptcy Court, you are not receiving a printed copy of the Disclosure Statement Approval Order, the Disclosure Statement or the Plan. Copies of those

and related documents may be obtained and are available for review without charge: (i) at the website of Garden City Group, LLC (the "Voting Agent"), the Bankruptcy Court-approved notice, claims and voting agent at www.choosegcg.com/cases-info/dco/ or (ii) by contacting the Voting Agent by telephone at (866) 459-2643. These documents are also available on the Bankruptcy Court's website at www.nyeb.uscourts.gov for a fee.

## HEARING TO CONFIRM PLAN

2.A hearing to confirm the Plan (the "Confirmation Hearing") will commence on December 17, 2018, at 1:30 p.m. (prevailing Eastern Time) before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722. The Confirmation Hearing may be continued from time to time by announcing such continuance in open court or otherwise, all without further notice to parties in interest.

## ESTABLISHMENT OF OBJECTION DEADLINE AND PROCEDURES

3.The Bankruptcy Court established December 10, 2018, at 4:00 p.m. (prevailing Eastern Time) as the last date and time for filing and serving objections to confirmation of the Plan (the "Plan Objection Deadline"). Objections not filed and served by the Plan Objection Deadline in the manner set forth in paragraph 4 below will not be considered by the Bankruptcy Court. Responsive pleadings to any objection to confirmation of the Plan shall be filed by no later than December 13, 2018 at 4:00 p.m.

4.In order to be considered by the Bankruptcy Court, objections, if any, to the Plan, must: (a) be in writing, (b) state the name and address of the objecting party and the amount and nature of the Claim of such party, (c) state with particularity the basis and nature of any objection or proposed modification, and (d) be filed with the Clerk of the Bankruptcy Court and served so that they are actually received on or before the Plan Objection Deadline by: (a) The Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, New York 11722, Attn: Stan Yang, Esq., Trial Attorney; (b) counsel to the Debtor: Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036, Attn: Sean C. Southard, Esq.; (c) counsel to the Debtor's material prepetition and post-petition secured lenders: (i) Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111, Attn: P. Miyoko Sato, Esq. and Ian A. Hammel, Esq., (ii) White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020, Attn: Brian D. Pfeiffer, Esq., (iii) Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, 9th Floor, East Meadow, NY 11554, Attn: Richard J. McCord, Esq. and Thomas J. McNamara, Esq., and (iv) Garfunkel Wild, P.C., 111 Great Neck Road, Great Neck, NY 11021, Attn: Adam T. Berkowitz, Esq.; and (d) counsel to the Creditors' Committee: SilvermanAcampora, LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Ronald J. Friedman, Esq.

5.The Bankruptcy Court will consider only written objections filed and served in accordance with paragraph 4 above by the Plan Objection Deadline. Objections not timely filed

and served in accordance with the provisions of this Notice will not be heard and will be deemed overruled.

6.      Moreover, all documents filed with the Bankruptcy Court, including the proposed Disclosure Statement and Plan, may be viewed on the internet free of charge on the Voting Agent's website located at www.choosegcg.com/cases-info/dco/ or for a fee at the Bankruptcy Court's website located at http://www.nyeb.uscourts.gov by following the directions for accessing the ECF system on such website.  In addition, copies of all documents are available for inspection at the Clerk of the United States Bankruptcy Court, Eastern District of New York, 271 Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722.

Dated:  New York, New York
        November 6, 2018

           **KLESTADT WINTERS JURELLER**
             **SOUTHARD & STEVENS, LLP**

By:  *Sean C. Southard*
      Sean C. Southard
      Joseph C. Corneau
      Lauren C. Kiss
      200 West 41st Street, 17th Floor
      New York, New York 10036
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: ssouthard@klestadt.com
             jcorneau@klestadt.com
             lkiss@klestadt.com

*Attorneys for the Debtor and Debtor-in-Possession*