UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DOWLING COLLEGE,<br>f/d/b/a DOWLING INSTITUTE,<br>f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,<br>f/d/b/a CECOM,<br>a/k/a DOWLING COLLEGE, INC.,<br><br>                Debtor. | Chapter 11<br><br>Case No. 16-75545 (REG) |

## TWENTY THIRD REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 1, 2018 THROUGH OCTOBER 31, 2018

The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("RSR") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("Mr. Rosenfeld") as Chief Restructuring Officer ("CRO") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period October 1, 2018 through October 31, 2018.

    Exhibit A –  Summary of Fees and Expenses
    Exhibit B –  Summary of Services by Project Category
    Exhibit C –  Detailed time entries by Project Category
    Exhibit D –  Detail of Expenses Incurred
    Exhibit E –  RSR Billing to Triple 5 in connection with Transition Agreement[i]

By: _/s/ Robert S. Rosenfeld_
Robert S. Rosenfeld
November 8, 2018

---

[i] Pursuant to Transition Agreement, dated September 21, 2018, between the Debtor and the buyer of the Brookhaven Campus, the buyer is required to reimburse the Debtor of all fees and expenses incurred by RSR in assisting the buyer with its transition for 30 days after the closing date of the sale (September 21, 2018). This period can be extended by mutual agreement between the parties. We have included such fees and expenses incurred by RSR and subject to reimbursement by the buyer in **Exhibit E** herein.

**Exhibit A**

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses**
**10/1/18 Through 10/31/18**

**Summary of Fees**

| Summary by Professional | Responsibility/ Position in Firm | Hours | Rate | Amount |
|---|---|---|---|---|
| R. Rosenfeld | Chief Restructuring Officer | 40.7 | $ 390.00 | $ 15,873.00 |
| N. Bivona | Managing Director | 84.7 | $ 390.00 | 33,033.00 |
| N. Andrade | Director | 58.9 | $ 350.00 | 20,615.00 |
| **Total** | | **184.3** | | **$ 69,521.00** |

| **Average blended hourly rate** | | | | **$ 377.22** |
|---|---|---|---|---|

**Summary of Expenses**

| Mail/Postage | $ 1.50 |
|---|---|
| Office Supplies | 54.29 |
| Software expense | 15.00 |
| **Total** | **$ 70.79** |

**RSR Consulting, LLC**  **Exhibit B**
**Dowling College - Case #16-75545 (REG)**
**Summary Billing Report - By Project Category**
**10/1/18 Through 10/31/18**

