UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

DOWLING COLLEGE,
f/d/b/a DOWLING INSTITUTE,
f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,
f/d/b/a CECOM,
a/k/a DOWLING COLLEGE, INC.,

               Debtor.

Chapter 11

Case No. 16-75545 (REG)

# TWENTY FOURTH REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 1, 2018 THROUGH NOVEMBER 30, 2018

The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("RSR") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("Mr. Rosenfeld") as Chief Restructuring Officer ("CRO") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period November 1, 2018 through November 30, 2018.

    Exhibit A –  Summary of Fees and Expenses
    Exhibit B –  Summary of Services by Project Category
    Exhibit C –  Detailed time entries by Project Category
    Exhibit D –  Detail of Expenses Incurred

By: /s/ Robert S. Rosenfeld
Robert S. Rosenfeld
December 6, 2018

**Exhibit A**

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses**
**11/1/18 Through 11/30/18**

**Summary of Fees**

| Summary by Professional | Responsibility/ Position in Firm | Hours | Rate | Amount |
|---|---|---|---|---|
| R. Rosenfeld | Chief Restructuring Officer | 34.4 | $ 390.00 | $ 13,416.00 |
| N. Bivona | Managing Director | 39.6 | $ 390.00 | 15,444.00 |
| N. Andrade | Director | 63.2 | $ 350.00 | 22,120.00 |
| I. Hellman | Paraprofessional | 5.2 | $ 125.00 | 650.00 |
| **Total** | | **142.4** | | **$ 51,630.00** |
| **Average blended hourly rate** | | | | **$ 362.57** |

**Summary of Expenses**

| | |
|---|---|
| Mail/Postage | $ 13.12 |
| Storage/Disposal costs | 178.21 |
| Overnight shipping | 77.01 |
| Software expense | 15.00 |
| **Total** | **$ 283.34** |

**RSR Consulting, LLC**  **Exhibit B**
**Dowling College - Case #16-75545 (REG)**
**Summary Billing Report - By Project Category**
**11/1/18 Through 11/30/18**

| Category | Billable Time | Billable Amt |
|---|---:|---:|
| Asset Analysis and Recovery | 1.5 | $ 585.00 |
| Asset Disposition | 6.8 | 2,652.00 |
| Business Operations | 88.4 | 32,172.00 |
| Claim Distributions | 4.4 | 1,716.00 |
| Claims Administration and Objections | 5.2 | 650.00 |
| Claims Investigation | 6.9 | 2,511.00 |
| Court Hearings | 6.2 | 2,418.00 |
| Financial Analysis | 1.4 | 546.00 |
| Meetings with Creditors and/or Representatives | 1.0 | 390.00 |
| Meetings with Debtor and Representatives | 1.2 | 468.00 |
| Meetings with Lawyers | 2.2 | 814.00 |
| Plan & disclosure Statement | 4.0 | 1,560.00 |
| Review Fee/Employment Applications | 0.5 | 195.00 |
| Tax compliance | 8.7 | 3,393.00 |
| UST Reporting | 4.0 | 1,560.00 |
| **Grand Total** | **142.4** | **$ 51,630.00** |

