# EXHIBIT A



**SILVERMAN ACAMPORA** LLP

*Character is Everything*®

*Attorneys*

100 Jericho Quadrangle, Suite 300, Jericho, New York 11753
516.479.6300
www.SilvermanAcampora.com

Invoice submitted to:                                                                 Fed ID # 11-3489052

Official Committe of Unsecured Creditors

.

Invoice Date:        July 17, 2018
066648      1            Client # 066648  Official Committee of Unsecured Creditors
                              Matter # 1 Dowling College
Invoice #        128157
                        Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **Asset Sale** | | | | |
| 06/01/18 | RJF | Calls with Sean Southard (.5) and call with Stu Bienenstock of Triple Five (.2) regarding same | 0.70 | 409.50 |
| 06/01/18 | KPS | Conference with Ronald J. Friedman regarding hearing to approve sale of Brookhaven campus | 0.10 | 69.50 |
| 06/01/18 | BWP | Draft Committee's statement in support of Debtor's sale to Triple Five | 1.40 | 490.00 |
| 06/04/18 | RJF | Calls with Stu Bienenstock of Triple Five regarding court approval and closing process and development aspects | 0.50 | 292.50 |
| 06/04/18 | RJF | Review sale order and prepare for hearing on Brookhavem Campus Sale | 1.00 | 585.00 |
| 06/04/18 | RJF | Confer with Richard McCord counsel to ACA Financial, and Stan Yang of the US Trustee office | 0.50 | 292.50 |
| 06/04/18 | RJF | Conference with Kenneth P. Silverman regarding status of sale order entry, Court approval, plan timing and related items | 0.30 | 175.50 |
| 06/04/18 | KPS | Telephone call to Ronald J. Friedman regarding preparation for hearing | 0.20 | 139.00 |
| 06/04/18 | KPS | Telephone call from Ronald J. Friedman regarding approval of sale of real property | 0.20 | 139.00 |
| 06/05/18 | RJF | Telephone call with Chris Richards regarding sale | 0.30 | 175.50 |

| 066648 | Committee | Unsecured Creditors approval | Invoice # 128157 | Page | 2 |
|---|---|---|---|---|---|
| 06/05/18 | BWP | Review Debtor's proposed revisions to sale order | | 0.30 | 105.00 |
| 06/06/18 | KPS | Conference with Ronald J. Friedman regarding closing of Brookhaven campus and related issues | | 0.20 | 139.00 |
| 06/06/18 | KPS | Conference with Ronald J. Friedman regarding preparation for closing sale of Brookhaven campus | | 0.20 | 139.00 |
| 06/07/18 | KPS | Conference with Brian W. Powers regarding entry of order approving sale and contemplated closing date | | 0.20 | 139.00 |
| 06/08/18 | RJF | Calls from Chris Richards of AOA flight school regarding Triple Five purchase | | 0.20 | 117.00 |
| 06/11/18 | RJF | Calls with Stu Bienenstock of Triple Five regarding closing and simulators | | 0.50 | 292.50 |
| 06/11/18 | RJF | Call with Neil Bivona of RSR regarding Triple Five closing items | | 0.20 | 117.00 |
| 06/12/18 | RJF | Telephone call with Neil Bivona of RSR regarding Flight Simulator sale | | 0.20 | 117.00 |
| 06/12/18 | RJF | Call with Neil Bivona regarding Flight Simulator sale | | 0.20 | 117.00 |
| 06/13/18 | RJF | Telephone call with Stu Bienenstock of Triple Five regarding simulators and Brookhaven development process | | 0.20 | 117.00 |
| 06/13/18 | RJF | Call from Stu Bienenstock of Triple Five regarding closing | | 0.20 | 117.00 |
| 06/13/18 | RJF | Call with Sean Southard regarding Triple Five closing | | 0.20 | 117.00 |
| 06/15/18 | RJF | Call with Stu Bienenstock regarding urgent care developer and closing on sale of campus | | 0.20 | 117.00 |
| 06/19/18 | RJF | Call with Stu Bienenstock of Triple Five regarding closing items and development | | 0.20 | 117.00 |
| | **Subtotal** | **Asset Sale** | | 8.40 | $4,635.50 |
| | **Case Administration** | | | | |
| 06/01/18 | MC | E File Committee's Statement in Support of Approval of Sale of Brookhaven Campus to Triple Five Aviation Industries LLC | | 0.10 | 15.00 |
| 06/04/18 | RJF | Telephone call from Bill Heuer counsel to brokers regarding resolution of claim and brokerage | | 0.30 | 175.50 |
| 06/08/18 | RJF | Call from Andy Graiser broker of A&G Realty regarding status of closing | | 0.20 | 117.00 |
| 06/13/18 | KPS | Conference with Ronald J. Friedman regarding creditors' committee status; WARN Act claims; Brookhaven campus sale and continuing review of Debtor's books and records | | 0.30 | 208.50 |
| 06/15/18 | BWP | Review Debtor's monthly operating report | | 0.30 | 105.00 |
| 06/21/18 | ACA | Draft STN motion | | 1.40 | 875.00 |

| 066648 | Committee | Unsecured Creditors | Invoice # 128157 | Page | 3 |
|---|---|---|---|---|---|
| 06/22/18 | ACA | Revise STN motion | 2.20 | | 1,375.00 |
| 06/22/18 | BWP | Review correspondence and attachments from Sean Southard regarding Brookhaven sale status and closing checklist, updates to plan, and draft disclosure statement | 0.50 | | 175.00 |
| 06/26/18 | KPS | Conference with Brian W. Powers regarding order approving sale of Brookhaven campus | 0.20 | | 139.00 |
| 06/27/18 | BWP | Review and reply to correspondence from shareholders regarding documents necessary for NYU deal; review documents and prepare same for transmission to NYU | 1.50 | | 525.00 |
| 06/27/18 | BWP | Telephone call with Pat Collins and Bob Rosenfeld regarding NYU deal issues | 0.30 | | 105.00 |
| 06/29/18 | MC | E File Third Interim Application for SilvermanAcampora LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Period October 1, 2017 through and including May 31, 2018, and Reimbursement of Expenses, together with Supporting Exhibits A through E | 0.10 | | 15.00 |
| | **Subtotal** | **Case Administration** | 7.40 | | $3,830.00 |

### Claims Admin/Ob

| | | | | | |
|---|---|---|---|---|---|
| 06/21/18 | BWP | Review Debtor's draft motion establishing claims objection procedures | 0.60 | | 210.00 |
| 06/25/18 | BWP | Review and reply to correspondence from Lauren Kiss regarding revisions to claims objections procedures motion | 0.20 | | 70.00 |
| | **Subtotal** | **Claims Admin/Ob** | 0.80 | | $280.00 |

### Fee Application

| | | | | | |
|---|---|---|---|---|---|
| 06/04/18 | BWP | Review monthly fee statement of Baker Tilly | 0.20 | | 70.00 |
| 06/11/18 | BWP | Review and reply to correspondence from Lauren Kiss regarding filing of professional fee applications | 0.20 | | 70.00 |
| 06/11/18 | BWP | Review RSR monthly fee statement | 0.20 | | 70.00 |
| 06/15/18 | BWP | Review monthly fee statement of Klestadt firm | 0.30 | | 105.00 |
| 06/19/18 | KPS | Review monthly statement for services; review and revise bill and execute monthly fee letter; confer with Brian W. Powers regarding fee application | 0.20 | | 139.00 |
| 06/19/18 | BWP | Prepare monthly fee statement | 0.30 | | 105.00 |
| 06/19/18 | HT | Draft third interim fee applciation for SilvermanAcampora LLP and supporting documents | 4.70 | | 987.00 |
| 06/27/18 | KPS | Conference with Brian W. Powers regarding preparation and filing of quarterly fee application | 0.10 | | 69.50 |

066648      Committee  Unsecured Creditors                              Invoice # 128157        Page    4

| 06/27/18 | BWP | Revise third interim fee application of SilvermanAcampora | 3.70 | 1,295.00 |
|---|---|---|---|---|
| 06/28/18 | KPS | Conference with Brian W. Powers regarding preparation and filing interim fee application; review and revise document | 0.20 | 139.00 |
| 06/28/18 | BWP | Revise and finalize third interim fee application for filing | 2.10 | 735.00 |
| | **Subtotal** | **Fee Application** | 12.20 | $3,784.50 |

