**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |

----------------------------------------------------------------x

## HEARING AGENDA

| **Time and Date of Hearing:** | December 17, 2018 at 1:30 p.m. (Eastern Time) |
|---|---|
| **Location of Hearing:** | Courtroom of the Honorable Robert E. Grossman, United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 |

| **Copies of Motions and Applications:** | The Motions and Applications may be viewed on the Court's website (http://www.nyeb.uscourts.gov/) with a login and password to the Court's Public Access to Court Electronic Records and copies of such documents can be obtained from the Debtor's noticing agent, Garden City Group, LLC at www.choosegcg.com/cases-info/dco/ |
|---|---|

I. **Uncontested Matters**

1. Committee's Motion to Amend Final Order (I) Authorizing Debtor to Obtain Postpetition Financing and Use Cash Collateral, (II) Granting Adequate Protection, and (III) Granting Certain Related Relief [DE 624]

    Related Documents:

    A. Affidavit of Service [DE 625]

    Status: This matter is going forward.

2. Confirmation Hearing

    Related Documents:

    A. Order Approving (I) Disclosure Statement, (II) Form and Manner of Notices, (III) Form of Ballots and (IV) Solicitation Materials and Solicitation Procedures [DE 639]

    B. First Amended Plan of Liquidation of Dowling College Pursuant to Chapter 11 of the Bankruptcy Code, as Modified [DE 640]

    C. First Amended Disclosure Statement for First Amended Plan of Liquidation of Dowling College Pursuant to Chapter 11 of the Bankruptcy Code, as Modified [DE 641]

    D. Notice of (I) Approval of Disclosure Statement; (II) Establishment of Voting Record Date; (III) Hearing on Confirmation of the Plan and Procedures for Objecting to Confirmation of the Plan; and (IV) Procedures and Deadline for Voting on the Plan [DE 642]

    E. Affidavit of Service re DE 639, 640, 641, 642 [DE 646]

    F. Supplement to the First Amended Plan of Liquidation of Dowling College Pursuant to Chapter 11 of the Bankruptcy Code, as Modified [DE 650]

G. Declaration of Joseph Arena on Behalf of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the First Amended Plan of Dowling College Pursuant to Chapter 11 of the Bankruptcy Code, as Modified [DE 652]

H. Declaration of Robert S. Rosenfeld in Support of Entry of an Order Confirming the First Amended Plan of Liquidation of Dowling College Pursuant to Chapter 11 of the Bankruptcy Code, as Modified [DE 653]

I. Affidavit of Service re DE 650 [DE 654]

J. Memorandum of Law in Support of Entry of an Order Confirming the First Amended Plan of Liquidation of Dowling College Pursuant to Chapter 11 of the Bankruptcy Code, as Modified [DE 655]

K. Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Pursuant to 11 U.S.C. §§ 1129 and Fed. R. Bankr. P. 3020 Confirming First Amended Plan Pursuant to Chapter 11 of the Bankruptcy Code, as Modified [DE 656]

Status: This matter is going forward.

3. Supplemental Application of SilvermanAcampora LLP, Counsel to the Official Committee of Unsecured Creditors, for Interim Payment of Amounts Held Back Pursuant to Court Orders [DE 657]

Status: This matter is going forward.

Dated: New York, New York
December 14, 2018

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
Sean C. Southard
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, NY 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: ssouthard@klestadt.com
lkiss@klestadt.com

*Counsel to the Debtor and Debtor-in-Possession*

3