UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) ) | **Chapter 11** |
| **DOWLING COLLEGE,** | ) | **Case No. 16-75545 (REG)** |
| **f/d/b/a DOWLING INSTITUTE,** | ) |  |
| **f/d/b/a DOWLING COLLEGE ALUMNI** | ) |  |
| **ASSOCIATION,** | ) |  |
| **f/d/b/a/ CECOM,** | ) |  |
| **a/k/a DOWLING COLLEGE, INC.,** | ) ) |  |
| Debtor. | ) ) |  |

## CERTIFICATE OF SERVICE

I, Joseph Corrigan, hereby certify that on December 24, 2018, I caused Iron Mountain Information Management, LLC's Request for Service of Notices to be filed and served via the Court's electronic case filing and noticing system.

Dated: December 24, 2018    /s/ Joseph Corrigan
Joseph Corrigan (Massachusetts BBO#656426)
Bankruptcy2@ironmountain.com
Iron Mountain Information Management, LLC
One Federal Street, 7th Floor
Boston, MA  02110
Tel. (617) 535-4744
Fax (617) 451-0409