UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

Case No. 8-16-75545-reg

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In the Matter of:

DOWLING COLLEGE,

Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States Bankruptcy Court

290 Federal Plaza

Central Islip, New York 11722

December 17, 2018

1:43 PM

B E F O R E :

HON ROBERT E. GROSSMAN

U.S. BANKRUPTCY JUDGE

ECRO: MT/DB

HEARING re [74] ADJ Order Scheduling Initial Case Management Conference.

HEARING re 624] ADJ Motion to Amend Final Order Authorizing Debtor to Obtain Postpetition Financing and Use Cash Collateral and Granting Adequate Protection by Ronald J Friedman on behalf of Official Committee Of Unsecured Creditors

HEARING re Confirmation Hearing

Transcribed by: Sonya Ledanski Hyde

A P P E A R A N C E S :

KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
Attorneys for the Debtor
200 West 41st Street, 17th Floor
New York, NY 10036

BY: JOSEPH CLARLES CORNEAU
SEAN C. SOUTHARD
LAUREN CATHERINE KISS

OUTTEN & GOLDEN LLP
Attorney for Lori Zaikowski
3 Park Avenue 29th Floor
New York, NY 10016

BY: RENE ROUPINIAN (TELEPHONICALLY)

U.S. ATTORNEYS OFFICE EDNY
Attorney for Department of Education, Creditor
610 Federal Plaza, 5th Floor
Central Islip, NY 11722

BY: JAMES H. KNAPP

WHITE & CASE LLP

Attorneys for ACA Financial Guaranty Corp., Creditor

1155 Avenue of the Americas

New York, NY 10036

BY: BRIAN D. PFEIFFER

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

Attorneys for UMB Bank

One Financial Center

Boston, MA 02111

BY: IAN HAMMEL

SILVERMAN ACAMPORA LLP

Attorneys for the Official Committee of Unsecured Creditors

100 Jericho Quadrangle, Suite 300

Jericho, NY 11753

BY: RONALD J. FRIEDMAN

BRIAN POWERS

GARFUNKEL WILD, P.C.

Attorneys for UMB Bank, National Association as Indenture Trustee, Creditor

111 Great Neck Road

Great Neck, NY 11021

BY: ADAM T. BERKOWITZ

UNITED STATES DEPARTMENT OF JUSTICE

Attorney for the U.S. Trustee

Central Islip Office, Alfonse M D'Amato US Courthouse

560 Federal Plaza

Central Islip, NY 11722

BY: STAN YANG

MEYER SUOZZI ENGLISH & KLEIN P.C.

Attorneys for Certain Members of the Dowling College Board of Trustees, Interested Party

990 Stewart Avenue

Suite 300, PO Box 9194

Garden City, NY 11530

By: HOWARD B. KLEINBERG

CERTILMAN BALIN ADLER & HYMAN

Attorneys for ACA Financial Guaranty Corp., Creditor

90 Merrick Avenue

East Meadow, NY 11554

BY: RICHARD J. MCCORD

P R O C E E D I N G S

CLERK: Matters Number 77 through 79, Dowling College.

MR. SOUTHARD: Good afternoon, Your Honor. Sean Southard, of Klestadt Winters Jureller Southard and Stevens, on behalf of Dowling College, Debtor in Possession. With me this afternoon are my colleagues, Joseph Corneau and Lauren Kiss, Your Honor.

THE COURT: Let's get everybody else.

MR. MCCORD: Good afternoon, Your Honor. Certilman Balin, by Richard McCord (indiscernible) ACA.

MR. HAMMEL: Good afternoon, Your Honor. Ian Hammel, of Mintz, for UMB Bank as Trustee.

MR. YANG: Good afternoon, Your Honor. Stan Yang, for the U.S. Trustee.

MR. KLEINBERG: Howard Kleinberg, Meyer Suozzi, for the members of the Board of Trustees.

MR. FRIEDMAN: Good afternoon, Your Honor. Ronald Friedman, from Silverman Acampora, counsel to the Official Committee of Unsecured Creditors, with my colleague, Brian Powers.

CLERK: Please state your phone appearance.

MS. ROUPINIAN: Good afternoon, Your Honor. Rene Roupinian, of Outten & Golden, appearing on behalf of Lori Zaikowski and (indiscernible).

THE COURT: Is that it? Okay.

MR. SOUTHARD: Thank you, Your Honor. Again, for the record, Sean Southard, on behalf of Dowling.

Your Honor, before me move into the formal presentation of the agenda this afternoon, I thought we might spend just a minute to reflect on where we started.

We were here first before Your Honor on this case just over two years ago. Dowling College had formally shut down its operations after losing its accreditation in the summer of 2016.

This Chapter 11 case was filed in order to effectuate an orderly liquidation of Dowling's significant real estate assets, all with the goal of maximizing value for all stakeholders involved.

The prepetition secured creditors, Your Honor, that are comprised of essentially bond trustees and an insurer, consented to funding that liquidation process by paying all of the administrative costs incurred in the case, including the maintenance of the properties, and have made good on those commitments throughout the course of the case, funding, by our calculation, just over $10 million by the time we go effective under the DIP financing.

Your Honor, the Unsecured Creditors' Committee was formed early in the process and took an active role in the case. And as Your Honor will recall, several months into

the case the Committee and the secured creditors negotiated a global settlement in relation to final DIP financing approval, which establish certain baseline recoveries for unsecured creditors, essentially tracking the different collateral pools of the prepetition secured and now DIP lenders collateral.

That deal appeared to be working well until we completed the Brookhaven campus sale process, and the results of that sale were well below the expectations of the parties at the time that the original intercreditor deal was cut.

The net effect, Your Honor, was that there was a significant shortfall in the amounts available under the original deal for unsecured creditors. That original intercreditor deal basically would have set aside about $885,000 in favor of the unsecured creditors.

And as Your Honor will recall, part of that original settlement construct involved the unsecured creditors essentially agreeing to fund 50 percent of the allowed priority claims pool that would be necessary to confirm the Chapter 11 plan.

So, notwithstanding the global settlement that we reached with the former employees recently, which indeed helped pave the way for confirmation, the estimated priority claims pool of roughly $3 million had to be satisfied in

order to confirm this plan, and the Committee, under its original intercreditor agreement, was short by approximately $615,000, based on the priority claims portion.

So, the creditors, with the assistance of the Debtor, went back to the negotiating table and came up with a revised deal. And the creditors in the revised settlement, which is now incorporated into the plan before Your Honor for consideration this afternoon, further agreed that the secured creditors would fund that shortfall in order to confirm this plan.

Overall, then, if Your Honor were to approve today, the secured creditors will have contributed approximately $3.3 million from the proceeds of their collateral for the benefit of junior priority creditors.

$300,000 of that amount was set aside to be funded to the trust in order for the trust to make a minimal distribution to unsecured creditors, and also to fund the prosecution of causes of action that that trust intends to pursue.

Your Honor, in exchange for paying those additional amounts, the secured creditors requested, and the Committee agreed, to revise the threshold of baseline recovery for general unsecured creditors before which the deficiency claims of those secured creditors would participate under the plan construct from 10 percent down to

five percent, as the original deal had called for.

And really, that revised settlement, Your Honor, by the Committee's motion is the first matter that's on for today on today's calendar, and is really integral to the plan and --

THE COURT: Yep.

MR. SOUTHARD: -- confirmation of the plan, which the Debtor intends to proceed with afterward. So, without further comments at this point, Your Honor, I think we could proceed to the first matter on the agenda, which is the Committee's motion in support of the revised settlement, which again, underlies the plan that's before you this afternoon.

MR. FRIEDMAN: Thank you, Mr. Southard; thank you, Your Honor. As Mr. Southard has very amply set forth, Your Honor, the motion to amend the final order provides a benchmark for recovery for the unsecured creditors.

One thing to note, obviously, was the overwhelming balloting and voting in favor of the plan. My office received dozens of telephone calls and inquiries from creditors and parties in interest as a result of the solicitation, and we are certainly pleased with the response from the voting and the support that the plan has achieved.

