| Information to identify the case: | | |
|---|---|---|
| Debtor | **Dowling College**<br>Name | EIN **11–2157078** |
| United States Bankruptcy Court **Eastern District of New York**<br>Case number: **8–16–75545–reg** | | Date case filed for chapter **11   11/29/16** |

# NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 12/17/18 was filed on 1/2/19.

The following deadlines apply:

The parties have until January 9, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is January 23, 2019.

If a Transcript Redaction Request is filed, the redacted transcript is due February 4, 2019.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is April 2, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext at 888.706.4576 or you may view the document at the public terminal at the Office of the Clerk.

Dated: January 3, 2019

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17]