# Notice Recipients

District/Off: 0207−8  User: smarcus  Date Created: 1/3/2019
Case: 8−16−75545−reg  Form ID: 295  Total: 18

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Adam T Berkowitz | aberkowitz@garfunkelwild.com |
| aty | Brian D Pfeiffer | brian.pfeiffer@whitecase.com |
| aty | Howard B Kleinberg | hkleinberg@MSEK.com |
| aty | James H. Knapp | james.knapp@usdoj.gov |
| aty | Joseph Charles Corneau | jcorneau@klestadt.com |
| aty | Lauren Catherine Kiss | lkiss@klestadt.com |
| aty | Richard J McCord | rmccord@certilmanbalin.com |
| aty | Ronald J Friedman | efilings@spallp.com |
| aty | Sean C Southard | ssouthard@klestadt.com |
| aty | Stephanie R Sweeney | ssweeney@klestadt.com |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Dowling College   PO Box 470   Massapequa, NY 11762
aty   Klestadt Winters Jureller Southard & Stevens, LLP   200 West 41st Street   17th Floor   New York, NY 10036−7203
       Joseph Corneau, Sean Southard, &   Lauren Catherine Kiss   Klestadt Winters Jureller Southard   &   Stevens, LLP   200 West 41st St, 17th Fl   New York, NY 10036
       Rene Roupinian   Outten & Golden LLP   3 Park Avenue, 29th Floor   New York, NY 10016
       Brian D. Pheiffer   White & Case LLP   1155 Avenue of the Americas   New York, NY 10036
       Ian Hammel   Mintz Levin Cohn Ferris   Glovsky & Popeo, P.C.   One Financial Center   Boston, MA 02111
       Brian Powers   SilvermanAcampora LLP   100 Jericho Quadrangle, Suite 300   Jericho, NY 11753
       Stan Yang   Office of the U.S. Trustee   560 Federal Plaza   Central Islip, NY 11722

TOTAL: 8