UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

DOWLING COLLEGE,
f/d/b/a DOWLING INSTITUTE,
f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,
f/d/b/a CECOM,
a/k/a DOWLING COLLEGE, INC.,

Debtor.

Chapter 11

Case No. 16-75545 (REG)

**TWENTY FIFTH REPORT BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM DECEMBER 1, 2018 THROUGH DECEMBER 31, 2018**

The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("RSR") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("Mr. Rosenfeld") as Chief Restructuring Officer ("CRO") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period December 1, 2018 through December 31, 2018.

Exhibit A – Summary of Fees and Expenses
Exhibit B – Summary of Services by Project Category
Exhibit C – Detailed time entries by Project Category
Exhibit D – Detail of Expenses Incurred

By: /s/ Robert S. Rosenfeld
Robert S. Rosenfeld
January 7, 2019

**Exhibit A**

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses**
**12/1/18 Through 12/31/18**

**Summary of Fees**

| Summary by Professional | Responsibility/ Position in Firm | Hours | Rate | Amount |
|---|---|---|---|---|
| R. Rosenfeld | Chief Restructuring Officer | 26.6 | $ 390.00 | $ 10,374.00 |
| N. Bivona | Managing Director | 71.8 | $ 390.00 | 28,002.00 |
| N. Andrade | Director | 37.7 | $ 350.00 | 13,195.00 |
| I. Hellman | Paraprofessional | 30.7 | $ 125.00 | 3,837.50 |
| **Total** | | **166.8** | | **$ 55,408.50** |
| **Average blended hourly rate** | | | | **$ 332.19** |

**Summary of Expenses**

| | |
|---|---|
| Mail/Postage | $ 29.30 |
| Computer Software Expense | 2,241.76 |
| Office supplies - tax forms | 29.32 |
| **Total** | **$ 2,300.38** |

**RSR Consulting, LLC**  **Exhibit B**
**Dowling College - Case #16-75545 (REG)**
**Summary Billing Report - By Project Category**
**12/1/18 Through 12/31/18**

| Category | Billable Time | Billable Amt |
|---|---:|---:|
| Asset Analysis and Recovery | 1.2 | $ 468.00 |
| Asset Disposition | 5.5 | 2,145.00 |
| Business Analysis | 1.7 | 663.00 |
| Business Operations | 43.2 | 15,880.00 |
| Claim Distributions | 30.4 | 11,336.00 |
| Claims Administration and Objections | 29.1 | 3,637.50 |
| Claims Investigation | 9.1 | 3,549.00 |
| Court Hearings | 5.0 | 1,950.00 |
| Fee Applications | 0.6 | 234.00 |
| Financial Analysis | 15.2 | 5,928.00 |
| Meeting | 0.5 | 195.00 |
| Meetings with Creditors and/or Representatives | 3.5 | 1,365.00 |
| Meetings with Debtor and Representatives | 3.0 | 1,170.00 |
| Phone Call | 2.1 | 375.00 |
| Plan & disclosure Statement | 5.4 | 2,106.00 |
| Professional Fee disbursements | 0.5 | 195.00 |
| Reporting | 1.8 | 702.00 |
| Tax compliance | 3.3 | 1,287.00 |
| UST Reporting | 5.7 | 2,223.00 |
| Grand Total | 166.8 | $ 55,408.50 |

