8-16-75545-reg. — Case #

My old address is 32 Terrace Lane
                  Patchogue, NY

My new address is 68 Crescent Circle
                  Holbrook, NY 11741

Thank you,
Debra Gustafson

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2019 JAN 11  P 4:52
RECEIVED