**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Joseph C. Corneau
Lauren C. Kiss

*Attorneys for Dowling College, Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re                                                                    :    Chapter 11
                                                                              :
DOWLING COLLEGE,                                           :    Case No. 16-75545 (REG)
f/d/b/a DOWLING INSTITUTE,                           :
f/d/b/a DOWLING COLLEGE ALUMNI        :
ASSOCIATION,                                                    :
f/d/b/a CECOM,                                                   :
a/k/a DOWLING COLLEGE, INC.,                  :
                                                                              :
                                       Debtor.                  :
-----------------------------------------------------------x

**NOTICE OF (I) ENTRY OF AN ORDER CONFIRMING FIRST
AMENDED PLAN OF LIQUIDATION OF DOWLING COLLEGE PURSUANT
TO CHAPTER 11 OF THE BANKRUPTCY CODE, AS MODIFIED; (II) OCCURRENCE
OF EFFECTIVE DATE; (III) ADMINISTRATIVE EXPENSE CLAIM BAR DATE;
AND (IV) REJECTION DAMAGES BAR DATE**

TO ALL CREDITORS, AND PARTIES IN INTEREST OF THE ABOVE DEBTOR, PLEASE TAKE NOTICE OF THE FOLLOWING:

Confirmation of the Plan.  On December 20, 2018 (the "Confirmation Date"), the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court") entered its *Findings of Fact, Conclusions of Law, and Order Pursuant to 11 U.S.C. § 1129 and Fed. R. Bankr. P. 3020 Confirming the First Amended Plan of Liquidation of Dowling College Pursuant to Chapter 11 of the Bankruptcy Code, As Modified* [Dkt. No. 662] (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Plan or the Confirmation Order, as applicable.  The Plan, the Disclosure Statement and the Confirmation Order may be viewed on the internet free of charge at

http://www.choosegcg.com/cases-info/dco/ or for a fee at the Bankruptcy Court's website located at http://www.nyeb.uscourts.gov by following the directions for accessing the ECF system on such website. In addition, copies of all documents are available for inspection at the Clerk's office of the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722.

Effective Date. Pursuant to the Confirmation Order, the Debtor hereby certifies and gives notice that the Plan became effective in accordance with its terms, and the Effective Date occurred on January 14, 2019 (the "Effective Date").

Bar Date for Administrative Expense Claims. Pursuant to the section 5.11 of the Plan, any person asserting an Administrative Expense Claim must file and serve an Administrative Expense Claim on or before February 13, 2019. Persons asserting an Administrative Expense Claim that fail to file an Administrative Expense Claim on or before February 13, 2019 shall be forever barred for asserting any such right to payment as against the Debtor or the Estate.

Bar Date for Rejection Damages. Pursuant to section 6.2 of the Plan, except as expressly provided in the Plan, all executory contracts and unexpired leases not previously assumed are rejected as of the Effective Date. All claims arising from the rejection of an executory contract must be filed no later than February 13, 2019. Persons asserting a claim for rejection damages that fail to file a claim for rejection damages on or before February 13, 2019 shall be forever barred for asserting any such right to payment as against the Debtor or the Estate.

Dated: New York, New York
January 14, 2019

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
Sean C. Southard
Joseph C. Corneau
Lauren C. Kiss
200 West 41st Street., 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: ssouthard@klestadt.com
jcorneau@klestadt.com
lkiss@klestadt.com

*Attorneys for Dowling College, Debtor and Debtor-in-Possession*