**BRADY McGUIRE & STEINBERG, P.C.**
303 South Broadway, Suite 234
Tarrytown, New York 10591
Telephone: 914.478.4293
Facsimile: 914.478.4142
*Attorneys for Creditor Garry Bishop*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

―――――――――――――――――――――X
                                                                  :
In re                                                           :         Chapter 11
                                                                  :
DOWLING COLLEGE,                              :         Case No. 16-75545 (REG)
f/d/b/a DOWLING INSTITUTE,              :
f/d/b/a DOWLING COLLEGE ALUMNI   :
ASSOCIATION,                                         :
f/d/b/a CECOM,                                       :
a/k/a DOWLING COLLEGE, INC.,         :
                                                                  :
                                    Debtor.               :
                                                                  :
―――――――――――――――――――――X

NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for Creditor Garry Bishop, and pursuant to Rules 2002, 9007 and 9010 of the Rules of Bankruptcy Procedures and 11 U.S.C. §1109(b) requests that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

James M. Steinberg, Esq.
BRADY McGUIRE & STEINBERG, P.C.
Attorneys for Creditor
*Garry Bishop*
303 South Broadway, Suite 234
Tarrytown, New York 10591
Tel.: 914.478.4293
Fax: 914.478.4142
james@bradymcguiresteinberg.com

PLEASE TAKE FURTHER NOTICE, that the submission and filing of this Notice is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the United States Bankruptcy Court including, without limitation, the jurisdiction of the Court to adjudicate noncore matters, which rights are reserved without prejudice.

Dated: Tarrytown, New York
January 22, 2019

BRADY McGUIRE & STEINBERG, P.C.

By: /s/ James M. Steinberg
James M. Steinberg, Esq.
Attorneys for Creditor
*Garry Bishop*
303 South Broadway, Suite 234
Tarrytown, New York 10591
(914) 478-4293

TO:

Electronic service list