

January 17, 2019

To whom it may concern:

My name is Mariel Stegmeir and my case number is 16-75545. Unfortunately, I misplaced a letter I received from the Bankruptcy court requesting any updated information regarding a change of address. I updated my mailing address with Garden City Group (GCG), but didn't know I had to update my information with the Bankruptcy court as well. I am providing you with an updated mailing address to make sure any future documents be sent to me regarding the case.

My new mailing address is: 3443 Rivermore Street, Camarillo, CA 93010

My old mailing address is: 245 Edgewood Street, Islip Terrace, NY 11752

My email address is Mariel.stegmeir@gmail.com and cell phone is (805) 415-7125

Please let me know if you need any additional information.

Thank you,

*Mariel Stegmeir*

Mariel Stegmeir