UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

DOWLING COLLEGE,
f/d/b/a DOWLING INSTITUTE,
f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,
f/d/b/a CECOM,
a/k/a DOWLING COLLEGE, INC.,

           Debtor.

Chapter 11

Case No. 16-75545 (REG)

## TWENTY SIXTH AND FINAL REPORT[1] BY RSR CONSULTING, LLC AND CHIEF RESTRUCTURING OFFICER OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 1, 2019 THROUGH JANUARY 14, 2019

The following report of compensation earned and expenses incurred provided herein, are being submitted pursuant to the Order [Docket no.106], dated December 16, 2016, authorizing RSR Consulting, LLC ("RSR") (I) to continue to provide the Debtor with a Chief Restructuring Officer and additional personnel; and (II) designating Robert S. Rosenfeld ("Mr. Rosenfeld") as Chief Restructuring Officer ("CRO") to the Debtor effective as of the Petition Date. Please refer to the following exhibits relating to the period January 1, 2019 through January 14, 2019.

    Exhibit A – Summary of Fees and Expenses
    Exhibit B – Summary of Services by Project Category
    Exhibit C – Detailed time entries by Project Category
    Exhibit D – Detail of Expenses Incurred

By: /s/ Robert S. Rosenfeld
Robert S. Rosenfeld
January 30, 2019

---

[1] On January 14, 2019, the Debtor declared the effective date for it Plan of Liquidation [Dkt 671]. This fee statement for RSR represents its final report in this matter.

**Exhibit A**

**Robert S. Rosenfeld, CRO**
**RSR Consulting, LLC**
**Dowling College - Case #16-75545 (REG)**
**Summary of Fees and Expenses \***
**1/1/19 Through 1/14/19**

**Summary of Fees**

| Summary by Professional | Responsibility/ Position in Firm | Hours | Rate | Amount |
|---|---|---|---|---|
| R. Rosenfeld | Chief Restructuring Officer | 15.2 | $ 390.00 | $ 5,928.00 |
| N. Bivona | Managing Director | 25.8 | $ 390.00 | 10,062.00 |
| N. Andrade | Director | 38.7 | $ 350.00 | 13,545.00 |
| I. Hellman | Paraprofessional | 11.8 | $ 125.00 | 1,475.00 |
| **Total** | | **91.5** | | **$ 31,010.00** |

**Average blended hourly rate**      **$ 338.91**

**Summary of Expenses**

| | |
|---|---|
| Mail/Postage | $ 18.00 |
| Computer Software Expense | 15.00 |
| Domain Name Renewal for Dowling | 38.97 |
| **Total** | **$ 71.97** |

\* Debtor's Plan of Liquidation went effective on January 14, 2019.  This period represents the
   final fee statement for RSR Consulting, LLC in this matter.

**RSR Consulting, LLC** **Exhibit B**
**Dowling College - Case #16-75545 (REG)**
**Summary Billing Report - By Project Category**
**1/1/19 Through 1/14/19**

| Category | Billable Time | Billable Amt |
|---|---:|---:|
| Asset Disposition | 10.3 | $ 4,017.00 |
| Business Operations | 28.4 | 10,228.00 |
| Claim Distributions | 26.4 | 8,887.50 |
| Claims Administration and Objections | 8.9 | 1,112.50 |
| Meetings - Internal | 0.5 | 175.00 |
| Meetings with Creditors and/or Representatives | 1.7 | 663.00 |
| Meetings with Debtor and Representatives | 1.5 | 585.00 |
| Meetings with Parties in Interest | 1.0 | 350.00 |
| Tax compliance | 7.3 | 2,847.00 |
| UST Reporting | 5.5 | 2,145.00 |
| **Grand Total** | **91.5** | **$ 31,010.00** |

