# EXHIBIT A

**In re: Dowling College**
**Chapter 11 – Case No. 16-75545 (REG)**

## CATEGORY LIST

### June 1, 2018 through and including January 1, 2019

|   | CATEGORY | TOTAL HOURS | AMOUNT CHARGED | AVERAGE HOURLY RATE |
|---|---|---|---|---|
| 1. | Asset Sale | 17.70 | $9,543.50 | $539.18 |
| 2. | Case Administration | 63.90 | $27,392.00 | $428.67 |
| 3. | Claims Administration/Objection | 2.70 | $1,084.50 | $401.67 |
| 4. | Fee Application | 23.20 | $6,768.50 | $291.75 |
| 5. | Financing | 1.80 | $630.00 | $350.00 |
| 6. | Litigation | 135.00 | $78,518.00 | $597.10 |
| 7. | Plan/Disclosure | 79.50 | $35,713.50 | $449.23 |
|   |   |   |   |   |
|   | **Totals:** | **323.80** | **$159,650.00** |   |
|   | **Blended Hourly Rate:** |   |   | **$493.05** |

### Totals for Final Application

|   | CATEGORY | TOTAL HOURS | AMOUNT CHARGED | AVERAGE HOURLY RATE |
|---|---|---|---|---|
| 1. | Asset Analysis | 57.00 | $32,202.00 | $564.95 |
| 2. | Asset Sale | 395.70 | $212,260.00 | $536.42 |
| 3. | Case Administration | 256.40 | $122,813.50 | $479.00 |
| 4. | Claims Administration | 18.80 | $10,783.50 | $573.60 |
| 5. | Claims Objection | 9.00 | $5,625.00 | $625.00 |
| 6. | Claims Administration/Objection | 15.80 | $6,161.00 | $389.94 |
| 7. | Creditors Meeting | 45.20 | $21,272.00 | $470.61 |
| 8. | Fee Application | 90.30 | $21,672.00 | $240.00 |
| 9. | Financing | 105.60 | $53,504.00 | $506.67 |
| 10. | Litigation | 494.60 | $293,683.00 | $598.01 |
| 11. | Plan/Disclosure | 115.10 | $50,593.00 | $439.56 |

|     | CATEGORY | TOTAL HOURS | AMOUNT CHARGED | AVERAGE HOURLY RATE |
|-----|----------|-------------|----------------|---------------------|
| 12. | Retention Order | 24.10 | $10,222.00 | $424.15 |
|     |          |             |                |                     |
|     | **Totals:** | **1,627.60** | **$840,791.00** |                |
|     | **Blended Hourly Rate:** |   |            | **$516.58**         |