# EXHIBIT B

**In re: Dowling College**
**Chapter 11 – Case No. 16-75545 (REG)**

**PROFESSIONALS LIST**

**June 1, 2018 through and including January 14, 2019**

| PARTNERS | NEW YORK BAR ADMISSION YEAR | HOURS | RATE | AMOUNT | BLENDED RATE |
|---|---|---|---|---|---|
| Anthony C. Acampora | 1984 | 106.40<br>1.40 | $625.00<br>$650.00 | $66,500.00<br>$910.00 | |
| Ronald J. Friedman | 1997 | 49.90<br>8.10 | $585.00<br>$625.00 | $29,191.50<br>$5,062.50 | |
| Kenneth P. Silverman | 1981 | 10.90 | $695.00 | $7,575.50 | |
| Jay S. Hellman | | 3.10 | $550.00 | $1,705.00 | |
| | | **179.80** | | **$110,944.50** | **$617.05** |
| **ASSOCIATES** | | | | | |
| Brian Powers | 2013 | 133.30<br>4.20 | $350.00<br>$375.00 | $46,095.00<br>$1,387.50 | |
| Haley Trust | 2017 | 5.90<br>0.20 | $210.00<br>$250.00 | $1,113.00<br>$50.00 | |
| | | **143.60** | | **$48,645.50** | **$338.76** |
| **LEGAL ASSISTANT** | | | | | |
| Melissa Cohen | | 0.40 | $150.00 | $60.00 | |
| | | **0.40** | | **$60.00** | **$150.00** |
| **TOTAL** | | **323.80** | | **$159,650.00** | |
| **BLENDED HOURLY RATE:** | | | **$493.05** | | |

HTRUST/2258362.1/066648

**In re: Dowling College**
**Chapter 11 – Case No. 16-75545 (REG)**

**PROFESSIONALS LIST**

**Final Application Total**

| PARTNERS | NEW YORK BAR ADMISSION YEAR | HOURS | RATE | AMOUNT | BLENDED RATE |
|---|---|---|---|---|---|
| Anthony C. Acampora | 1984 | 462.70<br>1.40 | $625.00<br>$650.00 | $289,187.50<br>$910.00 | |
| Ronald J. Friedman | 1997 | 398.30<br>8.10 | $585.00<br>$625.00 | $233,005.50<br>$5,062.50 | |
| Gerard R. Luckman | 1994 | 86.00 | $585.00 | $50,310.00 | |
| Kenneth P. Silverman | 1981 | 3.60<br>134.30 | $0.00<br>$695.00 | $0.00<br>$93,338.50 | |
| Patricia M. Colgan | 1986 | 0.30 | $425.00 | $127.50 | |
| Jay S. Hellman | | 3.10 | $550.00 | $1,705.00 | |
| | | **1,097.80** | | **$673,646.50** | **$613.63** |
| **COUNSEL** | | | | | |
| Jack B. Friedman | 1970 | 0.80 | $495.00 | $396.00 | |
| Justin S. Krell | 2007 | 0.30 | $395.00 | $118.50 | |
| Janet F. Brunell | 1988 | 6.20 | $300.00 | $1,860.00 | |
| | | **7.30** | | **$2,374.50** | **$325.27** |
| **ASSOCIATES** | | | | | |
| Brian Powers | 2013 | 0.40<br>43.50<br>233.80<br>230.60<br>4.20 | $0.00<br>$300.00<br>$325.00<br>$350.00<br>$375.00 | $0.00<br>$12,630.00<br>$70,622.50<br>$78,455.00<br>$1,387.50 | |
| Haley Trust | 2017 | 0.60<br>0.30<br>5.90<br>0.20 | $0.00<br>$150.00<br>$210.00<br>$250.00 | $0.00<br>$45.00<br>$1,113.00<br>$50.00 | |
| | | **519.50** | | **$164,303.00** | **$316.27** |
| **PARALEGALS** | | | | | |

| PARTNERS | NEW YORK BAR ADMISSION YEAR | HOURS | RATE | AMOUNT | BLENDED RATE |
|---|---|---|---|---|---|
| Lynne M. Manzolillo | | 1.80 | $210.00 | $378.00 | |
| | | **1.80** | | **$378.00** | **$210.00** |
| **LEGAL ASSISTANT** | | | | | |
| Melissa Cohen | | 0.10<br>0.70 | $140.00<br>$150.00 | $14.00<br>$105.00 | |
| Christine D'Aquila | | 0.20 | $210.00 | $30.00 | |
| Sheree B. King | | 0.20 | $150.00 | $30.00 | |
| | | **1.20** | | **$179.00** | **$149.17** |
| **TOTAL** | | **1,627.60** | | **$840,791.00** | |
| **BLENDED HOURLY RATE:** | | | **$516.58** | | |