# EXHIBIT C

**In re: Dowling College**
**Chapter 11 – Case No. 16-75545 (REG)**

**DISBURSEMENT SUMMARY**

**June 1, 2018 through and including January 14, 2019**

| Pacer | $57.80 |
|---|---|
| Postage | $261.50 |
| Mileage | $27.11 |
| **TOTAL** | **$346.41** |

**Total**

| Court Call | $30.00 |
|---|---|
| Mileage | $172.89 |
| Pacer | $422.80 |
| Postage | $1,524.11 |
| **TOTAL** | **$2,148.90** |