**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

**New Hearing Date: April 1, 2019**
**Hearing Time: 1:30 p.m. (EST)**

**Objection Deadline:  March 25, 2019**
**at 4:00 p.m. (EST)**

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                                  :    Chapter 11
                                                                       :
DOWLING COLLEGE,                                                       :
f/d/b/a DOWLING INSTITUTE,                                             :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                                         :
ASSOCIATION,                                                           :
f/d/b/a CECOM,                                                         :
a/k/a DOWLING COLLEGE, INC.,                                           :
                                                   Debtor.             :
-----------------------------------------------------------------x

### NOTICE OF HEARING TO CONSIDER FOURTH INTERIM
### AND FINAL APPLICATION OF KLESTADT WINTERS JURELLER
### SOUTHARD & STEVENS, LLP, GENERAL BANKRUPTCY COUNSEL
### TO THE DEBTOR AND DEBTOR IN POSESSION, FOR
### ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

　　　**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Robert E. Grossman, United States Bankruptcy Judge for the Eastern District of New York, at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Room 860, Central Islip, New York 11722, on the **1st day of April, 2019 at 1:30 p.m. (EST)**, or as soon thereafter as counsel can be heard, to consider the *Fourth Interim and Final Application of Klestadt Winters Jureller Southard & Stevens, LLP, General Bankruptcy Counsel to the Debtor and Debtor in Possession, for Allowance of Compensation and Reimbursement of Expenses* (the "Fee Application") [Docket No. 679].

　　　**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the Fee Application shall be made in writing, shall state with particularity the grounds for the objection, and shall be filed with the Bankruptcy Court, in electronic format, by utilizing the Court's electronic case filing system at www.ecf.nyeb.uscourts.gov, or if the same cannot be filed electronically, by manually filing same with the Clerk of the Court together with a CD-ROM containing same in Word, WordPerfect or .pdf format, with a hard copy provided to the Clerk's Office at Bankruptcy Court, Alfonse D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York, 11722 and upon

(i) Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York, 10036, Attn: Sean C. Southard, Esq., counsel to the Debtor and Debtor-in-Possession and (ii) Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York, 11722, Attn: Stan Yang, Esq., Assistant U.S. Trustee, so as to be received no later than **March 25, 2019 at 4:00 p.m. (EST).**

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Fee Application may be adjourned without further notice except as announced in open court on the Hearing Date, or at any adjourned hearing.

Dated:   New York, New York
         February 1, 2019

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**

By:   */s/ Sean C. Southard*
      Sean C. Southard
      Lauren C. Kiss
      200 West 41st Street, 17th Floor
      New York, New York 10036-7203
      Telephone: (212) 972-3000
      Facsimile: (212) 972-2245
      Email: ssouthard@klestadt.com
             lkiss@klestadt.com

      *Counsel to Debtor and Debtor in Possession*