**KLESTADT WINTERS JURELLER**  
**SOUTHARD & STEVENS, LLP**  
200 West 41st Street, 17th Floor  
New York, NY 10036-7203  
Telephone: (212) 972-3000  
Facsimile: (212) 972-2245  
Sean C. Southard  
Lauren C. Kiss

**New Hearing Date: April 1, 2019**  
**Hearing Time: 1:30 p.m. (EST)**

**Objection Deadline:  March 25, 2019**  
**at 4:00 p.m. (EST)**

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**  
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x  
In re                                                                        :     Chapter 11  
                                                                                 :  
DOWLING COLLEGE,                                              :  
f/d/b/a DOWLING INSTITUTE,                              :     Case No. 16-75545 (REG)  
f/d/b/a DOWLING COLLEGE ALUMNI            :  
ASSOCIATION,                                                        :  
f/d/b/a CECOM,                                                       :  
a/k/a DOWLING COLLEGE, INC.,                        :  
                                         Debtor.                      :  
----------------------------------------------------------------x

**AMENDED NOTICE OF HEARING TO CONSIDER SECOND INTERIM AND FINAL APPLICATION OF BAKER TILLY VIRCHOW KRAUSE, LLP, TAX ACCOUNTANTS FOR THE DEBTOR AND DEBTOR-IN-POSESSESION, PURSUANT TO UNITED STATES TRUSTEE GUIDELINES FOR REVIEWING APPLICATIONS <u>FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Robert E. Grossman, United States Bankruptcy Judge for the Eastern District of New York, at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Room 860, Central Islip, New York 11722, on the **1st day of April, 2019 at 1:30 p.m. (EST)**, or as soon thereafter as counsel can be heard, to consider the *Second Interim and Final Application of Baker Tilly Virchow Krause, LLP, Tax Accountants for the Debtor and Debtor-in-Possession, Pursuant to Bankruptcy Code Sections 330 and 331 for Allowance of Compensation and Reimbursement of Expenses* (the "<u>Fee Application</u>") [Docket No. 681].

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the Fee Application shall be made in writing, shall state with particularity the grounds for the objection, and shall be filed with the Bankruptcy Court, in electronic format, by utilizing the Court's electronic case filing system at www.ecf.nyeb.uscourts.gov, or if the same cannot be filed electronically, by manually filing same with the Clerk of the Court together with a CD-ROM containing same in Word, WordPerfect or .pdf format, with a hard copy provided to the Clerk's Office at Bankruptcy Court,

1

Alfonse D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York, 11722 and upon (i) Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York, 10036, Attn: Sean C. Southard, Esq., counsel to the Debtor and Debtor-in-Possession, (ii) Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York, 11722, Attn: Stan Yang, Esq., Assistant U.S. Trustee, and (iii) Baker Tilly Virchow Krause, LLP, 125 Baylis Road, Melville, New York 11747, Attn: Ellen Labita, so as to be received no later than **March 25, 2019 at 4:00 p.m. (EST).**

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Fee Application may be adjourned without further notice except as announced in open court on the Hearing Date, or at any adjourned hearing.

Dated: New York, New York
February 1, 2019

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/Sean C. Southard*
Sean C. Southard
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, New York 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Email: ssouthard@klestadt.com
lkiss@klestadt.com

*Counsel to Debtor and Debtor in Possession*