**FPM Group, LTD.**
909 Marconi Avenue
Ronkonkoma, NY 11779
Telephone: (631) 737-6200
Facsimile: (631) 737-2410
Kevin F. Loyst

*Consultants to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re                                             :        Chapter 11
                                                  :
DOWLING COLLEGE,                                  :
f/d/b/a DOWLING INSTITUTE,                        :        Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                    :
ASSOCIATION,                                      :
f/d/b/a CECOM,                                    :
a/k/a DOWLING COLLEGE, INC.,                      :
                                      Debtor.     :
---------------------------------------------------------------x

### SUMMARY SHEET PURSUANT TO UNITED STATES TRUSTEE GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED UNDER 11 U.S.C. § 330 FOR THE FINAL FEE APPLICATION OF FPM GROUP, LTD., CONSULTANTS TO THE DEBTOR AND DEBTOR IN POSSESSION

| | |
|---|---|
| Name of Applicant: | FPM Group, LTD. |
| | |
| Role in This Case: | Consultants to the Debtor and Debtor in Possession |
| Petition Date: | November 29, 2016 |
| | |
| Retention Date: | December 6, 2016 |
| | |
| Date of Order Approving Employment: | January 29, 2017 |
| | |
| Period for Which Compensation and Reimbursement is Sought: | Representation Period: November 29, 2016 through January 14, 2019 |
| | |
| Total Fees Requested for the Representation Period: | $70,069.68 |

| | |
|---|---|
| Total Expenses Requested for the Representation Period: | $20,529.44 |
| | |
| Total Sought: | $90,599.12 |
| PRIOR APPLICATIONS | |
| | |
| *First Application for Period of December 6, 2016 through March 31, 2017* | |
| | |
| Total Fees Requested: | $28,843.27 |
| Total Fees Allowed and Paid on Interim Basis: | $28,843.27 |
| Total Fees Outstanding from Period: | $0.00 |
| | |
| Total Expenses Requested: | $12,846.12 |
| Total Expenses Paid: | $12,846.12 |
| | |
| *Second Application for Period April 1, 2017 through September 30, 2017* | |
| | |
| Total Fees Requested: | $29,154.99 |
| Total Fees Allowed: | $29,154.99 |
| Total Fees Paid on Interim Basis: | $23,324.00 |
| Total Fees Outstanding from Period: | *$5,830.99* |
| | |
| Total Expenses Requested: | $3,337.63 |
| Total Expenses Paid: | $3,337.63 |
| | |
| *Third Application for Period October 1, 2017 through May 31, 2018* | |
| | |
| Total Fees Requested: | $12,071.42 |
| Total Fees Allowed: | $12,071.42 |
| Total Fees Paid on Interim Basis: | $9,657.14 |
| Total Fees Outstanding from Period: | *$2,414.28* |
| | |
| Total Expenses Requested: | $4,345.69 |
| Total Expenses Paid: | $4,345.69 |
| | |
| Are any rates higher than those approved or disclosed at retention? | No |

This is an:  ___interim  X final application.

**FPM Group, LTD.**
909 Marconi Avenue
Ronkonkoma, NY 11779
Telephone: (631) 737-6200
Facsimile: (631) 737-2410
Kevin F. Loyst

*Consultants to the Debtor and Debtor-in-*
  *Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                          :          Chapter 11
                                                               :
DOWLING COLLEGE,                                               :
f/d/b/a DOWLING INSTITUTE,                                     :          Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                                 :
ASSOCIATION,                                                   :
f/d/b/a CECOM,                                                 :
a/k/a DOWLING COLLEGE, INC.,                                   :
                                        Debtor.                :
-----------------------------------------------------------------x

### FINAL FEE APPLICATION OF FPM GROUP, LTD.
### CONSULTANTS TO THE DEBTOR AND DEBTOR IN POSSESSION FOR AN
### ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

**TO THE HONORABLE ROBERT E. GROSSMAN,**
**UNITED STATES BANKRUPTCY JUDGE**:

FPM Group, LTD., as consultant to Dowling College, (the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), as and for its application ("Application") for a final interim allowance of compensation for services rendered and reimbursement of expenses for the period of November 29, 2016 through January 14, 2019, pursuant to 11 U.S.C. §§ 330(a) and 331, and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), respectfully sets forth and represents as follows:

## INTRODUCTION

1.    FPM Group, LTD. Seeks allowance, on a final basis, of compensation for professional services rendered to the Debtor and for reimbursement of actual and necessary costs and expenses incurred in connection with FPM Group's representation of the Debtor during the period from November 29, 2016 through January 14, 2019, (the "Representation Period").

| Total Fees Requested for the Representation Period: | $70,069.68 |
|---|---|
| Total Expenses Requested for the Representation Period: | $20,529.44 |
| **Total Sought:** | **$90,599.12** |

2.    A summary of the time and expenses broken down by billing category is annexed hereto as **Exhibit A**.  Copies of the employees' time records are annexed hereto as **Exhibit B**.  A summary of the time records broken down by timekeeper is annexed hereto as **Exhibit C**.  Tasks 1 and 3 are fixed rate billing categories and FPM Group, LTD. was not required to maintain detailed time records for these matters.  As a result, Tasks 1 and 3 are not included as part of Exhibits B and C.  For Task 1, FPM Group, Ltd. received a total amount of $1,896.89 and for Task 3, FPM Group, Ltd. received a total amount of $17,300.

