**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| DOWLING COLLEGE, | : |
| f/d/b/a DOWLING INSTITUTE, | : Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : |
| ASSOCIATION, | : |
| f/d/b/a CECOM, | : |
| a/k/a DOWLING COLLEGE, INC., | : |
| Debtor. | : |

-----------------------------------------------------------------x

**SUMMARY SHEET PURSUANT TO UNITED STATES TRUSTEE**
**GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION OF FEES**
**AND REIMBURSEMENT OF EXPENSES FILED UNDER 11 U.S.C. § 330 AND § 331**
**FOR THE FIRST AND FINAL FEE APPLICATION OF EPIQ CLASS ACTION AND**
**CLAIMS SOLUTIONS, INC. AS ADMINISTRATIVE ADVISOR TO**
**THE DEBTOR AND DEBTOR IN POSSESSION**

| | |
|---|---|
| Name of Applicant: | Epiq Class Action and Claims Solutions, Inc[1]. |
| | |
| Compensation Period: | April 25, 2018 through January 14, 2019 |
| | |
| Role in this case: | Administrative Advisor to the Debtor and Debtor in Possession |
| | |
| Total Fees Requested for the Compensation Period: | $26,268.40 |
| | |
| Total Expenses Requested for the Compensation Period: | $0.00 |
| | |
| Total Sought: | $26,268.40 |
| | |
| Petition Date: | November 29, 2016 |
| | |
| Retention Date: | April 25, 2018 |

---

[1]Epiq Class Action and Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

| | |
|---|---|
| Date of Order Approving Employment: | August 1, 2018 |
| | |
| Blended Rate in this Application for All Professionals | $107.09 |
| | |
| Number of Professionals Included in this Application | 19 |

This is a:  ___ Interim  __**X**_ Final Application

There were no prior interim fee applications filed by Epiq Class Action and Claims Solutions, Inc.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re:                                         :      Chapter 11
                                               :
DOWLING COLLEGE,                               :
f/d/b/a DOWLING INSTITUTE,                      :      Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                  :
ASSOCIATION,                                    :
f/d/b/a CECOM,                                  :
a/k/a DOWLING COLLEGE, INC.,                    :
                                   Debtor.      :
----------------------------------------------------------------x

### FIRST AND FINAL FEE APPLICATION OF EPIQ CLASS ACTION AND CLAIMS SOLUTIONS, INC. AS ADMINISTRATIVE ADVISOR TO THE DEBTOR AND DEBTOR-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION FOR THE <u>PERIOD OF  APRIL 25, 2018 THROUGH JANAURY 14, 2019</u>

TO THE HONORABLE ROBERT E. GROSSMAN,
UNITED STATES BANKRUPTCY JUDGE:

Epiq Class Action and Claims Solutions, Inc. ("Epiq"),[1] the administrative advisor to the above-captioned Debtor and Debtor-in-Possession (collectively, the "<u>Debtor</u>"),  hereby submits this First and Final Fee Application (the "<u>First and Final Fee Application</u>") seeking *interim* and *final* allowance, approval, and payment of all compensation earned for professional services rendered to the Debtor for the period of April 25, 2018 through January 14, 2019 (the "<u>Compensation Period</u>").

Epiq submits this First and Final Fee Application pursuant to sections 330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the *Federal Rules of Bankruptcy Procedure* (the "<u>Bankruptcy Rules</u>"), Rule 2016-1 of the *Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Eastern District of New*

---

[1] Epiq Class Action and Claims Solutions, Inc.  acquired Garden City Group, LLC on June 15, 2018.

*York (Effective December 5, 2012)* (the "Local Rules"), *General Order 613 RE: Guidelines for Fees and Disbursements for Professionals in Eastern District of New York Bankruptcy Cases* (the "General Order"), the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of  Expenses Filed Under 11 U.S.C. § 330* (the "UST Guidelines"), and the *Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 117] (the "Interim Compensation Order" and together with the General Order and UST Guidelines, the "Guidelines") as entered by the United States Bankruptcy Court for the Eastern District of New York (the "Court").[2]

In support of this First and Final Fee Application, Epiq submits the Certification of Susan Persichilli (attached hereto as **Exhibit A**) and respectfully represents as follows:

### Jurisidiction

1.      The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Administrative Order No. 264 titled "*In the Matter of The Referral of Matters to the Bankruptcy Judges*" of the United States District Court for the Eastern District of New York (Weinstein, C.J.) dated August 28, 1986.

2.      This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are Bankruptcy Code sections 330 and 331, Bankruptcy Rule 2016, the Interim Compensation Order and the Local Rules.

---

[2] GCG's First and Final Fee Application seeks to comply with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, and the Interim Compensation Order.

## General Background

4.        On November 29, 2016 (the "Petition Date"), the Debtor filed a voluntary

petition for relief under chapter 11 of the Bankruptcy Code in the Court.

5.        On December 21, 2016, the court entered the Interim Compensation Order.

6.        On August 1, 2018, the Court entered the *Order Authorizing the Retention and*

*Employment of Garden City Group, LLC as Administrative Advisor for the Debtor and Debor in*

*Possession* Pursuant to 11 U.S.C §§327(a) and 330, *Nunc Pro Tunc* to April 25, 2018 [Docket

No. 571] (the "Retention Order").  A copy of the Retention Order is attached as **Exhibit B**.

## Relief Requested

*7.*        Pursuant to the Interim Compensation Order, Epiq submits this  First and  Final

Fee Application for interim and final allowance in the total amount of $26,268.40.

8.        For the convenience of the Court and all parties in interest, attached as **Exhibit C**

is a summary by timekeeper for the Compensation Period setting forth: (i) the name of each

Epiq professional; (ii) the hourly billing rate for each professional at Epiq's current billing rates;

(iii) the aggregate time expended by each professional; and (iv) an indication of the individual

amounts requested as part of the total amount of compensation requested. For the convenience

of the Court and all parties in interest, attached as **Exhibit D** is a schedule of the total amount of

Epiq's fees and expenses by billing category for the Compensation Period.  Epiq maintains

computerized records of the time expended rendering the services requested by the Debtor and

the Debtor's professionals. Such time records were made contemporaneously with the rendering

of the services by the person performing such services and in the ordinary course of Epiq's

business and are presented in a form that complies with the Local Bankruptcy Rules and the

Local Guidelines.

9.    The rates described herein are Epiq's hourly rates for services provided as Administrative Advisor during the Compensation Period.   The fees sought by this First and Final Fee Application reflect an aggregate of 245.3 hours of professional time spent and recorded in performing services for the Debtor during the Compensation Period, at the agreed upon blended hourly rate of $107.09. Copies of the detailed timekeeper records for the Compensation Period are annexed hereto as **Exhibit E**.

10.    During the course of the chapter 11 case, Epiq's hourly billing rates for professionals ranged from $63.00 to $146.00. The hourly rates and corresponding rate structure utilized by Epiq in the chapter 11 case are equivalent to the hourly rates and corresponding rate structure predominantly used by Epiq for: (i) restructuring, workout, bankruptcy, insolvency and comparable matters; and (ii) similar complex corporate, securities and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. The rates and rate structure reflect that Epiq's matters are typically national in scope and involve great complexity, high stakes and severe time pressures.

