| | |
|---|---|
| **SILVERMANACAMPORA LLP**<br>Attorneys for the Committee<br>100 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>(516) 479-6300<br>Kenneth P. Silverman<br>Ronald J. Friedman<br>Brian Powers | **Hearing Date: April 1, 2019**<br>**Time: 1:30 p.m.**<br><br>**Objections Due: March 25, 2019**<br>**Time: 4:00 p.m.** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

   DOWLING COLLEGE f/d/b/a DOWLING
   INSTITUTE f/d/b/a DOWLING COLLEGE
   ALUMNI ASSOCIATION f/d/b/a CECOM
   a/k/a DOWLING COLLEGE, INC.

                                   Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

**AMENDED NOTICE OF FOURTH AND FINAL APPLICATION OF
SILVERMANACAMPORA LLP, COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE
OF COMPENSATION FOR PERIOD JUNE 1, 2018 THROUGH AND
<u>INCLUDING JANUARY 14, 2019, AND REIMBURSEMENT OF EXPENSES</u>**

     **PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Robert E. Grossman, United States Bankruptcy Judge for the Eastern District of New York, at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Room 860, Central Islip, New York 11722, on the 1st day of April, 2019 at 1:30 p.m. (EST), or as soon thereafter as counsel can be heard, to consider the Application of SilvermanAcampora LLP, counsel to the Official Committee of Unsecured Creditors (the "**Committee**") of Dowling College f/d/b/a Dowling Institute f/d/b/a Dowling College Alumni Association f/d/b/a Cecom a/k/a Dowling College, Inc. (the "**Debtor**") for a Final Allowance of Compensation and Reimbursement of Expenses (ECF Doc. No. 678) (the "**Fee Application**").

     **PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Fee Application shall be made in writing, shall state with particularity the grounds for the objection, and shall be filed with the Bankruptcy Court, in electronic format, by utilizing the Court's electronic case filing

1

system at www.ecf.nyeb.uscourts.gov, or if the same cannot be filed electronically, by manually filing same with the Clerk of the Court together with a CD-ROM containing same in Word, WordPerfect or .pdf format, with a hard copy provided to the Clerk's Office at Bankruptcy Court, Alfonse D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York, 11722 and upon (i) SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York, 11753, Attn: Kenneth P. Silverman, Esq., counsel to the Committee, (ii) Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York, 11722, Attn: Stan Yang, Esq., Assistant U.S. Trustee, and (iii) Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York New York, 10036, Attn: Sean C. Southard, Esq., counsel to the Debtor, so as to be received no later than March 25, 2019 at 4:00 p.m. (EST).

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Fee Application may be adjourned without further notice except as announced in open court on the Hearing Date, or at any adjourned hearing.

Dated: Jericho, New York
February 1, 2019

                            **SILVERMANACAMPORA LLP**
                            Counsel to the Committee


                    By:  *s/ Ronald J. Friedman*
                           Ronald J. Friedman
                        Member of the Firm
                        100 Jericho Quadrangle, Suite 300
                        Jericho, New York 11753
                        (516) 479-6300