1:30 PM    **8-16-75545-reg**    Dowling College
               Ch 11

**Moving:**
**Opposing:**
**Debtor or Plaintiff Attorney:**    Klestadt Winters Jureller Southard & Stevens, LLP

88

**Matter:**    **[627] Motion to Authorize/Direct Requesting Permission to File a Late Proof Claim by Justine DeLuca.**

**Courtroom Deputy Notes:**

[  ] No Appearance Movant/Pltf     [ X ] Granted     [  ] Order Submitted

[  ] No Opposition     [  ] Denied     [  ] Hearing Held

[  ] No Appearance Either Side     [  ] Marked Off     [  ] Submit Order

[X ] Appearance by Movant/Defendant     [  ] Dismissed     [  ] Settle Order

[  ] Submit Order and Judgment     [  ] Withdrawn     [  ] Settled

[  ] Settle Conditional Order     [  ] So Ordered     [  ] Court to Issue Order



**Dated: Central Islip, New York**           **Robert E. Grossman**
      **February 5, 2019**                **United States Bankruptcy Judge**