1:30 PM **8-16-75545-reg**  Dowling College
Ch 11

**Moving:**
**Opposing:**
**Debtor or Plaintiff Attorney:**  Klestadt Winters Jureller Southard & Stevens, LLP

88

**Matter:**   **[627] Motion to Authorize/Direct Requesting Permission to File a Late Proof Claim by Justine DeLuca.**

**Courtroom Deputy Notes:**

[ ] No Appearance Movant/Pltf     [ X ] Granted         [ ] Order Submitted

[ ] No Opposition                 [ ] Denied            [ ] Hearing Held

[ ] No Appearance Either Side     [ ] Marked Off        [ ] Submit Order

[ X ] Appearance by Movant/Defendant  [ ] Dismissed     [ ] Settle Order

[ ] Submit Order and Judgment     [ ] Withdrawn         [ ] Settled

[ ] Settle Conditional Order      [ ] So Ordered        [ ] Court to Issue Order



Dated: Central Islip, New York
February 5, 2019

Robert E. Grossman
United States Bankruptcy Judge