# Notice Recipients

| District/Off: 0207–8 | User: smarcus | Date Created: 2/5/2019 |
|---|---|---|
| Case: 8−16−75545−reg | Form ID: pdf000 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPRegion02.LI.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
     Justine DeLuca      767 Milligan Ln      West Islip, NY 11795

TOTAL: 1