| | |
|---|---|
| **KLESTADT WINTERS JURELLER**<br>**SOUTHARD & STEVENS, LLP**<br>200 West 41st Street, 17th Floor<br>New York, NY 10036-7203<br>Telephone: (212) 972-3000<br>Facsimile: (212) 972-2245<br>Sean C. Southard<br>Lauren C. Kiss | Hearing Date: April 1, 2019<br>Hearing Time: 1:30 p.m. (EST)<br><br>Objection Deadline: March 25, 2019<br>at 4:00 p.m. (EST) |

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | |
| f/d/b/a DOWLING INSTITUTE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| Debtor. | : | |

---------------------------------------------------------------x

### NOTICE OF HEARING TO CONSIDER APPLICATIONS BY
### CASE PROFESSIONALS FOR AWARDS OF INTERIM AND FINAL
### <u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Robert E. Grossman, United States Bankruptcy Judge for the Eastern District of New York, at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Room 860, Central Islip, New York 11722, on the **1st day of April, 2019 at 1:30 p.m. (EST)**, or as soon thereafter as counsel can be heard, to consider the following applications (collectively, the "**Fee Applications**") of the professionals retained in this case, each of which is listed on <u>Exhibit A</u> annexed hereto for interim allowance of compensation and reimbursement of expenses incurred, and <u>Exhibit B</u> annexed hereto for final allowance of compensation and reimbursement of expenses incurred.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the Fee Applications shall be made in writing, shall state with particularity the grounds for the objection, and shall be filed with the Bankruptcy Court, in electronic format, by utilizing the Court's electronic case filing system at www.ecf.nyeb.uscourts.gov, or if the same cannot be filed electronically, by manually filing same with the Clerk of the Court together with a CD-ROM containing same in Word, WordPerfect or .pdf format, with a hard copy provided to the Clerk's Office at Bankruptcy Court, Alfonse D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York, 11722 and upon (i) Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York,

1

New York, 10036, Attn: Sean C. Southard, Esq., counsel to the Debtor and Debtor-in-Possession; (ii) Office of the United States Trustee for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York, 11722, Attn: Stan Yang, Esq., Assistant U.S. Trustee; and (iii) the Professional whose Fee Application is subject to the objection, so as to be received no later than **March 25, 2019 at 4:00 p.m. (EST).**

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Fee Applications may be adjourned without further notice except as announced in open court on the hearing date, or at any adjourned hearing.

Dated: New York, New York
February 5, 2019

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
Sean C. Southard
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, New York 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Email: ssouthard@klestadt.com
lkiss@klestadt.com

*Counsel to Debtor and Debtor in Possession*

## EXHIBIT A

**(Interim Period – June 1, 2018 through January 14, 2019)**

| Applicant and Docket No. | Capacity | Interim Application Period | Compensation Requested | Reimbursement of Expenses Requested | Total Amount Requested |
|---|---|---|---|---|---|
| Klestadt Winters Jureller Southard & Stevens, LLP Docket No. 679 | Counsel to the Debtor | 6/1/2018 – 1/14/2019 | $674,711.75 | $4,455.99 | $679,167.74 |
| Ingerman Smith, LLP Docket No. 680 | Special Counsel to the Debtor | 6/1/2018 – 1/14/2019 | $13,470.00 | $145.18 | $13,615.18 |
| Baker Tilly Virchow Krause, LLP Docket No. 681 | Tax Accountants to the Debtor | 6/1/2018 – 1/14/2019 | $5,115.75 | $0.00 | $5,115.75 |
| Farrell Fritz, P.C. Docket No. 695 | Special Counsel to the Debtor | 6/1/2018 – 12/20/18 | $2,871.00 | $27.20 | $2,898.20 |
| SilvermanAcampora LLP Docket No. 678 | Counsel to the Official Committee of Unsecured Creditors | 6/1/2018 – 1/14/2019 | $159,650.00 | $346.41 | $159,996.41 |

## EXHIBIT B

**(Final Period – November 29, 2016 through January 14, 2019)**

| Applicant and Docket No. | Capacity | Final Application Period | Total Compensation Requested | Total Reimbursement of Expenses Requested | Total Amount Requested | Total Fees and Expenses Previously Paid | Unpaid Balance of Fees and Expenses Requested |
|---|---|---|---|---|---|---|---|
| Klestadt Winters Jureller Southard & Stevens, LLP Docket No. 679 | Counsel to the Debtor | 11/29/16 – 1/14/19 | $2,641,925.10 | $29,102.63 | $2,671,027.73 | $2,107,032.29 | $563,995.44 |
| Ingerman Smith, LLP Docket No. 680 | Special Counsel to the Debtor | 11/29/16 – 1/14/19 | $58,890.00 | $2,084.11 | $60,974.11 | $38,274.93 | $22,699.18 |
| Baker Tilly Virchow Krause, LLP Docket No. 681 | Tax Accountants to the Debtor | 9/27/17 – 1/14/19 | $30,115.75 | $0.00 | $30,115.75 | $20,000.00 | $10,115.75 |
| Baker Tilly Virchow Krause, LLP Docket No. 682 | Consultants to the Debtor | 9/27/17 – 1/14/19 | $8,234.00 | $1,131.43 | $9,365.43 | $7,718.63 | $1,646.80 |
| FPM Group, Ltd. Docket No. 688 | Consultants to the Debtor | 12/6/17 – 1/14/19 | $70,069.68 | $20,529.44 | $90,599.12 | $82,353.85 | $8,245.27 |
| Receivable Collection Services Docket No. 689 | Collection Agent to the Debtor | 10/16/17 – 1/14/19 | $30,318.48 | $0.00 | $30,318.48 | $30,318.48 | $0.00 |

| Applicant and Docket No. | Capacity | Final Application Period | Total Compensation Requested | Total Reimbursement of Expenses Requested | Total Amount Requested | Total Fees and Expenses Previously Paid | Unpaid Balance of Fees and Expenses Requested |
|---|---|---|---|---|---|---|---|
| CBRE, Inc. Docket No. 690 | Real Estate Broker to the Debtor | 11/29/16 – 1/14/19 | $145,000.00 | $0.00 | $145,000.00 | $145,000.00 | $0.00 |
| Douglas Elliman Docket No. 691 | Real Estate Broker to the Debtor | 11/29/16 – 1/14/19 | $335,640.00 | $0.00 | $335,640.00 | $335,640.00 | $0.00 |
| A&G Realty Partners, LLC and Madison Hawk Partners, LLC Docket No. 692 | Real Estate Advisors to the Debtor | 11/29/16 – 1/14/19 | $1,239,000.00 | $143,459.97 | $1,382,459.97 | $1,382,459.97 | $0.00 |
| Epiq Class Action and Claims Solution, Inc. Docket No. 693 and 696 | Administrative Advisor to the Debtor | 4/25/18 – 1/14/19 | $26,268.40 | $0.00 | $26,268.40 | $0.00 | $26,268.40 |
| Farrell Fritz, P.C. Docket No. 695 | Special Counsel to the Debtor | 3/28/17 – 12/20/18 | $29,403.00 | $621.35 | $30,024.35 | $21,819.75 | $8,204.60 |
| SilvermanAcampora LLP Docket No. 678 | Counsel to the Official Committee of Unsecured Creditors | 11/29/16 – 1/14/19 | $840,791.00 | $2,148.90 | $842,939.90 | $690,912.86 | $152,027.04 |