United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 16-75545-reg
Dowling College  Chapter 11
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-8          User: smarcus              Page 1 of 2                  Date Rcvd: Feb 05, 2019
                              Form ID: pdf000            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2019.
              +Justine DeLuca,    767 Milligan Ln,    West Islip, NY 11795-3418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2019 at the address(es) listed below:
              Adam T Berkowitz    on behalf of Creditor    UMB Bank, National Association as Indenture Trustee
               aberkowitz@garfunkelwild.com,    ehuggler@garfunkelwild.com;jfigueroa@garfunkelwild.com
              Anthony C Acampora    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               efilings@spallp.com,
               aca@spallp.com;ksilverman@ecf.epiqsystems.com;ggerson@sallp.com;sgiugliano@silvermanacampora.com
              Arthur Z Schwartz    on behalf of Creditor Martin  Schoenhals aschwartz@afjlaw.com
              Bonnie  Pollack    on behalf of Creditor    NCF Capital LTD bpollack@cullenanddykman.com
              Brendan M Scott    on behalf of Defendant    Dowling College bscott@klestadt.com
              Brian D Pfeiffer    on behalf of Creditor    ACA Financial Guaranty Corp.
               brian.pfeiffer@whitecase.com,    jdisanti@whitecase.com;mco@whitecase.com
              Dipesh  Patel    on behalf of Creditor    Dowling College Full Time Faculty Chapter of New York
               State United Teachers dipesh.patel@saul.com
              Elizabeth M Aboulafia    on behalf of Creditor    NCF Capital LTD eaboulafia@cullenanddykman.com
              Gerard R Luckman    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               GLuckman@Forchellilaw.com,    GLuckman@Forchellilaw.com;Bhufnagel@forchellilaw.com
              Glenn P Warmuth    on behalf of Creditor Kimberly Dawn Poppiti gpw@stim-warmuth.com,
               pjw@stim-warmuth.com
              Glenn P Warmuth    on behalf of Interested Party Kimberly Dawn Poppiti gpw@stim-warmuth.com,
               pjw@stim-warmuth.com
              Harold  Seligman    on behalf of Interested Party    Bridgestone Capital Partners, LLC
               hseligman@msn.com
              Howard B Kleinberg    on behalf of Interested Party    Certain Members Of The Dowling College Board
               of Trustees hkleinberg@MSEK.com,    kgiddens@msek.com
              J Eric Charlton    on behalf of Creditor    Carrier Corporation echarlton@barclaydamon.com,
               rjones@barclaydamon.com
              Jack A Raisner    on behalf of Plaintiff Lori  Zaikowski jar@outtengolden.com,
               kdeleon@outtengolden.com;jxh@outtengolden.com;rfisher@outtengolden.com;jquinonez@outtengolden.com
               ;bkouroupas@outtengolden.com
              Jack A Raisner    on behalf of Creditor Lori  Zaikowski jar@outtengolden.com,
               kdeleon@outtengolden.com;jxh@outtengolden.com;rfisher@outtengolden.com;jquinonez@outtengolden.com
               ;bkouroupas@outtengolden.com
              James H. Knapp    on behalf of Creditor    Department of Education james.knapp@usdoj.gov
              James H. Knapp    on behalf of Creditor    U.S. Department of Veteran Affairs james.knapp@usdoj.gov
              James M Steinberg    on behalf of Creditor Justino  Reyes james@bradymcguiresteinberg.com,
               beverly@bradymcguiresteinberg.com
              James M Steinberg    on behalf of Creditor Garry  Bishop james@bradymcguiresteinberg.com,
               beverly@bradymcguiresteinberg.com
              Jeffrey C Wisler    on behalf of Creditor    Cigna Health and Life Insurance Company
               jwisler@connollygallagher.com
              John J Ramirez    on behalf of Creditor    ACA Financial Guaranty Corp. john.ramirez@whitecase.com,
               jdisanti@whitecase.com;mco@whitecase.com
              Joseph Charles Corneau    on behalf of Debtor    Dowling College jcorneau@klestadt.com

```
District/off: 0207-8                User: smarcus              Page 2 of 2                  Date Rcvd: Feb 05, 2019
                                    Form ID: pdf000            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Karl J Silverberg    on behalf of Creditor    Powerhouse Maintenance, Inc.
               ksilverberg@silverbergpclaw.com,  ksilverberg@king-king-law.com
              Laine A Armstrong    on behalf of Creditor Martin   Schoenhals laine@advocatesny.com
              Lauren Catherine Kiss    on behalf of Debtor    Dowling College lkiss@klestadt.com
              Lauren Catherine Kiss    on behalf of Defendant    Dowling College lkiss@klestadt.com
              Matthew A Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
              Matthew G Roseman    on behalf of Creditor    NCF Capital LTD mroseman@cullenanddykman.com
              Neil S Begley    on behalf of Creditor    ACA Financial Guaranty Corp. neil.begley@srz.com
              Patrick T Collins    on behalf of Spec. Counsel    Farrell Fritz, P.C. pcollins@farrellfritz.com,
               ffbkmao@farrellfritz.com
              Rene S Roupinian    on behalf of Plaintiff Lori    Zaikowski rroupinian@outtengolden.com,
               jxh@outtengolden.com;cbrann@outtengolden.com;kcarter@outtengolden.com
              Richard J McCord    on behalf of Creditor     ACA Financial Guaranty Corp.
               rmccord@certilmanbalin.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com;CBAHECM@gmail.c
               om;mmcord@certilmanbalin.com
              Ronald J Friedman    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               efilings@spallp.com,
               rfriedman@silvermanacampora.com;dmahoney@silvermanacampora.com;JHellman@SilvermanAcampora.com;JKr
               ell@SilvermanAcampora.com
              Sean C Southard    on behalf of Debtor    Dowling College ssouthard@klestadt.com
              Stan Y Yang    stan.y.yang@usdoj.gov,   stan.y.yang@usdoj.gov
              Stephanie R Sweeney    on behalf of Debtor    Dowling College ssweeney@klestadt.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 38
```

| | | | |
|---|---|---|---|
| 1:30 PM | **8-16-75545-reg**<br>Ch 11 | Dowling College | |

**Moving:**
**Opposing:**
**Debtor or Plaintiff Attorney:**   Klestadt Winters Jureller Southard & Stevens, LLP

88

**Matter:**   **[627] Motion to Authorize/Direct Requesting Permission to File a Late Proof Claim by Justine DeLuca.**

**Courtroom Deputy Notes:**

[ ] No Appearance Movant/Pltf        [ X ] Granted             [ ] Order Submitted

[ ] No Opposition                    [ ] Denied               [ ] Hearing Held

[ ] No Appearance Either Side        [ ] Marked Off           [ ] Submit Order

[ X ] Appearance by Movant/Defendant  [ ] Dismissed            [ ] Settle Order

[ ] Submit Order and Judgment        [ ] Withdrawn            [ ] Settled

[ ] Settle Conditional Order         [ ] So Ordered           [ ] Court to Issue Order



**Dated: Central Islip, New York**
**February 5, 2019**

_____
**Robert E. Grossman**
**United States Bankruptcy Judge**