**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>DOWLING COLLEGE,<br>f/d/b/a DOWLING INSTITUTE,<br>f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,<br>f/d/b/a CECOM,<br>a/k/a DOWLING COLLEGE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-75545 (REG) |

**HEARING AGENDA**

| | |
|---|---|
| **Time and Date of Hearing**: | April 1, 2019 at 1:30 p.m. (Eastern Time) |
| **Location of Hearing**: | Courtroom of the Honorable Robert E. Grossman, United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 |
| **Copies of Motions and Applications**: | The Motions and Applications may be viewed on the Court's website (http://www.nyeb.uscourts.gov/) with a login and password to the Court's Public Access to Court Electronic Records and copies of such documents can be obtained from the Debtor's |

| | |
|---|---|
| | noticing agent, Garden City Group, LLC at www.choosegcg.com/cases-info/dco/ |

I. **Uncontested Matters**

1. Fourth Interim and Final Application of Klestadt Winters Jureller Southard & Stevens, LLP, General Bankruptcy Counsel to the Debtor and Debtor in Possession, for Allowance of Compensation and Reimbursement of Expenses [DE 679]

   Related Documents:

   A. Notice of Hearing [DE 699]

   B. Affidavit of Service [DE 701]

   Status: This matter is going forward.

2. Second Interim and Final Application of Ingerman Smith, LLP, Special Counsel for the Debtor and Debtor-in-Possession, Pursuant to United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 [DE 680]

   Related Documents:

   A. Notice of Hearing [DE 699]

   B. Affidavit of Service [DE 701]

   Status: This matter is going forward.

3. Second Interim and Final Application of Baker Tilly Virchow Krause, LLP, Tax Accountants for the Debtor and Debtor-in-Possession, Pursuant to Bankruptcy Code Sections 330 and 331 for Allowance of Compensation and Reimbursement of Expenses [DE 681]

   Related Documents:

   A. Notice of Hearing [DE 699]

   B. Affidavit of Service [DE 701]

   Status: This matter is going forward.

4. Application of Baker Tilly Virchow Krause, LLP, Consultants to the Debtor and Debtor in Possession for a Final Allowance of Compensation and Reimbursement of Expenses [DE 682]

Related Documents:

A. Notice of Hearing [DE 699]

B. Affidavit of Service [DE 701]

Status: This matter is going forward.

5. Final Fee Application of FPM Group, Ltd., Consultants to the Debtor and Debtor in Possession for an Allowance of Compensation and Reimbursement of Expenses [DE 688]

Related Documents:

A. Notice of Hearing [DE 699]

B. Affidavit of Service [DE 701]

Status: This matter is going forward.

6. Application of Receivable Collection Services, LLC, Collection Agency to the Debtor and Debtor in Possession for a First and Final Allowance of Compensation and Reimbursement of Expenses for the Period of October 16, 2017 through January 14, 2019 [DE 689]

Related Documents:

A. Notice of Hearing [DE 699]

B. Affidavit of Service [DE 701]

Status: This matter is going forward.

7. First and Final Fee Application of CBRE, Inc. as Broker for the Debtor, for Compensation for Services Rendered [DE 690]

Related Documents:

A. Notice of Hearing [DE 699]

B. Affidavit of Service [DE 701]

Status: This matter is going forward.

8. First and Final Fee Application of Douglas Elliman Real Estate, as Broker for the Debtor, for Compensation for Services Rendered [DE 691]

Related Documents:

A. Notice of Hearing [DE 699]

B. Affidavit of Service [DE 701]

Status: This matter is going forward.

9. First and Final Fee Application of A&G Realty Partners, LLC and Madison Hawk Partners, LLC for Compensation for Services Rendered as Real Estate Advisor to the Debtor for the Period of November 29, 2016 through and including January 14, 2019 [DE 692]

Related Documents:

A. Notice of Hearing [DE 699]

B. Affidavit of Service [DE 701]

Status: This matter is going forward.

10. First and Final Fee Application of Epiq Class Action and Claims Solutions, Inc., as Administrative Advisor to the Debtor and Debtor-in-Possession for Allowance of Compensation for the Period of April 25, 2018 through January 14, 2019 ("Epiq's Fee Application") [DE 693]

Related Documents:

A. Amended Exhibit B to Epiq's Fee Application [DE 696]

B. Notice of Hearing [DE 699]

C. Affidavit of Service [DE 701]

Status: This matter is going forward.

11. Application of Farrell Fritz, P.C., Special Counsel to the Debtor and Debtor in Possession, for Final Allowance of Compensation and Reimbursement of Expenses for the Period of March 28, 2017 through December 20, 2018 [DE 695]

Related Documents:

A. Notice of Hearing [DE 699]

B. Affidavit of Service [DE 701]

Status: This matter is going forward.

12. Fourth and Final Application of SilvermanAcampora LLP, Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Period June 1, 2018 through and including January 14, 2019, and Reimbursement of Expenses [DE 678]

Related Documents:

A. Notice of Hearing [DE 699]

B. Affidavit of Service [DE 701]

Status: This matter is going forward.

Dated: New York, New York
March 28, 2019

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*

Sean C. Southard
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, NY 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: ssouthard@klestadt.com
lkiss@klestadt.com

*Counsel to the Debtor and Debtor-in-Possession*