# Exhibit A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.

                             Debtor.
---------------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

## PROPOSED ORDER TERMINATING SERVICES OF OFFICIAL NOTICING/CLAIMS AGENT

Upon the application (the "**Application**")[1] (ECF Doc. No. ___) of Ronald J. Friedman, Esq., post-confirmation trustee (the "**Trustee**") of Dowling College f/d/b/a Dowling Institute f/d/b/a Dowling College Alumni Association f/d/b/a Cecom a/k/a Dowling College, Inc. (the "**Debtor**"), the Clerk of Court having made a determination and having advised the Debtor that the case met the criteria of a Large Asset Multiple Creditor case pursuant to 11 USC §156(c); the Debtor having obtained an Order authorizing the retention The Garden City Group, Inc. ("**GCG**") on November 29, 2016, to act as the Official Claims Agent of the Clerk of Court and to assume full responsibility for noticing, processing of claims, preparation and maintenance of a claims register and for custody of proofs of claims in this case; the entry of the Debtor's First Amended Chapter 11 Plan having been approved by this Court on December 20, 2018; and the last date to file pre-petition proofs of claim against the Debtor having been set as March 10, 2017, and the last date to file proofs of claim by governmental units having been fixed as May 30, 2017; and the Trustee, in furtherance of his duties, having determined that the need for an outside claims agent no longer exists; it is hereby

ORDERED, that the services of GCG are terminated effective upon the entry of this

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

Order; and it is further

**ORDERED**, that GCG shall prepare a claims register for the Clerk's Office as of the date of this Order pursuant to the Guidelines for Implementation of 28 USC §156(c) (the "**Guidelines**"); and it is further

**ORDERED**, that GCG will box and transport the claims filed in the Debtor's case to the Trustee to hold until the entry of the Final Decree in this matter. The Trustee will box and forward the claims filed in the Debtor's case at the direction of the Clerk's Office pursuant to the Guidelines upon the entry of the Final Decree in this matter; and it is further

**ORDERED**, that GCG shall provide the Trustee with (i) a spreadsheet of all scheduled and filed claims, (ii) a copy of each of the filed claims in electronic format in their entirety inclusive of supporting documentation, and (iii) a master service list in label format; and it is further

**ORDERED**, that in the event GCG receives any claims or documents pertaining to this case subsequent to the entry of this Order, GCG shall transfer any such claims or other documents to the Trustee as soon as reasonably practicable, and it is further

**ORDERED**, that in accordance with this Court's Order dated December 6, 2016, GCG shall submit a final invoice to the Trustee to obtain payment of its outstanding fees and for the reimbursement of final expenses owed to GCG.

Dated:   May __, 2019
         Central Islip, New York

                                        HONORABLE ROBERT E. GROSSMAN
                                        United States Bankruptcy Judge