# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.

                                  Debtor.
-------------------------------------------------------x

Chapter 11

Case No.: 16-75545 (REG)

## PROPOSED ORDER TERMINATING SERVICES OF OFFICIAL NOTICING/CLAIMS AGENT

Upon the motion (the "**Motion**")[1] of Ronald J. Friedman, Esq., the Post-Confirmation Trustee (the "**Trustee**"), of Dowling College f/d/b/a Dowling Institute f/d/b/a Dowling College Alumni Association f/d/b/a Cecom a/k/a Dowling College, Inc. (the "**Debtor**"), and upon the hearing on the Motion held before the Court on May 6, 2019, the transcript of which is incorporated herein by reference, and for good cause having been shown for the relief requested in the Motion; it is hereby

**ORDERED**, that the Motion is granted in all respects; and it is further

**ORDERED**, that the services of Garden City Group ("**GCG**"), the Official Noticing and Claims Agent for the Debtor's estate are terminated effective upon the entry of this Order; and it is further

**ORDERED**, that GCG shall prepare a claims register for the Clerk's Office as of the date of this Order pursuant to the Guidelines for Implementation of 28 USC §156(c) (the "**Guidelines**"); and it is further

**ORDERED**, that GCG will box and transport the claims filed in the Debtor's case to the Trustee to hold until the entry of the Final Decree in this matter. The Trustee will box and forward the claims filed in the Debtor's case at the direction of the Clerk's Office pursuant to the

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Committee's Motion.

Guidelines upon the entry of the Final Decree in this matter; and it is further

**ORDERED**, that GCG shall provide the Trustee with (i) a spreadsheet of all scheduled and filed claims, (ii) a copy of each of the filed claims in electronic format in their entirety inclusive of supporting documentation, and (iii) a master service list in label format; and it is further

**ORDERED**, that in the event GCG receives any claims or documents pertaining to this case subsequent to the entry of this Order, GCG shall transfer any such claims or other documents to the Trustee as soon as reasonably practicable, and it is further

**ORDERED,** that in accordance with this Court's Order dated December 6, 2016, GCG shall submit a final invoice to the Trustee to obtain payment of its outstanding fees and for the reimbursement of final expenses owed to GCG.

Dated:  May __, 2019
        Central Islip, New York

                                       HONORABLE ROBERT E. GROSSMAN
                                       United States Bankruptcy Judge