Page 1

1    UNITED STATES BANKRUPTCY COURT

2    EASTERN DISTRICT OF NEW YORK

3    Case No. 8-16-75545-reg

4    - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    In the Matter of:

6

7    DOWLING COLLEGE,

8

9          Debtor.

10    - - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12                   United States Bankruptcy Court

13                   290 Federal Plaza

14                   Central Islip, New York 11722

15

16                   April 1, 2019

17                   2:31 PM

18

19

20

21    B E F O R E :

22    HON ROBERT E. GROSSMAN

23    U.S. BANKRUPTCY JUDGE

24

25    ECRO:   UNKNOWN

1    HEARING re [678] Final Application for Compensation by

2    SilvermanAcampora LLP as Counsel to the Official

3    Committee of Unsecured Creditors for Fees of $159,650.00

4    Expenses: $346.41 by Ronald J Friedman on behalf of Official

5    Committee Of Unsecured Creditors.

6

7    HEARING re [695] Final Application for Compensation by

8    Farrell Fritz, P.C. as Special Counsel for Fees of

9    $29,403.00 Expenses: $621.35 by Patrick T Collins on behalf

10   of Farrell Fritz, P.C.

11

12   HEARING re [679] Final Application for Compensation by

13   Klestadt Winters Jureller Southard & Stevens, LLP as Counsel

14   to the Debtor for Fees of $2,641,925.10 Expenses: $29,102.63

15   by Lauren Catherine Kiss on behalf of Dowling College.

16

17   HEARING re [680] Final Application for Compensation by

18   Ingerman Smith, LLP as Special Counsel to the Debtor for

19   Fees of $58,890.00 Expenses: $2,084.11 by Lauren Catherine

20   Kiss on behalf of Dowling College.

21

22   HEARING re [681] Final Application for Compensation by Baker

23   Tilly Virchow Krause, LLP as Tax Accountants to the Debtor

24   and Debtor in Possession for Fees of $30,115.75 Expenses:

25   $0.00 by Lauren Catherine Kiss on behalf of Dowling College.

1    HEARING re [682] Final Application for Compensation by Baker

2    Tilly Virchow Krause, LLP as Consultants to the Debtor and

3    Debtor in Possession for Fees of $8,234.00 Expenses:

4    $1,131.43 by Lauren Catherine Kiss on behalf of Dowling

5    College.

6

7    HEARING re [688] Final Application for Compensation by FPM

8    Group, LTD. as Consultants to the Debtor and Debtor in

9    Possession for Fees of $70,069.68 Expenses: $20,529.44 by

10    Lauren Catherine Kiss on behalf of Dowling College.

11

12    HEARING re [689] Final Application for Compensation by

13    Receivable Collection Services, LLC as Collection

14    Agency to the Debtor and Debtor in Possession for Fees of

15    $30,318.48 Expenses: $0.00 by Lauren Catherine Kiss on

16    behalf of Dowling College.

17

18    HEARING re [690] Final Application for Compensation by CBRE,

19    Inc. as Broker for the Debtor for Fees of $145,000.00

20    Expenses: $0.00 by Lauren Catherine Kiss on behalf of

21    Dowling College.

22

23

24

25

1   HEARING re [691] Final Application for Compensation by

2   Douglas Elliman Real Estate as Broker for the Debtor

3   for Fees of $335,640.00 Expenses: $0.00 by Lauren Catherine

4   Kiss on behalf of Dowling College.

5

6   HEARING re [692] Final Application for Compensation by A&G

7   Realty Partners, LLC and Madison Hawk Partners, LLC as Real

8   Estate Advisor to the Debtor for Fees of $1,239,000.00

9   Expenses: $143,459.97 by Lauren Catherine Kiss on behalf of

10  Dowling College.

11

12  HEARING re [693] Final Application for Compensation by Epiq

13  Class Action and Claims Solutions, Inc. as Administrative

14  Advisor to the Debtor and Debtor in Possession for Fees of

15  $26,268.40 Expenses: $0.00. by Lauren Catherine Kiss on

16  behalf of Dowling College.

17

18

19

20

21

22

23

24

25  Transcribed by:  Sonya Ledanski Hyde

```
 1   A P P E A R A N C E S :

 2

 3   FARRELL FRITZ, P.C.

 4        Special Counsel

 5        400 RXR Plaza

 6        Uniondale, NY 11556

 7

 8   BY:  PATRICK T. COLLINS

 9

10   SILVERMAN ACAMPORA LLP

11        Attorneys for the Official committee of Unsecured

12        Creditors

13        100 Jericho Quadrangle, Suite 300

14        Jericho, NY 11753

15

16   BY:  ANTHONY C. ACAMPORA

17        BRIAN POWERS

18

19   UNITED STATES DEPARTMENT OF JUSTICE

20        Attorneys for the U.S. Trustee

21        201 Varick Street, Suite 1006

22        New York, NY 10014

23

24   BY:  STAN YANG

25
```

1    KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP

2        Attorneys for the Debtor

3        200 West 41st Street, 17th Floor

4        New York, NY 10036

5

6    BY:  SEAN C. SOUTHARD

7        LAUREN CATHERINE KISS

8

9    BAKER TILLY

10        Attorneys for Baker Tilly

11        20 Stanwix Street, Suite 800

12        Pittsburgh, PA 1522

13

14    BY:  THOMAS W. WALENCHOK

15

16    EPIQ

17        Claims Agent

18        777 Third Avenue

19        New York, NY 10056

20

21    BY:  SUSAN PERSICHILLI

22

23

24

25

1                    P R O C E E D I N G S

2              THE COURT:  Good afternoon.  Please be seated.

3              CLERK:  Matter number 44 through 55, Dowling

4    College.

5              MR. SOUTHARD:  Good afternoon, Your Honor, Sean

6    Southard of Klestadt Winters Jureller Southard & Stevens on

7    behalf of Dowling College.  With me today is my colleague

8    Lauren Kiss.

9              MR. YANG:  Good afternoon, Your Honor, Stan Yang

10   from the United States Trustee.

11             CLERK:  (indiscernible).

12             MR. WALENCHOK:  Hello.  This is Thomas Walenchok

13   with Baker Tilly.

14             THE COURT:  Okay.

15             MR. SOUTHARD:  Your Honor, again, for the record,

16   Sean Southard on behalf of Dowling.  Your Honor, we have a

17   brief update for Your Honor this afternoon.  And then we

18   have a number of fee applications on this afternoon, and I

19   believe most of the folks here in the galley today are

20   professionals associated with those fee applications.

21             THE COURT:  Okay.

22             MR. SOUTHARD:  So, Your Honor, the brief update

23   really just has to do with the matters that have take place

24   since the effective date, since we were last here before

25   Your Honor at the confirmation hearing.  And that effective

1    date occurred on January 14 of this year.  Thereafter,

2    around the end of February the plan administrator, who is

3    the former CRO of Dowling, Mr. Robert Rosenfeld, paid all of

4    the priority level claims that were allowed, totaling

5    approximately $3 million; of that amount, roughly $1.5

6    million was paid to the former employees of Dowling in

7    relation to the global settlement that was reached between

8    Dowling and those former employees.  So, all of their

9    allowed priority level claims, up to the cap of roughly

10   $13,000 per employee, were paid.  In addition to that, there

11   was approximately $1 million that was paid to New York State

12   Department of Labor on account of the unemployment benefits

13   associated with those former employees as well, and roughly

14   $360,000 paid to class counsel for those employees, the

15   Outten and Golden firm.  They were, as Your Honor will

16   recall, responsible for the Plaintiff's side of that

17   litigation, and then negotiation which led to that global

18   settlement.  So, those claims were all paid and satisfied.

19          In addition to that, Your Honor, the DIP loans wee

20   paid off.  Those amounts, post-effective date, totaled

21   roughly $3.8 million and the payments, in addition to that,

22   were paid to secured creditors totaling just under $10

23   million.

24          Further, $300,000, as was required by the plan,

25   was paid to the unsecured creditor trust, which was

1    established as part of the plan, and a wind-down reserve to

2    wrap up the estate, and pay for things like storage,

3    retention of records, etc., as required by Your Honor's

4    prior order, was reserved and funded by the plan

5    administrator.

6              Finally, sufficient funds are on reserve for the

7    plan administrator to pay the total of unpaid professional

8    fee accruals in the event that Your Honor approves the fees

9    today on a final basis.  There are sufficient funds on hand

10    to satisfy those.

11             In terms of unpaid professional fees, at this

12    point, for all of the Debtor's professionals in the

13    aggregate, the total unpaid is approximately $525,000.  So,

14    if Your Honor were to approve all of the Debtor's

15    professionals today, that's the rough aggregate number of

16    unpaid debtor-side professionals.  And then, in addition to

17    that, by our calculations, there's approximately $132,000

18    due to committee professionals, that remains unpaid as of

19    today.

20             THE COURT:  We have $152,000 that they claim

21    they're owed.

22             MR. SOUTHARD:  Yes, Your Honor.  And I was going

23    to get to that.  But I'm happy to address it now.

24             Your Honor will recall that the applications were

25    filed initially on the first week of February with an

1    original hearing date set for February 26.  They were

2    adjourned until today.  During that period, the interim 80

3    percent compensation for November and December, which had

4    not, as of the application period, come due; were paid by

5    the Debtor and plan administrator.

6              THE COURT:  After confirmation you paid out money?

7              MR. SOUTHARD:  The 80 percent on the fees that

8    were pre-

9              THE COURT:  (indiscernible) a dollar.  After

10   confirmation you paid out money?

11             MR. SOUTHARD:  Yes, Your Honor.

12             THE COURT:  Okay, keep going.

13             MR. SOUTHARD:  So, those amounts reflect the 80

14   percent that was otherwise permitted under Your Honor's

15   prior interim compensation order, and that reduces the

16   unpaid request by that amount.  So, that actually only

17   impacts my firm as well as the Silverman Acampora firm, in

18   terms of the requests that are being made.

19             THE COURT:  What are the total professional fees

20   in this case?

21             MR. SOUTHARD:  Your Honor, I can go through them

22   one by one.

23             THE COURT:  I can to, but if you have a number ...

24   I view it as about $6 million, give or take.

25             MR. SOUTHARD:  I think that's on the high side,

1    Your Honor.  As I mentioned, the unpaid professional fees,

2    at this point, is about 525 on the Debtor's side --

3              THE COURT:  I understand that.  That's not what I

4    asked.  I asked, what are the total professional fees

5    incurred in this case to date, including brokers and

6    everybody else?

7              MR. SOUTHARD:  I can add it up.  I apologize, Your

8    Honor, I have a list and they don't tally at the bottom.

9    So, I can add that up.

10             THE COURT:  No, I'm pretty close to knowing what

11   it is.  Go ahead.

12             MR. SOUTHARD:  Your Honor, we are here then, this

13   afternoon, with respect to, I believe 12 applications for

14   final approval by Your Honor, of fees and associated

15   expenses by the various professionals retained by the

16   estate.  The interim compensation period that Your Honor has

17   not yet reviewed spans a roughly seven-and-a-half-month

18   period from June 1, 2018 through the effective date of

19   January 14 of this year.  So, again, roughly seven and a

20   half months that has not --

21             THE COURT:  Let's just summarize for a second,

22   because I want to do this as cleanly as possible.  Certain

23   assets of Dowling were sold for far less than we thought.

24   That was the market, they were sold.  There's no assets

25   left, hard assets left, really.  There's a couple that there

1    may or may not be, litigation left -- which is another issue

2    I have to deal with in a little while.  The secured

3    creditors were largely paid, except for a carve out that

4    they gave to various professionals in the case, to allow the

5    case to go ahead.  All that's correct so far?

6              MR. SOUTHARD:  There are significant deficiency

7    claims by the secured creditor.

8              THE COURT:  I don't care about that one, frankly.

9              MR. SOUTHARD:  That's the only thing I would

10   suggest.

11             THE COURT:  The unsecured claims ended up to be

12   what?

13             MR. SOUTHARD:  In terms of aggregate dollars?

14             THE COURT:  Total amount, yeah.

15             MR. SOUTHARD:  Well, they haven't -- the plaintiff

16   resolution process is not complete, Your Honor.

17             THE COURT:  What is it to date?

18             MR. SOUTHARD:  There are probably 20 million in

19   filed and --

20             THE COURT:  Not counting the deficiency claim.

21             MR. SOUTHARD:  Unreconciled, not counting the

22   deficiency.  At the end of the day, the expectation is,

23   after objection, that that number will be closer to --

24             THE COURT:  Well, I haven't seen any objection to

25   anything, so I don't know there's going to be an objection.

1    I got $20 million of unsecured claims.  I got countless

2    dollars that I can't figure out, of kids who are going to

3    spend the rest of their life paying money for something they

4    never got, from an institution that never gave them

5    services; shouldn't have been allowed to continue, and these

6    kids are going to be damaged for the rest of their lives

7    economically.  And I got $150,000 sitting in account to pay

8    these people.  And I got professionals -- because I added it

9    up -- who are getting $6.1 million.  This is a public

10   interest case.  You guys made that clear, the code makes it

11   clear.  Nobody should consider this a success, all right.

12   We got a case confirmed and people like that; this is not a

13   successful case.  It is what it is, but it's not a

14   successful case.  It is for the lawyers, it is for the

15   brokers, it may be for the accountants, but it's a miserable

16   result.

17          And I have nothing, zero, on the table that will

18   show why this happened -- zero.  I have never in my life,

19   I've been doing this for 40-some-odd years -- that's longer

20   than most of you -- I've never seen a case go past

21   confirmation without a single adversary brought on a section

22   five claim for anything --anything -- never in my life.  And

23   I've checked with friends and colleagues; nobody has.

24   Nobody.  So, either this was the world's most perfect group

25   of folks, or I don't know.

1          Then I go through the time sheets, everybody's

2    time sheets, line item by line item, because I don't want to

3    make mistakes.  Do you know how much money was devoted, or

4    time has been devoted to analyzing any potential claims

5    other than maybe two lawsuits, any section five claims?  If

6    I give you a dollar you have to give me change.  Not a

7    penny, not one penny of anybody's time has gone to objecting

8    to claims or potential section five claims, and I got a

9    confirmed case.  And I got 20-some-odd million, plus

10   countless other debt, out there.  So, the idea that we're

11   all here for a yuck fest ...

