# Notice Recipients

District/Off: 0207–8      User: swu      Date Created: 4/10/2019
Case: 8–16–75545–reg      Form ID: 295      Total: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
crcm      Official Committee Of Unsecured Creditors

                            TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty      Anthony C Acampora      efilings@spallp.com
aty      Joseph Charles Corneau      jcorneau@klestadt.com
aty      Lauren Catherine Kiss      lkiss@klestadt.com
aty      Sean C Southard      ssouthard@klestadt.com
aty      Stephanie R Sweeney      ssweeney@klestadt.com

                            TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Dowling College      PO Box 470      Massapequa, NY 11762
sp      Farrell Fritz, P.C.      100 Motor Parkway      Suite 138      Hauppauge, NY 11788
aty      Klestadt Winters Jureller Southard & Stevens, LLP      200 West 41st Street      17th Floor      New York, NY 10036–7203
aty      SilvermanAcampora LLP      100 Jericho Quadrangle      Suite 300      Jericho, NY 11753
     Patrick Collins      Farrell Fritz, PC      400 RXR Plaza      Uniondale, NY 11556
     Stan Yang      US Trustee Office      560 Federal Plaza      Central Islip, NY 11722

                            TOTAL: 6