**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re                                                                        :     Chapter 11
                                                                                  :
DOWLING COLLEGE,                                                :
f/d/b/a DOWLING INSTITUTE,                                    :     Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI              :
ASSOCIATION,                                                            :
f/d/b/a CECOM,                                                           :
a/k/a DOWLING COLLEGE, INC.,                             :
                                                                                  :
                                           Debtor.                    :
---------------------------------------------------------------x

## ORDER GRANTING APPLICATIONS FOR INTERIM AND FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon the (a) Fourth Interim and Final Application of Klestadt Winters Jureller Southard & Stevens, LLP, General Bankruptcy Counsel to the Debtor and Debtor in Possession, for Allowance of Compensation and Reimbursement of Expenses [DE 679][1]; (b) Second Interim and Final Application of Ingerman Smith, LLP, Special Counsel for the Debtor and Debtor-in-Possession, Pursuant to United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 [DE 680]; (c) Second Interim and Final Application of Baker Tilly Virchow Krause, LLP, Tax Accountants for the Debtor and Debtor-in-Possession, Pursuant to Bankruptcy Code Sections 330 and 331 for Allowance of Compensation and Reimbursement of Expenses [DE 681]; (d) Application of Baker Tilly Virchow Krause, LLP, Consultants to the Debtor and Debtor in Possession for a Final Allowance of Compensation and Reimbursement of Expenses [DE 682]; (e) Final Fee Application of FPM Group, Ltd., Consultants to the Debtor and Debtor in Possession for an Allowance of Compensation and Reimbursement of Expenses [DE 688]; (f) Application of Receivable Collection Services, LLC, Collection Agency

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Applications.

to the Debtor and Debtor in Possession for a First and Final Allowance of Compensation and Reimbursement of Expenses for the Period of October 16, 2017 through January 14, 2019 [DE 689]; (g) First and Final Fee Application of CBRE, Inc. as Broker for the Debtor, for Compensation for Services Rendered [DE 690]; (h) First and Final Fee Application of Douglas Elliman Real Estate, as Broker for the Debtor, for Compensation for Services Rendered [DE 691]; (i) First and Final Fee Application of A&G Realty Partners, LLC and Madison Hawk Partners, LLC for Compensation for Services Rendered as Real Estate Advisor to the Debtor for the Period of November 29, 2016 through and including January 14, 2019 [DE 692]; (j) First and Final Fee Application of Epiq Class Action and Claims Solutions, Inc., as Administrative Advisor to the Debtor and Debtor-in-Possession for Allowance of Compensation for the Period of April 25, 2018 through January 14, 2019 [DE 693 and 696][2]; and (k) Application of Farrell Fritz, P.C., Special Counsel to the Debtor and Debtor in Possession, for Final Allowance of Compensation and Reimbursement of Expenses for the Period of March 28, 2017 through December 20, 2018 [DE 695] (collectively, the "Professionals"); the Court having reviewed the Applications, and having heard the statements of counsel regarding the relief requested in the Applications at a hearing held before the Court on April 1, 2019 (the "Hearing"); and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of Applications and the Hearing was sufficient under the circumstances, (iv) the compensation requested in each of the Applications is reasonable and for actual and necessary services rendered by the Professionals during the compensation period,

---

[2] Epiq Class Action and Claims Solutions, Inc. acquired Garden City Group, LLC ("GCG") on June 15, 2018. However, GCG was the entity in the *Order Authorizing the Retention and Employment of Garden City Group, LLC as Administrative Advisor for the Debtor and Debtor in Possession Pursuant to 11 U.S.C. 327(a) and 330, Nunc Pro Tunc to April 25, 2018* [Docket No. 571]. Accordingly, payment of the fees awarded in this Order to Epiq will be made payable to the order of GCG.

(v) the expenses for which reimbursement is sought in the Applications are actual and necessary expenses and (vi) the Applications fully comply with the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and the Large Case Guidelines, as applicable, and (vi) after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Professionals' Applications are granted on an interim and final basis to the extent set forth in <u>Schedule A</u> and <u>Schedule B</u> attached hereto.

2. The Debtor is hereby authorized to pay to the Professionals 100% of the Final Fees and Expenses Awarded, as reflected in Schedule B attached hereto, to the extent that such amounts have not previously been paid.

3. The Debtor is authorized to take any and all actions necessary to effectuate the relief granted pursuant to this Order.

4. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: Central Islip, New York**
**April 10, 2019**

                                    **Robert E. Grossman**
                                    **United States Bankruptcy Judge**