## SCHEDULE A

### INTERIM FEE PERIOD

Case No.:  16-75545

Case Name:  Dowling College, f/d/b/a Dowling Institute, f/d/b/a Dowling College Alumni Association, f/d/b/a Cecom, a/k/a Dowling College, Inc.

| Applicant and Docket No. | Capacity | Interim Application Period | Fees Requested | Fees Allowed | Expenses Requested | Expenses Allowed |
|---|---|---|---|---|---|---|
| Klestadt Winters Jureller Southard & Stevens, LLP Docket No. 679 | Counsel to the Debtor | 6/1/2018 – 1/14/2019 | $674,711.75 | $674,711.75 | $4,455.99 | $4,455.99 |
| Ingerman Smith, LLP Docket No. 680 | Special Counsel to the Debtor | 6/1/2018 – 1/14/2019 | $13,470.00 | $13,470.00 | $145.18 | $145.18 |
| Baker Tilly Virchow Krause, LLP Docket No. 681 | Tax Accountants to the Debtor | 6/1/2018 – 1/14/2019 | $5,115.75 | $5,115.75 | $0.00 | $0.00 |
| Farrell Fritz, P.C. Docket No. 695 | Special Counsel to the Debtor | 6/1/2018 – 12/20/18 | $2,871.00 | $2,871.00 | $27.20 | $27.20 |

## SCHEDULE B

## FINAL FEE APPLICATION TOTALS

Case No.: 16-75545
Case Name: Dowling College, f/d/b/a Dowling Institute, f/d/b/a Dowling College Alumni Association, f/d/b/a Cecom, a/k/a Dowling College, Inc.

| Applicant and Docket No. | Capacity | Final Application Period | Total Fees Requested | Total Fees Allowed | Total Expenses Requested | Total Expenses Allowed | Unpaid Balance of Fees and Expenses Allowed |
|---|---|---|---|---|---|---|---|
| Klestadt Winters Jureller Southard & Stevens, LLP Docket No. 679 | Counsel to the Debtor | 11/29/16 – 1/14/19 | $2,641,925.10 | $2,641,925.10 | $29,102.63 | $29,102.63 | $449,811.18 |
| Ingerman Smith, LLP Docket No. 680 | Special Counsel to the Debtor | 11/29/16 – 1/14/19 | $58,890.00 | $58,890.00 | $2,084.11 | $2,084.11 | $22,699.18 |
| Baker Tilly Virchow Krause, LLP Docket No. 681 | Tax Accountants to the Debtor | 9/27/17 – 1/14/19 | $30,115.75 | $30,115.75 | $0.00 | $0.00 | $10,115.75 |
| Baker Tilly Virchow Krause, LLP Docket No. 682 | Consultants to the Debtor | 9/27/17 – 1/14/19 | $8,234.00 | $8,234.00 | $1,131.43 | $1,131.43 | $1,646.80 |
| FPM Group, Ltd. Docket No. 688 | Consultants to the Debtor | 12/6/17 – 1/14/19 | $70,069.68 | $70,069.68 | $20,529.44 | $20,529.44 | $8,245.27 |

| Applicant and Docket No. | Capacity | Final Application Period | Total Fees Requested | Total Fees Allowed | Total Expenses Requested | Total Expenses Allowed | Unpaid Balance of Fees and Expenses Allowed |
|---|---|---|---|---|---|---|---|
| Receivable Collection Services Docket No. 689 | Collection Agent to the Debtor | 10/16/17 – 1/14/19 | $30,318.48 | $30,318.48 | $0.00 | $0.00 | $0.00 |
| CBRE, Inc. Docket No. 690 | Real Estate Broker to the Debtor | 11/29/16 – 1/14/19 | $145,000.00 | $145,000.00 | $0.00 | $0.00 | $0.00 |
| Douglas Elliman Docket No. 691 | Real Estate Broker to the Debtor | 11/29/16 – 1/14/19 | $335,640.00 | $335,640.00 | $0.00 | $0.00 | $0.00 |
| A&G Realty Partners, LLC and Madison Hawk Partners, LLC Docket No. 692 | Real Estate Advisors to the Debtor | 11/29/16 – 1/14/19 | $1,239,000.00 | $1,239,000.00 | $143,459.97 | $143,459.97 | $0.00 |
| Epiq Class Action and Claims Solution, Inc./GCG Docket No. 693 and 696 | Administrative Advisor to the Debtor | 4/25/18 – 1/14/19 | $26,268.40 | $26,268.40 | $0.00 | $0.00 | $26,268.40 |
| Farrell Fritz, P.C. Docket No. 695 | Special Counsel to the Debtor | 3/28/17 – 12/20/18 | $29,403.00 | $29,403.00 | $621.35 | $621.35 | $8,204.60 |