Page 1

1  UNITED STATES BANKRUPTCY COURT
2  EASTERN DISTRICT OF NEW YORK
3  Case No. 8-16-75545-reg
4  - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
5  In the Matter of:
6
7  DOWLING COLLEGE,
8
9           Debtor.
10 - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
11
12                  United States Bankruptcy Court
13                  290 Federal Plaza
14                  Central Islip, New York 11722
15
16                  May 6, 2019
17                  1:42 PM
18
19
20
21 B E F O R E :
22 HON ROBERT E. GROSSMAN
23 U.S. BANKRUPTCY JUDGE
24
25 ECRO:   UNKNOWN

1  HEARING re [705] Motion to Authorize/Direct Post-
2  Confirmation Trustee's Application for Order Approving
3  Termination of Contract with Official Noticing and Claims
4  Agent by Anthony C Acampora on behalf of Ronald J. Friedman,
5  Esq., the Post-Confirmation Trustee.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by:   Sonya Ledanski Hyde

```
 1  A P P E A R A N C E S :

 2

 3  SILVERMAN ACAMPORA LLP

 4       Attorneys for Unsecured Creditor Trust

 5       100 Jericho Quadrangle, Suite 300

 6       Jericho, NY 11753

 7

 8  BY:   BRIAN POWERS

 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                  P R O C E E D I N G S

2           CLERK:  Robert E. Grossman presiding.

3           THE COURT:  Good afternoon.  Please be seated.

4           CLERK:  Matter 48, Dowling College.

5           MR. POWERS:  Good afternoon, Your Honor.  Brian

6    Powers, Silverman Acampora, for the Dowling College

7    Creditors' Trust.  Your Honor, we're here today on the --

8           THE COURT:  Bring me up to date on the case.

9           MR. POWERS:  On what specifically, Your Honor?

10          THE COURT:  What's going on?

11          MR. POWERS:  As far as I know, we're -- Your

12   Honor's been brought up to speed with everything that I'm

13   aware of.  I don't know necessarily what's happened in that

14   interim.

15          THE COURT:  I had a bet that they were going to

16   send somebody in who knew nothing, and I won the bet.  You

17   guys are unbelievable, unbelievable.  There's actually no

18   point in talking to you because you don't know anything.

19   But this is -- I'm at a loss.

20          Okay.  On this ridiculous motion, why do you guys

21   want to get rid of a company that's only role is to do

22   mailings.  You want to do an in-house?  The law firm is

23   going to do the mailings?

24          MR. POWERS:  Well, Your Honor, we do handle those

25   routinely when we represent Chapter 7 Trustees in larger

1    cases, so we do have the infrastructure.

2            THE COURT:  This is a larger case.  It's just you

3    don't do anything in it.  But assuming you actually were to

4    do anything in the case, it's got a lot of creditors, which

5    I assume -- well, I shouldn't assume -- hopefully, will get

6    some distributions.

7            Now, you want to take all the files from this

8    company that does it, bring it in-house and do it inside.

9    Put the bottle down.  You're not running a marathon.

10           So you want to do this inside.  I don't even care.

11   This is the least of my problems with you guys.  There's no

12   objection, so we'll grant the motion.

13           MR. POWERS:  Thank you.

14           THE COURT:  Don't come back here again without

15   somebody who can tell me where this case is going, or I'm

16   going to make you come back every two weeks.

17           MR. POWERS:  I apologize, Your Honor, for --

18           THE COURT:  It's not your fault.  You didn't do

19   it.  I know exactly who's doing it and it's not you.  This

20   is -- I'm not angry at you at all.  You're just the

21   sacrificial lamb, so don't take it personally.  Trust me, it

22   has nothing to do with you.

23           MR. POWERS:  Understood.

24           THE COURT:  I knew this was going to happen.  I

25   knew who's doing it.  And you can remind your firm, for the

Page 6

1  fourth time, I have approved no final fees in that case.

