# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: smarcus | Date Created: 5/17/2019 |
| Case: 8−16−75545−reg | Form ID: 295 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
aty     Joseph Charles Corneau     jcorneau@klestadt.com
aty     Lauren Catherine Kiss     lkiss@klestadt.com
aty     Sean C Southard     ssouthard@klestadt.com
aty     Stephanie R Sweeney     ssweeney@klestadt.com

                                              TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Dowling College     PO Box 470     Massapequa, NY 11762
aty     Klestadt Winters Jureller Southard & Stevens, LLP     200 West 41st Street     17th Floor     New York, NY 10036−7203
     Brian Powers     SilvermanAcampora LLP     100 Jericho Quadrangle     Suite 300     Jericho, NY 11753

                                                TOTAL: 3