```
                          United States Bankruptcy Court
                           Eastern District of New York
In re:                                                      Case No. 16-75545-reg
Dowling College                                             Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0207-8          User: smarcus              Page 1 of 2              Date Rcvd: May 17, 2019
                              Form ID: 295               Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2019.
```
db             +Dowling College,   PO Box 470,   Massapequa, NY 11762-0470
aty            +Klestadt Winters Jureller Southard & Stevens, LLP,   200 West 41st Street,   17th Floor,
                 New York, NY 10036-7219
               +Brian Powers,   SilvermanAcampora LLP,   100 Jericho Quadrangle,   Suite 300,
                 Jericho, NY 11753-2702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
```
              Adam T Berkowitz    on behalf of Creditor    UMB Bank, National Association as Indenture Trustee
               aberkowitz@garfunkelwild.com, jfigueroa@garfunkelwild.com
              Anthony C Acampora    on behalf of Plaintiff Ronald J.  Friedman efilings@spallp.com,
               aca@spallp.com;ksilverman@ecf.epiqsystems.com;ggerson@sallp.com;sgiugliano@silvermanacampora.com
              Anthony C Acampora    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               efilings@spallp.com,
               aca@spallp.com;ksilverman@ecf.epiqsystems.com;ggerson@sallp.com;sgiugliano@silvermanacampora.com
              Arthur Z Schwartz    on behalf of Creditor Martin  Schoenhals aschwartz@afjlaw.com
              Bonnie  Pollack    on behalf of Creditor   NCF Capital LTD bpollack@cullenanddykman.com
              Brendan M Scott    on behalf of Defendant   Dowling College bscott@klestadt.com
              Brian D Pfeiffer    on behalf of Creditor   ACA Financial Guaranty Corp.
               brian.pfeiffer@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com
              Dipesh  Patel    on behalf of Creditor   Dowling College Full Time Faculty Chapter of New York
               State United Teachers dipesh.patel@saul.com
              Elizabeth M Aboulafia    on behalf of Creditor    NCF Capital LTD eaboulafia@cullenanddykman.com
              Gerard R Luckman    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               GLuckman@Forchellilaw.com, GLuckman@Forchellilaw.com;Bhufnagel@forchellilaw.com
              Glenn P Warmuth    on behalf of Interested Party Kimberly Dawn Poppiti gpw@stim-warmuth.com,
               pjw@stim-warmuth.com
              Glenn P Warmuth    on behalf of Creditor Kimberly Dawn Poppiti gpw@stim-warmuth.com,
               pjw@stim-warmuth.com
              Harold  Seligman    on behalf of Interested Party   Bridgestone Capital Partners, LLC
               hseligman@msn.com
              Howard B Kleinberg    on behalf of Interested Party   Certain Members Of The Dowling College Board
               of Trustees hkleinberg@MSEK.com, kgiddens@msek.com
              J Eric Charlton    on behalf of Creditor   Carrier Corporation echarlton@barclaydamon.com,
               rjones@barclaydamon.com
              Jack A Raisner    on behalf of Plaintiff Lori  Zaikowski jar@outtengolden.com,
               kdeleon@outtengolden.com;jxh@outtengolden.com;rfisher@outtengolden.com;jquinonez@outtengolden.com
               ;bkouroupas@outtengolden.com
              Jack A Raisner    on behalf of Creditor Lori  Zaikowski jar@outtengolden.com,
               kdeleon@outtengolden.com;jxh@outtengolden.com;rfisher@outtengolden.com;jquinonez@outtengolden.com
               ;bkouroupas@outtengolden.com
              James H. Knapp    on behalf of Creditor    Department of Education james.knapp@usdoj.gov
              James H. Knapp    on behalf of Creditor    U.S. Department of Veteran Affairs james.knapp@usdoj.gov
              James M Steinberg    on behalf of Creditor Justino  Reyes james@bradymcguiresteinberg.com,
               beverly@bradymcguiresteinberg.com
```

```
District/off: 0207-8          User: smarcus              Page 2 of 2               Date Rcvd: May 17, 2019
                              Form ID: 295               Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        James M Steinberg   on behalf of Creditor Garry  Bishop james@bradymcguiresteinberg.com, beverly@bradymcguiresteinberg.com
        Jeffrey C Wisler   on behalf of Creditor   Cigna Health and Life Insurance Company jwisler@connollygallagher.com
        John J Ramirez   on behalf of Creditor   ACA Financial Guaranty Corp. john.ramirez@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com
        Joseph Charles Corneau   on behalf of Debtor   Dowling College jcorneau@klestadt.com
        Karl J Silverberg   on behalf of Creditor   Powerhouse Maintenance, Inc. ksilverberg@silverbergpclaw.com, ksilverberg@king-king-law.com
        Laine A Armstrong   on behalf of Creditor Martin  Schoenhals laine@advocatesny.com
        Lauren Catherine Kiss   on behalf of Debtor   Dowling College lkiss@klestadt.com
        Lauren Catherine Kiss   on behalf of Defendant   Dowling College lkiss@klestadt.com
        Matthew A Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
        Matthew G Roseman   on behalf of Creditor    NCF Capital LTD mroseman@cullenanddykman.com
        Neil S Begley   on behalf of Creditor   ACA Financial Guaranty Corp. neil.begley@srz.com
        Patrick T Collins   on behalf of Spec. Counsel   Farrell Fritz, P.C. pcollins@farrellfritz.com, ffbkmao@farrellfritz.com
        Rene S Roupinian   on behalf of Plaintiff Lori  Zaikowski rroupinian@outtengolden.com, jxh@outtengolden.com;cbrann@outtengolden.com;kcarter@outtengolden.com
        Richard J McCord   on behalf of Creditor   ACA Financial Guaranty Corp. rmccord@certilmanbalin.com, afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com;CBAHECM@gmail.com;mmccord@certilmanbalin.com
        Ronald J Friedman   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors efilings@spallp.com, rfriedman@silvermanacampora.com;dmahoney@silvermanacampora.com;JHellman@SilvermanAcampora.com;JKrell@SilvermanAcampora.com
        Ronald J Friedman   on behalf of Trustee   Ronald J. Friedman, Esq., the Post-Confirmation Trustee efilings@spallp.com, rfriedman@silvermanacampora.com;dmahoney@silvermanacampora.com;JHellman@SilvermanAcampora.com;JKrell@SilvermanAcampora.com
        Sean C Southard   on behalf of Debtor   Dowling College ssouthard@klestadt.com
        Stan Y Yang   stan.y.yang@usdoj.gov, stan.y.yang@usdoj.gov
        Stephanie R Sweeney   on behalf of Debtor   Dowling College ssweeney@klestadt.com
        United States Trustee   USTPRegion02.LI.ECF@usdoj.gov

                                                                                                                           TOTAL: 40

| Information to identify the case: | |
|---|---|
| Debtor **Dowling College**<br>Name | EIN **11–2157078** |
| United States Bankruptcy Court **Eastern District of New York**<br>Case number: **8–16–75545–reg** | Date case filed for chapter **11  11/29/16** |

# NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 5/6/19 was filed on 5/16/19.

The following deadlines apply:

The parties have until May 23, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is June 6, 2019.

If a Transcript Redaction Request is filed, the redacted transcript is due June 17, 2019.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is August 14, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext Legal Solutions at 888–706–4576 or you may view the document at the public terminal at the Office of the Clerk.

Dated: May 17, 2019

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17]