SILVERMANACAMPORA LLP
Attorneys for the Official Committee of Unsecured Creditors
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Kenneth P. Silverman
Ronald J. Friedman
Brian Powers

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                      Chapter 11
                                                                                   Case No. 16-75545 (REG)
DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.

                                         Debtor.
-----------------------------------------------------------------x

**ORDER AWARDING FOURTH AND FINAL ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF SILVERMANACAMPORA LLP,
<u>COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>**

Upon the Fourth Interim and Final Application of SilvermanAcampora LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Period June 1, 2018 through and including January 14, 2019, and Reimbursement of Expenses [Docket No. 678]; and the Court having reviewed the Application, and having heard the statement of counsel regarding the relief requested in the Application at hearings held before the Court on June 3, 2019 (collectively the "Hearing"); and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of Application and the Hearing was sufficient under the circumstances, (iv) the compensation requested in the Application is reasonable and for actual and necessary services rendered by Applicant during the compensation period, (v) the expenses for which reimbursement is sought in the Application are actual and necessary expenses and (vi) the Application fully complies with the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and the Large Case Guidelines, as applicable, and (vi) after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Application is granted to the extent set forth in Schedule A and Schedule B attached hereto.

2. The Debtor is hereby authorized to pay Applicant as reflected in Schedule A and Schedule B attached hereto.

3. The Debtor is authorized to take any and all actions necessary to effectuate the relief granted pursuant to this Order.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Central Islip, New York  
      June 7, 2019

/s/ Robert E. Grossman  
**Robert E. Grossman**  
**United States Bankruptcy Judge**