Schedule A

Case No. 16-75545 (REG)

Case Name: Dowling College f/d/b/a Dowling Institute f/d/b/a Dowling College Alumni Association f/d/b/a Cecom a/k/a Dowling College

**CURRENT FEE PERIOD:**
**June 1, 2018 through January 14, 2019**

| (1) Applicant | (2) Date / Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| SilvermanAcampora LLP, Counsel to the Official Committee of Unsecured Creditors | 02/01/2019 Doc #678 | $102,142.40 | $102,142.40 | $102,142.40 | $57,507.60 | $159,650.00[1] | $346.41 | $346.41 |

DATE ON WHICH ORDER WAS SIGNED: _____    INITIALS: _____ USBJ

Revised September 2011

[1] Of this amount, Applicant has received payments in the form of monthly compensation totaling $27,852.68 for this Fourth Interim Application Period, and thus Applicant shall receive payment of $131,797.32 as and for final compensation in this matter.

LMM/2301185.1/066648

Schedule B

Case No. 16-75545 (REG)

Case Name: Dowling College f/d/b/a Dowling Institute f/d/b/a Dowling College Alumni Association f/d/b/a Cecom a/k/a Dowling College

## FEE APPLICATION TOTALS

| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees Paid | (4)<br>Total Expenses Requested | (5)<br>Total Expenses Paid |
|---|---|---|---|---|
| SilvermanAcampora LLP, Counsel to the Official Committee of Unsecured Creditors | $840,791.00 | $840,791.00 | $2,148.90 | $2,148.90 |

DATE ON WHICH ORDER WAS SIGNED: _____    INITIALS: _____ USBJ

Revised September 2011

LMM/2301185.1/066648