UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.

                                Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

## ORDER EXTENDING DEADLINE TO OBJECT TO CLAIMS

Upon the motion (the "**Motion**")[1] of Ronald J. Friedman, Esq. (the "**Trustee**"), the Trustee of the Dowling College Unsecured Creditor Trust (the "**Trust**"), seeking the entry of an order extending the deadline to object to claims established in Section 9.15(b) of the Plan (the "**Claims Objection Deadline**") for a period of one hundred and twenty (120) days, from July 15, 2019 through and including November 12, 2019; and the Court having found that service of the Motion was sufficient, and no additional notice being necessary or required; and upon the hearing on the Motion held before the Court on July 15, 2019, the transcript of which is incorporated herein by reference; and for good cause having been shown for the relief requested in the Motion; it is hereby

**ORDERED**, that the Motion is granted in all respects; and it is further

**ORDERED**, that the Claims Objection Deadline be, and hereby is extended to November 12, 2019, without prejudice to further motions seeking further extensions of time to object to the claims.

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Motion.

JFB/2304524.1/066648