# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: smarcus | Date Created: 6/18/2019 |
| Case: 8–16–75545–reg | Form ID: pdf000 | Total: 14 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |
| aty | Anthony C Acampora | efilings@spallp.com |
| aty | Gerard R Luckman | GLuckman@Forchellilaw.com |
| aty | Janet F Brunell | jbrunell@silvermanacampora.com |
| aty | Joseph Charles Corneau | jcorneau@klestadt.com |
| aty | Lauren Catherine Kiss | lkiss@klestadt.com |
| aty | Ronald J Friedman | efilings@spallp.com |
| aty | Sean C Southard | ssouthard@klestadt.com |
| aty | Stephanie R Sweeney | ssweeney@klestadt.com |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | |
|---|---|
| intp | Ronald J. Friedman, Esq., the Post–Confirmation Trustee    SilvermanAcampora LLP    100 Jericho Quadrangle    Ste. 300    Jericho, NY 11753 |
| intp | Ronald J. Friedman, Esq., Unsecured Creditor Trustee    SilvermanAcampora LLP    100 Jericho Quadrangle    Ste. 300    Jericho, NY 11753 |
| aty | Klestadt Winters Jureller Southard & Stevens, LLP    200 West 41st Street    17th Floor    New York, NY 10036–7203 |
| aty | SilvermanAcampora LLP    100 Jericho Quadrangle    Suite 300    Jericho, NY 11753 |
| | Office of the U.S. Trustee    560 Federal Plaza    Central Islip, NY 11722 |

TOTAL: 5