

P 614-553-1121
1985 Marcus Ave
Lake Success, NY 11042

*FedEx*

United States Bankruptcy Court
Eastern District of New York
Central Islip
Attn: Christine Moffett
290 Federal Plaza
Central Islip, NY 11722

June 7, 2019

Re:   In re: Dowling College
      Chapter 11 Case No. 16-75545 (REG)

Dear Ms. Moffett,

Pursuant to your request, enclosed please find two discs, one containing the claims register of all filed and scheduled claims both alphabetically and numerically, and a second containing copies of all filed claims and supporting documents (in .pdf format) pertaining to the above-referenced chapter 11 case.

Please use the following steps to open both discs:

**Finale Claims Registers Opening Instructions**

- Create a folder on the desktop
- Copy the file(s) from the CD (no encryption)

**Claim Images Opening Instructions**
In order to view the documents contained in this CD, please take the following steps:

*** Please use WinZip, 7-Zip, or WinRar to open the files***
- Double click the .exe file on the CD
- Choose a directory to extract encrypted files
- Click Extract
- You will be prompted to enter the password
- Enter the password
- Click OK



P 614-553-1121
1985 Marcus Ave
Lake Success, NY 11042

The password for the Claim Images disc will be sent via email to <u>Christine_moffett@nyeb.uscourts.gov</u>.

Please call me at the above number if you have any questions. Thank you.

                                      Sincerely,

                                      Angela Chachoff
                                      Case Manager

Enclosure