**SILVERMANACAMPORA LLP**
Attorneys for the Ronald J. Friedman, Esq.,
Unsecured Creditor Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Janet F. Brunell, Esq.
Brian Powers, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.

Chapter 11

Case No. 16-75545 (REG)

        Debtor.
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
          ) ss.:
COUNTY OF NASSAU  )

  I, **SHEREE B. KING**, being duly sworn, depose, and say that: I am not a party to this action, am over 18 years of age, and am employed by SilvermanAcampora LLP.

  On June 19, 2019, I served the:

- **NOTICE OF HEARING ON UNSECURED CREDITOR TRUSTEE'S MOTION FOR ENTRY OF AN ORDER EXTENDING DEADLINE TO OBJECT TO CLAIMS; and**

- **UNSECURED CREDITOR TRUSTEE'S MOTION FOR ENTRY OF AN ORDER EXTENDING DEADLINE TO OBJECT TO CLAIMS *WITH EXHIBIT A – PROPOSED ORDER***

by **First Class Mail** delivery to the addresses listed below, said addresses designated for that purpose by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**TO: DEBTOR**
   DOWLING COLLEGE
   ATTN ROBERT S. ROSENFELD
   PO BOX 470
   MASSAPEQUA PAR K, NY 11762

**COUNSEL FOR DEBTOR**
JOSEPH CHARLES CORNEAU, ESQ.
KLESTADT WINTERS ET AL.
200 WEST 41ST STREET – 17TH FLOOR
NEW YORK, NEW YORK  10018

KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
ATTN: SEAN C. SOUTHARD, ESQ
200 WEST 41ST STREET, 17TH FLOOR
NEW YORK, NY 10036

KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
ATTN: LAUREN C. KISS, ESQ
200 WEST 41ST STREET, 17TH FLOOR
NEW YORK, NY 10036

**OFFICE OF THE U.S. TRUSTEE**
U.S. TRUSTEE
UNITED STATES TRUSTEE
LONG ISLAND FEDERAL COURTHOUSE
560 FEDERAL PLAZA – ROOM 560
CENTRAL ISLIP, NEW YORK  11722-4437

STAN Y. YANG, ESQ., TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
ALFONSE M. D'AMATO US COURTHOUSE
560 FEDERAL PLAZA
CENTRAL ISLIP, NY  11722

**BOND INSURER FOR THE 2006 BOND SERIES**
ACA FINANCIAL GUARANTY CORP
ATTN: CARL MCCARTHY, ESQ.
555 THEODORE FREMD AVENUE
SUITE C-205
RYE, NY 10580

**BOND INSURER FOR THE 2006 BOND SERIES**
ACA FINANCIAL GUARANTY CORP
ATTN: MARIA CHENG, MANAGING DIR.
555 THEODORE FREMD AVENUE
SUITE C-205 RYE, NY 10580

**COUNSEL FOR U.S. DEPT OF VETERAN AFFAIRS**
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK
ATTN:  BRIDGET M ROHDE AND JAMES H. KNAPP
610 FEDERAL PLAZA, 5TH FL
CENTRAL ISLIP, NY 11722

**COUNSEL FOR MARTIN SCHOENHALS**
ADVOCATES FOR JUSTICE,
CHARTERED ATTORNEYS
ATTN LAINE A ARMSTRONG
225 BROADWAY, SUITE 1902
NEW YORK, NY 10007

**COUNSEL FOR MARTIN SCHOENHALS**
ADVOCATES FOR JUSTICE,
CHARTERED ATTORNEYS
ATTN ARTHUR Z SCHWARTZ, ESQ.
225 BROADWAY, SUITE 1902
NEW YORK, NY 10007

**COUNSEL FOR CREDITOR JUSTINO REYES**
**COUNSEL FOR CREDITOR GARRY BISHOP**
BRADY MCGUIRE & STEINBERG, P.C.
ATTN JAMES M STEINBERG ESQ
303 SOUTH BROADWAY-SUITE 234
TARRYTOWN, NY 10591

