United States Bankruptcy Court
Eastern District of New York

In re:                                                                    Case No. 16-75545-reg
Dowling College                                                           Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-8          User: smarcus              Page 1 of 2            Date Rcvd: Jun 18, 2019
                              Form ID: pdf000            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.
aty            +Klestadt Winters Jureller Southard & Stevens, LLP,   200 West 41st Street,   17th Floor,
                 New York, NY 10036-7219
aty            +SilvermanAcampora LLP,   100 Jericho Quadrangle,   Suite 300,   Jericho, NY 11753-2702
intp           +Ronald J. Friedman, Esq., Unsecured Creditor Trust,   SilvermanAcampora LLP,
                 100 Jericho Quadrangle,   Ste. 300,   Jericho, NY 11753-2702
intp           +Ronald J. Friedman, Esq., the Post-Confirmation Tr,   SilvermanAcampora LLP,
                 100 Jericho Quadrangle,   Ste. 300,   Jericho, NY 11753-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
               +E-mail/Text: ustpregion02.li.ecf@usdoj.gov Jun 18 2019 18:43:21     Office of the U.S. Trustee,
                 560 Federal Plaza,   Central Islip, NY 11722-4456
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:
              Adam T Berkowitz    on behalf of Creditor    UMB Bank, National Association as Indenture Trustee
               aberkowitz@garfunkelwild.com, jfigueroa@garfunkelwild.com
              Anthony C Acampora    on behalf of Plaintiff Ronald J.  Friedman efilings@spallp.com,
               aca@spallp.com;ksilverman@ecf.epiqsystems.com;ggerson@sallp.com;sgiugliano@silvermanacampora.com
              Anthony C Acampora    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               efilings@spallp.com,
               aca@spallp.com;ksilverman@ecf.epiqsystems.com;ggerson@sallp.com;sgiugliano@silvermanacampora.com
              Arthur Z Schwartz    on behalf of Creditor Martin  Schoenhals aschwartz@afjlaw.com
              Bonnie Pollack    on behalf of Creditor    NCF Capital LTD bpollack@cullenanddykman.com
              Brendan M Scott    on behalf of Defendant    Dowling College bscott@klestadt.com
              Brian D Pfeiffer    on behalf of Creditor    ACA Financial Guaranty Corp.
               brian.pfeiffer@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com
              Dipesh Patel    on behalf of Creditor    Dowling College Full Time Faculty Chapter of New York
               State United Teachers dipesh.patel@saul.com
              Elizabeth M Aboulafia    on behalf of Creditor    NCF Capital LTD eaboulafia@cullenanddykman.com
              Gerard R Luckman    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               GLuckman@Forchellilaw.com, GLuckman@Forchellilaw.com;Bhufnagel@forchellilaw.com
              Glenn P Warmuth    on behalf of Interested Party Kimberly Dawn Poppiti gpw@stim-warmuth.com,
               pjw@stim-warmuth.com
              Glenn P Warmuth    on behalf of Creditor Kimberly Dawn Poppiti gpw@stim-warmuth.com,
               pjw@stim-warmuth.com
              Harold Seligman    on behalf of Interested Party    Bridgestone Capital Partners, LLC
               hseligman@msn.com
              Howard B Kleinberg    on behalf of Interested Party    Certain Members Of The Dowling College Board
               of Trustees hkleinberg@MSEK.com, kgiddens@msek.com
              Howard B Kleinberg    on behalf of Defendant Ralph  Cerullo hkleinberg@MSEK.com, kgiddens@msek.com
              Howard B Kleinberg    on behalf of Defendant Dennis  O'Doherty hkleinberg@MSEK.com,
               kgiddens@msek.com
              Howard B Kleinberg    on behalf of Defendant Myrka  Gonzalez hkleinberg@MSEK.com,
               kgiddens@msek.com
              Howard B Kleinberg    on behalf of Defendant Jack  O'Connor hkleinberg@MSEK.com, kgiddens@msek.com
              Howard B Kleinberg    on behalf of Defendant Gerald J.  Curtin hkleinberg@MSEK.com,
