**In re: Dowling College**
**Trustee's First Omnibus Objection to Claims**

## Exhibit A

## AMENDED AND SUPERSEDED CLAIMS

| Seq. No. | Claims to be Disallowed | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claimant | Claim No(s.) | Date Filed | Claimed Amount(s) | Claimant | Claim No. | Date Filed | Claimed Amount |
| 1 | Airweld<br>94 Marine Street<br>Farmingdale, NY 11735 | 131 | 2/3/2017 | $12,420.00 | Airweld<br>94 Marine Street<br>Farmingdale, NY 11735 | 477 | 4/28/2017 | $12,420.00 |
| 2 | Airweld<br>94 Marine Street<br>Farmingdale, NY 11735 | 132 | 2/3/2017 | $12,420.00 | Airweld<br>94 Marine Street<br>Farmingdale, NY 11735 | 477 | 4/28/2017 | $12,420.00 |
| 3 | Angie L. Martinez<br>334 Brentwood Parkway<br>Brentwood, NY 11717 | 443 | 3/13/2017 | $26,590.00 | Angie L. Martinez<br>334 Brentwood Parkway<br>Brentwood, NY 11717 | 779 | 1/31/2017 | $92,426.60 |
| 4 | Courtney Whalley<br>192 Edmundton Drive D1<br>North Babylon, NY 11703 | 130 | 2/3/2017 | $35,991.65 | Courtney Whalley<br>192 Edmundton Drive D1<br>North Babylon, NY 11703 | 239 | 2/22/2017 | $35,991.65 |
| 5 | East Islip Lumber Co Inc.<br>33 Wall Street<br>East Islip, NY 11730 | 15 | 12/27/2016 | $1,110.19 | East Islip Lumber Co Inc.<br>33 Wall Street<br>East Islip, NY 11730 | 129 | 2/3/2017 | $1,110.19 |
| 6 | Justin Robert Carlson<br>8 Mercer Street<br>Port Jefferson Station, NY 11776 | 3 | 12/12/2016 | $2,400.00 | Justin Robert Carlson<br>8 Mercer Street<br>Port Jefferson Station, NY 11776 | 68 | 1/28/2017 | $2,712.50 |
| 7 | Mike Covello<br>110 Merkel Drive<br>Bloomfield, NJ 07003 | 72 | 1/28/2017 | $275.00 | Mike Covello<br>110 Merkel Drive<br>Bloomfield, NJ 07003 | 204 | 2/15/2017 | $275.00 |
| 8 | United States Department of Education<br>400 Maryland Avenue SW, Ste. 6E215<br>Washington, DC 20202<br>Attn: Natasha Varnovitsky | 482 | 5/31/2017 | $22,899,773.37 | United States Department of Education<br>400 Maryland Avenue SW, Ste. 6E215<br>Washington, DC 20202<br>Attn: Natasha Varnovitsky | 784 | 3/22/2019 | $7,752,056.00 |
| 9 | United States Department of Education<br>400 Maryland Avenue SW, Ste. 6E215<br>Washington, DC 20202<br>Attn: Natasha Varnovitsky | 783 | 3/20/2019 | $7,752,056.00 | United States Department of Education<br>400 Maryland Avenue SW, Ste. 6E215<br>Washington, DC 20202<br>Attn: Natasha Varnovitsky | 784 | 3/22/2019 | $7,752,056.00 |
| 10 | Vladislav Tsalko<br>102 Jerome Road, Apt. 1<br>Staten Island, NY 10305 | 802 | 2/4/2019 | $42,000.00 | Vladislav Tsalko<br>102 Jerome Road, Apt. 1<br>Staten Island, NY 10305 | 803 | 2/4/2019 | $42,000.00 |