**In re: Dowling College**
**Trustee's First Omnibus Objection to Claims**

## Exhibit B

## **Bondholders**

| Seq. No. | Claim No(s). | Creditor's Name and Address | Amount Claimed | Basis for Objection to Claim | Relief Sought |
|---|---|---|---|---|---|
| 1 | 186 | Ann Saggese Garnes<br>535 Parkway Drive<br>Elmont, NY 11003 | $20,000.00 | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 2 | 133 | Ashvin Doshi<br>120 Marquise Lane<br>Annapolis, MD 21401-8825 | $20,000.00 | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 3 | 226 | Carole Saturnino<br>164 Ponderosa Drive<br>Williamsville, NY 14221 | $10,000.00 | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 4 | 188 | David C. Maserjian<br>19 Parasol Ridge<br>Poughkeepsie, NY12603 | $15,000.00 | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 5 | 448 | David Gold and Bertha Gold JT Ten<br>c/o David Gold<br>510 Avenue J<br>Brooklyn, NY 11230 | $20,000.00 | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 6 | 171 | Dennis H. Hawkins<br>PO Box 1163<br>Draper, UT 84020 | $50,000.00 | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 7 | 208 | Diana Sclafini<br>12 Greenwich Avenue<br>Manchester, NJ 08759 | $10,000.00 | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 8 | 105 | George Roberta | $50,000.00 | Individual | Disallowance |

**In re: Dowling College**
**Trustee's First Omnibus Objection to Claims**

## Exhibit B

| Seq. No. | Claim No(s). | Creditor's Name and Address | Amount Claimed | Basis for Objection to Claim | Relief Sought |
|---|---|---|---|---|---|
| | | 229 McClain Street Mount Kisco, NY 10549 | | bondholder claim has been superseded by claim filed by bond trustee. | |
| 9 | 210 | George Roberta 229 McClain Street Mount Kisco, NY 10549 | $50,000.00 | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 10 | 282 | Gerald R. & Beverly G. Sullivan 4 Lewis Road Garnerville, NY 10923 Attn: Gerald R. Sullivan | $30,000.00 | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 11 | 352 | Harold A. Koster & Joan M. Koster 7604 NY Route 79 Whitney Point, NY 13862 | $25,000.00 | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 12 | 206 | Irwin M. Weinstock 8 Hope Court Plainview, NY 11803-5624 | $15,000.00 | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 13 | 241 | John Grande 1888 W 7th Street Brooklyn, NY 11223 | Unliquidated | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 14 | 409 | Joseph M. Kazckowski Trustee c/o Joseph M. & Ruth L. Kazckowski 773 US Highway 6 Port Jervis, NY 12771 | Unliquidated | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 15 | 205 | Kenneth A. Dooppelt 59 Oldfield Roslyn, NY 11576 | $10,000.00 | Individual bondholder claim has been superseded by | Disallowance |

**In re: Dowling College**
**Trustee's First Omnibus Objection to Claims**

## Exhibit B

| Seq. No. | Claim No(s). | Creditor's Name and Address | Amount Claimed | Basis for Objection to Claim | Relief Sought |
|---|---|---|---|---|---|
| | | | | claim filed by bond trustee. | |
| 16 | 150 | Laurie Hoffman<br>23212 Sanabria Loop<br>Bonita Spings, FL 34135-5364 | $5,000.00 | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 17 | 317 | Lewis T. Boxwell<br>420 Sand Creed Road, Apt. 629<br>Albany, NY 12205 | $10,000.00 | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 18 | 177 | Marie Turro Gillespie<br>94 Third Street<br>Garden City, NY 11530-4406 | $25,000.00 | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 19 | 249 | Melanie Dobel<br>105 St. Charles Drive<br>Madison, MS 39110 | $25,000.00 | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 20 | 242 | Miroslav Satan<br>46 Kettlepond Road<br>Jericho, NY 11753 | $615,000.00 | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 21 | 229 | Nickolas Peppino Vlannes<br>2934 Beau Lane<br>Fairfax, VA 22031-1304 | $200,000.00 | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 22 | 316 | Peggy B. Reed<br>32 Woodhaven Drive<br>Simsbury, CT 06070 | $5,000.00 | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 23 | 283 | Steven J. Dobel | $25,000.00 | Individual | Disallowance |

**In re: Dowling College**
**Trustee's First Omnibus Objection to Claims**

# Exhibit B

| Seq. No. | Claim No(s). | Creditor's Name and Address | Amount Claimed | Basis for Objection to Claim | Relief Sought |
|---|---|---|---|---|---|
| | | 151 Heron's Landing Ridgeland, MS 39157 | | bondholder claim has been superseded by claim filed by bond trustee. | |
| 24 | 122 | US Trust Company of Delaware Co-Trustee Danyal Ozizmir Irrevocable Trust 100 N King Street, DE5 002 04 12 Wilmington, DE 19884 | $25,000.00 | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 25 | 123 | US Trust Company of Delaware Co-Trustee Danyal Ozizmir Irrevocable Trust 100 N King Street, DE5 002 04 12 Wilmington, DE 19884 | $40,000.00 | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 26 | 240 | Waldemar Lipinski 148 Freeman Street Brooklyn, NY 11222 | $75,000.00 | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |
| 27 | 222 | William A. Apfel 100 W 72nd Street, Apt. 5EF New York, NY 10023 | $25,000.00 | Individual bondholder claim has been superseded by claim filed by bond trustee. | Disallowance |