UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.,

       Post-Confirmation Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

## ORDER GRANTING DOWLING COLLEGE UNSECURED CREDITOR TRUST'S FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE, AMENDED, AND SUPERSEDED CLAIMS)

Upon the First Omnibus Objection to Claims (Duplicative, Amended, and Superseded Claims) (ECF Doc. No. __) (the "**Objection**") filed by Ronald J. Friedman, Esq., the Trustee (the "**Trustee**") of the Dowling College Unsecured Creditor Trust (the "**Trust"**), dated July 12, 2019, seeking entry of an order disallowing certain proofs of claim filed by certain claimants against Dowling College f/d/b/a Dowling Institute f/d/b/a Dowling College Alumni Association f/d/b/a Cecom a/k/a Dowling College, Inc. (the "**Debtor"**); and upon the declaration of Neil Bivona filed in support of the Objection; and upon the hearing on the Objection held before the Court on August 21, 2019 (the "**Hearing**"), the transcript of which is incorporated herein by reference; and due and proper notice of the Objection and the Hearing having been given to claimants in accordance with the Federal Rules of Bankruptcy Procedure; and it appearing that no further notice need be given or required; and after due deliberation and sufficient cause appearing for the relief requested; it is hereby

**ORDERED**, that the Objection is granted to the extent provided herein; and it is further

**ORDERED**, that each claim identified on Exhibit 1 hereto is hereby be disallowed; and it is further

**ORDERED**, that the Trustee is hereby authorized to do such things, expend such funds and execute such documents as to effectuate the terms and conditions of this Order.

JFB/2311414.1/066648

## **EXHIBIT 1**

| Seq. No. | Claimant | Claim No. | Claimed Amount |
|---|---|---|---|
| 1 | Airweld<br>94 Marine Street<br>Farmingdale, NY 11735 | 131 | $12,420.00 |
| 2 | Airweld<br>94 Marine Street<br>Farmingdale, NY 11735 | 132 | $12,420.00 |
| 3 | Angie L. Martinez<br>334 Brentwood Parkway<br>Brentwood, NY 11717 | 443 | $26,590.00 |
| 4 | Courtney Whalley<br>192 Edmundton Drive D1<br>North Babylon, NY 11703 | 130 | $35,991.65 |
| 5 | East Islip Lumber Co Inc.<br>33 Wall Street<br>East Islip, NY 11730 | 15 | $1,110.19 |
| 6 | Justin Robert Carlson<br>8 Mercer Street<br>Port Jefferson Station, NY 11776 | 3 | $2,400.00 |
| 7 | Mike Covello<br>110 Merkel Drive<br>Bloomfield, NJ 07003 | 72 | $275.00 |
| 8 | United States Department of Education<br>400 Maryland Avenue SW, Ste. 6E215<br>Washington, DC 20202<br>Attn: Natasha Varnovitsky | 482 | $22,899,773.37 |
| 9 | United States Department of Education<br>400 Maryland Avenue SW, Ste. 6E215<br>Washington, DC 20202<br>Attn: Natasha Varnovitsky | 783 | $7,752,056.00 |
| 10 | Vladislav Tsalko<br>102 Jerome Road, Apt. 1<br>Staten Island, NY 10305 | 802 | $42,000.00 |
| 11 | Ann Saggese Garnes<br>535 Parkway Dr.<br>Elmont, NY 11003 | 186 | $20,000.00 |
| 12 | Ashvin Doshi<br>120 Marquise Ln.<br>Annapolis, MD 21401-8825 | 133 | $20,000.00 |
| 13 | Carole Saturnino<br>164 Ponderosa Dr. | 226 | $10,000.00 |

| Seq. No. | Claimant | Claim No. | Claimed Amount |
|---|---|---|---|
| | Williamsville, NY 14221 | | |
| 14 | David C. Maserjian<br>19 Parasol Ridge<br>Poughkeepsie, NY12603 | 188 | $15,000.00 |
| 15 | David Gold and Bertha Gold JT Ten<br>c/o David Gold<br>510 Ave J<br>Brooklyn, NY 11230 | 448 | $20,000.00 |
| 16 | Dennis H. Hawkins<br>PO Box 1163<br>Draper, UT 84020 | 171 | $50,000.00 |
| 17 | Diana Sclafini<br>12 Greenwich Ave.<br>Manchester, NJ 08759 | 208 | $10,000.00 |
| 18 | George Roberta<br>229 McClain St.<br>Mount Kisco, NY 10549 | 105 | $50,000.00 |
| 19 | George Roberta<br>229 McClain St.<br>Mount Kisco, NY 10549 | 210 | $50,000.00 |
| 20 | Gerald R. & Beverly G. Sullivan<br>4 Lewis Rd.<br>Garnerville, NY 10923<br>Attn: Gerald R. Sullvian | 282 | $30,000.00 |
| 21 | Harold A. Koster & Joan M. Koster<br>7604 NY Route 79<br>Whitney Point, NY 13862 | 352 | $25,000.00 |
| 22 | Irwin M. Weinstock<br>8 Hope Ct.<br>Plainview, NY11803-5624 | 206 | $15,000.00 |
| 23 | John Grande<br>1888 W 7th St.<br>Brooklyn, NY 1123 | 241 | Unliquidated |
| 24 | Joseph M. Kazckowski Trustee<br>c/o Joseph M. & Ruth L. Kazckowski<br>773 US Hwy 6<br>Port Jervis, NY 12771 | 409 | Unliquidated |
| 25 | Kenneth A. Dooppelt<br>59 Oldfield<br>Roslyn, NY 11576 | 205 | $10,000.00 |
| 26 | Laurie Hoffman<br>23212 Sanabria Loop<br>Bonita Spgs, FL 34135-5364 | 150 | $5,000.00 |
| 27 | Lewis T. Boxwell<br>420 Sand Creed Rd. Apt. 629<br>Albany, NY 12205 | 317 | $10,000.00 |
| 28 | Marie Turro Gillespie<br>94 Third St. | 117 | $25,000.00 |

JFB/2311414.1/066648

| Seq. No. | Claimant | Claim No. | Claimed Amount |
|---|---|---|---|
|  | Garden City, NY 11530-4406 |  |  |
| 29 | Melanie Dobel<br>105 St. Charles Dr.<br>Madison, MS 39110 | 249 | $25,000.00 |
| 30 | Miroslav Satan<br>46 Kettlepond Rd.<br>Jericho, NY 11753 | 242 | $615,000.00 |
| 31 | Nickolas Peppino Vlannes<br>2934 Beau Lane<br>Fairfax, VA 22031-1304 | 229 | $200,000.00 |
| 32 | Peggy B. Reed<br>32 Woodhaven Dr.<br>Simsbury, CT 06070 | 316 | $5,000.00 |
| 33 | Steven J. Dobel<br>151 Heron's Landing<br>Ridgeland, MS 39157 | 283 | $25,000.00 |
| 34 | US Trust Company of Delaware Co-Trustee Danyal<br>Ozizmir Irrevocable Trust<br>100 N King St, St. DE5 002 04 12<br>Wilmington, DE 19884 | 122 | $25,000.00 |
| 35 | US Trust Company of Delaware Co-Trustee Danyal<br>Ozizmir Irrevocable Trust<br>100 N King St, St. DE5 002 04 12<br>Wilmington, DE 19884 | 123 | $40,000.00 |
| 36 | Waldemar Lipinski<br>148 Freeman St.<br>Brooklyn, NY 11222 | 240 | $75,000.00 |
| 37 | William A. Apfel<br>100 W 72nd St. Apt. 5EF<br>New York, NY 10023 | 222 | $25,000.00 |