**SILVERMANACAMPORA LLP**
Attorneys for the Ronald J. Friedman, Esq.,
Unsecured Creditor Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Anthony C. Acampora, Esq.
Brian Powers, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

   DOWLING COLLEGE f/d/b/a DOWLING
   INSTITUTE f/d/b/a DOWLING COLLEGE
   ALUMNI ASSOCIATION f/d/b/a CECOM
   a/k/a DOWLING COLLEGE, INC.,

Chapter 11

Case No. 16-75545 (REG)

       Post-Confirmation Debtor.
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NASSAU    )

     I, **Deanna Caliendo,** being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by SilvermanAcampora LLP.

     On July 12, 2019, I served the:

- **NOTICE OF HEARING ON DOWLING COLLEGE UNSECURED CREDITOR TRUST'S FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE, AMENDED, AND SUPERSEDED CLAIMS);**

- **DOWLING COLLEGE UNSECURED CREDITOR TRUST'S FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE, AMENDED, AND SUPERSEDED CLAIMS) WITH EXHIBIT A-AMENDED AND SUPERSEDED CLAIMS; EXHIBIT B-BONDHOLDERS; EXHIBIT C-DECLARATION OF NEIL BIVONA; and EXHIBIT D-PROPOSED ORDER GRANTING DOWLING COLLEGE UNSECURED CREDITOR TRUST'S FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE, AMENDED, AND SUPERSEDED CLAIMS); and**

- **EACH RESPECTIVE CLAIMANT'S PROOF OF CLAIM**

by regular mail delivery to the addresses listed thereon, said addresses designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

US Trustee Trial Attorney
Stan Y. Yang
Office of the United States Trustee
Central Islip Office
Alfonse M D'Amato US Courthouse
560 Federal Plaza
Central Islip, NY 11722

Airweld
94 Marine Street
Farmingdale, NY 11735

Airweld
94 Marine Street
Farmingdale, NY 11735

Angie L. Martinez
334 Brentwood Parkway
Brentwood, NY 11717

Courtney Whalley
192 Edmundton Drive D1
North Babylon, NY 11703

East Islip Lumber Co Inc.
33 Wall Street
East Islip, NY 11730

Justin Robert Carlson
8 Mercer Street
Port Jefferson Station, NY 11776

Mike Covello
110 Merkel Drive
Bloomfield, NJ 07003

United States Department of Education
400 Maryland Avenue SW, Ste. 6E215
Washington, DC 20202
Attn: Natasha Varnovitsky

United States Department of Education
400 Maryland Avenue SW, Ste. 6E215
Washington, DC 20202
Attn: Natasha Varnovitsky

Vladislav Tsalko
102 Jerome Road, Apt. 1
Staten Island, NY 10305

Ann Saggese Garnes
535 Parkway Drive
Elmont, NY 11003

Ashvin Doshi
120 Marquise Lane
Annapolis, MD 21401-8825

Carole Saturnino
164 Ponderosa Drive
Williamsville, NY 14221

David C. Maserjian
19 Parasol Ridge
Poughkeepsie, NY12603

David Gold and Bertha Gold JT Ten
c/o David Gold
510 Avenue J
Brooklyn, NY 11230

Dennis H. Hawkins
PO Box 1163
Draper, UT 84020

Diana Sclafini
12 Greenwich Avenue
Manchester, NJ 08759

George Roberta
229 McClain Street
Mount Kisco, NY 10549

George Roberta
229 McClain Street
Mount Kisco, NY 10549

Gerald R. & Beverly G. Sullivan
4 Lewis Road
Garnerville, NY 10923
Attn: Gerald R. Sullivan

Harold A. Koster & Joan M. Koster
7604 NY Route 79
Whitney Point, NY 13862

Irwin M. Weinstock
8 Hope Court
Plainview, NY11803-5624

John Grande
1888 W 7th Street
Brooklyn, NY 11223

Joseph M. Kazckowski Trustee
c/o Joseph M. & Ruth L. Kazckowski
773 US Highway 6
Port Jervis, NY 12771

Kenneth A. Dooppelt
59 Oldfield
Roslyn, NY 11576

Laurie Hoffman
23212 Sanabria Loop
Bonita Spings, FL 34135-5364

Lewis T. Boxwell
420 Sand Creed Road, Apt. 629
Albany, NY 12205

Marie Turro Gillespie
94 Third Street
Garden City, NY 11530-4406

Melanie Dobel
105 St. Charles Drive
Madison, MS 39110

Miroslav Satan
46 Kettlepond Road
Jericho, NY 11753

Nickolas Peppino Vlannes
2934 Beau Lane
Fairfax, VA 22031-1304

Peggy B. Reed
32 Woodhaven Drive
Simsbury, CT 06070

Steven J. Dobel
151 Heron's Landing
Ridgeland, MS 39157

US Trust Company of Delaware Co-Trustee Danyal
Ozizmir Irrevocable Trust
100 N King Street, DE5 002 04 12
Wilmington, DE 19884

US Trust Company of Delaware Co-Trustee Danyal
Ozizmir Irrevocable Trust
100 N King Street, DE5 002 04 12
Wilmington, DE 19884

Waldemar Lipinski
148 Freeman Street
Brooklyn, NY 11222

William A. Apfel
100 W 72nd Street, Apt. 5EF
New York, NY 10023

                                          s/ Deanna Caliendo
                                          **DEANNA CALIENDO**

| Sworn to before me this | CHRISTINE D'AQUILA |
|---|---|
| 12th day of July, 2019 | NOTARY PUBLIC, State of New York |
| | No.: 01DA4875643 |
| | Qualified in Suffolk County |
| s/ Christine D'Aquila | Commission Expires November 3, 2022 |
| Notary Public | |