# CLAIM NO. 150



UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK

| Name of Debtor: | Case No. |
|---|---|
| Dowling College | 16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

<u>Your Claim is Scheduled As Follows:</u>



Garden City Group, LLC.

FEB - 7 2017

FILED - 00150

EASTERN DISTRICT OF NEW YORK

DOWLING COLLEGE

16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim
Official Form 410*

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | *Laurie Hoffman* <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | No <br> (Yes.) From whom? *Philip Miller, deceased* |
| 3. | Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> *Laurie Hoffman* <br> Name <br> *18910 Baywoods Lake Dr. #203* <br> Number     Street <br> *Ft. Myers   Fl.   33908* <br> City          State          ZIP Code <br><br> Contact phone *727 385 9216* <br><br> Contact email *laurie.h1@gmail.com* | **Where should payments to the creditor be sent?** (if different) <br><br> _____ <br> Name <br> _____ <br> Number     Street <br> _____ <br> City          State          ZIP Code <br><br> Contact phone _____ <br><br> Contact email _____ |
| 4. | Does this claim amend one already filed? | No <br> Yes. Claim number on court claims registry (if known) _____        Filed on _____ <br> MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | No <br> Yes. Who made the earlier filing? _____ |

*Modified Official Form 410 (GCG 5/16)                                                                                    page 1



| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6.** Do you have any number you use to identify the debtor?

(No)

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7.** How much is the claim?

$ *5000*.

Does this amount include interest or other charges?

(No)

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.** What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

*Bond purchased then in bankruptcy*

**9.** Is all or part of the claim secured?

(No)

☐ Yes. The claim is secured by a lien on property.

Nature of property:
-- Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
Motor vehicle
Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10.** Is this claim based on a lease?

(No)

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11.** Is this claim subject to a right of setoff?

(No)

☐ Yes. Identify the property: _____

**12.** Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

(No)

☐ Yes. *Check all that apply:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.



## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

✓ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  __1 / 31 / 2017__
                    MM / DD / YYYY

Signature  _Laurie H_

Print the name of the person who is completing and signing this claim:

Name  __Laurie__ _____ __Hoffman__
       First name   Middle name   Last name

Title  _____

Company  _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  __18910 Baywoods Lake Dr. #203 Unit__
          Number    Street
__Ft Myers__ _____ __Fl.__ __33908__
City                   State   ZIP Code

Contact phone __7273859216__  Email __laurie.h1@mail.com__

---

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

## Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

### How to fill out this form

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

### Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



### Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

### Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

Go back to the classic Portfolios page.  Check out the enhancements we have made to Portfolios.    Show more

## Portfolios

Portfolios | Watch Lists | Orders | Transaction History | Balances

❓ Help  🖨 Print  ⬇ Download  ↻ Refresh (as of 02/01/17 09.49 AM ET)

| LAURIE S HOFFMAN -8579 ⌄ | Net Account Value | $3,280,160.38 | Total Unrealized Gain | $206,229.41 (8.15%) | Show more... |

| Positions | Performance & Value | Margin | Gains & Losses | Analysis | Estimated Income |

| All Positions ⌄ |   | › Filters |   | Customize Views |   | Edit Lots |
| Reset Sort |

| ‒ Symbol▲ | Last Price $ | Change $ | Change % | Quantity # | Price Paid $ | Day's Gain $ | Total Gain $ | Total Gain % | Value $ | Actions |
|---|---|---|---|---|---|---|---|---|---|---|
| ⌄ ***APP INTL FINAN... 11.75% 10/01/2005 | 0.00 | 0.00 | 0.00% | 5,000 | 65.30 | 0.00* | -3,265.00 | -100.00% | 0.00 | ▤ Trade ⌄ |
| 01/28/1999 CF | 0.00 | 0.00 | 0.00% | 5,000 | 65.30 | 0.00 | -3,265.00 | -100.00% | 0.00 | Sell |
| ⌄ ***APP FINANCE I... 8.64% 10/04/2001 | 0.00 | 0.00 | 0.00% | 20,000 | 99.667 | 0.00* | -19,933.40 | -100.00% | 0.00 | ▤ Trade ⌄ |
| 09/21/2013 EF | 0.00 | 0.00 | 0.00% | 20,000 | 99.667 | 0.00 | -19,933.40 | -100.00% | 0.00 | Sell |
| ⌄ AT&T INC NT 6.50% 09/01/2037 | 116.152 | 0.00 | 0.00% | 40,000 | 119.285 | 0.00* | -1,253.20 | -2.63% | 46,460.80 | ▤ Trade ⌄ |
| 04/24/2014 | 116.152 | 0.00 | 0.00% | 40,000 | 119.285 | 0.00 | -1,253.20 | -2.63% | 46,460.80 | Sell |
| ⌄ BAKER FLA CORR... 7.50% 02/01/2030 | 72.819 | 0.00 | 0.00% | 10,000 | 87.9555 | 0.00* | -1,513.65 | -17.21% | 7,281.90 | ▤ Trade ⌄ |
| 09/21/2013 | 72.819 | 0.00 | 0.00% | 10,000 | 87.9555 | 0.00 | -1,513.65 | -17.21% | 7,281.90 | Sell |
| ⌄ BUCKEYE TOBAC... 6.00% 06/01/2042 | 91.51 | 0.00 | 0.00% | 20,000 | 98.6441 | 0.00* | -1,426.82 | -7.23% | 18,302.00 | ▤ Trade ⌄ |
| 03/11/2008 EF | 91.51 | 0.00 | 0.00% | 20,000 | 98.6441 | 0.00 | -1,426.82 | -7.23% | 18,302.00 | Sell |
| ⌄ BUCKEYE OHIO T... 6.50% 06/01/2047 | 98.043 | 0.00 | 0.00% | 25,000 | 84.8121 | 0.00* | 3,307.73 | 15.60% | 24,510.75 | ▤ Trade ⌄ |
| 02/10/2010 | 98.043 | 0.00 | 0.00% | 15,000 | 87.2231 | 0.00 | 1,622.98 | 12.40% | 14,706.45 | Sell |
| 07/15/2010 | 98.043 | 0.00 | 0.00% | 10,000 | 81.1955 | 0.00 | 1,684.75 | 20.75% | 9,804.30 | Sell |
| ⌄ BUCKEYE OH TOB... 5.88% 06/01/2047 | 91.388 | 0.00 | 0.00% | 5,000 | 90.6328 | 0.00* | 37.76 | 0.83% | 4,569.40 | ▤ Trade ⌄ |
| 05/15/2008 EF | 91.388 | 0.00 | 0.00% | 5,000 | 90.6328 | 0.00 | 37.76 | 0.83% | 4,569.40 | Sell |
| ⌄ CIT BANK SALT LA... 3.35% 09/04/2024 | 105.419 | 0.00 | 0.00% | 272,000 | 100.00 | 0.00* | 14,739.68 | 5.42% | 286,739.68 | ▤ Trade ⌄ |
| 08/27/2014 | 105.419 | 0.00 | 0.00% | 245,000 | 100.00 | 0.00 | 13,276.55 | 5.42% | 258,276.55 | Sell |
| 09/02/2014 | 105.419 | 0.00 | 0.00% | 27,000 | 100.00 | 0.00 | 1,463.13 | 5.42% | 28,463.13 | Sell |
| ⌄ CLIFFS NAT RES I... 6.25% 10/01/2040 | 81.75 | 0.00 | 0.00% | 30,000 | 87.946 | 0.00* | -1,858.80 | -7.05% | 24,525.00 | ▤ Trade ⌄ |
| 04/21/2014 | 81.75 | 0.00 | 0.00% | 30,000 | 87.946 | 0.00 | -1,858.80 | -7.05% | 24,525.00 | Sell |
| ⌄ CONNECTICUT ST ... 5.00% 07/01/2023 | 100.212 | 0.00 | 0.00% | 10,000 | 92.0433 | 0.00* | 816.87 | 8.87% | 10,021.20 | ▤ Trade ⌄ |
| 01/21/2010 EF | 100.212 | 0.00 | 0.00% | 10,000 | 92.0433 | 0.00 | 816.87 | 8.87% | 10,021.20 | Sell |
| ⌄ DISCOVER FINL S... 10.25% 07/15/2019 | 114.985 | 0.00 | 0.00% | 10,000 | 130.596 | 0.00* | -1,561.10 | -11.95% | 11,498.50 | ▤ Trade ⌄ |
| 03/07/2014 | 114.985 | 0.00 | 0.00% | 10,000 | 130.596 | 0.00 | -1,561.10 | -11.95% | 11,498.50 | Sell |
| ⌄ ERIE COUNTY HO... 4.80% 07/01/2029 | 100.256 | 0.00 | 0.00% | 10,000 | 83.0086 | 0.00* | 1,724.74 | 20.78% | 10,025.60 | ▤ Trade ⌄ |
| 09/21/2013 EF | 100.256 | 0.00 | 0.00% | 10,000 | 83.0086 | 0.00 | 1,724.74 | 20.78% | 10,025.60 | Sell |
| ⌄ GE CAP BK INC C... 3.00% 10/03/2023 | 103.461 | 0.00 | 0.00% | 80,000 | 100.00 | 0.00* | 2,768.80 | 3.46% | 82,768.80 | ▤ Trade ⌄ |
| 10/01/2014 | 103.461 | 0.00 | 0.00% | 80,000 | 100.00 | 0.00 | 2,768.80 | 3.46% | 82,768.80 | Sell |
| ⌄ GFI GROUP INC S... 8.38% 07/19/2018 | 107.00 | 0.00 | 0.00% | 15,000 | 100.375 | 0.00* | 993.75 | 6.60% | 16,050.00 | ▤ Trade ⌄ |

| Description / Date | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/2013 EF | 107.00 | 0.00 | 0.00% | 15,000 | 100.375 | 0.00 | 993.75 | 6.60% | 16,050.00 | Sell |
| GILCHRIST CNTY ... 7.75% 05/01/2029 | 98.121 | 0.00 | 0.00% | 10,000 | 74.024 | 0.00* | 2,409.70 | 32.55% | 9,812.10 | Trade |
| 09/21/2013 EF | 98.121 | 0.00 | 0.00% | 10,000 | 74.024 | 0.00 | 2,409.70 | 32.55% | 9,812.10 | Sell |
| GOLDMAN SACHS ... 5.00% 07/15/2024 | 106.908 | 0.00 | 0.00% | 8,000 | 107.335 | 0.00* | -34.16 | -0.40% | 8,552.64 | Trade |
| 07/30/2014 | 106.908 | 0.00 | 0.00% | 8,000 | 107.335 | 0.00 | -34.16 | -0.40% | 8,552.64 | Sell |
| GOLDMAN SACHS ... 5.10% 06/15/2024 | 108.525 | 0.00 | 0.00% | 12,000 | 109.073 | 0.00* | -65.76 | -0.50% | 13,023.00 | Trade |
| 07/30/2014 | 108.525 | 0.00 | 0.00% | 12,000 | 109.073 | 0.00 | -65.76 | -0.50% | 13,023.00 | Sell |
| GOLDMAN SACHS ... 3.15% 10/08/2024 | 104.028 | 0.00 | 0.00% | 90,000 | 100.00 | 0.00* | 3,625.20 | 4.03% | 93,625.20 | Trade |
| 10/02/2014 | 104.028 | 0.00 | 0.00% | 90,000 | 100.00 | 0.00 | 3,625.20 | 4.03% | 93,625.20 | Sell |
| GREENE CNTY OH... 5.10% 09/01/2035 | 87.559 | 0.00 | 0.00% | 15,000 | 71.5013 | 0.00* | 2,408.65 | 22.46% | 13,133.85 | Trade |
| 09/21/2013 EF | 87.559 | 0.00 | 0.00% | 15,000 | 71.5013 | 0.00 | 2,408.65 | 22.46% | 13,133.85 | Sell |
| CNTY OF HAMILTO... 5.00% 06/01/2042 | 109.983 | 0.00 | 0.00% | 15,000 | 91.8745 | 0.00* | 2,716.28 | 19.71% | 16,497.45 | Trade |
| 09/21/2013 EF | 109.983 | 0.00 | 0.00% | 15,000 | 91.8745 | 0.00 | 2,716.28 | 19.71% | 16,497.45 | Sell |
| HILLENBRAND INC... 5.50% 07/15/2020 | 107.401 | 0.00 | 0.00% | 80,000 | 109.00 | 0.00* | -1,279.20 | -1.47% | 85,920.80 | Trade |
| 10/01/2014 | 107.401 | 0.00 | 0.00% | 80,000 | 109.00 | 0.00 | -1,279.20 | -1.47% | 85,920.80 | Sell |
| INDAH KIAT FIN M... 10.00% 07/01/2007 | 0.00 | 0.00 | 0.00% | 5,000 | 0.00 | 0.00* | 0.00 | 0.00% | 0.00 | Trade |
| 09/21/2013 EF | 0.00 | 0.00 | 0.00% | 5,000 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 | Sell |
| PUERTO RICO CO... 5.00% 07/01/2035 | 100.006 | 0.00 | 0.00% | 10,000 | 75.2439 | 0.00* | 2,476.21 | 32.91% | 10,000.60 | Trade |
| 09/21/2013 EF | 100.006 | 0.00 | 0.00% | 10,000 | 75.2439 | 0.00 | 2,476.21 | 32.91% | 10,000.60 | Sell |
| SANTA ROSA BAY ... 6.25% 07/01/2028 | 55.1479 | 0.00 | 0.00% | 15,000 | 36.5291 | 0.00* | 2,792.82 | 50.97% | 8,272.19 | Trade |
| 09/21/2013 EF | 55.1479 | 0.00 | 0.00% | 15,000 | 36.5291 | 0.00 | 2,792.82 | 50.97% | 8,272.19 | Sell |
| 81809A126 | 0.00 | 0.00 | 0.00% | 5 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 | Trade |
| – | 0.00 | 0.00 | 0.00% | 5 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 | Sell |
| 81809A134 | 0.00 | 0.00 | 0.00% | 6 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 | Trade |
| – | 0.00 | 0.00 | 0.00% | 1 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 | Sell |
| – | 0.00 | 0.00 | 0.00% | 5 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 | Sell |
| 818ESC998 | 0.00 | 0.00 | 0.00% | 101 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 | Trade |
| – | 0.00 | 0.00 | 0.00% | 101 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 | Sell |
| ***STATE BK INDIA... 3.40% 10/17/2024 | 103.983 | 0.00 | 0.00% | 80,000 | 100.00 | 0.00* | 3,186.40 | 3.98% | 83,186.40 | Trade |
| 10/06/2014 | 103.983 | 0.00 | 0.00% | 80,000 | 100.00 | 0.00 | 3,186.40 | 3.98% | 83,186.40 | Sell |
| SUFFOLK CNTY N ... 6.70% 12/01/2020 | 25.00 | 0.00 | 0.00% | 5,000 | 94.4144 | 0.00* | -3,470.72 | -73.52% | 1,250.00 | Trade |
| 05/03/2001 EF | 25.00 | 0.00 | 0.00% | 5,000 | 94.4144 | 0.00 | -3,470.72 | -73.52% | 1,250.00 | Sell |
| SYNCHRONY BK R... 3.30% 08/29/2024 | 104.031 | 0.00 | 0.00% | 140,000 | 100.00 | 0.00* | 5,643.40 | 4.03% | 145,643.40 | Trade |
| 08/29/2014 | 104.031 | 0.00 | 0.00% | 140,000 | 100.00 | 0.00 | 5,643.40 | 4.03% | 145,643.40 | Sell |
| TEXAS PRIVATE A... 7.00% 06/30/2040 | 114.365 | 0.00 | 0.00% | 10,000 | 100.00 | 0.00* | 1,436.50 | 14.37% | 11,436.50 | Trade |
| 06/16/2010 EF | 114.365 | 0.00 | 0.00% | 10,000 | 100.00 | 0.00 | 1,436.50 | 14.37% | 11,436.50 | Sell |



