**In re: Dowling College**
**Trustee's Second Omnibus Objection to Claims**

## Exhibit A

| Seq. No. | Claim No. | Creditor's Name and Address | Unsecured Amount Claimed | Basis for Objection to Claim | Relief Sought |
|---|---|---|---|---|---|
| 1 | 194 | Allan B. Mendelsohn<br>Chapter 7 Trustee of the Estate of Hampton Transportation Venture<br>38 New Street<br>Huntington, NY 11743 | $27,760.00 | The Debtor's books and records do not reflect any amount due to this claimant. | Disallowance |
| 2 | 408 | Barnes & Noble College Booksellers, LLC<br>120 Mountain View Boulevard<br>Basking Ridge, NJ 07920 | $44,705.64 | The Debtor's books and records reflect a lesser amount due than claimed. | Reduce claim to a general unsecured claim in the amount of $16,788.66 |
| 3 | 187 | Block Chiropractic Sports and Wellness<br>301 Maple Avenue<br>Smithtown, NY11787 | $81,767.00 | The Debtor's books and records do not reflect any amount due to this claimant. | Disallowance |
| 4 | 9 | Bonnie Nohs for Michelle T. Nohs (Deceased)<br>150 Oak Street<br>Copiague, NY 11726 | $15,000.00 | The Debtor's books and records do not reflect any amount due to this claimant. | Disallowance |
| 5 | 290 | Bri-Tech, Inc.<br>829 Lincoln Avenue<br>Bohemia, NY 11716 | $10,544.50 | The Debtor's books and records reflect a lesser amount due than claimed. | Reduce claim to a general unsecured claim in the amount of $4,840.50. |
| 6 | 75 | CIT Finance, LLC<br>PO Box 593007<br>San Antonio, TX 78259 | $10,504.34 | The Debtor's books and records reflect a lesser amount due than claimed. | Reduce claim to a general unsecured claim in the amount of $6,132.12. |
| 7 | 53 | Deanna Ocampo for Michelle T. Nohs (Deceased)<br>78 Cullen Avenue<br>Islip, NY 11751<br>Attn: Deanna Ocampo | $500.00 | The Debtor's books and records do not reflect any amount due to this claimant. | Disallowance |
| 8 | 179 | Delta Mu Delta<br>3730 Grand Boulevard<br>Brookfield, IL 60513-1624 | $1,940.93 | The Debtor's books and records do not reflect any amount due to this claimant. | Disallowance |
| 9 | 252 | Doherty, Enterprises, Inc.<br>7 Pearl Court<br>Allendale, NJ 07401 | $10,000.00 | The Debtor's books and records do not reflect any amount due to this claimant. | Disallowance |

**In re: Dowling College**
**Trustee's Second Omnibus Objection to Claims**

## Exhibit A

| Seq. No. | Claim No. | Creditor's Name and Address | Unsecured Amount Claimed | Basis for Objection to Claim | Relief Sought |
|---|---|---|---|---|---|
| 10 | 405 | Elinor Brunswick Appel<br>85 Windham Road<br>Rockville Centre, NY 11570 | $2,994.55 | The Debtor's books and records do not reflect any amount due to this claimant. | Disallowance |
| 11 | 447 | Elsevier BV<br>c/o Elsevier O2C<br>POB 1270<br>1000 BG Amsterdam<br>The Netherlands | $27,536.80 | The Debtor's books and records reflect a lesser amount due than claimed. | Reduce claim to a general unsecured claim in the amount of $13,367.38. |
| 12 | 358 | Expense Reduction Analysts<br>Addison Tower<br>16415 Addison Road<br>Addison, TX 75001<br>Attn: Dianna Ludlow-Arreola | $8,188.52 | The Debtor's books and records reflect a lesser amount due than claimed. | Reduce claim to a general unsecured claim in the amount of $3,090.57. |
| 13 | 203 | Gayle M. Balmuth<br>13 Marjon Avenue<br>Scotia, NY 12302 | $25,000.00 | The Debtor's books and records do not reflect any amount due to this claimant. | Disallowance |
| 14 | 451 | Geeta Persad<br>55 Palm Street<br>Central Islip, NY 11722 | Unliquidated | The Debtor's books and records do not reflect any amount due to this claimant. | Disallowance |
| 15 | 169 | Grammy Enterprises LLC<br>c/o Reisman Peirez Reisman & Capobianco LLP<br>1305 Franklin Avenue<br>PO Box 119<br>Garden City, NY 11530<br>Attn: JC | $4,000.00 | The Debtor's books and records do not reflect any amount due to this claimant. | Disallowance |
| 16 | 455 | Hartford Fire Insurance Company<br>Hartford Plaza<br>Bankruptcy Unit NP-3<br>Hartford, CT 06155 | $56,511.00 | The Debtor's books and records do not reflect any amount due to this claimant. | Disallowance |
| 17 | 276 | Hobsons Inc<br>c/o Taft Stettinius & Hollister LLP<br>425 Walnut Street #1800<br>Cincinnati, OH 45202<br>Attn: Casey Cantrell Swartz | $52,704.86 | The Debtor's books and records reflect a lesser amount due than claimed. | Reduce claim to a general unsecured claim in the amount of $32,304.86. |
| 18 | 142 | Joseph Economico<br>49 Clayton Boulevard, Apt. 121<br>Baldwin Place, NY 10505 | $245.25 | The Debtor's books and records reflect that this claim has | Disallowance |

