# CLAIM NO. 194

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor: | Case No. |
| Dowling College | 16-75545 |

**\* P - D C O - P O C / 1 \***

Your Claim is Scheduled As Follows:

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim
Official Form 410

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | **ALLAN B. MENDELSOHN CH 7 TT- HAMPTON TRA** |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ✔ No |
| | | Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** / **Where should payments to the creditor be sent?** (if different) |

Where should notices to the creditor be sent?

ALLAN B. MENDELSOHN CH 7 TT- HAMPTON TRA

Name
**38 NEW STREET**

Number      Street
**HUNTINGTON, NY 11743**

City            State            ZIP Code

Contact phone **(631) 923-1625**

Contact email AMENDELSOHN@AMENDELSOHNLAW.COM

Where should payments to the creditor be sent? (if different)

Name _____

Number      Street

City            State            ZIP Code

Contact phone _____

Contact email _____

| | | |
|---|---|---|
| 4. | Does this claim amend one already filed? | ✔ No |
| | | Yes. Claim number on court claims registry (if known) _____     Filed on _____ MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proo of claim for this claim? | ✔ No |
| | | Yes. Who made the earlier filing? _____ |

* P - D C O - P O C / 2 *

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

✔ No

Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ 27,760.00 .

Does this amount include interest or other charges?

✔ No

Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Services Performed

**9. Is all or part of the claim secured?**

✔ No

Yes. The claim is secured by a lien on property.

**Nature of property:**

Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

Motor vehicle

Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.

Value of property:                    $_____

Amount of the claim that is secured:    $ 0.00

Amount of the claim that is unsecured: $ 27,760.00  (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____

Fixed

Variable

**10. Is this claim based on a lease?**

✔ No

Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

✔ No

Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

✔ No

Yes. *Check all that apply:*

| | Amount entitled to priority |
|---|---|
| Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5). | $_____ |
| Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

| Part 3: | Sign Below |
|---|---|

<table>
<tr>
<td>

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this clai 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

</td>
<td>

Check the appropriate box:

4  I am the creditor.

I am the creditor's attorney or authorized agent.

I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  **02/15/2017**
                  MM / DD / YYYY

</td>
</tr>
</table>

**Allan B Mendelsohn**

Signature

Print the name of the person who is completing and signing this claim:

Name          **Allan B Mendelsohn**
              First name        Middle name              Last name

Title         **BK Trustee of Hampton Transportation Venture**

Company
              Identify the corporate servicer as the company if the authorized agent is a servicer.

Address       **38 New Street**
              Number        Street
              **HUNTINGTON, NY 11743**
              City                        State              ZIP Code

Contact phone  **(631) 923-1625**        Email  amendelsohn@amendelsohnlaw.com

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.
- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed
- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).
- Do not attach original documents because attachments may be destroyed after scanning.
- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confident al information both in the claim and in the attached documents.
- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.
- For a minor child, fill in only the child s initials and the full name and address of the child s parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

---

*Modified Official Form 410  **(GCG 5/16)**                                                    page 4

**Fill in this information to identify the case:**

Debtor 1     Dowling College

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of New York

Case number    16-75545-REG

Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:    Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | Allan B. Mendelsohn, Chapter 7 Trustee of Hampton Transportation Ventures, Inc.<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Allan B. Mendelsohn, LLP<br>Name<br>38 New Street<br>Number    Street<br>Huntington        NY        11743<br>City            State        ZIP Code<br><br>Contact phone  631-923-1625<br><br>Contact email _____<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one): | **Where should payments to the creditor be sent? (if different)**<br><br>Name<br><br>Number    Street<br><br>City        State        ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes.  Claim number on court claims registry (if known) _____    Filed on ____ / ____ / _____<br>                                    MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes.  Who made the earlier filing? _____ |

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

7. How much is the claim?    $_____27,760.00. Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Services Performed _____

9. Is all or part of the claim secured?

☑ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured:    $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____

Annual Interest Rate (when case was filed) _____%

☐ Fixed

☐ Variable

10. Is this claim based on a lease?

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

11. Is this claim subject to a right of setoff?

☑ No

☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. *Check all that apply:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  2/14/17
MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | Allan B. Mendelsohn |
|---|---|
| | First name          Middle name          Last name |
| Title | Chapter 7 Trustee of Hampton Transportation Ventures |
| Company | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 38 New Street |
| | Number          Street |
| | Huntington          NY          11743 |
| | City          State          ZIP Code |
| Contact phone | 631-923-1625          Email |

# CLAIM NO. 408

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK |
|---|
| Name of Debtor:                    Case No.<br>Dowling College                16-75545 |

**\* P - D C O - P O C / 1 \***

<u>Your Claim is Scheduled As Follows:</u>

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim
Official Form 410

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.**

## Part 1:    Identify the Claim

| 1. | Who is the current creditor? | **BARNES & NOBLE COLLEGE BOOKSELLERS, LLC** |
|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |

| 2. | Has this claim been acquired from someone else? | ⁴ No |
|---|---|---|
| | | Yes. From whom? _____ |

| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| | | BARNES & NOBLE COLLEGE BOOKSELLERS, LLC | |
| | | Name<br>**120 MOUNTAIN VIEW BLVD.** | Name |
| | | Number        Street<br>**BASKING RIDGE, NJ 07920** | Number        Street |
| | | City            State            ZIP Code | City            State            ZIP Code |
| | | Contact phone **(908) 991-2699** | Contact phone _____ |
| | | Contact email SANDREWS@BNCOLLEGE.COM | Contact email _____ |

| 4. | Does this claim amend one already filed? | ⁴ No | |
|---|---|---|---|
| | | | Filed on_____ |
| | | Yes. Claim number on court claims registry (if known) _____ | MM/DD/YYYY |

| 5. | Do you know if anyone else has filed a proo of claim for this claim? | ⁴ No |
|---|---|---|
| | | Yes. Who made the earlier filing? _____ |

* P - D C O - P O C / 2 *

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ 44,705.64 .

**Does this amount include interest or other charges?**

☑ No

Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

STUDENT FINANCIAL AID HELD BY DOWLING AND NOT REIMBURSED TO CREDITOR FOR PURCHASES BY STUDENTS

**9. Is all or part of the claim secured?**

☑ No

Yes. The claim is secured by a lien on property.

**Nature of property:**

Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

Motor vehicle

Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.

Value of property:                            $_____

Amount of the claim that is secured:     $ 0.00

Amount of the claim that is unsecured: $ 44,705.64  (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____

Fixed

Variable

**10. Is this claim based on a lease?**

☑ No

Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☑ No

Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

Yes. *Check all that apply:*

| | Amount entitled to priority |
|---|---|
| Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| Contributions to an employee benefit plan. 1 U.S.C. § 507(a)(5). | $_____ |
| Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

* P - D C O - P O C / 3 *

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this clai electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

4 ☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03/10/2017
                  MM / DD / YYYY

Suzanne E Andrews
_____
Signature

Print the name of the person who is completing and signing this claim:

Name    Suzanne E Andrews
        First name          Middle name          Last name

Title   General Counsel

Company Barnes & Noble College Booksellers, LLC
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address 120 Mountain View Blvd
        Number      Street
        BASKING RIDGE, NJ 07920
        City                    State        ZIP Code

Contact phone (908) 991-2699   Email SANDREWS@BNCOLLEGE.COM

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000
> imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- Attach all supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of Redaction of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confident al information both in the claim and in the attached documents.

- A Proof of Claim form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child s initials and the full name and address of the child s parent or guardian. For example, write A.B., a minor child (John Doe, parent, 123 Main St., City, State). See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your Proof of Claim form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

Administrative expense: Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

Claim: A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

Creditor: A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

Debtor: A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

Evidence of perfection: Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

Information that is entitled to privacy: A Proof of Claim form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

Priority claim: A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

Proof of claim: A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

Redaction of information: Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.

Secured claim under 11 U.S.C. §506(a): A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property nominally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

Setoff: Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

Uniform claim identifier: An optional 24-character identifier that some creditors use to facilitate electronic payment.

Unsecured claim: A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

Display of Proof of Claim on Case Administration Website: As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

*Modified Official Form 410  (GCG 5/16)                                                                    page 4



PO Box 823660, Philadelphia, PA 19182-3660

**INVOICE**

**Page    1**

DOWLING INSTITUTE
ATTN:
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

Send All Payments To:    Barnes & Noble College Booksellers, LLC.
                         Attn: Accounts Receivable Department
                         PO Box 823660
                         Philadelphia, PA 19182-3660

For All Inquiries:    Call:    -908/991-2555
                      Fax:     -908/991-2882

| | |
|---|---|
| Invoice #: | 510214 |
| Invoice Date: | 03/01/2016 |
| Billing End Date: | 02/29/2016 |
| Customer ID: | 000000001964603 |
| AR Program: | 40 DOWLING INSTITUTE |
| Payment Terms: | NET30 |
| **Invoice Dne Date:** | **03/30/2016** |

## BARNES & NOBLE
### COLLEGE
PO Box 823660, Philadelphia, PA 19182-3660

INVOICE#:         510214
Invoice Date:    03/01/2016
Page              2

| Student | Student ID | Provider Xref | Transaction Date | Transaction/ Item ID | Author | Description | Amount | Total |
|---------|------------|---------------|------------------|----------------------|--------|-------------|--------|-------|
| ■■■■■■ | ■■■■ | | 02/12/2016 | 07090-20160212-0003-0035 | AM.AUTO ASSN. | RESPONSIBLE DRIVING | 1,599.75 | |
| | | | 02/12/2016 | 07090-20160212-0003-0035 | | Price Override | -47.25 | 1,552.50 |

**BARNES & NOBLE**
COLLEGE
PO Box 823660, Philadelphia, PA 19182-3660

INVOICE#:        510214
Invoice Date:    03/01/2016
Page             3

| Student | Student ID | Provider Xref | Transaction Date | Transaction/ Item ID | Author | Description | Amount | Total |
|---------|-----------|---------------|-----------------|---------------------|--------|-------------|--------|-------|
|         |           |               |                 |                     |        | **Total**   |        | 1,552.50 |



PO Box 823660, Philadelphia, PA 19182-3660

**INVOICE-Remittance Advice**

(Please include this Remittance Advice
with your payment)

DOWLING INSTITUTE
ATTN:
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 510214 |
| Invoice Date: | 03/01/2016 |
| Billing End Date: | 02/29/2016 |
| Customer ID: | 000000001964603 |
| AR Program: | 40 DOWLING INSTITUTE |
| Payment Terms: | NET30 |

Total Amount Due:          1,552.50

Amount Paid:          _____

**Invoice Due Date:    03/30/2016**

---

**Payment Instructions On Your Remittance**

Invoice #                                510214
Customer #                    000000001964603

Mail Checks To:    Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

Wire/ACH Payments:    Please contact our Cash Applications Dept
908-991-2350

---

**For all Inquiries contact the Collections Department**

Call:          -908/991-2555
Fax:          -908/991-2882
Email:          collections@bncollege.com



PO Box 823660, Philadelphia, PA 19182-3660

**INVOICE**

**Page     1**

DOWLING PURCHASING DEPARTMENT
ATTN: ANNA STOLOFF
ACCOUNTS PAYABLE DOWLING COLLEGE
150 IDLE HOUR BLVD
OAKDALE, NY 11769-1999

Send All Payments To:     Barnes & Noble College Booksellers, LLC.
                          Attn: Accounts Receivable Department
                          PO Box 823660
                          Philadelphia, PA 19182-3660

For All Inquiries:    Call:    -908/991-2555
                      Fax:     -908/991-2882

| | |
|---|---|
| Invoice #: | 482136 |
| Invoice Date: | 11/01/2015 |
| Billing End Date: | 10/31/2015 |
| Customer ID: | 00000012001697 |
| AR Program: | 40 DOWLING PURCHASIN |
| Payment Terms: | NET30 |
| **Invoice Due Date:** | **11/30/2015** |



PO Box 823660, Philadelphia, PA 19182-3660

**INVOICE-Remittance Advice**

(Please include this Remittance Advice
with your payment)

DOWLING PURCHASING DEPARTMENT
ATTN: ANNA STOLOFF
ACCOUNTS PAYABLE DOWLING COLLEGE
150 IDLE HOUR BLVD
OAKDALE, NY 11769-1999

| | |
|---|---|
| Invoice #: | 482136 |
| Invoice Date: | 11/01/2015 |
| Billing End Date: | 10/31/2015 |
| Customer ID: | 000000012001697 |
| AR Program: | 40 DOWLING PURCHASIN |
| Payment Terms: | NET30 |

Total Amount Due:     117.59

Amount Paid:     _____

**Invoice Due Date:    11/30/2015**

---

**Payment Instructions On Your Remittance**

Invoice #
Customer #                              000000012001697

Mail Checks To:
Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

Wire/ACH Payments:     Please contact our Cash Applications Dept
908-991-2350

---

**For all Inquiries contact the Collections Department**

Call:          -908/991-2555
Fax:          -908/991-2882
Email:        collections@bncollege.com



PO Box 823660, Philadelphia, PA 19182-3660

**INVOICE**

**Page    1**

DOWLING PURCHASING DEPARTMENT
ATTN: ANNA STOLOFF
ACCOUNTS PAYABLE DOWLING COLLEGE
150 IDLE HOUR BLVD
OAKDALE, NY 11769-1999

| | |
|---|---|
| Invoice #: | 498601 |
| Invoice Date: | 02/01/2016 |
| Billing End Date: | 01/31/2016 |
| Customer ID: | 00000001200169 |
| AR Program: | 40 DOWLING PURCHASIN |
| Payment Terms: | NET30 |
| **Invoice Due Date:** | **03/01/2016** |

Send All Payments To:    Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

For All Inquiries:    Call:    -908/991-2555
Fax:    -908/991-2882



PO Box 823660, Philadelphia, PA 19182-3660

**INVOICE-Remittance Advice**

(Please include this Remittance Advice
with your payment)

DOWLING PURCHASING DEPARTMENT
ATTN: ANNA STOLOFF
ACCOUNTS PAYABLE DOWLING COLLEGE
150 IDLE HOUR BLVD
OAKDALE, NY 11769-1999

| | |
|---|---|
| Invoice #: | 498601 |
| Invoice Date: | 02/01/2016 |
| Billing End Date: | 01/31/2016 |
| Customer ID: | 000000012001697 |
| AR Program: | 40 DOWLING PURCHASIN |
| Payment Terms: | NET30 |

Total Amount Due:        139.61

Amount Paid:        _____

**Invoice Due Date:    03/01/2016**

---

**Payment Instructions On Your Remittance**

Invoice #                                   498601
Customer #                      000000012001697

Mail Checks To:

Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

Wire/ACH Payments:        Please contact our Cash Applications Dept
                                              908-991-2350

---

**For all Inquiries contact the Collections Department**

Call:          -908/991-2555
Fax:          -908/991-2882
Email:        collections@bncollege.com



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE

**Page    1**

DOWLING PURCHASING DEPARTMENT
ATTN: ANNA STOLOFF
ACCOUNTS PAYABLE DOWLING COLLEGE
150 IDLE HOUR BLVD
OAKDALE, NY 11769-1999

| | |
|---|---|
| Invoice #: | 507163 |
| Invoice Date: | 03/01/2016 |
| Billing End Date: | 02/29/2016 |
| Customer ID: | 00000001200l697 |
| AR Program: | 40 DOWLING PURCHASIN |
| Payment Terms: | NET30 |

Send All Payments To:     Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

**Invoice Dne Date:     03/30/2016**

For All Inquiries:     Call:     -908/991-2555
Fax:     -908/991-2882



**INVOICE-Remittance Advice**

(Please include this Remittance Advice
with your payment)

DOWLING PURCHASING DEPARTMENT
ATTN: ANNA STOLOFF
ACCOUNTS PAYABLE DOWLING COLLEGE
150 IDLE HOUR BLVD
OAKDALE, NY 11769-1999

| | |
|---|---|
| Invoice #: | 507163 |
| Invoice Date: | 03/01/2016 |
| Billing End Date: | 02/29/2016 |
| Customer ID: | 000000012001697 |
| AR Program: | 40 DOWLING PURCHASIN |
| Payment Terms: | NET30 |

Total Amount Due:           606.33

Amount Paid:           _____          **Invoice Due Date:    03/30/2016**

---

**Payment Instructions On Your Remittance**

Invoice #                                            507163
Customer #                              000000012001697

Mail Checks To:
          Barnes & Noble College Booksellers, LLC.
          Attn: Accounts Receivable Department
          PO Box 823660
          Philadelphia, PA 19182-3660

Wire/ACH Payments:        Please contact our Cash Applications Dept
                                            908-991-2350

---

**For all Inquiries contact the Collections Department**

Call:             -908/991-2555
Fax:              -908/991-2882
Email:            collections@bncollege.com



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE

**Page    1**

DOWLING PURCHASING DEPARTMENT
ATTN: ANNA STOLOFF
ACCOUNTS PAYABLE DOWLING COLLEGE
150 IDLE HOUR BLVD
OAKDALE, NY 11769-1999

Send All Payments To:    Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

For All Inquiries:    Call:    -908/991-2555
Fax:    -908/991-2882

| | |
|---|---|
| Invoice #: | 514554 |
| Invoice Date: | 04/01/2016 |
| Billing End Date: | 03/31/2016 |
| Customer ID: | 000000012001697 |
| AR Program: | 40 DOWLING PURCHASIN |
| Payment Terms: | NET30 |
| **Invoice Due Date:** | **04/30/2016** |

FED TAX ID - 46-0599018



PO Box 823660, Philadelphia, PA 19182-3660

**INVOICE-Remittance Advice**

(Please include this Remittance Advice
with your payment)

DOWLING PURCHASING DEPARTMENT
ATTN: ANNA STOLOFF
ACCOUNTS PAYABLE DOWLING COLLEGE
150 IDLE HOUR BLVD
OAKDALE, NY 11769-1999

| | |
|---|---|
| Invoice #: | 514554 |
| Invoice Date: | 04/01/2016 |
| Billing End Date: | 03/31/2016 |
| Customer ID: | 000000012001697 |
| AR Program: | 40 DOWLING PURCHASIN |
| Payment Terms: | NET30 |

Total Amount Due:          390.75

Amount Paid:          _____

**Invoice Due Date:**    **04/30/2016**

---

**Payment Instructions On Your Remittance**

Invoice #                          514554
Customer #                000000012001697

Mail Checks To:

Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

Wire/ACH Payments:    Please contact our Cash Applications Dept
                                      908-991-2350

---

**For all Inquiries contact the Collections Department**

Call:              -908/991-2555
Fax:              -908/991-2882
Email:          collections@bncollege.com

FED TAX ID - 46-0599018



**INVOICE**

Page    1

DOWLING PURCHASING DEPARTMENT
ATTN: ANNA STOLOFF
ACCOUNTS PAYABLE DOWLING COLLEGE
150 IDLE HOUR BLVD
OAKDALE, NY 11769-1999

| | |
|---|---|
| Invoice #: | 520286 |
| Invoice Date: | 05/01/2016 |
| Billing End Date: | 04/30/2016 |
| Customer ID: | 00000001200169T |
| AR Program: | 40 DOWLING PURCHASIN |
| Payment Terms: | NET30 |
| **Invoice Due Date:** | **05/30/2016** |

Send All Payments To:    Barnes & Noble College Booksellers, LLC.
                         Attn: Accounts Receivable Department
                         PO Box 823660
                         Philadelphia, PA 19182-3660

For All Inquiries:    Call:    -908/991-2555
                      Fax:     -908/991-2882

FED TAX ID - 46-0599018



PO Box 823660, Philadelphia, PA 19182-3660

## INVOICE-Remittance Advice

(Please include this Remittance Advice
with your payment)

DOWLING PURCHASING DEPARTMENT
ATTN: ANNA STOLOFF
ACCOUNTS PAYABLE DOWLING COLLEGE
150 IDLE HOUR BLVD
OAKDALE, NY 11769-1999

| | |
|---|---|
| Invoice #: | 520286 |
| Invoice Date: | 05/01/2016 |
| Billing End Date: | 04/30/2016 |
| Customer ID: | 000000012001697 |
| AR Program: | 40 DOWLING PURCHASIN |
| Payment Terms: | NET30 |

Total Amount Due:          4,949.68

Amount Paid:          _____

**Invoice Due Date:**   **05/30/2016**

---

### Payment Instructions On Your Remittance

Invoice #                                          520286
Customer #                          000000012001697

Mail Checks To:
Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

Wire/ACH Payments:      Please contact our Cash Applications Dept
908-991-2350

---

### For all Inquiries contact the Collections Department

Call:          -908/991-2555
Fax:          -908/991-2882
Email:          collections@bncollege.com

FED TAX ID - 46-0599018



PO Box 823660, Philadelphia, PA 19182-3660

# BALANCE DUE INVOICE

**Page    1**

DOWLING PURCHASING DEPARTMENT
ATTN: ANNA STOLOFF
ACCOUNTS PAYABLE DOWLING COLLEGE
150 IDLE HOUR BLVD
OAKDALE, NY 11769-1999

Send All Payments To:      Barnes & Noble College Booksellers, LLC.
                           Attn: Accounts Receivable Department
                           PO Box 823660
                           Philadelphia, PA 19182-3660

For All Inquiries:   Call:   -908/991-2555
                     Fax:    -908/991-2882

FED TAX ID - 46-0599018

| | |
|---|---|
| Invoice #: | 471557 |
| Balance Due As of: | 10/17/2016 |
| Billing End Date: | 09/28/2015 |
| Customer ID: | 000000012001697 |
| AR Program: | 40 DOWLING PURCHASIN |
| Payment Terms: | NET30 |
| **Invoice Due Date:** | **10/28/2015** |



PO Box 823660, Philadelphia, PA 19182-3660

**BALANCE DUE**
**INVOICE-Remittance Advice**

(Please include this Remittance Advice
with your payment)

DOWLING PURCHASING DEPARTMENT
ATTN: ANNA STOLOFF
ACCOUNTS PAYABLE DOWLING COLLEGE
150 IDLE HOUR BLVD
OAKDALE, NY 11769-1999

| | |
|---|---|
| Invoice #: | 471557 |
| Balance Due As of: | 10/17/2016 |
| Billing End Date: | 09/28/2015 |
| Customer ID: | 000000012001697 |
| AR Program: | 40 DOWLING PURCHASIN |
| Payment Terms: | NET30 |

**Invoice Due Date:    10/28/2015**

| | |
|---|---|
| Original Invoice Amount: | 1,124.38 |
| Payments/Adjustments: | 202.45 |
| Balance Amount Due: | 921.93 |
| Amount Paid: | _____ |

---

**Payment Instrnctions On Your Remittance**

Invoice #                                        471557
Customer #                            000000012001697

Mail Checks To:

Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

Wire/ACH Payments:        Please contact our Cash Applications Dept
                                          908-991-2350

---

**For all Inqniries contact the Collections Department**

Call:            -908/991-2555
Fax:            -908/991-2882
Email:          collections@bncollege.com

FED TAX ID - 46-0599018



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
**Page 1**

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

Send All Payments To:   Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

For All Inquiries: Call:   -908/991-2555
Fax:   -908/991-2882

| | | |
|---|---|---|
| Invoice #: | 502355 |
| Invoice Date: | 02/02/2016 |
| Billing End Date: | 02/01/2016 |
| Customer ID: | 000000001722894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |
| **Invoice Due Date:** | **03/02/2016** |

| Student | Student ID | Reference ID | Transaction Date | Transaction/Item ID | Amount | Total |
|---|---|---|---|---|---:|---:|
| ▓ | ▓ | 000000015482085 | 02/01/2016 | 07090-20160201-0001-8800 | 11.20 | 11.20 |
| ▓ | ▓ | 000000015482101 | 02/01/2016 | 07090-20160201-0002-8106 | 392.91 | 392.91 |
| ▓ | ▓ | 000000015482539 | 02/01/2016 | 07090-20160201-0003-8102 | 221.23 | |
| | | | 02/01/2016 | 07090-20160201-0002-8103 | 27.90 | |
| | | | 02/01/2016 | 07090-20160201-0003-9284 | 18.24 | 267.37 |
| ▓ | ▓ | 000000015482083 | 02/01/2016 | 07090-20160201-0002-8034 | 80.25 | 80.25 |
| ▓ | ▓ | 000000015482126 | 02/01/2016 | 07090-20160201-0002-8111 | 243.62 | 243.62 |
| ▓ | ▓ | 000000015482573 | 02/01/2016 | 07090-20160201-0003-9257 | 34.95 | 34.95 |
| ▓ | ▓ | 000000015482556 | 02/01/2016 | 07090-20160201-0003-9256 | 167.75 | 167.75 |
| ▓ | ▓ | 000000015482087 | 02/01/2016 | 07090-20160201-0003-9237 | 9.98 | |
| | | | 02/01/2016 | 07090-20160201-0003-9270 | 194.65 | 204.63 |
| ▓ | ▓ | 000000015482078 | 02/01/2016 | 07090-20160201-0001-8779 | 53.14 | |
| | | | 02/01/2016 | 07090-20160201-0002-8046 | 291.40 | 344.54 |
| ▓ | ▓ | 000000015482112 | 02/01/2016 | 07090-20160201-0002-8050 | 197.32 | 197.32 |
| ▓ | ▓ | 000000015482117 | 02/01/2016 | 07090-20160201-0002-8058 | 277.10 | 277.10 |
| ▓ | ▓ | 000000015482098 | 02/01/2016 | 07090-20160201-0002-8037 | 63.26 | 63.26 |
| ▓ | ▓ | 000000015482542 | 02/01/2016 | 07090-20160201-0001-8789 | 164.85 | 164.85 |
| ▓ | ▓ | 000000015482496 | 02/01/2016 | 07090-20160201-0002-8080 | 149.35 | |
| | | | 02/01/2016 | 07090-20160201-0003-9247 | 74.55 | 223.90 |
| ▓ | ▓ | 000000015482554 | 02/01/2016 | 07099-20160201-7777-0841 | 300.95 | 300.95 |
| ▓ | ▓ | 000000015482559 | 02/01/2016 | 07090-20160201-0001-8804 | 400.00 | 400.00 |
| | | | | **Total** | | **3,374.60** |



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE-Remittance Advice

(Please include this Remittance Advice
with your payment)

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 502355 |
| Invoice Date: | 02/02/2016 |
| Billing End Date: | 02/01/2016 |
| Customer ID: | 000000001722894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |

**Invoice Due Date:   03/02/2016**

Total Amount Due:      3,374.60

Amount Paid:      _____

---

**Payment Instrnctions On Your Remittance**

Invoice #                        502355
Customer #                   000000001722894

Mail Checks To:
　　　　　Barnes & Noble College Booksellers, LLC.
　　　　　Attn: Accounts Receivable Department
　　　　　PO Box 823660
　　　　　Philadelphia, PA 19182-3660

Wire/ACH Payments:   Please contact our Cash Applications Dept
　　　　　　　　　　908-991-2350

---

**For all Inquiries contact the Collections Department**

Call:          -908/991-2555
Fax:          -908/991-2882
Email:       collections@bncollege.com



**BARNES&NOBLE**
COLLEGE
PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
## Page 1

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 502546 |
| Invoice Date: | 02/03/2016 |
| Billing End Date: | 02/02/2016 |
| Customer ID: | 00000001722894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |

Send All Payments To:   Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

**Invoice Due Date:     03/03/2016**

For All Inquiries: Call:   -908/991-2555
Fax:   -908/991-2882

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---|---|---|---|---|---|---|
| ▮▮▮▮▮ | ▮▮▮ | 000000015483775 | 02/02/2016 | 07090-20160202-0001-8843 | 149.35 | |
| | | | 02/02/2016 | 07090-20160202-0003-9363 | 250.65 | 400.00 |
| ▮▮▮▮▮ | ▮▮▮ | 000000015482084 | 02/02/2016 | 07090-20160202-0001-8990 | 79.45 | 79.45 |
| ▮▮▮▮▮ | ▮▮▮ | 000000015482097 | 02/02/2016 | 07090-20160202-0003-9337 | 190.31 | 190.31 |
| ▮▮▮▮▮ | ▮▮▮ | 000000015482080 | 02/02/2016 | 07090-20160202-0001-8922 | 400.00 | 400.00 |
| ▮▮▮▮▮ | ▮▮▮ | 000000015482085 | 02/02/2016 | 07090-20160202-0003-9420 | 371.54 | 371.54 |
| ▮▮▮▮▮ | ▮▮▮ | 000000015482109 | 02/02/2016 | 07090-20160202-0002-8127 | 367.22 | 367.22 |
| ▮▮▮▮▮ | ▮▮▮ | 000000015482074 | 02/02/2016 | 07090-20160202-0003-9320 | 5.48 | |
| | | | 02/02/2016 | 07090-20160202-0003-9370 | 338.94 | 344.42 |
| ▮▮▮▮▮ | ▮▮▮ | 000000015482543 | 02/02/2016 | 07090-20160202-0001-9001 | 223.55 | |
| | | | 02/02/2016 | 07090-20160202-0001-9002 | 136.06 | 359.61 |
| ▮▮▮▮▮ | ▮▮▮ | 000000015482568 | 02/02/2016 | 07090-20160202-0001-8944 | 61.38 | |
| | | | 02/02/2016 | 07090-20160202-0001-8987 | 15.96 | |
| | | | 02/02/2016 | 07090-20160202-0003-9440 | 4.98 | 82.32 |
| ▮▮▮▮▮ | ▮▮▮ | 000000015482082 | 02/02/2016 | 07090-20160202-0002-8186 | 149.35 | 149.35 |
| ▮▮▮▮▮ | ▮▮▮ | 000000015482537 | 02/02/2016 | 07090-20160202-0001-8861 | 104.95 | 104.95 |
| ▮▮▮▮▮ | ▮▮▮ | 000000015482083 | 02/02/2016 | 07090-20160202-0002-8181 | 43.18 | 43.18 |
| ▮▮▮▮▮ | ▮▮▮ | 000000015482103 | 02/02/2016 | 07090-20160202-0001-8981 | 358.85 | 358.85 |
| ▮▮▮▮▮ | ▮▮▮ | 000000015483576 | 02/02/2016 | 07090-20160202-0003-9354 | 232.35 | 232.35 |
| ▮▮▮▮▮ | ▮▮▮ | 000000015482125 | 02/02/2016 | 07090-20160202-0001-8906 | 193.15 | 193.15 |
| ▮▮▮▮▮ | ▮▮▮ | 000000015482116 | 02/02/2016 | 07090-20160202-0001-8865 | 83.65 | |
| | | | 02/02/2016 | 07090-20160202-0001-8868 | 36.55 | 120.20 |
| ▮▮▮▮▮ | ▮▮▮ | 000000015482099 | 02/02/2016 | 07090-20160202-0001-8940 | 324.93 | |
| | | | 02/02/2016 | 07090-20160202-0001-8943 | 28.25 | |
| | | | 02/02/2016 | 07090-20160202-0003-9469 | -9.95 | |
| | | | 02/02/2016 | 07090-20160202-0003-9476 | 38.96 | 382.19 |
| ▮▮▮▮▮ | ▮▮▮ | 000000015482089 | 02/02/2016 | 07090-20160202-0002-8141 | 112.00 | 112.00 |
| ▮▮▮▮▮ | ▮▮▮ | 000000015482570 | 02/02/2016 | 07090-20160202-0002-8218 | 187.43 | 187.43 |



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
## Page 2

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 502546 |
| Invoice Date: | 02/03/2016 |
| Billing End Date: | 02/02/2016 |
| Customer ID: | 000000001722894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |

**Invoice Due Date:   03/03/2016**

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---|---|---|---|---|---|---|
| ████████ | ████ | 000000015482556 | 02/02/2016 | 07090-20160202-0002-8215 | 31.86 | 31.86 |
| ████████ | ████ | 000000015482087 | 02/02/2016 | 07090-20160202-0002-8210 | 138.75 | 138.75 |
| ████████ | ████ | 000000015482577 | 02/02/2016 | 07090-20160202-0002-8187 | 361.65 | 361.65 |
| ████████ | ████ | 000000015482107 | 02/02/2016 | 07090-20160202-0001-8839 | 10.05 | |
| | | | 02/02/2016 | 07090-20160202-0001-9031 | -273.00 | |
| | | | 02/02/2016 | 07090-20160202-0001-9032 | 218.40 | |
| | | | 02/02/2016 | 07090-20160202-0001-9035 | 96.00 | |
| | | | 02/02/2016 | 07090-20160202-0003-9361 | 273.00 | 324.45 |
| ████████ | ████ | 000000015482112 | 02/02/2016 | 07090-20160202-0003-9391 | 24.70 | 24.70 |
| ████████ | ████ | 000000015482549 | 02/02/2016 | 07090-20160202-0001-8892 | 4.98 | |
| | | | 02/02/2016 | 07090-20160202-0001-8893 | 127.64 | |
| | | | 02/02/2016 | 07090-20160202-0002-8209 | 37.50 | 170.12 |
| ████████ | ████ | 000000015482569 | 02/02/2016 | 07090-20160202-0001-8838 | 134.00 | |
| | | | 02/02/2016 | 07090-20160202-0003-9298 | 16.94 | 150.94 |
| ████████ | ████ | 000000015482106 | 02/02/2016 | 07090-20160202-0001-8867 | 316.70 | 316.70 |
| ████████ | ████ | 000000015482088 | 02/02/2016 | 07090-20160202-0001-9039 | 167.63 | 167.63 |
| ████████ | ████ | 000000015482114 | 02/02/2016 | 07090-20160202-0003-9316 | 12.98 | |
| | | | 02/02/2016 | 07090-20160202-0003-9435 | 50.26 | 63.24 |
| ████████ | ████ | 000000015482079 | 02/02/2016 | 07090-20160202-0001-8970 | 250.45 | |
| | | | 02/02/2016 | 07090-20160202-0001-8979 | 37.57 | |
| | | | 02/02/2016 | 07090-20160202-0001-8980 | 39.89 | |
| | | | 02/02/2016 | 07090-20160202-0001-8988 | 14.18 | 342.09 |
| ████████ | ████ | 000000015482542 | 02/02/2016 | 07090-20160202-0003-9358 | 104.74 | 104.74 |
| ████████ | ████ | 000000015482545 | 02/02/2016 | 07090-20160202-0003-9332 | 83.65 | 83.65 |
| ████████ | ████ | 000000015482572 | 02/02/2016 | 07090-20160202-0002-8213 | 322.68 | 322.68 |
| ████████ | ████ | 000000015482100 | 02/02/2016 | 07090-20160202-0002-8290 | 148.76 | 148.76 |
| ████████ | ████ | 000000015482540 | 02/02/2016 | 07090-20160202-0001-8899 | 205.10 | 205.10 |
| ████████ | ████ | 000000015482111 | 02/02/2016 | 07090-20160202-0003-9388 | 397.65 | 397.65 |



PO Box 823660, Philadelphia, PA 19182-3660

**INVOICE**
**Page 3**

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 502546 |
| Invoice Date: | 02/03/2016 |
| Billing End Date: | 02/02/2016 |
| Customer ID: | 000000001722894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |

**Invoice Due Date:    03/03/2016**

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---------|-----------|--------------|------------------|----------------------|--------|-------|
| ███████ | ████ | 000000015484775 | 02/02/2016 | 07090-20160202-0002-8251 | 384.65 | 384.65 |
| ███████ | ████ | 000000015482562 | 02/02/2016 | 07090-20160202-0002-8194 | 342.30 | 342.30 |
| ███████ | ████ | 000000015482110 | 02/02/2016 | 07090-20160202-0002-8124 | 253.35 | |
| | | | 02/02/2016 | 07090-20160202-0002-8203 | 135.48 | |
| | | | 02/02/2016 | 07090-20160202-0002-8206 | 10.98 | 399.81 |
| ███████ | ████ | 000000015482104 | 02/02/2016 | 07090-20160202-0003-9425 | 320.65 | 320.65 |
| ███████ | ████ | 000000015482113 | 02/02/2016 | 07090-20160202-0002-8185 | 192.30 | |
| | | | 02/02/2016 | 07090-20160202-0002-8254 | 138.70 | 331.00 |
| | | | | Total | | 9,611.64 |



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE-Remittance Advice

**(Please include this Remittance Advice with your payment)**

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 502546 |
| Invoice Date: | 02/03/2016 |
| Billing End Date: | 02/02/2016 |
| Customer ID: | 000000001722894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |

**Invoice Due Date:    03/03/2016**

Total Amount Due:        9,611.64

Amount Paid:        _____

---

**Payment Instructions On Your Remittance**

Invoice #                                502546
Customer #                            000000001722894

Mail Checks To:
        Barnes & Noble College Booksellers, LLC.
        Attn: Accounts Receivable Department
        PO Box 823660
        Philadelphia, PA 19182-3660

Wire/ACH Payments:    Please contact our Cash Applications Dept
                908-991-2350

---

**For all Inquiries contact the Collections Department**

Call:        -908/991-2555
Fax:        -908/991-2882
Email:        collections@bncollege.com



**BARNES&NOBLE**
COLLEGE
PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
**Page 1**

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 502682 |
| Invoice Date: | 02/04/2016 |
| Billing End Date: | 02/03/2016 |
| Customer ID: | 00000001722894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |

