(d)     **Bond Obligations.**  To the extent of any bonds outstanding, the Debtor agreed to pay to AIG, among other things, any and all loss and expense, including, without limitation, attorneys' fees, incurred by AIG by reason of having issued any such bonds, and losses incurred as a result of the issuance of any bonds.  The amount presently due AIG with respect to any bonds is unliquidated and untabulated.

(e)     **Quantum Meruit**.  To the extent the Debtor received a benefit from insurance or from bonds provided by AIG, the Debtor is obligated to pay AIG for the value of the benefits received.

(f)     **Indemnity Obligations**.  In the event the Debtor has entered into any agreement with AIG pursuant to which Debtor has a duty to indemnify AIG, a claim is made herein for such right to indemnity.

(g)     **Other**.  In connection with the foregoing, the Debtor also may be liable to AIG by virtue of relevant principles of contract and common law relating to, among other things, subrogation, suretyship, indemnification or contribution.

5.     **Right of Recoupment**.  AIG asserts the right to use funds paid to it on account of, among other things, the Insurance Program to recoup obligations of the Debtor arising from, among other things, the Insurance Program.

6.     **Security**.  To the extent AIG holds any cash or other collateral as security for its claim, regardless of whether such cash or collateral is property of the Debtor's estate, AIG asserts a secured claim and/or a right of setoff and reserves its rights to collect against same by recoupment and/or setoff.  Alternatively, or in addition, to the extent AIG holds an interest in any property of the Debtor, AIG asserts a security interest in same.

7.     **Interest.**  AIG claims all rights to claim interest to the extent permitted by law, including post-petition interest to the extent such interest is secured.  To the extent this claim or any portion hereof, is unliquidated, appropriate interest (if any) remains unliquidated at this time.  In preparing any tabulation of a liquidated claim, we will endeavor to include a tabulation of applicable interest to the extent dates of accrual of obligations can be readily ascertained.  AIG reserves the right to amend such calculations and to claim additional interest as facts are learned, data compiled, and/or unliquidated claims become liquidated.

8.     **Voluminous Documents Not Attached.**  As indicated above, supporting documents for this Proof of Claim are voluminous.  Additionally, supporting documents may contain confidential or privileged information.  Supporting documents, including policies of insurance, are not attached, but may be made available upon request.

9.     **Administrative Expense.**  To the extent AIG's claim against the Debtor relates to insurance coverage provided after the Petition Date, AIG is entitled to administrative priority under 11 U.S.C. §§ 503(b)(1) and 507(a)(2).  See In re MEI Diversified, Inc., 106 F.3d 829, 832 (8th Cir. 1997) (holding that an insurance company's claim for post-petition premium is entitled to administrative priority under section 503(b)(1) as an "actual, necessary" cost of preserving the bankruptcy estate); see also Metropolitan Ins. Co. v. Sharon Steel Corp. (In re Sharon Steel Corp.), 161 B.R. 934, 937 (Bankr. W.D. Pa. 1994); In re Gamma Fishing Co., 70

B.R. 949, 953-54 (Bankr. S.D. Cal. 1987). Therefore, through this Proof of Claim, AIG also asserts an administrative expense claim for all services provided, risks insured or occurrences occurring after the Petition Date, all or a portion of which may be set forth in this Proof of Claim. To the extent any amounts set forth herein are entitled to administrative expense priority, AIG hereby requests immediate allowance and payment of its administrative expense. Any failure by AIG to specifically assert an administrative expense claim against the Debtor's estate shall not be deemed a waiver by AIG of its right to payment of an administrative expense, said right being asserted herein and fully preserved.

10.    **Arbitration.**  The filing of this Proof of Claim is not intended to waive any right to arbitration.  AIG expressly reserves the right to seek arbitration of any dispute arising in connection with this claim.  To the extent of any pre-existing arbitration agreement between AIG and Debtor, this court's jurisdiction to resolve disputes should be limited to referring such disputes to arbitration and enforcing any arbitration award.

11.    **No Consent to Jurisdiction; No Waiver of Jury Trial.**  The filing of this Proof of Claim is not and shall not be deemed or construed as: (i) a consent to jurisdiction of this Court with respect to proceedings, if any, commenced in the Debtor's case involving the Proof of Claim or AIG; (ii) a waiver or release of AIG's right to a trial by jury in this Court or any other court in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal, public, or private rights in any case, controversy or proceeding related hereto, notwithstanding any designation of such matters as "core" proceedings pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution; (iii) a consent to this Court's entry of final orders or judgments with respect to the Proof of Claim or any other matter involving AIG; (iv) a waiver of AIG's right to have any and all orders and judgments of this Court reviewed *de novo* by a court duly authorized under Article III of the United States Constitution; or (v) a waiver of AIG's right to move to withdraw the reference with respect to the subject matter of this Proof of Claim, any objection thereto or other proceeding which may be commenced in the Debtor's bankruptcy case or otherwise involving AIG.

12.    **Reservation of Rights.**  In executing and filing this Proof of Claim, AIG: (i) does not waive any right or rights that it has or may have against any other persons liable for all or part of the claim set forth herein; (ii) expressly reserves the right to amend or supplement this proof of claim in any respect; (iii) expressly reserves the right to assert all claims, causes of action, defenses, offsets or counterclaims; and (iv) expressly reserves the right to contest insurance coverage in the event of each or any claim that may be tendered by the Debtor for coverage.

**INSURED NAME:** Dowling College
**POLICY NUMBER:** 19657728
**DEDUCTIBLE AMOUNT:** $5,000.00

| Claim Number | Date of Loss | Status | Amount Reserved | Amount Paid | Amount Recovered | Amount to Recover |
|---|---|---|---|---|---|---|
| 683-596397 | 11/13/2013 | C | $375,000.00 | $30,666.70 | $0.00 | $5,000.00 |
| | | | | | | |
| | | **Totals** | **$375,000.00** | **$ 30,666.70** | **$0.00** | **$5,000.00** |

**Dowling College**
**Petition date: 11/29/2016**
**Policy List date: 12/07/2016**

| Policy # | Profit Center | Branch | Major Class | Ultimate D&B | Account # | Insured Name | Writing Company | Effective | Expiration | Underwriter Last Name | Underwriter First Name |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00064202388 | 92 - LEX CASUAL | 39 - MIDWESTER | MISCELLANEOUS | 64724917 | 64724917 | DOWLING COLLEGE | LEXINGTON INSURANCE COMPAN | 2010-10-01 | 2011-10-01 | | |
| 00044271583 | 92 - LEX CASUAL | 39 - MIDWESTER | TRIA OCCURENCE | 64724917 | 64724917 | DOWLING COLLEGE | LEXINGTON INSURANCE COMPAN | 2011-10-01 | 2012-10-01 | | |
| WR10008383 | 22 - MIDDLE MAF | 548 - JERICHO C | UNKNOWN | 64724917 | 64724917 | DOWLING COLLEGE | UNKNOWN | 2008-11-01 | 2016-10-01 | MOSER | ANGELA |
| 00043925109 | 92 - LEX CASUAL | 39 - MIDWESTER | MISCELLANEOUS | 64724917 | 64724917 | DOWLING COLLEGE | LEXINGTON INSURANCE COMPAN | 2008-11-01 | 2009-11-01 | | |
| 00033057090 | 92 - LEX CASUAL | 39 - MIDWESTER | MISCELLANEOUS | 64724917 | 64724917 | DOWLING COLLEGE | LEXINGTON INSURANCE COMPAN | 2009-10-01 | 2010-10-01 | | |
| 00028176651 | 14 - AEROSPACE | 86 - LONG ISLAN | AIRCRAFT - ALL PE | 64724917 | 64724917 | DOWLING COLLEGE | NATIONAL UNION FIRE INS.CO. | 2015-10-01 | 2016-10-01 | | |
| 00019657728 | 66 - PROGRAMS | 09 - DALLAS | SMP - BOILER & HEA | 64724917 | 64724917 | DOWLING COLLEGE | LEXINGTON INSURANCE COMPAN | 2008-11-01 | 2015-10-01 | EDUCATION NS | CARE PROVI |
| 00008063423 | 10 - PERSONAL A | 82 - PARSIPPANY | GROUP ACC & HEA | 64724917 | 64724917 | DOWLING COLLEGE | NATIONAL UNION FIRE INS.CO. | 2002-08-01 | 2004-08-01 | | |
| 00005479683 | 39 - PRIVATE AN | 20 - MIDTOWN N | D & O - CLAIMS MA | 64724917 | 64724917 | DOWLING COLLEGE | NATIONAL UNION FIRE INS.CO. | 2003-10-31 | 2004-11-01 | | |
| 00003309085 | 39 - PRIVATE AN | 04 - BOSTON | D & O - CLAIMS MA | 64724917 | 64724917 | DOWLING COLLEGE | NATIONAL UNION FIRE INS.CO. | 2008-11-01 | 2009-10-01 | | |
| 00002363743 | 39 - PRIVATE AN | 20 - MIDTOWN N | D & O - CLAIMS MA | 64724917 | 64724917 | DOWLING COLLEGE | NATIONAL UNION FIRE INS.CO. | 2004-11-01 | 2005-11-01 | | |
| 00018692733 | 39 - PRIVATE AN | 86 - LONG ISLAN | D & O - CLAIMS MA | 64724917 | 64724917 | DOWLING COLLEGE | NATIONAL UNION FIRE INS.CO. | 2015-10-01 | 2022-10-01 | CROWLEY | KATHRYN |
| 00015909018 | 39 - PRIVATE AN | 20 - MIDTOWN N | D & O - CLAIMS MA | 64724917 | 64724917 | DOWLING COLLEGE | NATIONAL UNION FIRE INS.CO. | 2014-10-01 | 2015-10-01 | CROWLEY | KATHRYN |
| 00014275103 | 39 - PRIVATE AN | 20 - MIDTOWN N | D & O - CLAIMS MA | 64724917 | 64724917 | DOWLING COLLEGE | NATIONAL UNION FIRE INS.CO. | 2013-10-01 | 2014-10-01 | | |
| 00013076611 | 39 - PRIVATE AN | 20 - MIDTOWN N | D & O - CLAIMS MA | 64724917 | 64724917 | DOWLING COLLEGE | NATIONAL UNION FIRE INS.CO. | 2012-10-01 | 2013-10-01 | | |
| 00012773133 | 39 - PRIVATE AN | 04 - BOSTON | D & O - CLAIMS MA | 64724917 | 64724917 | DOWLING COLLEGE | NATIONAL UNION FIRE INS.CO. | 2009-10-01 | 2010-10-01 | | |
| 00012192556 | 39 - PRIVATE AN | 04 - BOSTON | D & O - CLAIMS MA | 64724917 | 64724917 | DOWLING COLLEGE | NATIONAL UNION FIRE INS.CO. | 2011-10-01 | 2012-10-01 | | |
| 00012112333 | 39 - PRIVATE AN | 04 - BOSTON | D & O - CLAIMS MA | 64724917 | 64724917 | DOWLING COLLEGE | NATIONAL UNION FIRE INS.CO. | 2010-10-01 | 2011-10-01 | | |
| 00009130832 | 10 - PERSONAL A | 04 - BOSTON | GROUP ACC & HEA | 64724917 | 64724917 | DOWLING COLLEGE - (SPORTS, BASE) | NATIONAL UNION FIRE INS.CO. | 2010-08-01 | 2011-08-01 | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**Debtor's List**

16-75545        Dowling College
                fdba Dowling Institute
                fdba Dowling College Alumni Association
                fdba Cecom
                aka Dowling College, Inc.

# CLAIM NO. 168



| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

Your Claim is Scheduled As Follows:



FILED - 00168
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

Garden City Group, LLC
FEB - 9 2017

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim
## Official Form 410*

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents, they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

## Part 1:    Identify the Claim

| | | | |
|---|---|---|---|
| 1. | Who is the current creditor? | **Platinum Energy LLC**<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Other names the creditor used with the debtor **Platinum Energy Group Inc.** | |
| 2. | Has this claim been acquired from someone else? | ✓ No<br>Yes. From whom? | |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>**Platinum Energy LLC/Justin Schwartz**<br>Name<br>**266 Bangor Street**<br>Number    Street<br>**Lindenhurst, NY 11757**<br>City        State        ZIP Code<br>Contact phone **631-691-1700**<br>Contact email 'accounting@1energygroup.com' | Where should payments to the creditor be sent? (if different)<br><br>Name<br>Number    Street<br>City        State        ZIP Code<br>Contact phone<br>Contact email |
| 4. | Does this claim amend one already filed? | ✓ No<br>Yes. Claim number on court claims registry (if known) | Filed on<br>MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ✓ No<br>Yes. Who made the earlier filing? | |

*Modified Official Form 410 (GCG 5/16)

page 1



| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6.** **Do you have any number you use to identify the debtor?**

✓ No

Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

---

**7.** **How much is the claim?**

$ 26,348.64

**Does this amount include interest or other charges?**

✓ No

Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8.** **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Natural Gas Provided

---

**9.** **Is all or part of the claim secured?**

✓ No

Yes. The claim is secured by a lien on property.

