UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.,

       Post-Confirmation Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

**ORDER GRANTING DOWLING COLLEGE
UNSECURED CREDITOR TRUST'S SECOND OMNIBUS
OBJECTION TO CLAIMS (REDUCTION OR DISALLOWANCE OF CLAIMS)**

Upon the Second Omnibus Objection to Claims (Reduction or Disallowance of Claims) (ECF Doc. No. __) (the "**Objection**") filed by Ronald J. Friedman, Esq., the Trustee (the "**Trustee**") of the Dowling College Unsecured Creditor Trust (the "**Trust"**), dated July 15, 2019, seeking entry of an order disallowing certain proofs of claim filed by certain claimants against Dowling College f/d/b/a Dowling Institute f/d/b/a Dowling College Alumni Association f/d/b/a Cecom a/k/a Dowling College, Inc. (the "**Debtor**"); and upon the declaration of Neil Bivona filed in support of the Objection; and upon the hearing on the Objection held before the Court on August 21, 2019 (the "**Hearing**"), the transcript of which is incorporated herein by reference; and due and proper notice of the Objection and the Hearing having been given to claimants in accordance with the Federal Rules of Bankruptcy Procedure; and it appearing that no further notice need be given or required; and after due deliberation and sufficient cause appearing for the relief requested; it is hereby

**ORDERED**, that the Objection is granted to the extent provided herein; and it is further

**ORDERED**, that each claim identified on Exhibit 1 hereto is hereby be disallowed; and it is further

2

**ORDERED**, that the Trustee is hereby authorized to do such things, expend such funds and execute such documents as to effectuate the terms and conditions of this Order.

BPOWERS/2313569.1/066648

# **EXHIBIT 1**

| Seq. No. | Claim No. | Claimant | Claimed Amount |
|---|---|---|---|
| 1 | 194 | Allan B. Mendelsohn<br>Chapter 7 Trustee of the Estate of Hampton Transportation Venture<br>38 New Street<br>Huntington, NY 11743 | $27,760.00 |
| 2 | 408 | Barnes & Noble College Booksellers, LLC<br>120 Mountain View Boulevard<br>Basking Ridge, NJ 07920 | $44,705.64 |
| 3 | 187 | Block Chiropractic Sports and Wellness<br>301 Maple Avenue<br>Smithtown, NY11787 | $81,767.00 |
| 4 | 9 | Bonnie Nohs for Michelle T. Nohs (Deceased)<br>150 Oak Street<br>Copiague, NY 11726 | $15,000.00 |
| 5 | 290 | Bri-Tech, Inc.<br>829 Lincoln Avenue<br>Bohemia, NY 11716 | $10,544.50 |
| 6 | 75 | CIT Finance, LLC<br>PO Box 593007<br>San Antonio, TX 78259 | $10,504.34 |
| 7 | 53 | Deanna Ocampo for Michelle T. Nohs (Deceased)<br>78 Cullen Avenue<br>Islip, NY 11751<br>Attn: Deanna Ocampo | $500.00 |
| 8 | 179 | Delta Mu Delta<br>3730 Grand Boulevard<br>Brookfield, IL 60513-1624 | $1,940.93 |
| 9 | 252 | Doherty, Enterprises, Inc.<br>7 Pearl Court<br>Allendale, NJ 07401 | $10,000.00 |
| 10 | 405 | Elinor Brunswick Appel<br>85 Windham Road<br>Rockville Centre, NY 11570 | $2,994.55 |
| 11 | 447 | Elsevier BV<br>c/o Elsevier O2C<br>POB 1270<br>1000 BG Amsterdam<br>The Netherlands | $27,536.80 |
| 12 | 358 | Expense Reduction Analysts<br>Addison Tower<br>16415 Addison Road<br>Addison, TX 75001<br>Attn: Dianna Ludlow-Arreola | $8,188.52 |
| 13 | 203 | Gayle M. Balmuth | $25,000.00 |

| Seq. No. | Claim No. | Claimant | Claimed Amount |
|---|---|---|---|
|  |  | 13 Marjon Avenue<br>Scotia, NY 12302 |  |
| 14 | 451 | Geeta Persad<br>55 Palm Street<br>Central Islip, NY 11722 | Unliquidated |
| 15 | 169 | Grammy Enterprises LLC<br>c/o Reisman Peirez Reisman & Capobianco LLP<br>1305 Franklin Avenue<br>PO Box 119<br>Garden City, NY 11530<br>Attn: JC | $4,000.00 |
| 16 | 455 | Hartford Fire Insurance Company<br>Hartford Plaza<br>Bankruptcy Unit NP-3<br>Hartford, CT 06155 | $56,511.00 |
| 17 | 276 | Hobsons Inc<br>c/o Taft Stettinius & Hollister LLP<br>425 Walnut Street #1800<br>Cincinnati, OH 45202<br>Attn: Casey Cantrell Swartz | $52,704.86 |
| 18 | 142 | Joseph Economico<br>49 Clayton Boulevard, Apt. 121<br>Baldwin Place, NY 10505 | $245.25 |
| 19 | 125 | Laser Performance Products, Inc.<br>44 W. Jefryn Boulevard, Ste. N<br>Deer Park, NY 11729 | $6,000.00 |
| 20 | 383 | Local 153 Pension Plan<br>1300 East Ninth Street, Suite 616<br>Cleveland, Ohio 44114-1503<br>Attn: David M. Fusco | $714,910.00 |
| 21 | 425 | Maryann Caputo<br>1 Wateredge Court<br>Oakdale, NY 11769 | $1,707.88 |
| 22 | 85 | Mike Caldarella<br>108 Kemah-Mecca Lake Road<br>Newton, NJ 07860 | $275.00 |
| 23 | 293 | National Union Fire Insurance Company<br>175 Water Street, 15th Floor<br>New York, NY 10038 | $5,000.00 |
| 24 | 168 | Platinum Energy LLC<br>266 Bangor Street<br>Lindenhurst, NY 11757<br>Attn: Justin Schwartz | $26,648.64 |
| 25 | 27 | Robert Elkins<br>139 Richmond Avenue<br>Medford, NY 11763 | $2,109.60 |
| 26 | 165 | Robert Moccia | $410.00 |

| Seq. No. | Claim No. | Claimant | Claimed Amount |
|---|---|---|---|
|  |  | 208-04 Robert Road<br>Bayside, NY 11360 |  |
| 27 | 393 | Royal Star Associates, Inc.<br>c/o Phillips, Artura & Cox<br>165 South Wellwood Avenue<br>Lindenhurst, NY 11757 | $46,437.50 |
| 28 | 39 | Skyrush Marketing<br>PO Box 354<br>Yaphank, NY 11980 | $7,900.00 |
| 29 | 288 | Smart Power Inc<br>829 Lincoln Avenue<br>Bohemia, NY 11716 | $4,967.65 |
| 30 | 318 | Steven Murray<br>34 Lakewood Road<br>Lake Ronkonkoma, NY 11779 | $210.34 |
| 31 | 391 | The Hartford<br>PO Box 660916<br>Dallas, TX 75266 | $56,511.00 |
| 32 | 784 | United States Department of Education<br>400 Maryland Avenue SW, Ste. 6E215<br>Washington, DC 20202<br>Attn: Natasha Varnovitsky | $7,752,056.00 |
| 33 | 780 | Westchester Journal News Acct<br>c/o Law Dept.<br>7950 Jones Branch Drive<br>McLean, VA 22107<br>Attn: Kathleen Hennessey-Gannett | $10,255.00 |