**SILVERMANACAMPORA LLP**
Attorneys for the Ronald J. Friedman, Esq.,
Unsecured Creditor Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Anthony C. Acampora, Esq.
Brian Powers, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

                                    Chapter 11

  DOWLING COLLEGE f/d/b/a DOWLING
  INSTITUTE f/d/b/a DOWLING COLLEGE     Case No. 16-75545 (REG)
  ALUMNI ASSOCIATION f/d/b/a CECOM
  a/k/a DOWLING COLLEGE, INC.,

          Post-Confirmation Debtor.
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                         ) ss.:
COUNTY OF NASSAU     )

      I, **Sheree B. King,** being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by SilvermanAcampora LLP.

      On July 15, 2019, I served the:

- **NOTICE OF HEARING ON DOWLING COLLEGE UNSECURED CREDITOR TRUST'S SECOND OMNIBUS OBJECTION TO CLAIMS (REDUCTION OR DISALLOWANCE OF CLAIMS);**

- **DOWLING COLLEGE UNSECURED CREDITOR TRUST'S SECOND OMNIBUS OBJECTION TO CLAIMS (REDUCTION OR DISALLOWANCE OF CLAIMS) WITH EXHIBIT A-TRUSTEE'S SECOND OMNIBUS OBJECTION TO CLAIMS *INCLUDING* EACH RESPECTIVE CLAIMANT'S PROOF OF CLAIM; EXHIBIT B-DECLARATION OF NEIL BIVONA IN SUPPORT OF DOWLING COLLEGE UNSECURED CREDITOR TRUST'S SECOND OMNIBUS OBJECTION TO CLAIMS (REDUCTION OR DISALLOWANCE OF CLAIMS); EXHIBIT C-PROPOSED ORDER GRANTING DOWLING COLLEGE UNSECURED CREDITOR TRUST'S SECOND OMNIBUS OBJECTION TO CLAIMS (REDUCTION OR DISALLOWANCE OF CLAIMS).**

**TO**:  **See Annexed Service List:**

SBK/2313930.1/066648

by regular mail delivery to the addresses listed thereon, said addresses designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.


                                                s/SHEREE B. KING
                                                **SHEREE B. KING**


Sworn to before me this                         CHRISTINE D'AQUILA
15th day of July, 2019                          NOTARY PUBLIC, State of New York
                                                No.:  01DA4875643
                                                Qualified in Suffolk County
s/Christine D'Aquila                            Commission Expires November 3, 2022
Notary Public


SBK/2313930.1/066648

## SERVICE LIST

US Trustee Trial Attorney
Stan Y. Yang
Office of the United States Trustee
Central Islip Office
Alfonse M D'Amato US Courthouse
560 Federal Plaza
Central Islip, NY 11722

Allan B. Mendelsohn
Chapter 7 Trustee of the Estate of Hampton Transportation Venture
38 New Street
Huntington, NY 11743

Barnes & Noble College Booksellers, LLC
120 Mountain View Boulevard
Basking Ridge, NJ 07920

Block Chiropractic Sports and Wellness
301 Maple Avenue
Smithtown, NY11787

Bonnie Nohs for Michelle T. Nohs  (Deceased)
150 Oak Street
Copiague, NY 11726

Bri-Tech, Inc.
829 Lincoln Avenue
Bohemia, NY 11716

CIT Finance, LLC
PO Box 593007
San Antonio, TX 78259

Deanna Ocampo for Michelle T. Nohs (Deceased)
78 Cullen Avenue
Islip, NY 11751
Attn: Deanna Ocampo

Delta Mu Delta
3730 Grand Boulevard
Brookfield, IL 60513-1624

Doherty, Enterprises, Inc.
7 Pearl Court
Allendale, NJ 07401

SBK/2313930.1/066648

Elinor Brunswick Appel
85 Windham Road
Rockville Centre, NY 11570

Elsevier BV
c/o Elsevier O2C
POB 1270
1000 BG Amsterdam
The Netherlands

Expense Reduction Analysts
Addison Tower
16415 Addison Road
Addison, TX 75001
Attn: Dianna Ludlow-Arreola

Gayle M. Balmuth
13 Marjon Avenue
Scotia, NY 12302

Geeta Persad
55 Palm Street
Central Islip, NY 11722

Grammy Enterprises LLC
c/o Reisman Peirez Reisman & Capobianco LLP
1305 Franklin Avenue
PO Box 119
Garden City, NY 11530
Attn: JC

Hartford Fire Insurance Company
Hartford Plaza
Bankruptcy Unit NP-3
Hartford, CT 06155

Hobsons Inc
c/o Taft Stettinius & Hollister LLP
425 Walnut Street #1800
Cincinnati, OH 45202
Attn: Casey Cantrell Swartz

Joseph Economico
49 Clayton Boulevard, Apt. 121
Baldwin Place, NY 10505

Laser Performance Products, Inc.
44 W. Jefryn Boulevard, Ste. N
Deer Park, NY 11729

SBK/2313930.1/066648

Local 153 Pension Plan
1300 East Ninth Street, Suite 616
Cleveland, Ohio 44114-1503
Attn: David M. Fusco

Maryann Caputo
1 Wateredge Court
Oakdale, NY 11769

Mike Caldarella
108 Kemah-Mecca Lake Road
Newton, NJ 07860

National Union Fire Insurance Company
175 Water Street, 15th Floor
New York, NY 10038

Platinum Energy LLC
266 Bangor Street
Lindenhurst, NY 11757
Attn: Justin Schwartz

Robert Elkins
139 Richmond Avenue
Medford, NY 11763

Robert Moccia
208-04 Robert Road
Bayside, NY 11360

Royal Star Associates, Inc.
c/o Phillips, Artura & Cox
165 South Wellwood Avenue
Lindenhurst, NY 11757

Skyrush Marketing
PO Box 354
Yaphank, NY 11980

Smart Power Inc
829 Lincoln Avenue
Bohemia, NY 11716

Steven Murray
34 Lakewood Road
Lake Ronkonkoma, NY 11779

The Hartford
PO Box 660916
Dallas, TX 75266

SBK/2313930.1/066648

United States Department of Education
400 Maryland Avenue SW, Ste. 6E215
Washington, DC 20202
Attn: Natasha Varnovitsky

Westchester Journal News Acct
c/o Law Dept.
7950 Jones Branch Drive
McLean, VA 22107
Attn: Kathleen Hennessey-Gannett

SBK/2313930.1/066648