**In re: Dowling College**
**Trustee's Third Omnibus Objection to Claims**

# Exhibit A

| Seq. No. | Claim No. | Creditor's Name and Address | Amount Claimed | Alleged Basis for Claim |
|---|---|---|---|---|
| 1 | 351 | Alex Napper<br>4 Dundee Court<br>Marlboro, NJ 07746-1758 | $27,000.00 | Repayment of student loans. |
| 2 | 442 | Alexandros Roditis<br>31 Pickwick Drive<br>Commack, NY 11725 | $26,316.67 | Repayment of student loans. |
| 3 | 340 | Alissa Visco<br>316 Revilo Avenue<br>Shirley, NY 11967 | $14,500.00 | Repayment of student loans. |
| 4 | 462 | Aliyah McDonald<br>22 Saunders Lane<br>Hackettstown, NJ 07840 | Unliquidated | Claim lacks basis for claim and documentation. |
| 5 | 180 | Angel Rodriguez<br>4219 Troutbrook Drive<br>Dublin, OH 43017-5238 | $59,268.46 | Repayment of student loans. |
| 6 | 463 | Angelina Lee<br>1 Seneca Court<br>Dix Hills, NY 11746 | $7,290.00 | Reimbursement for tuition paid to Debtor. |
| 7 | 266 | Angelina Rocchio<br>PO Box 154<br>Ridge, NY 11961-0154 | $98,399.61 | Repayment of student loans. |
| 8 | 779 | Angie L. Martinez<br>334 Brentwood Parkway<br>Brentwood, NY 11717 | $92,426.60 | Repayment of student loans. |
| 9 | 438 | Ann Mogil<br>195 Oakland Avenue<br>Miller Place, NY 11764 | $140,000.00 | Repayment of student loans and repayment of amounts paid to Debtor for courses taken and for which the student's successor educational institution refused to accept credits awarded by Dowling for such courses. No documentation provided to support claim. |
| 10 | 292 | Annmarie Skula<br>11 Blue Road<br>Rocky Point, NY 11778 | $11,168.00 | Claim lacks basis for claim and documentation. |
| 11 | 212 | Anthony Foli<br>170 Meco Road<br>Easton, PA 18040 | $7,181.00 | Reimbursement of amounts paid to complete education at student's successor educational institution and repayment of amounts paid to Debtor for courses taken by a student at Debtor and for which the student's successor educational institution refused to accept credits awarded by Dowling for |

**In re: Dowling College**
**Trustee's Third Omnibus Objection to Claims**

# Exhibit A

| Seq. No. | Claim No. | Creditor's Name and Address | Amount Claimed | Alleged Basis for Claim |
|---|---|---|---|---|
| | | | | such courses. |
| 12 | 445 | Anthony George<br>3885 Keily Drive<br>Seaford, NY 11783 | $40,319.00 | Reimbursement of amounts paid to complete education at student's successor educational institution and repayment of amounts paid to Debtor for courses taken by a student at Debtor and for which the student's successor educational institution refused to accept credits awarded by Dowling for such courses. |
| 13 | 161 | Anthony Guevara<br>2712 Chestnut Avenue<br>Ronkonkoma, NY 11779 | $7,275.00 | Claim lacks basis for claim and documentation. |
| 14 | 246 | Anthony Ketterer<br>2380 Julia Goldbach Avenue<br>Ronkonkoma, NY 11779 | $43,717.00 | Reimbursement of amounts paid to complete education at student's successor educational institution and repayment of amounts paid to Debtor for courses taken by a student at Debtor and for which the student's successor educational institution refused to accept credits awarded by Dowling for such courses. |
| 15 | 431 | Anthony Vincenzo Monzon-Zaikowski<br>PO Box 17<br>Patchogue, NY 11772-0017 | $31,854.00 | Reimbursement of amounts paid to complete education at student's successor educational institution and repayment of amounts paid to Debtor for courses taken by a student at Debtor and for which the student's successor educational institution refused to accept credits awarded by Dowling for such courses. |
| 16 | 291 | Antonio Agarwal<br>23 6th Street<br>Garden City Park, NY 11040 | $128,996.00 | Repayment of student loans. |
| 17 | 496 | Ariel Lavalle<br>224 Gerard Road<br>Yaphank, NY 11980 | $2,000.00 | Reimbursement for tuition and unspecified items left at the school. Claim lacks supporting documentation. |
| 18 | 224 | Brittany O'Neill | $6,519.98 | Repayment of student loans. |

