CLIFFORD W RUSHING | Account Ending | p 4/11

## Detail Continued

| | | Amount |
|---|---|---|
| 07/14/16 | SNAPPY'S 509<br>DUBOIS PA<br>814-142-1190<br>Description<br>AUTOMATED FUEL PUMP | $28.30 |
| 07/14/16 | ANGRY BULL<br>HURON OH<br>419-433-2931 | $119.30 |
| 07/11/16 | HAMPTON INN<br>BOWLING GREEN OH<br>Arrival Date     Departure Date<br>07/13/16          07/14/16<br>00000000 | $197.68 |
| | CUPERTINO CA<br>APPLE ONLINE STORES | |
| | SEATTLE WA<br>800-556-7502<br>Description<br>APPAREL HSWRS/ACC | |
| | EASTON PA<br>4847747631<br>Description<br>REFER TO RECEIPT | |
| | EASTON PA<br>610-438-6026<br>Description<br>FOOD/BEVERAGE | |

## Fees

| | Amount |
|---|---|
| Use Membership Rewards Points toward your annual membership fee.<br>Visit www.membershiprewards.com/cardfees to learn more. | |
| **Total Fees for this Period** | |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called trailing interest. Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

Continued on next page



## Detail Continued

Account Endi

p. 4/7

EASTON        PA
800-654-0688

Amount

PALMER        PA
8004449292

BETHLEHEM    PA
6108824070
Description
REFER TO RECEIPT

RNCHO CORDOVA
866-261-4275

08/30/16   BGSU E-COMMERCE PYMT-0383
BOWLING GREEN    OH
419-372-76231
Description
TUITION/FEES                                                    $58.00

*travel expenses college* (handwritten)

Amount

### Food

### Total Fees for this Period

Amount

### Interest Charged

$0.00

### Total Interest Charged for this Period

Amount

$0.00

## About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "Trailing Interest." Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

Continued on next page

Why pay m
E-ZPass sai

Available at ohioturnpike.org
all Ohio Turnpike Service Plaz:

OHIO TURNPIKE
www.ohioturnpike.org
14-Jul-16

Entry 218
  Time 22:09
Exit  064
 Lane 06
  Time 00:28
Class 01   Axles 02
Collector# 100236
Payment:
  Cash
  Toll Due $ 11.50
  Paid     $ 11.50
  Bal Due  $  0.00

Why pay more for tolls?
E-ZPass saves you 33% on avg!

: ohioturnpike.org &
npike Service Plazas.

e for tolls?
you 33% on avg!

OHIO TURNPIKE
www.ohioturnpike.org
14-Jul-16

Entry 145
  Time 18:56
Exit  218
 Lane 09
  Time 20:00
Class 01   Axles 02
Collector# 100823
Payment:
  Cash
  Toll Due $  5.50
  Paid     $  5.50
  Bal Due  $  0.00

OHIO TURNPIKE
www.ohioturnpike.org
14-Jul-16

Entry 064
  Time 16:08
Exit  135
 Lane 03
  Time 17:11
Class 01 Axles 02
Payment:
  Cash
  Toll Due $  5.25
  Paid     $  5.25
  Bal Due  $  0.00

Why pay more for tolls?
E-ZPass saves you 33% on avg!

lable at ohioturnpike.org &
hio Turnpike Service Plazas.



Toll
Both
travel
Expenses

HURON, OHIO
419-433-2933

Server: Kim                   DOB: 07/14/2016
06:11 PM                           07/14/2016
Table 13/1                           2/20004

SALE

AMEX                              2097157
Card #XXXXXXXXXXX2003
Magnetic card present: RUSHING CLIFFORD W
Card Entry Method:  S

Approval: 643422

        Amount:        $ 94.70

         + Tip: _____

         = Total: _____

     I agree to pay the above
   total amount according to the
        card issuer agreement.

X_____ _____

    Thank you for dining with us.
     Please come visit again.

# ANGRY BULL

### STEAK HOUSE, INC.

HURON, OHIO
419-433-2933

Server: Kim                   07/14/2016
Table 13/1                      6:08 PM
Guests: 4                       20004

Iced Tea                          2.25
Lemonade (2 @2.25)                4.50
8oz sirloin                      19.99
   Hash Browns
   ONIONS
   CHEESE
Prime Rib Light (2 @22.99)       45.98
Chicken Alfredo                  15.99

Subtotal                         88.71
Tax                               5.99

Total                            94.70

Balance Due        94.70

    Thank you for dining with us.
     Please come visit again.

Food
Expenses

```
--------------------------------
===== SUREPOS ACE Summary Receipt ====
Purchased from store 168

Value Card Activation: Approved
Value Card: TGIF                  25.00
Card Number: ××××××××××××××6582
REF #: 437910578
AUTH #: 002500


06/10/15 09:57am 168 204 39 228
--------------------------------
```



PRESS FIRMLY TO SEAL

USPS TRACKING NUMBER

9505 5164 9831 7046 0205 66

★ MAIL ★

DATE OF DELIVERY SPECIFIED *

USPS TRACKING™ INCLUDED *

INSURANCE INCLUDED *

PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

Expected Delivery Day: 02/17/2017

CPU

U.S. POSTAGE
$6.65
PRFL                    0006
Orig: 18040
Dest: 43017
02/15/17
1081988
R2305P150229

06    2S

FROM:
Fali
170 Mnelo Rd
Easton PA 18040

TO:
Dowling Case Administration
C/o GCG
P.O. Box 10342
Dublin, Ohio

# CLAIM NO. 445

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**\* P - D C O - P O C / 1 \***

Your Claim is Scheduled As Follows:

IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim
Official Form 410

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

## Part 1:  Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | **ANTHONY GEORGE**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? <br><br>**ANTHONY GEORGE**<br>Name<br>**3885 KEILY DR**<br>Number      Street<br>**SEAFORD, NY 11783**<br>City          State          ZIP Code<br><br>Contact phone **(516) 221-3548**<br><br>Contact email **GALAJ@VERIZON.NET** | Where should payments to the creditor be sent? (if different)<br><br>_____<br>Name<br>_____<br>Number      Street<br>_____<br>City          State          ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. | Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____<br>MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proo of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ | |

*Modified Official Form 410  (GCG 5/16)

page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| 6. | **Do you have any number you use to identify the debtor?** | ✓ No |
|---|---|---|
| | | Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____ |

| 7. | **How much is the claim?** | $ __40,319.00__ . | **Does this amount include interest or other charges?** |
|---|---|---|---|
| | | | ✓ No |
| | | | Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. |
|---|---|---|
| | | Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). |
| | | Limit disclosing information that is entitled to privacy, such as health care information. |
| | | I paid tuition for credits that are not transferrable toward the same degree at any other college. |

| 9. | **Is all or part of the claim secured?** | ✓ No |
|---|---|---|
| | | Yes. The claim is secured by a lien on property. |

**Nature of property:**
Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
Motor vehicle
Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.

Value of property:                              $_____
Amount of the claim that is secured:    $ 0.00
Amount of the claim that is unsecured: $ 40,319.00   (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____
Fixed
Variable

| 10. | **Is this claim based on a lease?** | ✓ No |
|---|---|---|
| | | Yes. Amount necessary to cure any default as of the date of the petition. $_____ |

| 11. | **Is this claim subject to a right of setoff?** | ✓ No |
|---|---|---|
| | | Yes. Identify the property: _____ |

| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ✓ No | |
|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | Yes. *Check all that apply:* | **Amount entitled to priority** |

| | | |
|---|---|---|
| Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5). | | $_____ |
| Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

**Part 3:**  **Sign Below**

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).** | Check the appropriate box: |
| | 4  I am the creditor. |
| If you file this clai electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. |   I am the creditor's attorney or authorized agent. |
| |   I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. |
| |   I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03/20/2017
                MM / DD / YYYY

         Anthony George

Signature

**Print the name of the person who is completing and signing this claim:**

| Name | **Anthony George** | | |
|---|---|---|---|
| | First name | Middle name | Last name |

| Title | |
|---|---|
| | |

| Company | **Mr.** |
|---|---|
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |

| Address | **3885 Keily Drive** |
|---|---|
| | Number        Street |
| | **SEAFORD, NY 11783** |
| | City                 State                 ZIP Code |

| Contact phone | **(516) 221-3548** | Email | galaj@verizon.net |
|---|---|---|---|

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Claim # 445      Electronically Filed: 03/20/2017

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of Redaction of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confident al information both in the claim and in the attached documents.

- A Proof of Claim form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child s initials and the full name and address of the child s parent or guardian. For example, write A.B., a minor child (John Doe, parent, 123 Main St., City, State). See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your Proof of Claim form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

Administrative expense: Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

Claim: A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

Creditor: A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

Debtor: A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

Evidence of perfection: Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

Information that is entitled to privacy: A Proof of Claim form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

Priority claim: A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

Proof of claim: A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

Redaction of information: Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.

Secured claim under 11 U.S.C. §506(a): A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

Setoff: Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

Uniform claim identifier: An optional 24-character identifier that some creditors use to facilitate electronic payment.

Unsecured claim: A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

Display of Proof of Claim on Case Administration Website: As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

To Whom It May Concern,

This letter is being submitted to provide an explanation of the supporting documentation for the claim. I was a student at Dowling College. I completed three years of study there, earning 103 credits of the 128 needed to complete the Undergraduate Degree of BS in Aviation Management. There were specific degree requirements that had to be completed, unique to Dowling College. When Dowling closed, these credits were NOT part of the required curriculum at other colleges/universities that offer the same undergraduate degree. Thus, the credits CANNOT be used toward a degree at another institution, and I must comply with the other institution's degree requirements to earn my degree. Therefore, the money spent toward attaining credits at Dowling was wasted, as well as the time earning them.

Dowling College was one of the few colleges across the US that offered the Air Traffic Control Program, AT-CTI, which was approved by the FAA, in accordance with their standards for hiring Air Traffic Controllers. I researched many of the other schools offering the AT-CTI Program, and NONE of the institutions would honor Dowling's degree requirements and allow me to finish the degree I began. I am now being forced to complete the new college's degree requirements, and even though IT IS THE SAME UNDERGRADUATE DEGREE, it will take THREE years to complete!

Since Dowling College did not fulfill its obligation by issuing credits that would be usable toward this degree, or provide a reasonable method to complete the degree I began at Dowling (through a "Teach-Out Program that would have allowed me to finish the Dowling Degree at another college), Dowling is in Breach of Contract. In addition, the institution is guilty of Promissory Estoppal, and Unjust Enrichment. My tuition was given to them in exchange for credits toward a degree. Since the credits cannot be used toward my degree, I am entitled to a refund. Quite frankly, I am not even sure how to calculate the additional damages for my lost time, considering the extra YEARS of my life that will be spent to earn my undergraduate degree.

I fulfilled my end of the contract; I paid my tuition, registered for classes specified in the degree requirement curriculum, attended classes, and received passing grades. I had a reasonable expectation that I would be able to receive my degree.

I have attached supporting documentation, the paid tuition bills, totaling $40,319., as follows:

| Semester | Tuition Paid | |
|----------|--------------|---|
| Fall 2013 | $8720 | |
| Spring 2014 | $6880 | |
| Fall 2014 | $4160 | ($3276 and $884 deposit) |
| Spring 2015 | $9610 | |
| Fall 2015 | $6089 | |
| Spring 2016 | $4860 | |
| | $40319 | |
| | ====== | |

Please contact me with any questions regarding this supporting documentation.

Thank you,

Anthony J. George

06/05/2013

Dowling College
STUDENT SCHEDULE/BILL
Fall 2013(201309)

| CRN | SUBJ | CRSE | COURSE TITLE | LV |
|-----|------|------|--------------|-----|
| 90286 | ENG | 1001A | Principles of Writin | 01 |
| 90700 | AER | 1001N | General Aeronautics | 01 |
| 90738 | MTH | 1002A | Fund of Mathematics | 01 |
| 91228 | AER | 1003N | Aviation Weather | 01 |
| 92620 | FYE | 1061A | On War | 01 |

| ============== CHARGES ============= | | ==== CREDITS/ANTICIPATED CREDITS ==== | |
|---|---|---|---|
| College Fee | 590.00 | Tuition Deposit Check | 225.00 |
| Health Services Fee | 100.00 | NYS Tuition Assistance (TAP) | 250.00 |
| Student Activity Fee | 75.00 | UG Academic Honor Scholarship | 5000.00 |
| Technology Fee | 135.00 | | |
| Undergraduate Tuition | 13295.00 | | |

================================================================
1. Go to http://bannerweb.edu to pay by credit or debit card.
This is your Fall 2013 Tuition bill. Payment is due July 30, 2013.
Methods of Payment are as follows:
1. Go to http://bannerweb.dowling.edu to pay by credit or debit card.
2. Mail payment to Dowling College at 150 Idle Hour Boulevard, Oakdale
N.Y. 11769
3. Pay in person at The Office of the Bursar located in Fortunoff Hall
Room 101. The Bursar hours of operation are: Monday 8am - 5:00pm
Tuesday through Friday 8am - 5pm.
Your Financial Aid is an ESTIMATE and subject to change.  If your
Financial Aid paperwork is not submitted, you will be responsible for
payment of full TUITION & FEES,
If you have any questions, email bursar@dowling.edu or call the
Office of the Bursar at 631-244-3013.  This bill is confirmation
of your registration.
================================================================

_Reg w sec seperate_          _244-3013_

_www_          _-18⁰⁰_

_555, 6⁰¹_          _Sent_

Mr. Anthony George
Student ID: 900586635
Campus: 1
Total Current Term Charges: 14195.00
Total Current Term Credits: 5475.00

Previous/Other Term Balance: 0.00
Current Term Balance: 8720.00
AMOUNT DUE: 8720.00  _6920_
Future Balance: 0.00

------------------- Return Bottom Portion With Payment -------------------

Mr. Anthony George
3885 Keily Dr
Seaford, NY 11783

Student ID: 900586635
Term: 201309
DATE DUE: 30-JUL-2013
AMOUNT DUE: 8720.00

Amount Paid: $_____

14-JUN-2013 16:14:12         Dowling College                 PAGE 1
                       Account Receipt 1019628         TGRRCPT

CASHIER: OROURKEC

Mr.  Anthony George                   ID: 900586635
3885 Keily Dr
Seaford, NY 11783

| CODE | TERM | DESCRIPTION | TRAN DATE | CHARGE | PAYMENT |
|------|------|-------------|-----------|--------|---------|
| PY05 | 201309 | MC Payment - Thank | 14-JUN-13 | | $1,154.00 |
| | | TOTALS | | $.00 | $1,154.00 |


## TUITION REPAYMENT AGREEMENT

Student Name (Please Print): Anthony George
Student ID. Number: 900586635
Dowling E-mail Address: _____ @dowling.edu

Home Street Address: 3 885 Keily Dr
Daytime Telephone Number: 516 221 3542
Evening Telephone Number: _____

City: Secford    State: Ny    Zip Code (+ 4): 11773
Semester/Year: 201402    # of Credits: U    Graduate or Undergraduate: ____    Dorm: X

1. Account Balance $ 14,195.00 Service Charge $ 60.00 = Total Account Balance Due .......................... = $ 14,255.00
2. Estimated Financial Aid* $ _____ + Deposits and Payments $ 7375 = Total Deductions ................... – $ 7,375.00
3. Total Account Balance Due ................................................................................................ = $ 6880.00
4. Payment Received with Repayment Agreement .................................................................. = $ _____
5. Total Repayment Amount (Total Account Balance Due – Payment Received with Repayment Agreement) ......... = $ _____
6. Total Repayment Amount $ 6880.00 Number of Monthly Installments 5 = Monthly Installment Amount* ........ = $ 1376.00

I agree to pay the Monthly Installment Amount each month no later than: 12/3/13  1/3/14  2/3/14  3/3/14  (X____) (initial here)
4/3/14

*All Financial Aid awards are considered estimated and may be subject to change.

| CREDITOR | ANNUAL % RATE (APR) | APPLICATION FEE | AMOUNT FINANCED | TOTAL AMOUNT OF PAYMENTS | |
|----------|---------------------|-----------------|-----------------|--------------------------|--|
| Dowling College | Prime + 3% (SEE REVERSE) | $ 60 | $ 6880 – (LINE #5, ABOVE) | $ 6880 (LINE #5, ABOVE) | (X____) INITIAL HERE |

**Credit Card authorization is required when you enroll in the Monthly Installment Plan.** You are authorizing the College to charge a designated credit card on a monthly basis. Only if payment is not received by the due date(s) indicated on the agreement for the semester will the credit card be charged for the installment amount. Debit Cards with a credit card logo are also accepted. If the College is unable to secure payment when processing this card, the above student account will be charged an additional late fee. The final monthly payment will be charged for the remaining balance on your student account for the semester, whether it is more or less than the agreed-upon installment amount.

I give Dowling College authorization to charge the ❑ MasterCard ❑ Visa ❑ American Express ❑ Discover Credit Card No. ending with the last four digits of:_____ in the amount of the Monthly Installment Amount on or about the stated payment dates, as well as the remaining balance on my student account for the semester for my final monthly payment, whether it is more or less than the agreed-upon installment amount.

