

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☐ No — *Dowling College* <br><br> ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
|---|---|---|
| 7. | How much is the claim? | $ _N/A_____   Does this amount include interest or other charges? <br> ☐ No <br> ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. <br><br> Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). <br><br> Limit disclosing information that is entitled to privacy, such as health care information. |
| 9. | Is all or part of the claim secured? | ☐ No <br> ☐ Yes. The claim is secured by a lien on property. <br><br> **Nature of property:** <br> ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*. <br> ☐ Motor vehicle <br> ☐ Other. Describe: __N/A_____ <br><br> **Basis for perfection:** ___N/A_____ <br> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) <br><br> **Value of property:**  $ _N/A_____ <br> **Amount of the claim that is secured:**  $ _N/A_____ <br> **Amount of the claim that is unsecured:** $ _N/A____  (The sum of the secured and unsecured amounts should match the amount in line 7.) <br><br> **Amount necessary to cure any default as of the date of the petition:** $_____ <br><br> **Annual Interest Rate** (when case was filed) _____% <br> ☑ Fixed <br> ☐ Variable |
| 10. | Is this claim based on a lease? | ☐ No <br><br> ☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _N/A_____ |
| 11. | Is this claim subject to a right of setoff? | ☐ No <br><br> ☐ Yes. Identify the property: ___N/A_____ |
| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No <br> ☐ Yes. *Check all that apply:* <br><br> ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). <br><br> ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). <br><br> ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). <br><br> ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). <br><br> ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). <br><br> ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | **Amount entitled to priority** <br><br> $ _N/A____ <br><br> $ _N/A____ <br><br> $ _N/A____ <br><br> $ _N/A____ <br><br> $ _N/A____ <br><br> $ _N/A____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.



| **Part 3:** | **Sign Below** |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 02 / 25 / 2017
　　　　　　　　MM / DD / YYYY

Signature *K Fleurima*

Print the name of the person who is completing and signing this claim:

Name *Kemberly* *Whooly* *Fleurima*
　　　　First name　　Middle name　　Last name

Title *Student*

Company *Dowling college*
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address *26 South 24th St*
　　　　Number　　Street

　　　　*Wyandanch* *NY* *11798*
　　　　City　　　　State　　ZIP Code

Contact phone *(862) 704 81-18*　Email *Kemberly.Fleurima@yahoo.com*

---

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to *privacy* on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

Kimberly Fleurimon
26 South 29th
Wyandanch NY 11798

TO

DOWLING COLLEGE CASE
c/o GCG
P.O. Box 10347
Dublin, OH 43017-W47
ADMINISTRATION

4301735542 B050

WHEATLEY
MAR -
11798
USA
FOREVER



# CLAIM NO. 243

Claim # 243          Electronically Filed: 02/22/2017

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**\* P - D C O - P O C / 1 \***

<u>Your Claim is Scheduled As Follows:</u>

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim
Official Form 410

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.")**
**Fill in all the information for the claim as of the Petition Date.**

| Part 1: | Identify the Claim |
|---|---|

| | | |
|---|---|---|
| 1. | Who is the current creditor? | **KIMBERLY SPICIARICH**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ⁴ No<br><br>Yes. From whom? _____ |

| | | | |
|---|---|---|---|
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>**KIMBERLY SPICIARICH**<br>Name<br>**10 DAPHNE PL**<br>Number     Street<br>**SMITHTOWN, NY 11787**<br>City          State          ZIP Code<br><br>Contact phone **(631) 979-3356**<br><br>Contact email JJSPICIARICH@GMAIL.COM | Where should payments to the creditor be sent? (if different)<br><br><br>Name<br><br>Number     Street<br><br>City          State          ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |

| | | | |
|---|---|---|---|
| 4. | Does this claim amend one already filed? | ⁴ No<br><br>Yes. Claim number on court claims registry (if known) _____ | Filed on_____<br>MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proo of claim for this claim? | ⁴ No<br><br>Yes. Who made the earlier filing? _____ | |

*Modified Official Form 410  **(GCG 5/16)**

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6.** **Do you have any number you use to identify the debtor?**

✔ No

Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____

**7.** **How much is the claim?**

$ 17,243.85 .

**Does this amount include interest or other charges?**

No

✔ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.** **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Student loans

**9.** **Is all or part of the claim secured?**

✔ No

Yes. The claim is secured by a lien on property.

**Nature of property:**

Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

Motor vehicle

Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.)

Value of property:                          $_____

Amount of the claim that is secured:   $ 17,243.85

Amount of the claim that is unsecured: $ 0.00       (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____

Fixed

Variable

**10.** **Is this claim based on a lease?**

✔ No

Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11.** **Is this claim subject to a right of setoff?**

✔ No

Yes. Identify the property: _____

**12.** **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

✔ No

Yes. *Check all that apply:*

| | **Amount entitled to priority** |
|---|---|
| Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5). | $_____ |
| Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

* P - D C O - P O C / 3 *

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this clai 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/22/2017
                 MM / DD / YYYY

Kimberly Spiciarich

Signature

Print the name of the person who is completing and signing this claim:

Name    **Kimberly Spiciarich**
        First name      Middle name       Last name

Title   **Student**

Company
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address **10 Daphne Pl**
        Number      Street
        **SMITHTOWN, NY 11787**
        City                State       ZIP Code

Contact phone **(631) 521-1022**   Email **jjspiciarich@gmail.com**

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confident al information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child s initials and the full name and address of the child s parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to* **privacy** *on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

*Modified Official Form 410 **(GCG 5/16)**    page 4



**SallieMae**®

KIMBERLY J SPICIARICH

**Billing Summary**

Loan Group Number : 5852-5000-0836-7505
Customer Identification Number : 9100731363
Billing Period : 01/16/17 to 02/15/17

| Activity Summary | |
|---|---|
| Previous Billing Statement Balance | $17,154.95 |
| Current Billing Period Interest & Fees (+) | $113.90 |
| Payments Since Last Bill (-) | $25.00 |
| Current Balance | $17,243.85 |

| Payment Information | |
|---|---|
| Past Due Amount (Pay Now) | $0.00 |
| Late Fee for Past Due Amount | $0.00 |
| Pay Past Due Amount by this Date to Avoid Late Fee | 02/25/17 |
| Current Amount Due | $25.00 |
| Current Amount Due Date | 03/10/17 |
| Pay Current + Past Due Amount by this Date to Avoid Additional Late Fee | 03/25/17 |
| Unpaid Fees | $0.00 |
| Total Amount Due (Past Due Amount + Current Amount Due + Unpaid Fees) | $25.00 |

Please see the back of this Billing Statement for important information about account terms relating to payments, credit reporting, and how to contact us.

| | Loan Information | | | | | | Payment Information | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Loan ID | Total Disbursed Amount | Current Principal | Unpaid Interest & Fees | Current Balance | Interest Rate (E/V) | Scheduled Payment Amount | Current Amount Due | Past Due Amount | Unpaid Fees | Total Amount Due |
| 7505 | $8,000 | $8,000.00 | $1,526.51 | $9,526.51 | 9.750V | $25.00 | $25.00 | $0.00 | $0.00 | $25.00 |
| 3611 | $6,500 | $6,500.00 | $1,217.34 | $7,717.34 | 8.625V | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Subtotals | $14,500 | $14,500.00 | $2,743.85 | $17,243.85 | | $25.00 | $25.00 | $0.00 | $0.00 | $25.00 |



**SallieMae**®.

| Loan Group Number | Due Date | Current Amount Due | Past Due Amount | Unpaid Fees | Total Amount Due | Amount Enclosed |
|---|---|---|---|---|---|---|
| 5852500008367505 | 03/10/17 | $25.00 | $0.00 | $0.00 | $25.00 | |

Make checks payable to Sallie Mae

(U.S. Currency only - Do not send cash)

KIMBERLY J SPICIARICH
10 DAPHNE PL
SMITHTOWN NY 11787-1505

SALLIE MAE
P. O. BOX 8459
PHILADELPHIA PA 19101-8459

3  585250000836750  5  00000250000000000000000000000000002500  6 8

# Borrower Billing Statement

Create or log in to your account at SallieMae.com to enroll in automatic debit or make a one-time secure online payment.

## SallieMae.com

Make your payments quickly & securely online.

## Making your payments

To ensure accurate and timely processing of your payments, follow the instructions below.

**Automatic Debit:** To enroll, log in or create an account online at SallieMae.com. Each month, we'll automatically debit the Current Amount Due from the designated bank account on the Current Amount Due Date (or next business day in the event of a weekend or holiday).

**Paying Online:** Create or log in to your account at SallieMae.com to make one-time secure online payments to individual loans.

**Paying by Phone:** Make automated payments to individual loans by calling Customer Service at the number listed below.

**Paying by Mail:** Include the remittance slip and 16-digit Loan Group Number with your payment to ensure it is properly allocated to your loans. Please make your check or money order payable to Sallie Mae, and mail your payment to the Borrower Payment Address. We cannot process instructions written on the check or remittance slip.

**Third-Party Bill-Pay Service:** Third-party bill-pay services may include payment services offered by your financial institution. When making payments through a third-party bill-pay service, provide them with the Borrower Payment Address, P.O. Box 8459, and the applicable 16-digit Loan Group Number. Ensure your payment is directed to Sallie Mae.

**Remember!** Payments made online or by phone prior to 5 p.m. ET Monday through Saturday will be effective that day. Payments made after 5 p.m. ET or on Sunday, will be effective the next business day. However, payments may not be reflected in your Transaction History for 2–4 days. If you're paying by mail or through a third-party bill-pay service, allow at least 7–10 days before your due date for your payment to be credited in time.

## Payment allocation

If your payment is received with the remittance slip on your billing statement, we will automatically allocate your payment to all of the loans in the referenced loan group as follows:

- If your payment is less than the Past Due Amount, loans at the oldest delinquency level will be paid first. Once all of the loans are at the same delinquency level, the remaining payment amount will be prorated according to each loan's remaining Past Due Amount within that group delinquency level. This results in the delinquency level being the same for each loan in the group.

- If your payment is greater than the Past Due Amount, but not enough to also satisfy the Current Amount Due, the Past Due Amount will be paid first and the remaining payment amount will be prorated based on each loan's Current Amount Due.

- If your payment is greater than the sum of the Past Due Amount and Current Amount Due, the Past Due Amount and Current Amount Due will be paid first, and the remaining payment amount will be prorated based on each loan's Current Balance as of the date the payment is received less the Past Due Amount and Current Amount Due paid.

- If there is no Total Amount Due, your payment will be prorated based on each loan's Current Balance as of the date the payment is received.

If you do not pay the Current Amount Due (and any Past Due Amount) on the billing statement, every loan in the loan group may become delinquent, may be subject to a late fee, and/or may be reported to the consumer reporting agencies.

You can instruct us to allocate payments differently if you pay by mail. Clearly write your instructions on a separate piece of paper including any applicable 16-digit Loan Number and the amount you want allocated to each loan. Visit SallieMae.com/allocation for more detailed information including illustrative examples about how your payments are allocated across all your loans.

We cannot process instructions written on a check or remittance slip. If your payment is received without a remittance slip or instructions, we may review any information available to us to post the payment. Please note, third-party bill-pay services do not allow you to provide instructions. If you are using a third-party bill-pay service and would like to allocate your payments differently, please call Customer Service at the number listed below to have your loans ungrouped.

## Payment application

Once we allocate a payment to a specific loan, payments are applied based on the terms of each loan's Promissory Note, usually first to Unpaid Fees, then to Unpaid Interest, and then to Current Principal. You may not designate a different method for applying payments. If you would like to pay more towards the Current Principal of your loan, all Unpaid Fees and Unpaid Interest must be satisfied first.

## Pay ahead

If you are enrolled in auto debit, the pay ahead feature will be automatically suspended. Any amount that was paid ahead at the time of enrollment will remain applied to the Current Balance of your loan, but will no longer reduce the amount of future payments.

If you are not enrolled in auto debit, then under the pay ahead feature of your loan, paying more than the Current Amount Due (and any Past Due Amount) in the current billing period will reduce the Current Amount Due in the following billing period(s). For example, if your loan is current and the Current Amount Due in both January and February is $100, making a $200 payment in January would satisfy the Current Amount Due for both months. Although your February billing statement will reflect a Current Amount Due of $0, paying any amount that month may reduce the Total Loan Cost. The Scheduled Payment Amount on the February billing statement shows what the Current Amount Due would have been if your loan was not paid ahead. If you prefer not to have overpayments reduce the Current Amount Due in the following billing period(s), please contact us to have the pay ahead feature turned off.

Regardless of whether or not the pay ahead feature is used, an overpayment is applied to the Current Balance and effective the day it is received. You may pay any part of your loan at any time without penalty.

## Definitions

**Loan group:** If you are a borrower and have multiple loans, we may automatically put them in a loan group. Each loan group has its own billing statement that shows all of the loans within that group and will be designated by a 16-digit Loan Group Number. You may call us to have your loans ungrouped at any time during the life of the loans, which will result in receiving separate billing statements.

**Loan ID:** The two-digit number on the billing statement which refers to a specific loan within a loan group.

**Current Amount Due:** The amount you are required to pay each month until the loan is paid in full. The Current Amount Due may vary each month. If your loan is paid ahead, the Current Amount Due will be less than the Scheduled Payment Amount.

**Scheduled Payment Amount:** Displayed in the Loan Summary on your billing statement. If your loan is not paid ahead, the Current Amount Due and the Scheduled Payment Amount will be the same. If your loan is paid ahead, the Scheduled Payment Amount shows you what the Current Amount Due would have been if your loan was not paid ahead.

**Current Balance:** The sum of the Unpaid Fees, Unpaid Interest, and Current Principal. The Current Balance does not reflect a payoff amount. On your billing statement, the Current Balance shown is calculated as of the end date of the billing period reflected on the billing statement. If you log in to your account at SallieMae.com, or access our automated phone system, the Current Balance provided is calculated as of the prior day and includes all credits (e.g., payments) and debits (e.g., disbursements) since your last billing statement.

**Need more information?**

Refer to our Glossary of Terms at SallieMae.com/Student-Loans/Managing-Your-Loans/Payment-Basics/Glossary.

## Frequently asked questions

**What is delinquency level?** The number of billing periods which are past due.

**What does "Interest Rate (F/V)" on the statement represent?** F indicates a fixed interest rate, V indicates a variable interest rate. A fixed interest rate stays the same for the life of the loan. A variable interest rate may go up or down due to an increase or decrease in the loan's index. The interest rate reflected on the billing statement for one or more of your loans may be temporarily reduced due to the application of borrower benefits, repayment incentives, or Servicemembers Civil Relief Act requirements.

**What are the most common fees charged?** You may be charged a late fee (refer to the due dates on the front of the billing statement to avoid late fees). A returned check fee may be charged when a payment does not clear the bank for any reason, including insufficient funds.

**What should I do if my payment has not been allocated as I intended?** When you receive your next billing statement, if your payment has not been allocated as you intended, please call Customer Service at the number listed below to have your payment reallocated.

## Important disclosures

**Disputed Sums:** Payments pursuant to a disputed sum or balance and/or regarding which you demand complete or partial satisfaction for a loan must be sent to: Sallie Mae, P.O. Box 3278, Wilmington, DE 19804-0278, with a description of the alleged dispute and the remedy sought. As provided in the Promissory Note(s), Sallie Mae reserves the right to accept the payment and deny the requested relief whether or not it returns or refunds such payments.

**Impact of Late Payments on Borrower Benefits:** In addition to being assessed a late fee, you may lose eligibility for borrower benefits or repayment incentives if you don't make your payments on time. Late payments may also be reported to consumer reporting agencies and may negatively impact your credit report.

**Electronic Check Processing:** When you provide a check as payment, you authorize us to follow our standard practice and use information from your check to make a one-time electronic fund transfer from your account. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. In certain unusual circumstances, such as for technical or processing reasons, we may instead process your payment as a check transaction.

## Contact information

**Customer Service**
800-472-5543 (800-4-SALLIE)
Fax: 855-756-0011 • International: 302-451-0546
Monday through Thursday 8 a.m. – 9 p.m., Friday 8 a.m. – 8 p.m., and Saturday 9 a.m. – 6 p.m. ET

**Borrower Payment Address**
Sallie Mae, P.O. Box 8459, Philadelphia, PA 19101-8459

**Correspondence Address**
Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319

**We support our troops!** Servicemembers, please call us at 855-534-2668 or visit us online at SallieMae.com/Military to learn more about your benefits.

P099 SMCC MKT12001A 0816

Loan Details for Loan: 5852 5000 0836 7505                                    Current Balance: $9,526.51

| Transaction Effective Date | Transactions Description | Amount |
|---|---|---|
| 02/10/17 | PAYMENT | ($25.00) |
| 02/15/17 | *ACCRUED INTEREST* | $66.27 |

**Tax Information!** Since interest was paid on your eligible Sallie Mae private student loan(s) or you earned any interest income on your Upromise account during 2016, your 2016 tax form is now available online to view and print.

Download the Sallie Mae mobile app.
Make and manage your student loan payments anytime, anywhere from your mobile device.
Use quick pay to easily pay multiple loans in one session.
See loan details: Current Balance, Total Amount Due, interest rate, and more.
View payment history, including recent transactions.
Get your payment confirmation in real-time.

Pay by Phone!
For your convenience, you can now make an automated, same day payment by calling us at 800-4-SALLIE (800-472-5543). Payments made prior to 5 p.m. ET Monday through Saturday will be effective that day. Payments made after 5 p.m. ET or on Sunday, will be effective the next business day.

Enroll in automatic debit today. It's the easiest, most convenient way to make your payments. Enroll online at SallieMae.com.

