# CLAIM NO. 202



| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor: Dowling College | Case No. 16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

Your Claim is Scheduled As Follows:

DCO0200996902   01001736



RACHELANN YETIM
61 MCKEE ST
FLORAL PARK NY 11001

FILED - 00202
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN



If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim
Official Form 410*

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

## Part 1:   Identify the Claim

| 1. | Who is the current creditor? | Navent _____ Name of the current creditor (the person or entity to be paid for this claim) Other names the creditor used with the debtor _____ |
|---|---|---|
| 2. | Has this claim been acquired from someone else? | ☑ No   ☐ Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent? Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? Navent Department of loan servicing Name Number   Street Wilkes-Barre PA City   State   ZIP Code Contact phone _____ Contact email _____ | Where should payments to the creditor be sent? (if different) ED PO Box 9635 Name Number   Street 18773-9635 City State ZIP Code Contact phone _____ Contact email _____ |
| 4. | Does this claim amend one already filed? | ☑ No   ☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____ MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No   ☐ Yes. Who made the earlier filing? _____ |

*Modified Official Form 410 (GCG 5/16)                                                                 page 3



| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☐ No<br><br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ Account # 9213667044 |
|---|---|---|
| 7. | How much is the claim? | $_____.    Does this amount include interest or other charges?<br>☐ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |
| 9. | Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>   **Nature of property:**<br>   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>   ☐ Motor vehicle<br>   ☐ Other. Describe: _____<br><br>   **Basis for perfection:** _____<br>   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>   **Value of property:**                                   $_____<br>   **Amount of the claim that is secured:**    $_____<br>   **Amount of the claim that is unsecured:** $_____   (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>   **Amount necessary to cure any default as of the date of the petition:** $_____<br><br>   **Annual Interest Rate** (when case was filed) _____%<br>   ☐ Fixed<br>   ☐ Variable |
| 10. | Is this claim based on a lease? | ☐ No<br><br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. | Is this claim subject to a right of setoff? | ☐ No<br><br>☐ Yes. Identify the property: _____ |
| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☐ Yes. *Check all that apply:*<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.<br><br>* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | **Amount entitled to priority**<br><br><br>$_____<br><br>$_____<br><br><br>$_____<br><br><br>$_____<br><br>$_____<br><br>$_____ |



## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  2/22/2017
　　　　　　　　　　MM / DD / YYYY

Signature  _Rachelann_

Print the name of the person who is completing and signing this claim:

Name  Rachelann          Yetim
　　　　First name    Middle name    Last name

Title  _____

Company  _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  col mcfee St Floral Park NY 11001
　　　　Number    Street

　　　　_____
City　　　　　　　　　State　　ZIP Code

Contact phone  917-975-3349  Email  Rachelann-Wahlig@yahoo.com

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

## Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

### How to fill out this form

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction of information* in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

### Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



### Understand the terms used in this form

Administrative expense: Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

Claim: A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

Creditor: A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

Debtor: A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

Evidence of perfection: Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

Information that is entitled to privacy: A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

Priority claim: A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

Proof of claim: A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

Redaction of information: Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to *privacy* on the *Proof of Claim* form and any attached documents.

Secured claim under 11 U.S.C. §506(a): A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

Setoff: Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

Uniform claim identifier: An optional 24-character identifier that some creditors use to facilitate electronic payment.

Unsecured claim: A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

Display of Proof of Claim on Case Administration Website: As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

### Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

# NAVIENT



RACHELANN YETIM
Account # 9213667044    Log Out

*07*

16,841.
ST Joe

📧 Message    👤 Profile    *i* Learn

## All Loan Details As of 02/22/2017 (ET)

🏠 Account Summary

Loan    [ All Loans ⌄ ]

$ Make a Payment

🔄 Auto Pay

### Total Current Balance: $42,208.25

📋 Loan Details

🕐 Account History    ### All Loan Details

⚙️ Repayment Options

📥 Inbox/Upload

🔧 Tools & Requests

📝 Tax Statements

❓ Help Center

| Loan ▲ | Current Balance ▾ | Interest Rate ▾ | Due Date ▾ |
|---|---|---|---|
| ⊕ 1-01 Stafford - Subsidized | $7,666.20 | 6.800% | 03/17/2017 |
| ⊕ 1-02 Stafford - Subsidized | $3,833.16 | 6.800% | 03/17/2017 |
| ⊕ 1-01 Stafford - Subsidized | $5,341.71 | 6.000% | 03/15/2017 |
| ⊕ 1-02 Stafford - Unsubsidized | $0.00 | 6.800% | No Due Date |
| ⊕ 1-03 Direct Loan - Subsidized | $4,244.30 | 5.600% | 03/15/2017 |
| ⊕ 1-04 Direct Loan - Subsidized | $0.00 | 5.600% | No Due Date |
| ⊕ 1-05 Direct Loan - Subsidized | $6,159.25 | 4.500% | 03/15/2017 |
| ⊕ 1-06 Direct Loan - Unsubsidized | $4,589.57 | 6.800% | 03/15/2017 |
| ⊕ 1-07 Direct Loan - Unsubsidized | $0.00 | 6.800% | No Due Date |
| ⊕ 1-08 Direct Loan - Unsubsidized | $10,374.06 | 6.800% | 03/15/2017 |
| ⊕ 1-09 Direct Loan - Subsidized | $0.00 | 4.290% | No Due Date |
| ⊕ 1-10 Direct Loan - Unsubsidized | $0.00 | 4.290% | No Due Date |
| ⊕ 1-11 Direct Loan - Subsidized | $0.00 | 4.290% | No Due Date |
| ⊕ 1-12 Direct Loan - Unsubsidized | $0.00 | 4.290% | No Due Date |

*Dow/I*

DID YOU KNOW CONGRESS SETS INTEREST RATES ON FEDERAL STUDENT LOANS?

Learn More About Your Interest Rate

ABOUT US ↗

TERMS OF USE ↗

PROTECTING YOUR PRIVACY ↗

SOCIAL MEDIA POLICIES ↗

ABOUT OUR ADS ❶

SITE MAP

ACCESSIBILITY ↗

CONTACT US ↗

® 2016 - Navient Solutions, Inc. All rights reserved. Navient and the Navient logo are registered service marks of Navient Solutions, Inc. Other logos are trademarks or service marks of their respective owners. Navient Corporation and its subsidiaries, including Navient Solutions, Inc., are not sponsored by or agencies of the United States of America

# NAVIΞNT


RACHELANN YETIM
Account # 9213667044          Log Out

**Message**  **Profile**  **i Learn**

- 🏠 Account Summary
- 💲 Make a Payment
- 🔄 Auto Pay
- ☰ Loan Details
- 🕐 Account History
- ⚙ Repayment Options
- 📤 Inbox/Upload
- 🔧 Tools & Requests
- 📄 Tax Statements
- ❓ Help Center

# Loan Details  As of 02/22/2017 (ET)

Loan  | 1-03 Direct Loan - Subsidized | ▼ |

| | |
|---|---|
| Loan Status | Repayment |
| Repayment Plan | Level - Ends 10/15/2026 |
| Repayment Start Date | 11/20/2011 |
| Estimated Payoff Date | 01/15/2027 |
| Missed Payments ⚠ | Please contact us. |

Ready to pay off this loan today?        Here are the amounts:  ℹ

| | |
|---|---|
| Online | $4,244.30 |
| By U.S. Mail | $4,250.63 |

**Estimated Payment Schedule** ℹ

| | Schedule Begin Date | |
|---|---|---|
| 116 months @ $46.89 | 03/15/2017 | |
| Total Amount to be Repaid | 5,439.24 | |

| | |
|---|---|
| Unpaid Principal | $4,131.43 |
| Unpaid Interest | $112.87 |
| Current Balance | $4,244.30 |
| Interest Rate | 5.600% |
| | Interest rates on federal student loans are set by Cong |
| Interest Type | Fixed |

**Loan/Borrower Benefits**

| | |
|---|---|
| Option | Interest Rate Reduction - DI01 ℹ |
| Status | Elig |
| Option | Upfront Rebate - DI07 ℹ |
| Status | Awarded 10/27/2009 |

| | |
|---|---|
| School | DOWLING COLLEGE |
| Lender | |
| Guarantor | DEPT OF ED/NAVIENT |
| Disbursement Date | 10/27/2009 |

DID YOU KNOW CONGRESS SETS INTEREST RATES ON FEDERAL STUDENT LOANS?

# NAVIƎNT.



RACHELANN YETIM
Account # 9213667044

[→ Log Out



- Message
- Profile
- Learn

- 🏠 Account Summary
- 💲 Make a Payment
- 🔁 Auto Pay
- ☰ Loan Details
- 🕐 Account History
- ⚙ Repayment Options
- 📭 Inbox/Upload
- 🔧 Tools & Requests
- 📄 Tax Statements
- ❓ Help Center

DID YOU KNOW CONGRESS SETS INTEREST RATES ON FEDERAL STUDENT LOANS?

# Loan Details As of 02/22/2017 (ET)

Loan    | 1-05 Direct Loan - Subsidized    ▼



| | |
|---|---|
| Loan Status | Repayment |
| Repayment Plan | Level - Ends 10/15/2026 |
| Repayment Start Date | 11/20/2011 |
| Estimated Payoff Date | 01/15/2027 |
| Missed Payments ⚠ | Please contact us. ⬈ |

Ready to pay off this loan today?    Here are the amounts:    ℹ

| | |
|---|---|
| Online | $6,159.25 |
| By U.S. Mail | $6,166.68 |

Estimated Payment Schedule ℹ

| | Schedule Begin Date | S |
|---|---|---|
| 116 months @ $64.83 | 03/15/2017 | 1 |
| Total Amount to be Repaid | 7,520.28 | |

| | |
|---|---|
| Unpaid Principal | $6,026.70 |
| Unpaid Interest | $132.55 |
| Current Balance | $6,159.25 |
| Interest Rate | 4.500% |
| | Interest rates on federal student loans are set by Cong |
| Interest Type | Fixed |

Loan/Borrower Benefits

| | |
|---|---|
| Option | Interest Rate Reduction - DI01 ℹ |
| Status | Elig |
| Option | Upfront Rebate - DI06 ℹ |
| Status | Awarded 09/16/2010 |

| | |
|---|---|
| School | DOWLING COLLEGE |
| Lender | |
| Guarantor | DEPT OF ED/NAVIENT |
| Disbursement Date | 09/16/2010 |

# NAVIENT

 RACHELANN YETIM
Account # 9213667044    ⬦ Log Out

| 🗨 Message | 👤 Profile | *i* Learn |

# Loan Details As of 02/22/2017 (ET)

🏠 Account Summary

$ Make a Payment

🔄 Auto Pay

≡ Loan Details

🕐 Account History

⚙ Repayment Options

📭 Inbox/Upload

🔧 Tools & Requests

📄 Tax Statements

❓ Help Center



Loan    | 1-06 Direct Loan - Unsubsidized ▼ |

| Loan Status | Repayment |
| Repayment Plan | Level - Ends 10/15/2026 |
| Repayment Start Date | 11/20/2011 |
| Estimated Payoff Date | 01/15/2027 |
| Missed Payments ⚠ | Please contact us. ⬀ |

| Ready to pay off this loan today? | Here are the amounts: 🛈 |
| Online | $4,589.57 |
| By U.S. Mail | $4,597.86 |

Estimated Payment Schedule 🛈

| | Schedule Begin Date | S |
| 116 months @ $53.40 | 03/15/2017 | 1 |
| Total Amount to be Repaid | 6,194.40 | |

| Unpaid Principal | $4,451.52 |
| Unpaid Interest | $138.05 |
| Current Balance | $4,589.57 |
| Interest Rate | 6.800% |
| | Interest rates on federal student loans are set by Cong |
| Interest Type | Fixed |

Loan/Borrower Benefits

| Option | Interest Rate Reduction - DI01 🛈 |
| Status | Elig |

| Option | Upfront Rebate - DI07 🛈 |
| Status | Awarded 10/27/2009 |

| School | DOWLING COLLEGE |
| Lender | |
| Guarantor | DEPT OF ED/NAVIENT |
| Disbursement Date | 10/27/2009 |

# NAVIENT



RACHELANN YETIM
Account # 9213667044

↪ Log Out



| | | | |
| Message | Profile | Learn | |

# Loan Details As of 02/22/2017 (ET)

🏠 Account Summary

$ Make a Payment

Auto Pay

Loan Details

Account History

⚙ Repayment Options

Inbox/Upload

🔧 Tools & Requests

Tax Statements

? Help Center

Loan    [ 1-08 Direct Loan - Unsubsidized    ▾ ]

| | |
|---|---|
| Loan Status | Repayment |
| Repayment Plan | Level - Ends 10/15/2026 |
| Repayment Start Date | 11/20/2011 |
| Estimated Payoff Date | 01/15/2027 |
| Missed Payments ⚠ | Please contact us. ⌘ |

| | |
|---|---|
| Ready to pay off this loan today? | Here are the amounts: ⓘ |
| Online | $10,374.06 |
| By U.S. Mail | $10,392.79 |

**Estimated Payment Schedule** ⓘ

|  | Schedule Begin Date | S |
|---|---|---|
| 116 months @ $120.71 | 03/15/2017 | 1 |
| Total Amount to be Repaid | 14,002.36 | |

| | |
|---|---|
| Unpaid Principal | $10,061.99 |
| Unpaid Interest | $312.07 |
| Current Balance | $10,374.06 |
| Interest Rate | 6.800% |
| | Interest rates on federal student loans are set by Cong |
| Interest Type | Fixed |

**Loan/Borrower Benefits**

| | |
|---|---|
| Option | Interest Rate Reduction - DI01 ⓘ |
| Status | Elig |
| Option | Upfront Rebate - DI06 ⓘ |
| Status | Awarded 09/16/2010 |

| | |
|---|---|
| School | DOWLING COLLEGE |
| Lender | |
| Guarantor | DEPT OF ED/NAVIENT |
| Disbursement Date | 09/16/2010 |

DID YOU KNOW CONGRESS SETS INTEREST RATES ON FEDERAL STUDENT LOANS?

101 McNeil St
Float Park NY 1100

43017383842

Dowling College Case
c/o GCG
P.O. Box 10342
Dublin, OH 43017-5542

LONG ISLAND NY 117
24 FEB 2011 PM 8 T

# CLAIM NO. 432

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

*Your Claim is Scheduled As Follows:*

DCO0200997096    01001737

RACQURINE ALFORD
205 SWEEZY LANE
MIDDLE ISLAND NY 11953

*moved to*

*82 Rose Lane Medford NY*
*11763. N.Y*

FILED - 00432
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

Garden City Group, LLC
MAR 13 2017

## Proof of Claim
Official Form 410*

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.")
Fill in all the information for the claim as of the Petition Date.

| Part 1: | Identify the Claim |
|---|---|

| | | |
|---|---|---|
| 1. | Who is the current creditor? | _Racqurine A. Alford_<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Other names the creditor used with the debtor   _to py back NelNet_ |
| 2. | Has this claim been acquired from someone else? | ☐ No<br>☑ Yes. From whom?  _Direct Loan NelNet FASFA_ |
| 3. | Where should notices and payments to the creditor be sent?<br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br>_Racqurine A. Alford_<br>Name<br>_82 Rose Lane_<br>Number    Street<br>_Medford NY 11763_<br>City    State    ZIP Code<br>Contact phone _631-790-2004_<br>Contact email _racqurine7@gmail.com_ | Where should payments be sent? (if different)<br>_82 Rose_<br>Name<br>_Lane Medford NY_<br>Number    Street<br>_11763 NY 11763_<br>City    State    ZIP Code<br>Contact phone _631-394-4083_<br>Contact email _racqurineartsndesg_ |
| 4. | Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____    Filed on _08/08/2017_<br>MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? |

*Modified Official Form 410 (GCG 5/16)                                                                                     page 3



## Part 2:    Give Information About the Claim as of the Date the Case Was Filed

| 6. | Do you have any number you use to identify the debtor? | ☑ No <br><br> ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __ __ __ __ |
|---|---|---|

| 7. | How much is the claim? | $ _20,000_  Does this amount include interest or other charges? <br> ☑ No <br> ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
|---|---|---|

| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. <br><br> Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). <br><br> Limit disclosing information that is entitled to privacy, such as health care information. <br><br> _Charged for Semester but School Closed_ |
|---|---|---|

| 9. | Is all or part of the claim secured? | ☑ No <br> ☐ Yes. The claim is secured by a lien on property. <br><br> **Nature of property:** <br> ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.* <br> ☐ Motor vehicle <br> ☐ Other. Describe: ___ N/A ___ <br><br> **Basis for perfection:** ___ N/A ___ <br> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) <br><br> **Value of property:**   $ ___ N/A ___ <br> **Amount of the claim that is secured:**   $ ___ N/A ___ <br> **Amount of the claim that is unsecured:** $ ___ N/A ___  (The sum of the secured and unsecured amounts should match the amount in line 7.) <br><br> **Amount necessary to cure any default as of the date of the petition:** $ ___ N/A ___ <br><br> **Annual Interest Rate** (when case was filed) ___ N/A ___ <br> ☐ Fixed <br> ☐ Variable |
|---|---|---|

| 10. | Is this claim based on a lease? | ☑ No <br> ☐ Yes. Amount necessary to cure any default as of the date of the petition. $ ___ |
|---|---|---|

| 11. | Is this claim subject to a right of setoff? | ☑ No <br> ☐ Yes. Identify the property: ___ |
|---|---|---|

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No <br> ☐ Yes. Check all that apply: <br><br> ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). <br><br> ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). <br><br> ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). <br><br> ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). <br><br> ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). <br><br> ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. <br><br> * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | **Amount entitled to priority** <br><br> $ _N/A_ <br><br> $ ___ <br><br> $ ___ <br><br> $ ___ <br><br> $ ___ <br><br> $ ___ |
|---|---|---|

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. R ?

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 03 08 2017
MM / DD / YYYY

Racqunne A Alford
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Racqurine Ann-marie Alford
First name / Middle name / Last name

Title: Student at Dowling College

Company: Self employed /unemployment SEAP Assistance
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 82 Rose Lane Medford
Number / Street

Medford NY 11763
City / State / ZIP Code

Contact phone 631-790-2004 Email racqunne7@gmail.com

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER**: DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell a claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**



Rae Maurine
82 Rose Lane
11763

CERTIFIED MAIL

7016 1970 0000 7437 8279

Dowling College Case
Administration c/o GCG
P.O. Box 10342 Dublin, OH
43017-5542

4301755542 BO50

U.S. POSTAGE
MIDDLE ISLAND, NY
MAR 1 1965
11953
AMOUNT
R2305K1505050-03
$3.35
43017

MAR 08 2017

FOREVER

# CLAIM NO. 342



**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK**

| Name of Debtor: | Case No. |
|---|---|
| Dowling College | 16-75545 |

IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.

<u>Your Claim is Scheduled As Follows:</u>

DCO0201000006   01001767

ROBERT COSTANZO
197 LILLIAN RD
NESCONSET NY 11767


Garden City Group, LLC
MAR – 7 2017

FILED - 00342
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

# Proof of Claim
Official Form 410*

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | **Robert J. Costanzo**<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Other names the creditor used with the debtor **John + Diane Costanzo** |
| 2. | Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>**Robert Costanzo**<br>Name<br>**197 Lillian Road**<br>Number   Street<br>**Nesconset NY   11767**<br>City   State   ZIP Code<br><br>Contact phone **631-981-2386**<br>Contact email **DIROBNIC@ optonline.net** | **Where should payments to the creditor be sent?** (if different)<br>**Robert Costanzo**<br>Name<br>**197 Lillian Rd**<br>Number   Street<br>**Nesconset NY   11767**<br>City   State   ZIP Code<br><br>Contact phone **631-981-2386**<br>Contact email **DIROBNIC@ optonline.net** |
| 4. | Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____ MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

*Modified Official Form 410 (GCG 5/16)                                                                                      page 3



| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☒ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**

$ 16376.27    **Does this amount include interest or other charges?**

☐ No

☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

tuition paid and personal injury reimbursement

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. *Check all that apply:*

|  | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.



## Part 3:  Sign Below

| | |
|---|---|
| The person completing this proof of claim must sign and date it. FRBP 9011(b). | Check the appropriate box: |

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03 / 04 / 2017
                   MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

Name   Robert   John   Costanzo
       First name      Middle name      Last name

Title  _____

Company  _____
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  197 Lillian Rd
         Number    Street
         Nesconset          NY  -  11767
         City               State   ZIP Code

Contact phone  631-981-2386   Email  DIROBNIC@optonline.net

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all the information for the claim as of the Petition Date.**

- **If the claim has been acquired from someone else,** then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents** because attachments may be destroyed after scanning.

