UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.,

        Post-Confirmation Debtor.
----------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

**ORDER GRANTING DOWLING COLLEGE UNSECURED CREDITOR
TRUST'S THIRD OMNIBUS OBJECTION TO CLAIMS (STUDENT CLAIMS)**

Upon the Third Omnibus Objection to Claims (Student Claims) (ECF Doc. No. __) (the "**Objection**") filed by Ronald J. Friedman, Esq., the Trustee (the "**Trustee**") of the Dowling College Unsecured Creditor Trust (the "**Trust"**), dated July 15, 2019, seeking entry of an order disallowing certain proofs of claim filed by certain claimants against Dowling College f/d/b/a Dowling Institute f/d/b/a Dowling College Alumni Association f/d/b/a Cecom a/k/a Dowling College, Inc. (the "**Debtor**"); and upon the declaration of Neil Bivona filed in support of the Objection; and upon the hearing on the Objection held before the Court on August 21, 2019 (the "**Hearing**"), the transcript of which is incorporated herein by reference; and due and proper notice of the Objection and the Hearing having been given to claimants in accordance with the Federal Rules of Bankruptcy Procedure; and it appearing that no further notice need be given or required; and after due deliberation and sufficient cause appearing for the relief requested; it is hereby

**ORDERED**, that the Objection is granted to the extent provided herein; and it is further

**ORDERED**, that each claim identified on Exhibit 1 hereto is hereby be disallowed; and it is further

**ORDERED**, that the Trustee is hereby authorized to do such things, expend such funds and execute such documents as to effectuate the terms and conditions of this Order.

BPOWERS/2313564.1/066648

## **EXHIBIT 1**

| Seq. No. | Claim No. | Claimant | Claimed Amount |
|---|---|---|---|
| 1 | 351 | Alex Napper<br>4 Dundee Court<br>Marlboro, NJ 07746-1758 | $27,000.00 |
| 2 | 442 | Alexandros Roditis<br>31 Pickwick Drive<br>Commack, NY 11725 | $26,316.67 |
| 3 | 340 | Alissa Visco<br>316 Revilo Avenue<br>Shirley, NY 11967 | $14,500.00 |
| 4 | 462 | Aliyah McDonald<br>22 Saunders Lane<br>Hackettstown, NJ 07840 | Unliquidated |
| 5 | 180 | Angel Rodriguez<br>4219 Troutbrook Drive<br>Dublin, OH 43017-5238 | $59,268.46 |
| 6 | 463 | Angelina Lee<br>1 Seneca Court<br>Dix Hills, NY 11746 | $7,290.00 |
| 7 | 266 | Angelina Rocchio<br>PO Box 154<br>Ridge, NY 11961-0154 | $98,399.61 |
| 8 | 779 | Angie L. Martinez<br>334 Brentwood Parkway<br>Brentwood, NY 11717 | $92,426.60 |
| 9 | 438 | Ann Mogil<br>195 Oakland Avenue<br>Miller Place, NY 11764 | $140,000.00 |
| 10 | 292 | Annmarie Skula<br>11 Blue Road<br>Rocky Point, NY 11778 | $11,168.00 |
| 11 | 212 | Anthony Foli<br>170 Meco Road<br>Easton, PA 18040 | $7,181.00 |
| 12 | 445 | Anthony George<br>3885 Keily Drive<br>Seaford, NY 11783 | $40,319.00 |
| 13 | 161 | Anthony Guevara<br>2712 Chestnut Avenue<br>Ronkonkoma, NY 11779 | $7,275.00 |
| 14 | 246 | Anthony Ketterer<br>2380 Julia Goldbach Avenue<br>Ronkonkoma, NY 11779 | $43,717.00 |
| 15 | 431 | Anthony Vincenzo Monzon-Zaikowski<br>PO Box 17<br>Patchogue, NY 11772-0017 | $31,854.00 |

