**SILVERMANACAMPORA LLP**
Attorneys for the Ronald J. Friedman, Esq.,
Unsecured Creditor Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Anthony C. Acampora, Esq.
Brian Powers, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.,

        Post-Confirmation Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NASSAU     )

    I, **Sheree B. King,** being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by SilvermanAcampora LLP.

    On July 15, 2019, I served the:

- **NOTICE OF HEARING ON DOWLING COLLEGE UNSECURED CREDITOR TRUST'S THIRD OMNIBUS OBJECTION TO CLAIMS (REDUCTION OR DISALLOWANCE OF CLAIMS);**

- **DOWLING COLLEGE UNSECURED CREDITOR TRUST'S THIRD OMNIBUS OBJECTION TO CLAIMS (STUDENT CLAIMS) WITH EXHIBIT A-TRUSTEE'S THIRD OMNIBUS OBJECTION TO CLAIMS *INCLUDING* EACH RESPECTIVE CLAIMANT'S PROOF OF CLAIM; EXHIBIT B-ARTICULATION AGREEMENTS; EXHIBIT C - DECLARATION OF NEIL BIVONA IN SUPPORT OF DOWLING COLLEGE UNSECURED CREDITOR TRUST'S THIRD OMNIBUS OBJECTION TO CLAIMS (STUDENT CLAIMS); EXHIBIT D-PROPOSED ORDER GRANTING DOWLING COLLEGE UNSECURED CREDITOR TRUST'S THIRD OMNIBUS OBJECTION TO CLAIMS (STUDENT CLAIMS).**

**TO:  See Annexed Service List:**

by regular mail delivery to the addresses listed thereon, said addresses designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                s/SHEREE B. KING
                                                **SHEREE B. KING**

Sworn to before me this  
15th day of July, 2019

s/Brian Powers  
Notary Public

Brian Powers  
Notary Public, State of New York  
No.: 02PO6283072  
Qualified in Suffolk County  
Commission Expires May 28, 2021

SBK/2314420.1/066648

## SERVICE LIST

US Trustee Trial Attorney
Stan Y. Yang
Office of the United States Trustee
Central Islip Office
Alfonse M D'Amato US Courthouse
560 Federal Plaza
Central Islip, NY 11722

