

U.S. Department of Justice
Office of the United States Trustee
Region 2

Eastern District of New York

| | | |
|---|---|---|
| IN RE: | DOWLING COLLEGE, } | CHAPTER 11 |
| | f/d/b/a DOWLING INSTITUTE, } | |
| | f/d/b/a DOWLING COLLEGE ALUMNI } | CASE NO. 16-75545-REG |
| | ASSOCIATION, } | |
| | f/d/b/a CECOM, } | JUDGE: HON. ROBERT E. GROSSMAN |
| | a/k/a DOWLING COLLEGE, INC., } | |
| | } | |
| | DEBTOR. } | |

## DEBTOR'S POST-CONFIRMATION
## QUARTERLY OPERATING REPORT
## FOR THE PERIOD
### FROM   4/1/2019   TO   6/30/2019

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.

Signed:: _____   Date: 7/14/19

Robert S. Rosenfeld
Print Name

Plan Administrator
Title

Debtor's Address
and Phone Number:
Dowling College
PO Box 470
Massapequa, NY 11762
Tel. (212) 658-0300

Attorney's Address
and Phone Number:
Sean Southard
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor, NY, NY 10036
Tel. (212) 679-5320

**QUARTERLY OPERATING REPORT**  
**POST CONFIRMATION**

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

Note: Prior to 12/31/18, the Debtor sold almost all of its real estate and personal assets. The Debtor still maintains ownership in 5 unimproved small parcels of property in Oakdale, NY and 1 small island located in Narrows Bay, adjacent to Mastic Beach, NY. In connection with these properties, the Debtor maintains general liability and umbrella coverage, which it is in full force.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY        and        CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| General Liability - Philiadelphia Indemnity Ins. Company | 10/1/18 to 9/30/19 | Annual | N/A |
| Umbrella - Continental Insurance Company | 10/1/18 to 9/30/19 | Annual | N/A |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

**Estimated Date of Filing the Application for Final Decree: 12/31/21.**

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Attachment No. 2

**Case Name:** Dowling College
**Case Number:** 16-75545-REG
**Date of Plan Confirmation:** 12/20/18
**Plan Effective Date:** 1/14/19

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | | Post - Confirmation Date Period | | | Cumulative |
|---|---|---|---|---|---|---|
| | | | April 2019 | May 2019 | June 2019 | April - June 2019 |
| 1. | **CASH (Beginning of Period)** | | 1,338,697.80 | 589,092.83 | 564,207.98 | 1,338,697.80 |
| 2. | **INCOME or RECEIPTS during the Period** | | 3,905.41 | 18,401.78 | 3,067.01 | 25,374.20 |
| 3. | **DISBURSEMENTS** | | | | | |
| | a. **Operating Expenses (Fees/Taxes):** | | | | | |
| | (i) | U.S. Trustee Quarterly Fees | - | - | | - |
| | (ii) | Federal Taxes | 173,598.99 | - | | 173,598.99 |
| | (iii) | State Taxes | - | - | | - |
| | (iv) | Other Taxes | - | - | | - |
| | | *Total - Operating Expenses (Fees/Taxes)* | 173,598.99 | - | - | 173,598.99 |
| | b. **All Other Operating Expenses:** | | 51,147.59 | 43,286.63 | 42,131.71 | 136,565.93 |
| | c. **Plan Payments:*** | | | | | |
| | (i) | Administrative Claims- excluding retained professionals | 1,772.62 | - | - | 1,772.62 |
| | (ii) | Administrative Claims - retained professionals | 526,991.18 | - | - | 526,991.18 |
| | (iii) | DIP Financing repayments | - | - | - | - |
| | (iv) | Secured Claims | - | - | - | - |
| | (v) | Priority Claims - wage based claims | - | - | 1,194.17 | 1,194.17 |
| | (vi) | Priority Claims - non- wage based claims | - | - | - | - |
| | (vii) | Creditor Trust Payment | - | - | - | - |
| | (viii) | Costs associated with WARN Settlement | - | - | - | - |
| | | *Total - Plan Payments* | 528,763.80 | - | 1,194.17 | 529,957.97 |
| | **Total Disbursements (Operating & Plan)** | | 753,510.38 | 43,286.63 | 43,325.88 | 840,122.89 |
| 4. | **CASH (End of Period)** | | 589,092.83 | 564,207.98 | 523,949.11 | 523,949.11 |

* This includes any and all disbursements made under the plan of reorganization or in the ordinary course
  of the reorganized debtor's post-confirmation business, whether the disbursements are made
  through a trust, by a third party, or by the reorganized debtor.

