**SILVERMANACAMPORA LLP**
Attorneys for the Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Anthony C. Acampora
Brian Powers

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.,

    Post-Confirmation Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

## NOTICE OF WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM NO. 169 FILED BY GRAMMY ENTERPRISES, LLC

**PLEASE TAKE NOTICE**, that Ronald J. Friedman, Esq. (the "**Trustee**"), the Trustee of the Dowling College Unsecured Creditor Trust (the "**Trust**"), hereby withdraws the Trust's objection to Claim No. 169 filed by Grammy Enterprises, LLC as contained in the *Dowling College Unsecured Creditor Trust's Second Omnibus Objection to Claims (Reduction or Disallowance of Claims)* (ECF Doc. No. 726).

Dated: Jericho, New York
       August 6, 2019

                                    **SILVERMANACAMPORA LLP**
                                    Attorneys for Trustee

                            By:     s/Anthony C. Acampora
                                    Anthony C. Acampora
                                    Member of the Firm
                                    100 Jericho Quadrangle, Suite 300
                                    Jericho, New York 11753
                                    (516) 479-6300

BPOWERS/2320325.1/066648