SILVERMANACAMPORA LLP
Attorneys for the Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Anthony C. Acampora
Brian Powers

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.,

Chapter 11

Case No. 16-75545 (REG)

Post-Confirmation Debtor.
-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM NO. 408 FILED BY BARNES & NOBLE COLLEGE BOOKSELLERS, LLC

**PLEASE TAKE NOTICE**, that Ronald J. Friedman, Esq. (the "**Trustee**"), the Trustee of the Dowling College Unsecured Creditor Trust (the "**Trust**"), hereby withdraws the Trust's objection to Claim No. 408 filed by Barnes & Noble College Bookseller, LLC as contained in the *Dowling College Unsecured Creditor Trust's Second Omnibus Objection to Claims (Reduction or Disallowance of Claims)* (ECF Doc. No. 726).

Dated: Jericho, New York
August 6, 2019

SILVERMANACAMPORA LLP
Attorneys for Trustee

By:  s/Anthony C. Acampora

Anthony C. Acampora
Member of the Firm
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300

BPOWERS/2320325.1/066648