UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TIMOTHY GOING

                      Plaintiff,

                                                                                                     CV_____
                                                                                                      Case No. 16-75545(REG)

-against-

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTION f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE INC.,

                      Defendants.

                                                     PLAINTIFF'S
                                                         AFFIDAVIT IN
                                                         OPPOSITION TO
                                                         DEFENDANT'S MOTION

-----------------------------------------------------------x

STATE OF NEW YORK
                SS.
COUNTY OF SUFFOLK

       Timothy Going, being duly sworn, deposes and says:

       1.   I am the plaintiff in the captioned action, and I respectfully submit this affidavit in opposition to the motion dated July 15, 2019, made by Ronald J Friedman, Esq., the Unsecured Creditor Trustee (the "**Trustee**") of Dowling College Unsecured Creditor Trust (the "**Trust**"), by his counsel, Silverman Acampora LLP.

       2.   I have personal knowledge of facts and statements within this Affidavit.

       3.   I attended Dowling College for the Fall, 2014 semester as a Freshman and was a Sophomore when Defendant abruptly closed its doors in June of 2016. During that time, I was a student athlete playing for the Dowling "Golden Lion" Baseball Team.

       4.   During my sophomore year at Dowling College, it was conveyed that your deponent would be entitled to an athletic award in the form of a scholarship to help further my education and athletic career. When Dowling closed its doors on May 31, 2016, there was extreme confusion and uncertainty as to what the next steps would be to further my education and athletic career.

       5.   Defendant did provide local schools that would accept Dowling credits, but did not offer any kind of athletic opportunities or honor an athletic award in the form of a scholarship.

       6. The time period that your deponent had to decide where to complete my education ended up being a mere four (4) week window in which I had to research schools, examine their programs for my chosen major and would offer your deponent the same opportunities I had at Dowling as an athlete.

7. The best option that your deponent had available was to attend Franklin Pierce University in Rindge, New Hampshire ("Franklin Pierce"). At Franklin Pierce I was able to continue my chosen major and athletic career, but had to fulfill an additional 15 credits as Franklin Pierce would not accept all my Dowling credits. Additionally, I was not able to take advantage of an athletic scholarship since I had to transfer to Franklin Pierce within this short four (4) week window.

8. The result of this drastic change in my college career caused a delay in my planned graduation date of a full semester, hampered my athletic career as a college baseball player, as well as lost opportunities.

9. Your deponent suffered damages in the sum of $9,572.00 as a result of these circumstances and are outlined on Exhibit "A" annexed hereto and made a part hereof.

10. This Affidavit is made to support my claim that the motion hereinabove described should be denied. Defendant did not provide your deponent with the protection of my rights and interests as an athletic student, as well as protect me from the additional costs associated with finding a college that would fit my needs in such a limited span of time.

Dated: Bay Shore, New York
August 14, 2019

_____
Timothy Going

Sworn to me before this 14TH day August of 2019

```
JOANNE FERRO
Notary Public, State of New York
No. 01FE6357559
Qualified in Suffolk County
Commission Expires April 24, 2021
```

_____
Notary Public

# Exhibit A
# Claim No. 389

Claim # 389          Electronically Filed: 03/09/2017

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK |  |
|---|---|
| Name of Debtor:<br>Dowling College | Case No.<br>16-75545 |

\* P - D C O - P O C / 1 \*

Your Claim is Scheduled As Follows:

IF YOU HAVE SUBMITTED THIS PROOF OF CLAIM FORM ELECTRONICALLY, YOU DO NOT NEED TO SUBMIT THIS FORM. PLEASE RETAIN A COPY FOR YOUR RECORDS.

# Proof of Claim
Official Form 410

If an amount is identified above, you have a claim scheduled by the Debtor. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as any of DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

This chapter 11 case was commenced in the United States Bankruptcy Court for the Eastern District of NY, on November 29, 2016 (the "Petition Date.") Fill in all the information for the claim as of the Petition Date.

## Part 1: Identify the Claim

| 1. | Who is the current creditor? | **TIMOTHY GOING**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
|---|---|---|
| 2. | Has this claim been acquired from someone else? | ✓ No<br>☐ Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>**TIMOTHY GOING**<br>Name<br>**111 GENEVA STREET**<br>Number    Street<br>**BAY SHORE, NY 11706**<br>City       State       ZIP Code<br><br>Contact phone **(631) 665-2980**<br><br>Contact email **TL.GOING@YAHOO.COM** | **Where should payments to the creditor be sent?** (if different)<br><br>_____<br>Name<br>_____<br>Number    Street<br>_____<br>City       State       ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. | Does this claim amend one already filed | ✓ No<br>☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____<br>MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ✓ No<br>☐ Yes. Who made the earlier filing? _____ |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |

