**SILVERMANACAMPORA LLP**
Attorneys for the Ronald J. Friedman, Esq.,
Unsecured Creditor Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Anthony C. Acampora, Esq.
Brian Powers, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.,

      Post-Confirmation Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                 ) ss.:
COUNTY OF NASSAU   )

      I, **Deanna Caliendo,** being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by SilvermanAcampora LLP.

      On August 16, 2019, I served the:

- **REPLY IN FURTHER SUPPORT OF DOWLING COLLEGE UNSECURED CREDITOR TRUST'S THIRD OMNIBUS OBJECTION TO CLAIMS (STUDENT CLAIMS)**

by regular mail delivery to the addresses listed thereon, said addresses designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

US Trustee Trial Attorney
Stan Y. Yang
Office of the United States Trustee
Central Islip Office
Alfonse M D'Amato US Courthouse
560 Federal Plaza
Central Islip, NY 11722

Anthony Ketterer
2380 Julia Goldbach Avenue
Ronkonkoma, NY 11779

BPOWERS/2322804.1/066648

Justine DeLuca
767 Milligan Lane
West Islip, NY 11795

Peter Esposito
14 Beach Road
Port Jefferson, NY 11777

Timothy Going
111 Geneva Street
Bay Shore, NY 11706

                s/ Deanna Caliendo
                **DEANNA CALIENDO**

Sworn to before me this                Brian Powers
16th day of August, 2019                Notary Public, State of New York
                No.:  02PO6283072
s/ Brian Powers                Qualified in Suffolk County
Notary Public                Commission Expires May 28, 2021