**SILVERMANACAMPORA LLP**
Attorneys for the Ronald J. Friedman, Esq.,
Unsecured Creditor Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Anthony C. Acampora, Esq.
Brian Powers, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.,

      Post-Confirmation Debtor.
----------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                  ) ss.:
COUNTY OF NASSAU    )

     I, **Deanna Caliendo,** being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by SilvermanAcampora LLP.

     On August 16, 2019, I served the:

- **REPLY IN FURTHER SUPPORT OF DOWLING COLLEGE UNSECURED CREDITOR TRUST'S FIRST AND SECOND OMNIBUS OBJECTIONS TO CLAIMS**

by regular mail delivery to the addresses listed thereon, said addresses designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

US Trustee Trial Attorney
Stan Y. Yang
Office of the United States Trustee
Central Islip Office
Alfonse M D'Amato US Courthouse
560 Federal Plaza
Central Islip, NY 11722

Peggy B. Reed
32 Woodhaven Drive
Simsbury, CT 06070

BPOWERS/2322817.1/066648

Bonnie Nohs
53 Astor Court
Commack, NY 11725

Deanna Ocampo
78 Cullen Avenue
Islip, NY 11751

                                        s/ Deanna Caliendo
                                        **DEANNA CALIENDO**

| | |
|---|---|
| Sworn to before me this | Brian Powers |
| 16th day of August, 2019 | Notary Public, State of New York |
| | No.: 02PO6283072 |
| s/ Brian Powers | Qualified in Suffolk County |
| Notary Public | Commission Expires May 28, 2021 |