```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
In re:

DOWLING COLLEGE f/d/b/a DOWLING            Chapter 11
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM           Case No. 16-75545 (REG)
a/k/a DOWLING COLLEGE, INC.

        Post-Confirmation Debtor.
---------------------------------------X
```

## ADDENDUM TO
## OPPOSITION TO OBJECTION TO CLAIMS

**Claim #9   $15,000 - Bonnie Nohs for Michelle T. Nohs**
**Claim #53     $500 - Deanna Ocampo for Michelle T. Nohs**

1. This is to advise the Court that Professor Lori Zaikowski, former Chemistry and Physics Department Chair, has personal knowledge of the Scholarship Account that was setup in the name of Michelle T. Nohs. It is my understanding that she is also a member of the Board of Unsecured Creditors.

Respectfully submitted,

Bonnie Nohs, mother
53 Astor Court
Commack, NY 11725

State of New York}
            :ss
County of Suffolk}

Sworn to before me this
21st day of August, 2019.

_Valerie J. Cohen_
Notary Public

VALERIE J. COHEN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CO4997886
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES: JUNE 15, 2022