UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

    DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.,

            Post-Confirmation Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

### ORDER GRANTING DOWLING COLLEGE UNSECURED
### CREDITOR TRUST'S FIRST OMNIBUS OBJECTION TO
### CLAIMS (DUPLICATIVE, AMENDED, AND SUPERSEDED CLAIMS)

Upon the First Omnibus Objection to Claims (Duplicative, Amended, and Superseded Claims) (ECF Doc. No. 724) (the "**Objection**") filed by Ronald J. Friedman, Esq., the Trustee (the "**Trustee**") of the Dowling College Unsecured Creditor Trust (the "**Trust**"), dated July 12, 2019, seeking entry of an order disallowing certain proofs of claim filed by certain claimants against Dowling College f/d/b/a Dowling Institute f/d/b/a Dowling College Alumni Association f/d/b/a Cecom a/k/a Dowling College, Inc. (the "**Debtor**"); and upon the declaration of Neil Bivona filed in support of the Objection; and upon the hearing on the Objection held before the Court on August 21, 2019 (the "**Hearing**"), the transcript of which is incorporated herein by reference; and all oppositions and responses to the Objection having been resolved or overruled; and due and proper notice of the Objection and the Hearing having been given to claimants in accordance with the Federal Rules of Bankruptcy Procedure; and it appearing that no further notice need be given or required; and after due deliberation and sufficient cause appearing for the relief requested; it is hereby

    **ORDERED**, that the Objection is granted to the extent provided herein; and it is further

    **ORDERED**, that each claim identified on Exhibit 1 and Exhibit 2 hereto is hereby be disallowed; and it is further

**ORDERED**, that the Trustee is hereby authorized to do such things, expend such funds and execute such documents as to effectuate the terms and conditions of this Order.



Dated: Central Islip, New York         Robert E. Grossman
       August 28, 2019                    United States Bankruptcy Judge