**EXHIBIT 1**

| Seq. No. | Claimant | Claim No. | Claimed Amount |
|---|---|---|---|
| 1 | Airweld<br>94 Marine Street<br>Farmingdale, NY 11735 | 131 | $12,420.00 |
| 2 | Airweld<br>94 Marine Street<br>Farmingdale, NY 11735 | 132 | $12,420.00 |
| 3 | Angie L. Martinez<br>334 Brentwood Parkway<br>Brentwood, NY 11717 | 443 | $26,590.00 |
| 4 | Courtney Whalley<br>192 Edmundton Drive D1<br>North Babylon, NY 11703 | 130 | $35,991.65 |
| 5 | East Islip Lumber Co Inc.<br>33 Wall Street<br>East Islip, NY 11730 | 15 | $1,110.19 |
| 6 | Justin Robert Carlson<br>8 Mercer Street<br>Port Jefferson Station, NY 11776 | 3 | $2,400.00 |
| 7 | Mike Covello<br>110 Merkel Drive<br>Bloomfield, NJ 07003 | 72 | $275.00 |
| 8 | United States Department of Education<br>400 Maryland Avenue SW, Ste. 6E215<br>Washington, DC 20202<br>Attn: Natasha Varnovitsky | 482 | $22,899,773.37 |
| 9 | United States Department of Education<br>400 Maryland Avenue SW, Ste. 6E215<br>Washington, DC 20202<br>Attn: Natasha Varnovitsky | 783 | $7,752,056.00 |
| 10 | Vladislav Tsalko<br>102 Jerome Road, Apt. 1<br>Staten Island, NY 10305 | 802 | $42,000.00 |
| 11 | Ann Saggese Garnes<br>535 Parkway Dr.<br>Elmont, NY 11003 | 186 | $20,000.00 |
| 12 | Ashvin Doshi<br>120 Marquise Ln.<br>Annapolis, MD 21401-8825 | 133 | $20,000.00 |

| Seq. No. | Claimant | Claim No. | Claimed Amount |
|---|---|---|---|
| 13 | Carole Saturnino<br>164 Ponderosa Dr.<br>Williamsville, NY 14221 | 226 | $10,000.00 |
| 14 | David C. Maserjian<br>19 Parasol Ridge<br>Poughkeepsie, NY12603 | 188 | $15,000.00 |
| 15 | David Gold and Bertha Gold JT Ten<br>c/o David Gold<br>510 Ave J<br>Brooklyn, NY 11230 | 448 | $20,000.00 |
| 16 | Dennis H. Hawkins<br>PO Box 1163<br>Draper, UT 84020 | 171 | $50,000.00 |
| 17 | Diana Sclafini<br>12 Greenwich Ave.<br>Manchester, NJ 08759 | 208 | $10,000.00 |
| 18 | George Roberta<br>229 McClain St.<br>Mount Kisco, NY 10549 | 105 | $50,000.00 |
| 19 | George Roberta<br>229 McClain St.<br>Mount Kisco, NY 10549 | 210 | $50,000.00 |
| 20 | Gerald R. & Beverly G. Sullivan<br>4 Lewis Rd.<br>Garnerville, NY 10923<br>Attn: Gerald R. Sullvian | 282 | $30,000.00 |
| 21 | Harold A. Koster & Joan M. Koster<br>7604 NY Route 79<br>Whitney Point, NY 13862 | 352 | $25,000.00 |
| 22 | Irwin M. Weinstock<br>8 Hope Ct.<br>Plainview, NY11803-5624 | 206 | $15,000.00 |
| 23 | John Grande<br>1888 W 7th St.<br>Brooklyn, NY 1123 | 241 | Unliquidated |
| 24 | Joseph M. Kazckowski Trustee<br>c/o Joseph M. & Ruth L. Kazckowski<br>773 US Hwy 6<br>Port Jervis, NY 12771 | 409 | Unliquidated |
| 25 | Kenneth A. Dooppelt<br>59 Oldfield<br>Roslyn, NY 11576 | 205 | $10,000.00 |
| 26 | Laurie Hoffman<br>23212 Sanabria Loop<br>Bonita Spgs, FL 34135-5364 | 150 | $5,000.00 |
| 27 | Lewis T. Boxwell<br>420 Sand Creed Rd. Apt. 629<br>Albany, NY 12205 | 317 | $10,000.00 |

| Seq. No. | Claimant | Claim No. | Claimed Amount |
|---|---|---|---|
| 28 | Marie Turro Gillespie<br>94 Third St.<br>Garden City, NY 11530-4406 | 117 | $25,000.00 |
| 29 | Melanie Dobel<br>105 St. Charles Dr.<br>Madison, MS 39110 | 249 | $25,000.00 |
| 30 | Miroslav Satan<br>46 Kettlepond Rd.<br>Jericho, NY 11753 | 242 | $615,000.00 |
| 31 | Nickolas Peppino Vlannes<br>2934 Beau Lane<br>Fairfax, VA 22031-1304 | 229 | $200,000.00 |
| 32 | Peggy B. Reed<br>32 Woodhaven Dr.<br>Simsbury, CT 06070 | 316 | $5,000.00 |
| 33 | Steven J. Dobel<br>151 Heron's Landing<br>Ridgeland, MS 39157 | 283 | $25,000.00 |
| 34 | US Trust Company of Delaware Co-Trustee Danyal<br>Ozizmir Irrevocable Trust<br>100 N King St, St. DE5 002 04 12<br>Wilmington, DE 19884 | 122 | $25,000.00 |
| 35 | US Trust Company of Delaware Co-Trustee Danyal<br>Ozizmir Irrevocable Trust<br>100 N King St, St. DE5 002 04 12<br>Wilmington, DE 19884 | 123 | $40,000.00 |
| 36 | Waldemar Lipinski<br>148 Freeman St.<br>Brooklyn, NY 11222 | 240 | $75,000.00 |
| 37 | William A. Apfel<br>100 W 72nd St. Apt. 5EF<br>New York, NY 10023 | 222 | $25,000.00 |

