UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.,

      Post-Confirmation Debtor.
------------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

**ORDER GRANTING DOWLING COLLEGE
UNSECURED CREDITOR TRUST'S SECOND OMNIBUS
<u>OBJECTION TO CLAIMS (REDUCTION OR DISALLOWANCE OF CLAIMS)</u>**

Upon the Second Omnibus Objection to Claims (Reduction or Disallowance of Claims) (ECF Doc. No. 726) (the "**Objection**") filed by Ronald J. Friedman, Esq., the Trustee (the "**Trustee**") of the Dowling College Unsecured Creditor Trust (the "**Trust**"), dated July 15, 2019, seeking entry of an order reducing or disallowing certain proofs of claim filed by certain claimants against Dowling College f/d/b/a Dowling Institute f/d/b/a Dowling College Alumni Association f/d/b/a Cecom a/k/a Dowling College, Inc. (the "**Debtor**"); and upon the declaration of Neil Bivona filed in support of the Objection; and upon the hearing on the Objection held before the Court on August 21, 2019 (the "**Hearing**"), the transcript of which is incorporated herein by reference; and, except as set forth herein, all oppositions and responses to the Objection having been resolved or overruled; and due and proper notice of the Objection and the Hearing having been given to claimants in accordance with the Federal Rules of Bankruptcy Procedure; and it appearing that no further notice need be given or required; and after due deliberation and sufficient cause appearing for the relief requested; it is hereby

**ORDERED**, that the Objection is granted to the extent provided herein; and it is further

**ORDERED**, that each claim identified on Exhibit 1 hereto is hereby be reduced or disallowed as set forth on Exhibit 1; and it is further

**ORDERED**, that the hearing on the Objection solely with respect to Claim No. 9 filed by Bonnie Nohs, Claim No. 53 filed by Deanna Ocampo, and Claim No. 784 filed by the United States Department of Education is hereby adjourned to September 16, 2019 at 1:30 p.m.

**ORDERED**, that the Trustee is hereby authorized to do such things, expend such funds and execute such documents as to effectuate the terms and conditions of this Order.



Dated: Central Islip, New York  
      August 28, 2019

Robert E. Grossman  
United States Bankruptcy Judge