**EXHIBIT 1**

| Seq. No. | Claim No. | Claimant | Claimed Amount | Relief Granted |
|---|---|---|---|---|
| 1 | 187 | Block Chiropractic Sports and Wellness<br>301 Maple Avenue<br>Smithtown, NY 11787 | $81,767.00 | Disallowance |
| 2 | 290 | Bri-Tech, Inc.<br>829 Lincoln Avenue<br>Bohemia, NY 11716 | $10,544.50 | Reduce claim to a general unsecured claim in the amount of $4,840.50. |
| 3 | 75 | CIT Finance, LLC<br>PO Box 593007<br>San Antonio, TX 78259 | $10,504.34 | Reduce claim to a general unsecured claim in the amount of $6,132.12. |
| 4 | 179 | Delta Mu Delta<br>3730 Grand Boulevard<br>Brookfield, IL 60513-1624 | $1,940.93 | Disallowance |
| 5 | 252 | Doherty, Enterprises, Inc.<br>7 Pearl Court<br>Allendale, NJ 07401 | $10,000.00 | Disallowance |
| 6 | 405 | Elinor Brunswick Appel<br>85 Windham Road<br>Rockville Centre, NY 11570 | $2,994.55 | Disallowance |
| 7 | 447 | Elsevier BV<br>c/o Elsevier O2C<br>POB 1270<br>1000 BG Amsterdam<br>The Netherlands | $27,536.80 | Reduce claim to a general unsecured claim in the amount of $13,367.38. |
| 8 | 358 | Expense Reduction Analysts<br>Addison Tower<br>16415 Addison Road<br>Addison, TX 75001<br>Attn: Dianna Ludlow-Arreola | $8,188.52 | Reduce claim to a general unsecured claim in the amount of $3,090.57. |
| 9 | 203 | Gayle M. Balmuth<br>13 Marjon Avenue<br>Scotia, NY 12302 | $25,000.00 | Disallowance |
| 10 | 451 | Geeta Persad<br>55 Palm Street | Unliquidated | Disallowance |

| Seq. No. | Claim No. | Claimant | Claimed Amount | Relief Granted |
|---|---|---|---|---|
|  |  | Central Islip, NY 11722 |  |  |
| 11 | 455 | Hartford Fire Insurance Company<br>Hartford Plaza<br>Bankruptcy Unit NP-3<br>Hartford, CT 06155 | $56,511.00 | Disallowance |
| 12 | 276 | Hobsons Inc<br>c/o Taft Stettinius & Hollister LLP<br>425 Walnut Street #1800<br>Cincinnati, OH 45202<br>Attn: Casey Cantrell Swartz | $52,704.86 | Reduce claim to a general unsecured claim in the amount of $32,304.86. |
| 13 | 142 | Joseph Economico<br>49 Clayton Boulevard, Apt. 121<br>Baldwin Place, NY 10505 | $245.25 | Disallowance |
| 14 | 125 | Laser Performance Products, Inc.<br>44 W. Jefryn Boulevard, Ste. N<br>Deer Park, NY 11729 | $6,000.00 | Disallowance |
| 15 | 425 | Maryann Caputo<br>1 Wateredge Court<br>Oakdale, NY 11769 | $1,707.88 | Disallowance |
| 16 | 85 | Mike Caldarella<br>108 Kemah-Mecca Lake Road<br>Newton, NJ 07860 | $275.00 | Disallowance |
| 17 | 293 | National Union Fire Insurance Company<br>175 Water Street, 15th Floor<br>New York, NY 10038 | $5,000.00 | Disallowance |
| 18 | 168 | Platinum Energy LLC<br>266 Bangor Street<br>Lindenhurst, NY 11757<br>Attn: Justin Schwartz | $26,648.64 | Disallowance |
| 19 | 27 | Robert Elkins<br>139 Richmond Avenue<br>Medford, NY 11763 | $2,109.60 | Disallowance |

| Seq. No. | Claim No. | Claimant | Claimed Amount | Relief Granted |
|---|---|---|---|---|
| 20 | 165 | Robert Moccia<br>208-04 Robert Road<br>Bayside, NY 11360 | $410.00 | Disallowance |
| 21 | 393 | Royal Star Associates, Inc.<br>c/o Phillips, Artura & Cox<br>165 South Wellwood Avenue<br>Lindenhurst, NY 11757 | $46,437.50 | Reduce claim to a general unsecured claim in the amount of $34,362.50. |
| 22 | 39 | Skyrush Marketing<br>PO Box 354<br>Yaphank, NY 11980 | $7,900.00 | Reduce claim to a general unsecured claim in the amount of $2,899.01. |
| 23 | 288 | Smart Power Inc<br>829 Lincoln Avenue<br>Bohemia, NY 11716 | $4,967.65 | Reduce claim to a general unsecured claim in the amount of $453.14. |
| 24 | 318 | Steven Murray<br>34 Lakewood Road<br>Lake Ronkonkoma, NY 11779 | $210.34 | Disallowance |
| 25 | 391 | The Hartford<br>PO Box 660916<br>Dallas, TX 75266 | $56,511.00 | Disallowance |
| 26 | 780 | Westchester Journal News Acct<br>c/o Law Dept.<br>7950 Jones Branch Drive<br>McLean, VA 22107<br>Attn: Kathleen Hennessey-Gannett | $10,255.00 | Disallowance |