**Information to identify the case:**

Debtor          **Dowling College**                                    EIN   **11–2157078**
                Name

United States Bankruptcy Court   **Eastern District of New York**

Case number:   **8–16–75545–reg**                Date case filed for chapter  **11**   **11/29/16**

# NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 8/21/19 was filed on 8/28/19.

The following deadlines apply:

The parties have until September 4, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is September 18, 2019.

If a Transcript Redaction Request is filed, the redacted transcript is due September 30, 2019.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is November 26, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext at 888.706.4576 or you may view the document at the public terminal at the Office of the Clerk.

Dated: August 29, 2019

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17]