## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: smarcus | Date Created: 8/29/2019 |
| Case: 8−16−75545−reg | Form ID: 295 | Total: 8 |

**Recipients of Notice of Electronic Filing:**
aty     Anthony C Acampora     efilings@spallp.com
aty     Brian Powers     bpowers@silvermanacampora.com
aty     Joseph Charles Corneau     jcorneau@klestadt.com
aty     Lauren Catherine Kiss     lkiss@klestadt.com
aty     Sean C Southard     ssouthard@klestadt.com
aty     Stephanie R Sweeney     ssweeney@klestadt.com

                                                                                                                                                                                                                                TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Dowling College     PO Box 470     Massapequa, NY 11762
aty     Klestadt Winters Jureller Southard & Stevens, LLP     200 West 41st Street     17th Floor     New York, NY 10036−7203

                                                                                                                                                                                                                                TOTAL: 2