**SILVERMANACAMPORA LLP**
Attorneys for the Ronald J. Friedman, Esq.,
Unsecured Creditor Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Anthony C. Acampora, Esq.
Brian Powers, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.,

      Post-Confirmation Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF NASSAU   )

      I, **Deanna Caliendo,** being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by SilvermanAcampora LLP.

      On August 29, 2019, I served the:

- **NOTICE OF WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM NO. 246 FILED BY ANTHONY KETTERER**

by regular mail delivery to the address listed thereon, said address designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

To:    Anthony Ketterer
         2380 Julia Goldbach Avenue
         Ronkonkoma, NY 11779

                                           s/ Deanna Caliendo
                                           **DEANNA CALIENDO**

Sworn to before me this                    Haley L. Trust
29th day of August, 2019                  Notary Public, State of New York
                                           No.: 02TR6368898
s/ Haley Trust                              Qualified in Nassau County
Notary Public                              Commission Expires December 26, 2021

HTRUST/2326548.1/066648