**SILVERMANACAMPORA LLP**
Attorneys for the Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Anthony C. Acampora
Brian Powers

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

   DOWLING COLLEGE f/d/b/a DOWLING
   INSTITUTE f/d/b/a DOWLING COLLEGE
   ALUMNI ASSOCIATION f/d/b/a CECOM
   a/k/a DOWLING COLLEGE, INC.,

          Post-Confirmation Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

### NOTICE OF WITHDRAWAL OF OBJECTION TO
### PROOF OF CLAIM NO. 284 FILED BY PETER ESPOSITO

**PLEASE TAKE NOTICE**, that Ronald J. Friedman, Esq. (the "**Trustee**"), the Trustee of the

Dowling College Unsecured Creditor Trust (the "**Trust**"), hereby withdraws the Trust's objection to

Claim No. 284 filed by Peter Esposito as contained in the *Dowling College Unsecured Creditor*

*Trust's Third Omnibus Objection to Claims (Student Claims)* (ECF Doc. No. 728).

Dated: Jericho, New York
      August 29, 2019

                                **SILVERMANACAMPORA LLP**
                                Attorneys for Trustee

                    By:   *s/ Anthony Acampora*
                          Anthony C. Acampora
                          Member of the Firm
                          100 Jericho Quadrangle, Suite 300
                          Jericho, New York 11753
                          (516) 479-6300