**SILVERMANACAMPORA LLP**
Attorneys for the Ronald J. Friedman, Esq.,
Unsecured Creditor Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Anthony C. Acampora, Esq.
Brian Powers, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

  DOWLING COLLEGE f/d/b/a DOWLING
  INSTITUTE f/d/b/a DOWLING COLLEGE
  ALUMNI ASSOCIATION f/d/b/a CECOM
  a/k/a DOWLING COLLEGE, INC.,

       Post-Confirmation Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NASSAU    )

     I, **Deanna Caliendo,** being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by SilvermanAcampora LLP.

     On August 29, 2019, I served the:

- **NOTICE OF WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM NO. 284 FILED BY PETER ESPOSITO**

by regular mail delivery to the address listed thereon, said address designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

To:    Peter Esposito
        14 Beach Road
        Port Jefferson, NY 11777

                                              s/ Deanna Caliendo
                                              **DEANNA CALIENDO**

Sworn to before me this                Haley L. Trust
29th day of August, 2019                Notary Public, State of New York
                                              No.: 02TR6368898
s/ Haley L. Trust                            Qualified in Nassau County
Notary Public                                Commission Expires December 26, 2021

                                                                        HTRUST/2326546.1/066648

Case 8-16-75545-reg    Doc 748-1    Filed 08/29/19    Entered 08/29/19 15:20:28

HTRUST/2326546.1/066648