**SILVERMANACAMPORA LLP**
Attorneys for the Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Anthony C. Acampora
Brian Powers

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.,

    Post-Confirmation Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

### NOTICE OF WITHDRAWAL OF OBJECTION TO
### PROOF OF CLAIM NO. 389 FILED BY TIMOTHY GOING

**PLEASE TAKE NOTICE**, that Ronald J. Friedman, Esq. (the "**Trustee**"), the Trustee of the Dowling College Unsecured Creditor Trust (the "**Trust**"), hereby withdraws the Trust's objection to Claim No. 389 filed by Timothy Going as contained in the *Dowling College Unsecured Creditor Trust's Third Omnibus Objection to Claims (Student Claims)* (ECF Doc. No. 728).

Dated: Jericho, New York
    August 29, 2019

                **SILVERMANACAMPORA LLP**
                Attorneys for Trustee

By:  *s/ Anthony C. Acampora*
      Anthony C. Acampora
      Member of the Firm
      100 Jericho Quadrangle, Suite 300
      Jericho, New York 11753
      (516) 479-6300