**SILVERMANACAMPORA LLP**
Attorneys for the Ronald J. Friedman, Esq.,
Unsecured Creditor Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Anthony C. Acampora, Esq.
Brian Powers, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.,

      Post-Confirmation Debtor.
----------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NASSAU     )

    I, **Deanna Caliendo,** being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by SilvermanAcampora LLP.

    On August 29, 2019, I served the:

- **NOTICE OF WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM NO. 389 FILED BY TIMOTHY GOING**

by regular mail delivery to the address listed thereon, said address designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

To:    Timothy Going
        111 Geneva Street
        Bay Shore, NY 11706        s/ Deanna Caliendo
                                                  **DEANNA CALIENDO**

Sworn to before me this                Haley L. Trust
29th day of August, 2019              Notary Public, State of New York
                                              No.: 02TR6368898
s/ Haley L. Trust                          Qualified in Nassau County
Notary Public                              Commission Expires December 26, 2021

HTRUST/2326248.1/066648