United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 16-75545-reg
Dowling College  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8    User: smarcus    Page 1 of 2    Date Rcvd: Aug 29, 2019
    Form ID: 295    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.
db        +Dowling College,   PO Box 470,   Massapequa, NY 11762-0470
aty       +Klestadt Winters Jureller Southard & Stevens, LLP,   200 West 41st Street,   17th Floor,
            New York, NY 10036-7219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
    Adam T Berkowitz    on behalf of Creditor    UMB Bank, National Association as Indenture Trustee
     aberkowitz@garfunkelwild.com,    jfigueroa@garfunkelwild.com
    Anthony C Acampora    on behalf of Plaintiff Ronald J.  Friedman efilings@spallp.com,
     aca@spallp.com;ksilverman@ecf.epiqsystems.com;ggerson@sallp.com;sgiugliano@silvermanacampora.com
    Anthony C Acampora    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
     efilings@spallp.com,
     aca@spallp.com;ksilverman@ecf.epiqsystems.com;ggerson@sallp.com;sgiugliano@silvermanacampora.com
    Anthony C Acampora    on behalf of Interested Party    Ronald J. Friedman, Esq., Unsecured Creditor
     Trustee efilings@spallp.com,
     aca@spallp.com;ksilverman@ecf.epiqsystems.com;ggerson@sallp.com;sgiugliano@silvermanacampora.com
    Anthony C Acampora    on behalf of Interested Party Ronald J. Friedman efilings@spallp.com,
     aca@spallp.com;ksilverman@ecf.epiqsystems.com;ggerson@sallp.com;sgiugliano@silvermanacampora.com
    Arthur Z Schwartz    on behalf of Creditor Martin  Schoenhals aschwartz@afjlaw.com
    Bonnie  Pollack    on behalf of Creditor    NCF Capital LTD bpollack@cullenanddykman.com
    Brendan M Scott    on behalf of Defendant    Dowling College bscott@klestadt.com
    Brian Powers    on behalf of Interested Party    Ronald J. Friedman, Esq., Unsecured Creditor
     Trustee bpowers@silvermanacampora.com
    Brian D Pfeiffer    on behalf of Creditor    ACA Financial Guaranty Corp.
     brian.pfeiffer@whitecase.com,    jdisanti@whitecase.com;mco@whitecase.com
    Dipesh  Patel    on behalf of Creditor    Dowling College Full Time Faculty Chapter of New York
     State United Teachers dipesh.patel@saul.com
    Elizabeth M Aboulafia    on behalf of Creditor    NCF Capital LTD eaboulafia@cullenanddykman.com
    Gerard R Luckman    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
     GLuckman@Forchellilaw.com,    GLuckman@Forchellilaw.com;Bhufnagel@forchellilaw.com
    Glenn P Warmuth    on behalf of Interested Party Kimberly Dawn Poppiti gpw@stim-warmuth.com,
     pjw@stim-warmuth.com
    Glenn P Warmuth    on behalf of Creditor Kimberly Dawn Poppiti gpw@stim-warmuth.com,
     pjw@stim-warmuth.com
    Harold  Seligman    on behalf of Interested Party    Bridgestone Capital Partners, LLC
     hseligman@msn.com
    Howard B Kleinberg    on behalf of Interested Party    Certain Members Of The Dowling College Board
     of Trustees hkleinberg@MSEK.com,    kgiddens@msek.com
    Howard B Kleinberg    on behalf of Defendant Ralph  Cerullo hkleinberg@MSEK.com,    kgiddens@msek.com
    Howard B Kleinberg    on behalf of Defendant Dennis  O'Doherty hkleinberg@MSEK.com,
     kgiddens@msek.com
    Howard B Kleinberg    on behalf of Defendant Myrka  Gonzalez hkleinberg@MSEK.com,
     kgiddens@msek.com
    Howard B Kleinberg    on behalf of Defendant Jack  O'Connor hkleinberg@MSEK.com,    kgiddens@msek.com
    Howard B Kleinberg    on behalf of Defendant Gerald J.  Curtin hkleinberg@MSEK.com,
     kgiddens@msek.com

```
District/off: 0207-8          User: smarcus                Page 2 of 2                  Date Rcvd: Aug 29, 2019
                              Form ID: 295                 Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Howard B Kleinberg     on behalf of Defendant Michael P.  Puorro hkleinberg@MSEK.com,
               kgiddens@msek.com
              Howard B Kleinberg     on behalf of Defendant Deborah K.  Richman hkleinberg@MSEK.com,
               kgiddens@msek.com
              Howard B Kleinberg     on behalf of Defendant Scott  Rudolph hkleinberg@MSEK.com,  kgiddens@msek.com
              Howard B Kleinberg     on behalf of Defendant John  Racanelli hkleinberg@MSEK.com,
               kgiddens@msek.com
              Howard B Kleinberg     on behalf of Defendant Joseph K.  Posillico hkleinberg@MSEK.com,
               kgiddens@msek.com
              Howard B Kleinberg     on behalf of Defendant Ronald  Parr hkleinberg@MSEK.com,  kgiddens@msek.com
              Howard B Kleinberg     on behalf of Defendant Patricia M.  Blake hkleinberg@MSEK.com,
               kgiddens@msek.com
              J Eric Charlton     on behalf of Creditor   Carrier Corporation echarlton@barclaydamon.com,
