UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

  DOWLING COLLEGE f/d/b/a DOWLING
  INSTITUTE f/d/b/a DOWLING COLLEGE
  ALUMNI ASSOCIATION f/d/b/a CECOM
  a/k/a DOWLING COLLEGE, INC.,

      Post-Confirmation Debtor.
----------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NASSAU    )

     I, **MELISSA COHEN,** being duly sworn, depose and say that I am not a party to this action. I am over 18 years of age and I am employed by SilvermanAcampora LLP.

     On September 5, 2019, I served the:

- **NOTICE OF WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM NO. 782 FILED BY JUSTINE DELUCA**

by **First Class Mail** delivery to the address listed below, said address designated for that purpose by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**TO**:   Justine DeLuca
        767 Milligan Lane
        West Islip, New York 11795

                                        *s/ Melissa Cohen*
                                        **MELISSA COHEN**

Sworn to before me this
5th day of September, 2019.

> Christine D'Aquila
> Notary Public, State of New York
> No. 30-4875643
> Qualified in Nassau County
> Commission Expires November 3, 2022

*s/ Christine D'Aquila*
      Notary Public

SBK/2326725.1/066648