UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                              Case No. 16-75545 (REG)

DOWLING COLLEGE f/d/b/a DOWLING                          Chapter 7
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.,

                    Debtor.
---------------------------------------------------------------x

**STIPULATION AND CONSENT ORDER RESOLVING DOWLING COLLEGE UNSECURED CREDITOR TRUST'S SECOND OMNIBUS OBJECTION TO CLAIMS (REDUCTION OR DISALLOWANCE OF CLAIMS)**

**THIS STIPULATION AND CONSENT ORDER** is entered into by and between Allan B. Mendelsohn, solely in his capacity as the Chapter 7 trustee ("Hampton Chapter 7 Trustee") of the substantively consolidated estates of Hampton Transportation Ventures, Inc., dba Hampton Luxury Liner, Schoolman Transportation System, Inc., aka Classic Coach ("STS"), and 1600 Locust Avenue Associates, LLC and Ronald J. Friedman, Esq., the Unsecured Creditor Trustee of the Dowling College Unsecured Creditor Trust (the "Trustee"), along with the Hampton Chapter 7 Trustee are collectively referred to as the "Parties"), by and through their counsels; and the Parties having reached an agreement on certain issues (the "Consent Order"), and hereby stipulate as follows:

**WHEREAS**, on November 28, 2016 (the "Petition Date"), Dowling College f/d/b/a Dowling Institute f/d/b/a Dowling College Alumni Association f/d/b/a Cecom a/k/a Dowling College, Inc. (the "Debtor"), filed a voluntary petition for relief under chapter 11, title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of New York; and

**WHEREAS**, on December 13, 2016 the Debtor filed its schedules, which included a nonpriority, unsecured claim identified as Claim 3.103, which evidenced a debt owed to STS in the amount of $24,100 (the "Scheduled Claim");

**WHEREAS**, on February 14, 2017, the Hampton Chapter 7 Trustee filed proof of claim no. 194 for $27,760.00 ("Claim 194") in the Debtor's bankruptcy case; and

**WHEREAS**, on July 15, 2019, the Trustee filed Dowling College Unsecured Creditor Trust's Second Omnibus Objection to Claims (Reduction or Disallowance of Claims) (the "Claims Objection"), which in part, objected to Claim 194; and

**WHEREAS**, subsequent to the filing of the Claims Objection, the Parties engaged in discussions and negotiations in an effort to efficiently resolve the Claims Objection absent the need to engage in protracted litigations; and

**IT IS NOW THEREFORE STIPULATED, CONSENTED, AGREED AND ORDERED**, in consideration of the mutual promises and other consideration described herein, the receipt and sufficiency of which are hereby acknowledged by the Parties, as follows:

**ORDERED** that the Hampton Chapter 7 Trustee agrees to receive payment of its claim against the Debtor in the amount of the Scheduled Claim and the Trustee agrees to pay the Hampton Chapter 7 Trustee its *pro rata* share of distribution of the Scheduled Claim; and it is further

**ORDERED** that payment on the Scheduled Claim shall be made to "Alan Mendelsohn as Chapter 7 Trustee of Hampton Transportation Ventures, Inc." c/o LaMonica Herbst and Maniscalco, LLP, 3305 Jerusalem Ave., Wantagh, NY 11793; and it is further

**ORDERED** that upon entry of an order approving this Consent Order, Claim 194 shall be deemed withdrawn; and, it is further

**ORDERED** that the objections asserted in the Claims Objection as to Claim 194 shall be deemed resolved pursuant to the terms of this Order; and, it is further

**ORDERED** that the Trustee is authorized and empowered to expend such funds and execute and deliver any and all documents as are reasonably necessary to implement the terms of this Consent Order; and, it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

*WE HEREBY CONSENT TO THE FORM AND ENTRY OF THE WITHIN ORDER:*

Dated: August 20, 2019
    Jericho, New York    **SILVERMANACAMPORA LLP.**
        Counsel to Ronald J. Friedman, Esq. as Trustee
        Of the Dowling College Unsecured Creditor Trust
        By:    *s/ Anthony Acampora*
        Anthony Acampora, Esq.
        Brian Powers, Esq.
        100 Quadrangle, Suite 300
        Jericho, New York 11753
        Telephone: 516.749.6300

Dated: August 20, 2019
    Wantagh, New York    **LaMONICA HERBST & MANISCALCO, LLP**
        Counsel to the Hampton Chapter 7 Trustee
        By:    */s Michael T. Rozea*
        Michael T. Rozea, Esq.
        3305 Jerusalem Avenue, Suite 201
        Wantagh, New York 11793
        Telephone: 516.826.6500



**Dated: Central Islip, New York**        **Robert E. Grossman**
    **September 9, 2019**        **United States Bankruptcy Judge**