SILVERMANACAMPORA LLP
Attorneys for the Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Anthony C. Acampora
Brian Powers

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

                                              Chapter 11

  DOWLING COLLEGE f/d/b/a DOWLING
  INSTITUTE f/d/b/a DOWLING COLLEGE           Case No. 16-75545 (REG)
  ALUMNI ASSOCIATION f/d/b/a CECOM
  a/k/a DOWLING COLLEGE, INC.,

              Post-Confirmation Debtor.
-----------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM
### NO. 784 FILED BY THE UNITED STATES DEPARTMENT OF EDUCATION

      PLEASE TAKE NOTICE, that Ronald J. Friedman, Esq. (the "**Trustee**"), the Trustee of the

Dowling College Unsecured Creditor Trust (the "**Trust**"), hereby withdraws the Trust's objection to

Claim No. 784 filed by the United States Department of Education as contained in the *Dowling*

*College Unsecured Creditor Trust's Second Omnibus Objection to Claims (Student Claims)* (ECF

Doc. No. 726).

Dated: Jericho, New York
      September 11, 2019               SILVERMANACAMPORA LLP
                                   Attorneys for Trustee

                          By:    *s/Anthony C. Acampora*
                                 Anthony C. Acampora
                                 Member of the Firm
                                 100 Jericho Quadrangle, Suite 300
                                 Jericho, New York 11753
                                 (516) 479-6300