**S<small>ILVERMAN</small>A<small>CAMPORA</small> LLP**
Attorneys for the Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Anthony C. Acampora
Brian Powers

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

  DOWLING COLLEGE f/d/b/a DOWLING
  INSTITUTE f/d/b/a DOWLING COLLEGE
  ALUMNI ASSOCIATION f/d/b/a CECOM
  a/k/a DOWLING COLLEGE, INC.,

        Post-Confirmation Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

## NOTICE OF WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM
## NO. 784 FILED BY THE UNITED STATES DEPARTMENT OF EDUCATION

**PLEASE TAKE NOTICE**, that Ronald J. Friedman, Esq. (the "**Trustee**"), the Trustee of the Dowling College Unsecured Creditor Trust (the "**Trust**"), hereby withdraws the Trust's objection to Claim No. 784 filed by the United States Department of Education as contained in the *Dowling College Unsecured Creditor Trust's Second Omnibus Objection to Claims (Student Claims)* (ECF Doc. No. 726).

Dated: Jericho, New York
     September 11, 2019

                          **S<small>ILVERMAN</small>A<small>CAMPORA</small> LLP**
                          Attorneys for Trustee

             By:    *s/Anthony C. Acampora*
                        Anthony C. Acampora
                        Member of the Firm
                        100 Jericho Quadrangle, Suite 300
                        Jericho, New York 11753
                        (516) 479-6300