UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.,

       Post-Confirmation Debtor.
---------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

## ORDER GRANTING DOWLING COLLEGE UNSECURED CREDITOR TRUST'S THIRD OMNIBUS OBJECTION TO CLAIMS (STUDENT CLAIMS)

Upon the Third Omnibus Objection to Claims (Student Claims) (ECF Doc. No. 728) (the "**Objection**") filed by Ronald J. Friedman, Esq., the Trustee (the "**Trustee**") of the Dowling College Unsecured Creditor Trust (the "**Trust"**), dated July 15, 2019, seeking entry of an order disallowing certain proofs of claim filed by certain claimants against Dowling College f/d/b/a Dowling Institute f/d/b/a Dowling College Alumni Association f/d/b/a Cecom a/k/a Dowling College, Inc. (the "**Debtor**"); and upon the declaration of Neil Bivona filed in support of the Objection; and upon the hearings on the Objection held before the Court on August 21, 2019 and August 27, 2019 (the "**Hearings**"), the transcripts of which are incorporated herein by reference; and, except as set forth herein, all oppositions and responses to the Objection having been resolved or overruled; and due and proper notice of the Objection and the Hearings having been given to claimants in accordance with the Federal Rules of Bankruptcy Procedure; and it appearing that no further notice need be given or required; and after due deliberation and sufficient cause appearing for the relief requested; it is hereby

**ORDERED**, that the Objection is granted to the extent provided herein; and it is further

**ORDERED**, that each claim identified on Exhibit 1 hereto is hereby be disallowed; and it is further

**ORDERED**, that the Trustee is hereby authorized to do such things, expend such funds and execute such documents as to effectuate the terms and conditions of this Order.



Dated: Central Islip, New York  
      September 16, 2019

                                        **Robert E. Grossman**  
                                        **United States Bankruptcy Judge**