```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

   DOWLING COLLEGE f/d/b/a DOWLING
   INSTITUTE f/d/b/a DOWLING COLLEGE
   ALUMNI ASSOCIATION f/d/b/a CECOM
   a/k/a DOWLING COLLEGE, INC.,

           Post-Confirmation Debtor.
------------------------------------------------------------x
```

Chapter 11

Case No. 16-75545 (REG)

## ORDER WITHDRAWING COURT'S SUA SPONTE MOTION TO RECONSIDER FEES AWARDED TO SILVERMANACAMPORA LLP

Upon the Order Scheduling Hearing on Court's Sua Sponte Motion to Reconsider Fees Awarded to SilvermanAcampora LLP (ECF Doc. No. 719) (the "**Sua Sponte Motion**"); and upon the response to the Sua Sponte Motion (ECF Doc No. 723) filed by SilvermanAcampora LLP ("**SilvermanAcampora**"), counsel to the Official Committee of Unsecured Creditors (the "**Committee**") in the above-captioned chapter 11 case; and upon the record before the Court and the hearings held by the Court in this case, the transcripts of which are incorporated herein by reference; and after due deliberation; it is hereby

**ORDERED**, that the Sua Sponte Motion is hereby withdrawn; and it is further

**ORDERED**, the fees and expenses awarded on a final basis by order of this Court (ECF Doc. No. 717) to SilvermanAcampora for services rendered to the Committee are allowed in full and immediately payable.



Dated: Central Islip, New York
       September 19, 2019

/s/ Robert E. Grossman
**Robert E. Grossman**
**United States Bankruptcy Judge**