

Ronald J. Friedman
516.479.6303
RFriedman@SilvermanAcampora.com

100 Jericho Quadrangle
Suite 300
Jericho, New York 11753

September 19, 2019

**Via ECF**
Hon. Robert E. Grossman
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

      **Re:**    **Dowling College**
               **Chapter 11**
               **Case No. 16-75545 (REG)**
               **Our File No. 065855**

Honorable Sir:

      As you are aware, we are the attorneys for the Official Committee of Unsecured Creditors (the "Committee") in the above chapter 11 bankruptcy proceeding.

      On December 12, 2016 I filed a Notice of Appearance (ECF No. 90) on behalf my firm incorporating notice to myself and my partners, Kenneth P. Silverman and Gerard R. Luckman. I write to advise Mr. Luckman is no longer a member of SilvermanAcampora LLP and therefore no longer represents the Committee in this case. I respectfully request Mr. Luckman of Forchelli Deegan Terrana LLP, The Omni, 333 Earle Ovington Blvd., Suite 1010, Uniondale, NY 11553 be removed from the Court's legal docket of the case.

      If the Court has any questions, please have a member of Your Honor's staff contact me.

                                            Respectfully,

                                            *s/Ronald J. Friedman*

                                            Ronald J. Friedman

RJF;cmt