UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.

                       Debtor.
----------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

### ORDER DENYING MOTION TO EXTEND DEADLINE TO OBJECT TO CLAIMS

Upon the motion (the "**Motion**") of Ronald J. Friedman, Esq., the Trustee of the Dowling College Unsecured Creditor Trust, seeking the entry of an order extending the deadline to object to claims established in Section 9.15(b) of the Plan for a period of one hundred and twenty (120) days, from July 15, 2019 through and including November 12, 2019; and upon the hearing on the Motion held before the Court on July 15, 2019, the transcript of which is incorporated herein by reference; it is hereby

**ORDERED**, that the Motion is denied.



Dated: Central Islip, New York
September 21, 2019

Robert E. Grossman
United States Bankruptcy Judge