| Category | Billable Time | Billable Amt |
|---|---:|---:|
| Asset Analysis and Recovery | 1.0 | $ 390.00 |
| Asset Disposition | 18.6 | 7,254.00 |
| Bankruptcy Motions | 3.2 | 1,248.00 |
| Business Analysis | 2.0 | 700.00 |
| Business Operations | 96.3 | 35,509.00 |
| Claims Investigation | 4.7 | 1,645.00 |
| Document Review | 0.5 | 195.00 |
| Dowling-Residential Sales | 0.5 | 195.00 |
| Financial Analysis | 28.3 | 11,037.00 |
| Meetings with Creditors and/or Representatives | 3.4 | 1,326.00 |
| Meetings with Debtor and Representatives | 4.1 | 1,599.00 |
| Meetings with Lawyers | 2.1 | 779.00 |
| Meetings with Parties in Interest | 0.6 | 234.00 |
| Plan & disclosure Statement | 8.1 | 3,159.00 |
| Review Fee/Employment Applications | 3.2 | 1,248.00 |
| Tax Analysis | 0.7 | 273.00 |
| Tax compliance | 0.5 | 195.00 |
| UST Reporting | 6.5 | 2,535.00 |
| Grand Total | 184.3 | $ 69,521.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**10/1/18 Through 10/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 10/11/2018 | Neil Bivona | Call w/ M. Hablenko re: AR Collections and possibility of also taking on servicing/collection of unassigned Perkins Notes. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Asset Analysis and Recovery** | | | **1.00** | | **$390.00** |
| **Asset Disposition** | | | | | |
| 10/01/2018 | Robert Rosenfeld | Prepare analysis on Brokers offers relating to commissions and email to creditors to evaluate commissions to pay. | 1.20 | $390.00/hr | $468.00 |
| 10/02/2018 | Neil Bivona | Research endowment donor information and prepare letters re: cy prey process. | 1.50 | $390.00/hr | $585.00 |
| 10/03/2018 | Neil Bivona | Correspondence w/ Town of Brookhaven / Suffolk county re: restrictions on development / use of New Made Island ands disposition options. | 0.50 | $390.00/hr | $195.00 |
| 10/03/2018 | Neil Bivona | Cal w/ J. Sturchio re: disposition of remaining Oakdale lots. | 0.30 | $390.00/hr | $117.00 |
| 10/03/2018 | Neil Bivona | Meet w/ Mercury International at Brookhaven campus re: deed of gift and removal of remaining library special collections. | 1.00 | $390.00/hr | $390.00 |
| 10/04/2018 | Neil Bivona | Research endowment donor information and prepare letters re: cy prey process. | 2.50 | $390.00/hr | $975.00 |
| 10/05/2018 | Neil Bivona | Review of boxed files form CFO and Controller's offices re: financial statements and tax returns for additional information regarding endowed scholarship funds. | 1.50 | $390.00/hr | $585.00 |
| 10/09/2018 | Neil Bivona | Further work researching endowment fund donors and contact information.  Call w/ Stan Henry re: LIMBA scholarships. | 1.50 | $390.00/hr | $585.00 |
| 10/10/2018 | Neil Bivona | Further work on endowment letters to donors. | 2.00 | $390.00/hr | $780.00 |
| 10/11/2018 | Neil Bivona | Prepare list of questions for NYAG re: handling of certain situations related to endowment reallocation process & send to S. Southard. | 0.70 | $390.00/hr | $273.00 |
| 10/16/2018 | Neil Bivona | Follow up call & correspondence w/ J. Sturchio re: Chateau Dri | 0.40 | $390.00/hr | $156.00 |
| 10/17/2018 | Neil Bivona | Correspondence w/ S. Southard, M. White & J. Sturchio re: sale of Chateau Drive lot w/ student parking lot driveway. | 0.50 | $390.00/hr | $195.00 |
| 10/19/2018 | Robert Rosenfeld | Review reconciliation relating to Triple 5 reimbursements to date and discuss with N. Bivona, S. Southard and buyer. | 0.80 | $390.00/hr | $312.00 |
| 10/23/2018 | Robert Rosenfeld | Calls with A. Graiser (A&G Realty); and R. Friedman to discuss broker commissions on Brookhaven Campus sale. | 0.50 | $390.00/hr | $195.00 |
| 10/23/2018 | Neil Bivona | Draft proposal for disposal of New Made Island. | 1.50 | $390.00/hr | $585.00 |
| 10/25/2018 | Neil Bivona | Call w/ J. Sturchio to review status of remaining real estate asset disposition efforts. | 0.60 | $390.00/hr | $234.00 |
| 10/29/2018 | Robert Rosenfeld | Review correspondence from UMB and provide response relating to sale of Oakdale residential properties sold in September and October 2018. | 0.50 | $390.00/hr | $195.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**10/1/18 Through 10/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 10/30/2018 | Neil Bivona | Follow up w/ BOT and Debtor counsel re: disposal proposal for New Made Island. Send proposal to secured and unsecured creditors for review and consideration. | 0.60 | $390.00/hr | $234.00 |
| 10/30/2018 | Neil Bivona | Correspondence w/ S. Southard re: edits to form letter to contact endowment donors. Review fund and donor information & send relevant information to S. Southard. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Asset Disposition** | | | **18.60** | | **$7,254.00** |
| **Bankruptcy Motions** | | | | | |
| 10/30/2018 | Robert Rosenfeld | Review declaration and motion relating to WARN settlement in preparation for hearing on Motion scheduled for 11/5/18. | 1.50 | $390.00/hr | $585.00 |
| 10/30/2018 | Neil Bivona | Review records retention motion / order re: provisions for post-petition created records. Correspondence w/ J. Corneau & R. Rosenfeld re: the same. | 0.70 | $390.00/hr | $273.00 |
| 10/31/2018 | Robert Rosenfeld | Further review of WARN motion and declaration for settlement motion and execute declaration in advance of court hearing on 11/5/18. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Bankruptcy Motions** | | | **3.20** | | **$1,248.00** |
| **Business Analysis** | | | | | |
| 10/19/2018 | Nelson Andrade | Prepare list of checks to be issued by Triple 5 for their payment | 0.50 | $350.00/hr | $175.00 |
| 10/26/2018 | Nelson Andrade | Prepare list of checks to be issued by Triple 5 for their payment | 1.50 | $350.00/hr | $525.00 |
| **Totals For Business Analysis** | | | **2.00** | | **$700.00** |
| **Business Operations** | | | | | |
| 10/01/2018 | Nelson Andrade | Set up wire for one of the vendors that requested a wire instead of check. Manage related correspondence. | 0.50 | $350.00/hr | $175.00 |
| 10/02/2018 | Nelson Andrade | Create report containing the budget to actual comparison of certain professional fees. | 0.80 | $350.00/hr | $280.00 |
| 10/02/2018 | Nelson Andrade | Prepare documents, transfers and wires related to the payment of payroll. Manage related correspondence. | 1.00 | $350.00/hr | $350.00 |
| 10/02/2018 | Nelson Andrade | Review payroll documents and compare against the DIP budget and T5 budget, allocate accordingly and update budget to actual comparisons. | 0.50 | $350.00/hr | $175.00 |
| 10/02/2018 | Neil Bivona | Review US Trustee website for US Trustee fee schedule and estimate Q3 2018 fee and review professional fee invoices and projected administrative expenses for borrowing notice. | 1.30 | $390.00/hr | $507.00 |
| 10/02/2018 | Robert Rosenfeld | Process payroll and update books for month end closing. | 1.50 | $390.00/hr | $585.00 |
| 10/03/2018 | Nelson Andrade | Internal communication with staff to prepare future disbursements (0.3h) and discuss previous week's disbursements (0.2h). | 0.50 | $350.00/hr | $175.00 |
| 10/03/2018 | Neil Bivona | Update borrowing availability worksheet & prepare DIP notice of borrowing. | 1.20 | $390.00/hr | $468.00 |
| 10/03/2018 | Neil Bivona | Review adjustments to PSEG bills & review prior bills. Call w/ PSEG customer service re: meter readings. | 1.00 | $390.00/hr | $390.00 |