**RSR Consulting, LLC**                                                      **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**11/1/18 Through 11/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 11/27/2018 | Robert Rosenfeld | Review documents related to Cohn Reznick retainer balance and draft correspondence to CR for return of retainer. | 1.50 | $390.00/hr | $585.00 |
| **Totals For Asset Analysis and Recovery** | | | **1.50** | | **$585.00** |
| **Asset Disposition** | | | | | |
| 11/08/2018 | Neil Bivona | Follow up w/ utilities to confirm transfer or cancel of accounts re: Triple Five sale. | 1.20 | $390.00/hr | $468.00 |
| 11/08/2018 | Neil Bivona | Correspondence and call w/ Town of Brookhaven and Suffolk County re: donation of New Made island. Follow up calls w/ R. Rosenfeld and S. Southard. | 2.00 | $390.00/hr | $780.00 |
| 11/08/2018 | Neil Bivona | Call and correspondence w/ J. Sturchio re: status of marketing remaining Oakdale lots. | 0.50 | $390.00/hr | $195.00 |
| 11/19/2018 | Neil Bivona | Review analysis of outstanding Brookhaven campus invoices due to be paid by Triple Five w/ N. Andrade. Communication w/ S. Bienenstock re: the same.. | 0.50 | $390.00/hr | $195.00 |
| 11/28/2018 | Neil Bivona | Call w/ J. Sturchio re: status of marketing remaining Oakldale properties. | 0.60 | $390.00/hr | $234.00 |
| 11/29/2018 | Neil Bivona | Research Suffolk Community College "Stay on Long Island Initiative" scholarship program and draft recommendation memo to the BOT re: reallocation of Dowling's endowed funds. | 2.00 | $390.00/hr | $780.00 |
| **Totals For Asset Disposition** | | | **6.80** | | **$2,652.00** |
| **Business Operations** | | | | | |
| 11/05/2018 | Neil Bivona | Review of invoices related to Brookhaven Campus & prepare schedule and communication to Triple Five re pro-rated responsibility for payments. | 1.20 | $390.00/hr | $468.00 |
| 11/05/2018 | Nelson Andrade | Create instructions for weekly disbursements. Review files and invoices received, make changes to the file, coordinate internally and manage related correspondence. Prepare transfers and wires and send for approval in banking system. | 2.50 | $350.00/hr | $875.00 |
| 11/05/2018 | Robert Rosenfeld | Process payments for week and update quickbooks accounting. | 1.50 | $390.00/hr | $585.00 |
| 11/06/2018 | Neil Bivona | Review of correspondence and invoices/statements from Sterling Risk & National General Insurance. Correspondence w/ R. Rosenfeld & call to Sterling Risk re: the same. | 0.60 | $390.00/hr | $234.00 |
| 11/06/2018 | Robert Rosenfeld | Process and mail bills to vendors for past week. | 0.50 | $390.00/hr | $195.00 |
| 11/06/2018 | Nelson Andrade | Review transfers completed the day before, compare against instructions to reconcile. | 1.00 | $350.00/hr | $350.00 |
| 11/08/2018 | Nelson Andrade | Discuss internally payments to be made in the following day. | 0.50 | $350.00/hr | $175.00 |
| 11/08/2018 | Nelson Andrade | Update professional fee schedule to newly received invoices. | 1.50 | $350.00/hr | $525.00 |
| 11/08/2018 | Robert Rosenfeld | Work on month end closing for October and update quicbooks accounting. | 1.50 | $390.00/hr | $585.00 |
| 11/09/2018 | Neil Bivona | Update and roll forward of borrowing availability worksheet. Review budget and invoices for next 3 weeks. Prepare notice of borrowing. | 1.80 | $390.00/hr | $702.00 |