### Financing

| 06/01/18 | BWP | Revise stipulation and order amending final DIP order (.5); draft correspondence to interested parties regarding same (.2); draft correspondence to Joe Corneau regarding same (.1) | 0.80 | 280.00 |
|---|---|---|---|---|
| 06/04/18 | BWP | Review and reply to correspondence from Brian Pfeiffer and Ian Hammell regarding stipulation amending DIP financing order | 0.30 | 105.00 |
| 06/19/18 | BWP | Telephone call with Joe Corneau regarding DIP financing and structure of transactions | 0.70 | 245.00 |
| | **Subtotal** | **Financing** | 1.80 | $630.00 |

### Litigation

| 06/04/18 | RJF | Email correspondence with counsel to Lenders regarding stipulation  to revise DIP document and agreement | 0.30 | 175.50 |
|---|---|---|---|---|
| 06/06/18 | KPS | Conference with Anthony C. Acampora regarding continuing  preparation for discovery and inspection | 0.20 | 139.00 |
| 06/06/18 | BWP | Review file and prepare memorandum to secured creditors regarding WARN litigation negotiations | 3.80 | 1,330.00 |
| 06/06/18 | BWP | Telephone call with Sean Southard regarding WARN litigation and involvement of secured creditors; draft correspondence to Sean Southard regarding same | 0.30 | 105.00 |
| 06/07/18 | BWP | Telephone call with Sean Southard and Brian Pfeiffer regarding WARN litigation and strategy with respect to same | 1.00 | 350.00 |
| 06/07/18 | BWP | Review analysis of priority claims in connection with formulation of strategy for WARN negotiations | 0.40 | 140.00 |
| 06/08/18 | KPS | Review attorney work product regarding potential litigation; memorandum to Anthony C. Acampora | 0.30 | 208.50 |
| 06/08/18 | BWP | Review correspondence and attachments from Sean Southard regarding WARN negotiation strategy | 0.80 | 280.00 |
| 06/13/18 | RJF | Call with Sean Southard regarding WARN Act status of litigation | 0.20 | 117.00 |
| 06/14/18 | BWP | Teleconference with Sean Southard and Brian | 0.70 | 245.00 |

| 066648 | Committee | Unsecured Creditors | | Invoice # 128157 | Page | 5 |
|--------|-----------|---------------------|-----|-----|-----|-----|
| | | Pfeiffer regarding WARN litigation and potential settlement of same | | | | |
| 06/15/18 | ACA | Draft insider complaint | 2.00 | 1,250.00 | | |
| 06/18/18 | ACA | Research and begin preparation of STN motion | 1.00 | 625.00 | | |
| 06/19/18 | ACA | Draft STN motion for standing to commence litigation on behalf of the estate | 2.20 | 1,375.00 | | |
| 06/20/18 | RJF | Work on WARN Act settlement | 0.20 | 117.00 | | |
| 06/22/18 | BWP | Review and reply to correspondence from Sean Southard and Rene Roupinian regarding WARN negotiations | 0.20 | 70.00 | | |
| 06/25/18 | BWP | Teleconference with WARN counsel and Sean Southard regarding potential resolution fo WARN litigation | 0.70 | 245.00 | | |
| 06/27/18 | KPS | Telephone call to Anthony C. Acampora regarding continuing litigation due diligence | 0.20 | 139.00 | | |
| 06/28/18 | KPS | Conference with Anthony C. Acampora regarding continuing production and review of documents and information | 0.20 | 139.00 | | |
| 06/28/18 | BWP | Teleconference with the Debtor's counsel and WARN counsel regarding potential settlement | 0.70 | 245.00 | | |
| | **Subtotal** | **Litigation** | 15.40 | $7,295.00 | | |

**Plan/Disclose**

| 06/11/18 | KPS | Conference with Brian W. Powers regarding status of preparation of plan of reorganization and accompanying disclosure statement | 0.20 | 139.00 |
|----------|-----|-----|-----|-----|
| 06/14/18 | BWP | Telephone call with Joe Corneau regarding revisions to plan | 0.30 | 105.00 |
| 06/15/18 | BWP | Review Debtor's revisions to plan to incorporate deal between Committee and secured creditors | 1.10 | 385.00 |
| 06/15/18 | BWP | Telephone call with Joe Corneau regarding plan revisions | 0.30 | 105.00 |
| 06/18/18 | KPS | Conference with Brian W. Powers regarding preparation of plan and disclosure statement | 0.20 | 139.00 |
| | **Subtotal** | **Plan/Disclose** | 2.10 | $873.00 |
| | | For professional services rendered | 48.10 | $21,328.00 |

### Atty/Para Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Acampora, Anthony C. | 8.80 | 625.00 | $5,500.00 |
| Cohen, Melissa | 0.20 | 150.00 | $30.00 |

| 066648 | Committee | Unsecured Creditors | Invoice # 128157 | Page | 6 |
|--------|-----------|---------------------|---------|---------|
| Friedman, Ronald J | | | 6.80 | 585.00 | $3,978.00 |
| Powers, Brian W. | | | 24.20 | 350.00 | $8,470.00 |
| Silverman, Kenneth P | | | 3.40 | 695.00 | $2,363.00 |
| Trust, Haley | | | 4.70 | 210.00 | $987.00 |
| | | | 48.10 | | $21,328.00 |

## Disbursements

| | | |
|---|---|---|
| 06/19/2018 | FedEx Web Services to:Dowling College | 11.64 |
| 06/19/2018 | FedEx Web Services to:Klestadt & Winters | 11.64 |
| 06/19/2018 | FedEx Web Services to:Mintz | 11.64 |
| 06/19/2018 | FedEx Web Services to:Schulte Roth & Zabel LLP | 11.64 |
| 06/19/2018 | FedEx Web Services to:White & Case LLP | 11.64 |
| | **TOTAL** | $58.20 |

### Disbursement Summary

| 015 | Postage | $58.20 |
|---|---|---|
| | | $58.20 |

| Previous Balance | $119,970.70 |
|---|---|

| Balance due | $141,356.90 |
|---|---|



**SILVERMAN ACAMPORA LLP**

*Character is Everything®*

Attorneys
100 Jericho Quadrangle, Suite 300, Jericho, New York 11753
516.479.6300
www.SilvermanAcampora.com

Invoice submitted to:

Fed ID # 11-3489052

Official Committe of Unsecured Creditors

.

Invoice Date:     September 10, 2018
066648    1    Client # 066648  Official Committee of Unsecured Creditors
                Matter # 1 Dowling College

Invoice #      130049
                Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **Asset Sale** | | | | |
| 07/09/18 | RJF | Telephone call from Andy Graiser of A&G regarding brokerage and timing of closing and plan process | 0.20 | 117.00 |
| 07/11/18 | RJF | Phone call with Sean Southard, counsel to Debtor, regarding closing on Brookhaven | 0.30 | 175.50 |
| 07/12/18 | RJF | Call with Stu Bienenstock of Triple 5 regarding Brookhaven campus sale closing | 0.30 | 175.50 |
| 07/19/18 | RJF | Telephone call from A. Graiser, A&G Realty broker regarding plan process, timing and closing on Brookhaven status | 0.20 | 117.00 |
| 07/20/18 | RJF | Telephone call from S. Southard counsel to Debtor regarding closing date and timing | 0.20 | 117.00 |
| 07/23/18 | RJF | Call with Stu Bienenstock of Triple 5 regarding extension of closing request | 0.30 | 175.50 |
| 07/23/18 | RJF | Call to S. Southard regarding Triple 5 extension request following call with Triple 5 | 0.10 | 58.50 |
| 07/23/18 | RJF | Conference with Kenneth P. Silverman regarding Triple 5 request for extended closing date and terms therefor | 0.20 | 117.00 |
| 07/24/18 | RJF | Call with S. Southard counsel to Debtor regarding Triple 5 request for extension of closing timeline | 0.30 | 175.50 |
| 07/24/18 | RJF | Prepare email correspondence to creditor body | 0.20 | 117.00 |