In consultation with the Committee and reviewing all of the facts and circumstances that are present in this

case, Your Honor, and certainly keeping in mind the agreements between the Committee and the secured creditors from the outset of the case about how the case would be administered and the various carveout arrangements, and then having the shortfall from the Brookhaven sale proceeds closing not be able to walk through the waterfall in the way that we had originally envisioned, warranted the revision to the stipulation between the creditors, meaning the two bondholder creditors and certainly the Committee.

And that settlement, Your Honor, is certainly amply set forth in the motion. No creditors or parties in interest have opposed that motion. We believe that that motion and that stipulation provides a significant benefit to the estate; certainly warrants approval under all the standards under Rule 9019 and the Trailer Ferry case, as well as all of the Iridium factors.

And most notably, Your Honor, in reviewing the matters, and certainly preparing for today's hearing, we took an economic analysis. And just to bring the lens back, the entire case so far, Your Honor, has been without any intercreditor skirmishes since the appointment of the Committee, the Committee's counsel, certainly the Committee themselves, Debtors, the Debtors' professionals, the secured creditors and their professionals --

THE COURT: Why should the unsecured creditors

give up $600,000 for you to perform services?

MR. FRIEDMAN: Why should the unsecured creditors --

THE COURT: Right.

MR. FRIEDMAN: -- give up $600,000 for me to perform services, or --

THE COURT: The litigation trust.

MR. FRIEDMAN: The litigation trust?

THE COURT: You guys basically gave away the unsecured creditors' money to fund potential litigation going forward. Why'd you do it?

MR. FRIEDMAN: Pretty simple answer, Your Honor. The litigation --

THE COURT: Don't -- listen, this is going to be a serious hearing today.

MR. FRIEDMAN: Yeah.

THE COURT: I am not interested in anybody being flippant. I'm not interested in any smart answers. This is not going to go well. I'm borderline furious at this case. So, if you want to play games with me, you've got the wrong day to do it.

So, I asked you a question. The question is what was the basis of giving up money that the unsecureds would otherwise have gotten to insure distributions to the administrative creditors going forward to bring cases? Why

was that done?

MR. FRIEDMAN: It was done quite simply, Your Honor, to ensure that there was funds available to fund the go forward of the case, so that you had a litigation fund to go through.

THE COURT: So, if there are no funds, you wouldn't bring a case?

MR. FRIEDMAN: No, you would bring a case, but it may be --

THE COURT: So?

MR. FRIEDMAN: -- done a little different basis.

THE COURT: Then why wasn't the funds carved out? Take it out of the case that you succeed on?

MR. FRIEDMAN: On a go-forward basis, that may well be the retention going forward so that the three --

THE COURT: Well, I haven't awarded any fees in the past, so I don't know where that money's going. I still have that money. That's not going. I haven't awarded any final fees in this case.

MR. FRIEDMAN: Understood and acknowledged, Your Honor. I'm just trying to answer the question of why was there a trade --

THE COURT: I just got done with the case that took several years. And major firm invested millions and millions of dollars on behalf of the creditors and came out

ahead. They could've come out behind. But you're asking me to carve out almost $600 thou -- $300 now and I think before -- to insure that the administrative expenses are there to cover potential litigation to the detriment of people who got killed in this case, and nobody even wants to put up a penny -- 10 cents for them. It's outrageous. It's outrageous.

MR. FRIEDMAN: Your Honor --

THE COURT: Do you guys understand what happened in this case? Does anybody understand it? You had an institution. Nobody's been sued, nobody. There hasn't been a single adversary filed. I have no idea if you guys actually have a cause of action against anybody. I don't know what exists. As I sit here today, nobody did anything.

I have a school that disappeared. Thousands of kids are going to be prejudiced. Millions of dollars were lost. I don't have any idea how that happened. Something bad happened out there and nobody has brought a single cause of action to this time, in two years, or whatever it is.

You asked permission months ago to file a case. We gave that to you. No case is filed. I don't know why. Maybe there is no case. In which case, I don't know what everybody's fighting about.

Then what we do is you do a deal, which you agree with, which causes me real concern about whether I'm going

to ever allow you in your capacity to take the role that's contemplated in this plan. That's another thing we've got to deal with --

MR. FRIEDMAN: Judge?

THE COURT: -- that nobody has objected to, with the secured creditors, who loaned into this thing. I have no idea why they loaned into it. Nobody has ever challenged what they did. I don't know what the collateral is they got. Everybody says they're fine, though. Let's not go after them at all. Let's not check why they -- whether their security interests are valid, whether there's any potential causes of action against them; let's let them go, because they're going to put up $3 million. Really?

And now, when we have a conversation or a discussion, which apparently people don't listen, and I suggested that reducing the payout, the answer I got is, that's not right; my client's going to lose money. You're right. They're going to lose money. And that may accelerate where this is going.

You don't treat people this way. You already used the system. You came into bankruptcy to pay people five cents. People who had no reason to get hurt. None. Zero. These are students. They had to borrow money from the government. They're going to owe that money for the rest of their lives. And you guys are worried about whether you get

five or 10 percent. Seriously?

Now, I don't know how much I can do, but I can do an awful lot to interfere with this case. I can't make you put up money necessarily. But this case isn't going where you guys think it's going, the way it's currently structured. It's not going there. And you can show me all the votes you want. Because what we're going to end up doing is having a series of evidentiary hearings because I cannot determine, as it's currently situated, that this is in the best interests of creditors, and you had an unsecured creditor who voted against, which means I have to make that determination.

And I don't know what you're going to do under 1129, because I'm not prepared to do that today. And I can tell you that the series of evidentiary hearings we'll have will take you not less than through June, because I don't have any time for these things. This is ridiculous.

What you're doing is not right, okay? The argument, a lot of people voted in favor, is so irrelevant to me. I don't care what they voted. The issue is as a matter of law, can I determine that this is in the best interest of creditors. These creditors got killed, the people who provided services, the students.

What you filed is under seal. I read it, obviously. And you're sitting here today asking me to do

this case based on what I read and what you put it under seal? Really? I don't know how you want to proceed.

I'm prepared -- I'm not going to approve the settlement right now. I prepared to go ahead with 1129. I want a witness, and that witness is going to have to testify as to all what else is happening here. Or we can just adjourn the whole thing, and we'll see you in the spring. Or you can come to your senses and reach an agreement. That's all up to you. I don't want to waste your time. I really don't want to waste your time. But the current plan is not getting confirmed.

MR. SOUTHARD: Your Honor, could I make a suggestion? Again, Sean Southard, for the record, hearing Your Honor loud and clear.

THE COURT: Well, obviously I wasn't that clear last time, so I figured I'd make it clearer this time.

MR. SOUTHARD: My suggestion is that we take a break on the Dowling case and have a caucus among --

THE COURT: There's a room next door. Go use it.

MR. SOUTHARD: Thank you.

THE COURT: Thank you.

MR. FRIEDMAN: Thank you.

(Recess)

CLERK: Recalling Matter Number 77 through 79, Dowling College.

MR. FRIEDMAN: Good afternoon again, Your Honor. Ronald Friedman from Silverman Acampora, counsel to the committee.

Your Honor, I'm pleased to report to the Court that the parties to the settlement arrangement related to the DIP order have modified the provision of the minimum threshold back to the original 10 percent threshold that was agreed to by all the parties at the consultation following our last conference.

THE COURT: That's what I had agreed to, so we go ahead.

MR. FRIEDMAN: Thank you, Your Honor. With that, I'll turn the podium to Mr. Southard to move towards confirmation.

THE COURT: You still want me to approve the settlement, don't you?

MR. SOUTHARD: We do, Your Honor.

MR. FRIEDMAN: Yes, of course, we do, Your Honor.

THE COURT: Okay. The Court will grant that motion.

MR. FRIEDMAN: Thank you.

MR. SOUTHARD: Thank you, Your Honor. Again, for the record, Sean Southard on behalf of Dowling College.

Your Honor, that brings us to the second item on this afternoon's agenda, which is the main event, so to

speak, and that is confirmation of the Debtors' plan of liquidation. Your Honor, the plan is the product of extensive negotiations.