**RSR Consulting, LLC**      Exhibit C
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**12/1/18 Through 12/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 12/14/2018 | Robert Rosenfeld | Review summary of remaining real estate lots for disposal and provide comments to write up. | 1.2 | $390.00/hr | $468.00 |
| **Totals For Asset Analysis and Recovery** | | | **1.2** | | **$468.00** |
| **Asset Disposition** | | | | | |
| 12/05/2018 | Neil Bivona | Call w/ M White re: RE Taxes on remaining Oakdale lots and New Made Island. | 0.3 | $390.00/hr | $117.00 |
| 12/10/2018 | Neil Bivona | Call w/ L. Fischer (Suffolk County) re: status on Legislative approval process for donation of New Made Island & associated RE taxes. | 0.5 | $390.00/hr | $195.00 |
| 12/11/2018 | Neil Bivona | Call w/ J. Sturchio re: Oakdale unsold lots. | 0.4 | $390.00/hr | $156.00 |
| 12/11/2018 | Neil Bivona | Review Islip Board of Appeals application for vacant lot on Idle Hour Blvd / Woodlawn Ave re: approval as a buildable lot. Draft correspondence to M. White re: the same. | 0.5 | $390.00/hr | $195.00 |
| 12/12/2018 | Neil Bivona | Call with Verizon re: transfer of phone line accounts for Brookhaven campus. | 0.5 | $390.00/hr | $195.00 |
| 12/12/2018 | Neil Bivona | Review notes form call s w/ J Sturchio and others and draft communication to DIP lenders re: status of remaining RE properties to be liquidated. | 2.3 | $390.00/hr | $897.00 |
| 12/18/2018 | Neil Bivona | Calls and correspondence w/ S. Southard & M. Pourro re: recommendation to reallocate endowed funds to SCCC SOLII scholarship program. Review SCCC website for executive contact info. | 1.0 | $390.00/hr | $390.00 |
| **Totals For Asset Disposition** | | | **5.5** | | **$2,145.00** |
| **Business Analysis** | | | | | |
| 12/03/2018 | Neil Bivona | Review stipulation re: Perkins funds and update US Bank account tracking. Recalculate distributions of Perkins Funds based upon current account balances. E-mail to DOE & counsel re: revised calculation and proposed distributions. | 1.7 | $390.00/hr | $663.00 |
| **Totals For Business Analysis** | | | **1.7** | | **$663.00** |
| **Business Operations** | | | | | |
| 12/03/2018 | Neil Bivona | Gather and prepare required information for 2017-2018 Workers Compensation audit by carrier. Call w/ ADP re: report generation and discrepancies in wage reporting. Call w/ R. Rosenfeld to discuss the same. | 3.5 | $390.00/hr | $1,365.00 |
| 12/03/2018 | Robert Rosenfeld | Work on workers compensation audit for the Hartford relating to Debtor's workers comp period from 10/1/17 to 9/30/18. Discuss with N. Bivona and prepare response to the Hartford. | 1.5 | $390.00/hr | $585.00 |
| 12/04/2018 | Neil Bivona | Correspondence w/ US DOE re: pending Perkins fund distribution and transfer of post loan assignment payments to DOE servicer. Review and revise distribution/transfer information re: two payments received on loans not assigned. | 1.2 | $390.00/hr | $468.00 |

**RSR Consulting, LLC**  Exhibit C
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**12/1/18 Through 12/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 12/04/2018 | Neil Bivona | Finalize distribution calculations for Perkins Funds.  Set up payment instructions and transfers for Perkins funds distributions and W. Benka consulting fee payment.  Call w/ ESCI re: Perkins post assignment payment check delivery & application.  Call w/ R. Rosenfeld re: the same. | 1.0 | $390.00/hr | $390.00 |
| 12/04/2018 | Robert Rosenfeld | Process payments for Perkins Loan settlement from US Bank account and process payment to Dowling from US Bank for Perkins loan distribution. | 1.2 | $390.00/hr | $468.00 |
| 12/06/2018 | Nelson Andrade | Review and discuss internally invoices to be paid by the end of the week. | 1.1 | $350.00/hr | $385.00 |
| 12/06/2018 | Nelson Andrade | Create list of checks to be issued by Triple 5.  Review related invoices and manage correspondence. | 1.5 | $350.00/hr | $525.00 |
| 12/06/2018 | Robert Rosenfeld | Prepare bank reconciliations for month of November 2018. | 1.5 | $390.00/hr | $585.00 |
| 12/07/2018 | Nelson Andrade | Create instructions for weekly disbursements.  Review files and invoices received, coordinate internally and manage related correspondence.  Prepare transfers and wires and send for approval in banking system. | 1.2 | $350.00/hr | $420.00 |
| 12/07/2018 | Robert Rosenfeld | Processing and payments of weekly disbursements and update quickbooks. | 0.5 | $390.00/hr | $195.00 |
| 12/07/2018 | Neil Bivona | Roll forward Borrowing availability worksheet and prepare draft DIP Notice of borrowing. | 1.0 | $390.00/hr | $390.00 |
| 12/10/2018 | Nelson Andrade | Prepared compliance certificates for week 103.  Compiled budget and actual disbursement information, created variance report, analyzed cumulative budget to actual report and variances to ensure compliance.  Distribute final PDF documents and manage related correspondence. | 2.1 | $350.00/hr | $735.00 |
| 12/10/2018 | Neil Bivona | Review GCG communication escalation report.  Research inquiries and provide responses. | 0.6 | $390.00/hr | $234.00 |
| 12/11/2018 | Nelson Andrade | Prepared compliance certificates for week 104.  Compiled budget and actual disbursement information, created variance report, analyzed cumulative budget to actual report and variances to ensure compliance.  Distribute final PDF documents and manage related correspondence. | 1.6 | $350.00/hr | $560.00 |
| 12/11/2018 | Nelson Andrade | Prepared compliance certificates for week 105.  Compiled budget and actual disbursement information, created variance report, analyzed cumulative budget to actual report and variances to ensure compliance.  Distribute final PDF documents and manage related correspondence. | 2.2 | $350.00/hr | $770.00 |
| 12/11/2018 | Neil Bivona | Review Verizon invoices & prior submitted application for transfer of accounts to Triple Five.  Call to Verizon customer service & e-mails to S. Beinenstock re: the same. | 0.4 | $390.00/hr | $156.00 |