**RSR Consulting, LLC**                                                           **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**1/1/19 Through 1/14/19**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| **Asset Disposition** | | | | | |
| 01/02/2019 | Neil Bivona | Update status tracker for remaining residential lots. | 0.50 | $390.00/hr | $195.00 |
| 01/04/2019 | Neil Bivona | Review & revise remaining real estate short form status report for creditors.  Communications w/ D. Cook re: Chateau Drive lots and M. White re: title search / variance application for Idle Hour Blvd. lot. | 2.00 | $390.00/hr | $780.00 |
| 01/07/2019 | Neil Bivona | Finalize and format remaining real estate summary report. Draft cover e-mail communication to lenders. | 0.50 | $390.00/hr | $195.00 |
| 01/08/2019 | Neil Bivona | Review Islip zoning board of appeals application and instructions for lot on corner of Woodlawn and Idle hour re: approval as a buildable lot.  Review files & network drives for any deed / title info.  Correspondence w/ M. White re: the same. | 1.50 | $390.00/hr | $585.00 |
| 01/09/2019 | Neil Bivona | Call and correspondence w/ Suffolk County re: donation of New Made Island and accrual of RE taxes.  Call w/ R Rosenfeld to discuss options. | 1.00 | $390.00/hr | $390.00 |
| 01/10/2019 | Neil Bivona | Review, update and revise/reformat endowment summary list for meeting with Suffolk community college.  draft agenda / talking points for meeting. | 2.00 | $390.00/hr | $780.00 |
| 01/10/2019 | Neil Bivona | Meeting w/ Suffolk county community college re: reallocation of remaining Dowling endowments. | 1.00 | $390.00/hr | $390.00 |
| 01/11/2019 | Neil Bivona | Review, revise and reformat Excel working file for Endowment summary spreadsheet for SCCC use. | 0.80 | $390.00/hr | $312.00 |
| 01/14/2019 | Neil Bivona | Review of grace period notice re: William Penn life insurance policy (Stan Henry).  Review & reconcile to prior account statement re: account balance, loan balance & CSV.  Draft correspondence to creditors re: allowing policy to lapse. | 1.00 | $390.00/hr | $390.00 |
| **Totals For Asset Disposition** | | | **10.30** | | **$4,017.00** |
| **Business Operations** | | | | | |
| 01/02/2019 | Nelson Andrade | Set up off cycle payment to service provider; create paperwork and set up funding bank transfers and manage related correspondence. | 1.10 | $350.00/hr | $385.00 |
| 01/02/2019 | Nelson Andrade | Communicate internally and with Signature bank to set up a conference call to discuss the action plan for the Effective Date and Distribution Date. | 0.50 | $350.00/hr | $175.00 |
| 01/03/2019 | Neil Bivona | Search archive boxes for payroll quarterly State Tax reports & 941s for 2016 & 2017. | 0.50 | $390.00/hr | $195.00 |
| 01/04/2019 | Nelson Andrade | Create instructions for weekly disbursements.  Review files and invoices received, coordinate internally and manage related correspondence.  Prepare transfers and wires and send for approval in banking system. | 2.20 | $350.00/hr | $770.00 |
| 01/04/2019 | Nelson Andrade | Review AP aging report and communicate internally to determine the week's payments. | 0.50 | $350.00/hr | $175.00 |
| 01/04/2019 | Nelson Andrade | Organize the invoices received for the week's payments. | 0.20 | $350.00/hr | $70.00 |
| 01/04/2019 | Nelson Andrade | Communicate with Signature bank and provide answers to certain open items based on the action plan discussions. Prepare correspondence and distribute. | 1.50 | $350.00/hr | $525.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**1/1/19 Through 1/14/19**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 01/04/2019 | Neil Bivona | Review of re-issued Verizon invoices & reconcile date of account transfer and credits due to T5.  Review updated statements from PSEG.  Update schedule of T5 Transition period payments due & draft communication to S. Beinenstock re: the same.  Call w/ S. Bienenstock to discuss. | 1.50 | $390.00/hr | $585.00 |
| 01/04/2019 | Neil Bivona | Review of AP aging report & invoices/mail received & draft e-mails to N. Andrade & R. Rosenfeld  re: weekly payment processing. | 0.50 | $390.00/hr | $195.00 |
| 01/04/2019 | Robert Rosenfeld | Process payments for week and update quickbooks for week's | 1.50 | $390.00/hr | $585.00 |
| 01/07/2019 | Nelson Andrade | Prepared compliance certificates for week 106.  Compiled budget and actual disbursement information, created variance report, analyzed cumulative budget to actual report and variances to ensure compliance.  Distribute final PDF documents and manage related correspondence. | 1.80 | $350.00/hr | $630.00 |
| 01/07/2019 | Robert Rosenfeld | Work on month end closing for Debtor and update Debtor's books and records for preparation of MOR for December 2018. | 1.50 | $390.00/hr | $585.00 |
| 01/08/2019 | Nelson Andrade | Prepared compliance certificates for week 107.  Compiled budget and actual disbursement information, created variance report, analyzed cumulative budget to actual report and variances to ensure compliance.  Distribute final PDF documents and manage related correspondence. | 1.50 | $350.00/hr | $525.00 |
| 01/09/2019 | Nelson Andrade | Prepared compliance certificates for week 108.  Compiled budget and actual disbursement information, created variance report, analyzed cumulative budget to actual report and variances to ensure compliance.  Distribute final PDF documents and manage related correspondence. | 2.00 | $350.00/hr | $700.00 |
| 01/10/2019 | Neil Bivona | Meet w/ W. Benka & S. Nocella at Klestadt office re: installation of PC for connection to / printing form network drives and Banner. | 1.00 | $390.00/hr | $390.00 |
| 01/10/2019 | Nelson Andrade | Prepared compliance certificates for week 109.  Compiled budget and actual disbursement information, created variance report, analyzed cumulative budget to actual report and variances to ensure compliance.  Distribute final PDF documents and manage related correspondence. | 2.20 | $350.00/hr | $770.00 |
| 01/10/2019 | Nelson Andrade | Review weekly payments to be made and discuss internally.  Manage related correspondence. | 0.50 | $350.00/hr | $175.00 |
| 01/11/2019 | Nelson Andrade | Create instructions for weekly disbursements.  Review files and invoices received, coordinate internally and manage related correspondence.  Prepare transfers and wires and send for approval in banking system. | 1.80 | $350.00/hr | $630.00 |
| 01/11/2019 | Nelson Andrade | Prepared compliance certificates for week 110.  Compiled budget and actual disbursement information, created variance report, analyzed cumulative budget to actual report and variances to ensure compliance.  Distribute final PDF documents and manage related correspondence. | 1.90 | $350.00/hr | $665.00 |
| 01/11/2019 | Robert Rosenfeld | Processing of payments to vendors and update of quickbooks. | 0.70 | $390.00/hr | $273.00 |