3.    A detailed summary of the expenses is annexed hereto as **Exhibit D**.

4.    Annexed hereto as **Exhibit E** is the certification of Kevin F. Loyst.

## JURISDICTION

5.    This Court has jurisdiction over this Application by virtue of 28 U.S.C. §§ 157(a) and (b), and 1334(b), and the Administrative Order No. 264 titled "In the Matter of The Referral of Matters to the Bankruptcy Judges" of the United States District Court for the Eastern District of New York (Weinstein, C.J.) dated August 28, 1986.

6.    Venue is proper in this district pursuant to 28 U.S.C. § 1409(a) because this proceeding arises in a case under the Bankruptcy Code pending in this district.

## BACKGROUND

7.    On November 29, 2016 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York (the or this "Court").

8.    An application to employ FPM Group, LTD. as Consultants for the Debtor was filed (the "FPM Group, LTD. Application") [Docket No. 127] on December 23, 2016.   The FPM Group, LTD. Retention Application was granted by order of the Court dated January 29, 2017 and the retention was approved *nunc pro tunc* to the December 6, 2016 (the FPM Group, LTD. Retention Order") [Docket No. 189].

9.    On December 21, 2016, the Court entered the *Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [Docket No. 117].

10.    With the exception of services provided by the subcontractor and fees paid by FPM Group, LTD. to the subcontractor, FPM Group, LTD. has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these cases.   No promises have been received by FPM Group, LTD. as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

## **SUMMARY OF SERVICES RENDERED**

11.  In conformity with the United States Trustee Guidelines For Reviewing Applications For Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, dated January 30, 1996 (the "U.S. Trustee Guidelines"). FPM Group, LTD. has segregated its time entries during the Representation Period into the following project categories, which correspond to the major tasks undertaken by FPM Group, LTD. during the same period:

    A.    Task 1 – Preparation of 3 Mixed Use Master Plans with Town and Creditor Input
    B.    Task 2 - Additional Work to Obtain a Change in Zoning to Planned Development District (PDD)
    C.    Task 3 – Draft Generic Environmental Impact Statement (DGEIS)
    D.    Task 4 - Client & Town Meetings
    E.    Task 5 – Final Draft Generic Environmental Impact Statement (FGEIS)
    F.    Task 6 – Oppenheimer / ACA and Non-Collateralized Creditors

12.  During the Representation Period, FPM Group, LTD. assisted the Debtor with site planning and approval work in relation to the Brookhaven Campus and evaluation of strategy disposition alternatives for the property.  Toward that end, FPM Group, Ltd. developed master plans which sought to rezone the Brookhaven Campus as a Planned Development Unit for approval by the Brookhaven Town Planning Board.  In addition, FPM Group, Ltd. attended meetings between the Brookhaven Town and Planning Development and the Debtor as needed to obtain the Planned Development District status.  For a variety of reasons, the Debtor ultimately sold the Brookhaven Campus without obtaining the Planned Development District status.

## TIME AND DISBURSEMENT RECORDS AND STAFFING

13.   The time and material services performed by FPM Group, LTD. for and on behalf of the Debtor in connection with the above matters during the Representation Period are detailed and itemized by person in the time and disbursement logs annexed hereto as **Exhibit B**.

**WHEREFORE**, FPM Group, LTD. respectfully requests that this Court enter an order (a) allowing FPM Group, LTD., on a final basis, the sum of (i) $70,069.68 for compensation for services rendered during the Representation Period, and (ii) the sum of $20,529.44 for reimbursement of expenses incurred during the Representation Period.

Dated:    Ronkonkoma, New York
   January 28, 2019

           **FPM GROUP, LTD.**


           By:  _/s/ Kevin F. Loyst_

           Kevin F. Loyst
           Lisa Luizzi
           909 Marconi Avenue
           Ronkonkoma, NY 11779
           Telephone: (631) 737-6200
           Facsimile: (631) 737-2410

           Email:  k.loyst@fpm-group.com
              l.luizzi@fpm-group.com

           _Consultants to the Debtor and Debtor-in-Possession_

# **Exhibit A**

Exhibit A

FPM Group, LTD.

Fees by Project Category

**Representation Period**

| Billing Category | Total Hours | Total Compensation |
|---|---|---|
| Planning (Task 1) | N/A | $1,896.89 |
| Addl. Work to Obtain PDD (Task 2) | 145 | $41,108.14 |
| DGEIS (Task 3) | N/A | $17,300.00 |
| Client & Town Meetings (Task 4) | 0 | $0.00 |
| FGEIS (Task 5) | N/A | $0.00 |
| Opp/ACA Meetings (Task 6) | 58 | $9,764.65 |
| **Total** | **203** | **$70,069.68** |

Note that the total billing to Planning (Task 1) is $12,000.  $10,103.11 is listed on the expense summary and is part of VHB Engineering's total.