11.    Epiq's hourly rates are set at a level designed to compensate Epiq fairly for the work of its professionals and to cover fixed and routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere by Epiq.

### Professional Services Rendered during the Compensation Period

12.    During the Compensation Period, Epiq provided essential and significant professional services to the Debtor in connection with this chapter 11 case.  These services were, at times, performed under significant time constraints and were necessary to administer a

4

multitude of critical tasks in this chapter 11 case.  To provide a meaningful summary of the services rendered on behalf of the Debtor and the Debtor's estate, Epiqhas established, in accordance with the U.S. Trustee Guidelines and its internal billing procedures, certain subject matters (each, a "<u>Subject Matter</u>") in connection with this chapter 11 case.  However, in this particular case, during the Compensation Period, Epiq, as Administrative Advisor,  only provided services in one Subject Matter, that being Solicitation, as summarized below.

13.     <u>Solicitation</u> (Fees: $24,426.80; Hours 238.3).  Most of Epiq's work during the Compensation Period related to plan classing, processing, reviewing and auditing of ballots, preparation and review of customized ballot tabulation reports and providing regular updates to Debtor's professionals. In addition, Epiq prepared and filed the Certification of Ballots and appeared at the hearing on the confirmation of the Plan.

**Epiq's 327 Services during the**
**<u>Compensation Period Were Reasonable and Necessary</u>**

14.     The foregoing professional services rendered by Epiq on behalf of the Debtor during the Compensation Period were reasonable, necessary and appropriate to the administration of the Chapter 11 Case and related matters.  Epiq has a prominent bankruptcy operations team comprised of numerous bankruptcy professionals, and enjoys a national reputation for its expertise in all aspects of bankruptcy case administration including the solicitation and tabulation of votes.   In particular, the professionals comprising Epiq's bankruptcy operations team include financial advisors and former bankruptcy attorneys with decades of experience in all aspects of case administration and in representing debtors and creditors' committees in connection with chapter 11 cases.

5

15.     Epiq regularly reviews its bills to ensure that the Debtor is billed for services that were actual, necessary and requested by the Debtor and, in accordance with the Fee Guidelines, Epiq reduces its fees when warranted.

16.     There is no agreement or understanding between Epiq and any other person for the sharing of compensation to be received for services rendered in this chapter 11 case.

17.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable in light of: (a) the complexity of this chapter 11 case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

**Epiq's Requested Compensation for the
Compensation Period Should be Allowed**

18.     Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).    Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)    the time spent on such services;
> (B)    the rates charged for such services;
> (C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
> (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

(E)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a) (3).  The clear Congressional intent and policy expressed in this statute is to provide for adequate compensation in order to continue to attract qualified and competent bankruptcy practitioners to bankruptcy cases.

19.    Epiq respectfully submits that the services for which it seeks compensation in this First and Final Fee Application were, at the time rendered, necessary for, and beneficial to, the Debtor and the Debtor's estate, and in certain instances required by the Interim Compensation Order.  Furthermore, Epiq asserts that it performed the services for the Debtor economically, effectively and efficiently, and the results obtained benefited not only the Debtor, but also the Debtor's estate and the other parties in interest.  Epiq further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Debtor, the Debtor's estate and parties in interest.

20.    In sum, Epiq respectfully submits that the services rendered by Epiq on behalf of the Debtor and its estate during the chapter 11 case were necessary and appropriate given the complexity of the chapter 11 case, the time expended by Epiq, the nature and extent of the services rendered, the value of the services, and the cost of comparable services provided outside of bankruptcy, all of which are relevant factors set forth in section 330 of the Bankruptcy Code.  Accordingly, Epiq respectfully submits that approval of the compensation sought herein is warranted and should be approved.

**Request for Final Approval of Fees**
**Rendered During the Compensation Period**

21.    This First and Final Fee Application also seeks *final* approval of all fees Epiq incurred in the rendering of services during the Compensation Period.

22.     As set forth above and in accordance with the factors enumerated in section 330 of the Bankruptcy Code, final approval of the fees for services rendered during the Compensation Period is fair and reasonable given (a) the complexity of these cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

## Notice

23.     Epiq will provide copies of the First and Final Fee Application, including all exhibits thereto, to the Service Parties as defined in the Interim Compensation Order and pursuant to the terms set forth in the Interim Compensation Order. Epiq respectfully submits that no further notice is necessary.

## No Prior Request

24.     No prior request for the relief sought by this First Interim and Final Fee Application has been made to this or any other court.

**WHEREFORE**, Epiq respectfully requests that the Court enter an order (i) approving and allowing on an interim and final basis Epiq's professional fees for handling the solicitation and tabulation for the Debtor in the amount of $26,268.40; (ii) approving and allowing the fees incurred by Epiq post Effective Date for the preparation and filing of this First and Final Fee Application in the estimated amount of $1,000.00.

Dated:  February 1, 2019

Respectfully submitted,

/s/ Susan Persichilli

Susan Persichilli

**EPIQ CLASS ACTION AND CLAIMS SOLUTIONS, INC.**
Telephone: (631) 470-5000
Facsimile: (631) 470-5100
Administrative Advisor for the Debtor

# EXHIBIT A

# Certification of Susan Persichilli

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
DOWLING COLLEGE,                                    :
f/d/b/a DOWLING INSTITUTE,                           :        Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                       :
ASSOCIATION,                                         :
f/d/b/a CECOM,                                       :
a/k/a DOWLING COLLEGE, INC.,                         :
                                   Debtor.           :
-----------------------------------------------------------------x

**CERTIFICATION OF SUSAN PERSICHILLI IN SUPPORT OF**
**FIRST AND FINAL FEE APPLICATION OF EPIQ CLASS ACTION AND CLAIMS**
**SOLUTIONS, INC.  AS ADMINISTRATIVE ADVISOR TO THE DEBTOR AND**
**DEBTOR-IN-POSSESSION  FOR ALLOWANCE OF COMPENSATION FOR**
<u>**THE PERIOD OF  APRIL 25, 2018 THROUGH JANUARY 14, 2019**</u>

Susan Persichilli  deposes and says:

1.      I am a Consultant for Epiq Class Action and Claims Solutions, Inc.[1] ("<u>Epiq</u>"), and

I am authorized to make and submit this certification (the "<u>Certification</u>") on behalf of Epiq.

Epiq is the Administrative Advisor for the debtor and debtor in possession (the "<u>Debtor</u>") in the

above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake

Success, New York 11042-1013.

2.      I have read the foregoing *First and Final Fee Application of*

*Epiq Class Action and Claims Solutions, Inc. as Administrative Advisor  to the Debtor and*

*Debtor-in Possession for Allowance of Compensation for the Period of April 25, 2018 through*

*January 14, 2019* (the "<u>First and Final Fee Application</u>").  To the best of my knowledge,

information, and belief, the statements contained in the First and Final Fee Application are true

---

[1] Garden City Group, LLC was acquired by Epiq Class Action and Claims Solutions, Inc. on June 15, 2018.

and correct.  In addition,  I believe that the First and Final Fee Application complies with the *General Order 613*, *Guidelines for Fees and Disbursement for Professionals in Eastern District to New York Bankruptcy Cases*, effective as of June 10, 2013 (the "<u>General Order</u>"), the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330* adopted on January 30, 1996 ( the "<u>UST Guidelines</u>"), and this Court's *Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 117] (the "<u>Interim Compensation Order</u>" and together with the General Order and UST Guidelines, the "<u>Guidelines</u>").