12          Now, you guys have earned -- most of you -- have

13   earned fees.  That's the deal:  You did the work; normally

14   the courts pay.  Did the brokers do a great job?  I don't

15   know.  I don't know how hard it is to get somebody to pay a

16   fraction of what they estimated it was worth, but they get

17   the money.  All right?  We'll worry about it in another

18   case.

19          But I don't want anybody to be confused that this

20   Court believes that the work done in this case, while

21   professional, and you handled it and you got it done, should

22   be deemed anything but an abject failure, to date.

23          Now, I got a whole conversation about where we're

24   going, but most of you won't be here for that.  But I just

25   wanted to make sure everybody understood that I'm going to

1    award, for most of you, the fees.  But that is not an

2    indication of my esteem that I hold this case in -- by

3    anybody -- US Trustees Office, you guys, anybody.

4            And maybe the Court had a role in this.  I did

5    something at confirmation I should not have done, I know it.

6    I know it today, I shouldn't have done it.  I did it.  We

7    all do, we make decisions, we have to.  Would I do it

8    something different?  I don't know.  But I'm not proud of

9    what I did.

10            Do you know how many letters and people have been

11   hurt by this institution?  Does anybody understand?  This

12   was a college out here, thousands of kids went through this

13   place.  The degrees are worthless to many of them.  And more

14   of them have a huge debt that they can't get rid of.  They

15   can't get rid in this Court, they can't get rid of it in

16   District Court, they can't get rid of it in State Court;

17   they can't buy houses.  And I have no idea what happened to

18   the money.  Nobody does.  Nobody does.

19            Now, that's just the frustration.  I'm not blaming

20   anybody.  You didn't do it, I know that.  None of you guys

21   did it -- well, potentially.  But it is credibly upsetting

22   to me, and we've got cases like this all over the country.

23   This is a different example.  There are schools in trouble

24   all over.  We get calls on this case from New Jersey to

25   Pennsylvania to other places; schools threatening that they

1    have to file, what do they do?  What do they do with the

2    kids?  How do you get a case done?

3            I'm not putting this all on you guys, okay?

4    Congress didn't do anything; the Courts are limited by what

5    we can do.  It's just heart wrenching to have people who

6    say, "I have no future.  I've got no future.  I'm 23 years

7    old ... 24, 25, ... I got no future.  I owe $30,000 --

8    $25,000.  I don't have that to pay back.  I can't borrow

9    money.  My credit is disastrous and I got nothing.  And two

10   minutes after I was in that school the cut the major, they

11   told me they couldn't do this.  Then they said, by the way,

12   'If you want to move, you can go to a different school

13   without having any of your credits.'"

14           Somebody's accountable.  And whether it's through

15   litigation or through something this Court's going to do,

16   there's never going to be a settlement with any case in

17   this, of any litigation in this case, I can tell you that

18   right now, without a full explanation of what everybody did.

19   There's no confidential settlement that's going to be

20   approved, nothing like that; never going to happen.  So, if

21   that's anybody's theory, you can throw that one out.  Never,

22   ever, ever, whether it's the board or the accountants or

23   anybody else.  There's going to be a full accounting --

24   small A -- for what happened.  We'll not agree to any

25   confidential or closed settlement.  And if the theory is

1    that you can't get here, good luck, we'll figure it out.

2          So, I'm prepared to go to the fees.  Again, it's

3    not personal guys, it really isn't.  It is a frustration

4    that I think we should all feel, for a system that has let

5    thousands of local kids down.  It's not personal.  You all

6    do what you're supposed to do.  You didn't put them in that

7    school -- anybody here, at least, I don't think -- and

8    people make decisions and have to live with it.  You're not

9    in Congress, you can't change the law.  I'm not either, I've

10   got to just apply the law.  And no matter how much we try to

11   get around it, case by case, it's not going anyplace.  But

12   it is a frustration.  And I wanted the record to reflect

13   that. And again, I want to make sure -- it is not personal.

14   I'm not attacking any of you guys personally.  Everybody

15   I've seen in this Court has been a good lawyer, guys I know

16   for a while.  That's not it.  It's just wrong, and I can't

17   fix it, and that's my frustration.  There's no purpose for

18   what I do unless we can make somebody's life a little better

19   and here, I can't do a darn thing.

20          MR. SOUTHARD:  Your Honor, I can appreciate the

21   Court's frustration.  It is a frustrating set of

22   circumstances and, as Your Honor pointed out, it is a set of

23   circumstances that does exist across the country in

24   different pockets.  And there's a lot wrong with the way

25   things happen in these contexts before the end.  And there's

1    a lot of momentum, unfortunately, that drives it towards

2    that end in a precipitous way.

3            THE COURT:  And I don't know people made decisions

4    they did.  They made the perfectly reasonable at the time

5    they made them.  It's always easy to look back.  But I do

6    know I have no idea why they made them then.  And my point

7    is, nothing is moving out of this Court until I understand

8    why they did it then.  And then it may be reasonable.  It

9    may be just -- that's the deal.  But nothing is going

10   anyplace until I understand, on a public record, how we got

11   to where we got to.  You are right, it's momentum.  It

12   didn't happen the day before they filed.  This was baked in

13   for years.  I mean, I've read draft complaints, which I had

14   credibly well documented and done, which explained at length

15   it's only an allegation.  But it gives you some context.

16   People have to see that, they have to see that.  Anyway,

17   let's go ahead to the -- get you guys paid.

18           MR. SOUTHARD:  On behalf of the Debtor, again,

19   Sean Southard, I will let others speak to the issue of the

20   post-confirmation causes of action that will be pursued.

21   But on behalf of the Debtor and I think the secured

22   creditors, the goal at the outset, as we came to Your Honor

23   in this case, was to liquidate the substantial real estate

24   assets.  That goal was accomplished and accomplished with

25   some success in terms of value.

1           THE COURT:  I think without hurting the community

2     either.  The community seems -- they're still trying to

3     figure out what to do with it.  But they're not turning it

4     into a toxic dump.

5           MR. SOUTHARD:  No, Your Honor, they are not,

6     thankfully.  And I'm quite sure that the different powers

7     that be in the different communities and towns associated

8     with the two campuses in particular, would not allow that to

9     happen.

10          THE COURT:  Well, people have been very

11    complementary about the way the process ran; you got what

12    you could get, everybody wants more money.  That's what the

13    market bore.  But I think the fact that the facility was --

14    at least the one out here, Oakdale, was sold to someone who

15    doesn't -- not pejoratively, turn it into a Motel Six.  It's

16    an iconic building and hopefully, that legacy then will be

17    something.  You all minimize damage, let me put it that way.

18    And my frustration, I've already explained, so it has

19    nothing to do with -- other than my rantings on this day.

20    Go ahead.

21          MR. SOUTHARD:  Understood, Your Honor.  So, the

22    case, as you'll hear and see and know, having experienced

23    it, involved the coordination of efforts between many

24    professionals, stakeholders and regulators in this case,

25    including US Department of Education, US Department of

1    Labor, New York State Attorney General and the Office, in

2    particular.  And as I mentioned, in addition to selling the

3    two campuses, there were substantial single-family

4    residential properties that surround the Oakdale campus,

5    which were likewise liquidated and yielded significant

6    value.

7            As Your Honor will undoubtedly recall, we had a

8    pretty complicated prepetition financing structure.  They

9    had four series of bonds that were secured by different

10   interests in that substantial real estate collateral, made

11   for complicated debtor-in-possession financing, but with

12   Your Honor's assistance, we were able to move through this

13   case and advance the liquidation efforts.

14           We did have what I think was a major success in

15   the case, having to do with the global employee settlement,

16   which I think minimized the litigation costs associated with

17   what would have been a very costly litigation, and got some

18   real value to those creditors that they were due.  That also

19   had the effect of settling the US Department of Labor claim,

20   a significant priority claim that was wrapped up in that

21   settling.

22           Your Honor, in terms of the big picture here, we

23   have several firms on for application today.  I can take

24   them in order for Your Honor if you like.  All the motions

25   were served.  There's an affidavit of service on file making

1    that clear.  There were no objections that were launched by

2    any party, including the US Trustee.

3              Again, I can take them one at a time, Your Honor.

4    Ours is first.

5              THE COURT:  Just take them one at a time, tell me

6    what the interim, the final is, and that there were no

7    objections.  If any of the individuals wish to present their

8    own, they can, or I'll let you do it.

9              MR. SOUTHARD:  Thank you, Your Honor.  First, Your

10   Honor, is Docket Number 679, which is my firm, Klestadt

11   Winters Jureller Southard & Stevens, final fee application

12   for the interim period.  That is, again, the period from

13   June 1, 2018 through the effective date of January 14, 2019.

14   The compensation requested $674,711.75, and the

15   reimbursement of expenses, $4,455.99, for a total amount of

16   $679,167.74.  Again, that's the interim period covering

17   roughly seven and a half months.

18             Your Honor, then, on a final basis, which is,

19   again, approximately 25.5 months, so just over two years'

20   period, the requested total compensation is $2,641,925.10.

21   The total reimbursement of expenses for that same period,

22   $29,102.63, for a total amount of $2,671,027.73.

23             In terms of unpaid balance of fees and expenses

24   requested, if Your Honor should approve that in total today,

25   my firm would receive, would be entitled to receive

1    $449,811.18.  That's essentially a combination of the

2    holdbacks from prior periods that has not been released.

3              THE COURT:  Does anybody wish to be heard on this?

4    Any objections?

5              MR. YANG:  No objection.

6              THE COURT:  The Court will grant the motion.  Ms.

7    Kiss, make sure you get a bonus on this.

8              MR. SOUTHARD:  Thank you, Your Honor, for both of

9    those.

10             THE COURT:  You guys did a good job on it.

11             MR. SOUTHARD:  We appreciate that.  Your Honor,

12   the next application is Docket Number 680.  That is the

13   final fee application by the Ingerman Smith firm, again, for

14   the same interim period.  The compensation requested is

15   $13,470.

16             THE COURT:  What did they do?

17             MR. SOUTHARD:  Your Honor, they were special

18   counsel to our office.  They were longstanding labor council

19   to the Debtor, and continue to provide those services post-

20   petition.  So, total amount requested for the interim,

21   including expenses, is $13,615.18.  And then, on a final

22   basis, total compensation requested is $58,890, with total

23   expenses of $2,084.11, for a grand total of $60,974.11,

24   again, for that same 25-month period.

25             THE COURT:  Anybody wish to be heard on this?  Any

1   objections?  US Trustee has no objections.  Court will grant

2   the motion.

3           MR. SOUTHARD:  Thank you, Your Honor.  Next, Your

4   Honor, we have two applications, numbers 681 and 682, both

5   by the Baker Tilly Virchow Krause, LLP firm.  They served as

6   a dual role, Your Honor, as both tax accountant to the

7   Debtor, as well as consultants associated with the Title IV

8   federal funding -- I don't want to say audit, but financial

9   advisory work associated with bringing about the settlement

10  with the US Department of Education on their claim.

11          So, they have two separate applications.  The

12  first, number 681, seeks, on an interim basis, a grand total

13  of $5,115.75.  And then, on a final basis, $10,115.75 -- I'm

14  sorry -- I take that back, Your Honor.  That is the amount

15  that's outstanding and remains unpaid.

16          THE COURT:  They were going to come up --

17          MR. SOUTHARD:  The total amount is $30,115.75.

18          THE COURT:  On this one?

19          MR. SOUTHARD:  On this first -- that's a final

20  request, so that's the total period of their involvement for

21  the tax accounting work.

22          THE COURT:  Anybody wish to be heard on this?  Any

23  objections?  No?  UST?

24          MR. YANG:  No objection.

25          THE COURT:  Court grants the motion.

1           MR. SOUTHARD:  Thank you, Your Honor.  Then again,

2      for the same firm associated with their work as consultants

3      in the Title IV programs, the total final request, there is

4      no interim period request here; total final request of

5      $8,234, plus $1,131.43 in expenses, for a grand total

6      request of $9,365.43.

7           THE COURT:  Anybody wish to be heard?  No

8      response.  Court will grant the motion.

9           MR. SOUTHARD:  Thank you, Your Honor.  Your Honor,

10     the next application, it is by FPM Group Limited, and that's

11     Docket Number 688.  This is, again, only a final

12     application.  FPM also served as consultants to the Debtor

13     in association with the Brookhaven campus and the potential

14     redevelopment site planning and approval work that was

15     contemplated initially in the case.  And their total fees

16     requested for the entire case is $70,069.68; $20,529.44 is

17     the reimbursement of expenses, for a total of $90,599.12.

18     Approximately $8,000-$8,200, roughly, remains unpaid.

19          THE COURT:  Anybody wish to be heard?  No

20     response.

21          MR. YANG:  No objection.

22          THE COURT:  The Court will grant the motion.

23          MR. SOUTHARD:  Thank you, Your Honor.  The next

24     application is likewise a final application by Receivable

25     Collection Services, that is Docket Number 689.  Receivable

1    Collection Services was retained as a collection agent to

2    the Debtor, focused on collection of unpaid student accounts

3    and tuition.  They're on a contingency arrangement, and the

4    total compensation that they earned under that contingency

5    arrangement is $30,318.48, no expenses requested.

6              THE COURT:  And that will continue?  Are you going

7    to continue to go after those kids?

8              MR. SOUTHARD:  That will continue, Your Honor.

9    The efforts have not been terribly successful for various

10   reasons, but that is the current amount collected.

11             THE COURT:  Court will grant the motion.

12             MR. SOUTHARD:  Thank you.  Your Honor, the next

13   two applications involve -- I'm sorry, I'll take that one at

14   a time.  The next application is number 690, that's by CBRE

15   Inc.  Your Honor, CBRE Inc. was retained as real estate

16   broker to the Debtor in possession, and was hired in

17   relation to the disposition of the Brookhaven campus, and

18   particularly retained to deal with the dorms and the

19   dormitory facility at the Brookhaven campus.  They worked

20   together with the A&G Realty and Madison Hawk brokers in

21   relation to just the Brookhaven campus.

22             As Your Honor may recall, the Brookhaven campus

23   was sold for $14 million and the Debtor agreed, along with

24   the committee and the secured creditors, to a compensation

25   amount in terms of reduced commission for CBRE and those

1   other real estate agents.  So, based on that modified

2   request, they are seeking, and have actually already been

3   paid, from proceeds, the amount of $145,000 even, with no

4   expenses.