2       MR. POWERS:  Understood.

3       THE COURT:  It's $840,000 give or take.  I have

4  approved not one penny as a final fee.  I just want to keep

5  making that on the record, so everybody understands it.  And

6  I don't want any surprises if some day by, for some reason,

7  people have to disgorge funds.

8       MR. POWERS:  Understood, Your Honor.

9       THE COURT:  Don't test me with not having those

10 funds.  Court will grant the motion.

11      MR. POWERS:  Thank you.

12      (Whereupon these proceedings were concluded at

13 01:45 PM)

1                        **I N D E X**

2

3                         **RULINGS**

4                                              **Page      Line**

5

6  Motion to Authorize/Direct Post-Confirmation   6         10

7  Trustee's Application for Order Approving

8  Termination of Contract with Official

9  Noticing and Claims Agent Granted

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 8

1                C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4   transcript is a true and accurate record of the proceedings.

5

6   Sonya Ledanski Hyde

7

Digitally signed by Sonya Ledanski Hyde
DN: cn=Sonya Ledanski Hyde, o, ou, email=digital@veritext.com, c=US
Date: 2019.05.16 13:48:47 -04'00'

8   Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20   Veritext Legal Solutions

21   330 Old Country Road

22   Suite 300

23   Mineola, NY 11501

24

25   Date:  May 16, 2019

| 0 | assume 5:5,5 | d | grossman 1:22 |
|---|---|---|---|
| **01:45** 6:13 | assuming 5:3 | **d** 4:1 7:1 | 4:2 |
| **1** | attorneys 3:4 | date 4:8 8:25 | guys 4:17,20 5:11 |
| **10** 7:6 | authorize 2:1 7:6 | day 6:6 | **h** |
| **100** 3:5 | aware 4:13 | debtor 1:9 | handle 4:24 |
| **11501** 8:23 | **b** | direct 2:1 7:6 | happen 5:24 |
| **11722** 1:14 | **b** 1:21 | disgorge 6:7 | happened 4:13 |
| **11753** 3:6 | back 5:14,16 | distributions 5:6 | hearing 2:1 |
| **16** 8:25 | bankruptcy 1:1 | district 1:2 | hon 1:22 |
| **1:42** 1:17 | 1:12,23 | doing 5:19,25 | honor 4:5,7,9,24 |
| **2** | behalf 2:4 | dowling 1:7 4:4,6 | 5:17 6:8 |
| **2019** 1:16 8:25 | bet 4:15,16 | **e** | honor's 4:12 |
| **290** 1:13 | bottle 5:9 | **e** 1:21,21,22 3:1,1 | hopefully 5:5 |
| **3** | brian 3:8 4:5 | 4:1,1,2 7:1 8:1 | house 4:22 5:8 |
| **300** 3:5 8:22 | bring 4:8 5:8 | eastern 1:2 | hyde 2:25 8:3,8 |
| **330** 8:21 | brought 4:12 | ecro 1:25 | **i** |
| **4** | **c** | esq 2:5 | infrastructure 5:1 |
| **48** 4:4 | **c** 2:4 3:1 4:1 8:1,1 | everybody 6:5 | inside 5:8,10 |
| **6** | care 5:10 | exactly 5:19 | interim 4:14 |
| **6** 1:16 7:6 | case 1:3 4:8 5:2,4 | **f** | islip 1:14 |
| **7** | 5:15 6:1 | **f** 1:21 8:1 | **j** |
| **7** 4:25 | cases 5:1 | far 4:11 | **j** 2:4 |
| **705** 2:1 | central 1:14 | fault 5:18 | jericho 3:5,6 |