**LOCAL COUNSEL FOR ACA FINANCIAL GUARANTY CORP.**
CERTILMAN BALIN ADLER & HYMAN, LLP
ATTN: RICHARD J. MCCORD, ESQ.
90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554

CERTILMAN BALIN ADLER & HYMAN, LLP
ATTN: THOMAS J. MCNAMARA, ESQ.
90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY

**COUNSEL FOR NCF CAPITAL LTD.**
CULLEN AND DYKMAN, LLP
ATTN ELIZABETH M ABOULAFIA, ESQ
100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NY 11530

CULLEN AND DYKMAN, LLP
ATTN MATTHEW G ROSEMAN, ESQ
100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NY 11530

CULLEN AND DYKMAN, LLP
ATTN BONNIE POLLACK, ESQ.
100 QUENTIN ROOSEVELT BLVD
GARDEN CITY, NY 11530

**COUNSEL FOR KPMG LLP**
FOLEY HOAG LLP
ATTN EURIPIDES D DALMANIERAS
SEAPORT WORLD TRADE CENTER WEST
155 SEAPORT BOULEVARD
BOSTON, MA 02210

**CLAIMS AND NOTICING AGENT**
GARDEN CITY GROUP, LLC
ATTN: EMILY YOUNG
1985 MARCUS AVENUE
LAKE SUCCESS, NY 11042

**LOCAL COUNSEL FOR THE SERIES 1996, 2002 AND 2015 BONDS**
GARFUNKEL WILD PC
ATTN ADAM T BERKOWITZ ESQ
111 GREAT NECK ROAD
GREAT NECK, NY 11021

**INTERNAL REVENUE SERVICE**
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101

**COUNSEL FOR IRON MOUNTAIN MANAGEMENT, LLC**
IRON MOUNTAIN INFORMATION MANAGEMENT LLC
ATTN JOSEPH CORRIGAN
ONE FEDERAL STREET 7TH FLOOR
BOSTON, MA 02110

**COUNSEL FOR BRIDGESTONE CAPITAL PARTNERS, LLC**
LONG TUMINELLO, LLP
ATTN HAROLD SELIGMAN, ESQ
120 FOURTH AVENUE
BAY SHORE, NY 11706

**COUNSEL FOR MICHAEL PUORRO, GERALD CURTIN, RONALD PARR, PATRICIA BLAKE, JOHN RACANELLI, JOSEPH, JOSEPH POSILLICO AND JACK O'CONNOR, MEMBERS OF THE DOWLING COLLEGE BOARD OF DIRECTORS**
MEYER SUOZZI ENGLISH & KLEIN PC
ATTN HOWARD B KLEINBERG ESQ
990 STEWART AVENUE
SUITE 300
GARDEN CITY, NY 11530

**COUNSEL FOR THE SERIES 1996, 2002, AND 2015 BONDS**
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC
ATTN: ERIC R. BLYTHE, ESQ
ONE FINANCIAL CENTER
BOSTON, MA 02111

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC
ATTN: IAN A. HAMMEL, ESQ
ONE FINANCIAL CENTER
BOSTON, MA 02111

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC
ATTN: P. MIYOKO SATO, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA 02111

**NEW YORK STATE DEPT. OF EDUCATION**
NEW YORK STATE DEPARTMENT OF EDUCATION
ATTN: ALISON B. BIANCHI, COUNSEL& DEPUTY COMMISSIONER FOR LEGAL AFFAIRS
89 WASHINGTON AVENUE
ALBANY, NY 12234

NEW YORK STATE DEPARTMENT OF EDUCATION
ATTN:  DR. JOHN D'AGATI, DEPUTY COMMISSIONER
89 WASHINGTON AVENUE
ALBANY, NY 12234

**NEW YORK STATE DEPT. OF TAXATION AND FINANCE**
NEW YORK STATE DEPT OF TAXATION AND FINANCE
BANKRUPTCY UNIT – TCD - BUILDING 8, ROOM 455
W.A. HARRIMAN STATE CAMPUS
ALBANY, NY 12227