               kgiddens@msek.com

```
District/off: 0207-8          User: smarcus               Page 2 of 2                  Date Rcvd: Jun 18, 2019
                              Form ID: pdf000             Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Howard B Kleinberg    on behalf of Defendant Michael P.  Puorro hkleinberg@MSEK.com,
               kgiddens@msek.com
              Howard B Kleinberg    on behalf of Defendant Deborah K.  Richman hkleinberg@MSEK.com,
               kgiddens@msek.com
              Howard B Kleinberg    on behalf of Defendant Scott  Rudolph hkleinberg@MSEK.com,  kgiddens@msek.com
              Howard B Kleinberg    on behalf of Defendant John  Racanelli hkleinberg@MSEK.com,
               kgiddens@msek.com
              Howard B Kleinberg    on behalf of Defendant Joseph K.  Posillico hkleinberg@MSEK.com,
               kgiddens@msek.com
              Howard B Kleinberg    on behalf of Defendant Ronald  Parr hkleinberg@MSEK.com,  kgiddens@msek.com
              Howard B Kleinberg    on behalf of Defendant Patricia M.  Blake hkleinberg@MSEK.com,
               kgiddens@msek.com
              J Eric Charlton    on behalf of Creditor    Carrier Corporation echarlton@barclaydamon.com,
               rjones@barclaydamon.com
              Jack A Raisner    on behalf of Plaintiff Lori  Zaikowski jar@outtengolden.com,
               kdeleon@outtengolden.com;jxh@outtengolden.com;rfisher@outtengolden.com;jquinonez@outtengolden.com
               ;bkouroupas@outtengolden.com
              Jack A Raisner    on behalf of Creditor Lori  Zaikowski jar@outtengolden.com,
               kdeleon@outtengolden.com;jxh@outtengolden.com;rfisher@outtengolden.com;jquinonez@outtengolden.com
               ;bkouroupas@outtengolden.com
              James H. Knapp    on behalf of Creditor    Department of Education james.knapp@usdoj.gov
              James H. Knapp    on behalf of Creditor    U.S. Department of Veteran Affairs james.knapp@usdoj.gov
              James M Steinberg    on behalf of Creditor Justino  Reyes james@bradymcguiresteinberg.com,
               beverly@bradymcguiresteinberg.com
              James M Steinberg    on behalf of Creditor Garry  Bishop james@bradymcguiresteinberg.com,
               beverly@bradymcguiresteinberg.com
              Janet F Brunell    on behalf of Interested Party    Ronald J. Friedman, Esq., Unsecured Creditor
               Trustee jbrunell@silvermanacampora.com
              Jeffrey C Wisler    on behalf of Creditor    Cigna Health and Life Insurance Company
               jwisler@connollygallagher.com
              John J Ramirez    on behalf of Creditor    ACA Financial Guaranty Corp. john.ramirez@whitecase.com,
               jdisanti@whitecase.com;mco@whitecase.com
              Joseph Charles Corneau    on behalf of Debtor    Dowling College jcorneau@klestadt.com
              Karl J Silverberg    on behalf of Creditor    Powerhouse Maintenance, Inc.
               ksilverberg@silverbergpclaw.com,  ksilverberg@king-king-law.com
              Laine A Armstrong    on behalf of Creditor Martin  Schoenhals laine@advocatesny.com
              Lauren Catherine Kiss    on behalf of Defendant    Dowling College lkiss@klestadt.com
              Lauren Catherine Kiss    on behalf of Debtor    Dowling College lkiss@klestadt.com
              Matthew A Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
              Matthew G Roseman    on behalf of Creditor    NCF Capital LTD mroseman@cullenanddykman.com
              Neil S Begley    on behalf of Creditor    ACA Financial Guaranty Corp. neil.begley@srz.com
              Patrick T Collins    on behalf of Spec. Counsel    Farrell Fritz, P.C. pcollins@farrellfritz.com,
               ffbkmao@farrellfritz.com
              Rene S Roupinian    on behalf of Plaintiff Lori  Zaikowski rroupinian@outtengolden.com,
               jxh@outtengolden.com;cbrann@outtengolden.com;kcarter@outtengolden.com
              Richard J McCord    on behalf of Creditor    ACA Financial Guaranty Corp.