Laurie Hoffman
18910 Bay Woods Lake Dr. #203
Fort Myers, FL 33908

43017-554242

02 FEB 2007 PM 2 L

FT. MYERS FL 33

Dowling College
P. O. Box 1034
Dublin, Ohio 43017-342

Dublin, Ohio    43017-5542





# CLAIM NO. 317



UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK

| Name of Debtor. | Case No. |
|---|---|
| Dowling College | 16-75545 |



**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**



FILED - 00317
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

Garden City Group, LLC
MAR - 6 2017

Your Claim is Scheduled As Follows:

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim
## Official Form 410*

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

## Part 1:  Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | Lewis T. Boxwell |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |

| | | |
|---|---|---|
| 2. | Has this claim been acquired from someone else? | ☒ No ☐ Yes. From whom? _____ |

| 3. | Where should notices and payments to the creditor be sent? Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) |
|---|---|

| Where should notices be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Lewis T. Boxwell<br>Name | Lewis T. Boxwell<br>Name |
| 420 Sand Creek Road  Apt 629<br>Number    Street | _____<br>Number    Street |
| Albany  NY  12205<br>City      State      ZIP Code | _____<br>City      State      ZIP Code |
| Contact phone 518-459-4762 | Contact phone _____ |
| Contact email _____ | Contact email _____ |

| 4. | Does this claim amend one already filed? | ☐ No ☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____ MM/DD/YYYY |
|---|---|---|---|

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☐ No ☐ Yes. Who made the earlier filing? _____ |
|---|---|---|

*Modified Official Form 410 (GCG 5/16) BND                                                                     page 1



**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

| 6. | **Do you have any number you use to identify the debtor?** | ☒ No |
| | | ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |

| 7. | **How much is the claim?** | $ 10,000 | **Does this amount include interest or other charges?** |
| | | | ☐ No |
| | | | ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. |
| | | Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). |
| | | Limit disclosing information that is entitled to privacy such as health care information. |
| | | Dowling College Revenue Bond Cusip 864 768 NC 6 |

| 9. | **Is all or part of the claim secured?** | ☒ No |
| | | ☐ Yes. The claim is secured by a lien on property. |
| | | **Nature of property:** |
| | | ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*. |
| | | ☐ Motor vehicle |
| | | ☐ Other. Describe: _____ |
| | | **Basis for perfection:** _____ |
| | | Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) |
| | | **Value of property:**                          $_____ |
| | | **Amount of the claim that is secured:**    $_____ |
| | | **Amount of the claim that is unsecured:** $_____   (The sum of the secured and unsecured amounts should match the amount in line 7.) |
| | | **Amount necessary to cure any default as of the date of the petition:** $_____ |
| | | **Annual Interest Rate** (when case was filed) _____% |
| | | ☐ Fixed |
| | | ☐ Variable |

| 10. | **Is this claim based on a lease?** | ☒ No |
| | | ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |

| 11. | **Is this claim subject to a right of setoff?** | ☒ No |
| | | ☐ Yes. Identify the property: _____ |

| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☒ No. | | **Amount entitled to priority** |
| | | ☐ Yes. *Check all that apply:* | |
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |



## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**



Check the appropriate box:

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _March 1, 2017_
            MM / DD / YYYY

_Lewis T. Boswell_
Signature

Print the name of the person who is completing and signing this claim:

Name  _Lewis_____  _T_____  _Boswell_____
      First name       Middle name    Last name

Title  _____

Company  _____
      Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  _420 Sand Creek Road  Apt 629_____
      Number      Street

_Albany_____  _NY____  _12205_____
      City                   State    ZIP Code

Contact phone  _518-459-4762_____  Email  _____

---

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

## Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all the information for the claim as of the Petition Date.**

- **If the claim has been acquired from someone else,** then state the identity of the last party who acquired the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents** because attachments may be destroyed after scanning.

- **If the claim is based on delivering health care goods or services,** do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- **A *Proof of Claim* form and any attached documents must show** only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- **For a minor child,** fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

**Merrill Lynch**
**Wealth Management**

Bank of America Corporation
NY3-018-02-01
18 Division Street, Suite 201, Saratoga Springs, NY 12866

ALBANY
NY 120
12 MAR '17
PM 2 L

Dowling College Casw Administration
c/o GCG
P O Box 10342
Dublin OH 43017-5542



02 1P
0001966316    FEB 15  2017
MAILED FROM ZIP CODE 12866

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.67⁰



# CLAIM NO. 177



UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK

| Name of Debtor: | Case No. |
|---|---|
| Dowling College | 16-75545 |

IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.

<u>Your Claim is Scheduled As Follows:</u>



*As set forth in paragraph 4F I do not need to file a proof of claim because I own a municipal taxable exempt bond, the amount is $25,000.*

*Marie Curro Gillespie*
*Trustee.*

FILED - 00177
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

# Proof of Claim
Official Form 410*

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form. EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | *Marie Curro Gillespie Trustee* ———— <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ❑ No <br> ❑ Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> Name _____ <br><br> Number    Street _____ <br><br> City        State        ZIP Code <br><br> Contact phone _____ <br><br> Contact email _____ | **Where should payments to the creditor be sent?** (if different) <br><br> Name _____ <br><br> Number    Street _____ <br><br> City        State        ZIP Code <br><br> Contact phone _____ <br><br> Contact email _____ |
| 4. | Does this claim amend one already filed? | ❑ No <br> ❑ Yes. Claim number on court claims registry (if known) _____        Filed on _____ <br> MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ❑ No <br> ❑ Yes. Who made the earlier filing? _____ |

*Modified Official Form 410 (GCG 5/16) BND

page 1



| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☐ No<br><br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___  ___  ___  ___ |
|---|---|---|
| 7. | How much is the claim? | $_____.  Does this amount include interest or other charges?<br>☐ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information. |
| 9. | Is all or part of the claim secured? | ☐ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:                 $_____<br><br>Amount of the claim that is secured:   $_____<br><br>Amount of the claim that is unsecured: $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition: $_____<br><br>Annual Interest Rate (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |
| 10. | Is this claim based on a lease? | ☐ No<br><br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. | Is this claim subject to a right of setoff? | ☐ No<br><br>☐ Yes. Identify the property: _____ |
| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☐ Yes. *Check all that apply:*                                                          **Amount entitled to priority**<br><br>☐ Domestic support obligations (including alimony and child support)          $_____<br>   under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>☐ Up to $2,850* of deposits toward purchase, lease, or rental of property      $_____<br>   or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>☐ Wages, salaries, or commissions (up to $12,850*) earned within 180          $_____<br>   days before the bankruptcy petition is filed or the debtor's business<br>   ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).        $_____<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).           $_____<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.           $_____<br><br>* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. |



## Part 3:   Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b). | Check the appropriate box: |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
                    MM / DD / YYYY

Signature _____

Print the name of the person who is completing and signing this claim:

Name    MARIE        TURRO      GILLESPIE
        First name     Middle name          Last name

Title    _____

Company  _____
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  _____
         Number        Street

         _____
         City                        State         ZIP Code

Contact phone _____   Email _____

---

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

---

## Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all the information for the claim as of the Petition Date.

- **If the claim has been acquired from someone else,** then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction of* information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents** because attachments may be destroyed after scanning.

- **If the claim is based on delivering health care goods or services,** do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

**Examples of liens on property** include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**



Mrs Edward A. Gillespie
94 Third St.
Garden City, NY 11530-4406

Dowling College Comm Adm.
c/o GCG
PO Box 10342
Dublin Oh 43017-5542

43017-554242

WEST PALM BEACH FL 334
09 FEB 2017 PM 11



# CLAIM NO. 249



| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor: Dowling College | Case No. 16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**



Garden City Group, LLC

FEB 2 4 2017

FILED - 00249
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

Your Claim is Scheduled As Follows:

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim
Official Form 410

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact information** that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

| **Part 1:** | **Identify the Claim** |
|---|---|

**1. Who is the current creditor?**

Melanie Dobel

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Melanie Dobel
Name

105 St. Charles Dr
Number    Street

Madison MS 39110
City    State    ZIP Code

Contact phone 601-898-7846

Contact email bigapple2@comcast.net

Where should payments to the creditor be sent? (if different)

Name _____
Number    Street _____
City    State    ZIP Code _____

Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____



## Part 2:    Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. | **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 4 9 3 7 |
| 7. | **How much is the claim?** | $ 25,000    Does this amount include interest or other charges?<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br>Owner of municipal bond |
| 9. | **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:**<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $_____<br>**Amount of the claim that is secured:** $_____<br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable |
| 10. | **Is this claim based on a lease?** | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. | **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |
| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check all that apply:*    **Amount entitled to priority**<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____<br><br>☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____<br><br>☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.    $_____<br><br>* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. |



| **Part 3:** | **Sign Below** |

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    __02/15/2017__
                     MM / DD / YYYY

Signature   _Melanie Dobel_

Print the name of the person who is completing and signing this claim:

Name    _Melanie_ _____ _Dobel_
         First name    Middle name    Last name

Title    _PR_

Company   _____
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   _105 St. Charles Drive_
          Number    Street
          _Madison_        _MS_     _39110_
          City             State    ZIP Code

Contact phone  _601-898-7846_    Email  _____

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all the information for the claim as of the Petition Date.**

- **If the claim has been acquired from someone else,** then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents** because attachments may be destroyed after scanning.

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information.** Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

**CONDITIONS AND DISCLOSURES**

## CODES, ABBREVIATIONS AND EXPLANATIONS

### EXCHANGE WHERE EXECUTED

1. New York Stock Exchange
2. Pacific Stock Exchange
3. Philadelphia Stock Exchange
4. Chicago Stock Exchange
5. American Stock Exchange
6. Other Markets
7. Over the Counter
8. Morgan Stanley Smith Barney LLC as principal which may result in a profit to Morgan Stanley Smith Barney LLC.

### EXECUTION CODE

1, 2, 3, 4, 5, 9, F, L, P, T, V OR W: As agent we have bought or sold for your account

6: As agent for another we have sold to you or bought from you

7, C, E, G, N, OR S: As principal we sold to you or bought from you for our own account

8 OR U: Prospectus/Official Statement

A, B, C, X, Y, OR Z: Primary and Secondary Unit Trust or listed and OTC when issued Securities

K: Precious Metals

M, R: Mutual Funds

### OTHER ABBREVIATIONS

ELTR    Estimated Long Term Return
CR      Current Return
PV      Par Value

### FINAL PROSPECTUS/OFFERING DOCUMENTATION AVAILABLE

Indicates that these securities/instruments are being sold (i) pursuant to an SEC registration statement or where a prospectus is otherwise required, (ii) in the case of certain exempted securities or certificates of deposit (CDs), either where offering documentation is required or there is an agreement or policy to deliver offering documentation. For assistance obtaining a copy of the final prospectus/offering documentation relating to these securities, you may contact us at 800-584-6837.

## CHARGES AND FEES

| | |
|---|---|
| **CHARGE** | Represents the markup/down from the wholesaler's or dealer's price. |
| **FSCF** | Represents a pass through of Foreign Securities clearance fees incurred by Morgan Stanley Smith Barney LLC for this transaction. |
| **SUPPLEMENTAL TRANSACTION FEE** | Represents fee to offset additional expenses associated with processing certain transactions. |
| **PROCESSING FEE** | Represents processing charges for certain executed orders. |
| **CDSC** | Represents Contingent Deferred Sales Charge. |
| **DSC** | Represents Deferred Sales Charge. |

## BACKUP WITHHOLDING

Under Federal Income Tax Law, the customer is required to provide Morgan Stanley Smith Barney LLC with a certification of the customer's Social Security or Taxpayer Identification Number. In the absence of such certification, Morgan Stanley Smith Barney LLC is required to withhold taxes from the proceeds of sales at the current withholding rate.

## GROSS PROCEEDS

If the transaction being confirmed is a sale or a redemption, this information will be furnished to the Internal Revenue Service.

## SECURITY MEASURES

Your Morgan Stanley Smith Barney LLC trade confirmation features an embedded security element to safeguard its authenticity. It is a unique security mark -- a blue rectangle in heat-sensitive blue ink. When exposed to warmth, the blue rectangle will disappear, and then reappear.

## CONDITIONS

IT IS AGREED THAT

All transactions are subject to the rules, regulations, requirements and customs of the exchange or market (and its clearing agency, if any) where executed, the regulations of the Federal Reserve Board and the Securities and Exchange Commission.

Payment for securities purchased must be received by us no later than the Settlement Date indicated on the reverse side hereof. Payments not received by Settlement Date may be subject to late payment fees.

Securities held in margin accounts or purchased but not yet paid for in cash accounts may be rehypothecated by Morgan Stanley Smith Barney LLC under circumstances which will permit the commingling thereof with securities of other clients.

Securities sold "long" must be on deposit in your account(s) or delivered to us by Settlement Date.

Morgan Stanley Smith Barney LLC will furnish, upon written request, the date and time when the transaction took place, the name of the other party to the transaction and the source and amount of any other remuneration received or to be received by Morgan Stanley Smith Barney LLC in connection with the transaction.

Morgan Stanley Smith Barney LLC and/or its affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits will be furnished upon written request.

Debt securities may be redeemed in whole or in part before maturity, and such a redemption could affect any yield represented in this trade confirmation. Additional information is available upon request.

Credit rating(s), if any, contained on this trade confirmation were provided by an unaffiliated third party. In some instances, the credit rating shown is based on the issuer's credit ranking and not the credit rating of the specific security purchased or sold. For an explanation of credit ratings for bonds, please see www.morganstanley.com/wealth/investmentsolutions/creditratings.asp, or request a copy from your Financial Advisor.

Insurance trades are subject to carrier underwriting approval.

Any inquiries regarding this transaction should be made by using the telephone number provided on the reverse side.

This transaction is conclusive and binding if not objected to in writing within five days of receiving this trade confirmation.

All Good Till Cancelled (GTC) orders have an expiration date, which is displayed on the front of this notice. Until expiration, all open orders are considered good until cancelled by you or executed by us. When entering a substitute order or changing an existing order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered in the customer's account.

NOTICE TO MUNICIPAL ENTITIES: unless we have agreed otherwise in writing, we are not acting as a municipal advisor under the Dodd-Frank Act.

This agreement shall inure to the benefit of any successor or assigns of Morgan Stanley Smith Barney LLC.