**In re: Dowling College**
**Trustee's Second Omnibus Objection to Claims**

# Exhibit A

| Seq. No. | Claim No. | Creditor's Name and Address | Unsecured Amount Claimed | Basis for Objection to Claim | Relief Sought |
|---|---|---|---|---|---|
| | | | | been satisfied. | |
| 19 | 125 | Laser Performance Products, Inc. 44 W. Jefryn Boulevard, Ste. N Deer Park, NY 11729 | $6,000.00 | The Debtor's books and records do not reflect any amount due to this claimant. | Disallowance |
| 20 | 383 | Local 153 Pension Plan 1300 East Ninth Street, Suite 616 Cleveland, Ohio 44114-1503 Attn: David M. Fusco | $714,910.00 | Although the claim purports to provide a "good faith estimate" of alleged pension withdrawal liability, it provides no information regarding claimant's calculation of any such liability, if any. The Debtor's books and records do not reflect any liability for this claim. | Disallowance |
| 21 | 425 | Maryann Caputo 1 Wateredge Court Oakdale, NY 11769 | $1,707.88 | The Debtor's books and records do not reflect any amount due to this claimant. | Disallowance |
| 22 | 85 | Mike Caldarella 108 Kemah-Mecca Lake Road Newton, NJ 07860 | $275.00 | The Debtor's books and records reflect that this claim has been satisfied. | Disallowance |
| 23 | 293 | National Union Fire Insurance Company 175 Water Street, 15th Floor New York, NY 10038 | $5,000.00 | The Debtor's books and records do not reflect any amount due to this claimant. | Disallowance |
| 24 | 168 | Platinum Energy LLC 266 Bangor Street Lindenhurst, NY 11757 Attn: Justin Schwartz | $26,648.64 | The Debtor's books and records do not reflect any amount due to this claimant. | Disallowance |
| 25 | 27 | Robert Elkins 139 Richmond Avenue Medford, NY 11763 | $2,109.60 | The Debtor's books and records reflect that this claim has been satisfied. | Disallowance |
| 26 | 165 | Robert Moccia | $410.00 | The Debtor's books | Disallowance |

**In re: Dowling College**
**Trustee's Second Omnibus Objection to Claims**

## Exhibit A

| Seq. No. | Claim No. | Creditor's Name and Address | Unsecured Amount Claimed | Basis for Objection to Claim | Relief Sought |
|---|---|---|---|---|---|
| | | 208-04 Robert Road<br>Bayside, NY 11360 | | and records reflect that this claim has been satisfied. | |
| 27 | 393 | Royal Star Associates, Inc.<br>c/o Phillips, Artura & Cox<br>165 South Wellwood Avenue<br>Lindenhurst, NY 11757 | $46,437.50 | The Debtor's books and records reflect a lesser amount due than claimed. | Reduce claim to a general unsecured claim in the amount of $34,362.50. |
| 28 | 39 | Skyrush Marketing<br>PO Box 354<br>Yaphank, NY 11980 | $7,900.00 | The Debtor's books and records reflect a lesser amount due than claimed. | Reduce claim to a general unsecured claim in the amount of $2,899.01. |
| 29 | 288 | Smart Power Inc<br>829 Lincoln Avenue<br>Bohemia, NY 11716 | $4,967.65 | The Debtor's books and records reflect a lesser amount due than claimed. | Reduce claim to a general unsecured claim in the amount of $453.14. |
| 30 | 318 | Steven Murray<br>34 Lakewood Road<br>Lake Ronkonkoma, NY 11779 | $210.34 | The Debtor's books and records reflect that this claim has been satisfied. | Disallowance |
| 31 | 391 | The Hartford<br>PO Box 660916<br>Dallas, TX 75266 | $56,511.00 | The Debtor's books and records do not reflect any amount due to this claimant. | Disallowance |
| 32 | 784 | United States Department of Education<br>400 Maryland Avenue SW, Ste. 6E215<br>Washington, DC 20202<br>Attn: Natasha Varnovitsky | $7,752,056.00 | The Debtor's books and records reflect a lesser amount due than claimed, and the documentation submitted by the claimant in support of the claim is insufficient to establish any additional liability. | Reduce claim to a general unsecured claim in the amount of $1,256,267.73. |
| 33 | 780 | Westchester Journal News Acct<br>c/o Law Dept.<br>7950 Jones Branch Drive<br>McLean, VA 22107<br>Attn: Kathleen Hennessey-Gannett | $10,255.00 | The Debtor's books and records do not reflect any amount due to this claimant. | Disallowance |