Send All Payments To:   Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

**Invoice Due Date:**    **03/04/2016**

For All Inquiries: Call:   -908/991-2555
Fax:   -908/991-2882

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---|---|---|---|---|---|---|
| | | 000000015482097 | 02/03/2016 | 07090-20160203-0002-8366 | 74.95 | 74.95 |
| | | 000000015482102 | 02/03/2016 | 07090-20160203-0002-8435 | 95.75 | 95.75 |
| | | 000000015482552 | 02/03/2016 | 07090-20160203-0003-9533 | 244.90 | 244.90 |
| | | 000000015482539 | 02/03/2016 | 07090-20160203-0002-8439 | 100.20 | 100.20 |
| | | 000000015482571 | 02/03/2016 | 07090-20160203-0003-9546 | 400.00 | 400.00 |
| | | 000000015482536 | 02/03/2016 | 07090-20160203-0003-9561 | 280.65 | 280.65 |
| | | 000000015482083 | 02/03/2016 | 07090-20160203-0003-9591 | 175.59 | 175.59 |
| | | 000000015482126 | 02/03/2016 | 07090-20160203-0002-8321 | 145.55 | 145.55 |
| | | 000000015482573 | 02/03/2016 | 07090-20160203-0001-9203 | 25.17 | |
| | | | 02/03/2016 | 07090-20160203-0003-9612 | 11.94 | 37.11 |
| | | 000000015482116 | 02/03/2016 | 07090-20160203-0002-8355 | 126.55 | 126.55 |
| | | 000000015482089 | 02/03/2016 | 07090-20160203-0001-9119 | -99.40 | -99.40 |
| | | 000000015482570 | 02/03/2016 | 07090-20160203-0001-9075 | 18.73 | |
| | | | 02/03/2016 | 07090-20160203-0003-9625 | 25.92 | 44.65 |
| | | 000000015482087 | 02/03/2016 | 07090-20160203-0003-9551 | 11.22 | 11.22 |
| | | 000000015482541 | 02/03/2016 | 07090-20160203-0002-8433 | 247.27 | 247.27 |
| | | 000000015482557 | 02/03/2016 | 07090-20160203-0002-8386 | 291.63 | 291.63 |
| | | 000000015482577 | 02/03/2016 | 07090-20160203-0002-8356 | 28.00 | |
| | | | 02/03/2016 | 07090-20160203-0002-8390 | -28.00 | |
| | | | 02/03/2016 | 07090-20160203-0002-8391 | 21.00 | 21.00 |
| | | 000000015482107 | 02/03/2016 | 07090-20160203-0003-9615 | 52.28 | 52.28 |
| | | 000000015482112 | 02/03/2016 | 07090-20160203-0002-8442 | 104.99 | 104.99 |
| | | 000000015482086 | 02/03/2016 | 07090-20160203-0001-9151 | 371.01 | 371.01 |
| | | 000000015482569 | 02/03/2016 | 07090-20160203-0003-9569 | 104.00 | 104.00 |
| | | 000000015482575 | 02/03/2016 | 07090-20160203-0001-9116 | 10.85 | |
| | | | 02/03/2016 | 07090-20160203-0002-8472 | 334.80 | 345.65 |



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
## Page 2

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 502682 |
| Invoice Date: | 02/04/2016 |
| Billing End Date: | 02/03/2016 |
| Customer ID: | 000000001722894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |

**Invoice Due Date:    03/04/2016**

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---------|-----------|--------------|------------------|----------------------|--------|-------|
| ███████ | ███ | 000000015482560 | 02/03/2016 | 07090-20160203-0002-8368 | 64.61 | |
| | | | 02/03/2016 | 07090-20160203-0002-8396 | 10.98 | 75.59 |
| ███████ | ███ | 000000015482088 | 02/03/2016 | 07090-20160203-0002-8468 | 24.72 | 24.72 |
| ███████ | ███ | 000000015482566 | 02/03/2016 | 07090-20160203-0003-9598 | 400.00 | 400.00 |
| ███████ | ███ | 000000015482114 | 02/03/2016 | 07090-20160203-0003-9537 | 336.76 | 336.76 |
| ███████ | ███ | 000000015482554 | 02/03/2016 | 07090-20160203-0001-9086 | 28.70 | 28.70 |
| ███████ | ███ | 000000015482118 | 02/03/2016 | 07090-20160203-0003-9595 | 286.80 | 286.80 |
| ███████ | ███ | 000000015482091 | 02/03/2016 | 07090-20160203-0002-8381 | 211.65 | 211.65 |
| ███████ | ███ | 000000015482104 | 02/03/2016 | 07090-20160203-0001-9162 | 21.44 | 21.44 |
| ███████ | ███ | 000000015482092 | 02/03/2016 | 07090-20160203-0003-9624 | 223.15 | 223.15 |
| ███████ | ███ | 000000015482561 | 02/03/2016 | 07090-20160203-0002-8376 | 316.02 | 316.02 |
| ███████ | ███ | 000000015482077 | 02/03/2016 | 07090-20160203-0002-8388 | 247.80 | 247.80 |
| | | | | **Total** | | 5,348.18 |



PO Box 823660, Philadelphia, PA 19182-3660

## INVOICE-Remittance Advice

**(Please include this Remittance Advice with your payment)**

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 502682 |
| Invoice Date: | 02/04/2016 |
| Billing End Date: | 02/03/2016 |
| Customer ID: | 000000001722894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |

**Invoice Due Date:    03/04/2016**

Total Amount Due:        5,348.18

Amount Paid:            _____

---

### Payment Instrnctions On Your Remittance

Invoice #                        502682
Customer #                    000000001722894

Mail Checks To:
            Barnes & Noble College Booksellers, LLC.
            Attn: Accounts Receivable Department
            PO Box 823660
            Philadelphia, PA 19182-3660

Wire/ACH Payments:    Please contact our Cash Applications Dept
            908-991-2350

---

### For all Inquiries contact the Collections Department

Call:        -908/991-2555
Fax:        -908/991-2882
Email:        collections@bncollege.com



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
## Page 1

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 502825 |
| Invoice Date: | 02/05/2016 |
| Billing End Date: | 02/04/2016 |
| Customer ID: | 00000001722894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |

Send All Payments To:    Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

**Invoice Due Date:    03/05/2016**

For All Inquiries: Call:    -908/991-2555
Fax:    -908/991-2882

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---|---|---|---|---|---|---|
| ███████ | ████ | 000000015482095 | 02/04/2016 | 07090-20160204-0001-9349 | 192.36 | 192.36 |
| ███████ | ████ | 000000015482546 | 02/04/2016 | 07090-20160204-0002-8592 | 202.53 | |
| | | | 02/04/2016 | 07090-20160204-0002-8593 | 6.84 | 209.37 |
| ███████ | ████ | 000000015482097 | 02/04/2016 | 07090-20160204-0001-9340 | 104.00 | 104.00 |
| ███████ | ████ | 000000015482102 | 02/04/2016 | 07090-20160204-0001-9280 | 10.44 | 10.44 |
| ███████ | ████ | 000000015482576 | 02/04/2016 | 07090-20160204-0003-9674 | 167.65 | 167.65 |
| ███████ | ████ | 000000015482544 | 02/04/2016 | 07090-20160204-0001-9381 | 314.10 | 314.10 |
| ███████ | ████ | 000000015482573 | 02/04/2016 | 07090-20160204-0002-8640 | 83.93 | 83.93 |
| ███████ | ████ | 000000015482116 | 02/04/2016 | 07090-20160204-0002-8530 | -126.55 | |
| | | | 02/04/2016 | 07090-20160204-0002-8554 | 22.73 | |
| | | | 02/04/2016 | 07090-20160204-0002-8555 | 7.48 | -96.34 |
| ███████ | ████ | 000000015482556 | 02/04/2016 | 07090-20160204-0002-8666 | 155.85 | 155.85 |
| ███████ | ████ | 000000015482557 | 02/04/2016 | 07090-20160204-0003-9680 | 10.94 | 10.94 |
| ███████ | ████ | 000000015482551 | 02/04/2016 | 07090-20160204-0002-8493 | 103.78 | 103.78 |
| ███████ | ████ | 000000015482090 | 02/04/2016 | 07090-20160204-0002-8533 | 293.13 | 293.13 |
| ███████ | ████ | 000000015482107 | 02/04/2016 | 07090-20160204-0001-9286 | 10.39 | 10.39 |
| ███████ | ████ | 000000015482569 | 02/04/2016 | 07090-20160204-0003-9679 | 83.65 | 83.65 |
| ███████ | ████ | 000000015482106 | 02/04/2016 | 07090-20160204-0002-8649 | 19.30 | 19.30 |
| ███████ | ████ | 000000015484775 | 02/04/2016 | 07090-20160204-0001-9267 | -160.65 | |
| | | | 02/04/2016 | 07090-20160204-0001-9268 | 151.60 | -9.05 |
| ███████ | ████ | 000000015482123 | 02/04/2016 | 07090-20160204-0003-9699 | 66.96 | 66.96 |
| ███████ | ████ | 000000015482104 | 02/04/2016 | 07090-20160204-0002-8544 | 2.98 | 2.98 |
| ███████ | ████ | 000000015482077 | 02/04/2016 | 07090-20160204-0001-9278 | 83.65 | 83.65 |
| | | | | **Total** | | 1,807.09 |



**BARNES & NOBLE**
C O L L E G E
PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE-Remittance Advice

(Please include this Remittance Advice
with your payment)

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 502825 |
| Invoice Date: | 02/05/2016 |
| Billing End Date: | 02/04/2016 |
| Customer ID: | 000000001722894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |

**Invoice Due Date:    03/05/2016**

Total Amount Due:        1,807.09

Amount Paid:          _____

---

### Payment Instrnctions On Your Remittance

Invoice #                        502825
Customer #                    000000001722894

Mail Checks To:
          Barnes & Noble College Booksellers, LLC.
          Attn: Accounts Receivable Department
          PO Box 823660
          Philadelphia, PA 19182-3660


Wire/ACH Payments:    Please contact our Cash Applications Dept
                    908-991-2350

---

### For all Inquiries contact the Collections Department

Call:          -908/991-2555
Fax:          -908/991-2882
Email:        collections@bncollege.com



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
## Page 1

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 504248 |
| Invoice Date: | 02/08/2016 |
| Billing End Date: | 02/07/2016 |
| Customer ID: | 00000001722894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |

**Invoice Due Date:    03/08/2016**

Send All Payments To:    Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

For All Inquiries: Call:    -908/991-2555
Fax:    -908/991-2882

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---|---|---|---|---|---|---|
| ██████████ | ████ | 000000015482112 | 02/06/2016 | 07090-20160206-0002-8736 | 67.51 | 67.51 |
| ██████████ | ████ | 000000015482560 | 02/06/2016 | 07090-20160206-0001-9450 | 19.99 | 19.99 |
| | | | | Total | | 87.50 |



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE-Remittance Advice

(Please include this Remittance Advice
with your payment)

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 504248 |
| Invoice Date: | 02/08/2016 |
| Billing End Date: | 02/07/2016 |
| Customer ID: | 000000001722894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |

**Invoice Due Date:   03/08/2016**

Total Amount Due:        87.50

Amount Paid:        _____

---

### Payment Instrnctions On Your Remittance

Invoice #                                 504248
Customer #                        000000001722894

Mail Checks To:
          Barnes & Noble College Booksellers, LLC.
          Attn: Accounts Receivable Department
          PO Box 823660
          Philadelphia, PA 19182-3660

Wire/ACH Payments:    Please contact our Cash Applications Dept
                  908-991-2350

---

### For all Inquiries contact the Collections Department

Call:          -908/991-2555
Fax:           -908/991-2882
Email:         collections@bncollege.com



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
## Page 1

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 504548 |
| Invoice Date: | 02/10/2016 |
| Billing End Date: | 02/09/2016 |
| Customer ID: | 00000001722894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |

Send All Payments To:  Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

**Invoice Due Date:    03/10/2016**

For All Inquiries: Call:  -908/991-2555
Fax:   -908/991-2882

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---|---|---|---|---|---|---|
| ▬▬▬▬▬ | ▬▬▬ | 000000015482546 | 02/09/2016 | 07090-20160209-0002-8783 | 159.69 | 159.69 |
| ▬▬▬▬▬ | ▬▬▬ | 000000015482547 | 02/09/2016 | 07090-20160209-0002-8847 | 68.75 | |
| | | | 02/09/2016 | 07090-20160209-0002-8850 | 95.21 | 163.96 |
| ▬▬▬▬▬ | ▬▬▬ | 000000015482534 | 02/09/2016 | 07090-20160209-0001-9478 | 274.65 | |
| | | | 02/09/2016 | 07090-20160209-0001-9560 | -104.86 | |
| | | | 02/09/2016 | 07090-20160209-0002-8811 | 121.62 | 291.41 |
| ▬▬▬▬▬ | ▬▬▬ | 000000015482102 | 02/09/2016 | 07090-20160209-0001-9528 | 163.63 | 163.63 |
| ▬▬▬▬▬ | ▬▬▬ | 000000015482127 | 02/09/2016 | 07090-20160209-0003-9727 | 49.25 | 49.25 |
| ▬▬▬▬▬ | ▬▬▬ | 000000015482568 | 02/09/2016 | 07090-20160209-0002-8939 | 4.26 | 4.26 |
| ▬▬▬▬▬ | ▬▬▬ | 000000015482128 | 02/09/2016 | 07090-20160209-0002-8757 | 223.25 | |
| | | | 02/09/2016 | 07090-20160209-0002-8758 | 12.98 | 236.23 |
| ▬▬▬▬▬ | ▬▬▬ | 000000015482082 | 02/09/2016 | 07090-20160209-0001-9522 | 22.95 | 22.95 |
| ▬▬▬▬▬ | ▬▬▬ | 000000015482536 | 02/09/2016 | 07090-20160209-0002-8859 | 44.64 | |
| | | | 02/09/2016 | 07090-20160209-0002-8926 | 70.24 | |
| | | | 02/09/2016 | 07090-20160209-0002-8927 | 4.47 | 119.35 |
| ▬▬▬▬▬ | ▬▬▬ | 000000015482103 | 02/09/2016 | 07090-20160209-0002-8878 | 11.94 | 11.94 |
| ▬▬▬▬▬ | ▬▬▬ | 000000015482115 | 02/09/2016 | 07090-20160209-0002-8768 | 167.03 | 167.03 |
| ▬▬▬▬▬ | ▬▬▬ | 000000015482573 | 02/09/2016 | 07090-20160209-0001-9518 | 6.97 | |
| | | | 02/09/2016 | 07090-20160209-0002-8846 | 223.15 | 230.12 |
| ▬▬▬▬▬ | ▬▬▬ | 000000015482089 | 02/09/2016 | 07090-20160209-0002-8891 | 86.01 | |
| | | | 02/09/2016 | 07090-20160209-0003-9754 | 180.15 | |
| | | | 02/09/2016 | 07090-20160209-0003-9760 | 14.52 | |
| | | | 02/09/2016 | 07090-20160209-0003-9765 | 97.66 | 378.34 |
| ▬▬▬▬▬ | ▬▬▬ | 000000015482087 | 02/09/2016 | 07090-20160209-0002-8853 | 19.99 | 19.99 |
| ▬▬▬▬▬ | ▬▬▬ | 000000015482577 | 02/09/2016 | 07090-20160209-0002-8834 | 3.48 | 3.48 |
| ▬▬▬▬▬ | ▬▬▬ | 000000015482112 | 02/09/2016 | 07090-20160209-0002-8902 | 3.22 | 3.22 |
| ▬▬▬▬▬ | ▬▬▬ | 000000015482564 | 02/09/2016 | 07090-20160209-0001-9473 | 94.63 | 94.63 |
| ▬▬▬▬▬ | ▬▬▬ | 000000015482098 | 02/09/2016 | 07090-20160209-0002-8792 | 123.75 | 123.75 |



**BARNES&NOBLE**
C O L L E G E
PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
## Page 2

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

Invoice #:          504548
Invoice Date:       02/10/2016
Billing End Date:   02/09/2016
Customer ID:        000000001722894
AR Program:         12 HEOP
Payment Terms:      NET30

**Invoice Due Date:    03/10/2016**

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---|---|---|---|---|---|---|
| ██████████ | ███ | 000000015482538 | 02/09/2016 | 07090-20160209-0002-8801 | 23.92 | 23.92 |
| ██████████ | ███ | 000000015482545 | 02/09/2016 | 07090-20160209-0001-9483 | 125.98 | |
| | | | 02/09/2016 | 07090-20160209-0001-9513 | 76.03 | 202.01 |
| ██████████ | ███ | 000000015482558 | 02/09/2016 | 07090-20160209-0003-9734 | 155.97 | |
| | | | 02/09/2016 | 07090-20160209-0003-9784 | 36.82 | 192.79 |
| ██████████ | ███ | 000000015484775 | 02/09/2016 | 07090-20160209-0001-9476 | 9.98 | 9.98 |
| ██████████ | ███ | 000000015482548 | 02/09/2016 | 07090-20160209-0002-8820 | 129.15 | 129.15 |
| ██████████ | ███ | 000000015482565 | 02/09/2016 | 07090-20160209-0001-9527 | 111.58 | 111.58 |
| | | | | **SERVICE FEE** | | 0.00 |
| | | | | **Total** | | 2,912.66 |



PO Box 823660, Philadelphia, PA 19182-3660

## INVOICE-Remittance Advice

(Please include this Remittance Advice
with your payment)

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 504548 |
| Invoice Date: | 02/10/2016 |
| Billing End Date: | 02/09/2016 |
| Customer ID: | 000000001722894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |

**Invoice Due Date:    03/10/2016**

Total Amount Due:          2,912.66

Amount Paid:          _____

---

### Payment Instrnctions On Your Remittance

Invoice #                     504548
Customer #                    000000001722894

Mail Checks To:
    Barnes & Noble College Booksellers, LLC.
    Attn: Accounts Receivable Department
    PO Box 823660
    Philadelphia, PA 19182-3660

Wire/ACH Payments:   Please contact our Cash Applications Dept
    908-991-2350

---

### For all Inquiries contact the Collections Department

Call:          -908/991-2555
Fax:           -908/991-2882
Email:          collections@bncollege.com



# INVOICE
**Page 1**

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 504654 |
| Invoice Date: | 02/11/2016 |
| Billing End Date: | 02/10/2016 |
| Customer ID: | 00000001722894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |

Send All Payments To:  Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

**Invoice Due Date:    03/11/2016**

For All Inquiries: Call:   -908/991-2555
Fax:    -908/991-2882

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---|---|---|---|---|---|---|
| ▮▮▮ | ▮▮▮ | 000000015482553 | 02/10/2016 | 07090-20160210-0003-9849 | 200.85 | |
| | | | 02/10/2016 | 07090-20160210-0003-9892 | 103.93 | 304.78 |
| ▮▮▮ | ▮▮▮ | 000000015482547 | 02/10/2016 | 07090-20160210-0001-9629 | 229.94 | |
| | | | 02/10/2016 | 07090-20160210-0002-9008 | 3.68 | 233.62 |
| ▮▮▮ | ▮▮▮ | 000000015482128 | 02/10/2016 | 07090-20160210-0002-9037 | 151.60 | |
| | | | 02/10/2016 | 07090-20160210-0002-9038 | 12.17 | 163.77 |
| ▮▮▮ | ▮▮▮ | 000000015482116 | 02/10/2016 | 07090-20160210-0002-8970 | 14.99 | 14.99 |
| ▮▮▮ | ▮▮▮ | 000000015482556 | 02/10/2016 | 07090-20160210-0001-9638 | -7.24 | |
| | | | 02/10/2016 | 07090-20160210-0001-9639 | 8.46 | |
| | | | 02/10/2016 | 07090-20160210-0003-9871 | 28.15 | |
| | | | 02/10/2016 | 07090-20160210-0003-9873 | 14.22 | 43.59 |
| ▮▮▮ | ▮▮▮ | 000000015482107 | 02/10/2016 | 07090-20160210-0002-8980 | 2.98 | |
| | | | 02/10/2016 | 07090-20160210-0002-9886 | 9.74 | 12.72 |
| ▮▮▮ | ▮▮▮ | 000000015482098 | 02/10/2016 | 07090-20160210-0002-9026 | 118.65 | 118.65 |
| ▮▮▮ | ▮▮▮ | 000000015482088 | 02/10/2016 | 07090-20160210-0002-9023 | 42.95 | 42.95 |
| ▮▮▮ | ▮▮▮ | 000000015482567 | 02/10/2016 | 07090-20160210-0001-9603 | 97.89 | |
| | | | 02/10/2016 | 07090-20160210-0002-8994 | 223.15 | 321.04 |
| ▮▮▮ | ▮▮▮ | 000000015482496 | 02/10/2016 | 07090-20160210-0002-8967 | 75.00 | 75.00 |
| ▮▮▮ | ▮▮▮ | 000000015482123 | 02/10/2016 | 07090-20160210-0001-9589 | 89.45 | |
| | | | 02/10/2016 | 07090-20160210-0002-8977 | -89.45 | 0.00 |
| | | | | **Total** | | 1,331.11 |



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE-Remittance Advice

(Please include this Remittance Advice
with your payment)

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 504654 |
| Invoice Date: | 02/11/2016 |
| Billing End Date: | 02/10/2016 |
| Customer ID: | 000000001722894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |

**Invoice Due Date:    03/11/2016**

| | |
|---|---|
| Total Amount Due: | 1,331.11 |
| Amount Paid: | _____ |

---

### Payment Instructions On Your Remittance

Invoice #                                504654
Customer #                               000000001722894

Mail Checks To:
  Barnes & Noble College Booksellers, LLC.
  Attn: Accounts Receivable Department
  PO Box 823660
  Philadelphia, PA 19182-3660

Wire/ACH Payments:    Please contact our Cash Applications Dept
                      908-991-2350

---

### For all Inquiries contact the Collections Department

Call:       -908/991-2555
Fax:        -908/991-2882
Email:      collections@bncollege.com



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
**Page 1**

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 504766 |
| Invoice Date: | 02/12/2016 |
| Billing End Date: | 02/11/2016 |
| Customer ID: | 000000001722894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |

Send All Payments To:  Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

**Invoice Due Date:    03/12/2016**

For All Inquiries: Call:  -908/991-2555
Fax:   -908/991-2882

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---|---|---|---|---|---|---|
| ▆▆▆▆ | ▆▆▆ | 000000015482096 | 02/11/2016 | 07090-20160211-0003-0001 | 363.79 | 363.79 |
| ▆▆▆▆ | ▆▆▆ | 000000015482534 | 02/11/2016 | 07090-20160211-0001-9696 | 25.44 | |
| | | | 02/11/2016 | 07099-20160211-7777-0945 | 75.00 | 100.44 |
| ▆▆▆▆ | ▆▆▆ | 000000015482102 | 02/11/2016 | 07090-20160211-0003-9977 | 76.96 | 76.96 |
| ▆▆▆▆ | ▆▆▆ | 000000015482544 | 02/11/2016 | 07090-20160211-0002-9072 | 56.00 | 56.00 |
| ▆▆▆▆ | ▆▆▆ | 000000015482564 | 02/11/2016 | 07090-20160211-0002-9130 | 286.90 | 286.90 |
| ▆▆▆▆ | ▆▆▆ | 000000015482560 | 02/11/2016 | 07090-20160211-0002-9077 | 15.98 | 15.98 |
| ▆▆▆▆ | ▆▆▆ | 000000015482088 | 02/11/2016 | 07090-20160211-0001-9699 | 93.05 | |
| | | | 02/11/2016 | 07090-20160211-0001-9705 | 36.36 | |
| | | | 02/11/2016 | 07090-20160211-0001-9708 | 31.18 | 160.59 |
| ▆▆▆▆ | ▆▆▆ | 000000015482558 | 02/11/2016 | 07090-20160211-0003-0007 | 206.13 | 206.13 |
| ▆▆▆▆ | ▆▆▆ | 000000015482100 | 02/11/2016 | 07090-20160211-0001-9711 | 140.65 | |
| | | | 02/11/2016 | 07090-20160211-0002-9121 | 74.25 | |
| | | | 02/11/2016 | 07090-20160211-0002-9129 | 10.45 | |
| | | | 02/11/2016 | 07090-20160211-0002-9133 | 21.92 | 247.27 |
| ▆▆▆▆ | ▆▆▆ | 000000015482554 | 02/11/2016 | 07090-20160211-0001-9672 | 145.45 | |
| | | | 02/11/2016 | 07099-20160211-7777-0946 | -108.50 | 36.95 |
| ▆▆▆▆ | ▆▆▆ | 000000015482105 | 02/11/2016 | 07090-20160211-0002-9099 | 24.98 | |
| | | | 02/11/2016 | 07090-20160211-0003-9974 | 15.94 | 40.92 |
| | | | | **Total** | | 1,591.93 |



PO Box 823660, Philadelphia, PA 19182-3660

## INVOICE-Remittance Advice

(Please include this Remittance Advice
with your payment)

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 504766 |
| Invoice Date: | 02/12/2016 |
| Billing End Date: | 02/11/2016 |
| Customer ID: | 000000001722894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |

**Invoice Due Date:    03/12/2016**

Total Amount Due:        1,591.93

Amount Paid:        _____

---

**Payment Instrnctions On Your Remittance**

Invoice #                        504766
Customer #                    000000001722894

Mail Checks To:
    Barnes & Noble College Booksellers, LLC.
    Attn: Accounts Receivable Department
    PO Box 823660
    Philadelphia, PA 19182-3660

Wire/ACH Payments:    Please contact our Cash Applications Dept
    908-991-2350

---

**For all Inquiries contact the Collections Department**

Call:            -908/991-2555
Fax:            -908/991-2882
Email:        collections@bncollege.com



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
## Page 1

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 505328 |
| Invoice Date: | 02/17/2016 |
| Billing End Date: | 02/16/2016 |
| Customer ID: | 00000000172894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |

**Invoice Due Date:** **03/17/2016**

Send All Payments To:    Barnes & Noble College Booksellers, LLC.
                         Attn: Accounts Receivable Department
                         PO Box 823660
                         Philadelphia, PA 19182-3660

For All Inquiries: Call:    -908/991-2555
                   Fax:     -908/991-2882

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---|---|---|---|---|---|---|
| ███████ | ████ | 000000015482541 | 02/16/2016 | 07090-20160216-0002-9247 | 106.95 | 106.95 |
| ███████ | ████ | 000000015482540 | 02/16/2016 | 07090-20160216-0002-9246 | 194.90 | 194.90 |
| | | | | SERVICE FEE | | 0.00 |
| | | | | Total | | 301.85 |



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE-Remittance Advice

(Please include this Remittance Advice
with your payment)

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 505328 |
| Invoice Date: | 02/17/2016 |
| Billing End Date: | 02/16/2016 |
| Customer ID: | 000000001722894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |

**Invoice Due Date:    03/17/2016**

Total Amount Due:        301.85

Amount Paid:        _____

---

**Payment Instructions On Your Remittance**

Invoice #                        505328
Customer #                    000000001722894

Mail Checks To:
    Barnes & Noble College Booksellers, LLC.
    Attn: Accounts Receivable Department
    PO Box 823660
    Philadelphia, PA 19182-3660

Wire/ACH Payments:    Please contact our Cash Applications Dept
    908-991-2350

---

**For all Inquiries contact the Collections Department**

Call:        -908/991-2555
Fax:         -908/991-2882
Email:       collections@bncollege.com



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
## Page 1

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 505484 |
| Invoice Date: | 02/19/2016 |
| Billing End Date: | 02/18/2016 |
| Customer ID: | 00000001722894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |

**Invoice Due Date:**    **03/19/2016**

Send All Payments To:    Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

For All Inquiries: Call:    -908/991-2555
Fax:    -908/991-2882

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---|---|---|---|---|---|---|
| ▮▮▮▮▮▮ | ▮▮▮▮ | 000000015482093 | 02/18/2016 | 07090-20160218-0001-9889 | 201.97 | 201.97 |
| ▮▮▮▮▮▮▮ | ▮▮▮▮ | 000000015482553 | 02/18/2016 | 07090-20160218-0001-9886 | 95.22 | 95.22 |
| | | | | Total | | 297.19 |



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE-Remittance Advice

(Please include this Remittance Advice
with your payment)

HEOP
ATTN: GERRI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 505484 |
| Invoice Date: | 02/19/2016 |
| Billing End Date: | 02/18/2016 |
| Customer ID: | 000000001722894 |
| AR Program: | 12 HEOP |
| Payment Terms: | NET30 |

**Invoice Due Date:    03/19/2016**

Total Amount Due:        297.19

Amount Paid:        _____

---

**Payment Instructions On Your Remittance**

Invoice #                           505484
Customer #                          000000001722894

Mail Checks To:
    Barnes & Noble College Booksellers, LLC.
    Attn: Accounts Receivable Department
    PO Box 823660
    Philadelphia, PA 19182-3660

Wire/ACH Payments:    Please contact our Cash Applications Dept
    908-991-2350

---

**For all Inquiries contact the Collections Department**

Call:        -908/991-2555
Fax:         -908/991-2882
Email:       collections@bncollege.com



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
**Page 1**

BURSAR
ATTN: SHARON DINAPOLI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 495156 |
| Invoice Date: | 01/27/2016 |
| Billing End Date: | 01/26/2016 |
| Customer ID: | 00000001721590 |
| AR Program: | 11 BURSAR |
| Payment Terms: | NET30 |

Send All Payments To:    Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

**Invoice Due Date:    02/25/2016**

For All Inquiries: Call:    -908/991-2555
Fax:    -908/991-2882

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---|---|---|---|---|---|---|
| ██████ | ████ | 00000015439177 | 01/26/2016 | 07090-20160126-0002-7692 | 111.20 | 111.20 |
| ██████ | ████ | 0000000154339176 | 01/26/2016 | 07090-20160126-0002-7685 | 169.60 | 169.60 |
| ██████ | ████ | 000000015439179 | 01/26/2016 | 07099-20160126-7777-0703 | 267.65 | 267.65 |
| | | | | SERVICE FEE | | 0.00 |
| | | | | Total | | 548.45 |



**BARNES&NOBLE**
C O L L E G E
PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE-Remittance Advice

(Please include this Remittance Advice
with your payment)

BURSAR
ATTN: SHARON DINAPOLI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 495156 |
| Invoice Date: | 01/27/2016 |
| Billing End Date: | 01/26/2016 |
| Customer ID: | 000000001721590 |
| AR Program: | 11 BURSAR |
| Payment Terms: | NET30 |

**Invoice Due Date:    02/25/2016**

Total Amount Due:        548.45

Amount Paid:            _____

---

**Payment Instrnctions On Your Remittance**

Invoice #                        495156
Customer #                    000000001721590

Mail Checks To:
    Barnes & Noble College Booksellers, LLC.
    Attn: Accounts Receivable Department
    PO Box 823660
    Philadelphia, PA 19182-3660

Wire/ACH Payments:    Please contact our Cash Applications Dept
    908-991-2350

---

**For all Inquiries contact the Collections Department**

Call:        -908/991-2555
Fax:         -908/991-2882
Email:       collections@bncollege.com



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
## Page 1

BURSAR
ATTN: SHARON DINAPOLI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 495323 |
| Invoice Date: | 01/28/2016 |
| Billing End Date: | 01/27/2016 |
| Customer ID: | 00000001721590 |
| AR Program: | 11 BURSAR |
| Payment Terms: | NET30 |

Send All Payments To:  Barnes & Noble College Booksellers, LLC.
                       Attn: Accounts Receivable Department
                       PO Box 823660
                       Philadelphia, PA 19182-3660

**Invoice Due Date:    02/26/2016**

For All Inquiries: Call:  -908/991-2555
                   Fax:   -908/991-2882

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---|---|---|---|---|---|---|
| ▬▬▬▬ | ▬▬▬ | 000000015439178 | 01/27/2016 | 07090-20160127-0003-9005 | 308.40 | 308.40 |
| ▬▬▬▬ | ▬▬▬ | 000000015444412 | 01/27/2016 | 07090-20160127-0002-7731 | 276.50 | 276.50 |
| | | | | Total | | 584.90 |



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE-Remittance Advice

(Please include this Remittance Advice with your payment)

BURSAR
ATTN: SHARON DINAPOLI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 495323 |
| Invoice Date: | 01/28/2016 |
| Billing End Date: | 01/27/2016 |
| Customer ID: | 000000001721590 |
| AR Program: | 11 BURSAR |
| Payment Terms: | NET30 |

**Invoice Due Date:   02/26/2016**

Total Amount Due:        584.90

Amount Paid:          _____

---

**Payment Instrnctions On Your Remittance**

Invoice #                          495323
Customer #                     000000001721590

Mail Checks To:
          Barnes & Noble College Booksellers, LLC.
          Attn: Accounts Receivable Department
          PO Box 823660
          Philadelphia, PA 19182-3660

Wire/ACH Payments:   Please contact our Cash Applications Dept
          908-991-2350

---

**For all Inquiries contact the Collections Department**

Call:        -908/991-2555
Fax:         -908/991-2882
Email:       collections@bncollege.com



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
**Page 1**

BURSAR
ATTN: SHARON DINAPOLI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 497283 |
| Invoice Date: | 02/01/2016 |
| Billing End Date: | 01/31/2016 |
| Customer ID: | 00000001721590 |
| AR Program: | 11 BURSAR |
| Payment Terms: | NET30 |

Send All Payments To:  Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

**Invoice Due Date:    03/01/2016**

For All Inquiries: Call:  -908/991-2555
Fax:   -908/991-2882

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---|---|---|---|---|---|---|
| ■ | ■ | 000000015439177 | 01/28/2016 | 07090-20160128-0003-9089 | -62.45 | |
| | | | 01/28/2016 | 07090-20160128-0003-9090 | 40.80 | |
| | | | 01/29/2016 | 07090-20160129-0003-9147 | 62.45 | 40.80 |
| ■ | ■ | 000000015469392 | 01/29/2016 | 07090-20160129-0003-9126 | 43.99 | 43.99 |
| ■ | ■ | 000000015439175 | 01/28/2016 | 07090-20160128-0003-9040 | 362.45 | 362.45 |
| ■ | ■ | 000000015480557 | 01/30/2016 | 07099-20160130-7777-0801 | 185.00 | 185.00 |
| ■ | ■ | 000000015458403 | 01/29/2016 | 07090-20160129-0003-9104 | 600.00 | 600.00 |
| ■ | ■ | 000000015469394 | 01/30/2016 | 07099-20160130-7777-0821 | 109.70 | 109.70 |
| ■ | ■ | 000000015480555 | 01/30/2016 | 07090-20160130-0003-9179 | 180.25 | 180.25 |
| ■ | ■ | 000000015458400 | 01/28/2016 | 07099-20160128-7777-0741 | 474.80 | 474.80 |
| | | | | **SERVICE FEE** | | 0.00 |
| | | | | **Total** | | 1,996.99 |



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE-Remittance Advice

**(Please include this Remittance Advice with your payment)**

BURSAR
ATTN: SHARON DINAPOLI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 497283 |
| Invoice Date: | 02/01/2016 |
| Billing End Date: | 01/31/2016 |
| Customer ID: | 000000001721590 |
| AR Program: | 11 BURSAR |
| Payment Terms: | NET30 |

**Invoice Due Date:    03/01/2016**

Total Amount Due:        1,996.99

Amount Paid:        _____

---

### Payment Instrnctions On Your Remittance

Invoice #                          497283
Customer #                      000000001721590

Mail Checks To:
    Barnes & Noble College Booksellers, LLC.
    Attn: Accounts Receivable Department
    PO Box 823660
    Philadelphia, PA 19182-3660

Wire/ACH Payments:    Please contact our Cash Applications Dept
                      908-991-2350

---

### For all Inquiries contact the Collections Department

Call:        -908/991-2555
Fax:        -908/991-2882
Email:        collections@bncollege.com



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
## Page 1

BURSAR
ATTN: SHARON DINAPOLI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

Send All Payments To:   Barnes & Noble College Booksellers, LLC.
                        Attn: Accounts Receivable Department
                        PO Box 823660
                        Philadelphia, PA 19182-3660

For All Inquiries: Call:  -908/991-2555
                   Fax:   -908/991-2882

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice #: | 502392 |
| Invoice Date: | 02/02/2016 |
| Billing End Date: | 02/01/2016 |
| Customer ID: | 00000001721590 |
| AR Program: | 11 BURSAR |
| Payment Terms: | NET30 |
| **Invoice Due Date:** | **03/02/2016** |

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---|---|---|---|---|---|---|
| ▓▓▓▓▓▓ | ▓▓▓▓ | 000000015439175 | 02/01/2016 | 07090-20160201-0001-8783 | 61.05 | |
| | | | 02/01/2016 | 07090-20160201-0002-8063 | -61.05 | |
| | | | 02/01/2016 | 07090-20160201-0002-8065 | 61.05 | |
| | | | 02/01/2016 | 07090-20160201-0002-8066 | -37.55 | 23.50 |
| ▓▓▓▓▓▓ | ▓▓▓▓ | 000000015439176 | 02/01/2016 | 07090-20160201-0002-7944 | 41.35 | 41.35 |
| ▓▓▓▓▓▓ | ▓▓▓▓ | 000000015481936 | 02/01/2016 | 07090-20160201-0002-8012 | 240.56 | |
| | | | 02/01/2016 | 07090-20160201-0002-8013 | 36.55 | 277.11 |
| | | | | Total | | 341.96 |



PO Box 823660, Philadelphia, PA 19182-3660

## INVOICE-Remittance Advice

(Please include this Remittance Advice with your payment)

BURSAR
ATTN: SHARON DINAPOLI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 502392 |
| Invoice Date: | 02/02/2016 |
| Billing End Date: | 02/01/2016 |
| Customer ID: | 000000001721590 |
| AR Program: | 11 BURSAR |
| Payment Terms: | NET30 |

**Invoice Due Date:    03/02/2016**

Total Amount Due:         341.96

Amount Paid:         _____

---

### Payment Instructions On Your Remittance

Invoice #                         502392
Customer #                    000000001721590

Mail Checks To:
    Barnes & Noble College Booksellers, LLC.
    Attn: Accounts Receivable Department
    PO Box 823660
    Philadelphia, PA 19182-3660

Wire/ACH Payments:    Please contact our Cash Applications Dept
    908-991-2350

---

### For all Inquiries contact the Collections Department

Call:          -908/991-2555
Fax:          -908/991-2882
Email:        collections@bncollege.com



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
**Page 1**

BURSAR
ATTN: SHARON DINAPOLI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 502562 |
| Invoice Date: | 02/03/2016 |
| Billing End Date: | 02/02/2016 |
| Customer ID: | 00000001721590 |
| AR Program: | 11 BURSAR |
| Payment Terms: | NET30 |