Nature of property:

Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

Motor vehicle

Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%

Fixed

Variable

---

**10.** **Is this claim based on a lease?**

✓ No

Yes. Amount necessary to cure any default as of the date of the petition. $_____

---

**11.** **Is this claim subject to a right of setoff?**

✓ No

Yes. Identify the property: _____

---

**12.** **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

✓ No

Yes. Check all that apply:

| | Amount entitled to priority |
|---|---|
| Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---



## Part 3:    Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/03/2017
                  MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

Name    Justin Schwartz
        First name        Middle name        Last name

Title    President

Company    Platinum Energy LLC
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    266 Bangor Street
           Number        Street
           Lindenhurst, NY 11757
           City            State        ZIP Code

Contact phone    631-691-1700        Email    accounting@1energygroup.com

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: IF BY MAIL: DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. IF BY HAND OR OVERNIGHT COURIER: DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME). THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)



| Invoice Number: | PEG103474 |
|---|---|
| Invoice Date: | 01/17/2017 |
| Account Number: | 5558373000 |
| Total Amount Due: | $444.32 |
| Due Date: | 02/16/2017 |
| Amount Enclosed: | $_____ |

Dowling College
130 William Floyd
Shirley NY 11729

**Make Check Payable To:**

Platinum Energy LLC
266 Bangor Street
Lindenhurst,NY 11757

- - - - - - - - - - - - - - - - Detach here and return this portion with your payment - - - - - - - - - - - - - - - -

Dowling College
130 William Floyd
Shirley NY 11729

| Invoice Number: | PEG103474 |
|---|---|
| Invoice Date: | 01/17/2017 |
| Account Number: | 5558373000 |

**Utility:** Keyspan Energy LI

**Service To:** 1300 WILLIAM FLOYD PKWY
Shirley NY 11967

### Account Details

| UtilityAccountNumber | Meter Number | Service Period | Billable Usage | Actual Usage | Rate | Amount |
|---|---|---|---|---|---|---|
| 5558373000 | 05124488 | 12/15/16-01/13/17 | 339.00 TD | 339.00 TD | 0.542000 | 183.74 |

**Billing As Of 1/17/2017  12:00:00AM**

| | |
|---|---|
| Previous Balance | 320.68 |
| Payment Received On 01/04/17 | -75.38 |
| Balance | |
| POR Discount - 01/04/17 | -0.57 |
| Balance | |
| Current Energy Charges | 183.74 |
| Sales Taxes | 15.85 |
| Total Current Charges | |
| **Total Amount Due** | **444.32** |

The average price you paid for gas service this month is 0.54 per TD. For information about your bill or service, please contact **PLANTINUM ENERGY** at 888-758-4850 or visit our website at www.pickpeg.com or email us at CustomerService@pickpeg.com
**IMPORTANT: For emergencies, call Keyspan Energy LI at 800-490-0045 24 hours/day 7 days/week**



| | |
|---|---|
| Invoice Number: | PEG103476 |
| Invoice Date: | 01/17/2017 |
| Account Number: | 8048300007 |
| Total Amount Due: | $7,333.08 |
| Due Date: | 02/16/2017 |
| Amount Enclosed: | $_____ |

Dowling College
0 William Floyd
Shirley NY 11967

**Make Check Payable To:**

Platinum Energy LLC
266 Bangor Street
Lindenhurst,NY 11757

-------------------------- Detach here and return this portion with your payment --------------------------

Dowling College
0 William Floyd
Shirley NY 11967

| | |
|---|---|
| Invoice Number: | PEG103476 |
| Invoice Date: | 01/17/2017 |
| Account Number: | 8048300007 |

**Utility: Keyspan Energy LI**

Service To:   WM FLOYD PKWY EAST SIDE NAT CTR
Shirley NY 11967

### Account Details

| UtilityAccountNumber | Meter Number | Service Period | Billable Usage | Actual Usage | Rate | Amount |
|---|---|---|---|---|---|---|
| 8048300007 | 01281323 | 12/15/16-01/13/17 | 4876.00 TD | 4876.00 TD | 1.384500 | 6,750.82 |

**Billing As Of 1/17/2017  12:00:00AM**

| | |
|---|---|
| Previous Balance | 7,340.40 |
| Payment Received On 01/04/17 | -7,285.35 |
| Balance | |
| POR Discount - 01/04/17 | -55.05 |
| Balance | |
| Current Energy Charges | 6,750.82 |
| Sales Taxes | 582.26 |
| Total Current Charges | |
| **Total Amount Due** | **7,333.08** |

The average price you paid for gas service this month is 1.38 per TD. For information about your bill or service, please contact **PLANTINUM ENERGY** at 888-758-4850 or visit our website at www.pickpeg.com or email us at CustomerService@pickpeg.com
**IMPORTANT: For emergencies, call Keyspan Energy LI at 800-490-0045 24 hours/day 7 days/week**



| | |
|---|---|
| **Invoice Number:** | PEG103477 |
| **Invoice Date:** | 01/17/2017 |
| **Account Number:** | 9294391002 |
| **Total Amount Due:** | $63.33 |
| **Due Date:** | 02/16/2017 |
| **Amount Enclosed:** | $_____ |

Dowling College
0 Flower Hill
Shirley NY 11967

**Make Check Payable To:**

Platinum Energy LLC
266 Bangor Street
Lindenhurst,NY 11757

- - - - - - - - - - - - - - - - - - - - - - - Detach here and return this portion with your payment - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Dowling College
0 Flower Hill
Shirley NY 11967

| | |
|---|---|
| **Invoice Number:** | PEG103477 |
| **Invoice Date:** | 01/17/2017 |
| **Account Number:** | 9294391002 |

**Utility:** Keyspan Energy LI

Service To:   FLOWER HILL DR TRAN CTR
Shirley NY 11967

**Account Details**

| UtilityAccountNumber | Meter Number | Service Period | Billable Usage | Actual Usage | Rate | Amount |
|---|---|---|---|---|---|---|
| 9294391002 | 04972856 | 12/15/16-01/12/17 | 13.00 TD | 13.00 TD | 0.646000 | 8.40 |

**Billing As Of 1/17/2017  12:00:00AM**

| | |
|---|---|
| Previous Balance | 61.71 |
| Payment Received On 01/04/17 | -7.45 |
| Balance | |
| POR Discount - 01/04/17 | -0.06 |
| Balance | |
| Current Energy Charges | 8.40 |
| Sales Taxes | 0.73 |
| Total Current Charges | |
| **Total Amount Due** | **63.33** |

The average price you paid for gas service this month is 0.65 per TD. For information about your bill or service, please contact **PLANTINUM ENERGY** at 888-758-4850 or visit our website at www.pickpeg.com or email us at CustomerService@pickpeg.com
**IMPORTANT:** For emergencies, call Keyspan Energy LI at 800-490-0045 24 hours/day 7 days/week



| | |
|---|---|
| **Invoice Number:** | PEG103508 |
| **Invoice Date:** | 01/30/2017 |
| **Account Number:** | 3798507000 |
| **Total Amount Due:** | $416.80 |
| **Due Date:** | 03/01/2017 |
| **Amount Enclosed:** | $_____ |

Dowling College
0 Idle Hour
Oakdale NY 11769

**Make Check Payable To:**

Platinum Energy LLC
266 Bangor Street
Lindenhurst,NY 11757

- - - - - - - - - - - - - - - - - - - - - - - - Detach here and return this portion with your payment - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Dowling College
0 Idle Hour
Oakdale NY 11769

| | |
|---|---|
| **Invoice Number:** | PEG103508 |
| **Invoice Date:** | 01/30/2017 |
| **Account Number:** | 3798507000 |

**Utility:** Keyspan Energy LI

**Service To:** IDLE HOUR BLVD VISUAL
Oakdale NY 11769

### Account Details

| UtilityAccountNumber | Meter Number | Service Period | Billable Usage | Actual Usage | Rate | Amount |
|---|---|---|---|---|---|---|
| 3798507000 | 05004099 | 12/28/16-01/27/17 | 232.00 TD | 232.00 TD | 0.710600 | 164.86 |

**Billing As Of 1/30/2017  12:00:00AM**

| | |
|---|---|
| Previous Balance | 366.46 |
| Payment Received On 01/17/17 | -127.77 |
| Balance | |
| POR Discount - 01/17/17 | -0.97 |
| Balance | |
| Current Energy Charges | 164.86 |
| Sales Taxes | 14.22 |
| Total Current Charges | |
| **Total Amount Due** | **416.80** |

The average price you paid for gas service this month is 0.71 per TD. For information about your bill or service, please contact **PLANTINUM ENERGY** at 888-758-4850 or visit our website at www.pickpeg.com or email us at CustomerService@pickpeg.com
**IMPORTANT: For emergencies, call Keyspan Energy LI at 800-490-0045 24 hours/day 7 days/week**



| | |
|---|---|
| Invoice Number: | PEG103507 |
| Invoice Date: | 01/30/2017 |
| Account Number: | 3798503002 |
| Total Amount Due: | $2,467.91 |
| Due Date: | 03/01/2017 |
| Amount Enclosed: | $_____ |

Dowling College
Oakdale
Oakdale NY 11769

**Make Check Payable To:**

Platinum Energy LLC
266 Bangor Street
Lindenhurst, NY 11757

- - - - - - - - - - - - - - - Detach here and return this portion with your payment - - - - - - - - - - - - - - -

Dowling College
Oakdale
Oakdale NY 11769

| | |
|---|---|
| Invoice Number: | PEG103507 |
| Invoice Date: | 01/30/2017 |
| Account Number: | 3798503002 |

Utility: Keyspan Energy LI

Service To:  CHATEAU DR LNG RES
Oakdale NY 11769

### Account Details

| UtilityAccountNumber | Meter Number | Service Period | Billable Usage | Actual Usage | Rate | Amount |
|---|---|---|---|---|---|---|
| 3798503002 | 05530386 | 12/28/16-01/27/17 | 2799.00 TD | 2799.00 TD | 0.710600 | 1,988.97 |

**Billing As Of 1/30/2017 12:00:00AM**

| | |
|---|---|
| Previous Balance | 977.98 |
| Payment Received On 01/17/17 | -665.56 |
| Balance | |
| POR Discount - 01/17/17 | -5.03 |
| Balance | |
| Current Energy Charges | 1,988.97 |
| Sales Taxes | 171.55 |
| Total Current Charges | |
| **Total Amount Due** | **2,467.91** |

The average price you paid for gas service this month is 0.71 per TD. For information about your bill or service, please contact **PLANTINUM ENERGY** at 888-758-4850 or visit our website at www.pickpeg.com or email us at CustomerService@pickpeg.com
**IMPORTANT: For emergencies, call Keyspan Energy LI at 800-490-0045 24 hours/day 7 days/week**



| | |
|---|---|
| **Invoice Number:** | PEG103510 |
| **Invoice Date:** | 02/01/2017 |
| **Account Number:** | 1304337005 |
| **Total Amount Due:** | $3,794.26 |
| **Due Date:** | 03/03/2017 |
| **Amount Enclosed:** | $_____ |

**Make Check Payable To:**

Platinum Energy LLC
266 Bangor Street
Lindenhurst,NY 11757

Dowling College 2
0 Oakdale
Oakdale NY 11769

- - - - - - - - - - - - - - - - - - - - - Detach here and return this portion with your payment - - - - - - - - - - - - - - - - - - - - -

Dowling College 2
0 Oakdale
Oakdale NY 11769

| | |
|---|---|
| **Invoice Number:** | PEG103510 |
| **Invoice Date:** | 02/01/2017 |
| **Account Number:** | 1304337005 |

**Utility:** Keyspan Energy LI

**Service To:** CHATEAU DR SAC
Oakdale NY 11769

### Account Details

| UtilityAccountNumber | Meter Number | Service Period | Billable Usage | Actual Usage | Rate | Amount |
|---|---|---|---|---|---|---|
| 1304337005 | 04888765 | 12/28/16-01/26/17 | 4419.00 TD | 4419.00 TD | 0.710600 | 3,140.14 |

**Billing As Of 2/1/2017  12:00:00AM**

| | |
|---|---|
| Previous Balance | 2,112.76 |
| Payment Received On 01/17/17 | -1,716.52 |
| Balance | |
| POR Discount - 01/17/17 | -12.97 |
| Balance | |
| Current Energy Charges | 3,140.14 |
| Sales Taxes | 270.85 |
| Total Current Charges | |
| **Total Amount Due** | **3,794.26** |

The average price you paid for gas service this month is 0.71 per TD. For information about your bill or service, please contact
**PLANTINUM ENERGY** at 888-758-4850 or visit our website at www.pickpeg.com or email us at CustomerService@pickpeg.com .
**IMPORTANT:** For emergencies, call Keyspan Energy LI at 800-490-0045 24 hours/day 7 days/week



|  |  |
|---|---|
| **Invoice Number:** | PEG103509 |
| **Invoice Date:** | 01/30/2017 |
| **Account Number:** | 0059261004 |
| **Total Amount Due:** | $18,274.38 |
| **Due Date:** | 03/01/2017 |
| **Amount Enclosed:** | $_____ |

Dowling College 1
0 Chateau
Oakdale NY 11769

**Make Check Payable To:**

Platinum Energy LLC
266 Bangor Street
Lindenhurst,NY 11757

✄ - - - - - - - - - - - - - - - - - - - - - - Detach here and return this portion with your payment - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Dowling College 1
0 Chateau
Oakdale NY 11769

**Utility:** Keyspan Energy LI

|  |  |
|---|---|
| **Invoice Number:** | PEG103509 |
| **Invoice Date:** | 01/30/2017 |
| **Account Number:** | 0059261004 |

**Service To:** CHATEAU DR LRC
Oakdale NY 11769

#### Account Details

| UtilityAccountNumber | Meter Number | Service Period | Billable Usage | Actual Usage | Rate | Amount |
|---|---|---|---|---|---|---|
| 0059261004 | 01281401 | 12/28/16-01/27/17 | 5011.00 TD | 5011.00 TD | 0.710600 | 3,560.82 |

**Billing As Of 1/30/2017  12:00:00AM**

| | |
|---|---|
| Previous Balance | 17,746.98 |
| Payment Received On 01/17/17 | -3,315.48 |
| Balance | |
| POR Discount - 01/17/17 | -25.05 |
| Balance | |
| Current Energy Charges | 3,560.82 |
| Sales Taxes | 307.11 |
| Total Current Charges | |
| **Total Amount Due** | **18,274.38** |

The average price you paid for gas service this month is 0.71 per TD. For information about your bill or service, please contact
**PLANTINUM ENERGY** at 888-758-4850 or visit our website at www.pickpeg.com or email us at CustomerService@pickpeg.com
**IMPORTANT: For emergencies, call Keyspan Energy LI at 800-490-0045 24 hours/day 7 days/week**



|  |  |
|---|---|
| **Invoice Number:** | PEG103506 |
| **Invoice Date:** | 01/30/2017 |
| **Account Number:** | 2550896003 |
| **Total Amount Due:** | $1,514.83 |
| **Due Date:** | 03/01/2017 |
| **Amount Enclosed:** | $_____ |

Dowling College
0 Chateau
Oakdale NY 11769

**Make Check Payable To:**

Platinum Energy LLC
266 Bangor Street
Lindenhurst,NY 11757

- - - - - - - - - - - - - - - - - - Detach here and return this portion with your payment - - - - - - - - - - - - - - - - - -

Dowling College
0 Chateau
Oakdale NY 11769

|  |  |
|---|---|
| **Invoice Number:** | PEG103506 |
| **Invoice Date:** | 01/30/2017 |
| **Account Number:** | 2550896003 |