**In re: Dowling College**
**Trustee's Third Omnibus Objection to Claims**

# Exhibit A

| Seq. No. | Claim No. | Creditor's Name and Address | Amount Claimed | Alleged Basis for Claim |
|---|---|---|---|---|
| | | 180 Canterbury Drive Ridge, NY 11961 | | |
| 19 | 272 | Camella Femoyer 35 Bedford Avenue Port Jefferson Station, NY 11776 | $33,360.00 | Reimbursement of amounts paid to complete education at student's successor educational institution. |
| 20 | 217 | Carl Allman 1901 Wetterhorn Court Frederick, MD 21702-3419 | $30,852.00 | Claim basis stated as "services performed," but appears to seek reimbursement for tuition paid to Dowling. |
| 21 | 201 | Chelsi R. Somwar 14319 243rd Street #2 Rosedale, NY 11422-2309 | $14,956.72 | Repayment of student loans. |
| 22 | 454 | Christian Dular 41 Avolet Court Mount Sinai, NY 11766 | $21,500.00 | Claim lacks basis for claim and documentation. |
| 23 | 420 | Christian Tessitore 2041 Pine Street Baldwin, NY 11510 | $55,000.00 | Repayment of parent's loans and reimbursement of amounts paid to complete education at student's successor educational institution. Claim lacks documentation. |
| 24 | 392 | Christine Locher 27 Meadow Lane Amityville, NY 11701 | $7,000.00 | Repayment of student loans. |
| 25 | 307 | Christopher Friedl 11 Kool Place Port Jefferson Station, NY 11776 | $16,330.00 | Repayment of student loans. |
| 26 | 239 | Courtney Whalley 192 Edmunton Drive D1 North Babylon, NY 11703 | $35,991.65 | Repayment of student loans. |
| 27 | 237 | Dallas Cardone 2312 Sound Avenue Baiting Hollow, NY 11933 | $15,149.89 | Claim alleges that credits earned were not "valid" or transferrable; appears to seek repayment of student loans. |
| 28 | 158 | Daniel Hernandez 70-56 174th Street Fresh Meadows, NY 11365 | $11,619.00 | Claim lacks basis for claim and documentation. |
| 29 | 444 | David D. Byer-Tyre 205 W 121st Street, Apt. 3 New York, NY 10027 | $49,460.00 | Repayment of student loans and tuition paid to Debtor. |
| 30 | 439 | David Deterville 571 Easter Parkway, Apt. 4D | $25,939.42 | Repayment of student loans. |