Cardholder's Signature:_____ Date:_____

*I have read the Agreement Terms and Conditions on the back of this agreement and understood all provisions associated with this contract. I agree to pay Dowling College the amount(s) due as above set forth. Parent or guardian signature is needed if the student has not reached his or her 18th birthday.*

Signature of Student _____ Date _____ Signature of Co-signer _____ (Print Co-signer Name) _____

Credit/Debit Card: ❑ MasterCard ❑ Visa ❑ American Express ❑ Discover Credit Card No.:_____

Expiration Date:_____ Authorization Code:_____ *(the 4-digit # on front of American Express; the 3-digit # on back of MasterCard, Visa, Discover)*

Cardholder's Name (as appears on card):_____

Cardholder's complete billing address:_____

_____ Zip code:_____

Cardholder's Daytime Phone No.: _____ Evening Phone No.: _____ Cell Phone No.:_____

Email Address:_____

SFS:05.13.2010

STUDENT FINANCIAL SERVICES

Dowling College  •  150 Idle Hour Blvd.  •  Oakdale, NY  11769-1999

Phone: 1-800-DOWLING  •  Fax: 631-244-3370  •  Email: finaid@dowling.edu



An institution of higher teaching

```
11/22/2013                    Dowling College
                          STUDENT SCHEDULE/BILL
                        Winter/Spring 2014(201402)
CRN    SUBJ  CRSE   COURSE TITLE          LV

20234 PSY   3103C Origins of Human Nat 01
20356 MGT   1011N Intro to Mgt Theory   01
20462 AER   1002N Comm.& Reg.Aspects o  01
20638 HST   1002C World History II      01
23691 AER   2001N General Aeronautics   01
```

```
============== CHARGES =============   ==== CREDITS/ANTICIPATED CREDITS ====
College Fee                  590.00   Dowling UG Grant Freshmen      2375.00
Health Services Fee          100.00   UG Academic Honor Scholarship 5000.00
Student Activity Fee          75.00
Technology Fee               135.00
Undergraduate Tuition      13295.00
======================================================================
```

This is your Winter/Spring 2014 Bill. Winter/Spring 2014 payment due
date is December 12, 2013.
Methods of payment are as follows:
1.Go to https://bannerweb.dowling.edu to pay by credit or debit card.
2.Mail payments to Dowling College at 150 Idle Hour Blvd., Oakdale
N.Y. 11769 ATTN: Office of the Bursar.
3.Pay in person, Fortunoff Hall, Room 101. Hours of operation:
Monday 8 am to 7 pm. Tuesday through Friday 8 am to 5 pm.
This bill is confirmation of your registration.  Your Financial Aid
is an estimate and subject to change.  If your Financial Aid paperwork
is not submitted, you will be responsible for full tuition and fees.
If you have any questions, email bursar@dowling.edu or
finaid@dowling.edu. Please be sure to check your Dowling email and the
Bursar web page, www.dowling.edu/bursar to learn about the
Tuition Payment Options available for Winter/Spring 2014.
======================================================================

```
                                      Mr. Anthony George
                                    Student ID: 900586635
                                            Campus:         1
                       Total Current Term Charges:  14195.00
                       Total Current Term Credits:   7375.00

                       Previous/Other Term Balance:      0.00
                            Current Term Balance:     6820.00
                                     AMOUNT DUE:      6820.00
                                  Future Balance:        0.00
```

------------------- Return Bottom Portion With Payment -------------------

```
    Mr. Anthony George                 Student ID: 900586635
    3885 Keily Dr                            Term: 201402
    Seaford, NY 11783                   DATE DUE: 12-DEC-2013
                                        AMOUNT DUE: 6820.00

                                       Amount Paid: $_____
```

# DOWLING COLLEGE

# TUITION REPAYMENT AGREEMENT

Anthony George
*Student Name (Please Print)*

0 0586635
*Student ID Number*

GX696 @dowling.edu
*Dowling E-mail Address*

3885 Kelly Dr
*Home Street Address*

516 2213548
*Daytime Telephone Number*

UG
*Evening Telephone Number*

Seaford   NY  11783
*City*      *State*  *Zip Code (4-4)*

201409   15
*Semester/Year*  *# of Credits*

UG       X
*Graduate or Undergraduate*  *Dorm*

1. Account Balance $ 14,550.00 Service Charge $ 60.00 = Total Account Balance Due.................................. $ 14610.00
2. Estimated Financial Aid $ 10,250.00 Deposits/Payments $ 884.00 = Total Deductions.................................. $ 11334.00
3. Total Account Balance Due.................................................................................................. $ 3276.00
4. Payment Received with Repayment Agreement.......................................................................... $ 0
5. Total Repayment Amount (Total Account Balance Due – Payment Received with Repayment Agreement)................ $ 3276.00
6. Total Repayment Amount $ 3276.00 Number of Monthly Installments 2 = Monthly Installment Amount*............ $ 1638.00

I agree to pay the Monthly Installment Amount each month no later than: 9/15/14   10/15/14   (X AG *Initial here*)

Student

*All Financial Aid awards are considered estimated and may be subject to change.*

| CREDITOR | ANNUAL % RATE (APR) | APPLICATION FEE | AMOUNT FINANCED | TOTAL AMOUNT OF PAYMENTS | |
|---|---|---|---|---|---|
| Dowling College | Prime + 3% (SEE REVERSE) | $ 60 | $ 3276.00 (LINE #5, ABOVE) | $ 3276.00 (LINE #5, ABOVE) | (X AG) INITIAL HERE |

Student

Credit Card authorization is required when you enroll in the Monthly Installment Plan. You are authorizing the College to charge a designated credit card on a monthly basis. Only if payment is not received by the due date(s) indicated on the agreement for the semester will the credit card be charged for the installment amount. Debit Cards with a credit card logo are also accepted. If the College is unable to secure payment when processing this card, the above student account will be charged an additional late fee. The final monthly payment will be charged for the remaining balance on your student account for the semester, whether it is more or less than the agreed-upon installment amount.

I give Dowling College authorization to charge the ☒ MasterCard ☐ Visa ☐ American Express ☐ Discover Credit Card No. ending with the last four digits of: 5621 in the amount of the Monthly Installment Amount on or about the stated payment dates, as well as the remaining balance on my student account for the semester for my final monthly payment, whether it is more or less than the agreed-upon installment amount.

Cardholder's Signature: _____  Date: 8/26/14

I have read the Agreement Terms and Conditions on the back of this agreement and understood all provisions associated with this contract. I agree to pay Dowling College the amount(s) due as above set forth. Parent or guardian signature is needed if the student has not reached his or her 18th birthday.

_____  8/26/14  _____  _____
Signature of Student    Date    Signature of Co-signer    (Print Co-signer Name)

Credit/Debit Card: ☒ MasterCard ☐ Visa ☐ American Express ☐ Discover   Credit Card No : 5424 1811 7676 5621

Expiration Date: 12/31/16 Authorization Code: 810 (the 4-digit # on front of American Express; the 3-digit # on back of MasterCard, Visa, Discover)

Cardholder's Name (as appears on card): Anthony F. George JR

Cardholder's complete billing address: 3885 Kelly Drive
Seaford   NY                                              Zip code: 11783

Cardholder's Daytime Phone No.: 516-221-3548  Evening Phone No : _____  Cell Phone No.: 516 652 0574

Email Address: GALAS@VERIZON.NET

USE THIS # FIRST

SFS:05.13.2010

STUDENT FINANCIAL SERVICES

Dowling College  •  150 Idle Hour Blvd.  •  Oakdale, NY  11769-1999

Phone: 1-800-DOWLING  •  Fax: 631-244-3370  •  Email: finaid@dowling.edu

An institution of higher teaching

```
07-JUL-2014 09:28:05          Dowling College                    PAGE 1
                           Account Receipt 1040927                TGRRCPT
```

CASHIER: DINAPOLS

```
Mr.  Anthony George                                    ID: 900586635
3885 Keily Dr
Seaford, NY 11783
```

| CODE | TERM | DESCRIPTION | TRAN DATE | CHARGE | PAYMENT |
|------|------|-------------|-----------|--------|---------|
| PY05 | 201409 | MC Payment - Thank | 07-JUL-14 | | $884.00 |
| | | TOTALS | | $.00 | $884.00 |

07/07/2014                          Dowling College
                              STUDENT SCHEDULE/BILL
                                Fall 2014(201409)
CRN   SUBJ CRSE  COURSE TITLE                    LV

90069 HST  1021C United States I                01
90325 AER  2021N Elements of Instrument Flying  01
90736 ACC  2001N Intr to Financial Accounting 1 01 ₢
91114 POL  1001C Intro to Political Sci         01
92139 CIS  1200N Intro to Info Systems Mangment 01

============== CHARGES ============  ==== CREDITS/ANTICIPATED CREDITS ====
Undergraduate Tuition       14550.00  Early Payment Deduction      200.00
                                      MC Payment - Thank you       884.00
                                      Memoed Financial Aid       -8216.00
                                      Grant in Aid Continuing     5000.00
                                      NYS Tuition Assistance (TAP) 250.00
                      * * * CONTINUED ON NEXT PAGE * * *

*1084-200*

                                      Mr. Anthony George
                                      Student ID: 900586635
                                              Campus:           1
                        Total Current Term Charges:    14550.00
                        Total Current Term Credits:    14550.00

                       Previous/Other Term Balance:        0.00
                              Current Term Balance:        0.00
                                        AMOUNT DUE:        0.00
                                     Future Balance:        0.00

------------------- Return Bottom Portion With Payment -------------------

     Mr. Anthony George                Student ID: 900586635
     3885 Keily Dr                           Term: 201409
     Seaford, NY 11783                   DATE DUE: 30-JUL-2014
                                       AMOUNT DUE: 0.00

                                    Amount Paid: $_____

06/30/2015                    Dowling College
                          STUDENT SCHEDULE/BILL
                           Fall 2015(201509)
CRN   SUBJ  CRSE   COURSE TITLE                  LV

90722 AER   3013N Air Traffic Control            01
91466 AER   3114N Basic Air Traffic Control Lab  01
92567 ESC   1010C Elements of Meteorology        01
93562 MUS   1015C Guitar Heroes                  01
93913 PHL   1060C Ethics in Criminal Justice     01

============= CHARGES =============  ==== CREDITS/ANTICIPATED CREDITS ====
Basic ATC Laboratory        500.00  Direct Loan - Subsidized        2721.00
Undergraduate Tuition     14550.00  Direct Unsubsidized Loan         990.00
                                    NYS Tuition Assistance (TAP)     250.00
                                    Grant in Aid Continuing         5000.00
                 * * * CONTINUED ON NEXT PAGE * * *

                                      Mr. Anthony George
                                Student ID: 900586635
                                          Campus:          1
                    Total Current Term Charges:    15050.00
                    Total Current Term Credits:     8961.00

                    Previous/Other Term Balance:        0.00
                           Current Term Balance:     6089.00
                                   AMOUNT DUE:       6089.00
                               Future Balance:          0.00

-------------------- Return Bottom Portion With Payment -------------------

     Mr. Anthony George                 Student ID: 900586635
     3885 Keily Dr                            Term: 201509
     Seaford, NY 11783                   DATE DUE: 29-JUL-2015
                                        AMOUNT DUE: 6089.00

                                      Amount Paid: $_____

12/18/2014                        Dowling College
                          STUDENT SCHEDULE/BILL
                        Winter/Spring 2015(201502)
CRN    SUBJ  CRSE   COURSE TITLE                  CREDS  LV

20018  ACC   2002N  Int to Financial Accounting II 3.00  01
20307  MGT   3146A  Organizational Behavior        3.00  01
20556  AER   2004N  Aviation Safety                3.00  01
20735  AER   2015N  Airport Management             3.00  01
20875  MTH   1006A  Statistics                     3.00  01

                        Course Credits: 15.00

============= CHARGES ============   ==== CREDITS/ANTICIPATED CREDITS ====
Late Fee-Past Due         250.00    Grant in Aid Continuing        5000.00
Undergraduate Tuition   14550.00    NYS Tuition Assistance (TAP)    250.00
=====================================================================
Spring 2015 Tuition Payment was due on December 12, 2014. Registering
on or after December 12, 2014 causes your tuition payment to be due
upon receipt. Payment or Payment Arrangements MUST be made
IMMEDIATELY. As of December 12, 2014 a $250 late fee has been applied
to your student account balance.
Payments received after January 2, 2015 will be subject to a $500 late
payment fee and may also result in having to re-register for classes
on an as available basis.
                    Methods of Payment are as follows:
1. Go to http://bannerweb.dowling.edu to pay by credit/debit card
or check.
2. Log into the Student Information System: Select "Make Payment
/View Student Account.
3. Mail payment to Dowling College at 150 Idle Hour Boulevard,
Oakdale  N.Y. 11769 ATTN: Office of the Bursar
4.Pay in person at The Office of the Bursar located in Fortunoff Hall
Room 101. The Bursar hours of operation are: Monday 8 am - 7 pm
Tuesday through Friday 8am - 5pm.
Your Financial Aid is an ESTIMATE and subject to change. If your
Financial Aid paperwork is not submitted, you will be responsible for
payment of FULL TUITION & FEES.
If you have any questions, email bursar@dowling.edu
or call the Office of the Bursar at 631-244-3013.
This bill is confirmation of your registration.
=====================================================================


                               Mr. Anthony George
                              Student ID: 900586635
                                     Campus:        1
              Total Current Term Charges:   14800.00
              Total Current Term Credits:    5250.00

              Previous/Other Term Balance:      0.00
                     Current Term Balance:   9550.00
                            AMOUNT DUE:       9550.00
                        Future Balance:          0.00

-------------------- Return Bottom Portion With Payment -------------------

   Mr. Anthony George                  Student ID: 900586635
   3885 Keily Dr                             Term: 201502
   Seaford, NY 11783                    DATE DUE: 18-DEC-2014
                                        AMOUNT DUE: 9550.00

                                     Amount Paid: $_____

# DOWLING — TUITION REPAYMENT AGREEMENT

pt 12-23-15

**Anthony George** — Student Name (Please Print)

**9005861085** — Student ID Number

**axg 96** @dowling.edu — Dowling E-mail Address

**3885 Keily Drive** — Home Street Address

**516-221-3548** — Daytime Telephone Number

_____ — Evening Telephone Number

**Seaford** City   **NY** State   **11783** Zip Code (+ 4)   **Spring 2016** Semester/Year   **17** # of Credits   **UG** Graduate or Undergraduate   _____ Dorm

1. Account Balance $ **15,050**   Service Charge $ **60** = Total Account Balance Due .......................... $ **15,110**
2. Estimated Financial Aid $ **5250** → Deposits and Payments $ _____ = Total Deductions. **10,250** ......... $ **6250**
   + **5000** = **10,250**          **4860** = **9860**
3. Total Account Balance Due ..................................................
4. Payment Received with Repayment Agreement ........................... **-2465** = **2465**
5. Total Repayment Amount (Total Account Balance Due – Payment Received with Repayment Agreement) ... **2395** = **7395**
6. Total Repayment Amount $ **2395** : Number of Monthly Installments **3** = Monthly Installment Amount* **798.33** = **2465**

I agree to pay the Monthly Installment Amount each month no later than: **2/1/16 – 4/1/16**   (Initial here)

*All Financial Aid awards are considered estimated and may be subject to change.

| CREDITOR | ANNUAL % RATE (APR) | APPLICATION FEE | AMOUNT FINANCED | TOTAL AMOUNT OF PAYMENTS | |
|---|---|---|---|---|---|
| Dowling College | Prime + 3% (SEE REVERSE) | $ **60** | $ **2396** (LINE #5, ABOVE) | $ **239?** (LINE #5, ABOVE) | (X) INITIAL HERE |

Credit Card authorization is required when you enroll in the Monthly Installment Plan. You are authorizing the College to charge a designated credit card on a monthly basis. Only if payment is not received by the due date(s) indicated on the agreement for the semester will the credit card be charged for the installment amount. Debit Cards with a credit card logo are also accepted. If the College is unable to secure payment when processing this card, the above student account will be charged an additional late fee. The final monthly payment will be charged for the remaining balance on your student account for the semester, whether it is more or less than the agreed-upon installment amount.

I give Dowling College authorization to charge the ☒ MasterCard ☐ Visa ☐ American Express ☐ Discover Credit Card No. ending with the last four digits of **6881**, in the amount of the Monthly Installment Amount on or about the stated payment dates, as well as the remaining balance on my student account for the semester for my final monthly payment, whether it is more or less than the agreed-upon installment amount.

Cardholder's Signature: _George_   Date: **12/21/15**

I have read the Agreement Terms and Conditions on the back of this agreement and understood all provisions associated with this contract. I agree to pay Dowling College the amount(s) due as above set forth. Parent or guardian signature is needed if the student has not reached his or her 18th birthday.