Loan Details for Loan: 5852 5000 1255 3611                                    Current Balance: $7,717.34

| Transaction Effective Date | Transactions Description | Amount |
|---|---|---|
| 02/15/17 | *ACCRUED INTEREST* | $47.63 |

**Tax Information!** Since interest was paid on your eligible Sallie Mae private student loan(s) or you earned any interest income on your Upromise account during 2016, your 2016 tax form is now available online to view and print.

Download the Sallie Mae mobile app.
Make and manage your student loan payments anytime, anywhere from your mobile device.
Use quick pay to easily pay multiple loans in one session.
See loan details: Current Balance, Total Amount Due, interest rate, and more.
View payment history, including recent transactions.
Get your payment confirmation in real-time.

Pay by Phone!
For your convenience, you can now make an automated, same day payment by calling us at 800-4-SALLIE (800-472-5543). Payments made prior to 5 p.m. ET Monday through Saturday will be effective that day. Payments made after 5 p.m. ET or on Sunday, will be effective the next business day.

Paying even a little now could save you a lot later - paying $25 per month during school can save a freshman hundreds of dollars over the life of the loan. Unpaid Interest & Fees will be added to your balance 6 months after your last day of school.

# CLAIM NO. 490



| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

DCO0200950633    01001269

KRIS LANTZ
319 BRIDLE TRL
VENETIA PA 15367-1187

> FILED - 00490
> EASTERN DISTRICT OF NEW YORK
> DOWLING COLLEGE
> 16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN



Garden City Group, LLC
AUG 28 2017

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim
## Official Form 410*

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.**

---

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | **Kris M. Lantz**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor **Ed & Marianne Lantz** |
| 2. | Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>**Kris M. Lantz**<br>Name<br>**319 Bridle Trail**<br>Number    Street<br>**Venetia PA    15367**<br>City        State        ZIP Code<br><br>Contact phone **412.779.3147**<br><br>Contact email **marianne4lantz@gmail.com** | **Where should payments to the creditor be sent?** (if different)<br><br>**and Ed & Marianne Lantz**<br>Name<br>**319 Bridle Trail**<br>Number    Street<br>**Venetia Pa    15367**<br>City        State        ZIP Code<br><br>Contact phone **412.779-3147**<br><br>Contact email **marianne4lantz@gmail.com** |
| 4. | Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____<br>MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ | |

*Modified Official Form 410 **(GCG 5/16)**                                                                                          page 3



| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☐ No <br> ☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 5 2 7 1 |
|---|---|---|
| 7. | How much is the claim? | $ ~~80,000~~ + <br> 60,905.03 + Federal     Does this amount include interest or other charges? <br> ☐ No <br> ☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. <br> Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). <br> Limit disclosing information that is entitled to privacy, such as health care information. <br> *College Loans for degree Program Aeronatics /Pilot* |
| 9. | Is all or part of the claim secured? | ☒ No <br> ☐ Yes. The claim is secured by a lien on property. <br><br> **Nature of property:** <br> ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*. <br> ☐ Motor vehicle <br> ☐ Other. Describe: _____ <br><br> **Basis for perfection:** _____ <br> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) <br><br> Value of property:     $_____ <br><br> Amount of the claim that is secured:     $_____ <br><br> Amount of the claim that is unsecured: $_____   (The sum of the secured and unsecured amounts should match the amount in line 7.) <br><br> Amount necessary to cure any default as of the date of the petition: $_____ <br><br> **Annual Interest Rate** (when case was filed) _____% <br> ☐ Fixed <br> ☐ Variable |
| 10. | Is this claim based on a lease? | ☒ No <br> ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. | Is this claim subject to a right of setoff? | ☒ No <br> ☐ Yes. Identify the property: _____ |
| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No <br> ☐ Yes. Check all that apply:                 **Amount entitled to priority** <br><br> ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____ <br><br> ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____ <br><br> ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____ <br><br> ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____ <br><br> ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____ <br><br> ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.    $_____ <br><br> * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. |



| **Part 3:** | **Sign Below** |
| --- | --- |

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ *Student*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

Name    *Kris    M    Lantz*
First name    Middle name    Last name

Title    *Student*

Company    *Student*
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    *319 Bridle Trail*
Number    Street
*Venetia    PA    15367*
City    State    ZIP Code

Contact phone    *412.779.3147*    Email    *mariannedlantz@gmail.com*

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction of information* in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

 **DISC✸VER** | STUDENT LOANS

PO Box 30947 | Salt Lake City, UT 84130-0947
DiscoverStudentLoans.com | Service@DiscoverStudentLoans.com | 1-800-STUDENT

## Quarterly Statement

Kris Lantz
319 Bridle Trl
Venetia PA 15367-1187

00047825

If you need money for school, visit
**DiscoverStudentLoans.com** to apply for a new
private student loan. We offer **fixed or
variable interest rates with zero fees** for
college and graduate school. Or call
**1-800-STUDENT.** Our knowledgeable Student
Loan Specialists are ready to help you 24/7.

Borrower ID: 2000180

**This is not a bill.** It is a summary of your Discover® Student Loan(s) that are in a deferment period as of 07/09/2017.

### LOANS IN DEFERMENT

| Loan Type | Outstanding Principal Balance | + | Deferred Interest Balance | = | Loan Balance | Deferred Interest Balance (payment not required) |
|---|---|---|---|---|---|---|
| Variable Rate Undergraduate Loan | $60,905.03 | + | $2,290.92 | = | $63,195.95 | $2,290.92 |
| **Total** | **$60,905.03** | **+** | **$2,290.92** | **=** | **$63,195.95** | **$2,290.92** |

### FUTURE DISBURSEMENTS

| Loan Type | Scheduled Amount | Scheduled Disbursement Date |
|---|---|---|
| | | |

This is not a bill. No payment is required.

We send quarterly statements for your
loan(s) in deferment, so you can see how
much interest is accruing. **No payment is
required at this time.** However, you can
make payments anytime to help reduce
the overall cost of the loan(s), and there
is never a penalty for prepaying. If you
would like to make a payment, please
refer to the instructions on the reverse side
of this statement.

Edward M. Lantz
319 Bridle Trail
Venetia, PA 15367

PITTSBURGH PA 150
26 AUG 2017 PM 3

Dowling College Case Administrator
c/o GGG
Po Box 10342
Dublin, OH   43017-5542

43017-5542

# CLAIM NO. 275

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

\* P - D C O - P O C / 1 \*

Your Claim is Scheduled As Follows:

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim

Official Form 410

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | **KRISTEN CONNOLLY**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | 4  No<br><br>Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? |

Where should payments to the creditor be sent? (if different)

**KRISTEN CONNOLLY**

Name

**21 INDIAN HEAD RD 26**

Number       Street

**KINGS PARK, NY 11754**

City            State            ZIP Code

Contact phone **(631) 944-1611**

Contact email KMC26@DOWLING.EDU

Name _____

Name _____

Number      Street

City            State            ZIP Code

Contact phone _____

Contact email _____

| | | |
|---|---|---|
| 4. | Does this claim amend one already filed | No<br><br>4  Yes. Claim number on court claims registry (if known) 245 | Filed on **02/28/2017**<br>MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proo of claim for this claim? | 4  No<br><br>Yes. Who made the earlier filing? _____ | |

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ✓ No |
|---|---|---|
| | | Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

| 7. | How much is the claim? | $ __38,711.95__ . | Does this amount include interest or other charges? |
|---|---|---|---|
| | | | ✓ No |
| | | | Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

**8.** **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Students loans and additional payments made separately.

**9.** **Is all or part of the claim secured?**

✓ No

Yes. The claim is secured by a lien on property.

**Nature of property:**
Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
Motor vehicle
Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.

Value of property:                           $_____

Amount of the claim that is secured:    $ __0.00__

Amount of the claim that is unsecured: $ __38,711.95__  (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____
Fixed
Variable

| 10. | Is this claim based on a lease? | ✓ No |
|---|---|---|
| | | Yes. Amount necessary to cure any default as of the date of the petition. $_____ |

| 11. | Is this claim subject to a right of setoff? | ✓ No |
|---|---|---|
| | | Yes. Identify the property: _____ |

**12.** **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

✓ No

Yes. *Check all that apply:*

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

| | **Amount entitled to priority** |
|---|---|
| Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5). | $_____ |
| Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

| Part 3: | Sign Below |
|---|---|

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this clai electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br><br>⁴ I am the creditor.<br><br>I am the creditor's attorney or authorized agent.<br><br>I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br><br>I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on date  **02/28/2017**<br>            MM / DD / YYYY |

**Kristen Connolly**

_____
Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | **Kristen Connolly** | | |
| | First name | Middle name | Last name |
| Title | | | |
| Company | | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | **21 Indian Head Rd** | | |
| | Number      Street | | |
| | **KINGS PARK, NY 11754** | | |
| | City | State | ZIP Code |
| Contact phone | _____ | Email **kmc26@dowling.edu** | |

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of Redaction of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confident al information both in the claim and in the attached documents.

- A Proof of Claim form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child s initials and the full name and address of the child s parent or guardian. For example, write A.B., a minor child (John Doe, parent, 123 Main St., City, State). See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your Proof of Claim form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

Administrative expense: Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

Claim: A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

Creditor: A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

Debtor: A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

Evidence of perfection: Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

Information that is entitled to privacy: A Proof of Claim form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

Priority claim: A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

Proof of claim: A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

Redaction of information: Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.

Secured claim under 11 U.S.C. §506(a): A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

Setoff: Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

Uniform claim identifier: An optional 24-character identifier that some creditors use to facilitate electronic payment.

Unsecured claim: A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

Display of Proof of Claim on Case Administration Website: As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**



| Personal Information | **Student** | Financial Aid |
|---|---|---|

Search [　　　　　] Go

RETURN TO MENU    SITE MAP    HELP    EXIT

# Account Summary

900600190 Kristen M. Connolly
Feb 28, 2017 02:35 pm

 Review summarized charges and payments to your account. Account information includes transcript fees from the registrar, application fees from admissions, payments from financial aid, and others.

Anticipated third party contract payments, financial aid payments, and memo items are **NOT** included in this summary.

### Summary
**Account Balance:**                    $0.00

| Description | Charge | Payment | Balance |
|---|---|---|---|
| Undergraduate Tuition | $97,452.00 | $0.00 | $0.00 |
| College Fee | $1,770.00 | $0.00 | $0.00 |
| Technology Fee | $405.00 | $0.00 | $0.00 |
| Life time Transcript Fee | $0.00 | $0.00 | $0.00 |
| Student Activity Fee | $225.00 | $0.00 | $0.00 |
| Installment Principal | $5,065.95 | $0.00 | $0.00 |
| Late Fee-Past Due | $500.00 | $0.00 | $0.00 |
| Late Fee-Tuition Payment Plan | $0.00 | $0.00 | $0.00 |
| Health Services Fee | $300.00 | $0.00 | $0.00 |
| Refund:Higher One | $266.25 | $0.00 | $0.00 |
| Refund to Golden Lion OneCard | $0.00 | $0.00 | $0.00 |
| Installment Fee-non refundable | $270.00 | $0.00 | $0.00 |
| Book Purchase-Spring Term | $444.75 | $0.00 | $0.00 |
| SEOG | $0.00 | $1,075.00 | $0.00 |
| PELL Grant | $0.00 | $19,925.00 | $0.00 |
| Dowling UG Grant Freshmen | $0.00 | $1,800.00 | $0.00 |
| Grant in Aid Continuing | $0.00 | $15,257.00 | $0.00 |
| NYS Tuition Assistance (TAP) | $0.00 | $17,680.00 | $0.00 |
| Direct Unsubsidized Loan | $0.00 | $5,940.00 | $0.00 |
| UG Academic Honor Scholarship | $0.00 | $8,750.00 | $0.00 |
| UG Academic Honor Scholarship | $0.00 | $3,500.00 | $0.00 |
| Direct Loan - Subsidized | $0.00 | $3,468.00 | $0.00 |

| | | | |
|---|---|---|---|
| Direct Loan - Unsubsidized | $0.00 | $1,980.00 | $0.00 |
| Direct Loan - Subsidized | $0.00 | $14,348.00 | $0.00 |
| Installment Deferment | $0.00 | $5,065.95 | $0.00 |
| Mastercard Automated Payment | $0.00 | $1,667.20 | $0.00 |
| Visa Automated Payment | $0.00 | $1,345.50 | $0.00 |
| Mastercard Pmt-PP- Thank you | $0.00 | $133.30 | $0.00 |
| Visa PlanPayment-Thank you | $0.00 | $1,088.25 | $0.00 |
| Plan Payment Cash-Thank you | $0.00 | $260.00 | $0.00 |
| MC Payment - Thank you | $0.00 | $567.00 | $0.00 |
| Visa Pmt - Thank you | $0.00 | $1,097.75 | $0.00 |
| Cash Payment - Thank you | $0.00 | $1,751.00 | $0.00 |
| **Charges:** | $106,698.95 | | |
| **Credits and Payments:** | $106,698.95 | | |
| **Account Balance:** | $0.00 | | |

[ Make a Payment | View Installment Plan Information ]

**RELEASE: 8.5.4.4**

© **2017 Ellucian Company L.P. and its affiliates.**

| Personal Information | Student | Financial Aid |

Search [            ] [Go]                     SITE MAP   HELP   EXIT

# Tax Notification 2015

 This is the information which has been, or will be, reported to the IRS. This report is based on when charges were incurred for the calendar year. Notify your tax adviser about charges incurred in prior year for a semester that began in the current tax year.

The Tuition Statement form 1098-T is shown below. This important tax information will be furnished to the Internal Revenue Service.

## Form 1098-T

| FILER's name, address, and contact phone number<br>Dowling College<br>Idle Hour Blvd.<br>Oakdale, NY 11769<br>(631) 2441029 | 1 Payments Received | 2015 |
|---|---|---|
| | 2 Amounts Billed for qualified tuition and related expenses<br>29,100.00 | |
| **FILER's Federal Id**<br>112157078 | **Student SSN**<br>*****6534 | 3 Check if reporting method has changed for 2015<br>[ ] |
| **STUDENT's name, street**<br>Kristen M Connolly<br>21 Indian Head Rd 26<br>Kings Park, NY 11754 | 4 Adjustments | 5 Scholarships or Grants<br>20,714.00 |
| | 6 Adjustments to Scholarships | 7 Check if box 2 includes amounts for academic period beginning January - March 2016<br>[X] |
| **Service Provider/Acct. No. (opt)** | 8 Check if at least half time student<br>[X] | 9 Check if a graduate student<br>[ ] | 10 Reimbursements from insurance contract |

---

## Supplemental Information
**Hard Copy Mailed:**     No

---

## Detail of Amounts Billed

| Term | Code Description | Amount | Pro-rata |
|---|---|---|---|
| 201602 | Winter/Spring 2016 - Begins in 2016 | | |

A111  Undergraduate Tuition $14,550.00
Term Total: $14,550.00

| 201509 | Fall 2015 | |
| A111 | Undergraduate Tuition | $14,550.00 |
| | Term Total: | $14,550.00 |

Return to Form 1098-T

### Detail of Scholarships or Grants

| Term | Code | Description | Amount | Pro-rata |
|------|------|-------------|--------|----------|
| 201509 | | Fall 2015 | | |
| | F054 | SEOG | $250.00 | |
| | F055 | PELL Grant | $2,887.50 | |
| | F100 | Grant in Aid Continuing | $2,646.50 | |
| | F513 | NYS Tuition Assistance (TAP) | $2,532.50 | |
| | F987 | UG Academic Honor Scholarship | $1,750.00 | |
| | | Term Total: | $10,066.50 | |
| 201502 | | Winter/Spring 2015 | | |
| | F055 | PELL Grant | $2,865.00 | |
| | F100 | Grant in Aid Continuing | $3,500.00 | |
| | F513 | NYS Tuition Assistance (TAP) | $2,532.50 | |
| | F977 | UG Academic Honor Scholarship | $1,750.00 | |
| | | Term Total: | $10,647.50 | |

Return to Form 1098-T

Select Another Tax Year

[ Select Another Tax Year ]

**RELEASE: 8.5.4**

**© 2017 Ellucian Company L.P. and its affiliates.**

# CLAIM NO. 385

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK

| Name of Debtor: | Case No. |
|---|---|
| Dowling College | 16-75545 |



**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

Your Claim is Scheduled As Follows:

*Garden City Group, LLC*
*MAR – 9 2017*

DCO0200953058   01001293

KYLE TEIXEIRA
1052 OLD TOWN RD
CORAM NY 11727

FILED : 00385
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in   respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim
Official Form 410*

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

| Part 1: | Identify the Claim |
|---|---|

| 1. | Who is the current creditor? | Kyle Teixeira |
|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor   N/A |

| 2. | Has this claim been acquired from someone else? | ☒ No |
|---|---|---|
| | | ☐ Yes. From whom? _____ |

| 3. | Where should notices and payments to the creditor be sent? | Where should notices be sent to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|---|
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Kyle Teixeira | |
| | | Name | Name |
| | | 1052 Old Town Road | |
| | | Number     Street | Number     Street    Same |
| | | Coram  NY  11727 | |
| | | City     State     ZIP Code | City     State     ZIP Code |
| | | Contact phone 631- 813-0453 | Contact phone _____ |
| | | Contact email Kyle.tex@aol.com | Contact email _____ |

| 4. | Does this claim amend one already filed? | ☒ No | | Filed on _____ |
|---|---|---|---|---|
| | | ☐ Yes. Claim number on court claims registry (if known) _____ | | MM/DD/YYYY |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒ No | |
|---|---|---|---|
| | | ☐ Yes. Who made the earlier filing? _____ | |

*Modified Official Form 410 (GCG 5/16)



| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☐ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
|---|---|---|
| 7. | How much is the claim? | $_____    **Does this amount include interest or other charges?**<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |
| 9. | Is all or part of the claim secured? | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**                    $_____<br><br>**Amount of the claim that is secured:**    $_____<br><br>**Amount of the claim that is unsecured:** $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |
| 10. | Is this claim based on a lease? | ☒ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. | Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ |
| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☐ Yes. *Check all that apply:* |

| | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.