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A** *Proof of Claim* **form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re                                                            :    Chapter 11
                                                                 :
DOWLING COLLEGE,                                                 :
f/d/b/a DOWLING INSTITUTE,                                        :    Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI                                   :
ASSOCIATION,                                                     :
f/d/b/a CECOM,                                                   :
a/k/a DOWLING COLLEGE, INC.,                                     :
                                                                 :
                                            Debtor.              :
----------------------------------------------------------------x

### NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE MARCH 10, 2017 (GENERAL BAR DATE) AND MAY 30, 2017 (GOVERNMENTAL BAR DATE)

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST DOWLING COLLEGE:**

The United States Bankruptcy Court for the Eastern District of New York, having

jurisdiction over Dowling College ("Dowling" or the "Debtor") in the above captioned chapter 11

case (the "Chapter 11 Case"), entered an order (the "Bar Date Order") establishing **March 10,**

**2017 at 5:00 p.m. (prevailing Eastern Time)** as the last date for each person or entity (including,

without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a

proof of claim based on prepetition claims against the Debtor (the "General Bar Date"); and (ii)

**May 30, 2017 at 5:00 p.m. (prevailing Eastern Time)** as the last date and time for each

governmental unit (as defined in Section 101(27) of the title 11 of the United States Code (the

"Bankruptcy Code")) to file a proof of claim based on prepetition claims against the Debtor (the

"Governmental Bar Date" and, together with the General Bar Date, the "Bar Dates").

The Bar Dates and the procedures set forth below for filing proofs of claim apply to all

claims against the Debtor that arose prior to November 29, 2016 (the "Petition Date"), the date on

which the Debtor commenced a case under chapter 11 of the Bankruptcy Code, except for those

holders of the claims listed in Section 4 below that are specifically excluded from the Bar Date filing requirement.

## 1.    WHO MUST FILE A PROOF OF CLAIM

You MUST file a proof of claim to vote on a Chapter 11 plan filed by the Debtor or to share in distributions from the Debtor's bankruptcy estate if you have a claim that arose prior to the Petition Date, and it is not one of the types of claim described in Section 4 below.  Claims based on acts or omissions of the Debtor that occurred before the Petition Date, including, without limitation, those that may be entitled to administrative claim status pursuant to 503(b)(9) must be filed on or prior to the Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under Section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

## 2.    WHAT TO FILE

Your filed Proof of Claim must be in the form annexed to this notice or otherwise conform substantially to Official Form No. B410, which can be viewed at http://www.uscourts.gov/forms/bankruptcy-forms.  Additional Proof of Claim Forms can be obtained at the Debtor's Claims Agent Website at http://cases.gardencitygroup.com/dco.

The proof of claim form must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency. You must attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary).

Your proof of claim form shall not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials) or a financial account number (only the last four digits of such financial account).

3.    **WHEN AND WHERE TO FILE**

Except as provided for herein, all proofs of claim must be filed so as to be **actually received on or before** the applicable Bar Date.

To file a proof of claim, you must submit your claim either (i) electronically by utilizing the Online Portal that can be accessed at Debtor's Court appointed Claims Agent's website: http://www.gardencitygroup.com/cases/dco or (ii) by delivering the original proof of claim either by U.S. Postal Service mail or overnight delivery on the Debtor's Court appointed Claims Agent or the Bankruptcy Court at:

**IF BY FIRST CLASS MAIL:**

Dowling College Case Administration
c/o GCG
P.O. Box 10342
Dublin, OH 43017-5542

OR

**IF BY HAND DELIVERY OR OVERNIGHT MAIL:**

Dowling College Case Administration

3

c/o GCG
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

<u>OR</u>

**IF BY HAND DELIVERY:**

United States Bankruptcy Court, EDNY
Alfonse D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, New York 11722
Attn: Clerk of the Court

Each Proof of Claim shall be deemed timely filed only if (i) the proof of claim is submitted electronically, so as to be actually received by GCG on or before the applicable Bar Date, by using the Online Portal, or (ii) the Proof of Claim is mailed or delivered so as to be actually received by the Debtor's court approved claims agent, GCG, or by the Court, on or before the applicable Bar Date at the address listed herein.

ANY CREDITOR THAT ELECTRONICALLY FILES A PROOF OF CLAIM SHALL RETAIN SUCH PROOF OF CLAIM (AND SUPPORTING DOCUMENTS) WITH AN ORIGINAL SIGNATURE FOR A PERIOD OF NOT LESS THAN TWO (2) YEARS FROM THE DATE THE PROOF OF CLAIM IS ELECTRONICALLY FILED.

Except as expressly permitted in the context of electronic submission via the Online Portal, proofs of claim sent by facsimile, telecopy or electronic mail transmission will not be accepted.

4.    **WHO NEED NOT FILE A PROOF OF CLAIM**

You do **not** need to file a proof of claim on or before the applicable Bar Date if you are:

4

(a) A person or entity that has already filed a proof of claim against the Debtor in this case with the Clerk of the Bankruptcy Court for the Eastern District of New York in a form substantially similar to Official Bankruptcy Form No. B410;

(b) A person or entity whose claim is listed on the Schedules of Assets and Liabilities filed by the Debtor (collectively, the "Schedules") [Docket Entry No. 93] if (i) the claim is not scheduled as "disputed," "contingent," or "unliquidated" and (ii) you agree with the amount, nature and priority of the claim as set forth in the Schedules;

(c) A holder of a claim that has already been allowed in this case by order of the Court;

(d) A holder of a claim for which a different deadline for filing a proof of claim in this case has already been fixed by this Court;

(e) A holder of a claim allowable under Sections 503(b), other than a claim entitled to administrative priority pursuant to Sections 503(b)(9) and 507(a)(2) of the Bankruptcy Code as an expense of administration of the Debtor's estate; or

(f) Any person or entity whose claim is limited exclusively to the repayment of principal, interest and other fees and expenses (a "Debt Claim") under the agreements governing any syndicated credit facility or debt security (including, without limitation, any municipal, taxable or tax-exempt bond) issued by or for the benefit of the Debtor pursuant to an indenture (together, the "Debt Instruments"); *provided, however*, that (i) the foregoing exclusion in this subparagraph shall not apply to the administrative agent under the applicable credit facility or the indenture trustee under the applicable indenture (each, a "Debt Representative"), (ii) each Debt Representative shall be authorized to and required to file a single proof of claim, on or before the General Bar Date, on account of all Debt Claims against the Debtor under the applicable Debt Instruments and (iii) any holder of a

5

Debt Claim wishing to assert a claim, other than a Debt Claim, arising out of or relating to

a Debt Instrument, shall be required to file a proof of claim with respect to such claim on

or before the General Bar Date, unless another exception identified herein applies.  In

addition, with respect to claims filed by any indenture trustee under the applicable

indenture, such claimants need not attach copies of the documents evidencing and/or

securing the claims.

If you are a holder of an equity interest in the Debtor, you need not file a proof of interest

with respect to the ownership of such equity interest at this time.  But, if you assert a claim

against the Debtor, including a claim relating to your equity interest or the purchase or sale of that

interest you must file a proof of claim on or prior to the applicable Bar Date in accordance with

the procedures set forth in this Notice.

This Notice is being sent to many persons and entities that have had some relationship

with or have done business with the Debtor but may not have an unpaid claim against the Debtor.

The fact that you have received this Notice does not mean that you have a claim, or that the

Debtor or the Court believes that you have a claim against the Debtor.

## 5.    EXECUTORY CONTRACTS AND UNEXPIRED LEASES

If you have a claim arising out of the rejection of an executory contract or unexpired lease

as to which the order authorizing such rejection is dated on or before January 13, 2017, the date of

entry of the Bar Date Order, you must file a proof of claim based on such rejection on or before

the later of the applicable Bar Date or the date that is 30 days after the date of the order

authorizing such rejection.  Any person or entity that has a claim arising from the rejection of an

executory contract or unexpired lease, as to which the order is dated after the date of entry of the

Bar Date Order, you must file a proof of claim with respect to such claim by the later of 30 days

6

after the effective date of such rejection or such other date fixed by the Court in the applicable

order authorizing rejection of such contract or lease.

6.    **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

ANY HOLDER OF A CLAIM THAT IS NOT EXCEPTED FROM THE

REQUIREMENTS OF THIS ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT

FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM, WILL BE

BARRED FROM ASSERTING ITS CLAIM AGAINST THE DEBTOR AND ITS CHAPTER

11 ESTATE, VOTING ON ANY PLAN OF LIQUIDATION FILED IN THIS CASE, AND

PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTOR'S CHAPTER 11 CASE ON

ACCOUNT OF THAT CLAIM.

7.    **THE DEBTOR'S SCHEDULES AND ACCESS THERETO**

You may be listed as the holder of a claim against the Debtor in the Debtor's Schedules.

If you agree with the nature, amount and status of your claim as listed in the Debtor's Schedules,

and if your claim is not described as "disputed," "contingent," or "unliquidated," you do not need

to file a proof of claim.  Otherwise, you must file a proof of claim before the applicable Bar Date

in accordance with the procedures set forth in this Notice.

Copies of the Debtor's Schedules are available for inspection on the Court's Internet

Website at http://www.nyeb.uscourts.gov.  A login and password to the Court's Public Access to

Electronic Court Records ("PACER") are required to access this information and can be obtained

through the PACER Service Center at http://www.pacer.gov.  Copies of the Debtor's Schedules

may also be examined on the Website of the Debtor's Claims Agent at

http://cases.gardencitygroup.com/dco or, between the hours of 9:00 a.m. and 4:30 p.m., Monday

through Friday at the Office of the Clerk of the Bankruptcy Court, Alfonse M. D'Amato U.S.

Courthouse, 290 Federal Plaza, Central Islip, NY 11722.  Copies of the Debtor's Schedules may

also be obtained by written request to the Debtor's Claim Agent at the address set forth below:

> Dowling College Case Administration
> c/o GCG
> P.O. Box 10342
> Dublin, Ohio 43017-5542

**If you are unsure about any of these matters, including whether you should file a**

**proof of claim, you may wish to consult an attorney.**

Dated: New York, New York                    **BY ORDER OF THE COURT**
      January 13, 2017

---

COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION
KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
200 WEST 41ST STREET, 17TH FLOOR
NEW YORK, NEW YORK 10036
212.972.3000

**Robert Costanzo**
**Claimant Number: 01001767**
**Control Number:    7327473274**

**Attachment 1**
Courses completed at Dowling that did not transfer to SUNY Farmingdale
(highlighted in orange),
Courses that did carry over are highlighted in yellow.
**21 credits**

**Attachment 2**
Copy cancelled check for paid tuition for last semester of Dowling College (Spring
2016) for 16 credits
**Check#173 dated 12/1/15            $10015.00**

10015.00 divided by 16 credits per semester = $625.94

21 credits X $625.94= **$13144.74**

**Attachment 3**
HSS Radiologists
On April 15, 2015. Robert Costanzo had torn his ACL while participating in a
college baseball game.  Robert Costanzo was told that all of the costs for the
surgery and rehab would be covered after his primary insurance (United Health
Care) made their payment.  After primary insurance was paid there was a balance
of:
**$14.46**
This balance remained until Robert Costanzo paid it so that his credit wouldn't
hurt.

**Attachment 4**
Copy of cancelled check paid to HSS Radiologist
**Check # 251 dated 1/7/17            $14.46**

Robert Costanzo
Claimant Number:       01001767
Control Number: 7327473274

## Attachment 5
## Bethpage Federal Credit Union
## PLUS INTEREST @ .20

| Month | Amount | X interest rate | interest | amount |
|---|---|---|---|---|
| Jun-16 | **$13,422.40** | 0.02 | 268.45 | $13,690.85 |
| Jul-16 | $13,690.82 | 0.02 | 273.82 | $13,964.64 |
| Aug-16 | $13,964.64 | 0.02 | 279.29 | $14,243.93 |
| Sep-16 | $14,243.93 | 0.02 | 284.88 | $14,528.81 |
| Oct-16 | $14,528.81 | 0.02 | 290.58 | $14,819.39 |
| Nov-16 | $14,819.39 | 0.02 | 296.39 | $15,115.78 |
| Dec-16 | $15,115.78 | 0.02 | 302.32 | $15,418.10 |
| Jan-17 | $15,418.10 | 0.02 | 308.36 | $15,726.46 |
| Feb-17 | $15,726.46 | 0.02 | 314.53 | $16,040.99 |
| Mar-17 | $16,040.99 | 0.02 | 320.82 | $16,361.81 |

**Amount of Claim:**
**21 credits X $625.94 X interest**        **$16361.81**
**HSS Radiologists**                                **$      14.46**


# Total Amount of Claim            **$16376.27**

Attachment 1

# Display Transcript

This is NOT an official transcript. Courses which are in progress may also be included on this transcript.

Transfer Credit    Institution Credit    Transcript Totals    Courses in Progress

*Transcript Data*
**STUDENT INFORMATION**

| | |
|---|---|
| **Name :** | C Robert Costanzo |
| **Student Type:** | Continuing |

**Curriculum Information**

**Current Program**
Bachelor of Science
**College:**  Business
**Major and Department:**  Business Management, Business Management

***This is NOT an Official Transcript***

**DEGREES AWARDED**

| | | |
|---|---|---|
| **Degree Sought:** | Bachelor of Science | **Degree Date:** |

**Curriculum Information**

**Primary Degree**
**Major:**  Business Management

## TRANSFER CREDIT ACCEPTED BY INSTITUTION    -Top-

2013-2016:    Dowling College

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|
| ART | 201 | Srvy Art Hist: Prehis-Mid Ages | TB+ | 3.000 | | 0.00 |
| BIO | 1XX | Biology Elective | TB- | 3.000 | | 0.00 |
| BIO | 2XX | Biology Elective | TA | 3.000 | | 0.00 |
| BUS | 101 | Accounting I | TB+ | 3.000 | | 0.00 |
| BUS | 102 | Accounting II | TC+ | 3.000 | | 0.00 |
| BUS | 109 | Mgmt Theories & Practices | TA | 3.000 | | 0.00 I |
| BUS | 131 | Marketing Principles | TA | 3.000 | | 0.00 I |
| BUS | 202 | Business Law I | TA | 3.000 | | 0.00 |
| BUS | 266 | Human Resource Management | TB- | 3.000 | | 0.00 |
| BUS | 305 | Entrepreneurship | TA- | 3.000 | | 0.00 |
| BUS | 3XX | Business Elective | TB | 3.000 | | 0.00 I |
| BUS | 3XX | Business Elective | TA | 3.000 | | 0.00 I |
| ECO | 156 | Prin of Economics (Macro) | TC+ | 3.000 | | 0.00 |
| EGL | 101 | Composition: Rhetoric | TA | 3.000 | | 0.00 |
| HIS | 1XX | History Elective | TC+ | 3.000 | | 0.00 |
| MTH | 1XX | Mathematics Elective | TB | 3.000 | | 0.00 |
| MUS | 108 | Survey of Western Music | TA | 3.000 | | 0.00 |
| PED | 1XX | Physical Education Elective | TA | 3.000 | | 0.00 |
| PHI | 205 | Ethics | TA- | 3.000 | | 0.00 |
| PSY | 237 | Theories of Personality | TC | 3.000 | | 0.00 |
| PSY | 315 | Abnormal Psychology | TB- | 3.000 | | 0.00 |
| SMT | 1XX | Sports Management Technology | TA- | 3.000 | | 0.00 |
| SMT | 2XX | Sports Management Technology | TC+ | 3.000 | | 0.00 |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA | |
|---|---|---|---|---|---|---|---|
| **Current Term:** | 69.000 | 69.000 | 69.000 | 0.000 | 0.00 | | 0.00 |

Unofficial Transcript

2012:    Adelphi University

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|
| SPA | 141 | Spanish I (Elementary). | TB+ | 3.000 | | 0.00 |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA | |
|---|---|---|---|---|---|---|---|
| **Current Term:** | 3.000 | 3.000 | 3.000 | 0.000 | 0.00 | | 0.00 |

3/2/2017 7:23 AM

Attachment 1

**DOWLING COLLEGE**
**150 Idle Hour Blvd.**
**Oakdale, New York 11769**

U N O F F I C I A L          Page:

Record of: Robert J Costanzo
rent Name: Robert J Costanzo
           197 Lillian Rd
           Nesconset, NY 11767

rse Level: Undergraduate
gh School: Sachem High School
nly Admit: Fall 2013

ent Program
    College : Business
    Major  : Management and Leadership

| NO. C | COURSE TITLE | CRED GRD | PTS R | SUBJ NO. | COURSE TITLE | CRED GRD | P |
|---|---|---|---|---|---|---|---|

SFER CREDIT ACCEPTED BY THE INSTITUTION:

Institution Information continued:

2-12/12          Adelphi University

1005A       Everyday Spanish I        3.00 Y
s: 3.00 GPA-Hrs: 0.00 QPts: 0.00 GPA: 0.00

**Fall 2014**
Business
Management and Leadership

| | | | | NSC | 2003C 1 | Sci & Concept of Evolut | 3.00 A- | 11. |
| | | | | PHL | 1042C ON | Ethics | 3.00 A- | 11. |
| | | | | POS | 2100C-13 | Politics and Film | 3.00 A- | 5. |
| | | | | SMP | 2074A ON | Sport in Society | 3.00 A- | 11. |
| | | | | SMP | 2841A ON | Sp. Inst:Manipulative.Net,Racq | 2.00 W | |
| | | | | SMP | 2802N N | | 2.00 W | 6. |
| | | | | MUS | 2820N N | Human Structure & Function I | 3.00 C+ | |

ITUITION CREDIT:

Ehrs: 15.00 GPA-Hrs: 15.00 QPts: 46.02 GPA:

**2013**
ucation
ysical Education K-12
1001A 1  Principles of Writing (EI)   3.00 D    12.00
1092A-1  The American Dream           3.00 C+    6.99
1002A 1  Fund of Mathematics (EI)     3.00 B     9.00
1033N-1  First Aid and Safety         3.00 A    12.00
1001C 1  World Art I                  3.00 B+    9.99
Ehrs: 15.00 GPA-Hrs: 15.00 QPts: 49.98 GPA: 3.33

**Winter/Spring 2015**
Business
Management and Leadership

| | | | | CIS | 1200N-I⊃ | Intro to Info Systems Mangment | 3.00 C- | 5.0 |
| | | | | MGT | 1011N ON | Intro to Mgt Theory & Practice | 3.00 A- | 12.0 |
| | | | | MGT | 2075N-ON⊃ | Human Resource Management | 3.00 B- | 8.0 |
| | | | | MGT | 2077A 1 | | 3.00 A- | 12.0 |
| | | | | MKT | 1033N-ON | Essentials Mkting 21st Century | 3.00 A | 12.0 |
| | | | | MUS | 2004C ON | Music West World: 1750-Present | 3.00 A | 12.0 |

Ehrs: 18.00 GPA-Hrs: 18.00 QPts: 61.02 GPA: 3.3

**er/Spring 2014**
ucation
ysical Education K-12
1002C 1  World History II               3.00 D    3.00
1101N ON  Intro. to Academic Research  1.00 A    5.01
2101C 1  Modern Political Thought     3.00 C-   4.01
1032A 1  Personal Health              3.00 B     9.00
1800N N  Fndation Phys Actv. Theory. Pr 2.00 B   6.00
1801N N  Sports Instruction:Team Sports 2.00 A+  8.00
Ehrs: 14.00 GPA-Hrs: 14.00 QPts: 29.01 GPA: 2.07

**Fall 2015**
Business
Management and Leadership

| | | | | ACC | 2001N ON | Intro to Financial Accounting 1 | 3.00 B+ | 9.9 |
| | | | | ECN | 1001A 1 | Intro Introductory Macroeconomics | 3.00 C+ | 6.9 |
| | | | | MGT | 2073N 1 | Innovation & Entrepreneurship | 3.00 A- | 11.0 |
| | | | | MTH | 1006A-ON⊃ | Statistics | 3.00 W | |
| | | | | NSC | 2004C ON | Science of Planet Earth | 3.00 B- | 8.0 |

Ehrs: 12.00 GPA-Hrs: 12.00 QPts: 36.00 GPA: 3.00

GOOD STANDING

**** CONTINUED ON NEXT COLUMN ****          **** CONTINUED ON PAGE 2

Attachment 1

SSN: ***-**4-2560        Student No: 900596000        Date of Birth: 08/23/199?