| Seq. No. | Claim No. | Claimant | Claimed Amount |
|---|---|---|---|
| 16 | 291 | Antonio Agarwal<br>23 6th Street<br>Garden City Park, NY 11040 | $128,996.00 |
| 17 | 496 | Ariel Lavalle<br>224 Gerard Road<br>Yaphank, NY 11980 | $2,000.00 |
| 18 | 224 | Brittany O'Neill<br>180 Canterbury Drive<br>Ridge, NY 11961 | $6,519.98 |
| 19 | 272 | Camella Femoyer<br>35 Bedford Avenue<br>Port Jefferson Station, NY 11776 | $33,360.00 |
| 20 | 217 | Carl Allman<br>1901 Wetterhorn Court<br>Frederick, MD 21702-3419 | $30,852.00 |
| 21 | 201 | Chelsi R. Somwar<br>14319 243rd Street #2<br>Rosedale, NY 11422-2309 | $14,956.72 |
| 22 | 454 | Christian Dular<br>41 Avolet Court<br>Mount Sinai, NY 11766 | $21,500.00 |
| 23 | 420 | Christian Tessitore<br>2041 Pine Street<br>Baldwin, NY 11510 | $55,000.00 |
| 24 | 392 | Christine Locher<br>27 Meadow Lane<br>Amityville, NY 11701 | $7,000.00 |
| 25 | 307 | Christopher Friedl<br>11 Kool Place<br>Port Jefferson Station, NY 11776 | $16,330.00 |
| 26 | 239 | Courtney Whalley<br>192 Edmunton Drive D1<br>North Babylon, NY 11703 | $35,991.65 |
| 27 | 237 | Dallas Cardone<br>2312 Sound Avenue<br>Baiting Hollow, NY 11933 | $15,149.89 |
| 28 | 158 | Daniel Hernandez<br>70-56 174th Street<br>Fresh Meadows, NY 11365 | $11,619.00 |
| 29 | 444 | David D. Byer-Tyre<br>205 W 121st Street, Apt. 3<br>New York, NY 10027 | $49,460.00 |
| 30 | 439 | David Deterville<br>571 Easter Parkway, Apt. 4D<br>Brooklyn, NY 11216 | $25,939.42 |
| 31 | 403 | Desiree Pisano<br>360 Sand Lane<br>Staten Island, NY 10305 | Unliquidated |

| Seq. No. | Claim No. | Claimant | Claimed Amount |
|---|---|---|---|
| 32 | 479 | Dominick Barbato<br>261 Oceanside Street<br>Islip Terrace, NY 11752 | $5,000.00 |
| 33 | 143 | Emelyn Guzman<br>239 West 14th Street<br>Deer Park, NY 11729 | $25,278.50 |
| 34 | 257 | Emily McGowan<br>22 Katherine Place<br>Oakdale, NY 11769 | $14,550.00 |
| 35 | 435 | Fatima M. Calle<br>46 38th Street<br>Islip, NY 11751 | $27,783.00 |
| 36 | 471 | Francis D'Orazi<br>17 Heidi Lane<br>Mt Sinai, NY 11766 | $6,000.00 |
| 37 | 119 | Francis H. Romanitch<br>176 Mayhew Avenue<br>Babylon, NY 11702 | $50,000.00 |
| 38 | 476 | Garrett Krizan<br>1161 Old Town Road<br>Coram, NY 11733 | Unliquidated |
| 39 | 114 | Gina Marie Napoli<br>32 Lakeland Avenue<br>Babylon, NY 11702 | $14,550.00 |
| 40 | 199 | Hope-Ann Johnson<br>3 Picket Lane<br>Centereach, NY 11720 | $5,885.89 |
| 41 | 251 | Jacob Maccagli<br>7 Cheemaun Trail<br>Ridge, NY 11961 | Unliquidated |
| 42 | 424 | James Kilincoglu<br>44 Lake Terrace Road<br>Ronkonkoma, NY 11779 | $16,663.88 |
| 43 | 453 | James McEntee<br>1774 Edwards Avenue<br>Calverton, NY 11933 | $12,324.00 |
| 44 | 416 | Je'Niece Gallishaw<br>8059 Beacon Hill Circle<br>Liverpool, NY 13090 | $25,786.47 |
| 45 | 350 | Jennifer Gumbs<br>1711 Randall Avenue, Apt. 1B<br>Bronx, NY 10473 | $116,829.56 |
| 46 | 386 | Jennifer L. Lenzi<br>29 Dodd Road<br>Sandisfield, MA 01255 | $20,000.00 |
| 47 | 401 | Jianbin Zhang<br>20 Montauk Boulevard<br>Oakdale, NY 11769 | $30,000.00 |