Alex Napper
4 Dundee Court
Marlboro, NJ 07746-1758

Alexandros Roditis
31 Pickwick Drive
Commack, NY 11725

Alissa Visco
316 Revilo Avenue
Shirley, NY 11967

Aliyah McDonald
22 Saunders Lane
Hackettstown, NJ 07840

Angel Rodriguez
4219 Troutbrook Drive
Dublin, OH 43017-5238

Angelina Lee
1 Seneca Court
Dix Hills, NY 11746

Angelina Rocchio
PO Box 154
Ridge, NY 11961-0154

Angie L. Martinez
334 Brentwood Parkway
Brentwood, NY 11717

Ann Mogil
195 Oakland Avenue
Miller Place, NY 11764

Annmarie Skula
11 Blue Road
Rocky Point, NY 11778

Anthony Foli
170 Meco Road
Easton, PA 18040

Anthony George
3885 Keily Drive
Seaford, NY 11783

Anthony Guevara
2712 Chestnut Avenue
Ronkonkoma, NY 11779

Anthony Ketterer
2380 Julia Goldbach Avenue
Ronkonkoma, NY 11779

Anthony Vincenzo Monzon-Zaikowski
PO Box 17
Patchogue, NY 11772-0017

Antonio Agarwal
23 6th Street
Garden City Park, NY 11040

Ariel Lavalle
224 Gerard Road
Yaphank, NY 11980

Brittany O'Neill
180 Canterbury Drive
Ridge, NY 11961

Camella Femoyer
35 Bedford Avenue
Port Jefferson Station, NY 11776

Carl Allman
1901 Wetterhorn Court
Frederick, MD 21702-3419

Chelsi R. Somwar
14319 243rd Street #2
Rosedale, NY 11422-2309

Christian Dular
41 Avolet Court
Mount Sinai, NY 11766

Christian Tessitore
2041 Pine Street
Baldwin, NY 11510

Christine Locher
27 Meadow Lane
Amityville, NY 11701

Christopher Friedl
11 Kool Place
Port Jefferson Station, NY 11776

Courtney Whalley
192 Edmunton Drive D1
North Babylon, NY 11703

Dallas Cardone
2312 Sound Avenue
Baiting Hollow, NY 11933

Daniel Hernandez
70-56 174th Street
Fresh Meadows, NY 11365

David D. Byer-Tyre
205 W 121st Street, Apt. 3
New York, NY 10027

David Deterville
571 Easter Parkway, Apt. 4D
Brooklyn, NY 11216

Desiree Pisano
360 Sand Lane
Staten Island, NY 10305

Dominick Barbato
261 Oceanside Street
Islip Terrace, NY 11752

Emelyn Guzman
239 West 14th Street
Deer Park, NY 11729

Emily McGowan
22 Katherine Place
Oakdale, NY 11769

Fatima M. Calle
46 38th Street
Islip, NY 11751

SBK/2314420.1/066648

Francis D'Orazi
17 Heidi Lane
Mt Sinai, NY 11766

Francis H. Romanitch
176 Mayhew Avenue
Babylon, NY 11702

Garrett Krizan
1161 Old Town Road
Coram, NY 11733

Gina Marie Napoli
32 Lakeland Avenue
Babylon, NY 11702

Hope-Ann Johnson
3 Picket Lane
Centereach, NY 11720

Jacob Maccagli
7 Cheemaun Trail
Ridge, NY 11961

James Kilincoglu
44 Lake Terrace Road
Ronkonkoma, NY 11779

James McEntee
1774 Edwards Avenue
Calverton, NY 11933

Je'Niece Gallishaw
8059 Beacon Hill Circle
Liverpool, NY 13090

Jennifer Gumbs
1711 Randall Avenue, Apt. 1B
Bronx, NY 10473

Jennifer L. Lenzi
29 Dodd Road
Sandisfield, MA 01255

Jianbin Zhang
20 Montauk Boulevard
Oakdale, NY 11769

Joel Oluwasegun
112 Clark Street
Hillside, NJ 07205

John F. Femoyer
35 Bedford Avenue
Port Jefferson Station, NY 11776

Jordan James Zanfardino Beavers
134 Saddle Lane
Levittown, NY 11756

Jordan Wolford
529 Allemong Road
Berkeley Springs, WV 25411

Joseph Barbato
261 Oceanside Street
Islip Terrace, NY 11752

Justine DeLuca
767 Milligan Lane
West Islip, NY 11795

Kamishea Callender
102 Decatur Street
Roosevelt, NY 11575

Karie Znaniecki
49 Champlain Street
Port Jefferson Station, NY 11776

Karrie Schaubroeck
22 Dale Avenue
Quincy, MA 02169

Katyryna Mutlos
241 Verona Parkway
Lindenhurst, NY 11757

Kemberly Fleurinay
26 South 24th Street
Wyandanch, NY 11798

Kimberly Spiciarich
10 Daphne Place
Smithtown, NY 11787

Kris M. Lantz
5545 Brightwood Road

Bethel Park, PA 15102

Kristen Connolly
21 Indian Head Road 26
Kings Park, NY 11754

Kyle Teixeira
1052 Old Town Road
Coram, NY 11727

Lance Swan and Charles Swan
7 Elm Street
Patchogue, NY 11772

Leo Murillo
27 First Street
Syosset, NY 11791

Lesmine Lewis
5732 Tuscany Way
Tamarac, FL 33321

Libra Venable
4859 W Slauson #110
Los Angeles, CA 90056

Luther I. Jackson
PO Box 741492
New Orleans, LA 70174-0492

Maggie McCaffrey
138 Hamilton Avenue

Matthew Newman
754 Truman Avenue
East Meadow, NY 11554

Michael Friedl
11 Kool Place
Port Jefferson Station, NY 11776

Michele N. Rex
26 Wyandotte Lane
East Islip, NY 11730

Michele Pacella
24 Babylon Street
Mastic, NY 11950

Michelle Cagliano
185 Park Avenue
Shirley, NY 11967

Mohammed H. Uddin
20 Somerset Street
Huntington Station, NY 11746

Myles Lupia
2630 Harrison Avenue
Baldwin, NY 11510

Nicholas Verbeeck
10 Miller Lane
Mastic Beach, NY 11951

Nicole Famighetti
55 West 15th Street
Deer Park, NY 11729

Peter Esposito
14 Beach Road
Port Jefferson, NY 11777

Rachelann Yetim
61 McKee Street
Floral Park, NY 11001

Racqurine A. Alford
82 Rose Lane
Medford, NY 11763

Robert J. Costanzo
197 Lillian Road
Nesconset, NY 11767

Robert Munoz
16 Pilgrim Road
Brentwood, NY 11717

Robert Rose
37 Calvert Avenue
Commack, NY 11725

Samantha Burke
391 Silver Street
West Babylon, NY 11703

Samer Ali
62 N. 17th Street
Wyandanch, NY 11798

Shakir Lavergne
74 Chestnut Street
Brentwood, NY 11717

Shantrail Morris
2019 Finsbury Cove
Cordova, TN 30816

Sharon Parkton
320 Broadway Apt. 3
Bethpage, NY 11714

Sheba Samuel
39 Prince Street
New Hyde Park, NY 11040

Sherill A. Spruill
8 Berrywood Court
Bay Shore, NY 11706

Shukranie Bashar
126 Country Village Lane
East Islip, NY 11730

Stephanie Patrice Thomas
59 Offaly Street
Amityville, NY 11701

Taryn Boyle
285 Grundy Avenue
Sayville, NY 11782

Theresa Cardello
343 Seward Street
West Babylon, NY 11704

Thomas Wolf
118 Jerusalem Hollow Road
Manorville, NY 11949

Timothy Going
111 Geneva Street
Bay Shore, NY 11706

Tyla Pinkney

18 Oak Ridge Drive
Windsor Locks, CT 06096

Unique Johnson
17 E Croton Drove
Lake Carmel, NY 10512

Valeria Aucapina
37-68 97th Street, Apt. 5A
Corona, NY 11368

Vincent Orlando
1396 Luddington Road
East Meadow, NY 11554

Vladislav Tsalko
102 Jerome Road, Apt. 1
Staten Island, NY 10305

William Brooking
1013 Broadway
Rensselaer,   NY   12144-1917

William P. Tartaglia Jr.
794 Canal Road
Mount Sinai, NY 11766

SBK/2314420.1/066648