**Attachment 2-a**
**January 2019**

**Dowling College**
**Quarterly Operating Report**
**Quarter Ended 6/30/19**
**Summary of Cash Flow by Month**
**April 2019**

|   |   |   | Signature Bank | | | | Bank Account | |
|---|---|---|---|---|---|---|---|---|
|   |   |   | 419 | 427 | 435 | 6057 | US Bank | Total |
| 1. | **CASH (Beginning of Period)** | | $874,727.54 | $31,384.95 | $418,341.71 | $13,783.80 | $459.80 | $1,338,697.80 |
| 2. | **INCOME or RECEIPTS during the Period** | | 1,604.39 | - | - | 2,301.02 | - | 3,905.41 |
| 3. | **DISBURSEMENTS** | | | | | | | |
|   | a. | **Operating Expenses (Fees/Taxes):** | | | | | | |
|   |   | (i) U.S. Trustee Quarterly Fees | 173,598.99 | - | - | | | 173,598.99 |
|   |   | (ii) Federal Taxes | - | - | - | | | - |
|   |   | (iii) State Taxes | - | - | - | | | - |
|   |   | (iv) Other Taxes | - | - | - | | | - |
|   |   | *Total - Operating Expenses (Fees/Taxes)* | 173,598.99 | - | - | - | - | 173,598.99 |
|   | b. | **All Other Operating Expenses:** | 1,350.00 | - | 49,782.89 | | 14.70 | 51,147.59 |
|   | c. | **Plan Payments:*** | | | | | | |
|   |   | (i) Administrative Claims- excluding retained professionals | 1,772.62 | - | - | | | 1,772.62 |
|   |   | (ii) Administrative Claims - retained professionals | 526,991.18 | - | - | | | 526,991.18 |
|   |   | (iii) DIP Financing repayments | - | - | - | | | - |
|   |   | (iv) Secured Claims | - | - | - | | | - |
|   |   | (v) Priority Claims - wage based claims | - | - | - | | | - |
|   |   | (vi) Priority Claims - non- wage based claims | - | - | - | | | - |
|   |   | (vii) Creditor Trust Payment | | | | | | - |
|   |   | (viii) Costs associated with WARN Settlement | - | - | - | | | - |
|   |   | *Total - Plan Payments* | 528,763.80 | - | - | - | - | 528,763.80 |
|   | **Total Disbursements (Operating & Plan)** | | 703,712.79 | - | 49,782.89 | - | 14.70 | 753,510.38 |
| 4 | **Bank Transfers** | | 1,772.62 | (1,772.62) | - | - | | - |
| 5 | **CASH (End of Period)** | | $174,391.76 | $29,612.33 | $368,558.82 | $16,084.82 | $445.10 | $589,092.83 |

4

**Attachment 2-b**
**February 2019**

**Dowling College**
**Quarterly Operating Report**
**Quarter Ended 6/30/19**
**Summary of Cash Flow by Month**
**May 2019**

| | | | Bank Account | | | | |
|---|---|---|---|---|---|---|---|
| | | | Signature Bank | | | | |
| | | 419 | 427 | 435 | 6057 | US Bank | Total |
| 1. | **CASH (Beginning of Period)** | $ 174,391.76 | $ 29,612.33 | $ 368,558.82 | $ 16,084.82 | $ 445.10 | $ 589,092.83 |
| 2. | **INCOME or RECEIPTS during the Period** | 13,780.74 | - | - | 4,621.02 | 0.02 | 18,401.78 |
| 3. | **DISBURSEMENTS** | | | | | | |
| a. | **Operating Expenses (Fees/Taxes):** | | | | | | - |
| | (i) U.S. Trustee Quarterly Fees | | | | | | - |
| | (ii) Federal Taxes | | | | | | - |
| | (iii) State Taxes | - | - | - | | | - |
| | (iv) Other Taxes | - | - | - | | | - |
| | *Total - Operating Expenses (Fees/Taxes)* | - | - | - | - | - | - |
| b. | **All Other Operating Expenses:** | 1,350.00 | | 41,916.91 | | 19.72 | 43,286.63 |
| c. | **Plan Payments:*** | | | | | | |
| | (i) Administrative Claims- excluding retained professionals | - | - | - | | | - |
| | (ii) Administrative Claims - retained professionals | - | - | - | | | - |
| | (iii) DIP Financing repayments | - | - | - | | | - |
| | (iv) Secured Claims | - | - | - | | | - |
| | (v) Priority Claims - wage based claims | - | - | - | | | - |
| | (vi) Priority Claims - non- wage based claims | - | - | - | | | - |
| | (vii) Creditor Trust Payment | - | | | | | - |
| | (viii) Costs associated with WARN Settlement | - | - | - | | | - |
| | *Total - Plan Payments* | - | - | - | - | - | - |
| | **Total Disbursements (Operating & Plan)** | 1,350.00 | - | 41,916.91 | - | 19.72 | 43,286.63 |
| 4 | **Bank Transfers** | 1,350.00 | - | (1,350.00) | | | - |
| 5 | **CASH (End of Period)** | $ 188,172.50 | $ 29,612.33 | $ 325,291.91 | $ 20,705.84 | $ 425.40 | $ 564,207.98 |