| | | |
|---|---|---|
| 6. | Do you have any number you use to identify the debtor? | ✘ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
| 7. | How much is the claim? | $ 9,572.00                Does this amount include interest or other charges?<br>✘ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br>Due to the school closing I lost 15 college credits when transferring to another university. |
| 9. | Is all or part of the claim secured? | ✘ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien h been filed or recorded.<br><br>Value of property:                  $_____<br>Amount of the claim that is secured:    $ 0.00<br>Amount of the claim that is unsecured: $ 9,572.00   (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition: $_____<br><br>Annual Interest Rate (when case was filed) _____<br>☐ Fixed<br>☐ Variable |
| 10. | Is this claim based on a lease? | ✘ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. | Is this claim subject to a right of setoff? | ✘ No<br>☐ Yes. Identify the property: _____ |
| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ✘ No<br>☐ Yes. *Check all that apply:*                                                                   **Amount entitled to priority**<br><br>☐ Domestic support obligations (including alimony and child support)              $_____<br>   under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>☐ Up to $2,850* of deposits toward purchase, lease, or rental of property         $_____<br>   or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>☐ Wages, salaries, or commissions (up to $12,850*) earned within 180              $_____<br>   days before the bankruptcy petition is filed or the debto 's business<br>   ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).           $_____<br><br>☐ Contributions to an employee benefit plan.  1 U.S.C. § 507(a)(5).               $_____<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.                $_____<br><br>* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. |

\* P - D C O - P O C / 3 \*

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this clai electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

[✓] I am the creditor.

[ ] I am the creditor's attorney or authorized agent.

[ ] I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

[ ] I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03/09/2017
                  MM / DD / YYYY

**Timothy L Going**
_____
Signature

Print the name of the person who is completing and signing this claim:

Name: **Timothy L Going**
      First name    Middle name    Last name

Title: _____

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: **111 Geneva Street**
         Number        Street
         **BAY SHORE, NY 11706**
         City          State       ZIP Code

Contact phone **(631) 335-1817**    Email **Tl.going@yahoo.com**

---

IF SUBMITTING A HARD COPY OF A PROOF OF CLAIM FORM, PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS: **IF BY MAIL:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, P.O. BOX 10342, DUBLIN, OHIO 43017-5542. **IF BY HAND OR OVERNIGHT COURIER:** DOWLING COLLEGE CASE ADMINISTRATION, C/O GCG, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017. ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR EMAIL WILL NOT BE ACCEPTED.

IF YOU ARE SUBMITTING YOUR PROOF OF CLAIM ELECTRONICALLY, YOU WILL RECEIVE AN EMAIL CONFIRMATION OF YOUR CLAIM SUBMISSION. YOU WILL ALSO BE PROVIDED WITH AN ELECTRONICALLY DATE STAMPED PDF OF YOUR CLAIM. YOU MAY PRINT AND RETAIN A COPY OF THIS DOCUMENT FOR YOUR RECORDS.

THE GENERAL BAR DATE IN THESE CHAPTER 11 CASES IS MARCH 10, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)
THE GOVERNMENTAL BAR DATE IS MAY 30, 2017 AT 5:00 P.M. (PREVAILING EASTERN TIME)

```
07/03/2014                    Dowling College
                           STUDENT SCHEDULE/BILL
                              Fall 2014(201409)
   CRN    SUBJ CRSE  COURSE TITLE                  LV

   90033  ENG  1001A Principles of Writing (EI)    01
   90075  MGT  1011N Intro to Mgt Theory & Practice 01
   91001  HST  1001C World History I               01
   92858  FYE  1026A Alcohol and Drugs in America  01
   93201  MTH  1002A Fund of Mathematics           01 ✓


07/13/2015                    Dowling College
                           STUDENT SCHEDULE/BILL
                              Fall 2015(201509)
   CRN    SUBJ CRSE  COURSE TITLE                  LV

   90028  ECN  1001A Introductory Macroeconomics   01 ✓
   90382  SOC  2101C Self & Soc I:Fnd Social Theory 01
   90919  MUS  1008C World Music                   01
   91162  MTH  1006A Statistics                    01 ✓
   93100  MGT  2075N Human Resource Management     01 ✓


12/03/2014                    Dowling College
                           STUDENT SCHEDULE/BILL
                          Winter/Spring 2015(201502)
   CRN    SUBJ CRSE  COURSE TITLE                  CREDS LV

   20056  MUS  1002C Music West World: 1750-Present 3.00 01
   20141  SMP  1041A Sport in Society              3.00 01
   20420  SMP  1039N Foundations of Sport Mgt      3.00 01
   21006  HST  1022C United States II              3.00 01 ✓
   21072  CIS  1200N Intro to Info Systems Mangment 3.00 01


====
EDU  4/2016                   Dowling College
Unde                       STUDENT SCHEDULE/BILL
                          Winter/Spring 2016(201602)
 P  CRN    SUBJ CRSE  COURSE TITLE                 CREDS LV

 1  20192  ECN  2002A Introductory Microeconomics  3.00 01
 1  20252  SOC  2102C Self &Soc II:Race,Gender,Class 3.00 01
 1  21593  SMP  2048N Sport Leadership             3.00 01
 3  20226  MGT  3108N Labor Relations              3.00 01
 S  23496  NSC  2004C Science of Planet Earth      3.00 01

                              Course Credits: 15.00
```