**EXHIBIT 2**

| Seq. No. | Claimant | Claim No(s). | Amount Claimed |
|---|---|---|---|
| 1 | Ann Saggese Garnes<br>535 Parkway Drive<br>Elmont, NY 11003 | 186 | $20,000.00 |
| 2 | Ashvin Doshi<br>120 Marquise Lane<br>Annapolis, MD 21401-8825 | 133 | $20,000.00 |
| 3 | Carole Saturnino<br>164 Ponderosa Drive<br>Williamsville, NY 14221 | 226 | $10,000.00 |
| 4 | David C. Maserjian<br>19 Parasol Ridge<br>Poughkeepsie, NY12603 | 188 | $15,000.00 |
| 5 | David Gold and Bertha Gold JT Ten<br>c/o David Gold<br>510 Avenue J<br>Brooklyn, NY 11230 | 448 | $20,000.00 |
| 6 | Dennis H. Hawkins<br>PO Box 1163<br>Draper, UT 84020 | 171 | $50,000.00 |
| 7 | Diana Sclafini<br>12 Greenwich Avenue<br>Manchester, NJ 08759 | 208 | $10,000.00 |
| 8 | George Roberta<br>229 McClain Street<br>Mount Kisco, NY 10549 | 105 | $50,000.00 |
| 9 | George Roberta<br>229 McClain Street<br>Mount Kisco, NY 10549 | 210 | $50,000.00 |
| 10 | Gerald R. & Beverly G. Sullivan<br>4 Lewis Road<br>Garnerville, NY 10923<br>Attn: Gerald R. Sullivan | 282 | $30,000.00 |
| 11 | Harold A. Koster & Joan M. Koster<br>7604 NY Route 79<br>Whitney Point, NY 13862 | 352 | $25,000.00 |
| 12 | Irwin M. Weinstock<br>8 Hope Court<br>Plainview, NY11803-5624 | 206 | $15,000.00 |
| 13 | John Grande<br>1888 W 7th Street<br>Brooklyn, NY 11223 | 241 | Unliquidated |
| 14 | Joseph M. Kazckowski Trustee<br>c/o Joseph M. & Ruth L. Kazckowski<br>773 US Highway 6<br>Port Jervis, NY 12771 | 409 | Unliquidated |

| Seq. No. | Claimant | Claim No(s). | Amount Claimed |
|---|---|---|---|
| 15 | Kenneth A. Dooppelt<br>59 Oldfield<br>Roslyn, NY 11576 | 205 | $10,000.00 |
| 16 | Laurie Hoffman<br>23212 Sanabria Loop<br>Bonita Spings, FL 34135-5364 | 150 | $5,000.00 |
| 17 | Lewis T. Boxwell<br>420 Sand Creed Road, Apt. 629<br>Albany, NY 12205 | 317 | $10,000.00 |
| 18 | Marie Turro Gillespie<br>94 Third Street<br>Garden City, NY 11530-4406 | 177 | $25,000.00 |
| 19 | Melanie Dobel<br>105 St. Charles Drive<br>Madison, MS 39110 | 249 | $25,000.00 |
| 20 | Miroslav Satan<br>46 Kettlepond Road<br>Jericho, NY 11753 | 242 | $615,000.00 |
| 21 | Nickolas Peppino Vlannes<br>2934 Beau Lane<br>Fairfax, VA 22031-1304 | 229 | $200,000.00 |
| 22 | Peggy B. Reed<br>32 Woodhaven Drive<br>Simsbury, CT 06070 | 316 | $5,000.00 |
| 23 | Steven J. Dobel<br>151 Heron's Landing<br>Ridgeland, MS 39157 | 283 | $25,000.00 |
| 24 | US Trust Company of Delaware Co-Trustee Danyal<br>Ozizmir Irrevocable Trust<br>100 N King Street, DE5 002 04 12<br>Wilmington, DE 19884 | 122 | $25,000.00 |
| 25 | US Trust Company of Delaware Co-Trustee Danyal<br>Ozizmir Irrevocable Trust<br>100 N King Street, DE5 002 04 12<br>Wilmington, DE 19884 | 123 | $40,000.00 |
| 26 | Waldemar Lipinski<br>148 Freeman Street<br>Brooklyn, NY 11222 | 240 | $75,000.00 |
| 27 | William A. Apfel<br>100 W 72nd Street, Apt. 5EF<br>New York, NY 10023 | 222 | $25,000.00 |