               rjones@barclaydamon.com
              Jack A Raisner     on behalf of Plaintiff Lori  Zaikowski jar@outtengolden.com,
               kdeleon@outtengolden.com;jxh@outtengolden.com;rfisher@outtengolden.com;jquinonez@outtengolden.com
               ;bkouroupas@outtengolden.com
              Jack A Raisner     on behalf of Creditor Lori  Zaikowski jar@outtengolden.com,
               kdeleon@outtengolden.com;jxh@outtengolden.com;rfisher@outtengolden.com;jquinonez@outtengolden.com
               ;bkouroupas@outtengolden.com
              James H. Knapp     on behalf of Creditor   Department of Education james.knapp@usdoj.gov
              James H. Knapp     on behalf of Creditor   U.S. Department of Veteran Affairs james.knapp@usdoj.gov
              James M Steinberg     on behalf of Creditor Justino  Reyes james@bradymcguiresteinberg.com,
               beverly@bradymcguiresteinberg.com
              James M Steinberg     on behalf of Creditor Garry  Bishop james@bradymcguiresteinberg.com,
               beverly@bradymcguiresteinberg.com
              Janet F Brunell     on behalf of Interested Party    Ronald J. Friedman, Esq., Unsecured Creditor
               Trustee jbrunell@silvermanacampora.com
              Jeffrey C Wisler     on behalf of Creditor   Cigna Health and Life Insurance Company
               jwisler@connollygallagher.com
              John J Ramirez     on behalf of Creditor   ACA Financial Guaranty Corp. john.ramirez@whitecase.com,
               jdisanti@whitecase.com;mco@whitecase.com
              Joseph Charles Corneau     on behalf of Debtor    Dowling College jcorneau@klestadt.com
              Karl J Silverberg     on behalf of Creditor   Powerhouse Maintenance, Inc.
               ksilverberg@silverbergpclaw.com,  ksilverberg@king-king-law.com
              Laine A Armstrong     on behalf of Creditor Martin  Schoenhals laine@advocatesny.com
              Lauren Catherine Kiss     on behalf of Debtor   Dowling College lkiss@klestadt.com
              Lauren Catherine Kiss     on behalf of Defendant   Dowling College lkiss@klestadt.com
              Matthew A Gold     on behalf of Creditor   Argo Partners courts@argopartners.net
              Matthew G Roseman     on behalf of Creditor   NCF Capital LTD mroseman@cullenanddykman.com
              Neil S Begley     on behalf of Creditor   ACA Financial Guaranty Corp. neil.begley@srz.com
              Patrick T Collins     on behalf of Spec. Counsel    Farrell Fritz, P.C. pcollins@farrellfritz.com,
               ffbkmao@farrellfritz.com
              Rene S Roupinian     on behalf of Plaintiff Lori  Zaikowski rroupinian@outtengolden.com,
               jxh@outtengolden.com;cbrann@outtengolden.com;kcarter@outtengolden.com
              Richard J McCord     on behalf of Creditor    ACA Financial Guaranty Corp.
               rmccord@certilmanbalin.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com;CBAHECM@gmail.c
               om;mmccord@certilmanbalin.com
              Ronald J Friedman     on behalf of Interested Party    Ronald J. Friedman, Esq., the
               Post-Confirmation Trustee efilings@spallp.com,
               rfriedman@silvermanacampora.com;dmahoney@silvermanacampora.com;JHellman@SilvermanAcampora.com;JKr
               ell@SilvermanAcampora.com
              Ronald J Friedman     on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               efilings@spallp.com,
               rfriedman@silvermanacampora.com;dmahoney@silvermanacampora.com;JHellman@SilvermanAcampora.com;JKr
               ell@SilvermanAcampora.com
              Sean C Southard     on behalf of Debtor   Dowling College ssouthard@klestadt.com
              Stan Y Yang    stan.y.yang@usdoj.gov,  stan.y.yang@usdoj.gov
              Stephanie R Sweeney     on behalf of Debtor   Dowling College ssweeney@klestadt.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 56
```

| Information to identify the case: | | |
|---|---|---|
| Debtor | **Dowling College**<br>Name | EIN  **11–2157078** |
| United States Bankruptcy Court  **Eastern District of New York**<br>Case number:  **8–16–75545–reg** | | Date case filed for chapter  **11**  **11/29/16** |

# NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 8/21/19 was filed on 8/28/19.

The following deadlines apply:

The parties have until September 4, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is September 18, 2019.

If a Transcript Redaction Request is filed, the redacted transcript is due September 30, 2019.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is November 26, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext at 888.706.4576 or you may view the document at the public terminal at the Office of the Clerk.

Dated: August 29, 2019

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17]