**RSR Consulting, LLC**                                                                            **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**10/1/18 Through 10/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 10/04/2018 | Neil Bivona | Review and update DIP tracking spreadsheet and DIP payment application spreadsheet re: Oakdale residential sale proceeds and pending mandatory prepayment of proceeds from miscellaneous collection sources. | 2.00 | $390.00/hr | $780.00 |
| 10/05/2018 | Nelson Andrade | Search documents related to student AR collections and provide copies of invoices to staff. | 0.30 | $350.00/hr | $105.00 |
| 10/05/2018 | Robert Rosenfeld | Prepare bank reconciliations for month of September for Debt | 1.00 | $390.00/hr | $390.00 |
| 10/05/2018 | Robert Rosenfeld | Work on weekly disbursements and update quickbooks for weekly activity. | 0.50 | $390.00/hr | $195.00 |
| 10/05/2018 | Nelson Andrade | Create instructions for weekly disbursements. Review files and invoices received, make corrections to file, coordinate internally and manage related correspondence. Prepare transfers and wires and send for approval in banking system. | 2.20 | $350.00/hr | $770.00 |
| 10/05/2018 | Neil Bivona | Draft spreadsheet & e-mail correspondence to PSEG account manager re: inconsistencies in meter readings affecting Dowling's pre-sale allocation of utility carrying costs. | 0.80 | $390.00/hr | $312.00 |
| 10/05/2018 | Neil Bivona | Review draft language re: student teaching certifications an degree completion for Dowling.edu website & meet w/ W. Benka re: updating of website & states of server conversion project. | 0.60 | $390.00/hr | $234.00 |
| 10/08/2018 | Nelson Andrade | Internal communication with staff to prepare future disbursements (0.4h) and discuss previous week's disbursements (0.4h). | 0.80 | $350.00/hr | $280.00 |
| 10/09/2018 | Neil Bivona | Reconcile cash account and finalize drat schedule to notice of Mandatory prepayment. | 1.00 | $390.00/hr | $390.00 |
| 10/09/2018 | Robert Rosenfeld | Process banking transactions and update Debtor's books and re | 0.50 | $390.00/hr | $195.00 |
| 10/09/2018 | Nelson Andrade | Update, review weekly Triple 5 funding report and distribute internally. | 1.50 | $350.00/hr | $525.00 |
| 10/10/2018 | Neil Bivona | Search network drives for files related to BOT records and minutes in connection with BOT approval of endowments. Download responsive files to flash drive for counsel's review. | 1.00 | $390.00/hr | $390.00 |
| 10/10/2018 | Neil Bivona | Review and organize/categorize boxes of retained files for archive or to maintain locally for ongoing estate management needs. | 0.50 | $390.00/hr | $195.00 |
| 10/10/2018 | Neil Bivona | Call with ADP re: changes to payroll. Process payroll file for 10/18/18 pay date. | 1.20 | $390.00/hr | $468.00 |
| 10/11/2018 | Neil Bivona | Review cash accounts & correspondence w/ L. Roberson & R Rosenfeld re: transfer of remaining funds in pre-ch.11 funding escrow account to TL D DIP account. | 0.40 | $390.00/hr | $156.00 |
| 10/11/2018 | Nelson Andrade | Discuss internally the review process for the proceeds allocation and the settlement agreement. | 1.00 | $350.00/hr | $350.00 |
| 10/12/2018 | Neil Bivona | Call w/ D>. Impagliazzo re: open NYSED student issues - additional language to be posted to website re: out of state teaching certifications. | 0.50 | $390.00/hr | $195.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**10/1/18 Through 10/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 10/12/2018 | Neil Bivona | Meet w/ W. Benka re: status & timing to complete server conversion / establishment of full remote access. | 0.50 | $390.00/hr | $195.00 |
| 10/12/2018 | Neil Bivona | Followup with PSEG re: billing / meter readings discrepancies. | 0.30 | $390.00/hr | $117.00 |
| 10/12/2018 | Robert Rosenfeld | Process disbursements, approve wires and transfers and update quickbooks for weekly activity. | 3.00 | $390.00/hr | $1,170.00 |
| 10/12/2018 | Nelson Andrade | Create instructions for weekly disbursements.  Review files and invoices received, make corrections to file, coordinate internally and manage related correspondence.  Prepare transfers and wires and send for approval in banking system. | 3.20 | $350.00/hr | $1,120.00 |
| 10/12/2018 | Nelson Andrade | Update professional fee tracking analysis. | 1.20 | $350.00/hr | $420.00 |
| 10/15/2018 | Nelson Andrade | Update Triple 5 funding report containing budget to actual comparisons and spend by category for the week ending 10/12/18. | 1.50 | $350.00/hr | $525.00 |
| 10/15/2018 | Nelson Andrade | DIP Compliance Report for week 96.  Prepare excel and word files, make all necessary updates, Combine all files in PDF. Review and distribute. | 2.30 | $350.00/hr | $805.00 |
| 10/15/2018 | Nelson Andrade | DIP Compliance Report for week 94.  Prepare excel and word files, make all necessary updates, Combine all files in PDF. Review and distribute. | 2.10 | $350.00/hr | $735.00 |
| 10/15/2018 | Nelson Andrade | DIP Compliance Report for week 95.  Prepare excel and word files, make all necessary updates, Combine all files in PDF. Review and distribute. | 2.20 | $350.00/hr | $770.00 |
| 10/16/2018 | Nelson Andrade | Discuss internally a template and format for a Triple 5 disbursement reconciliation report. | 0.50 | $350.00/hr | $175.00 |
| 10/16/2018 | Nelson Andrade | Prepare documents, transfers and wires related to the payment of payroll.  Manage related correspondence. | 1.20 | $350.00/hr | $420.00 |
| 10/16/2018 | Neil Bivona | Review insurance policy cancellations & follow up w/ Sterling Risk re: status of premium refunds. | 0.50 | $390.00/hr | $195.00 |
| 10/16/2018 | Neil Bivona | Review & verify application of UMB DIP repayment Notice vs. DIP tracking. | 0.30 | $390.00/hr | $117.00 |
| 10/16/2018 | Neil Bivona | Work on updating of settlement agreement waterfall analysis. | 2.50 | $390.00/hr | $975.00 |
| 10/16/2018 | Robert Rosenfeld | Process payments and transfers and update quickbooks. | 1.50 | $390.00/hr | $585.00 |
| 10/17/2018 | Robert Rosenfeld | Analyze accounting for Debtor in connection with Perkins Loan assignment to DOE; adjust quickbooks for transactions; process payments to Conduent in connection with Perkins loan monitoring;  update accounting in quickbooks for transactions for week. | 4.50 | $390.00/hr | $1,755.00 |
| 10/17/2018 | Nelson Andrade | Discuss previous week's payments with staff and share supporting documents. | 0.80 | $350.00/hr | $280.00 |
| 10/17/2018 | Nelson Andrade | Start reconciliation between funds received from Triple 5 for disbursements, and how that compares to what has been spent to date. | 3.80 | $350.00/hr | $1,330.00 |
| 10/17/2018 | Neil Bivona | Review of UMB DIP repayment Notices vs. Mandatory prepayments made to UMB.   Update and revise DIP tracking spreadsheet to remove and adjust for 4/13/18 Mandatory prepayment not processed by UMB. | 2.30 | $390.00/hr | $897.00 |
| 10/17/2018 | Neil Bivona | Review & prepare files for archive at Iron Mountain. | 1.00 | $390.00/hr | $390.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**10/1/18 Through 10/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---:|---:|---:|