3

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**11/1/18 Through 11/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 11/09/2018 | Robert Rosenfeld | Process payment of bills for week and update quickbooks accounting. | 1.50 | $390.00/hr | $585.00 |
| 11/09/2018 | Nelson Andrade | Create instructions for weekly disbursements.  Review files and invoices received, make changes to the file, coordinate internally and manage related correspondence.  Prepare transfers and wires and send for approval in banking system. | 2.50 | $350.00/hr | $875.00 |
| 11/09/2018 | Nelson Andrade | Create support documentation for the payroll payments for the following week.  Crete transfers and wires instructions. | 1.20 | $350.00/hr | $420.00 |
| 11/09/2018 | Nelson Andrade | Review transfers completed, compare against instructions to reconcile. | 0.50 | $350.00/hr | $175.00 |
| 11/12/2018 | Nelson Andrade | Review and discuss the notice of borrowing  with ACA. | 0.30 | $350.00/hr | $105.00 |
| 11/12/2018 | Nelson Andrade | Revise the notice of borrowing to change dates and make sure all figures and links are correct. | 1.50 | $350.00/hr | $525.00 |
| 11/13/2018 | Nelson Andrade | Review existing notice of borrowing and call Oppenheimer to discuss DIP notice of borrowing. | 0.50 | $350.00/hr | $175.00 |
| 11/13/2018 | Nelson Andrade | Internal communication to discuss call with Oppenheimer regarding DIP notice of borrowing. | 0.50 | $350.00/hr | $175.00 |
| 11/13/2018 | Robert Rosenfeld | Work on month end closing of books for preparation of MOR for October 2018. | 2.00 | $390.00/hr | $780.00 |
| 11/14/2018 | Nelson Andrade | Set up paperwork and online transfers related to a disbursement to ADP. | 1.20 | $350.00/hr | $420.00 |
| 11/14/2018 | Nelson Andrade | Review various invoices and AP reports to determine week's disbursements. | 1.50 | $350.00/hr | $525.00 |
| 11/14/2018 | Robert Rosenfeld | Work on month end closing of books for preparation of UST MOR; obtain bank statements from US Bank; process bills for payment. | 2.50 | $390.00/hr | $975.00 |
| 11/15/2018 | Nelson Andrade | Review additional invoices received and AP reports to determine week's disbursements.  Compare against previous payments and reports. | 2.50 | $350.00/hr | $875.00 |
| 11/16/2018 | Robert Rosenfeld | Process bills for payment; transfer funds for payment of bills and send out; update quickbooks accounting for weekly transactions. | 2.00 | $390.00/hr | $780.00 |
| 11/16/2018 | Nelson Andrade | Create a summary containing all invoices pending payment from Triple 5.  Reconcile with previous reports and amounts due in each account. | 3.50 | $350.00/hr | $1,225.00 |
| 11/16/2018 | Nelson Andrade | Compile final version of invoices to be paid in the current week. | 1.10 | $350.00/hr | $385.00 |
| 11/16/2018 | Nelson Andrade | Create instructions for weekly disbursements.  Review files and invoices received, make changes to the file, coordinate internally and manage related correspondence.  Prepare transfers and wires and send for approval in banking system. | 2.50 | $350.00/hr | $875.00 |
| 11/16/2018 | Nelson Andrade | Review all past invoices due to be paid by Dowling and by Triple 5 classifying in different categories. | 1.30 | $350.00/hr | $455.00 |
| 11/19/2018 | Neil Bivona | Review NYSUI form re: Martha Klotz.  Research wage history w/ ADP & provide to R. Rosenfeld. | 0.80 | $390.00/hr | $312.00 |
| 11/19/2018 | Neil Bivona | Review Altice invoice & correspondence.  Correspondence w/ L. Castellano re: timing of disconnect notice. | 0.70 | $390.00/hr | $273.00 |

**RSR Consulting, LLC**                                                                                                        **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**11/1/18 Through 11/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 11/19/2018 | Nelson Andrade | Review internally all outstanding vendor invoices and accounts to reconcile with the payment request sent to Triple 5 and create a new comprehensive list that includes the latest invoices received. | 1.50 | $350.00/hr | $525.00 |
| 11/19/2018 | Nelson Andrade | Elaborate answer to the DOL information request, determine the best way to answer and create a printable summary for each individual employee providing explanations and comments on each request. | 2.10 | $350.00/hr | $735.00 |
| 11/19/2018 | Nelson Andrade | Create analysis by individual employee to investigate and answer the claims contained in the DOL information request. | 1.70 | $350.00/hr | $595.00 |
| 11/19/2018 | Nelson Andrade | Analyze DOL information request regarding medical and dental claims. | 1.20 | $350.00/hr | $420.00 |
| 11/19/2018 | Robert Rosenfeld | Complete response letter to NYS Unemployment relating to request for information for former employee; research and complete response to Compass Group for collection of amounts due to Debtor; Update quickbooks for payroll recording for prior week. | 1.50 | $390.00/hr | $585.00 |
| 11/20/2018 | Neil Bivona | Packing & return of leased Brookhaven network firewall unit to CIS. Correspondence w/ J. Walsh at CIS & W. Benka re: the same. | 0.50 | $390.00/hr | $195.00 |
| 11/20/2018 | Nelson Andrade | Review and reconcile additional vendor invoices and accounts to be included in the Triple 5 payment request list. | 1.60 | $350.00/hr | $560.00 |
| 11/21/2018 | Neil Bivona | Installation & setup of remote VPN access to Dowling network drives, e-mail archives & Banner systems. Call & correspondence w/ W. Benka re: the same | 1.80 | $390.00/hr | $702.00 |
| 11/21/2018 | Neil Bivona | Review of e-mail history & other communication history (text, calls, meetings, etc.) w/ Triple Five re: payment of transition invoices to vendors. Correspondence w/ R. Rosenfeld & S. Southard re: the same. | 1.20 | $390.00/hr | $468.00 |
| 11/21/2018 | Neil Bivona | Draft terms of IT consulting arrangement w/ W. Benka & set up payment wire template. | 1.10 | $390.00/hr | $429.00 |
| 11/21/2018 | Nelson Andrade | Reconcile checks issued by Triple 5 with the request list. | 1.30 | $350.00/hr | $455.00 |
| 11/21/2018 | Nelson Andrade | Review checks scanned and received from Triple 5 for payment of outstanding invoices and accounts. | 1.20 | $350.00/hr | $420.00 |
| 11/26/2018 | Nelson Andrade | Create instructions for previous weekly disbursements, pushed to current week due to holiday. Review files and invoices received, coordinate internally and manage related correspondence. Prepare transfers and wires and send for approval in banking system. | 1.50 | $350.00/hr | $525.00 |
| 11/26/2018 | Nelson Andrade | Manage internal correspondence related to DOL Unemployment notice | 0.20 | $350.00/hr | $70.00 |
| 11/26/2018 | Nelson Andrade | Prepare student AR report containing sweep allowed and RCS payment for the invoices dated Sep 30 and Oct 31. | 2.50 | $350.00/hr | $875.00 |