066648        Committee  Unsecured Creditors                Invoice # 130049        Page    2

regarding Triple 5 closing extension request

| Date | | | | |
|---|---|---|---|---|
| 07/25/18 | RJF | Review correspondence from S. Southard and R. Rosenfeld re delay in closing costs | 0.30 | 175.50 |
| 07/26/18 | RJF | Telephone call with Stuart Bienenstock of Triple 5 regarding amendment to APA and terms thereof | 0.30 | 175.50 |
| 07/27/18 | RJF | Telephone call with Robert S. Rosenfeld regarding amendment to APA for extension | 0.30 | 175.50 |
| 07/30/18 | RJF | Review proposed APA amendment | 0.40 | 234.00 |
| 07/31/18 | RJF | Telephone call with S. Southard regarding amended APA from Triple 5 and terms of same | 0.20 | 117.00 |
| 07/31/18 | RJF | Telephone call to Brian Pfeiffer counsel to ACA regarding amendment to APA | 0.20 | 117.00 |
| 07/31/18 | BWP | Review Debtor's revisions to extension agreement related to Brookhaven sale (.4); review correspondence from counsel regarding same and response from purchaser (.2) | 0.60 | 210.00 |

|  |  | **Subtotal** | **Asset Sale** | 4.60 | $2,550.00 |

### Case Administration

| Date | | | | |
|---|---|---|---|---|
| 07/11/18 | BWP | Teleconference with Debtor's counsel and counsel to secured lenders regarding Brookhaven sale closing, plan process, and WARN settlement | 0.80 | 280.00 |
| 07/12/18 | KPS | Conference with Brian W. Powers regarding claims reconciliation procedures and retention of Garden City Group as administrative advisor | 0.20 | 139.00 |
| 07/12/18 | BWP | Conference with Kenneth P. Silverman regarding claims reconciliation procedures and retention of Garden City Group as administrative advisor | 0.20 | 70.00 |
| 07/13/18 | BWP | Telephone call with David Cohn (attorney for creditor) regarding status of case | 0.30 | 105.00 |
| 07/23/18 | RJF | Attend status conference and WARN pre -trial conference before Judge Grossman | 1.00 | 585.00 |
| 07/25/18 | RJF | Review and analyze correspondence from Bob Rosenfeld regarding extension of closing on Brookhaven campus request | 0.20 | 117.00 |
| 07/27/18 | BWP | Teleconference with Debtors' counsel, CRO, and secured creditors regarding case timeline, Brookhaven sale, WARN settlement, and plan provisions | 2.10 | 735.00 |
| 07/31/18 | RJF | Receive and review correspondence from Barclay Damon counsel to Carrier Corp re 546 lien filing | 0.10 | 58.50 |

|  |  | **Subtotal** | **Case Administration** | 4.90 | $2,089.50 |

### Claims Admin/Ob

066648     Committee  Unsecured Creditors                          Invoice # 130049          Page    3
                         **Subtotal**        **Claims Admin/Ob**                      0.00        No Charge

### Fee Application

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/09/18 | BWP | Review estate professional fee applications | 2.50 | 875.00 |
| 07/17/18 | HT | Review and revise legal bill | 0.60 | No Charge |
| 07/18/18 | HT | Draft cover letter for June monthly fee statement for SilvermanAcampora LLP | 0.20 | 42.00 |
| | | **Subtotal**        **Fee Application** | 3.30 | $917.00 |

### Litigation

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/11/18 | RJF | Call with S. Southard regarding WARN settlement posture, strategy for resolving and negotiation items to bring to closure | 0.40 | 234.00 |
| 07/11/18 | ACA | Research regarding case law for STN motion (1.3); revise STN motion in connection with same (1.7) | 3.00 | 1,875.00 |
| 07/12/18 | RJF | Confer with Brian Powers regarding WARN adverrsary proceeding settlement communications and conference call with all parties | 0.30 | 175.50 |
| 07/12/18 | ACA | Revise and finalize STN motion | 1.40 | 875.00 |
| 07/12/18 | BWP | Confer with Ronald J. Friedman regarding WARN adversary proceeding settlement communications and conference call with all parties | 0.30 | 105.00 |
| 07/12/18 | BWP | Teleconference with Debtor's counsel and WARN counsel regarding potential settlement (.6); follow-up call with Debtor's counsel regarding same (.5) | 1.10 | 385.00 |
| 07/16/18 | ACA | Revised proposed complaint against insiders | 2.70 | 1,687.50 |
| 07/18/18 | RJF | Call with S. Southard regarding WARN settlement | 0.30 | 175.50 |
| 07/19/18 | BWP | Telephone call with Sean Southard regarding WARN settlement negotiations | 0.20 | 70.00 |
| 07/20/18 | RJF | Review settlement proposal from WARN plaintiff counsel in response to Debtor proposal | 0.30 | 175.50 |
| 07/20/18 | RJF | Conference with S. Southard regarding WARN litigation settlement | 0.20 | 117.00 |
| 07/20/18 | KPS | Memorandum to Brian W. Powers regarding plan and disclosure issues, case administration and committee communications; WARN Act and related litigation pursuit | 0.20 | 139.00 |
| 07/23/18 | RJF | Calls regarding negotiations for WARN settlement | 0.30 | 175.50 |
| 07/24/18 | RJF | Review correspondence from S. Southard and Bob Rosenfeld CRO of Dowling regarding Triple 5 extension | 0.20 | 117.00 |
| 07/25/18 | RJF | Telephone call from Howard Kleinberg of Meyer Suozzi, counsel to Board of Trustee's regarding plan | 0.30 | 175.50 |

066648    Committee  Unsecured Creditors                Invoice # 130049        Page    4

| Date | | | | Hours | Amount |
|---|---|---|---|---|---|
| | | concepts, litigation pursuit and status of same | | | |
| 07/25/18 | RJF | Conference with Anthony C. Acampora regarding STN motion | | 0.20 | 117.00 |
| 07/25/18 | RJF | Review and revise Memorandum in Support of STN Authority | | 0.50 | 292.50 |
| 07/25/18 | ACA | Conference with Ronald J. Friedman regarding in support of STN motion | | 0.20 | 125.00 |
| 07/26/18 | ACA | Revise complaint against insiders | | 1.80 | 1,125.00 |
| 07/27/18 | ACA | Review D&O insurance policy | | 1.00 | 625.00 |
| 07/30/18 | ACA | Finalize Dowling STN motion | | 0.50 | 312.50 |
| 07/31/18 | RJF | Call with S. Southard regarding status of WARN settlement | | 0.20 | 117.00 |
| 07/31/18 | ACA | Assemble supporting documents for insider complaint | | 2.20 | 1,375.00 |
| 07/31/18 | JSH | Review and revise draft complaint against board of trustees | | 3.10 | 1,705.00 |
| | **Subtotal** | **Litigation** | | 20.90 | $12,276.00 |

**Plan/Disclose**

| Date | | | | Hours | Amount |
|---|---|---|---|---|---|
| 07/17/18 | RJF | Confer with Brian W. Powers regarding conference call with parties regarding plan and disclosure statement | | 0.20 | 117.00 |
| 07/17/18 | BWP | Conference with Ronald J. Friedman regarding conference call with parties regarding plan and disclosure statement | | 0.20 | 70.00 |
| 07/17/18 | BWP | Teleconference with Debtor's counsel and counsel to secured creditors regarding plan and disclosure statement | | 1.10 | 385.00 |
| 07/24/18 | RJF | Confer with S. Southard regarding plan provisions and open negotiation items | | 0.20 | 117.00 |
| 07/25/18 | KPS | Conference with Brian W. Powers regarding status of plan and disclosure statement | | 0.20 | 139.00 |
| 07/25/18 | BWP | Conference with Kenneth P. Silverman regarding status of plan and disclosure statement | | 0.20 | 70.00 |
| 07/31/18 | RJF | Call with Brian Pfeiffer counsel to ACA Financial re plan items and Amended APA | | 0.30 | 175.50 |
| | **Subtotal** | **Plan/Disclose** | | 2.40 | $1,073.50 |
| | For professional services rendered | | | 36.10 | $18,906.00 |