THE COURT: Do we have an affidavit in this one?

MR. SOUTHARD: Your Honor, we do. We filed two affidavits: one from Joseph --

THE COURT: I know I had suggested that I wanted a live witness, but I'll go with the proffer.

MR. SOUTHARD: Thank you, Your Honor. We have two, two declarations that were filed, and both of the declarants are here today in Court.

THE COURT: Who are they?

MR. SOUTHARD: The first is --

THE COURT: Hold it. Who are they? Stand up, please.

MR. SOUTHARD: Joseph Arena, Your Honor, of Epiq Restructuring Services, LLC.

THE COURT: And?

MR. SOUTHARD: And Robert Rosenfeld --

THE COURT: Gentlemen, stand up, please.

MR. SOUTHARD: -- the Debtors' Chief Restructuring Officer.

THE COURT: What's going to happen is there's going to be what's called a proffer. Counsel is going to tell me what you would have testified to if I put you on the

stand. When he's finished, I'm going to ask you if everything he said was accurate relative to you, what you would have testified to and that that's the way you would have testified and that will be under oath. So you will be under oath when you make that representation. You both understand that.

MR. ROSENFELD: Yes.

MR. ARENA: Yes.

MR. SOUTHARD: Thank you, Your Honor. Your Honor, as provided for in the disclosure statement approval order that Your Honor entered, the Debtor commenced solicitation on November 9th of this year, with a voting deadline of December 10th.

As we will get to momentarily when we go through the proffer, the plan did enjoy overwhelming support from across each of the six voting classes: classes 1 through 5 were unanimous with their support; class 7 was nearly unanimous, with just the one dissenting creditor out of 212 that voted. There were no objections filed or received in relation to confirmation from any party.

And as we believe the Debtor will establish, Your Honor, the plan and the Debtors' plan proponent have satisfied all the requirements of Section 1129 in the Bankruptcy Code and the bankruptcy rules and the local bankrtupcy rules.

With the support it has received as evidenced by the voting results, the constituencies represented by counsel here today and in compliance with all aspects of applicable law, we believe the plan should be confirmed.

Your Honor, we -- in addition to the first amended plan and the first amended disclosure statement as modified, which were filed following the confirmation --

THE COURT: Which were modified to reflect the transaction that you agreed to today.

MR. SOUTHARD: Well, when I said modified just now, I was referring to the minor modifications that were made following the disclosure statement hearing to reflect some of the comments that were received at that hearing. But they will -- what I would propose, subject to Your Honor's thinking otherwise, is that the confirmation order, which we would ask Your Honor to sign, would delineate the update that was made based on negotiations.

THE COURT: Yeah, this is only an improvement of what went out, so I don't feel any need to re-ballot the case.

MR. SOUTHARD: That seems consistent with, I think, the parties' understanding of Your Honor as well, only an improvement from the unsecured creditor perspective.

So, Your Honor, in addition to those modified plan and disclosure statement, we did file a supplement to the

first amended plan as modified. And that contains at Docket No. 650, the plan administrator agreement, as well the unsecured creditor trust agreement.

I've just mentioned the declaration of Joseph Arena, which is Docket No. 652; that is what we referred to as the voting declaration. Mr. Arena is with Epiq Restructuring Services, which was our voting agent who was responsible for tabulating the votes and reporting on those to the Court and to the Debtor.

And then the declaration of Robert Rosenfeld, the Debtors' CRO dated December 11th at Docket No. 653.

In addition, Your Honor, we did file a memorandum of law going through the various legal aspects of confirmation, including what we believe is the satisfaction of Section 1129; that was docketed at No. 655. And then finally, a proposed confirmation order at Docket No. 656, which we will, again, intend to modify before submitting to Your Honor today in addressing the latest changes that were agreed to on the record.

Your Honor, I would -- I would move to admit the voting declaration into evidence and the declaration of Mr. Rosenfeld, but I will take the Court through a proposed proffer on each of those declarations. As evidenced by that voting declaration, Your Honor, all six voting classes --

THE COURT: Well, is there any objection to

admitting it? So without objection, and if it contain- -- you don't have to repeat what's in it; it'll be part of the record.

MR. SOUTHARD: Thank you, Your Honor. The declarants are here, obviously, and prepared to be crossed to the extent that any party wishes to do so.

THE COURT: Does any party wish to have a live witness in this case, either of the declarants? No response. Court will accept the proffers of both parties, place them in the record, and make findings based upon that.

MR. SOUTHARD: Thank you, Your Honor.

THE COURT: If you two gentlemen would stand up. You both signed affidavits; is that correct?

MR. ARENA: Yes.

MR. ROSENFELD: Yes.

THE COURT: Is anything that we've introduced in evidence, which are those two affidavits each of you separately, do you have any reason to believe any of the statements made in them are incorrect or untruthful?

MR. ARENA: No.

THE COURT: If I put you on the stand, would you testify to exactly what's in those affidavits?

MR. ARENA: Yes.

THE COURT: You signed the affidavits and read them.

MR. ARENA: Yes.

THE COURT: All right. And you're making these statements under oath.

MR. ARENA: Yes.

THE COURT: Okay, we're done. We admitted it.

MR. SOUTHARD: Thank you, Your Honor. Your Honor, as evidenced by the voting declaration, all six classes voted in favor of the plan. As I mentioned before, classes 1 through 5 were unanimous in accepting the plan. Class 6 was not impaired and conclusively was presumed to have accepted the plan; that's the priority claims.

Class 7, which is the general unsecured claims, voted overwhelmingly in favor of the plan with a single dissenting creditor; and that single dissenting creditor amounted to less than one-half of 1 percent in number and 2 percent in amount that voted as such. All of the classes have voted in favor of the plan, consistent with 1129.

Your Honor, no objections were filed or received. We've moved the declarations into evidence, which I believe established conclusively the satisfaction of 1129, as well as 1123 of the Bankrtupcy Code.

Your Honor, we believe those declarations constitute the Debtors' direct case in support of confirmation, which evidence proves the requirements of all the required elements of the Bankruptcy Code, and that the

same are satisfied by a preponderance of the evidence.

So unless the Court has any additional questions, we would request that the plan be confirmed here today.

THE COURT: Does anybody wish to be heard? No response. Court believes that the case should be confirmed, that there's adequate evidence to show that it complies with 1129 and the other bankruptcy applicable sections. Court also believes that the final transaction agreed to by the parties is in the best interests of creditors in the case. And, therefore, the Court will grant confirmation.

MR. SOUTHARD: Thank you, Your Honor.

THE COURT: All right. This is another case -- I mean, this case, you're going to have a life going on now, I believe. But this year, we confirmed, at least in this Court, FEGS, which was a large charity, this case, and another one which was a large case, it doesn't matter.

This and FEGS, this and nonprofit FEGS is a charity, which is also nonprofit, raises very particular concerns to the Court, and I'm sure raises it to you guys. I mean, Mr. Friedman, nothing personally, by the way. I know you probably --

MR. FRIEDMAN: (Indiscernible).

THE COURT: People know me by now, so don't take it personally.

MR. FRIEDMAN: Understood.

THE COURT: I have great respect for the work you all do, always have; I will continue to do that. We all play roles in this process.

And I think -- I was just down in D.C. for four days -- three days, three or four days, and the Chief Justice of the United States has appointed me to a committee that oversees the bankruptcy administration for the United States, and there were three other bankruptcy judges, circuit judges, district judges.

And that group is the one who sets the rules and laws and makes the applications to Congress for changes in statute, and it's quite a task. And I think that one of the things that was the -- that came out to me, and this is from both circuit judges and district judges from around the country -- South Dakota and other places most of us have never really practiced in or been -- there's an enormous amount of respect for what bankrtupcy courts bar bench does in today's world.

The expectation in the future is that that will even be more significant. We came out of 2008, a lot of the restructuring of this country was done, you know, 20 miles from here in the Southern District and in Delaware. I suspect we're going to have additional issues going forward based on all the economists' view.