**RSR Consulting, LLC**                                                                                             **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**12/1/18 Through 12/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 12/11/2018 | Neil Bivona | Finalize DIP Notice of borrowing & draft e-mail to DIP Lenders re: the same. Correspondence w/ R. Friedman re: request for funding of holdback amounts prior to year-end. | 0.5 | $390.00/hr | $195.00 |
| 12/12/2018 | Nelson Andrade | Set up transfer for the Triple 5 escrow in the banking system. | 0.5 | $350.00/hr | $175.00 |
| 12/12/2018 | Nelson Andrade | Create documentation to return the Triple 5 escrow against post closing expenses. | 0.8 | $350.00/hr | $280.00 |
| 12/13/2018 | Nelson Andrade | Review and make changes to the planned transactions for Signature Bank related to the Plan of Liquidation Effective Date banking transactions. | 1.2 | $350.00/hr | $420.00 |
| 12/14/2018 | Nelson Andrade | Create instructions for weekly disbursements. Review files and invoices received, coordinate internally and manage related correspondence. Prepare transfers and wires and send for approval in banking system. | 2.3 | $350.00/hr | $805.00 |
| 12/14/2018 | Nelson Andrade | Update professional fee tracking worksheet and discuss payment of certain hold backs. | 1.2 | $350.00/hr | $420.00 |
| 12/14/2018 | Robert Rosenfeld | Process payments and update accounting for weekly disbursements. | 1.5 | $390.00/hr | $585.00 |
| 12/17/2018 | Nelson Andrade | Internal communication regarding case status and plan confirmation. | 0.2 | $350.00/hr | $70.00 |
| 12/18/2018 | Nelson Andrade | Create and review, based on internal documents, a plan and instructions to Signature bank related to the future distributions. | 1.2 | $350.00/hr | $420.00 |
| 12/19/2018 | Nelson Andrade | Create transfers in the bank system for the payments of the professional fees hold backs approved. | 0.6 | $350.00/hr | $210.00 |
| 12/19/2018 | Nelson Andrade | Prepare supporting documents related to payments of hold back payments based on final order. | 1.1 | $350.00/hr | $385.00 |
| 12/20/2018 | Nelson Andrade | Compile invoices for weekly payments to be made, communicate internally regarding payments. | 1.2 | $350.00/hr | $420.00 |
| 12/20/2018 | Robert Rosenfeld | Process payments for vendors and update accounting in quickbooks. | 1.0 | $390.00/hr | $390.00 |
| 12/21/2018 | Nelson Andrade | Create instructions for weekly disbursements. Review files and invoices received, coordinate internally and manage related correspondence. Prepare transfers and wires and send for approval in banking system. | 2.2 | $350.00/hr | $770.00 |
| 12/21/2018 | Nelson Andrade | Update professional fee tracking sheet to include latest invoices received, payments made in the previous week and hold back payments made. | 1.8 | $350.00/hr | $630.00 |
| 12/21/2018 | Robert Rosenfeld | Process bills for payment and banking transactions and update quickbooks. | 1.0 | $390.00/hr | $390.00 |
| 12/21/2018 | Neil Bivona | Review of vendor invoices & check quickbooks and boxed hardcopy files to reconcile. | 0.7 | $390.00/hr | $273.00 |
| 12/22/2018 | Nelson Andrade | Internal communication related to plan confirmations. Manage related correspondence. | 0.2 | $350.00/hr | $70.00 |
| 12/28/2018 | Neil Bivona | Prepare disbursement worksheet & disbursement and transfer summary reports. Set up weekly vendor payments. | 0.5 | $390.00/hr | $195.00 |