**RSR Consulting, LLC**  **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**1/1/19 Through 1/14/19**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 01/12/2019 | Nelson Andrade | Prepared compliance certificates for week 111. Compiled budget and actual disbursement information, created variance report, analyzed cumulative budget to actual report and variances to ensure compliance. Distribute final PDF documents and manage related correspondence. | 2.10 | $350.00/hr | $735.00 |
| 01/14/2019 | Nelson Andrade | Correspondence with Signature bank and internally to discuss details on the accounts being opened for distribution. | 1.20 | $350.00/hr | $420.00 |
| 01/14/2019 | Nelson Andrade | Call with Signature bank to discuss distribution accounts. | 0.20 | $350.00/hr | $70.00 |
| **Totals For Business Operations** | | | **28.40** | | **$10,228.00** |

**Claim Distributions**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 01/03/2019 | Neil Bivona | Review of e-mail communications and two calls w/ I. Hellman re: set up of ADP payroll batch for employee priority claim distributions. | 0.60 | $390.00/hr | $234.00 |
| 01/04/2019 | Nelson Andrade | Review files received related to priority claims distributions. | 0.20 | $350.00/hr | $70.00 |
| 01/04/2019 | Neil Bivona | Review initial payroll batch for employee priority claim distributions & compare to source report. Review ADP setup for source of discrepancies in reported / pay fields. | 1.50 | $390.00/hr | $585.00 |
| 01/04/2019 | Neil Bivona | Review of revised payroll register for employee priority claim distribution batch & confirm only correct fields are incorporated for tax withholdings & other deductions. Draft e-mail to N. Andrade re: parameters for detailed comparison analysis to source input spreadsheet. | 1.30 | $390.00/hr | $507.00 |
| 01/07/2019 | Nelson Andrade | Create database to compare ADP Register entry information against WARN Settlement file. | 4.00 | $350.00/hr | $1,400.00 |
| 01/08/2019 | Nelson Andrade | Populate and review/revise database to compare ADP Register entry information against WARN Settlement file. | 4.00 | $350.00/hr | $1,400.00 |
| 01/09/2019 | Neil Bivona | Review documentation and correspondence re: employee priority claim payment due to deceased employee. | 0.50 | $390.00/hr | $195.00 |
| 01/09/2019 | Neil Bivona | Review variance analysis for employee priority claim spreadsheet vs. ADP payroll register. Research deductions for NY State Family leave Insurance and union dues. | 1.50 | $390.00/hr | $585.00 |
| 01/09/2019 | Nelson Andrade | Make final changes to database to compare ADP Register entry information against WARN Settlement file. Distribute file internally. | 2.00 | $350.00/hr | $700.00 |
| 01/10/2019 | Nelson Andrade | Discuss and review the ADP entry file internally. | 1.00 | $350.00/hr | $350.00 |
| 01/10/2019 | Nelson Andrade | Create summary tab in the ADP entry file to facilitate internal discussion. | 1.00 | $350.00/hr | $350.00 |
| 01/10/2019 | Nelson Andrade | Distribute ADP entry file internally and discuss suggested changes to be made to ADP entries. | 1.00 | $350.00/hr | $350.00 |
| 01/14/2019 | Nelson Andrade | Research names in ADP Register to find about potential depen | 0.50 | $350.00/hr | $175.00 |
| 01/14/2019 | Nelson Andrade | Create a comparison between RSR and legal counsel records for ADP register and investigate the differences. Manage related correspondence with legal counsel. | 2.30 | $350.00/hr | $805.00 |
| 01/14/2019 | Ilene Hellman | Phone call to ADP to address issue with Claim Distribution batc | 1.50 | $125.00/hr | $187.50 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**1/1/19 Through 1/14/19**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 01/14/2019 | Neil Bivona | Review of professional fee holdback detail. Draft e-mail to R. Berttucci & I. Hammel re: sharing of holdback payments. | 0.60 | $390.00/hr | $234.00 |