# **<u>Exhibit B</u>**

# FPM Group

909 Marconi Avenue
Ronkonkoma, NY 11779
Tel: (631) 737-6200 Fax: (631) 737-2410

**Exhibit B - Time Logs by Employee**

**Client ID: 1249g** - *Dowling College*

| Date | Description | Hrs | B-Hr/Unit | Bill Rate | Amount |
|------|-------------|-----|-----------|-----------|--------|
| Project ID - Name (Manager): **1249g-16-01:02** - *Dowling/105 Acres-Addl. Work to Obtain PDD - Task 2* | | | | | |

Services:

Employee

**CMS** - *Christopher M. Schwarz*

| Date | Description | Hrs | B-Hr/Unit | Bill Rate | Amount |
|------|-------------|-----|-----------|-----------|--------|
| 7/10/2017 | Labor -Billable- Facilities | 1.00 | 1.00 | $273.00 | $273.00 |
| | *Review and comment on force main construction costs.* | | | | |
| | **CMS Total:** | **1.00** | **1.00** | | **$273.00** |

**DAP** - *Debra A. Pastore*

| Date | Description | Hrs | B-Hr/Unit | Bill Rate | Amount |
|------|-------------|-----|-----------|-----------|--------|
| 8/4/2017 | Labor -Billable- HQ | 0.50 | 0.50 | $113.09 | $56.55 |
| | *Memo to file* | | | | |
| | **DAP Total:** | **0.50** | **0.50** | | **$56.55** |

**DLR** - *Donna L. Rant*

| Date | Description | Hrs | B-Hr/Unit | Bill Rate | Amount |
|------|-------------|-----|-----------|-----------|--------|
| 6/20/2017 | Labor -Billable- HQ | 0.50 | 0.50 | $104.56 | $52.28 |
| | *Prepare spreadsheet of estimated costs to obtain PDD per Kevin Phillips* | | | | |
| 7/13/2017 | Labor -Billable- HQ | 1.00 | 1.00 | $113.09 | $113.09 |
| | *Type preliminary cost estimate for sewage treatment letter to Bob Rosenfeld per Kevin Phillips and Kevin Loyst* | | | | |
| 7/18/2017 | Labor -Billable- HQ | 1.00 | 1.00 | $113.09 | $113.09 |
| | *Make revisions to Mr. Rosenfeld letter per Kevin Loyst and Kevin Phillips* | | | | |
| | **DLR Total:** | **2.50** | **2.50** | | **$278.46** |

**GAM** - *Gary A. Molnar*

| Date | Description | Hrs | B-Hr/Unit | Bill Rate | Amount |
|------|-------------|-----|-----------|-----------|--------|
| 7/10/2017 | Labor -Billable- HQ | 2.00 | 2.00 | $313.62 | $627.24 |
| | *Review and calculate pumping requirements and force main pricing and costs* | | | | |
| | **GAM Total:** | **2.00** | **2.00** | | **$627.24** |

**KJP** - *Kevin J. Phillips*

| Date | Description | Hrs | B-Hr/Unit | Bill Rate | Amount |
|------|-------------|-----|-----------|-----------|--------|
| 2/21/2017 | Labor -Billable- HQ | 3.00 | 3.00 | $298.69 | $896.07 |
| | *Telephone with Ron Parr, incorporation of new comments from Town planner (Tullio). Telephone with VHB to corporate task comments.* | | | | |
| 2/22/2017 | Labor -Billable- HQ | 2.00 | 2.00 | $298.69 | $597.38 |
| | *Discussions with Kevin Loyst and Ritu Mody, Dave Schiff and Mike Junghans incorporation of new town views (access to town road), not concerned with flight line, access to dorm)* | | | | |
| 3/1/2017 | Labor -Billable- HQ | 2.00 | 2.00 | $298.69 | $597.38 |
| | *Review of concept F with Robert Rosenfeld, Ron Parr and Dave Schiff* | | | | |
| 3/7/2017 | Labor -Billable- HQ | 5.00 | 5.00 | $298.69 | $1,493.45 |
| | *Preparation for meeting with Town of Brookhaven, meeting with Town Planner, Robert Rosenfeld, councilman Panico, Ron Parr, Dave Schiff and Mike J. to discuss site plan F* | | | | |
| 4/3/2017 | Labor -Billable- HQ | 5.00 | 5.00 | $298.69 | $1,493.45 |
| | *Telephone meeting with secured and unsecured creditors* | | | | |
| 4/3/2017 | Labor -Billable- HQ | 2.00 | 2.00 | $298.69 | $597.38 |
| | *Telephone Robert Rosenfeld preparation for meeting with secured and unsecured creditors* | | | | |
| 4/25/2017 | Labor -Billable- HQ | 1.00 | 1.00 | $298.69 | $298.69 |
| | *Project management, telephone with Ron Parr* | | | | |
| 4/26/2017 | Labor -Billable- HQ | 1.00 | 1.00 | $298.69 | $298.69 |
| | *Project management, Telephone with Dave Schiff, update team, task 2* | | | | |
| 5/9/2017 | Labor -Billable- HQ | 6.00 | 6.00 | $298.69 | $1,792.14 |
| | *Preparation for meeting 6 versions of master plan, including latest master plan which was given to the Town in March* | | | | |
| 5/10/2017 | Labor -Billable- HQ | 1.00 | 1.00 | $298.69 | $298.69 |
| | *Telephone with R.Rosenfeld and Anthony Guardino regarding master plans to set up meeting with Guardino* | | | | |