3.      In accordance with General Order 613(B), I certify that:

a.   I have read and understand the First and Final Fee Application;

b.   To the best of my knowledge, information, and belief formed after reasonable inquiry the fees and expenses sought in the First and Final Fee Application fall within the Guidelines;

c.   The fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Epiq and generally accepted by Epiq's clients; and in providing the reimbursable services reflected in the First and Final Fee Application, Epiq did not make a profit on those services, whether performed by Epiq in-house or through a third party.

4.      In compliance with General Order 613(A)(1)(v), Epiq provided the First and Final Fee Application to Debtor's counsel in advance of filing.

5.    With respect to Section (B)(3) of the General Order, I certify that the U.S. Trustee for the Eastern District of New York, the Debtor and the Official Committee of Unsecured Creditors are each being provided with a copy of the First and Final Fee Application.

February 1, 2019

/s/ Susan Persichilli
Susan Persichilli

# EXHIBIT B

# Retention Order

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re                                    :     Chapter 11

                                        :

DOWLING COLLEGE,                   :

f/d/b/a DOWLING INSTITUTE,       :     Case No. 16-75545 (REG)

f/d/b/a DOWLING COLLEGE ALUMNI    :
ASSOCIATION,

                                        :

f/d/b/a CECOM,                      :

a/k/a DOWLING COLLEGE, INC.,     :

                        Debtor.    :

-----------------------------------------------------------------x

**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT
OF GARDEN CITY GROUP, LLC AS ADMINISTRATIVE ADVISOR FOR
THE DEBTOR AND DEBTOR IN POSSESSION PURSUANT TO
11 U.S.C. §§ 327(a) AND 330, *NUNC PRO TUNC* TO APRIL 25, 2018**

Upon the application (the "327 Application")[1] of the above-captioned Debtor and Debtor

in possession (collectively, the "Debtor") for entry of an order (this "Order") authorizing the

Debtor to retain and employ Garden City Group, LLC ("GCG") as the Administrative Advisor

pursuant to sections 327(a) and 330 of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local

Rule 2014-1, pursuant to the terms of the Retention Agreement, *nunc pro tunc* to April 25, 2018;

and upon consideration of the Uhrig Declaration; and this Court having jurisdiction over this

matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue of this proceeding and the 327

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning given to them in the Application.

Application in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and the opportunity for a hearing on the 327 Application having been given; and the relief requested in the 327 Application being in the best interests of the Debtor's estate, its creditors and other parties in interest; and the Court being satisfied that GCG does not hold or represent any entity having an interest adverse to the interests of the Debtor's estate or of any class of creditors and is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code; it is

ORDERED, that the 327 Application is granted as set forth herein; and it is further

ORDERED, that the retention of GCG as Administrator Advisor in this Chapter 11 Case, pursuant to the terms of the Retention Agreement, is hereby approved pursuant to section 327(a) of the Bankruptcy Code, *nunc pro tunc* to April 25, 2018; and it is further

ORDERED, that GCG is authorized to take such other action to comply with all duties set forth in the 327 Application[2] and this Order; and it is further

ORDERED, that for work performed in its capacity as Administrative Advisor, GCG shall apply to this Court for allowance of compensation and reimbursement of expenses incurred in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Interim Compensation Order and any further orders entered in this Chapter 11 Case regarding professional compensation and reimbursement of expenses; and it is further

ORDERED, that for the avoidance of doubt, all payments to GCG on account of compensation in this Chapter 11 Case shall in all respects remain subject to the terms of any documents or orders of this Court concerning debtor in possession financing or the use of cash

---

[2] For the avoidance of doubt, there will be no rights offerings in connection with this Chapter 11 Case and, as a result, paragraph 12(c) of the 327 Application does not apply and GCG will not perform any services related to rights offerings.

collateral, including but not limited to any approved budget associated therewith, and which shall control in the event of any conflict between the relief contemplated by this Order and those materials; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

ORDERED, that if there is any inconsistency between the terms of this Order, the 327 Application, or the Uhrig Declaration, the terms of this Order shall govern.

NO OBJECTION:

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By: _/s/ Stan Y. Yang  7/27/2018_
Stan Y. Yang, Esq.
TRIAL ATTORNEY



Dated: Central Islip, New York
August 1, 2018

_____
Robert E. Grossman
United States Bankruptcy Judge

3

# EXHIBIT C

# Summary of Compensation by Timekeeper

## SUMMARY OF BILLING BY TIMEKEEPER

Dowling College
Apr 25, 2018 - Jan 14, 2019

| TIMEKEEPER | TITLE | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL FEES |
|---|---|---|---|---|
| Uhrig, Marcia A. | Director | $146.00 | 10.6 | $1,547.60 |
| Nikelsberg, Ira | Ass't Director | $146.00 | 3.6 | $525.60 |
| Young, Emily | Ass't Director | $146.00 | 35.5 | $5,183.00 |
| Arena, Joseph | Sr. Bankruptcy Consultant | $146.00 | 11.0 | $1,606.00 |
| Peter, Gibi | Sr. Systems Project Manager | $123.00 | 7.1 | $873.30 |
| Kaplan, Scott | Finance Manager | $105.00 | 4.4 | $462.00 |
| Lamour, Thierry | Project Manager II | $105.00 | 5.5 | $577.50 |
| Greenbaum, Kimberly | Sr. Project Manager | $105.00 | 29.9 | $3,139.50 |
| Mulhern, Lance | Sr. Project Manager | $105.00 | 54.9 | $5,764.50 |
| Safko, Charles | Sr. Project Manager | $105.00 | 19.4 | $2,037.00 |
| Huang, Shirley | Audit Team Specialist | $78.00 | 4.6 | $358.80 |
| Chau, John | Project Supervisor | $78.00 | 13.3 | $1,037.40 |
| Johnson, Benjamin | Project Supervisor | $78.00 | 2.1 | $163.80 |
| Li, Rickey | Project Supervisor | $78.00 | 9.4 | $733.20 |
| Vazquez, Thomas | Project Supervisor | $78.00 | 3.8 | $296.40 |
| Williams, Ursula | Claims Control Supervisor | $70.00 | 8.6 | $602.00 |
| Chachoff, Angela | Project Administrator | $63.00 | 18.4 | $1,159.20 |
| Diaz, Cecily | Project Administrator | $63.00 | 1.8 | $113.40 |
| Speelman, Andrea | Project Administrator | $63.00 | 1.4 | $88.20 |
| | **TOTAL** | | **245.3** | **$26,268.40** |
| | | | **Blended Rate:** | **$107.09** |