5          THE COURT:  Court will grant that motion.

6          MR. SOUTHARD:  Thank you.  Your Honor, the next

7   application is by the Douglas Elliman firm, also retained as

8   real estate brokers in the case, and their charge or focus

9   was on the residential portfolio, or residential, single-

10  family residences that were adjacent to or surrounded the

11  Oakdale campus here, close-by.  They are seeking total

12  compensation, again, on a commission structure basis for all

13  of their work in the aggregate amount of $335,640.

14         THE COURT:  This is just a percentage of the total

15  sales on those houses?

16         MR. SOUTHARD:  That is correct, Your Honor.

17         THE COURT:  Court will grant the motion.

18         MR. SOUTHARD:  Thank you.  The next application is

19  a joint application by A&G Realty partners, LLC and Madison

20  Partners LLC.  That's Docket Number 692.  These real estate

21  brokers, Your Honor will recall, were retained in relation

22  to both the Oakdale campus disposition, as well as the

23  Brookhaven campus disposition.

24         THE COURT:  Again, this is just a percentage of

25  the sale price as retained by the Court.

1          MR. SOUTHARD:  Correct, Your Honor.

2          THE COURT:  Anybody have any objections to this?

3          MR. YANG:  No, Judge.

4          THE COURT:  Court will grant the motion.

5          MR. SOUTHARD:  Thank you, Your Honor.  Your Honor,

6     the next in the list involves Docket Numbers 693 and 696.

7     Together that is the final application by Epiq Class Action

8     and Claims Solution.

9          THE COURT:  These guys were never retained.  Epiq

10    never -- after they acquired Garden City, never sought

11    retention by the Court.  Now, I'm not going to stop it,

12    because the UST, either -- I guess, has no problem with it.

13    But they fail to seek substitution.  But it is what they're

14    entitled to and so, unless anybody wants to make a big deal

15    of it, we'll go ahead.  These are people who were never

16    retained.  They acquired the company that was retained.

17    They are required to file a substitution.  As long as the

18    USC has no objection to that, the Court will grant the

19    motion.

20         MR. YANG:  Your Honor, I was wondering,

21    (indiscernible) to submit a retention auth (indiscernible).

22         THE COURT:  I don't need them doing a retention

23    auth now.  Just tell me it's okay and it's I'll -- what is

24    it, $26,000, whatever this is?

25         MR. SOUTHARD:  Yes, Your Honor.  This really

1    relates primarily to the solicitation --

2            THE COURT:  Just tell me it's okay and it's done.

3    What?

4            MR. YANG:  I think (indiscernible).

5            THE COURT:  No.  Do you object?

6            MR. YANG:  Your Honor, I would really defer to

7    (indiscernible) retention (indiscernible).

8            THE COURT:  Okay.  I'll tell you what, when they

9    get the retention order, put it in UST signs off, just

10   submit this order up to chambers and we'll sign it.  We

11   don't have to have another hearing.

12           MR. YANG:  Okay, Your Honor, thank you.

13           THE COURT:  Thank you.

14           MR. SOUTHARD:  Your Honor, then the final

15   application of the Debtors' professionals is the application

16   by Farrell Fritz, PC, who again, served as special counsel

17   to the Debtor and debtor in possession, primarily in

18   relation, again, to the planning and negotiation with the

19   town of Brookhaven associated with the Brookhaven campus

20   disposition.  The interim period application is a small sum

21   in total, between expenses and fees, $2,898.20.  And then,

22   on a final basis, they seek compensation for $29,403 in fees

23   and $621.35 in expenses for a total of $30,024.35.

24           THE COURT:  Anybody have any objections?  Court

25   will grant that motion.

1         MR. SOUTHARD:  Thank you, Your Honor.  So, that

2    concludes all of the Debtor professionals.  The committee

3    professionals, the Silverman Acampora firm --

4         THE COURT:  You probably shouldn't do this one.

5         MR. SOUTHARD:  Okay.  I will take my leave then,

6    Your Honor, and cede the podium.  Thank you.

7         MR. POWERS:  Good afternoon, Your Honor.  Brian

8    Powers, Silverman Acampora, counsel of the committee in this

9    case.  Your Honor, this is the fourth and final application

10   of Silverman Acampora as committee counsel.  The total for

11   the interim period, which is, again, June 1, 2018 to January

12   14, 2019, for our firm is $159,650 for fees, $346.41 in

13   expenses.  That brings the total for the entire period to

14   $840,7--

15        THE COURT:  How is it that you didn't investigate

16   any section five claims -- didn't even investigate them?

17        MR. POWERS:  Your Honor, Anthony Acampora, who

18   handled most of the litigation is also here.

19        MR. ACAMPORA:  Good afternoon, Your Honor.  Mr.

20   Powers covered the numbers because it's not my forte.  The

21   Debtor had stopped paying people.  Now, Your Honor has read

22   the complaint, the draft complaints that we prepared.  The

23   Debtor stopped paying people within the preference period,

24   (indiscernible) down seven or eight months before the

25   filing.  So, that did not seem to be a fruitful area --

1          THE COURT:  But you didn't do any investigation,

2    not a penny's worth.  Nothing.  Zero.

3          MR. ACAMPORA:  We were focused more on --

4          THE COURT:  So, you don't know what the Debtor did

5    or didn't do.  You can't, because you didn't do anything

6    about it.

7          MR. ACAMPORA:  Well, in the context of doing the

8    investigation that we did vis-à-vis the accountants, and

9    vis-à-vis the D's and O's, the books of reference that I'm

10   looking at -- and make no mistake, I looked at everything as

11   Your Honor is well aware.

12         THE COURT:  No, I have a lot of faith in what you

13   do.  This is not a personal thing.

14         MR. ACAMPORA:  I'm not taking this as being

15   persona.  When we looked at that, we determined that that

16   was less likely a manual recovery.  Who was getting paid?

17   This was not a debtor that was making fraudulent conveyances

18   --

19         THE COURT:  You don't know that.  You don't know

20   that; that's my point.  You cannot tell me, and I looked

21   through this thing several times to make sure I'm right, you

22   can't make any representation to me, or you did it pro bono,

23   that your firm has done any analysis.  Now, if you tell me

24   that a three-year period or the six-month period, whatever

25   periods you want, the Debtor didn't pay a single person,

1  didn't make a single check payable to anybody, and you can

2  demonstrate, you'd be right.  But I kind of doubt that.  I

3  kind of doubt that they didn't pay anybody.  But your firm

4  did nothing as committee counsel.  We have $840-some-odd-

5  thousand bill to your firm; $310, give or take is primarily

6  due to litigation that's never been brought, complaints that

7  never been filed.  And in the pipeline now, as I see it, not

8  a penny could be generated for future -- for the creditors.

9  They may.  You may sell it.  You may do whatever you want.

10  But as I'm sitting here today, the value added of this

11  creditors committee counsel -- now, you had a -- I looked at

12  the timesheets.  I understand your role in this, so you're

13  the guy standing here, but you're not the guy I'm talking to

14  -- did nothing.  Every entry that I looked at is A talking

15  to B consulting with C.  Having spent 40 years in this

16  business, I know exactly what that means.

17        Now, I know your partners, I know you, I have no

18  implication of anything of bad faith.  You are good, honest

19  lawyers and have always been for many, many years.  I want

20  that clear.  But I cannot, in good conscience, and based on

21  decisions I've written, today award any fees on a final

22  basis, or any holdback, until I can measure the value of

23  what your firm did in this case.

24        Now, if I could break it down to the non-

25  litigation pieces, make a final award of a fraction of this,

 1   but you don't want me to do that.  That's not a place you

 2   want to go.  I'm willing to leave this open until we see

 3   where we're going.

 4            Now, we have asked several times, through Mr.

 5   Klestadt, through Mr. Southard, I think through one of your

 6   partners, to get a better understanding of what's going on

 7   in the case.  I've done that, I've wanted to know.  The

 8   response we get is that there are two potential litigations:

 9   one complaint I read in camera, because it was under seal,

10   that was drafted a year ago, August 18, which you put an

11   enormous amount of work in.  And I will tell you, the

12   complaint that I read, and it is only a complaint and

13   allegations, so I'm not ruling on the -- was documented,

14   well presented, laid out what was to me one side of a

15   question, an incredibly concerning exercise by this company,

16   by this school.

17            There is, apparently, another complaint, which has

18   not been submitted or filed with the Court, against various

19   individuals, offices and directors.  When we asked what the

20   status of these are, the response we got is that as to the

21   accountants, the process requires -- and I've never heard

22   this, but I'll assume it's right -- first the mediation,

23   which has not begun.

24            MR. ACAMPORA:  That's not --

25            THE COURT:  Right, after a year.  Then, failing

1    mediation, you have to go to arbitration, which means, at

2    the end of the day, this Court has nothing to say about the

3    result you get, because the argument is, I'm bound by the

4    arbitration.  Well, that concerns me, but if that's what you

5    guys believe.

6              Now, I got a simple question, which is, there's

7    basically no money left in this estate.  Arbitration and

8    mediation, let alone litigation, are incredibly expensive.

9    Who's going to do it?

10             MR. ACAMPORA:  I'm standing here, Your Honor.

11             THE COURT:  All right.

12             MR. ACAMPORA:  So, to --

13             THE COURT:  That's all you've got to say.

14             MR. ACAMPORA:  I was asked the same question many

15   years ago.  We had a very successful result.  I won't

16   mention the judge --

17             THE COURT:  Just wanted to ask the question.  So,

18   you guys are staying in it.

19             MR. ACAMPORA:  My firm has never run from a fight,

20   it's never run from a case.  Your Honor, a couple of issues:

21   one, the claim --

22             THE COURT:  Let me just finish the second one,

23   then I'll let you go.  The second matter, which is the

24   offices and directors, were told that you don't want to file

25   the complaint because that will cause it to go to their

1    insurance company, which then drains the insurance policy,

2    assuming that the people who are the officers or directors,

3    only had money covered by an insurance policy.  Now,

4    whatever your litigation -- that's what we were told.

5                MR. ACAMPORA:  That was lost somewhere in

6    translation.

7                THE COURT:  I'm just telling you what we know.

8                MR. ACAMPORA:  Let's have them correct it.

9                THE COURT:  That's fine with me.

10               MR. ACAMPORA:  Whenever you're ready, sir.

11               THE COURT:  You go.

12               MR. ACAMPORA:  As it relates to the accounts, the

13   accountants had been the Debtor's accountants probably for

14   better than ten years.  I looked at six years of work

15   papers, six years of engagement letters.  It's very clear,

16   and every year since 2010, that the process for that

17   accounting firm is mediation; failing mediation,

18   arbitration.  I don't think that there's any way around

19   that.  We have reached out to the accounting firm.  And one

20   thing I'd like to point out, Judge, is that we didn't get

21   STN authority, I don't believe, in August of 2018.  Or we

22   got it around -- I don't remember when we got STN --

23               THE COURT:  September 2018.

24               MR. ACAMPORA:  So, the time period from which we

25   were ready to go, to confirmation, was very compressed.

1    That's why we haven't commenced anything.  We felt we were--

2              THE COURT:  Let's make sure we're talking the same

3    language.  You came into Court on an emergency basis, I

4    think.

5              MR. ACAMPORA:  It wasn't emergency.

6              THE COURT:  I thought it -- whatever it was,

7    asking for the right to file a complaint, gave me a draft of

8    it, not to be docketed, and said it's important and we want

9    the authority.

10             MR. ACAMPORA:  Correct.

11             THE COURT:  That was, we got that, I think, in

12   August of '18.  The hearing was in September, and nothing's

13   happened.

14             MR. ACAMPORA:  And then confirmation took place.

15             THE COURT:  Confirmation has nothing to do with

16   it.

17             MR. ACAMPORA:  A decision was made that it might

18   make more sense if --

19             THE COURT:  What concerns me is that a decision is

20   made, and I'll tell you straight out, that after

21   confirmation, the theory is that you guys have no need for

22   my approval of your fees.  You can take whatever fees you

23   want, and that Mr. Friedman, who is the trustee of the

24   litigation trust, which I objected to at confirmation, but

25   let it go ahead -- so that's on the record, is the party

1    making the decisions, apparently, for the trust.  And that

2    when settlements are reached, and compensation is due, that

3    does not come through this Court.  Am I right about that?

4            MR. ACAMPORA:  That would be my understanding,

5    yes.

6            THE COURT:  Right.  You can understand why that

7    may concern me.

8            MR. ACAMPORA:  Of course.  It should, because I'm

9    standing here, but I understand, theoretically, why it

10   should concern you.

11           THE COURT:  We used to have a president who said

12   very, you know, trust but verify.

13           MR. ACAMPORA:  So, Your Honor, as relates to the

14   accountants, I have a mediation and then I have an

15   arbitration.  We are in the process of picking

16   (indiscernible).  So, I tried to actually short circuit that

17   process a little bit, and it's a robust accounting firm and

18   they have their protocols.  I've dealt with them before.

19   And we are in the process of picking them and settling on

20   mediators; we can't agree on one.

21           THE COURT:  I know the process.

22           MR. ACAMPORA:  We will pick one, that mediation

23   will take place probably next 30 days, I would say.  There's

24   not a lot.

25           THE COURT:  It takes six months to go through a

Page 37

1    mediation, generally.

2          MR. ACAMPORA:  Six months?  No.  Our intention is

3    to get it done very, very quickly.

4          THE COURT:  Then you've got to go to arbitration.

5          MR. ACAMPORA:  Then we'd have to go to

6    arbitration.

7          THE COURT:  And that's a three-person arbitration?

8          MR. ACAMPORA:  Yes.  That may take a little bit

9    longer.  But again, it's going to move much more quickly

10   than it would if I was in State Supreme Court or District

11   Court.

12         THE COURT:  Yeah, but one of the things that it

13   doesn't do is it doesn't make public what everybody did.

14         MR. ACAMPORA:  So, that's interesting you say

15   that.  Because attorney, Mr. Powers, during your -- I don't

16   want to call it a sleep or a colloquy, during your --

17         THE COURT:  Diatribe.

18         MR. ACAMPORA:  -- diatribe -- if we can agree?

19         THE COURT:  It's okay with me.

20         MR. ACAMPORA:  But I said, please order the

21   transcript -- not for me, but for my adversaries.  Because I

22   need them to understand how disturbed you are because --

23         THE COURT:  About the case or in general?  I'm

24   kidding.  You sound like the rest of my family.

25         MR. ACAMPORA:  Your call, Your Honor.

THE COURT: Or any of you guys.