| **8** | certified 8:3 | federal 1:13 | judge 1:23 |
| **8-16-75545** 1:3 | chapter 4:25 | fee 6:4 | **k** |
| **840,000** 6:3 | claims 2:3 7:9 | fees 6:1 | keep 6:4 |
| **a** | clerk 4:2,4 | files 5:7 | knew 4:16 5:24,25 |
| acampora 2:4 3:3 | college 1:7 4:4,6 | final 6:1,4 | know 4:11,13,18 |
| 4:6 | come 5:14,16 | firm 4:22 5:25 | 5:19 |
| accurate 8:4 | company 4:21 5:8 | foregoing 8:3 | **l** |
| afternoon 4:3,5 | concluded 6:12 | fourth 6:1 | lamb 5:21 |
| agent 2:4 7:9 | confirmation 2:2 | friedman 2:4 | larger 4:25 5:2 |
| angry 5:20 | 2:5 7:6 | funds 6:7,10 | law 4:22 |
| anthony 2:4 | contract 2:3 7:8 | **g** | ledanski 2:25 8:3 |
| apologize 5:17 | country 8:21 | **g** 4:1 | 8:8 |
| application 2:2 | court 1:1,12 4:3,8 | give 6:3 | legal 8:20 |
| 7:7 | 4:10,15 5:2,14,18 | going 4:10,15,23 | line 7:4 |
| approved 6:1,4 | 5:24 6:3,9,10 | 5:15,16,24 | llp 3:3 |
| approving 2:2 7:7 | creditor 3:4 | good 4:3,5 | loss 4:19 |
| | creditors 4:7 5:4 | grant 5:12 6:10 | lot 5:4 |
| | | granted 7:9 | |

**m**

**mailings** 4:22,23
**making** 6:5
**marathon** 5:9
**matter** 1:5 4:4
**mineola** 8:23
**motion** 2:1 4:20
　5:12 6:10 7:6

**n**

**n** 3:1 4:1 7:1 8:1
**necessarily** 4:13
**new** 1:2,14
**noticing** 2:3 7:9
**ny** 3:6 8:23

**o**

**o** 1:21 4:1 8:1
**objection** 5:12
**official** 2:3 7:8
**okay** 4:20
**old** 8:21
**order** 2:2 7:7

**p**

**p** 3:1,1 4:1
**page** 7:4
**penny** 6:4
**people** 6:7
**personally** 5:21
**plaza** 1:13
**please** 4:3
**pm** 1:17 6:13
**point** 4:18
**post** 2:1,5 7:6
**powers** 3:8 4:5,6,9
　4:11,24 5:13,17
　5:23 6:2,8,11
**presiding** 4:2
**problems** 5:11
**proceedings** 6:12
　8:4
**put** 5:9

**q**

**quadrangle** 3:5

**r**

**r** 1:21 3:1 4:1 8:1
**reason** 6:6
**record** 6:5 8:4
**reg** 1:3
**remind** 5:25
**represent** 4:25
**rid** 4:21
**ridiculous** 4:20
**road** 8:21
**robert** 1:22 4:2
**role** 4:21
**ronald** 2:4
**routinely** 4:25
**rulings** 7:3
**running** 5:9

**s**

**s** 3:1 4:1
**sacrificial** 5:21
**seated** 4:3
**send** 4:16
**silverman** 3:3 4:6
**solutions** 8:20
**somebody** 4:16
　5:15
**sonya** 2:25 8:3,8
**specifically** 4:9
**speed** 4:12
**states** 1:1,12
**suite** 3:5 8:22
**surprises** 6:6

**t**

**t** 8:1,1
**take** 5:7,21 6:3
**talking** 4:18
**tell** 5:15
**termination** 2:3
　7:8
**test** 6:9

**thank** 5:13 6:11
**time** 6:1
**today** 4:7
**transcribed** 2:25
**transcript** 8:4
**true** 8:4
**trust** 3:4 4:7 5:21
**trustee** 2:5
**trustee's** 2:2 7:7
**trustees** 4:25
**two** 5:16

**u**

**u.s.** 1:23
**unbelievable** 4:17
　4:17
**understands** 6:5
**understood** 5:23
　6:2,8
**united** 1:1,12
**unknown** 1:25
**unsecured** 3:4

**v**

**veritext** 8:20

**w**

**want** 4:21,22 5:7
　5:10 6:4,6
**weeks** 5:16
**won** 4:16

**x**

**x** 1:4,10 7:1

**y**

**york** 1:2,14