NEW YORK STATE DEPT OF TAXATION AND FINANCE
BANKRUPTCY UNIT
P.O. BOX 5300
ALBANY, NY 12205

**OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL**
OFFICE OF THE NYS ATTORNEY GENERAL ATTN: PEGGY FARBER
ERIC T SCHNEIDERMAN, ATTY GENERAL
28 LIBERTY ST FL 15
NEW YORK, NY 10005

**OFFICE OF THE UNITED STATES ATTORNEY GENERAL**
OFFICE OF THE US ATTY GENERAL
ATTN:LORETTA E. LYNCH, ATTY GENL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 205

**RESTRUCTURING PROFESSIONAL**
RSR CONSULTING, LLC
ATTN: NEIL BIVONA
PO BOX 470
MASSAPEQUA PARK, NY 11762

RSR CONSULTING, LLC
ATTN: ROBERT S. ROSENFELD
PO BOX 470
MASSAPEQUA PARK, NY 11762

**COUNSEL FOR DOWLING COLLEGE FULL TIME FACULTY CHAPTER OF NEW YORK STATE UNITED TEACHERS**
SAUL EWING LLP
ATTN SHARON L LEVINE
1037 RAYMOND BLVD, STE 1520
NEWARK, NJ 07102

**COUNSEL FOR DOWLING COLLEGE FULL TIME FACULTY CHAPTER OF NEW YORK STATE UNITED TEACHERS**
SAUL EWING LLP
ATTN DIPESH PATEL
1037 RAYMOND BLVD, STE 1520
NEWARK, NJ 07102

**COUNSEL FOR ACA FINANCIAL GUARANTY CORP.**
SCHULTE ROTH & ZABEL LLP
ATTN: NEIL S. BEGLEY, ESQ.
919 THIRD AVENUE
NEW YORK, NY 10022

**SEC – REGIONAL OFFICE**
SECURITIES AND EXCHANGE COMMISSION
ATTN JOHN MURRAY-NORTHEAST REGIONAL OFFICE
WOOLWORTH BUILDING
233 BROADWAY
NEW YORK, NY 10279

**SEC HEADQUARTERS**
SECURITIES EXCHANGE COMMISSION
ATTN GENERAL COUNSEL
100 F ST NE
WASHINGTON, DC 20549

**SEC – REGIONAL OFFICE**
SECURITIES EXCHANGE COMMISSION
ATTN ANDREW CALAMARI,
REGIONAL DIRECTOR
NEW YORK REGIONAL OFFICE
200 VESEY ST, STE 400
NEW YORK, NY 10281

**COUNSEL TO POWERHOUSE MAINTENANCE INC.**
SILVERBERG P.C.
ATTN KARL SILVERBERG
320 CARLETON AVENUE, SUITE 6400
CENTRAL ISLIP, NY 11722

**COUNSEL FOR KIMBERLY POPPITI**
STIM & WARMUTH PC
ATTN GLENN P WARMUTH ESQ
2 EIGHTH ST
FARMINGVILLE, NY 11738

**COUNSEL FOR KIMBERLY POPPITI**
STIM & WARMUTH PC
ATTN: PAULA J WARMUTH ESQ
2 EIGHTH ST
FARMINGVILLE, NY 11738

**AUTHORIZED AGENT FOR SYNCHRONY BANK**
SYNCHRONY BANK
C/O PRA RECEIVABLES MANAGEMENT, LLC
PO BOX 41021
NORFOLK, VA 23541

**COUNSEL FOR VENMAR HOLDING SA**
THALER LAW FIRM PLLC
ATTN ANDREW M THALER, ESQ
675 OLD COUNTRY ROAD
WESTBURY, NY 11590

**UNITED SATES ATTORNEY'S OFFICE**
THE US ATTORNEY'S OFFICE
ATTN L I BANKRUPTCY PROCESSING
EASTERN DISTRICT OF NEW YORK
610 FEDERAL PLAZA, 5TH FLOOR
CENTRAL ISLIP, NY 11722