               rmccord@certilmanbalin.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com;CBAHECM@gmail.c
               om;mmccord@certilmanbalin.com
              Ronald J Friedman    on behalf of Interested Party    Ronald J. Friedman, Esq., the
               Post-Confirmation Trustee efilings@spallp.com,
               rfriedman@silvermanacampora.com;dmahoney@silvermanacampora.com;JHellman@SilvermanAcampora.com;JKr
               ell@SilvermanAcampora.com
              Ronald J Friedman    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               efilings@spallp.com,
               rfriedman@silvermanacampora.com;dmahoney@silvermanacampora.com;JHellman@SilvermanAcampora.com;JKr
               ell@SilvermanAcampora.com
              Sean C Southard    on behalf of Debtor    Dowling College ssouthard@klestadt.com
              Stan Y Yang     stan.y.yang@usdoj.gov,  stan.y.yang@usdoj.gov
              Stephanie R Sweeney    on behalf of Debtor    Dowling College ssweeney@klestadt.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 53
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:

DOWLING COLLEGE
fdba DOWLING INSTITUTE
fdba DOWLING COLLEGE ALUMNI ASSOCIATION
fdba CECOM
aka DOWLING COLLEGE, INC.,

                       Debtor.
------------------------------------------------------------------x

Case No. 16-75545-reg
Chapter 11

## ORDER SCHEDULING HEARING ON
## COURT'S SUA SPONTE MOTION TO RECONSIDER FEES AWARDED TO
## SILVERMANACAMPORA LLP

By Order, dated February 17, 2017 [ECF No. 206], this Court approved the retention of SilvermanAcampora LLP ("SilvermanAcampora") to represent the Official Committee of Unsecured Creditors ("Committee").

During the case, the Committee was granted the authority to pursue and prosecute any and all claims and causes of action of the Debtor's estate. [ECF No. 611].

By Order, dated December 20, 2018, this Court confirmed the Debtor's First Amended Chapter 11 Plan of Liquidation ("Plan") [ECF No. 640]. Prior to confirmation of the Plan, the Committee had commenced no litigation on behalf of the estate.

In a final fee application [ECF No. 678] filed with the Court and approved by Order, dated June 7, 2019 ("Final Fee Order") [ECF No. 717], SilvermanAcampora billed the estate a total of $840,791 for representing the Committee in this case, including $293,683 billed for "litigation."

Pursuant to the confirmed Plan, an Unsecured Creditor Trust was established to litigate, post-confirmation, any and all causes of action of the Debtor or its estate, including but not limited to avoidance actions and claims against the Debtor's pre-petition accountant, officers and directors. [ECF No. 650]. The Unsecured Creditor Trust is also tasked with objecting to claims under section 9.15 of the Plan.

Ronald J. Friedman, a partner at SilvermanAcampora ("Unsecured Creditor Trustee"), undertook the role of trustee of the Unsecured Creditor Trustee for which services he is entitled to a monthly fee of $6,000. SilvermanAcampora now represents the Unsecured Creditor Trust.

It was reported to this Court at a hearing held on April 1, 2019, that the Unsecured Creditor Trustee has decided not to pursue any avoidance actions in this case, the Unsecured Creditor Trustee had not, at that point, initiated litigation against the insiders for fear of depleting

available insurance proceeds, and the claims against the Debtor's pre-petition accountants would proceed to mediation and then arbitration without any litigation commenced in this or any other court, based upon the Unsecured Creditor Trustee's desire to minimize litigation costs.

On June 14, 2019, the Unsecured Creditor Trustee filed a Motion to Extend the Deadline to Object to Claims ("Motion to Extend"). [ECF No. 718]. The Motion to Extend states that because the Unsecured Creditor Trust was funded with only $300,000, of which a minimum of $150,000 is earmarked for distribution to unsecured creditors, unless the Unsecured Creditor Trust is successful in recovering funds from actions against the officers and directors and accountants, there will be limited funds available to pay the $56 million in filed claims. The Unsecured Creditor Trustee, therefore, determined it to be a prudent use of his limited resources to defer review of and/or object to claims.

Now therefore, it is

ORDERED, that at a hearing will be held on July 15, 2019 at 1:30 p.m. in Courtroom 860 of the Alfonse M. D'Amato Federal Courthouse, at which this Court will *sua sponte* reconsider the Final Fee Order pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9024 and Fed. R. Civ. P. 60(b), and it is further

ORDERED, that pending the hearing, no distributions will be made to SilvermanAcampora on account of the Final Fee Order, and it is further

ORDERED, that any written response to the relief proposed by this Order shall be filed with the Court on or before July 8, 2019, and it is further

ORDERED, that the clerk shall give notice of this Order to the Unsecured Creditor Trustee, his counsel, counsel for the Debtor, and the Office of the United States Trustee on or before June 19, 2019.



Dated: Central Islip, New York
June 18, 2019

_____
Robert E. Grossman
United States Bankruptcy Judge