## Morgan Stanley

#MS922 (04/14)

# Morgan Stanley

*This transaction is confirmed in accordance
with the information provided on the
Conditions and Disclosures page*

Exchange Code: 8
Execution Code: 7
Your Account Number: 220-924937-0-563

Cash Account - Active Assets

MELANIE DOBEL
106 COACHMANS RD
MADISON MS 39110-9227

Your Financial Advisor
DOWELL GROUP
4450 OLD CANTON ROAD SUITE 100
JACKSON, MS     39211
(601) 321-7800

## You Bought
### Trade Date 01/14/15 for Settlement on 01/20/15

| Quantity | 25,000 | Price | 95.00 | | Settlement | Amount |
|---|---|---|---|---|---|---|

*Description:*
SUFFOLK CNTY N Y INDL DEV AGY CIVIC FAC REV SER-A
MATURES 06/01/2036          COUPON 5.00% FIXED
COUPON PAYABLE SEMI-ANNUALLY ON JUNE AND DECEMBER 1st
ISSUE DATE 06/26/2006     FIRST COUPON DATE 12/01/2006

| | |
|---|---|
| Principal | $23,750.00 |
| Processing Fee | 6.50 |
| Interest | 170.14 |
| Net Amount | $23,926.64 |

YIELD TO MATURITY    5.397%
REVENUE BOND
MANDATORY SINKING FUND BEGINNING 06-01-2027
INITIAL PUBLIC OFFERING PRICE: 99.228
INSURED BY AMERICAN CAPITAL ACCESS
UNDERLYING OBLIGOR:
DOWLING COLLEGE
   NEXT CALL DATE: 06-01-16   NEXT CALL PRICE: 100.000
CALLABLE ON ANY DATE BEGINNING 06-01-16 AND THEREAFTER.
NO RATING BY S&P, MOODY'S, OR FITCH. RATING INFORMATION
IS BASED UPON A GOOD FAITH INQUIRY OF SELECTED SOURCES.
BOOK ENTRY ONLY
ORIGINAL ISSUE DISCOUNT
EXTRAORDINARY OR ACCELERATED CALLS EXIST
THIS DEBT SECURITY MAY BE REDEEMED/ACCELERATED IN WHOLE
OR PART BEFORE MATURITY. THIS REDEMPTION/ACCELERATION
COULD AFFECT THE YIELD REPRESENTED; ADDITIONAL
INFORMATION IS AVAILABLE UPON REQUEST.
ADDITIONAL CALL FEATURES EXIST
FOR ADDITIONAL INFORMATION RELATED TO THIS SECURITY,
INCLUDING MUNICIPAL MATERIAL EVENT AND FINANCIAL DISCLOSURES
AND MARKET DATA, PLEASE GO TO www.emma.msrb.org

Security No. 864768ND4

Morgan Stanley Smith Barney LLC. Member SIPC.  The transaction may have been executed with
Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services.

# Morgan Stanley

**CLIENT STATEMENT | For the Period January 1-31, 2017**

## Account Detail

**Active Assets Account**
**220-924937-563**          **MELANIE DOBEL**

| Security Description | Trade Date | Face Value | Orig Unit Cost / Adj Unit Cost | Unit Price | Orig Total Cost / Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **MAINE ST HSG AUTH MTGE PURCHASE REV-D**<br>Coupon Rate 4.000% Matures 11/15/2035; CUSIP 56052F8P9<br>*Int. Semi-Annually May/Nov 15; Callable $100.00 on 11/15/24; Yield to Call 3.330%; Federal Tax Exempt; Moody A42; Issued 07/22/15; Asset Class: FI & Pref* | 6/17/15 | 20,000.000 | 100.000 | 98.952 | 20,000.00 | 19,790.40 | (209.60) LT | 800.00<br>168.88 | 4.04 |
| **LOUISIANA LOC GOVT ENVIRONMENTAL FACS REV**<br>Coupon Rate 4.250% Matures 12/01/2035; CUSIP 546276B38<br>*Int. Semi-Annually May/Nov 15; Callable $100.00 on 12/01/22; Yield to Maturity 5.570%; Federal Tax Exempt; S&P BBB +; Issued 12/19/12; Asset Class: FI & Pref* | 10/8/14 | 10,000.000 | 101.565<br>101.172 | 84.719 | 10,156.50<br>10,117.21 | 8,471.90 | (1,645.31) LT | 425.00<br>70.83 | 5.01 |
| **BILOXI MISS PUB SCH DIST REV**<br>Coupon Rate 3.375% Matures 03/01/2036; CUSIP 09025PFK7<br>*Int. Semi-Annually Mar/Sep 01; Callable $100.00 on 03/01/26; Yield to Maturity 3.830%; Federal Tax Exempt; Moody A2; S&P AA; Insurer BUILD AMERICA MUTUAL; Issued 03/17/16; Asset Class: FI & Pref* | 2/29/16 | 20,000.000 | 99.780<br>99.787 | 93.879 | 19,955.95<br>19,957.31 | 18,775.80 | (1,181.51) LT  A | 675.00<br>224.99 | 3.59 |
| **ST CHARLES PARISH LA CONS WTRWKS & WASTEWTR DIST 1 REV REF**<br>Coupon Rate 3.750% Matures 07/01/2036; CUSIP 788048CC8<br>*Int. Semi-Annually Jan/Jul 01; Callable $100.00 on 07/01/25; Yield to Maturity 3.920%; Federal Tax Exempt; S&P A+; Issued 03/03/15; Asset Class: FI & Pref* | 2/11/15 | 20,000.000 | 100.030<br>100.025 | 97.702 | 20,005.95<br>20,005.95 | 19,540.40 | (464.62) LT  A | 750.00<br>62.49 | 3.83 |
| **SUFFOLK CNTY N Y INDL DEV AGY CIVIC FAC REV SER-A**<br>Coupon Rate 5.000% Matures 06/01/2036; CUSIP 8647l6NDA4<br>*Int. Semi-Annually Jun/Dec 01; Callable $100.00 on 03/03/17; Yield to Maturity 5.597%; Federal Tax Exempt; Insurer AMERICAN CAPITAL ACCES; Issued 06/26/06; Asset Class: FI & Pref* | 1/14/15 | 25,000.000 | 95.026<br>95.063 | 93.000 | 23,756.50<br>23,765.66 | 23,250.00 | (515.66) LT | 1,250.00<br>208.33 | 5.37 |
| **MISSISSIPPI ST GENL OBLIG CAP IMPT PROJS SER-A**<br>Coupon Rate 5.000% Matures 10/01/2036; CUSIP 605580TD5<br>*Int. Semi-Annually Apr/Oct 01; Callable $100.00 on 10/01/21; Yield to Call 2.183%; Federal Tax Exempt; Moody AA; S&P AA; Issued 10/26/11; Asset Class: FI & Pref* | 3/21/16 | 20,000.000 | 119.141<br>116.244 | 112.431 | 23,828.17<br>23,248.75 | 22,486.20 | (762.55) LT  2 | 1,000.00<br>333.33 | 4.44 |
| **TARPON SPRINGS FLA UTILITY SYSTEM REV SERIES A-1**<br>Coupon Rate 3.500% Matures 10/01/2036; CUSIP 876278RJ8<br>*Int. Semi-Annually Apr/Oct 01; Callable $100.00 on 04/01/23; Yield to Maturity 3.570%; Federal Tax Exempt; S&P AA-; Issued 03/12/13; Asset Class: FI & Pref* | 2/21/13  - | 20,000.000 | 97.179<br>97.495 | 99.014 | 19,435.80<br>19,498.99 | 19,802.80 | 303.81 LT | 700.00<br>233.33 | 3.53 |
| **PINELLAS CNTY FLA HSG FIN AUTH SINGLE FA**<br>Coupon Rate 3.500% Matures 09/01/2036; CUSIP 72316MA49<br>*Int. Semi-Annually Mar/Sep 01; Callable $100.00 on 09/01/25; Yield to Maturity 3.980%; Federal Tax Exempt; Moody AA; S&P AA; Issued 04/28/16; Asset Class: FI & Pref* | 4/28/16 | 20,000.000 | 100.033<br>100.028 | 93.513 | 20,006.95<br>20,005.53 | 18,702.60 | (1,302.93) LT  2 | 700.00<br>291.66 | 3.74 |
| **MAINE ST HSG AUTH MTG PURCH REV-E**<br>Coupon Rate 3.000% Matures 11/15/2036; CUSIP 56052FEZ4<br>*Int. Semi-Annually May/Nov 15; Callable $100.00 on 11/15/25; Yield to Maturity 4.147%; Federal Tax Exempt; Asset Class: FI & Pref* | 7/21/16 | 50,000.000 | 100.012<br>100.011 | 84.612 | 50,005.95<br>50,005.70 | 42,306.00 | (7,699.70) ST  A | 1,500.00<br>316.66 | 3.54 |
| **MAINE ST HSG AUTH MTG PURCHASE REV SERIES-B**<br>Coupon Rate 3.600% Matures 11/15/2036; CUSIP 56052ESJ8<br>*Int. Semi-Annually May/Nov 15; Callable $100.00 on 05/15/26; Yield to Maturity 4.000%; First Coupon 05/15/17; Federal Tax Exempt; Asset Class: FI & Pref* | 1/4/17 | 15,000.000 | 100.000 | 98.101 | 15,000.00 | 14,715.15 | (284.85) ST | 585.00<br>53.62 | 3.97 |
| **MAINE STATE HSG AUTH MTG PURCHASE REV SERIES-B**<br>Coupon Rate 3.600% Matures 11/15/2036; CUSIP 56052ESL3<br>*Int. Semi-Annually May/Nov 15; Callable $100.00 on 05/15/26; Yield to Maturity 3.830%; Federal Tax Exempt; Asset Class: FI & Pref* | 1/24/17 | 25,000.000 | 100.000 | 96.826 | 25,000.00 | 24,206.50 | (793.50) ST | 900.00<br>189.99 | 3.71 |
| **NEW YORK ST HSG AGY HOMEOWNER MTG REV SERIES-176**<br>Coupon Rate 3.650% Matures 10/01/2037; CUSIP 649983V88<br>*Int. Semi-Annually Apr/Oct 01; Callable $100.00 on 11/15/22; Yield to Maturity 3.830%; Federal Tax Exempt; Asset Class: FI & Pref* | 10/18/12 | 25,000.000 | 100.000 | 95.650 | 25,000.00 | 23,912.50 | (1,087.50) LT | 913.00<br>304.16 | 3.81 |



USA FOREVER

Dowling College Care Admin.
c/o GCG 1D343 43054-5543
PO Box 10301
Dublin, OH 43054-5543

4301735542 BCSD

JACKSON MS 390
21 FEB '17
PM 5 L

Morgan Stanley
Suite 100
Jackson, MS 39211

# CLAIM NO. 242



UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK

| Name of Debtor: | Case No. |
|---|---|
| Dowling College | 16-75545 |

IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.

FILED - 00242
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN



Garden City Group, LLC
FEB 22 2017

**Your Claim is Scheduled As Follows:**

$618,000
+ 5% Interest
Per Anum

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim
Official Form 410*

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

| Part 1: | Identify the Claim |
|---|---|

| | | |
|---|---|---|
| 1. | Who is the current creditor? | MIROSLAV SATAN <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> MIROSLAV SATAN <br> Name <br> 46 KETTLEPOND RD <br> Number        Street <br> JERICH        NY        11753 <br> City        State        ZIP Code <br><br> Contact phone 516 641-4118 <br> Contact email MIRO3IS@HOTMAIL.COM | **Where should payments to the creditor be sent?** (if different) <br><br> _____ <br> Name <br> _____ <br> Number        Street <br> _____ <br> City        State        ZIP Code <br><br> Contact phone _____ <br> Contact email _____ |
| 4. | Does this claim amend one already filed? | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____ <br> Filed on _____ MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ |

*Modified Official Form 410 (GCG 5/16) BND

page 1



| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☑ No |
|---|---|---|
| | | ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

| 7. | How much is the claim? | $ 615,000 | Does this amount include interest or other charges? |
|---|---|---|---|
| | | | ☑ No |
| | | | ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. |
|---|---|---|
| | | Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). |
| | | Limit disclosing information that is entitled to privacy, such as health care information. |

| 9. | Is all or part of the claim secured? | ☑ No |
|---|---|---|
| | | ☐ Yes. The claim is secured by a lien on property. |
| | | **Nature of property:** |
| | | ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.* |
| | | ☐ Motor vehicle |
| | | ☐ Other. Describe: _____ |
| | | **Basis for perfection:** _____ |
| | | Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) |
| | | **Value of property:**  $_____ |
| | | **Amount of the claim that is secured:**  $_____ |
| | | **Amount of the claim that is unsecured:** $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.) |
| | | **Amount necessary to cure any default as of the date of the petition:** $_____ |
| | | **Annual Interest Rate** (when case was filed) _____% |
| | | ☐ Fixed |
| | | ☐ Variable |

| 10. | Is this claim based on a lease? | ☑ No |
|---|---|---|
| | | ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |

| 11. | Is this claim subject to a right of setoff? | ☑ No |
|---|---|---|
| | | ☐ Yes. Identify the property: _____ |

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | Amount entitled to priority |
|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check all that apply:* | |
| | | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |



## Part 3:  Sign Below

| | |
|---|---|
| **The person completing this proof of claim must sign and date it.** FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157, and 3571. | Check the appropriate box:<br><br>☑ I am the creditor.<br><br>☐ I am the creditor's attorney or authorized agent.<br><br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br><br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct. |

Executed on date  02 / 21 / 2017
  MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

Name  MIROSLAV                              SATAN
  First name          Middle name          Last name

Title

Company
  Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  46  KETTLEPOND RD
  Number          Street

  JERICHO                        NY        11753
  City                          State      ZIP Code

Contact phone  516-641-4118     Email  MIRO815@Hotmail.Com

---

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS:
**IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all the information for the claim as of the Petition Date.**

- **If the claim has been acquired from someone else,** then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction of information* in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services,** do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- **A *Proof of Claim* form and any attached documents must show** only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and** address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

**FedEx** Express **Package** US Airbill

fedex.com 1.800.GoFedEx 1.800.463.3339

05997041

00010
00052
20019

**FedEx Tracking Number** 8100 1000 4606

8100 1000 4606

**1 From**
Date 2/21/17
Sender's Name DEVONN M. KEENAN
Company SIGNATURE BANK
Address 1225 FRANKLIN AVE STE 250
City GARDEN CITY   State NY   ZIP 11530-1694
Phone 516 408-5011

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name 9060GG
Company 9060GG
Address 5151 BLAZER PARKWAY SUITE A
DUBLIN COLLEGE CASE ADMIN
City DUBLIN   State OH   ZIP 43017

0122799895

**4 Express Package Service** *To most locations
Form ID No. 0215

**Next Business Day**
☐ FedEx First Overnight
☑ FedEx Priority Overnight
☐ FedEx Standard Overnight

**2 or 3 Business Days**
☐ FedEx 2Day A.M.
☐ FedEx 2Day
☐ FedEx Express Saver

**5 Packaging**
☑ FedEx Envelope*
☐ FedEx Pak*
☐ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling and Delivery Signature Options**
☐ Saturday Delivery

Does this shipment contain dangerous goods?
☐ No   ☐ Yes   ☐ Yes

☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature
☐ Cargo Aircraft Only

**7 Payment** Bill to:
☐ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages   Total Weight

**Recipient's Copy**

MUR1

fedex.com 1.800.GoFedEx 1.800.463.3339



# CLAIM NO. 229



| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**Your Claim is Scheduled As Follows:**

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**



FILED - 00229

EASTERN DISTRICT OF NEW YORK

DOWLING COLLEGE

16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim
Official Form 410*

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

| Part 1: | Identify the Claim |
|---|---|

| | | |
|---|---|---|
| 1. | Who is the current creditor? | **Nickolas Peppino Vlannes**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** **Where should payments to the creditor be sent? (if different)**<br><br>**Nickolas Peppino Vlannes**<br>Name _____ Name _____<br>**2934 Beau Lane**<br>Number     Street          Number     Street<br>**Fairfax     Virginia     22031-1304**<br>City       State       ZIP Code     City    State    ZIP Code<br><br>Contact phone **703-280-1186**       Contact phone _____<br><br>Contact email **vlannes@aol.com**     Contact email _____ |
| 4. | Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____     Filed on _____<br>                                                        MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