Send All Payments To:   Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

**Invoice Due Date:    03/03/2016**

For All Inquiries: Call:   -908/991-2555
Fax:   -908/991-2882

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---|---|---|---|---|---|---|
| ███████ | ████ | 000000015484537 | 02/02/2016 | 07090-20160202-0002-8296 | 6.18 | |
| | | | 02/02/2016 | 07090-20160202-0003-9426 | 198.37 | 204.55 |
| ███████ | ████ | 000000015439178 | 02/02/2016 | 07090-20160202-0003-9510 | 14.10 | 14.10 |
| ███████ | ████ | 000000015482130 | 02/02/2016 | 07090-20160202-0002-8268 | 264.40 | 264.40 |
| ███████ | ████ | 000000015482072 | 02/02/2016 | 07090-20160202-0002-8179 | 174.55 | 174.55 |
| ███████ | ████ | 000000015482129 | 02/02/2016 | 07090-20160202-0003-9436 | 358.30 | 358.30 |
| ███████ | ████ | 000000015482533 | 02/02/2016 | 07090-20160202-0002-8278 | 36.80 | 36.80 |
| ███████ | ████ | 000000015482574 | 02/02/2016 | 07090-20160202-0003-9313 | 85.40 | 85.40 |
| ███████ | ████ | 000000015482578 | 02/02/2016 | 07090-20160202-0001-8829 | 131.60 | 131.60 |
| ███████ | ████ | 000000015482121 | 02/02/2016 | 07090-20160202-0001-8864 | 245.95 | 245.95 |
| ███████ | ████ | 000000015481936 | 02/02/2016 | 07090-20160202-0003-9307 | 8.69 | 8.69 |
| ███████ | ████ | 000000015482120 | 02/02/2016 | 07090-20160202-0003-9351 | 291.95 | 291.95 |
| ███████ | ████ | 000000015482119 | 02/02/2016 | 07090-20160202-0001-8963 | 235.65 | 235.65 |
| | | | | **Total** | | **2,051.94** |



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE-Remittance Advice

(Please include this Remittance Advice with your payment)

BURSAR
ATTN: SHARON DINAPOLI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 502562 |
| Invoice Date: | 02/03/2016 |
| Billing End Date: | 02/02/2016 |
| Customer ID: | 000000001721590 |
| AR Program: | 11 BURSAR |
| Payment Terms: | NET30 |

**Invoice Due Date:    03/03/2016**

Total Amount Due:        2,051.94

Amount Paid:        _____

---

**Payment Instructions On Your Remittance**

Invoice #                    502562
Customer #                000000001721590

Mail Checks To:
    Barnes & Noble College Booksellers, LLC.
    Attn: Accounts Receivable Department
    PO Box 823660
    Philadelphia, PA 19182-3660

Wire/ACH Payments:    Please contact our Cash Applications Dept
                908-991-2350

---

**For all Inquiries contact the Collections Department**

Call:        -908/991-2555
Fax:        -908/991-2882
Email:        collections@bncollege.com



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
## Page 1

BURSAR
ATTN: SHARON DINAPOLI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 502694 |
| Invoice Date: | 02/04/2016 |
| Billing End Date: | 02/03/2016 |
| Customer ID: | 00000001721590 |
| AR Program: | 11 BURSAR |
| Payment Terms: | NET30 |

Send All Payments To:   Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

**Invoice Due Date:    03/04/2016**

For All Inquiries: Call:   -908/991-2555
Fax:   -908/991-2882

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---|---|---|---|---|---|---|
| ███████████ | ██████ | 000000015485161 | 02/03/2016 | 07090-20160203-0001-9064 | 148.14 | 148.14 |
| ███████████████ | ██████ | 000000015482076 | 02/03/2016 | 07090-20160203-0001-9188 | 171.46 | |
| | | | 02/03/2016 | 07090-20160203-0001-9189 | -28.23 | 143.23 |
| █████████ | ██████ | 000000015482081 | 02/03/2016 | 07090-20160203-0002-8460 | 228.14 | 228.14 |
| ██████████ | ██████ | 000000015458405 | 02/03/2016 | 07090-20160203-0001-9216 | 273.11 | 273.11 |
| ███████████ | ██████ | 000000015485157 | 02/03/2016 | 07099-20160203-7777-0803 | 490.00 | 490.00 |
| █████████ | ██████ | 000000015485154 | 02/03/2016 | 07090-20160203-0002-8369 | 264.85 | 264.85 |
| ███████ | ██████ | 000000015481936 | 02/03/2016 | 07090-20160203-0002-8322 | -47.20 | -47.20 |
| ███████████ | ██████ | 000000015485158 | 02/03/2016 | 07090-20160203-0002-8349 | 339.60 | 339.60 |
| ██████████ | ██████ | 000000015485153 | 02/03/2016 | 07090-20160203-0002-8395 | 354.55 | 354.55 |
| ████████ | ██████ | 000000015486958 | 02/03/2016 | 07090-20160203-0001-9149 | 229.29 | 229.29 |
| █████████████ | ██████ | 000000015485159 | 02/03/2016 | 07090-20160203-0001-9213 | 179.66 | 179.66 |
| ██████████ | ██████ | 000000015482120 | 02/03/2016 | 07090-20160203-0002-8323 | 83.65 | 83.65 |
| █████████ | ██████ | 000000015482075 | 02/03/2016 | 07090-20160203-0001-9105 | 487.85 | |
| | | | 02/03/2016 | 07090-20160203-0001-9199 | -321.90 | |
| | | | 02/03/2016 | 07090-20160203-0001-9200 | 346.50 | 512.45 |
| ████████████ | ██████ | 000000015486812 | 02/03/2016 | 07090-20160203-0003-9616 | 228.15 | 228.15 |
| | | | | **Total** | | 3,427.62 |



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE-Remittance Advice

(Please include this Remittance Advice
with your payment)

BURSAR
ATTN: SHARON DINAPOLI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 502694 |
| Invoice Date: | 02/04/2016 |
| Billing End Date: | 02/03/2016 |
| Customer ID: | 000000001721590 |
| AR Program: | 11 BURSAR |
| Payment Terms: | NET30 |

**Invoice Due Date:    03/04/2016**

Total Amount Due:        3,427.62

Amount Paid:        _____

---

**Payment Instructions On Your Remittance**

Invoice #                           502694
Customer #                      000000001721590

Mail Checks To:
            Barnes & Noble College Booksellers, LLC.
            Attn: Accounts Receivable Department
            PO Box 823660
            Philadelphia, PA 19182-3660


Wire/ACH Payments:    Please contact our Cash Applications Dept
                    908-991-2350

---

**For all Inquiries contact the Collections Department**

Call:        -908/991-2555
Fax:        -908/991-2882
Email:        collections@bncollege.com



**BARNES&NOBLE**
COLLEGE
PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
**Page 1**

BURSAR
ATTN: SHARON DINAPOLI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

Send All Payments To:  Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

| | |
|---|---|
| Invoice #: | 502836 |
| Invoice Date: | 02/05/2016 |
| Billing End Date: | 02/04/2016 |
| Customer ID: | 00000001721590 |
| AR Program: | 11 BURSAR |
| Payment Terms: | NET30 |
| **Invoice Due Date:** | **03/05/2016** |

For All Inquiries: Call:  -908/991-2555
Fax:  -908/991-2882

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---|---|---|---|---|---:|---:|
| ▮ | ▮ | 000000015485152 | 02/04/2016 | 07090-20160204-0001-9255 | 208.90 | 208.90 |
| ▮ | ▮ | 000000015485155 | 02/04/2016 | 07090-20160204-0001-9355 | 192.40 | 192.40 |
| ▮ | ▮ | 000000015482533 | 02/04/2016 | 07090-20160204-0002-8501 | 6.51 | 6.51 |
| ▮ | ▮ | 000000015486810 | 02/04/2016 | 07090-20160204-0002-8687 | 544.45 | 544.45 |
| ▮ | ▮ | 000000015485154 | 02/04/2016 | 07090-20160204-0002-8622 | -98.20 | |
| | | | 02/04/2016 | 07090-20160204-0002-8623 | 73.15 | -25.05 |
| ▮ | ▮ | 000000015480556 | 02/04/2016 | 07090-20160204-0002-8628 | 38.84 | 38.84 |
| ▮ | ▮ | 000000015485153 | 02/04/2016 | 07090-20160204-0002-8610 | -90.95 | |
| | | | 02/04/2016 | 07090-20160204-0002-8611 | 109.58 | 18.63 |
| ▮ | ▮ | 000000015486811 | 02/04/2016 | 07090-20160204-0001-9272 | 193.65 | 193.65 |
| ▮ | ▮ | 000000015489707 | 02/04/2016 | 07099-20160204-7777-0901 | 292.20 | 292.20 |
| | | | | **Total** | | 1,470.53 |



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE-Remittance Advice

(Please include this Remittance Advice
with your payment)

BURSAR
ATTN: SHARON DINAPOLI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 502836 |
| Invoice Date: | 02/05/2016 |
| Billing End Date: | 02/04/2016 |
| Customer ID: | 000000001721590 |
| AR Program: | 11 BURSAR |
| Payment Terms: | NET30 |

**Invoice Due Date:   03/05/2016**

Total Amount Due:          1,470.53

Amount Paid:          _____

---

### Payment Instructions On Your Remittance

Invoice #                              502836
Customer #                         000000001721590

Mail Checks To:
        Barnes & Noble College Booksellers, LLC.
        Attn: Accounts Receivable Department
        PO Box 823660
        Philadelphia, PA 19182-3660

Wire/ACH Payments:   Please contact our Cash Applications Dept
        908-991-2350

---

### For all Inquiries contact the Collections Department

Call:          -908/991-2555
Fax:          -908/991-2882
Email:          collections@bncollege.com



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
## Page 1

BURSAR
ATTN: SHARON DINAPOLI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 504191 |
| Invoice Date: | 02/08/2016 |
| Billing End Date: | 02/07/2016 |
| Customer ID: | 00000001721590 |
| AR Program: | 11 BURSAR |
| Payment Terms: | NET30 |
| **Invoice Due Date:** | **03/08/2016** |

Send All Payments To:   Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

For All Inquiries: Call:   -908/991-2555
Fax:   -908/991-2882

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---|---|---|---|---|---|---|
| ███████ | ████ | 000000015480732 | 02/06/2016 | 07090-20160206-0002-8709 | 148.35 | 148.35 |
| ███████ | ████ | 000000015482129 | 02/06/2016 | 07090-20160206-0001-9433 | 179.95 | 179.95 |
| ███████ | ████ | 000000015482075 | 02/06/2016 | 07090-20160206-0001-9398 | -77.50 | |
| | | | 02/06/2016 | 07090-20160206-0001-9399 | 163.75 | 86.25 |
| | | | | Total | | 414.55 |



**BARNES & NOBLE**
C O L L E G E
PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE-Remittance Advice

(Please include this Remittance Advice
with your payment)

BURSAR
ATTN: SHARON DINAPOLI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 504191 |
| Invoice Date: | 02/08/2016 |
| Billing End Date: | 02/07/2016 |
| Customer ID: | 000000001721590 |
| AR Program: | 11 BURSAR |
| Payment Terms: | NET30 |

**Invoice Due Date: 03/08/2016**

Total Amount Due: 414.55

Amount Paid: _____

---

**Payment Instrnctions On Your Remittance**

Invoice #                  504191
Customer #                 000000001721590

Mail Checks To:
          Barnes & Noble College Booksellers, LLC.
          Attn: Accounts Receivable Department
          PO Box 823660
          Philadelphia, PA 19182-3660

Wire/ACH Payments:   Please contact our Cash Applications Dept
                     908-991-2350

---

**For all Inquiries contact the Collections Department**

Call:        -908/991-2555
Fax:         -908/991-2882
Email:       collections@bncollege.com



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
**Page 1**

BURSAR
ATTN: SHARON DINAPOLI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 504555 |
| Invoice Date: | 02/10/2016 |
| Billing End Date: | 02/09/2016 |
| Customer ID: | 00000001721590 |
| AR Program: | 11 BURSAR |
| Payment Terms: | NET30 |

**Invoice Due Date:    03/10/2016**

Send All Payments To:    Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

For All Inquiries: Call:    -908/991-2555
Fax:    -908/991-2882

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---|---|---|---|---|---|---|
| ███████ | ████ | 000000015485156 | 02/09/2016 | 07090-20160209-0001-9460 | 321.94 | 321.94 |
| ███████ | ████ | 000000015469395 | 02/09/2016 | 07090-20160209-0002-8841 | 433.49 | 433.49 |
| ███████ | ████ | 000000015439176 | 02/09/2016 | 07090-20160209-0001-9463 | -41.35 | |
| | | | 02/09/2016 | 07090-20160209-0001-9464 | 41.35 | 0.00 |
| ███████ | ████ | 000000015485160 | 02/09/2016 | 07090-20160209-0003-9781 | 67.60 | 67.60 |
| ███████ | ████ | 000000015482081 | 02/09/2016 | 07090-20160209-0002-8874 | 45.18 | 45.18 |
| ███████ | ████ | 000000015469393 | 02/09/2016 | 07090-20160209-0003-9775 | 108.95 | 108.95 |
| ███████ | ████ | 000000015499930 | 02/09/2016 | 07090-20160209-0001-9526 | 12.75 | 12.75 |
| ███████ | ████ | 000000015499982 | 02/09/2016 | 07090-20160209-0002-8865 | 341.72 | 341.72 |
| ███████ | ████ | 000000015500528 | 02/09/2016 | 07090-20160209-0003-9805 | 263.80 | 263.80 |
| ███████ | ████ | 000000015499171 | 02/09/2016 | 07090-20160209-0001-9467 | 268.00 | 268.00 |
| ███████ | ████ | 000000015500274 | 02/09/2016 | 07090-20160209-0001-9546 | 174.65 | 174.65 |
| | | | | **SERVICE FEE** | | 0.00 |
| | | | | **Total** | | 2,038.08 |



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE-Remittance Advice

(Please include this Remittance Advice with your payment)

BURSAR
ATTN: SHARON DINAPOLI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 504555 |
| Invoice Date: | 02/10/2016 |
| Billing End Date: | 02/09/2016 |
| Customer ID: | 000000001721590 |
| AR Program: | 11 BURSAR |
| Payment Terms: | NET30 |

**Invoice Due Date:   03/10/2016**

Total Amount Due:        2,038.08

Amount Paid:        _____

---

### Payment Instructions On Your Remittance

Invoice #                        504555
Customer #                    000000001721590

Mail Checks To:
    Barnes & Noble College Booksellers, LLC.
    Attn: Accounts Receivable Department
    PO Box 823660
    Philadelphia, PA 19182-3660

Wire/ACH Payments:    Please contact our Cash Applications Dept
    908-991-2350

---

### For all Inquiries contact the Collections Department

Call:        -908/991-2555
Fax:        -908/991-2882
Email:        collections@bncollege.com



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
## Page 1

BURSAR
ATTN: SHARON DINAPOLI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 504679 |
| Invoice Date: | 02/11/2016 |
| Billing End Date: | 02/10/2016 |
| Customer ID: | 00000001721590 |
| AR Program: | 11 BURSAR |
| Payment Terms: | NET30 |
| **Invoice Due Date:** | **03/11/2016** |

Send All Payments To:   Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

For All Inquiries: Call:   -908/991-2555
Fax:   -908/991-2882

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---|---|---|---|---|---|---|
| ███████ | ████ | 000000015500528 | 02/10/2016 | 07090-20160210-0001-9600 | -263.80 | |
| | | | 02/10/2016 | 07090-20160210-0001-9601 | 450.40 | 186.60 |
| ███████ | ████ | 000000015501434 | 02/10/2016 | 07090-20160210-0002-9009 | 355.80 | 355.80 |
| | | | | Total | | 542.40 |



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE-Remittance Advice

(Please include this Remittance Advice
with your payment)

BURSAR
ATTN: SHARON DINAPOLI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 504679 |
| Invoice Date: | 02/11/2016 |
| Billing End Date: | 02/10/2016 |
| Customer ID: | 000000001721590 |
| AR Program: | 11 BURSAR |
| Payment Terms: | NET30 |

**Invoice Due Date:    03/11/2016**

Total Amount Due:        542.40

Amount Paid:        _____

---

**Payment Instrnctions On Your Remittance**

Invoice #                                504679
Customer #                          000000001721590

Mail Checks To:
    Barnes & Noble College Booksellers, LLC.
    Attn: Accounts Receivable Department
    PO Box 823660
    Philadelphia, PA 19182-3660

Wire/ACH Payments:    Please contact our Cash Applications Dept
    908-991-2350

---

**For all Inquiries contact the Collections Department**

Call:        -908/991-2555
Fax:        -908/991-2882
Email:      collections@bncollege.com



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE
## Page 1

BURSAR
ATTN: SHARON DINAPOLI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 504781 |
| Invoice Date: | 02/12/2016 |
| Billing End Date: | 02/11/2016 |
| Customer ID: | 000000001721590 |
| AR Program: | 11 BURSAR |
| Payment Terms: | NET30 |

Send All Payments To:   Barnes & Noble College Booksellers, LLC.
Attn: Accounts Receivable Department
PO Box 823660
Philadelphia, PA 19182-3660

**Invoice Due Date:**   **03/12/2016**

For All Inquiries: Call:   -908/991-2555
Fax:   -908/991-2882

| Student | Student ID | Reference ID | Transaction Date | Transaction/ Item ID | Amount | Total |
|---|---|---|---|---|---|---|
| ███████ | ████ | 000000015444412 | 02/11/2016 | 07090-20160211-0003-9951 | 151.25 | 151.25 |
| ███████ | ████ | 000000015503725 | 02/11/2016 | 07090-20160211-0001-9744 | 230.24 | |
| | | | 02/11/2016 | 07090-20160211-0001-9745 | 21.79 | 252.03 |
| ███████ | ████ | 000000015481936 | 02/11/2016 | 07090-20160211-0001-9661 | 27.94 | |
| | | | 02/11/2016 | 07090-20160211-0002-9114 | 48.36 | 76.30 |
| ███████ | ████ | 000000015506758 | 02/11/2016 | 07090-20160211-0002-9136 | 70.00 | 70.00 |
| | | | | Total | | 549.58 |



PO Box 823660, Philadelphia, PA 19182-3660

# INVOICE-Remittance Advice

**(Please include this Remittance Advice with your payment)**

BURSAR
ATTN: SHARON DINAPOLI
IDLE HOURS BOULEVARD
OAKDALE, NY 11769

| | |
|---|---|
| Invoice #: | 504781 |
| Invoice Date: | 02/12/2016 |
| Billing End Date: | 02/11/2016 |
| Customer ID: | 000000001721590 |
| AR Program: | 11 BURSAR |
| Payment Terms: | NET30 |

**Invoice Due Date:    03/12/2016**

Total Amount Due:          549.58

Amount Paid:          _____

---

**Payment Instrnctions On Your Remittance**

Invoice #                              504781
Customer #                        000000001721590

Mail Checks To:
        Barnes & Noble College Booksellers, LLC.
        Attn: Accounts Receivable Department
        PO Box 823660
        Philadelphia, PA 19182-3660

Wire/ACH Payments:    Please contact our Cash Applications Dept
                    908-991-2350

---

**For all Inquiries contact the Collections Department**

Call:          -908/991-2555
Fax:          -908/991-2882
Email:        collections@bncollege.com

# CLAIM NO. 187



UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK

| Name of Debtor: | Case No. |
|---|---|
| Dowling College | 16-75545 |

**Your Claim Is Scheduled As Follows:**

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

DCO0200829965   00000215

BLOCK CHIROPRACTIC SPORTS AND WELLNESS
301 MAPLE AVE
SMITHTOWN NY 11787

*Garden City Group, LLC*
FEB 1 3 2017

FILED - 00187
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

# Proof of Claim
Official Form 410*

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution  in  respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | *Block Chiropractic Sports & Wellness* <br> Name of the current creditor (the person or entity to be paid for this claim) <br> Other names the creditor used with the debtor  *Dr. Jeffry M. Block* |
| 2. | Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes. From whom? |

| | | Where should notices be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|---|
| 3. | Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | *Block Chiropractic* <br> Name <br> *301 Maple Ave* <br> Number    Street <br> *Smithtown NY 11787* <br> City    State    ZIP Code <br><br> Contact phone *631-543-0004* <br><br> Contact email *DrJeff@BlockChiropractic.com* | *SAME* <br> Name <br><br> Number    Street <br><br> City    State    ZIP Code <br><br> Contact phone <br><br> Contact email |

| | | |
|---|---|---|
| 4. | Does this claim amend one already filed? | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____ <br> MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ |

*Modified Official Form 410 (GCG 5/16)                                        page 3



| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |

| 6. | Do you have any number you use to identify the debtor? | ☑ No<br><br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
|---|---|---|
| 7. | How much is the claim? | $ _81767.00_    Does this amount include interest or other charges?<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_Chiropractic & Physical therapy Provided & Daily FAILD to pay Ins Co._ |
| 9. | Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.    _So They didn't pay our claims_<br>_these were due to injuries sustained_<br><br>**Nature of property:**    _while playing Sport for Daily_<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a _Mortgage Proof of Claim Attachment_ (Official Form 410-A) with this _Proof of Claim._<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**    $_____<br><br>**Amount of the claim that is secured:**    $_____<br><br>**Amount of the claim that is unsecured:** $_____    (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) _7_ %<br>☑ Fixed<br>☐ Variable |
| 10. | Is this claim based on a lease? | ☑ No<br><br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. | Is this claim subject to a right of setoff? | ☑ No<br><br>☐ Yes. Identify the property: _____ |
| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br><br>☐ Yes. *Check all that apply:*    **Amount entitled to priority**<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____<br><br>☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____<br><br>☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.    $_____<br><br>* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. |



| Part 3: | Sign Below |
|---|---|

| | |
|---|---|
| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. | *Check the appropriate box:*<br><br>☑ I am the creditor.<br><br>☐ I am the creditor's attorney or authorized agent.<br><br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br><br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct. |

Executed on date   1 / 30 / 17
            MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

Name   Jeffrey   Michael   Block, Jr.
        First name        Middle name        Last name

Title   Chiropractor

Company   Block Chiropractic Spots & Wellness
       Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   301   Maple Ave.
       Number     Street
       Smithtown   NY   11788
       City             State       ZIP Code

Contact phone   631-543-0001   Email   Jeff @ BlockChiropra.c

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction of information* in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgement letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                    :        Chapter 11
                                                         :
DOWLING COLLEGE,                                         :
f/d/b/a DOWLING INSTITUTE,                               :        Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                           :
ASSOCIATION,                                             :
f/d/b/a CECOM,                                           :
a/k/a DOWLING COLLEGE, INC.,                             :
                                                         :
                                    Debtor.              :
-------------------------------------------------------------x

## NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE MARCH 10, 2017 (GENERAL BAR DATE) AND MAY 30, 2017 (GOVERNMENTAL BAR DATE)

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST DOWLING COLLEGE:**

The United States Bankruptcy Court for the Eastern District of New York, having

jurisdiction over Dowling College ("Dowling" or the "Debtor") in the above captioned chapter 11

case (the "Chapter 11 Case"), entered an order (the "Bar Date Order") establishing **March 10,**

**2017 at 5:00 p.m. (prevailing Eastern Time)** as the last date for each person or entity (including,

without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a

proof of claim based on prepetition claims against the Debtor (the "General Bar Date"); and (ii)

**May 30, 2017 at 5:00 p.m. (prevailing Eastern Time)** as the last date and time for each

governmental unit (as defined in Section 101(27) of the title 11 of the United States Code (the

"Bankruptcy Code")) to file a proof of claim based on prepetition claims against the Debtor (the

"Governmental Bar Date" and, together with the General Bar Date, the "Bar Dates").

The Bar Dates and the procedures set forth below for filing proofs of claim apply to all

claims against the Debtor that arose prior to November 29, 2016 (the "Petition Date"), the date on

which the Debtor commenced a case under chapter 11 of the Bankruptcy Code, except for those

holders of the claims listed in Section 4 below that are specifically excluded from the Bar Date filing requirement.

## 1.    WHO MUST FILE A PROOF OF CLAIM

You MUST file a proof of claim to vote on a Chapter 11 plan filed by the Debtor or to share in distributions from the Debtor's bankruptcy estate if you have a claim that arose prior to the Petition Date, and it is not one of the types of claim described in Section 4 below.  Claims based on acts or omissions of the Debtor that occurred before the Petition Date, including, without limitation, those that may be entitled to administrative claim status pursuant to 503(b)(9) must be filed on or prior to the Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under Section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

## 2.    WHAT TO FILE

Your filed Proof of Claim must be in the form annexed to this notice or otherwise conform substantially to  Official  Form  No.  B410,  which  can  be  viewed  at http://www.uscourts.gov/forms/bankruptcy-forms.   Additional Proof of Claim Forms can be obtained at the Debtor's Claims Agent Website at http://cases.gardencitygroup.com/dco.

The proof of claim form must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency. You must attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary).

Your proof of claim form shall not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials) or a financial account number (only the last four digits of such financial account).

3.    **WHEN AND WHERE TO FILE**

Except as provided for herein, all proofs of claim must be filed so as to be **actually received on or before** the applicable Bar Date.

To file a proof of claim, you must submit your claim either (i) electronically by utilizing the Online Portal that can be accessed at Debtor's Court appointed Claims Agent's website: http://www.gardencitygroup.com/cases/dco or (ii) by delivering the original proof of claim either by U.S. Postal Service mail or overnight delivery on the Debtor's Court appointed Claims Agent or the Bankruptcy Court at:

**IF BY FIRST CLASS MAIL:**

Dowling College Case Administration
c/o GCG
P.O. Box 10342
Dublin, OH 43017-5542

<u>OR</u>

**IF BY HAND DELIVERY OR OVERNIGHT MAIL:**

Dowling College Case Administration

c/o GCG
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

OR

**IF BY HAND DELIVERY:**

United States Bankruptcy Court, EDNY
Alfonse D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, New York 11722
Attn: Clerk of the Court

Each Proof of Claim shall be deemed timely filed only if (i) the proof of claim is submitted electronically, so as to be actually received by GCG on or before the applicable Bar Date, by using the Online Portal, or (ii) the Proof of Claim is mailed or delivered so as to be actually received by the Debtor's court approved claims agent, GCG, or by the Court, on or before the applicable Bar Date at the address listed herein.

ANY CREDITOR THAT ELECTRONICALLY FILES A PROOF OF CLAIM SHALL RETAIN SUCH PROOF OF CLAIM (AND SUPPORTING DOCUMENTS) WITH AN ORIGINAL SIGNATURE FOR A PERIOD OF NOT LESS THAN TWO (2) YEARS FROM THE DATE THE PROOF OF CLAIM IS ELECTRONICALLY FILED.

Except as expressly permitted in the context of electronic submission via the Online Portal, proofs of claim sent by facsimile, telecopy or electronic mail transmission will not be accepted.

**4.    WHO NEED NOT FILE A PROOF OF CLAIM**

You do **not** need to file a proof of claim on or before the applicable Bar Date if you are:

4

(a) A person or entity that has already filed a proof of claim against the Debtor in this case with the Clerk of the Bankruptcy Court for the Eastern District of New York in a form substantially similar to Official Bankruptcy Form No. B410;

(b) A person or entity whose claim is listed on the Schedules of Assets and Liabilities filed by the Debtor (collectively, the "Schedules") [Docket Entry No. 93] if (i) the claim is not scheduled as "disputed," "contingent," or "unliquidated" and (ii) you agree with the amount, nature and priority of the claim as set forth in the Schedules;

(c) A holder of a claim that has already been allowed in this case by order of the Court;

(d) A holder of a claim for which a different deadline for filing a proof of claim in this case has already been fixed by this Court;

(e) A holder of a claim allowable under Sections 503(b), other than a claim entitled to administrative priority pursuant to Sections 503(b)(9) and 507(a)(2) of the Bankruptcy Code as an expense of administration of the Debtor's estate; or

(f) Any person or entity whose claim is limited exclusively to the repayment of principal, interest and other fees and expenses (a "Debt Claim") under the agreements governing any syndicated credit facility or debt security (including, without limitation, any municipal, taxable or tax-exempt bond) issued by or for the benefit of the Debtor pursuant to an indenture (together, the "Debt Instruments"); provided, however, that (i) the foregoing exclusion in this subparagraph shall not apply to the administrative agent under the applicable credit facility or the indenture trustee under the applicable indenture (each, a "Debt Representative"), (ii) each Debt Representative shall be authorized to and required to file a single proof of claim, on or before the General Bar Date, on account of all Debt Claims against the Debtor under the applicable Debt Instruments and (iii) any holder of a

5

Debt Claim wishing to assert a claim, other than a Debt Claim, arising out of or relating to

a Debt Instrument, shall be required to file a proof of claim with respect to such claim on

or before the General Bar Date, unless another exception identified herein applies. In

addition, with respect to claims filed by any indenture trustee under the applicable

indenture, such claimants need not attach copies of the documents evidencing and/or

securing the claims.

If you are a holder of an equity interest in the Debtor, you need not file a proof of interest

with respect to the ownership of such equity interest at this time. But, if you assert a claim

against the Debtor, including a claim relating to your equity interest or the purchase or sale of that

interest you must file a proof of claim on or prior to the applicable Bar Date in accordance with

the procedures set forth in this Notice.

This Notice is being sent to many persons and entities that have had some relationship

with or have done business with the Debtor but may not have an unpaid claim against the Debtor.

The fact that you have received this Notice does not mean that you have a claim, or that the

Debtor or the Court believes that you have a claim against the Debtor.

## 5.    EXECUTORY CONTRACTS AND UNEXPIRED LEASES

If you have a claim arising out of the rejection of an executory contract or unexpired lease

as to which the order authorizing such rejection is dated on or before January 13, 2017, the date of

entry of the Bar Date Order, you must file a proof of claim based on such rejection on or before

the later of the applicable Bar Date or the date that is 30 days after the date of the order

authorizing such rejection. Any person or entity that has a claim arising from the rejection of an

executory contract or unexpired lease, as to which the order is dated after the date of entry of the

Bar Date Order, you must file a proof of claim with respect to such claim by the later of 30 days

6

after the effective date of such rejection or such other date fixed by the Court in the applicable

order authorizing rejection of such contract or lease.

6.    **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

ANY HOLDER OF A CLAIM THAT IS NOT EXCEPTED FROM THE

REQUIREMENTS OF THIS ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT

FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM, WILL BE

BARRED FROM ASSERTING ITS CLAIM AGAINST THE DEBTOR AND ITS CHAPTER

11 ESTATE, VOTING ON ANY PLAN OF LIQUIDATION FILED IN THIS CASE, AND

PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTOR'S CHAPTER 11 CASE ON

ACCOUNT OF THAT CLAIM.

7.    **THE DEBTOR'S SCHEDULES AND ACCESS THERETO**

You may be listed as the holder of a claim against the Debtor in the Debtor's Schedules.

If you agree with the nature, amount and status of your claim as listed in the Debtor's Schedules,

and if your claim is not described as "disputed," "contingent," or "unliquidated," you do not need

to file a proof of claim.  Otherwise, you must file a proof of claim before the applicable Bar Date

in accordance with the procedures set forth in this Notice.

Copies of the Debtor's Schedules are available for inspection on the Court's Internet

Website at http://www.nyeb.uscourts.gov.  A login and password to the Court's Public Access to

Electronic Court Records ("PACER") are required to access this information and can be obtained

through the PACER Service Center at http://www.pacer.gov.  Copies of the Debtor's Schedules

may also be examined on the Website of the Debtor's Claims Agent at

http://cases.gardencitygroup.com/dco or, between the hours of 9:00 a.m. and 4:30 p.m., Monday

7

through Friday at the Office of the Clerk of the Bankruptcy Court, Alfonse M. D'Amato U.S.

Courthouse, 290 Federal Plaza, Central Islip, NY 11722.  Copies of the Debtor's Schedules may

also be obtained by written request to the Debtor's Claim Agent at the address set forth below:

> Dowling College Case Administration
> c/o GCG
> P.O. Box 10342
> Dublin, Ohio 43017-5542

**If you are unsure about any of these matters, including whether you should file a**

**proof of claim, you may wish to consult an attorney.**

Dated: New York, New York                    **BY ORDER OF THE COURT**
           January 13, 2017

---

COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION
KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
200 WEST 41ST STREET, 17TH FLOOR
NEW YORK, NEW YORK 10036
212.972.3000

```
                    ACCOUNTS RECEIVABLE AGING
                    Tuesday January 31, 2017
```

Data Filter(s):
      Active patient index in use
      User-defined key: dowling


Search for bills older than: 0 days


Bryan Anderson #13743

    Date of Birth     : 08/18/1992
    Phone #'s         : 631-472-8951
    Case #            : 1
    Case Description  : DOWLING

    Payer #1          : OPTUM/OXFORD  877-369-7564
    Group#
    ID#               : 1092861501·

    Payer #2          : NAHGA CLAIM SERVICES  800-952-4320
    Group#
    ID#               : UIA6390A

    Payer #3          : MUTUAL OF OMAHA- SRS  800-524-2324
    Group#
    ID#               : T5MP051085250


    04/19/2016   Bill# 1   Payer#1   Period: 03/18/2016 - 04/01/2016   Amt: $ 399.00  Bal: $ 120.00              * >120 *
       Payer Rebilled 06/06/2016. ECS Claim
       Claim #18112903. Remarks: PR $120 to 2ndary 6.6.16
       Billed secondary: 06/06/2016
    05/16/2016   Bill# 2   Payer#1   Period: 04/22/2016 - 04/29/2016   Amt: $ 300.00  Bal: $ 120.00              * >120 *
       Payer Rebilled 06/23/2016. ECS Claim
       Claim #18112903. Remarks: PR $120 to 2ndary 6.23.16
       Billed secondary: 06/23/2016


Michele Andrews #10767

    Date of Birth     : 05/03/1992
    Phone #'s         : 631-864-8295 / 631-332-3435
    Case #            : 2
    Case Description  : DOWLING PT

    Payer #1          : UNITED HEALTHCARE / MPN  877-769-7447
    Group#            :
    ID#               : 890582566

    Payer #2          : Health Smart  800-331-1096
    Group#            :
    ID#               : SRG9130832

    Payer #4          : Mutual of Omaha  800-693-6093
    Guarantor         : Michele Andrews
    Group#
    ID#               : T5MP051085250


    03/08/2013   Bill# 2   Payer#1   Period: 02/20/2013 - 02/25/2013   Amt: $ 475.00  Bal: $ 427.00              * >120 *
       Payer Rebilled 07/07/2014. ECS Claim
       Remarks: $48 pd to patient, PR $427.00, cc to 2nd 4/10
       Billed secondary: 04/10/2013
       Billed secondary: 07/07/2014
       Billed secondary: 07/07/2014
    03/08/2013   Bill# 3   Payer#1   Period: 02/27/2013 - 02/27/2013   Amt: $ 275.00  Bal: $ 241.00              * >120 *
       Payer Rebilled 07/07/2014. ECS Claim
       Remarks: $34 pd to pt, PR $241.00, cc to 2nd 4/10 pending accident info per 6/4 eob
       Billed secondary: 04/10/2013
       Billed secondary: 07/07/2014
       Billed secondary: 07/07/2014
    03/15/2013   Bill# 4   Payer#1   Period: 03/13/2013 - 03/13/2013   Amt: $ 280.00  Bal: $ 246.00              * >120 *
       Payer Rebilled 07/07/2014. ECS Claim
```

Page 2    Accounts Aging Report: January 31, 2017

```
    Remarks: $34 pd to pt, PR $241.00, cc to 2nd 4/10 pending accident info per 6/4 eob
    Billed secondary: 04/10/2013
    Billed secondary: 07/07/2014
    Billed secondary: 07/07/2014
03/22/2013   Bill# 5   Payer#1   Period: 03/20/2013 - 03/20/2013   Amt: $ 235.00  Bal: $ 201.00              * >120 *
    Payer Rebilled 07/07/2014. ECS Claim
    Remarks: $34 pd to pt, PR $241.00, cc to 2nd 4/10 pending accident info per 6/4 eob
    Billed secondary: 04/10/2013
    Billed secondary: 07/07/2014
    Billed secondary: 07/07/2014
```

Elizabeth Athing #12310

```
    Date of Birth      : 09/22/1995
    Phone #'s          : 631-586-8045
    Case #             : 1
    Case Description : DOWLING Chiro

    Payer #1           : OPTUM HEALTH   888-226-6216
    Group#             : NY20392
    ID#                : 1148510603

    Payer #2           : NAHGA CLAIM SERVICES  800-952-4320
    Guarantor          : Elizabeth Athing
    Group#             :
    ID#                : UIA6390A

    Payer #3           : Mutual of Omaha  800-693-6093
    Guarantor          : Elizabeth Athing
    Group#             :
    ID#                : T5MP051085250
```