**Utility:** Keyspan Energy LI

Service To: CHATEAU DR LIBRARY
Oakdale NY 11769

**Account Details**

| UtilityAccountNumber | Meter Number | Service Period | Billable Usage | Actual Usage | Rate | Amount |
|---|---|---|---|---|---|---|
| 2550896003 | 01293359 | 12/28/16-01/27/17 | 935.00 TD | 935.00 TD | 0.710600 | 664.41 |

**Billing As Of 1/30/2017  12:00:00AM**

| | |
|---|---|
| Previous Balance | 1,467.14 |
| Payment Received On 01/17/17 | -668.97 |
| Balance | |
| POR Discount - 01/17/17 | -5.06 |
| Balance | |
| Current Energy Charges | 664.41 |
| Sales Taxes | 57.31 |
| Total Current Charges | |
| **Total Amount Due** | **1,514.83** |

The average price you paid for gas service this month is 0.71 per TD. For information about your bill or service, please contact
**PLANTINUM ENERGY** at 888-758-4850 or visit our website at www.pickpeg.com or email us at CustomerService@pickpeg.com
**IMPORTANT:** For emergencies, call Keyspan Energy LI at 800-490-0045 24 hours/day 7 days/week

**Platinum Energy Group**
266 Bangor Street
Lindenhurst, NY 11757

Dowling College Care Administration
c/o GCG
PO Box 10342
Dublin, OH 43017-5542

UNITED STATES POSTAGE
PITNEY BOWES

02 1P $ 000.670
0001991364 FEB 03 2017
MAILED FROM ZIP CODE 11757



# CLAIM NO. 27



Fill in this information to identify the case:

Debtor 1      DOWLING COLLEGE

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the   EASTERN District of NEW YORK

Case number    16-75545-reg

---

Official Form 410

**Proof of Claim**                                                                    04/16

FILED - 00027
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

---

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

ROBERT ELKINS
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor    BOB ELKINS

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

ROBERT ELKINS
Name

139 RICHMOND AVE.
Number          Street

MEDFORD NY. 11763
City          State          ZIP Code

Contact phone  631-766-8774

Contact email  ROBERTGELKINS @
GMAIL.COM

Where should payments to the creditor be sent? (if different)

N/A
Name

Number          Street

City          State          ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes.  Who made the earlier filing? _____

---

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
| --- | --- |

6. Do you have any number you use to identify the debtor?

☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 7 0 7 8

---

7. How much is the claim?    $ 1,054.80 _____    Does this amount include interest or other charges?

☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

SERVICES PERFORMED

---

9. Is all or part of the claim secured?

☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $_____
Amount of the claim that is secured:    $_____
Amount of the claim that is unsecured:    $ 1,054.80 _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $ 1,054.80

**Annual Interest Rate** (when case was filed) _____%
☐ Fixed
☐ Variable

---

10. Is this claim based on a lease?

☒ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

---

11. Is this claim subject to a right of setoff?

☒ No
☐ Yes. Identify the property: _____

---

| | |
|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☒ Yes. *Check one:* |

|  | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☒ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ 1,054.80 |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:    Sign Below**

| | |
|---|---|
| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br><br>☒ I am the creditor.<br>☐ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on date  12/07/2016<br>          MM / DD / YYYY<br><br>_____<br>Signature |

Print the name of the person who is completing and signing this claim:

Name        ROBERT        GEORGE        ELKINS
         First name         Middle name         Last name

Title        WOMENS   LACROSSE  OFFICIAL

Company        —
         Identify the corporate servicer as the company if the authorized agent is a servicer

Address        139  RICHMOND  AVE
         Number    Street
         MEDFORD,  N.Y.  11763
         City         State    ZIP Code

Contact phone  631-766-8774        Email  ROBERTGELKINS@GMAIL.COM

---

Official Form 410                **Proof of Claim**                page 3

ArbiterSports.com - League Administration Software

https://www1.arbitersports.com/Official/GameScheduleEdit.aspx

SWITCH VIEWS   HELP   MY ACCOUNT   SIGN OUT

Bob Elkins (Official)
WomensLAX
Group ID: 102620

**SCHEDULE**   PAYMENTS   BLOCKS   LISTS   CONNECTED   REFLOCKER   PROFILE

**MAIN CALENDAR**

**Reports**
Schedule
Outlook Export
Declined Games

**Display**
● List View
○ View By Day
○ View By Week
○ View By Month

**Legend**
☐ Normal
☐ Game Conflict
☐ Canceled
☐ New
☐ Notified
☐ Attachment
☐ Rainout
☐ Forfeit
☐ Suspended
☐ Event

## Schedule

Select 'Accept' or 'Decline' for specific assignments. Click 'Submit' when finished, or click 'Exit' to return to the previous page.

**Filter**

Date [Show All ∨]   Group [All ∨]   Include [All ∨]   Submit   Exit   Apply

| Game | Notes | Group | Position | Date & Time | Sport & Level | Site | Home | Away | Fees | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 502 | 📷 | WomensLAX | Umpire | 2/20/2016 Sat 11:30 AM | Lacrosse, Division II | Dowling College-Brookhaven Eastern Campus | LIU Post | Scrimmage | $268.70 | Accepted on 11/23/2015 |
| 115 | 📷 | WomensLAX | Umpire | 3/2/2016 Wed 4:00 PM | Lacrosse, Division II | Dowling College-Brookhaven Eastern Campus | LIU Post | Bentley College | $175.80 | Accepted on 1/4/2016 |
| 489 | 📷 | WomensLAX | Umpire | 3/4/2016 Fri 6:00 PM | Lacrosse, Division II | Molloy - Dean Skelos Sports Complex | Molloy College | University of Rochester | $211.44 | Accepted on 12/22/2015 |
| 445 | 📷 | WomensLAX | Head Umpire | 3/5/2016 Sat 2:00 PM | Lacrosse, Division II | St Joseph College (NY) | St. Joseph College (NY) | AIC | $169.32 | Accepted on 1/2/2016 |
| 481 | 📷 | WomensLAX | Umpire | 3/9/2016 Wed 1:00 PM | Lacrosse, Division II | St Thomas Aquinas College | St Thomas Aquinas | Georgian Court University | $231.96 | Accepted on 12/1/2015 |
| 538 | 📷 | WomensLAX | Umpire | 3/15/2016 Tue 4:00 PM | Lacrosse, Division III | Dowling College-Brookhaven Eastern Campus | Dowling College | SCSU | $175.80 | Accepted on 2/13/2016 |
| 37 | 📷 | 111057 | Umpire 2 | 3/19/2016 Sat 11:00 AM | Women's Lacrosse, Division 1 | Manhattan College, Gaelic Park | Manhattan | University of New Hampshire | $294.96 | Accepted on 11/12/2015 |
| 117 | 📷 | 111057 | Head Umpire | 3/26/2016 Sat 4:00 PM | Lacrosse, Division II | Dowling College-Brookhaven Eastern Campus | Dowling College | Georgian Court University | $175.80 | Accepted on 3/2/2016 |
| 272 | 📷 | WomensLAX | Umpire | 3/29/2016 Tue 3:00 PM | Lacrosse, Division III | College of Old Westbury | Old Westbury | Ramapo | $206.04 | Accepted on 11/23/2015 |
| 454 | | WomensLAX | Umpire | 3/30/2016 Wed 6:00 PM | Lacrosse, Division II | Adelphi University | Adelphi University | SCSU | $206.04 | Accepted on 11/24/2015 |

CLOSED LTR

175.80

175.80

175.80

175.80

3/22/2016

| ID | | Sport | Role | Date/Time | Division | Location | Opponent | Opponent 2 | Amount | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 53 | 📷 | WomensLAX | Head Umpire | 4/2/2016 Sat 12:00 PM | Lacrosse, Division II | Pace University | Pace University | Merrimack College | $248.16 | Accepted on 11/23/2015 |
| 447 | 📷 | WomensLAX | Head Umpire | 4/6/2016 Wed 5:00 PM | Lacrosse, Division III | St Joseph College (NY) | St Joseph College (NY) | Manhattanville College | $169.32 | Accepted on 11/23/2015 |
| 405 | 📷 | WomensLAX | Head Umpire | 4/9/2016 Sat 1:00 PM | Lacrosse, Division III | SUNY Maritime College | SUNY Maritime College | Sage | $219.00 | Accepted on 11/23/2015 |
| 547 | 📷 | WomensLAX | Umpire | 4/11/2016 Mon 4:00 PM | Lacrosse, Division II | Queens College | Queens College | Felician | $217.92 | Accepted on 3/21/2016 |
| 453 | 📷 | WomensLAX | Umpire | 4/12/2016 Tue 4:00 PM | Lacrosse, Division III | St Joseph College (NY) | St Joseph College (NY) | WCSU | $169.32 | Accepted on 11/24/2015 |
| 119 | 📷 | WomensLAX | Umpire | 4/13/2016 Wed 4:00 PM | Lacrosse, Division II | Dowling College-Brookhaven Eastern Campus | Dowling College | LIU Post | $175.80 | Accepted on 11/23/2015 |
| 120 | 📷 | WomensLAX | Umpire | 4/15/2016 Fri 1:00 PM | Lacrosse, Division II | Dowling College-Brookhaven Eastern Campus | Dowling College | Stonehill | $175.80 | Accepted on 11/24/2015 |
| 448 | 📷 | WomensLAX | Head Umpire | 4/20/2016 Wed 7:00 PM | Lacrosse, Division III | St Joseph College (NY) | St Joseph College (NY) | Farmingdale State | $169.32 | Accepted on 11/24/2015 |
| 122 | 📷 | WomensLAX | Head Umpire | 4/23/2016 Sat 1:00 PM | Lacrosse, Division II | Dowling College-Brookhaven Eastern Campus | Dowling College | Roberts Wesleyan | $175.80 | Accepted on 11/24/2015 |
| 477 | 📷 | WomensLAX | Umpire | 4/26/2016 Tue 3:00 PM | Lacrosse, Division III | Farmingdale State College | Farmingdale State | Old Westbury | $197.40 | Accepted on 12/3/2015 |
| 478 | 📷 | WomensLAX | Umpire | 4/30/2016 Sat 12:00 PM | Lacrosse, Division III | Farmingdale State College | Farmingdale State | Sage | $197.40 | Accepted on 12/7/2015 |
| 514 | 📷 | WomensLAX | Umpire | 5/4/2016 Wed TBA | TBA | TBA | Skyline Conference | Semi Finals | $0.00 | Accepted on 1/31/2016 |
| 523 | 📷 | WomensLAX | Umpire | 5/7/2016 Sat 12:00 PM | Lacrosse, Division III | LIU Post | ECC Championship | Final | $206.04 | Accepted on 1/27/2016 |

Submit    Exit

Total $1,054.80

3/22/2016



Mr. Robert Elkins
139 Richmond Ave.
Medford, NY 11763

MID-ISLAND NY 117

30 DEC 2016 PM 1 1

DOWLING COLLEGE CASE Administration
c/o GCG
P.o. Box 10342
DUBLIN, OH 43017-5542

43017-554242



# CLAIM NO. 165

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**\* P - D C O - P O C / 1 \***

<u>Your Claim is Scheduled As Follows:</u>

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim
Official Form 410

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.**

## Part 1:   Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | **ROBERT MOCCIA**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☑ No<br><br>Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| **ROBERT MOCCIA**<br>Name<br>**20804 ROBERT ROAD, 3**<br>Number      Street<br>**BAYSIDE, NY 11360**<br>City            State            ZIP Code<br><br>Contact phone **(917) 863-1801**<br><br>Contact email RMOCCIA@NYC.RR.COM | Name<br><br>Number      Street<br><br>City            State            ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |

| | | |
|---|---|---|
| 4. | Does this claim amend one already filed? | ☑ No<br><br>Yes. Claim number on court claims registry (if known) _____    Filed on _____<br>MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br><br>Yes. Who made the earlier filing? _____ |

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |

| 6. | Do you have any number you use to identify the debtor? | ☑ No |
| | | ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |

| 7. | How much is the claim? | $ 205.00 . | **Does this amount include interest or other charges?** ☑ No ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Women's basketball game on 2/23/16 I was one of three referees and have not been paid.

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.

Value of property: $_____

Amount of the claim that is secured: $ 0.00

Amount of the claim that is unsecured: $ 205.00  (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No
☑ Yes. *Check all that apply:*

| | **Amount entitled to priority** |
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☑ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ 205.00 |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

| **Part 3:** | **Sign Below** |
| --- | --- |

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this clai 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

4  I am the creditor.

☐  I am the creditor's attorney or authorized agent.

☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   02/09/2017
　　　　　　　　　　　MM / DD / YYYY

Robert A. Moccia
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Robert A. Moccia |
| --- | --- |
|  | First name          Middle name          Last name |
| Title | referee |
| Company | independent contractor |
|  | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 208-04 Robert Road |
|  | Number          Street |
|  | BAYSIDE, NY 11360 |
|  | City          State          ZIP Code |
| Contact phone | (718) 352-0516     Email rmoccia@nyc.rr.com |

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction of* information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confident al information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child s initials and the full name and address of the child s parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

*Modified Official Form 410  **(GCG 5/16)**

page 4

# CLAIM NO. 393

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
| --- | --- |
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**\* P - D C O - P O C / 1 \***

Your Claim is Scheduled As Follows:

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim
Official Form 410

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.**

## Part 1:   Identify the Claim

| | | |
| --- | --- | --- |
| 1. | Who is the current creditor? | **ROYAL STAR ASSOCIATES, INC.**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>**ROYAL STAR ASSOCIATES, INC.**<br>Name<br>C/O PHILLIPS, ARTURA & COX, 165 SOUTH WELLWOOD AVENUE<br>Number       Street<br>**LINDENHURST, NY 11757**<br>City          State          ZIP Code<br><br>Contact phone **(631) 226-2100**<br><br>Contact email BANKRUPTCY@PWQLAW.COM | **Where should payments to the creditor be sent?** (if different)<br><br>Name<br><br>Number       Street<br><br>City          State          ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. | Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____   Filed on_____<br>                                                                      MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proo of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6.** **Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __1__ __8__ __5__ __0__

**7.** **How much is the claim?**

$ 46,437.50 .

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.** **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Services Performed-Snow Removal

**9.** **Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.

Value of property:                              $_____

Amount of the claim that is secured:      $ 0.00

Amount of the claim that is unsecured: $ 46,437.50 (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

**Annual Interest Rate** (when case was filed) _____
☐ Fixed
☐ Variable

**10.** **Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11.** **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12.** **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check all that apply:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).                    $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).                    $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).                    $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).                    $_____

☐ Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5).                    $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.                    $_____

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

* P - D C O - P O C / 3 *

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this clai 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

4  I am the creditor.

☐  I am the creditor's attorney or authorized agent.

☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  **03/09/2017**
                  MM / DD / YYYY

**Brian DeCanio**
_____
Signature

Print the name of the person who is completing and signing this claim:

Name        **Brian DeCanio**
            _____
            First name          Middle name          Last name

Title       **CEO**
            _____

Company     **Royal Star Associates Inc**
            _____
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     **1124 Cassel Avenue**
            _____
            Number          Street
            **BAY SHORE, NY 11706**
            _____
            City                    State          ZIP Code

Contact phone  **(631) 667-4497**    Email  **bdroyalstar@yahoo.com**

---

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confident al information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child s initials and the full name and address of the child s parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to* **privacy** *on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor 1</td><td>Dowling College</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:  Eastern District of New York</td></tr>
<tr><td>Case number</td><td>16-75545-reg</td></tr>
</table>

## Official Form 410

# Proof of Claim

12/15

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Royal Star Associates, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Phillips, Artura & Cox
Name

165 South Wellwood Avenue
Number         Street

Lindenhurst         NY         11757
City                State        ZIP Code

Contact phone   631-226-2100

Contact email   Bankruptcy@pwqlaw.com

**Where should payments to the creditor be sent? (if different)**

_____
Name

_____
Number         Street

_____
City                State        ZIP Code

Contact phone   _____

Contact email   _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. | **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  __1__  __8__  __5__  __0__ |

7. **How much is the claim?**       $_____46,437.50 . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Services Performed-Snow Removal
_____

9. **Is all or part of the claim secured?**

☑ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe:   _____

**Basis for perfection:**   _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                               $_____

**Amount of the claim that is secured:**      $_____

**Amount of the claim that is unsecured:**   $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**      $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

10. **Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**      $_____

11. **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes. *Check all that apply:* |

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

---

| **Part 3:** | **Sign Below** |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03/03/2017
                  MM / DD / YYYY

8S/Brian DeCanio
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Brian DeCanio | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | CEO | | |
| Company | Royal Star Associates Inc | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1124 Cassel Avenue | | |
| | Number        Street | | |
| | Bay Shore | NY | 11706 |
| | City | State | ZIP Code |
| Contact phone | 631-667-4497 | Email | bdroyalstar@yahoo.com |

Royal Star Associates Inc.

1124 Cassel Avenue
Bay Shore, NY 11706
Phone: 631-667-4497 Fax: 631-667-0353

# Statement

| Date |
|------|
| 11/30/2016 |

| To: |
|-----|
| Dowling College<br>Attention:  Accounts Payable<br>150 Idle Hour Blvd.<br>Oakdale, NY  11769 |

| Amount Due | Amount Enc. |
|------------|-------------|
| $46,437.50 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 01/27/2016 | INV #31850. Due 01/27/2016. Orig. Amount $23,687.50. | 23,687.50 | 23,687.50 |
| 01/27/2016 | INV #31893. Due 01/27/2016. Orig. Amount $1,550.00. | 1,550.00 | 25,237.50 |
| 02/08/2016 | INV #32006. Due 02/08/2016. Orig. Amount $9,125.00. | 9,125.00 | 34,362.50 |
| 02/10/2016 | INV #32080. Due 02/10/2016. Orig. Amount $3,293.00. | 3,293.00 | 37,655.50 |
| 02/10/2016 | INV #32081. Due 02/10/2016. Orig. Amount $3,082.00. | 3,082.00 | 40,737.50 |
| 02/29/2016 | INV #32104. Due 02/29/2016. Orig. Amount $2,000.00. | 2,000.00 | 42,737.50 |
| 02/29/2016 | INV #32105. Due 02/29/2016. Orig. Amount $3,700.00. | 3,700.00 | 46,437.50 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|---------------------|---------------------|-----------------------|------------|
| 0.00 | 0.00 | 0.00 | 0.00 | 46,437.50 | $46,437.50 |

**Royal Star Associates Inc.**
1124 Cassel Avenue
Bay Shore, NY 11706

Phone: 631-667-4497     Fax: 631-667-0353

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/29/2016 | 32104 |

| **Bill To** | | **Ship To** | |
|---|---|---|---|

Dowling College
Attention:  Accounts Payable
150 Idle Hour Blvd.
Oakdale, NY  11769

Dowling College
150 Idle Hour Blvd.
Oakdale, NY 11769

| Terms | Due Date | Account # |
|-------|----------|-----------|
| Due on receipt | 2/29/2016 | |

| Date | Description | Amount |
|------|-------------|--------|
| 2/8/2016 | PARKING LOT SALTING | 1,250.00T |
| | Truck with plow - 3 hours | 750.00T |

| | | |
|---|---|---|
| | Sales Tax (0.0%) | $0.00 |

PLEASE PAY IN FULL. WITHIN 30 DAYS
OR A 1.5% LATE FEE WILL BE ADDED

IF YOU LIKE TO PAY BY DEBIT CARD
OR CREDIT CARD WE ACCEPT VISA
MASTERCARD AND DISCOVER

| | |
|---|---|
| **Total** | $2,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,000.00 |

**Visit us at:   www.royal-star.com**



**Royal Star Associates Inc.**
**1124 Cassel Avenue**
**Bay Shore, NY 11706**

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/29/2016 | 32105 |

**Phone: 631-667-4497    Fax: 631-667-0353**

| Bill To |
|---------|
| Dowling College |
| Attention: Accounts Payable |
| 150 Idle Hour Blvd. |
| Oakdale, NY  11769 |

| Ship To |
|---------|
| Dowling College |
| 1300 William Floyd Parkway |
| Brookhaven, NY 11967 |

| Terms | Due Date | Account # |
|-------|----------|-----------|
| Due on receipt | 2/29/2016 | |

| Date | Description | Amount |
|------|-------------|--------|
| 2/8/2016 | PARKING LOT SALTING | 1,250.00T |
| | 7 hours payloader stacking and moving snow | 2,450.00T |

| | |
|---|---|
| Sales Tax  (0.0%) | $0.00 |
| **Total** | $3,700.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,700.00 |

PLEASE PAY IN FULL. WITHIN 30 DAYS
OR A 1.5% LATE FEE WILL BE ADDED

IF YOU LIKE TO PAY BY DEBIT CARD
OR CREDIT CARD WE ACCEPT VISA
MASTERCARD AND DISCOVER

**Visit us at:    www.royal-star.com**

**Royal Star Associates Inc.**
1124 Cassel Avenue
Bay Shore, NY 11706

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/10/2016 | 32080 |

Phone: 631-667-4497    Fax: 631-667-0353

| Bill To | Ship To |
|---------|---------|
| Dowling College<br>Attention:  Accounts Payable<br>150 Idle Hour Blvd.<br>Oakdale, NY  11769 | Dowling College<br>1300 William Floyd Parkway<br>Brookhaven, NY 11967 |

| Terms | Due Date | Account # |
|-------|----------|-----------|
| Due on receipt | 2/10/2016 | |

| Date | Description | Amount |
|------|-------------|--------|
| 2/9/2016 | Delivered 32.93 tons of salt | 3,293.00T |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total | $3,293.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $3,293.00 |

PLEASE PAY IN FULL. WITHIN 30 DAYS
OR A 1.5% LATE FEE WILL BE ADDED

IF YOU LIKE TO PAY BY DEBIT CARD
OR CREDIT CARD WE ACCEPT VISA
MASTERCARD AND DISCOVER

**Visit us at:    www.royal-star.com**

**Royal Star Associates Inc.**
1124 Cassel Avenue
Bay Shore, NY 11706

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/10/2016 | 32081 |

**Phone: 631-667-4497    Fax: 631-667-0353**

| Bill To |
|---------|

Dowling College
Attention: Accounts Payable
150 Idle Hour Blvd.
Oakdale, NY 11769

| Ship To |
|---------|

Dowling College
150 Idle Hour Blvd.
Oakdale, NY 11769

| Terms | Due Date | Account # |
|-------|----------|-----------|
| Due on receipt | 2/10/2016 | |

| Date | Description | Amount |
|------|-------------|--------|
| 2/9/2016 | Delivered 30.82 tons of salt | 3,082.00T |

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total | $3,082.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $3,082.00 |

PLEASE PAY IN FULL WITHIN 30 DAYS
OR A 1.5% LATE FEE WILL BE ADDED

IF YOU LIKE TO PAY BY DEBIT CARD
OR CREDIT CARD WE ACCEPT VISA
MASTERCARD AND DISCOVER

**Visit us at:    www.royal-star.com**

**Royal Star Associates Inc.**
1124 Cassel Avenue
Bay Shore, NY 11706

Phone: 631-667-4497     Fax: 631-667-0353

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/8/2016 | 32006 |

**Bill To**

Dowling College
Attention:  Accounts Payable
150 Idle Hour Blvd.
Oakdale, NY  11769

**Ship To**

Dowling College
1300 William Floyd Parkway
Brookhaven, NY 11967

| Terms | Due Date | Account # |
|-------|----------|-----------|
| Due on receipt | 2/8/2016 | |

| Date | Description | Amount |
|------|-------------|--------|
| 2/5/2016 | 9 hours with a 5 yard payloader stacking and moving snow | 3,150.00 T |
| | 9 hours with 1 yard payloader  stacking and moving snow | 2,475.00 T |
| | Truck with plow - 9 hours | 2,250.00 T |
| | PARKING LOT SALTING | 1,250.00 T |

| | |
|---|---|
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $9,125.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,125.00 |

PLEASE PAY IN FULL. WITHIN 30 DAYS
OR A 1.5% LATE FEE WILL BE ADDED

IF YOU LIKE TO PAY BY DEBIT CARD
OR CREDIT CARD WE ACCEPT VISA
MASTERCARD AND DISCOVER

**Visit us at:   www.royal-star.com**

**Royal Star Associates Inc.**
1124 Cassel Avenue
Bay Shore, NY 11706

Phone: 631-667-4497    Fax: 631-667-0353

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/27/2016 | 31850 |

| **Bill To** |
|---|
| Dowling College |
| Attention: Accounts Payable |
| 150 Idle Hour Blvd. |
| Oakdale, NY  11769 |

| **Ship To** |
|---|
| Dowling College |
| 1300 William Floyd Parkway |
| Brookhaven, NY 11967 |

| Terms | Due Date | Account # |
|-------|----------|-----------|
| Due on receipt | 1/27/2016 | |

| Date | Description | Amount |
|------|-------------|--------|
| 1/16/2016 | 23 1/2 hours with a 5 yard payloader stacking and moving snow | 7,875.00T |
| | 22 1/2 hours with 1 yard payloader  stacking and moving snow | 6,187.50T |
| | Truck with plow - 23 1/2 hours | 5,875.00T |
| | PARKING LOT SALTING | 3,750.00T |

| | |
|---|---|
| Sales Tax  (0.0%) | $0.00 |
| Total | $23,687.50 |
| Payments/Credits | $0.00 |
| **Balance Due** | $23,687.50 |

PLEASE PAY IN FULL. WITHIN 30 DAYS
OR A 1.5% LATE FEE WILL BE ADDED

IF YOU LIKE TO PAY BY DEBIT CARD
OR CREDIT CARD WE ACCEPT VISA
MASTERCARD AND DISCOVER

**Visit us at:    www.royal-star.com**

**Royal Star Associates Inc.**
1124 Cassel Avenue
Bay Shore, NY 11706

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/27/2016 | 31893 |

**Phone: 631-667-4497      Fax: 631-667-0353**

| Bill To |
|---------|

Dowling College
Attention:  Accounts Payable
150 Idle Hour Blvd.
Oakdale, NY  11769

| Ship To |
|---------|

Dowling College
1300 William Floyd Parkway
Brookhaven, NY 11967

| Terms | Due Date | Account # |
|-------|----------|-----------|
| Due on receipt | 1/27/2016 | |

| Date | Description | Amount |
|------|-------------|--------|
| 1/25/2016 | 3 hours with a 5 yard payloader stacking and moving snow | 1,050.00T |
| | Truck with plow | 500.00T |
| | Clearing athletic area as per Gary | 0.00T |

PLEASE PAY IN FULL. WITHIN 30 DAYS
OR A 1.5% LATE FEE WILL BE ADDED

IF YOU LIKE TO PAY BY DEBIT CARD
OR CREDIT CARD WE ACCEPT VISA
MASTERCARD AND DISCOVER

| | |
|---|---|
| Sales Tax  (0.0%) | $0.00 |
| Total | $1,550.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $1,550.00 |

**Visit us at:    www.royal-star.com**

# CLAIM NO. 39



**Fill in this information to identify the case:**

Debtor 1 ___Dowling College___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of New York

Case number ___16-75545 (REG)___

FILED - 00039

EASTERN DISTRICT OF NEW YORK

DOWLING COLLEGE

16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

## Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---------|--------------------|

| | | |
|---|---|---|
| 1. **Who is the current creditor?** | Skyrush Marketing | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor _____ | |

| 2. **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? _____ |
|---|---|

| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Skyrush Marketing<br>Name<br><br>P.O. Box 354<br>Number     Street<br><br>Yaphank          NY          11980<br>City               State          ZIP Code<br><br>Contact phone  888-415-9725<br><br>Contact email _____<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __ | **Where should payments to the creditor be sent? (if different)**<br><br>_____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City               State          ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
|---|---|---|

| 4. **Does this claim amend one already filed?** | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____     Filed on ____/____/_____<br>                                                                                         MM  /  DD  /  YYYY |
|---|---|

| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |
|---|---|

Official Form 410                          Proof of Claim                          page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**  $_____ 7,900.00 . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Marketing and Web Development Services

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                          $_____
Amount of the claim that is secured:        $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____

Annual Interest Rate (when case was filed)_____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check all that apply:*<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.<br><br>* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. | **Amount entitled to priority**<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____<br>$_____<br>$_____ |

---

## Part 3:  Sign Below

| | |
|---|---|
| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157, and 3571. | *Check the appropriate box:*<br><br>☑ I am the creditor.<br>☐ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on date  <u>01/04/2017</u><br>          MM / DD / YYYY<br><br>_____<br>Signature |

Print the name of the person who is completing and signing this claim:

| | |
|---|---|
| Name | Andrew Aiello |
| | First name          Middle name          Last name |
| Title | President / Owner |
| Company | Skyrush Marketing |
| | Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | 80 Orville Drive, Suite 100-106 |
| | Number          Street |
| | Bohemia                              NY          11716 |
| | City          State          ZIP Code |
| Contact phone | 888-415-9725                    Email    info@skyrushmarketing.com |

**Skyrush Media LLC**
P.O. Box 354
Yaphank, NY  11980
info@skyrushmarketing.com
www.skyrushmarketing.com



# INVOICE

**BILL TO**                                    **INVOICE #** 1650
Dowling                                          **DATE** 10/07/2015
                                          **DUE DATE** 11/06/2015
                                             **TERMS** Net 30

| ACTIVITY | AMOUNT |
|---|---|
| **Marketing**<br>Remarketing Campaign October | 750.00 |

Please Make checks payable to: Skyrush Marketing.     **BALANCE DUE**     **$750.00**

Skyrush Marketing
P.O. BOX 354
Yaphank, NY 11980

**Skyrush Media LLC**
P.O. Box 354
Yaphank, NY  11980
info@skyrushmarketing.com
www.skyrushmarketing.com



# INVOICE

**BILL TO**
Dowling

**INVOICE #** 1651
**DATE** 10/08/2015
**DUE DATE** 11/07/2015
**TERMS** Net 30

| ACTIVITY | AMOUNT |
| --- | --- |
| **Website Development:Misc. Development**<br>Webmaster Services - October | 950.00 |

Please Make checks payable to: Skyrush Marketing.