3

**In re: Dowling College**
**Trustee's Third Omnibus Objection to Claims**

## Exhibit A

| Seq. No. | Claim No. | Creditor's Name and Address | Amount Claimed | Alleged Basis for Claim |
|---|---|---|---|---|
| | | Brooklyn, NY 11216 | | |
| 31 | 403 | Desiree Pisano<br>360 Sand Lane<br>Staten Island, NY 10305 | Unliquidated | Repayment for student loans, travel, textbooks. |
| 32 | 479 | Dominick Barbato<br>261 Oceanside Street<br>Islip Terrace, NY 11752 | $5,000.00 | Repayment of amounts paid to Debtor for courses taken for which the student's successor educational institution refused to accept credits. Claim lacks documentation. |
| 33 | 143 | Emelyn Guzman<br>239 West 14th Street<br>Deer Park, NY 11729 | $25,278.50 | Repayment of student loans. |
| 34 | 257 | Emily McGowan<br>22 Katherine Place<br>Oakdale, NY 11769 | $14,550.00 | Repayment of student loans. |
| 35 | 435 | Fatima M. Calle<br>46 38th Street<br>Islip, NY 11751 | $27,783.00 | Claim lacks basis for claim and documentation. |
| 36 | 471 | Francis D'Orazi<br>17 Heidi Lane<br>Mt Sinai, NY 11766 | $6,000.00 | Repayment of student loans. |
| 37 | 119 | Francis H. Romanitch<br>176 Mayhew Avenue<br>Babylon, NY 11702 | $50,000.00 | Reimbursement for courses taken at the college. |
| 38 | 476 | Garrett Krizan<br>1161 Old Town Road<br>Coram, NY 11733 | Unliquidated | Claim lacks basis for claim and documentation. |
| 39 | 114 | Gina Marie Napoli<br>32 Lakeland Avenue<br>Babylon, NY 11702 | $14,550.00 | Repayment of student loans. |
| 40 | 199 | Hope-Ann Johnson<br>3 Picket Lane<br>Centereach, NY 11720 | $5,885.89 | Repayment of student loans. |
| 41 | 251 | Jacob Maccagli<br>7 Cheemaun Trail<br>Ridge, NY 11961 | Unliquidated | Repayment of student loans. |
| 42 | 424 | James Kilincoglu<br>44 Lake Terrace Road<br>Ronkonkoma, NY 11779 | $16,663.88 | Repayment of student loans. |
| 43 | 453 | James McEntee<br>1774 Edwards Avenue<br>Calverton, NY 11933 | $12,324.00 | Repayment of student loans. |
| 44 | 416 | Je'Niece Gallishaw<br>8059 Beacon Hill Circle<br>Liverpool, NY 13090 | $25,786.47 | Repayment of student loans. |

**In re: Dowling College**
**Trustee's Third Omnibus Objection to Claims**

## Exhibit A

| Seq. No. | Claim No. | Creditor's Name and Address | Amount Claimed | Alleged Basis for Claim |
|---|---|---|---|---|
| 45 | 350 | Jennifer Gumbs<br>1711 Randall Avenue, Apt. 1B<br>Bronx, NY 10473 | $116,829.56 | Repayment of student loans. |
| 46 | 386 | Jennifer L. Lenzi<br>29 Dodd Road<br>Sandisfield, MA 01255 | $20,000.00 | Repayment of amounts paid to Debtor for courses taken and for which the student's successor educational institution refused to accept credits awarded by Dowling for such courses. |
| 47 | 401 | Jianbin Zhang<br>20 Montauk Boulevard<br>Oakdale, NY 11769 | $30,000.00 | Claim lacks basis for claim and documentation. |
| 48 | 412 | Joel Oluwasegun<br>112 Clark Street<br>Hillside, NJ 07205 | $130,500.00 | Reimbursement for tuition paid to Debtor. |
| 49 | 197 | John F. Femoyer<br>35 Bedford Avenue<br>Port Jefferson Station, NY 11776 | $12,987.00 | Reimbursement of amounts paid to complete education at student's successor educational institution and repayment of amounts paid to Debtor for courses taken and for which the student's successor educational institution refused to accept credits awarded by Dowling for such courses. |
| 50 | 126 | Jordan James Zanfardino Beavers<br>134 Saddle Lane<br>Levittown, NY 11756 | $36,000.00 | Reimbursement for tuition paid to Debtor. |
| 51 | 216 | Jordan Wolford<br>529 Allemong Road<br>Berkeley Springs, WV 25411 | $14,550.00 | Reimbursement for tuition paid to Debtor. |
| 52 | 478 | Joseph Barbato<br>261 Oceanside Street<br>Islip Terrace, NY 11752 | $45,000.00 | Repayment of student loans and repayment of amounts paid to Debtor for courses taken and for which student's successor educational institution refused to accept credits awarded by Debtor for such courses |
| 53 | 782 | Justine DeLuca<br>767 Milligan Lane<br>West Islip, NY 11795 | $100,000.00 | Reimbursement for tuition paid to Debtor. |
| 54 | 459 | Kamishea Callender<br>102 Decatur Street | $24,000.00 | Repayment of student loans. |