Signature of Student: _Anthony G George_   Date: **12/21/15**   Signature of Co-signer: _____   (Print Co-signer Name)

Credit/Debit Card: ☐ MasterCard ☐ Visa ☐ American Express ☐ Discover   Credit Card No.: _____

Expiration Date: _____   Authorization Code: _____ (the 4-digit # on front of American Express; the 3-digit # on back of MasterCard, Visa, Discover)

Cardholder's Name (as appears on card): _____

Cardholder's complete billing address: _On File_

Zip code: _____

Cardholder's Daytime Phone No.: _____   Evening Phone No.: _____   Cell Phone No.: _____

Email Address: _____

SFS.05.13.2010

## STUDENT FINANCIAL SERVICES

Dowling College • 150 Idle Hour Blvd. • Oakdale, NY 11769-1999
Phone: 1-800-DOWLING • Fax: 631-244-3370 • Email: finaid@dowling.edu

An institution of higher teaching

12/18/2014                    Dowling College
                       STUDENT SCHEDULE/BILL
                     Winter/Spring 2015(201502)
CRN    SUBJ  CRSE   COURSE TITLE              CREDS  LV

20018  ACC   2002N  Int to Financial Accounting II  3.00  01
20307  MGT   3146A  Organizational Behavior          3.00  01
20556  AER   2004N  Aviation Safety                  3.00  01
20735  AER   2015N  Airport Management               3.00  01
20875  MTH   1006A  Statistics                       3.00  01

                       Course Credits: 15.00

============= CHARGES ============  ==== CREDITS/ANTICIPATED CREDITS ====
Late Fee-Past Due          250.00   Grant in Aid Continuing        5000.00
Undergraduate Tuition    14550.00   NYS Tuition Assistance (TAP)    250.00
=======================================================================
Spring 2015 Tuition Payment was due on December 12, 2014. Registering
on or after December 12, 2014 causes your tuition payment to be due
upon receipt. Payment or Payment Arrangements MUST be made
IMMEDIATELY. As of December 12, 2014 a $250 late fee has been applied
to your student account balance.
Payments received after January 2, 2015 will be subject to a $500 late
payment fee and may also result in having to re-register for classes
on an as available basis.
                     Methods of Payment are as follows:
1. Go to http://bannerweb.dowling.edu to pay by credit/debit card
or check.
2. Log into the Student Information System: Select "Make Payment
/View Student Account.
3. Mail payment to Dowling College at 150 Idle Hour Boulevard,
Oakdale  N.Y. 11769 ATTN: Office of the Bursar
4.Pay in person at The Office of the Bursar located in Fortunoff Hall
Room 101. The Bursar hours of operation are: Monday 8 am - 7 pm
Tuesday through Friday 8am - 5pm.
Your Financial Aid is an ESTIMATE and subject to change. If your
Financial Aid paperwork is not submitted, you will be responsible for
payment of FULL TUITION & FEES.
If you have any questions, email bursar@dowling.edu
or call the Office of the Bursar at 631-244-3013.
This bill is confirmation of your registration.
=======================================================================


                             Mr. Anthony George
                            Student ID: 900586635
                                 Campus:          1
            Total Current Term Charges:   14800.00
            Total Current Term Credits:    5250.00

            Previous/Other Term Balance:       0.00
                 Current Term Balance:      9550.00
                        AMOUNT DUE:         9550.00
                     Future Balance:            0.00

-------------------- Return Bottom Portion With Payment -------------------

   Mr. Anthony George                    Student ID: 900586635
   3885 Keily Dr                              Term: 201502
   Seaford, NY 11783                     DATE DUE: 18-DEC-2014
                                         AMOUNT DUE: 9550.00

                                         Amount Paid: $_____

# DOWLING TUITION REPAYMENT AGREEMENT

12-23-15 pt

**Anthony George** — Student Name (Please Print)

**9005861085** — Student ID Number

**axg96** @dowling.edu — Dowling E-mail Address

**3885 Keily Drive** — Home Street Address

**516-221-3548** — Daytime Telephone Number

Evening Telephone Number

**Seaford** — City   **NY** — State   **11783** — Zip Code (+4)   **Spring 2016** — Semester/Year   **17** — # of Credits   **UG** — Graduate or Undergraduate   Dorm

1. Account Balance $ **15,050**   Service Charge $ **60** = Total Account Balance Due ........................ $ **15,110**
2. Estimated Financial Aid $ **5250** = Deposits and Payments $ = Total Deductions **10,250** ........... $ **6250**
   **+ 5000 = 10,250**   **4860**   = **9860**
3. Total Account Balance Due ...........................................
4. Payment Received with Repayment Agreement ........................................... **−2465** = **2465**
5. Total Repayment Amount (Total Account Balance Due – Payment Received with Repayment Agreement) ..... **2395** = **7395**
6. Total Repayment Amount $ **2395** : Number of Monthly Installments **3** = Monthly Installment Amount* **798.33** = $ **2465**

I agree to pay the Monthly Installment Amount each month no later than: **2/1/16 − 4/1/16**   (initial here)

*All Financial Aid awards are considered estimated and may be subject to change.*

| CREDITOR | ANNUAL % RATE (APR) | APPLICATION FEE | AMOUNT FINANCED | TOTAL AMOUNT OF PAYMENTS | |
|---|---|---|---|---|---|
| Dowling College | Prime + 3% (SEE REVERSE) | $ **60** | $ **2396** (LINE #5, ABOVE) | $ **2390** (LINE #5, ABOVE) | (X ) INITIAL HERE |

Credit Card authorization is required when you enroll in the Monthly Installment Plan. You are authorizing the College to charge a designated credit card on a monthly basis. Only if payment is not received by the due date(s) indicated on the agreement for the semester will the credit card be charged for the installment amount. Debit Cards with a credit card logo are also accepted. If the College is unable to secure payment when processing this card, the above student account will be charged an additional late fee. The final monthly payment will be charged for the remaining balance on your student account for the semester, whether it is more or less than the agreed-upon installment amount.

I give Dowling College authorization to charge the ☒ MasterCard ☐ Visa ☐ American Express ☐ Discover Credit Card No. ending with the last four digits of **6881** in the amount of the Monthly Installment Amount on or about the stated payment dates, as well as the remaining balance on my student account for the semester for my final monthly payment, whether it is more or less than the agreed-upon installment amount.

Cardholder's Signature: _George_   Date: **12/21/15**

I have read the Agreement Terms and Conditions on the back of this agreement and understood all provisions associated with this contract. I agree to pay Dowling College the amount(s) due as above set forth. Parent or guardian signature is needed if the student has not reached his or her 18th birthday.

Signature of Student: _Anthony G George_   Date **12/21/15**   Signature of Co-signer    (Print Co-signer Name)

Credit/Debit Card: ☐ MasterCard  ☐ Visa  ☐ American Express  ☐ Discover    Credit Card No.:

Expiration Date: _____   Authorization Code: _____ (the 4-digit # on front of American Express; the 3-digit # on back of MasterCard, Visa, Discover)

Cardholder's Name (as appears on card): 

Cardholder's complete billing address: _On File_   Zip code:

Cardholder's Daytime Phone No.:    Evening Phone No.:    Cell Phone No.:

Email Address:

SFS:05.13.2010

## STUDENT FINANCIAL SERVICES

Dowling College • 150 Idle Hour Blvd. • Oakdale, NY 11769-1999

Phone: 1-800-DOWLING • Fax: 631-244-3370 • Email: finaid@dowling.edu

An institution of higher teaching

# CLAIM NO. 161

Claim # 161          Electronically Filed: 02/08/2017

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |



Your Claim is Scheduled As Follows:

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in   respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim
Official Form 410

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.")** Fill in all the information for the claim as of the Petition Date.

| Part 1: | Identify the Claim | |
|---|---|---|
| 1. | Who is the current creditor? | **ANTHONY GUEVARA**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ✓ No<br>☐ Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>**ANTHONY GUEVARA**<br>Name<br>**2712 CHESTNUT AVE**<br>Number     Street<br>**RONKONKOMA, NY 11779**<br>City          State          ZIP Code<br><br>Contact phone **(631) 615-6074**<br><br>Contact email **GUECAR@HOTMAIL.COM** | **Where should payments to the creditor be sent?** (if different)<br><br>Name _____<br><br>Number     Street<br><br>City          State          ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. | Does this claim amend one already filed? | ✓ No<br>☐ Yes. Claim number on court claims registry (if known) _____     Filed on _____<br>MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ✓ No<br>☐ Yes. Who made the earlier filing? _____ |

*Modified Official Form 410  **(GCG 5/16)**                                                                page 1



| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ✔ No <br><br> Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
|---|---|---|
| 7 | How much is the claim? | $ 7,275.00     Does this amount include interest or other charges? <br>     ✔ No <br>     Yes. Attach statement itemizing interest, fees, expenses, or <br>        other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. <br><br> Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). <br><br> Limit disclosing information that is entitled to privacy, such as health care information. <br><br> services |
| 9. | Is all or part of the claim secured? | ✔ No <br> Yes. The claim is secured by a lien on property. <br><br> **Nature of property:** <br>     Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.* <br>     Motor vehicle <br>     Other. Describe: _____ <br><br> **Basis for perfection:** _____ <br> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded. <br><br> Value of property:       $_____ <br><br> Amount of the claim that is secured:  $ 0.00 <br><br> Amount of the claim that is unsecured: $ 7,275.00    (The sum of the secured and unsecured <br>                                             amounts should match the amount in line 7.) <br><br> Amount necessary to cure any default as of the date of the petition: $_____ <br><br> Annual Interest Rate (when case was filed) _____ <br>     Fixed <br>     Variable |
| 10. | Is this claim based on a lease? | ✔ No <br><br> Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |
| 11. | Is this claim subject to a right of setoff? | ✔ No <br><br> Yes. Identify the property: _____ |

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ✔ No <br> Yes. *Check all that apply:* | **Amount entitled to priority** |
|---|---|---|---|
| | | Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | | Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | | Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | | Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | | Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5). | $_____ |
| | | Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |



---

| **Part 3:** | **Sign Below** |
|---|---|

| | |
|---|---|
| The person completing this proof of claim must sign and date it. FRBP 9011(b). | Check the appropriate box: |
| | ✔ I am the creditor. |
| If you file this clai electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. | I am the creditor's attorney or authorized agent. |
| | I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. |
| | I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |
| | I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. |
| A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. | I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |
| | Executed on date  02/08/2017 |
| | MM / DD / YYYY |

  Anthony guevara
_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | **Anthony guevara** |
|---|---|
| | First name          Middle name          Last name |

| Title | |
|---|---|

| Company | |
|---|---|
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |

| Address | **2712 Chestnut Avenue** |
|---|---|
| | Number          Street |
| | **RONKONKOMA, NY 11779** |
| | City                              State              ZIP Code |

| Contact phone | _____ | Email guecar@hotmail.com |
|---|---|---|

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME) THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

---

Claim # 161           Electronically Filed: 02/08/2017

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents** because attachments may be destroyed after scanning.

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confident al information both in the claim and in the attached documents.**

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

# CLAIM NO. 246



| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
| Name of Debtor: | Case No. |
| Dowling College | 16-75545 |



Your Claim is Scheduled As Follows:

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

DCO0200849074   01000243

ANTHONY KETTERER
2380 JULIA GOLDBACH AVE
RONKONKOMA NY 11779

FILED · 00248
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

FEB 2 8 2017

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution  in  respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim
Official Form 410*

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

| Part 1: | Identify the Claim |
|---|---|

| | | |
|---|---|---|
| 1. | Who is the current creditor? | *Anthony Ketterer* |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor |
| 2. | Has this claim been acquired from someone else? | ☑ No |
| | | ☐ Yes. From whom? |
| 3. | Where should notices and payments to the creditor be sent? | **Where should notices to the creditor be sent?** |
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | *Anthony Ketterer* |
| | | Name |
| | | *2380 Julia Goldbach Ave.* |
| | | Number    Street |
| | | *Ronkonkoma   NY    11779* |
| | | City    State    ZIP Code |
| | | Contact phone *631-588-4507* |
| | | Contact email *dlk920@optonline.net* |

| | | |
|---|---|---|
| | | **Where should payments to the creditor be sent?** (if different) |
| | | Name |
| | | Number    Street |
| | | City    State    ZIP Code |
| | | Contact phone |
| | | Contact email |

| | | |
|---|---|---|
| 4. | Does this claim amend one already filed? | ☑ No |
| | | ☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____ MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No |
| | | ☐ Yes. Who made the earlier filing? _____ |

*Modified Official Form 410 (GCG 5/16)



| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6.** Do you have any number you use to identify the debtor? ☒ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___

**7.** How much is the claim? ① $ *18,420.00*   ② # *35,297.00*

Does this amount include interest or other charges? ☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.** What is the basis of the claim? Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). *(see Attached)*

Limit disclosing information that is entitled to privacy, such as health care information.

*Damages Services Not Rendered, Money spent in order to complete degree*

**9.** Is all or part of the claim secured? ☒ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: ___

Basis for perfection: ___
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                       $ ___
Amount of the claim that is secured:     $ ___
Amount of the claim that is unsecured:   $ ___ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ ___

Annual Interest Rate (when case was filed) ___ %
☐ Fixed
☐ Variable

**10.** Is this claim based on a lease? ☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $ ___

**11.** Is this claim subject to a right of setoff? ☒ No

☐ Yes. Identify the property: ___

**12.** Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? ☒ No

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Yes. *Check all that apply:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ ___ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ ___ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ ___ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ ___ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ ___ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies: ___ | $ ___ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.



## Part 3:  Sign Below

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br><br>☑ I am the creditor.<br><br>☐ I am the creditor's attorney or authorized agent.<br><br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br><br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct. |

Executed on date   __2 / 25 / 2017__
                    MM / DD / YYYY

Signature _____

Print the name of the person who is completing and signing this claim:

Name     __Anthony__      __Bil__        __Ketterer__
          First name      Middle name    Last name

Title    __Student__

Company  _____
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  __2380   Julia   Wildbach   Ave.__
          Number        Street
         __Ronkonkoma__              __NY__        __11779__
          City                        State         ZIP Code

Contact phone  __631-588-4507__   Email  __dlk920@optonline.net__

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

February 25, 2017

Dowling College Case Administration

Attached is my proof of claims regarding the closure of Dowling College.

I was a graduate student enrolled at Dowling College at the time of its sudden closure. I was in the process of completing my Masters degree in Education in which I would have completed my requirements and received a degree in December 2016.

The unexpected closure of Dowling on very short notice and without regard to student needs has created financial and personal hardships. The sum of $35,297.00 was paid to Dowling towards my Masters degree in Education. Dowling's breach of contract has left me without the degree I paid for and need to start my career. Yet, I have nothing to show for it. Therefore please see the attached proof of claim for $35,297.00.

In order to fulfill the requirements to receive a degree from New York State, I was required to enroll in and pay for additional coursework that was not required as part of Dowling's curriculum. Therefore, please see my claim for additional out of pocket expenses of $8,420.00.

Unfortunately, as of today I am still without a degree and certification which I should have received in December 2016. It is now approaching March 2017 and I am still waiting on the New York State process of approval. The state did not have a formal process in place to handle this situation and there is no guaranteed as to when, or if a degree will be granted. This has caused me financial hardship as I am not certified to apply for employment in education until I receive my degree and certification from New York State.

Please review the attached claims for reimbursement.


Thank you

Anthony Ketterer

| Costs to complete degree due to Dowling Closure | | | | |
|---|---|---|---|---|
| Paid to Molloy College | 10/12/2016 | $ 6,570.00 | (15) | 529 college savings acct |
| Paid to Molloy College | 8/25/2016 | $ 400.00 | (16) | Southwest Visa credit card |
| Payment for transcripts | 6/1/2016 | $ 50.00 | (17) | cash |
| Dowling credit voucher | 4/18/2016 | $ 1,400.00 | (2) | voucher (3 credits) |
| Total Paid Out due to closure | | $ 8,420.00 | | |

As a result of the Dowling closure the following out of pocket expenditures were incurred in order to complete the degree:

(15) - Payment to Molloy college to complete prgram requirements. As per NYS guidelines additional courses required to fulfill curriculum.

(16) - Deposit paid to Molloy college for registration into their program.

(17) - As a result of school closure, payment to Dowling for transcripts needed to apply to other institutions in order to complete degree .

(2) As a result of the Dowling closure, a credit voucher for 3 credit hours was not redeemable. Valued at $3,480, paid out of pocket $1,400.


The unexpected closure of Dowling on very short notice and without reguard to student needs has created financial and personal hardships. The sum of $35,297 was paid to Dowling towards my Masters degree in Education, yet I have nothing to show for it. I shoud have completed classes and received my degree in Decemebr 2016. However, as a result of the closure I had to seek out completion of my requirements from another institution and a degree from New York State. The process has cost me additional expenses and has pushed back my ability to seek work for several months. The granting of my degree and certification from New York State has been tied up in the system for months and is still pending. I am unable to seek employment until I receive the degree and certification.

## Costs to complete degree due to Dowling Closure

| | | | | |
|---|---|---|---|---|
| Paid to Molloy College | 10/12/2015 | $ 1,5[illegible]0.00 | (1a) | 529 college savings acct |
| Paid to Molloy College | 8/25/201[illegible] | $ 400.00 | [illegible] | South[illegible] Visa credit card |
| Payment for transcript[illegible] | 5/[illegible]/2015 | $ 50.00 | [illegible] | cash |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Out of Pocket Costs | | $[illegible],[illegible]20.00 | | |

As a result of [illegible] Dowling closure the following out of pocket expenditures were incurred in order to complete the degree:

(1a) - Payment to Molloy college to complete original degree requirements for NYS [illegible] courses required to [illegible]

(1b) - Cost paid to Molloy [illegible] for registration into their program

(1c) - As a result of school closure, [illegible] transcript [illegible] needed to apply to other institutions in order to complete degree.

(2) As a result of [illegible] closing, [illegible] credit [illegible] for 3 credit hours was not redeemable. Valued at $2,400 [illegible]

The unexpected closure of Dowling on very short notice and without regard to student needs has created financial and personal hardships. The sum of $35,28[illegible] was paid to Dowling toward [illegible] Masters degree in Education, yet I have nothing to show for it [illegible] having completed [illegible] classes and [illegible] my semester in [illegible] 2016. However, as a result of the closure I had to seek out [illegible] my requirements [illegible] degree from Molloy [illegible] additional expense and [illegible] my ability to seek work for [illegible] of my degree and [illegible] New York State [illegible] [illegible]

Thank you for your request. We have processed your request as of the trade date indicated below. However, please be aware that due to a recent contribution to your account, the proceeds from this withdrawal will be held until 10/14/2016. Proceeds by check or Electronic Bank Transfer will be released to the requested recipient within three days of this date in accordance with our contribution hold policy.