## Part 2: Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. | **Do you have any number you use to identify the debtor?** | ❑ No<br>❑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
| 7. | **How much is the claim?** | $_____.    **Does this amount include interest or other charges?**<br>❑ No<br>❑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information. |
| 9. | **Is all or part of the claim secured?** | ❑ No<br>❑ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>❑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>❑ Motor vehicle<br>❑ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**    $_____<br><br>**Amount of the claim that is secured:**    $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate (when case was filed) _____%**<br>❑ Fixed<br>❑ Variable |
| 10. | **Is this claim based on a lease?** | ❑ No<br>❑ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. | **Is this claim subject to a right of setoff?** | ❑ No<br>❑ Yes. Identify the property: _____ |
| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❑ No<br>❑ Yes. *Check all that apply:*<br><br>❑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>❑ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>❑ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>❑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).<br><br>❑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).<br><br>❑ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.<br><br>* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | **Amount entitled to priority**<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____ |



| **Part 3:** | **Sign Below** |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    3 - 4 - 2017
MM / DD / YYYY

*Kyle Teixeira*
Signature

Print the name of the person who is completing and signing this claim:

Name _____
First name          Middle name          Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
Number          Street

_____
City                              State          ZIP Code

Contact phone _____  Email _____

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

**The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.**

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all the information for the claim as of the Petition Date.

- **If the claim has been acquired from someone else,** then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents** because attachments may be destroyed after scanning.

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information.** Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- **For a minor child,** fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

*Kyle Teixeira*
*1052 Old Town Road*
*Coram, New York 11727*
*631-813-0453*

March 8, 2017

Garden City Group, LLC

RE: Kyle Teixeira
Case No. 16-75545 (REG)   Claimant Number: 01001293     Control Number: 7242872428

To Whom It May Concern,

I have read the bankruptcy notice in regard to Dowling College. I don't understand if I have a claim or not. I am respectfully asking that you will let me know if this is not applicable to me. I am unable to afford an attorney to tell me if I am eligible to file.

When initially inquiring about Dowling's Air Traffic Control program the Dean of Admissions stated we could not do our Associates in another college; we must start at Dowling. Therefore I wasted two years on a program that knew they were having financial problems. Dowling sent the students text messages saying "not to do anything rash" because they were trying to negotiate with someone to purchase the aviation program. By the time the official closing, loss of accreditation, was announced on television (not by Dowling) I had under three weeks to find, apply, wait to be accepted and move to another state. There were 13 Aviation Programs in the United States. With Dowling closed, there are now twelve. I was accepted by Bridgewater University (BSU) in Massachusetts. BSU was trying to expedite Dowling students the best they could. However, I wasn't able to start classes until the classes were already in session for one week. This was an extremely stressful time: finding out I had so little time to get accepted and move. I incurred high debt for Dowling's $14,596.33 **per semester** charge. The total cost for two years was $58,625.32. I have federal loans to pay back. I received $2865.00 from a Pell grant for the fall of 2014, $3,000 for the spring of 2015, $2865.00 for the fall of 2015, and $2,865.00 for the spring of 2016.

The total I paid (my grandmother paid with an interest free loan) or owe is $47,030.32. I also had to move which is insignificant at approximately $185 in gas and tolls. Those are the amounts I hope the Judge will consider. I can't put a price on the emotional stress this caused me and my grandmother.

Thank you for your consideration,

Kyle Teixeira
Kyle Teixeira

 **TUITION REPAYMENT AGREEMENT**

Student Name (Please Print): *Kyle Teixeira*

Student ID Number: *900617880*

Dowling E-mail Address: _____ @dowling.edu

Home Street Address: *1052 Old Town Rd*

Daytime Telephone Number: *631-813-0591*

Evening Telephone Number: *631-813-6453*

City: *Coram*   State: *NY*   Zip Code (+ 4): *11727*

Semester/Year: *Fall 2016*   # of Credits: *12*   Graduate or Undergraduate   Dorm

1. Account Balance $ *14,596.33* Service Charge $ *60* = Total Account Balance Due . . . . . . . . . . . . . . . . . . . $ *14,656.33*
2. Estimated Financial Aid* $ *8,658* + Deposits and Payments $ _____ = Total Deductions . . . . . . . . . . . . $ *8,658*
3. Total Account Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . = $ *5,998.33*
4. Payment Received with Repayment Agreement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . = $ *1,499.58*
5. Total Repayment Amount (Total Account Balance Due - Payment Received with Repayment Agreement) . . . . . = $ *4,498.75*
6. Total Repayment Amount $ *4,498.75* : Number of Monthly Installments *4* = Monthly Installment Amount* . . . . . . . . . . $ *1,499.58*

I agree to pay the Monthly Installment Amount each month no later than:_____ (X____) *initial here*

*All Financial Aid awards are considered estimated and may be subject to change.*

| CREDITOR | ANNUAL % RATE (APR) | APPLICATION FEE | AMOUNT FINANCED | TOTAL AMOUNT OF PAYMENTS | |
|---|---|---|---|---|---|
| Dowling College | Prime + 3% (SEE REVERSE) | $ *60* | $ *4,498.75* (LINE #5, ABOVE) | $ *4,498.75* (LINE #5, ABOVE) | *payment in full* (X _____) INITIAL HERE *OAB* |

**Credit Card authorization is required when you enroll in the Monthly Installment Plan.** You are authorizing the College to charge a designated credit card on a monthly basis. Only if payment is not received by the due date(s) indicated on the agreement for the semester will the credit card be charged for the installment amount. Debit Cards with a credit card logo are also accepted. If the College is unable to secure payment when processing this card, the above student account will be charged an additional late fee. The final monthly payment will be charged for the remaining balance on your student account for the semester, whether it is more or less than the agreed-upon installment amount.

I give Dowling College authorization to charge the ❑ MasterCard ☑ Visa ❑ American Express ❑ Discover Credit Card No. ending with the last four digits of _____ in the amount of the Monthly Installment Amount on or about the stated payment dates, as well as the remaining balance on my student account for the semester for my final monthly payment, whether it is more or less than the agreed-upon installment amount.

Cardholder's Signature: *Cynthia Teixeira*   Date: *1-8-16*

*I have read the **Agreement Terms and Conditions** on the back of this agreement and understood all provisions associated with this contract. I agree to pay Dowling College the amount(s) due as above set forth. Parent or guardian signature is needed if the student has not reached his or her 18th birthday.*

Signature of Student _____   Date _____   Signature of Co-signer _____   (Print Co-signer Name) _____

Credit/Debit Card: ❑ MasterCard ☑ Visa ❑ American Express ❑ Discover   Credit Card No.: _____

Expiration Date: _____   Authorization Code: _____ *(the 4-digit # on front of American Express; the 3-digit # on back of MasterCard, Visa, Discover)*

Cardholder's Name (as appears on card): _____

Cardholder's complete billing address: _____

_____ Zip code: _____

Cardholder's Daytime Phone No.: _____   Evening Phone No.: _____   Cell Phone No.: *n* _____

Email Address: _____

SFS:05.13.2010

**STUDENT FINANCIAL SERVICES**

Dowling College • 150 Idle Hour Blvd. • Oakdale, NY 11769-1999

Phone: 1-800-DOWLING • Fax: 631-244-3370 • Email: finaid@dowling.edu

An institution of higher teaching

*2.*

# DOWLING

# TUITION REPAYMENT OPTIONS

**1. Monthly Installment Plan**

The installment plan is a written agreement between you and Dowling College. There is no interest charged and your payments are made directly to the College.

- Payment plan period for balance is not to exceed 6 months without the approval of Student Financial Services.
  - There is a nonrefundable service charge.
  - There is no penalty if payment plan is paid in full early.
  - Monthly payment notices will be e-mailed to your Dowling email address.
  - Automatic credit card deduction is required.
  - A Tuition Repayment Agreement must be signed each semester.

**2. Employer Sponsored Deferrment Plan**

If your employer offers tuition reimbursement, you may apply for the Employer Sponsored Plan. The following is necessary <u>each semester</u> in order to maintain your enrollment status:

- Signed Dowling College Tuition Repayment Agreement specific to the term being deferred;
- Deposit of $500 or 25% of the tuition charge, whichever is lower;
- Non-refundable service charge;
- Letter on company stationary stating the employee's name, establishing the company reimbursement policy, confirming employee eligibility, and supplying employer contact information to verify such eligibility (if necessary); and,
- An authorization of a major credit card must be submitted along with the completed and signed Repayment Agreement. Only if payment is not received by the due date indicated on the agreement, will the credit card be charged for the deferred amount.

When all of the above has been accepted, the College will defer payment for four weeks after the end of the semester. The student may only defer the amount of the charges the employer has agreed to pay. *Additional documentation may be requested.*

**3. Employer Voucher Plan**

Original vouchers must be submitted prior to the bill date. If voucher is not submitted by the bill due date, the student will need to make payment arrangements with Student Financial Services.

## PAYMENT OPTIONS

All charges must be paid, or acceptable arrangements made with Student Financial Services, by the due date. Payments may be made at Student Financial Services, the Office of the Registrar, Student Services, or Enrollment Services. Dowling's policy does not permit a student to register for a subsequent semester when in arrears for a prior semester. Dowling College offers several convenient ways to make payment. We accept Cash, American Express, MasterCard, Visa and Discover. Checks and money orders should be made payable to Dowling College. It is College policy to write the student ID# on the face of the check or money order to ensure accurate posting.

## AGREEMENT TERMS & CONDITIONS

IT IS UNDERSTOOD, that withdrawal from Dowling College (hereinafter referred to as the "College") does not cancel or void this agreement and that any outstanding balance, after the application of the tuition adjustment policy of the College, is still due and payable to the College on the dates indicated above. In the event of death, the student's estate is expected to pay off any remaining balance. The student is responsible to pay the difference of any increase in tuition and fees.

IT IS UNDERSTOOD, that I, the student, am responsible for the related tuition fees once the registration procedure has been completed. Pending aid may be deferred; however, I am responsible for the tuition balance if pending aid is not received.

IT IS UNDERSTOOD, that installment payments are payable in accordance with due dates. This document will serve as the payment schedule. In the event that a payment reminder is not received from the College, it is still my responsibility to make on time payments. The ability of the College to continue this plan and all future installment plans depends on my cooperation in making payments promptly as scheduled. <u>The failure to make payments promptly as scheduled shall entitle the College to cancel this deferment and accelerate all payments due.</u> <u>Payment is due as scheduled regardless of employer's payment to me.</u> The College expects full payment as stated above.

LATE PAYMENT FEE: A monthly installment payment that is not received by the stated due dates will be subject to a $50 late fee. Interest may be assessed at the sole discretion of the College for every month payment is late. It is the responsibility of the student to check their student account balance and remit timely payments.

DELINQUENT PAYMENT FEE: A Delinquent Payment Fee of $50.00, or interest rate of Prime plus three (3) percent, as determined below will be charged on all accounts not paid in-full by the final payment date indicated on this Tuition Repayment Agreement. If all accounts are not paid in full by the final payment date indicated on this Tuition Repayment Agreement, interest shall accrue at the rate of prime plus three (3) percent, as determined by reference to the prime rate of T.D. Bank, N.A., or such other financial institution as the College may determine from time to time, adjusted quarterly; but shall not exceed the maximum rate permitted by law. If the delinquent balance is not paid in a timely manner after the final due date, the College may employ a collection agency or attorney for which I will be required to pay collection fees and other related cost, including but not limited to, court costs and reasonable attorneys' fees, in addition to the balance due, plus all College late fees, library, traffic, or dorm fines, interest, etc. The College also reserves the right to deny this plan to any student who has been deemed by the College as one who has not properly fulfilled the terms of a prior agreement.

WAIVER: No failure or delay by the College in exercising any right, power or privilege hereunder shall operate as a waiver of any right, power or privilege hereunder nor shall any single or partial exercise thereof or the exercise of any other right, power or privilege so operate.

The laws of the State of New York shall govern this contract. Further, I agree that in any action to collect payment hereunder, I hereby waive my right to a trial by jury and the right to interpose counterclaims in any action brought for enforcement of this Note and agreement. I may bring a separate action for any disputes I may have with the College related to this agreement or otherwise. Nothing contained herein shall guarantee enrollment for any specific period of time.

*PLEASE BE ADVISED THAT THIS IS A LEGAL DOCUMENT OBLIGATING YOU TO PAY MONEY. YOU MAY WISH TO SPEAK WITH AN ATTORNEY PRIOR TO SIGNING THIS NOTE AND AGREEMENT.*

# Account Summary

## Main Content

### Alerts & Messages

- Your 2016 tax information is now available!

### Payment Summary

| Type of Payment | Payment Amount & Date | Related Payment Actions |
|---|---|---|
| Current Payment Due: | $0.00 | View Billing Details |

We have options that can help:

- Change your monthly payment Due Date
- Change to a more affordable Repayment Plan
- Consider Deferment or Forbearance options to temporarily postpone your monthly payment.

### Loan Summary

| Date | Loan Type | Status | Balance |
|---|---|---|---|
| 01/25/2017 | Direct Unsub Stafford Loan | In School | $4,000.00 |
| 01/18/2017 | Direct Sub Stafford Loan | In School | $4,500.00 |
| 01/18/2017 | Direct Unsub Stafford Loan | In School | $2,000.00 |
| 09/07/2015 | Direct Sub Stafford Loan | In School | $3,500.00 |
| 09/02/2014 | Direct Sub Stafford Loan | In School | $3,500.00 |
| 09/02/2014 | Direct Unsub Stafford Loan | Paid In Full | $0.00 |
| View Loan Details | Total Loan Balance: | | $17,500.00 |

### Account Profile

Address:
   1052 OLD TOWN RD
   CORAM, NY 11727 -1859
Phone:
   (631) 813-0591 *primary*
   (631) 813-~~0951~~ *alternate* 0453
Email:

*Spring 2016*

08-JAN-2016 13:27:31          Dowling College                    PAGE 1
                        Account Receipt 1067214                  TGRRCPT

CASHIER: NIEMINSJ                              *Am Ex paid by*
                                              *grandma*

Kyle R. Teixeira                                   ID: 900617880
1052 Old Town Rd
Coram, NY 11727


CODE   TERM      DESCRIPTION        TRAN DATE          CHARGE          PAYMENT

PY03  201602  Amex Pmt - Thanks    08-JAN-16                        $5,938.33


              TOTALS          _____
                                              $.00           $5,938.33

*10987*
*OK*
*further*
*paper*
*toner*
*700 computer*

Case 8-16-75545-reg    Doc 728-6    Filed 07/15/19    Entered 07/15/19 15:55:12

DOWLING COLLEGE BURSAR | The secure advantage.                                   Page 1 of 1

Send To Receipt Printer | Print | Print 2 | Print plain text | Print plain text 2



Email Address    [                    ]

Spring 2016

### DOWLING COLLEGE BURSAR

150 IDLE HOUR BLVD
OAKDALE, NY 11769
(631)244-3013

1/8/2016 1:28:08 PM

| | |
|---|---|
| Reference Number: | 103221201 |
| Total: | $5,938.33 |
| Transaction Type: | Sale |
| Transaction Status: | Pending Settlement |
| Card Type: | American Express |
| Card Number: | xxxxxxxxxx6006 |
| Entry Method: | Keyed |
| Approval Code: | 124044 |
| Approval Message: | APPROVAL 124044 |
| AVS Result: | 0 |
| Customer Name: | |
| Student ID: | 900617880 |
| Invoice: | 900617880 |

X_____

Please sign here to agree to payment.

Students

1800 - 848 - 0979

1800 - 433 - 3243

Student aid @ ed.gov

Here is the Account Summary by Term. Click on the back button to select another record or on QUERY for a new query.