Record of: Robert J Costanzo
Level: Undergraduate

UNOFFICIAL        Date Issued: 25-M

Page:

stitution Information continued:

| BJ NO. C | COURSE TITLE | CRED GRD | PTS R |
|---|---|---|---|

nter/Spring 2016
Business
Management and Leadership

| | | | |
|---|---|---|---|
| 2002N-1 | Int to Financial Accounting II | 3.00 C+ | 6.99 |
| 3108N=ON | Labor Relations | 3.00 B | 9.00 |
| 4090N=1D | Project Management | 3.00 C+ | 6.99 |
| 3142N=ON | Marketing Communications | 3.00 A+ | 12.00 |
| 3112C ON | Theories of Personality | 3.00 C | 6.00 |
| 3140C ON | Abnormal Psychology | 3.00 B- | 8.01 |

Ehrs: 18.00 GPA-Hrs: 18.00 QPts: 48.99 GPA: 2.72

************************** STANDING

*************** TRANSCRIPT TOTALS ***************

| | Earned Hrs | GPA Hrs | Points | GPA |
|---|---|---|---|---|
| AL INSTITUTION | 92.00 | 92.00 | 271.02 | 2.94 |
| AL TRANSFER | 3.00 | 0.00 | 0.00 | 0.00 |
| RALL | 95.00 | 92.00 | 271.02 | 2.94 |

*************** END OF TRANSCRIPT ***************



Attachment 2

Claimant # 01001767
Control # 7327473274

*HSS RADIOLOGISTS*
Renowned in *Clinical and Research*
MUSCULOSKELETAL IMAGING

PO Box 5058
New York, NY 10087-5058
**Return Service Requested**

Pay securely online: http://www.hss.edu/payments.asp
For Billing Questions Call: 866-689-8865
Billing Office Hours: Mon-Thur 9am-4pm and Fri 9am-2pm

| CHECK CARD USING FOR PAYMENT | | | |
|---|---|---|---|
| ☐ MasterCard MASTERCARD | ☐ VISA VISA | ☐ DISCOVER DISCOVER | ☐ AMER. EXP. |
| CARD NUMBER | | SECURITY CODE | |
| SIGNATURE | | AMOUNT | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|
| 05/08/15 | 14.46 | HSSR00000134788 |

CHARGES AND CREDITS MADE AFTER STATEMENT DATE WILL APPEAR ON NEXT STATEMENT.

**SHOW AMOUNT PAID HERE $**

━━━ ADDRESSEE: ━━━                                    ━━━ MAKE CHECKS PAYABLE / REMIT TO: ━━━

1347867

ROBERT COSTANZO
197 LILLIAN RD
NESCONSET, NY 11767-3136
 իլիդիկիկիկլիդիիդիդիդիլիիկիիդիկիդիկ     04006

HSS RADIOLOGISTS
GPO 5058
NEW YORK, NY 10087-5058
 իլիդիկլիդիդիիդիդիդիդիդիդիդիդիդիդիդիկ

Statement ID: 0002-SINY-HSSR-366-880-069          **Payment Due By: 05/25/15**

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT IN ENCLOSED ENVELOPE

| Date | Procedure Code | Description | Billed Amount | Balance | Physician/Location |
|---|---|---|---|---|---|
| | | **Services For COSTANZO, ROBERT** | | | |
| 04/16/15 | 73562 | RADIOLOGIC EXAMINATION KNEE 3 VIEWS | 51.00 | 14.46 | HELENE PAVLOV |
| 05/08/15 | | Payment UNITED HEALTHCARE | .00 | | 535 EAST 70TH STREET |
| 05/08/15 | | Deductible 14.46 UNITED HEALTHCARE | | | |
| 05/08/15 | | INSURANCE DISALLOWANCE | 36.54 | | |

| DATE | | ACCOUNT NO | PLEASE PAY |
|---|---|---|---|
| 05/25/15 | ◄ ◄ ◄ ◄ Charges and Payments received after this date will appear on your next statement. | HSSR000001347867 | THIS AMOUNT ► ► ► ► ► ► ► ► 14.46 |

Pay online: http://www.hss.edu/payments.asp

This bill is for professional interpretation of radiological services performed by HSS Radiologists. You may receive a separate bill from the hospital for the technical portion.

HSS RADIOLOGISTS
GPO 5058
NEW YORK, NY 10087-5058

For Billing Questions Call: 866-689-8865

**STATEMENT**
SEE REVERSE SIDE FOR IMPORTANT BILLING INFO

Attachment 3

JOHN W. COSTANZO
DIANE B. COSTANZO
197 LILLIAN RD.
NESCONSET, NY 11767

DATE 1/7/17

251

PAY TO THE
ORDER OF   HSS Radiologists                    $ 14.46

fourteen dollars 46                            DOLLARS

Bethpage
Federal Credit Union
Bethpage, New York 11714

MEMO 1347867          SIGNATURE Deans B Costanzo

MEMBER FDIC

COPY

JPMORGANCHASE BK NA        CR TO NMD

011017    >074900962<        PAYEE ALL

13620539    0005058          RTS RSVD

09772830    093    0000000038723707

Attachment 4
Claimant # 01001767
Control #   7327473274

**Bethpage** *B*
Federal Credit Union
"We care about what you care about."

| Branches & ATMs | Open an Account | About Us | Contact Us | 1-800-628-7070 |
| Rates & Calculators | Apply for a Loan | Forms | Help Center | Routing Number: 221473652 |

**Personal    Business    Advice & Planning    Community          Search this site**

Home   Personal   Saving   Savings Accounts

| | |
|---|---|
| Banking | |
| Borrowing | |
| Saving | |
|   Savings Accounts | |
|   Money Market Accounts | |
|   Certificates | |
|   Certificate Portfolio | |
|   Youth Accounts | |
|   Individual Retirement Account | |
|   Special Purpose Account | |
| Investing | |
| Insuring | |

# Savings Accounts

*Opening a savings account is a beneficial milestone for Bethpage members of all ages.*

**BETHPAGE SAVINGS**

Start with just $5.

**THE BEST RATES EVERYDAY**

**Check today's rates**

At Bethpage, there are many advantages to opening a savings account. These include:

**ATM card availability:** Access to an ATM account allows members to withdraw or deposit money at any time.

**Multi-access to account:** Bethpage allows access to accounts through traditional means such as telephone banking, giving you the ability to check your account anytime, anywhere.

**Low balances:** Bethpage only requires a balance of $5

**Range of deposit options:** Deposits can be made through Direct Deposit, payroll deduction or automatic transfer from other accounts.

**OPEN AN ACCOUNT ›**

**CONTACT US**

Do you have questions abou[t] Savings Account? Bethpage here to help. We'll walk you through the process.

**Telephone Service Cent[er]**

**1-800-628-7070**

**Visit Your Nearest Branc[h]**

Find a Location 📍

**Call Center Hours**

Mon - Fri: 7:30 am - 7:00 p[m]
Saturday: 8:00 am - 2:00 p[m]

| Compare Our Rates | Calculators | Advice & Planning | Review |
|---|---|---|---|

**EMAIL US** ✉

Sign up for our eNewslette[r]

Stay up to date on Bethpage n[ews] and special offers.

| Product | Bethpage Annual Percentage Yield (APY)* | LI Regional Bank Average APY^ | We beat the banks by: |
|---|---|---|---|
| REGULAR SAVINGS | 0.20% | 0.11% | 82% |

^Data is supplied by Datatrac Inc. as of 3/5/2017.

Data supplied by Datatrac. Rate shown is the average rate for the 10 largest banks in the Long Island, New York area. Actual credit rates may be different.

*APY = Annual Percentage Yield.

| Email Address |
| » Sign Up |

*(handwritten)*
Attachment 5
Claimant # 01001767
Control # 732 7473274

About Us   Careers   Contact Us   News   Privacy Policy & Disclosures
© 2017 Bethpage Federal Credit Union. All Rights Reserved.

899 S. Oyster Bay Road | Bethpage, NY 11714
1-800-628-7070
Routing Number: 221473652

Connect with us.

3/5/2017 8:59 AM

Robert Costanzo
197 Lillian Rd
Nesconset, NY
11767

Case # 16-75545 (REG)

Dowling College Case Admistration
C/o GCG
5151 Blazer Parkway, Suite A
Dublin, Ohio

43017

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

**EXTREMELY URGENT** Please rush to Addressee

home or office at usps.com/pi

Print postage online – Go to u



1007

43017

**$23.75**
R2304E105282-11

PLEASE PRESS FIRMLY

UNITED STATES POSTAL SERVICE

**EXPRESS®**
**MAIL**

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)          PHONE ( 63 ) 721-2334

Robert Costanzo
177 Lillian Rd
Nesconset NY 11767

PAYMENT BY ACCOUNT (if applicable)

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1)
Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4)
Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's
mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)          PHONE (    )

Dowling College Case Adm
C/o GCG
5151 Blazer Pkwy, Ste A
Dublin, Ohio 43017

ZIP + 4® (U.S. ADDRESSES ONLY)

**Flat Rate**
**Mailing Envelope**
**For Domestic and International Use**



EK931631987US

UNITED STATES
POSTAL SERVICE®  |  **PRIORITY**
★ MAIL ★
**EXPRESS™**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | ☐ 1-Day ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|---|
| 11767 | 3/7/17 | | | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Postage | | |
| 3/6/17 | ☐ 10:30 AM ☐ 3:00 PM | $ 23.75 | | |
| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Insurance Fee | COD Fee |
| (illegible) AM ☐ PM | $ | $ | $ | $ |
| Weight | Sunday/Holiday Premium Fee | Total Postage & Fees | Live Animal Transportation Fee | |
| 3.0 lbs. 0.3 ozs. ☑ Flat Rate | $ | $ 23.75 | $ | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

Accepted by (Employee Initials)



LABEL 11-B, JANUARY 2014          PSN 7690-02-000-9996          3-ADDRESSEE COPY

Visit us at usps.com

We Deliver!

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.

$100.00 insurance included.

Recycled Paper

**PLEASE PRESS FIRMLY**



**EMS**

When used internationally
affix customs declarations
(PS Form 2976, or 2976A).

Please recycle.

USPS packaging products have been
awarded Cradle to Cradle Certified
for their ecologically-intelligent design.
For more information go to
mbdc.com/usps

Cradle to Cradle Certified™ is a certification mark licensed by the



# CLAIM NO. 499

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

* P - D C O - P O C / 1 *

Your Claim is Scheduled As Follows:

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim
Official Form 410

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

| Part 1: | Identify the Claim |
|---|---|

| | | |
|---|---|---|
| 1. | Who is the current creditor? | **ROBERT MUNOZ**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? |

Where should notices to the creditor be sent?

**ROBERT MUNOZ**
Name

**16 PILGRIM ROAD**
Number        Street

**BRENTWOOD, NY 11717**
City              State                ZIP Code

Contact phone **(631) 339-8213**

Contact email ROBERTMUNOZ18@GMAIL.COM

Where should payments to the creditor be sent? (if different)

Name

Number        Street

City              State                ZIP Code

Contact phone _____

Contact email _____

| | | |
|---|---|---|
| 4. | Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____    Filed on_____<br>MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proo of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

*Modified Official Form 410  **(GCG 5/16)**

page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---------|-------------------------------------------------------------------|

**6.** Do you have any number you use to identify the debtor?

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____

**7.** How much is the claim?

$ __0.00__ .

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.** What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

## Outstanding loans and hardship.

**9.** Is all or part of the claim secured?

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.

Value of property:                              $_____

Amount of the claim that is secured:           $_____

Amount of the claim that is unsecured: $__0.00__    (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____
☐ Fixed
☐ Variable

**10.** Is this claim based on a lease?

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11.** Is this claim subject to a right of setoff?

☑ No

☐ Yes. Identify the property: _____

**12.** Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check all that apply:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5). | $_____ |
| ☑ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $__0.00__ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

| Part 3: | Sign Below |
|---|---|

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this clai electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br><br>⁴ I am the creditor.<br><br>   I am the creditor's attorney or authorized agent.<br><br>   I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br><br>   I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on date  **10/04/2018**<br>            MM / DD / YYYY<br><br>    **Robert Munoz**<br>    Signature<br><br>**Print the name of the person who is completing and signing this claim:**<br><br>Name     **Robert Munoz**<br>        First name     Middle name     Last name<br><br>Title<br><br>Company<br>    Identify the corporate servicer as the company if the authorized agent is a servicer.<br><br>Address   **16 Pilgrim Road**<br>     Number    Street<br>    **BRENTWOOD, NY 11717**<br>    City         State    ZIP Code<br><br>Contact phone  **(631) 339-8213**   Email **Robertmunoz18@gmail.com** |

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confident al information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child s initials and the full name and address of the child s parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to* **privacy** *on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property nominally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

# CLAIM NO. 366



UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK

| Name of Debtor: | Case No. |
|---|---|
| Dowling College | 16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

DCO0201001752   01001784



ROBERT ROSE
37 CALVERT AVE
COMMACK NY 11725

**Your Claim is Scheduled As Follows:**



Garden City Group, LLC
MAR – 8 2017

FILED - 00366
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN

# Proof of Claim
Official Form 410*

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.")
Fill in all the information for the claim as of the Petition Date.

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | **Who is the current creditor?** | Nelnet- US Dept of Education <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor  Navient + Sallie Mae |
| 2. | **Has this claim been acquired from someone else?** | ☒ No <br> ☐ Yes. From whom? |

| | | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) | |
|---|---|---|---|---|
| 3. | **Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Nelnet <br> Name <br> PO BOX 82565 <br> Number    Street <br> Lincoln NE 68501-2565 <br> City    State    ZIP Code <br><br> Contact phone 1 888 486- 4722 <br><br> Contact email | SallieMae <br> Name <br> P.O. Box 8377 <br> Number    Street <br> Philadelphia PA 19101 <br> City    State    ZIP Code <br><br> Contact phone 18004725543 <br><br> Contact email | Navient <br> P.O. Box 9988 <br> Wilkes-Barre PA <br> 18773 <br> 1888 2725543 |

| | | | |
|---|---|---|---|
| 4. | **Does this claim amend one already filed?** | ☒ No <br> ☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____ <br> MM/DD/YYYY |
| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No <br> ☐ Yes. Who made the earlier filing? _____ | |

*Modified Official Form 410 (GCG 5/16)                                                                                                    page 3



## Part 2:    Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. | **Do you have any number you use to identify the debtor?** | ☒ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
| 7. | **How much is the claim?** | $ *Nelnet  - $50,000*<br>*SallieMae - $4000*<br>*Navient - $7000*   **Does this amount include interest or other charges?**<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br>*Dowling School went bankrupt* |

| | | |
|---|---|---|
| 9. | **Is all or part of the claim secured?** | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**    $_____<br><br>**Amount of the claim that is secured:**    $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |
| 10. | **Is this claim based on a lease?** | ☒ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |
| 11. | **Is this claim subject to a right of setoff?** | ☒ No<br>☐ Yes. Identify the property: _____ |

| | | | |
|---|---|---|---|
| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes. *Check all that apply:* | | **Amount entitled to priority** |
| | | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |



## Part 3:    Sign Below

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br><br>☒ I am the creditor<br><br>☐ I am the creditor's attorney or authorized agent.<br><br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br><br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on date _____<br>                   MM / DD / YYYY |

Signature _____

**Print the name of the person who is completing and signing this claim:**

Name _____
First name            Middle name              Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
Number         Street

_____
City                         State       ZIP Code

Contact phone _____ Email _____

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: IF **BY MAIL**: DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. IF **BY HAND OR OVERNIGHT COURIER**: DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

<u>Official Form 410</u>

# Instructions for Proof of Claim

United States Bankruptcy Court

**The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all the information for the claim as of the Petition Date.**

- **If the claim has been acquired from someone else,** then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services,** do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- **A** *Proof of Claim* **form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to* **privacy** *on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

# NAVIƎNT.

**Please see the back of this statement for important information about account terms relating to payments, credit reporting, and how to contact us.**

ROBERT ROSE

### Billing Summary

Account Number : 9039439821
Loan Group Number : 5029-3500-0645-5971
Billing Period : 01/13/17 to 02/12/17

**Activity Summary**

| | |
|---|---|
| Previous Statement Balance | $6,902.93 |
| Accrued Interest + Fees Assessed (+) | $50.15 |
| Payments Since Last Bill (-) | $131.59 |
| Current Balance | $6,821.49 |

**Payment Information**

| | |
|---|---|
| Past Due Amount (Pay Now) | $0.00 |
| Late Fee for Past Due Amount | $0.00 |
| Pay Past Due Amount by this Date to Avoid Late Fee | N/A |
| Current Amount Due | $8.38 |
| Current Amount Due Date | 03/07/17 |
| Pay Current + Past Due Amount by this Date to Avoid Additional Late Fee | 03/22/17 |
| Unpaid Fees | $0.00 |
| Total Payment Due (Past Due Amount + Current Amount Due + Unpaid Fees) | $8.38 |

## Loan Information as of 02/12/17

| Loan ID | Approved Loan Amount | Unpaid Principal | Interest Rate (F/V) | Unpaid Interest and Unpaid Fees | Current Balance | Current Amount Due | Past Due Amount | Unpaid Fees | Total Payment Due |
|---|---|---|---|---|---|---|---|---|---|
| 5971 | $7,000.00 | $6,794.18 | 8.625V | $27.31 | $6,821.49 | $8.38 | $0.00 | $0.00 | $8.38 |
| Subtotals | $7,000.00 | $6,794.18 | | $27.31 | $6,821.49 | $8.38 | $0.00 | $0.00 | $8.38 |

## Transaction Activity Summary

| Trans Date | Post Date | Transactions Description | Amount |
|---|---|---|---|
| 01/27/17 | 01/27/17 | PAYMENT | ($131.59) |
| 02/12/17 | 02/12/17 | *ACCRUED INTEREST* | $50.15 |

1009    0001 CUH    001   7  12  170212 0    PAGE 1 of 3    1 0 9406  0000  N077    1766

# NAVIƎNT.

| Loan Group Number | Due Date | Current Amount Due | Past Due Amount | Unpaid Fees | Total Payment Due | Amount Enclosed |
|---|---|---|---|---|---|---|
| 5029-3500-0645-5971 | 03/07/17 | $8.38 | $0.00 | $0.00 | $8.38 | |



Make checks payable to Navient

(U.S. Currency only - Do not send cash)

NAVIENT
P. O. BOX 9988
WILKES-BARRE PA 18773-9988

DEBBIE ROSE
37 CALVERT AVE
COMMACK NY 11725-3206

C102
1766

2 502935000645597 1 0000008380000000000000000000000000000838 4 9

MAKE YOUR PAYMENTS
**QUICKLY & SECURELY ONLINE!**

# Navient.com

Please visit Navient.com/Glossary for definitions of the commonly used terms in this document.

## PAYMENTS

Please visit Navient.com/allocation for more detailed information including illustrative examples about how your payments are allocated across all your loans.

**How do you allocate my payment across my loans on this statement?**
We automatically allocate your payments across your loans as follows: if you include your remittance slip, pay by Auto Pay, or pay online, your payment will go first to any delinquent loans in the Loan Group (loans with the oldest delinquency will be paid first). When all loans are current or at the same delinquency level, the payment will go to each loan in the Loan Group, prorated according to its Current Amount Due, which is the Monthly Payment Amount or a lesser amount if some of the Monthly Payment Amount has previously been paid. After the Past Due Amount and Current Amount Due (if applicable) are satisfied, or if no payment is due (for example, if your loans aren't yet in repayment), your payment will be allocated among the loans in the Loan Group, prorated based on each loan's Outstanding Balance. If you do not pay the Past Due Amount (if applicable) and the Current Amount Due on the statement, every loan in the Loan Group may become delinquent, may be reported to the consumer reporting agencies, and may be subject to a Late Fee.

If your payment is received without a remittance slip, and the payment matches the Total Payment Due on your statement, it will be allocated as described above. If, however, your payment does not exactly match the Total Payment Due on your statement, it will be allocated as described above, across all loans, including loans in different Loan Groups that have the same payment address as the address to which you mailed your payment.

Once we allocate a payment to a specific loan or loans, payments are applied based on the terms of each loan's promissory note, usually first to fees, then to Unpaid Interest, and then to Unpaid Principal.