BPOWERS/2313564.1/066648

| Seq. No. | Claim No. | Claimant | Claimed Amount |
|---|---|---|---|
| 48 | 412 | Joel Oluwasegun<br>112 Clark Street<br>Hillside, NJ 07205 | $130,500.00 |
| 49 | 197 | John F. Femoyer<br>35 Bedford Avenue<br>Port Jefferson Station, NY 11776 | $12,987.00 |
| 50 | 126 | Jordan James Zanfardino Beavers<br>134 Saddle Lane<br>Levittown, NY 11756 | $36,000.00 |
| 51 | 216 | Jordan Wolford<br>529 Allemong Road<br>Berkeley Springs, WV 25411 | $14,550.00 |
| 52 | 478 | Joseph Barbato<br>261 Oceanside Street<br>Islip Terrace, NY 11752 | $45,000.00 |
| 53 | 782 | Justine DeLuca<br>767 Milligan Lane<br>West Islip, NY 11795 | $100,000.00 |
| 54 | 459 | Kamishea Callender<br>102 Decatur Street<br>Roosevelt, NY 11575 | $24,000.00 |
| 55 | 461 | Karie Znaniecki<br>49 Champlain Street<br>Port Jefferson Station, NY 11776 | Unliquidated |
| 56 | 163 | Karrie Schaubroeck<br>22 Dale Avenue<br>Quincy, MA 02169 | $6,000.00 |
| 57 | 489 | Katyryna Mutlos<br>241 Verona Parkway<br>Lindenhurst, NY 11757 | $4,000.00 |
| 58 | 379 | Kemberly Fleurinay<br>26 South 24th Street<br>Wyandanch, NY 11798 | Unliquidated |
| 59 | 243 | Kimberly Spiciarich<br>10 Daphne Place<br>Smithtown, NY 11787 | $17,243.85 |
| 60 | 490 | Kris M. Lantz<br>5545 Brightwood Road<br>Bethel Park, PA 15102 | $60,905.03 |
| 61 | 275 | Kristen Connolly<br>21 Indian Head Road 26<br>Kings Park, NY 11754 | $38,711.95 |
| 62 | 385 | Kyle Teixeira<br>1052 Old Town Road<br>Coram, NY 11727 | $47,215.32 |
| 63 | 378 | Lance Swan and Charles Swan<br>7 Elm Street<br>Patchogue, NY 11772 | $24,000.00 |

BPOWERS/2313564.1/066648

| Seq. No. | Claim No. | Claimant | Claimed Amount |
|---|---|---|---|
| 64 | 207 | Leo Murillo<br>27 First Street<br>Syosset, NY 11791 | $46,900.00 |
| 65 | 195 | Lesmine Lewis<br>5732 Tuscany Way<br>Tamarac, FL 33321 | $2,400.00 |
| 66 | 475 | Libra Venable<br>4859 W Slauson #110<br>Los Angeles, CA 90056 | $8,226.00 |
| 67 | 474 | Luther I. Jackson<br>PO Box 741492<br>New Orleans, LA 70174-0492 | $12,000.00 |
| 68 | 486 | Maggie McCaffrey<br>138 Hamilton Avenue<br>Massapequa, NY 11758 | Unliquidated |
| 69 | 400 | Matthew Newman<br>754 Truman Avenue<br>East Meadow, NY 11554 | $15,300.00 |
| 70 | 308 | Michael Friedl<br>11 Kool Place<br>Port Jefferson Station, NY 11776 | $39,769.00 |
| 71 | 433 | Michele N. Rex<br>26 Wyandotte Lane<br>East Islip, NY 11730 | $10,877.55 |
| 72 | 464 | Michele Pacella<br>24 Babylon Street<br>Mastic, NY 11950 | $19,000.00 |
| 73 | 374 | Michelle Cagliano<br>185 Park Avenue<br>Shirley, NY 11967 | $36,751.00 |
| 74 | 166 | Mohammed H. Uddin<br>20 Somerset Street<br>Huntington Station, NY 11746 | $43,000.00 |
| 75 | 170 | Myles Lupia<br>2630 Harrison Avenue<br>Baldwin, NY 11510 | $50,000.00 |
| 76 | 215 | Nicholas Verbeeck<br>10 Miller Lane<br>Mastic Beach, NY 11951 | $16,000.00 |
| 77 | 422 | Nicole Famighetti<br>55 West 15th Street<br>Deer Park, NY 11729 | $7,000.00 |
| 78 | 284 | Peter Esposito<br>14 Beach Road<br>Port Jefferson, NY 11777 | $52,439.12 |
| 79 | 202 | Rachelann Yetim<br>61 McKee Street<br>Floral Park, NY 11001 | Unliquidated |