**Dowling College**
**Quarterly Operating Report**
**Quarter Ended 6/30/19**
**Summary of Cash Flow by Month**
**June 2019**

| | | | Bank Account | | | | |
|---|---|---|---|---|---|---|---|
| | | | Signature Bank | | | | |
| | | | **419** | **427** | **435** | **6057** | **US Bank** | **Total** |
| 1. | **CASH (Beginning of Period)** | | $ 188,172.50 | $ 29,612.33 | $ 325,291.91 | $ 20,705.84 | $ 425.40 | $ 564,207.98 |
| 2. | **INCOME or RECEIPTS during the Period** | | 245.96 | - | - | 2,821.05 | - | 3,067.01 |
| 3. | **DISBURSEMENTS** | | | | | | | |
| | a. | **Operating Expenses (Fees/Taxes):** | - | - | - | | | - |
| | | (i)  U.S. Trustee Quarterly Fees | - | - | - | | | - |
| | | (ii)  Federal Taxes | - | - | - | | | - |
| | | (iii)  State Taxes | - | - | - | | | - |
| | | (iv)  Other Taxes | - | - | - | | | - |
| | | *Total - Operating Expenses (Fees/Taxes)* | - | - | - | - | - | - |
| | b. | **All Other Operating Expenses:** | 5,568.75 | | 36,548.25 | | 14.71 | 42,131.71 |
| | c. | **Plan Payments:*** | | | | | | |
| | | (i)  Administrative Claims- excluding retained professionals | - | - | - | | | - |
| | | (ii)  Administrative Claims - retained professionals | - | - | - | | | - |
| | | (iii)  DIP Financing repayments | - | - | - | | | - |
| | | (iv)  Secured Claims | - | - | - | | | - |
| | | (v)  Priority Claims - wage based claims | 1,194.17 | - | - | | | 1,194.17 |
| | | (vi)  Priority Claims - non- wage based claims | - | - | - | | | - |
| | | (vii)  Creditor Trust Payment | | | | | | - |
| | | (viii)  Costs associated with WARN Settlement | - | - | - | | | - |
| | | *Total - Plan Payments* | 1,194.17 | - | - | - | - | 1,194.17 |
| | **Total Disbursements (Operating & Plan)** | | 6,762.92 | - | 36,548.25 | - | 14.71 | 43,325.88 |
| 4 | **Bank Transfers** | | 12,140.74 | (1,194.17) | (1,350.00) | (9,596.57) | | - |
| 5 | **CASH (End of Period)** | | $ 193,796.28 | $ 28,418.16 | $ 287,393.66 | $ 13,930.32 | $ 410.69 | $ 523,949.11 |

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**APRIL 2019**

| Bank Account Information - April 2019 | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 |
|---|---|---|---|---|---|
| **Name of Bank:** | Signature Bank | Signature Bank | Signature Bank | Signature Bank | US Bank |
| **Account Name:** | Plan Consummation Account | Plan Disputed Claim Reserve Account | Plan Administrative Expense Account | Student Collections Account | Federal Perkins Loan Account |
| **Account Number:** | xx419 | xx427 | xx435 | xx6057 | xx1467 |
| **Purpose of Account (Operating/Payroll/Tax)** | Plan Distributions | Disputed Claims | Post Effective Date Operating Expenses | Student Receivables Collection Account | Perkins Loan Account |
| **Type of Account (e.g. checking)** | Checking | Checking | Checking | Money Market | Checking |
| 1. **Balance per Bank Statement** | $ 222,461.65 | $ 29,612.33 | $ 368,558.82 | $ 16,084.82 | $ 509.80 |
| 2. **ADD**: Deposits not credited | - | - | - | - | - |
| 3. **SUBTRACT**: Outstanding Checks | (48,069.89) | - | - | - | (64.70) |
| 4. Other Reconciling Items | - | - | - | - | - |
| 5. **Month End Balance** (Must Agree with Books) | $ 174,391.76 | $ 29,612.33 | $ 368,558.82 | $ 16,084.82 | $ 445.10 |