✓ = 15 credits -- tha did not transfer over to new university

```
                                   Course Credits: 15.00
============== CHARGES =============    ==== CREDITS/ANTICIPATED CREDITS ====
EDU Passport access fee       22.00    Direct Loan - Subsidized      1732.00
Undergraduate Tuition      14550.00    Direct Loan - Unsubsidized     990.00
                                       Sibling Scholarship - U/G      750.00
                                       UG Academic Honor Scholarship 4250.00
                    * * * CONTINUED ON NEXT PAGE * * *
```

*loans / add back*
*$2722 (fasa)*

*School Scholarship $5000*

```
14,572 —
 5000  School scholarship
 9572 —
```

```
        14,572.00 +  ——> Tuition
         7,722.00 -
         1,732.00                                Timothy L. Going
           990.00       add back                 Student ID: ▮▮▮▮▮
        002.........   loans - fasa             Campus:              1
         9,572.00 *                Total Current Term Charges:  14572.00
                                   Total Current Term Credits:   7722.00

                                   Previous/Other Term Balance:     0.00
                                       Current Term Balance:     6850.00
                                                AMOUNT DUE:      6850.00
                                             Future Balance:        0.00
                                                              + 2722
---------------------- Return Bottom Portion With Payment ------$9572-----

Timothy L. Going                              Student ID: ▮▮▮▮▮
111 Geneva Street
Bay Shore, NY 11706
```




DCO0201028912    01002059



TIMOTHY GOING
111 GENEVA STREET
BAY SHORE NY 11706

In re:   Dowling College
         Case No. 16-75545 (REG)

To Whom It May Concern:

Enclosed please find a Notice of Deadline for Filing Proofs of Claim (the "<u>Bar Date Notice</u>") in the above referenced bankruptcy case pending in the United States Bankruptcy Court for the Eastern District of New York.

Please refer to the Bar Date Notice for complete instructions for filing a proof of claim. If you file a proof of claim in this chapter 11 case, you are encouraged to use the Online Claims Portal by visiting http://www.gardencitygroup.com/cases/dco and entering the Claimant Number and Control number provided below:

| Claimant Number: | 01002059 |
|---|---|
| Control Number: | 7309273092 |

Also enclosed is a hardcopy proof of claim form. If you submit a claim using the Online Claims Portal, additional hardcopy submission is unnecessary. Please retain this letter for your records.

Thank you,
Garden City Group, LLC

# AFFIDAVIT OF SERVICE

State of New York    )
County of Suffolk    )

The undersigned being duly sworn, deposes and says:

Theresa E Going is not a party to the action, is over 18 years of age and resides at 111 Geneva Street, Bay Shore New York.

That on August 14, 2019, deponent served the with in Plaintiff's Affidavit in Opposition to Defendant's Motion - Case No 16-75545 (REG) Timothy Going vs Dowling College f/d/b/a Dowling Institution f/d/b/a/ Dowling College Alumni Association f/d/b/a Cecom a/k/a/ Dowling College Inc. upon:

Pro Se Office – United States District Court Eastern District New York - 100 Federal Plaza CI, NY
Chamber of the Honorable Robert E Grossman - 290 Federal Plaza CI, NY
Clerk of the United States Bankruptcy Court Eastern District of New York -290 Federal Plaza CI, NY
The Office of the United States Trustee for Region 2 att: Stan Yang - 560 Federal Plaza CI, NY
Silverman Acampora LLP att: Brian Powers - 100 Jericho Quadrangle Suite 300 Jericho, NY

__X__ Personal Service: by delivering a true copy of the aforesaid documents personally; deponent knew said person/corporation so served to be the person/corporation described.

_____ Service by Mail: by depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope m a post office or official depository under the exclusive care and custody of the United States Postal Service.

_____
Theresa E Going

Sworn to before me this __14th__

day of __August__

_____
Notary Public

JOANNE FERRO
Notary Public, State of New York
No. 01FE6357559
Qualified in Suffolk County
Commission Expires April 24, 2021