| 10/17/2018 | Neil Bivona | Review correspondence & policy endorsements form Sterling risk: re: coverage cancellations and premium refunds.  Follow up w/ Sterling Risk re: ability to credit pending refunds against policy renewal premiums. | 0.60 | $390.00/hr | $234.00 |
| 10/18/2018 | Robert Rosenfeld | Review Debtors financials and accounting in connection with year end tax returns for FY 2018. | 1.50 | $390.00/hr | $585.00 |
| 10/19/2018 | Nelson Andrade | Update Triple 5 funding report containing budget to actual comparisons and spend by category for the week ending 10/19/18. | 1.50 | $350.00/hr | $525.00 |
| 10/19/2018 | Nelson Andrade | Finalize reconciliation between funds received from Triple 5 for disbursements, and how that compares to what has been spent to date. | 3.50 | $350.00/hr | $1,225.00 |
| 10/19/2018 | Nelson Andrade | Create instructions for weekly disbursements.  Review files and invoices received, make corrections to file, coordinate internally and manage related correspondence.  Prepare transfers and wires and send for approval in banking system. | 2.20 | $350.00/hr | $770.00 |
| 10/19/2018 | Robert Rosenfeld | Process payments for week and update accounting in quickbooks relating to week's transactions and triple 5 activity. | 1.20 | $390.00/hr | $468.00 |
| 10/19/2018 | Neil Bivona | Meet w/ W. benka re: status of server transition and plans to vacate Brookhaven campus at month-end. | 0.50 | $390.00/hr | $195.00 |
| 10/23/2018 | Neil Bivona | Call w/ ADP re: authorizing Ilene Hellman for Dowling payroll and generating reports of previously terminated employees / reinstating employees in ADP system for priority claim distribution.  Call w/ I' Hellman re: the same. | 0.70 | $390.00/hr | $273.00 |
| 10/24/2018 | Neil Bivona | Wind down / exit activities Nat Ctr ATC Lab. | 0.00 | $390.00/hr | $0.00 |
| 10/24/2018 | Neil Bivona | Assess remaining IT equipment for any data to be copied off hard drive to network drives, e-waste disposal & need for hard drive destruction. | 1.50 | $390.00/hr | $585.00 |
| 10/24/2018 | Nelson Andrade | Discuss previous week's payments with staff and share supporting documents. | 0.80 | $350.00/hr | $280.00 |
| 10/24/2018 | Nelson Andrade | Updated weekly report for the new Triple 5 pro-ration adjustm | 1.20 | $350.00/hr | $420.00 |
| 10/25/2018 | Nelson Andrade | Prepared documents, transfers and wires related to the adjustment entries of the Triple 5 reconciliation. | 1.20 | $350.00/hr | $420.00 |
| 10/25/2018 | Nelson Andrade | Recalculated the pro-ration of various disbursements made on behalf of Triple 5 (against advanced funds). | 2.50 | $350.00/hr | $875.00 |
| 10/25/2018 | Nelson Andrade | Updated the reconciliation of the Triple 5 budget with actual sp | 1.80 | $350.00/hr | $630.00 |
| 10/25/2018 | Nelson Andrade | Calculated the correction entries to be executed along with a report for internal discussion. | 1.20 | $350.00/hr | $420.00 |
| 10/26/2018 | Neil Bivona | Wind down / exit activities Nat Ctr ATC Lab. | 0.00 | $390.00/hr | $0.00 |
| 10/26/2018 | Nelson Andrade | Create instructions for weekly disbursements.  Review files and invoices received, make corrections to file, coordinate internally and manage related correspondence.  Prepare transfers and wires and send for approval in banking system. | 2.50 | $350.00/hr | $875.00 |
| 10/26/2018 | Robert Rosenfeld | Process payments for week; update Debtor's accounting for weekly activity and reconcile accounts. | 2.00 | $390.00/hr | $780.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**10/1/18 Through 10/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 10/26/2018 | Nelson Andrade | Created wire instructions for the payment of RSR professional fees related to weeks ending 10/14 and 10/21 and compiled supporting documents | 0.80 | $350.00/hr | $280.00 |
| 10/26/2018 | Nelson Andrade | Communicated with staff in regards to supporting documentation for weekly disbursements. | 0.30 | $350.00/hr | $105.00 |
| 10/29/2018 | Neil Bivona | Final review, filing and indexing of hardcopy files for archiving as per Records Retention Order provisions. | 1.50 | $390.00/hr | $585.00 |
| 10/29/2018 | Neil Bivona | Coordinate & supervise / Brookhaven campus wind-down, exit & transition activities. | 2.00 | $390.00/hr | $780.00 |
| 10/29/2018 | Nelson Andrade | Update Triple 5 weekly budget for the disbursements of the previous week. | 0.80 | $350.00/hr | $280.00 |
| 10/29/2018 | Nelson Andrade | Communicate internally regarding professional fee schedule. | 0.20 | $350.00/hr | $70.00 |
| 10/30/2018 | Robert Rosenfeld | Process banking transfers for 11/1/18 payroll; update quickbooks and Debtor's accounting for activity. | 0.50 | $390.00/hr | $195.00 |
| 10/30/2018 | Nelson Andrade | Prepare documents, transfers and wires related to the payment of payroll.  Manage related correspondence. | 1.20 | $350.00/hr | $420.00 |
| 10/30/2018 | Neil Bivona | Review of Dowling.edu website and Garden City Group (Epiq) Case administration website re: removal and editing of outdated or no longer relevant information.   Communication w/ GCG team re: the same. | 1.00 | $390.00/hr | $390.00 |
| 10/30/2018 | Neil Bivona | Follow up w/ C. Veprek (ITAMG) re: shredding of remaining hard drives and disposal of e-waste materials. | 0.30 | $390.00/hr | $117.00 |
| 10/31/2018 | Robert Rosenfeld | Process UST quarterly fee payment for 3rd quarter 2018. | 0.40 | $390.00/hr | $156.00 |
| 10/31/2018 | Nelson Andrade | Create backup documentation for the payment of the UST fees | 0.80 | $350.00/hr | $280.00 |
| 10/31/2018 | Nelson Andrade | Create transfers related to the funding of the UST fee payment | 0.80 | $350.00/hr | $280.00 |
| **Totals For Business Operations** | | | **96.30** | | **$35,509.00** |
| **Claims Investigation** | | | | | |
| 10/18/2018 | Nelson Andrade | Investigate certain charges related to vision claims at the request of legal counsel. | 1.20 | $350.00/hr | $420.00 |
| 10/18/2018 | Nelson Andrade | Prepare a summary of the vision claims included in the Cigna claims analysis. | 0.50 | $350.00/hr | $175.00 |
| 10/29/2018 | Nelson Andrade | Create a report regarding the claims associated with one employee for further investigation. | 1.50 | $350.00/hr | $525.00 |
| 10/30/2018 | Nelson Andrade | Make changes to the claims analysis for one employee and distribute to legal counsel. | 1.50 | $350.00/hr | $525.00 |
| **Totals For Claims Investigation** | | | **4.70** | | **$1,645.00** |
| **Document Review** | | | | | |
| 10/11/2018 | Neil Bivona | Re-review UCC settlement agreement term sheet re: Discussion w/ I. Hammel on handling of 2015/TL C Collateral proceeds and 2nd lien positions. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Document Review** | | | **0.50** | | **$195.00** |
| **Dowling-Residential Sales** | | | | | |
| 10/03/2018 | Neil Bivona | Follow up on cancellation of flood insurance.  Confirm policy for 87 Central was assigned to purchaser. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Dowling-Residential Sales** | | | **0.50** | | **$195.00** |
| **Financial Analysis** | | | | | |
| 10/11/2018 | Neil Bivona | Meet w/ N. Andrade re: updating and verifying waterfall analys | 1.50 | $390.00/hr | $585.00 |
| 10/12/2018 | Neil Bivona | Continue work researching endowment donors, documentatio | 1.50 | $390.00/hr | $585.00 |