**RSR Consulting, LLC**                                                              **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**11/1/18 Through 11/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 11/26/2018 | Nelson Andrade | Review AP report received to view weekly disbursements related to the previous week pushed to current week due to holiday. | 0.20 | $350.00/hr | $70.00 |
| 11/26/2018 | Robert Rosenfeld | Payment of bills for Debtor and update accounting in quickbooks for past week activity. | 1.00 | $390.00/hr | $390.00 |
| 11/26/2018 | Robert Rosenfeld | Review requests from The Hartford relating to workers compensation audit for the period 10/1/17 to 9/30/18 and prepare responses to questions and supporting information for insurer. | 1.00 | $390.00/hr | $390.00 |
| 11/26/2018 | Robert Rosenfeld | Review checks received from Triple 5 and compare to invoices and collate for mailing to vendors for post closing activity. | 1.00 | $390.00/hr | $390.00 |
| 11/27/2018 | Neil Bivona | Review R. Rosenfeld comments to W. Benka IT consulting terms. Review and revise summary of terms & e-mail to W. Benka for review / response. | 0.50 | $390.00/hr | $195.00 |
| 11/28/2018 | Nelson Andrade | Prepare supporting documents and prepare transfers related to the payment of three real estate brokers related with the sale of the Brookhaven campus. | 1.20 | $350.00/hr | $420.00 |
| 11/28/2018 | Nelson Andrade | Create instructions for student AR sweep and RCS payments, finalize supporting documents, save in PDF and distribute | 1.00 | $350.00/hr | $350.00 |
| 11/28/2018 | Nelson Andrade | Created wire templates for each payee broker and created the current wire transfers for each. | 1.50 | $350.00/hr | $525.00 |
| 11/28/2018 | Nelson Andrade | Prepared compliance certificates for week 99. Compiled budget and actual disbursement information, created variance report, analyzed cumulative budget to actual report and variances to ensure compliance. Distribute final PDF documents and manage related correspondence. | 1.50 | $350.00/hr | $525.00 |
| 11/28/2018 | Nelson Andrade | Prepared compliance certificates for week 97. Compiled budget and actual disbursement information, created variance report, analyzed cumulative budget to actual report and variances to ensure compliance. Distribute final PDF documents and manage related correspondence. | 1.50 | $350.00/hr | $525.00 |
| 11/28/2018 | Nelson Andrade | Prepared compliance certificates for week 98. Compiled budget and actual disbursement information, created variance report, analyzed cumulative budget to actual report and variances to ensure compliance. Distribute final PDF documents and manage related correspondence. | 1.50 | $350.00/hr | $525.00 |
| 11/28/2018 | Neil Bivona | Review final stipulation with DOE re: Perkins loan funds distribution. Correspondence w/ R. Rosenfeld re: the same. Draft letters to students due refunds for overpayments. | 1.30 | $390.00/hr | $507.00 |
| 11/28/2018 | Robert Rosenfeld | Review and process payments to brokers relating to commissions on Brookhaven Campus sale. Contact brokers for updated wire instructions and communicate with parties for payments. | 1.50 | $390.00/hr | $585.00 |