<u>Atty/Para Summary</u>

| Name | Hours | Rate | Amount |
|---|---|---|---|

| 066648 | Committee  Unsecured Creditors | | Invoice # 130049 | Page | 5 |
|--------|-----|------|------|------|------|
| Acampora, Anthony C. | | 12.80 | 625.00 | | $8,000.00 |
| Friedman, Ronald J | | 0.00 | 0.00 | | $0.00 |
| Friedman, Ronald J | | 9.20 | 585.00 | | $5,382.00 |
| Hellman, Jay S | | 3.10 | 550.00 | | $1,705.00 |
| Powers, Brian W. | | 9.60 | 350.00 | | $3,360.00 |
| Silverman, Kenneth P | | 0.00 | 0.00 | | $0.00 |
| Silverman, Kenneth P | | 0.60 | 695.00 | | $417.00 |
| Trust, Haley | | 0.80 | 210.00 | | $42.00 |
| | | 36.10 | | | $18,906.00 |

Disbursements

| 06/30/2018 | Pacer charges | 8.40 |
|-----|-----|-----|
| 07/18/2018 | FedEx Web Services to:Dowling College | 11.67 |
| 07/18/2018 | FedEx Web Services to:Klestadt & Winters | 11.67 |
| 07/18/2018 | FedEx Web Services to:Mintz | 11.67 |
| 07/18/2018 | FedEx Web Services to:Schulte Roth & Zabel LLP | 11.67 |
| 07/18/2018 | FedEx Web Services to:White & Case LLP | 11.67 |
| 07/18/2018 | FedEx Web Services to:ACA Financial Guaranty Corp | 11.67 |
| 07/18/2018 | FedEx Web Services to:Ofc. of the US TRUSTEE-EDNY | 11.67 |
| | TOTAL | $90.09 |

### Disbursement Summary

| 001 | Pacer charges | $8.40 |
|-----|-----|-----|
| 015 | Postage | $81.69 |
| | | $90.09 |

| Previous Balance | | $99,294.30 |
|-----|-----|-----|
| Balance due | | $118,290.39 |



**SILVERMAN ACAMPORA LLP**

*Character is Everything®*

Attorneys
100 Jericho Quadrangle, Suite 300, Jericho, New York 11753
516.479.6300
www.SilvermanAcampora.com

Invoice submitted to:                                          Fed ID # 11-3489052

Official Committe of Unsecured Creditors

.

Invoice Date:      September 12, 2018
066648    1      Client # 066648  Official Committee of Unsecured Creditors
                 Matter # 1 Dowling College
Invoice #      130056
                 Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **Asset Sale** | | | | |
| 08/02/18 | RJF | Call from Emily Pines of Brookhaven township regarding asset sale of Brookhaven Campus | 0.30 | 175.50 |
| 08/02/18 | KPS | Review and execute consent to amendment to asset purchase agreement Triple 5 for sale of Brookhaven campus | 0.20 | 139.00 |
| 08/06/18 | RJF | Telephone call from Emily Pines, Brookhaven Town regarding Triple 5 closing and IDA application | 0.30 | 175.50 |
| 08/07/18 | RJF | Confer with A. Graiser of A&G/Madison Hawk regarding Brookhaven campus sale and closing items | 0.30 | 175.50 |
| 08/08/18 | KPS | Conference with Brian W. Powers regarding sale of residential real property | 0.20 | 139.00 |
| 08/08/18 | BWP | Conference with Kenneth P. Silverman regarding sale of residential property | 0.20 | 70.00 |
| 08/08/18 | RJF | Receive and review correspondence from S. Southard regarding Triple 5 closing status | 0.20 | 117.00 |
| 08/13/18 | KPS | Memorandum to Brian W. Powers regarding residential real property sales of Oakdale campus housing | 0.10 | 69.50 |
| 08/14/18 | BWP | Review Debtor's Proposed Sale of Residential Portfolio Located at 64 Chateau Drive, Oakdale, NY; research regarding market value of same | 0.40 | 140.00 |

066648   Committee  Unsecured Creditors                           Invoice # 130056       Page    2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/14/18 | BWP | Review Debtor's Notice of Proposed Sale of Residential Portfolio Located at 121 Central Boulevard, Oakdale, NY; research regarding market value of same | 0.30 | 105.00 |
| 08/14/18 | BWP | Review Debtor's Notice of Proposed Sale of Residential Portfolio Located at 135 Idle Hour Boulevard, Oakdale, NY; research regarding market value of same | 0.30 | 105.00 |
| 08/23/18 | RJF | Telephone call to S. Southard counsel to Debtor regarding IDA hearing on Triple 5 and status | 0.20 | 117.00 |
| 08/27/18 | RJF | Telephone call from Stu Bienenstock of Triple 5 regarding IDA process and timing | 0.20 | 117.00 |
| 08/27/18 | RJF | Telephone call with Chris Richards of Academy of Aviation regarding Triple 5 | 0.20 | 117.00 |
| 08/27/18 | RJF | Telephone call with Sean Southard regarding Triple 5 Brookhaven IDA application hearing timing and related closing and plan filing items | 0.30 | 175.50 |
| 08/29/18 | RJF | Telephone call from Ron Parr regarding status of Brookhaven closing | 0.10 | 58.50 |

|  | **Subtotal** | **Asset Sale** | **3.80** | **$1,996.00** |

### Case Administration

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/02/18 | KPS | Conference with Brian W. Powers regarding custodianship of Debtor's special collections | 0.20 | 139.00 |
| 08/02/18 | BWP | Conference with Kenneth P. Silverman regarding custodianship of Debtor's special collections | 0.20 | 70.00 |
| 08/03/18 | BWP | Review Debtor's motion to transfer special collections | 0.40 | 140.00 |
| 08/14/18 | BWP | Review Debtor's monthly operating report | 0.40 | 140.00 |
| 08/17/18 | BWP | Telephone call with Debtor's counsel and counsel to secured creditors regarding WARN settlement, plan provisions, and status of sale | 1.00 | 350.00 |
| 08/20/18 | RJF | Conference with Brian W. Powers and Kenneth P. Silverman regarding status of Plan, WARN act litigation and closing on sale of Brookhaven Campus | 0.20 | 117.00 |
| 08/20/18 | RJF | Attend Court hearing on Archive documents | 0.50 | 292.50 |
| 08/20/18 | RJF | Telephone call with Andy Graiser of A&G regarding potential resolution on brokerage claims for Brookhaven Campus | 0.30 | 175.50 |
| 08/20/18 | KPS | Conference with Brian W. Powers and Ronald J. Friedman regarding status of Plan, WARN Act litigation and closing on sale of Brookhaven Campus | 0.20 | 139.00 |
| 08/20/18 | BWP | Conference with Kenneth P. Silverman and Ronald J. Friedman regarding status of Plan, WARN Act | 0.20 | 70.00 |

| 066648 | Committee | Unsecured Creditors | Invoice # 130056 | Page | 3 |

| | | litigation and closing on sale of Brookhaven Campus | | |
|---|---|---|---|---|
| 08/24/18 | RJF | Receive and review correspondence from A. Graiser regarding broker efforts and negotiations posture | 0.20 | 117.00 |
| 08/28/18 | RJF | Telephone call from Joe LaBuda counsel to judgment lien creditor regarding case status and timing for plan filing | 0.20 | 117.00 |
| | **Subtotal** | **Case Administration** | 4.00 | $1,867.00 |

### Claims Admin/Ob

| 08/09/18 | KPS | Conference with Brian W. Powers regarding settlement of WARN Act claims and claims priority resolution | 0.20 | 139.00 |
|---|---|---|---|---|
| 08/09/18 | BWP | Conference with Kenneth P. Silverman regarding settlement of WARN Act claims and claims priority resolution | 0.20 | 70.00 |
| 08/15/18 | RJF | Receive and review correspondence from Lauren Kiss regarding claims motions and upcoming objection process and timing | 0.30 | 175.50 |
| 08/17/18 | BWP | Review Debtor's proposed exhibits to claims objections | 0.50 | 175.00 |
| | **Subtotal** | **Claims Admin/Ob** | 1.20 | $559.50 |

### Fee Application

| 08/14/18 | BWP | Revise legal bill for compliance with UST Guidelines | 0.50 | No Charge |
|---|---|---|---|---|
| 08/14/18 | BWP | Review monthly fee statement of RSR Consulting | 0.20 | 70.00 |
| 08/27/18 | BWP | Review monthly fee statement for Klestadt firm | 0.30 | 105.00 |
| | **Subtotal** | **Fee Application** | 1.00 | $175.00 |