But my concern is the million and one consumers in

this country that don't get the same representation. Most of you guys don't really handle consumer cases; they can't afford it. But that's the largest, like, millions' share who appears in the federal courts and we're well aware of that.

And I would say the Chief Justice, and many other who are senior members of the Judiciary, have great concern that we provide to these folks the best justice we can. It's not perfect, but the best we can.

And when we have cases in this charitable area or a case like Dowling where there's many, many folks who didn't ask to get in this problem. I'm not saying the lenders did either. It's not -- but there is an element where the Court, at least this Court, does feel a responsibility that maybe goes beyond just interpreting statutes.

And so, sometimes people don't like it, but I have the tendency and, as you all know, if I think it's right, I'm going to do it; and if people want to appeal it, they'll appeal it. Other Courts have to work.

But my role in life is to do what I think is right within the law for the parties that appear in front of me. Everybody can have an advantage. Secured creditors can take it all if they try; unsecureds can be obstructer. I mean, everybody's got a role.

The goal is to try to get everybody on the same page. And many, many years ago when the practice of bankrtupcy was in the hallways in the Southern District on those hard floors, and whether it was Bert Lifland, as a lawyer in those days, or others -- and I was a little kid watching -- that's where the deals got done.

And we've become very institutionalized done, but it's still a practice that requires people understanding how to make a deal, and those are the lawyers I have enormous respect for because anybody can parrot a statute in heart; most people can read, most.

And when you get to a case and you finish it -- Debtors' counsel, committee counsel, secured creditors -- everybody gets the credit for that. You all did a good job. You represented your clients, there was push-pull.

So I have a lot of respect for you and I have a lot -- I thank you a lot. I think there are a lot of people who are going to be far better off today than if this case had cratered, gone down in flames, or nobody had paid any attention to it.

So from the U.S. Trustee's Office, all the people who worked on the case, the associates who do most of the work and the partners who stand up and speak, I want to thank you. I wish you all a very happy holiday.

Now, you also want fee apps, I assume. Are we

going to get final apps in this case at some point?

MR. FRIEDMAN: Yes, Your Honor. We will -- the plan provides that within 30 days of the effective date, that professional will file their final fee apps. I think what makes the most sense is for us to convene a discussion among all those professionals and then reach out to chambers --

THE COURT: If you get them in, we're doing them right away.

MR. FRIEDMAN: -- for a date. I do appreciate that, Your Honor.

THE COURT: Okay?

MR. FRIEDMAN: And I also, on behalf of the Debtor, appreciate Your Honor's assistance with the case, as well as Your Honor's staff, in dealing with some challenging timing at various points of time.

THE COURT: Those are the good guys. I just get to yell at you guys. It's chambers who tries to make me look good on occasion. Thank you very much and have a great holiday.

MR. FRIEDMAN: Thank you.

CLERK: All rise.

THE COURT: I didn't forget it.

MR. FRIEDMAN: I know.

THE COURT: It's going to the final fee apps.

MR. FRIEDMAN: Your Honor, we had a conversation on the record at the time of the interim fee app in September, and you said let's hold it until confirmation. If you confirm before the end of the year, I will make sure you get paid. Counsel and I had a colloquy and Mr. Southard's office --

THE COURT: Do these guys uphold that?

MR. FRIEDMAN: And they're all electing on their own to await and defer the final to get paid.

THE COURT: So you --

MR. FRIEDMAN: Nobody else has a comment.

THE COURT: Thank you. Adjourned for (indiscernible) until the final fee apps.

(Whereupon these proceedings were concluded at 3:10 PM)

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certified that the foregoing transcript is a true and accurate record of the proceedings.

Sonya Ledanski Hyde

Digitally signed by Sonya Ledanski Hyde
DN: cn=Sonya Ledanski Hyde, o, ou, email=digital1@veritext.com, c=US
Date: 2019.01.02 15:42:02 -05'00'

Sonya Ledanski Hyde

Veritext Legal Solutions
330 Old Country Road
Suite 300
Mineola, NY 11501

Date: January 2, 2019

**&**

**&** 3:3,12 4:1 5:17 6:1 7:24

**0**

**02111** 4:11

**1**

**1** 21:16 25:9,15
**10** 8:21 10:25 15:6 17:1 19:7
**100** 4:18
**10016** 3:15
**10036** 3:6 4:4
**10th** 21:13
**11** 8:11 9:21
**11021** 5:5
**111** 5:4
**1123** 25:21
**1129** 17:14 18:4 21:23 23:15 25:17 25:20 26:7
**11501** 32:23
**11530** 5:22
**1155** 4:3
**11554** 6:4
**11722** 1:14 3:22 5:13
**11753** 4:19
**11th** 23:11
**17** 1:16
**17th** 3:5
**1:43** 1:17

**2**

**2** 25:15 32:25
**20** 27:21
**200** 3:5
**2008** 27:20
**2016** 8:10
**2018** 1:16
**2019** 32:25
**212** 21:18
**290** 1:13
**29th** 3:14

**3**

**3** 3:14 9:25 16:13
**3.3** 10:13
**30** 30:3
**300** 4:18 5:21 15:2 32:22
**300,000** 10:15
**330** 32:21
**3:10** 31:14

**4**

**41st** 3:5

**5**

**5** 21:16 25:9
**50** 9:19
**560** 5:12
**5th** 3:21

**6**

**6** 25:9
**600** 15:2
**600,000** 13:1,5
**610** 3:21
**615,000** 10:3
**624** 2:4
**650** 23:2
**652** 23:5
**653** 23:11
**655** 23:15
**656** 23:16

**7**

**7** 21:17 25:12
**74** 2:1
**77** 7:2 18:24
**79** 7:2 18:24

**8**

**8-16-75545** 1:3
**885,000** 9:16

**9**

**90** 6:3
**9019** 12:15
**9194** 5:21
**990** 5:20
**9th** 21:12

**a**

**able** 12:6
**aca** 4:2 6:2 7:11
**acampora** 4:15 7:19 19:2
**accelerate** 16:19
**accept** 24:9
**accepted** 25:11
**accepting** 25:9
**accreditation** 8:9
**accurate** 21:2 32:4
**achieved** 11:23
**acknowledged** 14:20
**action** 10:18 15:13,19 16:12
**active** 8:24
**adam** 5:7
**addition** 22:5,24 23:12
**additional** 10:21 26:2 27:23
**addressing** 23:18
**adequate** 2:6 26:6
**adjourn** 18:7
**adjourned** 31:12
**adler** 6:1
**administered** 12:4
**administration** 27:7
**administrative** 8:18 13:25 15:3
**administrator** 23:2
**admit** 23:20
**admitted** 25:5
**admitting** 24:1
**advantage** 28:23
**adversary** 15:12
**affidavit** 20:4
**affidavits** 20:6 24:13,17,22,24
**afford** 28:3
**afternoon** 7:4,7 7:10,12,14,18,23 8:5 10:8 11:13 19:1
**afternoon's** 19:25
**afterward** 11:8
**agenda** 8:5 11:10 19:25
**agent** 23:7
**ago** 8:8 15:20 29:2
**agree** 15:24
**agreed** 10:8,22 19:8,10 22:9 23:19 26:8
**agreeing** 9:19
**agreement** 10:2 18:8 23:2,3
**agreements** 12:2
**ahead** 15:1 18:4 19:11
**alfonse** 5:11
**allow** 16:1
**allowed** 9:20
**amend** 2:4 11:16
**amended** 22:5,6 23:1
**americas** 4:3
**amount** 10:15 25:16 27:17
**amounted** 25:15
**amounts** 9:13 10:21
**amply** 11:15 12:11
**analysis** 12:19
**answer** 13:12 14:21 16:16