**RSR Consulting, LLC**  Exhibit C
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**12/1/18 Through 12/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 12/28/2018 | Neil Bivona | Review incoming mail / invoices & research hardcopy files for background info. | 0.6 | $390.00/hr | $234.00 |
| 12/28/2018 | Neil Bivona | Compile and distribute weekly compliance reports. | 0.5 | $390.00/hr | $195.00 |
| 12/28/2018 | Neil Bivona | Review updated communication escalation report from GCG. | 0.3 | $390.00/hr | $117.00 |
| **Totals For Business Operations** | | | **43.2** | | **$15,880.00** |
| **Claim Distributions** | | | | | |
| 12/04/2018 | Neil Bivona | Update employee addresses and withholding information in ADP system in preparation for Priority Claim distribution. | 1.5 | $390.00/hr | $585.00 |
| 12/05/2018 | Robert Rosenfeld | Discussion with R. Goldstein, C. Pieterzack (Baker Tilly) and N. Bivona regarding payroll tax withholding issues related to priority claims distributions. | 1.0 | $390.00/hr | $390.00 |
| 12/10/2018 | Neil Bivona | Review ADP Employment and Pay Profiles for out of state employees (55 employees in 18 states) for State tax withholding parameters. | 2.0 | $390.00/hr | $780.00 |
| 12/11/2018 | Robert Rosenfeld | Call with N. Bivona and I. Hellman regarding priority claim distributions and coordinating process with ADP. | 0.8 | $390.00/hr | $312.00 |
| 12/11/2018 | Nelson Andrade | Discuss internally the approach necessary to review employee priority claims. | 0.5 | $350.00/hr | $175.00 |
| 12/11/2018 | Neil Bivona | Call w/ I. Hellman, R. Rosenfeld & N. Andrade re: employee priority claim distributions and setup of payroll batch / withholding with ADP. | 0.8 | $390.00/hr | $312.00 |
| 12/11/2018 | Neil Bivona | Review of New York City resident employees for local tax withholding and MCT Tax applicability.  Review NY State website re: MCT "covered employee" definition.  Create spreadsheet reflecting possible discrepancies in ADP system. | 1.6 | $390.00/hr | $624.00 |
| 12/12/2018 | Neil Bivona | Review Banner report generated by W. Benka re: class locations for Fall/Winter 2015 & Spring 2016 re: matching up to employee State withholding setup in ADP for priority claim distribution payments. | 0.7 | $390.00/hr | $273.00 |
| 12/12/2018 | Nelson Andrade | Create, review and distribute internally report on the ADP system containing information on commuter tax. | 1.2 | $350.00/hr | $420.00 |
| 12/13/2018 | Neil Bivona | Review GCG claims register & draft notes on setup mechanics / worksheets for Plan distributions.  Review r. Rosenfeld notes on Signature Bank instructions re; dip accounts and post confirmation accounts.  Meet w/ n. Andrade re; setting up of distribution worksheets for calculating, making and tracking Plan distributions. | 2.5 | $390.00/hr | $975.00 |
| 12/13/2018 | Nelson Andrade | Discuss internally and receive feedback on the distribution tracking file. | 0.8 | $350.00/hr | $280.00 |
| 12/13/2018 | Nelson Andrade | Set up excel control document to keep track of all distributions. | 1.5 | $350.00/hr | $525.00 |
| 12/18/2018 | Neil Bivona | Review and provide comments to Signature Bank action plan for setup of post-confirmation accounts transition of funds for Plan distribution. | 0.7 | $390.00/hr | $273.00 |