| 01/14/2019 | Neil Bivona | Further review and revisions to priority claim distribution list and calculation including confirmation of employee payments and other priority claim payments. Discussion w/ N. Andrade re: the same. | 1.50 | $390.00/hr | $585.00 |
| 01/14/2019 | Ilene Hellman | Changes to Claim Distribution batch | 1.40 | $125.00/hr | $175.00 |
| **Totals For Claim Distributions** | | | **26.40** | | **$8,887.50** |
| **Claims Administration and Objections** | | | | | |
| 01/02/2019 | Ilene Hellman | Entering dollar amounts in Priority Claims Distribution. | 1.50 | $125.00/hr | $187.50 |
| 01/03/2019 | Ilene Hellman | Phone call to ADP to address issue with Claim Distribution batc | 1.10 | $125.00/hr | $137.50 |
| 01/03/2019 | Ilene Hellman | Entering dollar amounts in Priority Claims Distribution. | 1.10 | $125.00/hr | $137.50 |
| 01/03/2019 | Ilene Hellman | Call/emails to Neil to discuss ADP issue with Claims Dist Batch | 0.40 | $125.00/hr | $50.00 |
| 01/03/2019 | Ilene Hellman | Phone call to ADP to address issue with Claim Distribution batc | 0.60 | $125.00/hr | $75.00 |
| 01/07/2019 | Ilene Hellman | Phone call to ADP to address issue with Claim Distribution batc | 0.50 | $125.00/hr | $62.50 |
| 01/07/2019 | Ilene Hellman | Phone call to ADP to address issue with Claim Distribution batc | 0.50 | $125.00/hr | $62.50 |
| 01/08/2019 | Ilene Hellman | Phone call to ADP to address issue with Claim Distribution batc | 0.30 | $125.00/hr | $37.50 |
| 01/08/2019 | Ilene Hellman | Phone call to ADP to address issue with Claim Distribution batc | 0.30 | $125.00/hr | $37.50 |
| 01/09/2019 | Ilene Hellman | Review of 1099s | 1.70 | $125.00/hr | $212.50 |
| 01/09/2019 | Ilene Hellman | Phone call to ADP to address issue with Claim Distribution batc | 0.70 | $125.00/hr | $87.50 |
| 01/09/2019 | Ilene Hellman | Review of 1099s | 0.20 | $125.00/hr | $25.00 |
| **Totals For Claims Administration and Objections** | | | **8.90** | | **$1,112.50** |
| **Meetings - Internal** | | | | | |
| 01/07/2019 | Nelson Andrade | Internal discussion related to certain payments to be made in the current week. | 0.50 | $350.00/hr | $175.00 |
| **Totals For Meetings - Internal** | | | **0.50** | | **$175.00** |
| **Meetings with Creditors and/or Representatives** | | | | | |
| 01/02/2019 | Neil Bivona | Review of professional fee holdbacks vs. creditor waterfall / distribution analysis & call w/ B. Faustini re: the same. Follow up call w/ R. Rosenfeld re: the same. | 1.00 | $390.00/hr | $390.00 |
| 01/07/2019 | Neil Bivona | Call w/ B. Faustini re: remaining real estate summary report / reserves for RE taxes. | 0.40 | $390.00/hr | $156.00 |
| 01/11/2019 | Neil Bivona | Call w/ B. Faustini re: Plan Effective date and DIP commitments / borrowings. | 0.30 | $390.00/hr | $117.00 |
| **Totals For Meetings with Creditors and/or Representatives** | | | **1.70** | | **$663.00** |
| **Meetings with Debtor and Representatives** | | | | | |
| 01/02/2019 | Neil Bivona | Call & correspondence w/ S. Southard re: plan effectiveness, professional fee holdbacks, wind down budget & other related issues. | 0.50 | $390.00/hr | $195.00 |
| 01/11/2019 | Neil Bivona | Call w/ Klestadt & R. Rosenfeld re: Plan Effective date determir | 0.50 | $390.00/hr | $195.00 |
| 01/11/2019 | Robert Rosenfeld | Call with Debtor counsel and N. Bivona re: planning for Effective date of Plan. | 0.50 | $390.00/hr | $195.00 |
| **Totals For Meetings with Debtor and Representatives** | | | **1.50** | | **$585.00** |
| **Meetings with Parties in Interest** | | | | | |
| 01/03/2019 | Nelson Andrade | Conference call with Signature bank to discuss the action plan for the Effective Date and Distribution Date. | 1.00 | $350.00/hr | $350.00 |
| **Totals For Meetings with Parties in Interest** | | | **1.00** | | **$350.00** |
| **Tax compliance** | | | | | |
| 01/02/2019 | Neil Bivona | Review of prior two years quarterly state payroll returns re: need to file amended returns. | 1.20 | $390.00/hr | $468.00 |