**FPM Group**
909 Marconi Avenue
Ronkonkoma, NY 11779
Tel: (631) 737-6200 Fax: (631) 737-2410

**Exhibit B - Time Logs by Employee**

**Client ID: 1249g** - *Dowling College*

| Date | Description | Hrs | B-Hr/Unit | Bill Rate | Amount |
|------|-------------|-----|-----------|-----------|--------|
| **Project ID - Name (Manager): 1249g-16-01:02** - *Dowling/105 Acres-Addl. Work to Obtain PDD - Task 2* | | | | | |
| **KJP** - *Kevin J. Phillips* | | | | | |
| 5/11/2017 | Labor -Billable- HQ | 3.00 | 3.00 | $298.69 | $896.07 |
| | *Meeting with Guardino to review all previous plans and establish status of master panning ideas.* | | | | |
| 6/15/2017 | Labor -Billable- HQ | 2.00 | 2.00 | $298.69 | $597.38 |
| | *Review of new master plan, telephone with Ron Parr, A. Guardino, Robert Rosenfeld, Dave Schiff and Mike Junghams* | | | | |
| 6/20/2017 | Labor -Billable- HQ | 2.00 | 2.00 | $298.69 | $597.38 |
| | *Re-write of master plan. Telephone with David Schiff and Mike Junhams* | | | | |
| 7/10/2017 | Labor -Billable- HQ | 4.00 | 4.00 | $313.62 | $1,254.48 |
| | *Cost estimate for sewage treatment and sewage pumping, two scenarios.* | | | | |
| 7/11/2017 | Labor -Billable- HQ | 3.00 | 3.00 | $313.62 | $940.86 |
| | *Telephone with Ron Parr, Bob Rosenfeld, Means Construction, Past Construction contracts for Pipes.* | | | | |
| 7/12/2017 | Labor -Billable- HQ | 8.00 | 8.00 | $313.62 | $2,508.96 |
| | *Revision of master plan to incorporate 2 acre parcel for dormitory* | | | | |
| 7/13/2017 | Labor -Billable- HQ | 5.00 | 5.00 | $313.62 | $1,568.10 |
| | *Revision of master plan to incorporate 2 acre parcel for dormitory.* | | | | |
| 7/17/2017 | Labor -Billable- HQ | 1.00 | 1.00 | $313.62 | $313.62 |
| | *Telephone with Bob Rosenfeld and Ron Parr incorporate of of their issues into final report for cost of sewage treatment* | | | | |
| 7/18/2017 | Labor -Billable- HQ | 2.00 | 2.00 | $313.62 | $627.24 |
| | *Telephone with Bob Rosenfeld and Ron Parr incorporate of of their issues into final report for cost of sewage treatment* | | | | |
| 7/26/2017 | Labor -Billable- HQ | 1.00 | 1.00 | $313.62 | $313.62 |
| | *Telephone with John Cameron, Engineer for Brookhaven SD#2 on further determination of costs for sewage treatment* | | | | |
| 8/1/2017 | Labor -Billable- HQ | 2.00 | 2.00 | $313.62 | $627.24 |
| | *Telephone with Mark Wagner for design of STP for Brookhaven SD#2. Brief Bob R. on SD#2 likelihood. Brief Ron Parr on SD#2 cost estimate.* | | | | |
| 8/2/2017 | Labor -Billable- HQ | 6.00 | 6.00 | $313.62 | $1,881.72 |
| | *Review and comment on Bob R. presentation to creditors. Development of report, the impact of this project on BNL Plume.* | | | | |
| 8/14/2017 | Labor -Billable- HQ | 1.00 | 1.00 | $313.62 | $313.62 |
| | *Telephone with Bob Rosenfeld and Ron Parr* | | | | |
| 2/21/2018 | Labor -Billable- HQ | 2.00 | 2.00 | $313.62 | $627.24 |
| | *Telephone with Ron Parr, Dave Schiff briefing on Tullio change of direction* | | | | |
| 2/22/2018 | Labor -Billable- HQ | 4.00 | 4.00 | $313.62 | $1,254.48 |
| | *Review of all previous plans for development including Tullio's and the latest . Preparation for presentation on Monday 2/26/18.* | | | | |
| 2/26/2018 | Labor -Billable- HQ | 6.00 | 6.00 | $313.62 | $1,881.72 |
| | *Meeting at Ron Parr's office with Sean Southwood, Ron Rosenfeld, Ron Parr, Anthony Guardino, Ron Friedman. Discussion on how to proceed.* | | | | |
| 2/27/2018 | Labor -Billable- HQ | 3.00 | 3.00 | $313.62 | $940.86 |
| | *Telephone with Dave Schitt to create new plan of development.* | | | | |
| 2/28/2018 | Labor -Billable- HQ | 8.00 | 8.00 | $313.62 | $2,508.96 |
| | *Coordinate with all parties and deliver a new plan.* | | | | |
| 3/1/2018 | Labor -Billable- HQ | 3.00 | 3.00 | $313.62 | $940.86 |
| | *Coordinate with all parties and deliver a new plan.* | | | | |
| 3/5/2018 | Labor -Billable- HQ | 2.00 | 2.00 | $313.62 | $627.24 |
| | *Telephone with Mike J./Dave Schiff on new design for Dowling.* | | | | |
| 3/6/2018 | Labor -Billable- HQ | 5.00 | 5.00 | $313.62 | $1,568.10 |
| | *Mark up design and back to Mike J. Discussions of land use layout. New Plan out to Dowling.* | | | | |