# EXHIBIT D

# Summary of Compensation by Timekeeper and Subject Matter

# SUMMARY OF FEES BY TIMEKEEPER

Dowling College
(April 25, 2018 - January 14, 2019)

**1.    Fee Application Preparation**

| TIMEKEEPER | TITLE | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|------------|-------|--------------------:|-------------------:|-------------------:|
| Kaplan, Scott | Finance Manager | $105.00 | 4.4 | $462.00 |
| **Total Fee Application Preparation** | | | **4.4** | **$462.00** |

**2.    Section 327 Retention**

| TIMEKEEPER | TITLE | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|------------|-------|--------------------:|-------------------:|-------------------:|
| Uhrig, Marcia A. | Director | $146.00 | 0.4 | $58.40 |
| Nikelsberg, Ira | Ass't Director | $146.00 | 2.2 | $321.20 |
| **Total Section 327 Retention** | | | **2.6** | **$379.60** |

**3.    Solicitation**

| TIMEKEEPER | TITLE | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|------------|-------|--------------------:|-------------------:|-------------------:|
| Uhrig, Marcia A. | Director | $146.00 | 10.2 | $1,489.20 |
| Nikelsberg, Ira | Ass't Director | $146.00 | 1.4 | $204.40 |
| Young, Emily | Ass't Director | $146.00 | 35.5 | $5,183.00 |
| Arena, Joseph | Sr. Bankruptcy Consultant | $146.00 | 11.0 | $1,606.00 |
| Peter, Gibi | Sr. Systems Project Manager | $123.00 | 7.1 | $873.30 |
| Lamour, Thierry | Project Manager II | $105.00 | 5.5 | $577.50 |
| Greenbaum, Kimberly | Sr. Project Manager | $105.00 | 29.9 | $3,139.50 |
| Mulhern, Lance | Sr. Project Manager | $105.00 | 54.9 | $5,764.50 |
| Safko, Charles | Sr. Project Manager | $105.00 | 19.4 | $2,037.00 |
| Huang, Shirley | Audit Team Specialist | $78.00 | 4.6 | $358.80 |
| Chau, John | Project Supervisor | $78.00 | 13.3 | $1,037.40 |
| Johnson, Benjamin | Project Supervisor | $78.00 | 2.1 | $163.80 |
| Li, Rickey | Project Supervisor | $78.00 | 9.4 | $733.20 |
| Vazquez, Thomas | Project Supervisor | $78.00 | 3.8 | $296.40 |
| Williams, Ursula | Claims Control Supervisor | $70.00 | 8.6 | $602.00 |
| Chachoff, Angela | Project Administrator | $63.00 | 18.4 | $1,159.20 |
| Diaz, Cecily | Project Administrator | $63.00 | 1.8 | $113.40 |
| Speelman, Andrea | Project Administrator | $63.00 | 1.4 | $88.20 |
| **Total Solicitation** | | | **238.3** | **$25,426.80** |

# EXHIBIT E

# Detail of Services Rendered

## DETAILED TIME EXHIBIT
### Dowling College
(April 25, 2018 - January 14, 2019)

| DATE | TIME TIMEKEEPER | CATEGORY | BILLING AMOUNT DESCRIPTION |
|------|-----------------|----------|---------------------------|
| 1/8/2019 | 2.3 Kaplan, Scott | Fee Application Preparation | $241.50 Prepared exhibit for First and Final Fee Application. |
| 1/10/2019 | 2.1 Kaplan, Scott | Fee Application Preparation | $220.50 Reviewed detailed time and notes in preparation of detailed time exhibit for First and Final Fee Application. |
| 6/27/2018 | 0.4 Nikelsberg, Ira | Section 327 Retention | $58.40 Discussed with L. Kiss re updates to GCG § 327 retention application (.1); drafted email to GCG managers re questions on updates to retention application (.3). |
| 6/29/2018 | 0.4 Nikelsberg, Ira | Section 327 Retention | $58.40 Drafted proposed update to declaration to GCG Legal Department. (.2); drafted email to counsel re suggested changes to the GCG Declaration (.2). |
| 7/3/2018 | 0.8 Nikelsberg, Ira | Section 327 Retention | $116.80 Reviewed GCG § 327 retention documents (.4); provided comments to counsel re same (.2); drafted email to counsel re comments (.2). |
| 7/3/2018 | 0.4 Uhrig, Marcia A. | Section 327 Retention | $58.40 Discussed with I. Nikelsberg and L. Kiss re § 327 retention application and effective date (.3); reviewed emails re same (.1). |
| 7/5/2018 | 0.6 Nikelsberg, Ira | Section 327 Retention | $87.60 Finalized GCG § 327 retention documents. |
| 4/25/2018 | 0.7 Mulhern, Lance | Solicitation | $73.50 Handled plan classing. |
| 4/26/2018 | 4.0 Mulhern, Lance | Solicitation | $420.00 Handled plan classing. |
| 4/27/2018 | 5.0 Mulhern, Lance | Solicitation | $525.00 Handled plan classing. |
| 4/30/2018 | 0.4 Mulhern, Lance | Solicitation | $42.00 Handled plan classing. |
| 7/25/2018 | 0.3 Nikelsberg, Ira | Solicitation | $43.80 Conducted preliminary review of draft Chapter 11 Plan. |
| 7/30/2018 | 1.2 Greenbaum, Kimberly | Solicitation | $126.00 Reviewed plan classing of records in the database performed by case team for the various classifications. |
| 7/30/2018 | 3.9 Mulhern, Lance | Solicitation | $409.50 Coordinated database classing and related workflows. |
| 7/30/2018 | 3.9 Safko, Charles | Solicitation | $409.50 Reviewed plan classing on filed and scheduled parties. |
| 7/30/2018 | 0.6 Uhrig, Marcia A. | Solicitation | $87.60 Monitored status of plan classing and related solicitation preparations. |
| 7/30/2018 | 0.5 Young, Emily | Solicitation | $73.00 Reviewed classification of claims per proposed plan. |
| 7/31/2018 | 0.8 Greenbaum, Kimberly | Solicitation | $84.00 Reviewed plan classing on filed and scheduled parties. |
| 7/31/2018 | 2.0 Mulhern, Lance | Solicitation | $210.00 Handled plan classing/duplicate claim review. |
| 7/31/2018 | 1.8 Safko, Charles | Solicitation | $189.00 Reviewed updates to plan classing (.6); confirmed voting amounts for classes 5,6 and 7 (.6); reviewed plan classing of filed and scheduled parties (.6). |
| 7/31/2018 | 0.6 Uhrig, Marcia A. | Solicitation | $87.60 Monitored status of plan classing and related solicitation preparation. |
| 7/31/2018 | 0.5 Young, Emily | Solicitation | $73.00 Reviewed classification of claims per proposed plan. |
| 8/3/2018 | 1.1 Young, Emily | Solicitation | $160.60 Reviewed filed claims to identify duplicates in connection with plan classing. |
| 8/7/2018 | 0.9 Young, Emily | Solicitation | $131.40 Updated database classing in re duplicate claims. |
| 8/29/2018 | 0.4 Uhrig, Marcia A. | Solicitation | $58.40 Participated in conference call with K. Brountzas and E. Young re status of solicitation preparation and related timing. |
| 9/4/2018 | 2.6 Safko, Charles | Solicitation | $273.00 Reviewed possible plan classing updates. |
| 9/5/2018 | 0.3 Nikelsberg, Ira | Solicitation | $43.80 Updated plan class report. |
| 9/5/2018 | 0.3 Safko, Charles | Solicitation | $31.50 Reviewed updates to plan classing. |
| 9/5/2018 | 2.6 Young, Emily | Solicitation | $379.60 Updated plan classing (1.9); generated plan class report for counsel (.7). |
| 9/6/2018 | 0.6 Greenbaum, Kimberly | Solicitation | $63.00 Reviewed the creation of the voting table for CL5, CL6 and CL7. |
| 9/6/2018 | 1.4 Peter, Gibi | Solicitation | $172.20 Populated voting nme details. |
| 9/6/2018 | 0.4 Safko, Charles | Solicitation | $42.00 Reviewed the creation of the voting table for CL5, CL6 and CL7. |
| 9/6/2018 | 0.4 Uhrig, Marcia A. | Solicitation | $58.40 Monitored status of plan classing and related solicitation preparation. |
| 9/6/2018 | 0.6 Young, Emily | Solicitation | $87.60 Updated plan classing. |