MR. ACAMPORA: I share your concerns and I share your reaction. When I had heard that Dowling had gone out before the bankruptcy was filed, I was puzzled by how an institution on Long Island that educates children -- and make no mistake, they are children -- at a higher level, just shuts its doors. And I was also confused why there wasn't tons of class action lawyers, like you and I have certainly run into our share of class action lawyers over the years, racing in to bring actions on behalf of those students. Be that as it may, that's where we are.

THE COURT: You know your own allegations. I'm not going to repeat them. The numbers in that are shocking. You wrote them, not me. I'm just reading what you wrote, and those numbers ae specific enough that they're accurate. There may be another side to it, but they're accurate. It is important and critical that the public understand, in this educational process we now have, with these loans, what is going on. And this is a public interest case.

MR. ACAMPORA: I'm going to use that as a segue into the D and O case. We've been I touch with the D and O carrier, which is AIG. Mr. Friedman and I actually just concluded a transaction involving AIG in the Southern District. So, we're familiar with them and familiar with how they work. And they're asking to see a draft complain

1    before they actually engage anything.  We, of course, as I

2    said to you previously, held off on doing that because,

3    quite frankly, there are some substantial people on the

4    board.  And my concern, as it always is with the directors'

5    and officers' litigation cases, there's $15 million of

6    insurance.  Please forgive me, I need to walk a very fine

7    line --

8              THE COURT:  Please.

9              MR. ACAMPORA:  -- litigation that I haven't

10   started, so I need to balance my act a little bit.  But I've

11   had litigation involving D's and O's, or D's and O's spent

12   $5 million on a policy and motions to dismiss.  I don't want

13   that to happen here, and then find ourselves chasing

14   individuals who may very well, as Your Honor has pointed

15   out, may very well have money to pay this.  So, I'm not sure

16   how I can accomplish both goals, where I can recover money

17   for these creditors, which to me is paramount, and satisfy

18   Your Honor's concern that this is a public case, because the

19   true bankruptcy mercenary in me says it's all about the

20   dollars; nothing I do going forward to these D's and O's is

21   going to change what XYZ college in Mississippi is doing.

22   This is a cautionary tale.  But, as Your Honor has said,

23   it's a cautionary tale that's been told over and over and

24   over.  One of the many presidents that Dowling had, and this

25   is all public record, basically made a living as a

1    troubleshooter, to go around to institutions of higher

2    learning and help turn them around.  He lasted less than a

3    year at Dowling.  So, while I appreciate the outrage, and I

4    share the outrage, Your Honor, if you were a client, I might

5    say to you, in fact, I would say to say I don't know that I

6    can get there from here.  I don't know that spending

7    millions of dollars, or hundreds of thousands of dollars to

8    get a judgment while the D and O policy wastes away, to

9    expose this to the world, please, don't mistake this

10   commentary by saying I disagree with you.  I don't disagree

11   with you.  But I have a job to do and the job is to collect

12   money for these creditors.  And I'm going to do the job

13   right, then you can get a substantial recovery.

14            THE COURT:  It's your case, not mine.  You're a

15   good litigator.  You have a history of that.

16            MR. ACAMPORA:  Thank you.

17            THE COURT:  I know that's your strategy, but my --

18   I've told you my problem.  I felt that a year, almost a year

19   -- eight months, would have been sufficient time to explain

20   to somebody that on Friday I'm filing this complaint if you

21   don't settle, because you and I both know the only time you

22   end up with a settlement is on the eve of something changing

23   the equation.  Time is not on this Debtor's side.  This

24   Debtor has not made a single distribution, nor does I have

25   any money really, to distribute to unsecured creditors.

1   It's a waste of time to distribute 100,000 or whatever it is

2   -- not a waste -- I mean it could be $10 to somebody, which

3   may be relevant, but I ...  My little role in this exercise

4   I've already explained.  And I am not prepared at this point

5   -- I'll adjourn it -- to change the current status of the

6   final fee or the interims until I see, or I believe there's

7   progress being made that could result ...  You're not an

8   insurer, I understand that.  If there is no case, there's

9   not case and then that's the end of that.  I can't make that

10  determination, and no matter what you explain to me, I have

11  never in my entire life seen the case where a committee has

12  failed to bring, or spend one dollar's time on five claims

13  or other certain type claims.

14            And to tell me that the theory is they can't

15  exist, at the same time when you've never looked, I don't

16  get it, frankly, but that's where we are.  And so, I respect

17  your position.  I've done an enormous amount of thinking

18  about this.  I don't do this lightly, but the fact that the

19  Court has been divested, in part, of any, according to these

20  agreements, say in future compensation to the committee, or

21  its counsel, or apparently, at least with regard to the

22  accounting firm, and they say what that settlement would

23  look like -- I'm not prepared to sign off on anything today.

24  So, until the landscape changes, that's where we'll be.

25            MR. ACAMPORA:  May I make two points, Your Honor?

1          THE COURT:  Sure.

2          MR. ACAMPORA:  First, I disagree with you as you

3    comment that litigation doesn't settle until something bad

4    is going to happen.  Remember, I have professional

5    defendants here, and professional defendants in an insurance

6    company that understands the way the world works, and an

7    accounting firm that I've had, and reached settlements with

8    in the past.  So, they're not your typical litigant who

9    says, let me get to the steps of the Courthouse.  I settled

10   a case where they to, recently, in two phone calls in the

11   first day and a half.  I can get a result, potentially.  So,

12   they're not going, necessarily, going to make us wait.  I

13   also believe, and going to walk a line again here, that I

14   think the D's and O's are motivated to get this thing

15   resolved as quickly as possible.  That's number one.

16          Number two, while this may have no impact on Your

17   Honor's decision, I feel like we're being -- we are a

18   guarantor here, we are insurer.  You've paid everyone for

19   the work that they've done, and we've done an enormous

20   amount of work and we've set up this case going forward, so

21   the unsecureds can get a recovery.  If Dowling Brookhaven

22   campus is sold for $40 million, we wouldn't be having this

23   discussion.  But other professionals didn't sell it for $40

24   million either.  And this is a substantial amount of money

25   that my firm has been waiting to get paid.

1          THE COURT:  Your $130,000 loan, everything else

2     you've gotten.

3          MR. ACAMPORA:  I understand, but it's --

4          THE COURT:  It's just not yours permanently yet.

5          MR. ACAMPORA:  But what you're telling us is we're

6     going to take a look at how well we do going forward.

7          THE COURT:  I've written that, yes.  I believe

8     that's true.

9          MR. ACAMPORA:  So, I'm again --

10         THE COURT:  Because I cannot evaluate whether what

11    you have done or what portion you have done -- I don't

12    question that you spent the time.

13         MR. ACAMPORA:  I understand.

14         THE COURT:  My simple mind basically says, how

15    have you aided the Debtor?  And I've written on this and I

16    have a strong belief in it, that the role of the

17    professionals in the bankruptcy system is not merely to poor

18    people.  We have enough of that.  And fees can be a multiple

19    of this.  In the Southern District cases, we all know, this

20    is a round off in some cases.  I had a case in the Southern

21    District, $30 million in six weeks without a contested

22    matter.  I was astounded.  I didn't know how they could do

23    it.  They've been awarded for figure it out.  But here,

24    you've got -- I've given you -- you've taken, under the

25    interim orders, at the consent of the Court, all but

1    $130,000.

2            What I'm not willing to do is, the 130 is probably

3    less relevant, even though I'm not going to award it, it's

4    I'm not willing today to sign an order that says you get to

5    keep all that you got until I can do a final analysis of

6    whether all you got or will get is fair and equitable and it

7    benefits to the estate.  And I don't know how to value that,

8    because at the present time, there's not a single lawsuit

9    that's been brought.  All I have is statements that the case

10   will be settled without the Court -- at least with regard to

11   the accountants. And I have nothing to do with how those

12   settlements break down, as to whether it's a settlement for

13   $10 million or $2 million, of which, after the lawyers get

14   paid, is 80 cents left for creditors.

15           So, the only mechanism I have, in part, to make

16   sure that this thing stays on target and ends up where we

17   all think it should end up -- I don't know who is going to

18   win or lose, and I'm not holding you responsible for who

19   wins or loses.  I'm holding you responsible that you do the

20   work and I see that the work was done, and right now, I

21   don't.

22           MR. ACAMPORA:  With all respect, because I would

23   never say with all due respect because Judge Duberstein

24   taught me that that means with no respect --

25           THE COURT:  I know you long enough, it's doesn't

```
 1    bother me.

 2            MR. ACAMPORA:  I feel like we're being penalized

 3    here.

 4            THE COURT:  You're not being -- you are, in a

 5    sense -- now, here's why.

 6            MR. ACAMPORA:  Judge if I don't collect anything,

 7    and I come back and say --

 8            THE COURT:  If you did the job it won't have any

 9    impact on what I do.

10            MR. ACAMPORA:  This is not a FEG situation.  This

11    is me standing here telling you that there's no money in an

12    estate, and the money to pay us is from the secured lender,

13    not from the creditors.  And we're ready to go forward.

14            THE COURT:  Secured lenders are ambivalent.  If I

15    tell them to give it to the creditors, they would have given

16    it to the creditors.  If I called a secured lender today and

17    said, "You know this $600,000 that I paid out to the firm,

18    would you mind if we gave it to creditors?" they wouldn't

19    care less.  So, let's not ...  You disagree with me and I

20    understand that, and I respect that you should, because this

21    is not a decision you like.  I have no problem with that,

22    and I respect your thought process.  You're a man of high

23    integrity.  And I know Ken Silverman for a long time.  This

24    has nothing to do with you guys personally.  But I have a

25    case where I have -- and we don't let outside influences
```

1    affect us, but there are countless people who were hurt.  I

2    read that complaint.  Those people should -- if their

3    complaint is true -- I know you believe it is

4              MR. ACAMPORA:  If I can prove it.

5              THE COURT:  If you can prove it.  We've seen that

6    a lot recently.

7              MR. ACAMPORA:  I know --

8              THE COURT:  If it could be prove, it sounds like

9    Bill Maher.

10             MR. ACAMPORA:  Right.

11             THE COURT:  I don't know why, but I know it's

12   true.  If you can prove what's there, this is so far past

13   outrageous that outrageous can't even see in the rear-view

14   mirror.  If you can't but you can't prove, that doesn't

15   affect me.  That's fine.  You did the work.  You took the

16   best shot you can.

17             I have a lot of respect for the complaint you

18   drafted.  I went through it year by year.  You raised your

19   own questions.  There was a million X in a certain year.  We

20   don't know where the money is.  I still don't know where the

21   money is.  Nobody tried to find where the money is.  I don't

22   know where that money is, and when I add it up, it's a

23   material amount of money.

24             So you're going to get settled.  I trust you will

25   or resolve it one way or another.  At the end of that

1   resolution, I have -- or at some interim stages can renew

2   your application.  I'm not saying anything other than that.

3           MR. ACAMPORA:  Here's my concern.  I have a post-

4   confirmation trustee who gets to make independent business

5   decisions.

6           THE COURT:  He's your partner.

7           MR. ACAMPORA:  Yes.

8           THE COURT:  Okay.

9           MR. ACAMPORA:  No secret.

10          THE COURT:  It's in the papers?

11          MR. ACAMPORA:  But --

12          THE COURT:  He gets $6,000 a month to sit there

13   and do this.  And I don't know if he's collected or not.

14   That's irrelevant.  I'm just talking about the deal.  And he

15   makes the decisions as to what will be settled and not

16   settled with an oversight board that will probably listen to

17   him.  I have an objection to that.  The UST did not.  Nobody

18   else raised objections to it.  It's not a good formula.

19   It's one I will never do again.

20          No aspersions on anybody, but to have a partner of

21   the firm who's now responsible to bring the causes of action

22   against the only two assets is troublesome to me, all right.

23          MR. ACAMPORA:  Okay.  I hear what you're saying.

24   My question is from Mr. Sylvan -- Mr. Sylvan, I'm so used to

25   saying Mr. Sylvan -- Mr. Friedman and his counsel to decide

1    this is best deal we can get.

2              THE COURT:  It's his decision, not yours.  He's

3    the client.

4              MR. ACAMPORA:  And he decides --

5              THE COURT:  I accept that.

6              MR. ACAMPORA:  He decides --

7              THE COURT:  I'll accept that.

8              MR. ACAMPORA:  Then you're going to evaluate what

9    that result was.

10             THE COURT:  No.  If you've got -- look --

11             MR. ACAMPORA:  And I don't know how I get you to

12   evaluate what that result is.

13             THE COURT:  Because I -- because you guys are not

14   dishonest.

15             MR. ACAMPORA:  Thank you.

16             THE COURT:  You're honest people.  If a guy came

17   in and said here's what we're going to settle because I get

18   paid and we're not giving anything to anybody else and you

19   know that it's a bad deal, you're not doing it unless you

20   decided to retire and go to Florida and never practice again

21   up in New York.  You're not going to do it.  I know that.

22             What I don't know is when we hit that day, I want

23   to make sure we get to that day.  And I think those

24   complaints or at least the complaint I saw if it were up to

25   me would be public.  I understand the other side of it.  You

1   shoot that gum, that bullet, it's gone.  I understand it.

2   We've all been there, all right.

3          This is just me not having a dog in that fight

4   making pronouncements that this is what I would do.  I don't

5   know.  You got a client.  You can only do what the client

6   directs you to do.  But I'm telling you that Mr. Friedman as

7   Trustee needs to consider, and I think you should show him

8   this transcript along with anyone else because, period.

9          Well, that's where we are.  I'll put this out

10  three months.  If you got something sooner, let me know.

11  Other than that, all the monies you've collected on the

12  interim, they're not approved on a final basis.  There's no

13  more money you can get because this is a holdback.  The

14  money that was paid to you, I understand.  That's what the

15  interim said you're entitled to that.

16         So it's 130-year long.  Right now I know that.

17  The other monies you have.  There's no final approval of

18  that as of today.  Thank you.

19         MR. ACAMPORA:  Thank you.

20         THE COURT:  You got it.

21         MR. FRIEDMAN:  Thank you, Your Honor.

22         THE COURT:  Yes?  Hold it, hold it, hold it.  Are

23  you in Downing College?

24         MS. PERSICHILLI:  No.  I'm with the Epiq Class

25  Actions.

1              THE COURT:  Oh.

2              MS. PERSICHILLI:  So I just want a clarification.

3     My name is Susan Persichilli.  I'm with Epiq Class Action

4     Claims Solution.  I was originally with GCG.  Do you want us

5     to file a motion to substitute Epiq in place of Garden City?