**INDENTURE TRUSTEE FOR THE SERIES 1996, 2002, AND 2015 BONDS**
UMB BANK, NATIONAL ASSOCIATION
ATTN: LAURA ROBERSON, SENIOR VICE PRESIDENT
2 SOUTH BROADWAY, SUITE 600
ST. LOUIS, MO 63102

**COUNSEL FOR DEPARTMENT OF EDUCATION**
UNITED STATES ATTORNEY
ATTN JAMES H KNAPP
ASSISTANT US ATTORNEY - EDNY
610 FEDERAL PLAZA, 5TH FL
CENTRAL ISLIP, NY 11722

**US DEPARTMENT OF EDUCATION**
US DEPARTMENT OF EDUCATION
OFFICE OF GENERAL COUNSEL
400 MARYLAND AVE., SW ROOM 6E353
WASHINGTON, DC 20202

US DEPARTMENT OF EDUCATION
BANKRUPTCY LITIGATION SUPPORT
50 UNITED NATIONS PLZ STE 1200
SAN FRANCISCO, CA 94102

US DEPARTMENT OF EDUCATION
ATTN CHRISTOPHER CURRY
FINANCIAL SQUARE
32 OLD SLIP, 25TH FLOOR
NEW YORK, NY 10005

US DEPARTMENT OF EDUCATION
ATTN RAY SANTIAGO
550 12TH STREET, SW
WASHINGTON, DC 20202

US DEPARTMENT OF EDUCATION
ATTN NATASHA VARNOVITSKY
400 MARYLAND AVE, SW
WASHINGTON, DC 20202

**COUNSEL FOR ACA FINANCIAL GUARANTY**
WHITE & CASE LLP
ATTN: BRIAN D. PFEIFFER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

**COUNSEL FOR ACA FINANCIAL GUARANTY**
WHITE & CASE LLP
ATTN JOHN J RAMIREZ
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

**INDENTURE TRUSTEE FOR THE SERIES 2008**
WILMINGTON TRUST, NATIONAL ASSOC.ATTN: JAY SMITH
25 S. CHARLES STREET, 11TH FLR.
MAIL CODE: MD2-CS58
BALTIMORE, MD 21201

**TAXING AUTHORITIES**
NYS DEPT. OF TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES SECTION
P.O. BOX 5300
ALBANY, NEW YORK 12205-0300

      INTERNAL REVENUE SERVICE
      P.O. BOX 7346
      PHILADELPHIA, PA 19101-7346

      NYC DEPT. OF FINANCE
      345 ADAMS STREET, 3RD FLOOR
      ATTN: LEGAL AFFAIRS – DEVORA COHN
      BROOKLYN, NEW YORK 11201

      NYS DEPARTMENT OF TAXATION & FINANCE
      BANKRUPTCY UNIT - TCD
      BUILDING 8, ROOM 455
      W.A. HARRIMAN STATE CAMPUS
      ALBANY, NEW YORK 12227

      UNITED STATES ATTORNEY'S OFFICE
      EASTERN DISTRICT OF NEW YORK
      ATTN: LONG ISLAND BANKRUPTCY PROCESSING
      610 FEDERAL PLAZA, 5TH FLOOR
      CENTRAL ISLIP, NY 11722

      U.S. SECURITIES AND EXCHANGE COMMISSION
      NEW YORK REGIONAL OFFICE
      200 VESEY STREET
      NEW YORK, NEW YORK 10281-1022

                                                    *s/SHEREE B. KING*
                                                  SHEREE B. KING

Sworn to before me this
19th day of June, 2019


*s/Christine D'Aquila*
           Notary Public

CHRISTINE D'AQUILA
NOTARY PUBLIC, State of New York
No.: 01DA4875643
Qualified in Suffolk County
Commission Expires November 3, 2022