*Modified Official Form 410 (GCG 5/16) BND

page 1



| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☒ No<br><br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
|---|---|---|
| 7. | How much is the claim? | $ 200,000.00 .    **Does this amount include interest or other charges?**<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>**Bond - Money Loaned** |
| 9. | Is all or part of the claim secured? | ☐ No<br>☒ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:**   OS CUSIP# 864768ND4<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**                     $ 0.00<br>**Amount of the claim that is secured:**   $ 200,000.00<br>**Amount of the claim that is unsecured:** $ 0.00   (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ 200,000.00 +<br><br>**Annual Interest Rate (when case was filed)** 5 %      Annual Interest<br>☒ Fixed<br>☐ Variable |
| 10. | Is this claim based on a lease? | ☒ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. | Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ |
| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes. *Check all that apply:*    **Amount entitled to priority**<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____<br><br>☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____<br><br>☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.    $_____<br><br>* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. |



| Part 3: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   02 / 21 /2017
                  _____
                  MM / DD / YYYY

*Nickolas P. Vlannes*
_____
Signature

Print the name of the person who is completing and signing this claim:

Name      **Nickolas        Peppino            Vlannes**
          _____      _____        _____
          First name       Middle name        Last name

Title     _____

Company   _____
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   **2934 Beau Lane**
          _____
          Number          Street

          **Fairfax**                    **Virginia**        **22031-1304**
          _____
          City                          State              ZIP Code

Contact phone  **703-280-1186**       Email  **vlannes@aol.com**

---

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Nickolas P. Vlannes
2934 Beau Lane
Fairfax, VA 22031-1304



CERTIFIED MAIL

7014 2870 0000 4997 6097

DOWLING COLLEGE CASE ADMINISTRATION
C/O GCG
P.O. BOX 10342
DUBLIN, OHIO 43017-5542



U.S. POSTAGE
$7.08
FCH LG ENV
22116
Date of sale
06/22/17
2500
0082698878
SSK

# CLAIM NO. 316



| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

Your Claim is Scheduled As Follows:



FILED - 00316
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN



Garden City Group, LLC
MAR - 6 2017

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim
Official Form 410*

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | *Peggy B. Reed*<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor *Otto E. Berg and Peggy B. Reed* |
| 2. | Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** / **Where should payments to the creditor be sent?** (if different)<br><br>*Peggy B. Reed*<br>Name / Name<br><br>*32 Woodhaven Dr.*<br>Number   Street / Number   Street<br><br>*Simsbury   CT   06070*<br>City   State   ZIP Code / City   State   ZIP Code<br><br>Contact phone *(860) 651-4826* / Contact phone _____<br><br>Contact email *pbjam.reed@sbcglobal.net* / Contact email _____ |
| 4. | Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____ MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |



| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  2  2  3  6

**7. How much is the claim?**

$ 5,000

Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

n/a

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                    $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured: $_____    (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. Check all that apply:

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.    $_____

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.



## Part 3:    Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b). | Check the appropriate box: |
|---|---|

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date: 03/02/2017
MM / DD / YYYY

Signature _Peggy B Reed_

Print the name of the person who is completing and signing this claim:

Name    Peggy          B          Reed
        First name     Middle name     Last name

Title    Joint Owner

Company    HJ Sims
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    32 Woodhaven Drive
           Number    Street
           Simsbury                CT          06070
           City                    State       ZIP Code

Contact phone    (860) 651-4826        Email    pbjam.reed@sbcglobal.net

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

<u>Official Form 410</u>

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all the information for the claim as of the Petition Date.

- *If the claim has been acquired from someone else, then state the identity of the last party* who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show the debt exists, a lien secures the debt, or both. (See the definition of *Redaction of* information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be** *destroyed after scanning.*

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information.** Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

**Peggy B. Reed**
32 Woodhaven Dr
Simsbury, CT 06070

HARTFORD CT 061

02 MAAR 2017 PM 8 L

Dowling College Case Administration
c/o GCG
P.O. Box 10342
Dublin, OH

43017·5542





# CLAIM NO. 283



**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK**

| Name of Debtor: | Case No. |
|---|---|
| Dowling College | 16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

Your Claim is Scheduled As Follows:





FILED - 00283
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim
## Official Form 410*

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

| Part 1: | Identify the Claim |
|---|---|

| 1. | Who is the current creditor? | **Steven J. Dobel** |
|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |

| 2. | Has this claim been acquired from someone else? | No |
|---|---|---|
| | | Yes. From whom? _____ |

| 3. | Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|---|
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Steven J Dobel** | |
| | | Name | Name |
| | | **151 Heron's Landing** | |
| | | Number    Street | Number    Street |
| | | **Ridgeland MS 39157** | |
| | | City    State    ZIP Code | City    State    ZIP Code |
| | | Contact phone **601 853 3058** | Contact phone _____ |
| | | Contact email _____ | Contact email _____ |

| 4. | Does this claim amend one already filed? | No | | Filed on _____ MM/DD/YYYY |
|---|---|---|---|---|
| | | Yes. Claim number on court claims registry (if known) _____ | | |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | No |
|---|---|---|
| | | Yes. Who made the earlier filing? _____ |



## Part 2:    Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. | Do you have any number you use to identify the debtor? | No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __1_ _6_ _2_ _1_ |
| 7. | How much is the claim? | $ __25,000__.    Does this amount include interest or other charges?<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br>__Owner of municipal bond__ |

9. **Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:**
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:          $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured:  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

10. **Is this claim based on a lease?**

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

11. **Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No
☐ Yes. *Check all that apply:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.



| Part 3: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
                    MM / DD / YYYY

Signature   _Alex & Dobel_

Print the name of the person who is completing and signing this claim:

Name    _Steven J Dobel_
        First name        Middle name        Last name

Title   _151 Heron's Landing_

Company _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _151 Heron's Landing_
        Number        Street
        _Ridgeland        MS        39157_
        City        State        ZIP Code

Contact phone  _601-653-3056_     Email  _SJDOB8112@ACI.COM_
               _601 946 1387_

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT.BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

CONDITIONS AND DISCLOSURES

## CODES, ABBREVIATIONS AND EXPLANATIONS

### EXCHANGE WHERE EXECUTED

1   New York Stock Exchange
2   Pacific Stock Exchange
3   Philadelphia Stock Exchange
4   Chicago Stock Exchange
5   American Stock Exchange
6   Other Markets
7   Over the Counter
8   Morgan Stanley Smith Barney LLC as
    principal which may result in a profit to
    Morgan Stanley Smith Barney LLC.

### EXECUTION CODE

1, 2, 3, 4, 5, 9, F, L, P, T, V OR W: As agent we have
    bought or sold for your account
6:    As agent for another we have sold to you
      or bought from you
7, C, E, G, N, OR S:  As principal we sold to
      you or bought from you for our own
      account
8 OR U:  Prospectus/Official Statement
A, B, C, X, Y, OR Z:  Primary and Secondary Unit
      Trust or listed and OTC when issued
      Securities
K:      Precious Metals
M, R: Mutual Funds

### OTHER ABBREVIATIONS

ELTR       Estimated Long Term Return
CR         Current Return
PV         Par Value

### FINAL PROSPECTUS/OFFERING DOCUMENTATION AVAILABLE

Indicates that these securities/instruments are being sold (i) pursuant to an SEC registration statement or where a prospectus is otherwise required, (ii) in the case of certain exempted securities or certificates of deposit (CDs), either where offering documentation is required or there is an agreement or policy to deliver offering documentation. For assistance obtaining a copy of the final prospectus/offering documentation relating to these securities, you may contact us at 800-584-6837.

## CHARGES AND FEES

| | |
|---|---|
| **CHARGE** | Represents the markup/down from the wholesaler's or dealer's price. |
| **FSCF** | Represents a pass through of Foreign Securities clearance fees incurred by Morgan Stanley Smith Barney LLC for this transaction. |
| **SUPPLEMENTAL TRANSACTION FEE** | Represents fee to offset additional expenses associated with processing certain transactions. |
| **PROCESSING FEE** | Represents processing charges for certain executed orders. |
| **CDSC** | Represents Contingent Deferred Sales Charge. |
| **DSC** | Represents Deferred Sales Charge. |

## BACKUP WITHHOLDING

Under Federal Income Tax Law, the customer is required to provide Morgan Stanley Smith Barney LLC with a certification of the customer's Social Security or Taxpayer Identification Number. In the absence of such certification, Morgan Stanley Smith Barney LLC is required to withhold taxes from the proceeds of sales at the current withholding rate.

## GROSS PROCEEDS

If the transaction being confirmed is a sale or a redemption, this information will be furnished to the Internal Revenue Service.

## SECURITY MEASURES

Your Morgan Stanley Smith Barney LLC trade confirmation features an embedded security element to safeguard its authenticity. It is a unique security mark -- a blue rectangle in heat-sensitive blue ink. When exposed to warmth, the blue rectangle will disappear, and then reappear.

## CONDITIONS

### IT IS AGREED THAT

All transactions are subject to the rules, regulations, requirements and customs of the exchange or market (and its clearing agency, if any) where executed, the regulations of the Federal Reserve Board and the Securities and Exchange Commission.

Payment for securities purchased must be received by us no later than the Settlement Date indicated on the reverse side hereof. Payments not received by Settlement Date may be subject to late payment fees.

Securities held in margin accounts or purchased but not yet paid for in cash accounts may be hypothecated by Morgan Stanley Smith Barney LLC under circumstances which will permit the commingling thereof with securities of other clients.

Securities sold "long" must be on deposit in your account(s) or delivered to us by Settlement Date.

Morgan Stanley Smith Barney LLC will furnish, upon written request, the date and time when the transaction took place, the name of the other party to the transaction and the source and amount of any other remuneration received or to be received by Morgan Stanley Smith Barney LLC in connection with this transaction.

Morgan Stanley Smith Barney LLC and/or its affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits will be furnished upon written request.

Debt securities may be redeemed in whole or in part before maturity, and such a redemption could affect any yield represented on this trade confirmation. Additional information is available upon request.

Credit rating(s), if any, contained on this trade confirmation were provided by an unaffiliated third party. In some instances, the credit rating shown is based on the issuer's credit ranking and not the credit rating of the specific security purchased or sold. For an explanation of credit ratings for bonds, please see www.morganstanley.com/wealth/investmentsolutions/creditratings.asp, or request a copy from your Financial Advisor.

Insurance trades are subject to carrier underwriting approval.

Any inquiries regarding this transaction should be made by using the telephone number provided on the reverse side.

This transaction is conclusive and binding if not objected to in writing within five days of receiving this trade confirmation.

All Good Till Cancelled (GTC) orders have an expiration date, which is displayed on the front of this notice. Until expiration, all open orders are considered good until cancelled by you or executed by us. When entering a substitute order or changing an existing order, the responsibility for canceling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered in the customer's account.

NOTICE TO MUNICIPAL ENTITIES: unless we have agreed otherwise in writing, we are not acting as a municipal advisor under the Dodd-Frank Act.

This agreement shall inure to the benefit of any successor or assigns of Morgan Stanley Smith Barney LLC.

## Morgan Stanley

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 3001(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

# Morgan Stanley

*This transaction is confirmed in accordance*
*with the information provided on the*
*Conditions and Disclosures page*

Exchange Code: 8
Execution Code: 7
Your Account Number: 220-924939-0-563

Cash Account - Active Assets

STEVEN J. DOBEL
151 HERON'S LANDING
RIDGELAND MS 39157-8689

Your Financial Advisor
DOWELL GROUP
4450 OLD CANTON ROAD SUITE 100
JACKSON, MS       39211
(601) 321-7800

## You Bought
**Trade Date 01/14/15 for Settlement on 01/20/15**

| Quantity | 25,000 | Price | 95.00 |
|---|---|---|---|

| | |
|---|---|
| *Description:* | |

SUFFOLK CNTY N Y INDL DEV AGY CIVIC FAC REV SER-A
MATURES 06/01/2036          COUPON 5.00% FIXED
COUPON PAYABLE SEMI-ANNUALLY ON JUNE AND DECEMBER 1st
ISSUE DATE 06/26/2006      FIRST COUPON DATE 12/01/2006

YIELD TO MATURITY      5.397%
REVENUE BOND
MANDATORY SINKING FUND BEGINNING 06-01-2027
INITIAL PUBLIC OFFERING PRICE: 99.228
INSURED BY AMERICAN CAPITAL ACCESS
UNDERLYING OBLIGOR:
DOWLING COLLEGE
    NEXT CALL DATE: 06-01-16    NEXT CALL PRICE: 100.000
CALLABLE ON ANY DATE BEGINNING 06-01-16 AND THEREAFTER.
NO RATING BY S&P, MOODY'S, OR FITCH. RATING INFORMATION
IS BASED UPON A GOOD FAITH INQUIRY OF SELECTED SOURCES.
BOOK ENTRY ONLY
ORIGINAL ISSUE DISCOUNT
EXTRAORDINARY OR ACCELERATED CALLS EXIST
THIS DEBT SECURITY MAY BE REDEEMED/ACCELERATED IN WHOLE
OR PART BEFORE MATURITY. THIS REDEMPTION/ACCELERATION
COULD AFFECT THE YIELD REPRESENTED; ADDITIONAL
INFORMATION IS AVAILABLE UPON REQUEST.
ADDITIONAL CALL FEATURES EXIST
FOR ADDITIONAL INFORMATION RELATED TO THIS SECURITY,
INCLUDING MUNICIPAL MATERIAL EVENT AND FINANCIAL DISCLOSURES
AND MARKET DATA, PLEASE GO TO www.emma.msrb.org

| Settlement | Amount |
|---|---|
| Principal | $23,750.00 |
| Processing Fee | 6.50 |
| Interest | 170.14 |
| Net Amount | $23,926.64 |

Security No. 864768ND4

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction may have been executed with
Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services.