```
09/22/2015   Bill# 17   Payer#1   Period: 08/21/2015 - 08/21/2015   Amt: $ 238.00  Bal: $  10.00              * >120 *
    Payer Rebilled 01/25/2016. ECS Claim
    Claim #17291301. Remarks: PR $10 to 2ndary 10.19.15 to nahga 1.25.16
    Billed secondary: 10/19/2015
    Billed secondary: 01/25/2016
09/22/2015   Bill# 18   Payer#1   Period: 08/28/2015 - 09/01/2015   Amt: $ 300.00  Bal: $  20.00              * >120 *
    Payer Rebilled 01/25/2016. ECS Claim
    Claim #17291301. Remarks: PR $20 to 2ndary 10.19.15 to nahga 1.25.16
    Billed secondary: 10/19/2015
    Billed secondary: 01/25/2016
09/22/2015   Bill# 19   Payer#1   Period: 09/02/2015 - 09/08/2015   Amt: $ 300.00  Bal: $  20.00              * >120 *
    Payer Rebilled 01/25/2016. ECS Claim
    Claim #17291301. Remarks: PR $20 to 2ndary 10.19.15 to nahga 1.25.16
    Billed secondary: 10/19/2015
    Billed secondary: 01/25/2016
09/22/2015   Bill# 20   Payer#1   Period: 09/11/2015 - 09/11/2015   Amt: $ 150.00  Bal: $  10.00              * >120 *
    Payer Rebilled 01/25/2016. ECS Claim
    Claim #17291301. Remarks: PR  $10 to 2ndary 10.19.15 to nahga 1.25.16
    Billed secondary: 10/19/2015
    Billed secondary: 01/25/2016
10/01/2015   Bill# 21   Payer#1   Period: 09/22/2015 - 09/25/2015   Amt: $ 300.00  Bal: $  20.00              * >120 *
    Payer Rebilled 10/26/2015. ECS Claim
    Claim #17291301. Remarks: PR $20 to 2ndary 10.26.15 sent inj rpt to nahga and note
    Billed secondary: 10/26/2015
10/21/2015   Bill# 22   Payer#1   Period: 09/29/2015 - 09/29/2015   Amt: $ 150.00  Bal: $  10.00              * >120 *
    Payer Rebilled 12/21/2015.
    Claim #17291301. Remarks: PR $10 to 2ndary 10.29.15 to nahga 12.21.15
    Billed secondary: 10/29/2015
    Billed secondary: 12/21/2015
10/21/2015   Bill# 23   Payer#1   Period: 10/06/2015 - 10/13/2015   Amt: $ 300.00  Bal: $  20.00              * >120 *
    Payer Rebilled 12/01/2015.
    Claim #17323779. Remarks: PR $20 to 2ndary 12.1.15 Nahga
    Billed secondary: 12/01/2015
    Billed secondary: 12/01/2015
10/21/2015   Bill# 24   Payer#1   Period: 10/20/2015 - 10/20/2015   Amt: $ 150.00  Bal: $  10.00              * >120 *
    Payer Rebilled 12/01/2015.
    Claim #17323779. Remarks: PR $10 to 2ndary 12.1.15 Nahga
    Billed secondary: 12/01/2015
11/25/2015   Bill# 25   Payer#1   Period: 10/27/2015 - 11/10/2015   Amt: $ 300.00  Bal: $  20.00              * >120 *
    Payer Rebilled 12/29/2015. ECS Claim
    Claim #17531219. Remarks: PR $20 to 2ndary 12.29.15
    Billed secondary: 12/29/2015
11/25/2015   Bill# 26   Payer#1   Period: 11/17/2015 - 11/17/2015   Amt: $ 150.00  Bal: $  97.60              * >120 *
    Payer Rebilled 12/29/2015. ECS Claim
```

```
    Claim #17531219. Remarks: PR $10 to 2ndary 12.29.15
    Billed secondary: 12/29/2015
    Billed secondary: 12/29/2015
12/04/2015   Bill# 27   Payer#1    Period: 12/01/2015 - 12/01/2015   Amt: $ 150.00  Bal: $ 97.60              * >120 *
    Payer Rebilled 01/15/2016. ECS Claim
    Claim #17531219. Remarks: PR $10 to 2ndary 1.15.16
    Billed secondary: 01/15/2016
12/21/2015   Bill# 28   Payer#1    Period: 12/08/2015 - 12/08/2015   Amt: $ 150.00  Bal: $ 10.00              * >120 *
    Payer Rebilled 02/03/2016. ECS Claim
    Claim #17531219. Remarks: PR $10 to 2ndary 2.3.16
    Billed secondary: 02/03/2016
02/29/2016   Bill# 29   Payer#1    Period: 02/01/2016 - 02/01/2016   Amt: $ 238.00  Bal: $ 238.00             * >120 *
    Payer Rebilled 04/21/2016. Patient Statement sent 01/25/2017. ECS Claim
    Claim #18158519. Remarks: no auth eob 3.15.16
04/05/2016   Bill# 31   Payer#1    Period: 03/01/2016 - 03/08/2016   Amt: $ 300.00  Bal: $ 20.00              * >120 *
    Payer Rebilled 05/19/2016. Patient Statement sent 01/25/2017.
    Claim #18158519. Remarks: PR $20 to 2ndary 5.19.16
04/18/2016   Bill# 32   Payer#1    Period: 02/02/2016 - 03/02/2016   Amt: $ 288.00  Bal: $ 10.00              * >120 *
    Payer Rebilled 06/15/2016. Patient Statement sent 01/25/2017.
    Claim #18158519. Remarks: PR $10 to 2ndary 6.15.16
    Billed secondary: 06/15/2016
05/16/2016   Bill# 33   Payer#1    Period: 05/06/2016 - 05/06/2016   Amt: $ 150.00  Bal: $ 10.00              * >120 *
    Payer Rebilled 06/23/2016. Patient Statement sent 01/25/2017. ECS Claim
    Claim #18158519. Remarks: PR $10 to 2ndary 6.23.16
    Billed secondary: 06/23/2016


Elizabeth Athing #12310


    Date of Birth       : 09/22/1995
    Phone #'s           : 631-586-8045
    Case #              : 2
    Case Description : DOWLING PT


    Payer #1            : Oxford Health   800-666-1353
    Guarantor           : Elizabeth Athing
    Group#              :
    ID#                 : 1148510603


    Payer #2            : Health Smart   800-331-1096
    Group#              : SF746A3
    ID#                 : CUH202051


    Payer #3            : Mutual of Omaha   800-693-6093
    Guarantor           : Elizabeth Athing
    Group#              :
    ID#                 : T5MP051085250


    Payer #4            : NAHGA CLAIM SERVICES   800-952-4320
    Guarantor           : Elizabeth Athing
    Group#              :
    ID#                 : UIA6390A


09/08/2015   Bill# 1   Payer#1    Period: 09/01/2015 - 09/03/2015   Amt: $ 710.00  Bal: $ 527.16             * >120 *
    ECS Claim
    Claim #17195638. Remarks: cc to 2nd; per uhc $35 pr; 8/5/16 oxford made add'l $15 payment
09/22/2015   Bill# 2   Payer#1    Period: 09/17/2015 - 09/17/2015   Amt: $ 280.00  Bal: $ 10.00              * >120 *
    Payer Rebilled 12/12/2015. ECS Claim
    Claim #17195638. Remarks: cc to 2nd; per UHC $10 pr
    Billed secondary: 12/12/2015
09/28/2015   Bill# 3   Payer#1    Period: 09/22/2015 - 09/24/2015   Amt: $ 560.00  Bal: $ 20.00              * >120 *
    Payer Rebilled 12/21/2015. ECS Claim
    Claim #17195638. Remarks: cc to 2nd; per uhc $20 pr
    Billed secondary: 12/21/2015
09/30/2015   Bill# 4   Payer#1    Period: 09/29/2015 - 09/29/2015   Amt: $ 280.00  Bal: $ 10.00              * >120 *
    Payer Rebilled 12/21/2015. ECS Claim
    Claim #17195638. Remarks: cc to 2nd; per oxford $10 pr
    Billed secondary: 12/21/2015
10/08/2015   Bill# 5   Payer#1    Period: 10/01/2015 - 10/06/2015   Amt: $ 560.00  Bal: $ 20.00              * >120 *
    Payer Rebilled 12/31/2015. ECS Claim
    Claim #Dr. Crushank Rx. Remarks: cc to 2nd; per uhc $20 pr
    Billed secondary: 12/31/2015
10/21/2015   Bill# 6   Payer#1    Period: 10/08/2015 - 10/15/2015   Amt: $ 840.00  Bal: $ 30.00              * >120 *
    Payer Rebilled 01/13/2016.
    Claim #Dr. Crushank Rx. Remarks: cc to 2nd; per UHC $30 pr
    Billed secondary: 01/13/2016
```

**Page 4    Accounts Aging Report: January 31, 2017**

```
10/21/2015   Bill# 7   Payer#1   Period: 10/20/2015 - 10/20/2015   Amt: $ 280.00  Bal: $  10.00          * >120 *
    Payer Rebilled 01/13/2016.
    Claim #Dr. Crushank Rx. Remarks: cc to 2nd; per UHC $10 pr
    Billed secondary: 01/13/2016
11/06/2015   Bill# 8   Payer#1   Period: 10/27/2015 - 10/29/2015   Amt: $ 560.00  Bal: $ 560.00          * >120 *
    ECS Claim
    Claim #Dr. Crushank Rx.
11/23/2015   Bill# 9   Payer#1   Period: 11/10/2015 - 11/17/2015   Amt: $ 560.00  Bal: $ 560.00          * >120 *
    Payer Rebilled 01/13/2016. ECS Claim
    Claim #Dr. Crushank Rx. Remarks: cc to 2nd; UHC denied (auth was denied)
    Billed secondary: 01/13/2016
11/30/2015   Bill# 10  Payer#1   Period: 11/24/2015 - 11/24/2015   Amt: $ 280.00  Bal: $ 280.00          * >120 *
    ECS Claim
    Claim #Dr. Crushank Rx.
12/17/2015   Bill# 11  Payer#1   Period: 12/01/2015 - 12/01/2015   Amt: $ 280.00  Bal: $ 280.00          * >120 *
    ECS Claim
    Claim #Dr. Crushank Rx.
02/02/2016   Bill# 13  Payer#1   Period: 01/26/2016 - 01/28/2016   Amt: $ 560.00  Bal: $  20.00          * >120 *
    Payer Rebilled 05/17/2016. Patient Statement sent 01/25/2017. ECS Claim
    Claim #Dr. Crushank Rx. Remarks: cc to 2nd; per uhc $20 pr
    Billed secondary: 05/17/2016
02/07/2016   Bill# 14  Payer#1   Period: 02/02/2016 - 02/02/2016   Amt: $ 280.00  Bal: $ 280.00          * >120 *
    Patient Statement sent 01/25/2017. ECS Claim
    Claim #Dr. Crushank Rx. Remarks: oxford denied; see 3/22/16 note
02/15/2016   Bill# 15  Payer#1   Period: 02/09/2016 - 02/09/2016   Amt: $ 280.00  Bal: $ 280.00          * >120 *
    Payer Rebilled 04/04/2016. Patient Statement sent 01/25/2017. ECS Claim
    Claim #Dr. Crushank Rx. Remarks: cannot bill 2nd payer;  uhc denied (auth denied); uhc assigned $0 to pr
    Billed secondary: 04/04/2016
03/09/2016   Bill# 16  Payer#1   Period: 03/01/2016 - 03/01/2016   Amt: $ 280.00  Bal: $ 280.00          * >120 *
    Payer Rebilled 05/12/2016. Patient Statement sent 01/25/2017. ECS Claim
    Claim #Dr. Crushank Rx. Remarks: cannot bill 2nd payer; uhc denied (auth was denied); they applied $0 to pr
    Billed secondary: 05/12/2016
03/22/2016   Bill# 17  Payer#1   Period: 03/17/2016 - 03/17/2016   Amt: $ 280.00  Bal: $ 280.00          * >120 *
    Patient Statement sent 01/25/2017. ECS Claim
    Claim #Dr. Crushank Rx. Remarks: oxford denied, they assigned $0 to pr; see 4/28 note
04/13/2016   Bill# 18  Payer#1   Period: 04/05/2016 - 04/05/2016   Amt: $ 280.00  Bal: $ 280.00          * >120 *
    Patient Statement sent 01/25/2017. ECS Claim
    Claim #Dr. Crushank Rx.
```

Kariym Balthazar #11450

```
Date of Birth     : 10/15/1988
Phone #'s         : 347-587-3413
Case #            : 1
Case Description  : LIHMC PT

Payer #1          : FIDELIS CARE NEW YORK  888-343-3547
Group#            :
ID#               : 74116552300

Payer #2          : MUTUAL OF OMAHA- SRS  800-524-2324
Group#            :
ID#               : T5MP051085250

Payer #3          : Health Smart  800-331-1096
Group#            :
ID#               : 900555225


10/07/2013   Bill# 3   Payer#1   Period: 09/26/2013 - 09/27/2013   Amt: $ 370.00  Bal: $-109.85          * >120 *
    Payer Rebilled 10/22/2014. ECS Claim
    Remarks: denied no pa per 11/1, cc 2nd, 1/14/14 $50 to ded, cc 3rd
    Billed secondary: 11/26/2013
    Billed secondary: 01/27/2014
    Billed secondary: 10/22/2014
    Billed secondary: 10/22/2014
```

Andrea Bender #12506

```
Date of Birth     : 04/20/1996
Phone #'s         : 617-549-6605 / 617-549-0806
Case #            : 1
Case Description  : DOWLING PT

Payer #1          : NY BLUE CROSS BLUE SHIELD  800-552-6630
Guarantor         : Andrea Bender
```

Page 5  Accounts Aging Report: January 31, 2017

| | |
|---|---|
| Group# | : A34693 |
| ID# | : XGZ933A79609 |
| | |
| Payer #2 | : Health Smart  800-331-1096 |
| Group# | : |
| ID# | : CUH202051 |
| | |
| Payer #3 | : MUTUAL OF OMAHA- SRS  800-524-2324 |
| Guarantor | : Andrea Bender |
| Group# | : |
| ID# | : T5MP051085250 |
| | |
| Payer #4 | : NAHGA CLAIM SERVICES  800-952-4320 |
| Guarantor | : Andrea Bender |
| Group# | : |
| ID# | : UIA6390A |
| | |
| Payer #5 | : TUFTS  888-884-2404 |
| Guarantor | : Andrea Bender |
| Group# | : |
| ID# | : 99264909103 |

09/08/2015    Bill# 31    Payer#1    Period: 09/01/2015 - 09/03/2015    Amt: $ 560.00  Bal: $ 560.00        * >120 *
    Payer Rebilled 11/27/2015. ECS Claim
    Claim #2015092923600001. Remarks: cc to 2nd; bcbs denied; SEE 1/6/16 NOTE
    Billed secondary: 11/27/2015
09/09/2015    Bill# 32    Payer#1    Period: 09/04/2015 - 09/04/2015    Amt: $ 280.00  Bal: $ 280.00        * >120 *
    Payer Rebilled 11/27/2015. ECS Claim
    Claim #2015092923600001. Remarks: cc to 2nd; bcbs denied; SEE 1/6/16 NOTE
    Billed secondary: 11/27/2015
09/15/2015    Bill# 33    Payer#1    Period: 09/08/2015 - 09/10/2015    Amt: $ 560.00  Bal: $ 560.00        * >120 *
    ECS Claim
    Claim #2015092923600001.
09/22/2015    Bill# 34    Payer#1    Period: 09/11/2015 - 09/17/2015    Amt: $ 560.00  Bal: $ 560.00        * >120 *
    ECS Claim
    Claim #2015092923600001.
09/22/2015    Bill# 35    Payer#1    Period: 09/18/2015 - 09/18/2015    Amt: $ 140.00  Bal: $ 140.00        * >120 *
    ECS Claim
    Claim #2015092923600001.
09/28/2015    Bill# 36    Payer#1    Period: 09/22/2015 - 09/24/2015    Amt: $ 280.00  Bal: $ 280.00        * >120 *
    ECS Claim
    Claim #2015092923600001.
09/30/2015    Bill# 37    Payer#1    Period: 09/25/2015 - 09/29/2015    Amt: $ 280.00  Bal: $ 280.00        * >120 *
    ECS Claim
    Claim #2015092923600001.
10/08/2015    Bill# 38    Payer#1    Period: 10/01/2015 - 10/06/2015    Amt: $ 700.00  Bal: $ 700.00        * >120 *
    ECS Claim

11/06/2015    Bill# 39    Payer#1    Period: 10/08/2015 - 10/13/2015    Amt: $ 840.00  Bal: $ 840.00        * >120 *
    ECS Claim

11/07/2015    Bill# 40    Payer#1    Period: 10/15/2015 - 10/16/2015    Amt: $ 560.00  Bal: $ 120.00        * >120 *
    Payer Rebilled 01/07/2016. ECS Claim
    Remarks: cc to 2nd; per bcbs $120 pr
    Billed secondary: 01/07/2016
11/07/2015    Bill# 41    Payer#1    Period: 10/20/2015 - 10/27/2015    Amt: $ 635.00  Bal: $ 110.00        * >120 *
    Payer Rebilled 01/07/2016. ECS Claim
    Claim #2016031523600003. Remarks: cc to 2nd; per bcbs $110 pr
    Billed secondary: 01/07/2016
11/13/2015    Bill# 42    Payer#1    Period: 10/29/2015 - 11/05/2015    Amt: $ 840.00  Bal: $ 840.00        * >120 *
    ECS Claim
    Claim #2016031523600003.
11/13/2015    Bill# 43    Payer#1    Period: 11/06/2015 - 11/06/2015    Amt: $ 280.00  Bal: $ 280.00        * >120 *
    ECS Claim
    Claim #2016031523600003.
11/23/2015    Bill# 44    Payer#1    Period: 11/10/2015 - 11/17/2015    Amt: $ 560.00  Bal: $ 560.00        * >120 *
    ECS Claim
    Claim #2016031523600003.
12/08/2015    Bill# 45    Payer#1    Period: 12/01/2015 - 12/03/2015    Amt: $ 635.00  Bal: $ 110.00        * >120 *
    ECS Claim
    Claim #2016031523600003. Remarks: cc to 2nd; per eob $110 pr
12/17/2015    Bill# 46    Payer#1    Period: 12/04/2015 - 12/10/2015    Amt: $ 840.00  Bal: $ 840.00        * >120 *
    ECS Claim
    Claim #2016031523600003.
12/17/2015    Bill# 47    Payer#1    Period: 12/11/2015 - 12/11/2015    Amt: $ 280.00  Bal: $ 280.00        * >120 *
    ECS Claim
    Claim #2016031523600003.

```
12/22/2015   Bill# 48    Payer#1    Period: 12/15/2015 - 12/15/2015    Amt: $ 280.00  Bal: $ 280.00          * >120 *  .
  ECS Claim
  Claim #2016031523600003.
01/09/2016   Bill# 49    Payer#1    Period: 01/05/2016 - 01/05/2016    Amt: $ 280.00  Bal: $ 280.00          * >120 *    .
  Patient Statement sent 01/25/2017. ECS Claim
  Claim #2016031523600003.
01/12/2016   Bill# 50    Payer#1    Period: 01/07/2016 - 01/07/2016    Amt: $ 280.00  Bal: $ 280.00          * >120 *
  Patient Statement sent 01/25/2017. ECS Claim
  Claim #2016031523600003.
01/18/2016   Bill# 51    Payer#1    Period: 01/12/2016 - 01/14/2016    Amt: $ 560.00  Bal: $ 120.00          * >120 *
  Patient Statement sent 01/25/2017. ECS Claim
  Claim #2016031523600003. Remarks: cc to 2nd; bcbs applied allowed amt to ded $120
01/26/2016   Bill# 52    Payer#1    Period: 01/15/2016 - 01/21/2016    Amt: $ 840.00  Bal: $ 840.00          * >120 *
  Patient Statement sent 01/25/2017. ECS Claim
  Claim #2016031523600003.
02/02/2016   Bill# 53    Payer#1    Period: 01/26/2016 - 01/28/2016    Amt: $ 690.00  Bal: $ 690.00          * >120 *
  Patient Statement sent 01/25/2017. ECS Claim
  Claim #2016031523600003.
02/02/2016   Bill# 54    Payer#1    Period: 01/29/2016 - 01/29/2016    Amt: $ 345.00  Bal: $ 345.00          * >120 *
  Patient Statement sent 01/25/2017. ECS Claim
  Claim #2016031523600003.
02/15/2016   Bill# 55    Payer#1    Period: 02/09/2016 - 02/09/2016    Amt: $ 280.00  Bal: $ 280.00          * >120 *
  Patient Statement sent 01/25/2017. ECS Claim
  Claim #2016031523600003.
02/24/2016   Bill# 56    Payer#1    Period: 02/12/2016 - 02/19/2016    Amt: $ 840.00  Bal: $ 180.00          * >120 *
  Payer Rebilled 04/26/2016. Patient Statement sent 01/25/2017. ECS Claim
  Claim #2016031523600003. Remarks: cc to 2nd; per bcbs $180 pr (applied to ded)
  Billed secondary: 04/26/2016
02/24/2016   Bill# 57    Payer#1    Period: 02/22/2016 - 02/22/2016    Amt: $ 280.00  Bal: $ 280.00          * >120 *
  Patient Statement sent 01/25/2017. ECS Claim
  Claim #2016031523600003.
03/18/2016   Bill# 58    Payer#1    Period: 02/26/2016 - 03/02/2016    Amt: $ 840.00  Bal: $ 840.00          * >120 *
  Patient Statement sent 01/25/2017. ECS Claim
  Claim #2016031523600003.
03/22/2016   Bill# 59    Payer#1    Period: 03/03/2016 - 03/09/2016    Amt: $ 840.00  Bal: $ 840.00          * >120 *
  Patient Statement sent 01/25/2017. ECS Claim
  Claim #2016031523600003.
03/22/2016   Bill# 60    Payer#1    Period: 03/11/2016 - 03/16/2016    Amt: $ 840.00  Bal: $ 840.00          * >120 *
  Payer Rebilled 05/24/2016. Patient Statement sent 01/25/2017. ECS Claim
  Claim #2016031523600003. Remarks: cc to 2nd; per bcbs $840 pr
  Billed secondary: 05/24/2016
  Billed secondary: 05/24/2016
03/22/2016   Bill# 61    Payer#1    Period: 03/18/2016 - 03/18/2016    Amt: $ 280 00  Bal: $ 280.00          * >120 *
  Patient Statement sent 01/25/2017. ECS Claim
  Claim #2016031523600003.
03/29/2016   Bill# 62    Payer#1    Period: 03/28/2016 - 03/28/2016    Amt: $ 280.00  Bal: $ 280.00          * >120 *
  Patient Statement sent 01/25/2017. ECS Claim
  Claim #2016031523600003.
04/05/2016   Bill# 63    Payer#1    Period: 03/30/2016 - 04/04/2016    Amt: $ 700.00  Bal: $ 700.00          * >120 *
  Patient Statement sent 01/25/2017. ECS Claim
  Claim #2016031523600003.
05/24/2016   Bill# 64    Payer#5    Period: 04/06/2016 - 04/11/2016    Amt: $ 840.00  Bal: $ 687.00          * >120 *
  Payer Rebilled 11/30/2016. Patient Statement sent 01/25/2017.
  Claim #2016031523600003. Remarks: cc to 2nd per tufts $$375 ded + $102 coins
  Billed secondary: 11/30/2016
05/24/2016   Bill# 65    Payer#5    Period: 04/13/2016 - 04/18/2016    Amt: $ 700.00  Bal: $ 525.00          * >120 *
  Payer Rebilled 11/30/2016. Patient Statement sent 01/25/2017.
  Claim #2016031523600003. Remarks: cc to 2nd; per tufts $525 allowed, $525 to ded
  Billed secondary: 11/30/2016
05/24/2016   Bill# 66    Payer#5    Period: 04/20/2016 - 04/27/2016    Amt: $ 840.00  Bal: $ 630.00          * >120 *
  Payer Rebilled 11/30/2016. Patient Statement sent 01/25/2017.
  Claim #2016031523600003. Remarks: cc to 2nd; per tufts $630 allowed, $630 to ded
  Billed secondary: 11/30/2016
05/24/2016   Bill# 67    Payer#5    Period: 05/02/2016 - 05/06/2016    Amt: $ 840 00  Bal: $ 630.00          * >120 *
  Payer Rebilled 11/30/2016. Patient Statement sent 01/25/2017.
  Claim #2016031523600003. Remarks: cc to 2nd; per tufts $630 allowed, $630 to ded
  Billed secondary: 11/30/2016
05/24/2016   Bill# 68    Payer#5    Period: 05/09/2016 - 05/13/2016    Amt: $ 840.00  Bal: $ 630.00          * >120 *
  Payer Rebilled 11/30/2016. Patient Statement sent 01/25/2017.
  Claim #2016031523600003. Remarks: cc to 2nd; per tufts $630 allowed, $630 to ded
  Billed secondary: 11/30/2016
05/24/2016   Bill# 69    Payer#5    Period: 05/16/2016 - 05/16/2016    Amt: $ 280.00  Bal: $ 280.00          * >120 *
  Payer Rebilled 06/23/2016. Patient Statement sent 01/25/2017.
  Claim #2016031523600003.
```

Emily Boge #12327

```
Date of Birth     : 04/02/1993
Phone #'s          : 631-399-9665 / 631-603-5122
Case #             : 1
Case Description   : DOWLING PT

Payer #1           : PALLADIAN HEALTH  877-774-7693
Group#             :
ID#                : AEH04522W

Payer #2           : Health Smart  800-331-1096
Guarantor          : Emily Boge
Group#             :
ID#                : CUH202051

Payer #3           : MUTUAL OF OMAHA- SRS  800-524-2324
Guarantor          : Emily Boge
Group#             :
ID#                : T5MP051085250
```

10/31/2014    Bill# 1    Payer#1    Period: 10/14/2014 - 10/17/2014    Amt: $ 570.00  Bal: $ 570.00                    * >120 *
   Payer Rebilled 10/31/2014. Patient Statement sent 11/03/2014. ECS Claim

10/31/2014    Bill# 2    Payer#1    Period: 10/21/2014 - 10/28/2014    Amt: $ 840.00  Bal: $ 840.00                    * >120 *
   Payer Rebilled 10/31/2014. Patient Statement sent 11/03/2014. ECS Claim

11/03/2014    Bill# 3    Payer#1    Period: 10/31/2014 - 10/31/2014    Amt: $ 280.00  Bal: $ 280.00                    * >120 *
   Payer Rebilled 11/03/2014. ECS Claim

11/11/2014    Bill# 4    Payer#1    Period: 11/04/2014 - 11/04/2014    Amt: $ 280.00  Bal: $ 280.00                    * >120 *
   Payer Rebilled 06/01/2016. ECS Claim

   Billed secondary: 06/01/2016
11/21/2014    Bill# 5    Payer#1    Period: 11/18/2014 - 11/18/2014    Amt: $ 280.00  Bal: $ 280.00                    * >120 *
   Payer Rebilled 06/01/2016. ECS Claim

   Billed secondary: 06/01/2016
12/09/2014    Bill# 6    Payer#1    Period: 12/05/2014 - 12/05/2014    Amt: $ 280.00  Bal: $ 280.00                    * >120 *
   Payer Rebilled 06/01/2016. ECS Claim

   Billed secondary: 06/01/2016
12/15/2014    Bill# 7    Payer#1    Period: 12/09/2014 - 12/09/2014    Amt: $ 280.00  Bal: $ 280.00                    * >120 *
   Payer Rebilled 06/01/2016. ECS Claim

   Billed secondary: 06/01/2016
12/17/2014    Bill# 8    Payer#1    Period: 12/12/2014 - 12/12/2014    Amt: $ 280.00  Bal: $ 280.00                    * >120 *
   Payer Rebilled 06/01/2016. ECS Claim

   Billed secondary: 06/01/2016


## Nicole Caggiano #10843

```
Date of Birth     : 10/31/1992
Phone #'s          : 631-447-9862 / 631-294-3995
Case #             : 5
Case Description   : DOWLING PT

Payer #1           : CIGNA  800-308-5948
Group#             :
ID#                : 101809882

Payer #2           : Health Smart  800-331-1096
Group#             :
ID#                : CUH202051

Payer #3           : MUTUAL OF OMAHA- SRS  800-524-2324
Group#             :
ID#                : T5MP051085250

Payer #4           : Health Republic  888-990-5702
Group#             :
ID#                : Y61985202
```

12/22/2014    Bill# 15    Payer#2    Period: 12/17/2014 - 12/17/2014    Amt: $ 280.00  Bal: $ 280.00                    * >120 *
   Payer Rebilled 03/31/2015. ECS Claim

Andrae Campbell #12334

```
Date of Birth    : 10/28/1994
Phone #'s        : 413-205-9036
Case #           : 1
Case Description : DOWLING

Payer #1         : Health New England (HNE)  800-310-2835
Group#           :
ID#              : 800148314

Payer #2         : Health Smart  800-331-1096
Guarantor        : Andrea Campbell
Group#           : SF746A3
ID#              : CUH202051

Payer #3         : MUTUAL OF OMAHA- SRS  800-524-2324
Guarantor        : Andrea Campbell
Group#           :
ID#              : T5MP051085250
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/31/2014 | Bill# 1 | Payer#1 | Period: 10/10/2014 - 10/17/2014 | Amt: $ 479.00 Bal: $ 479.00 | | * >120 * |
| 12/31/2014 | Bill# 2 | Payer#1 | Period: 10/24/2014 - 10/31/2014 | Amt: $ 380.00 Bal: $ 380.00 | | * >120 * |
| 10/01/2015 | Bill# 3 | Payer#1 | Period: 08/28/2015 - 08/28/2015 | Amt: $ 338.00 Bal: $ 338.00 | | * >120 * |
| 10/01/2015 | Bill# 4 | Payer#1 | Period: 09/01/2015 - 09/08/2015 | Amt: $ 300.00 Bal: $ 300.00 | | * >120 * |
| 10/01/2015 | Bill# 5 | Payer#1 | Period: 09/11/2015 - 09/18/2015 | Amt: $ 300.00 Bal: $ 300.00 | | * >120 * |
| 10/01/2015 | Bill# 6 | Payer#1 | Period: 09/19/2015 - 09/25/2015 | Amt: $ 300.00 Bal: $ 300.00 | | * >120 * |
| 11/13/2015 | Bill# 7 | Payer#1 | Period: 09/22/2015 - 09/25/2015 | Amt: $ 160.00 Bal: $ 160.00 | | * >120 * |
| 11/13/2015 | Bill# 8 | Payer#1 | Period: 10/09/2015 - 10/09/2015 | Amt: $ 160.00 Bal: $ 160.00 | | * >120 * |
| 11/13/2015 | Bill# 9 | Payer#1 | Period: 10/13/2015 - 10/13/2015 | Amt: $ 160.00 Bal: $ 160.00 | | * >120 * |
| 11/13/2015 | Bill# 10 | Payer#1 | Period: 10/16/2015 - 10/20/2015 | Amt: $ 300.00 Bal: $ 300.00 | | * >120 * |
| 11/13/2015 | Bill# 11 | Payer#1 | Period: 10/27/2015 - 11/06/2015 | Amt: $ 300.00 Bal: $ 300.00 | | * >120 * |
| 11/13/2015 | Bill# 12 | Payer#1 | Period: 11/10/2015 - 11/10/2015 | Amt: $ 150.00 Bal: $ 150.00 | | * >120 * |
| 11/25/2015 | Bill# 13 | Payer#1 | Period: 11/13/2015 - 11/17/2015 | Amt: $ 300.00 Bal: $ 300.00 | | * >120 * |

Maggie Carine #11926

```
Date of Birth    : 05/30/1995
Phone #'s        : 631-874-9465 / 631-835-3685
Case #           : 1
Case Description : DOWLING PT

Payer #1         : Health Smart  800-331-1096
Guarantor        : Maggie Carine
Group#           :
ID#              : CUH202051

Payer #2         : MUTUAL OF OMAHA- SRS  800-524-2324
Guarantor        : Maggie Carine
Group#           :
ID#              : T5MP051085250
```

06/06/2014   Bill# 15  Payer#1   Period: 06/04/2014 - 06/06/2014   Amt: $ 485.00 Bal: $ -46.25                  * >120 *
   Payer Rebilled 09/30/2014. ECS Claim
   Claim #Dr. Paci Rx. Remarks: see 12/15/14 note
   Billed secondary: 07/23/2014

Kelly Cefalu #10871

```
Date of Birth      : 03/30/1989
Phone #'s          : 631-581-7805 / 516-508-2216
Case #             : 1
Case Description   : DOWLING PT

Payer #1           : UNITED HEALTHCARE / MPN  877-769-7447
Guarantor          : Kelly Cefalu
Group#             :
ID#                : 890371679

Payer #2           : Health Smart   800-331-1096
Group#             :
ID#                : SRG9130832

Payer #3           : GALLAGHER KOSTER SPORTS  877-345-8928
Guarantor          : Kelly Cefalu
Group#             :
ID#                : SRG9130832
```

01/16/2013   Bill# 1   Payer#1   Period: 12/06/2012 - 12/11/2012   Amt: $ 480.00  Bal: $ 480.00                    * >120 *
   Payer Rebilled 05/07/2013. Patient Statement sent 01/31/2013. ECS Claim
   Claim #13643875. Remarks: see pt notes 3/8/13, $52.50 pd to pt, cc to 2nd 4/10, cc 3rd 5/7
   Billed secondary: 04/10/2013
   Billed secondary: 05/07/2013
01/16/2013   Bill# 3   Payer#1   Period: 12/20/2012 - 01/08/2013   Amt: $ 505.00  Bal: $ 505.00                    * >120 *
   Payer Rebilled 05/07/2013. Patient Statement sent 01/31/2013. ECS Claim
   Claim #13643875. Remarks: denied no auth PR $505.00, cc to 2nd 4/10, cc 3rd 5/7
   Billed secondary: 04/10/2013
   Billed secondary: 05/07/2013
02/01/2013   Bill# 5   Payer#1   Period: 01/16/2013 - 01/22/2013   Amt: $ 690.00  Bal: $ 690.00                    * >120 *
   Tracer sent 09/16/2014. Payer Rebilled 05/07/2013. ECS Claim
   Claim #13643875. Remarks: denied no auth, PR $690.00, cc to 2nd 4/10, cc 3rd 5/7
   Billed secondary: 04/10/2013
   Billed secondary: 05/07/2013

Nyder Chardonette #13273

```
Date of Birth      : 07/01/1994
Phone #'s          : 516-312-8076
Case #             : 1
Case Description   : DOWLING

Payer #1           : UNITED HEALTHCARE  866-362-3368
Guarantor          : Nyder Chardonette
Group#             :
ID#                : 105614524

Payer #2           : Health Smart  800-331-1096
Guarantor          : Nyder Chardonette
Group#             : SF746A3
ID#                : CUH202051

Payer #3           : MUTUAL OF OMAHA- SRS  800-524-2324
Guarantor          : Nyder Chardonette
Group#             :
ID#                : T5MP051085250
```

10/22/2015   Bill# 1   Payer#1   Period: 10/13/2015 - 10/13/2015   Amt: $ 299.00  Bal: $ 299.00                    * >120 *

10/22/2015   Bill# 2   Payer#1   Period: 10/20/2015 - 10/20/2015   Amt: $ 150.00  Bal: $ 150.00                    * >120 *

11/13/2015   Bill# 3   Payer#1   Period: 10/16/2015 - 10/23/2015   Amt: $ 300.00  Bal: $ 300.00                    * >120 *
   ECS Claim

Christina Cottone #12447

```
Date of Birth      : 10/02/1995
Phone #'s          : 516-731-5297
Case #             : 1
Case Description   : DOWLING PT

Payer #1           : Health Smart  800-331-1096
Guarantor          : Christina Cottone
```

```
Group#            :
ID#               : CUH202051

Payer #2          : MUTUAL OF OMAHA- SRS  800-524-2324
Guarantor         : Christina Cottone
Group#            :
ID#               : T5MP051085250

Payer #3          : NY BLUE CROSS BLUE SHIELD  800-552-6630
Guarantor         : Christina Cottone
Group#            : 1H1S00
ID#               : JLE167M78145
```

05/12/2015   Bill# 18   Payer#3   Period: 05/06/2015 - 05/06/2015   Amt: $ 280.00  Bal: $ 280.00                    * >120 *
    Payer Rebilled 08/11/2015. ECS Claim


Sean Craig #11108

```
Date of Birth     : 06/03/1991
Phone #'s          : 631-821-3024
Case #            : 1
Case Description  : DOWLING PT

Payer #1          : NY BLUE CROSS BLUE SHIELD  800-552-6630
Group#            :
ID#               : CDKSC8134163

Payer #2          : Health Smart  800-331-1096
Group#            :
ID#               : GK1722439

Payer #3          : GALLAGHER KOSTER SPORTS  877-345-8928
Guarantor         : Sean Craig
Group#            :
ID#               : 1722439
```

04/08/2013   Bill# 1   Payer#1   Period: 03/20/2013 - 03/25/2013   Amt: $ 775.00  Bal: $-120.00                    * >120 *
    Payer Rebilled 05/07/2013. ECS Claim
    Remarks: ins term'd, cc to 2nd 4/11; SEE 3/19/15 NOTE
    Billed secondary: 04/11/2013
    Billed secondary: 05/07/2013
04/08/2013   Bill# 2   Payer#1   Period: 03/27/2013 - 04/03/2013   Amt: $ 840.00  Bal: $-120.00                    * >120 *
    Payer Rebilled 05/07/2013. ECS Claim
    Remarks: ins term'd, cc to 2nd 4/11
    Billed secondary: 04/11/2013
    Billed secondary: 05/07/2013


Amanda DeGennaro #13187

```
Date of Birth     : 07/10/1995
Phone #'s          : 631-929-0289
Case #            : 1
Case Description  : DOWLING

Payer #1          : OPTUM/OXFORD  877-369-7564
Guarantor         : Amanda DeGennaro
Group#            :
ID#               : 1179974303

Payer #2          : Health Smart  800-331-1096
Guarantor         : Amanda DeGennaro
Group#            : SF746A3
ID#               : CUH202051

Payer #3          : MUTUAL OF OMAHA- SRS  800-524-2324
Guarantor         : Amanda DeGennaro
Group#            :
ID#               : T5MP051085250
```

09/22/2015   Bill# 1   Payer#1   Period: 09/08/2015 - 09/08/2015   Amt: $ 299.00  Bal: $ 299.00                    * >120 *
    Payer Rebilled 06/01/2016. ECS Claim
    Claim #17268335.