**BALANCE DUE**     **$950.00**

Skyrush Marketing
P.O. BOX 354
Yaphank, NY 11980

**Skyrush Media LLC**
P.O. Box 354
Yaphank, NY  11980
info@skyrushmarketing.com
www.skyrushmarketing.com



# INVOICE

**BILL TO**
Dowling

**INVOICE #** 1880
**DATE** 02/16/2016
**DUE DATE** 03/17/2016
**TERMS** Net 30

| ACTIVITY | AMOUNT |
| --- | --- |
| **Website Development:Misc. Development** | 950.00 |
| Webmaster Services - January | |

Please Make checks payable to: Skyrush Marketing.    **BALANCE DUE**    **$950.00**

Skyrush Marketing
P.O. BOX 354
Yaphank, NY 11980

Skyrush Media LLC
P.O. Box 354
Yaphank, NY  11980
info@skyrushmarketing.com
www.skyrushmarketing.com



# INVOICE

**BILL TO**
Dowling

**INVOICE #** 1933
**DATE** 03/04/2016
**DUE DATE** 04/03/2016
**TERMS** Net 30

| ACTIVITY | AMOUNT |
| --- | --- |
| **Website Development:Misc. Development**<br>Webmaster Services - February | 950.00 |

Please Make checks payable to: Skyrush Marketing.    **BALANCE DUE**    **$950.00**

Skyrush Marketing
P.O. BOX 354
Yaphank, NY 11980

**Skyrush Media LLC**
P.O. Box 354
Yaphank, NY  11980
info@skyrushmarketing.com
www.skyrushmarketing.com



# INVOICE

**BILL TO**
Dowling

**INVOICE #** 2018
**DATE** 04/07/2016
**DUE DATE** 05/07/2016
**TERMS** Net 30

| ACTIVITY | AMOUNT |
|---|---|
| **Website Development:Misc. Development** | 950.00 |
| Webmaster Services - March | |

Please Make checks payable to: Skyrush Marketing.

**BALANCE DUE**          **$950.00**

Skyrush Marketing
P.O. BOX 354
Yaphank, NY 11980

**Skyrush Media LLC**
P.O. Box 354
Yaphank, NY 11980
info@skyrushmarketing.com
www.skyrushmarketing.com



# INVOICE

**BILL TO**                              **INVOICE #** 2019
Dowling                                    **DATE** 04/07/2016
                                          **DUE DATE** 05/07/2016
                                          **TERMS** Net 30

| ACTIVITY | AMOUNT |
|---|---|
| **Marketing** | 750.00 |
| Remarketing Campaign March | |

Please Make checks payable to: Skyrush Marketing.          **BALANCE DUE**          **$750.00**

Skyrush Marketing
P.O. BOX 354
Yaphank, NY 11980

**Skyrush Media LLC**
P.O. Box 354
Yaphank, NY 11980
info@skyrushmarketing.com
www.skyrushmarketing.com



# INVOICE

**BILL TO**
Dowling

**INVOICE #** 2035
**DATE** 04/29/2016
**DUE DATE** 05/29/2016
**TERMS** Net 30

| ACTIVITY | AMOUNT |
|---|---|
| **Website Development:Misc. Development**<br>Development of 11 landing pages for Marketing Campaign | 1,000.00 |

Please Make checks payable to: Skyrush Marketing.         **BALANCE DUE**         **$1,000.00**

Skyrush Marketing
P.O. BOX 354
Yaphank, NY 11980



**Skyrush Media LLC**
P.O. Box 354
Yaphank, NY 11980
info@skyrushmarketing.com
www.skyrushmarketing.com

# INVOICE

**BILL TO**
Dowling

**INVOICE #** 2096
**DATE** 05/10/2016
**DUE DATE** 06/09/2016
**TERMS** Net 30

| ACTIVITY | AMOUNT |
|---|---|
| **Website Development:Misc. Development**<br>Webmaster Services - April | 950.00 |

Please Make checks payable to: Skyrush Marketing.

**BALANCE DUE**

**$950.00**

Skyrush Marketing
P.O. BOX 354
Yaphank, NY 11980



Skyrush Media LLC
P.O. Box 354
Yaphank, NY  11980
info@skyrushmarketing.com
www.skyrushmarketing.com

# INVOICE

**BILL TO**
Dowling

**INVOICE #** 2524
**DATE** 10/01/2016
**DUE DATE** 10/31/2016
**TERMS** Net 30

**ACCOUNT NAME**                    **SERVICE MONTH**
Dowling                                      Oct15-Oct16

| ACTIVITY | AMOUNT |
|---|---|
| Hosting | 650.00 |
| Website Hosting | |

Please Make checks payable to: Skyrush Marketing.

**BALANCE DUE**          **$650.00**

Skyrush Marketing
P.O. BOX 354
Yaphank, NY 11980

Skyrush Marketing
P.O. Box 354
Yaphank, NY 11980

Dowling College Case Administration
c/o GCG
P.O. Box 10342
Dublin, OH 43017-5542



# CLAIM NO. 288

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**\* P - D C O - P O C / 1 \***

<u>Your Claim is Scheduled As Follows:</u>

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim
Official Form 410

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

| **Part 1:** | **Identify the Claim** | |
|---|---|---|
| 1. | Who is the current creditor? | **SMART POWER INC**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ⁴ No<br>Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>**SMART POWER INC**<br>Name<br>**829 LINCOLN AVE**<br>Number     Street<br>**BOHEMIA, NY 11716**<br>City          State          ZIP Code<br><br>Contact phone **(631) 563-8000**<br><br>Contact email **DEBRAH@BRI-TECH.COM** | Where should payments to the creditor be sent? (if different)<br><br>Name<br><br>Number     Street<br><br>City          State          ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. | Does this claim amend one already filed? | ⁴ No<br>Yes. Claim number on court claims registry (if known) _____  Filed on _____ MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proo of claim for this claim? | ⁴ No<br>Yes. Who made the earlier filing? _____ |

\*Modified Official Form 410  **(GCG 5/16)**                                                                                          page 1

* P - D C O - P O C / 2 *

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☑ No |
|---|---|---|
| | | Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____ |

**7. How much is the claim?**  $ __4,967.65__.

Does this amount include interest or other charges?
☑ No
Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

## Electrical Services Performed

**9. Is all or part of the claim secured?**

☑ No
Yes. The claim is secured by a lien on property.

**Nature of property:**
Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
Motor vehicle
Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.

Value of property:                                  $_____
Amount of the claim that is secured:         $ _0.00_
Amount of the claim that is unsecured:      $ _4,967.65_   (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____
Fixed
Variable

**10. Is this claim based on a lease?**

☑ No
Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☑ No
Yes. Identify the property: _____

| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | |
|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | Yes. *Check all that apply:* | **Amount entitled to priority** |

| | | Amount entitled to priority |
|---|---|---|
| Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5). | | $_____ |
| Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this clai electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

4  I am the creditor.

☐  I am the creditor's attorney or authorized agent.

☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03/02/2017
                  MM / DD / YYYY

Signature  Brian McAuliff

Print the name of the person who is completing and signing this claim:

Name  **Brian McAuliff**
      First name          Middle name          Last name

Title  **President**

Company  **Smart Power Inc**
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  **829 Lincoln Ave**
         Number        Street
         **BOHEMIA, NY 11716**
         City                    State          ZIP Code

Contact phone  **(631) 563-8000**      Email **DebraH@Bri-Tech.com**

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Claim # 288        Electronically Filed: 03/02/2017

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction of* information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confident al information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child s initials and the full name and address of the child s parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to* **privacy** *on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

*Modified Official Form 410  **(GCG 5/16)**                                                page 4

## 2012 SmartPower
## Aged Receivables
## As of Mar 2, 2017

Filter Criteria includes: 1) IDs: Dowling-Oakdale; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Bill To Contact<br>Telephone 1 | Invoice/CM # | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | Date |
|---|---|---|---|---|---|---|---|
| Dowling-Oakdale | 11376 | | | | 453.14 | 453.14 | 3/14/16 |
| Dowling College | 11402 | | | | 525.00 | 525.00 | 4/15/16 |
| Mark Carattini | 11423 | | | | 504.50 | 504.50 | 5/3/16 |
| 631-244-3213 | | | | | | | |
| | | | | | ...... | ....... | .... |
| **Dowling-Oakdale** | | | | | **1,482.64** | **1,482.64** | |
| **Dowling College** | | | | | | | |
| | | | | | | | |
| **Report Total** | | | | | **1,482.64** | **1,482.64** | |

3/2/17 at 16:06:09.40                                                                                                          **Page: 1**

## 2012 SmartPower
## Aged Receivables
## As of Mar 2, 2017

Filter Criteria includes: 1) IDs: Dowling-Shirley; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Bill To Contact<br>Telephone 1 | Invoice/CM | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | Date |
|---|---|---|---|---|---|---|---|
| Dowling-Shirley | 11300 | | | | 900.00 | 900.00 | 12/22/15 |
| Dowling College | 11321 | | | | 1,125.00 | 1,125.00 | 1/21/16 |
| Steve Sorrentino | 11359 | | | | 312.33 | 312.33 | 2/22/16 |
| 631-244-1393 | 11418 | | | | 920.18 | 920.18 | 4/29/16 |
| | 11419 | | | | 227.50 | 227.50 | 4/29/16 |
| **Dowling-Shirley**<br>**Dowling College** | | | | | **3,485.01** | **3,485.01** | |
| **Report Total** | | | | | **3,485.01** | **3,485.01** | |

# CLAIM NO. 318



| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor: Dowling College | Case No. 16-75545 |

**Your Claim is Scheduled As Follows:**

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

DCO0201149192    01002837

STEVEN MURRAY
34 LAKEWOOD RD
LAKE RONKONKOMA, NY 11779



Garden City Group, LLC
MAR - 6 2017

FILED - 00318
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim
Official Form 410*

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

## Part 1:  Identify the Claim

CONTROL # 7154171541

| 1. | Who is the current creditor? | STEVEN MURRAY    CLAIMANT # 01003538 |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☒No  ☐Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent? Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |

210.34

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name STEVEN MURRAY | Name STEVEN MURRAY |
| Number  Street  34 LAKEWOOD ROAD | Number  Street  34 LAKEWOOD ROAD |
| City  State  ZIP Code  LAKE RONKONKOMA NY 11779 | City  State  ZIP Code  LAKE RONKONKOMA NY 11779 |
| Contact phone 631-338-7057 | Contact phone 631-338-7057 |
| Contact email sgtsm@aol.com | Contact email sgtsm@aol.com |

| 4. | Does this claim amend one already filed? | ☒No  ☐Yes. Claim number on court claims registry (if known) _____  Filed on _____ MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒No  ☐Yes. Who made the earlier filing? _____ |

*Modified Official Form 410 (GCG 5/16)                                                                                              page 3



## Part 2:    Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. | **Do you have any number you use to identify the debtor?** | ☒ No <br> ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
| 7. | **How much is the claim?** | $ 210.34      **Does this amount include interest or other charges?** <br> ☒ No <br> ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. <br><br> Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). <br><br> Limit disclosing information that is entitled to privacy, such as health care information. <br><br> SERVICES PERFORMED (MEN'S LACROSSE OFFICIAL) |
| 9. | **Is all or part of the claim secured?** | ☒ No <br> ☐ Yes. The claim is secured by a lien on property. <br><br> **Nature of property:** <br> ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.* <br> ☐ Motor vehicle <br> ☐ Other. Describe: _____ <br><br> **Basis for perfection:** <br> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) <br><br> **Value of property:**      $_____ <br><br> **Amount of the claim that is secured:**    $_____ <br><br> **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.) <br><br> **Amount necessary to cure any default as of the date of the petition:** $_____ <br><br> **Annual Interest Rate** (when case was filed) _____ % <br> ☐ Fixed <br> ☐ Variable |
| 10. | **Is this claim based on a lease?** | ☒ No <br> ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. | **Is this claim subject to a right of setoff?** | ☐ No <br><br> ☐ Yes. Identify the property: _____ |
| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No <br> ☐ Yes. Check all that apply:          **Amount entitled to priority** <br><br> ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____ <br><br> ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____ <br><br> ☒ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $ 210.34 <br><br> ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____ <br><br> ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____ <br><br> ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.    $_____ <br><br> * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. |



## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03 / 02 / 1917
                  MM / DD / YYYY

Signature _~Stwn Mum~_  STEVEN MURRAY

Print the name of the person who is completing and signing this claim:

Name    STEVEN                          MURRAY
        First name      Middle name     Last name

Title   _____

Company _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
        Number      Street

        _____
        City                    State        ZIP Code

Contact phone _____    Email _____

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. IF **BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents** because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the Debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

34 LAKEWOOD ROAD
LAKE RONKONKOMA, NY
11779

Dowling College Case Administration
c/o GCG
P.O. Box 10342
Dublin, Ohio 43017

43017-554242

MID-ISLAND NY 117
03 MAR 2017 PM 1 L

FOREVER

# CLAIM NO. 391

# IMMEDIATE ATTENTION REQUIRED

February 28, 2017



MB 01 000132 90427 H 1 B

Dowling College
150 Idle Hour Blvd
Oakdale, NY 11769-1999

FILED - 00391
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

THE
**HARTFORD**

*Contact us at (800) 636-4404*
*Monday - Friday*
*8:30 AM-6:00 PM ET*

|  | Policy # | Policy Term | Cancel Dt. |
|---|---|---|---|
| Bill Account #:  13537730 | 12-WE-DL1478 | 10/01/2015 - 10/01/2016 |  |
| Reference ID:  AAC430267 | | | |
| **Balance Due   $56,511.00** | | | |

Dear Policyholder:

Your account has been forwarded to our department as you have unpaid insurance premium due The Hartford. As we would like to resolve this situation without involving a third-party collection agency, we must receive payment or valid dispute information within 30 days of the date of this letter.