**In re: Dowling College**
**Trustee's Third Omnibus Objection to Claims**

# Exhibit A

| Seq. No. | Claim No. | Creditor's Name and Address | Amount Claimed | Alleged Basis for Claim |
|---|---|---|---|---|
| | | Roosevelt, NY 11575 | | |
| 55 | 461 | Karie Znaniecki<br>49 Champlain Street<br>Port Jefferson Station, NY 11776 | Unliquidated | Reimbursement for tuition paid to Debtor. |
| 56 | 163 | Karrie Schaubroeck<br>22 Dale Avenue<br>Quincy, MA 02169 | $6,000.00 | Reimbursement for tuition paid to Debtor. |
| 57 | 489 | Katyryna Mutlos<br>241 Verona Parkway<br>Lindenhurst, NY 11757 | $4,000.00 | Claim lacks basis for claim and documentation. |
| 58 | 379 | Kemberly Fleurinay<br>26 South 24th Street<br>Wyandanch, NY 11798 | Unliquidated | Claim lacks basis for claim and documentation. |
| 59 | 243 | Kimberly Spiciarich<br>10 Daphne Place<br>Smithtown, NY 11787 | $17,243.85 | Repayment of student loans. |
| 60 | 490 | Kris M. Lantz<br>5545 Brightwood Road<br>Bethel Park, PA 15102 | $60,905.03 | Repayment of student loans. |
| 61 | 275 | Kristen Connolly<br>21 Indian Head Road 26<br>Kings Park, NY 11754 | $38,711.95 | Repayment of student loans. |
| 62 | 385 | Kyle Teixeira<br>1052 Old Town Road<br>Coram, NY 11727 | $47,215.32 | Repayment of student loans, reimbursement of amounts paid to complete education at student's successor educational institution, and repayment of tuition paid to Debtor. |
| 63 | 378 | Lance Swan and Charles Swan<br>7 Elm Street<br>Patchogue, NY 11772 | $24,000.00 | Repayment of student loans. |
| 64 | 207 | Leo Murillo<br>27 First Street<br>Syosset, NY 11791 | $46,900.00 | Reimbursement for tuition paid to Debtor. |
| 65 | 195 | Lesmine Lewis<br>5732 Tuscany Way<br>Tamarac, FL 33321 | $2,400.00 | Reimbursement for tuition paid to Debtor. |
| 66 | 475 | Libra Venable<br>4859 W Slauson #110<br>Los Angeles, CA 90056 | $8,226.00 | Repayment of student loans. |
| 67 | 474 | Luther I. Jackson<br>PO Box 741492<br>New Orleans, LA 70174-0492 | $12,000.00 | Repayment of student loans. |