**Please Note:** If you have chosen to receive your withdrawal by check, the proceeds have been mailed in a separate envelope.

## Investment Transactions

| Trade Date | Portfolio Name | Units Transacted | Unit Price | Transaction Amount | Transaction Description |
|---|---|---|---|---|---|
| 10/12/2016 | Moderate Age-Based Option: Income Portfolio | -425.2425 | 15.45 | -$6,570.00 | Qualified w/d Educational Institution Check molloy college |

If this contribution to your New York's 529 College Savings Program *Direct Plan* account is a rollover from another state's 529 plan, a Coverdell Education Savings Account, or a U. S. Savings Bond, you must provide documentation related to the principal and earnings portion of your assets for tax purposes. If we do not receive this information, your contribution will be designated as 100% earnings and will be fully taxable at distribution.

- **529 Plan Assets** (held in another state's plan): Provide an account statement issued by the state's 529 program which shows the earnings or loss portion of your withdrawal.
- **Coverdell Education Savings Accounts:** Provide an account statement or documentation issued by the account custodian that shows the basis and earnings in your account.
- U.S. Savings Bond: Provide an account statement or IRS Form 1099-INT from the redeeming institution that shows the interest which has accrued on the bond.

*Please note your contributions will be allocated according to your most recent investment allocation instructions.*

New York's 529 College Savings Program *Direct Plan* is described in the current applicable Program Brochure and Tuition Savings Agreement. Accounts are opened by completing an Enrollment Form. All of these should be read carefully before opening an account. The value of your account will vary based on market conditions and the performance of the investment options you select, and may be more or less than the amount you deposit. Tax benefits are subject to certain limitations and certain withdrawals are subject to federal, state and local taxes. If you are a resident or taxpayer of another state, you should consider whether that state offers a 529 Plan with tax or other benefits that are not available through this Program. You should consult your tax advisor. Investments may be made through Ascensus Broker Dealer Services, Inc. and Vanguard Marketing Corporation, as distributors.

October 13, 2016



P.O. BOX 15123
WILMINGTON, DE
19850-5123

Get updates on the go
Log on to chase.com/alerts

| Payment Due Date: | 10/06/16 |
| New Balance | $4,606.15 |
| Minimum Payment: | $46.00 |

Account number:

$ _____ Amount Enclosed
Make your check payable to: Chase Card Services

51418 BEX Z 25316 C
DENISE L KETTERER
2380 JULIA GOLDBACH AVE
RONKONKOMA NY 11779-6317

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423



---

**Southwest**
Rapid Rewards

Manage your account online:
www.chase.com/southwest

Customer Service:
1-800-792-0001

Mobile: Visit chase.com
on your mobile browser

## ACCOUNT SUMMARY

Account Number:

| | |
| --- | --- |
| Previous Balance | $3,766.79 |
| Payment, Credits | -$3,766.79 |
| Purchases | +$4,606.15 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $4,606.15 |
| Opening/Closing Date | 08/10/16 - 09/09/16 |
| Credit Access Line | $12,700 |
| Available Credit | $8,093 |
| Cash Access Line | $2,540 |
| Available for Cash | $2,540 |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

## PAYMENT INFORMATION

| | |
| --- | --- |
| New Balance | $4,606.15 |
| Payment Due Date | 10/06/16 |
| Minimum Payment Due | $46.00 |

Late Payment Warning: If we do not receive your minimum payment
by the date listed above, you may have to pay a late fee of up to $37.00.

Minimum Payment Warning: If you make only the minimum payment
each period, you will pay more in interest and it will take you longer to
pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
| --- | --- | --- |
| Only the minimum payment | 18 years | $9,812 |
| $161 | 3 years | $5,796 (Savings=$4,016) |

If you would like information about credit counseling services, call
1-866-797-2885.

## YOUR ACCOUNT MESSAGES

New York Residents: New York residents may contact the New York State Department of Financial Services at 1-800-342-3736 or go to
www.dfs.ny.gov to obtain a comparative list of credit card rates, fees, and grace periods.

## SOUTHWEST AIRLINES RAPID REWARDS CARD SUMMARY

| | | |
| --- | --- | --- |
| + 2X Pts for Southwest purchases | 0 | Learn more about your Rapid Rewards® Credit Card at |
| + Points earned on purchases | 4,607 | www.chase.com/southwest. View point totals and redeem at www.southwest.com/rraccount. Call |
| - Total Rapid Rewards transf. to Southwest | 4,607 | 1-800-I-FLY-SWA or visit www.southwest.com to book flights. |

Earn 2 Rapid Rewards® Points per $1 spent on flights purchased directly through Southwest Airlines® and on participating Rapid Rewards
Hotel and Rental Car partner purchases. (like Marriott, Hyatt, Hertz and Avis) Escape faster by earning 1 point per $1 on all other
purchases.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
| --- | --- | --- |

**PAYMENTS AND OTHER CREDITS**

| | | |
| --- | --- | --- |
| 09/02 | Payment Thank You - Chase Bill Pay | -3,766.79 |

**PURCHASES**

| | | |
| --- | --- | --- |
| 08/13 | KING KULLEN #1 PATCHOGUE NY | 70.04 |
| 08/14 | OnStar 888-4ONSTAR MI | 27.14 |
| 08/17 | QUINNIPIAC UNIVERSITY 203-5823460 CT | 500.00 |
| 08/25 | MOLLOY COLLEGE BURSAR 516-323-4110 NY | 400.00 |
| 08/26 | WAL-MART #3545 HAMDEN CT | 164.47 |
| 08/26 | STAPLES 00104463 HAMDEN CT | 42.39 |
| 08/26 | IHOP 2080 HAMDEN CT | 31.07 |
| 08/27 | STEWARTS SHOP 248 ELLENVILLE NY | 23.54 |
| 08/28 | SPEEDWAY 07860 RONKONKOMA NY | 19.00 |

(16)

**This Statement is a Facsimile - Not an original**

0000001         000  N  Z  09   16/09/09         Page 1 of 2      01858   UA NA 51418
0456

OFFICE OF THE REGISTRAR



631-244-3250

## REQUEST FOR OFFICIAL TRANSCRIPT ONLY

FEE: $10 PER COPY

Please complete all information requested below and submit form by fax to **631-244-3252**, or by mail to: Dowling College, Office of the Registrar, 150 Idle Hour Boulevard, Oakdale, New York 11769. *Please Note: Transcript(s) will not be released until payment is received.* IF YOU ARE HAVING SOMEONE OTHER THAN YOURSELF PICK UP YOUR TRANSCRIPT, YOU MUST GIVE THEM WRITTEN AUTHORIZATION. THE PERSON PICKING UP THE TRANSCRIPT WILL NEED TO SHOW PHOTO IDENTIFICATION. *This request cannot be honored until your obligations (if any) to the College have been met.*

**THE ENCLOSED TRANSCRIPT IS SENT TO YOU AT THE REQUEST OF:**

Ketterer               Anthony
Last Name              First Name              Middle

2380 Julia Goldbach Ave
Address                                        Apt. #

Ronkonkoma             NY              11779
City                   State           Zip + 4

( 631 ) 588-4507       (        )
Home Phone Number              Business Phone Number

900-625-647
Social Security Number or Student Identification Number

_Anthony Ketter_
Student's Signature                    Date

**INDICATE ACADEMIC LEVEL:**

☐ Undergraduate
☑ Graduate
☐ Professional Diploma or Advanced Certificate
☐ Doctoral

Dates Attended

☐ Graduated

MS Ed
Degree and Year

Name while in attendance, if different

☐ PLEASE HOLD FOR CURRENT SEMESTER FINAL GRADES.
☐ PLEASE HOLD UNTIL DEGREE IS POSTED.
☐ PLEASE SEND __5__ COPIES TO THE ADDRESS GIVEN BELOW.

Please enter your email address [to receive confirmation that your Transcript Request has been processed]:

Email:_____

**MAIL OFFICIAL TRANSCRIPT TO** (PLEASE PRINT CLEARLY):

| | |
|---|---|
| Name: | |
| P.O. Box: | |
| Street Address: | |
| City & State: | |
| Zip + 4: | |

**OFFICE USE ONLY**
REQUESTED: ☐ IN PERSON  ☐ BY MAIL
FEE: $ 50      INITIAL
DATE SENT:      INITIAL

REG.REV.11.13.2016

<u>REQUESTS MUST BE RECEIVED AT LEAST ONE WEEK BEFORE TRANSCRIPT IS NEEDED.</u>

Certificate #: _2013-09-050_

Expiration Date: _Feb 2017_



# DOWLING
### THE PERSONAL COLLEGE

## TUITION WAIVER CERTIFICATE

Cooperating Teacher:

_Mary Ellen Harkin_

_96 Jakes Lane_

_Cinnerton  N Y_

Credit Hours: _13_
Awarded credit hours are based on the average full cost per term

Student Teacher: _Christina Schroeder_

School District: _Cooperative_

_Robert T. Manley_
Signature of authorized college official

☑ I do not wish to use this Tuition Waiver Certificate;
Therefore, I am transferring it to:

Name _Anthony Ketterer_

Address _2380 Julia Goldbach Ave.,_
_Ronkonkoma, NY_

Semester waiver is to be applied to:

_Mary Ellen Harkin_
Cooperating teacher signature

## TUITION WAIVER POLICIES AND PROCEDURES

1. The authorized holder must have a valid admissions application on file and be approved by the College for the registered course work.

2. A combination of certificates may be applied to a combination of courses; for example two 1.5 credit hour Tuition Waiver certificates may be applied to one three credit hour course. Tuition Waivers may be applied up to a maximum of six credit hours per semester.

3. If a certificate (s) is applied to a course (s) of less than the maximum values of the hours allowable, the value of the credit hours remaining are cancelled. Credits/refunds will not be given.

4. Authorized holders are responsible for credit hour charges in excess of the weighted average of hours allowable on the certificate (s). Tuition waiver certificates cover tuition charges only. Certificates do not exempt the holder from tuition related fees or other charges.

5. Tuition Waiver Certificates must be submitted prior to the official start of the semester.

6. Excluded from the awarding of the Tuition Waiver Certificate is the Ed.D program. SCOPE onsite classes and certain other programs determined by the college

7. Tuition Waiver Certificates may be transferred. Please complete the appropriate areas on the top of this certificate in order to transfer award.

8. A Tuition Waiver that has been submitted for a course will not be returned if the student withdraws or does not attend the course(s). The Tuition Waiver Certificate will be forfeited.

9. Tuition Waiver Certificates are a form of financial aid and considered institutional aid. They cannot be awarded retroactively. If the student is receiving additional institutional financial aid the student's financial aide maybe adjusted accordingly.

I have read the policies and procedures governing the tuition waiver program contained on the bottom of this certificate and my signature confirms my intent to comply.

_Anthony Ketterer_
Signature of authorized certificate holder

_900625647_
Student ID #

SCHOOL OF EDUCATION - STUDENT TEACHER PLACEMENT

Rudolph-Oakdale Campus | P: 631.244.3286 | F: 631.244.5036
Education@Dowling.edu | Dowling.edu

Rudolph-Oakdale Campus, 150 Idle Hour Boulevard, Oakdale, New York 11769
Brookhaven Campus, 1300 William Floyd Parkway, Shirley, New York 11967
Melville Center, 145 Pinelawn Road, Suite 350 South, Melville, New York 11747

2

JPMorgan Chase & Co.

Post date:        05/02/2016

Amount:          $ 1400.00

(2)

JOHN W. KETTERER
DENISE L. KETTERER
2360 JULIA GOLDBACH
RONKONKOMA, NY 11779-6317

3273

DATE 4/18/16

PAY TO THE
ORDER OF   MARY-ELLEN HARKIN                    $ 1400.00

One thousand Five hundred dollars

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Darling Credits                    John W Ketterer

Account:

Check Number:        3273

Capital One, NA, Richmond VA 065000090

46205YZ118062016050200085395109

CAPITAL ONE, NA
RICHMOND, VA 165 22
Deposit    382601 4759

>065000090<

© 2016 JPMorgan Chase & Co.

2

## Dowling College Payments

| Semester | Date | Amt | | Funding Source |
|---|---|---|---|---|
| Summer 2016 | 5/14/2016 | $    477.00 | (1) | 529 college savings acct |
| | | $    477.00 | | |
| | | | | |
| Spring 2016 | 3/1/2016 | $  1,622.00 | (3) | 529 college savings acct |
| | 2/5/2016 | $  2,202.00 | (4) | 529 college savings acct |
| | 1/4/2016 | $  2,202.00 | (5) | 529 college savings acct |
| | 12/9/2015 | $  2,202.00 | (6) | 529 college savings acct |
| | 11/24/2015 | $  2,202.00 | (7) | Chase Freedom credit card |
| | | $ 10,430.00 | | |
| | | | | |
| Fall 2015 | 10/19/2015 | $  2,214.00 | (8) | 529 college savings acct |
| | 9/14/2015 | $  2,934.00 | (9) | 529 college savings acct |
| | 8/19/2015 | $  2,934.00 | (10) | 529 college savings acct |
| | 7/21/2015 | $  2,934.00 | (11) | 529 college savings acct |
| | 7/7/2015 | $  2,934.00 | (12) | Chase Freedom credit card |
| | | $ 13,950.00 | | |
| | | | | |
| Summer 2015 | 6/26/2015 | $  3,480.00 | (13) | 529 college savings acct |
| | | $  3,480.00 | | |
| | | | | |
| Spring 2015 | 5/8/2015 | $  6,735.00 | (14) | 529 college savings acct |
| | 5/1/2015 | $    225.00 | | |
| | | $  6,960.00 | | |
| | | | | |
| Total Dowling | | $ 35,297.00 | | |

## Funding College Payments

| Funding Source | | Amt | | Date | Semester |
|---|---|---|---|---|---|
| 529 college savings acct | (1) | [illegible] | $ | [illegible] | Summer 2016 |
| | | 472.00 | $ | | |
| 529 college savings acct | (3) | 1,572.00 | $ | 3/1/2016 | Spring 2016 |
| 529 college savings acct | (4) | 2,202.00 | $ | 2/5/2016 | |
| 529 college savings acct | (5) | [illegible] | $ | [illegible] | |
| 529 college savings acct | (6) | 2,202.00 | $ | 12/9/2015 | |
| Chase Freedom credit card | (7) | 2,202.00 | $ | 11/24/2015 | |
| | | 10,420.00 | $ | | |
| 529 college savings acct | (8) | [illegible] | $ | 10/30/2015 | Fall 2015 |
| 529 college savings acct | (9) | [illegible] | $ | 9/14/2015 | |
| 529 college savings acct | (10) | [illegible] | $ | 8/19/2015 | |
| 529 college savings acct | (11) | 2,654.00 | $ | 7/21/2015 | |
| Chase Freedom credit card | (12) | [illegible] | $ | 7/7/2015 | |
| | | 13,450.00 | $ | | |
| 529 college savings acct | (13) | 3,480.00 | $ | 6/24/2015 | Summer 2015 |
| | | 3,480.00 | $ | | |
| 529 college savings acct | (14) | 5,735.00 | $ | 5/8/2015 | Spring 2015 |
| | | 225.00 | $ | 5/?/2015 | |
| | | [illegible] | $ | | |
| | | [illegible] | $ | | Total Funding |

## Investment Summary (Continued)

| | |
|---|---|
| **Total Portfolio Net Worth:** | $721.87 |
| **Principal:** | $682.38 |
| **Earnings:** | $39.49 |

**Annualized Personal Rate of Return** (as of 09/30/2016)

| | 1 Year | 3 Year | 5 Year | 10 Year |
|---|---|---|---|---|
| | 2.56% | N/A | N/A | N/A |

**A note about performance.** Your personal performance is based on the performance of your investments and on the timing and amount of your purchases and redemptions. Therefore, your personal performance may differ—perhaps greatly—from the performance of the investments themselves.

**Calculation method.** Personal performance uses a formula called *internal rate of return* (IRR), which is a dollar-weighted return. IRR takes into account new money coming into your investment, as well as how long that money has been held. Don't confuse your personal rate of return with those posted for funds and indexes. The returns presented in these instances use a time-weighted calculation, which does not take cash flow into consideration.

**Past performance.** Past performance is not a guarantee of future performance. You should monitor your personal performance over an extended period of time and consider other factors—investment objectives, time horizon, risk tolerance, personal financial situation, and tax implications—before making changes to your portfolio.

Performance presented is for applicable time frames since initial investment. Accounts with a zero balance at either the beginning or end of the time period shown will not calculate a personal rate of return and hence will show a zero return.

## Investment Allocations

(As of 09/30/2016)

| Portfolio Name | Allocation Percentage * |
|---|---|
| Moderate Age-Based Option: Income Portfolio | 100% |

* Investment allocations are effective for all future contributions and do not necessarily reflect the current allocation of assets in your account.