Teixeira, Kyle

## Winter/Spring 2015

| Detail Code | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| A111 | Undergraduate Tuition | 14,550.00 | 0.00 | 0.00 |
| H585 | Housing Activity Fee | 40.00 | 0.00 | 0.00 |
| H586 | Brookhaven Housing 6/2bth | 4,065.00 | 0.00 | 0.00 |
| H589 | Brookhaven Resident Meal Plan | 1,250.00 | 0.00 | 0.00 |
| LFEE | Late Fee-Past Due | 0.00 | 0.00 | 0.00 |
| R204 | Refund:Golden Lion OneCard | 3,000.00 | 0.00 | 0.00 |
| RFGL | Refund to Golden Lion OneCard | 0.00 | 0.00 | 0.00 |
| X700 | ID Card Replacement Fee | 30.00 | 0.00 | 30.00 |
| XGL1 | GoldenLion Card replacement | 0.00 | 0.00 | 0.00 |
| F007 | SSS Merit Grant | 0.00 | 1,000.00 | 0.00 |
| F055 | PELL Grant | 0.00 | 2,865.00 | 0.00 |
| F089 | Dowling UG Grant Freshmen | 0.00 | 8,500.00 | 0.00 |
| FDLS | Direct Loan - Subsidized | 0.00 | 1,732.00 | 0.00 |
| FDLU | Direct Loan - Unsubsidized | 0.00 | 0.00 | 0.00 |
| PY06 | Visa Pmt - Thank you | 0.00 | 8,823.00 | -15.00 |

**Term Charges:** 22,935.00
**Term Credits and Payments:** 22,920.00
**Term Balance:** 15.00

## Fall 2014

| Detail Code | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| A111 | Undergraduate Tuition | 14,580.00 | 0.00 | 0.00 |
| D436 | Developmental Course | -2,988.00 | 0.00 | 0.00 |
| H585 | Housing Activity Fee | 40.00 | 0.00 | 0.00 |
| H586 | Brookhaven Housing 6/2bth | 4,065.00 | 0.00 | 0.00 |
| H589 | Brookhaven Resident Meal Plan | 1,200.00 | 0.00 | 0.00 |
| I001 | Installment Principal | 3,908.00 | 0.00 | 0.00 |
| O160 | Residential Health Insurance | 0.00 | 0.00 | 0.00 |
| S171 | Security Damage Charge Brookha | 200.00 | 0.00 | 0.00 |
| TPAY | Installment Fee-non refundable | 60.00 | 0.00 | 0.00 |
| DHWB | Housing Deposit Web | 0.00 | 200.00 | 0.00 |
| DTWB | Tuition Deposit Web | 0.00 | 225.00 | 0.00 |
| F055 | PELL Grant | 0.00 | 2,865.00 | 0.00 |
| F089 | Dowling UG Grant Freshmen | 0.00 | 6,500.00 | 0.00 |
| FDLS | Direct Loan - Subsidized | 0.00 | 1,732.00 | 0.00 |
| FDLU | Direct Loan - Unsubsidized | 0.00 | 0.00 | 0.00 |
| I002 | Installment Deferment | 0.00 | 3,908.00 | 0.00 |
| PA06 | Visa Automated Payment | 0.00 | 713.00 | 0.00 |
| PY06 | Visa Pmt - Thank you | 0.00 | 4,922.00 | 0.00 |

**Term Charges:** 21,065.00

| Term Credits and Payments: | | | 21,065.00 | |
| Term Balance: | | | | 0.00 |

### Winter/Spring 2014

| Detail Code | Description | Charge | Payment | Balance |
| --- | --- | --- | --- | --- |
| DHWB | Housing Deposit Web | 0.00 | 200.00 | 0.00 |
| DTWB | Tuition Deposit Web | 0.00 | 225.00 | 0.00 |
| PHWB | Housing Deposit Web | 0.00 | -200.00 | 0.00 |
| PTWB | Deposit Tuition Web | 0.00 | -225.00 | 0.00 |
| Term Charges: | | 0.00 | | |
| Term Credits and Payments: | | | 0.00 | |
| Term Balance: | | | | 0.00 |
| Account Balance: | | | | 15.00 |

© 2005 Dowling College, Idle Hour Boulevard, Oakdale, NY 11769
Please send comments/questions to Das at x3446

14-APR-2015 02:45:49 PM
ALL TERMS

Dowling College
Student Trans Summary Report
90061788O Teixeira, Kyle R
Balance: .00

*****CONTINUED FROM PREVIOUS PAGE*****

| Term | Description | Receipt Number | Amount |
|---|---|---|---|
| | Housing Activity Fee | | 40.00 |
| | Installment Deferment | | -3,908.00 |
| | Installment Fee-non refundab | | 60.00 |
| | Installment Principal | | 3,908.00 |
| | PELL Grant | | -2,865.00 |
| | Residential Health Ins Waive | | 3,195.00 |
| | Residential Health Insurance | | -3,195.00 |
| | Security Damage Charge Brook | | 200.00 |
| | Undergraduate Tuition | | 14,580.00 |
| | Visa Automated Payment | 1045593 | -713.00 |
| | Visa Pmt - Thank You | 1044024 | -1,954.00 |
| | Visa Pmt - Thank You | 1052148 | -2,968.00 |
| | Tuition Deposit Web | 1041877 | -225.00 |
| | Housing Deposit Web | 1041878 | -200.00 |
| | Fall 2014 Total: | | .00 |
| | Deposit Tuition Web | 1040027 | 225.00 |
| | Housing Deposit Web | 1040027 | 200.00 |
| | Housing Deposit Web | 1040025 | -200.00 |
| | Tuition Deposit Web | 1040026 | -225.00 |
| Winter/Spring 2014 | Tuition Deposit Web | 1040026 | 225.00 |
| | Winter/Spring 2014 Total: | | .00 |
| | Grand Total: | | .00 |

14-APR-2015 02:45:49 PM
ALL TERMS

Dowling College
Student Trans Summary Report
90061788O Teixeira, Kyle R
Balance: .00

*****CONTINUED FROM PREVIOUS PAGE*****

| ENT. DATE | Description | CHARGE | PAYMENT | TERM |
|---|---|---|---|---|
| 26-JUN-14 | Residential Health Insurance | 2,356.00 | | 201409 |
| 26-JUN-14 | Housing Activity Fee | 40.00 | | 201409 |
| 26-JUN-14 | Brookhaven Resident Meal Plan | 1,200.00 | | 201409 |
| 26-JUN-14 | Brookhaven Housing 6/2bth | 4,065.00 | | 201409 |
| 16-JUN-14 | Housing Deposit Web | | -200.00 | 201402 |
| 16-JUN-14 | Deposit Tuition Web | | -225.00 | 201402 |
| 16-JUN-14 | Deposit Tuition Web | | -225.00 | 201402 |
| 16-JUN-14 | Tuition Deposit Web | | 225.00 | 201402 |
| 16-JUN-14 | Housing Deposit Web | | 200.00 | 201402 |

TOTAL:            43,970.00        43,970.00

| Term | Description | Receipt Number | Amount | TERM |
|---|---|---|---|---|
| Winter/Spring 2015 | Brookhaven Housing 6/2bth | | 4,065.00 | |
| | Brookhaven Resident Meal Pla | | 1,250.00 | |
| | Direct Loan - Subsidized | | 1,732.00 | |
| | Dowling UG Grant Freshmen | | 8,500.00 | |
| | Housing Activity Fee | | 40.00 | |
| | Late Fee-Past Due | | 500.00 | |
| | Late Fee-Past Due | | 250.00 | |
| | Late Fee-Past Due Balance DE | | 250.00 | |
| | Late Fee-Past Due Balance JA | | 250.00 | |
| | PELL Grant | | 2,865.00 | |
| | Refund:Golden Lion OneCard | | 3,000.00 | |
| | SSS Merit Grant | | 1,000.00 | |
| | Undergraduate Tuition | | 14,550.00 | |
| | Visa Pmt - Thank You | 1051319 | 8,808.00 | |
| Winter/Spring 2015 Total: | | | .00 | |

Fall 2014

| | | | | |
|---|---|---|---|---|
| | Brookhaven Housing 6/2bth | | 4,065.00 | |
| | Brookhaven Resident Meal Pla | | 1,200.00 | |
| | Developmental Course | | 2,988.00 | |
| | Direct Loan - Subsidized | | 1,732.00 | |
| | Dowling UG Grant Freshmen | | 6,500.00 | |

*****CONTINUED ON NEXT PAGE*****

# Dowling College
## Student Trans Summary Report
90617880 Teixeira, Kyle R
Balance: .00

14-APR-2015 02:45:49 PM
ALL TERMS

| ENT DATE | Description | CHARGE | PAYMENT | TERM |
|---|---|---|---|---|
| 19-FEB-15 | Refund to Golden Lion OneCard | | 2,000.00 | 201502 |
| 17-FEB-15 | Refund:Golden Lion OneCard | | 1,000.00 | 201502 |
| 11-FEB-15 | Dowling UG Grant Freshmen | 3,000.00 | | 201502 |
| 11-FEB-15 | SSS Merit Grant | | 6,500.00 | 201502 |
| 11-FEB-15 | Dowling UG Grant Freshmen | | | 201502 |
| 04-FEB-15 | Late Fee-Past Due | | | 201502 |
| 04-FEB-15 | Late Fee-Past Due | -250.00 | | 201502 |
| 04-FEB-15 | Visa Pmt - Thank you | -250.00 | | 201409 |
| 30-JAN-15 | Direct Loan - Unsubsidized | | 2,968.00 | 201409 |
| 30-JAN-15 | Direct Loan - Unsubsidized | | -2,968.00 | 201502 |
| 28-JAN-15 | Direct Loan - Unsubsidized | | -2,968.00 | 201502 |
| 28-JAN-15 | PELL Grant | | 2,968.00 | 201502 |
| 28-JAN-15 | Direct Loan - Unsubsidized | | 2,865.00 | 201502 |
| 28-JAN-15 | Direct Loan - Subsidized | | 1,732.00 | 201502 |
| 21-JAN-15 | PELL Grant | | 8,808.00 | 201502 |
| 12-JAN-15 | Visa Pmt - Thank You | | 713.00 | 201502 |
| 15-DEC-14 | Late Fee-Past Due Balance JAN | 250.00 | | 201502 |
| 04-DEC-14 | Late Fee-Past Due Balance DEC | 250.00 | | 201502 |
| 04-DEC-14 | Housing Activity Fee Housing 6/2bth | 4,065.00 | | 201502 |
| 27-OCT-14 | Brookhaven Resident Meal Plan | 40.00 | | 201409 |
| 27-OCT-14 | Undergraduate Tuition | 1,250.00 | | 201409 |
| 09-OCT-14 | Direct Loan - Unsubsidized | | 2,865.00 | 201409 |
| 09-OCT-14 | Direct Loan - Subsidized | | 6,500.00 | 201409 |
| 16-SEP-14 | Visa Automated Payment | | 2,865.00 | 201409 |
| 16-SEP-14 | PELL Grant | | -2,865.00 | 201409 |
| 15-SEP-14 | PELL Grant | | -6,500.00 | 201409 |
| 15-SEP-14 | Dowling UG Grant Freshmen | | -6,500.00 | 201409 |
| 14-SEP-14 | PELL Grant | | 2,865.00 | 201409 |
| 14-SEP-14 | Dowling UG Grant Freshmen | | | 201409 |
| 10-SEP-14 | Dowling UG Grant Freshmen | | | 201409 |
| 07-SEP-14 | PELL Grant | | | 201409 |
| 27-AUG-14 | Residential Health Ins Waived | -3,195.00 | | 201409 |
| 19-AUG-14 | Installment Principal | 1,954.00 | | 201409 |
| 19-AUG-14 | Installment Principal | 1,954.00 | | 201409 |
| 19-AUG-14 | Installment Principal | 1,954.00 | | 201409 |
| 19-AUG-14 | Installment Fee-non refundable | 60.00 | | 201409 |
| 19-AUG-14 | Installment Deferment | | | 201409 |
| 19-AUG-14 | Visa Pmt ; Thank you | | 3,908.00 | 201409 |
| 07-AUG-14 | Residential Health Insurance | 3,195.00 | | 201409 |
| 07-AUG-14 | Residential Health Insurance | | 1,954.00 | 201409 |
| 16-JUL-14 | Housing Deposit Web | | 200.00 | 201409 |
| 16-JUL-14 | Tuition Deposit Web | | 225.00 | 201409 |
| 03-JUL-14 | Developmental Course | -2,356.00 | | 201409 |
| 03-JUL-14 | Undergraduate Tuition | 14,580.00 | | 201409 |
| 26-JUN-14 | Security Damage Charge Brookha | 200.00 | | 201409 |

*****CONTINUED ON NEXT PAGE*****

6/19/2016



Dowling Spring 2016

# Display Transcript

900617880 Kyle R. Teixeira
Jun 19, 2016 04:33 pm

 This is NOT an official transcript. Courses which are in progress may also be included on this transcript.

Institution Credit    Transcript Totals

*Transcript Data*
**STUDENT INFORMATION**

**Birth Date:**        03/02/1996
**Curriculum Information**

**Current Program**
**College:**              Aviation
**Major:**               Aviation Management

**DEGREES AWARDED**

**Sought:** Bachelor of Science     **Degree Date:**
**Curriculum Information**

**Primary Degree**
**Major:**               Aviation Management

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Institution:** | 48.000 | 45.000 | 45.000 | 45.000 | 104.010 | 2.611 |

## INSTITUTION CREDIT        -Top-

Term Fall 2014
**College:**            Aviation
**Major:**              Aviation Management
**Academic Standing:**

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU | Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AER | 1001N | Brookhaven | 01 | General Aeronautics I | B- | 3.000 | 8.010 | | | | |
| DVM | 0005 | Oakdale | 00 | Developmental Math- Algebra | P | 3.000 | 0.000 | | | | |
| ENG | 1001A | Oakdale | 01 | Principles of Writing (EI) | A+ | 3.000 | 12.000 | | | | |
| FYE | 1025A | Oakdale | 01 | Philosophy of Humanistic Edu. | A+ | 3.000 | 12.000 | | | | |

**Term Totals (Pre College)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 3.000 | 3.000 | 3.000 | 0.000 | 0.000 | 0.000 |
| **Cumulative:** | 3.000 | 3.000 | 3.000 | 0.000 | 0.000 | 0.000 |

**Term Totals (Undergraduate)**



**CapitalOne**

Page 2 of 2
Customer Service 1-800-955-7070
www.capitalone.com

Jan. 13 - Feb. 12, 2015   31 Days in Billing Cycle

**Visa Signature**                     Account ending in 1864

| | | | |
|---|---|---|---|
| Revolving Credit Limit: | $20,000.00 |
| Available Revolving Credit: | $13,079.32 |
| Cash Advance Credit Limit: | $10,000.00 |
| Available Credit for Cash Advances: | $10,000.00 |

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| $6,920.68 | $96.00 | **Mar 09, 2015** |

| Previous Balance | − | Payments and Credits | + | Fees and Interest Charged | + | Transactions | = | New Balance |
|---|---|---|---|---|---|---|---|---|
| $6,939.81 | | $19,901.96 | | $27.57 | | $19,855.26 | | $6,920.68 |

## TRANSACTIONS CONTINUED

**TRANSACTIONS FOR CYNTHIA TEIXEIRA #1864 (CONTINUED)**

| | | |
|---|---|---|
| 19 JAN | WALDBAUM'S #70662SELDENNY | $8.15 |
| 20 JAN | APPLEBEES 936464902067FARMINGVILLENY | $21.72 |
| 21 JAN | BAGELS YOUR WAY CAFE INC.SELDENNY | $11.78 |
| 21 JAN | WALDBAUM'S #70662SELDENNY | $6.58 |
| 21 JAN | FINESSE CLEANERSSELDENNY | $5.75 |
| 21 JAN | WENDYS #2518SELDENNY | $8.57 |
| 21 JAN | DOWLING COLLEGE BURSAR631-2443013NY | $8,808.00 |
| 22 JAN | USPS 35062007131912371BELLPORTNY | $10.22 |
| 23 JAN | CORAM RESTAURANTCORAMNY | $39.77 |
| 23 JAN | WALDBAUM'S #70662SELDENNY | $107.80 |
| 24 JAN | USPS 35188507231905029CORAMNY | $4.22 |
| 24 JAN | BAGELS YOUR WAY CAFE INC.SELDENNY | $8.42 |
| 25 JAN | EMPIRE TODAY HS800-588-2300IL | $2,774.00 |
| 25 JAN | STAPLES   00110791PORT JEFFERSONNY | $12.79 |
| 25 JAN | DOLRTREE 3471 00034710SELDENNY | $6.23 |
| 25 JAN | WENDYS #2518SELDENNY | $10.84 |
| 25 JAN | MODELL'S #39CENTEREACHNY | $114.66 |
| 28 JAN | FINESSE CLEANERSSELDENNY | $17.00 |
| 28 JAN | WENDYS #2518SELDENNY | $8.57 |
| 28 JAN | CARLOS PIZZASHIRLEYNY | $11.40 |
| 29 JAN | MID ISLAND AIR HWY6312815400NY | $56.38 |
| 29 JAN | DOWLING-COLL-BKSTORE#70900AKDALENY | $375.87 |
| 29 JAN | DOWLING-COLL-BKSTORE#70900AKDALENY | $116.00 |
| 30 JAN | WAL-MART #2286CENTEREACHNY | $3.50 |
| 30 JAN | WAL-MART #2286CENTEREACHNY | $48.85 |
| 30 JAN | RADIOSHACK COR00127027SELDENNY | $18.46 |
| 30 JAN | PATHMARK #663CENTEREACHNY | $6.39 |
| 31 JAN | BOCCONE PIZZERIA & RESSELDENNY | $37.75 |
| 01 FEB | EMPIRE TODAY HS800-588-2300IL | $400.00 |
| 01 FEB | EMPIRE TODAY HS800-588-2300IL | $2,774.00 |
| 01 FEB | BJ WHOLESALE #0366BELLPORTNY | $373.53 |
| 03 FEB | NSLIJ HUNTINGTON RHEUMATOHUNTINGTONNY | $20.00 |
| 03 FEB | WALDBAUM'S #70662SELDENNY | $8.00 |
| 03 FEB | WALDBAUM'S #70662SELDENNY | $10.00 |
| 04 FEB | DOWLING COLLEGE BURSAR631-2443013NY | $2,968.00 |
| 06 FEB | DOLRTREE 3471 00034710SELDENNY | $6.00 |
| 07 FEB | CVS/PHARMACY #01186SELDENNY | $18.35 |
| 07 FEB | WALDBAUM'S #70662SELDENNY | $9.36 |
| 07 FEB | WENDYS #2518SELDENNY | $18.77 |
| 09 FEB | DOWLING-COLL-BKSTORE#70900AKDALENY | $26.80 |
| 09 FEB | OFFICE OF THE PROFESSIONS518-4743817NY | $224.00 |
| 09 FEB | WENDYS T2602SHIRLEYNY | $17.36 |
| 10 FEB | MICROSOFT *BILL.MS.NET/WA | $65.16 |
| for Cynthia Teixeira #1864 | | $19,692.55 |

**SACTIONS FOR CYNTHIA TEIXEIRA #7407**

| | | |
|---|---|---|
| 12 JAN | BAGELS YOUR WAY CAFE INC.SELDENNY | $9.38 |
| 12 JAN | USPS 35188507231905029CORAMNY | $10.09 |
| 12 JAN | WAL-MART #2286CENTEREACHNY | $39.01 |

**TRANSACTIONS FOR CYNTHIA TEIXEIRA #7407 (CONTINUED)**

| | | |
|---|---|---|
| 50 | 12 JAN | RADIOSHACK COR00127027SELDENNY | $32.58 |
| 51 | 12 JAN | WALDBAUM'S #70662SELDENNY | $66.40 |
| 52 | 12 JAN | FINESSE CLEANERSSELDENNY | $5.25 |
| Total for Cynthia Teixeira #7407 | | | $162.71 |

▶ Total Transactions This Period   $19,855.26

**FEES**

Total Fees This Period   $0.00

**INTEREST CHARGED**

INTEREST CHARGE:PURCHASES   $27.57
Total Interest This Period   $27.57

**TOTALS YEAR TO DATE**

Total Fees This Year   $0.00
Total Interest This Year   $27.57

Check this out - just a quick reminder that your account number has changed. So activate your card, and if you've set up automatic payments with any merchants or utilities, be sure to give them your new number. That way, your Capital One card will continue to automatically pay your bills, and you will continue to save time and money. As always, thanks for choosing Capital One.