**How can I be sure my payments are allocated correctly and on a timely basis?** To ensure accurate and timely processing of your payment, you can send your payment with the included remittance slip, pay by Auto Pay, or pay online at Navient. com. You can instruct us to allocate payments differently. Clearly write your instructions on a separate piece of paper included with your check. We cannot process instructions written on the check or remittance slip.

**If my account is current, what happens if I pay more than my Current Amount Due?** When you pay more than your Current Amount Due, Overpayments will be applied to your Current Balance. Unless you make your payments through Auto Pay, Overpayments will reduce the amount of any future payments. For example, if you pay an extra $50 and your regular Monthly Payment Amount is $100, your next payment due will be $50. If the extra funds are more than the next Monthly Payment Amount, your billing statement(s) will show zero due. Even if you have a zero amount due on your billing statement, continuing to make payments will reduce your total costs of borrowing.

**Making Payments:** To help avoid misapplied payments or a delay in payment processing, please send your payment to the address in the Contact Information section and be sure to include your 16-digit Loan Group Number on your check or money order and make it payable to Navient.

**REMEMBER!** If paying by mail: Be sure to mail your payment at least 7-10 days before your due date in order for your payment to be credited in time.

If paying online: Be sure to pay your bill 2-4 days before your due date in order for your payment to be credited in time.

## HOW TO READ YOUR STATEMENT

**What does a Loan Group Number represent?** The 16-digit Loan Group Number refers to the grouping of one or more loans displayed on a specific statement.

**What does a Loan ID represent?** Loan ID refers to a specific loan within a grouping of loans displayed under a Loan Group Number. If you're making your payment without the monthly billing statement or establishing a new third-party bill-pay service, please reference the 16-digit Loan Group Number on your statement to ensure your payment is posted properly.

## FREQUENTLY ASKED QUESTIONS

**What is a Loan Group?** If you have multiple loans, we may automatically put them in a Loan Group. Each Loan Group has its own statement that shows all of the loans within that group. If you prefer a separate statement for each loan, please call us.

**How does interest accrue?** Daily. To find out how much interest accrues daily, use this simple formula: (Unpaid Principal x Interest Rate) ÷ Number of Days in the Year = **Approximate Daily Interest**. Approximate Daily Interest x Number of Days in Your Billing Period = **Approximate Interest Due**

**What are the most common fees charged?** Late Fees may be assessed if your payment is not made by the due date. A Returned Check Fee may be charged when a payment does not clear the bank for any reason, including insufficient funds, missing signature, or account closure. Unpaid Fees are fees that have been assessed for a prior billing period and remain due on the account.

**Need More Information?** To find out more information about your loan, including how interest accrues, obtaining a payoff amount, or an explanation of common fees that may be charged on your account, go to Navient.com or call one of our customer service representatives.

## IMPORTANT DISCLOSURES

**Disputed Sums:** Payments pursuant to a disputed sum or balance and/or regarding which you demand complete or partial satisfaction for a loan must be sent to: Navient, P.O. Box 9650, Wilkes-Barre, PA 18773-9650, with a description of the alleged dispute and the remedy sought. As provided in the underlying loan note(s), Navient reserves the right to accept the payment and deny the requested relief whether or not it returns or refunds such payments.

**Impact of Late Payments on Borrower Benefits:** In addition to being assessed a late fee, you may lose eligibility for borrower benefits or repayment incentives if you don't make your scheduled payments on time. Late payments may also be reported to consumer reporting agencies and may negatively impact your credit report.

**Electronic Check Processing:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

## CONTACT INFORMATION

**CUSTOMER SERVICE**
888-272-5543 • TDD: 877-713-3833
Fax: 800-443-9723 • International: 001-850-767-7471
Monday – Thursday 8 a.m. to 9 p.m., and Friday 8 a.m. to 8 p.m., ET

**CORRESPONDENCE ADDRESS**
Navient, P.O. Box 9640, Wilkes-Barre, PA 18773-9640

**BORROWER PAYMENT ADDRESS**
Navient, PO Box 9000 Wilkes-Barre, PA 18773-9000

**COSIGNER PAYMENT ADDRESS**
Navient, PO Box 9988 Wilkes-Barre, PA 18773-9988

**We support our troops!** Service members, to learn more about your benefits, please call us at 855-284-4879.

CC-16-13364



**Billing Summary**

Loan Number : 5852-5000-1389-0525
Customer Identification Number : 9039439821
Billing Period : **01/13/17 to 02/12/17**

**Activity Summary**

| | |
|---|---|
| Previous Billing Statement Balance | $3,822.89 |
| Current Billing Period Interest & Fees (+) | $30.31 |
| Payments Since Last Bill (-) | $86.99 |
| Current Balance | $3,766.21 |

**Payment Information**

| | |
|---|---|
| Past Due Amount (Pay Now) | **$0.00** |
| Late Fee for Past Due Amount | **$0.00** |
| Pay Past Due Amount by this Date to Avoid Late Fee | 02/22/17 |
| Current Amount Due | **$86.99** |
| Current Amount Due Date | 03/07/17 |
| Pay Current + Past Due Amount by this Date to Avoid Additional Late Fee | 03/22/17 |
| Unpaid Fees | **$0.00** |
| Total Amount Due (Past Due Amount + Current Amount Due + Unpaid Fees) | **$86.99** |

ROBERT ROSE

THIS IS NOT A BILL

Please see the back of this Billing Statement for important information about account terms relating to payments, credit reporting, and how to contact us.

## Loan Summary as of 02/12/2017

| Loan ID | Total Disbursed Amount | Current Principal | Unpaid Interest & Fees | Current Balance | Interest Rate (F/V) | Scheduled Payment Amount | Current Amount Due | Past Due Amount | Unpaid Fees | Total Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 0525 | $4,000 | $3,760.41 | $5.80 | $3,766.21 | 9.375V | $86.99 | $86.99 | $0.00 | $0.00 | $86.99 |
| Subtotals | $4,000 | $3,760.41 | $5.80 | $3,766.21 | | $86.99 | $86.99 | $0.00 | $0.00 | $86.99 |

## Transaction Activity Summary

| Transaction Effective Date | Transactions Description | Amount |
|---|---|---|
| 02/07/17 | AUTO DEBIT PAYMENT | ($86.99) |
| 02/12/17 | *ACCRUED INTEREST* | $30.31 |

1045   0001 L4H      001   7 12  170212 0       PAGE 1 of 3      1 0  9108  0000  N087          3195

### Include Remittance Slip with Payment



| Loan Number | Due Date | Current Amount Due | Past Due Amount | Unpaid Fees | Total Amount Due | Amount Enclosed |
|---|---|---|---|---|---|---|
| 5852-5000-1389-0525 | 03/07/17 | $86.99 | $0.00 | $0.00 | $86.99 | |



This is not a bill. $86.99 will be debited from the designated bank account and credited to your loan(s) on 03/07/17.

Make checks payable to Sallie Mae

(U.S. Currency only - Do not send cash)

SALLIE MAE
P. O. BOX 8377
PHILADELPHIA PA 19101-8377

DEBBIE ROSE            3195
37 CALVERT AVE         C102
COMMACK NY 11725-3206

2 585250001389052 5 0000086990000000000000000000000008699 8 1

## Cosigner Billing Statement

Create or log in to your account at SallieMae.com to enroll in automatic debit or make a one-time secure online payment.

**SallieMae.com**

Make your payments quickly & securely online.

## Making your payments

**To ensure accurate and timely processing of your payment, follow the instructions below.**

**Automatic Debit:** To enroll, log in or create an account online at SallieMae.com. Each month, we'll automatically debit the Current Amount Due from the designated bank account on the Current Amount Due Date (or next business day in the event of a weekend or holiday).

**Paying Online:** Create or log in to your account at SallieMae.com to make a one-time secure online payment.

**Paying by Phone:** Make automated payments by calling Customer Service at the number listed below.

**Paying by Mail:** Submit individual payments with the applicable 16-digit Loan Number for each loan you have cosigned, along with the remittance slip. Please make your check or money order payable to Sallie Mae, and mail your payments to the Cosigner Payment Address. We cannot process instructions written on the check or remittance slip.

**Third-Party Bill-Pay Service:** Third-party bill-pay services may include payment services offered by your financial institution. Provide your third-party bill-pay service with the Cosigner Payment Address, P.O. Box 8377, and your 16-digit Loan Number. Ensure your payment is directed to Sallie Mae. Cosigners must submit individual payments for each loan they have cosigned.

**Remember!** Payments made online or by phone prior to 5 p.m. ET Monday through Saturday will be effective that day. Payments made after 5 p.m. ET or on Sunday, will be effective the next business day. However, payments may not be reflected in your Transaction History for 2–4 days. If you're paying by mail or through a third-party bill-pay service, allow at least 7–10 days before your due date for your payment to be credited in time.

## Payment processing

> **Cosigners receive separate billing statements for each loan they have cosigned, and must submit individual payments.**

If you do not pay the Current Amount Due (and any Past Due Amount) on the billing statement, your loan may become delinquent, may be subject to a late fee, and/or may be reported to the consumer reporting agencies.

**If you submit a payment(s) intended to pay multiple loans you cosigned, but include a single remittance slip, the payment will only be allocated to the loan identified on the remittance slip.** Any other loans you cosigned may become delinquent, may be subject to a late fee, and/or may be reported to the consumer reporting agencies.

If you are a cosigner on multiple loans and wish to allocate your payment(s) across multiple loans, make your payment(s) at SallieMae.com. If you mail your payment(s), you must clearly write your instructions on a **separate piece of paper**, including any applicable 16-digit Loan Number and the amount you want allocated to each loan.

We cannot process instructions written on the check or remittance slip. If your payment is received without a remittance slip or instructions, we may review any information available to us to post the payment. Please note, third-party bill-pay services do not allow you to provide instructions. If your payment has not been processed as you intended, please call Customer Service at the number listed below.

Unlike a cosigner billing statement, a borrower billing statement may contain multiple loans. To learn how borrower payments are allocated across multiple loans, visit SallieMae.com/allocation for more detailed information, including illustrative examples.

## Payment application

Payments are applied to a loan based on the terms of the Promissory Note, usually first to Unpaid Fees, then to Unpaid Interest, and then to Current Principal. You may not designate a different method for applying payments. If you would like to pay more towards the Current Principal of your loan, all Unpaid Fees and Unpaid Interest must be satisfied first.

## Pay ahead

If you are enrolled in auto debit, the pay ahead feature will be automatically suspended. Any amount that was paid ahead at the time of enrollment will remain applied to the Current Balance of your loan, but will no longer reduce the amount of future payments.

If you are not enrolled in auto debit, then under the pay ahead feature of your loan, paying more than the Current Amount Due (and any Past Due Amount) in the current billing period will reduce the Current Amount Due in the following billing period(s). For example, if your loan is current and the Current Amount Due in both January and February is $100, making a $200 payment in January would satisfy the Current Amount Due for both months. Although your February billing statement will reflect a Current Amount Due of $0, paying any amount that month may reduce the Total Loan Cost. The Scheduled Payment Amount on the February billing statement shows what the Current Amount Due would have been if your loan was not paid ahead. If you prefer not to have overpayments reduce the Current Amount Due in the following billing period(s), please contact us to have the pay ahead feature turned off.

Regardless of whether or not the pay ahead feature is used, an overpayment is applied to the Current Balance and effective the day it is received. You may pay any part of your loan at any time without penalty.

## Definitions

**Loan Number:** The 16-digit Loan Number on your billing statement refers to a specific loan. The last four digits of this number should match the Loan ID in the Loan Information section on your billing statement.

**Current Amount Due:** The amount you are required to pay each month until the loan is paid in full. The Current Amount Due may vary each month. If your loan is paid ahead, the Current Amount Due will be less than the Scheduled Payment Amount.

**Scheduled Payment Amount:** Displayed in the Loan Summary on your billing statement. If your loan is not paid ahead, the Current Amount Due and the Scheduled Payment Amount will be the same. If your loan is paid ahead, the Scheduled Payment Amount shows you what the Current Amount Due would have been if your loan was not paid ahead.

**Current Balance:** The sum of the Unpaid Fees, Unpaid Interest, and Current Principal. The Current Balance does not reflect a payoff amount. On your billing statement, the Current Balance shown is calculated as of the end date of the Billing Period reflected on the billing statement. If you log in to your account at SallieMae.com, or access our automated phone system, the Current Balance provided is calculated as of the prior day and includes all credits (e.g., payments) and debits (e.g., disbursements) since your last billing statement.

**Need more information?**
Refer to our Glossary of Terms at SallieMae.com/Student-Loans/Managing-Your-Loans/Payment-Basics/Glossary.

## Frequently asked questions

**What does "Interest Rate (F/V)" on the statement represent?**
F indicates a fixed interest rate, V indicates a variable interest rate. A fixed interest rate stays the same for the life of the loan. A variable interest rate may go up or down due to an increase or decrease in the loan's index. The interest rate reflected on the billing statement for your loan may be temporarily reduced due to the application of borrower benefits, repayment incentives, or Servicemembers Civil Relief Act requirements.

**What are the most common fees charged?**
You may be charged a late fee (refer to the due dates on the front of the billing statement to avoid late fees). A returned check fee may be charged when a payment does not clear the bank for any reason, including insufficient funds.

**What should I do if my payment has not been processed as I intended?**
When you receive your next billing statement, if your payment has not been processed as you intended, please call Customer Service at the number listed below.

## Important disclosures

**Disputed Sums:** Payments pursuant to a disputed sum or balance and/or regarding which you demand complete or partial satisfaction for a loan must be sent to: Sallie Mae, P.O. Box 3278, Wilmington, DE 19804-0278, with a description of the alleged dispute and the remedy sought. As provided in the Promissory Note, Sallie Mae reserves the right to accept the payment and deny the requested relief whether or not it returns or refunds such payments.

**Impact of Late Payments on Borrower Benefits:** In addition to being assessed a late fee, you may lose eligibility for borrower benefits or repayment incentives if you don't make your payments on time. Late payments may also be reported to consumer reporting agencies and may negatively impact your credit report.

**Electronic Check Processing:** When you provide a check as payment, you authorize us to follow our standard practice and use information from your check to make a one-time electronic fund transfer from your account. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. In certain unusual circumstances, such as for technical or processing reasons, we may instead process your payment as a check transaction.

## Contact information

**Customer Service**
800-472-5543 (800-4-SALLIE)
Fax: 855-756-0011 • International: 302-451-0546
Monday through Thursday 8 a.m. – 9 p.m., Friday 8 a.m. – 8 p.m., and Saturday 9 a.m. – 6 p.m. ET

**Cosigner Payment Address**
Sallie Mae, P.O. Box 8377, Philadelphia, PA 19101-8377

**Correspondence Address**
Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319

**We support our troops!** Servicemembers, please call us at 855-534-2668 or visit us online at SallieMae.com/Military to learn more about your benefits.

P099 SMCC MKT12001B 0816

 

**YOUR STUDENT LOAN SERVICER**

**U.S. Department of Education**
Information about your federal student loan

**Questions About Your Statement?**
Phone: 888.486.4722
Email: Help@Nelnet.net
Online: Nelnet.com

┌────────────────────────────────────────┐
│ **Log In to Your Account at Nelnet.com** │
│ With your online account you have 24/7 access to: │
│ • View your account summary │
│ • Make a payment │
│ • Explore options to lower or postpone your │
│   payments │
│ • Change your auto debit information │
└────────────────────────────────────────┘

## Your Student Loan Account Details
For This Month's Billing Cycle

| | |
|---|---|
| **Account** | E842381876 |
| **Statement Date** | 3/3/2017 |
| **Current Balance** | $50,996.71 |
| Regular Monthly Payment Amount | $563.51 |
| Amount Satisfied by Extra Payment | - $0.00 |
| Past Due Amount (if applicable) | + $0.00 |
| **Current Amount Due** | **$563.51** |

We encourage you to continue to make monthly payments even if your amount due is $0 because interest may continue to accrue. Otherwise, your next payment is due on 3/24/2017.

**Current Statement Due Date**        **3/24/2017**

### The Simple Way to Pay
Sign up to make automatic monthly payments from your bank account. Log in to Nelnet.com to sign up.

### Special Payments
You can designate how payment funds are applied anytime by making payments online. Please refer to the Special Payments section on the back side of this statement for more details.

---

Questions about your payment amount? See the Payments section on the back.

Please detach and send the bottom portion with your payment.

**MAKE CHECKS PAYABLE (IN U.S. DOLLARS) TO: U.S. DEPARTMENT OF EDUCATION**
If a check is returned unpaid for non-negotiable funds, it may be re-attempted electronically.

Please write your account number on your check or money order. **DO NOT SEND CASH.**

| | |
|---|---|
| Amount Enclosed | $ |
| Account | E842381876 |
| **Current Statement Due Date** | **3/24/2017** |
| **Current Amount Due** | **$563.51** |

☐ **Check this box for change of contact information. See reverse side.**
New address or phone number? Log in to Nelnet.com to update your information.

**U.S. Department of Education**

**Contact Us: Phone:** 888.486.4722    **Email:** Help@Nelnet.net    **Web:** Nelnet.com    **Correspondence Address:** Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561
P.O. Box 740283

| Account Snapshot: | Group A | Group B | Group C | Group D | Group E | Group F |
|---|---|---|---|---|---|---|
| Loan Type | DIRECT SUB | DIRECT UNSUB | DIRECT SUB | DIRECT UNSUB | DIRECT SUB | DIRECT UNSUB |
| Original Principal Amount | $ 7,000.00 | $ 12,000.00 | $ 4,500.00 | $ 2,000.00 | $ 5,500.00 | $ 7,000.00 |
| Lender Name | EDDLO | EDDLO | EDDLO | EDDLO | EDDLO | EDDLO |
| Interest Rate | 3.40% | 6.80% | 3.86% | 3.86% | 4.66% | 4.66% |
| Daily Interest | $ 0.70 | $ 2.99 | $ 0.51 | $ 0.24 | $ 0.74 | $ 0.98 |
| Estimated Interest Through 3/24/2017 | $ 41.31 | $ 176.49 | $ 30.03 | $ 13.96 | $ 43.90 | $ 58.11 |
| Regular Monthly Payment Amount | $ 78.11 | $ 194.04 | $ 50.70 | $ 23.56 | $ 63.66 | $ 84.27 |
| Outstanding Principal Balance | $ 7,521.63 | $ 16,066.82 | $ 4,815.83 | $ 2,237.54 | $ 5,831.20 | $ 7,719.28 |
| Estimated Payoff Through 3/24/2017 | $ 7,562.94 | $ 16,243.31 | $ 4,845.86 | $ 2,251.50 | $ 5,875.10 | $ 7,777.39 |
| Repayment Plan | STANDARD | STANDARD | STANDARD | STANDARD | STANDARD | STANDARD |

| Payment Summary: | | | | | | |
|---|---|---|---|---|---|---|
| Principal Paid Through 3/3/2017 | $ 18.00 | $ 30.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest Paid Through 3/3/2017 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Amount Paid Through 3/3/2017 | $ 18.00 | $ 30.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Total Amount Paid Since Last Statement | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Applied to Interest | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Applied to Principal | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| Billing Details: | | | | | | |
|---|---|---|---|---|---|---|
| Past Due Amount | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Amount Due | $ 78.11 | $ 194.04 | $ 50.70 | $ 23.56 | $ 63.66 | $ 84.27 |
| Due Date | 3/24/2017 | 3/24/2017 | 3/24/2017 | 3/24/2017 | 3/24/2017 | 3/24/2017 |

**HOW ARE MY PAYMENTS ALLOCATED?** Unless you direct your payments to an individual loan or loan group, the default allocation method is followed. Payments are allocated first to any past due loan groups. If you do not pay the current amount due, your payment will be allocated across the loan groups from most to least delinquent, in proportion to each loan group's regular monthly payment amount, less any amount previously paid until each loan group is at the same level of delinquency or all loan groups are up to date. Once all loan groups are up to date, payments are allocated across loan groups in an active repayment status, in proportion to each loan group's monthly payment amount, less any amount satisfied by extra payment. After your current amount due is satisfied, your payment will be allocated across loan groups in proportion to each loan group's regular monthly payment amount, or in the case of no payment due (if your loans are not in repayment), in proportion to each loan group's accrued interest. Once a portion of your payment is allocated to a specific loan group, payments are applied to individual loans proportionally to interest, and then to principal. Please visit Nelnet.com/how-to-make-a-payment for more information on payment allocation.

**CAN I DIRECT PAYMENTS TO LOANS OR LOAN GROUPS?** Yes, you have the option to direct your payments (including partial payments) to individual loans or loan groups. See special payment instructions in the coupon below.