BPOWERS/2313564.1/066648

| Seq. No. | Claim No. | Claimant | Claimed Amount |
|---|---|---|---|
| 80 | 432 | Racqurine A. Alford<br>82 Rose Lane<br>Medford, NY 11763 | $20,000.00 |
| 81 | 342 | Robert J. Costanzo<br>197 Lillian Road<br>Nesconset, NY 11767 | $16,376.27 |
| 82 | 499 | Robert Munoz<br>16 Pilgrim Road<br>Brentwood, NY 11717 | $0.00 |
| 83 | 366 | Robert Rose<br>37 Calvert Avenue<br>Commack, NY 11725 | $61,000.00 |
| 84 | 193 | Samantha Burke<br>391 Silver Street<br>West Babylon, NY 11703 | $10,861.70 |
| 85 | 460 | Samer Ali<br>62 N. 17th Street<br>Wyandanch, NY 11798 | $50,500.00 |
| 86 | 801 | Shakir Lavergne<br>74 Chestnut Street<br>Brentwood, NY 11717 | $4,080.00 |
| 87 | 493 | Shantrail Morris<br>2019 Finsbury Cove<br>Cordova, TN 30816 | $5,000.00 |
| 88 | 339 | Sharon Parkton<br>320 Broadway Apt. 3<br>Bethpage, NY 11714 | $32,965.00 |
| 89 | 419 | Sheba Samuel<br>39 Prince Street<br>New Hyde Park, NY 11040 | $7,090.00 |
| 90 | 200 | Sherill A. Spruill<br>8 Berrywood Court<br>Bay Shore, NY 11706 | $4,080.00 |
| 91 | 137 | Shukranie Bashar<br>126 Country Village Lane<br>East Islip, NY 11730 | $29,280.00 |
| 92 | 410 | Stephanie Patrice Thomas<br>59 Offaly Street<br>Amityville, NY 11701 | $28,305.00 |
| 93 | 427 | Taryn Boyle<br>285 Grundy Avenue<br>Sayville, NY 11782 | Unliquidated |
| 94 | 141 | Theresa Cardello<br>343 Seward Street<br>West Babylon, NY 11704 | $12,000.00 |
| 95 | 223 | Thomas Wolf<br>118 Jerusalem Hollow Road<br>Manorville, NY 11949 | $25,117.43 |

| Seq. No. | Claim No. | Claimant | Claimed Amount |
|---|---|---|---|
| 96 | 389 | Timothy Going<br>111 Geneva Street<br>Bay Shore, NY 11706 | $9,572.00 |
| 97 | 364 | Tyla Pinkney<br>18 Oak Ridge Drive<br>Windsor Locks, CT 06096 | $109,703.46 |
| 98 | 417 | Unique Johnson<br>17 E Croton Drove<br>Lake Carmel, NY 10512 | Unliquidated |
| 99 | 387 | Valeria Aucapina<br>37-68 97th Street, Apt. 5A<br>Corona, NY 11368 | Unliquidated |
| 100 | 470 | Vincent Orlando<br>1396 Luddington Road<br>East Meadow, NY 11554 | $20,000.00 |
| 101 | 803 | Vladislav Tsalko<br>102 Jerome Road, Apt. 1<br>Staten Island, NY 10305 | $42,000.00 |
| 102 | 81 | William Brooking<br>1013 Broadway<br>Rensselaer, NY 12144-1917 | $9,847.00 |
| 103 | 359 | William P. Tartaglia Jr.<br>794 Canal Road<br>Mount Sinai, NY 11766 | $42,732.00 |
| 104 | 376 | William Palma<br>124-06 Hillside Avenue, Apt. A2<br>Richmond Hill, NY 11418 | $131,854.00 |
| 105 | 149 | Woodley Gesse<br>67 Roosevelt Avenue<br>West Orange, NJ 07052-2337 | Unliquidated |

BPOWERS/2313564.1/066648