**Note:  Attach copy of each bank statement and bank reconciliation.**
**Bank statements are available upon request.**

ATTACHMENT NO. 3a-1

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**APRIL 2019**

| Investment Account Information (1) Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| TD Wealth/Dowling Clg Cust./x5014 | | Money Market | | $ 1,551,338.72 |
| TD Wealth/Dowling Italian Studies Cust./x6012 | | Money Market | | $ 113,099.68 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**
**Bank statements are available upon request.**
*(1) The TD Wealth Management accounts are maintained for Dowling College's endowment funds and are not property of the Debtor's estate.*

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**MAY 2019**

| Bank Account Information - May 2019 | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 |
|---|---|---|---|---|---|
| Name of Bank: | Signature Bank | Signature Bank | Signature Bank | Signature Bank | US Bank |
| Account Name: | Plan Consummation Account | Plan Disputed Claim Reserve Account | Plan Administrative Expense Account | Student Collections Account | Federal Perkins Loan Account |
| Account Number: | xx419 | xx427 | xx435 | xx6057 | xx1467 |
| Purpose of Account (Operating/Payroll/Tax) | Plan Distributions | Disputed Claims | Post Effective Date Operating Expenses | Student Receivables Collection Account | Perkins Loan Account |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Money Market | Checking |
| 1. **Balance per Bank Statement** | $ 203,580.93 | $ 29,612.33 | $ 325,291.91 | $ 20,705.84 | $ 490.10 |
| 2. **ADD**: Deposits not credited | - | - | - | - | - |
| 3. **SUBTRACT**: Outstanding Checks | (15,408.43) | - | - | - | (64.70) |
| 4. Other Reconciling Items | - | - | - | - | - |
| 5. **Month End Balance** (Must Agree with Books) | $ 188,172.50 | $ 29,612.33 | $ 325,291.91 | $ 20,705.84 | $ 425.40 |

Note: Attach copy of each bank statement and bank reconciliation.
**Bank statements are available upon request.**

**QUARTERLY OPERATING REPORT**  **ATTACHMENT NO. 3b-1**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**MAY 2019**

| Investment Account Information (1) Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| TD Wealth/Dowling Clg Cust./x5014 | | Money Market | | $ 1,553,387.63 |
| TD Wealth/Dowling Italian Studies Cust./x6012 | | Money Market | | $ 113,267.89 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**
**Bank statements are available upon request.**
*(1) The TD Wealth Management accounts are maintained for Dowling College's endowment funds and are not property of the Debtor's estate.*

**ATTACHMENT NO. 3C**
**MARCH 2019**

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**JUNE 2019**

| Bank Account Information - June 2019 | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 |
|---|---|---|---|---|---|
| Name of Bank: | Signature Bank | Signature Bank | Signature Bank | Signature Bank | US Bank |
| Account Name: | Plan Consummation Account | Plan Disputed Claim Reserve Account | Plan Administrative Expense Account | Student Collections Account | Federal Perkins Loan Account |
| Account Number: | xx419 | xx427 | xx435 | xx6057 | xx1467 |
| Purpose of Account (Operating/Payroll/Tax) | Plan Distributions | Disputed Claims | Post Effective Date Operating Expenses | Student Receivables Collection Account | Perkins Loan Account |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Money Market | Checking |
| 1. **Balance per Bank Statement** | $ 201,123.84 | $ 28,418.16 | $ 287,472.96 | $ 13,930.32 | $ 475.39 |
| 2. **ADD**: Deposits not credited | - | - | - | - | - |
| 3. **SUBTRACT**: Outstanding Checks | (7,327.56) | - | (79.30) | - | (64.70) |
| 4. Other Reconciling Items | - | - | - | | - |
| 5. **Month End Balance** (Must Agree with Books) | $ 193,796.28 | $ 28,418.16 | $ 287,393.66 | $ 13,930.32 | $ 410.69 |

Note: Attach copy of each bank statement and bank reconciliation.
**Bank statements are available upon request.**