**RSR Consulting, LLC**                                                                       **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**10/1/18 Through 10/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 10/12/2018 | Neil Bivona | Review and updated DIP tracking spreadsheet. Review timing and allocation of payments to DIP vs UMB notices. | 2.50 | $390.00/hr | $975.00 |
| 10/18/2018 | Neil Bivona | Reconcile DIP tracking spreadsheet after adjustment for unapplied mandatory prepayments by UMB to waterfall / creditor distribution analysis. | 2.00 | $390.00/hr | $780.00 |
| 10/19/2018 | Neil Bivona | Review Property & Casualty policy & make adjustment to calculation of Triple Five proration of premiums for 8/3/18 - 9/21/18 period to reflect allocation of premium between Brookhaven campus and remaining Oakdale properties at the time of 10/1/17 policy renewal. Correspondence w/ Sterling Risk re: the same. | 1.00 | $390.00/hr | $390.00 |
| 10/19/2018 | Neil Bivona | Begin review and updating of post-confirmation window budget | 2.00 | $390.00/hr | $780.00 |
| 10/19/2018 | Neil Bivona | Work w/ N. Andrade on reconciliation of Triple Five pre-closing expense allocation vs. budget and deposited funds. | 1.50 | $390.00/hr | $585.00 |
| 10/22/2018 | Neil Bivona | Additional work to reconcile, review and revise DIP tracking, payment application and waterfall analysis. | 3.50 | $390.00/hr | $1,365.00 |
| 10/23/2018 | Neil Bivona | Prepare analysis for application of DIP Mandatory prepayments for UMB Bank. | 1.00 | $390.00/hr | $390.00 |
| 10/23/2018 | Neil Bivona | Create draft analysis / presentation format for high level cash waterfall summary for Disclosure Statement / Court. | 1.50 | $390.00/hr | $585.00 |
| 10/23/2018 | Neil Bivona | Further work on reviewing and updating post confirm wind down budget and detailed waterfall analysis for creditors. | 2.00 | $390.00/hr | $780.00 |
| 10/24/2018 | Neil Bivona | Begin work to expand draft waterfall summary to reflect breakout of classes / DIP tranches / Bond issues. | 1.50 | $390.00/hr | $585.00 |
| 10/25/2018 | Neil Bivona | Further work reconciling DIP/Bond payment application and DIP tracking for waterfall analysis. | 2.50 | $390.00/hr | $975.00 |
| 10/28/2018 | Neil Bivona | Further work on waterfall analysis. Reconciliation of paydowns and proceeds application, UCC and priority claims contributions. | 3.00 | $390.00/hr | $1,170.00 |
| 10/30/2018 | Neil Bivona | Review Arrow Security statement showing past due amounts and reconcile to QuickBooks / payment tracking reports. | 1.30 | $390.00/hr | $507.00 |
| **Totals For Financial Analysis** | | | **28.30** | | **$11,037.00** |
| **Meetings with Creditors and/or Representatives** | | | | | |
| 10/04/2018 | Neil Bivona | Follow-up e-mails with M. Grochowski re: Notice of borrowing | 0.40 | $390.00/hr | $156.00 |
| 10/04/2018 | Neil Bivona | Correspondence w/ I. Hammell re: DIP balances and Brookhaven | 0.30 | $390.00/hr | $117.00 |
| 10/05/2018 | Neil Bivona | Call w/ I. Hammel re: liquidation waterfall application of residential property proceeds to 2nd liens & remaining assets to be liquidated. | 0.40 | $390.00/hr | $156.00 |
| 10/11/2018 | Neil Bivona | Correspondence w/ M. Grochowski re: mandatory prepayment | 0.30 | $390.00/hr | $117.00 |
| 10/12/2018 | Neil Bivona | Call w/ I. Hammel re: 2015 Bond waterfall, priority claim allocation and direct costs of Oakdale residential property sales. | 0.40 | $390.00/hr | $156.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**10/1/18 Through 10/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 10/16/2018 | Neil Bivona | Call w/ R. Bertucci re: mandatory prepayments and status of remaining real estate. | 0.50 | $390.00/hr | $195.00 |
| 10/29/2018 | Robert Rosenfeld | Attend call with creditors counsel, Debtor's counsel, and N. Bivona to discuss status of Plan and Disclosure statement and revisions to both. | 0.50 | $390.00/hr | $195.00 |
| 10/29/2018 | Neil Bivona | Call w/ Klestadt, R. Rosenfeld and creditors' counsel to discuss Plan, Disclosure statement and waterfall analysis. | 0.60 | $390.00/hr | $234.00 |
| **Totals For Meetings with Creditors and/or Representatives** | | | **3.40** | | **$1,326.00** |
| **Meetings with Debtor and Representatives** | | | | | |
| 10/05/2018 | Robert Rosenfeld | Call with S. Southard, L. Kiss, N. Bivona regarding follow up on disposition of Endowment Funds and discussions with NYS AG office. | 0.50 | $390.00/hr | $195.00 |
| 10/09/2018 | Neil Bivona | Call w/ S. Southard, L. Kiss & R. Rosenfeld re: endowments & N | 0.50 | $390.00/hr | $195.00 |
| 10/09/2018 | Robert Rosenfeld | Call with S. Southard, L. Kiss and N. Bivona re: status of endowment disposition and NYS AG issues. | 0.30 | $390.00/hr | $117.00 |