**RSR Consulting, LLC**   **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**11/1/18 Through 11/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 11/28/2018 | Robert Rosenfeld | Review correspondence to ADP relating to coordination of distributions pursuant to Plan for priority wage based claims. | 0.80 | $390.00/hr | $312.00 |
| 11/28/2018 | Robert Rosenfeld | Prepare checks from US Bank accounts related to Perkins loan refunds to students. | 1.00 | $390.00/hr | $390.00 |
| 11/29/2018 | Nelson Andrade | Update the reconciliation containing the invoices that need to be paid by Triple 5. | 1.20 | $350.00/hr | $420.00 |
| 11/29/2018 | Nelson Andrade | Create report with checks that need to be issued by Triple 5 along with all related invoices. | 1.10 | $350.00/hr | $385.00 |
| 11/30/2018 | Nelson Andrade | Create instructions for weekly disbursements.  Review files and invoices received, coordinate internally and manage related correspondence.  Prepare transfers and wires and send for approval in banking system. | 1.50 | $350.00/hr | $525.00 |
| 11/30/2018 | Nelson Andrade | Prepared compliance certificates for week 100.  Compiled budget and actual disbursement information, created variance report, analyzed cumulative budget to actual report and variances to ensure compliance.  Distribute final PDF documents and manage related correspondence. | 1.50 | $350.00/hr | $525.00 |
| 11/30/2018 | Nelson Andrade | Prepared compliance certificates for week 101.  Compiled budget and actual disbursement information, created variance report, analyzed cumulative budget to actual report and variances to ensure compliance.  Distribute final PDF documents and manage related correspondence. | 1.50 | $350.00/hr | $525.00 |
| 11/30/2018 | Nelson Andrade | Prepared compliance certificates for week 102.  Compiled budget and actual disbursement information, created variance report, analyzed cumulative budget to actual report and variances to ensure compliance.  Distribute final PDF documents and manage related correspondence. | 1.50 | $350.00/hr | $525.00 |
| **Totals For Business Operations** | | | **88.40** | | **$32,172.00** |
| **Claim Distributions** | | | | | |
| 11/19/2018 | Neil Bivona | Research / Diligence w/ ADP re: process for Priority claim taxable wage and non-taxable benefit priority claim distributions through payroll system. | 2.00 | $390.00/hr | $780.00 |
| 11/20/2018 | Neil Bivona | Meet w/ I. Hellman re: ADP employee data verification and updating project in preparation for Priority Claim distributions. | 1.00 | $390.00/hr | $390.00 |
| 11/28/2018 | Neil Bivona | Review open wage garnishment info as of June 2016 and correspondence from ADP re: handling of garnishments in connection with Priority claim distributions. | 0.50 | $390.00/hr | $195.00 |
| 11/28/2018 | Neil Bivona | Call w/ I. Hellman re: status of employee address verification / updating in ADP & other related issues. | 0.30 | $390.00/hr | $117.00 |
| 11/29/2018 | Neil Bivona | Review and revise memo to ADP re: questions on tax withholding compliance for Priority Claim distribution to employees. | 0.60 | $390.00/hr | $234.00 |
| **Totals For Claim Distributions** | | | **4.40** | | **$1,716.00** |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**11/1/18 Through 11/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Claims Administration and Objections** | | | | | |
| 11/27/2018 | Ilene Hellman | Verify employee info in ADP regarding Priority Claims Distribution. | 1.60 | $125.00/hr | $200.00 |
| 11/28/2018 | Ilene Hellman | Verify employee info in ADP regarding Priority Claims Distribution. | 1.30 | $125.00/hr | $162.50 |
| 11/28/2018 | Ilene Hellman | Verify employee info in ADP regarding Priority Claims Distribution. | 2.30 | $125.00/hr | $287.50 |
| **Totals For Claims Administration and Objections** | | | **5.20** | | **$650.00** |
| **Claims Investigation** | | | | | |
| 11/01/2018 | Neil Bivona | Review & research open claims issues raised by WARN class members. | 1.10 | $390.00/hr | $429.00 |
| 11/02/2018 | Neil Bivona | call w/ S. Southard re; open WARN claimant issues. Call w/ n. Andrade re: summary report of medical claims processed for employee N. Rogers. Review report & approve for sending to S. Southard for forwarding to class counsel. | 0.80 | $390.00/hr | $312.00 |
| 11/02/2018 | Nelson Andrade | Review documentation related to a second case of Cigna claims to be verified. | 1.00 | $350.00/hr | $350.00 |
| 11/02/2018 | Nelson Andrade | Create analysis related to the second employee claims, which had to include a reconciliation analysis to the claims contained in the email sent by the employee. | 3.50 | $350.00/hr | $1,225.00 |
| 11/19/2018 | Neil Bivona | Review DOL communication re: additional medical/dental claims not paid/processed. Discuss review of claim processing data w/ N. Andrade for response. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Claims Investigation** | | | **6.90** | | **$2,511.00** |
| **Court Hearings** | | | | | |
| 11/05/2018 | Neil Bivona | Attend Bankruptcy Court hearing. | 1.50 | $390.00/hr | $585.00 |
| 11/05/2018 | Neil Bivona | Prepare additional handouts of waterfall summary and detail analyses for hearing and attend hearing. | 2.20 | $390.00/hr | $858.00 |