### Litigation

| 08/01/18 | ACA | Revise insider complaint | 1.10 | 687.50 |
|---|---|---|---|---|
| 08/02/18 | ACA | Assemble complaint exhibits and mark complaint | 2.20 | 1,375.00 |
| 08/03/18 | ACA | Assemble complaint exhibits and mark complaint | 3.30 | 2,062.50 |
| 08/03/18 | BWP | Revise stipulation of settlement with WARN plaintiffs | 1.40 | 490.00 |
| 08/06/18 | ACA | Conference with Kenneth P. Silverman regarding proposed adversary proceeding | 0.20 | 125.00 |
| 08/06/18 | ACA | Mark insider complaint and assemble exhibits | 4.00 | 2,500.00 |
| 08/06/18 | KPS | Conference with Anthony C. Acampora regarding litigation case strategy | 0.20 | 139.00 |
| 08/07/18 | ACA | Assemble exhibits for insider complaint | 3.00 | 1,875.00 |
| 08/07/18 | BWP | Revise WARN settlement agreement | 1.50 | 525.00 |
| 08/08/18 | BWP | Telephone call with Sean Southard regarding WARN settlement | 0.40 | 140.00 |

| 066648 | Committee | Unsecured Creditors | | Invoice # 130056 | Page | 4 |
|--------|-----------|---------------------|-----|-----------|------|---|
| 08/09/18 | RJF | Review settlement documents and related materials pertaining to WARN settlement | 0.40 | | | 234.00 |
| 08/10/18 | RJF | Review WARN settlement Bankruptcy Rule 9019 documents | 0.20 | | | 117.00 |
| 08/13/18 | RJF | Receive and review correspondence from Sean Southard counsel to Dowling College regarding WARN act litigation settlement | 0.30 | | | 175.50 |
| 08/13/18 | ACA | Mark insider complaint and identify exhibits | 3.30 | | | 2,062.50 |
| 08/14/18 | ACA | Continue to identify exhibits to complaint | 2.20 | | | 1,375.00 |
| 08/14/18 | BWP | Review Debtor's proposed order approving WARN settlement and related documents | 0.60 | | | 210.00 |
| 08/15/18 | ACA | Assemble exhibits and mark complaint | 5.60 | | | 3,500.00 |
| 08/16/18 | ACA | Review additional exhibits and supporting documentation and include in complaint | 4.40 | | | 2,750.00 |
| 08/16/18 | BWP | Review revisions of class plaintiffs to settlement agreement in WARN action | 0.40 | | | 140.00 |
| 08/17/18 | RJF | Review WARN settlement motion | 0.30 | | | 175.50 |
| 08/17/18 | ACA | Review exhibits and mark complaint | 2.20 | | | 1,375.00 |
| 08/17/18 | BWP | Review Debtor's revisions to WARN settlement agreement | 0.40 | | | 140.00 |
| 08/20/18 | ACA | Revise STN motion | 0.50 | | | 312.50 |
| 08/20/18 | RJF | Conference with Howard Kleinberg counsel to Board of trustees regarding STN motion and status of Plan litigation | 0.20 | | | 117.00 |
| 08/20/18 | RJF | Conference with Anthony C. Acampora regarding STN motion | 0.20 | | | 117.00 |
| 08/20/18 | RJF | Conference with Kenneth P. Silverman regarding STN motion to authorize creditor's committee to pursue claims on behalf of the estate | 0.20 | | | 117.00 |
| 08/20/18 | ACA | Conference with Kenneth P. Silverman regarding STN motion | 0.20 | | | 125.00 |
| 08/20/18 | ACA | Review evidence and exhibits and mark complaint | 4.40 | | | 2,750.00 |
| 08/20/18 | KPS | Conference with Brian W. Powers regarding status of WARN Act settlement negotiation | 0.10 | | | 69.50 |
| 08/20/18 | KPS | Conference with Ronald J. Friedman regarding STN motion to authorize creditor's committee to pursue claims on behalf of the estate | 0.20 | | | 139.00 |
| 08/20/18 | BWP | Conference with Kenneth P. Silverman regarding status of WARN Act settlement negotiation | 0.10 | | | 35.00 |
| 08/21/18 | ACA | Review additional complaint exhibits and mark complaint | 3.80 | | | 2,375.00 |
| 08/27/18 | ACA | Conference with Kenneth P. Silverman regarding | 0.20 | | | 125.00 |

066648    Committee  Unsecured Creditors                        Invoice # 130056        Page      5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | STN motion and finalization of complaint; discuss redraft of complaint | | |
| 08/27/18 | KPS | Conference with Anthony C. Acampora regarding STN motion and finalization of complaint; discuss redraft of complaint | 0.20 | 139.00 |
| 08/27/18 | BWP | Revise Committee's motion for standing to prosecute claims on behalf of the Debtor's estate | 2.10 | 735.00 |
| 08/28/18 | MC | E File Creditors' Committee's Motion for an Order Granting Leave, Standing, and Authority to Prosecute Claims on Behalf of Dowling's Estate, together with Notice of Motion and proposed Order | 0.10 | 15.00 |
| 08/28/18 | ACA | Revise D&O complaint | 3.00 | 1,875.00 |
| 08/28/18 | BWP | Revise STN motion for standing to pursue claims of the estate (1.2); draft proposed order in connection with same (.3); draft notice of hearing in connection with same (.2); ensure proper filing and service of same (.3) | 2.00 | 700.00 |
| 08/29/18 | RJF | Revisions to STN draft complaint | 0.20 | 117.00 |
| 08/30/18 | ACA | Revise insider complaint to add parties | 2.00 | 1,250.00 |
| 08/31/18 | KPS | Conference with Anthony C. Acampora regarding STN motion to permit creditors committee to commence litigation | 0.20 | 139.00 |
| | | **Subtotal        Litigation** | 57.50 | $33,425.50 |

**Plan/Disclose**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/07/18 | BWP | Telephone call with Joe Corneau regarding plan revisions | 0.40 | 140.00 |
| 08/13/18 | RJF | Telephone call with Ian Hammel counsel to Oppenheimer | 0.30 | 175.50 |
| 08/13/18 | RJF | Telephone call with Brian Pfeiffer counsel to ACA | 0.20 | 117.00 |
| 08/13/18 | RJF | Telephone call with Bob Rosenfeld re post-confirmation items | 0.20 | 117.00 |
| 08/14/18 | RJF | Work on revisions to plan | 0.40 | 234.00 |
| 08/17/18 | RJF | Conference call with Sean Southard, Bob Rosenfeld of Dowling, counsel to ACA and Oppenheimer regarding WaRN inclusion in Plan | 1.20 | 702.00 |
| 08/20/18 | RJF | Telephone call to S. Southard counsel to Debtor regarding closing for Triple 5 and IDA process timing | 0.20 | 117.00 |
| | | **Subtotal        Plan/Disclose** | 2.90 | $1,602.50 |
| | | For professional services rendered | 70.40 | $39,625.50 |

Atty/Para Summary

066648       Committee  Unsecured Creditors                    Invoice # 130056        Page        6

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Acampora, Anthony C. | 45.60 | 625.00 | $28,500.00 |
| Cohen, Melissa | 0.10 | 150.00 | $15.00 |
| Friedman, Ronald J | 8.30 | 585.00 | $4,855.50 |
| Mahoney, David J | 0.00 | 0.00 | $0.00 |
| Powers, Brian W. | 14.40 | 350.00 | $4,865.00 |
| Silverman, Kenneth P | 0.00 | 0.00 | $0.00 |
| Silverman, Kenneth P | 2.00 | 695.00 | $1,390.00 |
|  | 70.40 |  | $39,625.50 |

Disbursement Summary

$0.00

Previous Balance                                                       $118,290.39

Balance due                                                            $157,915.89



**SILVERMAN ACAMPORA LLP**

*Character is Everything*

Attorneys
100 Jericho Quadrangle, Suite 300, Jericho, New York 11753
516.479.6300
www.SilvermanAcampora.com

Invoice submitted to:                                          Fed ID # 11-3489052

Official Committe of Unsecured Creditors

.