**answers** 13:18
**anybody** 13:17 15:10,13 26:4 29:10
**app** 31:2
**apparently** 16:15
**appeal** 28:19,20
**appear** 28:22
**appearance** 7:22
**appeared** 9:7
**appearing** 7:24
**appears** 28:4
**applicable** 22:4 26:7
**applications** 27:11
**appointed** 27:6
**appointment** 12:21
**appreciate** 30:10 30:14
**approval** 9:3 12:14 21:10
**approve** 10:11 18:3 19:15
**approximately** 10:2,13
**apps** 29:25 30:1,4 30:25 31:13
**area** 28:10
**arena** 20:16 21:8 23:5,6 24:14,20 24:23 25:1,4
**argument** 17:19
**arrangement** 19:5
**arrangements** 12:4
**aside** 9:15 10:15
**asked** 13:22 15:20
**asking** 15:1 17:25
**aspects** 22:3 23:13
**assets** 8:13
**assistance** 10:4 30:14
**associates** 29:22
**association** 5:2
**assume** 29:25
**attention** 29:20
**attorney** 3:13,20 5:10
**attorneys** 3:4,19 4:2,9,16 5:2,18 6:2
**authorizing** 2:4
**available** 9:13 14:3
**avenue** 3:14 4:3 5:20 6:3
**await** 31:9
**awarded** 14:16,18
**aware** 28:4
**awful** 17:3

**b**

**b** 1:21 5:24
**back** 10:5 12:19 19:7
**bad** 15:18
**balin** 6:1 7:11
**ballot** 22:19
**balloting** 11:19
**bank** 4:9 5:2 7:13
**bankrtupcy** 21:25 25:21 27:17 29:3
**bankruptcy** 1:1 1:12,23 16:21 21:24,24 25:25 26:7 27:7,8
**bar** 27:17
**based** 10:3 18:1 22:17 24:10 27:24
**baseline** 9:3 10:22
**basically** 9:15 13:9
**basis** 13:23 14:11 14:14
**behalf** 2:7 7:6,24 8:3 14:25 19:23 30:13
**believe** 12:12 21:21 22:4 23:14 24:18 25:19,22 26:14
**believes** 26:5,8
**bench** 27:17
**benchmark** 11:17
**benefit** 10:14 12:13
**berkowitz** 5:7
**bert** 29:4
**best** 17:10,21 26:9 28:8,9
**better** 29:18
**beyond** 28:15
**board** 5:19 7:17
**bond** 8:16
**bondholder** 12:9
**borderline** 13:19
**borrow** 16:23
**boston** 4:11
**box** 5:21
**break** 18:18
**brian** 4:6,22 7:20
**bring** 12:19 13:25 14:7,8
**brings** 19:24
**brookhaven** 9:8 12:5
**brought** 15:18

**c**

**c** 3:1,9 7:1 32:1,1
**calculation** 8:21
**calendar** 11:4
**called** 11:1 20:24
**calls** 11:20
**campus** 9:8
**capacity** 16:1
**care** 17:20
**carve** 15:2
**carved** 14:12
**carveout** 12:4
**case** 1:3 2:1 4:1 8:7,11,18,20,25 9:1 12:1,3,3,15,20 13:19 14:4,7,8,13 14:19,23 15:5,10 15:20,21,22,22 17:3,4 18:1,18 22:20 24:8 25:23 26:5,9,12,13,15 26:16 28:11 29:12 29:18,22 30:1,14
**cases** 13:25 28:2 28:10
**cash** 2:5
**catherine** 3:10
**caucus** 18:18
**cause** 15:13,18
**causes** 10:18 15:25 16:12
**center** 4:10
**central** 1:14 3:22 5:11,13
**cents** 15:6 16:22
**certain** 5:18 9:3
**certainly** 11:22 12:1,9,10,14,18 12:22
**certified** 32:3
**certilman** 6:1 7:11
**challenged** 16:7
**challenging** 30:15
**chambers** 30:6,18
**changes** 23:18 27:11
**chapter** 8:11 9:21
**charitable** 28:10
**charity** 26:15,18
**check** 16:10

**chief** 20:21 27:5 28:6
**circuit** 27:9,14
**circumstances** 11:25
**city** 5:22
**claims** 9:20,25 10:3,24 25:11,12
**clarles** 3:8
**class** 21:17 25:9 25:12
**classes** 21:16,16 23:24 25:7,8,16
**clear** 18:14,15
**clearer** 18:16
**clerk** 7:2,22 18:24 30:22
**client's** 16:17
**clients** 29:15
**closing** 12:6
**code** 21:24 25:21 25:25
**cohn** 4:8
**collateral** 2:6 9:5 9:6 10:14 16:8
**colleague** 7:20
**colleagues** 7:7
**college** 1:7 5:18 7:3,6 8:8 18:25 19:23
**colloquy** 31:5
**come** 15:1 18:8
**commenced** 21:11
**comment** 31:11
**comments** 11:9 22:13
**commitments** 8:20
**committee** 2:7 4:16 7:20 8:23 9:1 10:1,22 11:24 12:2,9,22,22 19:3 27:6 29:13
**committee's** 11:3 11:11 12:22
**completed** 9:8
**compliance** 22:3
**complies** 26:6
**comprised** 8:16
**concern** 15:25 27:25 28:7
**concerns** 26:19
**concluded** 31:14
**conclusively** 25:10,20
**conference** 2:2 19:9
**confirm** 9:21 10:1 10:10 31:4
**confirmation** 2:10 9:24 11:7 19:14 20:1 21:20 22:7 22:15 23:14,16 25:24 26:10 31:3
**confirmed** 18:11 22:4 26:3,5,14
**congress** 27:11
**consented** 8:17
**consideration** 10:8
**consistent** 22:21 25:17
**constituencies** 22:2
**constitute** 25:23
**construct** 9:18 10:25
**consultation** 11:24 19:8
**consumer** 28:2
**consumers** 27:25
**contain** 24:1
**contains** 23:1
**contemplated** 16:2
**continue** 27:2
**contributed** 10:12
**convene** 30:5
**conversation** 16:14 31:1
**corneau** 3:8 7:7
**corp** 4:2 6:2
**correct** 24:13
**costs** 8:18
**could've** 15:1
**counsel** 7:19 12:22 19:2 20:24 22:3 29:13,13 31:5
**country** 27:15,21 28:1 32:21
**course** 8:20 19:18
**court** 1:1,12 7:9 8:1 11:6 12:25 13:4,7,9,14,17 14:6,10,12,16,23 15:9 16:5 18:15 18:19,21 19:4,10 19:15,19,19 20:4 20:7,11,12,14,18 20:20,23 22:8,18 23:9,22,25 24:7,9 24:12,16,21,24 25:2,5 26:2,4,5,7 26:10,12,15,19,23 27:1 28:14,14 30:8,12,17,23,25 31:7,10,12
**courthouse** 5:11
**courts** 27:17 28:4 28:20
**cover** 15:4
**cratered** 29:19
**credit** 29:14
**creditor** 3:20 4:2 5:3 6:2 17:11 21:18 22:23 23:3 25:14,14
**creditors** 2:8 4:17 7:20 8:15,23 9:1,4 9:14,16,19 10:4,6 10:9,12,14,17,21 10:23,24 11:17,21 12:2,8,9,11,24,25 13:2,10,25 14:25 16:6 17:10,22,22 26:9 28:23 29:13
**cro** 23:11
**crossed** 24:5
**current** 18:10
**currently** 17:5,9
**cut** 9:11

**d**

**d** 4:6 7:1
**d.c.** 27:4
**dakota** 27:15
**date** 30:3,10 32:25
**dated** 23:11
**day** 13:21
**days** 27:5,5,5 29:5 30:3
**db** 1:25
**deadline** 21:12
**deal** 9:7,10,14,15 10:6 11:1 15:24 16:3 29:9
**dealing** 30:15
**deals** 29:6
**debtor** 1:9 2:5 3:4 7:6 10:5 11:8 21:11,21 23:9 30:14
**debtors** 12:23,23 20:1,21 21:22 23:11 25:23 29:13
**december** 1:16 21:13 23:11
**declarants** 20:11 24:5,8