**RSR Consulting, LLC**                                                               **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**12/1/18 Through 12/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 12/19/2018 | Nelson Andrade | Prepare a distribution tracking file based on information provided by GCG; categorize all claims and review all priority claims and identify superseded claims and surviving claims. | 4.0 | $350.00/hr | $1,400.00 |
| 12/19/2018 | Neil Bivona | Review GCG report of employee priority claim notices returned undeliverable.  Draft e-mail to GCG re: request for further information on alternative addresses used for the same list., Call w/ I Hellman re: checking alternative addresses against ADP payroll records. | 0.6 | $390.00/hr | $234.00 |
| 12/19/2018 | Neil Bivona | Further review of GCG claims register & draft plan for sorting & filtering data to determine allowed claim list and amounts and disputed claims and required reserve amounts. | 1.0 | $390.00/hr | $390.00 |
| 12/20/2018 | Nelson Andrade | Review all priority claims internally and identify, categorize the claims based on type of claimant; identify blank amount claims and investigate reasons and history for each claims. | 4.0 | $350.00/hr | $1,400.00 |
| 12/20/2018 | Nelson Andrade | Populate the distribution tracking file with the information gathered related priority claims. | 1.0 | $350.00/hr | $350.00 |
| 12/20/2018 | Neil Bivona | Work w/ N Andrade to review and reconcile GCG claims register for Priority claims to WARN Act settlement detail spreadsheets.  Identify other priority claim amounts and estimate employer taxes on taxable wage distributions.  Draft summary of claim issues identified and draft e-mail correspondence to L. Kiss re: the same, | 2.5 | $390.00/hr | $975.00 |
| 12/21/2018 | Neil Bivona | Phone call with I. Hellman & ADP to discuss claims distributions re: WARN Act. | 0.8 | $390.00/hr | $312.00 |
| 12/21/2018 | Neil Bivona | Meet w/ I. Hellman to discuss prep for call w/ ADP on employee distribution payroll setup. | 0.3 | $390.00/hr | $117.00 |
| 12/28/2018 | Neil Bivona | Review employee address info in ADP & respond to employee inquiry. | 0.3 | $390.00/hr | $117.00 |
| 12/31/2018 | Neil Bivona | Call w/ I. Hellman re: questions on inputting of employee claims into ADP.  Review employee data spreadsheet. | 0.3 | $390.00/hr | $117.00 |
| **Totals For Claim Distributions** | | | **30.4** | | **$11,336.00** |
| **Claims Administration and Objections** | | | | | |
| 12/04/2018 | Ilene Hellman | Verify employee info in ADP regarding Priority Claims Distribution. | 2.0 | $125.00/hr | $250.00 |
| 12/04/2018 | Ilene Hellman | Verify employee info in ADP regarding Priority Claims Distribution. | 0.9 | $125.00/hr | $112.50 |
| 12/05/2018 | Ilene Hellman | Verify employee info in ADP regarding Priority Claims Distribution. | 2.7 | $125.00/hr | $337.50 |
| 12/06/2018 | Ilene Hellman | Verify employee info in ADP regarding Priority Claims Distribution. | 2.3 | $125.00/hr | $287.50 |
| 12/06/2018 | Ilene Hellman | Verify employee info in ADP regarding Priority Claims Distribution. | 1.0 | $125.00/hr | $125.00 |
| 12/07/2018 | Ilene Hellman | Verify employee info in ADP regarding Priority Claims Distribution. | 3.6 | $125.00/hr | $450.00 |