**RSR Consulting, LLC** **Exhibit C**
**Dowling College - Case #16-75545 (REG)**
**Detailed Billing Report**
**1/1/19 Through 1/14/19**

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 01/06/2019 | Robert Rosenfeld | Analyze disbursements for 2018 in support of preparing 1099s | 1.50 | $390.00/hr | $585.00 |
| 01/07/2019 | Robert Rosenfeld | Prepare 1099s for Dowling College for 2018 and reconcile to Debtor's books and records. | 2.50 | $390.00/hr | $975.00 |
| 01/14/2019 | Neil Bivona | Call with ADP account rep re: final payroll & process for final state and federal payroll tax reporting and termination of services. | 0.60 | $390.00/hr | $234.00 |
| 01/14/2019 | Robert Rosenfeld | Complete 1099s based on additional information received from payees and process 1096 and 1099A forms for filing. | 1.50 | $390.00/hr | $585.00 |
| **Totals For Tax compliance** | | | **7.30** | | **$2,847.00** |
| **UST Reporting** | | | | | |
| 01/09/2019 | Robert Rosenfeld | Work on MOR and supporting schedules for December 2018. | 3.00 | $390.00/hr | $1,170.00 |
| 01/12/2019 | Robert Rosenfeld | Make revisions to MOR for December 2018. | 2.50 | $390.00/hr | $975.00 |
| **Totals For UST Reporting** | | | **5.50** | | **$2,145.00** |
| **Grand Total** | | | **91.50** | | **$31,010.00** |

**RSR Consulting, LLC**                                                                                                          **Exhibit D**
**Dowling College - Case #16-75545 (REG)**
**Detailed Expense Report**
**1/1/19 Through 1/14/19**

| Expense Date | User | Description | Cost |
|---|---|---|---|
| **Accounting-software** | | | |
| 01/11/2019 | Robert Rosenfeld | Right Networks monthly charge for quickbooks. | $15.00 |
| **Totals Billable Amounts for Accounting-software** | | | **$15.00** |
| **Mailing/Postage** | | | |
| 01/02/2019 | Robert Rosenfeld | Postage for bill payment to W. Banka - IT Consulting service | $0.50 |
| 01/04/2019 | Robert Rosenfeld | Postage for payment of bills for ADP & CIS. | $1.00 |
| 01/09/2019 | Robert Rosenfeld | Postage for mailing 1099s to 2018 recipients (28 letters) x $ | $14.00 |
| 01/11/2019 | Robert Rosenfeld | Postage for W-2s sent to employees for 2018 tax year (4 W- | $2.00 |
| 01/14/2019 | Robert Rosenfeld | Postage for mailing of 1099 to Whale Rock. | $0.50 |
| **Totals Billable Amounts for Mailing/Postage** | | | **$18.00** |
| **Miscellaneous** | | | |
| 01/08/2019 | Neil Bivona | One year DNS renewal for "dowling.edu". | $38.97 |
| **Totals Billable Amounts for Miscellaneous** | | | **$38.97** |
| **Grand Total** | | | **$71.97** |