# FPM Group

909 Marconi Avenue
Ronkonkoma, NY 11779
Tel: (631) 737-6200 Fax: (631) 737-2410

**Exhibit B - Time Logs by Employee**

**Client ID: 1249g** - *Dowling College*

| Date | Description | Hrs | B-Hr/Unit | Bill Rate | Amount |
|------|-------------|-----|-----------|-----------|--------|
| **Project ID - Name (Manager): 1249g-16-01:02** - *Dowling/105 Acres-Addl. Work to Obtain PDD - Task 2* | | | | | |
| | **KJP Total:** | **101.00** | **101.00** | | **$31,153.07** |
| **KL** - *Kevin F. Loyst* | | | | | |
| 6/12/2017 | Labor -Billable- EE | 3.00 | 3.00 | $223.98 | $671.94 |
| | meeting w/Parr/Kimley Horn, legal on Town comments to Concept F | | | | |
| 6/14/2017 | Labor -Billable- EE | 1.00 | 1.00 | $223.98 | $223.98 |
| | comments on Concept H | | | | |
| 6/16/2017 | Labor -Billable- EE | 1.00 | 1.00 | $223.98 | $223.98 |
| | revisions to Concept H, emails | | | | |
| 6/29/2017 | Labor -Billable- EE | 0.50 | 0.50 | $223.98 | $111.99 |
| | review costs to obtain PDD | | | | |
| 7/5/2017 | Labor -Billable- EE | 1.00 | 1.00 | $248.86 | $248.86 |
| | discs w/Parr on dorm subdivision and forcemain cost estimate | | | | |
| 7/6/2017 | Labor -Billable- EE | 3.00 | 3.00 | $248.86 | $746.58 |
| | emails, discs w/Junghans on dorm subdivision, discs w/Parr and Rosenfeld on plan changes and cost estimates, emails/preliminary forecemain costs | | | | |
| 7/7/2017 | Labor -Billable- EE | 2.00 | 2.00 | $248.86 | $497.72 |
| | emails, preliminary forcemain costs | | | | |
| 7/12/2017 | Labor -Billable- EE | 3.00 | 3.00 | $248.86 | $746.58 |
| | Preliminary Costs for forcemain, pump station and on-site treatment plant | | | | |
| 7/13/2017 | Labor -Billable- EE | 3.00 | 3.00 | $248.86 | $746.58 |
| | Preliminary Costs for forcemain, pump station and on-site treatment plant, draft letter, conf call w/Rosenfeld/Parr | | | | |
| 7/18/2017 | Labor -Billable- EE | 2.00 | 2.00 | $248.86 | $497.72 |
| | cost estimate revised letter, emails | | | | |
| 8/4/2017 | Labor -Billable- EE | 1.50 | 1.50 | $248.86 | $373.29 |
| | emails, presentation | | | | |
| 3/2/2018 | Labor -Billable- EE | 4.00 | 4.00 | $248.86 | $995.44 |
| | review emails/Concept I, conf call, calls w/Kimley Horn, plan revisions | | | | |
| 3/14/2018 | Labor -Billable- EE | 1.00 | 1.00 | $248.86 | $248.86 |
| | emails, Concept K | | | | |
| | **KL Total:** | **26.00** | **26.00** | | **$6,333.52** |
| **RIM** - *Ritu Mody* | | | | | |
| 7/6/2017 | Labor -Billable- EE | 2.00 | 2.00 | $207.43 | $414.86 |
| | FM cost estimate, Disc with DM | | | | |
| 7/7/2017 | Labor -Billable- EE | 3.00 | 3.00 | $207.43 | $622.29 |
| | FM cost estimate, disc with DM | | | | |
| 7/10/2017 | Labor -Billable- EE | 3.00 | 3.00 | $207.43 | $622.29 |
| | Sewage flow calculations for PDD | | | | |
| 7/13/2017 | Labor -Billable- EE | 2.50 | 2.50 | $207.43 | $518.58 |
| | Sewage flow calculations/cost for PDD | | | | |
| 8/1/2017 | Labor -Billable- EE | 0.50 | 0.50 | $207.43 | $103.72 |
| | emails/disc on sewage treatment plant connection | | | | |
| | **RIM Total:** | **11.00** | **11.00** | | **$2,281.74** |
| **TC** - *Teresa Conrad* | | | | | |
| 2/28/2017 | Labor -Billable- HQ | 0.50 | 0.50 | $104.56 | $52.28 |
| | *Revise table of key personnel* | | | | |
| 3/16/2017 | Labor -Billable- HQ | 0.50 | 0.50 | $104.56 | $52.28 |
| | Revise cover letter to E. Marscheider of Kimley Horn. | | | | |
| | **TC Total:** | **1.00** | **1.00** | | **$104.56** |