| Date | Hours | Name | Category | Amount | Description |
|---|---|---|---|---|---|
| 9/13/2018 | 0.8 | Nikelsberg, Ira | Solicitation | $116.80 | Reviewed plan class report (.5); drafted email to counsel re parties not entitled to vote (.3) |
| 9/13/2018 | 1.1 | Young, Emily | Solicitation | $160.60 | Worked on updates to plan classing. |
| 9/14/2018 | 0.3 | Greenbaum, Kimberly | Solicitation | $31.50 | Reviewed revised plan classing and voting table. |
| 9/14/2018 | 0.5 | Peter, Gibi | Solicitation | $61.50 | Updated voting details. |
| 9/14/2018 | 2.2 | Young, Emily | Solicitation | $321.20 | Generated updated classification report for counsel. |
| 9/19/2018 | 0.3 | Uhrig, Marcia A. | Solicitation | $43.80 | Monitored status of plan classing and related solicitation preparation. |
| 9/19/2018 | 2.9 | Young, Emily | Solicitation | $423.40 | Updated plan classification report. |
| 9/20/2018 | 0.2 | Uhrig, Marcia A. | Solicitation | $29.20 | Monitored status of preparation for solicitation. |
| 9/20/2018 | 0.6 | Young, Emily | Solicitation | $87.60 | Prepared estimate re service to bondholders per counsel's request. |
| 9/21/2018 | 0.4 | Young, Emily | Solicitation | $58.40 | Prepared for and participated in call with counsel re solicitation mechanics. |
| 9/26/2018 | 0.5 | Mulhern, Lance | Solicitation | $52.50 | Handled plan classing. |
| 9/26/2018 | 1.9 | Young, Emily | Solicitation | $277.40 | Reviewed draft solicitation motion and exhibits. |
| 9/27/2018 | 1.6 | Young, Emily | Solicitation | $233.60 | Further reviewed draft solicitation motion and order and provided further comments. |
| 10/3/2018 | 0.2 | Young, Emily | Solicitation | $29.20 | Communicated with counsel re solicitation timeline. |
| 10/16/2018 | 3.0 | Mulhern, Lance | Solicitation | $315.00 | Updated plan classing. |
| 10/17/2018 | 3.4 | Mulhern, Lance | Solicitation | $357.00 | Updated plan classing. |
| 10/17/2018 | 0.3 | Uhrig, Marcia A. | Solicitation | $43.80 | Monitored status of plan classing and related solicitation preparation. |
| 10/18/2018 | 3.6 | Greenbaum, Kimberly | Solicitation | $378.00 | Reviewed revised plan classing for the entire database population to ensure no parties were not plan classed correctly. |
| 10/18/2018 | 1.3 | Mulhern, Lance | Solicitation | $136.50 | Provided updated plan classing report. |
| 10/18/2018 | 3.9 | Safko, Charles | Solicitation | $409.50 | Reviewed plan classing of entire database. |
| 10/18/2018 | 0.3 | Uhrig, Marcia A. | Solicitation | $43.80 | Monitored status of updates to plan classing and related solicitation preparation. |
| 10/18/2018 | 1.1 | Young, Emily | Solicitation | $160.60 | Coordinated with Broadridge re solicitation mailing (.7); communicated re updates to plan classing (.4). |
| 10/22/2018 | 4.5 | Mulhern, Lance | Solicitation | $472.50 | Updated claim classifications based on further feedback from the client. |
| 10/23/2018 | 0.3 | Uhrig, Marcia A. | Solicitation | $43.80 | Monitored status of plan classing and related solicitation preparation. |
| 10/24/2018 | 3.4 | Mulhern, Lance | Solicitation | $357.00 | Updated WARN Act voting amounts based on updated data from counsel. |
| 10/25/2018 | 4.6 | Greenbaum, Kimberly | Solicitation | $483.00 | Reviewed plan classing and coding for classes 6 and 7 of WARN act parties (1.0); reviewed claims filed for warn act claims against the clients list to update plan classing according to the matches found and revised the plan classing accordingly (3.6). |
| 10/26/2018 | 2.9 | Mulhern, Lance | Solicitation | $304.50 | Updated plan classing (1.2); updated voting amounts (.8); generated new voting report (.9). |
| 10/26/2018 | 1.3 | Young, Emily | Solicitation | $189.80 | Updated document distribution chart based on solicitation procedures motion. |
| 10/29/2018 | 0.7 | Greenbaum, Kimberly | Solicitation | $73.50 | Prepared voting table QA files to confirm amounts that IT loaded into the voting nme table. |
| 10/29/2018 | 2.9 | Mulhern, Lance | Solicitation | $304.50 | Discussed with E. Young, S. Southard, and L. Kiss re solicitation and next steps (.5); updated voting amounts and classifications based on same (2.4). |
| 10/29/2018 | 1.4 | Peter, Gibi | Solicitation | $172.20 | Worked on identifying and re-populating voting nmes. |
| 10/29/2018 | 1.3 | Safko, Charles | Solicitation | $136.50 | Reviewed updated plan classing (.6); reviewed revised voting table for Classes 5 and 7 (.7). |
| 10/29/2018 | 3.3 | Young, Emily | Solicitation | $481.80 | Participated in call with counsel re solicitation preparation (.4); communicated with Bond Trustee re solicitation (.3); worked on ballot formatting for solicitation mailing (.7); coordinated re service preparations (.5); communicated internally re updates to plan classing (.6); communicated with Mediant, Broadridge (.4); communicated with DTC re security positions report for solicitation (.4). |