6              THE COURT:  Talk to him.

7              MS. PERSICHILLI:  Talk to him.

8              THE COURT:  He's the guy who wants it.

9              MS. PERSICHILLI:  Okay.

10             THE COURT:  It's $26,000.  I don't care that much.

11             All right.  That's all unless you want to hang

12    out.

13             MR. ACAMPORA:  Thank you, Your Honor.

14             (Whereupon these proceedings were concluded at

15    2:36 PM)

16

17

18

19

20

21

22

23

24

25

1                          I N D E X

2

3                          RULINGS

4                                          Page        Line

5

6    Klestadt Winters Jureller Southard & Stevens

7    Final Fee Application Granted              22          6

8

9    Ingerman Smith Final Fee Application Granted 23        1

10

11   Baker Tilly Virchow Krause, LLP Fee

12   Application Granted                        23          25

13

14   Baker Tilly Virchow Krause, LLP Fee

15   Application Granted                        24          8

16

17   Receivable Collection Services

18   Fee Application Granted                    25          11

19

20   CBRE Inc. Fee Application Granted          26          5

21

22   Douglas Elliman Fee Application Granted    26          17

23

24   A&G Realty Partners LLC and Madison Partners LLC

25   Fee Application Granted                    27          4

1

2    Epiq Class Action and Claims Solution

3    Fee Application Granted                    28         9

4

5    Farrell Fritz, PC Fee Application Granted    28         5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4     transcript is a true and accurate record of the proceedings.

5

6     Sonya Ledanski Hyde

Digitally signed by Sonya
Ledanski Hyde
DN: cn=Sonya Ledanski Hyde, o,
ou, email=digital1@veritext.com,
c=US
Date: 2019.04.04 16:52:39 -04'00'

7

8     Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  April 4, 2019

**[& - 90,599.12.]**                                                                 Page 1

| **&** |
| --- |
| **&**   2:13 6:1 7:6 |
| 21:11 51:6 |

| **0** |
| --- |
| **0.00**   2:25 3:15,20 |
| 4:3 |
| **0.00.**   4:15 |

| **1** |
| --- |
| **1**   1:16 8:11 11:18 |
| 21:13 29:11 51:9 |
| **1,131.43**   3:4 24:5 |
| **1,239,000.00**   4:8 |
| **1.5**   8:5 |
| **10**   8:22 41:2 44:13 |
| **10,115.75**   23:13 |
| **100**   5:13 |
| **100,000**   41:1 |
| **10014**   5:22 |
| **10036**   6:4 |
| **10056**   6:19 |
| **1006**   5:21 |
| **11**   51:18 |
| **11501**   53:23 |
| **11556**   5:6 |
| **11722**   1:14 |
| **11753**   5:14 |
| **12**   11:13 |
| **13,000**   8:10 |
| **13,470**   22:15 |
| **13,615.18.**   22:21 |
| **130**   44:2 49:16 |
| **130,000**   43:1 44:1 |
| **132,000**   9:17 |
| **14**   8:1 11:19 21:13 |
| 25:23 29:12 |
| **143,459.97**   4:9 |
| **145,000**   26:3 |
| **145,000.00**   3:19 |
| **15**   39:5 |
| **150,000**   13:7 |
| **152,000**   9:20 |

| **1522**   6:12 |
| --- |
| **159,650**   29:12 |
| **159,650.00**   2:3 |
| **17**   51:22 |
| **17th**   6:3 |
| **18**   32:10 35:12 |

| **2** |
| --- |
| **2**   44:13 |
| **2,084.11**   2:19 |
| 22:23 |
| **2,641,925.10**   2:14 |
| **2,641,925.10.** |
| 21:20 |
| **2,671,027.73.** |
| 21:22 |
| **2,898.20.**   28:21 |
| **20**   6:11 12:18 13:1 |
| 14:9 |
| **20,529.44**   3:9 |
| 24:16 |
| **200**   6:3 |
| **201**   5:21 |
| **2010**   34:16 |
| **2018**   11:18 21:13 |
| 29:11 34:21,23 |
| **2019**   1:16 21:13 |
| 29:12 53:25 |
| **22**   51:7 |
| **23**   16:6 51:9,12 |
| **24**   16:7 51:15 |
| **25**   16:7 22:24 |
| 51:12,18 |
| **25,000**   16:8 |
| **25.5**   21:19 |
| **26**   10:1 51:20,22 |
| **26,000**   27:24 |
| 50:10 |
| **26,268.40**   4:15 |
| **27**   51:25 |
| **28**   52:3,5 |
| **29,102.63**   2:14 |
| 21:22 |

| **29,403**   28:22 |
| --- |
| **29,403.00**   2:9 |
| **290**   1:13 |
| **2:31**   1:17 |
| **2:36**   50:15 |

| **3** |
| --- |
| **3**   8:5 |
| **3.8**   8:21 |
| **30**   36:23 43:21 |
| **30,000**   16:7 |
| **30,024.35.**   28:23 |
| **30,115.75**   2:24 |
| **30,115.75.**   23:17 |
| **30,318.48**   3:15 |
| 25:5 |
| **300**   5:13 53:22 |
| **300,000**   8:24 |
| **310**   31:5 |
| **330**   53:21 |
| **335,640**   26:13 |
| **335,640.00**   4:3 |
| **346.41**   2:4 29:12 |
| **360,000**   8:14 |

| **4** |
| --- |
| **4**   51:25 53:25 |
| **4,455.99**   21:15 |
| **40**   13:19 31:15 |
| 42:22,23 |
| **400**   5:5 |
| **41st**   6:3 |
| **44**   7:3 |
| **449,811.18.**   22:1 |

| **5** |
| --- |
| **5**   39:12 51:20 52:5 |
| **5,115.75.**   23:13 |
| **525**   11:2 |
| **525,000**   9:13 |
| **55**   7:3 |
| **58,890**   22:22 |
| **58,890.00**   2:19 |

| **6** |
| --- |
| **6**   10:24 51:7 |
| **6,000**   47:12 |
| **6.1**   13:9 |
| **60,974.11**   22:23 |
| **600,000**   45:17 |
| **621.35**   2:9 28:23 |
| **674,711.75**   21:14 |
| **678**   2:1 |
| **679**   2:12 21:10 |
| **679,167.74.**   21:16 |
| **680**   2:17 22:12 |
| **681**   2:22 23:4,12 |
| **682**   3:1 23:4 |
| **688**   3:7 24:11 |
| **689**   3:12 24:25 |
| **690**   3:18 25:14 |
| **691**   4:1 |
| **692**   4:6 26:20 |
| **693**   4:12 27:6 |
| **695**   2:7 |
| **696**   27:6 |

| **7** |
| --- |
| **70,069.68**   3:9 |
| 24:16 |
| **777**   6:18 |

| **8** |
| --- |
| **8**   51:15 |
| **8,000**   24:18 |
| **8,200**   24:18 |
| **8,234**   24:5 |
| **8,234.00**   3:3 |
| **8-16-75545**   1:3 |
| **80**   10:2,7,13 44:14 |
| **800**   6:11 |
| **840**   31:4 |
| **840,7**   29:14 |

| **9** |
| --- |
| **9**   52:3 |
| **9,365.43.**   24:6 |
| **90,599.12.**   24:17 |

| a | |
|---|---|

**a&g** 4:6 25:20
26:19 51:24
**abject** 14:22
**able** 20:12
**acampora** 5:10,16
10:17 29:3,8,10
29:17,19 30:3,7
30:14 32:24 33:10
33:12,14,19 34:5
34:8,10,12,24
35:5,10,14,17
36:4,8,13,22 37:2
37:5,8,14,18,20
37:25 38:2,20
39:9 40:16 41:25
42:2 43:3,5,9,13
44:22 45:2,6,10
46:4,7,10 47:3,7,9
47:11,23 48:4,6,8
48:11,15 49:19
50:13
**accept** 48:5,7
**accomplish** 39:16
**accomplished**
18:24,24
**account** 8:12 13:7
**accountable**
16:14
**accountant** 23:6
**accountants** 2:23
13:15 16:22 30:8
32:21 34:13,13
36:14 44:11
**accounting** 16:23
23:21 34:17,19
36:17 41:22 42:7
**accounts** 25:2
34:12
**accruals** 9:8
**accurate** 38:15,16
53:4

**acquired** 27:10,16
**act** 39:10
**action** 4:13 18:20
27:7 38:8,9 47:21
50:3 52:2
**actions** 38:10
49:25
**add** 11:7,9 46:22
**added** 13:8 31:10
**addition** 8:10,19
8:21 9:16 20:2
**address** 9:23
**adjacent** 26:10
**adjourn** 41:5
**adjourned** 10:2
**administrative**
4:13
**administrator** 8:2
9:5,7 10:5
**advance** 20:13
**adversaries** 37:21
**adversary** 13:21
**advisor** 4:8,14
**advisory** 23:9
**ae** 38:15
**affect** 46:1,15
**affidavit** 20:25
**afternoon** 7:2,5,9
7:17,18 11:13
29:7,19
**agency** 3:14
**agent** 6:17 25:1
**agents** 26:1
**aggregate** 9:13,15
12:13 26:13
**ago** 32:10 33:15
**agree** 16:24 36:20
37:18
**agreed** 25:23
**agreements** 41:20
**ahead** 11:11 12:5
18:17 19:20 27:15
35:25

**aided** 43:15
**aig** 38:22,23
**allegation** 18:15
**allegations** 32:13
38:12
**allow** 12:4 19:8
**allowed** 8:4,9 13:5
**ambivalent** 45:14
**amount** 8:5 10:16
12:14 21:15,22
22:20 23:14,17
25:10,25 26:3,13
32:11 41:17 42:20
42:24 46:23
**amounts** 8:20
10:13
**analysis** 30:23
44:5
**analyzing** 14:4
**anthony** 5:16
29:17
**anybody** 14:19
15:3,3,11,20
16:23 17:7 22:3
22:25 23:22 24:7
24:19 27:2,14
28:24 31:1,3
47:20 48:18
**anybody's** 14:7
16:21
**anyplace** 17:11
18:10
**anyway** 18:16
**apologize** 11:7
**apparently** 32:17
36:1 41:21
**application** 2:1,7
2:12,17,22 3:1,7
3:12,18 4:1,6,12
10:4 20:23 21:11
22:12,13 24:10,12
24:24,24 25:14
26:7,18,19 27:7

**aided** 28:15,15,20 29:9
47:2 51:7,9,12,15
51:18,20,22,25
52:3,5
**applications** 7:18
7:20 9:24 11:13
23:4,11 25:13
**apply** 17:10
**appreciate** 17:20
22:11 40:3
**approval** 11:14
24:14 35:22 49:17
**approve** 9:14
21:24
**approved** 16:20
49:12
**approves** 9:8
**approximately**
8:5,11 9:13,17
21:19 24:18
**april** 1:16 53:25
**arbitration** 33:1,4
33:7 34:18 36:15
37:4,6,7
**area** 29:25
**argument** 33:3
**arrangement** 25:3
25:5
**asked** 11:4,4 32:4
32:19 33:14
**asking** 35:7 38:25
**aspersions** 47:20
**assets** 11:23,24,25
18:24 47:22
**assistance** 20:12
**associated** 7:20
8:13 11:14 19:7
20:16 23:7,9 24:2
28:19
**association** 24:13
**assume** 32:22
**assuming** 34:2

**astounded** 43:22
**attacking** 17:14
**attorney** 20:1
  37:15
**attorneys** 5:11,20
  6:2,10
**audit** 23:8
**august** 32:10
  34:21 35:12
**auth** 27:21,23
**authority** 34:21
  35:9
**avenue** 6:18
**award** 15:1 31:21
  31:25 44:3
**awarded** 43:23
**aware** 30:11

**b**

**b** 1:21 31:15
**back** 16:8 18:5
  23:14 45:7
**bad** 31:18 42:3
  48:19
**baked** 18:12
**baker** 2:22 3:1 6:9
  6:10 7:13 23:5
  51:11,14
**balance** 21:23
  39:10
**bankruptcy** 1:1
  1:12,23 38:4
  39:19 43:17
**based** 26:1 31:20
**basically** 33:7
  39:25 43:14
**basis** 9:9 21:18
  22:22 23:12,13
  26:12 28:22 31:22
  35:3 49:12
**begun** 32:23
**behalf** 2:4,9,15,20
  2:25 3:4,10,16,20
  4:4,9,16 7:7,16

18:18,21 38:10
**belief** 43:16
**believe** 7:19 11:13
  33:5 34:21 41:6
  42:13 43:7 46:3
**believes** 14:20
**benefits** 8:12 44:7
**best** 46:16 48:1
**better** 17:18 32:6
  34:14
**big** 20:22 27:14
**bill** 31:5 46:9
**bit** 36:17 37:8
  39:10
**blaming** 15:19
**board** 16:22 39:4
  47:16
**bonds** 20:9
**bono** 30:22
**bonus** 22:7
**books** 30:9
**bore** 19:13
**borrow** 16:8
**bother** 45:1
**bottom** 11:8
**bound** 33:3
**break** 31:24 44:12
**brian** 5:17 29:7
**brief** 7:17,22
**bring** 38:10 41:12
  47:21
**bringing** 23:9
**brings** 29:13
**broker** 3:19 4:2
  25:16
**brokers** 11:5
  13:15 14:14 25:20
  26:8,21
**brookhaven**
  24:13 25:17,19,21
  25:22 26:23 28:19
  28:19 42:21

**brought** 13:21
  31:6 44:9
**building** 19:16
**bullet** 49:1
**business** 31:16
  47:4
**buy** 15:17

**c**

**c** 5:1,16 6:6 7:1
  31:15 53:1,1
**calculations** 9:17
**call** 37:16,25
**called** 45:16
**calls** 15:24 42:10
**camera** 32:9
**campus** 20:4
  24:13 25:17,19,21
  25:22 26:11,22,23
  28:19 42:22
**campuses** 19:8
  20:3
**cap** 8:9
**care** 12:8 45:19
  50:10
**carrier** 38:22
**carve** 12:3
**case** 1:3 10:20
  11:5 12:4,5 13:10
  13:12,13,14,20
  14:9,18,20 15:2
  15:24 16:2,16,17
  17:11,11 18:23
  19:22,24 20:13,15
  24:15,16 26:8
  29:9 31:23 32:7
  33:20 37:23 38:19
  38:21 39:18 40:14
  41:8,9,11 42:10
  42:20 43:20 44:9
  45:25
**cases** 15:22 39:5
  43:19,20