# Morgan Stanley

## CLIENT STATEMENT | For the Period January 1-31, 2017

## Account Detail

**Active Assets Account 563**

**STEVEN J. DOBEL**

| Security Description | Trade Date | Face Value | Orig Unit Cost | Adj Unit Cost | Unit Price | Orig Total Cost | Adj Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TENNESSEE HSG DEV AGY RESIDENTIAL PROG REV-2-B**<br>Coupon Rate 3.875%, Matures 07/01/2035, CUSIP 880451GW2<br>Int. Semi-Annually Jan/Jul 01; Callable $100.00 on 01/01/25; Yield to Call 3.905% Federal Tax Exempt; Moody A41; S&P AA+; Issued 06/11/15; Asset Class: FI & Pref | 9/25/15 | 20,000.000 | 100.030 | 100.026 | 98.508 | 20,005.95 | 20,005.23 | **19,701.60** | (303.63) LT A | 775.00 | 64.58 | 3.93 |
| **DE KALB CNTY GA WTR & SEW REV REF**<br>Coupon Rate 5.000%; Matures 10/01/2035, CUSIP 240523YY0<br>Int. Semi-Annually Apr/Oct 01; Callable $100.00 on 10/01/25; Yield to Maturity 3.990% Federal Tax Exempt; Moody A41; Issued 12/03/15; Asset Class: FI & Pref | 11/7/15 | 15,000.000 | 113.307 | 111.949 | 114.168 | 16,996.00 | 16,792.30 | **17,125.20** | 332.90 LT A | 750.00 | 249.99 | 4.37 |
| **NEW YORK ST MTG AGY HOMEOWNER REV I-190**<br>Coupon Rate 3.650% Matures 10/01/2035, CUSIP 649883E27<br>Int. Semi-Annually Apr/Oct 01; Callable $100.00 on 04/01/24; Yield to Maturity 3.990%, Federal Tax Exempt; Moody A41; Issued 02/26/15; Asset Class: FI & Pref | 2/12/15 | 10,000.000 | 100.060 | 100.049 | 95.552 | 10,006.00 | 10,004.85 | **9,555.20** | (449.65) A | 365.00 | 121.66 | 3.81 |
| **PRIVATE COLLEGES & UNIVS AUTH GA REV**<br>Coupon Rate 4.250%; Matures 10/01/2035, CUSIP 74265LG71<br>Int. Semi-Annually Apr/Oct 01; Callable $100.00 on 10/01/25; Yield to Maturity 4.429%, Federal Tax Exempt; Moody BAA2; Issued 07/11/15; Asset Class: FI & Pref | 2/2/15 | 20,000.000 | 99.130 | 99.172 | 97.850 | 19,826.00 | 19,834.48 | **19,570.00** | (264.48) A | 850.00 | 283.33 | 4.34 |
| **STATE OF MISSISSIPPI GAMING TAX TAX EXEMPT REV-E**<br>Coupon Rate 5.000%; Matures 10/15/2035, CUSIP 60565BAV7<br>Int. Semi-Annually Apr/Oct 15; Callable $100.00 on 10/15/25; Yield to Call 3.620%, Federal Tax Exempt; Moody A3; Issued 10/22/15; Asset Class: FI & Pref | 7/16/15 | 20,000.000 | 118.553 | 117.412 | 110.215 | 23,710.55 | 23,482.44 | **22,043.00** | (1,439.44) ST A | 1,000.00 | 294.44 | 4.53 |
| **NEW YORK ST HSG FIN AGY AFFORDABLE HSG REV-D**<br>Coupon Rate 3.700%; Matures 11/01/2035, CUSIP 6498JBEW4<br>Int. Semi-Annually May/Nov 01; Callable $100.00 on 11/01/24; Yield to Maturity 3.890%, Federal Tax Exempt; Moody A42; Issued 10/15/15; Asset Class: FI & Pref | 6/9/16 | 15,000.000 | 100.000 | 100.000 | 97.484 | 15,000.00 | 15,000.00 | **14,622.60** | (377.40) LT | 555.00 | 138.75 | 3.79 |
| **MAINE ST HSG AUTH PURCHASE MON-AMT REV-F3**<br>Coupon Rate 3.850%; Matures 11/15/2035, CUSIP 56053FC19<br>Int. Semi-Annually May/Nov 15; Callable $100.00 on 11/15/24; Yield to Maturity 4.035%, Federal Tax Exempt; Moody A41; Issued 07/22/15; Asset Class: FI & Pref | 10/7/15 | 20,000.000 | 100.026 | 100.026 | 97.575 | 20,005.26 | 20,005.28 | **19,515.00** | (490.28) LT A | 770.00 | 162.55 | 3.94 |
| **MAINE ST HSG AUTH MTGE PURCHASE REV-D**<br>Coupon Rate 4.000%; Matures 11/15/2035, CUSIP 56052FBP9<br>Int. Semi-Annually May/Nov 15; Callable $100.00 on 11/15/24; Yield to Maturity 4.080%, Federal Tax Exempt; Moody A41; S&P AA+; Issued 10/15/14; Asset Class: FI & Pref | 10/22/15 | 65,000.000 | 100.000 | 100.000 | 98.952 | 65,000.00 | 65,000.00 | **64,318.80** | (681.20) LT | 2,600.00 | 548.88 | 4.04 |
| **INDIANA ST FIN AUTH EDU FAC REV-A**<br>Coupon Rate 4.000%; Matures 02/01/2036, CUSIP 455060NP6<br>Int. Semi-Annually Feb/Aug 01; Callable $100.00 on 02/01/24; Yield to Maturity 4.070%, Federal Tax Exempt; S&P A+; Issued 10/15/14; Asset Class: FI & Pref | 6/17/15 | 10,000.000 | 103.254 | 103.254 | 99.080 | 10,325.40 | 10,325.42 | **9,908.00** | (417.42) LT A | 400.00 | 200.00 | 4.03 |
| **BILOXI MISS PUB SCH DIST REV**<br>Coupon Rate 3.375%; Matures 03/01/2036, CUSIP 090259FK7<br>Int. Semi-Annually Mar/Sep 01; Callable $100.00 on 03/01/26; Yield to Maturity 3.830%, Federal Tax Exempt; S&P A+; Insurer:BUILD AMERICA MUTUAL; Issued 06/26/06; Asset Class: FI & Pref | 11/26/15 | 15,000.000 | 99.790 | 99.796 | 93.879 | 14,968.50 | 14,968.45 | **14,081.85** | (887.58) ST A | 506.00 | 166.74 | 3.59 |
| **SUFFOLK CNTY N Y INDL DEV AGY CIVIC FAC REV SER-A**<br>Coupon Rate 5.000%; Matures 06/01/2036, CUSIP 86476BND4<br>Int. Semi-Annually Jun/Dec 01; Callable $100.00 on 05/03/17; Yield to Maturity 5.597%, Federal Tax Exempt; Insurer:AMERICAN CAPITAL ACCESS; Issued 03/17/16; Asset Class: FI & Pref | 1/14/15 | 25,000.000 | 95.026 | 95.063 | 93.000 | 23,756.50 | 23,765.66 | **23,250.00** | (515.66) LT | 1,250.00 | 208.33 | 5.37 |
| **ST CHARLES PARISH LA CONS WTRWKS & WASTEWTR DIST 1**<br>REV REF<br>Coupon Rate 3.750%; Matures 07/01/2036, CUSIP 789048CC3 | 2/11/15 | 10,000.000 | 100.060 | 100.050 | 97.702 | 10,006.00 | 10,005.02 | **9,770.20** | (234.82) LT A | 375.00 | 31.24 | 3.83 |

151 Heron's Landing
Ridgeland MS 39157

BACKSCAN
MS 390
27 FEB '17
PM 1 L

430 17-5542

Dowling College Case Admin
c/o GCG
PO Box 10542
Dublin, OH 43017-5542

43017-5542442





# CLAIM NO. 122



**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Name of Debtor: | Case No. |
| Dowling College | 16-75545 |

**Your Claim is Scheduled As Follows:**

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**



Garden City Group, LLC

FEB 3 2017

FILED - 00122

EASTERN DISTRICT OF NEW YORK

DOWLING COLLEGE

16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

# Proof of Claim
Official Form 410*

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.")** Fill in all the information for the claim as of the Petition Date.

| Part 1: | Identify the Claim |
|---|---|

| | | | |
|---|---|---|---|
| 1. | Who is the current creditor? | _U.S. Trust Company of Delaware Co-Trustee, Danyal Ozizmir Irrevocable Trust_ | |
| | | Name of the current creditor (the person or entity to be paid for this claim) | |
| | | Other names the creditor used with the debtor _____ | |
| 2. | Has this claim been acquired from someone else? | ☒ No | |
| | | ☐ Yes. From whom? _____ | |
| 3. | Where should notices and payments to the creditor be sent? | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | _U.S. Trust Company of Delaware_ | _SAME_ |
| | | Name | Name |
| | | _1100 N. King Street - DE5-002-04-12_ | |
| | | Number    Street | Number    Street |
| | | _Wilmington, DE  19884_ | |
| | | City    State    ZIP Code | City    State    ZIP Code |
| | | Contact phone _(302) 416-3393_ | Contact phone _____ |
| | | Contact email _bettye.jones @ ustrust.com_ | Contact email _____ |
| 4. | Does this claim amend one already filed? | ☒ No | |
| | | ☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____ MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒ No | |
| | | ☐ Yes. Who made the earlier filing? _____ | |

*Modified Official Form 410 (GCG 5/16) BND



**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. | Do you have any number you use to identify the debtor? | ☐ No <br> ☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: *3 7 7 9* |

| | | |
|---|---|---|
| 7. | How much is the claim? | $ *25,000* .    **Does this amount include interest or other charges?** <br> ☐ No <br> ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. | What is the basis of the claim? |

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

*Bonds Purchased.*

| | |
|---|---|
| 9. | Is all or part of the claim secured? |

☒ No <br>
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                    $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

| | | |
|---|---|---|
| 10. | Is this claim based on a lease? | ☒ No <br> ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |

| | | |
|---|---|---|
| 11. | Is this claim subject to a right of setoff? | ☒ No <br> ☐ Yes. Identify the property: _____ |

| | | |
|---|---|---|
| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No <br> ☐ Yes. *Check all that apply:* | **Amount entitled to priority** |

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).                    $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.    $_____

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.



## Part 3:  Sign Below

| | |
|---|---|
| **The person completing this proof of claim must sign and date it.** FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157, and 3571. | *Check the appropriate box:*<br><br>☐ I am the creditor.<br><br>☐ I am the creditor's attorney or authorized agent.<br><br>☒ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br><br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on date  __02/01/2017__<br> MM / DD / YYYY |

U.S. Trust Company of Delaware, Trustee
By: _Bettye J. Jones, Sr. Vice President_

Signature **Bettye J. Jones**

Print the name of the person who is completing and signing this claim:

Name ___ **Bettye J. Jones** ___

First name  **Senior Vice President**  Middle name     Last name

Title _____

Company __U.S. Trust Company of Delaware__

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address __1100 N. King Street - DE5-002-04-12__

Number     Street

__Wilmington,     DE   19884__

City     State     ZIP Code

Contact phone __(302) 416-3393__   Email __bettye.jones@ustrust.com__

---

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS. **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

---

*Modified Official Form 410 (GCG 5/16) BND

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

### Do not file these instructions with your form.





**Garden City Group, LLC™**

800-327-3664 | gardencitygroup.com
1985 Marcus Avenue, Lake Success, NY 11042

To All Holders of Securities

In re:    Dowling College
          Case No. 16-75545 (REG)

To Whom It May Concern:

Enclosed please find a Notice of Deadline for Filing Proofs of Claim (the "Bar Date Notice") and a proof of claim form in the above referenced bankruptcy case pending in the United States Bankruptcy Court for the Eastern District of New York.  Please refer to the Bar Date Notice for complete instructions for filing a proof of claim.

**As set forth in paragraph 4(f) of the attached Bar Date Notice, you do not need to file a proof of claim if you hold a claim that is limited exclusively to the repayment of principal, interest and/or other applicable fees and expenses (a "Debt Claim") under the agreements governing any syndicated credit facility or debt security (including, (including, without limitation, any municipal, taxable or tax-exempt bond) issued by or for the benefit of the Debtor pursuant to an indenture (together, the "Debt Instruments"); _provided, however_, that (i) the foregoing exclusion shall not apply to the administrative agent under the applicable credit facility or the indenture trustee under the applicable indenture (each, a "Debt Representative"), (ii) each Debt Representative shall be authorized to and required to file a single proof of claim, on or before the General Bar Date, on account of all Debt Claims against the Debtor under the applicable Debt Instruments and (iii) any holder of a Debt Claim wishing to assert a claim, other than a Debt Claim, arising out of or relating to a Debt Instrument, shall be required to file a proof of claim with respect to such claim on or before the General Bar Date, unless another exception identified herein applies.  In addition, with respect to claims filed by any indenture trustee under the applicable indenture, such claimants need not attach copies of the documents evidencing and/or securing the claims.**