**Kelly Difede #10466**

```
Date of Birth      : 02/05/1992
Phone #'s          : 631-205-5037 / 631-885-0641
Case #             : 3
Case Description   : Dowling PT

Payer #1           : AETNA   888-632-3862
Guarantor          : Kelly Difede
Group#             :
ID#                : W208670667

Payer #2           : Health Smart   800-331-1096
Guarantor          : Kelly Difede
Group#             :
ID#                : CUH202051

Payer #3           : MUTUAL OF OMAHA- SRS   800-524-2324
Guarantor          : Kelly Difede
Group#             :
ID#                : T5MP051085250
```

```
06/16/2014   Bill# 7   Payer#1   Period: 06/09/2014 - 06/11/2014   Amt: $ 560.00  Bal: $ -13.74              * >120 *
   Payer Rebilled 07/16/2014. ECS Claim
   Remarks: cc to 2nd; denied per eob
   Billed secondary: 07/16/2014
06/16/2014   Bill# 8   Payer#1   Period: 06/12/2014 - 06/12/2014   Amt: $ 205.00  Bal: $-153.75              * >120 *
   Payer Rebilled 07/16/2014. ECS Claim
   Remarks: cc to 2nd; denied per aetna eob; see 10/15/14 note
   Billed secondary: 07/16/2014
```

**Kevin Drane #13795**

```
Date of Birth      : 08/19/1992
Phone #'s          : 631-626-8448
Case #             : 1
Case Description   : DOWLING

Payer #1           : UNITED HEALTHCARE / MPN   877-769-7447
Group#             :
ID#                : 890204064

Payer #2           : NAHGA CLAIM SERVICES   800-952-4320
Group#             :
ID#                : UIA6390A

Payer #3           : MUTUAL OF OMAHA- SRS   800-524-2324
Guarantor          : Kevin Drane
Group#             :
ID#                : T5MP051085250
```

```
04/19/2016   Bill# 1   Payer#1   Period: 03/18/2016 - 04/01/2016   Amt: $ 410.00  Bal: $  40.00             * >120 *
   Payer Rebilled 06/06/2016. ECS Claim
   Claim #18055735. Remarks: PR $40 to 2ndary 6.6.16
   Billed secondary: 06/06/2016
05/04/2016   Bill# 2   Payer#1   Period: 04/15/2016 - 04/22/2016   Amt: $ 300.00  Bal: $  40.00             * >120 *
   Payer Rebilled 06/15/2016. ECS Claim
   Claim #18055735. Remarks: PR $40 to 2ndary 6.15.16
   Billed secondary: 06/15/2016
05/04/2016   Bill# 3   Payer#1   Period: 04/29/2016 - 04/29/2016   Amt: $ 150.00  Bal: $  20.00             * >120 *
   Payer Rebilled 06/15/2016. ECS Claim
   Claim #18055735. Remarks: PR $20 to 2ndary 6.15.16
   Billed secondary: 06/15/2016
```

**Kaitlin Ellingsworth #10008**

```
Date of Birth      : 02/06/1990
Phone #'s          : 676-237-0035
Case #             : 1
Case Description   : Dowling $0

Payer #1           : SHEET METAL WORKERS FUND OF CA   800-947-4338
```

```
Group#          :
ID#             : SM1951642

Payer #2        : Health Smart  800-331-1096
Guarantor       : Kaitlin Ellingsworth
Group#           :
ID#             : 900585561

Payer #3        : GALLAGHER KOSTER SPORTS  877-345-8928
Guarantor       : Kaitlin Ellingsworth
Group#           :
ID#             : SRG9130832

Payer #4        : KAISER PERMANENTE SO CA  800-464-4000
Guarantor       : Kaitlin Ellingsworth
Group#           :
ID#             : 20648479
```

```
03/01/2013   Bill# 11   Payer#4   Period: 02/26/2013 - 02/26/2013   Amt: $ 617.94  Bal: $ 617.94          * >120 *
    Payer Rebilled 06/01/2016.
    Remarks: denied no oon per 6/4, cc to 2nd 6/5, 2nd max 7/16, cc to 3rd
    Billed secondary: 06/05/2013
    Billed secondary: 07/25/2013
    Billed secondary: 07/25/2013
    Billed secondary: 10/10/2013
    Billed secondary: 05/23/2014
    Billed secondary: 06/01/2016
03/22/2013   Bill# 12   Payer#4   Period: 03/12/2013 - 03/19/2013   Amt: $ 420.00  Bal: $ 420.00          * >120 *
    Payer Rebilled 06/01/2016.
    Remarks: denied no oon per 6/4 eob, cc to 2nd 6/5, 2nd max 7/16, cc to 3rd
    Billed secondary: 06/05/2013
    Billed secondary: 07/25/2013
    Billed secondary: 10/10/2013
    Billed secondary: 05/23/2014
    Billed secondary: 06/01/2016
03/29/2013   Bill# 13   Payer#4   Period: 03/22/2013 - 03/22/2013   Amt: $ 140.00  Bal: $ 140.00          * >120 *
    Payer Rebilled 06/01/2016.
    Remarks: denied no oon per 6/4 eor, cc to 2nd 6/5, , 2nd max 7/16, cc to 3rd
    Billed secondary: 06/05/2013
    Billed secondary: 07/25/2013
    Billed secondary: 10/10/2013
    Billed secondary: 05/23/2014
    Billed secondary: 06/01/2016
04/05/2013   Bill# 14   Payer#4   Period: 03/29/2013 - 04/02/2013   Amt: $ 280.00  Bal: $ 280.00          * >120 *
    Payer Rebilled 06/01/2016.
    Remarks: denied no oon per 6/4 eob, cc to 2nd 6/5, 2nd max 7/16, cc to 3rd
    Billed secondary: 06/05/2013
    Billed secondary: 07/25/2013
    Billed secondary: 10/10/2013
    Billed secondary: 05/23/2014
    Billed secondary: 06/01/2016
```

Kaitlin Ellingsworth #10008

```
Date of Birth    : 02/06/1990
Phone #'s        : 676-237-0035
Case #           : 2
Case Description : LIHMC PT

Payer #1         : SHEET METAL WORKERS FUND OF CA  800-947-4338
Group#            :
ID#              : SM1951642

Payer #2         : Health Smart  800-331-1096
Group#            :
ID#              : 900585561

Payer #3         : GALLAGHER KOSTER SPORTS  877-345-8928
Guarantor        : Kaitlin Ellingsworth
Group#            :
ID#              : SRG9130832

Payer #4         : KAISER PERMANENTE SO CA  800-464-4000
Group#            :
ID#              : 20648479
```

02/26/2013   Bill# 1   Payer#4   Period: 01/30/2013 - 02/06/2013   Amt: $ 470.00   Bal: $ 470.00                    * >120 *
     Payer Rebilled 11/22/2013.
     Remarks: denied no oon per 5/31 eob, cc to 2nd 6/4
     Billed secondary: 06/04/2013
     Billed secondary: 11/22/2013
02/26/2013   Bill# 2   Payer#4   Period: 02/12/2013 - 02/18/2013   Amt: $ 840.00   Bal: $ 840.00                    * >120 *
     Payer Rebilled 11/22/2013.
     Remarks: denied no oon per 5/31 eob, cc to 2nd 5/31, 2nd den (7/16), cc 3rd
     Billed secondary: 06/04/2013
     Billed secondary: 11/22/2013
02/26/2013   Bill# 3   Payer#4   Period: 02/20/2013 - 02/20/2013   Amt: $ 190.00   Bal: $ 190.00                    * >120 *
     Payer Rebilled 11/22/2013.
     Remarks: denied no oon per 5/31 eob, cc to 2nd 6/4, 2nd max (7/6), cc 3rd
     Billed secondary: 06/04/2013
     Billed secondary: 11/22/2013
03/08/2013   Bill# 4   Payer#4   Period: 02/26/2013 - 02/28/2013   Amt: $ 470.00   Bal: $ 470.00                    * >120 *
     Payer Rebilled 11/22/2013.
     Remarks: denied no oon per 5/31 eob, cc to 2nd 6/4, 2nd max (7/16), cc 3rd
     Billed secondary: 06/04/2013
     Billed secondary: 11/22/2013
03/15/2013   `Bill# 5   Payer#4   Period: 03/12/2013 - 03/13/2013   Amt: $ 560.00   Bal: $ 560.00                    * >120 *
     Payer Rebilled 11/22/2013.
     Remarks: denied no oon per 5/31 eob, cc to 2nd 6/4, 2nd max (7/16), cc 3rd
     Billed secondary: 06/04/2013
     Billed secondary: 11/22/2013
03/22/2013   Bill# 6   Payer#4   Period: 03/19/2013 - 03/21/2013   Amt: $ 560.00   Bal: $ 490.18                    * >120 *
     Payer Rebilled 11/22/2013.
     Remarks: denied no oon per 5/31 eob, cc to 2nd 6/4, 2nd max, cc 3rd 7/23
     Billed secondary: 06/04/2013
     Billed secondary: 07/23/2013
     Billed secondary: 11/22/2013
04/12/2013   Bill# 9   Payer#4   Period: 04/10/2013 - 04/10/2013   Amt: $ 190.00   Bal: $ 190.00                    * >120 *
     Payer Rebilled 11/22/2013.
     Remarks: denied no oon per 5/31 eob, cc to 2nd 6/4, 2nd max (7/16), cc 3rd
     Billed secondary: 06/04/2013
     Billed secondary: 11/22/2013
05/07/2013   Bill# 12   Payer#4   Period: 04/30/2013 - 05/01/2013   Amt: $ 460.00   Bal: $ 280.00                    * >120 *
     Tracer sent 11/22/2013. Payer Rebilled 02/04/2014. ECS Claim
     Remarks: pr $460 per 12/17 eob, cc 2nd billed 3rd
     Billed secondary: 12/26/2013
     Billed secondary: 02/04/2014
05/10/2013   Bill# 13   Payer#4   Period: 05/07/2013 - 05/09/2013   Amt: $ 570.00   Bal: $ 570.00                    * >120 *
     Payer Rebilled 11/22/2013. ECS Claim
     Remarks: denied no oon per 5/31 eob, cc to 2nd 6/4,  2nd max, cc 3rd
     Billed secondary: 06/04/2013
     Billed secondary: 11/22/2013
05/17/2013   Bill# 14   Payer#4   Period: 05/14/2013 - 05/15/2013   Amt: $ 380.00   Bal: $ 380.00                    * >120 *
     Payer Rebilled 11/22/2013. ECS Claim
     Remarks: denied no oon per 6/4 eob, cc to 2nd 6/4
     Billed secondary: 06/05/2013
     Billed secondary: 11/22/2013


Alisa Fjelstad #10263

Date of Birth      : 03/15/1993
Phone #'s          : 951-905-0263 / 951-905-0263
Case #             : 2
Case Description   : LIHMC PT

Payer #1           : HEALTHNET INS  800-441-5741
Group#             : D6944A
ID#                : R06021366

Payer #2           : Health Smart  800-331-1096
Guarantor          : Alisa Fjelstad
Group#             :
ID#                : SRG9130832

Payer #3           : GALLAGHER KOSTER SPORTS  877-345-8928
Group#             :
ID#                : SRG9130832


02/26/2013   Bill# 1   Payer#1   Period: 02/14/2013 - 02/18/2013   Amt: $ 450.00   Bal: $ 401.01                    * >120 *
     Payer Rebilled 11/07/2013. ECS Claim
     Remarks: PR $450 per 4/2 eob, cc to 2nd 4/11 pending per 6/4 eob, cc 3rd 11/7

```
        Billed secondary: 04/11/2013
        Billed secondary: 10/11/2013
        Billed secondary: 11/07/2013
03/08/2013   Bill# 3   Payer#1   Period: 02/26/2013 - 02/28/2013   Amt: $ 470.00  Bal: $ 470.00          * >120 *
     Payer Rebilled 11/13/2013. ECS Claim
     Remarks: PR $470.00 per 4/9 eob, cc to 2nd 4/11, 2nd max per 10/29, cc 3rd
        Billed secondary: 04/11/2013
        Billed secondary: 10/11/2013
        Billed secondary: 11/13/2013
03/22/2013   Bill# 4   Payer#1   Period: 03/19/2013 - 03/21/2013   Amt: $ 840.00  Bal: $ 793.17          * >120 *
     Payer Rebilled 11/13/2013. ECS Claim
     Remarks: pr $269.55 (coins & ded), cc to 2nd 5/6, 2nd den 10/29, cc 3rd
        Billed secondary: 05/06/2013
        Billed secondary: 10/11/2013
        Billed secondary: 11/13/2013
```

Kevin Fox #13796

```
    Date of Birth      : 11/20/1995
    Phone #'s          : 516-650-4459 / 516-650-4459
    Case #             : 1
    Case Description   : DOWLING

    Payer #1           : CIGNA   800-358-2341
    Group#
    ID#                : U34130835

    Payer #2           : NAHGA CLAIM SERVICES   800-952-4320
    Group#
    ID#                : U1A6390A

    Payer #3           : MUTUAL OF OMAHA- SRS   800-524-2324
    Group#
    ID#                : T5MP051085250


05/04/2016   Bill# 1   Payer#1   Period: 04/15/2016 - 04/15/2016   Amt: $ 299.00  Bal: $ 299.00          * >120 *
     ECS Claim
```

Cache Gamble #11412

```
    Date of Birth      : 04/22/1988
    Phone #'s          : 757-372-6888
    Case #             : 1
    Case Description   : DOWLING PT

    Payer #1           : Health Smart   800-331-1096
    Group#             :
    ID#                : SRG9130832

    Payer #2           : MUTUAL OF OMAHA- SRS   800-524-2324
    Group#             :
    ID#                : T5MP051085250

    Payer #3           : GALLAGHER KOSTER SPORTS   877-345-8928
    Guarantor          : Cache Gamble
    Group#             :
    ID#                : SRG9130832


06/27/2014   Bill# 3   Payer#1   Period: 04/08/2014 - 04/17/2014   Amt: $ 355.00  Bal: $ 355.00          * >120 *
     Payer Rebilled 01/07/2015. ECS Claim

        Billed secondary: 08/05/2014
        Billed secondary: 09/10/2014
        Billed secondary: 09/10/2014
06/27/2014   Bill# 4   Payer#1   Period: 04/18/2014 - 04/24/2014   Amt: $ 420.00  Bal: $ 420.00          * >120 *
     Payer Rebilled 01/07/2015. ECS Claim

        Billed secondary: 08/05/2014
        Billed secondary: 09/10/2014
        Billed secondary: 09/10/2014
```

Jillian Gilman #11581

**Page 15   Accounts Aging Report: January 31, 2017**

```
Date of Birth      : 10/17/1994
Phone #'s          :. 603-487-6005 / 603-724-7958
Case #             : 2
Case Description   : DOWLING/Chiro

Payer #1           : MUTUAL OF OMAHA- SRS  800-524-2324
Guarantor          : Jillian Gilman
Group#             :
ID#                : T5MP051085250

Payer #2           : Health Smart  800-331-1096
Guarantor          : Jillian Gilman
Group#             : SF746A3
ID#                : CUH202051

Payer #3           : MAGNACARE  800-235-7267
Group#             :
ID#                : SF746B3
```

01/14/2015   Bill# 1   Payer#3   Period: 11/21/2014 - 11/21/2014   Amt: $ 249.00  Bal: $ 249.00                    * >120 *
    ECS Claim


**Francis Gluchowski #13196**

```
Date of Birth      : 06/21/1993
Phone #'s          : 631-472-2397
Case #             : 1
Case Description   : DOWLING PT

Payer #1           : MAGNACARE  800-235-7267
Guarantor          : Francis Gluchowski
Group#             :
ID#                : 081505595

Payer #2           : Health Smart  800-331-1096
Group#             : SF746A3
ID#                : CUH202051

Payer #3           : MUTUAL OF OMAHA- SRS  800-524-2324
Group#             :
ID#                : T5MP051085250

Payer #4           : NAHGA CLAIM SERVICES  800-952-4320
Guarantor          : Francis Gluchowski
Group#             :
ID#                : UIA6390A
```

09/28/2015   Bill# 1   Payer#1   Period: 09/17/2015 - 09/22/2015   Amt: $ 620.00  Bal: $ 510.48                    * >120 *
    Payer Rebilled 12/21/2015. ECS Claim
    Remarks: cc to 2nd; per magnacare $500 to ded & $10.48 coins
    Billed secondary: 12/21/2015
09/28/2015   Bill# 2   Payer#1   Period: 09/24/2015 - 09/24/2015   Amt: $ 280.00  Bal: $  87.65                    * >120 *
    Payer Rebilled 12/21/2015. ECS Claim
    Remarks: cc to 2nd; per magnacare $87.65 coins
    Billed secondary: 12/21/2015
    Billed secondary: 12/21/2015
10/21/2015   Bill# 3   Payer#1   Period: 10/08/2015 - 10/13/2015   Amt: $ 560.00  Bal: $ 560.00                    * >120 *
    Claim #Dr. Crushank Rx.
02/24/2016   Bill# 5   Payer#1   Period: 02/16/2016 - 02/18/2016   Amt: $ 560.00  Bal: $ 560.00                    * >120 *
    ECS Claim
    Claim #Dr. Crushank Rx.


**Francis Gluchowski #13196**

```
Date of Birth      : 06/21/1993
Phone #'s          : 631-472-2397
Case #             : 2
Case Description   : DOWLING

Payer #1           : MAGNACARE  800-235-7267
Group#             :
ID#                : 081505595
```

Payer #2          : NAHGA CLAIM SERVICES  800-952-4320
Guarantor         : Francis Gluchowski
Group#            :
ID#               : UIA6390A

Payer #3          : MUTUAL OF OMAHA- SRS  800-524-2324
Guarantor         : Francis Gluchowski
Group#            :
ID#               : T5MP051085250

Payer #4          : NY BLUE CROSS BLUE SHIELD  800-552-6630
Guarantor         : Francis Gluchowski
Group#            :
ID#               : IWY81428942


10/07/2015   Bill# 1   Payer#1   Period: 09/15/2015 - 09/22/2015   Amt: $ 339.00  Bal: $   6.70          * >120 *
     Payer Rebilled 11/27/2015.
     Remarks: PR $6.70 to 2ndary 11.27.15 w/inj rpt and notes 1.25.16again 4.6.16
     Billed secondary: 11/27/2015
11/19/2015   Bill# 2   Payer#1   Period: 10/09/2015 - 10/09/2015   Amt: $  95.00  Bal: $  17.20          * >120 *
     Payer Rebilled 01/25/2016.
     Remarks: PR $17.20 to 2ndary 1.25.16 sent note 4.6.19 agaiin 4.26.16 and  inj rpt
     Billed secondary: 01/25/2016
04/19/2016   Bill# 3   Payer#4   Period: 03/18/2016 - 03/18/2016   Amt: $ 188.00  Bal: $ 188.00          * >120 *
     Payer Rebilled 05/03/2016. ECS Claim
     Remarks: no chiro benefits to 2ndary 5.3.16
     Billed secondary: 05/03/2016


Timothy Going #13136

     Date of Birth    : 08/21/1996
     Phone #'s        : 631-555-5555
     Case #           : 1
     Case Description : DOWLING PT (Non School Injury)

     Payer #1         : NY BLUE CROSS BLUE SHIELD  800-552-6630
     Guarantor        : Timothy Going
     Group#           :
     ID#              : RER604M78324


11/07/2015   Bill# 6   Payer#1   Period: 10/08/2015 - 10/15/2015   Amt: $ 420.00  Bal: $ 420.00          * >120 *
     ECS Claim

11/07/2015   Bill# 7   Payer#1   Period: 10/20/2015 - 10/27/2015   Amt: $ 560.00  Bal: $ 560.00          * >120 *
     ECS Claim


Billy Goncalves #13683

     Date of Birth    : 10/21/1994
     Phone #'s        : 631-574-8102
     Case #           : 1
     Case Description : DOWLING

     Payer #1         : GEHA  800-821-6136
     Guarantor        : Billy Goncalves
     Group#           :
     ID#              : 30007520

     Payer #2         : NAHGA CLAIM SERVICES  800-952-4320
     Guarantor        : Billy Goncalves
     Group#           :
     ID#              : UIA6390A

     Payer #3         : MUTUAL OF OMAHA- SRS  800-524-2324
     Guarantor        : Billy Goncalves
     Group#           :
     ID#              : T5MP051085250


03/24/2016   Bill# 1   Payer#1   Period: 03/01/2016 - 03/01/2016   Amt: $ 299.00  Bal: $ 279.00          * >120 *
     Payer Rebilled 09/22/2016. ECS Claim
     Remarks: PR $279 to 2ndry 6.14.16

Billed secondary: 06/14/2016
Billed secondary: 09/22/2016

**Elizabeth Gorman #10869**

Date of Birth      : 08/31/1993
Phone #'s          : 631-592-4588 / 631-942-4592
Case #             : 1
Case Description   : DOWLING PT

Payer #1           : UNITED HEALTHCARE / MPN  877-769-7447
Group#             :
ID#                : 890147011

Payer #2           : Health Smart  800-331-1096
Guarantor          : Elizabeth Gorman
Group#             :
ID#                : 900529520

01/16/2013   Bill# 1   Payer#1   Period: 12/04/2012 - 12/06/2012   Amt: $ 480.00  Bal: $ 480.00                 * >120 *
  Payer Rebilled 04/10/2013. Patient Statement sent 02/01/2013. ECS Claim
  Claim #13355009. Remarks: PR $480 to pt, cc to 2nd 4/10
  Billed secondary: 04/10/2013
01/16/2013   Bill# 2   Payer#1   Period: 12/11/2012 - 12/12/2012   Amt: $ 555.00  Bal: $ 555.00                 * >120 *
  Payer Rebilled 04/10/2013. Patient Statement sent 02/01/2013. ECS Claim
  Claim #13355009. Remarks: $29.50 pd to pt, cc to 2nd 4/10, pending accident info per 6/4 eob
  Billed secondary: 04/10/2013
01/16/2013   Bill# 3   Payer#1   Period: 12/18/2012 - 12/18/2012   Amt: $ 280.00  Bal: $ 280 00                 * >120 *
  Payer Rebilled 04/10/2013. Patient Statement sent 02/01/2013. ECS Claim
  Claim #13355009. Remarks: PR $280.00, cc to 2nd 4/10, pending accident info per 6/4 eob
  Billed secondary: 04/10/2013
03/29/2013   Bill# 4   Payer#1   Period: 01/31/2013 - 02/07/2013   Amt: $ 515.00  Bal: $ 515.00                 * >120 *
  Payer Rebilled 04/10/2013. ECS Claim
  Claim #13355009. Remarks: PR $515.00, cc to 2nd 4/10, pending accident info from enrollee per 5/21
  Billed secondary: 04/10/2013
03/29/2013   Bill# 5   Payer#1   Period: 02/14/2013 - 02/21/2013   Amt: $ 560.00  Bal: $ 560.00                 * >120 *
  Payer Rebilled 04/10/2013. ECS Claim
  Claim #13355009. Remarks: pending accident info per 6/4 eob
  Billed secondary: 04/10/2013

**Edward Hillkewicz #12608**

Date of Birth      : 08/13/1996
Phone #'s          : 631-772-2796
Case #             : 1
Case Description   : DOWLING

Payer #1           : HIP/PALLADIAN  877-774-7693
Guarantor          : Edward Hillkewicz
Group#             :
ID#                : 18176786

Payer #2           : Health Smart  800-331-1096
Guarantor          : Edward Hillkewicz
Group#             : SF746A3
ID#                : UHL6309A

Payer #3           : MUTUAL OF OMAHA- SRS  800-524-2324
Guarantor          : Edward Hillkewicz
Group#             :
ID#                : T5MP051085250

Payer #4           : NAHGA CLAIM SERVICES  800-952-4320
Group#             :
ID#                : U1A6390A

04/19/2016   Bill# 2   Payer#1   Period: 04/01/2016 - 04/01/2016   Amt: $ 238.00  Bal: $  47.00                 * >120 *
  Payer Rebilled 05/23/2016. ECS Claim
  Remarks: PR $47.00 to nahga 5.23.16
  Billed secondary: 05/23/2016
04/19/2016   Bill# 3   Payer#1   Period: 04/12/2016 - 04/12/2016   Amt: $ 150.00  Bal: $  23.00                 * >120 *
  Payer Rebilled 05/23/2016. ECS Claim
  Remarks: PR $23 to 2ndry 5.23.16
  Billed secondary: 05/23/2016

05/04/2016   Bill# 4   Payer#1   Period: 04/15/2016 - 04/22/2016   Amt: $ 300.00  Bal: $ 46.00                              * >120 *
   Payer Rebilled 05/31/2016. ECS Claim
   Remarks: PR $46 to 2ndary 5.31.16 eobs again 7.1.16 abd 11 8.16
   Billed secondary· 05/31/2016
05/04/2016   Bill# 5   Payer#1   Period: 04/29/2016 - 05/03/2016   Amt: $ 300.00  Bal: $ 46.00                              * >120 *
   Payer Rebilled 05/31/2016. ECS Claim
   Remarks: PR $46 to 2ndary 5.31.16 eobs again 7.1.16 and 11.8.16
   Billed secondary: 05/31/2016


Edward Hillkewicz #12608

  Date of Birth     : 08/13/1996
  Phone #'s          : 631-772-2796
  Case #             : 2
  Case Description   : PT/Dowling

  Payer #1           :.HIP PLAN OF NY  800-447-8255
  Group#             :
  ID#                : 18176786

  Payer #3           : MUTUAL OF OMAHA- SRS  800-524-2324
  Group#             :
  ID#                : T5MP051085250

  Payer #4           : NAHGA CLAIM SERVICES  800-952-4320
  Group#             :
  ID#                : U1A6390A


06/15/2016   Bill# 1   Payer#1   Period: 05/03/2016 - 05/06/2016   Amt: $ 710.00  Bal: $ 710.00                            * >120 *
   Payer Rebilled 09/23/2016. ECS Claim
   Remarks: NAHGA denied; add'l info needed (rx and inj report); will review
   Billed secondary: 08/05/2016
   Billed secondary: 08/05/2016
   Billed secondary: 09/23/2016


Jalloh Husamatu #13106

  Date of Birth     : 12/23/1991
  Phone #'s          : 917-539-1525
  Case #             : 2
  Case Description   : DOWLING PT

  Payer #1           : HEALTHFIRST CLAIMS DEPT  212-801-1686
  Group#             :
  ID#                : QR43042V

  Payer #2           : Health Smart  800-331-1096
  Group#             : SF746A3
  ID#                : CUH202051

  Payer #3           : MUTUAL OF OMAHA- SRS  800-524-2324
  Guarantor          : Jalloh Husamatu
  Group#             :
  ID#                : T5MP051085250


09/22/2015   Bill# 1   Payer#1   Period: 09/10/2015 - 09/10/2015   Amt: $ 430.00  Bal: $ 430.00                            * >120 *
   ECS Claim

09/30/2015   Bill# 2   Payer#1   Period: 09/29/2015 - 09/29/2015   Amt: $ 280.00  Bal: $ 280.00                            * >120 *
   ECS Claim

10/21/2015   Bill# 3   Payer#1   Period: 10/20/2015 - 10/20/2015   Amt: $ 280.00  Bal: $ 280.00                            * >120 *


Frank Iaconetti #10033

  Date of Birth     : 10/11/1991
  Phone #'s          : 631-846-6281 / 631-682-6060
  Case #             : 2
  Case Description   : DOWLING PT

  Payer #1           : HEALTHFIRST CLAIMS DEPT  212-801-1686
  Group#             :

**Page 19    Accounts Aging Report: January 31, 2017**

ID#                   : CB93165G

Payer #2              : Health Smart   800-331-1096
Guarantor             : Frank Iaconetti
Group#                :
ID#                   : 900537891

Payer #3              : MUTUAL OF OMAHA- SRS   800-524-2324
Guarantor             : Frank Iaconetti
Group#                :
ID#                   : T5MP051085250

11/01/2013   Bill# 2   Payer#1   Period: 10/29/2013 - 10/31/2013   Amt: $ 330.00  Bal: $ -65.77                 * >120 *
    Payer Rebilled 10/21/2014.
    Claim #R2577535. Remarks: SEE 12/6 NOTE
    Billed secondary: 12/18/2013
    Billed secondary: 10/21/2014
11/15/2013   Bill# 5   Payer#1   Period: 11/12/2013 - 11/12/2013   Amt: $ 185.00  Bal: $ -30.61                 * >120 *
    Payer Rebilled 10/21/2014.
    Claim #R2577535. Remarks: billed 2nd w/1.2 eob; see 12/6 note
    Billed secondary: 01/29/2014
    Billed secondary: 10/21/2014
    Billed secondary: 10/21/2014
    Billed secondary: 10/21/2014

Husumatu Jalloh #12268

    Date of Birth     : 12/23/1991
    Phone #'s         : 917-539-1525
    Case #            : 1
    Case Description : DOWLING 2014

    Payer #2          : NAHGA CLAIM SERVICES  800-952-4320
    Guarantor         : Husumatu Jalloh
    Group#            :
    ID#               : UIA6390A

    Payer #3          : MUTUAL OF OMAHA- SRS   800-524-2324
    Guarantor         : Husamata Jalloh
    Group#            :
    ID#               : T5MP051085250

11/13/2015   Bill# 16   Payer#2   Period: 10/27/2015 - 11/06/2015   Amt: $ 300.00  Bal: $ 238.00              * >120 *
    Payer Rebilled 03/23/2016. Patient Statement sent 02/02/2016. ECS Claim
    Remarks: deductible met to MOO 3.23.16 eob 2.16.16
    Billed secondary: 03/23/2016
11/13/2015   Bill# 17   Payer#2   Period: 11/10/2015 - 11/10/2015   Amt: $ 150.00  Bal: $ 150.00              * >120 *
    Payer Rebilled 03/23/2016. Patient Statement sent 02/02/2016. ECS Claim
    Remarks: deductible met to MOO 3.23.16 eob 2.16.16
    Billed secondary: 03/23/2016
12/04/2015   Bill# 18   Payer#2   Period: 12/01/2015 - 12/01/2015   Amt: $ 150.00  Bal: $ 150.00              * >120 *
    Payer Rebilled 03/23/2016. Patient Statement sent 02/02/2016.
    Remarks: deductible met to MOO 3.23.16 eob 2.16.16
    Billed secondary: 03/23/2016
12/21/2015   Bill# 19   Payer#2   Period: 12/08/2015 - 12/08/2015   Amt: $ 150.00  Bal: $ 150.00              * >120 *
    Payer Rebilled 03/23/2016. Patient Statement sent 02/02/2016.
    Remarks: deductible met to MOO 3.23.16 eob 2.16.16
    Billed secondary: 03/23/2016

Daniel Keenan #13209

    Date of Birth     : 06/09/1997
    Phone #'s         : 631-476-0276
    Case #            : 1
    Case Description : DOWLING

    Payer #1          : UNITED HEALTH CARE  877-842-3210
    Group#            :
    ID#               : 9118772604

    Payer #2          : NAHGA CLAIM SERVICES  800-952-4320
    Guarantor         : Daniel Keenan
    Group#            :
    ID#               : UIA6390A

Page 20   Accounts Aging Report: January 31, 2017

Payer #3         : MUTUAL OF OMAHA- SRS  800-524-2324
Guarantor        : Daniel Keenan
Group#           :
ID#              : T5MP051085250


04/19/2016   Bill# 2   Payer#1   Period: 03/29/2016 - 04/01/2016   Amt: $ 288.00  Bal: $ 90.00          * >120 *
    Payer Rebilled 06/07/2016. ECS Claim
    Claim #18059307. Remarks: PR $90 to 2ndary 6.7.16
    Billed secondary: 06/07/2016
05/04/2016   Bill# 3   Payer#1   Period: 04/22/2016 - 05/03/2016   Amt: $ 200.00  Bal: $ 90.00          * >120 *
    Payer Rebilled 06/15/2016. ECS Claim
    Claim #18059307. Remarks: PR $90 to 2ndary 6.15.16
    Billed secondary: 06/15/2016

Katarzyna Klocek #11451

    Date of Birth    : 11/06/1992
    Phone #'s        : 631-244-1119
    Case #           : 1
    Case Description : DOWLING Chiro

    Payer #1         : MUTUAL OF OMAHA- SRS  800-524-2324
    Group#           :
    ID#              : T5MP051085250

    Payer #2         : Health Smart  800-331-1096
    Guarantor        : Katarzyna Klocek
    Group#           :
    ID#              : 900614316

    Payer #3         : Magnacare  877-624-6210
    Group#           : SF746C3
    ID#              : D00614316

    Payer #4         : NAHGA CLAIM SERVICES  800-952-4320
    Guarantor        : Katarzyna Klocek
    Group#           :
    ID#              : UIA6390A


12/06/2013   Bill# 11   Payer#2   Period: 12/03/2013 - 12/03/2013   Amt: $ 185.00  Bal: $ 185.00        * >120 *
    Payer Rebilled 02/18/2016.
    Remarks: den max'd to MOO 11.18.14 denying pmt see notes
    Billed secondary: 11/18/2014
    Billed secondary: 02/18/2016
09/22/2015   Bill# 14   Payer#4   Period: 08/28/2015 - 08/28/2015   Amt: $ 188.00  Bal: $ 188.00        * >120 *
    Payer Rebilled 11/23/2015. ECS Claim
    Remarks: to nahga 11.23.15


Katarzyna Klocek #11451

    Date of Birth    : 11/06/1992
    Phone #'s        : 631-244-1119
    Case #           : 2
    Case Description : DOWLING PT

    Payer #1         : MUTUAL OF OMAHA- SRS  800-524-2324
    Group#           :
    ID#              : T5MP051085250

    Payer #2         : Health Smart  800-331-1096
    Group#           :
    ID#              : 900614316

    Payer #3         : NAHGA CLAIM SERVICES  800-952-4320
    Group#           :
    ID#              : UIA6390A


09/17/2014   Bill# 1   Payer#2   Period: 09/04/2014 - 09/09/2014   Amt: $ 660.00  Bal: $ 334.27        * >120 *
    Payer Rebilled 01/26/2016. ECS Claim
    Remarks: cc 2nd; per eob max benefits reached; see 8/6/15 note
    Billed secondary: 08/06/2015
09/17/2014   Bill# 2   Payer#2   Period: 09/11/2014 - 09/16/2014   Amt: $ 470.00  Bal: $ 470.00        * >120 *

**Page 21   Accounts Aging Report: January 31, 2017**

Payer Rebilled 01/26/2016. ECS Claim

Billed secondary: 08/06/2015
09/19/2014   Bill# 3   Payer#2   Period: 09/18/2014 - 09/18/2014   Amt: $ 280.00  Bal: $ 280.00                      * >120 *
   Payer Rebilled 01/26/2016. ECS Claim

Billed secondary: 08/06/2015
09/25/2014   Bill# 4   Payer#2   Period: 09/23/2014 - 09/23/2014   Amt: $ 280.00  Bal: $ 280.00                      * >120 *
   Payer Rebilled 01/26/2016. ECS Claim

Billed secondary: 08/06/2015
12/17/2015   Bill# 10   Payer#3   Period: 12/08/2015 - 12/11/2015   Amt: $ 710.00  Bal: $ 710.00                      * >120 *
   Payer Rebilled 01/26/2016. ECS Claim


Randi Knepper #13253

Date of Birth     : 10/19/1996
Phone #'s         : 631-467-2611
Case #            : 1
Case Description  : DOWLING

Payer #1          : NY BLUE CROSS BLUE SHIELD  800-552-6630
Group#            :
ID#               : KYI805653967

Payer #2          : NAHGA CLAIM SERVICES  800-952-4320
Guarantor         : Randi Knepper
Group#            :
ID#               : UIA6390A

Payer #3          : MUTUAL OF OMAHA- SRS  800-524-2324
Guarantor         : Randi Knepper
Group#            :
ID#               : T5MP051085250


11/13/2015   Bill# 1   Payer#1   Period: 09/25/2015 - 09/25/2015   Amt: $ 299.00  Bal: $ 30.00                      * >120 *
   Payer Rebilled 12/17/2015. ECS Claim
   Remarks: PR $30 to 2ndary 12.17.15
   Billed secondary: 12/17/2015
11/13/2015   Bill# 2   Payer#1   Period: 09/29/2015 - 09/29/2015   Amt: $ 150.00  Bal: $ 30.00                      * >120 *
   Payer Rebilled 12/17/2015. ECS Claim
   Remarks: PR $30 to 2ndary 12.17.15
   Billed secondary: 12/17/2015


Brooke Kreuscher #12285

Date of Birth     : 09/01/1995
Phone #'s         : 631-472-1196 / 631-806-5769
Case #            : 1
Case Description  : DOWLING PT

Payer #1          : NY BLUE CROSS BLUE SHIELD  800-552-6630
Group#            :
ID#               : LJLXZ1574529

Payer #2          : Health Smart  800-331-1096
Group#            :
ID#               : CUH202051

Payer #3          : MUTUAL OF OMAHA- SRS  800-524-2324
Group#            :
ID#               : T5MP051085250


10/16/2014   Bill# 1   Payer#1   Period: 09/25/2014 - 09/26/2014   Amt: $ 710.00  Bal: $ 120.00                      * >120 *
   Payer Rebilled 01/26/2015. Patient Statement sent 11/03/2014. ECS Claim
   Remarks: cc to 2nd; per bcbs $120 applied to ded
   Billed secondary: 12/17/2014
   Billed secondary: 01/26/2015
10/16/2014   Bill# 2   Payer#1   Period: 09/30/2014 - 09/30/2014   Amt: $ 280.00  Bal: $ 60.00                      * >120 *
   Payer Rebilled 01/26/2015. Patient Statement sent 11/03/2014. ECS Claim
   Remarks: cc to 2nd; per bcbs $60 applied to ded
   Billed secondary: 12/17/2014
   Billed secondary: 01/26/2015

Samantha Labarbera #13798

```
Date of Birth      : 05/31/1997
Phone #'s          : 845-563-0266
Case #             : 1
Case Description   : DOWLING

Payer #1           : American Specialty Health Network  800-972-4226
Group#             :
ID#                : YLD84037236

Payer #2           : NAHGA CLAIM SERVICES  800-952-4320
Group#             :
ID#                : UIA6390A

Payer #3           : MUTUAL OF OMAHA- SRS  800-524-2324
Group#             :
ID#                : T5MP051085250
```

```
04/19/2016   Bill# 1   Payer#1   Period: 03/18/2016 - 03/18/2016   Amt: $ 249.00  Bal: $  20.00                    * >120 *
     Payer Rebilled 06/15/2016. ECS Claim
     Remarks: PR $20 to 2ndary 6.15.16
     Billed secondary: 06/15/2016
```