If you do not dispute the premium, you may pay electronically from your checking account or by credit or debit card by contacting us at 1-800-636-4404. If sending payment by mail, please include the coupon at the bottom of this letter to ensure proper credit to your account.

Sincerely,

The Hartford - Billing Resolution Team
billingresolution@thehartford.com

*(continued on reverse)*

---

Please detach here and insert with your payment. Write the account number on the check and make payable to The Hartford.
Account #: **13537730**

Check below and **complete reverse side** to request:

☐ Address Changes

**Mail Payments To:**
The Hartford
P O Box 660916
Dallas, TX 75266-0916

| Amount Enclosed: _____ | | **Payment Due Date** | 03/30/2017 |
|---|---|---|---|
| | | **Current Balance** | **Minimum Due** |
| | | $56,511.00 | $56,511.00 |

Dowling College
150 Idle Hour Blvd
Oakdale, NY 11769

12135377303712020900005651100000565110081000 9

BI Coupon-PC1-10190

BICOUP.PC1.001

Please note: When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic transfer from your account, or to process the payment as a check transaction.

**Address Changes:**   Check One:   ☐ Mailing address **ONLY**   ☐ Mailing address **AND** Physical Location change

Street: _____   Effective Date of change: _____

City/State/Zip: _____   Phone #: _____

Email Address: _____

°  DST 00068214

# CLAIM NO. 784

Fill in this information to identify the case:

Debtor 1    Dowling College

**CRT**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of New York

Case number    16-75545

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2019 MAR -8  A 11: 43

RECEIVED/MR

Garden City Group, LLC

MAR 2 2 2019

- FILED - 00784
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

### Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.*

| Part 1: | Identify the Claim |
| --- | --- |

| 1. Who is the current creditor? | United States Department of Education |
| --- | --- |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |

| 2. Has this claim been acquired from someone else? | ☑ No |
| --- | --- |
| | ☐ Yes. From whom? _____ |

| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Natasha Varnovitsky<br>Name<br>400 Maryland Ave Ste, SW, Ste 6E215<br>Number    Street<br>Washington    DC    20202<br>City    State    ZIP Code<br><br>Contact phone  202 205-3529<br>Contact email  natasha.varnovitsky@ed.gov | **Where should payments to the creditor be sent? (if different)**<br><br>Name<br><br>Number    Street<br><br>City    State    ZIP Code<br><br>Contact phone _____<br>Contact email _____ |
| --- | --- | --- |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ | |

| 4. Does this claim amend one already filed? | ☐ No<br>☑ Yes.  Claim number on court claims registry (if known) _____ | Filed on 05/25/2017<br>MM / DD / YYYY |
| --- | --- | --- |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes.  Who made the earlier filing? _____ |
| --- | --- |

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____ |

7. **How much is the claim?**    $_____7,752,056.00__. **Does this amount include interest or other charges?**

      ☐ No

      ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

    Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

    Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

    Limit disclosing information that is entitled to privacy, such as health care information.

    Debtor's participation in Title IV of the HEA.  See attachment.

9. **Is all or part of the claim secured?**

    ☑ No

    ☐ Yes.  The claim is secured by a lien on property.

        **Nature of property:**

        ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

        ☐ Motor vehicle

        ☐ Other. Describe:  _____

        **Basis for perfection:**  _____

        Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

        **Value of property:**               $_____

        **Amount of the claim that is secured:**    $_____

        **Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

        **Amount necessary to cure any default as of the date of the petition:**    $_____

        **Annual Interest Rate (when case was filed)** _____ %

        ☐ Fixed

        ☐ Variable

10. **Is this claim based on a lease?**

    ☑ No

    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

11. **Is this claim subject to a right of setoff?**

    ☑ No

    ☐ Yes. Identify the property: _____

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No |
| | ☐ Yes. *Check all that apply:* |

|  | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

| | |
|---|---|
| The person completing this proof of claim must sign and date it. FRBP 9011(b). If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. | *Check the appropriate box:* <br><br> ☑ I am the creditor. <br> ☐ I am the creditor's attorney or authorized agent. <br> ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. <br> ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. <br><br> I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. <br><br> I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct. <br><br> I declare under penalty of perjury that the foregoing is true and correct. |

Executed on date   3 / 5 / 19
                  MM / DD / YYYY

*Sylvester Osineme*
Signature

**Print the name of the person who is completing and signing this claim:**

| | |
|---|---|
| Name | Sylvester Osineme |
| | First name     Middle name     Last name |
| Title | Supervisor, Accounts Receivable and Bank Management Group |
| Company | Office of the Chief Financial Officer, U.S. Department of Education |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 550 12th SW |
| | Number     Street |
| | Washington,     DC     20202 |
| | City     State     ZIP Code |
| Contact phone | 202 245-8081     Email   sylvester.osineme@ed.gov |

**Attachment to the United States' Proof of Claim Filed by the
Department of Education in *In re Dowling College, Inc.*, Case No. 8-16-75545-reg**

1.      The United States Department of Education ("Education") makes grants and loans under student financial assistance programs authorized under Title IV of the Higher Education Act of 1965, 20 U.S.C. §§ 1070-1099c-2.  At the time of its closing, debtor Dowling College, Inc. ("Dowling") participated in the Title IV programs under a Program Participation Agreement ("PPA"), which, among other things, incorporates Education's regulations implementing the Title IV programs.  As set forth below, Education's claims arise from Dowling's participation in the Title IV programs.

Closed-School Discharges

2.      Under Title IV, Education makes loans directly to students or their parents for the students to pursue higher education.  Education sends proceeds of these loans to participating institutions.  Generally, Education discharges direct student loans for students affected by a school's closure.  "If a borrower who received, on or after January 1, 1986, a loan made, insured, or guaranteed under this part and the student borrower, or the student on whose behalf a parent borrowed, is unable to complete the program in which such student is enrolled due to the closure of the institution . . . , then the Secretary shall discharge the borrower's liability on the loan (including interest and collection fees) . . . ."  20 U.S.C. § 1087(c)(1); *see* 20 U.S.C. § 1087a(b)(2) (generally incorporating by reference into Education's direct loan program those statutory provisions for "loans made to borrowers under section 1078 of this title," i.e., under the Federal Family Education Loan Program).  Thus, a borrower may obtain discharge of his or her "obligation to repay a Direct Loan . . . if the borrower (or the student on whose behalf a parent borrowed) did not complete the program of study for which the loan was made because the school at which the borrower (or student) was enrolled closed . . . ."  34 C.F.R. § 685.214(a)(1); *see also* 34 C.F.R. § 682.402(d).  In applying for a discharge, among other things, the borrower must attest that the borrower (or the student on whose behalf a parent borrowed) "[d]id not complete the program of study through a teach-out at another school or by transferring academic credits or hours earned at the closed school to another school."  34 C.F.R. § 685.214(c)(1)(i)(C).  If Education grants a discharge, the borrower is relieved of any obligation to repay the loan and is eligible for reimbursement of amounts already paid.  *Id.* § 685.214(b).

3.      To date, Education has granted approximately $ 4,027,424.00 in closed-school discharges of debt incurred by former Dowling students for direct loans.  Moreover, Education continues to receive and review closed-school discharge applications and reserves the right to assess the liability for those discharges as they are granted.

4.      Dowling College is liable to Education for these discharges.  Under Title IV, Education has a right to recover closed-school discharges from Dowling College.  *See* 20 U.S.C. §§ 1087(c)(1) (requiring Secretary of Education to "pursue any claim available to [discharged borrower for student loan] against the institution") and 1087(c)(2) ("A borrower whose loan has

been discharged pursuant to this subsection shall be deemed to have assigned to the United States the right to a loan refund up to the amount discharged against the institution and its affiliates and principals."); 34 C.F.R. § 685.214(e)(1) (providing that upon Education's discharge of a borrower's loan, "the borrower is deemed to have assigned to and relinquished in favor of the Secretary [of Education] any right to a loan refund (up to the amount discharged) that the borrower (or student) may have by contract or applicable law with respect to the loan or the enrollment agreement for the program for which the loan was received, against the school"); *College of Visual Arts*, 2015 WL 6396241, at *8 (Dep't of Educ., Office of Hearings and Appeals, July 20, 2015) (holding, based on 20 U.S.C. §§ 1087(c) and 1099c(e)(1)(B), that Education has a direct claim to recover closed-school discharges).  Dowling student borrowers who could not obtain a degree because Dowling closed had a right to recover from Dowling amounts of the direct loans made to them by Education, including without limitation because Dowling breached its enrollment agreements with the students and because Dowling was unjustly enriched by retaining these amounts.  In addition, Education has a right to recover the closed-school discharges from Dowling as damages caused by Dowling's breach of the PPA, including without limitation its failure to provide an eligible program to students.

5.    Due to the ongoing process of receiving, reviewing, and deciding applications for these discharges, the full amount of Education's claim based upon closed-school discharge is unliquidated at this time.

Failure to Submit a Close-Out Audit Report

6.    When an institution's participation in Title IV ends, among other things, the institution must arrange for an independent audit of all Title IV funds received, and submit the resulting "close-out" audit report to Education within 90 days after the end of its participation. 34 C.F.R. § 668.26(b)(2); *see also* 34 C.F.R. § 668.82(b)(1) ("In the capacity of a fiduciary—(1) A participating institution is subject to the highest standard of care and diligence in administering the programs and in accounting to the Secretary for the funds received under those programs.").

7.    Dowling College ceased to participate in Title IV when it closed on August 31, 2016. A close-out audit report for the period of July 1, 2015 through June 31, 2016 was due to Education by March 31, 2017.  To date, no audit report has been submitted. Until the audit report is submitted and approved by Education, Education has a claim against Dowling relating to Title IV funds received during the unaudited period.

8.    With respect to funds disbursed to Dowling College for Direct loans, Pell grants, Supplemental Educational Opportunity Grants ("SEOGs"), and Federal Work Study ("FWS") funds, Education has a claim against Dowling College arising from Dowling's obligation to repay such funds received during the unaudited period:

- . Direct loans: $20,946 for the 2014-2015 award year.

- Pell grants: $2,037,476 ($6,630 for the 2014-2015 award year and $2,030,846 for the 2015-2016 award year).

- SEOGs: $101,000 for the 2015-2016 award year.

- FWS funds: $268,220 ($237,557 for the 2015-2016 award year and $30,663 for the 2014-2015 award year).

College Housing and Academic Facilities Loan.

9.    This claim states debtor's liability for a loan obtained by Dowling College from Education under the College Facilities Loan Program for the construction of Kramer Science Building, 150 Idle Hour Boulevard, Oakdale, NY 11769, on February 18, 1990. *See* Attachment A (Mortgage Note & Loan Agreement), on February 18, 1990. Dowling College signed a College Facilities Program Loan Agreement in the amount of $3,000,000. As part of the Loan Agreement Dowling College agreed to "sign and deliver to ED ... a security agreement and financing statement... covering all property ... purchased with loan proceeds." In accordance with this agreement Dowling College executed a mortgage in favor of Education in the amount of $3,000,000. The current balance on that loan obligation is $1,296,990, including $ 1,179,667.71 in principal and $97,322.57 in interest. The Order approving the sale of this property was entered on April 12, 2017.

Miscellaneous Provisions

10.    The filing of this proof of claim is not: (a) a waiver or release of Education's rights against any person, entity or property; (b) a waiver or release of any right or claim of Education arising out of any other claim, of any nature whatsoever, which Education has against Daniel Webster; (c) a waiver or release of any rights of Education under the regulations implementing Title IV, any provisions of the Bankruptcy Code or other applicable non-bankruptcy law; (d) an election of any remedy to the exclusion, express or implied, of any other remedy; (e) a waiver or release of any rights of Education to have any and all final orders in any and all noncore matters entered only after de novo review by a United States District Court; (f) a waiver or release of any rights of Education to trial by jury in any proceeding as to any and all matters so triable; or (g) a waiver or release of any rights of Education to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal. All of such rights are hereby expressly reserved by Education, without exemption and with no purpose of confessing or conceding any of the foregoing in any way by this filing or by any other participation in this case.

11.    Education expressly reserves the right to amend or withdraw this proof of claim for any legally permissible reason whatsoever.

12.    Education preserves its rights to setoff and recoupment.

<u>Summary of Liabilities</u>

| | |
|---|---|
| Closed School Discharges | $4,027,424 |
| Failure to Submit a Close-Out Audit Report | |
|     Direct loans | $20,946 |
|     Pell grants | $2,037,476 |
|     SEOG | $101,000 |
|     FWS | $268,220 |
| College Housing and Academic Facilities Loan | $1,296,990 |
| **Total** | **$7,752,056** |

U.S. Bankruptcy Court, EDNY
Alfonse M. D'Amato Courthouse
290 Federal Plaza
Central Islip, NY 11722

·MID-ISLAND·
NY 117
US MAR 19
PM 3 1

NEOPOST
03/18/2019
US POSTAGE $000.65⁰

FIRST-CLASS MAIL

ZIP 11722
041L11255308

DCO
Garden City Group, LLC
PO Box 10342
Dublin, Ohio 43017-5542

43017-5542242

# CLAIM NO. 780

# CRT

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2019 FEB -5 A 10: 49

RECEIVED/MR

Garden City Group LLC
FEB - 8 2019

**Fill in this information to identify the case:**

Debtor 1    Dowling College

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District of New York

Case number   16-75545

Case 8-16-75545-reg    Doc 638

## Official Form 410

# Proof of Claim

FILED - 00780
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Westchester Journal News acct #205103
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Kathleen Hennessey--Gannett CO Law Dept
Name

7950 Jones Branch Drive
Number       Street

McLean            VA        22107
City              State      ZIP Code

Contact phone  703-854-6900

Contact email  khennessey@gannett.com

Where should payments to the creditor be sent? (if different)

Shelly Stout
Name

PO Box 822883
Number       Street

Philadelphia      PA        19182
City              State      ZIP Code

Contact phone  417-837-8417

Contact email  sstout@ccc.gannett.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: <u>1</u>  <u>0</u>  <u>8</u>  <u>4</u>

**7. How much is the claim?**    $_____10,255.00_. Does this amount include interest or other charges?

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Advertising _____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.    The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. Check one:

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.