**In re: Dowling College**
**Trustee's Third Omnibus Objection to Claims**

## Exhibit A

| Seq. No. | Claim No. | Creditor's Name and Address | Amount Claimed | Alleged Basis for Claim |
|---|---|---|---|---|
| 68 | 486 | Maggie McCaffrey<br>138 Hamilton Avenue<br>Massapequa, NY 11758 | Unliquidated | Claim lacks basis for claim and documentation. |
| 69 | 400 | Matthew Newman<br>754 Truman Avenue<br>East Meadow, NY 11554 | $15,300.00 | Claim lacks basis for claim. |
| 70 | 308 | Michael Friedl<br>11 Kool Place<br>Port Jefferson Station, NY 11776 | $39,769.00 | Repayment of student loans and repayment of tuition paid to Debtor. |
| 71 | 433 | Michele N. Rex<br>26 Wyandotte Lane<br>East Islip, NY 11730 | $10,877.55 | Repayment of amounts paid to Debtor for courses taken by student at Debtor and for which student's successor educational institution refused to accept credits awarded by Debtor for such courses. |
| 72 | 464 | Michele Pacella<br>24 Babylon Street<br>Mastic, NY 11950 | $19,000.00 | Claim lacks basis for claim and documentation. |
| 73 | 374 | Michelle Cagliano<br>185 Park Avenue<br>Shirley, NY 11967 | $36,751.00 | Repayment of student loans. |
| 74 | 166 | Mohammed H. Uddin<br>20 Somerset Street<br>Huntington Station, NY 11746 | $43,000.00 | Repayment of tuition. |
| 75 | 170 | Myles Lupia<br>2630 Harrison Avenue<br>Baldwin, NY 11510 | $50,000.00 | Repayment of student loans. |
| 76 | 215 | Nicholas Verbeeck<br>10 Miller Lane<br>Mastic Beach, NY 11951 | $16,000.00 | Repayment of student loans and textbooks. |
| 77 | 422 | Nicole Famighetti<br>55 West 15th Street<br>Deer Park, NY 11729 | $7,000.00 | Repayment of student loans. |
| 78 | 284 | Peter Esposito<br>14 Beach Road<br>Port Jefferson, NY 11777 | $52,439.12 | Reimbursement of amounts paid to complete education at student's successor educational institution and repayment of amounts paid to Debtor for courses taken and for which the student's successor educational institution refused to accept credits awarded by Dowling for such courses. |

**In re: Dowling College**
**Trustee's Third Omnibus Objection to Claims**

# Exhibit A

| Seq. No. | Claim No. | Creditor's Name and Address | Amount Claimed | Alleged Basis for Claim |
|---|---|---|---|---|
| 79 | 202 | Rachelann Yetim<br>61 McKee Street<br>Floral Park, NY 11001 | Unliquidated | Repayment of student loans. |
| 80 | 432 | Racqurine A. Alford<br>82 Rose Lane<br>Medford, NY 11763 | $20,000.00 | Repayment of tuition paid to Debtor. |
| 81 | 342 | Robert J. Costanzo<br>197 Lillian Road<br>Nesconset, NY 11767 | $16,376.27 | Reimbursement for tuition paid to Debtor and reimbursement for $14.46 co-pay for medical visit. |
| 82 | 499 | Robert Munoz<br>16 Pilgrim Road<br>Brentwood, NY 11717 | $0.00 | Repayment of student loans. |
| 83 | 366 | Robert Rose<br>37 Calvert Avenue<br>Commack, NY 11725 | $61,000.00 | Repayment of student loans. |
| 84 | 193 | Samantha Burke<br>391 Silver Street<br>West Babylon, NY 11703 | $10,861.70 | Repayment of student loans. |
| 85 | 460 | Samer Ali<br>62 N. 17th Street<br>Wyandanch, NY 11798 | $50,500.00 | Repayment of student loans. |
| 86 | 801 | Shakir Lavergne<br>74 Chestnut Street<br>Brentwood, NY 11717 | $4,080.00 | Repayment of student loans and loss of ability to walk in graduation ceremony. |
| 87 | 493 | Shantrail Morris<br>2019 Finsbury Cove<br>Cordova, TN 30816 | $5,000.00 | Claim lacks basis for claim and documentation. |
| 88 | 339 | Sharon Parkton<br>320 Broadway Apt. 3<br>Bethpage, NY 11714 | $32,965.00 | Repayment of amounts paid to Debtor for courses taken and for which student's successor educational institution refused to accept credits awarded by Debtor for such courses. |
| 89 | 419 | Sheba Samuel<br>39 Prince Street<br>New Hyde Park, NY 11040 | $7,090.00 | Repayment of tuition paid to Debtor. |
| 90 | 200 | Sherill A. Spruill<br>8 Berrywood Court<br>Bay Shore, NY 11706 | $4,080.00 | Repayment of student loans and loss of ability to walk in graduation ceremony. |
| 91 | 137 | Shukranie Bashar<br>126 Country Village Lane<br>East Islip, NY 11730 | $29,280.00 | Claim lacks basis for claim and documentation. |
| 92 | 410 | Stephanie Patrice Thomas<br>59 Offaly Street<br>Amityville, NY 11701 | $28,305.00 | Compensatory damages for inability to attend cancelled graduation ceremony and |