## Investment Transactions

January 1, 2016 - September 30, 2016

| Trade Date | Portfolio Name | Units Transacted | Unit Price | Transaction Amount | Transaction Description |
|---|---|---|---|---|---|
| 05/04/2016 | Moderate Age-Based Option: Income Portfolio | -31.2174 | $15.28 | -$477.00 | Qualified w/d Educational Institution Dowling College |
| 03/01/2016 | Moderate Age-Based Option: Income Portfolio | -110.0660 | $15.10 | -$1,662.00 | Qualified w/d Educational Institution Dowling College |
| 02/05/2016 | Moderate Age-Based Option: Income Portfolio | -146.1182 | $15.07 | -$2,202.00 | Qualified w/d Educational Institution Dowling College |
| 01/04/2016 | Moderate Age-Based Option: Income Portfolio | -147.4882 | $14.93 | -$2,202.00 | Qualified w/d Educational Institution Dowling College |

## Investment Summary (Continued)

| Annualized Personal Rate of Return (as of 12/31/2015) | 1 Year | 3 Year | 5 Year | 10 Year |
|---|---|---|---|---|
| | -0.89% | N/A | N/A | N/A |

**A note about performance.** Your personal performance is based on the performance of your investments and on the timing and amount of your purchases and redemptions. Therefore, your personal performance may differ—perhaps greatly—from the performance of the investments themselves.

**Calculation method.** Personal performance uses a formula called *internal rate of return* (IRR), which is a dollar-weighted return. IRR takes into account new money coming into your investment, as well as how long that money has been held. Don't confuse your personal rate of return with those posted for funds and indexes. The returns presented in these instances use a time-weighted calculation, which does not take cash flow into consideration.

**Past performance.** Past performance is not a guarantee of future performance. You should monitor your personal performance over an extended period of time and consider other factors—investment objectives, time horizon, risk tolerance, personal financial situation, and tax implications—before making changes to your portfolio.

Performance presented is for applicable time frames since initial investment. Accounts with a zero balance at either the beginning or end of the time period shown will not calculate a personal rate of return and hence will show a zero return.

## Investment Allocations

(As of 12/31/2015)

| Portfolio Name | Allocation Percentage * |
|---|---|
| Moderate Age-Based Option: Income Portfolio | 100% |

\* Investment allocations are effective for all future contributions and do not necessarily reflect the current allocation of assets in your account.

## Investment Transactions

January 1, 2015 - December 31, 2015

| Trade Date | Portfolio Name | Units Transacted | Unit Price | Transaction Amount | Transaction Description |
|---|---|---|---|---|---|
| 12/09/2015 | Moderate Age-Based Option: Income Portfolio | -147.3896 | $14.94 | -$2,202.00 | Qualified w/d Educational Institution Dowling College |
| 11/30/2015 | Moderate Age-Based Option: Income Portfolio | 133.7793 | $14.95 | $2,000.00 | 2015 Contribution Check |
| 11/11/2015 | Moderate Age-Based Option: Income Portfolio | 67.1592 | $14.89 | $1,000.00 | 2015 Contribution Check |
| 10/20/2015 | Moderate Age-Based Option: Income Portfolio | 334.2246 | $14.96 | $5,000.00 | 2015 Contribution Check |
| 10/19/2015 | Moderate Age-Based Option: Income Portfolio | -147.7970 | $14.98 | -$2,214.00 | Qualified w/d Educational Institution Dowling College |
| 09/18/2015 | Moderate Age-Based Option: Income Portfolio | 66.9344 | $14.94 | $1,000.00 | 2015 Contribution Check |
| 09/14/2015 | Moderate Age-Based Option: Income Portfolio | -196.7806 | $14.91 | -$2,934.00 | Qualified w/d Educational Institution Dowling College |
| 08/19/2015 | Moderate Age-Based Option: Income Portfolio | -196.5172 | $14.93 | -$2,934.00 | Qualified w/d Educational Institution Dowling College |
| 07/21/2015 | Moderate Age-Based Option: Income Portfolio | -197.3100 | $14.87 | -$2,934.00 | Qualified w/d Educational Institution Dowling College |
| 07/06/2015 | Moderate Age-Based Option: Income Portfolio | 134.2283 | $14.90 | $2,000.00 | Transfer In |
| 06/26/2015 | Moderate Age-Based Option: Income Portfolio | -235.2940 | $14.79 | -$3,480.00 | Qualified w/d Educational Institution Dowling College |
| 05/08/2015 | Moderate Age-Based Option: Income Portfolio | -450.2004 | $14.96 | -$6,735.00 | Qualified w/d Educational Institution Dowling College |
| 05/04/2015 | Moderate Age-Based Option: Income Portfolio | 1,002.0039 | $14.97 | $15,000.00 | Transfer In |

CHASE ○
*freedom*

 Manage your account online:
www.chase.com/freedom

 Customer Service:
1-800-524-3880

 Mobile: Visit chase.com
on your mobile browser

## ACCOUNT ACTIVITY                    (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 11/22 | KING KULLEN #10 LAKE RONKONKO NY | 89.66 |
| 11/21 | SUNOCO 0350576503 RONKONKOMA NY | 30.59 |
| 11/21 | TWO LIZARDS RESTAURANT NEW YORK NY | 149.12 |
| 11/24 | DOWLING COLLEGE BURSAR 631-2443018 NY | 2,202.00 |
| 11/26 | MICROSOFT *XBOXLIVE 800-469-9269 WA | 10.85 |
| 11/25 | OCEAN CLEANERS RONKONKOMA NY | 52.00 |
| 11/28 | JOE'S SIRLOIN BURGER & G BOHEMIA NY | 12.58 |
| 12/03 | FLOURISHING TRADE CO.,LTD YIWU | 162.57 |
| 12/03 | LIDS 5097 LAKE GROVE NY | 50.00 |
| 12/03 | PERSONALIZED ORNAMENTS SH LAKE GROVE NY | 84.67 |
| 12/03 | WOOPS SMITH HAVEN LAKE GROVE NY | 32.00 |
| 12/05 | THREE STAR ON FIRST NEW YORK NY | 48.50 |
| 12/07 | STOP & SHOP 0544 LK RONKONKOMA NY | 93.00 |

| 2015 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2015 | $5.12 |
| Total interest charged in 2015 | $0.00 |
| Year-to-date totals do not reflect any fee or interest refunds you may have received. | |

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 12.99% (v) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash Advances | 23.99% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 12.99% (v) | -0- | -0- |

(v) = Variable Rate                                          **30 Days in Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

**This Statement is a Facsimile - Not an original**      Statement Date:  12/08/15



**CHASE** ◉

P.O. BOX 15123
WILMINGTON, DE
19850-5123

| Payment Due Date: | 09/05/15 |
| New Balance: | $3,913.99 |
| Minimum Payment: | $39.00 |

Account number:

$_____ Amount Enclosed

Make your check payable to: Chase Card Services

43498 BEX Z 22015 C
DENISE L KETTERER
2380 JULIA GOLDBACH AVE
RONKONKOMA NY  11779-6317

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

**CHASE** ◉
**freedom**

🖥 Manage your account online:    ☎ Customer Service:    📱 Mobile: Visit chase.com
www.chase.com/freedom       1-800-524-3880       on your mobile browser

## ACCOUNT SUMMARY

Account Number:

| | |
|---|---|
| Previous Balance | $968.53 |
| Payment, Credits | -$979.36 |
| Purchases | +$3,924.82 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $3,913.99 |
| | |
| Opening/Closing Date | 07/09/15 - 08/08/15 |
| Credit Access Line | $8,000 |
| Available Credit | $4,086 |
| Cash Access Line | $1,600 |
| Available for Cash | $1,600 |
| | |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $3,913.99 |
| Payment Due Date | 09/05/15 |
| Minimum Payment Due | $39.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 16 years | $7,453 |
| $132 | 3 years | $4,752 (Savings=$2,701) |

If you would like information about credit counseling services, call 1-866-797-2885.

## YOUR ACCOUNT MESSAGES

New York Residents: New York residents may contact the New York State Department of Financial Services at 1-800-342-3736 or go to www.dfs.ny.gov to obtain a comparative list of credit card rates, fees, and grace periods.

## CHASE FREEDOM ULTIMATE REWARDS® SUMMARY

| | | |
|---|---|---|
| Previous points balance | 2,912 | Redeeming your points for Cash Back rewards is easy! |
| + 1% (1 Pt)/$1 earned on all purchases | 3,914 | For example, 2,000 points = $20 Cash Back rewards. |
| + 1% (1 Pt)/$1 on Ultimate Rewards travel | 0 | To review your reward options visit |
| + Bonus from 3Q 5% category: Gas stations | 252 | chase.com/freedom. |
| = Total points available for redemption | 7,078 | |

You always earn unlimited 1% cash back on all your purchases. Activate new bonus categories every quarter. You'll earn an additional 4% cash back, for a total of 5% cash back on up to $1,500 in combined bonus category purchases each quarter. Activate for free at chase.com/freedom, visit a Chase branch or call the number on the back of your card.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 08/03 | Payment Thank You - Chase Bill Pay | -968.53 |
| 08/05 | WAL-MART #2917 ISLANDIA NY | -10.83 |
| **PURCHASES** | | |
| 07/07 | DOWLING COLLEGE BURSAR 631-2443013 NY | 2,604.00 |
| 07/08 | RONKONKOMA MART INC RONKONKOMA NY | 62.83 |
| 07/14 | ISLAND EMPANADA 631-617-6427 NY | 13.35 |
| 07/15 | WORLD GYM 631-467-2122 NY | 10.00 |
| 07/15 | WORLD GYM 631-467-2122 NY | 19.00 |
| 07/19 | LOCAL COLOR HAVENSITE ST THOMAS | 125.75 |
| 07/20 | RON JON SURF SHOP TURKS & CAICO | 52.90 |

**This Statement is a Facsimile - Not an original**

STELLER
8D JOHN GOLDBACH AVE
RONKONKOMA NY 11779

DOWLING COLLEGE CASE ADMINISTRATION
C/O GCG
P.O. BOX 10342
DUBLIN, OH 43017-5542





1000

43017

U.S. POSTAGE PAID
RONKONKOMA, NY
11779
FEB 28 2017
AMOUNT
$1.61
R2305H130267-3

# CLAIM NO. 431

**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK**

| Name of Debtor: | Case No. |
|---|---|
| Dowling College | 16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

DCO0200849268    01000245

**CRT**

ANTHONY MONZON-ZAIKOWSKI
130 JACKIE COURT
PATCHOGUE NY 11772

Garden City Group, LLC
MAR 1 3 2017

RECEIVED

2017 MAR 10 P

CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT
NEW YORK

FILED - 00431
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

Your Claim is Scheduled As Follows:

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim
Official Form 410*

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not destroyed, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | _Anthony Vincenzo Monzon-Zaikowski_ <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _Anthony Monzon,  Anthony Vincenzo Monzon_ |
| 2. | Has this claim been acquired from someone else? | ☒No <br> ☐Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> _Anthony Vincenzo Monzon-Zaikowski_ <br> Name <br> _130   Jackie Court_ <br> Number    Street <br> _Patchogue    NY    11772_ <br> City    State    ZIP Code <br><br> Contact phone _(631) 627-0675_ <br><br> Contact email _anthony.monzon@gmail.com_ <br><br> **Where should payments to the creditor be sent?** (if different) <br><br> Name <br><br> Number    Street <br><br> City    State    ZIP Code <br><br> Contact phone _____ <br><br> Contact email _____ |
| 4. | Does this claim amend one already filed? | ☒No <br> ☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____ MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒No <br> ☐ Yes. Who made the earlier filing? _____ |

*Modified Official Form 410 (GCG 5/16)                                                                                         page 3



## Part 2:    Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. | **Do you have any number you use to identify the debtor?** | ☒ No<br><br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
| 7. | **How much is the claim?** | $ 31,854 .    **Does this amount include interest or other charges?**<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>The additional cost of finishing my education that I was on track to complete at Dowling |
| 9. | **Is all or part of the claim secured?** | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**                $_____<br><br>**Amount of the claim that is secured:**    $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |
| 10. | **Is this claim based on a lease?** | ☒ No<br><br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. | **Is this claim subject to a right of setoff?** | ☒ No<br><br>☐ Yes. Identify the property: _____ |
| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☒ Yes. Check all that apply:    **Amount entitled to priority**<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____<br><br>☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____<br><br>☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____<br><br>☒ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $ 31,854<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.    $_____<br><br>* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. |



| Part 3: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ___03 / 09 /2017___
                 MM / DD / YYYY

_Anthony Monzon_
Signature

Print the name of the person who is completing and signing this claim:

Name    _Anthony_     _Vincenzo_     _Monzon-Zaikowski_
           First name          Middle name          Last name

Title

Company
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    _130_     _Jackie Court_
          Number      Street

          _Patchogue_              _NY_      _11772_
          City                   State      ZIP Code

Contact phone _(631) 627-0675_     Email _anthony.monzon@gmail.com_

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized to and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction of* information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

Administrative expense: Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

Claim: A creditor's right to receive payment for a debt that the debtor owed on the date case filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

Creditor: A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

Debtor: A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

Evidence of perfection: Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

Information that is entitled to privacy: A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

Priority claim: A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

Proof of claim: A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

Redaction of information: Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the *Proof of Claim* form and any attached documents.

Secured claim under 11 U.S.C. §506(a): A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

Setoff: Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

Uniform claim identifier: An optional 24-character identifier that some creditors use to facilitate electronic payment.

Unsecured claim: A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

Display of Proof of Claim on Case Administration Website: As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

TO:         **United States Bankruptcy Court**
                **Eastern District of New York**

FROM:      **Anthony Vincenzo Monzon-Zaikowski**
                **130 Jackie Court**
                **Patchogue, NY 11772**
                **(631) 627-0675**

RE:          **Case No. 16-75545 (REG)**
                **Chapter 11**
                **Debtor: Dowling College**

### ADDITIONAL INFORMATION RELATED TO PROOF OF CLAIM

At the time of Dowling College's closure, I was enrolled as a double major in psychology and biology. The school's closure put me in a situation where I was unable to fulfill the requirements for the biology portion of my degree and was forced to walk away with only a B.A. in psychology. In addition, I was unable to complete my course of study in the pre-professional health program at Dowling College and had to enroll at the SUNY College at Old Westbury in order to finish the prerequisite courses that are needed to matriculate in medical schools in the United States. The length of time necessary in order for me to complete the educational program that I was on track to finish at Dowling College was increased by a full semester due to limitations on transfer credits (approximately 60 of my credits did not transfer) and varying course requirements between the two schools. Other schools that I applied to transfer to would have put me in a similar or worse situation.

While at Dowling College, I was entitled to tuition remission due to my mother's (Lori Anne Zaikowski) employment there as a member of the faculty. Since I am not eligible for free tuition at the SUNY College at Old Westbury, the cost of completing my education must now be paid out of pocket and through federal student loans that will accrue interest for years to come. Additionally, in order to pursue my educational goals at the SUNY College at Old Westbury I needed to quit my job and leave home to live on campus since I do not own a vehicle and there is limited public transportation from Patchogue, where my permanent address is, to Old Westbury. The total cost of completing my education at the SUNY College at Old Westbury, that I would not have been subject to at Dowling College, is $31,854. That figure accounts for the personal cost to me for tuition, fees, housing, a mandatory meal plan, and lost income over the one and a half year period necessary to finish the educational trajectory that I was on track to complete at Dowling College at the time of its closure.

Furthermore, Dowling College's sudden closure negatively impacts the strength of my medical school application that I plan to submit in 2018. Medical schools expect letters of recommendation from the pre-professional health committee at the applicant's undergraduate institution and/or letters of recommendation from professors who taught the applicant. The years that I spent developing relationships with the professors at Dowling College will likely yield me nothing in terms of recommendation letters since the pre-professional health committee has been dissolved and the school is defunct. While I can acquire the necessary letters from my current school, the recommendations will not have the depth that they would have had coming from Dowling College, due to my shorter course of study at my current institution.

I am requesting fair consideration during these bankruptcy proceedings due to the negative financial, academic, and personal effects that Dowling College's sudden closure had on me.

Respectfully,

*Anthony Monzon*

Anthony Vincenzo Monzon-Zaikowski

| OMB No. 1545-0008 **Form W-2 Wage and Tax Statement** 2016 | | |
|---|---|---|
| a Employee's social security number | 1 Wages, tips, other comp. 2533.05 | 2 Federal income tax withheld 10.00 |
| 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 | 3 Social security wages 2533.05 | 4 Social security tax withheld 157.06 |
| b Employer ID number (EIN) 11-2722873 | 5 Medicare wages and tips 2533.05 | 6 Medicare tax withheld 36.73 |

c Employer's name, address, and ZIP code

DR. JAMES DINOVIS, D.P.M.

1 NEEL COURT
SAYVILLE NY 11782

d Control number    369941

e Employee's name, address, and ZIP code

ANTHONY MONZON-ZAIKOWSKI
396 BAYPORT AVE
BAYPORT NY 11705

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 12b | 12c | 12d |
| 13 Statutory employee ☐   Retirement plan ☒   Third-party sick pay ☐ | | |
| 14 Other | | |

| NY | 112722873 | 2533.05 | 4.55 |
|---|---|---|---|
| 15 State Employer's state I.D. # | 16 State wages, tips, etc | 17 State income tax | |
| 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name | |

Copy B To Be Filed With Employee's FEDERAL Tax Return      Dept. of the Treasury - IRS
This information is being furnished to the Internal Revenue Service
DXA

---

| OMB No. 1545-0008 **Form W-2 Wage and Tax Statement** 2016 | | |
|---|---|---|
| a Employee's social security number | 1 Wages, tips, other comp. 2533.05 | 2 Federal income tax withheld 10.00 |
| 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 | 3 Social security wages 2533.05 | 4 Social security tax withheld 157.06 |
| b Employer ID number (EIN) 11-2722873 | 5 Medicare wages and tips 2533.05 | 6 Medicare tax withheld 36.73 |

c Employer's name, address, and ZIP code

DR. JAMES DINOVIS, D.P.M.