5204

✓ **Track Your Expenses...**

☐ Auto/Travel      ☐ Education      ☐ Medical/Dental
☐ Business         ☐ Entertainment  ☐ Savings
☐ Charities        ☐ Food           ☐ Taxes
☐ Clothing         ☐ Home           ☐ Utilities
☐ Dependent Care   ☐ Insurance      ☐ Other

2-21-15 for spring

| BAL. FOR'D |  |
| ITEM AMOUNT | 6928.68 |
| BALANCE |  |
| DEPOSIT |  |
| FOR'D |  |

*Capital One*

*Include    Dowling payments*

☐ TAX DEDUCTIBLE ITEM

*12,794.67*

Memo

For enhanced security your account number will not be printed on this copy.

NOT N____TABLE

*checking account — Grandma*

Texeira
252 Old Town Rd
...xam, NY 11727

Dowling College Case Administration
c/o ECG
5151 Blazer Parkway
Suite A

Dublin, Ohio 43017




PRIORITY ★ MAIL ★ EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

EMS

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EP13F July 2013   OD: 12.5 x 9.5

PRESS FIRMLY TO SEAL

VISIT US AT USPS.COM®

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)
Kyle Teixeira
1052 Old Town Rd
Coram, NY 11727

PHONE (631) 813-0453

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
☐ 10:30 AM Delivery Required (additional fee, where available)

TO: (PLEASE PRINT)
Dowling College Case Administration
c/o DCLG
5151 Blazer Parkway Suite A
Dublin, Ohio
Zip 43017 -

PHONE ( )

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO Zip Code: 11727
Day Accepted (MM/DD/YY): 3/8/17
Time Accepted: 4:36 ☐ AM ☐ PM
Weight: lbs. ozs.
☐ Flat Rate

Scheduled Delivery Date (MM/DD/YY): 3/9/17
Scheduled Delivery Time: ☐ 12 NOON ☐ 3:00 PM
10:30 AM Delivery Fee $

Postage: $ 23.75
Insurance Fee $
COD Fee $

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM
Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM
Sunday/Holiday Premium Fee $
Total Postage & Fees $ 23.75
Return Receipt Fee $
Live Animal Transportation Fee

Employee Signature
Employee Signature

LABEL 11-B, SEPTEMBER 2015

PSN 7690-02-000-9996

3-ADDRESSEE COPY

UNITED STATES POSTAL SERVICE®

PRIORITY ★ MAIL ★ EXPRESS™

U.S. POSTAGE PAID
CORAM, NY
11727
MAR 08 '17
AMOUNT
$23.75
R2304M109964-06

EL33690375US

# CLAIM NO. 378



| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**



DCO0200953640   01001299

LANCE SWAN
7 ELM ST
PATCHOGUE NY 11772

FILED - 00378

EASTERN DISTRICT OF NEW YORK

DOWLING COLLEGE

16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

**Your Claim is Scheduled As Follows:**



If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in   respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim

Official Form 410*

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

| Part 1: | Identify the Claim |
|---|---|

| 1. Who is the current creditor? | **LANCE SWAN / CHARLES SWAN** |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor   **CHARLES SWAN** |

| 2. Has this claim been acquired from someone else? | ☐ No |
|---|---|
| | ☐ Yes. From whom? _____ |

| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|
| | **LANCE SWAN**<br>Name | **CHARLES SWAN**<br>Name |
| | **7 ELM ST**<br>Number   Street | **7 ELM ST**<br>Number   Street |
| | **PATCHOGUE NY  11772**<br>City      State      ZIP Code | **PATCHOGUE NY 11772**<br>City      State      ZIP Code |
| | Contact phone **1-631-3353429** | Contact phone **1-631-3353429** |
| | Contact email **FUN2FISH@ICLOUD.COM** | Contact email **FUN2FISH@ICLOUD.COM** |

| 4. Does this claim amend one already filed? | ☑ No | Filed on _____ |
|---|---|---|
| | ☐ Yes. Claim number on court claims registry (if known) _____ | MM/DD/YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No | |
|---|---|---|
| | ☐ Yes. Who made the earlier filing? _____ | |

*Modified Official Form 410 (GCG 5/16)

page 3



| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
| --- | --- |

| 6. | Do you have any number you use to identify the debtor? | ☐ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 0 0 7 4 |
| 7. | How much is the claim? | $ 24000.00    Does this amount include interest or other charges?<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>LOANS, 3 PAID BY CHECK |
| 9. | Is all or part of the claim secured? | ☐ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>Nature of property:<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>Basis for perfection: _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:                          $_____<br><br>Amount of the claim that is secured:     $_____<br><br>Amount of the claim that is unsecured: $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition: $_____<br><br>Annual Interest Rate (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |
| 10. | Is this claim based on a lease? | ☐ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. | Is this claim subject to a right of setoff? | ☐ No<br>☐ Yes. Identify the property: |
| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☐ Yes. *Check all that apply:*<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.<br><br>* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | Amount entitled to priority<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____ |



## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it.** FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   8 01 17
                 MM / DD / YYYY

Signature   *Charles Swan*

Print the name of the person who is completing and signing this claim:

Name   CHARLES          L          SWAN
       First name        Middle name        Last name

Title   N/A

Company   N/A
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   7 ELM ST
          Number        Street
          PATCHOGUE          NY          11772
          City          State          ZIP Code

Contact phone  631 335 3429   Email  FUN2FISH@ICLOUD.com

---

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

## Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

### How to fill out this form

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction of information* in the section below.)

  - Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

### Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



### Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

### Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**



Sylvan
7 Elm St.
Patchogue, NY 11272

Dowling College
c/o GCG
Po Box 10342
Dublin OH 43017-5542

MID-ISLAND NY 117
06 MAR 2017 PM 1 L

43017-554242

Dowling College Case Administration

# CLAIM NO. 207



| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK** | |
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**



Your Claim is Scheduled As Follows:

FEB 16 2017

DCO0200957326   01001336

LEO MURILLO
27 FIRST STREET
SYOSSET NY 11791

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

FILED - 00207

EASTERN DISTRICT OF NEW YORK

DOWLING COLLEGE

16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

# Proof of Claim
Official Form 410*

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.**

| Part 1: | Identify the Claim |
|---|---|

| | | |
|---|---|---|
| 1. | Who is the current creditor? | *LEO MURILLO*<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| | | *LEO MURILLO*<br>Name<br>*27th FIRST STREET*<br>Number     Street<br>*SYOSSET  NY.     11791*<br>City          State          ZIP Code<br><br>Contact phone *5169210030*<br><br>Contact email *CANDITALEO@AOL.COM* | Name _____<br><br>Number     Street<br>_____<br>City          State          ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. | Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____     Filed on _____ MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

*Modified Official Form 410 (GCG 5/16)

page 3



| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6.** Do you have any number you use to identify the debtor?

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7.** How much is the claim?

$ _46,900_____.

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.** What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_ACCOUNT SUMMARY by TERM & TRANSCRIPTS_

**9.** Is all or part of the claim secured?

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                $_____

**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%
☐ Fixed
☐ Variable

**10.** Is this claim based on a lease?

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11.** Is this claim subject to a right of setoff?

☑ No

☐ Yes. Identify the property: _____

**12.** Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. Check all that apply:

| | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.



## Part 3:    Sign Below

| | |
|---|---|
| The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157, and 3571. | Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/06/2017
              MM / DD / YYYY

Signature _Leo Murillo_

Print the name of the person who is completing and signing this claim:

Name  LEO                          MURILLO
      First name    Middle name    Last name

Title  GRAduate STudent

Company  ———
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  27TH FIRST STreet, SYOSSET N.Y.
         Number    Street

SYOSSET                    N.Y.        11791
City                       State       ZIP Code

Contact phone (516)921 0030 8(516)661-3386 Email CANOITALEO@AOL.COM |

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

**The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.**

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all the information for the claim as of the Petition Date.**

- **If the claim has been acquired from someone else,** then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction of* information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A** *Proof of Claim* **form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

SSN: ****-6-3188    Student No: 900614495    Date of Birth: 07/26/1954

Record of: Leo Murillo
Current Name: Leo Murillo
27 First Street
Syosset, NY 11791

Course Level: Doctoral
Only Admit: Sum 1 2014

Current Program
College: Dowling
Major: EdD Educational Administration

| SUBJ | NO. | C | | COURSE TITLE | | CRED GRD | | PTS R |
|------|-----|---|--|--------------|--|----------|--|-------|

**INSTITUTION CREDIT:**

Sum 1 2014
Education
EdD Educational Administration
EDDE 9800 1  Research Technology    3.00 A  12.00
       Ehrs: 3.00 GPA-Hrs: 3.00 QPts:  12.00 GPA:  4.00

Sum 2 2014
Education
EdD Educational Administration
EDDE 9801 1  Research Methods    3.00 A  12.00
       Ehrs: 3.00 GPA-Hrs: 3.00 QPts:  12.00 GPA:  4.00

Fall 2014
Education
EdD Educational Administration
EDDE 9802 1  Experimental Research Methods    3.00 A  12.00
EDDE 9803 1  Quantitative Methods for Admin    3.00 A  12.00
EDDE 9811 1  Theories of Social Org II    3.00 A  12.00
       Ehrs: 9.00 GPA-Hrs: 9.00 QPts:  36.00 GPA:  4.00

Winter/Spring 2015
Education
EdD Educational Administration
EDDE 9804 1  Applied Research    3.00 A  12.00
**************** CONTINUED ON NEXT COLUMN ****************

| SUBJ | NO. | C | | COURSE TITLE | | CRED GRD | | PTS R |
|------|-----|---|--|--------------|--|----------|--|-------|

**Institution Information continued:**
EDDE 9817 1  Politics & Implement of Policy    3.00 A  12.00
       Ehrs: 6.00 GPA-Hrs: 6.00 QPts: 24.00 GPA:  4.00

Sum 1 2015
Education
EdD Educational Administration
EDDE 9816 1  Ethical Issues in Organization    3.00 A  12.00
EDDE 9821 1  Community Relations    3.00 A  12.00
       Ehrs: 6.00 GPA-Hrs: 6.00 QPts: 24.00 GPA:  4.00

Fall 2015
Education
EdD Educational Administration
EDDE 9806 1  Leadership and Case Study Dev    3.00 A  12.00
EDDE 9829 1  Multicultural Soc Organization    3.00 A  12.00
       Ehrs: 6.00 GPA-Hrs: 6.00 QPts: 24.00 GPA:  4.00
GRAD STANDING

Winter/Spring 2016
Education
EdD Educational Administration
EDDE 9860 1  Dissertation Proposal Seminar    3.00 A  12.00
EDDE 9861 1  Dissertation Proposal Seminar    3.00 I   0.00
       Ehrs: 3.00 GPA-Hrs: 3.00 QPts: 12.00 GPA:  4.00

Sum 1 2016
Education
EdD Educational Administration
EDDE 9862 1  Dissertation Advisement    3.00  IN PROGRESS
IN PROGRESS WORK        In Progress Credit    3.00
**************** CONTINUED ON BACK ****************

3.00 A   12.00

3.00  IN PROGRESS

**REGISTRAR**

SSN: ***-*6-3188

Student No: 900614495

Record of: Leo Murillo
Level: Doctoral

*************** TRANSCRIPT TOTALS ***************

|                    | Earned Hrs | GPA Hrs | Points  | GPA  |
| ------------------ | ---------- | ------- | ------- | ---- |
| TOTAL INSTITUTION  | 36.00      | 36.00   | 143.01  | 3.97 |
| TOTAL TRANSFER     | 0.00       | 0.00    | 0.00    | 0.00 |
| OVERALL            | 36.00      | 36.00   | 143.01  | 3.97 |

************* END OF TRANSCRIPT *************



REGISTRAR

# Account Summary by Term

900614495 Leo Murillo
Jun 01, 2016 08:16 pm

This is your account summary by term. Anticipated third party contract payments, financial aid, and memos are **NOT** included in the summary.

One common reason your aid may not be deducted from your bill is that you did not register for the same number of credits you planned to take when you filed the financial aid form. If you think this situation applies to you, please call 1-800-DOWLING.

**Remember, your financial aid will not be subtracted from your bill unless all requested and required paperwork is submitted.**

It is important to understand that many students still have a balance due even after all financial aid has been subtracted. Any balance due at that time is the responsibility of the student and must be paid in full or arranged in a deferred payment plan at this time.

Please click the **Make a Payment** link at the bottom of the page to make a payment via the web.

## Summary

**Account Balance:**   $5,617.00

### Sum 1 2016

| Description | Charge | Payment | Balance |
|---|---|---|---|
| Doctoral Tuition | $5,800.00 | | $5,800.00 |
| **Term Charges:** | $5,800.00 | | |
| **Term Credits and Payments:** | $0.00 | | |
| **Term Balance:** | $5,800.00 | | |

### Winter/Spring 2016

| Description | Charge | Payment | Balance |
|---|---|---|---|
| Doctoral Tuition | $6,700.00 | | $0.00 |
| Direct Unsubsidized Loan | | $5,071.00 | -$183.00 |
| **Term Charges:** | $6,700.00 | | |
| **Term Credits and Payments:** | $5,071.00 | | |
| **Term Balance:** | -$183.00 | | |

### Fall 2015

| Description | Charge | Payment | Balance |
|---|---|---|---|
| Doctoral Tuition | $6,700.00 | | $0.00 |
| Direct Unsubsidized Loan | | $5,071.00 | $0.00 |
| **Term Charges:** | $6,700.00 | | |
| **Term Credits and Payments:** | $5,071.00 | | |
| **Term Balance:** | $0.00 | | |

### Sum 1 2015

| Description | Charge | Payment | Balance |
|---|---|---|---|
| Doctoral Tuition | $6,700.00 | | $0.00 |

Direct Unsubsidized Loan                    $10,141.00        $0.00
**Term Charges:**              $6,700.00
**Term Credits and Payments:** $10,141.00
**Term Balance:**                  $0.00

Winter/Spring 2015

| Description | Charge | Payment | Balance |
|---|---|---|---|
| Doctoral Tuition | $6,700.00 | | $0.00 |
| EDU Passport access fee | $0.00 | | $0.00 |
| Refund:Higher One | $22.00 | | $0.00 |
| Refund to Golden Lion OneCard | $0.00 | | $0.00 |
| Visa Pmt - Thank you | | $6,722.00 | $0.00 |
| **Term Charges:** | $6,722.00 | | |
| **Term Credits and Payments:** | $6,722.00 | | |
| **Term Balance:** | $0.00 | | |

Fall 2014

| Description | Charge | Payment | Balance |
|---|---|---|---|
| Doctoral Tuition | $6,700.00 | | $0.00 |
| EDU Passport access fee | $22.00 | | $0.00 |
| Late Fee-Past Due | $0.00 | | $0.00 |
| Tuition Deposit Web | | $6,700.00 | $0.00 |
| Visa Pmt - Thank you | | $6,722.00 | $0.00 |
| **Term Charges:** | $6,722.00 | | |
| **Term Credits and Payments:** | $13,422.00 | | |
| **Term Balance:** | $0.00 | | |

Sum 1 2014

| Description | Charge | Payment | Balance |
|---|---|---|---|
| Doctoral Tuition | $6,700.00 | | $0.00 |
| Application Fee-Doctoral Prgm | $100.00 | | $0.00 |
| Cx Payment-Thank you | | $100.00 | $0.00 |
| **Term Charges:** | $6,800.00 | | |
| **Term Credits and Payments:** | $100.00 | | |
| **Term Balance:** | $0.00 | | |
| **Account Balance:** | $5,617.00 | | |

## RELEASE: 8.5.4.4

© 2016 Ellucian Company L.P. and its affiliates.



Leo Murillo                    Student
                               900614495



02727  1150003332-15

2176990061449501

Property of Dowling College. Not transferable. Usage subject to College policies. Carry at all times and surrender upon request. Report lost or stolen cards to the Library.