**DUE DATE ADVANCEMENT.** While your loans are in repayment, each time you satisfy a loan group's regular monthly payment amount, we will automatically advance your next payment due date by one month. If you have partially satisfied a future monthly payment amount, your current amount due for that billing cycle will be the portion not satisfied. If you are billed for $0.00 under an income-driven repayment plan, payments will not satisfy future monthly payment amounts. You have the option to instruct us to not advance your due date. See special payment instructions in the coupon below.

**PREPAYMENTS.** If you plan to pursue Public Service Loan Forgiveness, visit StudentAid.ed.gov/PublicService for more information regarding prepayments and how they are counted as qualifying payments.

**WHAT IS A LOAN GROUP?** If you have multiple loans, they may automatically be put in a group based on the characteristics they have in common. For example, loans of the same type and lender may be grouped together.

**WHY IS THE AMOUNT DUE DIFFERENT?** Your current amount due may be higher if your payment last month did not cover the current amount due, your lower repayment plan has expired, or you are on a plan that increases your payment amount incrementally.

**WHY IS MY PAYMENT $0.00?** If you receive a statement for $0.00 amount due, it may mean you have paid extra in the past that fully covered this month's payment amount, or your current repayment plan requires no payment at this time. You can always pay more without penalty, which will reduce your total cost of borrowing and save you money in the long run. If you are not required to make a payment this month, you won't be considered past due if you don't make a payment or pay less than your regular monthly payment amount. However, we encourage you to continue paying as much as you can, because interest continues to accrue on your outstanding principal balance.

**REPAYMENT PLAN OPTIONS** Assistance is available to help you lower or postpone your monthly student loan payments using a different repayment plan, deferment, or forbearance. You may be eligible for one or more of the following repayment plans: Standard, Graduated, Extended, Income-Based, Income-Sensitive, Income-Contingent, Pay As You Earn, or Revised Pay As You Earn. To explore options or make changes that could help you avoid default, call us at 888.486.4722 or log in to your account at Nelnet.com. You can also visit the U.S. Department of Education's website at StudentAid.ed.gov to review solutions, including consolidation, to keep your student loans up to date.

**AUTHORIZATION FOR ELECTRONIC DEBIT.** If you provide us with a check as payment, you authorize us to either use information from your check to make a one-time electronic transfer from your account or process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Payments returned due to non-negotiable funds may be re-attempted a maximum of one time.

**HOW DOES INTEREST ACCRUE?** Interest on your account is calculated using simple interest. Interest will accrue daily based on your outstanding principal balance. Visit Nelnet.com/faqs for more information on interest accrual.

**HOW CAN I SEE MY REPAYMENT SCHEDULE?** You can find more details about your student loans on our website, including your current repayment plan and schedule of repayment. Create an account or log in to your account at Nelnet.com to access your student loan information, or call 888.486.4722.

**PRIVACY NOTICE.** Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at Nelnet.com by clicking Privacy & Security at the bottom of the page, or we will mail you a free copy upon request if you call us at 888.486.4722.

**ALTERNATIVE FORMATS.** Current and prospective borrowers are entitled to receive any student loan related communication or document in an accessible, alternative format. Borrowers interested in receiving student aid forms, student loan statements, notices, written communications, and publications in alternative formats should contact us directly at 888.486.4722 or by email at Help@Nelnet.net. Nelnet offers various alternative formats such as Braille, large print, audio CD, and digital navigable formats supported by computers and other talking-book players, delivered through data CD, email, or other electronic means.

**DELINQUENCY IMPACT.** If you do not pay the current amount due, every loan group may become delinquent, reported to consumer reporting agencies, and you could lose eligibility for borrower benefits and repayment incentives. We encourage you to pay as much as you can, because interest accrues on your outstanding principal balance.

*Please detach and send the bottom portion with your payment.*

## Payments

## Has Your Contact Information Changed?

Log in to Nelnet.com to update your account information online or use this form to notify us of a change to your contact information.

**Ways to Pay:**

**Auto Debit and Online:** Log in to Nelnet.com
888.486.4722 **Phone:**

**Check:**
Mail your payment using the preprinted address on the front side of this coupon.

**Special Payment Instructions:**
You have the option to direct your payments (including partial payments) and/or not advance your due date. Contact us to direct your payment to an individual loan or group of loans, as a one-time or recurring special payment instruction.

**Phone:** 888.486.4722    **Email:** Help@Nelnet.net
**Mail:** Send instructions (including your account number) using our correspondence address: P.O. Box 82561, Lincoln, NE 68501-2561.

Name

Street                                    Apt./Bldg.#

City, State, ZIP

Mobile Phone        Home Phone        Work Phone

Email Address

Contact Us: Phone: 888.486.4722 or email Help@Nelnet.net. Mail your payment using the preprinted address on the front side of this coupon.

☐ I certify Correspondence Address: Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 authorize the school, and lender, the guarantor, the department, and their respective agents

| Account Snapshot: | | Group G | | Group H |
|---|---|---|---|---|
| Loan Type | | DIRECT SUB | | DIRECT UNSUB |
| Original Principal Amount | $ | 2,750.00 | $ | 3,500.00 |
| Lender Name | | EDDLO | | EDDLO |
| Interest Rate | | 4.29% | | 4.29% |
| Daily Interest | | 0.33 | $ | 0.44 |
| Estimated Interest on 3/24/2017 | $ | 19.55 | $ | 25.74 |
| Regular Monthly Payment Amount | | 29.86 | | 39.31 |
| Outstanding Principal Balance | $ | 2,820.41 | $ | 3,713.56 |
| Estimated Payoff Through 3/24/2017 | $ | 2,839.96 | $ | 3,739.30 |
| Repayment Plan | | STANDARD | | STANDARD |

| Payment Summary: | | | | |
|---|---|---|---|---|
| Principal Paid Through 3/3/2017 | $ | 0.00 | $ | 0.00 |
| Interest Paid Through 3/3/2017 | $ | 0.00 | $ | 0.00 |
| Amount Paid Through 3/3/2017 | $ | 0.00 | $ | 0.00 |
| Total Amount Paid Since Last Statement | $ | 0.00 | $ | 0.00 |
| Applied to Interest | $ | 0.00 | $ | 0.00 |
| Applied to Principal | $ | 0.00 | $ | 0.00 |

| Billing Details: | | | | |
|---|---|---|---|---|
| Past Due Amount | $ | 0.00 | $ | 0.00 |
| Amount Due | $ | 29.86 | $ | 39.31 |
| Due Date | | 3/24/2017 | | 3/24/2017 |

**HOW ARE MY PAYMENTS ALLOCATED?** Unless you direct your payments to an individual loan or loan group, the default allocation method is followed. **Payments are allocated first to any past due loan group. If you do not pay the current amount due, your payment will be allocated across the loan group(s) from most to least delinquent, in proportion to each loan group's regular monthly payment amount, less any amount previously paid until each loan group is at the same level of delinquency or all loan groups are up to date. Once all loan groups are up to date, payments are allocated across loan groups in an active repayment status, in proportion to each loan group's monthly payment amount, less any amount satisfied by extra payment.** After your current amount due is satisfied, your payment will be allocated across loan groups in proportion to each loan group's regular monthly payment amount, or in the case of no payment due (if your loans are not in repayment), in proportion to each loan group's accrued interest. Once a portion of your payment is allocated to a specific loan group, payments are applied to individual loans proportionally to interest, and then to principal. Please visit Nelnet.com/how-to-make-a-payment for more information on payment allocation.

**CAN I DIRECT PAYMENTS TO LOANS OR LOAN GROUPS?** Yes, you have the option to direct your payments (including partial payments) to individual loans or loan groups. See special payment instructions in the coupon below.

**DUE DATE ADVANCEMENT.** While your loans are in repayment, each time you satisfy a loan group's regular monthly payment amount, we will automatically advance your next payment due date by one month. If you have partially satisfied a future monthly payment amount, your current amount due for that billing cycle will be the portion not satisfied. If you are billed for $0.00 under an income-driven repayment plan, payments will not satisfy future monthly payment amounts. You have the option to instruct us to not advance your due date. See special payment instructions in the coupon below.

**PREPAYMENTS.** If you plan to pursue Public Service Loan Forgiveness, visit StudentAid.ed.gov/PublicService for more information regarding prepayments and how they are counted as qualifying payments.

**WHAT IS A LOAN GROUP?** If you have multiple loans, they may automatically be put in a group according to the characteristics they have in common. For example, loans of the same type and lender may be grouped together.

**WHY IS THE AMOUNT DUE DIFFERENT?** Your current amount due may be higher if your payment last month did not cover the current amount due, your lower repayment plan has expired, or you are on a plan that increases your payment amount incrementally.

**WHY IS MY PAYMENT $0.00?** If you receive a statement for $0.00 due, it may mean you have paid extra in the past that fully covered this month's payment amount, or your current repayment plan requires no payment at this time. You can always pay more without penalty, which will reduce your total cost of borrowing and save you money in the long run. If you are not required to make a payment this month, you won't be considered past due if you don't make a payment or pay less than your regular monthly payment amount. However, we encourage you to continue paying as much as you can, because interest continues to accrue on your outstanding principal balance.

**REPAYMENT PLAN OPTIONS** Assistance is available to help you lower or postpone your monthly student loan payments using a different repayment plan, deferment, or forbearance. You may be eligible for one or more of the following repayment plans: Standard, Graduated, Extended, Income-Based, Income-Sensitive, Income-Contingent, Pay As You Earn, or Revised Pay As You Earn. To explore options or make changes that could help you avoid default, call us at 888.486.4722 or log in to your account at Nelnet.com. You can also visit the U.S. Department of Education's website at StudentAid.ed.gov to review solutions, including consolidation, to keep your student loans up to date.

**AUTHORIZATION FOR ELECTRONIC DEBIT.** If you provide us with a check as payment, you authorize us to either use information from your check to make a one-time electronic transfer from your account or process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Payments returned due to non-negotiable funds may be re-attempted a maximum of one time.

**HOW DOES INTEREST ACCRUE?** Interest on your account is calculated using simple interest. Interest will accrue daily based on your outstanding principal balance. Visit Nelnet.com/faqs for more information on interest accrual.

**HOW CAN I SEE MY REPAYMENT SCHEDULE?** You can find more details about your student loans on our website, including your current repayment plan and schedule of repayment. Create an account or log in to your account at Nelnet.com to access your student loan information, or call 888.486.4722.

**PRIVACY NOTICE.** Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at Nelnet.com by clicking Privacy & Security at the bottom of the page, or we will mail you a free copy upon request if you call us at 888.486.4722.

**ALTERNATIVE FORMATS.** Current and prospective borrowers are entitled to receive any student loan related communication or document in an accessible, alternative format. Borrowers interested in receiving student aid forms, student loan statements, notices, written communications, and publications in alternative formats should contact us directly at 888.486.4722 or by email at Help@Nelnet.net. Nelnet offers various alternative formats such as Braille, large print, audio CD, and digital navigable formats supported by computers and digital talking-book players, delivered through data CD, email, or other electronic means.

**DELINQUENCY IMPACT. If you do not pay the current amount due, every loan group may become delinquent, reported to consumer reporting agencies, and you could lose eligibility for borrower benefits and repayment incentives. We encourage you to pay as much as you can, because interest accrues on your outstanding principal balance.**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                       :      Chapter 11
                                            :
DOWLING COLLEGE,                            :
f/d/b/a DOWLING INSTITUTE,                   :      Case No. 16-75545 (REG)
f/d/b/a DOWLING COLLEGE ALUMNI              :
ASSOCIATION,                                :
f/d/b/a CECOM,                              :
a/k/a DOWLING COLLEGE, INC.,                :
                                            :
                                            :
                          Debtor.           :
-------------------------------------------------------------x

### NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF
### CLAIM ON OR BEFORE MARCH 10, 2017 (GENERAL BAR DATE)
### AND MAY 30, 2017 (GOVERNMENTAL BAR DATE)

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST DOWLING COLLEGE:**

The United States Bankruptcy Court for the Eastern District of New York, having

jurisdiction over Dowling College ("Dowling" or the "Debtor") in the above captioned chapter 11

case (the "Chapter 11 Case"), entered an order (the "Bar Date Order") establishing **March 10,**

**2017 at 5:00 p.m. (prevailing Eastern Time)** as the last date for each person or entity (including,

without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a

proof of claim based on prepetition claims against the Debtor (the "General Bar Date"); and (ii)

**May 30, 2017 at 5:00 p.m. (prevailing Eastern Time)** as the last date and time for each

governmental unit (as defined in Section 101(27) of the title 11 of the United States Code (the

"Bankruptcy Code")) to file a proof of claim based on prepetition claims against the Debtor (the

"Governmental Bar Date" and, together with the General Bar Date, the "Bar Dates").

The Bar Dates and the procedures set forth below for filing proofs of claim apply to all

claims against the Debtor that arose prior to November 29, 2016 (the "Petition Date"), the date on

which the Debtor commenced a case under chapter 11 of the Bankruptcy Code, except for those

holders of the claims listed in Section 4 below that are specifically excluded from the Bar Date filing requirement.

1.    **WHO MUST FILE A PROOF OF CLAIM**

You MUST file a proof of claim to vote on a Chapter 11 plan filed by the Debtor or to share in distributions from the Debtor's bankruptcy estate if you have a claim that arose prior to the Petition Date, and it is not one of the types of claim described in Section 4 below. Claims based on acts or omissions of the Debtor that occurred before the Petition Date, including, without limitation, those that may be entitled to administrative claim status pursuant to 503(b)(9) must be filed on or prior to the Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under Section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

2.    **WHAT TO FILE**

Your filed Proof of Claim must be in the form annexed to this notice or otherwise conform substantially to Official Form No. B410, which can be viewed at http://www.uscourts.gov/forms/bankruptcy-forms. Additional Proof of Claim Forms can be obtained at the Debtor's Claims Agent Website at http://cases.gardencitygroup.com/dco.

2

The proof of claim form must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.   It must be written in English and be denominated in United States currency.  You must attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary).

Your proof of claim form shall not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials) or a financial account number (only the last four digits of such financial account).

3.    **WHEN AND WHERE TO FILE**

Except as provided for herein, all proofs of claim must be filed so as to be **actually received on or before** the applicable Bar Date.

To file a proof of claim, you must submit your claim either (i) electronically by utilizing the Online Portal that can be accessed at Debtor's Court appointed Claims Agent's website: http://www.gardencitygroup.com/cases/dco or (ii) by delivering the original proof of claim either by U.S. Postal Service mail or overnight delivery on the Debtor's Court appointed Claims Agent or the Bankruptcy Court at:

**IF BY FIRST CLASS MAIL:**

Dowling College Case Administration
c/o GCG
P.O. Box 10342
Dublin, OH 43017-5542

OR

**IF BY HAND DELIVERY OR OVERNIGHT MAIL:**

Dowling College Case Administration

3

c/o GCG
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

OR

**IF BY HAND DELIVERY:**

United States Bankruptcy Court, EDNY
Alfonse D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, New York 11722
Attn: Clerk of the Court

Each Proof of Claim shall be deemed timely filed only if (i) the proof of claim is submitted electronically, so as to be actually received by GCG on or before the applicable Bar Date, by using the Online Portal, or (ii) the Proof of Claim is mailed or delivered so as to be actually received by the Debtor's court approved claims agent, GCG, or by the Court, on or before the applicable Bar Date at the address listed herein.

ANY CREDITOR THAT ELECTRONICALLY FILES A PROOF OF CLAIM SHALL RETAIN SUCH PROOF OF CLAIM (AND SUPPORTING DOCUMENTS) WITH AN ORIGINAL SIGNATURE FOR A PERIOD OF NOT LESS THAN TWO (2) YEARS FROM THE DATE THE PROOF OF CLAIM IS ELECTRONICALLY FILED.

Except as expressly permitted in the context of electronic submission via the Online Portal, proofs of claim sent by facsimile, telecopy or electronic mail transmission will not be accepted.

**4.      WHO NEED NOT FILE A PROOF OF CLAIM**

You do **not** need to file a proof of claim on or before the applicable Bar Date if you are:

4

(a) A person or entity that has already filed a proof of claim against the Debtor in this case with the Clerk of the Bankruptcy Court for the Eastern District of New York in a form substantially similar to Official Bankruptcy Form No. B410;

(b) A person or entity whose claim is listed on the Schedules of Assets and Liabilities filed by the Debtor (collectively, the "Schedules") [Docket Entry No. 93] if (i) the claim is <u>not</u> scheduled as "disputed," "contingent," or "unliquidated" <u>and</u> (ii) you agree with the amount, nature and priority of the claim as set forth in the Schedules;

(c) A holder of a claim that has already been allowed in this case by order of the Court;

(d) A holder of a claim for which a different deadline for filing a proof of claim in this case has already been fixed by this Court;

(e) A holder of a claim allowable under Sections 503(b), other than a claim entitled to administrative priority pursuant to Sections 503(b)(9) and 507(a)(2) of the Bankruptcy Code as an expense of administration of the Debtor's estate; or

(f) Any person or entity whose claim is limited exclusively to the repayment of principal, interest and other fees and expenses (a "Debt Claim") under the agreements governing any syndicated credit facility or debt security (including, without limitation, any municipal, taxable or tax-exempt bond) issued by or for the benefit of the Debtor pursuant to an indenture (together, the "Debt Instruments"); *provided, however,* that (i) the foregoing exclusion in this subparagraph shall not apply to the administrative agent under the applicable credit facility or the indenture trustee under the applicable indenture (each, a "Debt Representative"), (ii) each Debt Representative shall be authorized to and required to file a single proof of claim, on or before the General Bar Date, on account of all Debt Claims against the Debtor under the applicable Debt Instruments and (iii) any holder of a

5

Debt Claim wishing to assert a claim, other than a Debt Claim, arising out of or relating to a Debt Instrument, shall be required to file a proof of claim with respect to such claim on or before the General Bar Date, unless another exception identified herein applies. In addition, with respect to claims filed by any indenture trustee under the applicable indenture, such claimants need not attach copies of the documents evidencing and/or securing the claims.

If you are a holder of an equity interest in the Debtor, you need not file a proof of interest with respect to the ownership of such equity interest at this time. But, if you assert a claim against the Debtor, including a claim relating to your equity interest or the purchase or sale of that interest you must file a proof of claim on or prior to the applicable Bar Date in accordance with the procedures set forth in this Notice.

This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtor but may not have an unpaid claim against the Debtor. The fact that you have received this Notice does not mean that you have a claim, or that the Debtor or the Court believes that you have a claim against the Debtor.

## 5.    EXECUTORY CONTRACTS AND UNEXPIRED LEASES

If you have a claim arising out of the rejection of an executory contract or unexpired lease as to which the order authorizing such rejection is dated on or before January 13, 2017, the date of entry of the Bar Date Order, you must file a proof of claim based on such rejection on or before the later of the applicable Bar Date or the date that is 30 days after the date of the order authorizing such rejection. Any person or entity that has a claim arising from the rejection of an executory contract or unexpired lease, as to which the order is dated after the date of entry of the Bar Date Order, you must file a proof of claim with respect to such claim by the later of 30 days

after the effective date of such rejection or such other date fixed by the Court in the applicable

order authorizing rejection of such contract or lease.

## 6.    CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE

ANY HOLDER OF A CLAIM THAT IS NOT EXCEPTED FROM THE

REQUIREMENTS OF THIS ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT

FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM, WILL BE

BARRED FROM ASSERTING ITS CLAIM AGAINST THE DEBTOR AND ITS CHAPTER

11 ESTATE, VOTING ON ANY PLAN OF LIQUIDATION FILED IN THIS CASE, AND

PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTOR'S CHAPTER 11 CASE ON

ACCOUNT OF THAT CLAIM.

## 7.    THE DEBTOR'S SCHEDULES AND ACCESS THERETO

You may be listed as the holder of a claim against the Debtor in the Debtor's Schedules.

If you agree with the nature, amount and status of your claim as listed in the Debtor's Schedules,

and if your claim is not described as "disputed," "contingent," or "unliquidated," you do not need

to file a proof of claim.  Otherwise, you must file a proof of claim before the applicable Bar Date

in accordance with the procedures set forth in this Notice.

Copies of the Debtor's Schedules are available for inspection on the Court's Internet

Website at http://www.nyeb.uscourts.gov.  A login and password to the Court's Public Access to

Electronic Court Records ("PACER") are required to access this information and can be obtained

through the PACER Service Center at http://www.pacer.gov.  Copies of the Debtor's Schedules

may also be examined on the Website of the Debtor's Claims Agent at

http://cases.gardencitygroup.com/dco or, between the hours of 9:00 a.m. and 4:30 p.m., Monday

through Friday at the Office of the Clerk of the Bankruptcy Court, Alfonse M. D'Amato U.S.