**QUARTERLY OPERATING REPORT**  **ATTACHMENT NO. 3c-1**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**JUNE 2019**

| Investment Account Information (1) Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| TD Wealth/Dowling Clg Cust./x5014 | | Money Market | | $ 1,549,363.32 |
| TD Wealth/Dowling Italian Studies Cust./x6012 | | Money Market | | $ 113,430.94 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**
**Bank statements are available upon request.**
*(1) The TD Wealth Management accounts are maintained for Dowling College's endowment funds and are not property of the Debtor's estate.*

**CHAPTER 11 POST-CONFIRMATION**  **Attachment No. 4**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xx419 |
| Purpose of Account (Operating-Plan Distributions) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 04/01/2019 | Walter Benka | IT Services - post effective date | 1,350.00 |
| 1032 | 04/04/2019 | NYS Department of Environmental Conservation | Administrative Claim - Operating Expense | 422.62 |
| 1033 | 04/17/2019 | Baker Tilly Virchow Krause, LLP | Administrative Claim - Professional Fees | 10,115.75 |
| 1034 | 04/17/2019 | Baker Tilly Virchow Krause, LLP | Administrative Claim - Professional Fees | 1,646.80 |
| 1035 | 04/17/2019 | Farrell Fritz PC | Administrative Claim - Professional Fees | 8,204.60 |
| 1036 | 04/17/2019 | FPM Group | Administrative Claim - Professional Fees | 8,245.27 |
| 1037 | 04/17/2019 | Ingerman Smith, L.L.P. | Administrative Claim - Professional Fees | 22,699.18 |
| 1038 | 04/17/2019 | U.S. Trustee | Quarterly UST Fee - 1st Qtr 2019 | 173,598.99 |
| Wire Trf | 04/17/2019 | Klestadt & Winters LLP | Administrative Claim - Professional Fees | 449,811.18 |
| Wire Trf | 04/17/2019 | Garden City Group, LLC | Administrative Claim - Professional Fees | 26,268.40 |
| 1039 | 04/21/2019 | New York State Department of Labor | Administrative Claim | 1,350.00 |
| ACH | 05/02/2019 | Walter Benka | IT Services - post effective date | 1,350.00 |
| 1040 | 06/13/2019 | United States Treasury | Administrative Claim | 1,084.82 |
| ACH | 06/14/2019 | Walter Benka | IT Services - post effective date | 1,350.00 |
| 1041 | 06/17/2019 | Tennessee Department of Labor & Workforce | Administrative Claim | 109.35 |
| Wire Trf | 06/20/2019 | Receivable Collection Service, LLC | Receivables collection fee - post effective date | 4,218.75 |
| | | | TOTAL | 711,825.71 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

**CHAPTER 11 POST-CONFIRMATION**  **Attachment No. 4**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xx435 |
| Purpose of Account (Operating) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1011 | 04/17/2019 | Computer Integrated Services-Post | Remote data storage- per Court Order | 3,500.00 |
| Wire Trf | 04/17/2019 | Klestadt & Winters LLP | Post effective date legal fees | 14,056.84 |
| Wire Trf | 04/17/2019 | RSR Consulting LLC | Post effective date Plan Administrator fees | 23,788.55 |
| 1013 | 04/21/2019 | New York State Department of Labor | Post effective date unemployment charges | 8,437.50 |
| 1014 | 05/02/2019 | ADP, LLC- post petition | Payroll processing charges | 99.15 |
| 1015 | 05/02/2019 | ADP, LLC- post petition | Payroll processing charges | 25.00 |
| 1016 | 05/16/2019 | Computer Integrated Services-Post | Remote data storage- per Court Order | 3,500.00 |
| Wire Trf | 05/16/2019 | Klestadt & Winters LLP | Post effective date legal fees | 12,658.40 |
| Wire Trf | 05/16/2019 | RSR Consulting LLC | Post effective date Plan Administrator fees | 15,240.80 |
| Wire Trf | 05/16/2019 | Garden City Group, LLC | Post effective date Claims Agent fees | 10,393.56 |
| Wire Trf | 06/13/2019 | Klestadt & Winters LLP | Post effective date legal fees | 20,884.80 |
| Wire Trf | 06/13/2019 | RSR Consulting LLC | Post effective date Plan Administrator fees | 8,184.15 |
| 1017 | 06/13/2019 | Baker Tilly Virchow Krause, LLP | Post effective date tax preparation fees | 3,900.00 |
| 1018 | 06/20/2019 | Computer Integrated Services-Post | Remote data storage- per Court Order | 3,500.00 |
| 1019 | 06/26/2019 | National Archives, Inc. | Post effective date - storage fees | 79.30 |
| | | | **TOTAL** | **128,248.05** |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.