| 10/11/2018 | Neil Bivona | Call w/ S. Southard, R. Rosenfeld & N. Andrade re: case status update; dissolution, endowments, waterfall analysis, post-consummation budget. | 1.00 | $390.00/hr | $390.00 |
| 10/11/2018 | Robert Rosenfeld | Call with S. Southard and N. Bivona to discuss Plan of Liquidation confirmation information to complete and NYS AG's office requests. | 1.30 | $390.00/hr | $507.00 |
| 10/18/2018 | Neil Bivona | Call w/ S. Southard re: status of account transitions to Triple Five and need for extension of TDA. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Meetings with Debtor and Representatives** | | | **4.10** | | **$1,599.00** |
| **Meetings with Lawyers** | | | | | |
| 10/05/2018 | Neil Bivona | Call w/ S. Southard, L. Kiss & R. Rosenfeld re: NYAG position on endowment reallocation & need to locate additional information for individual endowment scholarship funds. | 0.70 | $390.00/hr | $273.00 |
| 10/11/2018 | Nelson Andrade | Call with legal counsel related to proceeds allocation. | 1.00 | $350.00/hr | $350.00 |
| 10/16/2018 | Neil Bivona | Call & correspondence w/ S. Southard & meet w/ S. Nocella re: recall and delivery of BOT archived fines. | 0.40 | $390.00/hr | $156.00 |
| **Totals For Meetings with Lawyers** | | | **2.10** | | **$779.00** |
| **Meetings with Parties in Interest** | | | | | |
| 10/19/2018 | Neil Bivona | Call w/ S. Southard, R Rosenfeld S. Bienenstock & S. Ostrow re: status of accounts transfers to Triple Five & extension of TSA. | 0.60 | $390.00/hr | $234.00 |
| **Totals For Meetings with Parties in Interest** | | | **0.60** | | **$234.00** |
| **Plan & disclosure Statement** | | | | | |
| 10/22/2018 | Neil Bivona | Meet with S. Southard and R. Rosenfeld to discuss status of Plan of Liquidation and wind down budget and Plan document support. | 3.00 | $390.00/hr | $1,170.00 |
| 10/22/2018 | Robert Rosenfeld | Meet with S. Southard and N. Bivona to discuss status of Plan of Liquidation and winddown budget and Plan document support. | 3.00 | $390.00/hr | $1,170.00 |
| 10/24/2018 | Neil Bivona | Call w/ S. Southard, J. Corneau and R. Rosenfeld re: plan and disclosure statement & draft format for waterfall distribution summary. | 0.80 | $390.00/hr | $312.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**10/1/18 Through 10/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---:|---|---:|
| 10/24/2018 | Robert Rosenfeld | Call with S. Southard, J. Corneau and N. Bivona re: Plan of Liquidation and Disclosure Statement. | 0.80 | $390.00/hr | $312.00 |
| 10/29/2018 | Robert Rosenfeld | Review revised disclosures relating to Plan of Liquidation and disclosure statement and winddown budget. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Plan & disclosure Statement** | | | **8.10** | | **$3,159.00** |
| **Review Fee/Employment Applications** | | | | | |
| 10/24/2018 | Robert Rosenfeld | Review of brokers commission calculations and invoice received from A&G Realty and follow up discussions with A. Graiser, J. Hubbard and J. Cote. | 1.00 | $390.00/hr | $390.00 |
| 10/25/2018 | Robert Rosenfeld | Follow up discussion with Madison Hawk regarding broker commission on Brookhaven Campus sale; discuss with S. Southard for follow up. | 0.50 | $390.00/hr | $195.00 |
| 10/26/2018 | Robert Rosenfeld | Follow up discussions with brokers and counsel and analysis on brokers commissions on Brookhaven Campus sale. | 1.30 | $390.00/hr | $507.00 |
| 10/29/2018 | Robert Rosenfeld | Call with J. Hubbard (Madison Hawk) to discuss status of brokers' commission fees. | 0.40 | $390.00/hr | $156.00 |
| **Totals For Review Fee/Employment Applications** | | | **3.20** | | **$1,248.00** |
| **Tax Analysis** | | | | | |
| 10/18/2018 | Neil Bivona | Communications w/ R. Rosenfeld & S. Southard re: surrender of charter and impact on tax exempt status for June 2018 - June 2019 State and Federal taxes. | 0.70 | $390.00/hr | $273.00 |
| **Totals For Tax Analysis** | | | **0.70** | | **$273.00** |
| **Tax compliance** | | | | | |
| 10/18/2018 | Robert Rosenfeld | Research and discuss with Baker Tilly issues related to filing Debtor's tax returns post effective date. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Tax compliance** | | | **0.50** | | **$195.00** |
| **UST Reporting** | | | | | |
| 10/05/2018 | Robert Rosenfeld | Work on MOR for September. | 0.50 | $390.00/hr | $195.00 |
| 10/06/2018 | Robert Rosenfeld | Work on closing of books for month of September 2018 and preparation of MOR for September 2018. | 1.50 | $390.00/hr | $585.00 |
| 10/08/2018 | Robert Rosenfeld | Work on MOR for the month of September 2018. | 1.50 | $390.00/hr | $585.00 |
| 10/11/2018 | Robert Rosenfeld | Work on MOR for September 2018 and update quickbooks for monthly closing. | 3.00 | $390.00/hr | $1,170.00 |
| **Totals For UST Reporting** | | | **6.50** | | **$2,535.00** |
| **Grand Total** | | | **184.30** | | **$69,521.00** |