| 11/05/2018 | Robert Rosenfeld | Prepare for Court hearing on Disclosure statement and WARN settlement and attend hearing. | 2.50 | $390.00/hr | $975.00 |
| **Totals For Court Hearings** | | | **6.20** | | **$2,418.00** |
| **Financial Analysis** | | | | | |
| 11/02/2018 | Neil Bivona | Prepare summary UCC / Priority claim settlement summary waterfall. | 1.00 | $390.00/hr | $390.00 |
| 11/29/2018 | Neil Bivona | Review Nat'l Grid refund check and account history for Brookhaven Dorm sub-account to determine proper application of credit (Dowling vs. T5). | 0.40 | $390.00/hr | $156.00 |
| **Totals For Financial Analysis** | | | **1.40** | | **$546.00** |
| **Meetings with Creditors and/or Representatives** | | | | | |
| 11/10/2018 | Neil Bivona | Correspondence to M. Grochowski re: notice of borrowing. | 0.50 | $390.00/hr | $195.00 |
| 11/20/2018 | Neil Bivona | Review of Post-Confirmation window budget & draft correspondence to I. Hammel re: the same. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Meetings with Creditors and/or Representatives** | | | **1.00** | | **$390.00** |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**11/1/18 Through 11/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Meetings with Debtor and Representatives** | | | | | |
| 11/27/2018 | Robert Rosenfeld | Conference call with S. Southard, J. Corneau, L.Kiss, and N.Bivona re: status of case, Plan confirmation and post confirmation tasks. | 1.20 | $390.00/hr | $468.00 |
| **Totals For Meetings with Debtor and Representatives** | | | **1.20** | | **$468.00** |
| **Meetings with Lawyers** | | | | | |
| 11/27/2018 | Nelson Andrade | Status update call with legal counsel. | 1.10 | $350.00/hr | $385.00 |
| 11/27/2018 | Neil Bivona | Case status update call w/ Klestadt team, R. Rosenfeld & N. Andrade. | 1.10 | $390.00/hr | $429.00 |
| **Totals For Meetings with Lawyers** | | | **2.20** | | **$814.00** |
| **Plan & disclosure Statement** | | | | | |
| 11/13/2018 | Robert Rosenfeld | Review draft Plan Administrator Agreement and provide comments to counsel. | 1.50 | $390.00/hr | $585.00 |
| 11/14/2018 | Robert Rosenfeld | Review revisions to Plan Administrator Agreement; discuss with J. Corneau (Klestadt) and provide comments to counsel. | 1.00 | $390.00/hr | $390.00 |
| 11/29/2018 | Robert Rosenfeld | Review documents related to confirmation of the Plan of Liquidation including RSR declaration; Creditors Trust agreement and discuss questions with counsel. | 1.50 | $390.00/hr | $585.00 |
| **Totals For Plan & disclosure Statement** | | | **4.00** | | **$1,560.00** |
| **Review Fee/Employment Applications** | | | | | |
| 11/08/2018 | Robert Rosenfeld | Review draft stipulation relating to Broker compensation on sale of Brookhaven Campus and provide comments to counsel. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Review Fee/Employment Applications** | | | **0.50** | | **$195.00** |
| **Tax compliance** | | | | | |
| 11/14/2018 | Robert Rosenfeld | Work on VDCP program for sales tax amounts due for sale of tangible property at Oakdale properties. | 1.00 | $390.00/hr | $390.00 |
| 11/27/2018 | Neil Bivona | Call w/ R. Rosenfeld re: tax withholding & employer tax payments related to Priority claim payments. | 0.60 | $390.00/hr | $234.00 |
| 11/27/2018 | Neil Bivona | Review ADP tax reporting system & generate / download quarterly State tax filings for NY State for 2017 & 2018. Compare reported wages vs. payroll reports re: Martha Klotz wage reporting.  E-mail correspondence w/ ADP. | 1.20 | $390.00/hr | $468.00 |
| 11/27/2018 | Robert Rosenfeld | Call with C. Pieterszak (Baker Tilly) regarding questions on payroll tax obligations and jurisdictions relating to Priority distributions. | 0.40 | $390.00/hr | $156.00 |
| 11/27/2018 | Neil Bivona | Review additional State (TN, CT, MO) information for employee payroll I ADP.  Generate and download Quarterly State tax filings for TN, CT & MO & review vs. info in Priority Claim class employee / payment list. | 1.50 | $390.00/hr | $585.00 |
| 11/27/2018 | Neil Bivona | Review IRS publications re: FUTA and NY State publications re: SIT and MTCMT taxes. Review ADP system re: application of tax withholding / payment calculations.  Draft e-mail to ADP re: priority claim distribution overview and tax related questions. | 2.50 | $390.00/hr | $975.00 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**11/1/18 Through 11/30/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 11/29/2018 | Neil Bivona | Review, revise and send communication to ADP re: background and request for conference call to discuss tax withholding compliance issues related to employee priority claim distributions. | 0.80 | $390.00/hr | $312.00 |
| 11/29/2018 | Neil Bivona | Review updated W-4 withholding forms submitted by employees re: priority claim distributions and create tracking spreadsheet. | 0.70 | $390.00/hr | $273.00 |
| **Totals For Tax compliance** | | | **8.70** | | **$3,393.00** |
| **UST Reporting** | | | | | |
| 11/14/2018 | Robert Rosenfeld | Work on MOR for October 2018. | 1.50 | $390.00/hr | $585.00 |
| 11/15/2018 | Robert Rosenfeld | Work on MOR for October 2018 and make revisions to global notes and provide to counsel for review. | 2.50 | $390.00/hr | $975.00 |
| **Totals For UST Reporting** | | | **4.00** | | **$1,560.00** |
| **Grand Total** | | | **142.40** | | **$51,630.00** |