Invoice Date:     October 15, 2018
066648     1     Client # 066648  Official Committee of Unsecured Creditors
                 Matter # 1 Dowling College
Invoice #     130514
                 Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **Asset Sale** | | | | |
| 09/04/18 | RJF | Telephone call from Stuart Bienenstock of Triple 5 regarding IDA approval and anticipated closing date | 0.20 | 117.00 |
| 09/18/18 | BWP | Review proposed term sheet between Debtor and Triple 5 for management services of Brookhaven Campus post-closing; review multiple correspondence from Debtor's counsel and counsel to secured lenders regarding same | 0.70 | 245.00 |
| | **Subtotal** | **Asset Sale** | 0.90 | $362.00 |
| **Case Administration** | | | | |
| 09/01/18 | KPS | Review noticing for settlement and settlement of class certification and settlement; memo to Brian W. Powers | 0.30 | 208.50 |
| 09/04/18 | RJF | Telephone call with Bob Rosenfeld CRO of Dowling College regarding broker fee issues | 0.20 | 117.00 |
| 09/05/18 | RJF | Telephone call from Ron Parr regarding status of Triple 5 and plan process | 0.20 | 117.00 |
| 09/05/18 | ACA | Call with Euripides D. Dalmanieras of Foley Hoag regarding STN issues and potential claims against KMPG | 0.30 | 187.50 |
| 09/06/18 | BWP | Telephone call with Debtor's counsel and secured creditors' counsel regarding Brookhaven sale, WARN | 0.50 | 175.00 |

| 066648 | Committee | Unsecured Creditors | Invoice # 130514 | Page | 2 |
|--------|-----------|---------------------|------------------|------|---|

| | | settlement, and plan process | | |
|--------|-------|-------------------------------------------------------------------------------------------------|-------|---------|
| 09/10/18 | BWP | Review and reply to correspondence from Committee members regarding upcoming Committee meeting | 0.40 | 140.00 |
| 09/11/18 | BWP | Prepare for Committee meeting and draft agenda for same | 1.40 | 490.00 |
| 09/11/18 | BWP | Attend meeting of official committee of unsecured creditors | 1.00 | 350.00 |
| 09/12/18 | BWP | Telephone call with David Cohn from IAM National Pension Fund regarding case status and potential for recovery | 0.30 | 105.00 |
| 09/13/18 | HT | Draft letter regarding SilvermanAcampora LLP's monthly fee statement | 0.40 | 84.00 |
| 09/17/18 | RJF | Prepare correspondence to Sean Southard regarding Committee pursuit of claims per STN motion and D&O coverage items | 0.30 | 175.50 |
| 09/18/18 | BWP | Review Debtor's August monthly operating report | 0.40 | 140.00 |
| 09/19/18 | BWP | Telephone call with Sean Southard regarding deal with Triple 5 for Brookhaven campus transition, draft disclosure statement, and WARN settlement | 0.30 | 105.00 |
| 09/21/18 | BWP | Telephone call with Sean Southard regarding Brookhaven closing, WARN settlement, and plan filing | 0.30 | 105.00 |
| 09/24/18 | RJF | Attend status conference before Judge Grossman, confer with counsel to ACA, Oppenheimer, Dowling College | 1.00 | 585.00 |
| 09/24/18 | ACA | Attend STN hearing | 2.50 | 1,562.50 |
| 09/24/18 | BWP | Review file and prepare exhibits in connection with hearings on Committee's standing motion, WARN settlement, and claims objections | 0.80 | 280.00 |
| 09/24/18 | BWP | Attend hearings on Committee's standing motion, WARN settlement, and claims objections | 3.20 | 1,120.00 |
| 09/27/18 | BWP | Telephone call with Sean Southard regarding turnover of Perkins loan portfolio funds | 0.30 | 105.00 |
| | **Subtotal** | **Case Administration** | 14.10 | $6,152.00 |

**Claims Admin/Ob**

| 09/05/18 | BWP | Telephone call with Kathy Newman regarding objection to student claims | 0.30 | 105.00 |
|----------|-----|-----------------------------------------------------------------------|------|---------|
| | **Subtotal** | **Claims Admin/Ob** | 0.30 | $105.00 |

**Fee Application**

| 09/10/18 | BWP | Revise legal bill for compliance with UST guidelines | 0.70 | No Charge |
|----------|-----|------------------------------------------------------|------|-----------|
| 09/25/18 | BWP | Review and reply to correspondence from Lauren | 0.50 | 175.00 |

066648    Committee  Unsecured Creditors                    Invoice # 130514        Page      3

Kiss regarding proposed fee order; review proposed
fee order for accuracy with respect to all parties

| | | | | |
|---|---|---|---|---|
| | **Subtotal** | **Fee Application** | 1.20 | $175.00 |

### Litigation

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 09/04/18 | RJF | Review correspondence from counsel to KPMG at Foley Hoag and Eliot and confer with Anthony C. Acampora regarding response to same | 0.30 | 175.50 |
| 09/04/18 | KPS | Conference with Brian W. Powers regarding hearing on STN motion to permit creditor's committee to sue on behalf of the Debtor | 0.20 | 139.00 |
| 09/05/18 | RJF | Conference call with Anthony C. Acampora and counsel to KPMG from Foley Hoag regarding STN motion and potential claims against KPMG | 0.50 | 292.50 |
| 09/07/18 | KPS | Conference with Anthony C. Acampora regarding STN motion and preparation of adversary proceedings | 0.20 | 139.00 |
| 09/10/18 | ACA | Revise and mark complaint against insiders | 3.30 | 2,062.50 |
| 09/11/18 | KPS | Conference with Anthony C. Acampora regarding continuing preparation of negligence complaint | 0.20 | 139.00 |
| 09/11/18 | KPS | Conference with Brian W. Powers regarding preparation for creditor committee conference on plan and WARN Act settlement | 0.20 | 139.00 |
| 09/11/18 | BWP | Telephone calls with Sean Southard regarding WARN action settlement status | 0.60 | 210.00 |
| 09/12/18 | ACA | Begin research on accountants' claims; begin drafting complaint | 1.20 | 750.00 |
| 09/13/18 | RJF | Conference with Brian W. Powers and discuss WARN Bankruptcy Rule 9019 issues | 0.30 | 175.50 |
| 09/13/18 | ACA | Research accountant malpractice issues | 2.00 | 1,250.00 |
| 09/14/18 | ACA | Research accountants' malpractice issues | 1.30 | 812.50 |
| 09/17/18 | ACA | Review accountants' workpapers | 1.00 | 625.00 |
| 09/18/18 | RJF | Conference with Brian W. Powers regarding upcoming hearing on STN motion and WARN Bankruptcy Rule 9019 items | 0.20 | 117.00 |
| 09/18/18 | ACA | Review KPMG document production | 1.00 | 625.00 |
| 09/18/18 | BWP | Review reservation of rights filed by the Board of Trustees | 0.20 | 70.00 |
| 09/20/18 | RJF | Conference with Brian W. Powers regarding communication and correspondence from WARN class counsel regarding Bankruptcy Rule 9019 motion and stipulation | 0.20 | 117.00 |
| 09/20/18 | BWP | Telephone call with Sean Southard regarding WARN | 0.30 | 105.00 |

| 066648 | Committee | Unsecured Creditors | Invoice # 130514 | | Page | 4 |
|---|---|---|---|---|---|---|
| | | settlement | | | | |
| 09/21/18 | KPS | Memorandum to Brian W. Powers regarding plan process | 0.10 | | | 69.50 |
| 09/25/18 | ACA | Further review of workpapers and research regarding claim | 1.30 | | | 812.50 |
| 09/27/18 | ACA | Review additional documentation relating to insider and other litigation | 1.20 | | | 750.00 |
| | **Subtotal** | **Litigation** | 15.80 | | | $9,575.50 |