**declaration** 23:4,6 23:10,21,21,24 25:7
**declarations** 20:10 23:23 25:19 25:22
**defer** 31:9
**deficiency** 10:24
**delaware** 27:22
**delineate** 22:16
**department** 3:20 5:9
**determination** 17:12
**determine** 17:9,21
**detriment** 15:4
**different** 9:4 14:11
**dip** 8:22 9:2,5 19:6
**direct** 25:23
**disappeared** 15:15
**disclosure** 21:10 22:6,12,25
**discussion** 16:15 30:5
**dissenting** 21:18 25:14,14
**distribution** 10:17
**distributions** 13:24
**district** 1:2 27:9 27:14,22 29:3
**docket** 23:1,5,11 23:16
**docketed** 23:15
**doing** 17:8,18 30:8
**dollars** 14:25 15:16
**door** 18:19
**dowling** 1:7 5:18 7:2,6 8:3,8 18:18 18:25 19:23 28:11
**dowling's** 8:12
**dozens** 11:20
**d'amato** 5:11

**e**

**e** 1:21,21,22 3:1,1 7:1,1 32:1
**early** 8:24
**east** 6:4
**eastern** 1:2
**economic** 12:19
**economists** 27:24
**ecro** 1:25
**edny** 3:19
**education** 3:20
**effect** 9:12
**effective** 8:22 30:3
**effectuate** 8:12
**either** 24:8 28:13
**electing** 31:8
**element** 28:13
**elements** 25:25
**employees** 9:23
**english** 5:17
**enjoy** 21:15
**enormous** 27:16 29:9
**ensure** 14:3
**entered** 21:11
**entire** 12:20
**envisioned** 12:7
**epiq** 20:16 23:6
**essentially** 8:16 9:4,19
**establish** 9:3 21:21
**established** 25:20
**estate** 8:13 12:14
**estimated** 9:24
**event** 19:25
**everybody** 7:9 16:9 28:23 29:1 29:14
**everybody's** 15:23 28:25
**evidence** 23:21 24:17 25:19,24 26:1,6
**evidenced** 22:1 23:23 25:7
**evidentiary** 17:8 17:15
**exactly** 24:22
**exchange** 10:20
**exists** 15:14
**expectation** 27:19
**expectations** 9:9
**expenses** 15:3
**extensive** 20:3
**extent** 24:6

**f**

**f** 1:21 32:1
**factors** 12:16
**facts** 11:25
**far** 12:20 29:18
**favor** 9:16 11:19 17:19 25:8,13,17
**federal** 1:13 3:21 5:12 28:4
**fee** 29:25 30:4,25 31:2,13
**feel** 22:19 28:14
**fees** 14:16,19
**fegs** 26:15,17,17
**ferris** 4:8
**ferry** 12:15
**fighting** 15:23
**figured** 18:16
**file** 15:20 22:25 23:12 30:4
**filed** 8:11 15:12 15:21 17:24 20:5 20:10 21:19 22:7 25:18
**final** 2:4 9:2 11:16 14:19 26:8 30:1,4 30:25 31:9,13
**finally** 23:16
**financial** 4:2,10 6:2
**financing** 2:5 8:22 9:2
**findings** 24:10
**fine** 16:9
**finish** 29:12
**finished** 21:1
**firm** 14:24
**first** 8:7 11:3,10 20:13 22:5,6 23:1
**five** 11:1 16:21 17:1
**flames** 29:19
**flippant** 13:18
**floor** 3:5,14,21
**floors** 29:4
**folks** 28:8,11
**following** 19:8 22:7,12
**foregoing** 32:3
**forget** 30:23
**formal** 8:4
**formally** 8:8
**formed** 8:24
**former** 9:23
**forth** 11:15 12:11
**forward** 13:11,25 14:4,14,15 27:23
**four** 27:4,5
**friedman** 2:7 4:21 7:18,19 11:14 13:2,5,8,12,16 14:2,8,11,14,20 15:8 16:4 18:22 19:1,2,12,18,21 26:20,22,25 30:2 30:10,13,21,24

31:1,8,11
**front** 28:22
**fund** 9:19 10:9,17 13:10 14:3,4
**funded** 10:15
**funding** 8:17,21
**funds** 14:3,6,12
**furious** 13:19
**further** 10:8 11:9
**future** 27:19

**g**

**g** 7:1
**games** 13:20
**garden** 5:22
**garfunkel** 5:1
**general** 10:23 25:12
**gentlemen** 20:20 24:12
**getting** 18:11
**give** 13:1,5
**giving** 13:23
**global** 9:2,22
**glovsky** 4:8
**go** 8:22 13:19 14:4 14:5,14 16:9,12 18:4,19 19:10 20:8 21:14
**goal** 8:13 29:1
**goes** 28:15
**going** 13:11,14,19 13:25 14:15,17,18 15:16,25 16:13,17 16:18,19,24 17:4 17:5,6,7,13 18:3,5 20:23,24,24 21:1 23:13 26:13,13 27:23,23 28:19 29:18 30:1,25
**golden** 3:12 7:24
**good** 7:4,10,12,14 7:18,23 8:20 19:1 29:14 30:17,19
**gotten** 13:24
**government** 16:24
**grant** 19:19 26:10
**granting** 2:6
**great** 5:4,5 27:1 28:7 30:19
**grossman** 1:22
**group** 27:10
**guaranty** 4:2 6:2
**guys** 13:9 15:9,12 16:25 17:5 26:19 28:2 30:17,18 31:7

**h**

**h** 3:24
**half** 25:15
**hallways** 29:3
**hammel** 4:13 7:12 7:13
**handle** 28:2
**happen** 20:23
**happened** 15:9,17 15:18
**happening** 18:6
**happy** 29:24
**hard** 29:4
**heard** 26:4
**hearing** 2:1,4,10 2:10 12:18 13:15 18:13 22:12,13
**hearings** 17:8,15
**heart** 29:10
**helped** 9:24
**hold** 20:14 31:3
**holiday** 29:24 30:20
**hon** 1:22
**honor** 7:4,8,10,12 7:14,18,23 8:2,4,7 8:15,23,25 9:12 9:17 10:8,11,20 11:2,9,15,16 12:1 12:10,17,20 13:12 14:3,21 15:8 18:12,14 19:1,4 19:12,17,18,22,24 20:2,5,9,16 21:9,9 21:11,22 22:5,16 22:22,24 23:12,18 23:20,24 24:4,11 25:6,6,18,22 26:11 30:2,11 31:1
**honor's** 22:15 30:14,15
**howard** 5:24 7:16
**hurt** 16:22
**hyde** 2:25 32:3,8
**hyman** 6:1

**i**

**ian** 4:13 7:12
**idea** 15:12,17 16:7
**impaired** 25:10
**improvement** 22:18,23
**including** 8:19 23:14
**incorporated** 10:7
**incorrect** 24:19
**incurred** 8:18
**indenture** 5:3
**indiscernible** 7:11 7:25 26:22 31:13
**initial** 2:1
**inquiries** 11:20
**institution** 15:11
**institutionalized** 29:7
**insure** 13:24 15:3
**insurer** 8:17
**integral** 11:4
**intend** 23:17
**intends** 10:18 11:8
**intercreditor** 9:10 9:15 10:2 12:21
**interest** 11:21 12:12 17:22
**interested** 5:19 13:17,18
**interests** 16:11 17:10 26:9
**interfere** 17:3
**interim** 31:2
**interpreting** 28:15
**introduced** 24:16
**invested** 14:24
**involved** 8:14 9:18
**iridium** 12:16
**irrelevant** 17:19
**islip** 1:14 3:22 5:11,13
**issue** 17:20
**issues** 27:23
**it'll** 24:2
**item** 19:24

**j**

**j** 2:6 4:21 6:6
**james** 3:24
**january** 32:25
**jericho** 4:18,19
**job** 29:14
**joseph** 3:8 7:7 20:6,16 23:4
**judge** 1:23 16:4
**judges** 27:8,9,9,14 27:14
**judiciary** 28:7
**june** 17:16
**junior** 10:14
**jureller** 3:3 7:5
**justice** 5:9 27:6 28:6,8

**k**

**keeping** 12:1
**kid** 29:5

**kids** 15:16
**killed** 15:5 17:22
**kiss** 3:10 7:8
**klein** 5:17
**kleinberg** 5:24 7:16,16
**klestadt** 3:3 7:5
**knapp** 3:24
**know** 14:17 15:14 15:21,22 16:8 17:2,13 18:2 20:7 26:21,23 27:21 28:18 30:24