**RSR Consulting, LLC**                                                                                                   **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**12/1/18 Through 12/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 12/20/2018 | Ilene Hellman | Verify employee info in ADP regarding Priority Claims Distribution. | 0.4 | $125.00/hr | $50.00 |
| 12/21/2018 | Ilene Hellman | Verify employee info in ADP regarding Priority Claims Distribution. | 0.7 | $125.00/hr | $87.50 |
| 12/24/2018 | Ilene Hellman | Entering dollar amounts in Priority Claims Distribution. | 2.3 | $125.00/hr | $287.50 |
| 12/24/2018 | Ilene Hellman | Entering dollar amounts in Priority Claims Distribution. | 0.7 | $125.00/hr | $87.50 |
| 12/24/2018 | Ilene Hellman | Entering dollar amounts in Priority Claims Distribution. | 0.6 | $125.00/hr | $75.00 |
| 12/26/2018 | Ilene Hellman | Entering dollar amounts in Priority Claims Distribution. | 0.3 | $125.00/hr | $37.50 |
| 12/26/2018 | Ilene Hellman | Entering dollar amounts in Priority Claims Distribution. | 0.6 | $125.00/hr | $75.00 |
| 12/26/2018 | Ilene Hellman | Entering dollar amounts in Priority Claims Distribution. | 1.2 | $125.00/hr | $150.00 |
| 12/26/2018 | Ilene Hellman | Entering dollar amounts in Priority Claims Distribution. | 1.0 | $125.00/hr | $125.00 |
| 12/28/2018 | Ilene Hellman | Entering dollar amounts in Priority Claims Distribution. | 2.6 | $125.00/hr | $325.00 |
| 12/30/2018 | Ilene Hellman | Entering dollar amounts in Priority Claims Distribution. | 0.8 | $125.00/hr | $100.00 |
| 12/30/2018 | Ilene Hellman | Entering dollar amounts in Priority Claims Distribution. | 1.7 | $125.00/hr | $212.50 |
| 12/30/2018 | Ilene Hellman | Entering dollar amounts in Priority Claims Distribution. | 1.3 | $125.00/hr | $162.50 |
| 12/30/2018 | Ilene Hellman | Entering dollar amounts in Priority Claims Distribution. | 0.1 | $125.00/hr | $12.50 |
| 12/31/2018 | Ilene Hellman | Entering dollar amounts in Priority Claims Distribution. | 0.7 | $125.00/hr | $87.50 |
| 12/31/2018 | Ilene Hellman | Entering dollar amounts in Priority Claims Distribution. | 1.6 | $125.00/hr | $200.00 |
| **Totals For Claims Administration and Objections** | | | **29.1** | | **$3,637.50** |
| **Claims Investigation** | | | | | |
| 12/05/2018 | Neil Bivona | Review list of employee info discrepancies and research for correct info. | 1.5 | $390.00/hr | $585.00 |
| 12/06/2018 | Neil Bivona | Further work to review and verify data discrepancies between WARN class data spreadsheet and ADP data.  Make corrections as needed. | 1.4 | $390.00/hr | $546.00 |
| 12/06/2018 | Neil Bivona | Call with R. Rosenfeld & Baker Tilly re: Priority claim distribution withholding issues. | 1.1 | $390.00/hr | $429.00 |
| 12/11/2018 | Neil Bivona | Review of Arrow Security POC re: timeframe of amounts claimed (pre-petition vs post-petition) and basis for claimed amount.  Draft e-mail to S. Southard re: pre-petition vs. possible post-petition claimed amounts & dispute by the Debtor. | 0.4 | $390.00/hr | $156.00 |
| 12/11/2018 | Neil Bivona | Review GCG claims register & meet w/ N. Andrade to discuss manipulation of database to filter and group priority and administrative claims.  Call w/ L. Kiss re: updated version of claims register form GCG. | 1.2 | $390.00/hr | $468.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**12/1/18 Through 12/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 12/11/2018 | Neil Bivona | Review State of California Proof of claim forms re: possible applicability / allowance as administrative or priority claims. Draft correspondence to S. Southard re: the same. | 0.5 | $390.00/hr | $195.00 |
| 12/18/2018 | Neil Bivona | Review of revised claims register from GCG re: ability to sort, reconcile and total classes of claims. Review unsecured claim pool re: impact of change in secured creditor sharing threshold. | 2.5 | $390.00/hr | $975.00 |
| 12/31/2018 | Neil Bivona | Research correct creditor addresses for returned mail items from GCG mailed notices. | 0.5 | $390.00/hr | $195.00 |
| **Totals For Claims Investigation** | | | **9.1** | | **$3,549.00** |
| **Court Hearings** | | | | | |
| 12/17/2018 | Robert Rosenfeld | Prepare for and attend Court Hearing for Plan Confirmation hearing. | 3.0 | $390.00/hr | $1,170.00 |
| 12/17/2018 | Neil Bivona | Attend confirmation hearing including pre-meeting w/ R. Friedman. | 2.0 | $390.00/hr | $780.00 |
| **Totals For Court Hearings** | | | **5.0** | | **$1,950.00** |
| **Fee Applications** | | | | | |
| 12/13/2018 | Neil Bivona | Review & edit third monthly fee application. Call w r. Rosenfeld re: the same. Draft cover e-mail to committee members an counsel. | 0.6 | $390.00/hr | $234.00 |
| **Totals For Fee Applications** | | | **0.6** | | **$234.00** |
| **Financial Analysis** | | | | | |
| 12/07/2018 | Neil Bivona | Update DIP tracking spreadsheet through 12/12/18. | 1.2 | $390.00/hr | $468.00 |
| 12/11/2018 | Neil Bivona | Review professional fee tracking report re: Ingerman Smith for any unpaid amount due. Reconcile and update tracking report. | 0.3 | $390.00/hr | $117.00 |
| 12/12/2018 | Neil Bivona | Review reconciliation analysis of Real Estate Proceeds account & compare/verify against prior waterfall analysis. | 0.3 | $390.00/hr | $117.00 |
| 12/19/2018 | Neil Bivona | Review and revision of post-confirmation budget. | 2.1 | $390.00/hr | $819.00 |
| 12/20/2018 | Neil Bivona | Update DIP balances & calculate 2015 Bond additional funding amount to Estate for UCC settlement. | 1.0 | $390.00/hr | $390.00 |
| 12/21/2018 | Neil Bivona | Further review and revision to post effective date wind down budget. | 2.0 | $390.00/hr | $780.00 |
| 12/24/2018 | Neil Bivona | Review and reconcile professional fee holdback tracking spreadsheet & estimate professional fee accrued and unbilled amounts. Prepare summary & send to I. Hammel & B. Faustini. | 2.0 | $390.00/hr | $780.00 |
| 12/24/2018 | Neil Bivona | Research ADP feed for payroll processing, tax reporting & w-2s related to employee priority claim distribution. | 1.0 | $390.00/hr | $390.00 |
| 12/24/2018 | Neil Bivona | Further review & revision to post effective date wind down budget. | 1.5 | $390.00/hr | $585.00 |
| 12/27/2018 | Neil Bivona | Further review & revision to post effective date wind down budget. Send final draft to R. Rosenfeld for review & call to discuss. Prepare variance analysis to prior version of the budget and draft e-mail correspondence to secured lenders. | 3.5 | $390.00/hr | $1,365.00 |