# FPM Group

909 Marconi Avenue
Ronkonkoma, NY 11779
Tel: (631) 737-6200 Fax: (631) 737-2410

Exhibit B - Time Logs by Employee

**Client ID:** 1249g - *Dowling College*

| Date | Description | Hrs | B-Hr/Unit | Bill Rate | Amount |
|---|---|---|---|---|---|
| Project ID - Name (Manager): **1249g-16-01:02** - *Dowling/105 Acres-Addl. Work to Obtain PDD - Task 2* | | | | | |
| | Employee **Total:** | 145.00 | 145.00 | | $41,108.14 |
| | Services **Total:** | 145.00 | 145.00 | | $41,108.14 |

## FPM Group

909 Marconi Avenue
Ronkonkoma, NY 11779
Tel: (631) 737-6200 Fax: (631) 737-2410

**Exhibit B - Time Logs by Employee**

**Client ID: 1249g** - *Dowling College*

| Date | Description | Hrs | B-Hr/Unit | Bill Rate | Amount |
|------|-------------|-----|-----------|-----------|--------|
| Project ID - Name (Manager): **1249g-16-01:06** - *Dowling/105 Acres - Opp/ACA Meetings - T a s k 6* | | | | | |

Services:

Employee

**CMP** - *Christine M. Pinkosh*

| Date | Description | Hrs | B-Hr/Unit | Bill Rate | Amount |
|------|-------------|-----|-----------|-----------|--------|
| 2/13/2017 | Labor -Billable- HQ | 3.50 | 3.50 | $88.33 | $309.16 |
| | *Project Management* | | | | |
| 2/14/2017 | Labor -Billable- HQ | 3.50 | 3.50 | $88.33 | $309.16 |
| | *Project Management* | | | | |
| 3/9/2017 | Labor -Billable- HQ | 2.00 | 2.00 | $88.33 | $176.66 |
| | *Project Management* | | | | |
| 4/20/2017 | Labor -Billable- HQ | 2.00 | 2.00 | $88.33 | $176.66 |
| | *Project Management* | | | | |
| 4/24/2017 | Labor -Billable- HQ | 4.00 | 4.00 | $88.33 | $353.32 |
| | *Project Management* | | | | |
| 4/25/2017 | Labor -Billable- HQ | 3.50 | 3.50 | $88.33 | $309.16 |
| | *Project Management* | | | | |
| 4/26/2017 | Labor -Billable- HQ | 3.00 | 3.00 | $88.33 | $264.99 |
| | *Project Management* | | | | |
| 4/27/2017 | Labor -Billable- HQ | 1.00 | 1.00 | $88.33 | $88.33 |
| | *Project managment* | | | | |
| 5/10/2017 | Labor -Billable- HQ | 0.50 | 0.50 | $88.33 | $44.17 |
| | *PM* | | | | |
| 5/11/2017 | Labor -Billable- HQ | 0.50 | 0.50 | $88.33 | $44.17 |
| | *PM* | | | | |
| 5/12/2017 | Labor -Billable- HQ | 0.50 | 0.50 | $88.33 | $44.17 |
| | *PM* | | | | |
| 6/9/2017 | Labor -Billable- HQ | 1.00 | 1.00 | $88.33 | $88.33 |
| | *PM* | | | | |
| 6/12/2017 | Labor -Billable- HQ | 0.50 | 0.50 | $88.33 | $44.17 |
| | *PM* | | | | |
| 6/14/2017 | Labor -Billable- HQ | 0.50 | 0.50 | $88.33 | $44.17 |
| | *PM* | | | | |
| 7/7/2017 | Labor -Billable- HQ | 0.50 | 0.50 | $95.53 | $47.77 |
| | *PM* | | | | |
| 7/11/2017 | Labor -Billable- HQ | 1.00 | 1.00 | $95.53 | $95.53 |
| | *PM* | | | | |
| 8/2/2017 | Labor -Billable- HQ | 1.00 | 1.00 | $95.53 | $95.53 |
| | *PM* | | | | |
| 8/4/2017 | Labor -Billable- HQ | 1.00 | 1.00 | $95.53 | $95.53 |
| | *PM* | | | | |
| | *PM* | 1.00 | 1.00 | $95.53 | $95.53 |
| 3/20/2018 | Labor -Billable- HQ | | | | |
| | *PM* | 2.00 | 2.00 | $95.53 | $191.06 |
| 3/22/2018 | Labor -Billable- HQ | | | | |
| | *PM* | 1.50 | 1.50 | $95.53 | $143.30 |
| 4/6/2018 | Labor -Billable- HQ | | | | |
| | *Project Management* | | | | |
| 4/16/2018 | Labor -Billable- HQ | 0.50 | 0.50 | $95.53 | $47.77 |
| | *Project Management* | | | | |