| Date | Hours/Name | Category | Amount/Description |
|---|---|---|---|
| 10/30/2018 | 0.3 Greenbaum, Kimberly | Solicitation | $31.50 Reviewed voting table updates performed by IT. |
| 10/30/2018 | 3.1 Mulhern, Lance | Solicitation | $325.50 Communicated with J. Arena, S. Kjontvedt and E. Young re solicitation status (.3); followed up with client re status of voting amounts/classification updates (.4); updated plan classing (.5); updated WARN Act parties (1.9). |
| 10/30/2018 | 0.3 Peter, Gibi | Solicitation | $36.90 Updated voting nme details. |
| 10/30/2018 | 0.2 Safko, Charles | Solicitation | $21.00 Reviewed added parties to the voting table. |
| 10/30/2018 | 0.2 Speelman, Andrea | Solicitation | $12.60 Proofread two ballots and confirmed accuracy of contact information. |
| 10/30/2018 | 3.1 Young, Emily | Solicitation | $452.60 Communicated internally re solicitation mailing preparations (1.1); communicated with counsel re beneficial ballots (.3); updated form for ballot 2/4/5,7 (1.1); communicated re service on class 1 beneficial parties (.6). |
| 10/31/2018 | 2.0 Greenbaum, Kimberly | Solicitation | $210.00 Reviewed the class 2 and 4 parties added to the database (.3); reviewed updates to existing plan classing (.6); reviewed file containing additional addresses that could possibly be added or duped out for class 5 and 7 (1.1). |
| 10/31/2018 | 3.4 Mulhern, Lance | Solicitation | $357.00 Performed data sweep to incorporate additional address information into voting and otherwise solicited records. |
| 10/31/2018 | 0.9 Safko, Charles | Solicitation | $94.50 Reviewed the class 2 and 4 parties added to the database (.3); reviewed updates to existing plan classing (.6). |
| 10/31/2018 | 0.6 Speelman, Andrea | Solicitation | $37.80 Created records for beneficial holders in the class two and class four in preparation of sending solicitation packages. |
| 10/31/2018 | 2.6 Young, Emily | Solicitation | $379.60 Prepared for solicitation mailing. |
| 11/1/2018 | 1.9 Greenbaum, Kimberly | Solicitation | $199.50 Reviewed additional address information that should be loaded into the database based on different name and/or address match. |
| 11/1/2018 | 0.8 Mulhern, Lance | Solicitation | $84.00 Updated voting records based on further client feedback. |
| 11/1/2018 | 1.4 Peter, Gibi | Solicitation | $172.20 Updated voting details (.6); generated print files for mailing (.8). |
| 11/1/2018 | 1.6 Safko, Charles | Solicitation | $168.00 Reviewed updates to the voting table (.6); reviewed updates to the plan classing (.7); Reviewed ballots to ensure data was correct (.3). |
| 11/1/2018 | 0.6 Speelman, Andrea | Solicitation | $37.80 Reviewed class 1, 2, 4 beneficial ballot, class 1 master ballot, and class 3 and class 7 ballots to confirm that contact information is correct. |
| 11/2/2018 | 0.4 Greenbaum, Kimberly | Solicitation | $42.00 Reviewed plan class report. |
| 11/2/2018 | 0.8 Safko, Charles | Solicitation | $84.00 Confirmed barcodes worked on ballots (.2); confirmed removal of CNO message code from matrix parties (.2); reviewed the plan classing report (.4). |
| 11/2/2018 | 0.5 Uhrig, Marcia A. | Solicitation | $73.00 Monitored status of plan classing and related solicitation preparation. |
| 11/2/2018 | 2.1 Young, Emily | Solicitation | $306.60 Worked on finalizing plan classing report. |
| 11/5/2018 | 0.3 Diaz, Cecily | Solicitation | $18.90 Ran and reviewed plan class report. |
| 11/5/2018 | 1.6 Greenbaum, Kimberly | Solicitation | $168.00 Reviewed plan classing report (.4); reviewed updates to voting_nmes table and database (.8); reviewed clients email against the updates made to ensure the correct changes were applied (.4). |
| 11/5/2018 | 4.5 Lamour, Thierry | Solicitation | $472.50 Reviewed claim population for potential additional WARN-Act eligible parties (4.5). |
| 11/5/2018 | 3.9 Mulhern, Lance | Solicitation | $409.50 Created additional and updated voting records based on client feedback (3.4); generated updating plan classing report. (.5). |
| 11/5/2018 | 0.9 Peter, Gibi | Solicitation | $110.70 Updated voting nme details. |
| 11/5/2018 | 0.8 Young, Emily | Solicitation | $116.80 Coordinated updates to plan classing. |
| 11/6/2018 | 0.6 Diaz, Cecily | Solicitation | $37.80 Ran and reviewed plan class report. |
| 11/6/2018 | 0.7 Greenbaum, Kimberly | Solicitation | $73.50 Reviewed plan classing report (.4); reviewed plan classing updates (.3). |
| 11/6/2018 | 2.2 Mulhern, Lance | Solicitation | $231.00 Conducted further updates to plan classing/amounts based on client feedback. |
| 11/6/2018 | 0.3 Peter, Gibi | Solicitation | $36.90 Updated voting nme details. |
| 11/6/2018 | 1.1 Safko, Charles | Solicitation | $115.50 Reviewed updates to voting table(.3); reviewed additional addresses report with voting amounts (.3); reviewed plan classing report (.3); reviewed revised plan classing report (.2). |