**catherine** 2:15,19
  2:25 3:4,10,15,20
  4:3,9,15 6:7
**cause** 33:25
**causes** 18:20
  47:21
**cautionary** 39:22
  39:23
**cbre** 3:18 25:14
  25:15,25 51:20
**cede** 29:6
**central** 1:14
**cents** 44:14
**certain** 11:22
  41:13 46:19
**certainly** 38:9
**certified** 53:3
**chambers** 28:10
**change** 14:6 17:9
  39:21 41:5
**changes** 41:24
**changing** 40:22
**charge** 26:8
**chasing** 39:13
**check** 31:1
**checked** 13:23
**children** 38:5,6
**circuit** 36:16
**circumstances**
  17:22,23
**city** 27:10 50:5
**claim** 9:20 12:20
  13:22 20:19,20
  23:10 33:21
**claims** 4:13 6:17
  8:4,9,18 12:7,11
  13:1 14:4,5,8,8
  27:8 29:16 41:12
  41:13 50:4 52:2
**clarification** 50:2
**class** 4:13 8:14
  27:7 38:8,9 49:24
  50:3 52:2

cleanly 11:22
clear 13:10,11
  21:1 31:20 34:15
clerk 7:3,11
client 40:4 48:3
  49:5,5
close 11:10 26:11
closed 16:25
closer 12:23
code 13:10
collateral 20:10
colleague 7:7
colleagues 13:23
collect 40:11 45:6
collected 25:10
  47:13 49:11
collection 3:13,13
  24:25 25:1,1,2
  51:17
college 1:7 2:15
  2:20,25 3:5,10,16
  3:21 4:4,10,16 7:4
  7:7 15:12 39:21
  49:23
collins 2:9 5:8
colloquy 37:16
combination 22:1
come 10:4 23:16
  36:3 45:7
commenced 35:1
comment 42:3
commentary
  40:10
commission 25:25
  26:12
committee 2:3,5
  5:11 9:18 25:24
  29:2,8,10 31:4,11
  41:11,20
communities 19:7
community 19:1,2
company 27:16
  32:15 34:1 42:6

compensation 2:1
  2:7,12,17,22 3:1,7
  3:12,18 4:1,6,12
  10:3,15 11:16
  21:14,20 22:14,22
  25:4,24 26:12
  28:22 36:2 41:20
complain 38:25
complaint 29:22
  32:9,12,12,17
  33:25 35:7 40:20
  46:2,3,17 48:24
complaints 18:13
  29:22 31:6 48:24
complementary
  19:11
complete 12:16
complicated 20:8
  20:11
compressed 34:25
concern 36:7,10
  39:4,18 47:3
concerning 32:15
concerns 33:4
  35:19 38:2
concluded 38:23
  50:14
concludes 29:2
confidential 16:19
  16:25
confirmation 7:25
  10:6,10 13:21
  15:5 18:20 34:25
  35:14,15,21,24
  47:4
confirmed 13:12
  14:9
confused 14:19
  38:7
congress 16:4
  17:9
conscience 31:20

consent 43:25
consider 13:11
  49:7
consultants 3:2,8
  23:7 24:2,12
consulting 31:15
contemplated
  24:15
contested 43:21
context 18:15
  30:7
contexts 17:25
contingency 25:3
  25:4
continue 13:5
  22:19 25:6,7,8
conversation
  14:23
conveyances
  30:17
coordination
  19:23
correct 12:5 26:16
  27:1 34:8 35:10
costly 20:17
costs 20:16
council 22:18
counsel 2:2,8,13
  2:18 5:4 8:14
  22:18 28:16 29:8
  29:10 31:4,11
  41:21 47:25
counting 12:20,21
countless 13:1
  14:10 46:1
country 15:22
  17:23 53:21
couple 11:25
  33:20
course 36:8 39:1
court 1:1,12 7:2
  7:14,21 9:20 10:6
  10:9,12,19,23

11:3,10,21 12:8
  12:11,14,17,20,24
  14:20 15:4,15,16
  15:16 17:15 18:3
  18:7 19:1,10 21:5
  22:3,6,6,10,16,25
  23:1,16,18,22,25
  23:25 24:7,8,19
  24:22,22 25:6,11
  25:11 26:5,5,14
  26:17,17,24,25
  27:2,4,4,9,11,18
  27:22 28:2,5,8,13
  28:24,24 29:4,15
  30:1,4,12,19
  32:18,25 33:2,11
  33:13,17,22 34:7
  34:9,11,23 35:2,3
  35:6,11,15,19
  36:3,6,11,21,25
  37:4,7,10,11,12
  37:17,19,23 38:1
  38:12 39:8 40:14
  40:17 41:19 42:1
  43:1,4,7,10,14,25
  44:10,25 45:4,8
  45:14 46:5,8,11
  47:6,8,10,12 48:2
  48:5,7,10,13,16
  49:20,22 50:1,6,8
  50:10
court's 16:15
  17:21
courthouse 42:9
courts 14:14 16:4
covered 29:20
  34:3
covering 21:16
credibly 15:21
  18:14
credit 16:9
creditor 8:25 12:7

creditors 2:3,5
5:12 8:22 12:3
18:22 20:18 25:24
31:8,11 39:17
40:12,25 44:14
45:13,15,16,18
credits 16:13
critical 38:17
cro 8:3
current 25:10
41:5
cut 16:10

**d**

d 7:1 38:21,21
40:8 51:1
d's 30:9 39:11,11
39:20 42:14
damage 19:17
damaged 13:6
darn 17:19
date 7:24 8:1,20
10:1 11:5,18
12:17 14:22 21:13
53:25
day 12:22 18:12
19:19 33:2 42:11
48:22,23
days 36:23
deal 12:2 14:13
18:9 25:18 27:14
47:14 48:1,19
dealt 36:18
debt 14:10 15:14
debtor 1:9 2:14
2:18,23,24 3:2,3,8
3:8,14,14,19 4:2,8
4:14,14 6:2 9:16
10:5 18:18,21
20:11 22:19 23:7
24:12 25:2,16,23
28:17,17 29:2,21
29:23 30:4,17,25
40:24 43:15

debtor's 9:12,14
11:2 34:13 40:23
debtors 28:15
december 10:3
decide 47:25
decided 48:20
decides 48:4,6
decision 35:17,19
42:17 45:21 48:2
decisions 15:7
17:8 18:3 31:21
36:1 47:5,15
deemed 14:22
defendants 42:5,5
defer 28:6
deficiency 12:6,20
12:22
degrees 15:13
demonstrate 31:2
department 5:19
8:12 19:25,25
20:19 23:10
determination
41:10
determined 30:15
devoted 14:3,4
diatribe 37:17,18
different 15:8,23
16:12 17:24 19:6
19:7 20:9
dip 8:19
directors 32:19
33:24 34:2
directors' 39:4
directs 49:6
disagree 40:10,10
42:2 45:19
disastrous 16:9
discussion 42:23
dishonest 48:14
dismiss 39:12
disposition 25:17
26:22,23 28:20

distribute 40:25
41:1
distribution 40:24
district 1:2 15:16
37:10 38:24 43:19
43:21
disturbed 37:22
divested 41:19
docket 21:10
22:12 24:11,25
26:20 27:6
docketed 35:8
documented
18:14 32:13
dog 49:3
doing 13:19 27:22
30:7 39:2,21
48:19
dollar 10:9 14:6
dollar's 41:12
dollars 12:13 13:2
39:20 40:7,7
doors 38:7
dormitory 25:19
dorms 25:18
doubt 31:2,3
douglas 4:2 26:7
51:22
dowling 1:7 2:15
2:20,25 3:4,10,16
3:21 4:4,10,16 7:3
7:7,16 8:3,6,8
11:23 38:3 39:24
40:3 42:21
downing 49:23
draft 18:13 29:22
35:7 38:25
drafted 32:10
46:18
drains 34:1
drives 18:1
dual 23:6

duberstein 44:23
due 9:18 10:4
20:18 31:6 36:2
44:23
dump 19:4

**e**

e 1:21,21,22 5:1,1
7:1,1 51:1 53:1
earned 14:12,13
25:4
eastern 1:2
easy 18:5
economically 13:7
ecro 1:25
educates 38:5
education 19:25
23:10
educational 38:18
effect 20:19
effective 7:24,25
8:20 11:18 21:13
efforts 19:23
20:13 25:9
eight 29:24 40:19
either 13:24 17:9
19:2 27:12 42:24
elliman 4:2 26:7
51:22
emergency 35:3,5
employee 8:10
20:15
employees 8:6,8
8:13,14
ended 12:11
ends 44:16
engage 39:1
engagement 34:15
enormous 32:11
41:17 42:19
entire 24:16 29:13
41:11
entitled 21:25
27:14 49:15

entry 31:14
epiq 4:12 6:16
27:7,9 49:24 50:3
50:5 52:2
equation 40:23
equitable 44:6
essentially 22:1
established 9:1
estate 4:2,8 9:2
11:16 18:23 20:10
25:15 26:1,8,20
33:7 44:7 45:12
esteem 15:2
estimated 14:16
evaluate 43:10
48:8,12
eve 40:22
event 9:8
everybody 11:6
14:25 16:18 17:14
19:12 37:13
everybody's 14:1
exactly 31:16
example 15:23
exercise 32:15
41:3
exist 17:23 41:15
expectation 12:22
expenses 2:4,9,14
2:19,24 3:3,9,15
3:20 4:3,9,15
11:15 21:15,21,23
22:21,23 24:5,17
25:5 26:4 28:21
28:23 29:13
expensive 33:8
experienced
19:22
explain 40:19
41:10
explained 18:14
19:18 41:4

explanation 16:18
expose 40:9

**f**

f 1:21 53:1
facility 19:13
25:19
fact 19:13 40:5
41:18
fail 27:13
failed 41:12
failing 32:25
34:17
failure 14:22
fair 44:6
faith 30:12 31:18
familiar 38:24,24
family 20:3 26:10
37:24
far 11:23 12:5
46:12
farrell 2:8,10 5:3
28:16 52:5
february 8:2 9:25
10:1
federal 1:13 23:8
fee 7:18,20 9:8
21:11 22:13 41:6
51:7,9,11,14,18
51:20,22,25 52:3
52:5
feel 17:4 42:17
45:2
fees 2:3,8,14,19
2:24 3:3,9,14,19
4:3,8,14 9:8,11
10:7,19 11:1,4,14
14:13 15:1 17:2
21:23 24:15 28:21
28:22 29:12 31:21
35:22,22 43:18
feg 45:10
felt 35:1 40:18

fest 14:11
fight 33:19 49:3
figure 13:2 17:1
19:3 43:23
file 16:1 20:25
27:17 33:24 35:7
50:5
filed 9:25 12:19
18:12 31:7 32:18
38:4
filing 29:25 40:20
final 2:1,7,12,17
2:22 3:1,7,12,18
4:1,6,12 9:9 11:14
21:6,11,18 22:13
22:21 23:13,19
24:3,4,11,24 27:7
28:14,22 29:9
31:21,25 41:6
44:5 49:12,17
51:7,9
finally 9:6
financial 23:8
financing 20:8,11
find 39:13 46:21
fine 34:9 39:6
46:15
finish 33:22
firm 8:15 10:17
10:17 21:10,25
22:13 23:5 24:2
26:7 29:3,12
30:23 31:3,5,23
33:19 34:17,19
36:17 41:22 42:7
42:25 45:17 47:21
firms 20:23
first 9:25 21:4,9
23:12,19 32:22
42:2,11
five 13:22 14:5,8
29:16 41:12

fix 17:17
floor 6:3
florida 48:20
focus 26:8
focused 25:2 30:3
folks 7:19 13:25
foregoing 53:3
forgive 39:6
former 8:3,6,8,13
formula 47:18
forte 29:20
forward 39:20
42:20 43:6 45:13
four 20:9
fourth 29:9
fpm 3:7 24:10,12
fraction 14:16
31:25
frankly 12:8 39:3
41:16
fraudulent 30:17
friday 40:20
friedman 2:4
35:23 38:22 47:25
49:6,21
friends 13:23
fritz 2:8,10 5:3
28:16 52:5
fruitful 29:25
frustrating 17:21
frustration 15:19
17:3,12,17,21
19:18
full 16:18,23
funded 9:4
funding 23:8
funds 9:6,9
further 8:24
future 16:6,6,7
31:8 41:20

## g

**g** 7:1
**galley** 7:19
**garden** 27:10 50:5
**gcg** 50:4
**general** 20:1
  37:23
**generally** 37:1
**generated** 31:8
**getting** 13:9 30:16
**give** 10:24 14:6,6
  31:5 45:15
**given** 43:24 45:15
**gives** 18:15
**giving** 48:18
**global** 8:7,17
  20:15
**go** 10:21 11:11
  12:5 13:20 14:1
  16:12 17:2 18:17
  19:20 25:7 27:15
  32:2 33:1,23,25
  34:11,25 35:25
  36:25 37:4,5 40:1
  45:13 48:20
**goal** 18:22,24
**goals** 39:16
**going** 9:22 10:12
  12:25 13:2,6
  14:24,25 16:15,16
  16:19,20,23 17:11
  18:9 23:16 25:6
  27:11 32:3,6 33:9
  37:9 38:13,19,20
  39:20,21 40:12
  42:4,12,12,13,20
  43:6,6 44:3,17
  46:24 48:8,17,21
**golden** 8:15
**good** 7:2,5,9 17:1
  17:15 22:10 29:7
  29:19 31:18,20
  40:15 47:18

**gotten** 43:2
**grand** 22:23 23:12
  24:5
**grant** 22:6 23:1
  24:8,22 25:11
  26:5,17 27:4,18
  28:25
**granted** 51:7,9,12
  51:15,18,20,22,25
  52:3,5
**grants** 23:25
**great** 14:14
**grossman** 1:22
**group** 3:8 13:24
  24:10
**guarantor** 42:18
**guess** 27:12
**gum** 49:1
**guy** 31:13,13
  48:16 50:8
**guys** 13:10 14:12
  15:3,20 16:3 17:3
  17:14,15 18:17
  22:10 27:9 33:5
  33:18 35:21 38:1
  45:24 48:13

## h

**half** 11:17,20
  21:17 42:11
**hand** 9:9
**handled** 14:21
  29:18
**hang** 50:11
**happen** 16:20
  17:25 18:12 19:9
  39:13 42:4
**happened** 13:18
  15:17 16:24 35:13
**happy** 9:23
**hard** 11:25 14:15
**hawk** 4:7 25:20
**hear** 19:22 47:23