Thank you,
Garden City Group, LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
In re                                    :    Chapter 11
                                         :
DOWLING COLLEGE,                         :
f/d/b/a DOWLING INSTITUTE,               :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI           :
ASSOCIATION,                             :
f/d/b/a CECOM,                           :
a/k/a DOWLING COLLEGE, INC.,             : :
                                         :
                                         :
                             Debtor.     :
------------------------------------------------------------x
```

### NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE MARCH 10, 2017 (GENERAL BAR DATE) AND MAY 30, 2017 (GOVERNMENTAL BAR DATE)

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST DOWLING COLLEGE:**

The United States Bankruptcy Court for the Eastern District of New York, having jurisdiction over Dowling College ("Dowling" or the "Debtor") in the above captioned chapter 11 case (the "Chapter 11 Case"), entered an order (the "Bar Date Order") establishing **March 10, 2017 at 5:00 p.m. (prevailing Eastern Time)** as the last date for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim based on prepetition claims against the Debtor (the "General Bar Date"); and (ii) **May 30, 2017 at 5:00 p.m. (prevailing Eastern Time)** as the last date and time for each governmental unit (as defined in Section 101(27) of the title 11 of the United States Code (the "Bankruptcy Code")) to file a proof of claim based on prepetition claims against the Debtor (the "Governmental Bar Date" and, together with the General Bar Date, the "Bar Dates").

The Bar Dates and the procedures set forth below for filing proofs of claim apply to all claims against the Debtor that arose prior to November 29, 2016 (the "Petition Date"), the date on which the Debtor commenced a case under chapter 11 of the Bankruptcy Code, except for those

holders of the claims listed in Section 4 below that are specifically excluded from the Bar Date filing requirement.

## 1.    WHO MUST FILE A PROOF OF CLAIM

You MUST file a proof of claim to vote on a Chapter 11 plan filed by the Debtor or to share in distributions from the Debtor's bankruptcy estate if you have a claim that arose prior to the Petition Date, and it is not one of the types of claim described in Section 4 below.  Claims based on acts or omissions of the Debtor that occurred before the Petition Date, including, without limitation, those that may be entitled to administrative claim status pursuant to 503(b)(9) must be filed on or prior to the Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under Section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

## 2.    WHAT TO FILE

Your filed Proof of Claim must be in the form annexed to this notice or otherwise conform substantially to Official Form No. B410, which can be viewed at http://www.uscourts.gov/forms/bankruptcy-forms.  Additional Proof of Claim Forms can be obtained at the Debtor's Claims Agent Website at http://cases.gardencitygroup.com/dco.

2

The proof of claim form must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency. You must attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary).

Your proof of claim form shall not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials) or a financial account number (only the last four digits of such financial account).

3.    **WHEN AND WHERE TO FILE**

Except as provided for herein, all proofs of claim must be filed so as to be **actually received on or before** the applicable Bar Date.

To file a proof of claim, you must submit your claim either (i) electronically by utilizing the Online Portal that can be accessed at Debtor's Court appointed Claims Agent's website: http://www.gardencitygroup.com/cases/dco or (ii) by delivering the original proof of claim either by U.S. Postal Service mail or overnight delivery on the Debtor's Court appointed Claims Agent or the Bankruptcy Court at:

**IF BY FIRST CLASS MAIL:**

Dowling College Case Administration
c/o GCG
P.O. Box 10342
Dublin, OH 43017-5542

OR

**IF BY HAND DELIVERY OR OVERNIGHT MAIL:**

Dowling College Case Administration

c/o GCG
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

OR

**IF BY HAND DELIVERY:**

United States Bankruptcy Court, EDNY
Alfonse D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, New York 11722
Attn: Clerk of the Court

Each Proof of Claim shall be deemed timely filed only if (i) the proof of claim is submitted electronically, so as to be actually received by GCG on or before the applicable Bar Date, by using the Online Portal, or (ii) the Proof of Claim is mailed or delivered so as to be actually received by the Debtor's court approved claims agent, GCG, or by the Court, on or before the applicable Bar Date at the address listed herein.

ANY CREDITOR THAT ELECTRONICALLY FILES A PROOF OF CLAIM SHALL RETAIN SUCH PROOF OF CLAIM (AND SUPPORTING DOCUMENTS) WITH AN ORIGINAL SIGNATURE FOR A PERIOD OF NOT LESS THAN TWO (2) YEARS FROM THE DATE THE PROOF OF CLAIM IS ELECTRONICALLY FILED.

Except as expressly permitted in the context of electronic submission via the Online Portal, proofs of claim sent by facsimile, telecopy or electronic mail transmission will not be accepted.

**4.     WHO NEED NOT FILE A PROOF OF CLAIM**

You do **not** need to file a proof of claim on or before the applicable Bar Date if you are:

(a) A person or entity that has already filed a proof of claim against the Debtor in this case with the Clerk of the Bankruptcy Court for the Eastern District of New York in a form substantially similar to Official Bankruptcy Form No. B410;

(b) A person or entity whose claim is listed on the Schedules of Assets and Liabilities filed by the Debtor (collectively, the "Schedules") [Docket Entry No. 93] if (i) the claim is not scheduled as "disputed," "contingent," or "unliquidated" and (ii) you agree with the amount, nature and priority of the claim as set forth in the Schedules;

(c) A holder of a claim that has already been allowed in this case by order of the Court;

(d) A holder of a claim for which a different deadline for filing a proof of claim in this case has already been fixed by this Court;

(e) A holder of a claim allowable under Sections 503(b), other than a claim entitled to administrative priority pursuant to Sections 503(b)(9) and 507(a)(2) of the Bankruptcy Code as an expense of administration of the Debtor's estate; or

(f) Any person or entity whose claim is limited exclusively to the repayment of principal, interest and other fees and expenses (a "Debt Claim") under the agreements governing any syndicated credit facility or debt security (including, without limitation, any municipal, taxable or tax-exempt bond) issued by or for the benefit of the Debtor pursuant to an indenture (together, the "Debt Instruments"); *provided, however*, that (i) the foregoing exclusion in this subparagraph shall not apply to the administrative agent under the applicable credit facility or the indenture trustee under the applicable indenture (each, a "Debt Representative"), (ii) each Debt Representative shall be authorized to and required to file a single proof of claim, on or before the General Bar Date, on account of all Debt Claims against the Debtor under the applicable Debt Instruments and (iii) any holder of a

5

Debt Claim wishing to assert a claim, other than a Debt Claim, arising out of or relating to a Debt Instrument, shall be required to file a proof of claim with respect to such claim on or before the General Bar Date, unless another exception identified herein applies. In addition, with respect to claims filed by any indenture trustee under the applicable indenture, such claimants need not attach copies of the documents evidencing and/or securing the claims.

If you are a holder of an equity interest in the Debtor, you need not file a proof of interest with respect to the ownership of such equity interest at this time. But, if you assert a claim against the Debtor, including a claim relating to your equity interest or the purchase or sale of that interest you must file a proof of claim on or prior to the applicable Bar Date in accordance with the procedures set forth in this Notice.

This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtor but may not have an unpaid claim against the Debtor. The fact that you have received this Notice does not mean that you have a claim, or that the Debtor or the Court believes that you have a claim against the Debtor.

## 5.    EXECUTORY CONTRACTS AND UNEXPIRED LEASES

If you have a claim arising out of the rejection of an executory contract or unexpired lease as to which the order authorizing such rejection is dated on or before January 13, 2017, the date of entry of the Bar Date Order, you must file a proof of claim based on such rejection on or before the later of the applicable Bar Date or the date that is 30 days after the date of the order authorizing such rejection. Any person or entity that has a claim arising from the rejection of an executory contract or unexpired lease, as to which the order is dated after the date of entry of the Bar Date Order, you must file a proof of claim with respect to such claim by the later of 30 days

6

after the effective date of such rejection or such other date fixed by the Court in the applicable

order authorizing rejection of such contract or lease.

## 6. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE

ANY HOLDER OF A CLAIM THAT IS NOT EXCEPTED FROM THE REQUIREMENTS OF THIS ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM, WILL BE BARRED FROM ASSERTING ITS CLAIM AGAINST THE DEBTOR AND ITS CHAPTER 11 ESTATE, VOTING ON ANY PLAN OF LIQUIDATION FILED IN THIS CASE, AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTOR'S CHAPTER 11 CASE ON ACCOUNT OF THAT CLAIM.

## 7. THE DEBTOR'S SCHEDULES AND ACCESS THERETO

You may be listed as the holder of a claim against the Debtor in the Debtor's Schedules. If you agree with the nature, amount and status of your claim as listed in the Debtor's Schedules, and if your claim is not described as "disputed," "contingent," or "unliquidated," you do not need to file a proof of claim. Otherwise, you must file a proof of claim before the applicable Bar Date in accordance with the procedures set forth in this Notice.

Copies of the Debtor's Schedules are available for inspection on the Court's Internet Website at http://www.nyeb.uscourts.gov. A login and password to the Court's Public Access to Electronic Court Records ("PACER") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.gov. Copies of the Debtor's Schedules may also be examined on the Website of the Debtor's Claims Agent at http://cases.gardencitygroup.com/dco or, between the hours of 9:00 a.m. and 4:30 p.m., Monday

through Friday at the Office of the Clerk of the Bankruptcy Court, Alfonse M. D'Amato U.S.

Courthouse, 290 Federal Plaza, Central Islip, NY 11722.  Copies of the Debtor's Schedules may

also be obtained by written request to the Debtor's Claim Agent at the address set forth below:

> Dowling College Case Administration
> c/o GCG
> P.O. Box 10342
> Dublin, Ohio 43017-5542

**If you are unsure about any of these matters, including whether you should file a**

**proof of claim, you may wish to consult an attorney.**

Dated: New York, New York                **BY ORDER OF THE COURT**
      January 13, 2017

_____

COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION
KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
200 WEST 41ST STREET, 17TH FLOOR
NEW YORK, NEW YORK 10036
212.972.3000

**TAX IDENTIFICATION NUMBER ██████5497**

# DANYAL OZIZMIR

# IRREVOCABLE

# TRUST AGREEMENT

## DATED DECEMBER 11, 2012

**NANCY L. OZIZMIR, CO-TRUSTEE**
**U.S. TRUST COMPANY OF DELAWARE, CO-TRUSTEE**

<u>DANYAL OZIZMIR</u>

<u>IRREVOCABLE TRUST AGREEMENT</u>

Nancy L. Ozizmir and U.S. Trust Company of Delaware, original co-Trustees

Dated:  December 11, 2012

Day Pitney LLP
One Canterbury Green
Stamford, Connecticut 06901-2047

– 41 –

U.S. TRUST COMPANY OF DELAWARE

By:

Its

STATE OF CONNECTICUT )
                          ) ss.                               2012
COUNTY OF FAIRFIELD )

      Personally appeared DANYAL OZIZMIR, signer and sealer of the foregoing instrument and acknowledged the same to be his free act and deed, before me.

Notary Public

HERSHELLAR MERRITT
NOTARY PUBLIC
COMMISSION EXPIRES AUG. 31, 2014

STATE OF CONNECTICUT )
                          ) ss.                               2012
COUNTY OF FAIRFIELD )

      Personally appeared NANCY L. OZIZMIR, signer and sealer of the foregoing instrument and acknowledged the same to be her free act and deed, before me.

Notary Public

HERSHELLAR MERRITT
NOTARY PUBLIC
COMMISSION EXPIRES AUG. 31, 2014

-- 42 --

STATE OF Delaware )
) ss.                    2012
COUNTY OF New Castle )

    Personally appeared Michael Weri of U.S. TRUST COMPANY OF
DELAWARE, signer and sealer of the foregoing instrument, who, being duly authorized,
acknowledged the same to be his/her free act and deed and the free act and deed of U.S. TRUST
COMPANY OF DELAWARE, before me.

_____
Notary Public