Caroline Martin #13212

```
Date of Birth      : 12/19/1996
Phone #'s          : 845-866-0848
Case #             : 1
Case Description   : DOWLING

Payer #1           : NY BLUE CROSS BLUE SHIELD  800-552-6630
Guarantor          : Caroline Martin
Group#             :
ID#                : YLK89273257

Payer #2           : UNITED HEALTHCARE / MPN  877-769-7447
Guarantor          : Caroline Martin
Group#             :
ID#                : 890458305

Payer #3           : NAHGA CLAIM SERVICES  800-952-4320
Guarantor          : Caroline Martin
Group#             :
ID#                : UIA6390A

Payer #4           : MUTUAL OF OMAHA- SRS  800-524-2324
Guarantor          : Caroline Martin
Group#             :
ID#                : T5MO051085250
```

```
10/01/2015   Bill# 1   Payer#1   Period: 09/11/2015 - 09/15/2015   Amt: $ 399.00  Bal: $  10.00                    * >120 *
     Payer Rebilled 02/04/2016. ECS Claim
     Remarks: PR $40 to mpn 10.23.15 to MPN PR $10 notes to nahga 6.9.16
     Billed secondary: 10/23/2015
     Billed secondary: 02/03/2016
     Billed secondary: 02/04/2016
10/01/2015   Bill# 2   Payer#1   Period: 09/25/2015 - 09/25/2015   Amt: $ 150.00  Bal: $  10.00                    * >120 *
     Payer Rebilled 02/04/2016. ECS Claim
     Remarks: PR $20 to mpn 10.23.15 PR $10 sent note to Nahga 3.7.16 sent note 5.3.16
     Billed secondary: 10/23/2015
     Billed secondary: 02/03/2016
     Billed secondary: 02/03/2016
     Billed secondary: 02/04/2016
03/09/2016   Bill# 3   Payer#1   Period: 02/23/2016 - 02/23/2016   Amt: $ 238.00  Bal: $  10.00                    * >120 *
     Payer Rebilled 06/28/2016. ECS Claim
     Remarks: PR $20 to MPN 5.2.16 to nahga 6.28.16
     Billed secondary: 05/02/2016
     Billed secondary: 06/28/2016
03/09/2016   Bill# 4   Payer#1   Period: 03/01/2016 - 03/01/2016   Amt: $ 150.00  Bal: $  10.00                    * >120 *
     Payer Rebilled 07/28/2016. ECS Claim
     Remarks: PR $20 to MPN 5.2.16 resent 6.16.16 to nahga 7.28.16
     Billed secondary: 05/02/2016
```

```
      Billed secondary: 07/28/2016
   04/05/2016   Bill# 5    Payer#1    Period: 03/29/2016 - 03/29/2016    Amt: $ 150.00  Bal: $ 20.00              * >120 *
      Payer Rebilled 05/25/2016. ECS Claim
      Remarks: PR $20 to MPN 5.25.16
      Billed secondary: 05/25/2016
   04/19/2016   Bill# 6    Payer#1    Period: 03/18/2016 - 03/18/2016    Amt: $ 150.00  Bal: $ 20.00              * >120 *
      Payer Rebilled 06/13/2016. ECS Claim
      Remarks: PR $20 to 2ndary 6.13.16.
      Billed secondary: 06/13/2016
```

Kristen McMahon #12403

```
   Date of Birth      : 03/15/1993
   Phone #'s           : 631-447-6514
   Case #              : 1
   Case Description : DOWLING PT

   Payer #1           : NY BLUE CROSS BLUE SHIELD  800-552-6630
   Group#             :
   ID#                : PLJ81115205

   Payer #2           : MUTUAL OF OMAHA- SRS  800-524-2324
   Guarantor          : Kristen McMahon
   Group#             :
   ID#                : T5MP051085250

   Payer #3           : Health Smart  800-331-1096
   Guarantor          : Kristen McMahon
   Group#             :
   ID#                : CUH202051
```

```
   12/17/2014   Bill# 6    Payer#1    Period: 12/12/2014 - 12/12/2014    Amt: $ 140.00  Bal: $ 15.00              * >120 *
      Payer Rebilled 11/19/2015. ECS Claim
      Claim #2014111145300004. Remarks: CC TO 2ND; PER BCBS $15 PR; see 11/19/15 note
      Billed secondary: 01/02/2015
      Billed secondary: 11/19/2015
   01/14/2015   Bill# 9    Payer#1    Period: 01/07/2015 - 01/07/2015    Amt: $ 280.00  Bal: $ 241.12             * >120 *
      Payer Rebilled 12/29/2015. ECS Claim
      Claim #2015011245300020. Remarks: cc to 3rd; per HS $241.12 pr (see 12/29 note); SEE 4/21/16 note
      Billed secondary: 11/19/2015
      Billed secondary: 12/29/2015
   04/21/2015   Bill# 24   Payer#1    Period: 04/17/2015 - 04/17/2015    Amt: $ 140.00  Bal: $ 140.00             * >120 *
      Payer Rebilled 09/15/2015. ECS Claim
      Claim #2015011245300020. Remarks: cc to 2nd; bcbs denied
      Billed secondary: 09/15/2015
   05/04/2015   Bill# 26   Payer#1    Period: 04/29/2015 - 04/29/2015    Amt: $ 140.00  Bal: $ 25.00              * >120 *
      Payer Rebilled 06/01/2016. ECS Claim
      Claim #2015011245300020. Remarks: cc to 2nd, $25 PR
      Billed secondary: 06/01/2016
   08/11/2015   Bill# 40   Payer#1    Period: 08/05/2015 - 08/05/2015    Amt: $ 140.00  Bal: $ 140.00             * >120 *
      Payer Rebilled 10/28/2015. ECS Claim
      Claim #2015011245300020.
      Billed secondary: 10/28/2015
   08/18/2015   Bill# 41   Payer#1    Period: 08/10/2015 - 08/10/2015    Amt: $ 140.00  Bal: $ 140.00             * >120 *
      Payer Rebilled 10/28/2015. ECS Claim
      Claim #2015011245300020.
      Billed secondary: 10/28/2015
   08/28/2015   Bill# 42   Payer#1    Period: 08/24/2015 - 08/24/2015    Amt: $ 140.00  Bal: $ 140.00             * >120 *
      Payer Rebilled 11/19/2015. ECS Claim
      Claim #2015011245300020. Remarks: cc to 2nd; BCBS denied
      Billed secondary: 11/19/2015
```

Christopher Millender #13861

```
   Date of Birth      : 10/10/1994
   Phone #'s           : 631-885-3925 / 631-885-3925
   Case #              : 1
   Case Description : PT/Dowling

   Payer #1           : UNITED HEALTHCARE / MPN  877-769-7447
   Guarantor          : Christopher Millender
   Group#             :
   ID#                : 890241837

   Payer #2           : Mutual of Omaha  800-693-6093
```

**Page 24   Accounts Aging Report: January 31, 2017**

Guarantor        : Christopher Millender
Group#           :
ID#              : T5MP051085-250

Payer #3         : NAHGA CLAIM SERVICES  800-952-4320
Guarantor        : Christopher Millender
Group#           :
ID#              : UIA6390A


05/20/2016  Bill# 1  Payer#1   Period: 05/03/2016 - 05/05/2016   Amt: $ 775.00  Bal: $ 775.00                    * >120 *
  ECS Claim
  Claim #18452892.


Kelly Minicozzi #13154

   Date of Birth     : 05/09/1996
   Phone #'s         : 631-289-2228
   Case #            : 1
   Case Description  : DOWLING PT

   Payer #1          : NY BLUE CROSS BLUE SHIELD  800-552-6630
   Guarantor         : Kelly Minicozzi
   Group#            :
   ID#               : EZVAN2566981

   Payer #2          : Health Smart  800-331-1096
   Group#            : SF746A3
   ID#               : CUH202051

   Payer #3          : MUTUAL OF OMAHA- SRS  800-524-2324
   Group#            :
   ID#               : T5MP051085250

   Payer #4          : NAHGA CLAIM SERVICES  800-952-4320
   Guarantor         : Kelly Minicozzi
   Group#            :
   ID#               : UIA6390A


09/28/2015  Bill# 2  Payer#1   Period: 09/21/2015 - 09/23/2015   Amt: $ 280.00  Bal: $ 50.00                    * >120 *
  Payer Rebilled 12/06/2015. ECS Claim
  Remarks: see 2/26/16 note; bcbs coins $50 (see 12/3/15 note)
  Billed secondary: 12/03/2015
  Billed secondary: 12/06/2015
  Billed secondary: 12/06/2015
09/30/2015  Bill# 3  Payer#1   Period: 09/25/2015 - 09/28/2015   Amt: $ 280.00  Bal: $ 50.00                    * >120 *
  Payer Rebilled 12/06/2015. ECS Claim
  Remarks: cc to 2nd; see 12/3/15 note; see 2/26/16 note
  Billed secondary: 12/03/2015
  Billed secondary: 12/06/2015
  Billed secondary: 12/06/2015
11/07/2015  Bill# 6  Payer#1   Period: 10/07/2015 - 10/19/2015   Amt: $ 420.00  Bal: $ 75.00                    * >120 *
  Payer Rebilled 01/16/2017. ECS Claim
  Remarks: see 12/22/15 note
  Billed secondary: 01/16/2017
11/07/2015  Bill# 7  Payer#1   Period: 10/21/2015 - 10/27/2015   Amt: $ 560.00  Bal: $ 75.00                    * >120 *
  ECS Claim
  Remarks: see 12/22 note
11/13/2015  Bill# 9  Payer#1   Period: 10/29/2015 - 11/06/2015   Amt: $ 840.00  Bal: $ 75.00                    * >120 *
  Payer Rebilled 09/29/2016. ECS Claim
  Remarks: cc to 2nd; per bcbs $75 pr
  Billed secondary: 01/09/2016
  Billed secondary: 09/29/2016
11/13/2015  Bill# 10  Payer#1   Period: 11/09/2015 - 11/09/2015   Amt: $ 280.00  Bal: $ 25.00                    * >120 *
  Payer Rebilled 01/09/2016. ECS Claim
  Remarks: cc to 2nd; per bcbs $25 pr; see 4/4/16 note
  Billed secondary: 01/09/2016
12/08/2015  Bill# 13  Payer#1   Period: 11/25/2015 - 12/02/2015   Amt: $ 840.00  Bal: $ 75.00                    * >120 *
  Payer Rebilled 11/10/2016. ECS Claim
  Remarks: cc to 2nd; per bcbs $75 pr
  Billed secondary: 01/27/2016
  Billed secondary: 11/10/2016
12/17/2015  Bill# 14  Payer#1   Period: 12/04/2015 - 12/09/2015   Amt: $ 840.00  Bal: $ 75.00                    * >120 *
  ECS Claim
  Remarks: cc to 2nd; per bcbs $75 pr
12/17/2015  Bill# 15  Payer#1   Period: 12/11/2015 - 12/16/2015   Amt: $ 840.00  Bal: $ 75.00                    * >120 *

```
    ECS Claim
    Remarks: cc to 2nd; per bcbs $75 pr
12/23/2015    Bill# 16    Payer#1    Period: 12/21/2015 - 12/21/2015    Amt: $ 280.00  Bal: $  25.00          * >120 *
    ECS Claim
    Remarks: cc to 2nd; per bcbs $25 pr
01/09/2016    Bill# 17    Payer#1    Period: 12/23/2015 - 12/30/2015    Amt: $ 840.00  Bal: $-105.00          * >120 *
    Payer Rebilled 04/05/2016. ECS Claim
    Remarks: cc to 2nd; per bcbs $75 pr; see 11-16-16 note
    Billed secondary: 04/05/2016
01/09/2016    Bill# 18    Payer#1    Period: 01/04/2016 - 01/06/2016    Amt: $ 560.00  Bal: $ -70.00          * >120 *
    Payer Rebilled 04/05/2016. ECS Claim
    Remarks: cc to 2nd; per bcbs $50 pr; see 11-16-16 note
    Billed secondary: 04/05/2016
01/12/2016    Bill# 19    Payer#1    Period: 01/08/2016 - 01/08/2016    Amt: $ 280.00  Bal: $  25.00          * >120 *
    ECS Claim
    Remarks: cc to 2nd; per bcbs $25 pr
01/18/2016    Bill# 20    Payer#1    Period: 01/11/2016 - 01/15/2016    Amt: $ 840.00  Bal: $  75.00          * >120 *
    ECS Claim
    Remarks: cc to 2nd; per mc $75 pr
01/26/2016    Bill# 22    Payer#1    Period: 01/25/2016 - 01/25/2016    Amt: $ 280.00  Bal: $  25.00          * >120 *
    Payer Rebilled 04/05/2016. ECS Claim
    Remarks: cc to 2nd; per bcbs $25 pr
    Billed secondary: 04/05/2016
02/02/2016    Bill# 23    Payer#1    Period: 01/29/2016 - 02/01/2016    Amt: $ 690.00  Bal: $  50.00          * >120 *
    Payer Rebilled 04/05/2016. ECS Claim
    Remarks: cc to 2nd; per bcbs $50 pr
    Billed secondary: 04/05/2016
02/24/2016    Bill# 26    Payer#1    Period: 02/12/2016 - 02/18/2016    Amt: $ 840.00  Bal: $  75.00          * >120 *
    Payer Rebilled 05/17/2016. ECS Claim
    Remarks: cc to 2nd; per bcbs $75 pr; nahga denied, see 12/26 notes
    Billed secondary: 05/17/2016
02/24/2016    Bill# 27    Payer#1    Period: 02/19/2016 - 02/23/2016    Amt: $ 560.00  Bal: $  50.00          * >120 *
    Payer Rebilled 11/10/2016. ECS Claim
    Remarks: cc to 2nd; per bcbs $50 pr
    Billed secondary: 05/17/2016
    Billed secondary: 11/10/2016
02/26/2016    Bill# 28    Payer#1    Period: 02/25/2016 - 02/25/2016    Amt: $ 280.00  Bal: $  25.00          * >120 *
    Payer Rebilled 07/21/2016. ECS Claim
    Remarks: cc to 2nd; per bcbs $25 pr
    Billed secondary: 04/21/2016
    Billed secondary: 07/21/2016
03/09/2016    Bill# 29    Payer#1    Period: 02/26/2016 - 03/03/2016    Amt: $ 840.00  Bal: $  75.00          * >120 *
    Payer Rebilled 11/10/2016. ECS Claim
    Remarks: cc to 2nd; per bcbs $75 pr
    Billed secondary: 04/05/2016
    Billed secondary: 04/27/2016
    Billed secondary: 07/22/2016
    Billed secondary: 11/10/2016
03/09/2016    Bill# 30    Payer#1    Period: 03/08/2016 - 03/08/2016    Amt: $ 280.00  Bal: $  25.00          * >120 *
    Payer Rebilled 04/27/2016. ECS Claim
    Remarks: cc to 2nd; per bcbs $25 pr; NAHGA denied, see notes
    Billed secondary: 04/27/2016
03/11/2016    Bill# 31    Payer#1    Period: 03/10/2016 - 03/10/2016    Amt: $ 280.00  Bal: $  25.00          * >120 *
    Payer Rebilled 04/27/2016. ECS Claim
    Remarks: cc to 2nd; per bcbs $25 pr; NAHGA denied, see notes
    Billed secondary: 04/27/2016
03/14/2016    Bill# 32    Payer#1    Period: 03/11/2016 - 03/11/2016    Amt: $ 280.00  Bal: $  25.00          * >120 *
    Payer Rebilled 11/10/2016. ECS Claim
    Remarks: cc to 2nd; per bcbs $25 pr; NAHGA denied, will f/u with them
    Billed secondary: 04/28/2016
    Billed secondary: 11/10/2016
03/22/2016    Bill# 33    Payer#1    Period: 03/17/2016 - 03/18/2016    Amt: $ 560.00  Bal: $  50.00          * >120 *
    Payer Rebilled 11/10/2016. ECS Claim
    Remarks: cc to 2nd; per bcbs $50 pr; NAHGA denied, see 8/8/16 note
    Billed secondary: 06/01/2016
    Billed secondary: 11/10/2016
04/13/2016    Bill# 35    Payer#1    Period: 04/05/2016 - 04/07/2016    Amt: $ 560.00  Bal: $  50.00          * >120 *
    Payer Rebilled 11/10/2016. ECS Claim
    Remarks: cc to 2nd; per bcbs $50 pr
    Billed secondary: 05/31/2016
    Billed secondary: 11/10/2016
    Billed secondary: 11/10/2016
04/13/2016    Bill# 36    Payer#1    Period: 04/08/2016 - 04/12/2016    Amt: $ 560.00  Bal: $  50.00          * >120 *
    Tracer sent 01/16/2017. Payer Rebilled 11/17/2016. ECS Claim
    Remarks: cc to 2nd; per bcbs $50 pr; NAHGA denied, see 11/17 note
    Billed secondary: 05/31/2016
    Billed secondary: 11/17/2016
04/20/2016    Bill# 37    Payer#1    Period: 04/14/2016 - 04/19/2016    Amt: $ 560.00  Bal: $  50.00          * >120 *
```

ECS Claim
Remarks: cc to 2nd; per bcbs $50 pr
05/03/2016    Bill# 38    Payer#1    Period: 04/22/2016 - 04/26/2016    Amt: $ 560.00  Bal: $  50.00                    * >120 *
  Payer Rebilled 11/10/2016. ECS Claim
  Remarks: cc to 2nd ; per bcbs $50 pr
  Billed secondary: 06/30/2016
  Billed secondary: 11/10/2016
05/16/2016    Bill# 39    Payer#1    Period: 05/05/2016 - 05/12/2016    Amt: $ 840.00  Bal: $ 108.00                    * >120 *
  Payer Rebilled 08/11/2016. ECS Claim
  Remarks: cc to 2nd; per bcbs $108 pr; nahga denied, see 12/26 notes
  Billed secondary: 08/11/2016
06/07/2016    Bill# 40    Payer#1    Period: 05/31/2016 - 05/31/2016    Amt: $ 280.00  Bal: $  60.00                    * >120 *
  Payer Rebilled 08/11/2016. ECS Claim
  Remarks: cc to 2nd;  bcbs applied $60 to ded; nahga denied, see 12/26 notes
  Billed secondary: 08/11/2016
06/15/2016    Bill# 41    Payer#1    Period: 06/08/2016 - 06/09/2016    Amt: $ 560.00  Bal: $  50.00                    * >120 *
  Payer Rebilled 07/25/2016. ECS Claim
  Remarks: cc to 2nd; per bcbs $50 pr
  Billed secondary: 07/25/2016
06/22/2016    Bill# 42    Payer#1    Period: 06/15/2016 - 06/16/2016    Amt: $ 560.00  Bal: $  50.00                    * >120 *
  Payer Rebilled 11/10/2016. ECS Claim
  Remarks: cc to 2nd; per bcbs $50 pr; NAHGA denied, sent appeal
  Billed secondary: 08/09/2016
  Billed secondary: 10/26/2016
  Billed secondary: 11/10/2016
  Billed secondary: 11/10/2016
06/28/2016    Bill# 43    Payer#1    Period: 06/23/2016 - 06/23/2016    Amt: $ 280.00  Bal: $  25.00                    * >120 *
  Payer Rebilled 07/12/2016. ECS Claim
  Remarks: cc to 2nd; per bcbs $25 pr; NAHGA denied, see 12/26 note
  Billed secondary: 07/12/2016
07/07/2016    Bill# 44    Payer#1    Period: 07/01/2016 - 07/06/2016    Amt: $ 560.00  Bal: $  50.00                    * >120 *
  Payer Rebilled 07/18/2016. ECS Claim
  Remarks: cc to 2nd; per bcbs $50 pr
  Billed secondary: 07/18/2016
07/19/2016    Bill# 45    Payer#1    Period: 07/13/2016 - 07/13/2016    Amt: $ 140.00  Bal: $  25.00                    * >120 *
  Payer Rebilled 08/15/2016. ECS Claim
  Remarks: cc to 2nd; per bcbs $25 pr
  Billed secondary: 08/15/2016
07/28/2016    Bill# 46    Payer#1    Period: 07/21/2016 - 07/21/2016    Amt: $ 280.00  Bal: $  25.00                    * >120 *
  Payer Rebilled 08/25/2016. ECS Claim
  Remarks: cc to 2nd; per bcbs $25 pr; nahga denied, see 12/26 notes
  Billed secondary: 08/25/2016
07/29/2016    Bill# 47    Payer#1    Period: 07/27/2016 - 07/27/2016    Amt: $ 280.00  Bal: $  25.00                    * >120 *
  Payer Rebilled 08/25/2016. ECS Claim
  Remarks: cc to 2nd; per bcbs $25 pr; nahga denied, see 12/26 notes
  Billed secondary: 08/25/2016
  Billed secondary: 08/25/2016


Felicia Mulholland #13210

    Date of Birth      : 11/14/1995
    Phone #'s          : 508-857-1365
    Case #             : 1
    Case Description   : DOWLING

    Payer #1           : TUFTS   888-884-2404
    Guarantor          : Felicia Mulholland
    Group#             :
    ID#                : 77537631903

    Payer #2           : NAHGA CLAIM SERVICES  800-952-4320
    Guarantor          : Felicia Mulholland
    Group#             :
    ID#                : UIA6390A

    Payer #3           : MUTUAL OF OMAHA- SRS  800-524-2324
    Guarantor          : Felicia Mulholland
    Group#             :
    ID#                : T5MP051085250

    Payer #4           : NY BLUE CROSS BLUE SHIELD  800-552-6630
    Group#             :
    ID#                : CDQ123199356001


04/05/2016    Bill# 7    Payer#4    Period: 02/23/2016 - 02/23/2016    Amt: $ 238.00  Bal: $  11.70                    * >120 *
  Payer Rebilled 05/19/2016. ECS Claim

Remarks: PR $11.70 to 2ndary 5.19.16
Billed secondary: 05/19/2016
04/05/2016   Bill# 8   Payer#4   Period: 03/01/2016 - 03/08/2016   Amt: $ 300.00  Bal: $ 14.40                          * >120 *
  Payer Rebilled 05/19/2016. ECS Claim
  Remarks: PR $14.40 to 2ndary 5.19.16
  Billed secondary: 05/19/2016
04/05/2016   Bill# 9   Payer#4   Period: 03/11/2016 - 03/15/2016   Amt: $ 300.00  Bal: $ 14.40                          * >120 *
  Payer Rebilled 05/19/2016. ECS Claim
  Remarks: PR
  Billed secondary: 05/19/2016
04/19/2016   Bill# 10   Payer#4   Period: 03/18/2016 - 03/29/2016   Amt: $ 300.00  Bal: $ 14.40                          * >120 *
  Payer Rebilled 06/06/2016. ECS Claim
  Remarks: PR $14.40 to 2ndary 6.6.16
  Billed secondary: 06/06/2016
04/19/2016   Bill# 11   Payer#4   Period: 04/05/2016 - 04/12/2016   Amt: $ 300.00  Bal: $ 14.40                          * >120 *
  Payer Rebilled 06/06/2016. ECS Claim
  Remarks: PR $14.40 to 2ndary 6.6.16
  Billed secondary: 06/06/2016
04/19/2016   Bill# 12   Payer#4   Period: 04/14/2016 - 04/14/2016   Amt: $ 300.00  Bal: $ 13.20                          * >120 *
  Payer Rebilled 06/06/2016. ECS Claim
  Remarks: PR $13.20 to 2ndary 6.6.16
  Billed secondary: 06/06/2016
05/04/2016   Bill# 13   Payer#4   Period: 04/15/2016 - 04/16/2016   Amt: $ 300.00  Bal: $ 105.40                         * >120 *
  Payer Rebilled 06/13/2016. ECS Claim
  Remarks: PR $105.40 to 2ndary 6.13.16
  Billed secondary: 06/13/2016
05/04/2016   Bill# 14   Payer#4   Period: 04/26/2016 - 05/03/2016   Amt: $ 300.00  Bal: $ 105.40                         * >120 *
  Payer Rebilled 06/13/2016. ECS Claim
  Remarks: PR $105.40 to 2ndary 6.13.16
  Billed secondary: 06/13/2016
05/16/2016   Bill# 15   Payer#4   Period: 05/06/2016 - 05/06/2016   Amt: $ 150.00  Bal. $ 52.70                          * >120 *
  Payer Rebilled 06/21/2016. ECS Claim
  Remarks: PR $52.70 to 2ndary 6.21.16
  Billed secondary: 06/21/2016


John Murray #13814

  Date of Birth    : 02/10/1996
  Phone #'s         : 631-750-3658
  Case #            : 1
  Case Description : DOWLING

  Payer #1          : UNITED HEALTHCARE / MPN  877-769-7447
  Group#            :
  ID#               : 890719421

  Payer #2          : NAHGA CLAIM SERVICES  800-952-4320
  Group#            :
  ID#               : U1A6390A

  Payer #3          : MUTUAL OF OMAHA- SRS  800-524-2324
  Group#            :
  ID#               : T5MP051085250


05/04/2016   Bill# 1   Payer#1   Period: 04/12/2016 - 04/12/2016   Amt: $ 299.00  Bal: $ 20.00                          * >120 *
  Payer Rebilled 06/15/2016. ECS Claim
  Claim #18135729. Remarks: PR $20 to 2ndary 6.15.165
  Billed secondary: 06/15/2016


Carla Calleja Ortiz #12347

  Date of Birth    : 06/11/1992
  Phone #'s         : 631-244-1119
  Case #            : 1
  Case Description : DOWLING

  Payer #1          : MAGNACARE  800-235-7267
  Group#            :
  ID#               : D00603289

  Payer #2          : CIGNA  800-308-5948
  Guarantor         : Carla Calleja Ortiz
  Group#            :
  ID#               : 8531317

```
Payer #3        : MUTUAL OF OMAHA- SRS  800-524-2324
Guarantor       : Carla Calleja Ortiz
Group#          :
ID#             : T5MP051085250

Payer #4        : Health Smart  800-331-1096
Guarantor       : Carla Calleja Ortiz
Group#          : SF746A3
ID#             : UHL6309A

Payer #5        : NAHGA CLAIM SERVICES  800-952-4320
Guarantor       : Carla Calleja Ortiz
Group#          :
ID#             : UIA6390A
```

12/21/2015   Bill# 5   Payer#2   Period: 10/16/2015 - 10/16/2015   Amt: $ 278.00  Bal: $  10.00          * >120 *
   Payer Rebilled 08/05/2016. ECS Claim
   Remarks: PR $10 to 2ndray 8.5.16 sent inj rpt 11.7.16
   Billed secondary: 08/05/2016

Amanda L Ostapow #11969

```
Date of Birth   : 08/11/1989
Phone #'s        : 631-689-1676 / 631-258-7435
Case #          : 3
Case Description : PT/MPN/Shoulder

Payer #1        : UNITED HEALTHCARE / MPN  877-769-7447
Group#          : 003050
ID#             : 890309679
```

09/01/2015   Bill# 3   Payer#1   Period: 08/26/2015 - 08/27/2015   Amt: $ 280.00  Bal: $   4.00          * >120 *
   ECS Claim
   Claim #17117914. Remarks: per UHC $68 allowed $60 to ded- $4 to patient

Oluwadamilare Oyefeso #13684

```
Date of Birth   : 08/28/1997
Phone #'s        : 718-207-5834
Case #          : 1
Case Description : DOWLING

Payer #1        : GHI  212-501-4444
Group#          :
ID#             : 930552940

Payer #2        : NAHGA CLAIM SERVICES  800-952-4320
Guarantor       : Oluwadamilare Oyefeso
Group#          :
ID#             : UIA6390A

Payer #3        : MUTUAL OF OMAHA- SRS  800-524-2324
Guarantor       : Oluwadamilare Oyefeso
Group#          :
ID#             : T5MP051085250
```

03/24/2016   Bill# 1   Payer#1   Period: 03/01/2016 - 03/01/2016   Amt: $ 299.00  Bal: $  15.00          * >120 *
   Payer Rebilled 06/13/2016. ECS Claim
   Remarks: PR $15 to 2ndary 6.13.16
   Billed secondary: 06/13/2016
03/24/2016   Bill# 2   Payer#1   Period: 03/11/2016 - 03/15/2016   Amt: $ 300.00  Bal: $  30.00          * >120 *
   Payer Rebilled 06/13/2016. ECS Claim
   Remarks: PR $30 to 2ndary 6.13.16
   Billed secondary: 06/13/2016
04/19/2016   Bill# 3   Payer#1   Period: 03/29/2016 - 04/12/2016   Amt: $ 300.00  Bal: $  30.00          * >120 *
   Payer Rebilled 06/13/2016. ECS Claim
   Remarks: PR $30 to 2ndary 6.13.16
   Billed secondary: 06/13/2016
05/04/2016   Bill# 4   Payer#1   Period: 04/26/2016 - 05/03/2016   Amt: $ 300.00  Bal: $  30.00          * >120 *
   Payer Rebilled 06/13/2016. ECS Claim
   Remarks: PR $30 to 2ndary 6.13.16
   Billed secondary: 06/13/2016
05/16/2016   Bill# 5   Payer#1   Period: 05/06/2016 - 05/06/2016   Amt: $ 150.00  Bal: $  15.00          * >120 *

Payer Rebilled 06/23/2016. ECS Claim
Remarks: PR $15 to 2ndary 6.23.15
Billed secondary: 06/23/2016

John Parisi #12390

```
Date of Birth      : 08/03/1995
Phone #'s          : 631-486-8231
Case #             : 2
Case Description   : Dowling PT

Payer #1           : UNITED HEALTHCARE / MPN  877-769-7447
Guarantor          : John Parisi
Group#             :
ID#                : 890414596

Payer #2           : Health Smart  800-331-1096
Guarantor          : John Parisi
Group#             : SF746A3
ID#                : CUH202051

Payer #3           : MUTUAL OF OMAHA- SRS  800-524-2324
Guarantor          : John Parisi
Group#             :
ID#                : T5MP051085250
```

```
11/07/2015   Bill# 1   Payer#1   Period: 10/30/2015 - 10/30/2015   Amt: $ 430.00  Bal: $ 430.00        * >120 *
    ECS Claim
    Claim #17471813.
11/13/2015   Bill# 2   Payer#1   Period: 11/06/2015 - 11/06/2015   Amt: $ 280.00  Bal: $ 280.00        * >120 *
    ECS Claim
    Claim #17471813.
11/30/2015   Bill# 3   Payer#1   Period: 11/19/2015 - 11/19/2015   Amt: $ 280.00  Bal: $ 280.00        * >120 *
    ECS Claim
    Claim #17471813.
12/17/2015   Bill# 4   Payer#1   Period: 12/08/2015 - 12/08/2015   Amt: $ 280.00  Bal: $ 280.00        * >120 *
    ECS Claim
    Claim #17471813.
```

Nicholas Reisig #11840

```
Date of Birth      : 04/21/1993
Phone #'s          : 631-567-9440
Case #             : 1
Case Description   : Dowling

Payer #1           : NY BLUE CROSS BLUE SHIELD  800-552-6630
Group#             :
ID#                : DNT80127509400

Payer #2           : MUTUAL OF OMAHA- SRS  800-524-2324
Guarantor          : Nicholas Reisig
Group#             :
ID#                : T5MP051085250

Payer #3           : Health Smart  800-331-1096
Guarantor          : Nicholas Reisig
Group#             :
ID#                : SRG9130832

Payer #4           : CIGNA HEALTHCARE  800-358-2341
Group#             :
ID#                : U1910546301

Payer #5           : NAHGA CLAIM SERVICES  800-952-4320
Guarantor          : Nicholas Reisig
Group#             :
ID#                : U1A6390A
```

```
04/19/2016   Bill# 4   Payer#4   Period: 03/08/2016 - 03/08/2016   Amt: $ 278.00  Bal: $ 278.00        * >120 *
    Payer Rebilled 05/03/2016. Patient Statement sent 04/28/2016. ECS Claim
    Remarks: no OON benefits to 2ndary 5.3.16 w/inj rpt
    Billed secondary: 05/03/2016
04/19/2016   Bill# 5   Payer#4   Period: 03/18/2016 - 03/18/2016   Amt: $ 150.00  Bal: $ 150.00        * >120 *
```

Payer Rebilled 05/03/2016. Patient Statement sent 04/28/2016. ECS Claim
Remarks: no OON benefits to 2ndary 5.3.16 w/ inj rpt
Billed secondary: 05/03/2016


Jessie Sabal #13155

Date of Birth        : 08/10/1996
Phone #'s            : 516-872-5316
Case #              : 1
Case Description    : DOWLING PT

Payer #1            : Health Smart   800-331-1096
Group#              :
ID#                 : UHL6309A

Payer #2            : NY BLUE CROSS BLUE SHIELD   800-552-6630
Guarantor           : Jessie Sabal
Group#              :
ID#                 : HMT81142173

Payer #3            : MUTUAL OF OMAHA- SRS   800-524-2324
Guarantor           : Jessie Sabal
Group#              :
ID#                 : T5MP051085250

Payer #4            : NAHGA CLAIM SERVICES   800-952-4320
Guarantor           : Jessie Sabal
Group#              :
ID#                 : UIA6390A


11/23/2015   Bill# 10   Payer#2   Period: 11/18/2015 - 11/18/2015   Amt: $ 280.00 Bal: $  20.00         * >120 *
    Payer Rebilled 01/14/2016. ECS Claim
    Claim #2016011241500002. Remarks: cc to 2nd; per bcbs $20 pr
    Billed secondary: 01/14/2016
11/30/2015   Bill# 11   Payer#2   Period: 11/23/2015 - 11/23/2015   Amt: $ 280.00 Bal: $ 280.00         * >120 *
    ECS Claim
    Claim #2016011241500002.
12/08/2015   Bill# 12   Payer#2   Period: 11/30/2015 - 12/02/2015   Amt: $ 560.00 Bal: $  40.00         * >120 *
    ECS Claim
    Claim #2016011241500002. Remarks: cc to 2nd; per bcbs $40 pr
12/17/2015   Bill# 13   Payer#2   Period: 12/04/2015 - 12/09/2015   Amt: $ 840.00 Bal: $  60.00         * >120 *
    ECS Claim
    Claim #2016011241500002. Remarks: cc to 2nd; per bcbs $60 pr
12/17/2015   Bill# 14   Payer#2   Period: 12/11/2015 - 12/14/2015   Amt: $ 560.00 Bal: $  40.00         * >120 *
    ECS Claim
    Claim #2016011241500002. Remarks: cc to 2nd; per bcbs $40 pr
12/22/2015   Bill# 15   Payer#2   Period: 12/15/2015 - 12/15/2015   Amt: $ 280.00 Bal: $  20.00         * >120 *
    ECS Claim
    Claim #2016011241500002. Remarks: cc to 2nd; per bcbs $20 pr
12/23/2015   Bill# 16   Payer#2   Period: 12/21/2015 - 12/21/2015   Amt: $ 280.00 Bal: $  20.00         * >120 *
    ECS Claim
    Claim #2016011241500002. Remarks: cc to 2nd; per bcbs $20 pr
01/26/2016   Bill# 17   Payer#2   Period: 12/29/2015 - 01/04/2016   Amt: $ 840.00 Bal: $  60.00         * >120 *
    Payer Rebilled 04/19/2016. ECS Claim
    Claim #2016011241500002. Remarks: cc to 2nd; per bcbs $60 pr
    Billed secondary: 04/19/2016
01/26/2016   Bill# 18   Payer#2   Period: 01/06/2016 - 01/18/2016   Amt: $ 840.00 Bal: $  60.00         * >120 *
    Payer Rebilled 04/19/2016. ECS Claim
    Claim #2016011241500002. Remarks: cc to 2nd; per bcbs $60 pr
    Billed secondary: 04/19/2016
01/26/2016   Bill# 19   Payer#2   Period: 01/20/2016 - 01/20/2016   Amt: $ 280.00 Bal: $  20.00         * >120 *
    Payer Rebilled 07/21/2016. ECS Claim
    Claim #2016011241500002. Remarks: cc to 2nd; per bcbs $20 pr; NAHGA denied- see 7/21/16 note
    Billed secondary: 04/19/2016
    Billed secondary: 07/21/2016
02/02/2016   Bill# 20   Payer#2   Period: 01/27/2016 - 01/29/2016   Amt: $ 690.00 Bal: $  40.00         * >120 *
    ECS Claim
    Claim #2016011241500002. Remarks: cc to 2nd; per bcbs $40 pr
03/22/2016   Bill# 25   Payer#2   Period: 03/18/2016 - 03/18/2016   Amt: $ 280.00 Bal: $  20.00         * >120 *
    Payer Rebilled 11/10/2016. ECS Claim
    Claim #2016011241500002. Remarks: cc to 2nd; per bcbs $20 pr
    Billed secondary: 06/01/2016
    Billed secondary: 06/01/2016
    Billed secondary: 11/10/2016
04/05/2016   Bill# 26   Payer#2   Period: 04/01/2016 - 04/01/2016   Amt: $ 280.00 Bal: $  20.00         * >120 *
    Payer Rebilled 04/22/2016. ECS Claim

Claim #2016011241500002. Remarks: cc to 2nd; per bcbs $20 pr
Billed secondary: 04/22/2016
05/16/2016   Bill# 29   Payer#2    Period: 05/06/2016 - 05/06/2016    Amt: $ 280.00  Bal: $  20.00                    * >120 *
Payer Rebilled 07/22/2016. ECS Claim
Claim #2016011241500002. Remarks: cc to 2nd; per bcbs $20 pr
Billed secondary: 07/22/2016


Jasmine Sapp #12439

    Date of Birth      : 09/17/1996
    Phone #'s          : 631-650-6419
    Case #             : 2
    Case Description   : DOWLING PT

    Payer #1           : UNITED HEALTHCARE / MPN  877-769-7447
    Group#             :
    ID#                : 890694893

    Payer #2           : Health Smart   800-331-1096
    Group#             :
    ID#                : CUH202051

    Payer #3           : MUTUAL OF OMAHA- SRS  800-524-2324
    Group#             :
    ID#                : T5MP051085250


11/07/2015   Bill# 11   Payer#1    Period: 10/15/2015 - 10/16/2015    Amt: $ 635.00  Bal: $ 590.00                    * >120 *
Payer Rebilled 12/18/2015. ECS Claim
Claim #17787023. Remarks: cc to 2nd; per empire $590 pr
Billed secondary: 12/18/2015
11/07/2015   Bill# 12   Payer#1    Period: 10/22/2015 - 10/22/2015    Amt: $ 280.00  Bal: $ 246.00                    * >120 *
Payer Rebilled 12/18/2015. ECS Claim
Claim #17787023. Remarks: cc to 2nd; per empire $246 pr
Billed secondary: 12/18/2015
11/13/2015   Bill# 13   Payer#1    Period: 11/05/2015 - 11/06/2015    Amt: $ 560.00  Bal: $ 492.00                    * >120 *
Payer Rebilled 12/18/2015. ECS Claim
Claim #17787023. Remarks: cc to 2nd; per empire $492 pr
Billed secondary: 12/18/2015
11/23/2015   Bill# 14   Payer#1    Period: 11/10/2015 - 11/10/2015    Amt: $ 280.00  Bal: $ 246.00                    * >120 *
Payer Rebilled 12/18/2015. ECS Claim
Claim #17787023. Remarks: cc to 2nd; PER EMPIRE EOB $246 pr
Billed secondary: 12/18/2015
12/17/2015   Bill# 15   Payer#1    Period: 12/01/2015 - 12/04/2015    Amt: $ 840.00  Bal: $ 840.00                    * >120 *
Payer Rebilled 03/25/2016. ECS Claim
Claim #17787023.
Billed secondary: 03/25/2016
12/17/2015   Bill# 16   Payer#1    Period: 12/08/2015 - 12/11/2015    Amt: $ 840.00  Bal: $ 738.00                    * >120 *
Payer Rebilled 03/25/2016. ECS Claim
Claim #17787023. Remarks: see 3/25/16 note
Billed secondary: 03/25/2016
12/22/2015   Bill# 17   Payer#1    Period: 12/15/2015 - 12/15/2015    Amt: $ 280.00  Bal: $ 246.00                    * >120 *
Payer Rebilled 03/25/2016. ECS Claim
Claim #17787023. Remarks: cc to 2nd; per uhc eob $246 pr ($34 coins)
Billed secondary: 03/25/2016
01/09/2016   Bill# 18   Payer#1    Period: 01/05/2016 - 01/05/2016    Amt: $ 280.00  Bal: $  68.00                    * >120 *
ECS Claim
Claim #17787023. Remarks: cc to 2nd; per empire $68 allowed applied to ded
01/18/2016   Bill# 19   Payer#1    Period: 01/12/2016 - 01/12/2016    Amt: $ 280.00  Bal: $  68.00                    * >120 *
Payer Rebilled 02/07/2016. ECS Claim
Claim #17787023. Remarks: cc to 2nd; $68 allowed, $68 to ded
Billed secondary: 02/07/2016
02/15/2016   Bill# 20   Payer#1    Period: 01/15/2016 - 01/29/2016    Amt: $ 560.00  Bal: $ 560.00                    * >120 *
ECS Claim
Claim #17787023.