Amount entitled to priority

$_____

$_____

$_____

$_____

$_____

$_____

* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   01/22/2019
                   MM / DD / YYYY

_Signature_

Print the name of the person who is completing and signing this claim:

Name        Sara Hurt
            First name        Middle name        Last name

Title       Advertising Supervisor

Company     Gannett Co
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     651 Booneville
            Number      Street

            Springfield                    MO        65806
            City                           State     ZIP Code

Contact phone   417-837-8417              Email  sstout@ccc.gannett.com

6/20/2016                                                    Gannett SAI Invoice

# Journal News
### media group
PART OF THE USA TODAY NETWORK | lohud.com

| AMOUNT PAID | BILLING PERIOD | ADVERTISER/CLIENT NAME |
|---|---|---|
| | 05/02/16-05/29/16 | DOWLING COLLEGE |
| | TOTAL AMOUNT DUE | TERMS OF PAYMENT |
| | 10,255.00 | DUE: 06/18/16 |

| INVOICE NUMBER 0003019694 | CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | 95.00 | 95.00 | 95.00 | 9,970.00 |

| PAGE # | BILLING DATE | BILLED ACCOUNT NAME AND ADDRESS | REMITTANCE ADDRESS |
|---|---|---|---|
| 1 | 5/29/2016 | For Billing Inquiries Call 1-914-694-5325. | |
| BILLED ACCOUNT NUMBER | | DOWLING COLLEGE | MAKE CHECKS PAYABLE TO: |
| 100056051 | | JACLYN CARLO ASSOCIATE VP OF BUSINESS & FINANCE | The Journal News |
| ADVERTISER/CLIENT NUMBER | | 150 IDLE HOUR BLVD | P.O. Box 822883 |
| | | OAKDALE, NY 11769-1906 | Philadelphia, PA 19182-2883 |

10005605100000000000000301969401025500108840

------- PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE -------

| DATE | NEWSPAPER REFERENCE | DESCRIPTION-OTHER COMMENTS/CHARGES | SAU SIZE BILLED UNITS | TIMES RUN RATE | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 05/02 | | PREVIOUS BALANCE | | | | 10,160.00 |
| 05/29 | | FINANCE CHARGE | | | | 95.00 |
| | | FURTHER ACTION IS IMMINENT UNLESS | | | | |
| | | THE BALANCE IS PAID NOW!! PAST DUE | | | | |
| | | ACCOUNTS ARE ASSESSED A 1.0% FINANCE CHARGE | | | | |
| | | SALESPERSON: WALSH | | | | |

## STATEMENT OF ACCOUNT AGING OF PAST DUE AMOUNTS

| CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 95.00 | 95.00 | 95.00 | 9,970.00 | 10,255.00 |

| INVOICE NUMBER | ADVERTISER INFORMATION | | | |
|---|---|---|---|---|
| | BILLING PERIOD | BILLED ACCOUNT NUMBER | ADVERTISER/CLIENT NUMBER | ADVERTISER/CLIENT NAME |
| 0003019694 | 05/02/16-05/29/16 | 100056051 | | DOWLING COLLEGE |

## ADVERTISING INVOICE AND STATEMENT

TERMS: A late payment fee of 1%, 12% per annum, will be added to past due amounts

6/20/2016                                                            Gannett SAI Invoice

# Journal News
## media group
PART OF THE USA TODAY NETWORK | lohud.com

| AMOUNT PAID | BILLING PERIOD | | ADVERTISER/CLIENT NAME |
|---|---|---|---|
| | 03/28/16-05/01/16 | | DOWLING COLLEGE |
| | TOTAL AMOUNT DUE | | TERMS OF PAYMENT |
| | 10,160.00 | | DUE: 05/21/16 |

| | CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| INVOICE NUMBER 0002983643 | 95.00 | 95.00 | 95.00 | 9,875.00 |

| PAGE # | BILLING DATE | BILLED ACCOUNT NAME AND ADDRESS | REMITTANCE ADDRESS |
|---|---|---|---|
| 1 | 5/1/2016 | For Billing Inquiries Call 1-914-694-5325. | |

| BILLED ACCOUNT NUMBER | BILLED ACCOUNT NAME AND ADDRESS | REMITTANCE ADDRESS |
|---|---|---|
| 100056051 | DOWLING COLLEGE JONATHAN S. WHITE ASSISTANT VP OF ENROLLMENT SVC 150 IDLE HOUR BLVD OAKDALE, NY 11769-1906 | MAKE CHECKS PAYABLE TO: The Journal News P.O. Box 822883 Philadelphia, PA 19182-2883 |

ADVERTISER/CLIENT NUMBER

1000560510000000000000029836430101600010844

------------------------------------------------------------------------
PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE

| DATE | NEWSPAPER REFERENCE | DESCRIPTION-OTHER COMMENTS/CHARGES | SAU SIZE BILLED UNITS | TIMES RUN RATE | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 03/28 | | PREVIOUS BALANCE | | | | 10,065.00 |
| 05/01 | | FINANCE CHARGE | | | | 95.00 |
| | | FURTHER ACTION IS IMMINENT UNLESS | | | | |
| | | THE BALANCE IS PAID NOW!! PAST DUE | | | | |
| | | ACCOUNTS ARE ASSESSED A 1.0% FINANCE CHARGE | | | | |
| | | SALESPERSON:WALSH | | | | |

## STATEMENT OF ACCOUNT AGING OF PAST DUE AMOUNTS

| CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 95.00 | 95.00 | 95.00 | 9,875.00 | 10,160.00 |

ADVERTISER INFORMATION

| INVOICE NUMBER | BILLING PERIOD | BILLED ACCOUNT NUMBER | ADVERTISER/CLIENT NUMBER | ADVERTISER/CLIENT NAME |
|---|---|---|---|---|
| 0002983643 | 03/28/16-05/01/16 | 100056051 | | DOWLING COLLEGE |

## ADVERTISING INVOICE AND STATEMENT

TERMS: A late payment fee of 1%, 12% per annum, will be added to past due amounts

6/20/2016                                              Gannett SAI Invoice

# Journal News
## media group
PART OF THE USA TODAY NETWORK | lohud.com

| AMOUNT PAID | BILLING PERIOD | ADVERTISER/CLIENT NAME |
|---|---|---|
| | 02/29/16-03/27/16 | DOWLING COLLEGE |
| | TOTAL AMOUNT DUE | TERMS OF PAYMENT |
| | 10,065.00 | DUE: 04/16/16 |

| INVOICE NUMBER 0002947639 | CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | 95.00 | 95.00 | 95.00 | 9,780.00 |

| PAGE # | BILLING DATE | BILLED ACCOUNT NAME AND ADDRESS | REMITTANCE ADDRESS |
|---|---|---|---|
| 1 | 3/27/2016 | For Billing Inquiries Call 1-914-694-5325. | |

BILLED ACCOUNT NUMBER
100056051

ADVERTISER/CLIENT NUMBER

DOWLING COLLEGE
JONATHAN S. WHITE
ASSISTANT VP OF ENROLLMENT SVC
150 IDLE HOUR BLVD
OAKDALE, NY 11769-1906

MAKE CHECKS PAYABLE TO:

**The Journal News**
**P.O. Box 822883**
**Philadelphia, PA 19182-2883**

1000560510000000000000029476390100650010841

------------------------------------------------------
PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE

| DATE | NEWSPAPER REFERENCE | DESCRIPTION-OTHER COMMENTS/CHARGES | SAU SIZE BILLED UNITS | TIMES RUN RATE | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 02/29 | | PREVIOUS BALANCE | | | | 9,970.00 |
| 03/27 | | FINANCE CHARGE | | | | 95.00 |
| | | FURTHER ACTION IS IMMINENT UNLESS | | | | |
| | | THE BALANCE IS PAID NOW!! PAST DUE | | | | |
| | | ACCOUNTS ARE ASSESSED A 1.0% FINANCE CHARGE | | | | |
| | | SALESPERSON:WALSH | | | | |

## STATEMENT OF ACCOUNT AGING OF PAST DUE AMOUNTS

| CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 95.00 | 95.00 | 95.00 | 9,780.00 | 10,065.00 |

| INVOICE NUMBER | | | | ADVERTISER INFORMATION | |
|---|---|---|---|---|---|
| | BILLING PERIOD | BILLED ACCOUNT NUMBER | ADVERTISER/CLIENT NUMBER | ADVERTISER/CLIENT NAME | |
| 0002947639 | 02/29/16-03/27/16 | 100056051 | | DOWLING COLLEGE | |

## ADVERTISING INVOICE AND STATEMENT

TERMS: A late payment fee of 1%, 12% per annum, will be added to past due amounts

'6/20/2016'                                                    Gannett SAI Invoice

# Journal News
## media group
PART OF THE USA TODAY NETWORK | lohud.com

| AMOUNT PAID | BILLING PERIOD | ADVERTISER/CLIENT NAME |
|---|---|---|
| | 02/01/16-02/28/16 | DOWLING COLLEGE |
| | TOTAL AMOUNT DUE | TERMS OF PAYMENT |
| | 9,970.00 | DUE: 03/19/16 |

| | CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| INVOICE NUMBER 0002911685 | 95.00 | 95.00 | 70.00 | 9,710.00 |

| PAGE # | BILLING DATE | BILLED ACCOUNT NAME AND ADDRESS | REMITTANCE ADDRESS |
|---|---|---|---|
| 1 | 2/28/2016 | For Billing Inquiries Call 1-914-694-5325. | |

BILLED ACCOUNT NUMBER
100056051

ADVERTISER/CLIENT NUMBER

DOWLING COLLEGE
JONATHAN S. WHITE
ASSISTANT VP OF ENROLLMENT SVC
150 IDLE HOUR BLVD
OAKDALE, NY 11769-1906

MAKE CHECKS PAYABLE TO:

**The Journal News**
**P.O. Box 822883**
**Philadelphia, PA 19182-2883**

10005605100000000000002911685009970000010846

PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE

| DATE | NEWSPAPER REFERENCE | DESCRIPTION-OTHER COMMENTS/CHARGES | SAU SIZE BILLED UNITS | TIMES RUN RATE | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 02/01 | | PREVIOUS BALANCE | | | | 9,875.00 |
| 02/28 | | FINANCE CHARGE | | | | 95.00 |
| | | FURTHER ACTION IS IMMINENT UNLESS | | | | |
| | | THE BALANCE IS PAID NOW!! PAST DUE | | | | |
| | | ACCOUNTS ARE ASSESSED A 1.0% FINANCE CHARGE | | | | |
| | | SALESPERSON:WALSH | | | | |

## STATEMENT OF ACCOUNT AGING OF PAST DUE AMOUNTS

| CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 95.00 | 95.00 | 70.00 | 9,710.00 | 9,970.00 |

| INVOICE NUMBER | ADVERTISER INFORMATION | | | |
|---|---|---|---|---|
| | BILLING PERIOD | BILLED ACCOUNT NUMBER | ADVERTISER/CLIENT NUMBER | ADVERTISER/CLIENT NAME |
| 0002911685 | 02/01/16-02/28/16 | 100056051 | | DOWLING COLLEGE |

## ADVERTISING INVOICE AND STATEMENT

TERMS: A late payment fee of 1%, 12% per annum, will be added to past due amounts

6/20/2016                                    Gannett SAI Invoice

# Journal News
## media group
PART OF THE USA TODAY NETWORK | lohud.com

| AMOUNT PAID | BILLING PERIOD | ADVERTISER/CLIENT NAME |
|---|---|---|
| | 12/28/15-01/31/16 | DOWLING COLLEGE |
| | TOTAL AMOUNT DUE | TERMS OF PAYMENT |
| | 9,875.00 | DUE: 02/20/16 |

| INVOICE NUMBER 0002875660 | CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | 95.00 | 70.00 | 2,570.00 | 7,140.00 |

| PAGE # | BILLING DATE | BILLED ACCOUNT NAME AND ADDRESS | REMITTANCE ADDRESS |
|---|---|---|---|
| 1 | 1/31/2016 | For Billing Inquiries Call 1-914-694-5325. | MAKE CHECKS PAYABLE TO: |

| BILLED ACCOUNT NUMBER |
|---|
| 100056051 |

| ADVERTISER/CLIENT NUMBER |
|---|

DOWLING COLLEGE
JONATHAN S. WHITE
ASSISTANT VP OF ENROLLMENT SVC
150 IDLE HOUR BLVD
OAKDALE, NY 11769-1906

MAKE CHECKS PAYABLE TO:

**The Journal News**
**P.O. Box 822883**
**Philadelphia, PA 19182-2883**

100056051000000000000002875660009875000010848

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE

| DATE | NEWSPAPER REFERENCE | DESCRIPTION-OTHER COMMENTS/CHARGES | SAU SIZE BILLED UNITS | TIMES RUN RATE | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 12/28 | | PREVIOUS BALANCE | | | | 9,780.00 |
| 01/31 | | FINANCE CHARGE | | | | 95.00 |
| | | FURTHER ACTION IS IMMINENT UNLESS | | | | |
| | | THE BALANCE IS PAID NOW!! PAST DUE | | | | |
| | | ACCOUNTS ARE ASSESSED A 1.0% FINANCE CHARGE | | | | |
| | | SALESPERSON: WALSH | | | | |

## STATEMENT OF ACCOUNT AGING OF PAST DUE AMOUNTS

| CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 95.00 | 70.00 | 2,570.00 | 7,140.00 | 9,875.00 |

| INVOICE NUMBER | ADVERTISER INFORMATION | | | |
|---|---|---|---|---|
| | BILLING PERIOD | BILLED ACCOUNT NUMBER | ADVERTISER/CLIENT NUMBER | ADVERTISER/CLIENT NAME |
| 0002875660 | 12/28/15-01/31/16 | 100056051 | | DOWLING COLLEGE |