**In re: Dowling College**
**Trustee's Third Omnibus Objection to Claims**

# Exhibit A

| Seq. No. | Claim No. | Creditor's Name and Address | Amount Claimed | Alleged Basis for Claim |
|---|---|---|---|---|
| | | | | doctoral dinner. |
| 93 | 427 | Taryn Boyle<br>285 Grundy Avenue<br>Sayville, NY 11782 | Unliquidated | Repayment of student loans. |
| 94 | 141 | Theresa Cardello<br>343 Seward Street<br>West Babylon, NY 11704 | $12,000.00 | Loss of scholarship and repayment of amounts paid to Debtor for courses taken by student at Debtor and for which student's successor educational institution refused to accept credits awarded by Debtor for such courses. |
| 95 | 223 | Thomas Wolf<br>118 Jerusalem Hollow Road<br>Manorville, NY 11949 | $25,117.43 | Repayment of student loans. |
| 96 | 389 | Timothy Going<br>111 Geneva Street<br>Bay Shore, NY 11706 | $9,572.00 | Repayment of amounts paid to Debtor for courses taken and for which student's successor educational institution refused to accept credits awarded by Debtor for such courses. |
| 97 | 364 | Tyla Pinkney<br>18 Oak Ridge Drive<br>Windsor Locks, CT 06096 | $109,703.46 | Repayment of student loans. |
| 98 | 417 | Unique Johnson<br>17 E Croton Drove<br>Lake Carmel, NY 10512 | Unliquidated | Claim lacks basis for claim and documentation. |
| 99 | 387 | Valeria Aucapina<br>37-68 97th Street, Apt. 5A<br>Corona, NY 11368 | Unliquidated | Basis for claim states "legal action against school." Claim lacks documentation. |
| 100 | 470 | Vincent Orlando<br>1396 Luddington Road<br>East Meadow, NY 11554 | $20,000.00 | Claim lacks basis for claim and documentation. |
| 101 | 803 | Vladislav Tsalko<br>102 Jerome Road, Apt. 1<br>Staten Island, NY 10305 | $42,000.00 | Repayment of student loans. |
| 102 | 81 | William Brooking<br>1013 Broadway<br>Rensselaer, NY 12144-1917 | $9,847.00 | Repayment of student loans |
| 103 | 359 | William P. Tartaglia Jr.<br>794 Canal Road<br>Mount Sinai, NY 11766 | $42,732.00 | Reimbursement of amounts paid to complete education at student's successor educational institution, repayment of amounts paid to Debtor for |

**In re: Dowling College**
**Trustee's Third Omnibus Objection to Claims**

# Exhibit A

| Seq. No. | Claim No. | Creditor's Name and Address | Amount Claimed | Alleged Basis for Claim |
|---|---|---|---|---|
| | | | | courses taken and for which the student's successor educational institution refused to accept credits awarded by Dowling for such courses, and loss of student's potential income due to delayed graduation. |
| 104 | 376 | William Palma
124-06 Hillside Avenue, Apt. A2
Richmond Hill, NY 11418 | $131,854.00 | Claim lacks basis for claim and documentation. |
| 105 | 149 | Woodley Gesse
67 Roosevelt Avenue
West Orange, NJ 07052-2337 | Unliquidated | Repayment of amounts paid to Debtor for courses taken and for which the student's successor educational institution refused to accept credits awarded by Dowling for such courses. |