1 NEEL COURT
SAYVILLE NY 11782

d Control number    369941

e Employee's name, address, and ZIP code

ANTHONY MONZON-ZAIKOWSKI
396 BAYPORT AVE
BAYPORT NY 11705

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 12b | 12c | 12d |
| 13 Statutory employee ☐   Retirement plan ☒   Third-party sick pay ☐ | | |
| 14 Other | | |

| NY | 112722873 | 2533.05 | 4.55 |
|---|---|---|---|
| 15 State Employer's state I.D. # | 16 State wages, tips, etc | 17 State income tax | |
| 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name | |

Copy 2 To Be Filed With Employee's State, City,      Dept. of the Treasury - IRS
or Local Income Tax Return
DXA

---

This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.

| OMB No. 1545-0008 **Form W-2 Wage and Tax Statement** 2016 | | |
|---|---|---|
| a Employee's social security number | 1 Wages, tips, other comp. 2533.05 | 2 Federal income tax withheld 10.00 |
| 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 | 3 Social security wages 2533.05 | 4 Social security tax withheld 157.06 |
| b Employer ID number (EIN) 11-2722873 | 5 Medicare wages and tips 2533.05 | 6 Medicare tax withheld 36.73 |

c Employer's name, address, and ZIP code

DR. JAMES DINOVIS, D.P.M.

1 NEEL COURT
SAYVILLE NY 11782

d Control number    369941

e Employee's name, address, and ZIP code

ANTHONY MONZON-ZAIKOWSKI
396 BAYPORT AVE
BAYPORT NY 11705

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 12b | 12c | 12d |
| 13 Statutory employee ☐   Retirement plan ☒   Third-party sick pay ☐ | | |
| 14 Other | | |

| NY | 112722873 | 2533.05 | 4.55 |
|---|---|---|---|
| 15 State Employer's state I.D. # | 16 State wages, tips, etc | 17 State income tax | |
| 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name | |

Copy C For EMPLOYEE'S RECORDS (See Notice on back.)      Dept. of the Treasury - IRS
DXA

---

| OMB No. 1545-0008 **Form W-2 Wage and Tax Statement** 2016 | | |
|---|---|---|
| a Employee's social security number | 1 Wages, tips, other comp. 2533.05 | 2 Federal income tax withheld 10.00 |
| 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 | 3 Social security wages 2533.05 | 4 Social security tax withheld 157.06 |
| b Employer ID number (EIN) 11-2722873 | 5 Medicare wages and tips 2533.05 | 6 Medicare tax withheld 36.73 |

c Employer's name, address, and ZIP code

DR. JAMES DINOVIS, D.P.M.

1 NEEL COURT
SAYVILLE NY 11782

d Control number    369941

e Employee's name, address, and ZIP code

ANTHONY MONZON-ZAIKOWSKI
396 BAYPORT AVE
BAYPORT NY 11705

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 12b | 12c | 12d |
| 13 Statutory employee ☐   Retirement plan ☒   Third-party sick pay ☐ | | |
| 14 Other | | |

| NY | 112722873 | 2533.05 | 4.55 |
|---|---|---|---|
| 15 State Employer's state I.D. # | 16 State wages, tips, etc | 17 State income tax | |
| 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name | |

Copy 2 To Be Filed With Employee's State, City,      Dept. of the Treasury - IRS
or Local Income Tax Return
DXA



Logged in as Anthony V Monzon-Zaikowski

**[ Bill+Payment ]**

## Account Activity

View transactions by term: | Spring 2017 $0.00 |

### Authorized Financial Aid

Currently you do not have pending financial aid for the selected term.

### Account Activity

To sort, click on the desired column header.

| Description | Code | Date | Amount ( $ ) |
|---|---|---|---|
| CHARGE | CHRG | 25-FEB-2017 | -$1,066.36 |
| CASH | CASH | 30-JAN-2017 | -$5.00 |
| PAPR CHRG (PAPER CHARGE) | PAPR | 30-JAN-2017 | $5.00 |
| CHARGE | CHRG | 26-JAN-2017 | -$1,066.37 |
| DIRECT LENDING-UNSUB1 | DUN1 | 18-JAN-2017 | -$3,463.00 |
| DIRECT LENDING-SUB1 | DSU1 | 18-JAN-2017 | -$2,721.00 |
| OWTPP-TIME PP | TPFE | 04-JAN-2017 | $25.00 |
| CHARGE | CHRG | 04-JAN-2017 | -$1,089.77 |
| Meal Plan C | ME-C | 29-NOV-2016 | $1,860.00 |
| DORM | DORM | 29-NOV-2016 | $3,650.00 |
| TUITION | TUIT | 07-NOV-2016 | $3,235.00 |
| ST/ACTFEE | STAF | 07-NOV-2016 | $87.50 |
| COL. FEE | CFEE | 07-NOV-2016 | $12.50 |
| TRANSPORTATION FEE | TRSP | 07-NOV-2016 | $50.00 |
| TECH FEE | TECH | 07-NOV-2016 | $162.50 |
| Lab Fee | LABF | 07-NOV-2016 | $30.00 |
| ATHL.FEE | ICAF | 07-NOV-2016 | $174.00 |
| HLTH.SERV. | HSVF | 07-NOV-2016 | $120.00 |
| | | Term Balance: | $0.00 |
| | | Term Balance Including Authorized Aid: | $0.00 |

U Commerce 6.5 | Bill+Payment v 5.0
©1997 - 2017  TouchNet Information Systems, Inc. All rights reserved.  |  TouchNet Privacy Policy



Logged in as: Anthony V. Monzon-Zalkowski

 **[ Bill+Payment ]**

## Account Activity

View transactions by term:  [ Fall 2016 $0.00 ]

### Authorized Financial Aid

Currently you do not have pending financial aid for the selected term.

### Account Activity

To sort, click on the desired column header.

| Description | Code | Date | Amount ( $ ) |
|---|---|---|---|
| C/A DEP. | CADD | 25-AUG-2016 | $25.00 |
| COL. FEE | CFEE | 25-AUG-2016 | $12.50 |
| MO 23638969348 | CHCK | 03-AUG-2016 | -$50.00 |
| CHARGE | CHRG | 20-OCT-2016 | -$216.84 |
| CHARGE | CHRG | 30-AUG-2016 | -$3,145.66 |
| DD DEP | DDD | 25-AUG-2016 | $50.00 |
| DORM | DORM | 25-AUG-2016 | $3,650.00 |
| DIRECT LENDING-SUB1 | DSU1 | 09-SEP-2016 | -$2,721.00 |
| DIRECT LENDING-UNSUB1 | DUN1 | 09-SEP-2016 | -$3,463.00 |
| HLTH.SERV. | HSVF | 25-AUG-2016 | $120.00 |
| ATHL.FEE | ICAF | 25-AUG-2016 | $174.00 |
| KEY DEP | KEYD | 25-AUG-2016 | $25.00 |
| Lab Fee | LABF | 25-AUG-2016 | $60.00 |
| LATE PAY CHARGE | LPAY | 05-OCT-2016 | $50.00 |
| M/B DEP | MAIL | 25-AUG-2016 | $10.00 |
| Meal Plan C | ME-C | 25-AUG-2016 | $1,860.00 |
| ST/ACTFEE | STAF | 25-AUG-2016 | $87.50 |
| TECH FEE | TECH | 25-AUG-2016 | $162.50 |
| QWTPP-TIME PP | TPFE | 30-AUG-2016 | $25.00 |
| TRANSPORTATION FEE | TRSP | 25-AUG-2016 | $50.00 |
| TUITION | TUIT | 25-AUG-2016 | $3,235.00 |
| | | Term Balance: | $0.00 |
| | | Term Balance Including Authorized Aid: | $0.00 |

U Commerce 6.5 | Bill+Payment 6.5.0
©1997 - 2017  TouchNet Information Systems, Inc. All rights reserved. | TouchNet Privacy Policy



2/26/17 2:34 PM



1. Select the 'Print' button to print 1 copy of each label.
2. The Return Shipment instructions, which provide your recipient with information on the returns process, will be printed with the label(s).
3. After printing, select your next step by clicking one of the displayed buttons.

**Note:**To review or print individual labels, select the Label button under each label image above.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



# CLAIM NO. 291

Claim # 291        Electronically Filed: 03/02/2017

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**\* P - D C O - P O C / 1 \***

<u>Your Claim is Scheduled As Follows:</u>

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in   respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim
Official Form 410

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.**

| **Part 1:** | **Identify the Claim** |
|---|---|

| 1. | Who is the current creditor? | **ANTONIO AGARWAL** |
|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |

| 2. | Has this claim been acquired from someone else? | ⁴ No |
|---|---|---|
| | | Yes. From whom? _____ |

| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| | **ANTONIO AGARWAL**<br>Name | Name |
| | **23 6TH ST**<br>Number        Street | Number        Street |
| | **GARDEN CITY PARK, NY 11040**<br>City            State              ZIP Code | City            State              ZIP Code |
| | Contact phone _____ | Contact phone _____ |
| | Contact email JOHNNYJAGARWAL@YAHOO.COM | Contact email _____ |

| 4. | Does this claim amend one already filed? | ⁴ No | | Filed on_____ |
|---|---|---|---|---|
| | | Yes. Claim number on court claims registry (if known) _____ | | MM/DD/YYYY |

| 5. | Do you know if anyone else has filed a proo of claim for this claim? | ⁴ No |
|---|---|---|
| | | Yes. Who made the earlier filing? _____ |

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| | | |
|---|---|---|
| 6. | **Do you have any number you use to identify the debtor?** | ☑ No <br> <br> Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
| 7. | **How much is the claim?** | $ __128,996.00__.      **Does this amount include interest or other charges?** <br> ☑ No <br> Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. <br><br> Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). <br><br> Limit disclosing information that is entitled to privacy, such as health care information. <br> Could not find same program elsewhere, Had to choose different field of study, which added additona |

| | | |
|---|---|---|
| 9. | **Is all or part of the claim secured?** | ☑ No <br> Yes. The claim is secured by a lien on property. <br><br>    **Nature of property:** <br>      Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*. <br>      Motor vehicle <br>      Other. Describe: _____ <br><br>    **Basis for perfection:** _____ <br>    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded. <br><br>    **Value of property:**       $_____ <br><br>    **Amount of the claim that is secured:**   $__32,249.00__ <br><br>    **Amount of the claim that is unsecured:** $__32,249.00__ (The sum of the secured and unsecured amounts should match the amount in line 7.) <br><br>    **Amount necessary to cure any default as of the date of the petition:** $_____ <br><br>    **Annual Interest Rate** (when case was filed) _____ <br>      Fixed <br>      Variable |
| 10. | **Is this claim based on a lease?** | ☑ No <br> Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. | **Is this claim subject to a right of setoff?** | ☑ No <br> Yes. Identify the property: _____ |
| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | No <br> ☑ Yes. *Check all that apply:* <br><br> **Amount entitled to priority** <br><br> ☑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $__32,249.00__ <br><br> Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____ <br><br> Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____ <br><br> Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____ <br><br> Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5).    $_____ <br><br> Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.    $_____ <br><br> * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. |

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this clai electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

4  I am the creditor.

   I am the creditor's attorney or authorized agent.

   I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

   I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  **03/02/2017**
                  MM / DD / YYYY

Antonio J Agarwal
_____
Signature

Print the name of the person who is completing and signing this claim:

Name    **Antonio J Agarwal**
        _____
        First name          Middle name          Last name

Title   _____

Company _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address **23 6th Street**
        _____
        Number       Street
        **GARDEN CITY PARK, NY 11040**
        City                      State          ZIP Code

Contact phone  **(516) 477-9115**    Email **johnnyjagarwal@yahoo.com**

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Claim # 291    Electronically Filed: 03/02/2017

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction of* information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be attached. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confident al information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child s initials and the full name and address of the child s parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to* **privacy** *on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

Keep this stub with your personal records. The other side contains important information.

Please note: The date we issued this card is shown below the signature line.

ANTONIO JAYDIP AGARWAL
23 6TH STREET
GARDEN CITY PARK NY 11040-4109

## YOUR SOCIAL SECURITY CARD

ADULTS: Sign this card in ink immediately.
CHILDREN: Do not sign until age 18 or your first job, whichever is earlier.

Keep your card in a safe place to prevent loss or theft.
DO NOT CARRY THIS CARD WITH YOU.
Do not laminate.



3/2/2017                                         Loan Summary - Sallie Mae

Your 2016 tax form is *now available*. **Need more information about tax forms?** *Find it here.*

**SallieMae**.

Loans          Manage Payments          Customer Service          Apply for New Loan

Getting Ready for Next Semester?
We're Ready to Help You Again with the Smart Option Student Loan®
Get Started

# Loan Summary

## $128,995.54

Total Current Balance(s)
*Balances as of 03/02/2017 05:52 AM ET*

Sort by   Balance   ▾

Sallie Mae Smart Option Student Loan #2085 - For Dowling College                    Auto Debit: Not Enrolled

In School – Fixed Repayment Option (estimated principal & interest payment due date 12/04/2019)

| $48,922.10 | 7.625% | 03/02/2017 | $ .00 |
|---|---|---|---|
| Current Balance | Interest Rate | Payment Date | Payment Amount |
| | | *Due 03/04/2017* | View details |

Sallie Mae Smart Option Student Loan #3482 - For Dowling College                    Auto Debit: Not Enrolled

In School – Fixed Repayment Option (estimated principal & interest payment due date 12/04/2019)

| $48,334.27 | 10.250% | 03/02/2017 | $ .00 |
|---|---|---|---|
| Current Balance | Interest Rate | Payment Date | Payment Amount |
| | | *Due 03/04/2017* | View details |

Sallie Mae Smart Option Student Loan #7885 - For Dowling College                    Auto Debit: Not Enrolled

In School – Fixed Repayment Option (estimated principal & interest payment due date 12/04/2019)

| $31,739.17 | 9.375% | 03/02/2017 | $ .00 |
|---|---|---|---|
| Current Balance | Interest Rate | Payment Date | Payment Amount |
| | | *Due 03/04/2017* | View details |

I am making a payment of:

## $0.00

Make Payment

• Need a Loan for Next Semester? The Smart Option Student Loan® Get Started

## Recent Activity

View History for older transactions

**No Activity**

Payment Status Information

## Tools & Resources

Enroll in Auto Debit

NEW! Download Sallie Mae mobile app  ❸

Find a Form

Repayment Options

Cosigner Responsibilities & Release Information  ❸

Military Benefits  ❸

Pay and Manage Your Loan  ❸

Repayment Calculator  ❸

Online Account Overview  ❸

Beware of Debt Relief Offers  ❸

Staying on Top of Your Credit Just Got Easier

View your free quarterly FICO® Score online

- Available for borrowers and cosigners with eligible loans
- Get access to the key factor(s) affecting your score

See Your Score Now



© 2017 Sallie Mae Bank. All rights reserved. Sallie Mae and the Sallie Mae logo are service marks or registered service marks of Sallie Mae Bank or its subsidiaries.

Terms of use | Protecting your privacy | Avoid online fraud | Beware of Debt Relief Offers

SLM Corporation and its subsidiaries, including Sallie Mae Bank and Upromise, Inc., are not sponsored by or agencies of the United States of America.

# CLAIM NO. 496

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

Your Claim is Scheduled As Follows:

DCO0200851402   01000267

ARIEL LAVALLE
224 GERARD RD
YAPHANK NY 11980-9630

*(stamp)* MAR – 8 2018
Garden City Group, LLC

FILED - 00496
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

# Proof of Claim
Official Form 410*

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.")** Fill in all the information for the claim as of the Petition Date.

| Part 1: | Identify the Claim | |
|---|---|---|
| 1. | Who is the current creditor? |  Ariel LaValle<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>Ariel LaValle<br>Name<br>224 Gerard Rd<br>Number    Street<br>Yaphank    NY  11980<br>City    State    ZIP Code<br><br>631 9021615 or  Contact phone 631-2864278<br>Contact email Ariel E LaValle @ gmail.com | **Where should payments to the creditor be sent?** (if different)<br>Name _____<br>Number    Street _____<br>City    State    ZIP Code _____<br>Contact phone _____<br>Contact email _____ |
| 4. | Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____<br>MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

*Modified Official Form 410 (GCG 5/16)

page 3



| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6.** Do you have any number you use to identify the debtor?

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7.** How much is the claim?

$ _2000 +_ .

Does this amount include interest or other charges?

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.** What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_Tuition - Items left at school never returned._

**9.** Is all or part of the claim secured?

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10.** Is this claim based on a lease?

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11.** Is this claim subject to a right of setoff?

☑ No

☐ Yes. Identify the property: _____

**12.** Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check all that apply:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.



## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   __3-5-2018__
                    MM / DD / YYYY

Signature   _Ariel E LaValle_

**Print the name of the person who is completing and signing this claim:**

Name    _Ariel_          _E_          _LaValle_
        First name        Middle name       Last name

Title   _Student_

Company   _____
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   _224   Gerard   Rd._
          Number      Street
          _Yaphank         NY      11980_
          City          State       ZIP Code

Contact phone _631-9021615_   Email _ariel e lavalle @gmail.com_

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

<u>Official Form 410</u>

# Instructions for Proof of Claim

United States Bankruptcy Court

**The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all the information for the claim as of the Petition Date.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**



Ariel LaVaule
2304 Gerard Rd
Yaphank, NY 11980

MID-ISLAND NY 117
05 MAR 2018 PM 1 L



43017-554242

Dowling College Case Administration
c/o GC 3
P.O. Box 10342
Dublin, OH 43017-5542

# CLAIM NO. 224

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor: | Case No. |
| Dowling College | 16-75545 |

* P - D C O - P O C / 1 *

Your Claim is Scheduled As Follows:

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim

Official Form 410

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.**

## Part 1:    Identify the Claim

| | | | |
|---|---|---|---|
| 1. | Who is the current creditor? | **BRITTANY O'NEILL** | |
| | | Name of the current creditor (the person or entity to be paid for this claim) | |
| | | Other names the creditor used with the debtor _____ | |
| 2. | Has this claim been acquired from someone else? | ✔ No | |
| | | Yes. From whom? _____ | |
| 3. | Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **BRITTANY O'NEILL** | |
| | | Name | Name |
| | | **460-2A OLD TOWN RD** | |
| | | Number      Street | Number      Street |
| | | **PORT JEFF STATION, NY 11776** | |
| | | City          State          ZIP Code | City          State          ZIP Code |
| | | Contact phone **(631) 509-1692** | Contact phone _____ |
| | | Contact email BRITT.ONEILL@YAHOO.COM | Contact email _____ |
| 4. | Does this claim amend one already filed? | ✔ No | Filed on_____ |
| | | Yes. Claim number on court claims registry (if known) _____ | MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proo of claim for this claim? | ✔ No | |
| | | Yes. Who made the earlier filing? _____ | |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | **Do you have any number you use to identify the debtor?** | No |
|---|---|---|
| | | ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: **5  5  4  5** |

| 7. | **How much is the claim?** | $ 6,519.98 . | **Does this amount include interest or other charges?** |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. |
|---|---|---|
| | | Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). |
| | | Limit disclosing information that is entitled to privacy, such as health care information. |
| | | **Sallie Mae student loans** |

| 9. | **Is all or part of the claim secured?** | ☑ No |
|---|---|---|
| | | ☐ Yes. The claim is secured by a lien on property. |

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $ 0.00

Amount of the claim that is unsecured: $ 6,519.98   (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____
☐ Fixed
☐ Variable

| 10. | **Is this claim based on a lease?** | ☑ No |
|---|---|---|
| | | ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |

| 11. | **Is this claim subject to a right of setoff?** | ☑ No |
|---|---|---|
| | | ☐ Yes. Identify the property: _____ |

| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | **Amount entitled to priority** |
|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check all that apply:* | |
| | | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | | ☐ Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5). | $_____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this clai 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

4  I am the creditor.

   I am the creditor's attorney or authorized agent.

   I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

   I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/21/2017
                  MM / DD / YYYY

**Brittany Oneill**

Signature

**Print the name of the person who is completing and signing this claim:**

Name  **Brittany Oneill**

First name          Middle name          Last name

Title  _____

Company  _____

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  **460 2A Old Town Road**

Number        Street

**PORT JEFFERSON STATION, NY 11776**

City                State          ZIP Code

Contact phone  **(631) 509-1692**        Email  **britt.oneill@yahoo.com**

---

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- Attach all supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of Redaction of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confident al information both in the claim and in the attached documents.

- A Proof of Claim form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child s initials and the full name and address of the child s parent or guardian. For example, write A.B., a minor child (John Doe, parent, 123 Main St., City, State). See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your Proof of Claim form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

Administrative expense: Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

Claim: A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

Creditor: A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

Debtor: A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

Evidence of perfection: Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

Information that is entitled to privacy: A Proof of Claim form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

Priority claim: A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

Proof of claim: A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

Redaction of information: Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.

Secured claim under 11 U.S.C. §506(a): A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

Setoff: Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

Uniform claim identifier: An optional 24-character identifier that some creditors use to facilitate electronic payment.

Unsecured claim: A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

Display of Proof of Claim on Case Administration Website: As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

Loan Details - Sallie Mae                                                                   2/21/17, 7:03 PM

**SallieMae**

Welcome, Brittany | Logout

| Loans | Manage Payments | Customer Service | Apply for New Loan ∠ |

# Loan Details

Loan Summary
Loan Details
Loan History
Documents & Tax Forms

**Dowling College**

Sallie Mae Smart Option St...

| Repayment Start Date: | Estimated Pay-Off Date: |
|---|---|
| 11/20/2017 | 10/26/2023 |

## $6,519.98

Current Balance
*Balances as of 02/21/2017 06:22 AM ET*

## 7.875%

Interest Rate

---

## Loan Details

**Status:** In School – Interest Repayment Option

**Cosigner:** Christine Oneill

**Approved Loan Amount:** $6,510.00

**Maximum Repayment Term:** Up to 72 Months

**First Disbursement Date:** 01/20/2016

## Payment Information

**Monthly Payment Amount:** $42.63

**Current Amount Due Date:** 02/21/2017

Last Payment Received: $41.28

**Last Payment Date:** 01/21/2017

Automatic Debit: Enrolled

**Past Due Amount:** $0.00

**Number Of Days Past Due:** 0

---

## Disbursement Details

| Date | Amount | Status |
|---|---|---|
| Jan 20, 2016 | $6,510.00 | Disbursed |

Return to Loan Summary

---

Staying on Top of Your Credit Just Got Easier
View your free quarterly FICO®Score online

- Available for borrowers and cosigners with eligible loans
- Get access to the key factor(s) affecting your score

See Your Score Now

Let's Make College Happen<sup>SM</sup> with Another Smart
Option Student Loan®

- Multiple Repayment options
- Competitive interest rates
- No origination fee

Get Started !





© 2017 Sallie Mae Bank. All rights reserved. Sallie Mae and the Sallie Mae logo are service marks or registered service marks of Sallie Mae Bank or its subsidiaries.

Terms of use | Protecting your privacy | Avoid online fraud | Beware of Debt Relief Offers

SLM Corporation and its subsidiaries, including Sallie Mae Bank and Upromise, Inc., are not sponsored by or agencies of the United States of America.

Loan Summary - Sallie Mae                                                                                           2/21/17, 7:03 PM

Your 2016 tax form is now available. Need more information about tax forms? Find it here.



**Welcome,** Brittany | Logout

Loans        Manage Payments        Customer Service        Apply for New Loan ∠

  Getting Ready for Next Semester?
We're Ready to Help You Again with the Smart Option Student Loan®
Get Started

# Loan Summary

*Balances as of 02/21/2017 06:22 AM ET*

Sallie Mae Smart Option Student Loan #0792 - For Dowling College                      Auto Debit: Enrolled !

In School – Interest Repayment Option (estimated principal & interest payment due date 12/21/2017)

| **$6,519.98** | **7.875%** | 02/22/2017 | $ 42.63 |
|---|---|---|---|
| Current Balance | Interest Rate | Payment Date Due 02/21/2017 | Payment Amount View details |

**I am making a payment of:**
# $42.63

Make Payment

• Need a Loan for Next Semester? The Smart Option Student Loan® Get Started

## Recent Activity

View History for older transactions

No Activity

Payment Status Information

## Tools & Resources

Enroll in Auto Debit

NEW! Download Sallie Mae mobile app "

Find a Form

Repayment Options

Cosigner Responsibilities & Release Information "

Military Benefits "

Staying on Top of Your Credit Just Got Easier
View your free quarterly FICO®Score online

• Available for borrowers and cosigners with eligible loans
• Get access to the key factor(s) affecting your score

See Your Score Now

Pay and Manage Your Loan "

Repayment Calculator "

Online Account Overview "

Beware of Debt Relief Offers "

© 2017 Sallie Mae Bank. All rights reserved. Sallie Mae and the Sallie Mae logo are service marks or registered service marks of Sallie Mae Bank or its subsidiaries.

Terms of use | Protecting your privacy | Avoid online fraud | Beware of Debt Relief Offers

SLM Corporation and its subsidiaries, including Sallie Mae Bank and Upromise, Inc., are not sponsored by or agencies of the United States of America.

Transaction History - Sallie Mae                                                    2/21/17, 7:04 PM



**Welcome,** Brittany | Logout

| | Loans | Manage Payments | Customer Service | Apply for New Loan ∠ |

# Transaction History

*Balances as of 02/21/2017 06:22 AM ET*

| Date | Loan | Type | Amount | Fees | Interest | Principal |
|------|------|------|--------|------|----------|-----------|
| 1/26/2017 | #0792 | Accrued Interest | $8.51 | $0.00 | $8.51 | $0.00 |
| 1/21/2017 | #0792 | Auto Debit Payment | $41.28 | $0.00 | ($41.28) | $0.00 |
| 1/21/2017 | #0792 | Accrued Interest | $0.00 | $0.00 | $34.95 | $0.00 |
| 12/26/2016 | #0792 | Accrued Interest | $8.13 | $0.00 | $8.13 | $0.00 |
| 12/21/2016 | #0792 | Accrued Interest | $0.00 | $0.00 | $32.49 | $0.00 |
| 12/21/2016 | #0792 | Auto Debit Payment | $41.28 | $0.00 | ($41.28) | $0.00 |
| 11/26/2016 | #0792 | Accrued Interest | $8.13 | $0.00 | $8.13 | $0.00 |
| 11/21/2016 | #0792 | Accrued Interest | $0.00 | $0.00 | $33.84 | $0.00 |
| 11/21/2016 | #0792 | Auto Debit Payment | $41.28 | $0.00 | ($41.28) | $0.00 |
| 10/26/2016 | #0792 | Accrued Interest | $8.13 | $0.00 | $8.13 | $0.00 |
| 10/21/2016 | #0792 | Accrued Interest | $0.00 | $0.00 | $32.49 | $0.00 |
| 10/21/2016 | #0792 | Auto Debit Payment | $41.28 | $0.00 | ($41.28) | $0.00 |
| 9/26/2016 | #0792 | Accrued Interest | $8.13 | $0.00 | $8.13 | $0.00 |
| 9/21/2016 | #0792 | Auto Debit Payment | $41.28 | $0.00 | ($41.28) | $0.00 |
| 9/21/2016 | #0792 | Accrued Interest | $0.00 | $0.00 | $33.84 | $0.00 |
| 8/26/2016 | #0792 | Accrued Interest | $8.04 | $0.00 | $8.04 | $0.00 |
| 8/21/2016 | #0792 | Accrued Interest | $0.00 | $0.00 | $33.29 | $0.00 |

| 8/21/2016 | #0792 | Auto Debit Payment | $40.60 | $0.00 | ($40.60) | $0.00 |
| 7/26/2016 | #0792 | Accrued Interest | $8.00 | $0.00 | $8.00 | $0.00 |
| 7/21/2016 | #0792 | Auto Debit Payment | $40.60 | $0.00 | ($40.60) | $0.00 |
| 7/21/2016 | #0792 | Accrued Interest | $0.00 | $0.00 | $31.96 | $0.00 |
| 6/26/2016 | #0792 | Accrued Interest | $8.00 | $0.00 | $8.00 | $0.00 |
| 6/21/2016 | #0792 | Auto Debit Payment | $41.95 | $0.00 | ($41.95) | $0.00 |
| 6/21/2016 | #0792 | Accrued Interest | $0.00 | $0.00 | $33.29 | $0.00 |
| 5/26/2016 | #0792 | Accrued Interest | $8.26 | $0.00 | $8.26 | $0.00 |
| 5/21/2016 | #0792 | Accrued Interest | $0.00 | $0.00 | $33.02 | $0.00 |
| 5/21/2016 | #0792 | Auto Debit Payment | $41.85 | $0.00 | ($41.85) | $0.00 |
| 4/27/2016 | #0792 | Payment | $42.00 | $0.00 | ($42.00) | $0.00 |
| 4/26/2016 | #0792 | Accrued Interest | $42.66 | $0.00 | $42.66 | $0.00 |
| 3/26/2016 | #0792 | Accrued Interest | $11.02 | $0.00 | $11.02 | $0.00 |
| 3/19/2016 | #0792 | Payment | $42.00 | $0.00 | ($42.00) | $0.00 |
| 3/19/2016 | #0792 | Accrued Interest | $0.00 | $0.00 | $28.89 | $0.00 |
| 2/26/2016 | #0792 | Accrued Interest | $23.40 | $0.00 | $23.40 | $0.00 |

## Let's Make College Happen<sup>SM</sup> with Another Smart Option Student Loan®

- Multiple Repayment options
- Competitive interest rates
- No origination fee

**Get Started** "



© 2017 Sallie Mae Bank. All rights reserved. Sallie Mae and the Sallie Mae logo are service marks or registered service marks of Sallie Mae Bank or its subsidiaries.

Terms of use | Protecting your privacy | Avoid online fraud | Beware of Debt Relief Offers

SLM Corporation and its subsidiaries, including Sallie Mae Bank and Upromise, Inc., are not sponsored by or agencies of the United States of America.

# CLAIM NO. 272



| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

Your Claim is Scheduled As Follows:



DCO0200864594   01000398



FILED - 00272
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

CAMELLA FEMOYER
35 BEDFORD AVE
PORT JEFFERSON STATION NY 11776

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim
Official Form 410*

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

## Part 1:   Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | CAMELLA    FEMOYER<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>CAMELLA  FEMOYER<br>Name<br>35  BEDFORD  AVE<br>Number    Street<br>Port Jefferson Sta   N.Y.   11776<br>City      State      ZIP Code<br><br>Contact phone 631-428-6163<br><br>Contact email liCammy99@Aim.com   · **Where should payments to the creditor be sent?** (if different)<br><br>Name<br><br>Number      Street<br><br>City      State      ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. | Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____<br>                                MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |



| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☒ No |
|---|---|---|
| | | ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |

| 7. | How much is the claim? | $ *33,360* $^{00}$ | Does this amount include interest or other charges? |
|---|---|---|---|
| | | | ☒ No |
| | | | ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

*Claim is Due to Dorring expense – As a Softball Player she Needed to Dorm – I lost 6 semesters of Dormng*
*New School does not offer*

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:               $_____

Amount of the claim that is secured:      $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

| 10. | Is this claim based on a lease? | ☒ No |
|---|---|---|
| | | ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |

| 11. | Is this claim subject to a right of setoff? | ☒ No |
|---|---|---|
| | | ☐ Yes. Identify the property: _____ |

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. *Check all that apply:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.



| Part 3: | Sign Below |
|---|---|

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

❑ I am the creditor's attorney or authorized agent.

❑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

❑ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/19/2017
                          MM / DD / YYYY

*Signature:* Camilla J Marquis

**Signature**

**Print the name of the person who is completing and signing this claim:**

Name _____
        First name        Middle name        Last name

Title _____

Company _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
        Number        Street

_____
City        State        ZIP Code

Contact phone _____    Email _____

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5.00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

## Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

### How to fill out this form

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction of information* in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

### Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



### Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

### Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

To Whom It May Concern,

Please find enclosed a claim form filled out by me, Camella Femoyer, residing at 35 Bedford Ave Port Jefferson Station New York 11776.

I've also enclosed a bill from Dowling College during my Freshman Year. I've highlighted the expenses associated with my claim. My claim is due for the following reason. I was asked to play for the Dowling Softball Team. Because Dowling was a Division 2 college the practice schedule was going to be often, twice a day, early morning and afternoon, 6 days a week. This schedule along with my academic schedule required me to dorm.

Because of Dowling's inability to manage the college efficiently not only did I lose out on going to the college I wanted to go to along with playing for the team I wanted to play for I lost my opportunity to dorm. The college I had to transfer to does NOT have dorming facilities. Because of this, I am required to drive back (home) and forth(school) anywhere between 2 to 6 times a day. I am attending St. Joseph's college which is 22 miles round trip. That's 22, 44 or 66 miles a day plus wear and tear. My claim is for the remaining portion of what I would have been dorming ( 3 years or til graduation) for had the college not closed. Because of Dowling's inability to manage the college efficiently I was forced to go to a school that I didn't want to go to and not play for their Softball team. This adds up to nearly 400 miles a week, gas, wear and tear, extra travel time for the next 3 years.