**Issue Date:** 05/13/2014

LEO MuRiLLo
27th First Street
Syosset NY.11791

DOwLing College Case Administration
c/o GCG, P.O. Box 10342
Dublin, Ohio 43017-5542



UNITED STATES
POSTAL SERVICE

1000

43017

U.S. POSTAGE
PAID
SYOSSET, NY
FEB 13, 17
1791
AMOUNT
$1.19
R2304E104779-07

# CLAIM NO. 195

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK |
|---|

| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |
|---|---|

**\* P - D C O - P O C / 1 \***

<u>Your Claim is Scheduled As Follows:</u>

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim
Official Form 410

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.**

| Part 1: | Identify the Claim |
|---|---|

| 1. | Who is the current creditor? | **LESMINE LEWIS** |
|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |

| 2. | Has this claim been acquired from someone else? | ✔ No |
|---|---|---|
| | | Yes. From whom? _____ |

| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| | **LESMINE LEWIS**<br>Name | | Name |
| | **5732 TUSCANY WAY**<br>Number      Street | | Number      Street |
| | **TAMARAC, FL 33321**<br>City          State          ZIP Code | | City          State          ZIP Code |
| | Contact phone _____ | | Contact phone _____ |
| | Contact email DIL31@BELLSOUTH.NET | | Contact email _____ |

| 4. | Does this claim amend one already filed? | ✔ No | Filed on_____ |
|---|---|---|---|
| | | Yes. Claim number on court claims registry (if known) _____ | MM/DD/YYYY |

| 5. | Do you know if anyone else has filed a proo of claim for this claim? | ✔ No |
|---|---|---|
| | | Yes. Who made the earlier filing? _____ |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☑ No |
|---|---|---|
| | | Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

| 7. | How much is the claim? | $ **2,400.00** . | Does this amount include interest or other charges?<br>☑ No<br>Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
|---|---|---|---|

| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. |
|---|---|---|
| | | Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). |
| | | Limit disclosing information that is entitled to privacy, such as health care information. |
| | | **Tuition** |

| 9. | Is all or part of the claim secured? | ☑ No |
|---|---|---|
| | | Yes. The claim is secured by a lien on property. |

**Nature of property:**
Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
Motor vehicle
Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.

Value of property:                                         $_____

Amount of the claim that is secured:     $ 0.00

Amount of the claim that is unsecured: $ 0.00          (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____
Fixed
Variable

| 10. | Is this claim based on a lease? | ☑ No |
|---|---|---|
| | | Yes. Amount necessary to cure any default as of the date of the petition. $_____ |

| 11. | Is this claim subject to a right of setoff? | ☑ No |
|---|---|---|
| | | Yes. Identify the property: _____ |

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | Yes. *Check all that apply:* | **Amount entitled to priority** |

Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).                                  $_____

Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).                          $_____

Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).     $_____

Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5).        $_____

Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.       $_____

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

| Part 3: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this clai electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

4 ☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  **02/15/2017**
                       MM / DD / YYYY

**Lesmine Lewis**
_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name        **Lesmine Lewis**
            _____
            First name        Middle name        Last name

Title       _____

Company     _____
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     **5732 Tuscany Way**
            _____
            Number        Street
            **TAMARAC, FL 33321**
            City                    State            ZIP Code

Contact phone _____  Email **dil31@bellsouth.net**

---

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of Redaction of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confident al information both in the claim and in the attached documents.

- A Proof of Claim form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child s initials and the full name and address of the child s parent or guardian. For example, write A.B., a minor child (John Doe, parent, 123 Main St., City, State). See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your Proof of Claim form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

Administrative expense: Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

Claim: A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

Creditor: A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

Debtor: A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

Evidence of perfection: Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

Information that is entitled to privacy: A Proof of Claim form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

Priority claim: A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

Proof of claim: A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

Redaction of information: Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.

Secured claim under 11 U.S.C. §506(a): A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

Setoff: Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

Uniform claim identifier: An optional 24-character identifier that some creditors use to facilitate electronic payment.

Unsecured claim: A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

Display of Proof of Claim on Case Administration Website: As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

03-MAR-2016 15:13:55
Dowling College
Account Rece    9821

PAGE 1
TGRRCPT

CASHIER: STOVERM



# DOWLING COLLEGE

Lesmine E. Lewis
5732 Tuscany Way
Tamarac, FL 33321

ID: 900618051

| CODE | TERM | DESCRIPTION | TRAN DATE | CHARGE | PAYMENT |
|------|------|-------------|-----------|--------|---------|
| PY05 | 201602 | MC MKT 6252 | 03-MAR-16 | | $1,200.00 |
| | | | TOTALS | $.00 | $1,200.00 |



MAR  3 2016

THE DOWLING INSTITUTE

Rudolph - Oakdale Campus I P: 631.244.3420 I F: 631.244.5069
DowlingInstitute@Dowling.edu I Dowling.edu

Rudolph - Oakdale Campus, 150 Idle Hour Blvd., Oakdale, NY 11769
Brookhaven Campus, 1300 William Floyd Parkway, Shirley, NY 11967

26-MAY-2016 13:29:57

Dowling College
Account Receivable 73190

PAGE 1
TGRRCPT

CASHIER: STOVERM



# DOWLING COLLEGE

Lesmine E. Lewis
5732 Tuscany Way
Tamarac, FL 33321

ID: 900618051

| CODE | TERM | DESCRIPTION | TRAN DATE | CHARGE | PAYMENT |
|------|------|-------------|-----------|--------|---------|
| PY05 | 201602 | MC FIN 6212 | 26-MAY-16 | | $1,200.00 |
| | | | TOTALS | $.00 | $1,200.00 |



MAY 26 2016

THE DOWLING INSTITUTE

Rudolph - Oakdale Campus I P: 631.244.3420 I F: 631.244.5069
DowlingInstitute@Dowling.edu I Dowling.edu

Rudolph - Oakdale Campus, 150 Idle Hour Blvd., Oakdale, NY 11769
Brookhaven Campus, 1300 William Floyd Parkway, Shirley, NY 11967

# CLAIM NO. 475

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

Your Claim is Scheduled As Follows:



DCO0200958005    01001343

LIBRA VENABLE
4859 W SLAUSON #110
LOS ANGELES CA 90056

FILED - 00475

EASTERN DISTRICT OF NEW YORK

DOWLING COLLEGE

16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as your DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim
Official Form 410*

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | _LIBRA VENABLE_<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>_LIBRA VENABLE_<br>Name<br>_4859 W Slauson #110_<br>Number    Street<br>_LA_    _CA_    _90056_<br>City    State    ZIP Code<br><br>Contact phone _323 595 7558_<br><br>Contact email _LibraVenable@gmail.com_ | **Where should payments to the creditor be sent?** (if different)<br><br>Name<br><br>Number    Street<br><br>City    State    ZIP Code<br><br>Contact phone<br><br>Contact email |
| 4. | Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____<br>                                                                    MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

*Modified Official Form 410 (GCG 5/16)

page 3



| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☒ No<br><br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
|---|---|---|
| 7. | How much is the claim? | $ 848,226.00 *(incl. 2017)*      Does this amount include interest or other charges?<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>*money loaned - credit card* |
| 9. | Is all or part of the claim secured? | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>Nature of property:<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>Basis for perfection: _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:                    $_____<br><br>Amount of the claim that is secured:    $_____<br><br>Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition: $_____<br><br>Annual Interest Rate *(when case was filed)* _____%<br>☐ Fixed<br>☐ Variable |
| 10. | Is this claim based on a lease? | ☒ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. | Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ |
| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes. *Check all that apply:*                              **Amount entitled to priority**<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).        $_____<br><br>☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).        $_____<br><br>☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).        $_____<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).        $_____<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).        $_____<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.        $_____<br><br>* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. |



## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  4·01·17
                  MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

Name     LIBRA                          Venable
         First name      Middle name    Last name

Title

Company
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  4059 W  Slausen #110
         Number    Street

         LA                    CA         90056
         City                  State      ZIP Code

Contact phone  323·595·2558   Email LibraVenable@gmail.com.

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- *Fill in all the information for the claim as of the Petition Date.*

- *If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.*

- Attach any supporting documents to this form.

  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction of* information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- *A Proof of Claim form and any attached documents must show only the last 4 digits of any social security, individual's tax identification number, or financial account number, and only the year of any person's date of birth.* See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write A.B., a minor child (John Doe, parent, 123 Main St., City, State). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** *Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate.* 11 U.S.C. § 503.

**Claim:** *A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy.* 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** *A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy.* 11 U.S.C. §101 (10).

**Debtor:** *A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received.* 11 U.S.C. § 101 (13).

**Evidence of perfection:** *Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.*

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** *A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.*

**Proof of Claim:** *A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.*

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** *A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).*

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** *Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.*

**Uniform claim identifier:** *An optional 24-character identifier that some creditors use to facilitate electronic payment.*

**Unsecured claim:** *A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.*

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

---

*Modified Official Form 410 (GCG 5/16)                                                                                            page 6

11-JUN-2013 11:22:59 AM
201307



# DOWLING
## C O L L E G E

Dowling College
Student Schedule
Sum 2 2013

Venable, Libra T.                                                    900614311
4859 W. Slauson  #110
Los Angeles, CA 90056

| P/T | CRN | SUBJ | CRSE | SEC | CMP | CREDITS | LV | ST | START | END | MTYP | DAYS |
|-----|-----|------|------|-----|-----|---------|----|----|-------|-----|------|------|
| DS | 70550 | MGT | 2073N | 0 | DO | 3.000 | 01 | RE | 06/24/13-08/23/13 | | ONL | TBA |

Innovation & Entrepreneurship

TOTAL        3.000    CEUS

# DOWLING
### C O L L E G E

## FEDERAL EXPRESS
## TUITION AND FEES

## FALL 2013

| | |
|---|---|
| Dowling College Tuition per 3 graduate credits | $3,087.00 |
| Less:   Federal Express Discount | $1,971.00 |
| **Federal Express Tuition per 3 graduate credits** | **$1,116.00** |
| Dowling College Tuition per 3 undergraduate credits | $2,673.00 |
| Less:   Federal Express Discount | $1,557.00 |
| **Federal Express Tuition per 3 undergraduate credits** | **$1,116.00** |

### General Fees

| | |
|---|---|
| Transcripts | $ 10.00 |
| Graduation Application Fee | $100.00 |



# DOWLING COLLEGE

*19-May-14*

## SPRING 2014 STUDENT OFFICIAL BILL AND GRADE REPORT

| NAME | CAMPUS |
|------|--------|
| Libra        Venable | Dowling Institute On Line |
| 4859 W. Slauson  #110 | |
| Los Angeles        CA        90056 | |

| COURSE | TITLE | GRADE | CREDITS |
|--------|-------|-------|---------|
| MGT    2075N | Human Resource Management | A | 3 |

| TERM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 201402 | Dowling Institute UG Tuition | $1,170.00 |

Congratulations on completing your recent coursework.

Please mail your payment for the completed course no later than **30 days from the date of this bill.** Continued eligibility to participate in the Deferred Tuition Payment program is based on maintaining your account in good standing.  Students who fail to pay their deferred tuition in a timely manner will not be permited to continue to participate in the Deferred Tuition Payment program and will be required to pay the tuition at the time of course registration.

By submitting your check, please be aware that you are authorizing Dowling College to use information on your check to make a one time electronic debit from your account at the financial institution indicated on your check.  This electronic debit will be for the amount of your check; no additional amount will be added to the check amount. It is Dowling College policy to write the student ID number on the face of the check or money order to ensure accurate posting.   Please make checks payable to <u>Dowling College</u> and mail to: DOWLING INSTITUTE, Oakdale, NY 11769-1999, Attention: Payment Processing.

You may also make your payment by credit card; MasterCard, Visa, American Express or Discover Card; by calling (631) 244-3440 and a receipt will be mailed to you.

If you have paid this balance in full, please disregard this bill.

THE DOWLING INSTITUTE

Rudolph - Oakdale Campus I P: 631.244.3420 I F: 631.244.5069          Rudolph - Oakdale Campus, 150 Idle Hour Blvd., Oakdale, NY 11769
DowlingInstitute@Dowling.edu I Dowling.edu                               Brookhaven Campus, 1300 William Floyd Parkway, Shirley, NY 11967



# DOWLING COLLEGE

*24-Jul-14*

## SUMMER 2014 STUDENT OFFICIAL BILL AND GRADE REPORT

| NAME | CAMPUS |
|------|--------|
| **Libra        Venable**<br>4859 W. Slauson  #110<br>Los Angeles             CA     90056 | **Dowling Institute On Line** |

| COURSE | TITLE | GRADE | CREDITS |
|--------|-------|-------|---------|
| MGT    3146A | Organizational Behavior | B | 3 |

| TERM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 201406 | Dowling Institute UG Tuition | $1,170.00 |

Congratulations on completing your recent coursework.

Please mail your payment for the completed course no later than **30 days from the date of this bill.** Continued eligibility to participate in the Deferred Tuition Payment program is based on maintaining your account in good standing. Students who fail to pay their deferred tuition in a timely manner will not be permitted to continue to participate in the Deferred Tuition Payment program and will be required to pay the tuition at the time of course registration.

By submitting your check, please be aware that you are authorizing Dowling College to use information on your check to make a one time electronic debit from your account at the financial institution indicated on your check. This electronic debit will be for the amount of your check; no additional amount will be added to the check amount. It is Dowling College policy to write the student ID number on the face of the check or money order to ensure accurate posting.   Please make checks payable to <u>Dowling College</u> and mail to: DOWLING INSTITUTE, Oakdale, NY 11769-1999, Attention: Payment Processing.

You may also make your payment by credit card; MasterCard, Visa, American Express or Discover Card; by calling (631) 244-3440 and a receipt will be mailed to you.

If you have paid this balance in full, please disregard this bill.

THE DOWLING INSTITUTE

Rudolph - Oakdale Campus I P: 631.244.3420 I F: 631.244.5069         Rudolph - Oakdale Campus, 150 Idle Hour Blvd., Oakdale, NY 11769
DowlingInstitute@Dowling.edu  I  Dowling.edu               Brookhaven Campus, 1300 William Floyd Parkway, Shirley, NY 11967



# DOWLING COLLEGE

*12-Jan-15*

## FALL 2014 STUDENT OFFICIAL BILL AND GRADE REPORT

| NAME | CAMPUS |
|------|--------|
| Libra       Venable | Dowling Institute On Line |

4859 W. Slauson #110
Los Angeles          CA     90056

| COURSE | TITLE | GRADE | CREDITS |
|--------|-------|-------|---------|
| MGT    3111A | Managerial Economics | B | 3 |

| TERM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 201409 | Dowling Institute UG Tuition | $1,170.00 |

Congratulations on completing your recent coursework.

Please mail your payment for the completed course no later than **30 days from the date of this bill**. Continued eligibility to participate in the Deferred Tuition Payment program is based on maintaining your account in good standing. Students who fail to pay their deferred tuition in a timely manner will not be permitted to continue to participate in the Deferred Tuition Payment program and will be required to pay the tuition at the time of course registration.

By submitting your check, please be aware that you are authorizing Dowling College to use information on your check to make a one time electronic debit from your account at the financial institution indicated on your check. This electronic debit will be for the amount of your check; no additional amount will be added to the check amount. It is Dowling College policy to write the student ID number on the face of the check or money order to ensure accurate posting.

Please make checks payable to <u>Dowling College</u> and mail to:
DOWLING INSTITUTE, 150 Idle Hour Blvd, Oakdale, NY 11769, Attn: Payment Processing.

You may also make your payment by credit card; MasterCard, Visa, American Express or Discover Card; by calling (631) 244-3440 and a receipt will be mailed to you.

If you have paid this balance in full, please disregard this bill.

THE DOWLING INSTITUTE

Rudolph - Oakdale Campus I P: 631.244.3420 I F: 631.244.5069
DowlingInstitute@Dowling.edu I Dowling.edu

Rudolph - Oakdale Campus, 150 Idle Hour Blvd., Oakdale, NY 11769
Brookhaven Campus, 1300 William Floyd Parkway, Shirley, NY 11967



# DOWLING COLLEGE

18-May-15

## SPRING 2015 STUDENT OFFICIAL BILL AND GRADE REPORT

| NAME | CAMPUS |
|---|---|
| Libra         Venable | Dowling Institute On Line |

4859 W. Slauson #110
Los Angeles          CA          90056

| COURSE | TITLE | GRADE | CREDITS |
|---|---|---|---|
| MGT    3108N | Labor Relations | B | 3 |

| TERM | DESCRIPTION | AMOUNT |
|---|---|---|
| 201502 | Dowling Institute UG Tuition | $1,200.00 |

Congratulations on completing your recent coursework.

Please mail your payment for the completed course no later than **30 days from the date of this bill**. Continued eligibility to participate in the Deferred Tuition Payment program is based on maintaining your account in good standing. Students who fail to pay their deferred tuition in a timely manner will not be permitted to continue to participate in the Deferred Tuition Payment program and will be required to pay the tuition at the time of course registration.

By submitting your check, please be aware that you are authorizing Dowling College to use information on your check to make a one time electronic debit from your account at the financial institution indicated on your check. This electronic debit will be for the amount of your check; no additional amount will be added to the check amount. It is Dowling College policy to write the student ID number on the face of the check or money order to ensure accurate posting.

Please make checks payable to <u>Dowling College</u> and mail to:
   DOWLING INSTITUTE, 150 Idle Hour Blvd, Oakdale, NY 11769, Attn: Payment Processing.

You may also make your payment by credit card; MasterCard, Visa, American Express or Discover Card; by calling (631) 244-3420 and a receipt will be mailed to you.

If you have paid this balance in full, please disregard this bill.

THE DOWLING INSTITUTE

Rudolph - Oakdale Campus I P: 631.244.3420 I F: 631.244.5069          Rudolph - Oakdale Campus, 150 Idle Hour Blvd., Oakdale, NY 11769
DowlingInstitute@Dowling.edu I Dowling.edu          Brookhaven Campus, 1300 William Floyd Parkway, Shirley, NY 11967



# DOWLING COLLEGE

August 6, 2015

## DUPLICATE
## SUMMER 2015  STUDENT OFFICIAL BILL & GRADE REPORT

| NAME | CAMPUS |
|---|---|
| Libra Venable<br>4859 W. Slauson #110<br>Los Angeles, CA  90056 | FedEx |

| COURSE | TITLE | GRADE | CREDITS |
|---|---|---|---|
| CIS 1200N | Intro. To Info. Systems | B- | 3 |

| TERM | DESCRIPTION | AMOUNT |
|---|---|---|
| 201506 | Dowling Institute Tuition | $1,200.00 |

Congratulations on completing your recent coursework.