Courthouse, 290 Federal Plaza, Central Islip, NY 11722.  Copies of the Debtor's Schedules may

also be obtained by written request to the Debtor's Claim Agent at the address set forth below:

> Dowling College Case Administration
> c/o GCG
> P.O. Box 10342
> Dublin, Ohio 43017-5542

    **If you are unsure about any of these matters, including whether you should file a**

**proof of claim, you may wish to consult an attorney.**

Dated: New York, New York               **BY ORDER OF THE COURT**
       January 13, 2017

_____

COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION
KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
200 WEST 41ST STREET, 17TH FLOOR
NEW YORK, NEW YORK 10036
212.972.3000

8

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEA

PS 1000 1000006

P S 1 0 0 0 1 0 0 0 0 0 6

EP13F July 2013    OD: 12.5

EMS

PRIORITY ★ MAIL EXPRESS

OUR FASTEST SERVICE

WHEN USED INTERNATIONAL A CUSTOMS DECLARATI LABEL MAY BE REQUIRE

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE: ( 631 ) 525-9545

Robert Rose
37 Calvert Ave
Commack NY 11725

**DELIVERY OPTIONS (Customer Use Only)**
- ☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available*)
- ☐ 10:30 AM Delivery Required (additional fee, where available*)
  *Refer to USPS.com® or local Post Office™ for availability.

**PAYMENT BY ACCOUNT (if applicable)**

TO: (PLEASE PRINT)    PHONE: ( )

Dowling College Case Administration
C/O GCG
5151 Blazer Pkwy Suite A
Dublin OH 43017

ZIP + 4® (U.S. ADDRESSES ONLY)
4 3 0 1 7 -

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code    11725

Date Accepted (MM/DD/YY)    3/31/17

Time Accepted    3:04 ☐ AM ☒ PM

Weight    3.5 lbs.

Scheduled Delivery Date (MM/DD/YY)    3/31/17

Scheduled Delivery Time    ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON

Military    ☐ DPO

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time    ☐ AM ☐ PM

Employee Signature

Delivery Attempt (MM/DD/YY)    Time    ☐ AM ☐ PM

Employee Signature

10:30 AM Delivery Fee    $

Sunday/Holiday Premium Fee    $

Acceptance Employee Initials

Postage    $ 23.75

Return Receipt Fee    $

Live Animal Transportation Fee

Insurance Fee    $

COD Fee    $

Total Postage & Fees    $ 23.75

LABEL 11-B, SEPTEMBER 2015    PSN 7690-02-000-9996    3-ADDRESSEE COPY

UNITED STATES POSTAL SERVICE ® | PRIORITY ★ MAIL ★ EXPRESS™

NO INTERNATIONAL II

EL 570 405 030 US

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE





UNITED STATES POSTAL SERV



U.S. POSTAGE PAID
COMMACK, NY 11725
MAR 07 17
AMOUNT
$23.75
43017    R2304M113947-14

1007

# CLAIM NO. 193

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK |
|---|

| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**\* P - D C O - P O C / 1 \***

<u>Your Claim is Scheduled As Follows:</u>

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in   respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim
Official Form 410

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.**

## Part 1:     Identify the Claim

| 1. | Who is the current creditor? | **SAMANTHA BURKE** |
|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |

| 2. | Has this claim been acquired from someone else? | ✔ No |
|---|---|---|
| | | Yes. From whom? _____ |

| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| | | **SAMANTHA BURKE**<br>Name<br>**391 SILVER ST**<br>Number     Street<br>**WEST BABYLON, NY 11703**<br>City          State          ZIP Code<br><br>Contact phone **(631) 662-5731**<br><br>Contact email **BURKY5@VERIZON.NET** | Name<br><br>Number     Street<br><br>City          State          ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |

| 4. | Does this claim amend one already filed? | ✔ No | | |
|---|---|---|---|---|
| | | Yes. Claim number on court claims registry (if known) _____ | Filed on_____<br>MM/DD/YYYY | |

| 5. | Do you know if anyone else has filed a proo of claim for this claim? | ✔ No | |
|---|---|---|---|
| | | Yes. Who made the earlier filing? _____ | |

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ 10,861.70 .

Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

repay money paid out and student loans

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.

Value of property: $_____

Amount of the claim that is secured: $ 0.00

Amount of the claim that is unsecured: $ 10,861.70 (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check all that apply:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____

☐ Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5).    $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.    $_____

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this clai electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

I am the creditor.

I am the creditor's attorney or authorized agent.

⁴ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 02/14/2017
MM / DD / YYYY

Samantha Burke

Signature

**Print the name of the person who is completing and signing this claim:**

Name    Samantha Burke
First name    Middle name    Last name

Title

Company
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    391 Silver Street
Number    Street
WEST BABYLON, NY 11704
City    State    ZIP Code

Contact phone _____    Email samanthaburke12@yahoo.com

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Claim # 193    Electronically Filed: 02/14/2017

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

---

A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157 and 3571.

---

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the **identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be needed. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or **redact confident al information both in the claim and in the attached documents.**

- A *Proof of Claim* form and any attached documents must show **only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child s initials and the full name and address of the child s parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property nominally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

---

*Modified Official Form 410  **(GCG 5/16)**

page 4

# Loans in this Account

| Loan Type | Current Balance * | Interest Rate |
|---|---|---|
| Direct Subsidized Stafford | $3,500.00 | 4.660% |
| Direct Unsubsidized Stafford | $1,985.68 | 4.660% |
| Direct Subsidized Stafford | $3,500.00 | 4.290% |
| Direct Unsubsidized Stafford | $1,881.23 | 4.290% |
| Direct Subsidized Stafford | $2,750.00 | 3.760% |
| Direct Unsubsidized Stafford | $697.76 | 3.760% |

* Balance includes principal and interest, but it's not a payoff amount. If you are interested in paying off a specific loan contact us.

# Loans in this Account

| Loan Type | Current Balance * | Interest Rate |
|---|---|---|
| ▼ Direct Subsidized Stafford | $3,500.00 | 4.660% |
| Loan Token | | 53 |
| Loan Status | | In School |
| Loan Date | | 09/02/2014 |
| Period | | 09/02/2014 - 05/31/2015 |
| School | | DOWLING COLLEGE |
| Original Amount | | $3,500.00 |
| Principal Balance | | $3,500.00 |
| Interest Balance | | $0.00 |

## Disbursements

| Disb Date | Status | Fees | Check Amount |
|---|---|---|---|
| 09/02/2014 | Disbursed | $18.00 | $1,732.00 |
| 01/22/2015 | Disbursed | $18.00 | $1,732.00 |

| Loan Type | Current Balance + | Interest Rate |
|---|---|---|
| ▲ Direct Subsidized Stafford | $3,500.00 | 4.660% |
| ▶ Direct Unsubsidized Stafford | $1,995.68 | 4.660% |
| Loan Token | | 330 |
| Loan Status | | In School |
| Loan Date | | 09/02/2014 |
| Period | | 09/02/2014 - 05/15/2015 |
| School | | DOWLING COLLEGE |
| Original Amount | | $2,000.00 |
| Principal Balance | | $1,992.90 |
| Interest Balance | | $2.78 |

Disbursements

| Disb Date | Status | Fees | Check Amount |
|---|---|---|---|
| 09/02/2014 | Disbursed | $10.00 | $990.00 |
| 01/28/2015 | Disbursed | $10.00 | $990.00 |

**Direct Unsubsidized Stafford**   4.660%   $1,985.68

**Direct Subsidized Stafford**   4.290%   $3,500.00

| | |
|---|---|
| Loan Token | 331 |
| Loan Status | In School |
| Loan Date | 08/31/2015 |
| Period | 08/31/2015 - 05/31/2016 |
| School | DOWLING COLLEGE |
| Original Amount | $3,500.00 |
| Principal Balance | $3,500.00 |
| Interest Balance | $0.00 |

**Disbursements:**

| Disb Date | Status | Fees | Check Amount |
|---|---|---|---|
| 08/31/2015 | Disbursed | $18.00 | 07/22/15 |
| 01/30/2016 | Disbursed | $18.00 | 07/22/15 |

**Direct Unsubsidized Stafford**   $1,980.28

▲ Direct Unsubsidized Stafford    $1,995.68    4.660%

▲ Direct Subsidized Stafford    $3,500.00    4.290%

▼ Direct Unsubsidized Stafford    $1,881.23    4.290%

- Loan Token: 332
- Loan Status: In School
- Loan Date: 08/31/2015
- Period: 08/31/2015 - 05/31/2016
- School: DOWLING COLLEGE
- Original Amount: $1,878.80
- Principal Balance: $1,878.80
- Interest Balance: $2.43

**Disbursements**

| Disb Date | Status | Fees | Check Amount |
| --- | --- | --- | --- |
| 08/31/2015 | Disbursed | $10.00 | $939.00 |
| 01/06/2016 | Disbursed | $10.00 | $930.00 |

# CLAIM NO. 460

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**\* P - D C O - P O C / 1 \***

<u>Your Claim is Scheduled As Follows:</u>

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in   respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim
Official Form 410

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.**

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | **SAMER ALI**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ✔ No<br><br>Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>**SAMER ALI**<br>Name<br>**62 N. 17TH STREET**<br>Number        Street<br>**WYANDANCH, NY 11798**<br>City            State            ZIP Code<br><br>Contact phone **(917) 412-3663**<br><br>Contact email SAMERALI85@GMAIL.COM | **Where should payments to the creditor be sent?** (if different)<br><br>Name _____<br><br>Number        Street<br><br>City            State            ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. | Does this claim amend one already filed? | ✔ No<br>Yes. Claim number on court claims registry (if known) _____ | Filed on_____<br>MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proo of claim for this claim? | ✔ No<br>Yes. Who made the earlier filing? _____ | |

*Modified Official Form 410  **(GCG 5/16)**

page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| | | | |
|---|---|---|---|
| 6. | **Do you have any number you use to identify the debtor?** | ☑ No | |
| | | Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____ | |

| | | |
|---|---|---|
| 7. | **How much is the claim?** | $ __50,500.00__ . |
| | | **Does this amount include interest or other charges?** |
| | | No |
| | | ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | | |
|---|---|---|
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. |
| | | Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). |
| | | Limit disclosing information that is entitled to privacy, such as health care information. |
| | | Unable to Complete graduate degree at Dowling due to misleading information provided by school. |

| | | |
|---|---|---|
| 9. | **Is all or part of the claim secured?** | ☑ No |
| | | Yes. The claim is secured by a lien on property. |
| | | **Nature of property:** |
| | | Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.* |
| | | Motor vehicle |
| | | Other. Describe: _____ |
| | | **Basis for perfection:** _____ |
| | | Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded. |
| | | Value of property: $_____ |
| | | Amount of the claim that is secured: $__0.00__ |
| | | Amount of the claim that is unsecured: $__50,500.00__ (The sum of the secured and unsecured amounts should match the amount in line 7.) |
| | | Amount necessary to cure any default as of the date of the petition: $_____ |
| | | Annual Interest Rate (when case was filed) _____ |
| | | Fixed |
| | | Variable |

| | | |
|---|---|---|
| 10. | **Is this claim based on a lease?** | ☑ No |
| | | Yes. Amount necessary to cure any default as of the date of the petition. $_____ |

| | | |
|---|---|---|
| 11. | **Is this claim subject to a right of setoff?** | ☑ No |
| | | Yes. Identify the property: _____ |

| | | | |
|---|---|---|---|
| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | **Amount entitled to priority** |
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | Yes. *Check all that apply:* | |
| | | Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | | Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | | Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | | Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | | Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5). | $_____ |
| | | Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this clai electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

4 I am the creditor.

I am the creditor's attorney or authorized agent.

I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date **03/30/2017**
MM / DD / YYYY

**samer ali**

Signature

Print the name of the person who is completing and signing this claim:

Name   **samer ali**
First name      Middle name      Last name

Title

Company
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   **62 N 17th street**
Number      Street
**WYANDANCH, NY 11798**
City      State      ZIP Code

Contact phone   **(917) 412-3663**   Email **samerali85@gmail.com**

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Claim # 460    Electronically Filed: 03/30/2017

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- Attach all supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confident al information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child s parent or guardian. For example, write A.B., a minor child (John Doe, parent, 123 Main St., City, State). See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to* **privacy** *on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

Guarantor: FEDERAL
School: DOWLING COLL
Out of School Date: --

Next Due Date: --
Days Delinquent: 0

Interest Rate: 6.84%
Interest Rate Type: FIXED RATE
Subsidy: NON SUB

### Deferment / Forbearance Information:

| Type | Begin Date | End Date |
|------|-----------|----------|
| Post Enrollment Deferment | 12/22/16 | 06/21/17 |

### Last Payment on this Loan:

| Date | Payment | Principal | Interest |
|------|---------|-----------|----------|
| 02/01/17 | $404.05 | $0.00 | $404.05 |

○ View Full Payment History          ○ Make a Payment on this Loan

---

| 08/31/2015 | Direct Unsub Stafford Loan | In Grace | $20,495.52 | Hide Details |

Loan Status: IN GRACE

Disbursement Date: 08/31/15
Loan Program: DIRECT UNSUB STAFFORD LOAN
Owner: U.S. DEPT OF ED
Guarantor: FEDERAL
School: DOWLING COLL
Out of School Date: 12/21/2016

Interest Rate: 5.84%
Interest Rate Type: FIXED RATE
Subsidy: NON SUB

Original Balance: $20,500.00
Unpaid Interest: $186.90
Current Balance: $20,495.52

Monthly Payment: --
Repayment Term: --
Expected Payoff Date: --
Next Due Date: --
Days Delinquent: 0

### Last Payment on this Loan:

| Date | Payment | Principal | Interest |
|------|---------|-----------|----------|
| 02/01/17 | $235.73 | $0.00 | $235.73 |

○ View Full Payment History          ○ Make a Payment on this Loan

Account #: 332340487I    Contact Us    About Us

Welcome, SAMER ALI    Paperless Inbox    

Account Related Letters

Billing Statements

# View Loan Details

## Loan Details

### Balance Overview

| | | |
|---|---|---|
| Current Principal Balance: | $79,649.98 | ⊙ What is Principal Balance? |
| Unpaid Interest: | $745.91 | ⊙ Accrued Interest |
| **Total Current Balance:** | **$80,395.89** | ⊙ How do I Pay Off my loan(s)? |

⊙ Print All Loan Details

| Date | Loan Type | Status | Balance | Action |
|---|---|---|---|---|
| 11/23/2016 | Direct Unsub Stafford Loan | In Grace | $10,250.00 | View Details |
| 09/27/2015 | Direct Student Plus Loan | Deferment | $29,993.42 | Hide Details |

| | | | | |
|---|---|---|---|---|
| Loan Status: | DEFERMENT | Original Balance: | $30,000.00 | |
| | | Unpaid Interest: | $320.36 | |
| Disbursement Date: | 09/27/15 | Current Balance: | $29,993.42 | |
| Loan Program: | DIRECT STUDENT PLUS LOAN | Monthly Payment: | -- | |
| Owner: | U.S. DEPT OF ED | Repayment Term: | -- | |
| | | Expected Payoff Date: | -- | |
| Guarantor: | FEDERAL | Next Due Date: | -- | |
| School: | DOWLING COLL | Days Delinquent: | 0 | |
| Out of School Date: | -- | | | |
| Interest Rate: | 6.84% | | | |
| Interest Rate Type: | FIXED RATE | | | |
| Subsidy: | NON SUB | | | |

#### Deferment / Forbearance Information:

| Type | Begin Date | End Date |
|---|---|---|
| Post Enrollment Deferment | 12/22/16 | 06/21/17 |

#### Last Payment on this Loan:

| Date | Payment | Principal | Interest |
|---|---|---|---|
| 02/01/17 | $404.05 | $0.00 | $404.05 |

# CLAIM NO. 801

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**\* P - D C O - P O C / 1 \***

<u>Your Claim is Scheduled As Follows:</u>

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim
Official Form 410

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.**

## Part 1:  Identify the Claim

| 1. | Who is the current creditor? | **SHAKIR LAVERGNE** | |
|---|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) | |
| | | Other names the creditor used with the debtor _____ | |
| 2. | Has this claim been acquired from someone else? | 4  No | |
| | | Yes. From whom? _____ | |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| | | **SHAKIR LAVERGNE**<br>Name | Name |
| | | **74 CHESTNUT ST**<br>Number      Street | Number      Street |
| | | **BRENTWOOD, NY 11717**<br>City            State            ZIP Code | City            State            ZIP Code |
| | | Contact phone **(516) 395-1635** | Contact phone _____ |
| | | Contact email SHAKIR_LAVERGNE@YAHOO.COM | Contact email _____ |
| 4. | Does this claim amend one already filed? | 4  No | Filed on_____ |
| | | Yes. Claim number on court claims registry (if known) _____ | MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proo of claim for this claim? | 4  No | |
| | | Yes. Who made the earlier filing? _____ | |

*Modified Official Form 410  **(GCG 5/16)**

page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☑ No |
|---|---|---|
| | | Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

| 7. | How much is the claim? | $ 4,080.00 . | Does this amount include interest or other charges? |
|---|---|---|---|
| | | | ☑ No |
| | | | Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

**8.** **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

I was a student of the Doctoral Program at Dowling College.

**9.** **Is all or part of the claim secured?**

☑ No

Yes. The claim is secured by a lien on property.

**Nature of property:**

Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

Motor vehicle

Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.

Value of property:                    $_____

Amount of the claim that is secured:     $_____

Amount of the claim that is unsecured: $ 4,080.00 ____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____
Fixed
Variable

| 10. | Is this claim based on a lease? | ☑ No |
|---|---|---|
| | | Yes. Amount necessary to cure any default as of the date of the petition. $_____ |

| 11. | Is this claim subject to a right of setoff? | ☑ No |
|---|---|---|
| | | Yes. Identify the property: _____ |

**12.** **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

Yes. *Check all that apply:*

| | **Amount entitled to priority** |
|---|---|
| Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5). | $_____ |
| Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

\* P - D C O - P O C / 3 \*

| Part 3: | Sign Below |
| --- | --- |

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this clai 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

⁴ I am the creditor.

I am the creditor's attorney or authorized agent.

I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 01/17/2019
MM / DD / YYYY

**Shakir Lavergne**

Signature

**Print the name of the person who is completing and signing this claim:**

Name: **Shakir Lavergne**
First name    Middle name    Last name

Title:

Company:
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: **74 Chestnut St**
Number    Street
**BRENTWOOD, NY 11717**
City    State    ZIP Code

Contact phone **(516) 395-1635**    Email **shakir_lavergne@yahoo.com**

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Claim # 801          Electronically Filed: 01/17/2019

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction* of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confident al information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child s initials and the full name and address of the child s parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

Administrative expense: Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

Claim: A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

Creditor: A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

Debtor: A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

Evidence of perfection: Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

Information that is entitled to privacy: A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

Priority claim: A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

Proof of claim: A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

Redaction of information: *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the Proof of Claim form and any attached documents.*

Secured claim under 11 U.S.C. §506(a): A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

Setoff: Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

Uniform claim identifier: An optional 24-character identifier that some creditors use to facilitate electronic payment.

Unsecured claim: A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

Display of Proof of Claim on Case Administration Website: As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

Shakir Lavergne

Explanation:

I paid for a cap and gown for a graduation that was scheduled to take place in May of 2017. Whereas Dowling closed without notifying the students there will not be a graduation. Therefore I lost out on walking for my graduation.  I was also required to pay a graduation fee for a graduation that neve happened.

When Dowling closed, the professor who was the chairperson of my dissertation committee was transferring to Molloy College and since all I had to do was defend my dissertation before I graduated, I had to finish my Summer semester at Molloy College.  Dowling did not notify the students that Molloy would not honor the student loans already acquired to finish at Dowling College, so in order to complete my degree I was given a bill from Molloy College for $3645.00. I had no way to pay the bill in such short notice and ended up having to take out a loan for the bill and am still paying on this loan today.