**RSR Consulting, LLC**                                                                **Exhibit D**
**Dowling College - Case #16-75545 (REG)**
**Detailed Expense Report**
**10/1/18 Through 10/31/18**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 10/11/2018 | Robert Rosenfeld | Right Networks monthly billing for Dowling quickbooks. | $15.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$15.00** |
| **Mailing/Postage** | | | |
| 10/05/2018 | Robert Rosenfeld | Postage for payment of bills for Dowling College | $0.50 |
| 10/29/2018 | Robert Rosenfeld | Postage for mail to TD Bank for Endowment Fund correspondence. | $0.50 |
| 10/31/2018 | Robert Rosenfeld | Postage for UST quarterly fee payment for 3rd quarter 2018. | $0.50 |
| **Totals Billable Amounts for Mailing/Postage** | | | **$1.50** |
| **Office Supplies** | | | |
| 10/10/2018 | Neil Bivona | Portable flash drives to download BOT files re: endowments for Klestadt. | $54.29 |
| **Totals Billable Amounts for Office Supplies** | | | **$54.29** |
| **Grand Total** | | | **$70.79** |

**RSR Consulting, LLC**  **Exhibit E**
**Billing Detail Report for Dowling - Transition Agreement**
**Week ended 9/30/18**

| Date | Matter | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|---|
| **Business Operations** | | | | | | |
| 10/03/2018 | Dowling - Brookhaven TSA | Neil Bivona | Meet w/ S Bienenstock. Work on transition issues & follow up on fence and HVAC repair. | 2.00 | $390.00/hr | $780.00 |
| 10/05/2018 | Dowling - Brookhaven TSA | Neil Bivona | Meet w/ S. Bienenstock & continue work to transfer Verizon, Arrow Security, WASTE, Simplex & PSEG/Nat'l Grid. | 2.00 | $390.00/hr | $780.00 |
| 10/09/2018 | Dowling - Brookhaven TSA | Neil Bivona | Follow up with Verizon & prepare/provide additional LOA form. | 0.40 | $390.00/hr | $156.00 |
| 10/11/2018 | Dowling - Brookhaven TSA | Neil Bivona | Call w/ Brookhaven Fire Marshall re: alarm events. Calls to F. Rivas and service scheduling at Simplex & Arrow guard on shift & e-amils to S. Beinenstock re: service call, contract and billing. | 0.80 | $390.00/hr | $312.00 |
| 10/12/2018 | Dowling - Brookhaven TSA | Neil Bivona | Call and email to WASTE re: dorm sewage monthly inspection contract transfer to Triple Five. | 0.30 | $390.00/hr | $117.00 |
| 10/12/2018 | Dowling - Brookhaven TSA | Neil Bivona | Review invoices re: proration over Sept 21 sale date & discuss approach w/ R. Rosenfeld and N Andrade. Draft email to S Bienenstock with invoices and payment instructions. | 0.70 | $390.00/hr | $273.00 |
| 10/12/2018 | Dowling - Brookhaven TSA | Nelson Andrade | Revise certain payments and transfers related to CIS due to payment reschedule. | 0.80 | $350.00/hr | $280.00 |
| 10/13/2018 | Dowling - Brookhaven TSA | Neil Bivona | Two calls with Fire Marshall. Two calls with Simplex. Call to Arrow security guard on shift regarding new fire alarm event Saturday morning re: same detector as last Wed/Thu. Draft ema to S. Bienenstock explaining issue. | 2.00 | $390.00/hr | $780.00 |
| 10/17/2018 | Dowling - Brookhaven TSA | Neil Bivona | Meet w/ Simplex technician re: programming of main panel for new smoke detector in rm 118. | 0.50 | $390.00/hr | $195.00 |
| 10/17/2018 | Dowling - Brookhaven TSA | Neil Bivona | Work on finding shutoff for leaking lawn sprinkler near traffic circle. Calls w/ M. Slattery, D. Cook & S. Flek re: location of control valves, timer box or water main shutoff. | 0.80 | $390.00/hr | $312.00 |
| 10/18/2018 | Dowling - Brookhaven TSA | Neil Bivona | Several calls w/ S. Flek re: repairs to lawn sprinkler system. | 0.30 | $390.00/hr | $117.00 |
| 10/19/2018 | Dowling - Brookhaven TSA | Neil Bivona | Follow up with Simplex re: scheduling of quarterly sprinkler inspections & status of Triple Five contract. | 0.50 | $390.00/hr | $195.00 |
| 10/19/2018 | Dowling - Brookhaven TSA | Neil Bivona | Follow up correspondence w/ Lightpath re: Tripe five reduced phone/internet needs and transition of contract. | 0.40 | $390.00/hr | $156.00 |
| 10/25/2018 | Dowling - Brookhaven TSA | Neil Bivona | Various correspondence & meeting w/ S. Bienenstock on 10/19 re: transition issues. Previously not included on billing for week ended 10/21/18. | 0.50 | $390.00/hr | $195.00 |