**RSR Consulting, LLC**                                                                                        **Exhibit D**
**Dowling College - Case #16-75545 (REG)**
**Detailed Expense Report**
**11/1/18 Through 11/30/18**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 11/13/2018 | Robert Rosenfeld | Right Networks monthly charge for quickbooks hosting. | $15.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$15.00** |
| **Mailing/Postage** | | | |
| 11/06/2018 | Robert Rosenfeld | Postage for bills send to vendors (4 bills) | $2.00 |
| 11/09/2018 | Robert Rosenfeld | Postage for bill payment mailings. | $1.00 |
| 11/16/2018 | Robert Rosenfeld | Certified Return Receipt postage for correspondence to NYS Sale Tax VDA payment. | $7.62 |
| 11/16/2018 | Robert Rosenfeld | Postage for bill payments for 11/16/18; (3) letters. | $1.50 |
| 11/19/2018 | Robert Rosenfeld | Postage for paycheck sent to employee for 11/15/18 payroll. | $0.50 |
| 11/26/2018 | Robert Rosenfeld | Postage for bill payment to ADP. | $0.50 |
| **Totals Billable Amounts for Mailing/Postage** | | | **$13.12** |
| **Postage & Shipping** | | | |
| 11/14/2018 | Robert Rosenfeld | UPS charges for overnight delivery for payment of ADP invoices not previously received by Debtor. | $26.84 |
| 11/20/2018 | Neil Bivona | Shipping of Brookhaven firewall unit back to CIS. | $50.17 |
| **Totals Billable Amounts for Postage & Shipping** | | | **$77.01** |
| **Storage/disposal costs** | | | |
| 11/02/2018 | Neil Bivona | UHaul rental to dispose of e-waste (IT equipment) from Brookhaven campus.  10-30-18 | $129.35 |
| 11/02/2018 | Neil Bivona | Moving dolly relate to dispose of e-waste ( IT equipment) from Brookhaven campus.  10-30-18 | $10.86 |
| 11/02/2018 | Neil Bivona | Fuel for UHaul truck rental.  10-30-18 | $38.00 |
| **Totals Billable Amounts for Storage/disposal costs** | | | **$178.21** |
| **Grand Total** | | | **$283.34** |