**Plan/Disclose**

| 09/04/18 | RJF | Telephone call from Andy Graiser regarding brokerage fee application and position regarding same | 0.20 | 117.00 |
|---|---|---|---|---|
| 09/11/18 | RJF | Prepare for and conduct Committee meeting with Brian W. Powers and Lori Zaikowski, Linda Ardito and Mike LoRusso regarding plan and disclosure statement approval items, WARN settlement motion and governance items | 1.50 | 877.50 |
| 09/12/18 | BWP | Revise Debtor's draft disclosure statement | 1.40 | 490.00 |
| 09/13/18 | RJF | Work on disclosure statement revisions/comments | 0.50 | 292.50 |
| 09/14/18 | RJF | Review items regarding Triple 5 closing status | 0.20 | 117.00 |
| 09/14/18 | RJF | Review status of draft disclosure statement | 0.10 | 58.50 |
| 09/17/18 | RJF | Telephone call with Sean Southard counsel to Debtor regarding plan and disclosure statement and Board Call | 0.30 | 175.50 |
| 09/18/18 | RJF | Telephone call with Sean Southard counsel to Debtor regarding disclosure statement and plan and review by Board and status of same | 0.30 | 175.50 |
| 09/18/18 | RJF | Telephone call with Neil Bivona regarding post closing items prior to confirmation | 0.20 | 117.00 |
| 09/18/18 | BWP | Review Debtor's draft disclosure statement | 1.80 | 630.00 |
| 09/19/18 | RJF | Received and reviewed series of e-mail correspondence from John Ramirez, Sean Southard, Joseph Corneau regarding stipulation and ordinary course agreement language embedded within plan and disclosure statement | 0.30 | 175.50 |
| 09/19/18 | BWP | Review Debtor's draft disclosure statement | 4.60 | 1,610.00 |
| 09/19/18 | BWP | Review and reply to multiple correspondence from Debtor's counsel and secured creditors' counsel regarding revisions to plan and disclosure statement | 0.50 | 175.00 |
| 09/20/18 | RJF | Review series of communications for upcoming conference call, plan and disclosure statement and Dowling Board approval of same | 0.30 | 175.50 |

| 066648 | Committee | Unsecured Creditors | | Invoice # 130514 | Page | 5 |
|--------|-----------|---------------------|---|-----------------|------|---|
| 09/20/18 | BWP | Telephone call with Joseph Corneau regarding revisions to plan and disclosure statement | 0.30 | | | 105.00 |
| 09/21/18 | BWP | Telephone call with Debtor's counsel and secured creditors' counsel regarding plan revisions | 0.70 | | | 245.00 |
| 09/25/18 | BWP | Revise Debtor's disclosure statement in connection with providing additional disclosures | 1.40 | | | 490.00 |
| 09/26/18 | BWP | Review Debtor's draft motion and order approving disclosure statement | 1.10 | | | 385.00 |

| | **Subtotal** | **Plan/Disclose** | 15.70 | $6,411.50 |
|---|---|---|---|---|
| | | For professional services rendered | 48.00 | $22,781.00 |

### Atty/Para Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Acampora, Anthony C. | 15.10 | 625.00 | $9,437.50 |
| Friedman, Ronald J | 7.30 | 585.00 | $4,270.50 |
| Powers, Brian W. | 24.00 | 350.00 | $8,155.00 |
| Silverman, Kenneth P | 0.00 | 0.00 | $0.00 |
| Silverman, Kenneth P | 1.20 | 695.00 | $834.00 |
| Trust, Haley | 0.40 | 210.00 | $84.00 |
| | 48.00 | | $22,781.00 |

### Disbursements

| | | | |
|---|---|---|---|
| | 09/13/2018 | FedEx Web Services to:Dowling College-c/o RSR Consulting | 16.31 |
| | 09/13/2018 | FedEx Web Services to:Klestadt & Winters | 17.55 |
| | 09/13/2018 | FedEx Web Services to:Mintz | 17.55 |
| | 09/13/2018 | FedEx Web Services to:Schulte Roth & Zabel LLP | 17.55 |
| | 09/13/2018 | FedEx Web Services to:White & Case LLP | 17.55 |
| | 09/13/2018 | FedEx Web Services to:ACA Financial Guaranty Corp. | 17.55 |
| | 09/13/2018 | FedEx Web Services to:Office of the US Trustee-EDNY | 17.55 |
| | | TOTAL | $121.61 |

### Disbursement Summary

| 015 | Postage | | $121.61 |
|-----|---------|---|---------|
| | | | $121.61 |

066648      Committee  Unsecured Creditors                    Invoice # 130514       Page      6

Previous Balance                                                                $142,701.00

Balance due                                                                     $165,603.61



**SILVERMAN ACAMPORA** LLP

*Character is Everything®*

**Attorneys**
100 Jericho Quadrangle, Suite 300, Jericho, New York 11753
516.479.6300
www.SilvermanAcampora.com

Invoice submitted to:                                                  Fed ID # 11-3489052

Official Committe of Unsecured Creditors

.

Invoice Date:      November 21, 2018
066648      1          Client # 066648  Official Committee of Unsecured Creditors
                              Matter # 1 Dowling College
Invoice #          131370
                        Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 10/01/18 | RJF | Telephone call with Bob Rosenfeld regarding broker claims | 0.20 | 117.00 |
| 10/02/18 | RJF | Telephone call with Sean Southard regarding broker issue and resolution of same | 0.20 | 117.00 |
| 10/02/18 | BWP | Review Debtor's proposed stipulation resolving Perkins loan funds dispute | 0.30 | 105.00 |
| 10/03/18 | BWP | Draft Committee's motion to amend final DIP order pursuant to stipulation and order between parties | 3.10 | 1,085.00 |
| 10/04/18 | RJF | Calls from Andy Graiser of A&G Realty regarding brokerage resolution on Brookhaven campus sale | 0.20 | 117.00 |
| 10/04/18 | RJF | Telephone call with Bob Rosenfeld CRO regarding brokerage proposal and lenders position regarding brookhaven campus sale | 0.20 | 117.00 |
| 10/05/18 | RJF | Telephone call from Andy Graiser of A&G Realty regarding broker commission from Brookhaven Campus sale and status of negotiations (.2); call to S. Southard regarding same (.1) | 0.30 | 175.50 |
| 10/12/18 | BWP | Review and reply to correspondence from secured lenders' counsel regarding stipulation amending DIP order | 0.30 | 105.00 |
| 10/12/18 | BWP | Review Debtor's monthly operating report | 0.40 | 140.00 |

| 066648 | Committee Unsecured Creditors | | Invoice # 131370 | Page 2 |
|---|---|---|---|---|
| 10/17/18 | BWP | Review and reply to multiple correspondence from working group regarding stipulation amending final DIP order; revise stipulation for execution and filing | 0.50 | 175.00 |
| 10/18/18 | BWP | Finalize motion to amend DIP order for filing; ensure proper filing and service of same | 0.40 | 140.00 |
| 10/18/18 | MC | E File Committee's Motion to Amend Final Order (I) Authorizing Debtor to Obtain Postpetition Financing and Use Cash Collateral, (II) Granting Adequate Protection, and (III) Granting Related Relief, together with Supporting Exhibit A - Stipulation and Order | 0.10 | 15.00 |
| 10/23/18 | KPS | Review motion to continue use of cash collateral; adequate protection; and DIP financing; memo to to Brian W. Powers regarding hearing and motion | 0.20 | 139.00 |
| 10/23/18 | BWP | Draft creditor trust agreement in connection with proposed unsecured creditor trust created pursuant to plan of liquidation | 6.20 | 2,170.00 |
| 10/24/18 | ACA | Revise creditors' trust agreement and conference with Brian Powers regarding same | 2.00 | 1,250.00 |
| 10/29/18 | BWP | Telephone call with Joe Corneau regarding hearing on 10/30 and filing of plan of reorganization | 0.40 | 140.00 |
| 10/29/18 | BWP | Telephone call with James Katchadurian regarding DIP draw request and status | 0.30 | 105.00 |
| 10/29/18 | BWP | Review proposed stipulation between Debtor and US Department of Education regarding turnover of Perkins loan funds | 0.60 | 210.00 |
| 10/30/18 | BWP | Review correspondence and related documents from Neil Bivona regarding potential donation of island owned by debtor | 0.30 | 105.00 |
| | **Subtotal** | **Case Administration** | 16.20 | $6,527.50 |

**Claims Admin/Ob**

| 10/01/18 | BWP | Review and reply to correspondence from Rod Ganis regarding claim of Expense Reduction Analysts in bankruptcy case; review claims register in connection with same | 0.40 | 140.00 |
|---|---|---|---|---|
| | **Subtotal** | **Claims Admin/Ob** | 0.40 | $140.00 |