**l**

**large** 26:15,16
**largest** 28:3
**latest** 23:18
**lauren** 3:10 7:7
**law** 17:21 22:4 23:13 28:22
**laws** 27:11
**lawyer** 29:5
**lawyers** 29:9
**ledanski** 2:25 32:3 32:8
**legal** 23:13 32:20
**lenders** 9:6 28:13
**lens** 12:19
**levin** 4:8
**life** 26:13 28:21
**lifland** 29:4
**liquidation** 8:12 8:17 20:2
**listen** 13:14 16:15
**litigation** 13:7,8 13:10,13 14:4 15:4
**little** 14:11 29:5
**live** 20:8 24:7
**lives** 16:25
**llc** 20:17
**llp** 3:3,12 4:1,15
**loaned** 16:6,7
**local** 21:24
**look** 30:19
**lori** 3:13 7:24
**lose** 16:17,18
**losing** 8:9
**lost** 15:17
**lot** 17:3,19 27:20 29:16,17,17,17
**loud** 18:14

**m**

**m** 5:11
**ma** 4:11
**main** 19:25
**maintenance** 8:19
**major** 14:24
**making** 25:2
**management** 2:1
**matter** 1:5 11:3 11:10 17:21 18:24 26:16
**matters** 7:2 12:18
**maximizing** 8:13
**mccord** 6:6 7:10 7:11
**meadow** 6:4
**mean** 26:13,20 28:24
**meaning** 12:8
**means** 17:11
**members** 5:18 7:17 28:7
**memorandum** 23:12
**mentioned** 23:4 25:8
**merrick** 6:3
**meyer** 5:17 7:16
**miles** 27:21
**million** 8:21 9:25 10:13 16:13 27:25
**millions** 14:24,25 15:16 28:3
**mind** 12:1
**mineola** 32:23
**minimal** 10:16
**minimum** 19:6
**minor** 22:11
**mintz** 4:8 7:13
**minute** 8:6
**modifications** 22:11
**modified** 19:6 22:6,8,10,24 23:1
**modify** 23:17
**momentarily** 21:14
**money** 13:10,23 14:18 16:17,18,23 16:24 17:4
**money's** 14:17
**months** 8:25 15:20
**motion** 2:4 11:3 11:11,16 12:11,12 12:13 19:20
**move** 8:4 19:13 23:20
**moved** 25:19
**mt** 1:25

**n**

**n** 3:1 7:1 32:1
**national** 5:2
**nearly** 21:17
**necessarily** 17:4
**necessary** 9:20
**neck** 5:4,5
**need** 22:19
**negotiated** 9:1
**negotiating** 10:5
**negotiations** 20:3 22:17
**net** 9:12
**never** 27:16
**new** 1:2,14 3:6,15 4:4
**nobody's** 15:11
**nonprofit** 26:17 26:18
**notably** 12:17
**note** 11:18
**notwithstanding** 9:22
**november** 21:12
**number** 7:2 18:24 25:15
**ny** 3:6,15,22 4:4 4:19 5:5,13,22 6:4 32:23

**o**

**o** 1:21 7:1 32:1
**oath** 21:4,5 25:3
**objected** 16:5
**objection** 23:25 24:1
**objections** 21:19 25:18
**obstructer** 28:24
**obtain** 2:5
**obviously** 11:18 17:25 18:15 24:5
**occasion** 30:19
**office** 3:19 5:11 11:19 29:21 31:6
**officer** 20:22
**official** 2:7 4:16 7:19
**okay** 8:1 17:18 19:19 25:5 30:12
**old** 32:21
**operations** 8:9
**opposed** 12:12
**order** 2:1,4 8:11 10:1,10,16 11:16 19:6 21:10 22:15 23:16
**orderly** 8:12
**original** 9:10,14 9:14,18 10:2 11:1

19:7
**originally** 12:7
**outrageous** 15:6,7
**outset** 12:3
**outten** 3:12 7:24
**overall** 10:11
**oversees** 27:7
**overwhelming** 11:18 21:15
**overwhelmingly** 25:13
**owe** 16:24

**p**

**p** 3:1,1 7:1
**p.c.** 4:8 5:1,17
**page** 29:2
**paid** 29:19 31:5,9
**park** 3:14
**parrot** 29:10
**part** 9:17 24:2
**participate** 10:25
**particular** 26:18
**parties** 9:10 11:21 12:11 19:5,8 22:22 24:9 26:9 28:22
**partners** 29:23
**party** 5:19 21:20 24:6,7
**pave** 9:24
**pay** 16:21
**paying** 8:18 10:20
**payout** 16:16
**penny** 15:6
**people** 15:4 16:15 16:20,21,22 17:19 17:23 26:23 28:17 28:19 29:8,11,17 29:21
**percent** 9:19 10:25 11:1 17:1 19:7 25:15,16
**perfect** 28:9
**perform** 13:1,6
**permission** 15:20
**personally** 26:20 26:24
**perspective** 22:23
**pfeiffer** 4:6
**phone** 7:22
**place** 24:10
**places** 27:15
**plan** 9:21 10:1,7 10:10,25 11:5,7 11:12,19,23 16:2 18:10 20:1,2 21:15,22,22 22:4 22:6,24 23:1,2 25:8,9,11,13,17 26:3 30:3
**play** 13:20 27:3
**plaza** 1:13 3:21 5:12
**please** 7:22 20:15 20:20
**pleased** 11:22 19:4
**pm** 1:17 31:14
**po** 5:21
**podium** 19:13
**point** 11:9 30:1
**points** 30:16
**pool** 9:20,25
**pools** 9:5
**popeo** 4:8
**portion** 10:3
**possession** 7:6
**postpetition** 2:5
**potential** 13:10 15:4 16:12
**powers** 4:22 7:21
**practice** 29:2,8
**practiced** 27:16
**prejudiced** 15:16
**prepared** 17:14 18:3,4 24:5
**preparing** 12:18
**prepetition** 8:15 9:5
**preponderance** 26:1
**present** 11:25
**presentation** 8:5
**presumed** 25:10
**pretty** 13:12
**priority** 9:20,24 10:3,14 25:11
**probably** 26:21
**problem** 28:12
**proceed** 11:8,10 18:2
**proceedings** 31:14 32:4
**proceeds** 10:13 12:5
**process** 8:17,24 9:8 27:3
**product** 20:2
**professional** 30:4
**professionals** 12:23,24 30:6
**proffer** 20:8,24 21:15 23:23
**proffers** 24:9
**properties** 8:19
**proponent** 21:22
**propose** 22:14
**proposed** 23:16 23:22
**prosecution** 10:18
**protection** 2:6
**proves** 25:24
**provide** 28:8
**provided** 17:23 21:10
**provides** 11:16 12:13 30:3
**provision** 19:6
**pull** 29:15
**pursue** 10:19
**push** 29:15
**put** 15:5 16:13 17:4 18:1 20:25 24:21

**q**

**quadrangle** 4:18
**question** 13:22,22 14:21
**questions** 26:2
**quite** 14:2 27:12

**r**

**r** 1:21 3:1 7:1 32:1
**raises** 26:18,19
**reach** 18:8 30:6
**reached** 9:23
**read** 17:24 18:1 24:24 29:11
**real** 8:13 15:25
**really** 11:2,4 16:13 18:2,10 27:16 28:2
**reason** 16:22 24:18
**recall** 8:25 9:17
**recalling** 18:24
**received** 11:20 21:19 22:1,13 25:18
**recess** 18:23
**record** 8:3 18:13 19:23 23:19 24:3 24:10 31:2 32:4
**recoveries** 9:3
**recovery** 10:23 11:17
**reducing** 16:16
**referred** 23:5
**referring** 22:11
**reflect** 8:6 22:8,12