**RSR Consulting, LLC**                                                                                   **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**12/1/18 Through 12/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 12/31/2018 | Neil Bivona | Calculate remaining ACA professional fee holdback reserve & respond to inquiry from B. Faustini. | 0.3 | $390.00/hr | $117.00 |
| **Totals For Financial Analysis** | | | **15.2** | | **$5,928.00** |
| **Meeting** | | | | | |
| 12/20/2018 | Neil Bivona | Call w/ R. Rosenfeld re: revisions to post confirmation wind-down budget. | 0.5 | $390.00/hr | $195.00 |
| **Totals For Meeting** | | | **0.5** | | **$195.00** |
| **Meetings with Creditors and/or Representatives** | | | | | |
| 12/04/2018 | Neil Bivona | Call w/ R. Rosenfeld, ACA & Oppenheimer re: Post-Confirmation budget. | 1.5 | $390.00/hr | $585.00 |
| 12/05/2018 | Neil Bivona | Call w/ B. Faustini re: waterfall analysis. | 0.4 | $390.00/hr | $156.00 |
| 12/11/2018 | Neil Bivona | Call w/ R. Rosenfeld, Klestadt, W&C and Mintz re: confirmation hearing prep. | 0.3 | $390.00/hr | $117.00 |
| 12/12/2018 | Neil Bivona | Draft e-mail to M. Grochowski re: Notice of borrowing. | 0.5 | $390.00/hr | $195.00 |
| 12/20/2018 | Neil Bivona | Various correspondence w/ I. Hammel re: TL D DIP balances, professional fee holdbacks and 2015 Bond contribution requirements to the Estate for the UC settlement payments. | 0.4 | $390.00/hr | $156.00 |
| 12/20/2018 | Neil Bivona | Call w/ B. Faustini re: change in secured creditor deficiency claim sharing threshold and timeline and mechanics to plan effective date and distributions. | 0.4 | $390.00/hr | $156.00 |
| **Totals For Meetings with Creditors and/or Representatives** | | | **3.5** | | **$1,365.00** |
| **Meetings with Debtor and Representatives** | | | | | |
| 12/10/2018 | Neil Bivona | Conference call w/ BOT re: Endowment reallocation proposal. | 0.5 | $390.00/hr | $195.00 |
| 12/10/2018 | Robert Rosenfeld | Attend Board of Trustees call to discuss disposition of Endowments. | 0.5 | $390.00/hr | $195.00 |
| 12/11/2018 | Neil Bivona | Call w/ R. Rosenfeld, S. Southard & J. Corneau re: steps, logistics & timing to Plan Effective date. | 0.7 | $390.00/hr | $273.00 |
| 12/19/2018 | Neil Bivona | Call with S. Southard, J. Corneau and R. Rosenfeld re: Plan effective date and preparation for distributions post confirmation. | 0.8 | $390.00/hr | $312.00 |
| 12/27/2018 | Neil Bivona | Meet w/ S. Southard re: remote PC setup, Plan effectiveness & endowments. | 0.5 | $390.00/hr | $195.00 |
| **Totals For Meetings with Debtor and Representatives** | | | **3.0** | | **$1,170.00** |
| **Phone Call** | | | | | |
| 12/10/2018 | Nelson Andrade | Conference call with Board of Trustees. | 0.5 | $350.00/hr | $175.00 |
| 12/11/2018 | Ilene Hellman | Phone call to discuss ADP and claims distributions re: WARN Act | 0.8 | $125.00/hr | $100.00 |
| 12/21/2018 | Ilene Hellman | Phone call with ADP to discuss claims distributions re: WARN Act | 0.8 | $125.00/hr | $100.00 |
| **Totals For Phone Call** | | | **2.1** | | **$375.00** |
| **Plan & disclosure Statement** | | | | | |
| 12/04/2018 | Robert Rosenfeld | Attend conference call with R. Bertucci and B. Faustini and N. Bivona to discuss winddown budget for post confirmation period. | 1.6 | $390.00/hr | $624.00 |
| 12/11/2018 | Robert Rosenfeld | Call with S. Southard, J. Corneau, creditors counsel to discuss plan status. | 0.3 | $390.00/hr | $117.00 |