**FPM Group**
909 Marconi Avenue
Ronkonkoma, NY 11779
Tel: (631) 737-6200 Fax: (631) 737-2410

Exhibit B - Time Logs by Employee

**Client ID:** 1249g - *Dowling College*

| Date | Description | Hrs | B-Hr/Unit | Bill Rate | Amount |
|------|-------------|-----|-----------|-----------|--------|
| **Project ID - Name (Manager): 1249g-16-01:06 -** *Dowling/105 Acres - Opp/ACA Meetings - T a s k 6* | | | | | |
| **CMP -** *Christine M. Pinkosh* | | | | | |
| | **CMP Total:** | **34.50** | **34.50** | | **$3,108.64** |
| **KJP -** *Kevin J. Phillips* | | | | | |
| 1/26/2017 | Labor -Billable- HQ | 2.00 | 2.00 | $298.69 | $597.38 |
| | Oppenheimer briefing of several alternative master plans. Preparation, coordination and participation in telephone call on 1/26/17 | | | | |
| 2/2/2017 | Labor -Billable- HQ | 2.00 | 2.00 | $298.69 | $597.38 |
| | Telephone with Dave Schiff - review of traffic possibilities of dorm access. Telephone with Ron Parr to request utilities drawing summary to Rob Rosenfeld. | | | | |
| 2/2/2017 | Labor -Billable- HQ | 2.00 | 2.00 | $298.69 | $597.38 |
| | Utilities and new traffic pattern | | | | |
| 2/6/2017 | Labor -Billable- HQ | 1.00 | 1.00 | $298.69 | $298.69 |
| | Telephone with Rob Rosenfeld for discussions of sewage treatment plant. | | | | |
| 2/7/2017 | Labor -Billable- HQ | 3.00 | 3.00 | $298.69 | $896.07 |
| | Follow up with McLeane for utility drawings and follow up with Town for utility map. | | | | |
| 2/14/2017 | Labor -Billable- HQ | 3.00 | 3.00 | $298.69 | $896.07 |
| | Meeting with Ron Parr at his office for utilities map and discussion with John Kelly to obtain maps of athletic fields and knowledge of drainage on site | | | | |
| 2/15/2017 | Labor -Billable- HQ | 2.00 | 2.00 | $298.69 | $597.38 |
| | Telephone/meeting of discussions of concept E incorporation need access road to dorm and following utilities | | | | |
| 5/22/2017 | Labor -Billable- HQ | 5.00 | 5.00 | $298.69 | $1,493.45 |
| | Preparation for Court Appearance and Court Appearance | | | | |
| | **KJP Total:** | **20.00** | **20.00** | | **$5,973.80** |
| **KL -** *Kevin F. Loyst* | | | | | |
| 1/26/2017 | Labor -Billable- EE | 1.50 | 1.50 | $223.98 | $335.97 |
| | review site layouts, conf call w/dowling/creditors | | | | |
| | **KL Total:** | **1.50** | **1.50** | | **$335.97** |
| **RIM -** *Ritu Mody* | | | | | |
| 1/26/2017 | Labor -Billable- EE | 2.00 | 2.00 | $173.12 | $346.24 |
| | conf call with creditors to discuss concept layout | | | | |
| | **RIM Total:** | **2.00** | **2.00** | | **$346.24** |
| | **Employee Total:** | **58.00** | **58.00** | | **$9,764.65** |
| | **Services Total:** | **58.00** | **58.00** | | **$9,764.65** |

# <u>Exhibit C</u>

Exhibit C

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                    :        Chapter 11
                                                         :
DOWLING COLLEGE,                                         :
f/d/b/a DOWLING INSTITUTE,                               :        Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                           :
ASSOCIATION,                                             :
f/d/b/a CECOM,                                           :
a/k/a DOWLING COLLEGE, INC.,                             :
                                          Debtor.        :
-----------------------------------------------------------------x