| Date | Hours/Name | Category | Amount | Description |
|---|---|---|---|---|
| 11/6/2018 | 0.8 Uhrig, Marcia A. | Solicitation | $116.80 | Monitored status of plan classing, vote value updates and related solicitation preparation. |
| 11/7/2018 | 0.9 Diaz, Cecily | Solicitation | $56.70 | Generated and reviewed plan class report (.3); coordinated updates re same (.6). |
| 11/7/2018 | 2.1 Greenbaum, Kimberly | Solicitation | $220.50 | Reviewed revised print file for class 7 ballots (.6); reviewed ballot language etc. (.6), reviewed plan classing updates against the client emails to ensure the updates were correct in the database and on the plan classing report (.9). |
| 11/7/2018 | 0.4 Peter, Gibi | Solicitation | $49.20 | Generated CL7 print file. |
| 11/7/2018 | 0.6 Safko, Charles | Solicitation | $63.00 | Reviewed updates to records in class 6 (.2); reviewed plan classing report (.4). |
| 11/7/2018 | 0.7 Uhrig, Marcia A. | Solicitation | $102.20 | Monitored status of solicitation preparation. |
| 11/8/2018 | 2.1 Johnson, Benjamin | Solicitation | $163.80 | Audited solicitation services. |
| 11/8/2018 | 1.2 Mulhern, Lance | Solicitation | $126.00 | Coordinated further updates to voting records. |
| 11/8/2018 | 0.5 Uhrig, Marcia A. | Solicitation | $73.00 | Monitored status of solicitation prepration. |
| 11/9/2018 | 1.5 Mulhern, Lance | Solicitation | $157.50 | Reviewed cover memo, ballots, and other final draft solicitation documents. |
| 11/15/2018 | 1.0 Lamour, Thierry | Solicitation | $105.00 | Discussed and coordinated DTCC communications contact with Epiq Solicitation team and client counsel. |
| 11/19/2018 | 0.2 Arena, Joseph | Solicitation | $29.20 | Coordinated preparation for ballot tabulation. |
| 11/19/2018 | 0.5 Chau, John | Solicitation | $39.00 | Prepared and established solicitation ballot procedures. |
| 11/19/2018 | 0.2 Uhrig, Marcia A. | Solicitation | $29.20 | Monitored status of ballot processing and tabulation. |
| 11/20/2018 | 1.3 Chachoff, Angela | Solicitation | $81.90 | Retrieved ballot images to upload to file transfer site (.7); uploaded returned ballot images to the file transfer site for processing (.6). |
| 11/20/2018 | 0.4 Chau, John | Solicitation | $31.20 | Reviewed and processed solicitation ballots. |
| 11/20/2018 | 0.2 Uhrig, Marcia A. | Solicitation | $29.20 | Monitored status of ballot processing and tabulation. |
| 11/20/2018 | 2.0 Williams, Ursula | Solicitation | $140.00 | Prepared ballots and related mail for scanning. |
| 11/20/2018 | 0.5 Young, Emily | Solicitation | $73.00 | Coordinated ballot processing and reporting. |
| 11/21/2018 | 0.2 Arena, Joseph | Solicitation | $29.20 | Reviewed ballots submitted. |
| 11/21/2018 | 2.1 Chachoff, Angela | Solicitation | $132.30 | Retrieved ballot images to upload to file transfer site for processing (1.9); uploaded returned ballot images to the file transfer site for processing (.2). |
| 11/21/2018 | 1.3 Chau, John | Solicitation | $101.40 | Reviewed and processed solicitation ballots. |
| 11/21/2018 | 0.2 Uhrig, Marcia A. | Solicitation | $29.20 | Reviewed emails re ballots received. |
| 11/23/2018 | 1.0 Chau, John | Solicitation | $78.00 | Reviewed and processed solicitation ballots. |
| 11/26/2018 | 0.9 Mulhern, Lance | Solicitation | $94.50 | Coordinated tabulation of ballots. |
| 11/26/2018 | 0.8 Uhrig, Marcia A. | Solicitation | $116.80 | Conferred with L. Mulhern and E. Young re status of ballot processing and tabulation (.5); monitored status of same (.3) |
| 11/26/2018 | 2.5 Williams, Ursula | Solicitation | $175.00 | Prepared ballots and related mail for scanning. |
| 11/27/2018 | 0.8 Chachoff, Angela | Solicitation | $50.40 | Retrieved ballot images to upload to file transfer site for processing (.7); uploaded returned ballot images to the file transfer site for processing (.1). |
| 11/27/2018 | 1.0 Chau, John | Solicitation | $78.00 | Processed and enter solicitation ballots (.6); and prepare preliminary voting report results (.4). |
| 11/27/2018 | 1.6 Li, Rickey | Solicitation | $124.80 | Reviewed and processed solicitation ballots. |
| 11/27/2018 | 0.3 Uhrig, Marcia A. | Solicitation | $43.80 | Monitored status of ballot processing, tabulation and preliminary reporting. |
| 11/27/2018 | 0.2 Williams, Ursula | Solicitation | $14.00 | Prepared ballots and related mail for scanning. |
| 11/27/2018 | 0.6 Young, Emily | Solicitation | $87.60 | Responded to inquiries re tabulation. |
| 11/28/2018 | 2.7 Chachoff, Angela | Solicitation | $170.10 | Retrieved and extracted ballot images to upload to file transfer site for processing (2.3); uploaded returned ballot images to the file transfer site for processing (.4). |
| 11/28/2018 | 1.0 Chau, John | Solicitation | $78.00 | Processed and entered solicitation ballots (.4) and prepare preliminary voting report results (.6). |
| 11/28/2018 | 2.5 Li, Rickey | Solicitation | $195.00 | Reviewed and processed solicitation ballots. |

| Date | Hours / Name | Category | Amount | Description |
|---|---|---|---|---|
| 11/29/2018 | 0.6 Chachoff, Angela | Solicitation | $37.80 | Verified the database for newly scanned ballots (.3); corresponded with the Tabulation team confirming no new ballots were received (.3). |
| 11/30/2018 | 0.9 Arena, Joseph | Solicitation | $131.40 | Prepared draft of voting declaration. |
| 11/30/2018 | 0.5 Chachoff, Angela | Solicitation | $31.50 | Verified there were no newly scanned ballots for processing (.3); corresponded with Tabulation team to confirm that no new ballots were uploaded to file transfer site (.2). |
| 11/30/2018 | 1.8 Greenbaum, Kimberly | Solicitation | $189.00 | Reviewed addresses on all ballots to verify if updates are needed. |
| 11/30/2018 | 2.0 Li, Rickey | Solicitation | $156.00 | Reviewed and processed solicitation ballots. |
| 11/30/2018 | 0.4 Young, Emily | Solicitation | $58.40 | Communicated with counsel and Tabulation team re certification. |
| 12/3/2018 | 1.1 Chachoff, Angela | Solicitation | $69.30 | Retrieved and extracted ballot images to upload to file transfer site for processing (.9); uploaded returned ballot images to the file transfer site for processing (.2). |
| 12/3/2018 | 1.8 Greenbaum, Kimberly | Solicitation | $189.00 | Reviewed addresses on all ballots to verify if updates are needed. |
| 12/3/2018 | 1.1 Li, Rickey | Solicitation | $85.80 | Reviewed and processed solicitation ballots. |
| 12/4/2018 | 0.5 Chachoff, Angela | Solicitation | $31.50 | Checked for newly scanned ballots (.4); confirmed with Tabulation team that no new ballots were received and uploaded to the file transfer site for processing (.1). |
| 12/4/2018 | 0.3 Chau, John | Solicitation | $23.40 | Processed and entered solicitation ballots (.2) and prepare preliminary voting report results (.1). |
| 12/4/2018 | 3.8 Greenbaum, Kimberly | Solicitation | $399.00 | Reviewed addresses on all ballots to verify if updates are needed. |
| 12/4/2018 | 0.3 Uhrig, Marcia A. | Solicitation | $43.80 | Monitored status of ballot processing and tabulation |
| 12/4/2018 | 1.0 Williams, Ursula | Solicitation | $70.00 | Prepared ballots and related mail for scanning. |
| 12/5/2018 | 0.3 Arena, Joseph | Solicitation | $43.80 | Reviewed voting report results. |
| 12/5/2018 | 0.7 Chachoff, Angela | Solicitation | $44.10 | Retrieved and extracted ballot images to upload to file transfer site for processing (.5); uploaded returned ballot images to the file transfer site for processing (.2). |
| 12/5/2018 | 1.0 Chau, John | Solicitation | $78.00 | Reviewed solicitation ballots (.6); and prepare preliminary voting report results (.4). |
| 12/5/2018 | 0.7 Li, Rickey | Solicitation | $54.60 | Reviewed and processed solicitation ballots. |
| 12/5/2018 | 0.5 Uhrig, Marcia A. | Solicitation | $73.00 | Monitored status of ballot processing and tabulation. |
| 12/6/2018 | 1.0 Chachoff, Angela | Solicitation | $63.00 | Checked for newly scanned ballots (.3); confirmed with Tabulation team that no new ballots were received and uploaded to the file transfer site for processing (.1); researched ballot (.6). |
| 12/6/2018 | 0.2 Chau, John | Solicitation | $15.60 | Reviewed solicitation ballots (.1) and prepared preliminary voting report results (.1). |
| 12/6/2018 | 0.5 Peter, Gibi | Solicitation | $61.50 | Created voting nmes (.2); and generated ballot print file for mailing (.3). |
| 12/6/2018 | 0.3 Uhrig, Marcia A. | Solicitation | $43.80 | Monitored status of ballot processing and tabulation. |
| 12/6/2018 | 1.0 Williams, Ursula | Solicitation | $70.00 | Prepared ballots and related mail for scanning. |
| 12/6/2018 | 0.8 Young, Emily | Solicitation | $116.80 | Produced ballot for party (.4); followed up with intake re voting deadline (.4). |
| 12/7/2018 | 0.3 Arena, Joseph | Solicitation | $43.80 | Followed up with Broadridge re status of vote submissions (.2); provided counsel with an update re same (.1). |
| 12/7/2018 | 1.3 Chachoff, Angela | Solicitation | $81.90 | Retrieved and extracted ballot images to upload to file transfer site for processing (1.0); uploaded returned ballot images to the file transfer site for processing (.3). |
| 12/7/2018 | 1.3 Chau, John | Solicitation | $101.40 | Processed and enter solicitation ballots (1.0); and prepared preliminary voting report results (.3). |
| 12/7/2018 | 0.6 Greenbaum, Kimberly | Solicitation | $63.00 | Reviewed addresses on all ballots to verify if updates are needed. |
| 12/7/2018 | 2.5 Huang, Shirley | Solicitation | $195.00 | Audited ballots. |
| 12/7/2018 | 0.5 Uhrig, Marcia A. | Solicitation | $73.00 | Monitored status of ballot processing and tabulation. |
| 12/7/2018 | 1.0 Vazquez, Thomas | Solicitation | $78.00 | Respond to inquiries regarding the solicitation materials |
| 12/7/2018 | 0.2 Williams, Ursula | Solicitation | $14.00 | Prepared ballots and related mail for scanning. |