**heard** 22:3,25
  23:22 24:7,19
  32:21 38:3
**hearing** 2:1,7,12
  2:17,22 3:1,7,12
  3:18 4:1,6,12 7:25
  10:1 28:11 35:12
**heart** 16:5
**held** 39:2
**hello** 7:12
**help** 40:2
**high** 10:25 45:22
**higher** 38:6 40:1
**hired** 25:16
**history** 40:15
**hit** 48:22
**hold** 15:2 49:22
  49:22,22
**holdback** 31:22
  49:13
**holdbacks** 22:2
**holding** 44:18,19
**hon** 1:22
**honest** 31:18
  48:16
**honor** 7:5,9,15,16
  7:17,22,25 8:15
  8:19 9:8,14,22,24
  10:11,21 11:1,8
  11:12,14,16 12:16
  17:20,22 18:22
  19:5,21 20:7,22
  20:24 21:3,9,10
  21:18,24 22:8,11
  22:17 23:3,4,6,14
  24:1,9,9,23 25:8
  25:12,15,22 26:6
  26:16,21 27:1,5,5
  27:20,25 28:6,12
  28:14 29:1,6,7,9
  29:17,19,21 30:11
  33:10,20 36:13
  37:25 39:14,22

  40:4 41:25 49:21
  50:13
**honor's** 9:3 10:14
  20:12 39:18 42:17
**hopefully** 19:16
**houses** 15:17
  26:15
**huge** 15:14
**hundreds** 40:7
**hurt** 15:11 46:1
**hurting** 19:1
**hyde** 4:25 53:3,8

## i

**iconic** 19:16
**idea** 14:10 15:17
  18:6
**impact** 42:16 45:9
**impacts** 10:17
**implication** 31:18
**important** 35:8
  38:17
**including** 11:5
  19:25 21:2 22:21
**incredibly** 32:15
  33:8
**incurred** 11:5
**independent** 47:4
**indication** 15:2
**indiscernible** 7:11
  10:9 27:21,21
  28:4,7,7 29:24
  36:16
**individuals** 21:7
  32:19 39:14
**influences** 45:25
**ingerman** 2:18
  22:13 51:9
**initially** 9:25
  24:15
**institution** 13:4
  15:11 38:5
**institutions** 40:1

**insurance** 34:1,1 34:3 39:6 42:5
**insurer** 41:8 42:18
**integrity** 45:23
**intention** 37:2
**interest** 13:10 38:19
**interesting** 37:14
**interests** 20:10
**interim** 10:2,15 11:16 21:6,12,16 22:14,20 23:12 24:4 28:20 29:11 43:25 47:1 49:12 49:15
**interims** 41:6
**investigate** 29:15 29:16
**investigation** 30:1 30:8
**involve** 25:13
**involved** 19:23
**involvement** 23:20
**involves** 27:6
**involving** 38:23 39:11
**irrelevant** 47:14
**island** 38:5
**islip** 1:14
**issue** 12:1 18:19
**issues** 33:20
**item** 14:2,2
**iv** 23:7 24:3

**j**

**j** 2:4
**january** 8:1 11:19 21:13 29:11
**jericho** 5:13,14
**jersey** 15:24
**job** 14:14 22:10 40:11,11,12 45:8

**joint** 26:19
**judge** 1:23 27:3 33:16 34:20 44:23 45:6
**judgment** 40:8
**june** 11:18 21:13 29:11
**jureller** 2:13 6:1 7:6 21:11 51:6
**justice** 5:19

**k**

**keep** 10:12 44:5
**ken** 45:23
**kidding** 37:24
**kids** 13:2,6 15:12 16:2 17:5 25:7
**kind** 31:2,3
**kiss** 2:15,20,25 3:4,10,15,20 4:4,9 4:15 6:7 7:8 22:7
**klestadt** 2:13 6:1 7:6 21:10 32:5 51:6
**know** 12:25 13:25 14:3,15,15 15:5,6 15:8,10,20 17:15 18:3,6 19:22 30:4 30:19,19 31:16,17 31:17 32:7 34:7 36:12,21 38:12 40:5,6,17,21 43:19,22 44:7,17 44:25 45:17,23 46:3,7,11,11,20 46:20,22 47:13 48:11,19,21,22 49:5,10,16
**knowing** 11:10
**krause** 2:23 3:2 23:5 51:11,14

**l**

**labor** 8:12 20:1,19 22:18
**laid** 32:14
**landscape** 41:24
**language** 35:3
**largely** 12:3
**lasted** 40:2
**launched** 21:1
**lauren** 2:15,19,25 3:4,10,15,20 4:3,9 4:15 6:7 7:8
**law** 17:9,10
**lawsuit** 44:8
**lawsuits** 14:5
**lawyer** 17:15
**lawyers** 13:14 31:19 38:8,9 44:13
**learning** 40:2
**leave** 29:5 32:2
**led** 8:17
**ledanski** 4:25 53:3 53:8
**left** 11:25,25 12:1 33:7 44:14
**legacy** 19:16
**legal** 53:20
**lender** 45:12,16
**lenders** 45:14
**length** 18:14
**letters** 15:10 34:15
**level** 8:4,9 38:6
**life** 13:3,18,22 17:18 41:11
**lightly** 41:18
**likewise** 20:5 24:24
**limited** 16:4 24:10
**line** 14:2,2 39:7 42:13 51:4

**liquidate** 18:23
**liquidated** 20:5
**liquidation** 20:13
**list** 11:8 27:6
**listen** 47:16
**litigant** 42:8
**litigation** 8:17 12:1 16:15,17 20:16,17 29:18 31:6,25 33:8 34:4 35:24 39:5,9,11 42:3
**litigations** 32:8
**litigator** 40:15
**little** 12:2 17:18 36:17 37:8 39:10 41:3
**live** 17:8
**lives** 13:6
**living** 39:25
**llc** 3:13 4:7,7 26:19,20 51:24,24
**llp** 2:2,13,18,23 3:2 5:10 6:1 23:5 51:11,14
**loan** 43:1
**loans** 8:19 38:18
**local** 17:5
**long** 27:17 38:5 44:25 45:23 49:16
**longer** 13:19 37:9
**longstanding** 22:18
**look** 18:5 41:23 43:6 48:10
**looked** 30:10,15 30:20 31:11,14 34:14 41:15
**looking** 30:10
**lose** 44:18
**loses** 44:19
**lost** 34:5

**lot**  17:24 18:1
  30:12 36:24 46:6
  46:17
**luck**  17:1

**m**

**madison**  4:7
  25:20 26:19 51:24
**maher**  46:9
**major**  16:10
  20:14
**making**  20:25
  30:17 36:1 49:4
**man**  45:22
**manual**  30:16
**market**  11:24
  19:13
**material**  46:23
**matter**  1:5 7:3
  17:10 33:23 41:10
  43:22
**matters**  7:23
**mean**  18:13 41:2
**means**  31:16 33:1
  44:24
**measure**  31:22
**mechanism**  44:15
**mediation**  32:22
  33:1,8 34:17,17
  36:14,22 37:1
**mediators**  36:20
**mention**  33:16
**mentioned**  11:1
  20:2
**mercenary**  39:19
**merely**  43:17
**million**  8:5,6,11
  8:21,23 10:24
  12:18 13:1,9 14:9
  25:23 39:5,12
  42:22,24 43:21
  44:13,13 46:19
**millions**  40:7

**mind**  43:14 45:18
**mine**  40:14
**mineola**  53:23
**minimize**  19:17
**minimized**  20:16
**minutes**  16:10
**mirror**  46:14
**miserable**  13:15
**mississippi**  39:21
**mistake**  30:10
  38:6 40:9
**mistakes**  14:3
**modified**  26:1
**momentum**  18:1
  18:11
**money**  10:6,10
  13:3 14:3,17
  15:18 16:9 19:12
  33:7 34:3 39:15
  39:16 40:12,25
  42:24 45:11,12
  46:20,21,21,22,23
  49:13,14
**monies**  49:11,17
**month**  11:17
  22:24 30:24 47:12
**months**  11:20
  21:17,19 29:24
  36:25 37:2 40:19
  49:10
**motel**  19:15
**motion**  22:6 23:2
  23:25 24:8,22
  25:11 26:5,17
  27:4,19 28:25
  50:5
**motions**  20:24
  39:12
**motivated**  42:14
**move**  16:12 20:12
  37:9
**moving**  18:7

**multiple**  43:18

**n**

**n**  5:1 7:1 51:1
  53:1
**name**  50:3
**necessarily**  42:12
**need**  27:22 35:21
  37:22 39:6,10
**needs**  49:7
**negotiation**  8:17
  28:18
**never**  13:4,4,18
  13:20,22 16:16,20
  16:21 27:9,10,10
  27:15 31:6,7
  32:21 33:19,20
  41:11,15 44:23
  47:19 48:20
**new**  1:2,14 5:22
  6:4,19 8:11 15:24
  20:1 48:21
**non**  31:24
**normally**  14:13
**nothing's**  35:12
**november**  10:3
**number**  7:3,18
  9:15 10:23 12:23
  21:10 22:12 23:12
  24:11,25 25:14
  26:20 42:15,16
**numbers**  23:4
  27:6 29:20 38:13
  38:15
**ny**  5:6,14,22 6:4
  6:19 53:23

**o**

**o**  1:21 7:1 38:21
  38:21 40:8 53:1
**o's**  30:9 39:11,11
  39:20 42:14
**oakdale**  19:14
  20:4 26:11,22

**object**  28:5
**objected**  35:24
**objecting**  14:7
**objection**  12:23
  12:24,25 22:5
  23:24 24:21 27:18
  47:17
**objections**  21:1,7
  22:4 23:1,1,23
  27:2 28:24 47:18
**occurred**  8:1
**odd**  13:19 14:9
  31:4
**office**  15:3 20:1
  22:18
**officers**  34:2 39:5
**offices**  32:19
  33:24
**official**  2:2,4 5:11
**oh**  50:1
**okay**  7:14,21
  10:12 16:3 27:23
  28:2,8,12 29:5
  37:19 47:8,23
  50:9
**old**  16:7 53:21
**open**  32:2
**order**  9:4 10:15
  20:24 28:9,10
  37:20 44:4
**orders**  43:25
**original**  10:1
**originally**  50:4
**outrage**  40:3,4
**outrageous**  46:13
  46:13
**outset**  18:22
**outside**  45:25
**outstanding**  23:15
**outten**  8:15
**oversight**  47:16
**owe**  16:7

**owed** 9:21

**p**

**p** 5:1,1 7:1
**p.c.** 2:8,10 5:3
**pa** 6:12
**page** 51:4
**paid** 8:3,6,10,11
   8:14,18,20,22,25
   10:4,6,10 12:3
   18:17 26:3 30:16
   42:18,25 44:14
   45:17 48:18 49:14
**papers** 34:15
   47:10
**paramount** 39:17
**part** 9:1 41:19
   44:15
**particular** 19:8
   20:2
**particularly**
   25:18
**partner** 47:6,20
**partners** 4:7,7
   26:19,20 31:17
   32:6 51:24,24
**party** 21:2 35:25
**patrick** 2:9 5:8
**pay** 9:2,7 13:7
   14:14,15 16:8
   30:25 31:3 39:15
   45:12
**payable** 31:1
**paying** 13:3 29:21
   29:23
**payments** 8:21
**pc** 28:16 52:5
**pejoratively**
   19:15
**penalized** 45:2
**pennsylvania**
   15:25
**penny** 14:7,7 31:8

**penny's** 30:2
**people** 13:8,12
   15:10 16:5 17:8
   18:3,16 19:10
   27:15 29:21,23
   34:2 39:3 43:18
   46:1,2 48:16
**percent** 10:3,7,14
**percentage** 26:14
   26:24
**perfect** 13:24
**perfectly** 18:4
**period** 10:2,4
   11:16,18 21:12,12
   21:16,20,21 22:14
   22:24 23:20 24:4
   28:20 29:11,13,23
   30:24,24 34:24
   49:8
**periods** 22:2
   30:25
**permanently** 43:4
**permitted** 10:14
**persichilli** 6:21
   49:24 50:2,3,7,9
**person** 30:25 37:7
**persona** 30:15
**personal** 17:3,5
   17:13 30:13
**personally** 17:14
   45:24
**petition** 22:20
**phone** 42:10
**pick** 36:22
**picking** 36:15,19
**picture** 20:22
**pieces** 31:25
**pipeline** 31:7
**pittsburgh** 6:12
**place** 7:23 15:13
   32:1 35:14 36:23
   50:5

**places** 15:25
**plaintiff** 12:15
**plaintiff's** 8:16
**plan** 8:2,24 9:1,4
   9:7 10:5
**planning** 24:14
   28:18
**plaza** 1:13 5:5
**please** 7:2 37:20
   39:6,8 40:9
**plus** 14:9 24:5
**pm** 1:17 50:15
**pockets** 17:24
**podium** 29:6
**point** 9:12 11:2
   18:6 30:20 34:20
   41:4
**pointed** 17:22
   39:14
**points** 41:25
**policy** 34:1,3
   39:12 40:8
**poor** 43:17
**portfolio** 26:9
**portion** 43:11
**position** 41:17
**possession** 2:24
   3:3,9,14 4:14
   20:11 25:16 28:17
**possible** 11:22
   42:15
**post** 8:20 18:20
   22:19 47:3
**potential** 14:4,8
   24:13 32:8
**potentially** 15:21
   42:11
**powers** 5:17 19:6
   29:7,8,17,20
   37:15
**practice** 48:20
**pre** 10:8

**precipitous** 18:2
**preference** 29:23
**prepared** 17:2
   29:22 41:4,23
**prepetition** 20:8
**present** 21:7 44:8
**presented** 32:14
**president** 36:11
**presidents** 39:2
**pretty** 11:10 20:8
**previously** 39:2
**price** 26:25
**primarily** 28:1,17
   31:5
**prior** 9:4 10:15
   22:2
**priority** 8:4,9
   20:20
**pro** 30:22
**probably** 12:18
   29:4 34:13 36:23
   44:2 47:16
**problem** 27:12
   40:18 45:21
**proceedings**
   50:14 53:4
**proceeds** 26:3
**process** 12:16
   19:11 32:21 34:16
   36:15,17,19,21
   38:18 45:22
**professional** 9:7
   9:11 10:19 11:1,4
   14:21 42:4,5
**professionals** 7:20
   9:12,15,16,18
   11:15 12:4 13:8
   19:24 28:15 29:2
   29:3 42:23 43:17
**programs** 24:3
**progress** 41:7
**pronouncements**
   49:4

properties 20:4
protocols 36:18
proud 15:8
prove 46:4,5,8,12
  46:14
provide 22:19
public 13:9 18:10
  37:13 38:17,19
  39:18,25 48:25
purpose 17:17
pursued 18:20
put 17:6 19:17
  28:9 32:10 49:9
putting 16:3
puzzled 38:4