```
┌─────────────────────────────────────┐
│        SUSAN L MILTENBERGER          │
│           NOTARY PUBLIC              │
│         STATE OF DELAWARE            │
│  My Commission Expires Aug. 22, 2014 │
└─────────────────────────────────────┘
```

# U.S. TRUST

*[illegible subtitle]*

US TRUST COMPANY OF DELAWARE
DIRECTED CO-TRUSTEE OF THE
DANYAL OZIZMIR IRREVOCABLE TRUST
UAD 12/11/2012

## Merrill Lynch
Bank of America Corporation

Your account(s) is serviced by both U.S. Trust Company of Delaware, a subsidiary of Bank of America, N.A. ("BANA"), and MLPF&S. U.S. Trust Company of Delaware provides trust and fiduciary services. MLPF&S acts as broker-dealer and custodian for investments held in the account(s) reflected on this statement(s), unless otherwise provided.

Account Number: ▇▇▇3779

## Net Portfolio Value:

$▇▇▇▇

### Your Financial Advisor:
STEPHEN N WOLANSKE
TWO PICKWICK PLAZA 4TH FLOOR
GREENWICH CT   06830
stephen_wolanske@ml.com
1-203-861-5918

### Trust Officer:
BETTYE J JONES
302-416-3393

# ▇ TRUST MANAGEMENT ACCOUNT

| | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (12/01) | ▇▇▇ | |
| Total Credits | ▇▇▇ | ▇▇▇ |
| Total Debits | ▇▇▇ | ▇▇▇ |
| Securities You Transferred In/Out | ▇▇▇ | ▇▇▇ |
| Market Gains/(Losses) | ▇▇▇ | ▇▇▇ |
| **Closing Value** (12/30) | ▇▇▇ | |

December 01, 2016 - December 30, 2016

| ASSETS | December 30 | November 30 |
|---|---|---|
| Cash/Money Accounts | | |
| Fixed Income | ▇▇▇ | ▇▇▇ |
| Equities | ▇▇▇ | ▇▇▇ |
| Mutual Funds | ▇▇▇ | ▇▇▇ |
| Options | | |
| Other | | |
| *Subtotal (Long Portfolio)* | ▇▇▇ | ▇▇▇ |
| Estimated Accrued Interest | | |
| **TOTAL ASSETS** | ▇▇▇ | ▇▇▇ |

| LIABILITIES | | |
|---|---|---|
| Debit Balance | | |
| Short Market Value | | |
| **NET PORTFOLIO VALUE** | ▇▇▇ | ▇▇▇ |

8504

Merrill Lynch makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S"), a registered broker-dealer, Member Securities Investor Protection Corporation ("SIPC"), and other subsidiaries of Bank of America Corporation. MLPF&S and BANA are wholly owned subsidiaries of Bank of America Corporation.

Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

002

# U.S. TRUST

DANYAL OZIZMIR IRREVOCABLE TRU

**Merrill Lynch**
Bank of America Corporation

Account Number: ███3779

## YOUR TRUST MANAGEMENT ACCOUNT STATEMENT OF PRINCIPAL INVESTMENTS

December 01, 2016 - December 30, 2016

### CASH/MONEY ACCOUNTS

| Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 0.71 | 0.71 | | .71 | | |
| BIF MONEY FUND | 529.00 | 529.00 | 1.0000 | 529.00 | | |
| **TOTAL** | | **529.71** | | **529.71** | | |

### MUNICIPAL BONDS

| Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Accrued Interest | Estimated Annual Income | Current Annual Income Yield% |
|---|---|---|---|---|---|---|---|---|---|
| Δ SUFFOLK CNTY NY IDA CVC | 09/28/15 | 40,000 | 39,988.53 | 99.9270 | 39,970.80 | (17.73) | | 145.00 | 1,800 4.50 |
| FAC RV DOWLING OID ACA  JUN06 04.500%JUN01 2017 | | | | | | | | | |
| MOODY'S: *** S&P: *** CUSIP: 86476BMX1 | | | | | | | | | |
| PAR CALL DATE: 01/30/17  PAR CALL PRICE: 100.00 | | | | | | | | | |
| ORIGINAL UNIT:TOTAL COST: 99.9222:39,968.91 | | | | | | | | | |
| θ INDEPENDENCE CO AR | 09/15/15 | 50,000 | ███████ | ███████ | ███████ | ███████ | | ███████ | ███████ |
| HYDROEL REV JR B ACA FBD  AUG05 04.500%MAY01 2013 | | | | | | | | | |
| MOODY'S: *** S&P: *** CUSIP: 45341BBR3 | | | | | | | | | |
| PAR CALL DATE: 01/30/17  PAR CALL PRICE: 100.00 | | | | | | | | | |
| ORIGINAL UNIT:TOTAL COST: 99.3857:49,692.85 | | | | | | | | | |
| θ INDEPENDENCE CO AR | 09/14/15 | 25,000 | ███████ | ███████ | ███████ | ███████ | | ███████ | ███████ |
| HYDROEL REV OID ACA  MAY03 04.875%MAY01 2019 | | | | | | | | | |
| MOODY'S: *** S&P: *** CUSIP: 45341BATO | | | | | | | | | |
| PAR CALL DATE: 01/30/17  PAR CALL PRICE: 100.00 | | | | | | | | | |
| ORIGINAL UNIT:TOTAL COST: 97.5565:24,389.14 | | | | | | | | | |
| θ SUFFOLK CNTY NY IDA CVC | 09/23/15 | 25,000 | 23,758.48 | 99.0490 | 24,762.25 | 1,003.77 | | 90.63 | 1,125 4.54 |
| FAC RV DOWLING OID ACA  JUN06 04.500%JUN01 2019 | | | | | | | | | |
| MOODY'S: *** S&P: *** CUSIP: 86476BMZ6 | | | | | | | | | |
| PAR CALL DATE: 01/30/17  PAR CALL PRICE: 100.00 | | | | | | | | | |
| ORIGINAL UNIT:TOTAL COST: 94.8502:23,712.56 | | | | | | | | | |

8504

002

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. GETTING YOUR SHIPMENT TO UPS
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| SAM'S DISCOUNT | RAY'S DELI & GROCERY | PAGE PLUS |
| 613 N MARKET ST | 1200 NORTHEAST BLVD | 2926 N MARKET ST |
| WILMINGTON ,DE 19801 | WILMINGTON ,DE 19802 | WILMINGTON ,DE 19802 |

FOLD HERE



# CLAIM NO. 123



| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor: | Case No. |
| Dowling College | 16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**



Your Claim is Scheduled As Follows:

FILED - 00123

EASTERN DISTRICT OF NEW YORK

DOWLING COLLEGE

16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

# Proof of Claim
Official Form 410*

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

---

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | _U.S. Trust Company of Delaware Co-Trustee, Danyal Ozizmir Irrevocable Trust_<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>_U.S. Trust Company of Delaware_<br>Name<br>_1100 N. King St. DE5-002-04-12_<br>Number     Street<br>_Wilmington, DE 19884_<br>City          State          ZIP Code<br><br>Contact phone _(302) 416-3393_<br><br>Contact email _bettye.jones @ ustrust.com_ | **Where should payments to the creditor be sent?**<br>(if different)<br><br>_SAME_<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City          State          ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. | Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____     Filed on _____<br>                                                                                                    MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

*Modified Official Form 410 (GCG 5/16) BND



| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6.** Do you have any number you use to identify the debtor?

☐ No

☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _3  7  7  9_

**7.** How much is the claim?

$ _40,000_ .

Does this amount include interest or other charges?

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.** What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_Bonds Purchased._

**9.** Is all or part of the claim secured?

☒ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition is $_____

Annual Interest Rate (when case was filed) _____%

☐ Fixed

☐ Variable

**10.** Is this claim based on a lease?

☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11.** Is this claim subject to a right of setoff?

☒ No

☐ Yes. Identify the property: _____

**12.** Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. *Check all that apply:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.



| **Part 3:** | **Sign Below** |

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☒ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _02/01/2017_
                        MM / DD / YYYY

U.S. Trust Company of Delaware, Trustee

By:

_Bettye J. Jones, Sr. V.P._

Signature  Bettye J. Jones,

Print the name of the person who is completing and signing this claim:

Name        ~~Bettye J. Jones~~
            First name    **Senior Vice President**    Middle name        Last name

Title

Company     _U.S. Trust Company of Delaware_
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     _1100 N. King Street - DE5-002-04-12_
            Number        Street
            _Wilmington, DE    19884_
            City                                State            ZIP Code

Contact phone  _(302) 416-3393_    Email  _bettye.jones@ustrust.com_

---

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all the information for the claim as of the Petition Date.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction of information* in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents** because attachments may be destroyed after scanning.

- **If the claim is based on delivering health care goods or services,** do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- **A** *Proof of Claim* **form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the** year of any person's date of birth. See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C.§507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

**Examples of liens on property** include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

### Do not file these instructions with your form.







# GCG

## Garden City Group, LLC℠

800-327-3664 | gardencitygroup.com
1985 Marcus Avenue, Lake Success, NY 11042

To All Holders of Securities

In re:    Dowling College
          Case No. 16-75545 (REG)

To Whom It May Concern:

Enclosed please find a Notice of Deadline for Filing Proofs of Claim (the "Bar Date Notice") and a proof of claim form in the above referenced bankruptcy case pending in the United States Bankruptcy Court for the Eastern District of New York.  Please refer to the Bar Date Notice for complete instructions for filing a proof of claim.

**As set forth in paragraph 4(f) of the attached Bar Date Notice, you do not need to file a proof of claim if you hold a claim that is limited exclusively to the repayment of principal, interest and/or other applicable fees and expenses (a "Debt Claim") under the agreements governing any syndicated credit facility or debt security (including, (including, without limitation, any municipal, taxable or tax-exempt bond) issued by or for the benefit of the Debtor pursuant to an indenture (together, the "Debt Instruments"); *provided, however*, that (i) the foregoing exclusion shall not apply to the administrative agent under the applicable credit facility or the indenture trustee under the applicable indenture (each, a "Debt Representative"), (ii) each Debt Representative shall be authorized to and required to file a single proof of claim, on or before the General Bar Date, on account of all Debt Claims against the Debtor under the applicable Debt Instruments and (iii) any holder of a Debt Claim wishing to assert a claim, other than a Debt Claim, arising out of or relating to a Debt Instrument, shall be required to file a proof of claim with respect to such claim on or before the General Bar Date, unless another exception identified herein applies.  In addition, with respect to claims filed by any indenture trustee under the applicable indenture, such claimants need not attach copies of the documents evidencing and/or securing the claims.**

Thank you,
Garden City Group, LLC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re                                               :      Chapter 11

                                            :

DOWLING COLLEGE,                                     :

f/d/b/a DOWLING INSTITUTE,                           :      Case No. 16-75545 (REG)

f/d/b/a DOWLING COLLEGE ALUMNI                       :

ASSOCIATION,                                         :

f/d/b/a CECOM,                                       :

a/k/a DOWLING COLLEGE, INC.,                         :

                                            :

                            Debtor.    :

-------------------------------------------------------------x

## NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE MARCH 10, 2017 (GENERAL BAR DATE) AND MAY 30, 2017 (GOVERNMENTAL BAR DATE)

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST DOWLING COLLEGE:**

The United States Bankruptcy Court for the Eastern District of New York, having

jurisdiction over Dowling College ("Dowling" or the "Debtor") in the above captioned chapter 11

case (the "Chapter 11 Case"), entered an order (the "Bar Date Order") establishing **March 10,**

**2017 at 5:00 p.m. (prevailing Eastern Time)** as the last date for each person or entity (including,

without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a

proof of claim based on prepetition claims against the Debtor (the "General Bar Date"); and (ii)

**May 30, 2017 at 5:00 p.m. (prevailing Eastern Time)** as the last date and time for each

governmental unit (as defined in Section 101(27) of the title 11 of the United States Code (the

"Bankruptcy Code")) to file a proof of claim based on prepetition claims against the Debtor (the

"Governmental Bar Date" and, together with the General Bar Date, the "Bar Dates").

The Bar Dates and the procedures set forth below for filing proofs of claim apply to all

claims against the Debtor that arose prior to November 29, 2016 (the "Petition Date"), the date on

which the Debtor commenced a case under chapter 11 of the Bankruptcy Code, except for those

holders of the claims listed in Section 4 below that are specifically excluded from the Bar Date filing requirement.

## 1.    WHO MUST FILE A PROOF OF CLAIM

You MUST file a proof of claim to vote on a Chapter 11 plan filed by the Debtor or to share in distributions from the Debtor's bankruptcy estate if you have a claim that arose prior to the Petition Date, and it is not one of the types of claim described in Section 4 below.  Claims based on acts or omissions of the Debtor that occurred before the Petition Date, including, without limitation, those that may be entitled to administrative claim status pursuant to 503(b)(9) must be filed on or prior to the Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under Section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

## 2.    WHAT TO FILE

Your filed Proof of Claim must be in the form annexed to this notice or otherwise conform substantially to Official Form No. B410, which can be viewed at http://www.uscourts.gov/forms/bankruptcy-forms.  Additional Proof of Claim Forms can be obtained at the Debtor's Claims Agent Website at http://cases.gardencitygroup.com/dco.

2

The proof of claim form must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.   It must be written in English and be denominated in United States currency.  You must attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary).

Your proof of claim form shall not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials) or a financial account number (only the last four digits of such financial account).

**3.    WHEN AND WHERE TO FILE**

Except as provided for herein, all proofs of claim must be filed so as to be **actually received on or before** the applicable Bar Date.

To file a proof of claim, you must submit your claim either (i) electronically by utilizing the Online Portal that can be accessed at Debtor's Court appointed Claims Agent's website: http://www.gardencitygroup.com/cases/dco or (ii) by delivering the original proof of claim either by U.S. Postal Service mail or overnight delivery on the Debtor's Court appointed Claims Agent or the Bankruptcy Court at:

**IF BY FIRST CLASS MAIL:**

Dowling College Case Administration
c/o GCG
P.O. Box 10342
Dublin, OH 43017-5542

<u>OR</u>

**IF BY HAND DELIVERY OR OVERNIGHT MAIL:**

Dowling College Case Administration

c/o GCG
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

<u>OR</u>

**IF BY HAND DELIVERY:**

United States Bankruptcy Court, EDNY
Alfonse D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, New York 11722
Attn: Clerk of the Court

Each Proof of Claim shall be deemed timely filed only if (i) the proof of claim is submitted electronically, so as to be actually received by GCG on or before the applicable Bar Date, by using the Online Portal, or (ii) the Proof of Claim is mailed or delivered so as to be actually received by the Debtor's court approved claims agent, GCG, or by the Court, on or before the applicable Bar Date at the address listed herein.

ANY CREDITOR THAT ELECTRONICALLY FILES A PROOF OF CLAIM SHALL RETAIN SUCH PROOF OF CLAIM (AND SUPPORTING DOCUMENTS) WITH AN ORIGINAL SIGNATURE FOR A PERIOD OF NOT LESS THAN TWO (2) YEARS FROM THE DATE THE PROOF OF CLAIM IS ELECTRONICALLY FILED.

Except as expressly permitted in the context of electronic submission via the Online Portal, proofs of claim sent by facsimile, telecopy or electronic mail transmission will not be accepted.

**4.      WHO NEED NOT FILE A PROOF OF CLAIM**

You do **not** need to file a proof of claim on or before the applicable Bar Date if you are:

(a) A person or entity that has already filed a proof of claim against the Debtor in this case with the Clerk of the Bankruptcy Court for the Eastern District of New York in a form substantially similar to Official Bankruptcy Form No. B410;

(b) A person or entity whose claim is listed on the Schedules of Assets and Liabilities filed by the Debtor (collectively, the "Schedules") [Docket Entry No. 93] if (i) the claim is not scheduled as "disputed," "contingent," or "unliquidated" and (ii) you agree with the amount, nature and priority of the claim as set forth in the Schedules;

(c) A holder of a claim that has already been allowed in this case by order of the Court;

(d) A holder of a claim for which a different deadline for filing a proof of claim in this case has already been fixed by this Court;

(e) A holder of a claim allowable under Sections 503(b), other than a claim entitled to administrative priority pursuant to Sections 503(b)(9) and 507(a)(2) of the Bankruptcy Code as an expense of administration of the Debtor's estate; or

(f) Any person or entity whose claim is limited exclusively to the repayment of principal, interest and other fees and expenses (a "Debt Claim") under the agreements governing any syndicated credit facility or debt security (including, without limitation, any municipal, taxable or tax-exempt bond) issued by or for the benefit of the Debtor pursuant to an indenture (together, the "Debt Instruments"); *provided, however*, that (i) the foregoing exclusion in this subparagraph shall not apply to the administrative agent under the applicable credit facility or the indenture trustee under the applicable indenture (each, a "Debt Representative"), (ii) each Debt Representative shall be authorized to and required to file a single proof of claim, on or before the General Bar Date, on account of all Debt Claims against the Debtor under the applicable Debt Instruments and (iii) any holder of a

5

Debt Claim wishing to assert a claim, other than a Debt Claim, arising out of or relating to a Debt Instrument, shall be required to file a proof of claim with respect to such claim on or before the General Bar Date, unless another exception identified herein applies. In addition, with respect to claims filed by any indenture trustee under the applicable indenture, such claimants need not attach copies of the documents evidencing and/or securing the claims.

If you are a holder of an equity interest in the Debtor, you need not file a proof of interest with respect to the ownership of such equity interest at this time. But, if you assert a claim against the Debtor, including a claim relating to your equity interest or the purchase or sale of that interest you must file a proof of claim on or prior to the applicable Bar Date in accordance with the procedures set forth in this Notice.

This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtor but may not have an unpaid claim against the Debtor. The fact that you have received this Notice does not mean that you have a claim, or that the Debtor or the Court believes that you have a claim against the Debtor.

## 5.    EXECUTORY CONTRACTS AND UNEXPIRED LEASES

If you have a claim arising out of the rejection of an executory contract or unexpired lease as to which the order authorizing such rejection is dated on or before January 13, 2017, the date of entry of the Bar Date Order, you must file a proof of claim based on such rejection on or before the later of the applicable Bar Date or the date that is 30 days after the date of the order authorizing such rejection. Any person or entity that has a claim arising from the rejection of an executory contract or unexpired lease, as to which the order is dated after the date of entry of the Bar Date Order, you must file a proof of claim with respect to such claim by the later of 30 days

after the effective date of such rejection or such other date fixed by the Court in the applicable

order authorizing rejection of such contract or lease.

6.    **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

ANY HOLDER OF A CLAIM THAT IS NOT EXCEPTED FROM THE

REQUIREMENTS OF THIS ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT

FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM, WILL BE

BARRED FROM ASSERTING ITS CLAIM AGAINST THE DEBTOR AND ITS CHAPTER

11 ESTATE, VOTING ON ANY PLAN OF LIQUIDATION FILED IN THIS CASE, AND

PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTOR'S CHAPTER 11 CASE ON

ACCOUNT OF THAT CLAIM.

7.    **THE DEBTOR'S SCHEDULES AND ACCESS THERETO**

You may be listed as the holder of a claim against the Debtor in the Debtor's Schedules.

If you agree with the nature, amount and status of your claim as listed in the Debtor's Schedules,

and if your claim is not described as "disputed," "contingent," or "unliquidated," you do not need

to file a proof of claim.  Otherwise, you must file a proof of claim before the applicable Bar Date

in accordance with the procedures set forth in this Notice.

Copies of the Debtor's Schedules are available for inspection on the Court's Internet

Website at http://www.nyeb.uscourts.gov.  A login and password to the Court's Public Access to

Electronic Court Records ("PACER") are required to access this information and can be obtained

through the PACER Service Center at http://www.pacer.gov.  Copies of the Debtor's Schedules

may also be examined on the Website of the Debtor's Claims Agent at

http://cases.gardencitygroup.com/dco or, between the hours of 9:00 a.m. and 4:30 p.m., Monday

through Friday at the Office of the Clerk of the Bankruptcy Court, Alfonse M. D'Amato U.S.

Courthouse, 290 Federal Plaza, Central Islip, NY 11722.  Copies of the Debtor's Schedules may

also be obtained by written request to the Debtor's Claim Agent at the address set forth below:

> Dowling College Case Administration
> c/o GCG
> P.O. Box 10342
> Dublin, Ohio 43017-5542

**If you are unsure about any of these matters, including whether you should file a**

**proof of claim, you may wish to consult an attorney.**

Dated: New York, New York                    **BY ORDER OF THE COURT**
      January 13, 2017

_____
COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION
KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
200 WEST 41ST STREET, 17TH FLOOR
NEW YORK, NEW YORK 10036
212.972.3000

8

**TAX IDENTIFICATION NUMBER ▮▮▮▮5497**

## DANYAL OZIZMIR

## IRREVOCABLE

## TRUST AGREEMENT

## DATED DECEMBER 11, 2012

**NANCY L. OZIZMIR, CO-TRUSTEE**
**U.S. TRUST COMPANY OF DELAWARE, CO-TRUSTEE**

<u>DANYAL OZIZMIR</u>

<u>IRREVOCABLE TRUST AGREEMENT</u>

Nancy L. Ozizmir and U.S. Trust Company of Delaware, original co-Trustees

Dated: December 11, 2012

Day Pitney LLP
One Canterbury Green
Stamford, Connecticut 06901-2047

– 41 –

U.S. TRUST COMPANY OF DELAWARE

By: _____

    Its _____

STATE OF CONNECTICUT )
                    ) ss.                                 2012
COUNTY OF FAIRFIELD )

    Personally appeared DANYAL OZIZMIR, signer and sealer of the foregoing instrument and acknowledged the same to be his free act and deed, before me.

_____
Notary Public

**HERSHELLAR MERRITT**
***NOTARY PUBLIC***
COMMISSION EXPIRES AUG. 31, 2014

STATE OF CONNECTICUT )
                    ) ss.                                 2012
COUNTY OF FAIRFIELD )

    Personally appeared NANCY L. OZIZMIR, signer and sealer of the foregoing instrument and acknowledged the same to be her free act and deed, before me.

_____
Notary Public

**HERSHELLAR MERRITT**
***NOTARY PUBLIC***
COMMISSION EXPIRES AUG. 31, 2014

-- 42 --

STATE OF Delaware )
                  ) ss.                                    2012
COUNTY OF New Castle )

    Personally appeared Michael Weri of U.S. TRUST COMPANY OF DELAWARE, signer and sealer of the foregoing instrument, who, being duly authorized, acknowledged the same to be his/her free act and deed and the free act and deed of U.S. TRUST COMPANY OF DELAWARE, before me.

Susan L. Miltenberger
Notary Public