Ashley Seidel #10333

    Date of Birth      : 04/21/1993
    Phone #'s          : 631-642-7064 / 631-921-7597
    Case #             : 2
    Case Description   : LIHMC PT

    Payer #1           : Oxford Health   800-666-1353
    Group#             : UA4810
    ID#                : 1090947204

```
Payer #2        : Health Smart  800-331-1096
Guarantor       : Ashley Seidel
Group#          : gk1272127
ID#             : 12066920 01-08

Payer #3        : GALLAGHER KOSTER SPORTS  877-345-8928
Guarantor       : Ashley Seidel
Group#          :
ID#             : SRG9130832

Payer #4        : MUTUAL OF OMAHA- SRS  800-524-2324
Guarantor       : Ashley Seidel
Group#          :
ID#             : T5MP051085250
```

```
04/12/2013   Bill# 9   Payer#1   Period: 04/11/2013 - 04/11/2013   Amt: $ 190.00  Bal: $ 190.00                    * >120 *
    Payer Rebilled 11/25/2013. ECS Claim
    Remarks: denied no oon per 4/26 eob, cc to 2nd, cc to 3rd 6/18, again 11/25
    Billed secondary: 05/07/2013
    Billed secondary: 06/18/2013
    Billed secondary: 11/25/2013
04/19/2013   Bill# 10  Payer#1   Period: 04/16/2013 - 04/18/2013   Amt: $ 380.00  Bal: $ 380.00                    * >120 *
    Payer Rebilled 11/25/2013. ECS Claim
    Remarks: denied no oon per 4/30 eob, cc to 2nd 5/7, cc to 3rd 6/18, again 11/25
    Billed secondary: 05/07/2013
    Billed secondary: 06/18/2013
    Billed secondary: 11/25/2013
04/29/2013   Bill# 11  Payer#1   Period: 04/23/2013 - 04/25/2013   Amt: $ 420.00  Bal: $ 402.50                    * >120 *
    Payer Rebilled 11/25/2013. ECS Claim
    Remarks: prime denied per 5/14 eob, cc to 2nd, 2nd den 6/18, cc 3rd 6/26, again 11/25
    Billed secondary: 05/21/2013
    Billed secondary: 06/27/2013
    Billed secondary: 11/25/2013
06/06/2014   Bill# 36  Payer#1   Period: 05/29/2014 - 06/02/2014   Amt: $ 445.00  Bal: $  60.00                    * >120 *
    Payer Rebilled 06/01/2016. ECS Claim
    Claim #15286539. Remarks: per uhc $60 pr; HS denied, Koster denied (see 3/11/15 note)
    Billed secondary: 07/25/2014
    Billed secondary: 07/25/2014
    Billed secondary: 11/11/2014
    Billed secondary: 01/12/2015
    Billed secondary: 08/13/2015
    Billed secondary: 06/01/2016
06/06/2014   Bill# 37  Payer#1   Period: 06/04/2014 - 06/06/2014   Amt: $ 535.00  Bal: $  60.00                    * >120 *
    Payer Rebilled 02/09/2015. ECS Claim
    Claim #15286539. Remarks: cc to 2nd; per uhc $60 pr
    Billed secondary: 07/25/2014
    Billed secondary: 11/11/2014
    Billed secondary: 02/09/2015
06/16/2014   Bill# 38  Payer#1   Period: 06/10/2014 - 06/11/2014   Amt: $ 485.00  Bal: $  60.00                    * >120 *
    Payer Rebilled 06/01/2016. ECS Claim
    Claim #15286539. Remarks: cc to 2nd; per UHC $60 PR
    Billed secondary: 11/11/2014
    Billed secondary: 02/09/2015
    Billed secondary: 06/01/2016
06/20/2014   Bill# 39  Payer#1   Period: 06/13/2014 - 06/13/2014   Amt: $ 280.00  Bal: $  30.00                    * >120 *
    Payer Rebilled 06/01/2016. ECS Claim
    Claim #15286539. Remarks: cc 2nd; per UHC $30 PR
    Billed secondary: 11/11/2014
    Billed secondary: 02/09/2015
    Billed secondary: 06/01/2016
```

```
Ashley Seidel #10333

    Date of Birth    : 04/21/1993
    Phone #'s        : 631-642-7064 / 631-921-7597
    Case #           : 4
    Case Description : PT MPN/oxford 2016

    Payer #1         : UNITED HEALTHCARE / MPN  877-769-7447
    Group#           :
    ID#              : 890837496

    Payer #2         : Oxford Health  800-666-1353
    Group#           : UA4810
    ID#              : 1090947204
```

08/23/2016   Bill# 1   Payer#1   Period: 08/16/2016 - 08/16/2016   Amt: $ 340.00  Bal: $  20.00                          * >120 *
    Payer Rebilled 10/12/2016. ECS Claim
    Claim #18577668. Remarks: cc to 2nd; per empire $20 copay pr
    Billed secondary: 10/12/2016
08/24/2016   Bill# 2   Payer#1   Period: 08/18/2016 - 08/18/2016   Amt: $ 280.00  Bal: $  20.00                          * >120 *
    Payer Rebilled 10/12/2016. ECS Claim
    Claim #18577668. Remarks: cc to 2nd; per empire $20 pr
    Billed secondary: 10/12/2016


Arianna Shams-Kollar #11516

    Date of Birth      : 01/27/1995
    Phone #'s          : 858-335-2905
    Case #             : 1
    Case Description : DOWLING PT

    Payer #1           : UNITED HEALTH CARE  877-842-3210
    Guarantor          : Arianna Shams-Kollar
    Group#             : 710712
    ID#                : 948984267

    Payer #2           : MUTUAL OF OMAHA- SRS  800-524-2324
    Guarantor          : Arianna Shams-Kollar
    Group#             :
    ID#                : T5MP051085250

    Payer #3           : Health Smart  800-331-1096
    Group#             :
    ID#                : 900608251


02/14/2014   Bill# 17   Payer#1   Period: 02/04/2014 - 02/06/2014   Amt: $ 370.00  Bal: $ 100.56                         * >120 *
    Payer Rebilled 07/24/2014. ECS Claim
    Claim #UHC. Remarks: cc to 2nd; per UHC $100.56 PR
    Billed secondary: 06/23/2014
03/14/2014   Bill# 21   Payer#1   Period: 03/07/2014 - 03/13/2014   Amt: $ 370.00  Bal: $ 370.00                         * >120 *
    Payer Rebilled 07/24/2014. ECS Claim
    Claim #UHC. Remarks: per UHC claim denied; see note 4-21-14
03/31/2014   Bill# 23   Payer#1   Period: 03/20/2014 - 03/25/2014   Amt: $ 325.00  Bal: $ 325.00                         * >120 *
    Payer Rebilled 07/24/2014. ECS Claim
    Claim #UHC.


Arianna Shams-Kollar #11516

    Date of Birth      : 01/27/1995
    Phone #'s          : 858-335-2905
    Case #             : 2
    Case Description : DOWLING Chiro

    Payer #1           : UNITED HEALTH CARE  877-842-3210
    Group#             : 710712
    ID#                : 948984267

    Payer #2           : NAHGA CLAIM SERVICES  800-952-4320
    Guarantor          : Arianna Shams-Kollar
    Group#             :
    ID#                : UIA6390A

    Payer #3           : MUTUAL OF OMAHA- SRS  800-524-2324
    Guarantor          : Arianna Shams-Kollar
    Group#             :
    ID#                : T5MP051085250


10/01/2015   Bill# 1   Payer#1   Period: 08/28/2015 - 09/04/2015   Amt: $ 399.00  Bal: $  35.68                          * >120 *
    Payer Rebilled 12/21/2015. ECS Claim
    Remarks: PR $35.68 to 2ndary 10.23.15 to nahga 12.21.15
    Billed secondary: 10/23/2015
    Billed secondary: 12/21/2015
10/01/2015   Bill# 2   Payer#1   Period: 09/11/2015 - 09/15/2015   Amt: $ 300.00  Bal: $  25.48                          * >120 *
    Payer Rebilled 12/21/2015. ECS Claim
    Remarks: PR $25.48 to 2ndary 10.23.15 to nahga 12.21.15
    Billed secondary: 10/23/2015
    Billed secondary: 12/21/2015

10/01/2015   Bill# 3   Payer#1   Period: 09/18/2015 - 09/18/2015   Amt: $ 150.00  Bal: $  12.74          * >120 *
   Payer Rebilled 12/21/2015. ECS Claim
   Remarks: PR $12.74 to 2ndary 10.23.15 to nahga 12.21.15
   Billed secondary: 10/23/2015
   Billed secondary: 12/21/2015


Francis Sommers #13626

   Date of Birth      : 05/11/1994
   Phone #'s          : 631-281-7124
   Case #             : 1
   Case Description : DOWLING

   Payer #1           : AETNA  888-632-3862
   Guarantor          : Francis Sommers
   Group#             :
   ID#                : W186952410

   Payer #2           : NAHGA CLAIM SERVICES  800-952-4320
   Guarantor          : Francis Sommers
   Group#             :
   ID#                : UIA6390A

   Payer #3           : MUTUAL OF OMAHA- SRS  800-524-2324
   Guarantor          : Francis Sommers
   Group#             :
   ID#                : T5MP051085250


03/09/2016   Bill# 1   Payer#1   Period: 02/23/2016 - 02/23/2016   Amt: $ 284.00  Bal: $  25.00          * >120 *
   Payer Rebilled 05/12/2016. ECS Claim
   Remarks: PR $25 to 2ndary 5.12.16
   Billed secondary: 05/12/2016
03/09/2016   Bill# 2   Payer#1   Period: 03/08/2016 - 03/08/2016   Amt: $ 150.00  Bal: $  15.00          * >120 *
   Payer Rebilled 05/12/2016. ECS Claim
   Remarks: PR $15 to 2ndary 5.12.16
   Billed secondary: 05/12/2016
04/05/2016   Bill# 3   Payer#1   Period: 03/29/2016 - 03/29/2016   Amt: $ 150.00  Bal: $  15.00          * >120 *
   Payer Rebilled 06/08/2016. ECS Claim
   Remarks: PR $15 to 2ndary 6.8.16
   Billed secondary: 06/08/2016
04/19/2016   Bill# 4   Payer#1   Period: 03/18/2016 - 04/01/2016   Amt: $ 300.00  Bal: $  30.00          * >120 *
   Payer Rebilled 06/09/2016. ECS Claim
   Remarks: PR $30 to 2ndary 6.9.16
   Billed secondary: 06/09/2016
04/19/2016   Bill# 5   Payer#1   Period: 04/05/2016 - 04/12/2016   Amt: $ 300.00  Bal: $  30.00          * >120 *
   Payer Rebilled 06/09/2016. ECS Claim
   Remarks: PR $30 to 2ndary 6.9.16
   Billed secondary: 06/09/2016
05/04/2016   Bill# 6   Payer#1   Period: 04/15/2016 - 04/22/2016   Amt: $ 300.00  Bal: $  30.00          * >120 *
   Payer Rebilled 06/16/2016. ECS Claim
   Remarks: PR $30 to 2ndary 6.16.16
   Billed secondary: 06/16/2016
05/04/2016   Bill# 7   Payer#1   Period: 04/26/2016 - 04/29/2016   Amt: $ 300.00  Bal: $  30.00          * >120 *
   Payer Rebilled 06/27/2016. ECS Claim
   Remarks: PR $30 to 2ndary 6.27.16
   Billed secondary: 06/27/2016
05/04/2016   Bill# 8   Payer#1   Period: 05/03/2016 - 05/03/2016   Amt: $ 150.00  Bal: $  15.00          * >120 *
   Payer Rebilled 06/15/2016. ECS Claim
   Remarks: PR $15 to 2ndary 6.15.16
   Billed secondary: 06/15/2016


Kim Spiciarich #13411

   Date of Birth      : 10/31/1995
   Phone #'s          : 631-979-3356
   Case #             : 1
   Case Description : DOWLING

   Payer #1           : UNITED HEALTHCARE / MPN  877-769-7447
   Group#             :
   ID#                : 890751177

   Payer #2           : NAHGA CLAIM SERVICES  800-952-4320
   Guarantor          : Kim Spicianch
   Group#             :

```
ID#                  : UIA6390A          .

Payer #3             : MUTUAL OF OMAHA- SRS  800-524-2324
Guarantor            : Kim Spicianch
Group#               :
ID#                  : T5MP051085250


04/19/2016   Bill# 2   Payer#1   Period: 04/05/2016 - 04/05/2016   Amt: $ 210.00  Bal: $ 20.00          * >120 *
  Payer Rebilled 06/06/2016. ECS Claim
  Claim #18067025. Remarks: PR $20 to 2ndary 6.6.16
  Billed secondary: 06/06/2016


Crystal Tarango #11076

  Date of Birth      : 08/05/1993
  Phone #'s          : 909-816-6766
  Case #             : 1
  Case Description   : LIHMC PT

  Payer #1           : KAISER PERMANENTE SO CA  800-464-4000
  Guarantor          : Crystal Tarango
  Group#             :
  ID#                : 16855918

  Payer #2           : Health Smart  800-331-1096
  Guarantor          : Crystal Tarango
  Group#             :
  ID#                : 900582468

  Payer #3           : GALLAGHER KOSTER SPORTS  877-345-8928
  Guarantor          : Crystal Tarango
  Group#             :
  ID#                : SRG9130832

  Payer #4           : MUTUAL OF OMAHA- SRS  800-524-2324
  Guarantor          : Crystal Tarango
  Group#             :
  ID#                : T5MP051085250


08/09/2013   Bill# 18   Payer#1   Period: 08/01/2013 - 08/08/2013   Amt: $ 420.00  Bal: $ 420.00        * >120 *
  Payer Rebilled 05/24/2016. ECS Claim
  Remarks: prime den 9/6, cc 2nd 11/25 billed 3rd 1.2.14 nopay pile
  Billed secondary: 10/17/2013
  Billed secondary: 11/25/2013
  Billed secondary: 01/29/2014
  Billed secondary: 11/10/2014
  Billed secondary: 01/22/2015
  Billed secondary: 05/24/2016
08/16/2013   Bill# 19   Payer#1   Period: 08/13/2013 - 08/15/2013   Amt: $ 280.00  Bal: $ 280.00        * >120 *
  Payer Rebilled 05/24/2016. ECS Claim
  Remarks: prime denied per 9/24 eor, cc 2nd 11/25 billed 3rd 1.2.14 nopay pile
  Billed secondary: 10/04/2013
  Billed secondary: 11/25/2013
  Billed secondary: 01/29/2014
  Billed secondary: 11/10/2014
  Billed secondary: 01/22/2015
  Billed secondary: 05/24/2016
08/23/2013   Bill# 20   Payer#1   Period: 08/20/2013 - 08/22/2013   Amt: $ 370.00  Bal: $ 370.00        * >120 *
  Payer Rebilled 05/24/2016. ECS Claim
  Remarks: prime den 9/10, cc 2nd 11/25 billed 3rd 1.2.14 nopay pile
  Billed secondary: 10/17/2013
  Billed secondary: 11/25/2013
  Billed secondary: 01/29/2014
  Billed secondary: 01/29/2014
  Billed secondary: 11/10/2014
  Billed secondary: 01/22/2015
  Billed secondary: 05/24/2016
09/03/2013   Bill# 21   Payer#1   Period: 08/27/2013 - 08/30/2013   Amt: $ 370.00  Bal: $ 370.00        * >120 *
  Payer Rebilled 05/24/2016. ECS Claim
  Remarks: prime denied per 9/20, cc 2nd 11/25 billed 3rd 1.2.14 nopay pile
  Billed secondary: 10/17/2013
  Billed secondary: 11/25/2013
  Billed secondary: 01/29/2014
  Billed secondary: 11/10/2014
  Billed secondary: 01/22/2015
```

```
     Billed secondary: 05/24/2016
09/06/2013   Bill# 22   Payer#1   Period: 09/03/2013 - 09/05/2013   Amt: $ 370.00  Bal: $ 370.00                    * >120 *
     Payer Rebilled 05/24/2016. ECS Claim
     Remarks: denied per 10/8 eob, cc 2nd 11/25 billed 3rd 1.2.14 nopay pile
     Billed secondary: 10/09/2013
     Billed secondary: 10/17/2013
     Billed secondary: 11/25/2013
     Billed secondary: 01/29/2014
     Billed secondary: 11/10/2014
     Billed secondary: 01/22/2015
     Billed secondary: 05/24/2016
09/20/2013   Bill# 23   Payer#1   Period: 09/10/2013 - 09/12/2013   Amt: $ 370.00  Bal: $ 370.00                    * >120 *
     Payer Rebilled 05/24/2016. ECS Claim
     Remarks: prime den 10/11, cc to 2nd 11/25
     Billed secondary: 10/17/2013
     Billed secondary: 10/17/2013
     Billed secondary: 11/25/2013
     Billed secondary: 11/10/2014
     Billed secondary: 01/22/2015
     Billed secondary: 05/24/2016
09/20/2013   Bill# 24   Payer#1   Period: 09/13/2013 - 09/17/2013   Amt: $ 370.00  Bal: $ 370.00                    * >120 *
     Payer Rebilled 05/24/2016. ECS Claim
     Remarks: prime den 10/11, cc to 2nd 11/25 billed 3rd 1.2.14 nopay pile
     Billed secondary: 10/17/2013
     Billed secondary: 10/17/2013
     Billed secondary: 11/25/2013
     Billed secondary: 01/29/2014
     Billed secondary: 11/10/2014
     Billed secondary: 01/22/2015
     Billed secondary: 05/24/2016
09/20/2013   Bill# 25   Payer#1   Period: 09/19/2013 - 09/19/2013   Amt: $ 185.00  Bal: $ 185.00                    * >120 *
     Payer Rebilled 05/24/2016. ECS Claim
     Remarks: prime den per 10/11, cc 2nd 11/25 billed 3rd 1.2.14 nopay pile
     Billed secondary: 10/17/2013
     Billed secondary: 10/17/2013
     Billed secondary: 11/25/2013
     Billed secondary: 01/29/2014
     Billed secondary: 11/10/2014
     Billed secondary: 01/22/2015
     Billed secondary: 05/24/2016
09/27/2013   Bill# 26   Payer#1   Period: 09/20/2013 - 09/23/2013   Amt: $ 370.00  Bal: $ 370.00                    * >120 *
     Payer Rebilled 05/24/2016. ECS Claim
     Remarks: denied per 10/29, cc 2nd 11/25 billed 3rd 1.2.14 nopay pile
     Billed secondary: 10/17/2013
     Billed secondary: 11/13/2013
     Billed secondary: 11/13/2013
     Billed secondary: 11/25/2013
     Billed secondary: 01/29/2014
     Billed secondary: 01/29/2014
     Billed secondary: 11/10/2014
     Billed secondary: 01/22/2015
     Billed secondary: 05/24/2016
09/27/2013   Bill# 27   Payer#1   Period: 09/24/2013 - 09/26/2013   Amt: $ 370.00  Bal: $ 370.00                    * >120 *
     Payer Rebilled 05/24/2016. ECS Claim
     Remarks: denied per 10/29, cc 2nd 11/25 billed 3rd 1.2.14 nopay pile
     Billed secondary: 10/17/2013
     Billed secondary: 11/13/2013
     Billed secondary: 11/13/2013
     Billed secondary: 11/25/2013
     Billed secondary: 01/29/2014
     Billed secondary: 01/29/2014
     Billed secondary: 11/10/2014
     Billed secondary: 01/22/2015
     Billed secondary: 05/24/2016
10/07/2013   Bill# 28   Payer#1   Period: 09/27/2013 - 09/30/2013   Amt: $ 370.00  Bal: $ 370.00                    * >120 *
     Payer Rebilled 05/24/2016. ECS Claim
     Remarks: denied per 10/29, cc 2nd 11/25 billed 3rd 1.2.14 nopay pile
     Billed secondary: 11/13/2013
     Billed secondary: 11/13/2013
     Billed secondary: 11/25/2013
     Billed secondary: 01/29/2014
     Billed secondary: 11/10/2014
     Billed secondary: 01/22/2015
     Billed secondary: 05/24/2016
10/11/2013   Bill# 29   Payer#1   Period: 10/04/2013 - 10/07/2013   Amt: $ 325.00  Bal: $ 325.00                    * >120 *
     Payer Rebilled 05/24/2016. ECS Claim
     Remarks: denied per 11/5, cc 2nd 11/25 billed 3rd 1.2.14 nopay pile
     Billed secondary: 11/13/2013
```

```
            Billed secondary: 11/13/2013
            Billed secondary: 11/25/2013
            Billed secondary: 01/29/2014
            Billed secondary: 01/29/2014
            Billed secondary: 11/10/2014
            Billed secondary: 01/22/2015
            Billed secondary: 05/24/2016
10/11/2013   Bill# 30   Payer#1    Period: 10/10/2013 - 10/10/2013   Amt: $ 185.00  Bal: $ 185.00               * >120 *
            Payer Rebilled 05/24/2016. ECS Claim
            Remarks: denied 11/5, cc 2nd 11/25 billed 3rd 1.2.14 nopay pile
            Billed secondary: 11/13/2013
            Billed secondary: 11/13/2013
            Billed secondary: 11/25/2013
            Billed secondary: 01/29/2014
            Billed secondary: 11/10/2014
            Billed secondary: 01/22/2015
            Billed secondary: 05/24/2016
10/28/2013   Bill# 31   Payer#1    Period: 10/14/2013 - 10/17/2013   Amt: $ 325.00  Bal: $ 325.00               * >120 *
            Payer Rebilled 05/24/2016. ECS Claim
            Remarks: denied 11/15 eob, cc 2nd 11/25 billed 3rd 1 2.14 nopay pile
            Billed secondary: 11/21/2013
            Billed secondary: 11/25/2013
            Billed secondary: 01/29/2014
            Billed secondary: 11/10/2014
            Billed secondary: 01/22/2015
            Billed secondary: 05/24/2016
10/28/2013   Bill# 32   Payer#1    Period: 10/18/2013 - 10/21/2013   Amt: $ 325.00  Bal: $ 325.00               * >120 *
            Payer Rebilled 05/24/2016. ECS Claim
            Remarks: denied 11/15 eob, cc 2nd 11/25 billed 3rd 1.2.14 nopay pile
            Billed secondary: 11/21/2013
            Billed secondary: 11/25/2013
            Billed secondary: 01/29/2014
            Billed secondary: 11/10/2014
            Billed secondary: 01/22/2015
            Billed secondary: 05/24/2016
10/28/2013   Bill# 33   Payer#1    Period: 10/25/2013 - 10/25/2013   Amt: $ 185.00  Bal: $ 185.00               * >120 *
            Payer Rebilled 05/24/2016. ECS Claim
            Remarks: den 11/15, cc 2nd 11/25 billed 3rd 1.2.14 nopay pile
            Billed secondary: 11/21/2013
            Billed secondary: 11/25/2013
            Billed secondary: 01/29/2014
            Billed secondary: 01/29/2014
            Billed secondary: 11/10/2014
            Billed secondary: 01/22/2015
            Billed secondary: 05/24/2016
11/22/2013   Bill# 37   Payer#1    Period: 11/18/2013 - 11/18/2013   Amt: $ 140.00  Bal: $ 140.00               * >120 *
            Payer Rebilled 02/27/2015. ECS Claim
            Remarks: PR $140 per 12/17 eob, cc 2nd
            Billed secondary: 12/26/2013
            Billed secondary: 02/27/2015
12/02/2013   Bill# 38   Payer#1    Period: 11/22/2013 - 11/22/2013   Amt: $ 185.00  Bal: $ 185.00               * >120 *
            Payer Rebilled 02/27/2015. ECS Claim
            Remarks: HS denied "late filing"
            Billed secondary: 02/27/2015
            Billed secondary: 02/27/2015
12/06/2013   Bill# 39   Payer#1    Period: 12/02/2013 - 12/02/2013   Amt: $ 140.00  Bal: $ 140.00               * >120 *
            Payer Rebilled 02/27/2015. ECS Claim
            Remarks: mailed to ASHN see NOTES
            Billed secondary: 02/27/2015
            Billed secondary: 02/27/2015
12/13/2013   Bill# 40   Payer#1    Period: 12/06/2013 - 12/09/2013   Amt: $ 325.00  Bal: $ 325.00               * >120 *
            Payer Rebilled 02/27/2015. ECS Claim
            Remarks: mailed to ASHN see NOTES billed 2nd 1.24.14 nopay
            Billed secondary: 02/04/2014
            Billed secondary: 02/27/2015
            Billed secondary: 02/27/2015
12/23/2013   Bill# 41   Payer#1    Period: 12/13/2013 - 12/13/2013   Amt: $ 185.00  Bal: $ 185.00               * >120 *
            Payer Rebilled 02/27/2015. ECS Claim
            Remarks: mailed to ASHN see NOTES
            Billed secondary: 02/27/2015
            Billed secondary: 02/27/2015


Martina Tinnirello #13862

    Date of Birth   : 05/30/1996
    Phone #'s       : 631-321-6615 / 631-560-5785
    Case #          : 1
```

**Page 38   Accounts Aging Report: January 31, 2017**

Case Description : PT/Dowling

| | |
|---|---|
| Payer #1 | : Oxford Health  800-666-1353 |
| Group# | : |
| ID# | : 1187239904 |

| | |
|---|---|
| Payer #2 | : Mutual of Omaha  800-693-6093 |
| Group# | : |
| ID# | : T5MP051085-250 |

| | |
|---|---|
| Payer #3 | : NAHGA CLAIM SERVICES  800-952-4320 |
| Group# | : |
| ID# | : UIA6390A |

06/07/2016   Bill# 1   Payer#1   Period: 05/03/2016 - 05/05/2016   Amt: $ 710.00  Bal: $ 100.00           * >120 *
   Payer Rebilled 07/15/2016. ECS Claim
   Claim #18158855. Remarks: cc to 2nd; per oxford $100 pr
   Billed secondary: 07/15/2016

## Kayla Vitale #10674

| | |
|---|---|
| Date of Birth | : 06/20/1991 |
| Phone #'s | : 631-281-0814 |
| Case # | : 2 |
| Case Description | : LIHMC PT |

| | |
|---|---|
| Payer #1 | : UNITED HEALTHCARE  877-842-3210 |
| Guarantor | : Kayla Vitale |
| Group# | : 199409 |
| ID# | : 818041351 |

| | |
|---|---|
| Payer #2 | : Health Smart  800-331-1096 |
| Guarantor | : Kayla Vitale |
| Group# | : |
| ID# | : SRG9130832 |

| | |
|---|---|
| Payer #3 | : GALLAGHER KOSTER SPORTS  877-345-8928 |
| Group# | : |
| ID# | : SRG9130832 |

04/19/2013   Bill# 1   Payer#1   Period: 04/15/2013 - 04/17/2013   Amt: $ 405.00  Bal: $ 405.00           * >120 *
   Payer Rebilled 05/24/2013. ECS Claim
   Remarks: $371.46 to ded per 5/21 eob, cc to 2nd 5/24, 2nd denied 8/2
   Billed secondary: 05/24/2013
04/29/2013   Bill# 2   Payer#1   Period: 04/22/2013 - 04/24/2013   Amt: $ 460.00  Bal: $ 272.04           * >120 *
   Payer Rebilled 05/24/2013. ECS Claim
   Remarks: $82 to ded, PR $256.04 per 5/21 eob, cc to 2nd, 2nd denied 8/2
   Billed secondary: 05/24/2013
05/07/2013   Bill# 3   Payer#1   Period: 04/29/2013 - 05/06/2013   Amt: $ 650.00  Bal: $ 297.24           * >120 *
   Payer Rebilled 06/05/2013. ECS Claim
   Remarks: cc to 2nd 6/4 (PR $297.24), 2nd denied 8/2
   Billed secondary: 06/05/2013
05/10/2013   Bill# 4   Payer#1   Period: 05/08/2013 - 05/08/2013   Amt: $ 190.00  Bal: $ 178.32           * >120 *
   Payer Rebilled 06/05/2013. ECS Claim
   Remarks: cc to 2nd ($146.54 to ded, PR $178.32 per 6/11 eob), 2nd denied 8/2
   Billed secondary: 06/05/2013

## Brian White #12258

| | |
|---|---|
| Date of Birth | : 04/17/1994 |
| Phone #'s | : 631-472-9491 |
| Case # | : 1 |
| Case Description | : DOWLING 2014 |

| | |
|---|---|
| Payer #1 | : AETNA  888-632-3862 |
| Group# | : |
| ID# | : W151010456 |

| | |
|---|---|
| Payer #2 | : NAHGA CLAIM SERVICES  800-952-4320 |
| Guarantor | : Brian White |
| Group# | : |
| ID# | : UIA6390A |

| | |
|---|---|
| Payer #3 | : MUTUAL OF OMAHA- SRS  800-524-2324 |

```
Guarantor        : Brian White
Group#           :
ID#              : T5MP051085250


05/16/2016   Bill# 3   Payer#1   Period: 03/18/2016 - 03/18/2016   Amt: $ 188.00  Bal: $  25.00              * >120 *
    Payer Rebilled 07/13/2016. ECS Claim
    Remarks: PR $25 to 2ndary 7.13.16
    Billed secondary: 07/13/2016
    Billed secondary: 07/13/2016


Astasia Williams-Bertles #13682

    Date of Birth    : 03/30/1996
    Phone #'s         : 856-275-4273
    Case #           : 1
    Case Description : DOWLING

    Payer #1         : AETNA  888-632-3862
    Group#           :
    ID#              : W200995085

    Payer #2         : NAHGA CLAIM SERVICES  800-952-4320
    Guarantor        : Astasia Williams-Bertles
    Group#           :
    ID#              : UIA6390A

    Payer #3         : MUTUAL OF OMAHA- SRS  800-524-2324
    Guarantor        : Astasia Williams-Bertles
    Group#           :
    ID#              : T5MP051085250


03/09/2016   Bill# 1   Payer#1    Period: 02/23/2016 - 02/23/2016   Amt: $ 299.00  Bal: $  10.00             * >120 *
    Payer Rebilled 06/16/2016. ECS Claim
    Remarks: PR $10 to 2ndary 6.16.16
    Billed secondary: 06/16/2016
03/09/2016   Bill# 2   Payer#1    Period: 03/01/2016 - 03/01/2016   Amt: $ 150.00  Bal: $  10.00             * >120 *
    Payer Rebilled 06/16/2016. ECS Claim
    Remarks: PR $10 to 2ndary 6.16.16
    Billed secondary: 06/16/2016
03/24/2016   Bill# 3   Payer#1    Period: 03/11/2016 - 03/15/2016   Amt: $ 300.00  Bal: $  20.00             * >120 *
    Payer Rebilled 06/10/2016. ECS Claim
    Remarks: PR $20 to 2ndary 6.10.16
    Billed secondary: 06/10/2016
04/19/2016   Bill# 4   Payer#1    Period: 03/29/2016 - 03/29/2016   Amt: $ 150.00  Bal: $  10.00             * >120 *
    Payer Rebilled 06/10/2016. ECS Claim
    Remarks: PR $10 to 2ndary 6.10.16
    Billed secondary: 06/10/2016


Caitlin Zowak #11499

    Date of Birth    : 05/02/1995
    Phone #'s         : 631-608-8364 / 631-678-5513
    Case #           : 1
    Case Description : DOWLING Fall 2013

    Payer #1         : UNITED HEALTHCARE / MPN  877-769-7447
    Guarantor        : Caitlin Zowak
    Group#           :
    ID#              : 890267521

    Payer #2         : MUTUAL OF OMAHA- SRS  800-524-2324
    Guarantor        : Caitlin Zowak
    Group#           :
    ID#              : T5MP051085250

    Payer #3         : NAHGA CLAIM SERVICES  800-952-4320
    Guarantor        : Caitlin Zowak
    Group#           :
    ID#              : UIA6390A


10/22/2015   Bill# 36   Payer#1   Period: 10/06/2015 - 10/06/2015   Amt: $ 300.00  Bal: $  20.00             * >120 *
    Payer Rebilled 12/02/2015.
    Claim #17510065. Remarks: PR $20 to 2ndary 12.2.15 Nahga
```

```
    Billed secondary: 11/25/2015
    Billed secondary: 12/02/2015
11/13/2015   Bill# 37   Payer#1    Period: 10/27/2015 - 11/06/2015   Amt: $ 380.00  Bal: $  40.00              * >120 *
    Payer Rebilled 12/29/2015. ECS Claim
    Claim #17510065. Remarks: PR $40 to 2ndary 12.29.15
    Billed secondary: 12/29/2015
11/25/2015   Bill# 38   Payer#1    Period: 11/10/2015 - 11/17/2015   Amt: $ 380.00  Bal: $  40.00              * >120 *
    Payer Rebilled 01/06/2016. ECS Claim
    Claim #17510065. Remarks: PR $40 to 2ndary 1.5.16
    Billed secondary: 01/06/2016
11/25/2015   Bill# 39   Payer#1    Period: 11/20/2015 - 11/20/2015   Amt: $ 190.00  Bal: $  20.00              * >120 *
    Payer Rebilled 06/01/2016. ECS Claim
    Claim #17510065. Remarks: PR $20 to 2ndary 6.1.16 den "repetitive motion"
    Billed secondary: 06/01/2016
12/04/2015   Bill# 40   Payer#1    Period: 12/01/2015 - 12/01/2015   Amt: $ 190.00  Bal: $  20.00              * >120 *
    Payer Rebilled 01/15/2016. ECS Claim
    Claim #17510065. Remarks: PR $20 to 2ndary 1.15.16
    Billed secondary: 01/15/2016


Caitlin Zowak #11499

    Date of Birth     : 05/02/1995
    Phone #'s         : 631-608-8364 / 631-678-5513
    Case #            : 3
    Case Description  : DOWLING PT

    Payer #1          : UNITED HEALTHCARE / MPN  877-769-7447
    Group#            :
    ID#               : 890267521

    Payer #2          : Health Smart  800-331-1096
    Guarantor         : Caitlin Zowak
    Group#            :
    ID#               : 900606471

    Payer #3          : MUTUAL OF OMAHA- SRS  800-524-2324
    Guarantor         : Caitlin Zowak
    Group#            :
    ID#               : T5MP051085250


02/13/2015   Bill# 17   Payer#1    Period: 02/11/2015 - 02/11/2015   Amt: $ 280.00  Bal: $ 280.00              * >120 *
    Payer Rebilled 03/11/2015. Patient Statement sent 06/30/2015. ECS Claim
    Claim #16728243. Remarks: cc to 2nd; UHC denied
    Billed secondary: 03/11/2015
02/17/2015   Bill# 18   Payer#1    Period: 02/13/2015 - 02/13/2015   Amt: $ 280.00  Bal: $ 280.00              * >120 *
    Payer Rebilled 03/11/2015. Patient Statement sent 06/30/2015. ECS Claim
    Claim #16728243. Remarks: cc to 2nd; UHC denied
    Billed secondary: 03/03/2015
    Billed secondary: 03/11/2015
02/19/2015   Bill# 19   Payer#1    Period: 02/17/2015 - 02/17/2015   Amt: $ 280.00  Bal: $ 280.00              * >120 *
    Payer Rebilled 03/11/2015. Patient Statement sent 06/30/2015. ECS Claim
    Claim #16728243. Remarks: cc to 2nd; UHC denied
    Billed secondary: 03/11/2015
03/27/2015   Bill# 28   Payer#1    Period: 03/24/2015 - 03/24/2015   Amt: $ 280.00  Bal: $ 280.00              * >120 *
    Patient Statement sent 06/30/2015. ECS Claim
    Claim #16728243. Remarks: cc to 2nd, per UHC $280 PR
09/08/2015   Bill# 33   Payer#1    Period: 09/01/2015 - 09/03/2015   Amt: $ 635.00  Bal: $ 136.00              * >120 *
    Payer Rebilled 11/27/2015. ECS Claim
    Remarks: cc to 2nd; empire allowed $136; SEE 3/23/16 NOTE
    Billed secondary: 11/27/2015
09/09/2015   Bill# 34   Payer#1    Period: 09/04/2015 - 09/04/2015   Amt: $ 280.00  Bal: $  68.00              * >120 *
    Payer Rebilled 11/27/2015. ECS Claim
    Remarks: cc to 2nd; empire allowed $68; SEE 3/23/16 NOTE
    Billed secondary: 11/27/2015
09/15/2015   Bill# 35   Payer#1    Period: 09/10/2015 - 09/10/2015   Amt: $ 280.00  Bal: $ 246.00              * >120 *
    ECS Claim
    Remarks: SEE 3/23/16 NOTE
09/22/2015   Bill# 36   Payer#1    Period: 09/11/2015 - 09/17/2015   Amt: $ 840.00  Bal: $ 772.00              * >120 *
    ECS Claim
    Remarks: see 3/23/16 note
09/28/2015   Bill# 37   Payer#1    Period: 09/22/2015 - 09/24/2015   Amt: $ 560.00  Bal: $ 560.00              * >120 *
    Payer Rebilled 06/01/2016. ECS Claim

    Billed secondary: 06/01/2016
09/30/2015   Bill# 38   Payer#1    Period: 09/29/2015 - 09/29/2015   Amt: $ 280.00  Bal: $ 280.00              * >120 *
    Payer Rebilled 06/01/2016. ECS Claim
```