## ADVERTISING INVOICE AND STATEMENT

TERMS: A late payment fee of 1%, 12% per annum, will be added to past due amounts

6/20/2016 · · Gannett SAI Invoice

## Journal News
### media group
PART OF THE USA TODAY NETWORK | lohud.com

| AMOUNT PAID | BILLING PERIOD | ADVERTISER/CLIENT NAME |
|---|---|---|
| | 11/30/15-12/27/15 | DOWLING COLLEGE |
| | TOTAL AMOUNT DUE | TERMS OF PAYMENT |
| | 9,780.00 | DUE: 01/16/16 |

| INVOICE NUMBER 0002839672 | CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | 70.00 | 2,570.00 | 70.00 | 7,070.00 |

| PAGE # | BILLING DATE | BILLED ACCOUNT NAME AND ADDRESS | REMITTANCE ADDRESS |
|---|---|---|---|
| 1 | 12/27/2015 | For Billing Inquiries Call 1-914-694-5325. | |
| | BILLED ACCOUNT NUMBER | DOWLING COLLEGE | MAKE CHECKS PAYABLE TO: |
| | 100056051 | JONATHAN S. WHITE ASSISTANT VP OF ENROLLMENT SVC | The Journal News |
| | ADVERTISER/CLIENT NUMBER | 150 IDLE HOUR BLVD | P.O. Box 822883 |
| | | OAKDALE, NY 11769-1906 | Philadelphia, PA 19182-2883 |

10005605100000000000000028396720097800010844

----------------------------------------------------------------
PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE

| DATE | NEWSPAPER REFERENCE | DESCRIPTION-OTHER COMMENTS/CHARGES | SAU SIZE BILLED UNITS | TIMES RUN RATE | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 11/30 | | PREVIOUS BALANCE | | | | 9,710.00 |
| 12/27 | | FINANCE CHARGE | | | | 70.00 |
| | | FURTHER ACTION IS IMMINENT UNLESS | | | | |
| | | THE BALANCE IS PAID NOW!! PAST DUE | | | | |
| | | ACCOUNTS ARE ASSESSED A 1.0% FINANCE CHARGE | | | | |
| | | SALESPERSON:WALSH | | | | |

## STATEMENT OF ACCOUNT AGING OF PAST DUE AMOUNTS

| CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 70.00 | 2,570.00 | 70.00 | 7,070.00 | 9,780.00 |

| INVOICE NUMBER | BILLING PERIOD | BILLED ACCOUNT NUMBER | ADVERTISER/CLIENT NUMBER | ADVERTISER/CLIENT NAME |
|---|---|---|---|---|
| 0002839672 | 11/30/15-12/27/15 | 100056051 | | DOWLING COLLEGE |

ADVERTISER INFORMATION

## ADVERTISING INVOICE AND STATEMENT

TERMS: A late payment fee of 1%, 12% per annum, will be added to past due amounts

6/20/2016    Gannett SAI Invoice

# Journal News
## media group
PART OF THE USA TODAY NETWORK | lohud.com

| AMOUNT PAID | BILLING PERIOD | ADVERTISER/CLIENT NAME |
|---|---|---|
| | 11/02/15-11/29/15 | DOWLING COLLEGE |
| | TOTAL AMOUNT DUE | TERMS OF PAYMENT |
| | 9,710.00 | DUE: 12/19/15 |

| INVOICE NUMBER 0002769625 | CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| | 2,570.00 | 70.00 | 70.00 | 7,000.00 |

| PAGE # | BILLING DATE | BILLED ACCOUNT NAME AND ADDRESS | REMITTANCE ADDRESS |
|---|---|---|---|
| 1 | 11/29/2015 | For Billing Inquiries Call 1-914-694-5325. | |

BILLED ACCOUNT NUMBER
100056051

ADVERTISER/CLIENT NUMBER

DOWLING COLLEGE
JONATHAN S. WHITE
ASSISTANT VP OF ENROLLMENT SVC
150 IDLE HOUR BLVD
OAKDALE, NY 11769-1906

MAKE CHECKS PAYABLE TO:

**The Journal News**
**P.O. Box 822883**
**Philadelphia, PA 19182-2883**

100056051000000000000027696250097100010846

- - - - - - - - - - - - PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE - - - - - - - - - - - -

| DATE | NEWSPAPER REFERENCE | DESCRIPTION-OTHER COMMENTS/CHARGES | SAU SIZE BILLED UNITS | TIMES RUN RATE | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 11/02 | | PREVIOUS BALANCE | | | | 7,140.00 |
| 11/29 | | FINANCE CHARGE | | | | 70.00 |
| 11/11 | WR /MAIN | YELLOW RIBBON A 004 | 1 | 3X 10.00= 30.00 | | |
| | 0000232170 | | | | | 2,500.00 |
| | | FURTHER ACTION IS IMMINENT UNLESS | | | | |
| | | THE BALANCE IS PAID NOW!! PAST DUE | | | | |
| | | ACCOUNTS ARE ASSESSED A 1.0% FINANCE CHARGE | | | | |
| | | SALESPERSON:WALSH | | | | |

## STATEMENT OF ACCOUNT AGING OF PAST DUE AMOUNTS

| CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 2,570.00 | 70.00 | 70.00 | 7,000.00 | 9,710.00 |

| INVOICE NUMBER | ADVERTISER INFORMATION | | | |
|---|---|---|---|---|
| | BILLING PERIOD | BILLED ACCOUNT NUMBER | ADVERTISER/CLIENT NUMBER | ADVERTISER/CLIENT NAME |
| 0002769625 | 11/02/15-11/29/15 | 100056051 | | DOWLING COLLEGE |

## ADVERTISING INVOICE AND STATEMENT

TERMS: A late payment fee of 1%, 12% per annum, will be added to past due amounts

6/20/2016                                    Gannett SAI Invoice

# Journal News
## media group
PART OF THE USA TODAY NETWORK | lohud.com

| AMOUNT PAID | BILLING PERIOD | ADVERTISER/CLIENT NAME |
|---|---|---|
| | 09/28/15-11/01/15 | DOWLING COLLEGE |
| | TOTAL AMOUNT DUE | TERMS OF PAYMENT |
| | 7,140.00 | DUE: 11/21/15 |

| INVOICE NUMBER | CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| 0002768112 | 70.00 | 70.00 | .00 | 7,000.00 |

| PAGE # | BILLING DATE | BILLED ACCOUNT NAME AND ADDRESS | REMITTANCE ADDRESS |
|---|---|---|---|
| 1 | 11/1/2015 | For Billing Inquiries Call 1-914-694-5325. | |

BILLED ACCOUNT NUMBER
100056051

ADVERTISER/CLIENT NUMBER

DOWLING COLLEGE
JONATHAN S. WHITE
ASSISTANT VP OF ENROLLMENT SVC
150 IDLE HOUR BLVD
OAKDALE, NY 11769-1906

MAKE CHECKS PAYABLE TO:

**The Journal News**
P.O. Box 822883
Philadelphia, PA 19182-2883

100056051000000000000002768112007140000010842

----------------------------------------------------------------
PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE

| DATE | NEWSPAPER REFERENCE | DESCRIPTION-OTHER COMMENTS/CHARGES | SAU SIZE BILLED UNITS | TIMES RUN RATE | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 09/28 | | PREVIOUS BALANCE | | | | 7,070.00 |
| 11/01 | | FINANCE CHARGE | | | | 70.00 |
| | | FURTHER ACTION IS IMMINENT UNLESS | | | | |
| | | THE BALANCE IS PAID NOW! PAST DUE | | | | |
| | | ACCOUNTS ARE ASSESSED A 1.0% FINANCE CHARGE | | | | |
| | | SALESPERSON:WALSH | | | | |

## STATEMENT OF ACCOUNT AGING OF PAST DUE AMOUNTS

| CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 70.00 | 70.00 | .00 | 7,000.00 | 7,140.00 |

| INVOICE NUMBER | ADVERTISER INFORMATION | | | |
|---|---|---|---|---|
| | BILLING PERIOD | BILLED ACCOUNT NUMBER | ADVERTISER/CLIENT NUMBER | ADVERTISER/CLIENT NAME |
| 0002768112 | 09/28/15-11/01/15 | 100056051 | | DOWLING COLLEGE |

## ADVERTISING INVOICE AND STATEMENT

TERMS: A late payment fee of 1%, 12% per annum, will be added to past due amounts

'6/20/2016'                                           Gannett SAI Invoice

## Journal News
### media group
PART OF THE USA TODAY NETWORK | lohud.com

| | AMOUNT PAID | BILLING PERIOD | | ADVERTISER/CLIENT NAME |
|---|---|---|---|---|
| | | 08/31/15-09/27/15 | | DOWLING COLLEGE |
| | | TOTAL AMOUNT DUE | | TERMS OF PAYMENT |
| | | 7,070.00 | | DUE: 10/17/15 |

| INVOICE NUMBER | CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| 0002732354 | 70.00 | .00 | 7,000.00 | .00 |

| PAGE # | BILLING DATE | BILLED ACCOUNT NAME AND ADDRESS | REMITTANCE ADDRESS |
|---|---|---|---|
| 1 | 9/27/2015 | For Billing Inquiries Call 1-914-694-5325. | MAKE CHECKS PAYABLE TO: |
| BILLED ACCOUNT NUMBER | | DOWLING COLLEGE | The Journal News |
| 100056051 | | JONATHAN S. WHITE<br>ASSISTANT VP OF ENROLLMENT SVC | P.O. Box 822883 |
| ADVERTISER/CLIENT NUMBER | | 150 IDLE HOUR BLVD<br>OAKDALE, NY 11769-1906 | Philadelphia, PA 19182-2883 |

100056051000000000000002732354007007000010849

------------------------------------------------------------
PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE
------------------------------------------------------------

| DATE | NEWSPAPER REFERENCE | DESCRIPTION-OTHER COMMENTS/CHARGES | SAU SIZE BILLED UNITS | TIMES RUN RATE | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 08/31 | | PREVIOUS BALANCE | | | | 7,000.00 |
| 09/27 | | FINANCE CHARGE | | | | 70.00 |
| | | PAST DUE BALANCES ARE ASSESSED A 1.0% | | | | |
| | | FINANCE CHARGE. TO OBTAIN PROOF OF | | | | |
| | | PUBLICATION GO TO WWW.ITEARSHEETS.COM | | | | |
| | | SALESPERSON: WALSH | | | | |

## STATEMENT OF ACCOUNT AGING OF PAST DUE AMOUNTS

| CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 70.00 | .00 | 7,000.00 | .00 | 7,070.00 |

| INVOICE NUMBER | ADVERTISER INFORMATION | | | |
|---|---|---|---|---|
| | BILLING PERIOD | BILLED ACCOUNT NUMBER | ADVERTISER/CLIENT NUMBER | ADVERTISER/CLIENT NAME |
| 0002732354 | 08/31/15-09/27/15 | 100056051 | | DOWLING COLLEGE |

## ADVERTISING INVOICE AND STATEMENT

TERMS: A late payment fee of 1%, 12% per annum, will be added to past due amounts

'6/20/2016'                                          Gannett SAI Invoice

# Journal News
### media group
PART OF THE USA TODAY NETWORK | lohud.com

| | AMOUNT PAID | BILLING PERIOD | | ADVERTISER/CLIENT NAME |
|---|---|---|---|---|
| | | 06/29/15-08/02/15 | | DOWLING COLLEGE |
| | | TOTAL AMOUNT DUE | | TERMS OF PAYMENT |
| | | 7,000.00 | | DUE: 08/22/15 |

| INVOICE NUMBER | CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| 0002626876 | 7,000.00 | .00 | .00 | .00 |

| PAGE # | BILLING DATE | BILLED ACCOUNT NAME AND ADDRESS | REMITTANCE ADDRESS |
|---|---|---|---|
| 1 | 8/2/2015 | For Billing Inquiries Call 1-914-694-5325. | MAKE CHECKS PAYABLE TO: |
| BILLED ACCOUNT NUMBER | | DOWLING COLLEGE | |
| 100056051 | | JONATHAN S. WHITE<br>ASSISTANT VP OF ENROLLMENT SVC | The Journal News<br>P.O. Box 822883 |
| ADVERTISER/CLIENT NUMBER | | DOWLING COLLEGE<br>LONG ISLAND, NY 11769-0000 | Philadelphia, PA 19182-2883 |

100056051000000000000002626876007000010847

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE

| DATE | NEWSPAPER REFERENCE | DESCRIPTION-OTHER COMMENTS/CHARGES | SAU SIZE<br>BILLED UNITS | TIMES RUN<br>RATE | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 06/29 | | PREVIOUS BALANCE | | | | .00 |
| 07/23 | ONLINE | Dowling lohud Campaign | | | | |
| | TJN0001453 | | | | | 3,500.00 |
| 07/23 | ALL ZONES | YELLOW RIBBON A 008 | 1 | 6X 10.00= 60.00 | | |
| | 0000225137 | | | | | 3,500.00 |
| | | SALESPERSON:WALSH | | | | |

## STATEMENT OF ACCOUNT AGING OF PAST DUE AMOUNTS

| CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| 7,000.00 | .00 | .00 | .00 | 7,000.00 |

| INVOICE NUMBER | | ADVERTISER INFORMATION | | |
|---|---|---|---|---|
| | BILLING PERIOD | BILLED ACCOUNT NUMBER | ADVERTISER/CLIENT<br>NUMBER | ADVERTISER/CLIENT NAME |
| 0002626876 | 06/29/15-08/02/15 | 100056051 | | DOWLING COLLEGE |

## ADVERTISING INVOICE AND STATEMENT

TERMS: A late payment fee of 1%, 12% per annum, will be added to
past due amounts

# CLERK, U.S. BANKRUPTCY COURT

**EASTERN DISTRICT OF NEW YORK**
**CONRAD B. DUBERSTEIN U.S. BANKRUPTCY COURTHOUSE**
**271-C CADMAN PLAZA EAST, SUITE 1595**
**BROOKLYN, NEW YORK 11201**



Garden City Group, LLC
FEB – 8 – 2019

THE GARDEN CITY GROUP
1985 Marcus Ave., Suite 200
Lake Success, NY 11042



Hasler

012H16208030
$01.100
Mailed From  11201
02/06/2019
US POSTAGE



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.