Thank You

Camella Femoyer

Licammy99@aim.com

Case #      16-75545

Claimant #   01000398

Control #    7316173161

07/06/2015

# Dowling College
## STUDENT SCHEDULE/BILL
### Fall 2015 (201509)

| CRN | SUBJ | CRSE | COURSE TITLE | LV |
|-----|------|------|--------------|----|
| 90033 | ENG | 1001A | Principles of Writing (EI) | 01 |
| 90110 | MTH | 1014A | Pre-Calculus (EI) | 01 |
| 90382 | SOC | 2101C | Self & Soc I:Fnd Social Theory | 01 |
| 93948 | EDH | 1021A | Education in Society | 01 |
| 94055 | FYE | 1025A | Philosophy of Humanistic Edu. | 01 |

```
============= CHARGES ============     ==== CREDITS/ANTICIPATED CREDITS ====
Oakdale Housing Activity Fee   40.00   Housing Deposit Check              200.00
Oakdale Residence Hall       4185.00   Outside Scholarship Payment       3500.00
Oakdale Resident Meal Plan   1375.00   Tuition Deposit Vis                225.00
Residential Health Insurance 3195.00   Visa Pmt - Thank you              4500.00
Security Damage Charge Oakdale 200.00  Direct Loan - Subsidized          1732.00
Undergraduate Tuition       14550.00   Direct Loan - Unsubsidized         990.00
                                       Direct Parent PLUS Loan           5982.00
                                       Alumni Sponsorship Grant Under     250.00
                                       Long Island Award                 1000.00
                                       Sibling Scholarship - U/G          750.00
                                       Vanderbilt A Scholarship          3000.00
```

* * * CONTINUED ON NEXT PAGE * * *

Camella M. Femoyer
Student ID: 900622913
Campus:               1
Total Current Term Charges:  23545.00
Total Current Term Credits:  22129.00

Previous/Other Term Balance:  -225.00
Current Term Balance:         1416.00
AMOUNT DUE:                   1191.00
Future Balance:                  0.00

-------------------- Return Bottom Portion With Payment --------------------

Camella M. Femoyer                 Student ID: 900622913
35 Bedford Ave                           Term: 201509
Port Jefferson Stati, NY 11776     DATE DUE: 06-JUL-2015
                                   AMOUNT DUE: 1191.00

                                   Amount Paid: $_____

Camella Ferrajos
35 Bedford Ave
Port Jefferson Sta.
New York 11776

MID-ISLAND
NY 117
25 FEB '17
PM 3 L

Dowling College Case
c/o GCG
P.O. Box 10342
Dublin, OH 43017-5542

Dowling College Case Administration

43017-554242



FOREVER

B89670204204752

# CLAIM NO. 217

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

\* P - D C O - P O C / 1 \*

Your Claim is Scheduled As Follows:

IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim
Official Form 410

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | **CARL ALLMAN**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | 4  No<br>Yes. From whom? _____ |

| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|---|
| | | **CARL ALLMAN**<br>Name<br>**9 GAYNOR ROAD**<br>Number        Street<br>**CENTEREACH, NY 11720**<br>City            State        ZIP Code<br><br>Contact phone **(631) 561-1607**<br><br>Contact email  ALLMANCARL@GMAIL.COM | Name<br><br>Number      Street<br><br>City          State        ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |

| 4. | Does this claim amend one already filed? | 4  No<br>Yes. Claim number on court claims registry (if known) _____ | Filed on_____<br>MM/DD/YYYY |
|---|---|---|---|
| 5. | Do you know if anyone else has filed a proo of claim for this claim? | 4  No<br>Yes. Who made the earlier filing? _____ | |

*Modified Official Form 410  (GCG 5/16)

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☑ No |
|---|---|---|
| | | Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

**7.** How much is the claim?   $ 30,852.00 .

Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.** What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Services Performed

**9.** Is all or part of the claim secured?

☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.

Value of property:                         $_____
Amount of the claim that is secured:   $ 0.00
Amount of the claim that is unsecured: $ 30,852.00  (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____
☐ Fixed
☐ Variable

**10.** Is this claim based on a lease?

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11.** Is this claim subject to a right of setoff?

☑ No
☐ Yes. Identify the property: _____

**12.** Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No
☐ Yes. *Check all that apply:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

\* P - D C O - P O C / 3 \*

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this clai electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

4  I am the creditor.

I am the creditor's attorney or authorized agent.

I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/20/2017
                                 MM / DD / YYYY

carl allman

Signature

**Print the name of the person who is completing and signing this claim:**

Name        carl allman
                First name            Middle name            Last name

Title        _____

Company   _____
                Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     9 gaynor road
                Number        Street
                CENTEREACH, NY
                City                                State            ZIP Code

Contact phone  _____  Email  allmancarl@gmail.com

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the **identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents** because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, **do not disclose confidential health care information.** Leave out or **redact confident al information both in the claim and in the attached documents.**

- A *Proof of Claim* form and any attached documents must **show** only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child s initials and the full name and **address of the child s parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

900004725 Carl Allman
Jul 11, 2016 10:15 am

# Account Summary

 Review summarized charges and payments to your account. Account information includes transcript fees from the registrar, application fees from admissions, payments from financial aid, and others.

Anticipated third party contract payments, financial aid payments, and memo items are **NOT** included in this summary.

### *Summary*

**Account Balance:**        $0.00

| Description | Charge | Payment | Balance |
|---|---|---|---|
| Graduate Tuition | $0.00 | $0.00 | $0.00 |
| Distance Education MBA | $30,852.00 | $0.00 | $0.00 |
| Late Fee-Past Due | $0.00 | $0.00 | $0.00 |
| Bill Charge for Grad Fee | $100.00 | $0.00 | $0.00 |
| Amex Automated Payment | $0.00 | $5,142.00 | $0.00 |
| Amex Pmt - Thanks | $0.00 | $25,810.00 | $0.00 |
| **Charges:** | $30,952.00 | | |
| **Credits and Payments:** | $30,952.00 | | |
| **Account Balance:** | $0.00 | | |

## RELEASE: 8.5.4.4

© 2016 Ellucian Company L.P. and its affiliates.

# CLAIM NO. 201



| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

<u>Your Claim is Scheduled As Follows:</u>

DCO0200869832   01000451



CHELSI SOMWAR
141-32 247ST APT2
ROSEDALE NY 11422

FILED - 00201
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN



If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim
## Official Form 410*

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.")** Fill in all the information for the claim as of the Petition Date.

| Part 1: | Identify the Claim | |
|---|---|---|
| 1. | Who is the current creditor? | Chelsi R. Somwar<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☑No<br>☐Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>Chelsi R. Somwar<br>Name<br>141-32 247st Apt 2<br>Number    Street<br>Rosedale N.Y.    11422<br>City    State    ZIP Code<br><br>Contact phone (917)238-4664<br><br>Contact email rzastar@aol.com | **Where should payments to the creditor be sent?** (if different)<br>Same<br>Name<br>_____<br>Number    Street<br>_____<br>City    State    ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. | Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____<br>MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑No<br>☐ Yes. Who made the earlier filing? _____ | |

*Modified Official Form 410 (GCG 5/16)



| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 3 6 2 4 |
|---|---|---|
| 7. | How much is the claim? | $ 14956.72 .    **Does this amount include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>money loaned |
| 9. | Is all or part of the claim secured? | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☑ Other. Describe: Fed Loan Servicing<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**    $ _____<br><br>**Amount of the claim that is secured:**    $ 14,956.72<br><br>**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) 4.29 %<br>☐ Fixed<br>☐ Variable |
| 10. | Is this claim based on a lease? | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____ |
| 11. | Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |
| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. Check all that apply:    **Amount entitled to priority**<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $ _____<br><br>☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $ _____<br><br>☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $ _____<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $ _____<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $ _____<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.    $ _____<br><br>* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. |



# Part 3: Sign Below

| | |
|---|---|
| **The person completing this proof of claim must sign and date it.** FRBP 9011(b). | Check the appropriate box: |
| | ☑ I am the creditor. |
| If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. | ☐ I am the creditor's attorney or authorized agent. |
| | ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. |
| | ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |
| **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157, and 3571. | I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. |
| | I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on date  02 / 16 / 2017
                  MM / DD / YYYY

Signature

**Print the name of the person who is completing and signing this claim:**

Name   Chelsi          R           Somwar
        First name      Middle name         Last name

Title   Miss

Company
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   141-32  247ST  Apt 2
          Number   Street

          Rosedale                    N.Y.           11422
          City                        State          ZIP Code

Contact phone (917)238-4664   Email  rzastar@aol.com

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

2/8/2017                                    Credit Reference Letter



**FedLoan Servicing**
P.O. BOX 69184
Harrisburg, PA 17106-9184
Toll-free: 800-699-2908
MyFedLoan.org

CHELSI R SOMWAR                                    Account #: ███████4987
14132 247TH ST APT 2
ROSEDALE, NY 11422

February 8, 2017

The following information is provided as verification of the loans we service for CHELSI R SOMWAR:

## In School

- The loans listed below are currently In School through 05/23/2021. Repayment will begin, following a 6 month grace period, on 11/24/2021.

| Loan # | Disbursement Date | Loan Program | Original Loan Amount | Current Principal Balance | Monthly Payment Amount | Repayment Term | Interest Rate | Days Delinquent |
|---|---|---|---|---|---|---|---|---|
| 2 | 08/31/2015 | DLSTFD | $4,500.00 | $4,500.00 | **$16.40 | – | 4.29% | 0 |
| 3 | 08/31/2015 | DLUNST | $4,000.00 | $4,000.00 | **$14.57 | – | 4.29% | 0 |
| 4 | 08/31/2015 | DLUNST | $2,000.00 | $2,000.00 | **$7.29 | – | 4.29% | 0 |

## Important Notes

- Based on your current principal balance and interest rate, your account's total monthly payment amount will be approximately $38.26.

- **\*\* ESTIMATES** only. The estimate provided is an interest only payment amount. The actual Monthly Payment Amount <u>may be higher</u> than the amount provided. The actual amount and repayment terms will be provided to you in writing before the loan enters repayment.



# Account Summary

## Main Content

### Alerts & Messages

- Your 2016 tax information is now available!

### Payment Summary

| Type of Payment | Payment Amount & Date | Related Payment Actions |
| --- | --- | --- |
| Current Payment Due: | $0.00 | View Billing Details |

We have options that can help:

- Change your monthly payment Due Date
- Change to a more affordable Repayment Plan
- Consider Deferment or Forbearance options to temporarily postpone your monthly payment.

### Loan Summary

| Date | Loan Type | Status | Balance |
| --- | --- | --- | --- |
| 08/31/2015 | Direct Sub Stafford Loan | In School | $4,500.00 |
| 08/31/2015 | Direct Unsub Stafford Loan | In School | $4,000.00 |
| 08/31/2015 | Direct Unsub Stafford Loan | In School | $2,000.00 |
| View Loan Details | Total Loan Balance: | | $10,500.00 |

## TEACH Grant Summary

2/8/2017

Account Summary

*Undergraduate TEACH Grants*

| Award Year | School | Annual Award Amount | Potential Interest |
|---|---|---|---|
| 2014 - 2015 | Dowling Coll | $3,760.00 | $379.46 |

### View TEACH Grant Details

# Account Profile

Address:
> 14132 247TH ST APT 2
> ROSEDALE, NY 11422 -2134

Phone:
> (917) 238-4664 *primary*
> (347) 845-7567 *alternate*

Email:
> Rzastar@aol.com

# Mortgage Applicants

Getting a Loan Verification Letter to give to your mortgage company is easy.

-
- Learn More

# Do you work in public service?

You may qualify for the Public Service Loan Forgiveness program.

# Reaffirmation Agreement

I have lost eligibility for federal student aid due to "overborrowing".

Regain Eligibility

2/8/2017

# View Loan Details

## Main Content

## Loan Details

### Balance Overview

| Type of Loan Balance | Loan Balance Amount | Loan Balance Questions |
|---|---|---|
| Current Principal Balance: | $10,500.00 | The principal balance includes the original amount you borrowed, plus any applicable loan fees, minus any principal payments. This amount does not include accrued interest but may include interest that was capitalized (added to the principal balance) when the loan(s) entered repayment. |
| Unpaid Interest: | $317.26 | The amount of unpaid interest that is currently outstanding on your account. |
| Total Current Balance: | $10,817.26 | When you're ready to pay your loan(s) in full, just go to the Loan Payoff section to request your calculated payoff amount. You can then submit your payoff to us electronically. |

### Loan Details

Print All Loan Details

| Date | Loan Type | Status | Balance | Action |
|---|---|---|---|---|
| 08/31/2015 | Direct Sub Stafford Loan | In School | $4,500.00 | |
| 08/31/2015 | Direct Unsub Stafford Loan | In School | $4,000.00 | |
| 08/31/2015 | Direct Unsub Stafford Loan | In School | $2,000.00 | |

Chelsi Somwar
141-32 247st Apt 2
Rosedale N.Y. 11422

Dowling College Case Administration
C/o GCG P.O. Box 10342,
Dublin, Ohio 43017-5542

ROSEDALE STA

FEB 22

114

Two O

# CLAIM NO. 454



| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

DCO0200871772   01000471



CHRISTIAN DULAR
41 AVOLET CT
MOUNT SINAI NY 11766



Garden City Group, LLC
MAR 2 4 2017

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

FILED · 00454
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

# Proof of Claim
Official Form 410*

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.")** Fill in all the information for the claim as of the Petition Date.

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | **Who is the current creditor?** | _Christian Dular_<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. | **Has this claim been acquired from someone else?** | ☒ No<br>☐ Yes. From whom? _____ |
| 3. | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>_Christian Dular_<br>Name<br>_41 Avolet Ct_<br>Number     Street<br>_Mount Sinai NY 11766_<br>City        State        ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ | **Where should payments to the creditor be sent? (if different)**<br><br>_Christian Dular_<br>Name<br>_41 Avolet Ct_<br>Number     Street<br>_Mount Sinai NY 11766_<br>City        State        ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. | **Does this claim amend one already filed?** | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____<br>MM/DD/YYYY |
| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes. Who made the earlier filing? _____ | |

*Modified Official Form 410 (GCG 5/16)                                                                                          page 3



## Part 2:   Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. | Do you have any number you use to identify the debtor? | ☐ No<br>☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _7 8 3 3_ |
| 7. | How much is the claim? | $ _21,500_      **Does this amount include interest or other charges?**<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br>_Goods Sold / Services_ |
| 9. | Is all or part of the claim secured? | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:**<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:                  $_____<br>Amount of the claim that is secured:   $_____<br>Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition: $_____<br><br>**Annual Interest Rate** (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |
| 10. | Is this claim based on a lease? | ☒ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. | Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ |
| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes. *Check all that apply:*                                     **Amount entitled to priority**<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).       $_____<br><br>☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____<br><br>☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).     $_____<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $_____<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.   $_____<br><br>* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. |



## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   3 / 10 / 2017
                   MM / DD / YYYY

Signature

**Print the name of the person who is completing and signing this claim:**

Name       _Christian_ _____ _Dular_
           First name    Middle name    Last name

Title      _Creditor_

Company    _____
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    _41 Avolet Ct_
           Number    Street
           _Mount Sinai, NY 11766_
           City            State    ZIP Code

Contact phone _____  Email _____

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all the information for the claim as of the Petition Date.

- **If the claim has been acquired from someone else,** then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents** because attachments may be destroyed after scanning.

- **If the claim is based on delivering health care goods or services,** do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- **For a minor child,** fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form.  You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**



Christian Dallas
41 Avalot Ct
Mt Sinai NY 11766

Dowling College Case Administration
C/O GCG
P.O. Box 10342
Dublin, OH 43017-5542

MID-ISLAND NY 117
16 MAR 2017 PM 1 L

43017-5542242

# CLAIM NO. 420

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**\* P - D C O - P O C / 1 \***

<u>Your Claim is Scheduled As Follows:</u>

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in   respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim
Official Form 410

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.**

| Part 1: | Identify the Claim |
|---|---|

| 1. | Who is the current creditor? | **CHRISTIAN TESSITORE** |
|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |

| 2. | Has this claim been acquired from someone else? | 4  No |
|---|---|---|
| | | Yes. From whom? _____ |

| 3. | Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|---|
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **CHRISTIAN TESSITORE**<br>Name | Name |
| | | **2041 PINE ST**<br>Number      Street | Number      Street |
| | | **BALDWIN, NY 11510**<br>City        State        ZIP Code | City        State        ZIP Code |
| | | Contact phone **(516) 491-8727** | Contact phone _____ |
| | | Contact email **CHRIS.TESSITORE@AOL.COM** | Contact email _____ |

| 4. | Does this claim amend one already filed? | 4  No | | |
|---|---|---|---|---|
| | | Yes. Claim number on court claims registry (if known) _____ | Filed on_____<br>MM/DD/YYYY | |

| 5. | Do you know if anyone else has filed a proo of claim for this claim? | 4  No | |
|---|---|---|---|
| | | Yes. Who made the earlier filing? _____ | |

*Modified Official Form 410 **(GCG 5/16)**                                                                                page 1

\* P - D C O - P O C / 2 \*

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---------|-------------------------------------------------------------------|

| 6. | Do you have any number you use to identify the debtor? | ⁴ No |
|----|---|---|
| | | Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____ |

**7. How much is the claim?**

$ __55,000.00__.

Does this amount include interest or other charges?
No
⁴ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Loss of Div2 Scholarship $; ($10,000/yr)Parents  loans, No scholoarship $ now; NOw playing D3 no $

**9. Is all or part of the claim secured?**

⁴ No
Yes. The claim is secured by a lien on property.

**Nature of property:**
Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
Motor vehicle
Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.

Value of property:                          $_____
Amount of the claim that is secured:   $ 0.00
Amount of the claim that is unsecured: $ 55,000.00  (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____
Fixed
Variable

**10. Is this claim based on a lease?**

⁴ No
Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

⁴ No
Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

⁴ No
Yes. *Check all that apply:*

| | Amount entitled to priority |
|---|---|
| Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5). | $_____ |
| Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

* P - D C O - P O C / 3 *

## Part 3:  Sign Below

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).** | *Check the appropriate box:* |
| | 4  I am the creditor. |
| If you file this clai 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. |   I am the creditor's attorney or authorized agent. |
| |   I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. |
| |   I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03/10/2017
                   MM / DD / YYYY

**Elsa Tessitore**

Signature

**Print the name of the person who is completing and signing this claim:**

Name       **Elsa Tessitore**
           First name          Middle name              Last name

Title      _____

Company    _____
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    **2041 Pine Street**
           Number        Street
           **BALDWIN, NY 11510**
           City                         State              ZIP Code

Contact phone  **(516) 223-3033**      Email **evrt2041@aol.com**

---

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confident al information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child s initials and the full name and address of the child s parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

# CLAIM NO. 392