Please mail your payment for the completed course no later than **30 days from the date of this bill.**  Continued eligibility to participate in the Deferred Tuition Payment program is based on maintaining your account in good standing.  Students who fail to pay their deferred tuition in a timely manner will not be permitted to continue to participate in the Deferred Tuition Payment program and will be required to pay the tuition at the time of course registration.

By submitting your check, please be aware that you are authorizing Dowling College to use information on your check to make a one time electronic debit from your account at the financial institution indicated on your check.  This electronic debit will be for the amount of your check; no additional amount will be added to the check amount. It is Dowling College policy to write the student ID number on the face of the check or money order to ensure accurate posting.

Please make checks payable to Dowling College and mail to:
    DOWLING INSTITUTE, 150 Idle Hour Blvd, Oakdale, NY 11769, Attn:  Payment Processing.

You may also make your payment by credit card; MasterCard, Visa, American Express or Discover Card; by calling (631) 244-3420 and a receipt will be mailed to you.

If you have paid this balance in full, please disregard this bill.

THE DOWLING INSTITUTE

Rudolph - Oakdale Campus I P: 631.244.3420 I F: 631.244.5069
DowlingInstitute@Dowling.edu  I  Dowling.edu

Rudolph - Oakdale Campus, 150 Idle Hour Blvd., Oakdale, NY 11769
Brookhaven Campus, 1300 William Floyd Parkway, Shirley, NY 11967

11/6/2015



# DOWLING COLLEGE

February 18, 2016

## WINTER 2016  STUDENT OFFICIAL BILL & GRADE REPORT

| NAME | CAMPUS |
|---|---|
| Libra Venable<br>4859 W. Slauson #110<br>Los Angeles, CA  90056 | FedEx |

| COURSE | TITLE | GRADE | CREDITS |
|---|---|---|---|
| MGT 4181N | Business Policy Seminar | A | 3 |

| TERM | DESCRIPTION | AMOUNT |
|---|---|---|
| 201602 | Dowling Institute Tuition | $1,200.00 |

Congratulations on completing your recent coursework.

Please mail your payment for the completed course no later than 30 days from the date of this bill. Failure to pay in a timely manner will result in a $50.00 late fee per semester. It is Dowling College policy to write the student ID number on the face of the check or money order to ensure accurate posting.

By submitting your check, please be aware that you are authorizing Dowling College to use information on your check to make a one time electronic debit from your account at the financial institution indicated on your check. This electronic debit will be for the amount of your check; no additional amount will be added to the check amount.

Please make checks payable to Dowling College and mail to:
   DOWLING INSTITUTE, 150 Idle Hour Blvd, Oakdale, NY 11769, Attn:  Payment Processing

You may also make your payment by credit card; MasterCard, Visa, American Express or Discover Card; by calling (631) 244-3420 and a receipt will be mailed to you.

If you have paid this balance in full, please disregard this bill.

THE DOWLING INSTITUTE

Rudolph - Oakdale Campus I P: 631.244.3420 I F: 631.244.5069
DowlingInstitute@Dowling.edu I  Dowling.edu

Rudolph - Oakdale Campus, 150 Idle Hour Blvd., Oakdale, NY 11769
Brookhaven Campus, 1300 William Floyd Parkway, Shirley, NY 11967

2/18/2016

ORIGIN ID:CCDA  (310) 204-2973
LIBRA VENABLE

3700 ROBERTSON BLVD

CULVER CITY, CA 90232
UNITED STATES US

SHIP DATE: 20APR17
ACTWGT: 0.30 LB
CAD: 006993065/SSFE1801

BILL CREDIT CARD

carbon-neutral
shipping

TO  **DOWLING COLLEGE CASE ADMINISTR**
**C/O GCG**
**5151 BLAZER PKWY STE A**

**DUBLIN OH 43017**

(111) 111-1111          REF:
INU:
PO:                          DEPT:



**FedEx**
Express

**E**

TRK#  **7863 1059 0142**
0201

**FRI – 21 APR 10:30A**
**PRIORITY OVERNIGHT**

**XX OSUA**

**43017**
OH-US  **LCK**



# CLAIM NO. 474

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**\* P - D C O - P O C / 1 \***

<u>Your Claim is Scheduled As Follows:</u>

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim
Official Form 410

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.**

## Part 1:   Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | **LUTHER I. JACKSON**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | 4  No<br><br>Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>**LUTHER I. JACKSON**<br>Name<br>**3612 LAPLACE STREET**<br>Number      Street<br>**CHALMETTE, LA 70043**<br>City           State           ZIP Code<br><br>Contact phone **(504) 432-4536**<br><br>Contact email  LUJACKONE@GMAIL.COM |
| | | Where should payments to the creditor be sent? (if different)<br><br>Name<br>Number      Street<br>City           State           ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. | Does this claim amend one already filed? | 4  No<br><br>Yes. Claim number on court claims registry (if known) _____      Filed on_____ MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proo of claim for this claim? | 4  No<br><br>Yes. Who made the earlier filing? _____ |

\* P - D C O - P O C / 2 \*

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☑ No |
|---|---|---|
| | | Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____ |

| 7. | How much is the claim? | $ __12,000.00_____. | **Does this amount include interest or other charges?** |
|---|---|---|---|
| | | | ☑ No |
| | | | Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. |
|---|---|---|
| | | Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). |
| | | Limit disclosing information that is entitled to privacy, such as health care information. |
| | | To determine if there are damages due to me or Fed based on my taking out student loans to attend. |

| 9. | Is all or part of the claim secured? | ☑ No |
|---|---|---|
| | | Yes. The claim is secured by a lien on property. |

**Nature of property:**
Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
Motor vehicle
Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.

Value of property:                    $_____

Amount of the claim that is secured:   $_____

Amount of the claim that is unsecured: $__0.00_____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____
      Fixed
      Variable

| 10. | Is this claim based on a lease? | ☑ No |
|---|---|---|
| | | Yes. Amount necessary to cure any default as of the date of the petition. $_____ |

| 11. | Is this claim subject to a right of setoff? | ☑ No |
|---|---|---|
| | | Yes. Identify the property: _____ |

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | No | **Amount entitled to priority** |
|---|---|---|---|
| | | ☑ Yes. *Check all that apply:* | |
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | | Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | | Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | | ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $__12,000.00__ |
| | | Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5). | $_____ |
| | | Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

**\* P - D C O - P O C / 3 \***

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this clai 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

⁴ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/19/2017
                              MM / DD / YYYY

Luther I Jackson Jr

Signature

Print the name of the person who is completing and signing this claim:

Name    Luther I Jackson Jr
              First name          Middle name          Last name

Title

Company
              Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    3612 Laplace Street
                  Number          Street
                  CHALMETTE, LA 70043
                  City                      State            ZIP Code

Contact phone  (504) 432-4536    Email  lujackone@gmail.com

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confident al information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child s initials and the full name and address of the child s parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

*Modified Official Form 410  **(GCG 5/16)**

# CLAIM NO. 486



**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK**

| Name of Debtor: | Case No. |
|---|---|
| Dowling College | 16-75545 |

Your Claim is Scheduled As Follows:

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**



DCO0200963243    01001396

MAGGIE MCCAFFREY
138 HAMILTON AVE
MASSAPEQUA NY 11758



FILED - 00486
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim
## Official Form 410*

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

| **Part 1:** | **Identify the Claim** |
|---|---|

| | | |
|---|---|---|
| 1. | Who is the current creditor? | MAGGIE MCCAFFREY |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>MAGGIE MCCAFFREY<br>Name<br>138 HAMILTON AVE<br>Number       Street<br>MASSAPEQUA   NY       11758<br>City         State     ZIP Code<br><br>Contact phone (516) 657-2537<br><br>Contact email TJBMCCAFFREY@ONLINE.N | **Where should payments to the creditor be sent?** (if different)<br><br>Name<br>Number       Street<br>City         State       ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. | Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____     Filed on _____<br>                                                                                     MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

*Modified Official Form 410 (GCG 5/16)



## Part 2:    Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. | **Do you have any number you use to identify the debtor?** | ☑ No <br> ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
| 7. | **How much is the claim?** | $_____.  **Does this amount include interest or other charges?** <br> ☐ No <br> ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. <br><br> Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). <br><br> Limit disclosing information that is entitled to privacy, such as health care information. |
| 9. | **Is all or part of the claim secured?** | ☑ No <br> ☐ Yes. The claim is secured by a lien on property. <br><br> **Nature of property:** <br> ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*. <br> ☐ Motor vehicle <br> ☐ Other. Describe: _____ <br><br> **Basis for perfection:** _____ <br> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) <br><br> **Value of property:**  $_____ <br><br> **Amount of the claim that is secured:**  $_____ <br><br> **Amount of the claim that is unsecured:** $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.) <br><br> **Amount necessary to cure any default as of the date of the petition:** $_____ <br><br> **Annual Interest Rate** (when case was filed) _____% <br> ☐ Fixed <br> ☐ Variable |
| 10. | **Is this claim based on a lease?** | ☑ No <br> ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. | **Is this claim subject to a right of setoff?** | ☑ No <br> ☐ Yes. Identify the property: _____ |
| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No <br> ☐ Yes. *Check all that apply:* |

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.



## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03/18/2017
              MM / DD / YYYY

*Maggie McCaffrey*
Signature

Print the name of the person who is completing and signing this claim:

Name    MAG-GJo          ANNE          McCAFFrey
        First name        Middle name       Last name

Title    _____

Company  _____
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  138  HAMILTON  AVE
         Number    Street

         MASSAPEQUA                    NY        11758
         City                          State     ZIP Code

Contact phone (516) 798-3284    Email JO.MCCAFFREY@optONLINE.net

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

McCaffrey
138 Hamilton Ave
Massapequa, NY 11758

MID-ISLAND NY 117
15 JUL 2017 PM 4 L

Dowling college Case Administration c/o GCG
5151 Blazer Parkway Suite A
Dublin OH 43017

43017-930673

FOREVER USA

# CLAIM NO. 400

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
| --- | --- |
| Name of the Debtor: Dowling College | Case No. 16-75545 |

**\* P - D C O - P O C / 1 \***

<u>Your Claim is Scheduled As Follows:</u>

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim

Official Form 410

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.**

| **Part 1:** | **Identify the Claim** |
| --- | --- |

| 1. | Who is the current creditor? | MATTHEW NEWMAN |
| --- | --- | --- |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |

| 2. | Has this claim been acquired from someone else? | ☑ No |
| --- | --- | --- |
| | | Yes. From whom? _____ |

| 3. | Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- | --- | --- |
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **MATTHEW NEWMAN** Name | Name |
| | | **754 TRUMAN AVENUE** Number     Street | Number     Street |
| | | **EAST MEADOW, NY 11554** City          State          ZIP Code | City          State          ZIP Code |
| | | Contact phone **(516) 539-1983** | Contact phone _____ |
| | | Contact email HELLONEWMAN0754@GMAIL.COM | Contact email _____ |

| 4. | Does this claim amend one already filed? | ☑ No | Filed on_____ |
| --- | --- | --- | --- |
| | | Yes. Claim number on court claims registry (if known) _____ | MM/DD/YYYY |

| 5. | Do you know if anyone else has filed a proo of claim for this claim? | ☑ No |
| --- | --- | --- |
| | | Yes. Who made the earlier filing? _____ |

*Modified Official Form 410 **(GCG 5/16)**                                                                        page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☑ No |
|---|---|---|
| | | Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____ |

| 7. | How much is the claim? | $ __15,300.00_____. | **Does this amount include interest or other charges?** |
|---|---|---|---|
| | | | ☑ No |
| | | | Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

**8.** What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Estimate 10 classes lost because of force transfer also credits accepted but not applied to major

**9.** Is all or part of the claim secured?

☑ No

Yes. The claim is secured by a lien on property.

**Nature of property:**

Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

Motor vehicle

Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.

Value of property:                                    $_____

Amount of the claim that is secured:      $ __15,300.00_____

Amount of the claim that is unsecured:   $ __0.00_____    (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____
Fixed
Variable

**10.** Is this claim based on a lease?

☑ No

Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11.** Is this claim subject to a right of setoff?

☑ No

Yes. Identify the property: _____

**12.** Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

Yes. *Check all that apply:*

| | **Amount entitled to priority** |
|---|---|
| Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5). | $_____ |
| Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

| Part 3: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this clai electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

⁴ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  **03/09/2017**
                              MM / DD / YYYY

**Matthew Newman**

Signature

Print the name of the person who is completing and signing this claim:

| Name | **Matthew Newman** | | |
|------|---------------------|--|--|
| | First name | Middle name | Last name |

| Title | |
|-------|--|

| Company | |
|---------|--|
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |

| Address | **754 Truman Avenue** | | |
|---------|------------------------|--|--|
| | Number        Street | | |
| | **EAST MEADOW, NY 11554** | | |
| | City | State | ZIP Code |

Contact phone  **(516) 539-1983**        Email  **hellonewman0754@gmail.com**

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or **redact confident al information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child s initials and the full name and address of the child s parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to* **privacy** *on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

*Florida Institute of Technology*

Office of Online Learning

10-AUG-2016

Transfer Equivalency Worksheet
Newman, Matthew
ID: *****1306
Long Island Univ Brooklyn Cmps
Undergraduate

Fall 2016 (8-Week Term 1)

Major Department: Aviation Management 7232

ATTENDANCE PERIOD: 1 FA11-SP13
ACCEPTANCE DATE: 09-AUG-2016
TRANSFER DEGREE AWARDED: NONE

| LV | TERM | SUBJ | CRSE | TITLE -------- TRANSFER COURSES -------- | CR.HRS | GROUP | GRD | D | A | LV | SUBJ | CRSE | FLORIDA TECH EQUIVALENT TITLE | CR.HRS | GRADE |
|----|------|------|------|-------|--------|-------|-----|---|---|----|------|------|------|--------|-------|
| 21 | 201685 | CGPH | 22 | Multimedia Dsgn On | 3.000 | | A | | Y | 01 | FREE | 2XXX | Free Elective | 3.000 | T |
| 21 | 201685 | CGPH | 7 | Digital Illus I | 3.000 | | A | | Y | 01 | FREE | 1XXX | Free Elective | 3.000 | T |
| 21 | 201685 | MGM | 11 | Prin of Mgmt | 3.000 | | B | | Y | 01 | BUS | 3301 | Principles of Management | 3.000 | T |
| 22 | 201685 | MGN | 23 | Bus & Society | 3.000 | | B | | Y | 01 | EBA | 2XXX | EBA Elective | 3.000 | T |

*********************************************************

| | | | | | | | | |
|--|--|--|--|--|--|--|--|--|
| | | | T R A N S F E R | | | | | |
| Level | Attempted Hours | Passed Hours | Earned Hours | GPA Hours | | Quality Points | | GPA |
| 01 | 0.000 | 0.000 | 12.000 | 0.000 | | 0.00 | | 0.00 |

| | | | | | | | | |
|--|--|--|--|--|--|--|--|--|
| | | | F L O R I D A   I N S T I T U T E   O F   T E C H N O L O G Y | | | | | |
| Level | Attempted Hours | Passed Hours | Earned Hours | GPA Hours | | Quality Points | | GPA |
| 01 | 0.000 | 0.000 | 12.00 | 0.000 | | 0.00 | | 0.00 |



Page 3

# CLAIM NO. 308

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**\* P - D C O - P O C / 1 \***

<u>Your Claim is Scheduled As Follows:</u>

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim
Official Form 410

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.**

## Part 1:   Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | **MICHAEL FRIEDL**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ⁴ No<br>Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| | | **MICHAEL FRIEDL**<br>Name<br>**11 KOOL PLACE**<br>Number       Street<br>PORT JEFFERSON STATION, NY 11776-3312<br>City             State            ZIP Code<br><br>Contact phone **(631) 928-9134**<br><br>Contact email  GAF99@OPTONLINE.NET | Name<br><br>Number       Street<br><br>City             State            ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. | Does this claim amend one already filed? | ⁴ No<br>Yes. Claim number on court claims registry (if known) _____   Filed on _____<br>                                                                      MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proo of claim for this claim? | ⁴ No<br>Yes. Who made the earlier filing? _____ |

* P - D C O - P O C / 2 *

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---------|------|

| 6. | Do you have any number you use to identify the debtor? | ✔ No |
|----|----|----|
| | | Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

**7. How much is the claim?**

$ __39,769.00__ .

Does this amount include interest or other charges?
✔ No
Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Tuition paid and Plus loans

**9. Is all or part of the claim secured?**

✔ No
Yes. The claim is secured by a lien on property.

Nature of property:
Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
Motor vehicle
Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $__0.00__

Amount of the claim that is unsecured: $__39,769.00__ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____
Fixed
Variable

**10. Is this claim based on a lease?**

✔ No
Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

✔ No
Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

✔ No
Yes. *Check all that apply:*

**Amount entitled to priority**

| | Amount entitled to priority |
|----|----|
| Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| Contributions to an employee benefit plan. 1 U.S.C. § 507(a)(5). | $_____ |
| Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this clai electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

4  I am the creditor.

I am the creditor's attorney or authorized agent.