# Teachers Federal Credit Union
*The Educated Choice For Everyone*

| | |
|---|---|
| Member Name: | **SHAKIR Y LAVERGNE** |
| Member Number: | *****9 |
| Statement Period: | **12-01-2016 - 12-31-2016** |
| Page Number: | 3 of 5 |

## Fixed Alternative SL - 6002124062

------- ACCOUNT ACTIVITY BY DATE -------

| Effect Date | Trans Date | Description | Amount | Principal | Finance Charges | Other Charges | Balance |
|---|---|---|---|---|---|---|---|
| | 12/01/16 | **Beginning Balance** | | | | | **3,464.08** |
| 12/07/16 | 12/07/16 | Regular Payment | 73.90 | 51.18 | 22.72 | 0.00 | 3,412.90 |
| | 12/31/16 | **Ending Balance** | | | | | **3,412.90** |

The amount of interest paid year to date is $93.50.

Total amount due $73.90 / Due Date 01-07-2017

# CLAIM NO. 493

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**\* P - D C O - P O C / 1 \***

Your Claim is Scheduled As Follows:

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in   respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim
Official Form 410

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.**

## Part 1:   Identify the Claim

| | | | |
|---|---|---|---|
| 1. | Who is the current creditor? | **SHANTRAIL MORRIS**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ | |
| 2. | Has this claim been acquired from someone else? | ✔ No<br>Yes. From whom? _____ | |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>**SHANTRAIL MORRIS**<br>Name<br>**2019 FINSBURY CV**<br>Number        Street<br>**CORDOVA, TN 38016**<br>City          State        ZIP Code<br><br>Contact phone _____<br><br>Contact email DENISEMO2178@YAHOO.COM | Where should payments to the creditor be sent? (if different)<br><br>_____<br>Name<br>_____<br>Number        Street<br>_____<br>City        State        ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. | Does this claim amend one already filed? | ✔ No<br>Yes. Claim number on court claims registry (if known) _____ | Filed on_____<br>MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proo of claim for this claim? | ✔ No<br>Yes. Who made the earlier filing? _____ | |

*Modified Official Form 410  **(GCG 5/16)**

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| 6. | **Do you have any number you use to identify the debtor?** | ☑ No |
|---|---|---|
| | | Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____ |

| 7. | **How much is the claim?** | $ 5,000.00 . | **Does this amount include interest or other charges?** |
|---|---|---|---|
| | | | ☑ No |
| | | | Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Services provided

**9. Is all or part of the claim secured?**

☑ No

Yes. The claim is secured by a lien on property.

**Nature of property:**

Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

Motor vehicle

Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.

Value of property:                              $_____

Amount of the claim that is secured:      $_____

Amount of the claim that is unsecured: $ 5,000.00  (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____
   Fixed
   Variable

| 10. | **Is this claim based on a lease?** | ☑ No |
|---|---|---|
| | | Yes. Amount necessary to cure any default as of the date of the petition. $_____ |

| 11. | **Is this claim subject to a right of setoff?** | ☑ No |
|---|---|---|
| | | Yes. Identify the property: _____ |

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

Yes. *Check all that apply:*

**Amount entitled to priority**

Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).                    $_____

Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).                    $_____

Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).                    $_____

Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).                    $_____

Contributions to an employee benefit plan. 1 U.S.C. § 507(a)(5).                    $_____

Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.                    $_____

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

| Part 3: | Sign Below |
|---------|------------|

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this clai 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br><br>◯ I am the creditor.<br><br>◯ I am the creditor's attorney or authorized agent.<br><br>◯ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br><br>⁴ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on date __11/28/2017__<br>                             MM / DD / YYYY |

        **Shantrail Morris**
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | **Shantrail Morris** |
|------|----------------------|
| | First name             Middle name           Last name |
| Title | _____ |
| Company | _____ |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | **2019 Finsbury** |
| | Number      Street |
| | **CORDOVA, TN 38016** |
| | City                    State        ZIP Code |
| Contact phone | _____  Email **deinsemo2178@yahoo.com** |

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction of* information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confident al information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child s initials and the full name and address of the child s parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form.  You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to* **privacy** *on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

# CLAIM NO. 339

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

* P - D C O - P O C / 1 *

<u>Your Claim is Scheduled As Follows:</u>

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in   respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim
Official Form 410

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.**

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | **SHARON PARKTON** |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ✔ No |
| | | Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? |
| | | **SHARON PARKTON** |
| | | Name |
| | | **320 BROADWAY APT 3** |
| | | Number        Street |
| | | **BETHPAGE, NY 11714** |
| | | City        State        ZIP Code |
| | | Contact phone **(516) 514-2790** |
| | | Contact email SHARONPARKTON@MAIL.ADELPHI.EDU |
| 4. | Does this claim amend one already filed | ✔ No |
| | | Yes. Claim number on court claims registry (if known) _____  Filed on _____ MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proo of claim for this claim? | ✔ No |
| | | Yes. Who made the earlier filing? _____ |

Where should payments to the creditor be sent? (if different)

Name

Number        Street

City        State        ZIP Code

Contact phone _____

Contact email _____

*Modified Official Form 410  **(GCG 5/16)**                                                                                   page 1

* P - D C O - P O C / 2 *

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |

| 6. | Do you have any number you use to identify the debtor? | No |
|---|---|---|
| | | ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  **5  5  4  5** |

| 7. | How much is the claim? | $ __32,965.00__ . | **Does this amount include interest or other charges?** ☑ No □ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
|---|---|---|---|

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

services performed, debit card charges, etc.

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

    **Nature of property:**

    ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

    ☐ Motor vehicle

    ☐ Other. Describe: _____

    **Basis for perfection:** _____

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.

    **Value of property:**      $_____

    **Amount of the claim that is secured:**    $ 0.00

    **Amount of the claim that is unsecured:** $ 25,543.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

    **Amount necessary to cure any default as of the date of the petition:** $_____

    **Annual Interest Rate** (when case was filed) _____

    ☐ Fixed

    ☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☐ No

☑ Yes. *Check all that apply:*

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____

☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $ 7,422.00

☐ Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5).    $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.    $_____

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

| Part 3: | Sign Below |
| --- | --- |

| | |
| --- | --- |
| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this clai 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157, and 3571. | *Check the appropriate box:*<br><br>4 ☐ I am the creditor.<br><br>☐ I am the creditor's attorney or authorized agent.<br><br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br><br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on date  **03/07/2017**<br>MM / DD / YYYY<br><br>**Sharon Parkton**<br>Signature<br><br>**Print the name of the person who is completing and signing this claim:**<br><br>Name  **Sharon Parkton**<br>First name        Middle name              Last name<br><br>Title<br><br>Company<br>Identify the corporate servicer as the company if the authorized agent is a servicer.<br><br>Address  **320 Broadway Apt 3**<br>Number        Street<br>**BETHPAGE, NY 11714**<br>City                              State              ZIP Code<br><br>Contact phone  **(516) 514-2790**      Email  **sharonparkton@mail.adelphi.edu** |

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of Redaction of information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confident al information both in the claim and in the attached documents.

- A Proof of Claim form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child s initials and the full name and address of the child s parent or guardian. For example, write A.B., a minor child (John Doe, parent, 123 Main St., City, State). See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your Proof of Claim form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

Administrative expense: Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

Claim: A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

Creditor: A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

Debtor: A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

Evidence of perfection: Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

Information that is entitled to privacy: A Proof of Claim form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

Priority claim: A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

Proof of claim: A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

Redaction of information: Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.

Secured claim under 11 U.S.C. §506(a): A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

Setoff: Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

Uniform claim identifier: An optional 24-character identifier that some creditors use to facilitate electronic payment.

Unsecured claim: A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

Display of Proof of Claim on Case Administration Website: As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

## Spring 2017 Bill - as of 03/03/17

| Summary of Activity | Term | Date | Charges | Credits |
|---|---|---|---|---|
| TUITION & FEES | SPR 17 | 11/08/16 | 17,870.00 | |
| | | | | |
| ADELPHI SCHOLAR | SPR 17 | 02/23/17 | | 8,000.00 |
| CHI SIGMA FRATERNITY SCHOLAR | SPR 17 | 02/23/17 | | 500.00 |
| PELL GRANT | SPR 17 | 01/17/17 | | 2,908.00 |
| SUBSIDIZED DIRECT LOAN 16-17 | SPR 17 | 02/23/17 | | 2,721.00 |
| UNSUBSIDIZED DIRECT LOAN 16-17 | SPR 17 | 02/23/17 | | 990.00 |
| PAYMENT | SPR 17 | 03/03/17 | | 1,690.00 |
| PAYMENT | SPR 17 | 03/03/17 | | 561.00 |
| TRANSFER OF FUNDS | SPR 17 | 02/21/17 | | 500.00 |
| | | | | |
| T O T A L | | | 17870.00 | 17,870.00 |

| Tuition & Fees | Room & Board | Payments | Financial Aid | Total Balance | Two Payment Plan Fee | Minimum Payment Due |
|---|---|---|---|---|---|---|
| 17,870.00 | 0.00 | -2,751.00 | -15,119.00 | 0.00 | 0.00 | None at this time |

**IMPORTANT MESSAGES**
Please refer to our refund policy here regarding credit
balances from the various aid and programs.

Return to Billing Inquiry

PAY[...] AI[...]

**DATE**

03/03/2017

**TYPE OF PAYMENT**

CHARGE

**TERM**

17/02

**STUDENT NAME**

PARKTON, SHARON

**PAYER**

PARKTON, SHARON

**DESCRIPTION**

CREDIT CARD PAYMENT

Sale

xxxxxxxxxxxx8884
VISA Entry: Swiped
Total: $ 561.00
03/03/17 12:03:21
Inv#: 000006 Appr Code: 010312
Apprvd: Online Batch#: 001401
TRN Ref #: 307062614013152
Validation Code: B6TS

THANK YOU!
PLEASE COME AGAIN!
CARDHOLDER COPY

# Account Summary by Term

900595500 Sharon L. Parkton
Mar 07, 2017 08:15 am

This is your account summary by term. Anticipated third party contract payments, financial aid, and memos are **NOT** included in the summary.

One common reason your aid may not be deducted from your bill is that you did not register for the same number of credits you planned to take when you filed the financial aid form. If you think this situation applies to you, please call 1-800-DOWLING.

**Remember, your financial aid will not be subtracted from your bill unless all requested and required paperwork is submitted.**

It is important to understand that many students still have a balance due even after all financial aid has been subtracted. Any balance due at that time is the responsibility of the student and must be paid in full or arranged in a deferred payment plan at this time.

Please click the **Make a Payment** link at the bottom of the page to make a payment via the web.

## Summary

**Account Balance:**            $0.00

**Winter/Spring 2016**

| Description | Charge | Payment Balance |
|---|---|---|
| Undergraduate Tuition | $14,550.00 | $0.00 |
| Transcript Fee | $50.00 | $0.00 |
| Refund:Higher One | $841.00 | $0.00 |
| Refund to Golden Lion OneCard | $0.00 | $0.00 |
| PELL Grant | | $2,887.50 $0.00 |
| Honors Program Scholarship | | $1,000.00 $0.00 |
| NYS Tuition Assistance (TAP) | | $2,532.50 $0.00 |
| Presidential Scholarship | | $6,250.00 $0.00 |
| Direct Loan – Subsidized | | $2,721.00 $0.00 |
| Visa Pmt - Thank You | | $50.00 $0.00 |
| **Term Charges:** | $15,441.00 | |
| **Term Credits and Payments:** | $15,441.00 | |
| **Term Balance:** | $0.00 | |

**Fall 2015**

| Description | Charge | Payment Balance |
|---|---|---|
| Undergraduate Tuition | $14,550.00 | $0.00 |
| Refund:Higher One | $1,325.00 | $0.00 |
| Refund to Golden Lion OneCard | $0.00 | $0.00 |
| Bill Charge for Grad Fee | $100.00 | $0.00 |
| SEOG | | $250.00 $0.00 |
| PELL Grant | | $2,887.50 $0.00 |
| Honors Program Scholarship | | $1,000.00 $0.00 |
| NYS Tuition Assistance (TAP) | | $2,532.50 $0.00 |

Jun.07.2016 06:11 PM  DITOMAS RESIDENCE                    15169310264                    PAGE. 1/ 1

516.931.4694  6/7/16

**Molloy College**
OFFICE OF THE REGISTRAR
1000 Hempstead Avenue
P O Box 5002
Rockville Centre, NY 11571-5002

## TRANSCRIPT REQUEST FORM
Revised 6/13

**Transcript Fee:** A $5.00 fee per copy is charged for all transcripts (official, "student" copies, additional copies) sent to any address or picked-up. If your records are being held for any reason, your request WILL NOT be processed until your records are cleared.

**In-person pick-up** of your transcript requires proof of identity. If you are having someone else pick-up your transcript, you must give them written authorization, and proof of identity must be shown.

Transcript requests may be mailed or faxed to 516.323.4315. Email requests are not accepted.

Allow 3 – 5 business days to process transcript requests. During peak times more processing time may be required. Official transcripts are mailed in a sealed envelope. Once opened, they are no longer "official". Due to privacy policies, transcripts are never faxed.

**PLEASE PRINT YOUR CURRENT NAME AND ADDRESS:**

| LAST NAME | FIRST | MIDDLE |
Peckton  Sharon  L
ADDRESS  320  Broadway  APT# 3
CITY  Bethpage  STATE NY  ZIP CODE 11714

**PREVIOUS NAMES/MAIDEN NAME:**

Indicate Dates of Attendance Undergraduate:
Undergraduate Degrees Awarded:

Indicate Dates of Attendance/Graduate:
Graduate Degrees Awarded:

Reason for Request:

☐ Hold for Final Grades for Semester:
☐ Hold for Degree Award notation:
☑ Hold for Grade Change (Semester & Course): 4 copies
☑ PICK-UP REQUEST:
☐ SEND ___ COPY TO THE NAME & ADDRESS LISTED BELOW:

OFFICIAL TRANSCRIPT - GIVEN TO STUDENT
NOT VALID UNLESS
RECEIVED IN SEALED ENVELOPE

SSN: 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

Student's Signature (Required): Sharon L Peckton

Date: 6/7/16

**OFFICE USE ONLY:**
Amount paid: $20 VISA
Date received: 6/7/16
☐ Cash ☐ Check ☐ Money Order
Pick-up Promise Date:
Processed on: 6/7/16

DISTRIBUTION:
White -  Window Envelope for Mailing
Yellow - Registrar Copy 186074
Pink - Alumni Update Copy
Gold - Student Receipt for In-person

THIS FORM WILL BE USED IN A WINDOW ENVELOPE. PLEASE PRINT YOUR INFORMATION LEGIBLY IN THE MAILING WINDOW BOX.

**CREDIT CARD AUTHORIZATION FORM FOR TRANSCRIPT REQUESTS**

Cardholder's Name: Sharon L Peckton

Card Number: 4400 6636 4891 6099

VISA ☑ MasterCard ☐  **Expiration Date Required:** 5/18

I authorize $ _20.00_ to be charged to the account above.
(Please indicate $5. for each transcript ordered.)

Cardholder's Signature Required: Sharon L Peckton

FOR OFFICE USE ONLY (BURSAR):  DATE:                    INITIALS:

Long Island University

University Center

700 Northern Boulevard

Brookville

New York

11548

## Student Payment Receipt

| | | | |
|---|---|---|---|
| Transaction Date: | 06/06/2016 | 12:36 PM | |
| Receipt No: | 559413 | Posted | |
| Name: | Sharon Parkton | | |
| Office: | C.W. Post Cashier Office 1 | ID: | 100398345 |
| Cashier: | HMARKOUT | Register: | 05 |

| Item | Term | Amount | |
|---|---|---|---|
| LIU Student Payment | | 390.00 | USD |
| Total Tax Included | | 0.00 | USD |
| Subtotal | | 390.00 | USD |

**Less Payments**

| Tender | Check #/Credit Card | Amount | |
|---|---|---|---|
| Visa | 8404 | 390.00 | USD |
| Total Tendered | | 390.00 | USD |
| Change Due | | 0.00 | USD |

Long Island University
University Center
700 Northern Boulevard
Brookville
New York
11548

## Student Payment Receipt

| Transaction Date: | 06/06/2016 | 12:37 PM |
| Receipt No: | 559414 | Processed |
| Name: | Sharon Parkton | |
| Office: | C.W. Post Cashier Office 1 | |
| Cashier: | HMARKOUT | |

| ID: | 100398345 |
| Register: | 05 |

| Item | Term | Amount | |
| --- | --- | --- | --- |
| CWP Transcript Fee Payment | | 25.00 | USD |
| Total Tax Included | | 0.00 | USD |
| Subtotal | | 25.00 | USD |

**Less Payments**

| Tender | Check #/Credit Card | Amount | |
| --- | --- | --- | --- |
| Cash | | 25.00 | USD |
| Total Tendered | | 25.00 | USD |
| Change Due | | 0.00 | USD |

# PAYMENT RECEIPT

**ADELPHI UNIVERSITY**

| RECEIPT NO. |
|---|

C1856609

| AMOUNT PAID |
|---|

$1,690.00

| IDENTIFICATION NO. |
|---|

1744188

| CHECK NO. |
|---|

| STUDENT NAME |
|---|

PARKTON, SHARON

| PAYER |
|---|

PARKTON, SHARON

| DESCRIPTION |
|---|

CASH PAYMENT

# CLAIM NO. 419

Claim # 419          Electronically Filed: 03/10/2017

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK |
|---|

| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |
|---|---|

\* P - D C O - P O C / 1 \*

Your Claim is Scheduled As Follows:

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in   respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

# Proof of Claim
Official Form 410

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.")
Fill in all the information for the claim as of the Petition Date.**

| Part 1: | Identify the Claim |
|---|---|

| 1. | Who is the current creditor? | **SHEBA SAMUEL** |
|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |

| 2. | Has this claim been acquired from someone else? | 4  No |
|---|---|---|
| | | Yes. From whom? _____ |

| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| | | **SHEBA SAMUEL** | |
| | | Name | Name |
| | | **36 PRINCE ST** | |
| | | Number       Street | Number       Street |
| | | **NEW HYDE PARK, NY 11040** | |
| | | City         State         ZIP Code | City         State         ZIP Code |
| | | Contact phone **(631) 220-5243** | Contact phone _____ |
| | | Contact email SSAMUEL019@GMAIL.COM | Contact email _____ |

| 4. | Does this claim amend one already filed? | 4  No | |
|---|---|---|---|
| | | Yes. Claim number on court claims registry (if known) _____ | Filed on_____<br>MM/DD/YYYY |

| 5. | Do you know if anyone else has filed a proo of claim for this claim? | 4  No |
|---|---|---|
| | | Yes. Who made the earlier filing? _____ |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____

**7. How much is the claim?**

$ 7,090.00 .

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Tuition

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.

Value of property:                                  $_____

Amount of the claim that is secured:    $ 0.00

Amount of the claim that is unsecured: $ 7,090.00    (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check all that apply:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debto 's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____

☐ Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5).    $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.    $_____

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

| Part 3: | Sign Below |
|---|---|

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this clai 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

4  I am the creditor.

☐  I am the creditor's attorney or authorized agent.

☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03/10/2017
                           MM / DD / YYYY

**Sheba Samuel**
_____
Signature

Print the name of the person who is completing and signing this claim:

Name        **Sheba Samuel**
            _____
            First name         Middle name         Last name

Title       _____

Company     _____
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     **36 Prince Street**
            _____
            Number         Street
            **NEW HYDE PARK, NY 11040**
            _____
            City                          State         ZIP Code

Contact phone  _____   Email  **ssamuel019@gmail.com**

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

Official Form 41

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this for

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the **identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction of* information in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents** because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, **do not disclose confidential health care information. Leave out or redact confident al information both in the claim and in the attached documents.**

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual s tax identification number, or financial account number, and only the year of any person s date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child s initials and the full name and address of the child s parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been fil

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statemen

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display the first page of your proof of claim form on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim form will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form**

# We're making our online statements easier than ever to print at home.

Starting in February, we're changing our statement size from legal to standard 8.5" x 11" letter size to make things easier for you.

**Switch to paperless statements today:**
- Enjoy convenience—view or print statements anytime
- Get instant access—receive an email as soon as your statement is ready
- Be secure—no paper trail



500996





Please make checks payable to Capital One Bank (USA), N.A. and mail with this coupon in the enclosed envelope.

**How can I Avoid Paying Interest Charges?** Each month you pay your "New Balance" in full, you will have a minimum grace period of 25 days with no interest charge on all new 1) purchases, 2) balance transfers, 3) special purchases and 4) other charges. If you have been paying your account in full with no interest charges applied and you do not pay your next bill in full, prorated interest charges will be assessed. There is no grace period on cash advances, special transfers, or on any new transaction when there is an unpaid balance from a previous bill.