**RSR Consulting, LLC**  **Exhibit E**
**Billing Detail Report for Dowling - Transition Agreement**
**Week ended 9/30/18**

| Date | Matter | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|---|
| 10/26/2018 | Dowling - Brookhaven TSA v | Neil Bivona | Follow up with Verizon, Arrow & Simplex re: transition of accounts.  Discuss PSEG, Nat Grid & Verizon w/ S. Bienenstock. | 0.70 | $390.00/hr | $273.00 |
| 10/26/2018 | Dowling - Brookhaven TSA v | Neil Bivona | Review of invoice re: pro-ration between pre-closing and post-closing.  Review pre-closing deposit adjustments w/ N. Andrade. | 0.50 | $390.00/hr | $195.00 |
| 10/30/2018 | Dowling - Brookhaven TSA v | Neil Bivona | Follow up w/ WASTE & S. Flek Landscaping for T5 contracts.  Follow up w/ S. Bienenstock re: status of Verizon, PSEG & Nat Grid. | 0.40 | $390.00/hr | $156.00 |
| **Totals For Business Operations** | | | | **13.60** | | **$5,272.00** |
| **Financial Analysis** | | | | | | |
| 10/12/2018 | Dowling - Brookhaven TSA v | Nelson Andrad | Create spreadsheet containing the calculation of the payments (checks) that need to made by Triple 5. | 1.00 | $350.00/hr | $350.00 |
| 10/12/2018 | Dowling - Brookhaven TSA v | Nelson Andrad | Update Triple 5 payment analysis for with current week's disbursements. | 0.50 | $350.00/hr | $175.00 |
| **Totals For Financial Analysis** | | | | **1.50** | | **$525.00** |
| **Grand Total** | | | | **15.10** | | **$5,797.00** |