**Fee Application**

| 10/02/18 | BWP | Review correspondence from Bob Rosenfeld and attached materials relating to negotiations with real estate brokers relating to amount of commissions | 0.40 | 140.00 |
|---|---|---|---|---|
| 10/02/18 | BWP | Review monthly fee statement of Klestadt firm | 0.30 | 105.00 |
| 10/12/18 | BWP | Review monthly fee statement of RSR Consulting | 0.30 | 105.00 |
| 10/18/18 | BWP | Prepare monthly fee statement; ensure proper service of same | 0.30 | 105.00 |

| 066648 | Committee | Unsecured Creditors | Invoice # 131370 | Page | 3 |
|---|---|---|---|---|---|

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/26/18 | BWP | Review monthly fee statement for Klestadt firm | 0.40 | 140.00 |
| | **Subtotal** | **Fee Application** | 1.70 | $595.00 |

### Litigation

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/02/18 | RJF | Review perkins loan stipulation with US Dept of Education | 0.10 | 58.50 |
| 10/03/18 | RJF | Review and finalize motion to amend final DIP order, confer with Brian W. Powers regarding same | 0.30 | 175.50 |
| 10/04/18 | RJF | Work on amendment to final DIP order settlement agreement motion | 0.30 | 175.50 |
| 10/04/18 | RJF | Conference with Brian W. Powers regarding Stipulation and Order for Committee Lender agreement amendment | 0.20 | 117.00 |
| 10/08/18 | ACA | Research and draft professional arbitration demand | 2.00 | 1,250.00 |
| 10/09/18 | ACA | Conference with Kenneth P. Silverman regarding potential litigation concerning waste and mismanagement issues | 0.20 | 125.00 |
| 10/09/18 | KPS | Conference with Anthony C. Acampora regarding potential litigation concerning waste and mismanagement issues | 0.20 | 139.00 |
| 10/11/18 | ACA | Research and revise professional complaint | 2.10 | 1,312.50 |
| 10/12/18 | ACA | Research and review additional documents for professional liability case | 2.00 | 1,250.00 |
| 10/16/18 | ACA | Review additional documentation for professional complaint | 1.40 | 875.00 |
| 10/17/18 | RJF | Calls with lenders counsel regarding revisions to Stipulation amending final DIP order | 0.30 | 175.50 |
| 10/22/18 | ACA | Revise professional arbitration statement; additional research regarding same | 3.40 | 2,125.00 |
| 10/23/18 | ACA | Research professional liability issues | 1.50 | 937.50 |
| 10/29/18 | KPS | Memorandum to Brian W. Powers regarding final hearing on post petition financing and use of cash collateral | 0.20 | 139.00 |
| 10/29/18 | KPS | Memorandum to Anthony C. Acampora regarding commencement of discovery proceedings post confirmation | 0.10 | 69.50 |
| 10/30/18 | ACA | Review letter from Euripides D. Dalmanieras regarding KPMG LLP | 0.10 | 62.50 |
| 10/30/18 | ACA | Review 2004 document production in connection with potential litigation | 1.40 | 875.00 |
| | **Subtotal** | **Litigation** | 15.80 | $9,862.00 |

### Plan/Disclose

| 066648 | Committee | Unsecured Creditors | Invoice # 131370 | Page | 4 |
|---|---|---|---|---|---|
| 10/01/18 | KPS | Review notes concerning the disclosure statement | 0.20 | | 139.00 |
| 10/02/18 | BWP | Review Debtor's draft application to approve disclosure statement | 0.40 | | 140.00 |
| 10/03/18 | KPS | Review plan and disclosure statement and provide comments to Brian W. Powers | 0.20 | | 139.00 |
| 10/05/18 | RJF | Telephone call to Sean Southard counsel to Debtor regarding disclosure statement notice and hearing | 0.20 | | 117.00 |
| 10/08/18 | BWP | Draft unsecured creditor trust agreement in connection with plan of liquidation | 2.30 | | 805.00 |
| 10/08/18 | BWP | Revise Debtor's disclosure statement to include additional disclosures relating to causes of action | 0.70 | | 245.00 |
| 10/09/18 | BWP | Draft unsecured creditor trust agreement in connection with plan of liquidation | 2.10 | | 735.00 |
| 10/10/18 | BWP | Telephone call with Debtor's counsel and secured lenders' counsel regarding plan and disclosure statement | 0.50 | | 175.00 |
| 10/10/18 | BWP | Review and revise Debtor's proposed plan confirmation order | 1.20 | | 420.00 |
| 10/11/18 | RJF | Revise and comment on plan confirmation proposed order and draft of disclosure statement | 1.50 | | 877.50 |
| 10/11/18 | KPS | Review proposed order for confirmation of plan of reorganization | 0.20 | | 139.00 |
| 10/12/18 | BWP | Telephone call with Joe Corneau regarding requested revisions to disclosure statement; draft correspondence to Joe Corneau regarding same | 0.30 | | 105.00 |
| 10/16/18 | KPS | Review and disclosure statement document; prepare notes for disclosure hearing | 0.20 | | 139.00 |
| 10/16/18 | BWP | Telephone call with Joe Corneau regarding plan and disclosure statement revisions | 0.30 | | 105.00 |
| 10/16/18 | BWP | Review and reply to multiple correspondence from Sean Southard regarding comments of United States Trustee to disclosure statement | 0.30 | | 105.00 |
| 10/17/18 | KPS | Review proposed revisions to plan of reorganization and disclosure statement | 0.20 | | 139.00 |
| 10/17/18 | KPS | Review revisions to proposed plan and disclosure statement and memo to Brian W. Powers | 0.20 | | 139.00 |
| 10/17/18 | BWP | Review Debtor's proposed confirmation order | 0.50 | | 175.00 |
| 10/17/18 | BWP | Draft letter to unsecured creditors to accompany solicitation package for plan of liquidation | 1.40 | | 490.00 |
| 10/22/18 | BWP | Telephone call with Stan Yang and Sean Southard regarding plan and disclosure statement | 0.50 | | 175.00 |
| 10/22/18 | BWP | Draft unsecured creditor trust agreement in connection with plan of liquidation | 5.30 | | 1,855.00 |

| 066648 | Committee Unsecured Creditors | | Invoice # 131370 | Page | 5 |
|---|---|---|---|---|---|
| 10/24/18 | RJF | Revise creditor trust documents for plan | 1.20 | | 702.00 |
| 10/24/18 | BWP | Revise creditor trust agreement prepared in connection with confirmation of plan of liquidation | 4.30 | | 1,505.00 |
| 10/29/18 | BWP | Telephone call with Debtor's counsel and counsel to secured creditors regarding plan and disclosure statement revisions and plan funding logistics | 0.70 | | 245.00 |
| 10/29/18 | BWP | Review Debtor's proposed revisions to plan and disclosure statement | 1.40 | | 490.00 |
| 10/31/18 | BWP | Review and reply to correspondence from secured creditors' counsel and debtor's counsel regarding revisions to plan and disclosure statement; review proposed revisions | 0.40 | | 140.00 |

|  | **Subtotal** | **Plan/Disclose** | 26.70 | $10,440.50 |
|---|---|---|---|---|
|  | For professional services rendered | | 60.80 | $27,565.00 |

Atty/Para Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Acampora, Anthony C. | 16.10 | 625.00 | $10,062.50 |
| Cohen, Melissa | 0.10 | 150.00 | $15.00 |
| Friedman, Ronald J | 5.20 | 585.00 | $3,042.00 |
| Powers, Brian W. | 37.50 | 350.00 | $13,125.00 |
| Silverman, Kenneth P | 0.00 | 0.00 | $0.00 |
| Silverman, Kenneth P | 1.90 | 695.00 | $1,320.50 |
| Trust, Haley | 0.00 | 0.00 | $0.00 |
|  | 60.80 | | $27,565.00 |

**Disbursements**

| 09/30/2018 | Pacer charges | | 29.80 |
|---|---|---|---|
| 09/30/2018 | Pacer charges | | 19.60 |
|  | | TOTAL | $49.40 |

Disbursement Summary

| 001 | Pacer charges | $49.40 |
|---|---|---|
|  | | $49.40 |

066648    Committee  Unsecured Creditors                Invoice # 131370        Page      6

Previous Balance                                                                    $133,903.21

Balance due                                                                        $161,517.61