**reg** 1:3
**related** 19:5
**relation** 9:2 21:20
**relative** 21:2
**rene** 3:17 7:23
**repeat** 24:2
**report** 19:4
**reporting** 23:8
**representation** 21:5 28:1
**represented** 22:2 29:15
**request** 26:3
**requested** 10:21
**required** 25:25
**requirements** 21:23 25:24
**requires** 29:8
**respect** 27:1,17 29:10,16
**response** 11:22 24:9 26:5
**responsibility** 28:15
**responsible** 23:8
**rest** 16:24
**restructuring** 20:17,21 23:7 27:21
**result** 11:21
**results** 9:9 22:2
**retention** 14:15
**reviewing** 11:24 12:17
**revise** 10:22
**revised** 10:6,6 11:2,11
**revision** 12:7
**richard** 6:6 7:11
**ridiculous** 17:17
**right** 13:4 16:17 16:18 17:18 18:4 25:2 26:12 28:18 28:21 30:9
**rise** 30:22
**road** 5:4 32:21
**robert** 1:22 20:19 23:10
**role** 8:24 16:1 28:21,25
**roles** 27:3
**ronald** 2:6 4:21 7:18 19:2
**room** 18:19
**rosenfeld** 20:19 21:7 23:10,22 24:15
**roughly** 9:25
**roupinian** 3:17 7:23,24
**rule** 12:15
**rules** 21:24,25 27:10

**s**

**s** 3:1 7:1
**sale** 9:8,9 12:5
**satisfaction** 23:14 25:20
**satisfied** 9:25 21:23 26:1
**saying** 28:12
**says** 16:9
**scheduling** 2:1
**school** 15:15
**seal** 17:24 18:2
**sean** 3:9 7:4 8:3 18:13 19:23
**second** 19:24
**section** 21:23 23:15
**sections** 26:7
**secured** 8:15 9:1,5 10:9,12,21,24 12:2,23 16:6 28:23 29:13
**security** 16:11
**see** 18:7
**senior** 28:7
**sense** 30:5
**senses** 18:8
**separately** 24:18
**september** 31:3
**series** 17:8,15
**serious** 13:15
**seriously** 17:1
**services** 13:1,6 17:23 20:17 23:7
**set** 9:15 10:15 11:15 12:11
**sets** 27:10
**settlement** 9:2,18 9:22 10:7 11:2,11 12:10 18:4 19:5 19:16
**share** 28:3
**short** 10:2
**shortfall** 9:13 10:9 12:5
**show** 17:6 26:6
**shut** 8:8
**sign** 22:16
**signed** 24:13,24
**significant** 8:12 9:13 12:13 27:20
**silverman** 4:15 7:19 19:2
**simple** 13:12
**simply** 14:2
**single** 15:12,18 25:13,14
**sit** 15:14
**sitting** 17:25
**situated** 17:9
**six** 21:16 23:24 25:7
**skirmishes** 12:21
**smart** 13:18
**solicitation** 11:22 21:11
**solutions** 32:20
**sonya** 2:25 32:3,8
**south** 27:15
**southard** 3:3,9 7:4,5,5 8:2,3 11:7 11:14,15 18:12,13 18:17,20 19:13,17 19:22,23 20:5,9 20:13,16,19,21 21:9 22:10,21 24:4,11 25:6 26:11
**southard's** 31:6
**southern** 27:22 29:3
**speak** 20:1 29:23
**spend** 8:6
**spring** 18:7
**staff** 30:15
**stakeholders** 8:14
**stan** 5:15 7:14
**stand** 20:14,20 21:1 24:12,21 29:23
**standards** 12:15
**started** 8:6
**state** 7:22
**statement** 21:10 22:6,12,25
**statements** 24:19 25:3
**states** 1:1,12 5:9 27:6,8
**statute** 27:12 29:10
**statutes** 28:16
**stevens** 3:3 7:5
**stewart** 5:20
**stipulation** 12:8 12:13

**street** 3:5
**structured** 17:6
**students** 16:23 17:23
**subject** 22:14
**submitting** 23:17
**succeed** 14:13
**sued** 15:11
**suggested** 16:16 20:7
**suggestion** 18:13 18:17
**suite** 4:18 5:21 32:22
**summer** 8:10
**suozzi** 5:17 7:16
**supplement** 22:25
**support** 11:11,23 21:15,17 22:1 25:23
**sure** 26:19 31:4
**suspect** 27:23
**system** 16:21

**t**

**t** 5:7 32:1,1
**table** 10:5
**tabulating** 23:8
**take** 14:13 16:1 17:16 18:17 23:22 26:23 28:23
**task** 27:12
**telephone** 11:20
**telephonically** 3:17
**tell** 17:15 20:25
**tendency** 28:18
**testified** 20:25 21:3,4
**testify** 18:5 24:22
**thank** 8:2 11:14 11:14 18:20,21,22 19:12,21,22 20:9 21:9 24:4,11 25:6 26:11 29:17,24 30:19,21 31:12
**thing** 11:18 16:2,6 18:7
**things** 17:17 27:13
**think** 11:9 15:2 17:5 22:22 27:4 27:12 28:18,21 29:17 30:4
**thinking** 22:15
**thou** 15:2
**thought** 8:5
**thousands** 15:15
**three** 14:15 27:5,5 27:8
**threshold** 10:22 19:7,7
**time** 8:22 9:10 15:19 17:17 18:9 18:10,16,16 30:16 31:2
**timing** 30:16
**today** 10:12 11:4 13:15 15:14 17:14 17:25 20:11 22:3 22:9 23:18 26:3 29:18
**today's** 11:4 12:18 27:18
**tracking** 9:4
**trade** 14:22
**trailer** 12:15
**transaction** 22:9 26:8
**transcribed** 2:25
**transcript** 32:4
**treat** 16:20
**tries** 30:18
**true** 32:4
**trust** 10:16,16,18 13:7,8 23:3
**trustee** 5:3,10 7:13,15
**trustee's** 29:21
**trustees** 5:19 7:17 8:16
**try** 28:24 29:1
**trying** 14:21
**turn** 19:13
**two** 8:8 12:8 15:19 20:5,10,10 24:12,17

**u**

**u.s.** 1:23 3:19 5:10 7:15 29:21
**umb** 4:9 5:2 7:13
**unanimous** 21:17 21:18 25:9
**underlies** 11:12
**understand** 15:9 15:10 21:6
**understanding** 22:22 29:8
**understood** 14:20 26:25
**united** 1:1,12 5:9 27:6,7
**unsecured** 2:7 4:16 7:20 8:23 9:4 9:14,16,18 10:17 10:23 11:17 12:25 13:2,10 17:10 22:23 23:3 25:12
**unsecureds** 13:23 28:24
**untruthful** 24:19
**update** 22:17
**uphold** 31:7
**use** 2:5 18:19

**v**

**valid** 16:11
**value** 8:13
**various** 12:4 23:13 30:16
**veritext** 32:20
**view** 27:24
**voted** 17:11,19,20 21:19 25:8,13,16 25:17
**votes** 17:7 23:8
**voting** 11:19,23 21:12,16 22:2 23:6,7,21,24,24 25:7

**w**

**walk** 12:6
**want** 13:20 17:7 18:2,5,9,10 19:15 28:19 29:23,25
**wanted** 20:7
**wants** 15:5
**warranted** 12:7
**warrants** 12:14
**waste** 18:9,10
**watching** 29:6
**waterfall** 12:6
**way** 9:24 12:6 16:20 17:5 21:3 26:20
**we've** 16:2 24:16 25:19 29:7
**went** 10:5 22:19
**west** 3:5
**white** 4:1
**why'd** 13:11
**wild** 5:1
**winters** 3:3 7:5
**wish** 24:7 26:4 29:24
**wishes** 24:6
**witness** 18:5,5 20:8 24:8
**work** 27:1 28:20 29:23
**worked** 29:22
**working** 9:7

**world** 27:18
**worried** 16:25
**wrong** 13:20

**x**

**x** 1:4,10

**y**

**yang** 5:15 7:14,14
**yeah** 13:16 22:18
**year** 21:12 26:14 31:4
**years** 8:8 14:24 15:19 29:2
**yell** 30:18
**yep** 11:6
**york** 1:2,14 3:6,15 4:4

**z**

**zaikowski** 3:13 7:25
**zero** 16:22