**RSR Consulting, LLC**                                               **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**12/1/18 Through 12/31/18**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 12/11/2018 | Robert Rosenfeld | Follow up call with S. Southard, J. Corneau, N. Bivona to discuss status of Plan confirmation and status of work needed to complete for Plan effective date. | 0.7 | $390.00/hr | $273.00 |
| 12/11/2018 | Robert Rosenfeld | Review revised declaration for Plan of Liquidation and confirmation hearing and provide comments to counsel. | 0.5 | $390.00/hr | $195.00 |
| 12/13/2018 | Robert Rosenfeld | Call with S. Southard, J. Corneau and N. Bivona re: Plan effective date and preparation for distributions post confirmation. | 0.8 | $390.00/hr | $312.00 |
| 12/27/2018 | Robert Rosenfeld | Review revised winddown and post confirmation budget and discuss with N. Bivona in response to inquiries from creditors. | 1.5 | $390.00/hr | $585.00 |
| **Totals For Plan & disclosure Statement** | | | **5.4** | | **$2,106.00** |
| **Professional Fee disbursements** | | | | | |
| 12/10/2018 | Neil Bivona | Several communications w/ R. Friedman and S. southward re: Silverman Acampora request for payment of holdbacks prior to year end. | 0.5 | $390.00/hr | $195.00 |
| **Totals For Professional Fee disbursements** | | | **0.5** | | **$195.00** |
| **Reporting** | | | | | |
| 12/19/2018 | Neil Bivona | Review of letters from Suffolk County IDA re: required 2018 compliance reporting & form of questionnaire / required information. Review prior year reports prepared by A. Dimola. | 1.8 | $390.00/hr | $702.00 |
| **Totals For Reporting** | | | **1.8** | | **$702.00** |
| **Tax compliance** | | | | | |
| 12/07/2018 | Robert Rosenfeld | Discussion with Baker Tilly and N. Bivona regarding tax compliance for priority claim distributions; follow up with N. Bivona re: status of non-NYS payroll tax compliance issues. | 0.8 | $390.00/hr | $312.00 |
| 12/07/2018 | Neil Bivona | Follow up call w/ R. Rosenfeld & Baker Tilly re: State tax withholding and reporting requirements for employee Priority Claim distribution. | 0.5 | $390.00/hr | $195.00 |
| 12/07/2018 | Neil Bivona | Run additional ADP State tax reports re: historical compliance setup, reporting and withholding/payments. | 0.5 | $390.00/hr | $195.00 |
| 12/28/2018 | Neil Bivona | Review 2018 quarterly NY state payroll tax reporting & research process for filing amended quarterly reports for Q1, Q2 & Q3. | 1.5 | $390.00/hr | $585.00 |
| **Totals For Tax compliance** | | | **3.3** | | **$1,287.00** |
| **UST Reporting** | | | | | |
| 12/06/2018 | Robert Rosenfeld | Work on Monthly Operating Report for month of November 2018. | 2.5 | $390.00/hr | $975.00 |
| 12/13/2018 | Robert Rosenfeld | Work on Monthly Operating Report for month of November 2018. | 2.0 | $390.00/hr | $780.00 |
| 12/18/2018 | Robert Rosenfeld | Make revisions to MOR for November and finalize MOR for filing based on comments received from Klestadt firm. | 1.2 | $390.00/hr | $468.00 |
| **Totals For UST Reporting** | | | **5.7** | | **$2,223.00** |
| **Grand Total** | | | **166.8** | | **$55,408.50** |

**RSR Consulting, LLC** **Exhibit D**
**Dowling College - Case #16-75545 (REG)**
**Detailed Expense Report**
**12/1/18 Through 12/31/18**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 12/01/2018 | Robert Rosenfeld | QuickBooks and Right Networks renewal for Debtor's accounting system for 12/1/18 to 11/30/19. | $2,226.76 |
| 12/11/2018 | Robert Rosenfeld | Monthly charge for Right Networks for QuickBooks hosting. | $15.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$2,241.76** |
| **Mailing/Postage** | | | |
| 12/06/2018 | Robert Rosenfeld | Priority mail postage for checks sent to Dept of Education pursuant to settlement agreement order with DOE.  Two checks sent to DOE Servicing department and the DOE. | $25.80 |
| 12/07/2018 | Robert Rosenfeld | Postage for Cablevision-Altice billing. | $0.50 |
| 12/14/2018 | Robert Rosenfeld | Postage for payment of vendor bills (3 bills mailed). | $1.50 |
| 12/20/2018 | Robert Rosenfeld | Postage for vendor payments ( Eichen & Dimegglio; Smith Downey) | $1.00 |
| 12/21/2018 | Robert Rosenfeld | Postage - vendor bills (Iron Mountain) | $0.50 |
| **Totals Billable Amounts for Mailing/Postage** | | | **$29.30** |
| **Office Supplies** | | | |
| 12/22/2018 | Robert Rosenfeld | 1099 forms for Dowling for tax year 2018 | $29.32 |
| **Totals Billable Amounts for Office Supplies** | | | **$29.32** |
| **Grand Total** | | | **$2,300.38** |