**FINAL FEE APPLICATION OF FPM GROUP, LTD.**
**CONSULTANTS TO THE DEBTOR AND DEBTOR IN POSSESSION**

**Fees by Professional (Task 2 & Task 6)**
**<u>Representation Period</u>**

| Name of Professional | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Kevin J. Phillips, P.E., PhD. Principal | $313.62<br>$298.69 | 66.00<br>55.00 | $20,698.92<br>$16,427.95 |
| Kevin F. Loyst, P.E. Engineer | $248.86<br>$223.98 | 20.50<br>7.00 | $5,101.63<br>$1,567.86 |
| Ritu Mody, P.E. Engineer | $207.43<br>$173.12 | 11.00<br>2.00 | $2,281.74<br>$346.24 |
| Teresa Conrad Administrative Assistant | $104.56 | 1.00 | $104.56 |
| Gary A. Molnar, P.E. Principal | $313.62 | 2.00 | $627.24 |
| Christine Pinkosh Administrative Assistant | $95.53<br>$88.33 | 8.50<br>26.00 | $812.01<br>$2,296.59 |
| Christopher M. Schwarz Facilities Dept. Manager | $273.00 | 1.00 | $273.00 |
| Donna Rant Administrative Assistant | $113.09<br>$104.56 | 2.00<br>0.50 | $226.18<br>$52.28 |
| Debra Pastore Administrative Assistant | $113.09 | 0.50 | $56.55 |
| **Totals** | **$250.60** (Blended Hourly Rate) | **203.00** | **$50,872.76** |

# <u>Exhibit D</u>

Exhibit D

FPM Group, LTD.

**Expenses**

**Representation Period**

| Disbursements | Amount |
|---|---|
| VHB Engineering | $12,603.11 |
| Federal Express | $1,401.33 |
| Kimley-Horn of New York, P.C. | $6,525.00 |
| **Total Disbursements** | **$20,529.44** |

# <u>Exhibit E</u>

Exhibit E

**FPM Group, LTD.**
909 Marconi Avenue
Ronkonkoma, NY 11779
Telephone: (631) 737-6200
Facsimile: (631) 737-2410
Kevin F. Loyst

*Consultants to the Debtor and Debtor-in-*
 *Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                                                    :          Chapter 11
                                                                             :
DOWLING COLLEGE,                                       :
f/d/b/a DOWLING INSTITUTE,                       :          Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI         :
ASSOCIATION,                                               :
f/d/b/a CECOM,                                              :
a/k/a DOWLING COLLEGE, INC.,                 :
                                              Debtor.        :
-----------------------------------------------------------x

### CERTIFICATION OF KEVIN F. LOYST REGARDING THE FINAL FEE APPLICATION OF FPM GROUP, LTD., CONSULTANTS TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR AN ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR <u>THE PERIOD OF NOVEMBER 29, 2016 THROUGH JANUARY 14, 2019</u>

I, Kevin F. Loyst, hereby certify that:

1.       I am the Corporate Vice President at FPM Group, LTD., which serves as

consultants to Dowling College, (the "<u>Debtor</u>"), debtor and debtor-in-possession in the above-

captioned chapter 11 case (the "<u>Chapter 11 Case</u>").

2.       This Certification is made in support of FPM Group, LTD.'s application (the

"<u>Application</u>") for a final allowance of compensation for services rendered and reimbursement of

expenses for the period of November 29, 2016 through January 14, 2019, in compliance with

General Order 613, Guidelines for Fees and Disbursements for Professionals in Eastern District

of New York Bankruptcy Cases, effective as of June 10, 2013 (the "General Order"), the United

States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of

Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines"),

and this Court's Order Pursuant to 11 U.S.C. §§ 105(A) and 331 Establishing Procedures for

Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 117] (the

"Interim Compensation Order" and together with the General Order and UST Guidelines, the

"Guidelines").

     3.     I certify that:

     a.  I have read the Application;

     b.  To the best of my knowledge, information, and belief formed after reasonable
inquiry, the fees and expenses sought fall within the Guidelines;

     c.  The fees and disbursements sought are billed at rates and in accordance with
practices customarily employed by FPM Group, LTD. and generally accepted by FPM Group,
LTD.'s clients; and

     d.  In providing the reimbursable services reflected in the Application, FPM Group,
LTD. did not make a profit on those services, whether performed by FPM Group, LTD. in-house
or through a third party.

     4.     With respect to Section B(2) of the General Order, I certify that FPM Group,

LTD. has complied with the provisions requiring it to provide to the U.S. Trustee for the Eastern

District of New York, the Debtor and its attorneys, and the Creditors' Committee a statement of

FPM Group, LTD.'s fees and expenses accrued during the representation period.

5.    With respect to Section B(3) of the General Order, I certify that the U.S. Trustee for the Eastern District of New York, the Debtor and its attorneys, and the Creditors' Committee are each being provided with a copy of the Application and this Certification.

Dated:    Ronkonkoma, New York
          January 28, 2019

                                   **FPM GROUP, LTD.**


                        By:    _/s/ Kevin F. Loyst_
                               Kevin F. Loyst
                               Lisa Luizzi
                               909 Marconi Avenue
                               Ronkonkoma, NY 11779
                               Telephone: (631) 737-6200
                               Facsimile: (631) 737-2410

                               Email: k.loyst@fpm-group.com
                                        l.luizzi@fpm-group.com

                               *Consultants to the Debtor and*
                                  *Debtor-in-Possession*