| Date | Hours/Name | | Description |
|---|---|---|---|
| 12/10/2018 | 1.1 Arena, Joseph | Solicitation | $160.60 Followed up internally re status of ballot submissions (.3); reviewed ballots (.6); and conferred internally regarding the status of ballot processing (.2). |
| 12/10/2018 | 1.9 Chachoff, Angela | Solicitation | $119.70 Provided tabulation team with received ballots (.9); communicated with Tabulation team re ballots (.4); communicated with Intake re voting deadline (.6). |
| 12/10/2018 | 2.3 Chau, John | Solicitation | $179.40 Processed and entered solicitation ballots (1.6) and prepare preliminary voting report results (.7). |
| 12/10/2018 | 1.1 Greenbaum, Kimberly | Solicitation | $115.50 Reviewed ballot signature certification page to ensure all address information was updated in the database as an additional address or primary if needed. |
| 12/10/2018 | 2.1 Huang, Shirley | Solicitation | $163.80 Audited ballots. |
| 12/10/2018 | 1.5 Li, Rickey | Solicitation | $117.00 Reviewed and processed solicitation ballots. |
| 12/10/2018 | 2.8 Vazquez, Thomas | Solicitation | $218.40 Entered creditor ballots (1.5); responded to inquiries re the solicitation materials (1.3). |
| 12/10/2018 | 0.9 Williams, Ursula | Solicitation | $63.00 Prepared ballots and related mail for scanning. |
| 12/10/2018 | 0.9 Young, Emily | Solicitation | $131.40 Communicated with internal team re voting deadline/ballots. |
| 12/11/2018 | 2.7 Arena, Joseph | Solicitation | $394.20 Finalized vote declaration (.2); conferred with counsel regarding filing (.2); reviewed and finalized voting results (.3); prepared declaration (.1); verified voting amounts for WARN Act claims and notes (.1); conferred internally re status of vote audit (.1); responded to request for status from counsel (.1); reviewed ballots and tabulation results (1.0); and finalized vote certification (.6). |
| 12/11/2018 | 1.1 Chachoff, Angela | Solicitation | $69.30 Researched Class 1 Master Ballot (.5); retrieved and extracted ballot images to provide to Tabulation team for processing (.4); emailed newly received ballots to Tabulation team (.2). |
| 12/11/2018 | 2.5 Chau, John | Solicitation | $195.00 Reviewed and verified voting report results (1.5); prepared vote certification exhibits (1.0). |
| 12/11/2018 | 1.0 Uhrig, Marcia A. | Solicitation | $146.00 Researched and responded to inquiry from J. Arena re tabulation of various class 7 parties (.4); conferred with C. Diaz re vote values assigned to class 2 and 4 parties (.1); reviewed email from E. Young re same (.1); monitored status of final vote tabulation and certification (.4). |
| 12/11/2018 | 0.5 Williams, Ursula | Solicitation | $35.00 Prepared ballots and related mail for scanning. |
| 12/11/2018 | 0.9 Young, Emily | Solicitation | $131.40 Communicated with Tabulation team re voting amounts. |
| 12/12/2018 | 0.2 Arena, Joseph | Solicitation | $29.20 Provided counsel with available voting detail for beneficial holders. |
| 12/12/2018 | 0.4 Chachoff, Angela | Solicitation | $25.20 Extracted ballot images for processing. |
| 12/13/2018 | 0.2 Williams, Ursula | Solicitation | $14.00 Prepared ballots and related mail for scanning. |
| 12/17/2018 | 5.1 Arena, Joseph | Solicitation | $744.60 Prepared for confirmation hearing (1.8); traveled to and from confirmation hearing (1/2 billed) (.6); and attended confirmation hearing (2.7). |
| 12/17/2018 | 0.3 Chachoff, Angela | Solicitation | $18.90 Reviewed database for newly received ballots. |
| 12/17/2018 | 0.5 Chau, John | Solicitation | $39.00 Prepared vote materials for confirmation hearing. |
| 12/20/2018 | 0.9 Chachoff, Angela | Solicitation | $56.70 Retrieved newly received ballots (.6); provided newly received ballots to Tabulation team for processing (.3). |
| 12/21/2018 | 0.3 Chachoff, Angela | Solicitation | $18.90 Provided newly received ballots to Tabulation team. |
| 12/24/2018 | 0.2 Chachoff, Angela | Solicitation | $12.60 Reviewed database for newly received ballots. |
| 1/2/2019 | 0.2 Chachoff, Angela | Solicitation | $12.60 Provided Tabulation Team with newly received ballots for processing. |
| 1/8/2019 | 0.1 Williams, Ursula | Solicitation | $7.00 Prepared ballots and related mail for scanning. |
| 1/9/2019 | 0.5 Chachoff, Angela | Solicitation | $31.50 Retrieved newly received ballots to provide to the tabulation team. |

**TOTAL COMPENSATION:**                    **$26,268.40**