**q**

quadrangle 5:13
question 32:15
  33:6,14,17 43:12
  47:24
questions 46:19
quickly 37:3,9
  42:15
quite 19:6 39:3

**r**

r 1:21 5:1 7:1 53:1
racing 38:10
raised 46:18
  47:18
ran 19:11
rantings 19:19
reached 8:7 34:19
  36:2 42:7
reaction 38:3
read 18:13 29:21
  32:9,12 46:2
reading 38:14
ready 34:10,25
  45:13
real 4:2,7 18:23
  20:10,18 25:15
  26:1,8,20

really 7:23 11:25
  17:3 27:25 28:6
  40:25
realty 4:7 25:20
  26:19 51:24
rear 46:13
reasonable 18:4,8
reasons 25:10
recall 8:16 9:24
  20:7 25:22 26:21
receivable 3:13
  24:24,25 51:17
receive 21:25,25
record 7:15 17:12
  18:10 35:25 39:25
  53:4
records 9:3
recover 39:16
recovery 30:16
  40:13 42:21
redevelopment
  24:14
reduced 25:25
reduces 10:15
reference 30:9
reflect 10:13
  17:12
reg 1:3
regard 41:21
  44:10
regulators 19:24
reimbursement
  21:15,21 24:17
relates 28:1 34:12
  36:13
relation 8:7 25:17
  25:21 26:21 28:18
released 22:2
relevant 41:3 44:3
remains 9:18
  23:15 24:18
remember 34:22
  42:4

renew 47:1
repeat 38:13
representation
  30:22
request 10:16
  23:20 24:3,4,4,6
  26:2
requested 21:14
  21:20,24 22:14,20
  22:22 24:16 25:5
requests 10:18
required 8:24 9:3
  27:17
requires 32:21
reserve 9:1,6
reserved 9:4
residences 26:10
residential 20:4
  26:9,9
resolution 12:16
  47:1
resolve 46:25
resolved 42:15
respect 11:13
  41:16 44:22,23,24
  45:20,22 46:17
response 24:8,20
  32:8,20
responsible 8:16
  44:18,19 47:21
rest 13:3,6 37:24
result 13:16 33:3
  33:15 41:7 42:11
  48:9,12
retained 11:15
  25:1,15,18 26:7
  26:21,25 27:9,16
  27:16
retention 9:3
  27:11,21,22 28:7
  28:9
retire 48:20

reviewed 11:17
rid 15:14,15,15,16
right 13:11 14:17
  16:18 18:11 30:21
  31:2 32:22,25
  33:11 35:7 36:3,6
  40:13 44:20 46:10
  47:22 49:2,16
  50:11
road 53:21
robert 1:22 8:3
robust 36:17
role 15:4 23:6
  31:12 41:3 43:16
ronald 2:4
rosenfeld 8:3
rough 9:15
roughly 8:5,9,13
  8:21 11:17,19
  21:17 24:18
round 43:20
ruling 32:13
rulings 51:3
run 33:19,20 38:9
rxr 5:5

**s**

s 5:1 7:1
sale 26:25
sales 26:15
satisfied 8:18
satisfy 9:10 39:17
saw 48:24
saying 40:10 47:2
  47:23,25
says 39:19 42:9
  43:14 44:4
school 16:10,12
  17:7 32:16
schools 15:23,25
seal 32:9
sean 6:6 7:5,16
  18:19

seated 7:2
second 11:21
  33:22,23
secret 47:9
section 13:21 14:5
  14:8 29:16
secured 8:22 12:2
  12:7 18:21 20:9
  25:24 45:12,14,16
see 18:16,16 19:22
  31:7 32:2 38:25
  41:6 44:20 46:13
seek 27:13 28:22
seeking 26:2,11
seeks 23:12
seen 12:24 13:20
  17:15 41:11 46:5
segue 38:20
sell 31:9 42:23
selling 20:2
sense 35:18 45:5
separate 23:11
september 34:23
  35:12
series 20:9
served 20:25 23:5
  24:12 28:16
service 20:25
services 3:13 13:5
  22:19 24:25 25:1
  51:17
set 10:1 17:21,22
  42:20
settle 40:21 42:3
  48:17
settled 42:9 44:10
  46:24 47:15,16
settlement 8:7,18
  16:16,19,25 20:15
  23:9 40:22 41:22
  44:12
settlements 36:2
  42:7 44:12

settling 20:19,21
  36:19
seven 11:17,19
  21:17 29:24
share 38:2,2,9
  40:4
sheets 14:1,2
shocking 38:13
shoot 49:1
short 36:16
shot 46:16
show 13:18 49:7
shuts 38:7
side 8:16 9:16
  10:25 11:2 32:14
  38:16 40:23 48:25
sign 28:10 41:23
  44:4
significant 12:6
  20:5,20
signs 28:9
silverman 5:10
  10:17 29:3,8,10
  45:23
silvermanacam...
  2:2
simple 33:6 43:14
single 13:21 20:3
  26:9 30:25 31:1
  40:24 44:8
sir 34:10
sit 47:12
site 24:14
sitting 13:7 31:10
situation 45:10
six 19:15 30:24
  34:14,15 36:25
  37:2 43:21
sleep 37:16
small 16:24 28:20
smith 2:18 22:13
  51:9

sold 11:23,24
  19:14 25:23 42:22
solicitation 28:1
solution 27:8 50:4
  52:2
solutions 4:13
  53:20
somebody 14:15
  40:20 41:2
somebody's 16:14
  17:18
sonya 4:25 53:3,8
sooner 49:10
sorry 23:14 25:13
sought 27:10
sound 37:24
sounds 46:8
southard 2:13 6:1
  6:6 7:5,6,6,15,16
  7:22 9:22 10:7,11
  10:13,21,25 11:7
  11:12 12:6,9,13
  12:15,18,21 17:20
  18:18,19 19:5,21
  21:9,11 22:8,11
  22:17 23:3,17,19
  24:1,9,23 25:8,12
  26:6,16,18 27:1,5
  27:25 28:14 29:1
  29:5 32:5 51:6
southern 38:23
  43:19,20
spans 11:17
speak 18:19
special 2:8,18 5:4
  22:17 28:16
specific 38:15
spend 13:3 41:12
spending 40:6
spent 31:15 39:11
  43:12
stages 47:1

stakeholders
  19:24
stan 5:24 7:9
standing 31:13
  33:10 36:9 45:11
stanwix 6:11
started 39:10
state 8:11 15:16
  20:1 37:10
statements 44:9
states 1:1,12 5:19
  7:10
status 32:20 41:5
staying 33:18
stays 44:16
steps 42:9
stevens 2:13 6:1
  7:6 21:11 51:6
stn 34:21,22
stop 27:11
stopped 29:21,23
storage 9:2
straight 35:20
strategy 40:17
street 5:21 6:3,11
strong 43:16
structure 20:8
  26:12
student 25:2
students 38:11
submit 27:21
  28:10
submitted 32:18
substantial 18:23
  20:3,10 39:3
  40:13 42:24
substitute 50:5
substitution 27:13
  27:17
success 13:11
  18:25 20:14
successful 13:13
  13:14 25:9 33:15

**sufficient** 9:6,9
40:19
**suggest** 12:10
**suite** 5:13,21 6:11
53:22
**sum** 28:20
**summarize** 11:21
**supposed** 17:6
**supreme** 37:10
**sure** 14:25 17:13
19:6 22:7 30:21
35:2 39:15 42:1
44:16 48:23
**surround** 20:4
**surrounded** 26:10
**susan** 6:21 50:3
**sylvan** 47:24,24
47:25
**system** 17:4 43:17

**t**

**t** 2:9 5:8 53:1,1
**table** 13:17
**take** 7:23 10:24
20:23 21:3,5
23:14 25:13 29:5
31:5 35:22 36:23
37:8 43:6
**taken** 43:24
**takes** 36:25
**tale** 39:22,23
**talk** 50:6,7
**talking** 31:13,14
35:2 47:14
**tally** 11:8
**target** 44:16
**taught** 44:24
**tax** 2:23 23:6,21
**tell** 16:17 21:5
27:23 28:2,8
30:20,23 32:11
35:20 41:14 45:15
**telling** 34:7 43:5
45:11 49:6

**ten** 34:14
**terms** 9:11 10:18
12:13 18:25 20:22
21:23 25:25
**terribly** 25:9
**thank** 21:9 22:8
23:3 24:1,9,23
25:12 26:6,18
27:5 28:12,13
29:1,6 40:16
48:15 49:18,19,21
50:13
**thankfully** 19:6
**theoretically** 36:9
**theory** 16:21,25
35:21 41:14
**thing** 12:9 17:19
30:13,21 34:20
42:14 44:16
**things** 9:2 17:25
37:12
**think** 10:25 17:4,7
18:21 19:1,13
20:14,16 28:4
32:5 34:18 35:4
35:11 42:14 44:17
48:23 49:7
**thinking** 41:17
**third** 6:18
**thomas** 6:14 7:12
**thought** 11:23
35:6 45:22
**thousand** 31:5
**thousands** 15:12
17:5 40:7
**threatening** 15:25
**three** 30:24 37:7
49:10
**throw** 16:21
**tilly** 2:23 3:2 6:9
6:10 7:13 23:5
51:11,14

**time** 14:1,2,4,7
18:4 21:3,5 25:14
34:24 40:19,21,23
41:1,12,15 43:12
44:8 45:23
**times** 30:21 32:4
**timesheets** 31:12
**title** 23:7 24:3
**today** 7:7,19 9:9
9:15,19 10:2 15:6
20:23 21:24 31:10
31:21 41:23 44:4
45:16 49:18
**told** 16:11 33:24
34:4 39:23 40:18
**tons** 38:8
**total** 9:7,13 10:19
11:4 12:14 21:15
21:20,21,22,24
22:20,22,22,23
23:12,17,20 24:3
24:4,5,15,17 25:4
26:11,14 28:21,23
29:10,13
**totaled** 8:20
**totaling** 8:4,22
**touch** 38:21
**town** 28:19
**towns** 19:7
**toxic** 19:4
**transaction** 38:23
**transcribed** 4:25
**transcript** 37:21
49:8 53:4
**translation** 34:6
**tried** 36:16 46:21
**trouble** 15:23
**troubleshooter**
40:1
**troublesome**
47:22
**true** 39:19 43:8
46:3,12 53:4

**trust** 8:25 35:24
36:1,12 46:24
**trustee** 5:20 7:10
21:2 23:1 35:23
47:4 49:7
**trustees** 15:3
**try** 17:10
**trying** 19:2
**tuition** 25:3
**turn** 19:15 40:2
**turning** 19:3
**two** 14:5 16:9
19:8 20:3 21:19
23:4,11 25:13
32:8 41:25 42:10
42:16 47:22
**type** 41:13
**typical** 42:8

**u**

**u.s.** 1:23 5:20
**understand** 11:3
15:11 18:7,10
31:12 36:6,9
37:22 38:17 41:8
43:3,13 45:20
48:25 49:1,14
**understanding**
32:6 36:4
**understands** 42:6
**understood** 14:25
19:21
**undoubtedly** 20:7
**unemployment**
8:12
**unfortunately**
18:1
**uniondale** 5:6
**united** 1:1,12 5:19
7:10
**unknown** 1:25
**unpaid** 9:7,11,13
9:16,18 10:16
11:1 21:23 23:15

24:18 25:2
**unreconciled**
12:21
**unsecured** 2:3,5
5:11 8:25 12:11
13:1 40:25
**unsecureds** 42:21
**update** 7:17,22
**upsetting** 15:21
**usc** 27:18
**use** 38:20
**ust** 23:23 27:12
28:9 47:17

**v**

**value** 18:25 20:6
20:18 31:10,22
44:7
**varick** 5:21
**various** 11:15
12:4 25:9 32:18
**verify** 36:12
**veritext** 53:20
**view** 10:24 46:13
**virchow** 2:23 3:2
23:5 51:11,14
**vis** 30:8,8,9,9

**w**

**w** 6:14
**wait** 42:12
**waiting** 42:25
**walenchok** 6:14
7:12,12
**walk** 39:6 42:13
**want** 11:22 14:2
14:19 16:12 17:13
23:8 30:25 31:9
31:19 32:1,2
33:24 35:8,23
37:16 39:12 48:22
50:2,4,11
**wanted** 14:25
17:12 32:7 33:17

**wants** 19:12 27:14
50:8
**waste** 41:1,2
**wastes** 40:8
**way** 16:11 17:24
18:2 19:11,17
34:18 42:6 46:25
**we've** 15:22 38:21
42:19,20 46:5
49:2
**wee** 8:19
**week** 9:25
**weeks** 43:21
**went** 15:12 46:18
**west** 6:3
**willing** 32:2 44:2
44:4
**win** 44:18
**wind** 9:1
**wins** 44:19
**winters** 2:13 6:1
7:6 21:11 51:6
**wish** 21:7 22:3,25
23:22 24:7,19
**wondering** 27:20
**work** 14:13,20
23:9,21 24:2,14
26:13 32:11 34:14
38:25 42:19,20
44:20,20 46:15
**worked** 25:19
**works** 42:6
**world** 40:9 42:6
**world's** 13:24
**worry** 14:17
**worth** 14:16 30:2
**worthless** 15:13
**wrap** 9:2
**wrapped** 20:20
**wrenching** 16:5
**written** 31:21
43:7,15

**wrong** 17:16,24
**wrote** 38:14,14

**x**

**x** 1:4,10 46:19
51:1
**xyz** 39:21

**y**

**yang** 5:24 7:9,9
22:5 23:24 24:21
27:3,20 28:4,6,12
**yeah** 12:14 37:12
**year** 8:1 11:19
30:24 32:10,25
34:16 40:3,18,18
46:18,18,19 49:16
**years** 13:19 16:6
18:13 21:19 31:15
31:19 33:15 34:14
34:14,15 38:10
**yielded** 20:5
**york** 1:2,14 5:22
6:4,19 8:11 20:1
48:21
**yuck** 14:11

**z**

**zero** 13:17,18
30:2

**à**

**à** 30:8,9