```
SUSAN L MILTENBERGER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 22, 2014
```

# U.S. TRUST

# TRUST MANAGEMENT ACCOUNT

**Merrill Lynch**
Bank of America Corporation

US TRUST COMPANY OF DELAWARE
DIRECTED CO-TRUSTEE OF THE
DANYAL OZIZMIR IRREVOCABLE TRUST
UAD 12/11/2012

Your account(s) is serviced by both U.S. Trust Company of Delaware, a subsidiary of Bank of America, N.A. ("BANA"), and MLPF&S. U.S. Trust Company of Delaware provides trust and fiduciary services. MLPF&S acts as broker-dealer and custodian for investments held in the account(s) reflected on this statement(s), unless otherwise provided.

Account Number: ████3779

## Net Portfolio Value:

**Your Financial Advisor:**
STEPHEN N WOLANSKE
TWO PICKWICK PLAZA 4TH FLOOR
GREENWICH CT   06830
stephen_wolanske@ml.com
1-203-861-5918

**Trust Officer:**
BETTYE J JONES
302-416-3393

| | This Statement | Year to Date |
|---|---|---|
| Opening Value (12/01) | ████ | ████ |
| Total Credits | | |
| Total Debits | ████ | ████ |
| Securities You Transferred In/Out | ████ | ████ |
| Market Gains/(Losses) | ████ | ████ |
| Closing Value (12/30) | ████ | ████ |

December 01, 2016 - December 30, 2016

| | December 30 | November 30 |
|---|---|---|
| **ASSETS** | | |
| Cash/Money Accounts | | |
| Fixed Income | | |
| Equities | ████ | ████ |
| Mutual Funds | ████ | ████ |
| Options | | |
| Other | | |
| Subtotal (Long Portfolio) | ████ | ████ |
| Estimated Accrued Interest | ████ | ████ |
| **TOTAL ASSETS** | ████ | ████ |
| **LIABILITIES** | | |
| Debit Balance | | |
| Short Market Value | | |
| **NET PORTFOLIO VALUE** | ████ | ████ |

Merrill Lynch makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S"), a registered broker-dealer, Member Securities Investor Protection Corporation ("SIPC"), and other subsidiaries of Bank of America Corporation. MLPF&S and BANA are wholly owned subsidiaries of Bank of America Corporation.

Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|

002

8504

# U.S. TRUST
Bank of America Private Wealth Management

**Merrill Lynch**
Bank of America Corporation

DANYAL OZIZMIR IRREVOCABLE TRU

Account Number: [redacted]3779

## YOUR TRUST MANAGEMENT ACCOUNT STATEMENT OF PRINCIPAL INVESTMENTS

December 01, 2016 - December 30, 2016

| CASH/MONEY ACCOUNTS<br>Description | Quantity | Total<br>Cost Basis | Adjusted/Total<br>Cost Basis | Estimated<br>Market Price | Estimated<br>Market Value | Estimated<br>Market Value | Unrealized<br>Gain/(Loss) | Estimated<br>Accrued Interest | Estimated<br>Annual Income | Estimated/Current<br>Annual Income Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| CASH | 0.71 | 0.71 | | | | .71 | | | | |
| BIF MONEY FUND | 529.00 | 529.00 | | 1.0000 | | 529.00 | | | | |
| **TOTAL** | | **529.71** | | | | **529.71** | | | | |

| MUNICIPAL BONDS<br>Description | Acquired | Quantity | Adjusted/Total<br>Cost Basis | Estimated<br>Market Price | Estimated<br>Market Value | Unrealized<br>Gain/(Loss) | Estimated<br>Accrued Interest | Estimated<br>Annual Income | Est. Annual<br>Yield% |
|---|---|---|---|---|---|---|---|---|---|
| Δ SUFFOLK CNTY NY IDA CVC | 09/28/15 | 40.000 | 39,988.53 | 99.9270 | 39,970.80 | (17.73) | 145.00 | 1,800 | 4.50 |
| FAC RV DOWLING OID ACA   JUN06 04.500%JUN01 2017 | | | | | | | | | |
| MOODY'S: *** S&P: *** CUSIP: 8647768MX1 | | | | | | | | | |
| PAR CALL DATE: 01/30/17  PAR CALL PRICE: 100.00 | | | | | | | | | |
| ORIGINAL UNIT/TOTAL COST: 99.9222/39,968.91 | | | | | | | | | |
| θ INDEPENDENCE CO AR | 09/15/15 | 50.000 | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ | |
| HYDROEL REV JR B ACA FBO   AUG05 04.500%MAY01 2018 | | | | | | | | | |
| MOODY'S: *** S&P: *** CUSIP: 45341 9BR3 | | | | | | | | | |
| PAR CALL DATE: 01/30/17  PAR CALL PRICE: 100.00 | | | | | | | | | |
| ORIGINAL UNIT/TOTAL COST: 99.3857/49,692.85 | | | | | | | | | |
| θ INDEPENDENCE CO AR | 09/14/15 | 25.000 | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ | |
| HYDROEL REV OID ACA   MAY03 04.875%MAY01 2019 | | | | | | | | | |
| MOODY'S: *** S&P: *** CUSIP: 45341 9ATO | | | | | | | | | |
| PAR CALL DATE: 01/30/17  PAR CALL PRICE: 100.00 | | | | | | | | | |
| ORIGINAL UNIT/TOTAL COST: 97.5565/24,389 14 | | | | | | | | | |
| θ SUFFOLK CNTY NY IDA CVC | 09/23/15 | 25.000 | 23,758.48 | 99.0490 | 24,762.25 | 1,003.77 | 90.63 | 1,125 | 4.54 |
| FAC RV DOWLING OID ACA   JUN06 04.500%JUN01 2019 | | | | | | | | | |
| MOODY'S: *** S&P: *** CUSIP: 8647768MZ6 | | | | | | | | | |
| PAR CALL DATE: 01/30/17  PAR CALL PRICE: 100.00 | | | | | | | | | |
| ORIGINAL UNIT/TOTAL COST: 94.8502/23,712.56 | | | | | | | | | |

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| SAM'S DISCOUNT | RAY'S DELI & GROCERY | PAGE PLUS |
| 613 N MARKET ST | 1200 NORTHEAST BLVD | 2926 N MARKET ST |
| WILMINGTON ,DE 19801 | WILMINGTON ,DE 19802 | WILMINGTON ,DE 19802 |

FOLD HERE



# CLAIM NO. 240

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK

| Name of Debtor: | Case No. |
| Dowling College | 16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**



Your Claim is Scheduled As Follows:



FEB 2 2 2017

FILED - 0024D
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim
Official Form 410*

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

## Part 1:    Identify the Claim

| 1. | Who is the current creditor? | WALDEMAR LIPINSKI |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>WALDEMAR LIPINSKI<br>Name<br>148 FREEMAN ST<br>Number    Street<br>BROOKLYN  NY  11222<br>City    State    ZIP Code<br><br>Contact phone 347 210 6867<br><br>Contact email waldemar lipinski<br>@ yahoo.com | **Where should payments to the creditor be sent?** (if different)<br><br>Name<br><br>Number    Street<br><br>City    State    ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. | Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____<br>MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

*Modified Official Form 410 (GCG 5/16) BND

page 1



## Part 2:    Give Information About the Claim as of the Date the Case Was Filed

| 6. | Do you have any number you use to identify the debtor? | ☑ No |
|---|---|---|
| | | ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___  ___  ___  ___ |

| 7. | How much is the claim? | $ __75,000.00__ | Does this amount include interest or other charges? |
|---|---|---|---|
| | | | ☑ No |
| | | | ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

**8.** **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9.** **Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                     $_____

Amount of the claim that is secured:     $_____

Amount of the claim that is unsecured:  $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

| 10. | Is this claim based on a lease? | ☑ No |
|---|---|---|
| | | ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |

| 11. | Is this claim subject to a right of setoff? | ☑ No |
|---|---|---|
| | | ☐ Yes. Identify the property: _____ |

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | **Amount entitled to priority** |
|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check all that apply:* | |
| | | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |



| Part 3: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02 - 15 - 2017
                  MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

Name _____
     First name          Middle name          Last name

Title _____

Company _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
        Number       Street

        _____
        City                        State       ZIP Code

Contact phone _____  Email _____

---

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

---

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to *privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA, NYSE, and SIPC
4/3 West Van Buren Street, Floor 11
Chicago, IL 60606-3534
(800) 690-4557

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

J.P. Morgan Clearing Corp.
4 Metrotech Center, Floor 3
Brooklyn, New York 11245-0001

Page 2 of 2

WALDEMAR LIPINSKI
148 FREEMAN ST APT 1L
BROOKLYN NY 11222-1361

Processing Date                    7/1/15
Account Number         740-73992  AR6
Private Client Advisor    MARTIN JANKOWSKI
                                    (212) 327-3547

## FIXED INCOME
(continued)

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type | Money Amount | Type | C* | Trade Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/15 | 07/07/15 | Bought | SUFFOLK CNTY N Y INDL DEV AGY SER A AC4 GTD DUE 06/01/2026  04.750% INTEREST DATES JUN, DEC 01 06/26/08      DATED DATE UNSOLICITED MSRB requires you to have been informed of material information known or reasonably accessible to JPMS. AMERICAN CAPITAL ACCESS INS BOOK ENTRY FORM ONLY AVAILABLE REVENUE BOND PRIVATE HIGHER EDUCATION DOWLING COLLEGE YIELD    4.174 % TO PAR CALL YIELD    4.690 % TO MATURITY CALLABLE  06/01/16 AT 100.000 SUBJECT TO EXTRAORDINARY CALL NOT RATED BY MOODY'S/S&P ADDITIONAL CALL FEATURES EXIST THAT MAY AFFECT YIELD; COMPLETE INFORMATION WILL BE PROVIDED UPON REQUEST. INITIAL OFFERING AT  \$67,357 | 86476BNC6 | 75,000 | 100.50 | Principal Interest Service Chg NET AMOUNT | 75,375.00 356.25 3.00 75,734.25 | Cash | 7 | 23625 |

*In the event that the meaning of a code referenced above (and such code's definition on the back of this confirmation) conflicts with other wording on the front of this confirmation, the wording on the front of this confirmation shall control.

W. Lipinski
148 Freeman Street
Brooklyn, NY 11222



NEW YORK NY 100

16 FEB 2017 PM 11 L

Dowling College Case
c/o GCG
Administration
P.o. box 10342
Dublin, OH 43017-3542

# CLAIM NO. 222



| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor: Dowling College | Case No. 16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

Your Claim is Scheduled As Follows:

FILED - 00222
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

Garden City Group, LLC
FEB 21 2017

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim
## Official Form 410*

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | William A Apfel |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**     **Where should payments to the creditor be sent? (if different)** <br><br> William A Apfel <br> Name            Name <br><br> 100 West 72 Street Apt 5EF <br> Number Street     Number    Street <br><br> New York NY 10023 <br> City   State   ZIP Code     City   State   ZIP Code <br><br> Contact phone 917 291 1685     Contact phone _____ <br><br> Contact email apfelw@aol.com     Contact email _____ |
| 4. | Does this claim amend one already filed? | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____ MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ |

*Modified Official Form 410 (GCG 5/16) BND                                    page 1



| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☑ No<br><br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
|---|---|---|
| 7. | How much is the claim? | $ 25,000.00 _____. Does this amount include interest or other charges?<br>☐ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Suffolk County NY Industrial Development Agency Bond |
| 9. | Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>Nature of property:<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>Basis for perfection: _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:                                        $_____<br><br>Amount of the claim that is secured:      $_____<br><br>Amount of the claim that is unsecured:  $_____   (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition: $_____<br><br>Annual Interest Rate (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |
| 10. | Is this claim based on a lease? | ☑ No<br><br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. | Is this claim subject to a right of setoff? | ☑ No<br><br>☐ Yes. Identify the property: _____ |
| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br><br>☐ Yes. *Check all that apply:* |

|  | | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.



## Part 3:   Sign Below

| | |
|---|---|
| **The person completing this proof of claim must sign and date it.** FRBP 9011(b). | *Check the appropriate box:*<br><br>☑ I am the creditor.<br><br>☐ I am the creditor's attorney or authorized agent.<br><br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br><br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    02 / 15 / 2017
                    MM / DD / YYYY

Signature _Wm Alan Apfel_

Print the name of the person who is completing and signing this claim:

Name    William          Alan            Apfel
        First name       Middle name     Last name

Title   _____

Company _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address 100 West 72 Street  Apt 5 EF
        Number      Street

        New York              NY            10023
        City                  State         ZIP Code

Contact phone  917 291 1685    Email  apfelw@aol.com

---

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

---

## Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**



# fms bonds, Inc.
**Municipal Bond Specialists**

20660 W. Dixie Hwy. • Miami Beach, FL 33180        301 Yamato Rd. • Ste    00 • Boca Raton, FL 33431

Toll Free 800.741.1103

| | ACCOUNT NUMBER | TRANS. NO. | TR | CAP | SETT | A/I | TRADE DATE | SETTLEMENT DATE | ENTRY DATE |
|---|---|---|---|---|---|---|---|---|---|
| C | 050-80974-17 | 193-0053 | 294 | 8-B | | 4 | 07/12/06 | 07/17/06 | |

| IDENTIFICATION NO. | ACCOUNT NAME | SPECIAL INSTRUCTIONS |
|---|---|---|
| ON FILE | EVERETT APFEL REV. TRUST | SAFEKEEP SECURITIES |
| 150 X | U/A/D 04/02/97 | |
| | EVERETT APFEL TRUSTEE | |
| | APT 16O | |
| | 26910 GRAND CENTRAL PKWY | ACCOUNT OF: |
| | FLORAL PARK NY 11005-1016 | OR SPECIAL DISPOSITION |

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT DUE |
|---|---|---|---|---|
| YOU BOT | 25,000 | 864768NA0* | SUFFOLK CO NY INDL DEV AGY | 24,876.45 |

CIVIC FAC REV DOWLING COLL   4.625%
PRICED TO MATURITY           CIVIC FAC   ACA INSURED   06/01/2020
YIELD 4.700                  CALLABLE 06/01/16@100.000

| PRICE | PRINCIPAL AMOUNT | INTEREST | CDSC | TAX or FCF | MISC. | REG FEE | | A.E. |
|---|---|---|---|---|---|---|---|---|
| 99.236 | 24809.00 | 67.45 | | | | | D | 327 |

FIRST IPD 12/01/06          *TRANSFERRED 3-17-10*
INT FROM 06/26/06 TO 07/17/06 FEDERALLY TAX EXEMPT  GLOBAL (BOOK ENTRY ONLY)
ORIG ISSUE PRICE  97.9350  A.C.A. INSURED RATED: MOODY'S N/R  S & P A
ADD'TL CALL FEATURES MAY EXIST THAT CAN AFFECT YIELD; INFO AVAIL UPON REQUEST.

MEMBERS  National Association of
Securities Dealers, Inc

**SIPC**

PLEASE RETAIN FOR                    VISIT US ONLINE AT www.fmsbonds.com
YOUR RECORDS          SEE REVERSE SIDE FOR ADDITIONAL INFORMATION AND EXPLANATION.

Mr William A Apfel
Apt 5E
100 W 72nd St
New York, NY 10023-3350

100 West 72nd Street
New York, N.Y. 10023

15 FEB 2017 PM 16 L

Dowling College Case Administration
c/o GCG
P.O. Box 10342
Dublin, OH 43017-5542

43017-554242

Liberty
FOREVER