Billed secondary: 06/01/2016
10/08/2015    Bill# 39    Payer#1    Period: 10/01/2015 - 10/06/2015    Amt: $ 560.00  Bal: $ 560.00                          * >120 *
    Payer Rebilled 06/01/2016. ECS Claim
    Claim #18026903.
    Billed secondary: 06/01/2016
11/07/2015    Bill# 40    Payer#1    Period: 10/15/2015 - 10/27/2015    Amt: $ 840.00  Bal: $ 840.00                          * >120 *
    Payer Rebilled 06/01/2016. ECS Claim
    Claim #18026903.
    Billed secondary: 06/01/2016
11/13/2015    Bill# 41    Payer#1    Period: 11/06/2015 - 11/06/2015    Amt: $ 280.00  Bal: $ 280.00                          * >120 *
    Payer Rebilled 06/01/2016. ECS Claim
    Claim #18026903.
    Billed secondary: 06/01/2016
11/23/2015    Bill# 42    Payer#1    Period: 11/10/2015 - 11/17/2015    Amt: $ 840.00  Bal: $ 840.00                          * >120 *
    Payer Rebilled 06/01/2016. ECS Claim
    Claim #18026903.
    Billed secondary: 06/01/2016
11/30/2015    Bill# 43    Payer#1    Period: 11/19/2015 - 11/24/2015    Amt: $ 560.00  Bal: $ 560.00                          * >120 *
    Payer Rebilled 06/01/2016. ECS Claim
    Claim #18026903.
    Billed secondary: 06/01/2016
12/08/2015    Bill# 44    Payer#1    Period: 12/01/2015 - 12/03/2015    Amt: $ 560.00  Bal: $ 560.00                          * >120 *
    Payer Rebilled 06/01/2016. ECS Claim
    Claim #18026903.
    Billed secondary: 06/01/2016
12/17/2015    Bill# 45    Payer#1    Period: 12/08/2015 - 12/08/2015    Amt: $ 280.00  Bal: $ 280.00                          * >120 *
    Payer Rebilled 06/01/2016. ECS Claim
    Claim #18026903.
    Billed secondary: 06/01/2016
02/15/2016    Bill# 46    Payer#1    Period: 01/29/2016 - 01/29/2016    Amt: $ 345.00  Bal: $ 345.00                          * >120 *
    Payer Rebilled 06/01/2016. ECS Claim
    Claim #18026903.
    Billed secondary: 06/01/2016
04/13/2016    Bill# 47    Payer#1    Period: 03/01/2016 - 04/01/2016    Amt: $ 560.00  Bal: $ 560.00                          * >120 *
    Payer Rebilled 06/01/2016. ECS Claim
    Claim #18026903.
    Billed secondary: 06/01/2016
04/20/2016    Bill# 48    Payer#1    Period: 04/15/2016 - 04/15/2016    Amt: $ 280.00  Bal: $ 280.00                          * >120 *
    Payer Rebilled 06/01/2016. ECS Claim
    Claim #18026903.
    Billed secondary: 06/01/2016

Totals

| Column | | Total | Current | Over 30 | Over 60 | Over 90 |
|---|---|---|---|---|---|---|
| Billed | : | 140330.94 | 0.00 | 0.00 | 0.00 | 140330.94 |
| Outstanding | : | 81621.67 | 0.00 | 0.00 | 0.00 | 81621.67 |
| Patient Owes | : | 4.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| Payer Owes | : | 81617.67 | 0.00 | 0.00 | 0.00 | 81617.67 |
| | | | | | | |
| Unbilled | | | | | | |
| Patient Owes | : | 0.00 | | | | |
| Payer Owes | : | 150.00 | | | | |
| | | | | | | |
| Combined | | | | | | |
| Outstanding | : | 81771.67 | | | | |
| Patient Owes | : | 4.00 | | | | |
| Payer Owes | : | 81767.67 | | | | |

A&S Chiropractic
c/o a Block Chiropractic
301 Maple Ave.
Smithtown, NY 11787
631-543-0004

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7015 1730 0001 4684 6755

Dowling College Case Admin
c/o GCG
PO Box 10342
Dublin, OH 43017-5542



1000

43017

U.S. POSTAGE
PAID
SMITHTOWN, NY
11787
FEB 08, 17
AMOUNT
**$8.76**
R2303S104237-20

# CLAIM NO. 9

Garden City Group, LLC
DEC 1 5 2016

**CRT**

2016 DEC -9 A 9:39
RECEIVED
CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK

Fill in this information to identify the case:

Debtor 1 _Dowling College_

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: _E.D._ District of _N.Y._

Case number _16-75545-REG_

FILED - 00009
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

## Official Form 410

# Proof of Claim

04/16

Read the Instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

---

### Part 1:   Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | **Bonnie Nohs  for Michelle T. Nohs (deceased)** | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor _____ | |

2. Has this claim been acquired from someone else?
☑ No
☐ Yes. From whom? _____

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

**Bonnie Nohs**
Name

**150 OAK ST.**
Number    Street

**COPIAGUE    NY    11726**
City    State    ZIP Code

Contact phone **516-448-2116**
Contact email **bnohs@verizon.net**

Where should payments to the creditor be sent? (if different)

**-Same-**
Name

_____
Number    Street

_____
City    State    ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_____

4. Does this claim amend one already filed?
☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____/_____/_____
MM  / DD  / YYYY

5. Do you know if anyone else has filed a proof of claim for this claim?
☑ No
☐ Yes. Who made the earlier filing? _____

---

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
| 7. How much is the claim? | $ _14,000 – 15,000_   Does this amount include interest or other charges?<br>_approx._   ☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_Money in a scholarship fund in the name of Michelle T. Nohs_ |
| 9. Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:  $_____<br>Amount of the claim that is secured:  $_____<br>Amount of the claim that is unsecured:  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition:  $_____<br><br>Annual Interest Rate (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.  $_____ |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. Check one:

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12/09/2016
                   MM / DD / YYYY

Signature  *Bonnie Nohs*

Print the name of the person who is completing and signing this claim:

| Name | Bonnie | L | Nohs |
|---|---|---|---|
| | First name | Middle name | Last name |

Title  (Mother of deceased)

Company  _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  150 OAK ST.
         Number    Street

         COPIAGUE          NY      11726
         City              State   ZIP Code

Contact phone  516-448-2116    Email  bnohs@verizon.net



1. Select the 'Print' button to print 1 copy of each label.
2. The Return Shipment instructions, which provide your recipient with information on the returns process, will be printed with the label(s).
3. After printing, select your next step by clicking one of the displayed buttons.

   **Note:**To review or print individual labels, select the Label button under each label image above.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



# CLAIM NO. 290

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**\* P - D C O - P O C / 1 \***

<u>Your Claim is Scheduled As Follows:</u>

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in   respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim
Official Form 410

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.**

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | **BRI-TECH, INC** |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| | | **BRI-TECH, INC**<br>Name | _____<br>Name |
| | | **829 LINCOLN AVENUE**<br>Number      Street | _____<br>Number      Street |
| | | **BOHEMIA, NY 11716**<br>City          State          ZIP Code | _____<br>City          State          ZIP Code |
| | | Contact phone **(631) 563-8000** | Contact phone _____ |
| | | Contact email **DEBRAH@BRI-TECH.COM** | Contact email _____ |
| 4. | Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____ | Filed on_____<br>MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proo of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ | |

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
| --- | --- |

| 6. | Do you have any number you use to identify the debtor? | ✓ No<br><br>Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____ |
| --- | --- | --- |
| 7. | How much is the claim? | $ __10,544.50__ .    Does this amount include interest or other charges?<br>✓ No<br>Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Security Monitoring Services |
| 9. | Is all or part of the claim secured? | ✓ No<br>Yes. The claim is secured by a lien on property.<br><br>    **Nature of property:**<br>    Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>    Motor vehicle<br>    Other. Describe: _____<br><br>    **Basis for perfection:** _____<br>    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.<br><br>    **Value of property:**          $_____<br>    **Amount of the claim that is secured:**   $__0.00__<br>    **Amount of the claim that is unsecured:** $__10,544.50__ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>    **Amount necessary to cure any default as of the date of the petition:** $_____<br><br>    **Annual Interest Rate** (when case was filed) _____<br>    Fixed<br>    Variable |
| 10. | Is this claim based on a lease? | ✓ No<br>Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. | Is this claim subject to a right of setoff? | ✓ No<br>Yes. Identify the property: _____ |
| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ✓ No<br>Yes. *Check all that apply:*            **Amount entitled to priority**<br><br>Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____<br><br>Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____<br><br>Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____<br><br>Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____<br><br>Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5).    $_____<br><br>Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.    $_____<br><br>* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. |

| Part 3: | Sign Below |
|---------|------------|

| The person completing this proof of claim must sign and date it. FRBP 9011(b). | Check the appropriate box: |
|---|---|

<br>

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this clai 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

⁴ I am the creditor.

I am the creditor's attorney or authorized agent.

I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  **03/02/2017**
_____
MM / DD / YYYY

Brian  McAuliff
_____
Signature

Print the name of the person who is completing and signing this claim:

Name  **Brian  McAuliff**
_____
First name            Middle name            Last name

Title  **President**
_____

Company  **Bri-Tech, Inc.**
_____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  **8298 Lincoln Ave**
_____
Number        Street
**BOHEMIA, NY 11716**
_____
City                    State            ZIP Code

Contact phone  **(631) 563-8000**    Email **DebraH@Bri-Tech.com**

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Claim # 290          Electronically Filed: 03/02/2017

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the **identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents** because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, **do not disclose confidential health care information.** Leave out or **redact confident al information both in the claim and in the attached documents.**

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child s initials and the full name and address of the child s parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to* **privacy** *on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

**2012Bri-Tech**
**Aged Receivables**
**As of Mar 2, 2017**

Filter Criteria includes: 1) IDs: Dowling-Oakdale; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID / Customer / Bill To Contact / Telephone 1 | Invoice/CM | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | Date |
|---|---|---|---|---|---|---|---|
| Dowling-Oakdale | 9464 | | | | 713.00 | 713.00 | 7/15/15 |
| Dowling College | 10218 | | | | 713.00 | 713.00 | 11/15/15 |
| Mark Carattini | 10221 | | | | 250.00 | 250.00 | 11/17/15 |
| 244-3291/774-4136 MC | 10327 | | | | 713.00 | 713.00 | 12/15/15 |
| | 10656 | | | | 713.00 | 713.00 | 1/15/16 |
| | 10770 | | | | 713.00 | 713.00 | 2/15/16 |
| | 10883 | | | | 713.00 | 713.00 | 3/15/16 |
| | 10943 | | | | 312.50 | 312.50 | 3/30/16 |
| | 11178 | | | | 713.00 | 713.00 | 4/15/16 |
| | 11281 | | | | 713.00 | 713.00 | 5/15/16 |
| | 11475 | | | | 713.00 | 713.00 | 6/21/16 |
| | 11789 | | | | 713.00 | 713.00 | 7/15/16 |
| | 12073 | | | | 713.00 | 713.00 | 9/15/16 |
| | 12074 | | | | 713.00 | 713.00 | 9/15/16 |
| | 12384 | | | | 713.00 | 713.00 | 10/15/16 |
| | 12500 | | | | 713.00 | 713.00 | 11/15/16 |

**Dowling-Oakdale**
**Dowling College** — 10,544.50 | 10,544.50

**Report Total** — 10,544.50 | 10,544.50

# CLAIM NO. 75



CAROUSEL INDUSTRIES
Financial Services

## LEASE AGREEMENT

TO OUR VALUED CUSTOMER: This Lease has been written in "Plain English." When we use the words *you* and *your* in this Lease, we mean *you, our customer,* which is the *Lessee* indicated below. When we use the words *we, us* and *our* in this Lease, we mean the *Lessor, CIT Finance LLC.*
Our address is 10201 Centurion Parkway N. #100, Jacksonville, FL 32256. Phone 1-800-527-3876.   FORM AFS-LA-DS 02/09 CAR Page 1 of 2

| CUSTOMER INFORMATION | Lessee Name | | Tax ID # 12157078 |
| --- | --- | --- | --- |
| | DOWLING COLLEGE | | Tax Exempt # |
| | Billing Street Address/City/County/State/Zip | Phone No. | |
| | 150 Idle Hour Boulevard, Oakdale, Suffolk NY 11769 | (631) 244-3000 | Lease # E700149 |
| | Equipment Location Street Address/City/County/State/Zip | Phone No. | |
| | 150 Idle Hour Boulevard, Oakdale, Suffolk, NY 11769 | (631) 244-3000 | Schedule # 00040 |

| SUPPLIER INFORMATION | Supplier Name ("Supplier") | Equipment Description |
| --- | --- | --- |
| | CAROUSEL INDUSTRIES OF NORTH AMERICA, INC. | IP OFFICE (IP500) |

| END OF LEASE (Check one applicable box. If no box is checked, or if more than one box is checked, the Fair Market Value Purchase Option will apply.) | | Plus Applicable Taxes |
| --- | --- | --- |
| PURCHASE OPTION | ☐ Fair Market Value Purchase Option <br> ☒ Fixed Price Purchase Option of $1.00 <br> ☐ Fixed Price Purchase Option of ___ % of the Total Cash Price | |

| TERM AND LEASE PAYMENT SCHEDULE | Lease Term (Months) | Lease Payment | Documentation Fee | You agree to pay at the time you sign this Lease: 0 Lease Payment(s) in advance ($0.00), plus the Documentation Fee, if applicable. If more than one Lease Payment is required in advance, the additional amount will be applied at the end of the original term. | Plus Applicable Taxes |
| --- | --- | --- | --- | --- | --- |
| | 24 | $872.20 | $0.00 | | |
| | Additional Provisions: <br> If the Equipment configuration reflected in the Supplier's invoice differs from the configuration upon which our pricing was based, we may, (1) with your approval, adjust the Lease Payments, or (2) decline to enter into this Lease. | | | | |

**INSURANCE AND TAXES**  You are required to provide and maintain insurance for the Equipment, and to pay any property, use and other taxes related to this Lease or the Equipment.

[dense illegible terms and conditions paragraph block]

DOWLING COLLEGE
Lessee
x [signature]
Authorized Signature
TRACY COEVLIO, CFO     1/23/15
Print Name & Title     Date

CIT FINANCE LLC
Lessor   Magalie Gilbert
x [signature]
Authorized Signatory
Magalie Gilbert     4-14-15
Print Name & Title     Date

## PERSONAL AND CONTINUING GUARANTY

THIS PERSONAL AND CONTINUING GUARANTY ("GUARANTY") CREATES SPECIFIC LEGAL OBLIGATIONS. [dense illegible paragraph block] ... BOTH YOU AND WE EXPRESSLY WAIVE ANY RIGHT TO A TRIAL BY JURY.

| Personal Guarantor (no title) | Date | Personal Guarantor (no title) | Date |
| --- | --- | --- | --- |
| Print Name | Social Security No. | Print Name | Social Security No. |
| Home Street Address/City/State/Zip | Phone No. | Home Street Address/City/State/Zip | Phone No. |

© Copyright 2009 by CIT      FORM AFS-LA-OS 02/09 CAR

1. (Continued) However, if the Total Cash Price exceeds the amount approved by us, we will not be obligated to purchase or lease the Equipment. If any Lease Payment or other amount payable to us is not paid within 10 days of its due date, you will pay us a late charge equal to the greater of (i) 5% of each late payment, plus interest at the rate of 1 ½% per month on any such amounts (or such lesser amount as is the maximum amount allowable under applicable law). The lease rate factor used to calculate the Lease Payment of your Lease is fixed on the date your Lease begins. Until then, it is subject to change commensurate with an increase greater than 25 basis points in the like term U.S. Treasury Note (as published by *The Wall Street Journal*) from the earlier of the date Lease pricing was quoted or the date your Lease application was initially entered into our system.

2. NO WARRANTIES. We are leasing the Equipment to you "AS-IS." YOU ACKNOWLEDGE THAT WE DO NOT MANUFACTURE THE EQUIPMENT, WE DO NOT REPRESENT THE MANUFACTURER OR THE SUPPLIER, AND YOU HAVE SELECTED THE EQUIPMENT AND THE SUPPLIER BASED UPON YOUR OWN JUDGMENT. WE MAKE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR OTHERWISE. YOU AGREE THAT REGARDLESS OF CAUSE, WE ARE NOT RESPONSIBLE FOR AND YOU WILL NOT ASSERT ANY CLAIM AGAINST US FOR ANY DAMAGES, WHETHER CONSEQUENTIAL, DIRECT, SPECIAL, OR INDIRECT. YOU AGREE THAT NEITHER THE SUPPLIER NOR ANY SALESPERSON, EMPLOYEE OR AGENT OF THE SUPPLIER IS OUR AGENT OR HAS ANY AUTHORITY TO SPEAK FOR US OR TO BIND US IN ANY WAY. We transfer to you for the term of this Lease any warranties made by the manufacturer or the Supplier under a Supply Contract.

3. EQUIPMENT LOCATION; USE AND REPAIR; RETURN. You will keep and use the Equipment only at the Equipment Location shown on Page 1 of this Lease. You may not move the Equipment without our prior written consent. At your own cost and expense, you will keep the Equipment eligible for any manufacturer's certification, in compliance with all applicable laws and in good repair, condition and working order, except for ordinary wear and tear. You will not make any alterations, additions or replacements in the Equipment without our prior written consent. All alterations, additions and replacements will become part of the Equipment and our property at no cost or expense to us. We may inspect the Equipment at any reasonable time. Unless this Lease is renewed or you purchase the Equipment in accordance with this Lease, at the end of this Lease you will immediately deliver the Equipment to us at a place within any state as we received it, except for ordinary wear and tear, to any place in the United States that we tell you. You will pay all expenses of deinstalling, crating and shipping, and you will insure the Equipment for its full replacement value during shipping.

4. TAXES AND FEES. You will pay when due, either directly or to us upon our demand, all taxes, fines and penalties relating to this Lease or the Equipment that are now or in the future assessed or levied by any state, local or other government authority. We will file all personal property, use or other tax returns (unless we notify you otherwise in writing) and you agree to pay us a fee for making such filings. We do not have to contest any taxes, fines or penalties. You will pay estimated property taxes with each Lease Payment or annually, as invoiced.

5. LOSS OR DAMAGE. As between you and us, you are responsible for any loss, theft or destruction of, or damage to, the Equipment (collectively 'Loss') from any cause at all, whether or not insured, until it is delivered to us at the end of this Lease. You are required to make all Lease Payments even if there is a Loss. You must notify us in writing immediately of any Loss. Then, at our option, you will either (a) repair the Equipment so that it is in good condition and working order, eligible for any manufacturer's certification, or (b) pay us the amounts specified in Section 9(b) below.

6. INSURANCE. You will provide and maintain at your expense (a) property insurance against the loss, theft or destruction of, or damage to, the Equipment for its full replacement value, naming us as loss payee, and (b) public liability and third party property insurance, naming us as an additional insured. You will give us certificates or other evidence of such insurance when requested. Such insurance will be in a form, amount and with companies acceptable to us, and will provide that we will be given 30 days advance notice of any cancellation or material change of such insurance. If you do not give us evidence of insurance acceptable to us, we have the right, but not the obligation, to obtain insurance covering our interest in the Equipment for the term of this Lease, including any renewals or extensions, from an insurer of our choice, including an insurer that is our affiliate. We may add the costs of acquiring and maintaining such insurance and our fees for our services in placing and maintaining such insurance (collectively, "Insurance Charge") to the amounts due from you under this Lease. You will pay the Insurance Charge in equal installments allocated to the remaining Lease Payments. If we purchase insurance, you will cooperate with our insurance agent with respect to the placement of insurance and the processing of claims. Nothing in this Lease will cause us to be an insurer or be in an insurance relationship of any type between us and any other person. You acknowledge that we are not required to secure or maintain any insurance, and we will not be liable to you if we terminate any insurance coverage that we arrange. If we replace or renew any insurance coverage, we are not obligated to provide replacement or renewal coverage under the same terms, costs, limits, or conditions as the previous coverage.

7. TITLE; RECORDING. We are the owner of and hold title to the Equipment. You will keep the Equipment free of all liens and encumbrances. Unless the Purchase Option is $1.00, you agree that this transaction is a true lease and you hereby authorize us or our agent to file a financing statement to give public notice of our ownership of the Equipment and other property (including, without limitation, our interests in all software, and in any credit or refund due you from the Supplier or the service provider, as applicable, for any prepaid maintenance or services). However, if this transaction is deemed to be a lease intended for security, you grant us a purchase money security interest in the Equipment (including any replacements, substitutions, additions, attachments, receivables and proceeds) and authorize us or our agent to file a financing statement or any other documents we deem necessary to perfect or protect our interest in the Equipment and other property.

8. DEFAULT. Each of the following is a "Default" under this Lease: (a) you fail to pay any Lease Payment or any other payment within 10 days of its due date, (b) you do not perform any of your other obligations under this Lease or in any other agreement with us or with any of our affiliates and this failure continues for 10 days after we have notified you of it, (c) you become insolvent, you dissolve or are dissolved, or you assign your assets for the benefit of your creditors, or enter (voluntarily or involuntarily) any bankruptcy or reorganization proceeding, or (d) any guarantor of this Lease dies, does not perform its obligations under the guaranty, or becomes subject to one of the events listed in clause (c) above.

9. REMEDIES. If a Default occurs, we may do one or more of the following: (a) we may cancel or terminate this Lease or any or all other agreements that we have entered into with you or withdraw any offer of credit; (b) we may require you to immediately pay us, as compensation for loss of our bargain and not as a penalty, a sum equal to (i) the present value of all unpaid Lease Payments for the remainder of the term plus the present value of our anticipated residual interest in the Equipment, each discounted at 6% per year, compounded monthly, plus (ii) all other amounts due or that become due under this Lease; (c) we may require you to deliver the Equipment to us as set forth in Section 3; (d) we or our agent may peacefully repossess the Equipment without court order and you will not make any claims against us for damages or trespass of any other reason; (e) we may request that the Supplier or the service provider, as applicable, terminate the maintenance or services contract and obtain a refund from the Supplier or the service provider, as applicable, for any prepaid maintenance or services and apply it to any amounts that you owe us; and (f) we may exercise any other right or remedy available at law or in equity. You agree to pay all of our costs of enforcing our rights against you, including reasonable attorneys' fees. If we take possession of the Equipment, we may sell or otherwise dispose of it with or without notice, at a public or private sale, and apply the net proceeds (after we have deducted all costs related to the sale or disposition of the Equipment) to the amounts that you owe us. You agree that if notice of sale is required by law to be given, 10 days' notice will constitute reasonable notice. You will remain responsible for any amounts that are due after we have applied such net proceeds.

10. FINANCE LEASE STATUS. You agree that if Article 2A-Leases of the Uniform Commercial Code applies to this Lease, this Lease will be considered a 'finance lease' as that term is defined in Article 2A. By signing this Lease, you agree that either (a) you have reviewed, approved, and received, a copy of the Supply Contract or (b) that we have informed you of the identity of the Supplier, that you may have rights under the Supply Contract, and that you may contact the Supplier for a description of those rights. TO THE EXTENT PERMITTED BY APPLICABLE LAW, YOU WAIVE ANY AND ALL RIGHTS AND REMEDIES CONFERRED UPON A LESSEE BY ARTICLE 2A.

11. ASSIGNMENT. YOU MAY NOT ASSIGN, SELL, TRANSFER OR SUBLEASE THE EQUIPMENT OR YOUR INTEREST IN THIS LEASE. We may, without notifying you, sell, assign, or transfer this Lease or our rights in the Equipment. You agree that the new owner will have the same rights and benefits that we have now under this Lease but not our obligations. The rights of the new owner will not be subject to any claim, defense or setoff that you may have against us.

12. PURCHASE OPTION; AUTOMATIC RENEWAL. If no Default exists under this Lease, you will have the option at the end of the original or any renewal term to purchase all (but not less than all) of the Equipment at the Purchase Option price shown on Page 1 of this Lease, plus any applicable taxes. Unless the Purchase Option price is $1.00, you must give us at least 90 days written notice before the end of the original or any renewal term that you will purchase the Equipment or that you will deliver the Equipment to us and you are responsible for all Lease Payments due or that become due under this Lease until you purchase or deliver the Equipment in accordance with the terms and conditions of this Lease. If you do not give us such written notice or if you do not purchase or deliver the Equipment in accordance with the terms and conditions of this Lease, this Lease will automatically renew for successive 90 day terms until you deliver the Equipment to us or we terminate this Lease by 10 days' written notice to you. During such renewal(s) the Lease Payment will remain the same. If the Fair Market Value Purchase Option has been selected, we will use our reasonable judgment to determine the Equipment's fair market value (on a retail basis and in place). If you do not agree with our determination of the Equipment's fair market value, the fair market value (on a retail basis and in place) will be determined at your expense by an independent appraiser selected by us. Upon payment of the Purchase Option price, we shall transfer our interest in the Equipment to you "AS-IS, WHERE-IS" without any representation or warranty whatsoever and this Lease will terminate.

13. INDEMNIFICATION. You are responsible for any losses, damages, penalties, claims, suits and actions (collectively "Claims"), whether based on a theory of strict liability or otherwise caused by or related to (a) the manufacture, installation, ownership, use, lease, possession, or delivery of the Equipment or (b) any defects in the Equipment. You agree to reimburse us for and, if we request, to defend us against any Claims.

14. CREDIT AND FINANCIAL INFORMATION. YOU AUTHORIZE US OR ANY OF OUR AFFILIATES TO OBTAIN CREDIT BUREAU REPORTS, AND MAKE OTHER CREDIT INQUIRIES THAT WE DETERMINE ARE NECESSARY. ON YOUR WRITTEN REQUEST, WE WILL INFORM YOU WHETHER WE HAVE REQUESTED A CONSUMER CREDIT REPORT AND THE NAME AND ADDRESS OF ANY CONSUMER CREDIT REPORTING AGENCY THAT FURNISHED A REPORT. YOU ACKNOWLEDGE THAT WITHOUT FURTHER NOTICE WE MAY USE OR REQUEST ADDITIONAL CREDIT BUREAU REPORTS TO UPDATE OUR INFORMATION SO LONG AS YOUR OBLIGATIONS TO US ARE OUTSTANDING. IF REQUESTED BY US, YOU WILL PROVIDE US WITH YOUR MOST RECENT FINANCIAL STATEMENTS.

15. LEASING ADDITIONAL EQUIPMENT. You may request us to lease additional equipment to you by sending us a purchase order or by contacting us or the Supplier by telephone or in writing. If the total cost of such additional equipment ('Additional Equipment') is $25,000 or less and if we agree to lease such Additional Equipment to you, we will signify our agreement by preparing and sending to you a writing ('Additional Lease') describing the Additional Equipment and specifying the amount and frequency of the Lease Payments, the Lease Term, the Purchase Option and such other terms and conditions that apply to such lease. YOU AGREE THAT IF WE DO NOT RECEIVE A WRITTEN OBJECTION TO THE ADDITIONAL LEASE FROM YOU WITHIN 10 DAYS AFTER THE DATE OF THE ADDITIONAL LEASE, YOU WILL BE DEEMED TO HAVE IRREVOCABLY ACCEPTED THE ADDITIONAL EQUIPMENT AND AGREED THAT, EXCEPT AS OTHERWISE SPECIFIED IN THE ADDITIONAL LEASE, SUCH ADDITIONAL LEASE SHALL BE GOVERNED BY ALL OF THE TERMS AND CONDITIONS OF THIS LEASE.

16. MISCELLANEOUS. You agree that the terms and conditions contained in this Lease make up the entire agreement between you and us regarding the lease of the Equipment. This Lease is not binding on us until we sign it. Any change to any of the terms and conditions of this Lease must be in writing and signed by you and us. You agree, however, that we are authorized, without notice to you, to supply missing information or correct obvious errors in this Lease. If we delay or fail to enforce any of our rights under this Lease, we will still be entitled to enforce those rights at a later time. All notices shall be given in writing by the party sending the notice and shall be effective when deposited in the U.S. Mail, addressed to the party receiving the notice at its address shown on Page 1 of this Lease (or to any other address specified by that party in writing) with first class postage prepaid. All of our rights and indemnities will survive the termination of this Lease. It is the express intent of the parties not to violate any applicable usury laws or to exceed the maximum amount of time price differential or interest, as applicable, permitted to be charged or collected by applicable law, and any such excess payment will be applied to Lease Payments in inverse order of maturity, and any remaining excess will be refunded to you. If you do not perform any of your obligations under this Lease, we have the right, but not the obligation, to take any action or pay any amounts that we believe are necessary to protect our interests. You agree to reimburse us immediately upon our demand for any such amounts that we pay. You will not terminate, cancel or request a refund from the Supplier or the service provider, as applicable, for any prepaid maintenance or services included in this Lease and if you do receive a refund from the Supplier or the service provider, as applicable, you will hold those monies in trust for our benefit and not commingle the refund with any of your other funds and you will remit the refund to us upon our request. IF A SIGNED COPY OF THIS LEASE IS DELIVERED TO US BY FACSIMILE TRANSMISSION, IT WILL BE BINDING ON YOU. HOWEVER, WE WILL NOT BE BOUND BY THIS LEASE UNTIL WE ACCEPT IT BY MANUALLY SIGNING IT OR BY PURCHASING THE EQUIPMENT SUBJECT TO THE LEASE, WHICHEVER OCCURS FIRST. YOU WAIVE NOTICE OF OUR ACCEPTANCE. YOU AGREE THAT, NOTWITHSTANDING ANY RULE OF EVIDENCE TO THE CONTRARY, IN ANY HEARING, TRIAL OR PROCEEDING OF ANY KIND WITH RESPECT TO THIS LEASE, WE MAY PRODUCE A COPY OF THE LEASE TRANSMITTED TO US BY FACSIMILE TRANSMISSION AND SUCH COPY SHALL BE MANUALLY SIGNED BY US AND SUCH SIGNED COPY SHALL BE DEEMED TO BE THE ORIGINAL OF THE LEASE. TO THE EXTENT (IF ANY) THAT THIS LEASE CONSTITUTES CHATTEL PAPER UNDER THE UNIFORM COMMERCIAL CODE, NO SECURITY INTEREST IN THIS LEASE MAY BE CREATED THROUGH THE TRANSFER AND POSSESSION OF ANY COPY OR COUNTERPART HEREOF EXCEPT THE COPY WITH OUR ORIGINAL SIGNATURE. IF YOU DELIVER THIS LEASE TO US BY FACSIMILE TRANSMISSION, YOU ACKNOWLEDGE THAT WE ARE RELYING ON YOUR REPRESENTATION THAT THIS LEASE HAS NOT BEEN CHANGED. If more than one Lessee has signed this Lease, each of you agree that your liability is joint and several.

Claim # 75          Electronically Filed: 01/29/2017

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | | |
|---|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 | |

\* P - D C O - P O C / 1 \*

<u>Your Claim is Scheduled As Follows:</u>

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in   respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim

Official Form 410

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers **must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.**

| **Part 1:** | **Identify the Claim** | |
|---|---|---|

| 1. | Who is the current creditor? | **CIT FINANCE, LLC** |
|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |

| 2. | Has this claim been acquired from someone else? | ☑ No |
|---|---|---|
| | | Yes. From whom? _____ |

| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| | | Name | Name |
| | | Number       Street | Number       Street |
| | | City          State          ZIP Code | City          State          ZIP Code |
| | | Contact phone _____ | Contact phone _____ |
| | | Contact email _____ | Contact email _____ |

| 4. | Does this claim amend one already filed? | ☑ No | |
|---|---|---|---|
| | | Yes. Claim number on court claims registry (if known) _____ | Filed on_____<br>MM/DD/YYYY |

| 5. | Do you know if anyone else has filed a proo of claim for this claim? | ☑ No |
|---|---|---|
| | | Yes. Who made the earlier filing? _____ |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | No |
|---|---|---|
| | | ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __0__ __1__ __4__ __9__ |

| 7. | How much is the claim? | $ _10,504.34_ . | Does this amount include interest or other charges? |
|---|---|---|---|
| | | | ☐ No |
| | | | Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. |
|---|---|---|
| | | Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). |
| | | Limit disclosing information that is entitled to privacy, such as health care information. |
| | | **Lease for Avaya IP500 Telephone System** |

| 9. | Is all or part of the claim secured? | ☐ No |
|---|---|---|
| | | Yes. The claim is secured by a lien on property. |
| | | **Nature of property:** |
| | | Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*. |
| | | Motor vehicle |
| | | Other. Describe: _____ |
| | | **Basis for perfection:** _____ |
| | | Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded. |
| | | Value of property:                            $_____ |
| | | Amount of the claim that is secured:     $ _0.00_ |
| | | Amount of the claim that is unsecured: $ _10,504.34_ (The sum of the secured and unsecured amounts should match the amount in line 7.) |
| | | Amount necessary to cure any default as of the date of the petition: $_____ |
| | | Annual Interest Rate (when case was filed) _____ |
| | | Fixed |
| | | Variable |

| 10. | Is this claim based on a lease? | No |
|---|---|---|
| | | ☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _6,315.23_ |

| 11. | Is this claim subject to a right of setoff? | ☐ No |
|---|---|---|
| | | Yes. Identify the property: _____ |

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | |
|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | Yes. *Check all that apply:* | **Amount entitled to priority** |
| | | Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | | Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | | Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | | Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | | Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5). | $_____ |
| | | Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

| **Part 3:** | **Sign Below** |

| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this clai electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | Check the appropriate box:

    I am the creditor.

⁴ I am the creditor's attorney or authorized agent.

    I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

    I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  01/29/2017
             MM / DD / YYYY

Amy Tate
_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name    **Amy Tate**
       First name    Middle name    Last name

Title    **VP Portfolio Servicing**

Company    **CIT FINANCE, LLC**
       Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    **PO Box 593007**
       Number    Street
       **SAN ANTONIO, TX 78259**
       City    State    ZIP Code

Contact phone    **(210) 382-3201**    Email **BkLegalEagle@aol.com** |

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confident al information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

# CLAIM NO. 53

Garden City Group, LLC
JAN 17 2017

Fill in this information to identify the case

Debtor 1   Dowling College

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: E.D. District of N.Y.

Case number 16-75545-REG

CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK

2017 JAN 10 A 11: 19

RECEIVED

CRT

FILED - 00053
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | Deanna Ocampo for Michelle T. Nohs (deceased) | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor Deanna Nohs | |

| 2. Has this claim been acquired from someone else? | ☑ No |
|---|---|
| | ☐ Yes. From whom? _____ |

| 3. Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Deanna Ocampo | -Same- |
| | Name | Name |
| | 78 Cullen Ave | |
| | Number   Street | Number   Street |
| | Islip   NY   11751 | City   State   ZIP Code |
| | City   State   ZIP Code | |
| | Contact phone 631 805 1399 | Contact phone |
| | Contact email docampo@bellmore-merrick.k12.ny.us | Contact email |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one): | |
| | ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ | |

| 4. Does this claim amend one already filed? | ☑ No |
|---|---|
| | ☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___/___/___ MM / DD / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No |
|---|---|
| | ☐ Yes. Who made the earlier filing? _____ |