I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03/04/2017
                  MM / DD / YYYY

Michael Friedl
_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name        Michael Friedl
            _____
            First name        Middle name        Last name

Title       _____

Company     _____
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     11 Kool Place
            _____
            Number        Street
            PORT JEFFERSON STATION, NY 11776
            _____
            City                        State        ZIP Code

Contact phone  (631) 928-9134        Email  gaf99@optonline.net

---

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Claim # 308        Electronically Filed: 03/04/2017

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.
- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed
- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).
- Do not attach original documents because attachments may be destroyed after scanning.
- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confident al information both in the claim and in the attached documents.
- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.
- For a minor child, fill in only the child s initials and the full name and address of the child s parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to* **privacy** *on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property nominally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

```
10/14/2015                    Dowling College
                         STUDENT SCHEDULE/BILL
                            Fall 2015(201509)
CRN    SUBJ  CRSE   COURSE TITLE                    LV

90462  MGT  2073N  Innovation & Entrepreneurship   01
91115  POL  1011C  American Government & Politics   01
92567  ESC  1010C  Elements of Meteorology          01
93100  MGT  2075N  Human Resource Management        01
93101  MGT  2077A  Business Law I                   01
```

```
============== CHARGES ============= ==== CREDITS/ANTICIPATED CREDITS ====
Late Fee-Past Due        500.00  Direct Parent PLUS Loan        8614.00
Undergraduate Tuition  14550.00  UG Academic Honor Scholarship 4250.00
============================================================================
```
This is your Fall 2015 Tuition Bill. Payment is due upon receipt.
We are pleased to announce that there has not been an increase
from the prior year Tuition Rate.   The Tuition Freeze will be in
effect for the entire 2015-2016 Academic Year.
Tuition Payment Plan: Make 4 equal monthly payments beginning
immediately and ending October 30, 2015. Pay an enrollment fee of $60
All tuition payment plans are interest free.  If you bill has not been
paid in full or a payment arrangement has not been set-up with the
Office of the Bursar by July 29, 2015, you will be subject to a $250
late payment fee through August 15, 2015. Payments received after
August 15, 2015 will be subject to a $500 late payment fee and may
also result in having to re-register for classes on an as available
basis. Methods of Payment are as follows:
1. Go to http://bannerweb.dowling.edu to pay by credit or debit card.
2. Mail payment to Dowling College at 150 Idle Hour Boulevard, Oakdale
N.Y. 11769  ATTN: Office of the Bursar
3. Pay in person at The Office of the Bursar located in Fortunoff
Hall, Room 101. The Bursar hours of operation are:Monday 8am-7pm
Tuesday through Friday 8am-5pm.
Your Financial Aid is an ESTIMATE and subject to change. If your
Financial Aid paperwork is not submitted, you will be responsible for
payment of full TUITION & FEES. If you have any questions, email
bursar@dowling.edu or call the Office of the Bursar ar 631-244-3013.
This bill is confirmation of your registration.
```
============================================================================
```

```
                               Michael S. Friedl
                          Student ID: 900608531
                                Campus:          1
             Total Current Term Charges:  15050.00
             Total Current Term Credits:  12864.00

             Previous/Other Term Balance:     0.00
                     Current Term Balance:  2186.00
                            AMOUNT DUE:      2186.00
                        Future Balance:        0.00
```

```
------------------ Return Bottom Portion With Payment ------------------
    Michael S. Friedl                   Student ID: 900608531
    11 Kool Place                             Term: 201509
    Port Jefferson Stati, NY 11776-3312  DATE DUE: 14-OCT-2015
                                        AMOUNT DUE: 2186.00

                                        Amount Paid: $_____
```

01/05/2015

**Dowling College**
**STUDENT SCHEDULE/BILL**
**Winter/Spring 2015(201502)**

| CRN | SUBJ | CRSE | COURSE TITLE | CREDS | LV |
|------|------|-------|-------------------------------|-------|----|
| 20270 | ECN | 2002A | Introductory Microeconomics | 3.00 | 01 |
| 20383 | ESC | 1006C | Elements of Oceanography | 3.00 | 01 |
| 20897 | CIS | 1200N | Intro to Info Systems Mangment | 3.00 | 01 |
| 22912 | MTH | 1007A | Operations Research | 3.00 | 01 |
| 20677 | MGT | 1011N | Intro to Mgt Theory & Practice | 3.00 | 01 |

Course Credits: 15.00

```
============= CHARGES =============     ==== CREDITS/ANTICIPATED CREDITS ====
Late Fee-Past Due            250.00     Alumni Sponsorship Grant Under  250.00
Undergraduate Tuition      14550.00     Direct Parent PLUS Loan        8615.00
                                        Sibling Scholarship - U/G       750.00
                                        UG Academic Honor Scholarship  4250.00
```

* * * CONTINUED ON NEXT PAGE * * *

Michael S. Friedl
Student ID: 900608531
Campus:           1
Total Current Term Charges:  14800.00
Total Current Term Credits:  13865.00

Previous/Other Term Balance:    960.00
Current Term Balance:    935.00
AMOUNT DUE:   1895.00
Future Balance:      0.00

------------------- Return Bottom Portion With Payment -------------------

Michael S. Friedl
11 Kool Place
Port Jefferson Stati, NY 11776-3312

Student ID: 900608531
Term: 201502
DATE DUE: 05-JAN-2015
AMOUNT DUE: 1895.00

Amount Paid: $_____



## DOWLING COLLEGE
### LONG ISLAND, NEW YORK

January  28, 2015

ID: 900608531

Michael Friedl
11 Kool Place
Port Jefferson Station, NY  11776-3312


Dear Michael,

This is not a bill. This letter is to inform you that the College has posted the following loans to Michael's account.

|  |  |  |
|---|---|---|
| January 28, 2015 | $8,615.00 | Direct Parent PLUS Loan |


If the College deferred your tuition bill awaiting receipt of these funds, your bill has been reduced accordingly. If your account indicated a credit balance after this posting, a refund will automatically be issued to you within 14 days. Each student will receive a Golden Lion Card in the mail. Please do not discard it; you will need this card in order to activate your refund choice and receive funds from the College. If you prefer not to receive this refund, we need your written authorization to retain these funds on your student account for a future semester. You must maintain your registration as prescribed by law to maintain your student loan funds.

Federal Law requires us to inform you of your option to cancel all or part of this loan. To exercise that option, you must put your request in writing within 14 days of this notification. Upon receipt of your cancellation request, the Financial Aid Office will cancel the loan amount requested.

If your tuition bill was deferred based upon receipt of these loans funds and cancellation of these loan results in a balance now due to the College, that payment in full is now required.

Questions regarding your student loans should be sent to finaid@dowling.edu or call 631-244-1818.

We hope Michael enjoys a very successful semester here at Dowling College.

Sincerely,

Financial Aid


**Dowling College, Oakdale, Long Island, New York 11769-1999**
**Phone: (631) 244-1818......Fax: (631) 244-1131**



## DOWLING COLLEGE
### LONG ISLAND, NEW YORK

September 07, 2015

ID: 900608531

Michael Friedl
11 Kool Place
Port Jefferson Station, NY  11776-3312

Dear Michael,

This is not a bill. This letter is to inform you that the College has posted the following loans to Michael's account.

| August 31, 2015 | $8,614.00 | Direct Parent PLUS Loan |
|---|---|---|

If the College deferred your tuition bill awaiting receipt of these funds, your bill has been reduced accordingly. If your account indicated a credit balance after this posting, a refund will automatically be issued to you within 14 days. Each student will receive a Golden Lion Card in the mail. Please do not discard it; you will need this card in order to activate your refund choice and receive funds from the College. If you prefer not to receive this refund, we need your written authorization to retain these funds on your student account for a future semester. You must maintain your registration as prescribed by law to maintain your student loan funds.

Federal Law requires us to inform you of your option to cancel all or part of this loan. To exercise that option, you must put your request in writing within 14 days of this notification. Upon receipt of your cancellation request, the Financial Aid Office will cancel the loan amount requested.

If your tuition bill was deferred based upon receipt of these loans funds and cancellation of these loan results in a balance now due to the College, that payment in full is now required.

Questions regarding your student loans should be sent to finaid@dowling.edu or call 631-244-1818.

We hope Michael enjoys a very successful semester here at Dowling College.

Sincerely,

Financial Aid

**Dowling College, Oakdale, Long Island, New York 11769-1999**
**Phone: (631) 244-1818......Fax: (631) 244-1131**



## DOWLING COLLEGE
### LONG ISLAND, NEW YORK

February 02, 2016

ID: 900608531

Michael Friedl
11 Kool Place
Port Jefferson Station, NY  11776-3312

Dear Michael,

This is not a bill. This letter is to inform you that the College has posted the following loans to Michael's account.

| | | |
|---|---|---|
| January 30, 2016 | $7,659.00 | Direct Parent PLUS Loan |
| January 30, 2016 | $8,614.00 | Direct Parent PLUS Loan |

If the College deferred your tuition bill awaiting receipt of these funds, your bill has been reduced accordingly. If your account indicated a credit balance after this posting, a refund will automatically be issued to you within 14 days. Each student will receive a Golden Lion Card in the mail. Please do not discard it; you will need this card in order to activate your refund choice and receive funds from the College. If you prefer not to receive this refund, we need your written authorization to retain these funds on your student account for a future semester. You must maintain your registration as prescribed by law to maintain your student loan funds.

Federal Law requires us to inform you of your option to cancel all or part of this loan. To exercise that option, you must put your request in writing within 14 days of this notification. Upon receipt of your cancellation request, the Financial Aid Office will cancel the loan amount requested.

If your tuition bill was deferred based upon receipt of these loans funds and cancellation of these loan results in a balance now due to the College, that payment in full is now required.

Questions regarding your student loans should be sent to finaid@dowling.edu or call 631-244-1818.

We hope Michael enjoys a very successful semester here at Dowling College.

Sincerely,

Financial Aid

# CLAIM NO. 433



| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

Your Claim is Scheduled As Follows:

Garden City Group, LLC
MAR 1 3 2017

DCO0200978666   01001552



**CRT**

MICHELE REX
26 WYANDOTTE LANE
EAST ISLIP NY 11730

FILED - 00433
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

# Proof of Claim
Official Form 410*

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

| Part 1: | Identify the Claim |
|---|---|

RECEIVED 2017 MAR -9 2:0
U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK CLERK

**1. Who is the current creditor?**

MICHELE N. REX
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices be sent?

MICHELE N. REX
Name

26 WYANDOTTE LANE
Number   Street

EAST ISLIP   NY   11730
City   State   ZIP Code

Contact phone 631-277-0173

Contact email michele.rex95@gmail.com

Where should payments to the creditor be sent?
(if different)

Name

Number   Street

City   State   ZIP Code

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

*Modified Official Form 410 (GCG 5/16)

page 3



| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |

| 6. | Do you have any number you use to identify the debtor? | ☒ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
|---|---|---|
| 7. | How much is the claim? | $ _10,877.55_ .    **Does this amount include Interest or other charges?**<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>GOODS SOLD : COLLEGE EDUCATION (Reimbursement of partial tuition) |
| 9. | Is all or part of the claim secured? | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:**<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:                    $_____<br><br>Amount of the claim that is secured:    $_____<br><br>Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition: $_____<br><br>Annual Interest Rate (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |
| 10. | Is this claim based on a lease? | ☒ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. | Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ |
| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes. *Check all that apply:*    **Amount entitled to priority**<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____<br><br>☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____<br><br>☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.    $_____<br><br>* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. |

*Modified Official Form 410 (GCG 5/16)                                                        page 4



## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    **03 / 07 / 2017**
                    MM / DD / YYYY

Signature _Michele N Rex_

Print the name of the person who is completing and signing this claim:

Name    **MICHELE        N.        REX**
        First name      Middle name      Last name

Title    _____

Company  _____
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  **26    WYANDOTTE LANE**
         Number      Street

         **EAST    ISLIP            NY        11730**
         City                      State      ZIP Code

Contact phone **631-277-0173**    Email **michelerex@gmail.com**

---

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: IF BY MAIL: DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. IF BY HAND OR OVERNIGHT COURIER: DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

In re

DOWLING COLLEGE,
f/d/b/a DOWLING INSTITUTE,
f/d/b/a DOWLING COLLEGE ALUMNI
ASSOCIATION,
f/d/b/a CECOM,
a/k/a DOWLING COLLEGE, INC.,

                    Debtor.
-----------------------------------------------------------x

Chapter 11
Case No.: 16-75545 (REG)

**RECEIVED**
2017 MAR -9 P 2: 00
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

**PROOF OF CLAIM**

-----------------------------------------------------------

MICHELE REX, Creditor

Claimant Number: 01001552
Control Number:  7437074370

-----------------------------------------------------------

MICHELE N. REX
26 WYANDOTTE LANE
EAST ISLIP, NY 11730

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re

Chapter 11

Case No. 16-75545 (REG)

DOWLING COLLEGE,
f/d/b/a DOWLING INSTITUTE,
f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,
f/d/b/a CECOM,
a/k/a DOWLING COLLEGE, INC.

Debtor.

PROOF OF CLAIM

MICHELE REX, Creditor

Claimant Number: [illegible]
Control Number: [illegible]

MICHELE M REX
[illegible] WYANDOTTE LANE
[illegible] ISLIP, NY 117

Case No.: 16-75545 (REG)
Claimant No.: 01001552
Control No. 7437074370
Creditor: Michele N. Rex

SUMMARY OF EXHIBITS FOR PROOF OF CLAIM:

Exhibit A      Summary of costs of courses not transferred and new courses to date required to
               obtain Business Administration degree from St. Joseph's College

Exhibit B      Dowling College Transcript Fall 2013 – Spring 2016: highlighting courses
               Not transferred/accepted

Exhibit C      St. Joseph's College – Review of Transfer Record from Dowling College

Exhibit D      St. Joseph's College Program Evaluation Summary

Exhibit E      St. Joseph's College Web Transcript: outlining accepted transfer credits,
               additional credits needed to obtain degree.

Exhibit F      St. Joseph's College 2016 1098-T Tuition Statement

Exhibit G      Dowling College Tuition Account Summary Fall 2103 to Spring 2016

Exhibit H      Dowling College Tuition Repayment Agreements: Fall 2013, Fall 2014, Fall 2015

Exhibit I      Receipts from Bethpage Federal Credit Union Account Statement,
               Amazon and Bonanza for textbooks

Case No. 16-75545 (REG)
Claimant No. [illegible]
Control No. [illegible]
Creditor Michelle [illegible]

SUMMARY OF EXHIBITS IN PROOF OF CLAIM

| | |
|---|---|
| Exhibit A | Summary of credits not accepted in transfer and new courses needed to obtain Business Administration degree from St. Joseph's College |
| Exhibit B | Dowling College Transcript Fall 2013 – Spring 2016; highlighting courses Not transferred accepted |
| Exhibit C | St. Joseph's College Review of Transfer Record from Dowling College |
| Exhibit D | St. Joseph's College Program Evaluation summary |
| Exhibit E | St. Joseph's College Transcript outlining accepted transfer credits, additional credits needed to obtain degree |
| Exhibit F | St. Joseph's College [illegible] Tuition Statement |
| Exhibit G | Dowling College Tuition Account Summary Fall 2013 to Spring 2016 |
| Exhibit H | Dowling College Tuition Repayment Agreements Fall 2013, Fall 2014, Fall 20[illegible] |
| Exhibit I | Receipts from Mortgage Federal Credit Union Account Statement, Amazon and [illegible] for textbooks |

Case No.: 16-75545 (REG)
Claimant No.: 01001552
Control No. 7437074370
Creditor: Michele N. Rex

This is a summary of the costs of courses not transferable and new courses to date required to obtain Business Administration degree program at St. Joseph's College:

| Semester | Course | | Credits | Fee after TAP & Grants |
|---|---|---|---|---|
| Fall 2013 | NSC-2003C Science & Concepts of Evolution | | 3 | $ 1,858.99 |
| Fall 2014 | MKT-1033N Essentials of Marketing 21st Century | | 3 | $ 1,943.40 |
| Spring 2015 | ECN-2002A Introduction to Microeconomics | | 3 | $ 1,943.40 |
| | Textbook: Introductory Microeconomics | | | $    17.90 |
| Fall 2015 | MTH-1007A Operations Research | | 3 | $ 2,175.99 |
| | Textbook: Operations Research | | | $    68.75 |
| New Courses Required | | | | |
| Fall 2016 | MAT111 | College Algebra | 3 | $ 2,159.34 |
| | Textbook: | Algebra | | $    25.99 |
| | SJC200 | Transfer Seminar | 1 | $   719.78 |
| TOTAL MONIES PAID | | | | $10,887.55 |

Case No.: 16-75545 (REG)
Claimant No.: 01001532
Control No. 74370[illegible]-1370
Creditor: Michele N. Ren

This is a summary of the costs of courses not transferable and new courses to date required to obtain a Business Administration degree program at St. Joseph's College.

| Semester | Course | Credits | [illegible] |
|---|---|---|---|
| Fall 2013 | NSC-2003 Science & Concepts of Evolution | 3 | $ 1,858.[illegible] |
| Fall 2014 | MKT 1033N Essentials of Marketing 21st Century | 3 | $ 1,943.40 |
| Spring 2015 | ECO-2007A Introduction to Microeconomics | 3 | $ 1,543.40 |
| | Textbook: Introduction to Microeconomics | | $ 17.30 |
| Fall 2015 | MTH-1007A Operations Research | 3 | $ 2,125.9[illegible] |
| | Textbook: Operations Research | | $ 68.75 |
| New Courses Required | | | |
| Fall 2016 | MATH 111 College Algebra | 3 | $ 2,159.34 |
| | Textbook: Algebra | | $ 25.99 |
| | SIC 100 Transfer Seminar | 1 | $ 719.75 |
| TOTAL MONIES PAID | | | $10,887.55 |