**How is the Interest Charge applied?** Interest charges accrue from the 1) date of the transaction, 2) date the transaction is processed or 3) first calendar day of the billing period. Interest charges accrue on every unpaid amount until it is paid in full. This means you may owe interest charges even if you pay the entire "New Balance" one month, but did not do so for the previous month. Unpaid interest charges are added to the proper segment of your Account. However, we reserve the right to not assess interest charges at any time.

**Do you assess a Minimum Interest Charge?** Yes. A minimum INTEREST CHARGE of $0.50 will be assessed for each billing period your account is subject to an interest charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions). Under this method, we first calculate your daily balance for each segment, 1) take the beginning balance and add in new transactions and the periodic interest charge on the previous day's balance, then 2) subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if you paid your previous month's balance in full (or if your balance was zero or a credit amount), new transactions which post to your purchase or special purchase segments are not added to the daily balances. Also, transactions that are subject to a grace period are not added to the daily balances.

Next, to find your Average Daily Balance: 1) add the daily balances together for each segment, and 2) divide the sum by the number of days in the billing cycle.

At the end of each billing cycle, we determine your Interest Charge as follows: 1) multiply your Average Daily Balance by the daily periodic rate (APR divided by 365) for that segment, and 2) multiply the result by the number of days in the billing period. NOTE: Due to rounding or a minimum interest charge, this calculation may vary from the interest charge actually assessed.

**How can my Variable Annual Percentage Rate (APR) change?** Your APR may increase or decrease based on one of the following reported indices (reported in *The Wall Street Journal*). To find which index is used for your account, look for a letter code on the front of this statement next to your APR(s). Then check the table below:

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin (previously disclosed to you) | When your APR(s) will change |
|---|---|---|
| P L | Prime Rate + margin 3 month LIBOR + margin | The first day of the billing periods that end in Jan., April, July, and Oct. |
| D F | Prime Rate + margin 1 month LIBOR + margin | The first day of each monthly billing period. |

**Are there Additional Fees associated with my account?** Yes, under certain circumstances, you may be assessed a Late or Returned Payment fee. You may also be assessed Overlimit fees if permitted by law. We reserve the right to not assess fees without prior notice and without waiving our right to assess a similar fee later.

**How can I Avoid Membership Fees ?** If a Renewal Notice is printed on the front of this statement, you may avoid paying an annual membership fee by contacting Customer Service no more than 45 days after the last day in the billing cycle covered by this statement to request that we close your account. To avoid paying a monthly membership fee, contact Customer Service anytime to request that we close your account, and we will stop assessing your monthly membership fee.

**How can I Close My Account ?** You can contact Customer Service anytime to request that we close your account. At that time, we'll explain any additional steps to account closure, including balance pay down information and timelines. Please note that if you use your credit card or charges post to your account after you ask us to close it, we can keep your account open.

**What happens if my Account is Suspended ?** We may close or suspend your account and your right to obtain credit at any time and for any reason, even if you are not in default. Account suspension can be permanent or temporary. If your account is closed or suspended you must 1) stop using your credit card and account, 2) cancel all automatic payments, 3) destroy all credit cards and access checks, and 4) pay all amounts you owe us, even if they were charged after the account was closed or suspended.

**How do I Make Payments ?** At any time, you may pay the minimum payment, the total unpaid balance, or any amount in between. Payments may be made in several ways:
1) Online by going to www.capitalone.com and logging into your account;
2) Telephone Voice Response System by dialing 1-800-955-7070 and following the voice prompts; When you make a phone payment through our voice response system, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account. Funds may be withdrawn from your bank account as soon as the same day we process your payment;
3) Calling our telephone number 1-800-955-7070 and providing your information to our representative;
4) Payments by mail should be sent to the mailing address provided on the bottom portion of this statement.

**When will you Credit My Payment?** For online or over the phone, as of the business day we receive it, as long as they are made by 5 p.m. ET. For mailed payments, as of the business day we receive it, as long as: 1) you send the bottom portion of this statement and your check in the enclosed remittance envelope, and 2) your payment is received in one of our processing centers by 5 p.m. local time. Please allow at least 7 business days for mail delivery. Mailed payments received by us at any other location or in any other form may not be credited as of the day we receive them.

**Do you Process Paper Checks as an Electronic Funds Transfer?** Payments will be processed in one of two ways. When you provide a check or check information to make a payment, you authorize us or our agents to use the information to make a one time ACH transaction or other electronic fund transfer from your deposit account. We may also use the information to process the payment as a check transaction.

**What if I file for Bankruptcy?** If you are entitled to bankruptcy protection, this communication is for information only. It is not an attempt to collect, assess or recover a debt or claim. Do not send us payments without speaking with your bankruptcy attorney or the Bankruptcy Court. If you or your attorney would like to contact our bankruptcy claims servicer directly, please contact: Capital One • P.O. Box 30285 •Salt Lake City, UT 84130-0285

**BILLING RIGHTS SUMMARY**  *(Does Not Apply to Small Business Accounts)*

**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us at:

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

In your letter, give us the following information:
• Account information: Your name and account number.
• Dollar amount: The dollar amount of the suspected error.
• Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter.

While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:
1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

Capital One supports information privacy protection; see our website at www.capitalone.com
© 2011 Capital One. Capital One is a federally registered service mark. All rights reserved.

ETC-06
11/30/11

---

## Changing Address?

Address ..........................................................

..........................................................

Home Phone ..........................................................

Alternate Phone ..........................................................

E-mail

Address ..........................................................

*Please print address or phone number above using blue or black ink.*

## Not quite ready to make payments online?

No problem. Follow these simple steps to make sure we process your payment smoothly:



• Don't staple or paper clip your check to the payment slip

• Be sure to use the payment envelope that came with your statement. *Using a different envelope could delay processing.*

• Please don't include any additional correspondence.

• Last but not least, be sure to write the last four digits of your account number on your check.



## Take Control with Online Statements

**Managing your account online is easy:**

• Check your balance and view recent activity
• View and print copies of past statements
• Pay your bill online

**Sign up at: www.capitalone.com**



---



Page 2 of 2
Customer Service 1-800-867-0904
www.capitalone.com/sparkbusiness

Dec. 15 - Jan. 14, 2014    31 Days in Billing Cycle

Spark Visa Business Card                    Account ending in 1247

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| $8,053.57 | $80.00 | Feb 11, 2014 |

Credit Limit: $9,000.00
Available Credit: $946.43
Cash Advance Credit Limit: $4,500.00
Available Credit for Cash Advances: $946.43

| Previous Balance | Payments and Credits | Fees and Interest Charged | Transactions | New Balance |
|---|---|---|---|---|
| $387.06 | – $595.48 | + $0.00 | + $8,261.99 | = $8,053.57 |

### BUSINESS TRANSACTIONS CONTINUED

TRANSACTIONS FOR BABU N SAMUEL # 1247 (CONTINUED)

| | | | |
|---|---|---|---|
| 7 | 23 DEC | BURLINGTON COAT00000083LAKE GROVE NY | $20.91 |
| 8 | 24 DEC | ULTA 3 # 55 LAKE GROVE NY | $123.91 |
| 9 | 27 DEC | NEW HONEY RESTAURANT HOLBROOK NY | $12.05 |
| 10 | 27 DEC | AMERICAN GREETINGS# 0625 LAKE GROVE NY | $12.14 |
| 11 | 03 JAN | DC WLING COLL 800-3398131 CT | $7,090.00 |
| 12 | 05 JAN | MACY'S.COM # 0129 800-289-6229 OH | $107.14 |
| 13 | 08 JAN | TARGET    00011916 SOUTH SETAUK NY | $9.25 |
| 14 | 08 JAN | HESS 32471 HOLBROOK NY | $60.00 |
| 15 | 09 JAN | TARGET    00011916 SOUTH SETAUK NY | $197.95 |
| 16 | 09 JAN | DSW    009999531-866-379-746 OH | $31.32 |
| | | ▶ Total Transactions This Period | $8,261.99 |

**FEES**
Total Fees This Period    $0.00

**INTEREST CHARGED**
Total Interest This Period    $0.00

**TOTALS YEAR TO DATE**
Total Fees This Year    $0.00
Total Interest This Year    $0.00

Babu Samuel
68 Avis Drive
Holbrook, NY 11741
(631)748-8081

March 10, 2017

United States Bankruptcy Court, EDNY
Alfonse D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, New York 11722

To Whom It May Concern:

On January 3, 2014, $7,090.00 was charged to the Capital One credit card that I share with my daughter, Sheba Samuel. This amount was paid towards her tuition at Dowling College. Please see attached credit card statement.

Sincerely,

Babu Samuel

LAURA LARSEN
Notary Public, State of New York
No. 01LA6052609
Qualified in Richmond County
Commission Expires December 26, 20 _18_

# CLAIM NO. 200



| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**

DCO0201014847   01001917

FILED - 00200
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545/HONORABLE JUDGE ROBERT E. GROSSMAN



SHERILL SPRUILL
8 BERRYWOOD COURT
BAY SHORE NY 11706

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in   respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

# Proof of Claim
Official Form 410*

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.")** Fill in all the information for the claim as of the Petition Date.

| Part 1: | Identify the Claim |
|---|---|

| 1. | Who is the current creditor? | _Sherill A. Spruill_<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
|---|---|---|
| 2. | Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**     **Where should payments to the creditor be sent?** (if different)<br><br>_Sherill A. Spruill_       Name _____<br>Name<br>_8 Berrywood Court_       Number    Street _____<br>Number    Street<br>_Bayshore  NY   11706_      City    State    ZIP Code<br>City    State    ZIP Code<br><br>Contact phone _631-903-3852_      Contact phone _____<br><br>Contact email _melody778@optonline.net_ Contact email _____ |
| 4. | Does this claim amend one already filed? | ☑ No               Filed on _____<br>☐ Yes. Claim number on court claims registry (if known) _____    MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

*Modified Official Form 410 **(GCG 5/16)**



## Part 2: Give Information About the Claim as of the Date the Case Was Filed

6. **Do you have any number you use to identify the debtor?**
☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. **How much is the claim?** $ 4080.00.
**Does this amount include interest or other charges?**
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?** Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.
Please see Attached — I paid for a cap and gown that was not used because of cancelled graduation

[illegible] Was [illegible] without notice [illegible] I could not pay out of pocket

9. **Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: ___

**Basis for perfection:** ___
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $___

**Amount of the claim that is secured:** $___

**Amount of the claim that is unsecured:** $4080.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $4080.00

**Annual Interest Rate** (when case was filed) ___%
☐ Fixed
☐ Variable

10. **Is this claim based on a lease?**
☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $___

11. **Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: ___

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**
☑ No
☐ Yes. *Check all that apply:*

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $___ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $___ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $___ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $___ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $___ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $___ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.



## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   _02/22/2017_
                   MM / DD / YYYY

Signature   _Sherill Spr_

Print the name of the person who is completing and signing this claim:

Name    _Sherill_          _Ann_           _Sprill_
        First name         Middle name      Last name

Title   _Dowling Doctoral Student_

Company   _____
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   _8 Berrywood Court_
          Number        Street
          _Bayshore_                    _New York_    _11706_
          City                          State          ZIP Code

Contact phone   _631-903-3852_   Email   _melody778@optonline.net_

---

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

## Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the Debtor, exceptions to these general rules may apply. The attorneys for the Debtors and their court-appointed claims agent, Garden City Group, LLC ("GCG"), are not authorized and are not providing you with any legal advice.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all the information for the claim as of the Petition Date.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *Redaction of information* in the section below.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- *A Proof of Claim form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.* See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You will also receive an acknowledgment letter from GCG after your proof of claim form has been processed. You will also be able to view the details of your claim and the first page of your *Proof of Claim* form on the claims register hosted on the case administration website, www.gardencitygroup.com/cases/dco.



## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form used by the creditor to indicate the amount of the debt owed by the Debtor on the date of the bankruptcy filing. The creditor must file the form with GCG as described in the instructions above and in the Bar Date Notice.

**Redaction of information:** *Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the Proof of Claim form and any attached documents.*

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

**Display of Proof of Claim on Case Administration Website:** As the official claims agent, and in accordance with Federal Bankruptcy Rule 9037(g), GCG will display one or more pages of your proof of claim on the case administration website. Please be aware that any personal information not otherwise redacted on your proof of claim will be displayed over the Internet.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

Sherill Spruill

Question #8 (Explanation)

8a.  I paid for a cap and gown for a graduation that was scheduled to take place in May of 2017.  Whereas Dowling closed without notifying the students, there will not be a graduation.  Therefore I lost out on walking for my graduation.

8b.  When Dowling closed, the professor who was the chairperson of my dissertation committee was transferring to Molloy College and since all I had to do was defend my dissertation before I graduated, I had to finish the spring semester at Molloy College.  Dowling did not notify the students that Molloy would not honor the student loans already acquired to finish at Dowling, so in order to complete my degree I was given a bill from Molloy College for $3645.00.  I had no way to pay the bill in such a short time so I was put on a payment plan that I still cannot afford to pay.

# RECEIPT

## OAK HALL CAP & GOWN
### www.OakHalli.com

**Date:** 02-17-2016 21:42
**Order id:** #364631
**Order status:** Processed
**Payment method:** Visa, MasterCard, Discover & American Express
**Delivery method:** Ship to School - Dowling College

**Oak Hall Cap & Gown**
P.O. Box 1078, Salem
24153, Virginia
United States
CALL US: 1-800-456-7623
Fax: 1-540-387-2034
Email:
customerservice@oakhalli.com

**Email:**    melody778@optonline.net

| **Billing address** | | **Shipping address** | |
|---|---|---|---|
| **First name:** | Sherill | **First name:** | Sherill |
| **Last name:** | Spruill | **Last name:** | Spruill |
| **Address:** | 8 Berrywood Court | **Address:** | 8 Berrywood Court |
| **City:** | Bayshore | **City:** | Bayshore |
| **State:** | New York | **State:** | New York |
| **Country:** | United States | **Country:** | United States |
| **Zip/Postal code:** | 11706 | **Zip/Postal code:** | 11706 |
| **Phone:** | 631/903-3852 | **Phone:** | 631/903-3852 |
| **Fax:** | 631-274-5364 | **Fax:** | 631-274-5364 |

**Additional information**

| | |
|---|---|
| **Date Needed** | 05/21/2016 |
| **College ID** | 069904 |
| **Student ID** | 900614840 |

## Products ordered

| SKU | Product | Item price | Quantity | Total |
|---|---|---|---|---|
| Package1 | Package **Options:** Doctor of Education Purchase Gown<br>Gown PN: 4002060340DC<br>Gown: DOWLING JEFFERSON VENTURE ROYAL<br>Gown Weight: 140-149 lbs<br>Gown Height: 5ft 6in<br>Gown Shirt Sleeve: 33 in<br>Gown Chest Measurement: 36-37 in<br>Gown Neck Size: 14 in<br>Gown 1st Initial: S<br>Gown 2nd Initial: A<br>Gown 3rd Initial: S<br>Hood: DOWLING DR HOOD VENTURE ROYAL<br>Hood PN: 4003407040DOW00<br>HoodShell: ROYAL<br>HoodColor1: ROYAL<br>HoodColor2: TURBAN GOLD CHV<br>HoodColor3:<br>HoodVelvet: LT BLUE<br>Cap PN: 400108250161000000FA | $435.00 | 1 | $435.00 |

**STATEMENT OF ACCOUNT**
SEE REVERSE FOR ADDITIONAL INFORMATION


# Molloy College

1000 Hempstead Avenue
P.O. Box 1110
Rockville Centre, N.Y. 11571-1110

Office of the Bursar

Statement Date:  11/17/2016

ID number: 277773

Sherill A Spruill
8 Berrywood Court
Bayshore NY 11706

See Bursar-Payment Plan

| Amount Due Date : | Upon Receipt |
|---|---|
| 3,445.00 | |

--- PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE ---

| Date | Description | Year/Term | Charges | Credits | Total |
|---|---|---|---|---|---|
| | | | | Previous Balance: | .00 |
| 07/08/2016 | Registration Fee | 2016SL | 90.00 | .00 | |
| 07/08/2016 | General Fee | 2016SL | 105.00 | .00 | |
| 07/08/2016 | Doctoral Degree Tuition | 2016SL | 3,450.00 | .00 | |
| 09/20/2016 | CN Credit Card Payment | 2016FA | .00 | -100.00 | |
| 10/31/2016 | CN Credit Card Payment | 2016FA | .00 | -100.00 | |
| | Sub-totals: | | 3,645.00 | -200.00 | |
| | | | Amount Due: | | 3,445.00 |

PLEASE KEEP THIS STATEMENT FOR YOUR RECORDS

This is your Fall 2016 and/or Intersession 2017 semester bill.  (*) indicates "estimated financial aid awards" – no refunds will be generated.
Tuition Refund Policy: 1st week – 100%; 2nd week – 75%; Third week –50%; 4th week – NO REFUND. Intersession 2017 payment due December 1, 2016.

Health and Accident Insurance waiver deadline was October 1, 2016.  Waiver requests will no longer be accepted.

Zero balance is required or a Bursar Hold will be placed on your account. TMS participants – please review your tuition
bill to ensure you are making accurate monthly payments. View and pay your bill online 24/7 at https://lionsden.molloy.edu/ics


Molloy College

FOR BILLING INFORMATION, CLICK ONLINE FACULTY & STUDENT ACCESS AT www.molloy.edu
RETAIN THIS PORTION FOR YOUR RECORDS.



S. Spruill
8 Berrywood Ct
Bayshore NY 11706

Dowling College
c/o GCG
P.O. Box 10342
Dublin OH 43017-5542

Dowling College Case Administration

43017355542 B050

U.S. POSTAGE
PAID
DEER PARK, NY
11729
FEB 22, 17
AMOUNT
$0.70
R2303510417705
1000
43017

# CLAIM NO. 137

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK

| Name of Debtor: | Case No. |
|---|---|
| Dowling College | 16-75545 |

**IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.**



<u>Your Claim is Scheduled As Follows:</u>

Garden City Group, LLC
FEB 6 2017

DCO0201015623    01001925

SHUKRANIE BASHAR
126 COUNTRY VILLAGE LANE
EAST ISLIP NY 11730

FILED - 00137
EASTERN DISTRICT OF NEW YORK
DOWLING COLLEGE
16-75545 HONORABLE JUDGE ROBERT E. GROSSMAN

# Proof of Claim
Official Form 410*

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.)  If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in  respect of your claim.  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

## Part 1:  Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | Shukranie Bashar <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes. From whom? |

| 3. | Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|---|
| | | Shukranie Bashar <br> Name <br> 126 Country Village Lane <br> Number          Street <br> East Islip NY 11730 <br> City          State          ZIP Code <br><br> Contact phone 347-536-2361 <br><br> Contact email BShukranie@yahoo.com | Shukranie Bashar <br> Name <br> 126 Country Village Lane <br> Number          Street <br> East Islip NY 11730 <br> City          State          ZIP Code <br><br> Contact phone 347-536-2361 <br><br> Contact email Bshukranie@yahoo.com |

| 4. | Does this claim amend one already filed? | ☐ No <br> ☑ Yes. Claim number on court claims registry (if known) 01001925 | Filed on 1/13/2017 <br> MM/DD/YYYY |
|---|---|---|---|

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ |
|---|---|---|

*Modified Official Form 410 (GCG 5/16)

page 3



| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| | | |
|---|---|---|
| 6. | **Do you have any number you use to identify the debtor?** | ☐ No<br><br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____ |
| 7. | **How much is the claim?** | $ 29,280 .     **Does this amount include interest or other charges?**<br>☐ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |
| 9. | **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>   **Nature of property:**<br>   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>   ☐ Motor vehicle<br>   ☐ Other. Describe: _____<br><br>   **Basis for perfection:** _____<br>   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>   **Value of property:**       $_____<br><br>   **Amount of the claim that is secured:**    $_____<br><br>   **Amount of the claim that is unsecured:** $_____   (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>   **Amount necessary to cure any default as of the date of the petition:** $_____<br><br>   **Annual Interest Rate** (when case was filed) _____%<br>   ☐ Fixed<br>   ☐ Variable |
| 10. | **Is this claim based on a lease?** | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. | **Is this claim subject to a right of setoff?** | ☐ No<br>☐ Yes. Identify the property: _____ |
| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☐ Yes. Check all that apply:        **Amount entitled to priority**<br><br>   ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____<br><br>   ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____<br><br>   ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____<br><br>   ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____<br><br>   ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____<br><br>   ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.    $_____<br><br>   * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. |

*Modified Official Form 410 (GCC 5/16)