UNITED STATES BANKRUPTCY
COURT EASTERN DISTRICT OF
NEW YORK

| | |
|---|---|
| IN RE:  DOWLING COLLEGE f/d/b/a DOWLING INSTITUTE f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION f/d/b/a CECOM a/k/a DOWLING COLLEGE, INC. | CASE NO: 16-75545 **DECLARATION OF MAILING CERTIFICATE OF SERVICE** Chapter: 11 ECF Docket Reference No. 19, 759 |

On 10/04/2019, I did cause a copy of the following documents, described below,

NOTICE OF DISMISSAL PURSUANT TO F.R.B.P. 7041 VOLUNTARY DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE, ECF Docket Reference No. 19

NOTICE OF RESOLUTION OF CLAIMS, ECF Docket Reference No. 759

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/04/2019

s/ Anthony C. Acampora
Anthony C. Acampora
Silverman Acampora LLP
A Member of the Firm
100 Jericho Quadrangle, Suite 300
Jerico, New York 11753
(516) 479-6300

UNITED STATES BANKRUPTCY
COURT EASTERN DISTRICT OF
NEW YORK

| | |
|---|---|
| IN RE: DOWLING COLLEGE f/d/b/a DOWLING INSTITUTE f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION f/d/b/a CECOM a/k/a DOWLING COLLEGE, INC. | CASE NO: 16-75545 |
| | **CERTIFICATE OF SERVICE** **DECLARATION OF MAILING** |
| | Chapter: 11 ECF Docket Reference No. 19, 759 |

On 10/04/2019, I did cause a copy of the following documents, described below,

NOTICE OF DISMISSAL PURSUANT TO F.R.B.P. 7041 VOLUNTARY DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE, ECF Docket Reference No. 19

NOTICE OF RESOLUTION OF CLAIMS, ECF Docket Reference No. 759

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/04/2019

*James Nguyen-Phan*
 James Nguyen-Phan
c/o Stretto
410 Exchange Ste
100 Irvine, CA 92602

## Exhibit A
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| 4 IMPRINT | 101 COMMERCE STREET | | OSHKOSH | WI | 54901 | |
| A E AUTO SERVICE INC. | 664 MONTAUK HIGHWAY | | SHIRLEY | NY | 11967 | |
| A R C GRAPHICS | 44 GEORGE STREET | | E. PATCHOGUE | NY | 11472 | |
| A.C. ELECTRICAL SUPPLIES INC | 741 SMITHTOWN BY-PASS | | SMITHTOWN | NY | 11787 | |
| A.W. & SONS EXHAUST INC. | 336 ATLANTIC STREET | | CENTRAL ISLIP | NY | 11722 | |
| AACTE | 1307 NEW YORK AVE NW | SUITE 300 | WASHINGTON | DC | 20005 | |
| ABIGAIL ROSE ECKHARDT | 8442 EVERETT WAY UNIT E | | ARVADA | CO | 80005-2385 | |
| ABS PUMP REPAIR INC. | 89 ALLEN BLVD | | FARMINGDALE | NY | 11735 | |
| ACCESS STAFFING, LLC | 360 LEXINGTON AVENUE | 8TH FLOOR | NEW YORK | NY | 10017 | |
| ACME AMERICAN REPAIRS INC. | 177-10 93RD AVENUE | | JAMAICA | NY | 11433 | |
| ACTION SEWER & DRAIN SERVICES | PO BOX 872 | | BAYPORT | NY | 11705-0872 | |
| ADP, LLC | PO BOX 842875 | | BOSTON | MA | 2284 | |
| AIRWELD | 94 MARINE STREET | | FARMINGDALE | NY | 11735 | |
| ALA | MEMBERSHIP CUSTOMER SERVICE | BOX 77-6499 | CHICAGO | IL | 60678-6499 | |
| ALAN J. SCHAEFER | 40 MOFFITT BLVD. | | ISLIP | NY | 11751 | |
| ALBERT INSERRA | 45 INLET VIEW PATH | | EAST MORICHES | NY | 11940 | |
| ALEXANDER SMIRNOV | 4802 MOUNTAIN TIMBER DR | | FRIENDSWOOD | TX | 77546 | |
| ALEXANDRA NOEL RUIZ | 15 COUNTRY ROAD | | MEDFORD | NY | 11763-1501 | |
| ALFRED PUE | 60 COLUMBINE AVE | | ISLIP | NY | 11751-1712 | |
| ALLAN B. MENDELSOHN, CH. 7 TRUSTEE OF HAMPTON TRANSPORTATION VENTURES, INC. | C/O LAMONICA HERBST & MANISCALCO, LLP | 3305 JERUSALEM AVE. | WANTAGH | NY | 11793 | |
| ALL-WAYS ELEVATOR INC. | 5 DAVIDS DRIVE | | HAUPPAUGE | NY | 11788 | |
| AMANDA GALLAGHER | 10 HANCOCK ROAD | | WEST ISLIP | NY | 11795 | |
| AMERICAN ARBITRATION ASSOCIATION | 120 BROADWAY | 21ST FL | NEW YORK | NY | 10271-0016 | |
| AMERICAN BANKERS INSURANCE | PO BOX 731178 | | DALLAS | TX | 75373 | |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY INC | C/O BECKET AND LEE LLP | PO BOX 3001 | MALVERN | PA | 19355-0701 | |
| AMERICAN HAZARDOUS MATERIALS | 303 MIDDLE COUNTRY ROAD | | MIDDLE ISLAND | NY | 11953 | |
| AMERICAN TELEPHONE COMPANY | PO BOX 1465 | | MELVILLE | NY | 11747 | |
| ANDREA BENDER | 16 CATHEDRAL AVE | | N PROVIDENCE | RI | 02908-1929 | |
| ANDREW KARP | 24 WHITE BIRCH TRAIL | | EAST QUOGUE | NY | 11942 | |
| ANNA G STOLOFF | 325 W 4TH STREET | | DEER PARK | NY | 11729 | |
| ANNE DIMOLA | 14 CHRISTOPHER COURT | | WEST ISLIP | NY | 11795 | |
| ANNE M. RULLAN | 75 CLAIRE CT | | WEST BABYLON | NY | 11704-7303 | |
| ANNE MCCAFFREY | 80 TREMONT AVE | | MEDFORD | NY | 11746 | |
| ANTHONY CANDELARIO | PO BOX 11421 | | NEW BRUNSWICK | NJ | 8906 | |
| ANTHONY KETTERER | 2380 JULIA GOLDBACH AVE | | RONKONKOMA | NY | 11779 | |
| ANTONETTA DENTE BOSTINTO | 42 WILLETT AVE | | SAYVILLE | NY | 11782 | |
| APEX CONSULTING GROUP INC. | 320 17TH STREET | | W BABYLON | NY | 11704 | |
| APPLE FINANCIAL SERVICES | 23801 CALABASAS ROAD | SUITE 101 | CALABASAS | CA | 91302 | |
| ARBITRAGE GROUP | 3401 LOUISIANA STREET | SUITE 101 | HOUSTON | TX | 77002 | |
| ARGO PARTNERS | 12 W 37 St | 9TH FLOOR | NEW YORK | NY | 10018 | |
| ARGO PARTNERS | 12 W 37 St | 9TH FLOOR | NEW YORK | NY | 10018 | |
| ARGO PARTNERS | 12 WEST 37 ST | 9TH FLOOR | NEW YORK | NY | 10018 | |
| ARGO PARTNERS | 12 W 37 St | 9TH FLOOR | NEW YORK | NY | 10018 | |
| ARNOLD SAUNDERS | 219 LAWRENCE AVENUE | | INWOOD | NY | 11096 | |
| ARROW SECURITY INC | 300 W MAIN ST | | SMITHTOWN | NY | 11787 | |
| ASSOCIATED ENERGY SERVICES | 86 BRIDGE ROAD | | ISLANDIA | NY | 11749 | |
| ASTRO ALLIED MOVING & STORAGE INC | 30 JEFFERSON AVE | | ST JAMES | NY | 11780 | |
| AT&T | PO BOX 105068 | | ATLANTA | GA | 30348-5068 | |
| AT&T - UNIVERSAL BILLER | PO BOX 5019 | | CAROL STREAM | IL | 60197-5019 | |
| BAKER & TAYLOR BOOKS - 5 | PO BOX 277930 | | ATLANTA | GA | 30384-7930 | |
| BARBARA J NOLAN | 164 S PORTAGE ST | | WESTFIELD | NY | 14787 | |

In re: Dowling College Inc., et al.
Case No. 16-75545 (REG)

Page 1 of 11

**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|------|-------|-----|---------|
| BARNES & NOBLE COLLEGE BOOKSELLERS, LLC | 120 MOUNTAIN VIEW BLVD. | | BASKING RIDGE | NJ | 7920 | |
| BARNWELL HOUSE OF TIRES | 65 JETSON LANE | | CENTRAL ISLIP | NY | 11722 | |
| BARRY E MCNAMARA | 28 BOWLER RD | | EAST ROCKAWAY | NY | 11518 | |
| BASEBALL ON THE ISLAND INC | ATTN VINCENT MESSANA | 2 VALLEY ST | LAKE RONKONKOMA | NY | 11779 | |
| BAY GAS SERVICE | PO BOX 701 | | SHIRLEY | NY | 11967 | |
| BERNARD NEWCOMBE | 52 LINDBURGH STREET | | MASSAPEQUA PARK | NY | 11762 | |
| BIO CORPORATION | 3910 MINNESOTA STREET | | ALEXANDRIA | MN | 56308 | |
| BIO-RAD LABORATORIES INC | 1000 ALFRED NOBEL DR | | HERCULES | CA | 94547 | |
| BLACKBOARD INC. | 1111 19TH ST NW FL 8 | | WASHINGTON | DC | 20036-3624 | |
| BLACKMAN PLUMBING SUPPLY | PO BOX 9400 | | UNIONDALE | NY | 11555-9400 | |
| BONNIE FORBES | 9 BIRCHFIELD COURT | | CORAM | NY | 11727 | |
| BRIAN COYLE | 31 WILLOW AVENUE | | ISLIP | NY | 11751 | |
| BRIAN KOGEN | 216 ROSANA DR | | BRANDON | FL | 33511-6314 | |
| BRIAN STIPELMAN | 6347 BANNISTER DR | | FREDERICK | MD | 21701-7669 | |
| BRIDGET CARROLL | 3 DORAL LANE | | BAY SHORE | NY | 11706 | |
| BRI-TECH, INC | 829 LINCOLN AVENUE | | BOHEMIA | NY | 11716 | |
| BRITTANY JEAN SCHULMAN | 2911 KANE AVENUE | | MEDFORD | NY | 11763 | |
| BROADCAST MUSIC INC | 10 MUSIC SQUARE E | | NASHVILLE | TN | 37203 | |
| BRUCE HALLER | 61 HALF HOLLOW ROAD | | COMMACK | NY | 11725 | |
| BRUCE HOFFMAN | PO BOX 557 | | MOUNT SINAI | NY | 11776 | |
| CABLEVISION | PO BOX 371378 | | PITTSBURGH | PA | 15250-7378 | |
| CABLEVISION LIGHTPATH, INC. | PO BOX 360111 | | PITTSBURGH | PA | 15251 | |
| CAPITAL ONE NA | PO BOX 60024 | | NEW ORLEANS | LA | 70160-0024 | |
| CARLA GUEVARA | 2712 CHESTNUT AVENUE | | RONKONKOMA | NY | 11779 | |
| CARLOS ALVAREZ | 6A KINGS COURT | | VALLEY COTTAGE | NY | 10989 | |
| CARLOS CUNHA | 728 E CAPITOL AVE APT B | | JEFFERSON CITY | MO | 65101-4002 | |
| CAROL FISCH | 20 SUNFLOWER DRIVE | | HAUPPAUGE | NY | 11788 | |
| CAROL OKOLICA | 455 FDR DRIVE | APT. B1607 | NEW YORK | NY | 10002 | |
| CAROL PULSONETTI | 158 ELKTON LANE | | NORTH BABYLON | NY | 11703 | |
| CAROLINA BIOLOGICAL SUPPLY COMPANY | 2700 YORK RD | | BURLINGTON | NC | 27215-3398 | |
| CAROLYN SPENCER | 50 SAVANNAH LN S | | SOUTHAMPTON | NY | 11968-2434 | |
| CAROUSEL INDUSTRIES OF NA, INC. | PO BOX 842084 | | BOSTON | MA | 02284-2084 | |
| CARRIER COMMERCIAL SERVICE | PO BOX 93844 | | CHICAGO | IL | 60673-3844 | |
| CARRIER CORPORATION | PO BOX 4808 TR-5 | OFFICE 401 | SYRACUSE | NY | 13221 | |
| CASA DEL CAMPO | 1159 DEER PARK AVENUE | | NORTH BABYLON | NY | 11703 | |
| CASCADE WATER SERVICE | 113 BLOOMINGDALE ROAD | | HICKSVILLE | NY | 11801 | |
| CBUAO | 5325 LAKEFRONT BLVD #A | | DELRAY BEACH | FL | 33484 | |
| CENTER FOR EDUCATION & E | 370 TECHNOLOGY DRIVE | PO BOX 3008 | MALVERN | PA | 19355 | |
| CESAR ARTURO ALVARADO | 94 HARBOR ROAD | | STATEN ISLAND | NY | 10303 | |
| CHARLES THOMAS COLLINS | 79 SUMMERFIELD DRIVE | | HOLTSVILLE | NY | 11742 | |
| CHRIS SOTIRO | 6 MULLIGAN DRIVE | | FLANDERS | NJ | 7836 | |
| CHRISANN ANDERSON | 156 TWIN LAWNS AVENUE | | BRENTWOOD | NY | 11717 | |
| CHRISTIAN LYNCH | PO BOX 1009 | | ROCKVILLE CTR | NY | 11571-1009 | |
| CHRISTIAN PERRING | 56 ROLLSTONE AVENUE | | WEST SAYVILLE | NY | 11796 | |
| CHRISTINA GREEN | PO BOX 552 | | WATERTOWN | MA | 02471-0552 | |
| CHRISTINE FELTON | 460 LINCOLN AVE | | SAYVILLE | NY | 11782 | |
| CHRISTOPHER B BOYKO | 86 LITCHFIELD AVE | | BABYLON | NY | 11702 | |
| CHRISTOPHER DI SANTO | 73-03 BELL BLVD. | APT. #6M | BAYSIDE | NY | 11364 | |
| CHRISTOPHER KRETZ | 114 LINCOLN AVENUE | | SAYVILLE | NY | 11782 | |
| CHRISTOPHER SCHMIDT | 1 FOREST ROAD | | ROCKVILLE CENTER | NY | 11570 | |
| CHRONICLE OF HIGHER EDUCATION | PO BOX 16359 | | NORTH HOLLYWOOD | CA | 91615-9155 | |
| CHUCKS AUTO REPAIR | 157 NASSAU AVENUE | | ISLIP | NY | 11751 | |

In re: Dowling College Inc., et al.
Case No. 16-75545 (REG)

Page 2  of 11

**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|------|-------|-----|---------|
| CIGNA HEALTH AND LIFE INSURANCE COMPANY | C/O WILHELMINA BERGLAND, LEGAL DEPT | 900 COTTAGE GROVE RD, B6LPA | BLOOMFIELD | CT | 6002 | |
| CISCON LAUNDRY CORP | ULTIMATE LAUNDRY | 4520 SUNRISE HWY | OAKDALE | NY | 11769 | |
| CIT FINANCE, LLC | PO BOX 593007 | | SAN ANTONIO | TX | 78259 | |
| CLAIRE P O'ROURKE | 45 LOCUST ST | | BAYPORT | NY | 11705 | |
| CLAUDIA MCGIVNEY | 32 BEACON LANE | | EAST NORTHPORT | NY | 11731 | |
| CLELON A. MCGEE | 8517 RIDDLE PLACE | | RALEIGH | NC | 27615 | |
| COHNREZNICK LLP | 4 BECKER FARM ROAD | | ROSELAND | NJ | 7068 | |
| COLLEGE BOARD | 11911 FREEDOM DRIVE | SUITE 300 | RESTON | VA | 20190 | |
| COMMISSION ON INDEPENDENT | 17 ELK STREET | FL 2 | ALBANY | NY | 12207-1014 | |
| CORP. FOR NATIONAL & COMMUNITY SERVICE | 1895 PRESTON WHITE DRIVE | SUITE 100 | RESTON | VA | 20191-5434 | |
| COUNCIL FOR HIGHER EDUCATION | ONE DUPONT CIRCLE NW | SUITE 510 | WASHINGTON | DC | 20036 | |
| COZ DELILLO | 14 PLOVER LANE | | HICKSVILLE | NY | 11801 | |
| CRAIG EASON | 3 PAULA LANE | | NEW CITY | NY | 10956 | |
| CULINART, INC. | PO BOX 4738 | | HOUSTON | TX | 77210-4738 | |
| CUPA-HR | PO BOX 306257 | | NASHVILLE | TN | 37230-6257 | |
| DACA VI, LLC | PO BOX 230550 | | ENCINITAS | CA | 92023 | |
| DACA VI, LLC | PO BOX 230550 | | ENCINITAS | CA | 92023 | |
| DACA VI, LLC | PO BOX 230550 | | ENCINITAS | CA | 92023 | |
| DACA VI, LLC | PO BOX 230550 | | ENCINITAS | CA | 92023 | |
| DACA VI, LLC | PO BOX 230550 | | ENCINITAS | CA | 92023 | |
| DACA VI, LLC | PO BOX 230550 | | ENCINITAS | CA | 92023 | |
| DACA VI, LLC | PO BOX 230550 | | ENCINITAS | CA | 92023 | |
| DACA VI, LLC | PO BOX 230550 | | ENCINITAS | CA | 92023 | |
| DACA VI, LLC | PO BOX 230550 | | ENCINITAS | CA | 92023 | |
| DACA VI, LLC | PO BOX 230550 | | ENCINITAS | CA | 92023 | |
| DACA VI, LLC | PO BOX 230550 | | ENCINITAS | CA | 92023 | |
| DACA VI, LLC | PO BOX 230550 | | ENCINITAS | CA | 92023 | |
| DACA VI, LLC | PO BOX 230550 | | ENCINITAS | CA | 92023 | |
| DACA VI, LLC | PO BOX 230550 | | ENCINITAS | CA | 92023 | |
| DACA VI, LLC | PO BOX 230550 | | ENCINITAS | CA | 92023 | |
| DACA VI, LLC. | PO BOX 230550 | | ENCINITAS | CA | 93023 | |
| DAILY NEWS | ATTN JIM LONEK - FINANCE DEPT | 125 THEODORE CONRAD DRIVE | JERSEY CITY | NJ | 07305-4698 | |
| DANIEL NESS | PO BOX 301 | | WILLISTON PARK | NY | 11596 | |
| DAVID E. PRITCHARD | 88 WASHINGTON AVENUE | | CAMBRIDGE | MA | 2140 | |
| DAVID RACANELLI | 160 W 71ST ST APT PH A | | NEW YORK | NY | 10023 | |
| DAYSPRING PENS | 2697 INTERNATIONAL PKWY STE 120-4 | | VA BCH | VA | 23452-7858 | |
| DEANNA OCAMPO FOR MICHELLE T NOHS (DECEASED) | ATTN DEANNA OCAMPO | 78 CULLEN AVE | ISLIP | NY | 11751 | |
| DEBORAH WYNNE (DECEASED) | 115 MICHAEL ROAD | | OAKDALE | NY | 11769 | |
| DEBRA DUNN | 12 WALTESS ROAD | | RONKONKOMA | NY | 11779 | |
| DEBRA L. PIECHNIK | 202 PALMER CIRCLE | | SAYVILLE | NY | 11782 | |
| DENISE IGENITO | 145 S. 6TH STREET | | BETHPAGE | NY | 11714 | |
| DENISE ZAMIELLO-SCHIOZZI | 6630 TRAILWAY TRCE | | CUMMING | GA | 30041-5320 | |
| DEPARTMENT OF VETERAN AFFAIRS | AGENT CASHIER-BUFFALO REGIONAL PROCESSIN | 130 S ELMWOOD AVENUE | BUFFALO | NY | 14202 | |
| DEREK CHARLES MUZIO | 19 PEACE COURT | | SELDEN | NY | 11784 | |
| DIANE FISCHER | 95 KNOLLS DR | | STONY BROOK | NY | 11790-2417 | |
| DIANE HOLLIDAY | 31 CLARKSON RD | | CENTEREACH | NY | 11720 | |
| DIANE IMPAGLIAZZO | 23 MEADOW FARM ROAD | | EAST ISLIP | NY | 11730 | |

In re: Dowling College Inc., et al.
Case No. 16-75545 (REG)

Page 3  of 11

## Exhibit A
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|------|-------|-----|---------|
| DONALD L BEAHM | 3301 WILLOW WOOD CIR | | LINCOLN | NE | 68506 | |
| DOREEN MUSE | 53 OAK AVE | | HUNTINGTON STATION | NY | 11746 | |
| DORI BYAN | 209K SPRINGMEADOW DRIVE | | HOLBROOK | NY | 11741 | |
| DOWLING COLLEGE EMPLOYEE BENEFIT PLAN | ACTING SECRETARY OF LABOR EDWARD HUGLER % MATT MANFREDI, US DEPT OF LABOR | 33 WHITEHALL ST STE 1200 | NEW YORK | NY | 10004 | |
| DUGMORE AND DUNCAN INC | 30 POND PARK ROAD | | HINGHAM | MA | 2043 | |
| DURHAM, RICHARD | 3 OVERLOOK DRIVE | | WATERFORD | CT | 6385 | |
| EAST ISLIP LUMBER CO INC | 33 WALL ST | | EAST ISLIP | NY | 11730 | |
| EBSCO SUBSCRIPTION SERVICES | PAYMENT PROCESSING CENTER | PO BOX 204661 | DALLAS | TX | 75320-4661 | |
| EDVOTEK, INC. | 1121 5TH ST NW | | WASHINGTON | DC | 20001 | |
| EDWARD H. WALLACE | 55 SPRINGDALE AVENUE | | MASSAPEQUA | NY | 11758-6748 | |
| EDWARD T GULLASON | 125 LINDEN DR | | KINGSTON | RI | 02881-1729 | |
| EDWARD URSO | 52 GREENWICH HILLS DRIVE | | GREENWICH | CT | 6831 | |
| ELANA ZOLFO | 93 HIDDEN POND CIR | | SMITHTOWN | NY | 11787 | |
| ELBAR DUPLICATOR CORPORATION | 105-26 JAMAICA AVENUE | | RICHMOND HILL | NY | 11418 | |
| ELIZABETH (DUCIE) O'BRIEN | 457 BIRCH HOLLOW DRIVE | | E. YAPHANK | NY | 11967 | |
| ELSA-SOFIA MOROTE | 64 LEXINGTON ROAD | | SHIRLEY | NY | 11967 | |
| ELSEVIER BV | C/O ELSEVIER O2C | POB 1270 | AMSTERDAM | BG | 1000 | THE NETHERLANDS |
| ELSEVIER SCIENCE, B.V. | PO BOX 945 | | NEW YORK | NY | 10015-9094 | |
| EMILY ANNE JAVIS | 44 SABRE DRIVE | | SELDEN | NY | 11784 | |
| ENGIN SUVAK | 1172 WARWICK STREET | | UNIONDALE | NY | 11553 | |
| ENVIRONMENTAL ENERGY | 120 C E JEFRYN BLVD | | DEER PARK | NY | 11729 | |
| ERIC PAVELS | 1150 ROSEDALE ROAD | | VALLEY STREAM | NY | 11581 | |
| ERIN GREGORY | 23 OCEAN AVENUE | | MASTIC | NY | 11950 | |
| ESU STUDENT ACTIVITY ASSOCIATION | 200 PROSPECT ST. UNIVERSITY CENTER | | EAST STROUDSBURG | PA | 18301 | |
| EUGENE R. BAYLISS JR. | 1525 LYNCHBURG LOOP | | THE VILLAGES | FL | 32162-6031 | |
| EVERBANK COMMERCIAL FINANCE | 10 WATERVIEW BLVD | | PARSIPPANY | NJ | 7054 | |
| EVOQUA WATER TECHNOLOGIES LLC | 10 TECHNOLOGY DR | | LOWELL | MA | 1851 | |
| EXPENSE REDUCTION ANALYSTS | ATTN DIANNA LUDLOW-ARREOLA, ADDISON TOWER | 16415 ADDISON RD | ADDISON | TX | 75001 | |
| FAIR HARBOR CAPITAL, LLC | ANSONIA FINANCE STATION | PO BOX 237037 | NEW YORK | NY | 10023 | |
| FAIR HARBOR CAPITAL, LLC | ANSONIA FINANCE STATION | PO BOX 237037 | NEW YORK | NY | 10023 | |
| FAIR HARBOR CAPITAL, LLC | ANSONIA FINANCE STATION | PO BOX 237037 | NEW YORK | NY | 10023 | |
| FIRST RELIANCE STANDARD | PO BOX 3123 | | SOUTHEASTERN | PA | 19398 | |
| FIRST STUDENT INC. | 1065 BELVOIR ROAD | | PLYMOUTH MEETING | PA | 19462 | |
| FITZGERALD'S DRIVING SCHOOL INC | 1350 DEER PARK AVENUE | | NORTH BABYLON | NY | 11703 | |
| FORD MOTOR CREDIT | PO BOX 220564 | | PITTSBURGH | PA | 15257 | |
| FRANCIS SAMUEL | 39 N CARLL AVENUE | | BABYLON | NY | 11702 | |
| FRANCIS WINSLOW | PO BOX 14235 | | HAUPPAUGE | NY | 11788 | |
| FRED RISPOLI | 132 CONNETQUOT ROAD | | OAKDALE | NY | 11769 | |
| FREEDOM SCIENTIFIC | BLV GROUP - CHARLIE MADSEN | 11800 31ST CT N | SAINT PETERSBURG | FL | 33716 | |
| G & G FENCES OF LI | 346 SAYVILLE BLVD | | SAYVILLE | NY | 11782-2014 | |
| G&G FENCES OF LI LTD | 346 SAYVILLE BLVD | | SAYVILLE | NY | 11782-2014 | |
| GAIL SCHERZ | 35 TERRELL ST | | PATCHOGUE | NY | 11772 | |
| GARRY BISHOP | 106 SUNRISE AVENUE | | SAYVILLE | NY | 11782 | |
| GARY MORAN | 473 EDGEWOOD PLACE | | RUTHERFORD | NJ | 7070 | |
| GAVIN CHAMBERLAIN | 3 WINDSOR LN | | E NORTHPORT | NY | 11731-1242 | |
| GBC ACCO BRANDS | PO BOX 203412 | | DALLAS | TX | 75320-3412 | |
| GEORGE P. EVANEGO | 63 MAYBERRY AVENUE | | MONROE | NJ | 8831 | |
| GEORGE T FOUNDOTOS | 4 DAMIN CIRCLE | | SAINT JAMES | NY | 11780-1604 | |
| GERALD CURTIN | C/O HOWARD KLEINBERG/MEYER SUOZZI ENGLISH & KLEIN, P.C. | 990 STEWART AVE., STE. 300, PO BOX 9194 | GARDEN CITY | NY | 11530 | |
| GERALD M O'SHEA INC DBA L I HARDWARE | 4155 VETERANS MEMORIAL HWY STE 13 | | RONKONKOMA | NY | 11779-6063 | |

In re: Dowling College Inc., et al.
Case No. 16-75545 (REG)

Page 4  of 11

## Exhibit A
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| GERALD M. O'SHEA INC. | DBA L I HARDWARE | 4155 VETERANS MEMORIAL HWY STE 13 | RONKONKOMA | NY | 11779-6063 | |
| GERALDINE VINCENT | 25 DALE DRIVE | | OAKDALE | NY | 11769 | |
| GLEN BRAUCHLE | 91 DEER PARK AVENUE | APT 2 | BABYLON | NY | 11702 | |
| GLENN W. BARHAM | 9001 BLACKLEY LAKE ROAD | | WAKE FOREST | NC | 27587 | |
| GOPHER | NW5634 | PO BOX 1450 | MINNEAPOLIS | MN | 55485-5634 | |
| GRAMMY ENTERPRISES LLC | ATTN: JC OF REISMAN PEIREZ REISMAN & CAPOBIANCO LLP | 1305 FRANKLIN AVE, PO BOX 119 | GARDEN CITY | NY | 11530 | |
| GREATAMERICA FINANCIAL SERVICES CORP | P.O. BOX 609 | | CEDAR RAPIDS | IA | 52406 | |
| GREGORY QUIROLO | 120 1ST ST | | PELHAM | NY | 10803-2027 | |
| GUANANN LI | 135 WESTWOOD DRIVE | APT. 151 | WESTBURY | NY | 11590 | |
| HANDRAS, KERRI | 20 CHARTER AVENUE | | DIX HILLS | NY | 11746 | |
| HARLAND TECHNOLOGY SERVICES | PO BOX 45550 | | OMAHA | NE | 68145-0550 | |
| HECTOR M. MARTINEZ JR. | 54 CLAUDE AVENUE | | DENVILLE | NJ | 7834 | |
| HEIDI KELLY - STRAWGATE | 166 SOUTH STREET | | MANORVILLE | NY | 11949 | |
| HELEN BAUSENWEIN | 235 CEDRUS AVENUE | | EAST NORTHPORT | NY | 11731 | |
| HELEN DENSING | 214 OAK ST | | PATCHOGUE | NY | 11772 | |
| HERBERT BERNSTEIN | 5 BREWSTER LANE | | BELLPORT | NY | 11713 | |
| HERFF JONES | PO BOX 882 | | COMMACK | NY | 11725 | |
| HIGHER ONE | 115 MUNSON STREET | | NEW HAVEN | CT | 6511 | |
| HOBSONS INC | C/O  CASEY CANTRELL SWARTZ/TAFT STETTINIUS & HOLLISTER | 425 WALNUT ST 18TH | CINCINNATI | OH | 45202 | |
| HOME DEPOT CREDIT SERVICE | PO BOX 9055 | | DES MOINES | IA | 50368 | |
| HOSELTON CHEVROLET | 909 FAIRPORT ROAD | | EAST ROCHESTER | NY | 14445 | |
| HY-CERT SERVICES, INC. | PO BOX 534 | | MILLER PLACE | NY | 11764-7006 | |
| IAM NATIONAL PENSION FUND | ATTN JOSEPH P MARTOCCI JR | 1300 CONNECTICUT AVE NW STE 300 | WASHINGTON | DC | 20036 | |
| INGERMAN SMITH, L.L.P. | 150 MOTOR PKWY | SUITE 400 | HAUPPAUGE | NY | 11788 | |
| INTELLI-TEC SECURITY SERVICES | 150 EILEEN WAY | UNIT #2 | SYOSSET | NY | 11791 | |
| INVESTINTECH.COM INC. | 425 UNIVERSITY AVENUE | SUITE 301 | TORONTO | ON | M5G1T6 | CANADA |
| IRG TOWING | 92 CARLTON AVENUE | | ISLIP TERRACE | NY | 11752 | |
| ISLAND SPORTS VIDEO, INC | 241 CHRISTIAN AVENUE | | STONY BROOK | NY | 11790 | |
| IT'S MOORE ENTERTAINMENT | PO BOX 3273 | | PATCHOGUE | NY | 11772 | |
| JACK O'CONNOR | C/O HOWARD KLEINBERG/MEYER SUOZZI ENGLISH & KLEIN, P.C. | 990 STEWART AVE., STE. 300, PO BOX 9194 | GARDEN CITY | NY | 11530 | |
| JACK SCHIAVONE | 766 BRADY AVENUE | APT. #437 | BRONX | NY | 10462 | |
| JACKIE HANNAN | 5 ALFAN AVENUE | | SAYVILLE | NY | 11782 | |
| JACKSON LEWIS, LLP | PO BOX 416019 | | BOSTON | MA | 02241-6019 | |
| JACLYN CARLO | 49 GRANDVIEW LANE | | SMITHTOWN | NY | 11787 | |
| JACQUELINE LEONARD | 8442 EVERETT WAY UNIT E | | ARVADA | CO | 80005-2389 | |
| JACQUELINE ROGERS | 47 SIMON STREET | | BABYLON | NY | 11702 | |
| JAMES MURPHY | 7 CENTER DRIVE | | SYOSSET | NY | 11791 | |
| JANINE BARRESE | 124 RAYNOR STREET | | WEST BABYLON | NY | 11704 | |
| JARVIS WATSON | 10 FAIRVIEW DRIVE | | SHIRLEY | NY | 11967 | |
| JASON A. LONG | 55 CLYMER STREET | | PORT JEFFERSON STATION | NY | 11776 | |
| JASON TRUFFANT | 1 CEDAR PT | | COLLINSVILLE | IL | 62234-5280 | |
| JEFFREY STOVER | 35 GREENVIEW CIR | | WEST SAYVILLE | NY | 11796-1604 | |
| JENNIFER FORMICA | 56 STAGG STREET | APT. 19 | BROOKLYN | NY | 11206 | |
| JEPPESEN-SANDERSON | PO BOX 840864 | | DALLAS | TX | 75284-0864 | |
| JEREMY STEVEN JOHNSON | 278 N 8TH STREET | | LINDENHURST | NY | 11757 | |
| JERICHO UFSD | 99 CEDAR SWAMP RD | | JERICHO | NY | 11753-1202 | |
| JESSE SCHAEFER | 416 GRAND BLVD | | LONG BEACH | NY | 11561-1711 | |

In re: Dowling College Inc., et al.
Case No. 16-75545 (REG)

Page 5  of 11

## Exhibit A
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| JESSICA ROQUE | 10 WARREN GROVE ROAD | | WARREN GROVE | NJ | 8005 | |
| JET ENVIRONMENTAL TESTING INC | 114 WEDGEWOOD DRIVE | | CORAM | NY | 11727 | |
| JIM VIGNONA | 2 POINT O WOODS AVENUE | | POINT O WOODS | NY | 11706 | |
| JO ANN LEWALD | 25 MIDWAY STREET | | BABYLON | NY | 11702 | |
| JOAN VAN BRUNT | 24 BIRCHDALE DR | | HOLBROOK | NY | 11741 | |
| JOANN BARRY | 29 ELCHESTEN DRIVE | | EAST NORTHPORT | NY | 11731 | |
| JOANNE DESANTIS | 86 WOODY LANE | | OAKDALE | NY | 11769 | |
| JOE FANNING | 3 HAZEL AVENUE | | FARMINGDALE | NY | 11735 | |
| JOE SILVENT | 104 DAISY DR | | EFFORT | PA | 18330-7952 | |
| JOHN D VARGAS | 36 IRVING AVE | | FLORAL PARK | NY | 11001 | |
| JOHN G. TROTTA | 13 BRAND STREET | | HASTINGS ON HUDSON | NY | 10706 | |
| JOHN J. MONACO | 27 BROOKVALE LANE | | LAKE GROVE | NY | 11755 | |
| JOHN RACANELLI | C/O HOWARD KLEINBERG/MEYER SUOZZI ENGLISH & KLEIN, P.C. | 990 STEWART AVE., STE. 300, PO BOX 9194 | GARDEN CITY | NY | 11530 | |
| JOHN TUTTLE | 11 JERVIS AVENUE | | FARMINGDALE | NY | 11735 | |
| JONATHAN NGUYEN | 32 MADISON AVENUE | | MEDFORD | NY | 11763 | |
| JOSE F. TALAVERA | 110 PINE STREET | | DEER PARK | NY | 11729 | |
| JOSE MELENDEZ | 247 LACLEDE AVENUE | | UNIONDALE | NY | 11553 | |
| JOSEPH BEHAR | 9 BROWN'S RIVER ROAD | | SAYVILLE | NY | 11782 | |
| JOSEPH D. DONOFRIO | 25 HARBOR WATCH COURT | | SAG HARBOR | NY | 11963 | |
| JOSEPH K. POSILLICO | C/O HOWARD KLEINBERG/ MEYER SUOZZI ENGLISH & KLEIN, P.C. | 990 STEWART AVE., STE. 300, PO BOX 9194 | GARDEN CITY | NY | 11530 | |
| JOSEPH KASTEN | 80 TEDDY CT. | | RONKONKOMA | NY | 11779 | |
| JOSEPH MANZIONE | 31-14 23 ROAD #13 | | ASTORIA | NY | 11105 | |
| JOSEPH WORRELL | 16 JOHNS ROAD | | EAST SETAUKET | NY | 11733 | |
| JOSHUA GIDDING | 110 NW 105TH ST | | SEATTLE | WA | 98177-4818 | |
| JOSHUA SOTO | 68 OAKLAND AVENUE | | DEER PARK | NY | 11729 | |
| JTA LEASING CO. LLC | ATTN MARK KITAEFF | 34 WREN DRIVE | EAST HILL | NY | 11576 | |
| JUNE ANN SMITH | 4 OVINGTON CIRCLE | | WESTBURY | NY | 11590 | |
| JUSTIN CARLSON | 8 MERCER ST | | PORT JEFFERSON STATION | NY | 11776 | |
| JUSTINE DELUCA | 767 MILLIGAN LN | | WEST ISLIP | NY | 11795 | |
| JUSTINO REYES | 42 FLORADORA DRIVE | | MASTIC | NY | 11950 | |
| KATHARINE VENTIMIGLIA | 2 EMILY WAY | | EAST SETAUKET | NY | 11733 | |
| KAYLEE M. GRASWALD | 27 BEVERLY STREET | | ISLIP | NY | 11751 | |
| KEITH MCCAFFREY | 6 FLORA DR | | MOUNT SINAI | NY | 11766 | |
| KENDELL C THORNTON | 3156 CHESSWOOD LN | | WINTERVILLE | NC | 28590-7992 | |
| KERRI (HANDRAS) MCCABE | 20 CHARTER AVENUE | | DIX HILLS | NY | 11746 | |
| KEVIN DESLAURIERS | 6 JESSIE ROAD | | EASTPORT | NY | 11941 | |
| KEVIN DESLAURIERS | 6 JESSIE ROAD | | EASTPORT | NY | 11941 | |
| KEVIN HARRINGTON | 31 MIDDLE ISLAND AVENUE | | MEDFORD | NY | 11763 | |
| KIMBERLY DAWN POPPITI | C/O STIM & WARMUTH PC | 2 EIGHTH ST | FARMINGVILLE | NY | 11738 | |
| KIMBERLY SPICIARICH | 10 DAPHNE PL | | SMITHTOWN | NY | 11787 | |
| KIOMELIS RODRIGUEZ | 52 TAMARACK STREET | | CENTRAL ISLIP | NY | 11722 | |
| KONICA MINOLTA PREMIER FINANCE | PO BOX 642333 | | PITTSBURGH | PA | 15264 | |
| KPMG LLP | DEPT 0511 | PO BOX 120511 | DALLAS | TX | 75312-0511 | |
| KRISTINE BONIELLO | 516 LOCUST AVENUE | | OAKDALE | NY | 11769 | |
| L&J CESSPOOL SERVICE | 2 MERRICK BLVD | | EAST MORICHES | NY | 11940 | |
| L.I. AUTOMATIC DOORS | 26 W OLD COUNTRY ROAD | | HICKSVILLE | NY | 11801 | |
| L.I. HARDWARE | 4155 VETERANS MEMORIAL HWY STE 13 | | RONKONKOMA | NY | 11779-6063 | |
| LACORTE FARM & LAWN EQUIPMENT | 522 EDWARDS AVENUE | | CALVERTON | NY | 11933 | |
| LANDTEK GROUP INC | 235 COUNTY LINE ROAD | | AMITYVILLE | NY | 11701 | |
| LAURA POPE ROBBINS | 122 N ROCKY DELLS DR | | PRESCOTT | AZ | 86303 | |
| LAUREL PUBLICATIONS | ATTN GLORIA SCHETTY | 595 RTE 25A - SUITE 18 | MILLER PLACE | NY | 11764 | |

In re: Dowling College Inc., et al.
Case No. 16-75545 (REG)

Page 6 of 11

## Exhibit A
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| LAZARD FRERES & CO., LLC | PO BOX 5394 | | NEW YORK | NY | 10124 | |
| LEAF | PO BOX 742647 | | CINCINNATI | OH | 45274-2647 | |
| LEAF CAPITAL FUNDING LLC | ATTN LEGAL DEPT | 2005 MARKET ST 14TH FL | PHILADELPHIA | PA | 19103 | |
| LEAF CAPITAL FUNDING LLC | ATTN LEGAL DEPT | 2005 MARKET ST 14TH FL | PHILADELPHIA | PA | 19103 | |
| LEAF CAPITAL FUNDING LLC | ATTN LEGAL DEPT | 2005 MARKET ST 14TH FL | PHILADELPHIA | PA | 19103 | |
| LEAF CAPITAL FUNDING LLC | ATTN LEGAL DEPT | 2005 MARKET ST 14TH FL | PHILADELPHIA | PA | 19103 | |
| LEANN DOYLE | 48 GROVE AVENUE | | PATCHOGUE | NY | 11772 | |
| LEMOYNE COLLEGE GOLF | OFFICE OF ATHLETICS | 1419 SALT SPRINGS ROAD | SYRACUSE | NY | 13214 | |
| LEO GIGLIO | 9 HILLTOP DR | | MELVILLE | NY | 11747 | |
| LESTER CORRAIN | 60 MORRIS STREET | | BRENTWOOD | NY | 11717 | |
| LI LIBRARY RESOURCE COUNSEL (LILRC) | MELVILLE LIBRARY BUILDING | SUITE E310 | STONY BROOK | NY | 11794 | |
| LINDA ARDITO | 5 TWO ROD ROAD | | HUNTINGTON | NY | 11743 | |
| LINDA BAUSCH | 289 DONALD BLVD | | HOLBROOK | NY | 11741 | |
| LINDA CATELLI | 14 DORSET ROAD | | SOUTHAMPTON | NY | 11968 | |
| LINDA GRACEFFO | 160 PLAINVIEW ROAD | | WOODBURY | NY | 11797 | |
| LISA BRAXTON | 55 PANAMOKA TRAIL | | RIDGE | NY | 11961 | |
| LOCAL 153 PENSION PLAN | C/O DAVID M FUSCO/SCHWARZWALD MCNAIR & FUSCO LLP | 1215 SUPERIOR AVE E STE 225 | CLEVELAND | OH | 44114-3289 | |
| LOCAL 153 PENSION PLAN | C/O DAVID M FUSCO/SCHWARZWALD MCNAIR & FUSCO LLP | 1215 SUPERIOR AVE E STE 225 | CLEVELAND | OH | 44114-3289 | |
| LOIS KAHL | 349 SINGINGWOOD DRIVE | | HOLBROOK | NY | 11741 | |
| LONG ISLAND AND UNIVERSITY | ATTN MS MERCEDES RAVELO, DIR PUBLIC SAFETY | 250 JORALEMON ST., BROOKLYN LAW SCHOOL | BROOKLYN | NY | 11201 | |
| LONG ISLAND BUSINESS NEWS | SDS-12-2632 | PO BOX 86 | MINNEAPOLIS | MN | 55486-2632 | |
| LONG ISLAND GEESE CONTROL | 308 W MAIN STREET | LL SUITE 2 | SMITHTOWN | NY | 11787 | |
| LONG ISLAND GYM EQUIPMENT CO. | 1400 N PENTAQUIT AVENUE | | BAY SHORE | NY | 11706 | |
| LORI ZAIKOWSKI | 57 BIESELIN RD | | DELLPORT | NY | 11713-2339 | |
| LOWE'S | BUSINESS ACCOUNTS | PO BOX 530954 | ATLANTA | GA | 30353 | |
| LUCIANNA BASILICE | 23C COMMADORE LANE | | WEST BABYLON | NY | 11704 | |
| LUIS RIVERA | 11940 ANGLE POND AVENUE | | WINDERMERE | FL | 34796 | |
| MADELINE SMITH | 28 BOHACK CT APT 8 | | SAYVILLE | NY | 11782-2637 | |
| MAILFINANCE INC. | 25881 NETWORK PLACE | | CHICAGO | IL | 60673-1258 | |
| MAILIEN L. NEEFELDT | 12 SHERRY STREET | | EAST ISLIP | NY | 11730 | |
| MARCUS C. TYE | 310 LENOX RD APT 7N | | BROOKLYN | NY | 11226-2230 | |
| MARIEA NOBLITT | 801 KENMORE ROAD | | CHAPEL HILL | NC | 27514 | |
| MARIEL STEGMEIR | 3443 RIVERMORE STREET | | CAMARILLO | CA | 93010 | |
| MARILYN J. MATHER | 2 PUTZEL AVE. | | GUILFORD | CT | 6437 | |
| MARILYN ROCK | 123 VANDERBILT BLVD | | OAKDALE | NY | 11769 | |
| MARIO CALABRESE | 135 COOK ROAD | | PROSPECT | CT | 6712 | |
| MARK CARATTINI | 32 WILLIAMS STREET | | SMITHTOWN | NY | 11787 | |
| MARK D. SCHULTE | 11 WEST END AVENUE | | NEWTON | NJ | 07860-1501 | |
| MARK GREER | PO BOX 1863 | | WILLIAMSBURG | VA | 23187-1863 | |
| MARK RALPH GREER | PO BOX 1863 | | WILLIAMSBURG | VA | 23187 | |
| MARLIN LEASING | PO BOX 13604 | | PHILADELPHIA | PA | 19101-3604 | |
| MARTHA KLOTZ | 60 RIVER ROAD | PO BOX 550 | GREAT RIVER | NY | 11739 | |
| MARY ABELL | 268 BOWERY | 4TH FLOOR | NEW YORK | NY | 10012 | |
| MARY E DONOGHUE | 51 CANNON DR | | HOLBROOK | NY | 11741 | |
| MARY T. HICKEY | 73 FRASER AVENUE | | MERRICK | NY | 11566 | |
| MARYANN CAMPAGNO | 107 GUILFORD AVENUE | | OAKDALE | NY | 11769 | |
| MARYANN STOVER | 264 CANDEE AVENUE | | SAYVILLE | NY | 00117-8200 | |
| MARYELLEN BRIDGWOOD | 24 EMILIE DR | | CENTER MORICHES | NY | 11934 | |
| MATTHEW WHELAN | 2 EMMET DRIVE | | STONY BROOK | NY | 11790 | |
| MAUREEN EARLE | 506 LOMBARDY BLVD | | BRIGHTWATERS | NY | 11718 | |
| MCCARNEY TOURS | ATTN THOMAS MCCARNEY | 2858 N. WADING RIVER ROAD | WADING RIVER | NY | 11792 | |

In re: Dowling College Inc., et al.
Case No. 16-75545 (REG)

Page 7  of 11

**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|------|-------|-----|---------|
| MCGRAW-HILL | SCHOOL EDUCATION HOLDINGS LLC | LOCKBOX 71545 | CHICAGO | IL | 60694-1545 | |
| MEDCO SUPPLY COMPANY | PO BOX 971543 | | DALLAS | TX | 75397 | |
| MEISTER SEELIG & FEIN LLP | 125 PARK AVENUE | 7TH FLOOR | NEW YORK | NY | 10017 | |
| MELISSA TILLMAN | 1859 LEONARD LANE | | MERRICK | NY | 11566 | |
| MELODY L. COPE | 64 VAN BOMEL BLVD | | OAKDALE | NY | 11769-2025 | |
| MERGENT, INC. | PO BOX 741892 | | ATLANTA | GA | 30384-1892 | |
| MERON LINDENFELD | 5 FAIRLEE DRIVE | | EAST NORTHPORT | NY | 11731 | |
| METROMEDIA TECHNOLOGIES, INC. | PO BOX 28350 | | NEW YORK | NY | 10087-8350 | |
| MICHAEL ALOI | 420 NW 11TH AVE UNIT 911 | | PORTLAND | OR | 97209-2970 | |
| MICHAEL ANTHONY CAFARO | 1174 OLD COATS ROAD | | LILLINGTON | NC | 27546 | |
| MICHAEL CHARLES BECK | 44 OCEAN AVENUE | | BLUE POINT | NY | 11715 | |
| MICHAEL DELIA | 129 MICHAELS LANE | | WADING RIVER | NY | 11792 | |
| MICHAEL HEROLD | 5 TOWER LANE | | LEVITTOWN | NY | 11756 | |
| MICHAEL PUORRO | C/O HOWARD KLEINBERG/MEYER SUOZZI ENGLISH & KLEIN, P.C. | 990 STEWART AVE., STE. 300, PO BOX 9194 | GARDEN CITY | NY | 11530 | |
| MICHAEL SAKUMA | 432 NE RAVENNA BLVD | APT 302 | SEATTLE | WA | 98115 | |
| MICHAEL STATTERY | 438 LAKE AVENUE S | | NESCONSET | NY | 11767 | |
| MICHELLE MCKENNA | 3 CHERYL LANE | | NORTH BABYLON | NY | 11703 | |
| MID ISLAND AIR SERVICE, INC. | 101 HERING DRIVE | | RONKONKOMA | NY | 11779 | |
| MIDDLE STATES COMMISSION ON HIGHER EDUCA | 3624 MARKET STREET | SUITE 2 WEST | PHILADELPHIA | PA | 19104 | |
| MIKE COVELLO | 110 MERKEL DRIVE | | BLOOMFIELD | NJ | 7003 | |
| MOODY'S INVESTORS SERVICE, INC. | 7 WORLD TRADE CENTER | 250 GREENWICH STREET | NEW YORK | NY | 10007 | |
| MOUSSA KEITA | 16 PALM STREET | | CENTRAL ISLIP | NY | 11722 | |
| MR. SIGN | 1565 SYCAMORE AVENUE | | BOHEMIA | NY | 11716 | |
| MWDD | 5908 FEATHERLIGHT PLACE | | SANTA ROSA | CA | 95409 | |
| NA PUBLISHING, INC. | PO BOX 926 | | SALINE | MI | 48176-0926 | |
| NACAC | 1050 N HIGHLAND STREET | SUITE 400 | ARLINGTON | VA | 22201 | |
| NACUBO | 1110 VERMONT AVE NW | SUITE 800 | WASHINGTON | DC | 20005 | |
| NANA SARFO APPIAH | 2350 WEBSTER AVENUE | APT. 3F | BRONX | NY | 10458 | |
| NANCY CARROLL | 7 REGINA DRIVE | | SAYVILLE | NY | 11782 | |
| NANCY JONES | 14 MT MARCY AVE | | FARMINGVILLE | NY | 11738 | |
| NASSAU COUNTY LIBRARY | K. RAY, LOCUST VALLEY LIBRARY | 170 BUCKRAM RD | LOCUST VALLEY | NY | 11560 | |
| NATALIE L. VANDORN | 28 CHARLES ROAD | | EAST PATCHOGUE | NY | 11772 | |
| NATHALIA ROGERS | 60 HARNED DRIVE | | CENTERPORT | NY | 11721 | |
| NATIONAL CENTER FOR DRUG FREE SPORT | 2537 MADISON AVENUE | | KANSAS CITY | MO | 64108-2334 | |
| NATIONAL GRID | PO BOX 11791 | | NEWARK | NJ | 07101-4791 | |
| NEOPOST | PO BOX 30193 | | TAMPA | FL | 33630-3193 | |
| NETWORK CRAZE TECHNOLOGIES | 7037 FLY ROAD | | E. SYRACUSE | NY | 13057 | |
| NEW YORK TIMES | PO BOX 371456 | | PITTSBUGH | PA | 15250-7456 | |
| NEWSDAY | PO BOX 3002 | | BOSTON | MA | 02241-3002 | |
| NICHOLAS MAURO | 39 GLENVIEW DR | | SOUTHAMPTON | NY | 11968 | |
| NICOLE CUCCURULLO | 7 GORHAM LANE | | SMITHTOWN | NY | 11787 | |
| NOREEN URSO | 52 GREENWICH HILLS DRIVE | | GREENWICH | CT | 6831 | |
| NRCCUA | PO BOX 414378 | | KANSAS CITY | MO | 64141 | |
| NY PARTY WORKS INC. | 45 W JEFRYN BLVD STE F | | DEER PARK | NY | 11729 | |
| NYS DEPT OF ENVIROMENTAL CONSERVATION | DIV OF ENV REMEDIATION/ TECH SUPP 11TH FL | 625 BROADWAY | ALBANY | NY | 12233-7020 | |
| NYS HESC TAP | 99 WASHINGTON AVENUE | 14TH FL REFUND DEPT | ALBANY | NY | 12255 | |
| NYSATYC INC | WILBERT DONNAY,ACCTING DEPT,F530J | BOROUGH OF MANHATTAN COMM COLLEGE | NEW YORK | NY | 10007 | |
| NYSFAAA | BANK STREET COLLEGE OF EDUCATION | 610 WEST 112TH STREET | NEW YORK | NY | 10025 | |
| OAK HALL INDUSTRIES, L.P. | ATTN PATRICIA OSHIDA | 840 UNION STREET | SALEM | VA | 24153 | |
| OCLC | 4425 SOLUTIONS CENTER | | CHICAGO | IL | 60677-4004 | |

**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| OPTEL BUSINESS COMMUNICATION SYSTEMS | C.O OPTEL BCS INC | PO BOX 180 | NESCONSET | NY | 11767 | |
| OPTEL BUSINESS COMMUNICATION SYSTEMS | C/O OPTEL BCS INC | PO BOX 180 | NESCONSET | NY | 11767 | |
| OPTEL BUSINESS COMMUNICATIONS | C/O OPTEL BCS INC | PO BOX 180 | NESCONSET | NY | 11767 | |
| P&M DOOR LLC | ATTN RICHARD POHL | 10 OCEAN AVE, STE A | COPIAGUE | NY | 11726-1202 | |
| PARACO GAS | 2926 ROUTE 32 | | SAUGERTIES | NY | 12477-5120 | |
| PASCO SCIENTIFIC | 10101 FOOTHILLS BLVD | PO BOX 619011 | ROSEVILLE | CA | 95678-9011 | |
| PATRICIA ALBANO | 9 HOPES AVENUE | | HOLTSVILLE | NY | 11742 | |
| PATRICIA GLADSON ROBINSON | 20 OAK HILL AVENUE | | NORWALK | CT | 06854-2411 | |
| PATRICIA HUBBARD | 159 TRACE FRK | | CULLODEN | WV | 25510-9153 | |
| PATRICK B JOHNSON | 5 GREEN KNOLL COURT | | NORTHPORT | NY | 11768 | |
| PATTI JEAN ZERAFA | 11 MILAN ST | | PATCHOGUE | NY | 11772 | |
| PAUL ABRAMSON | 6 WINSIDE LANE | | CORAM | NY | 11727 | |
| PETER ESPOSITO | 14 BEACH ROAD | | PORT JEFFERSON | NY | 11777 | |
| PINE BUSH CENTRAL SCHOOL | ROUTE 302 | PO BOX 670 | PINE BUSH | NY | 12566 | |
| PRIDE EQUIPMENT CORPORATION | 150 NASSAU AVENUE | | ISLIP | NY | 11751 | |
| PROQUEST LLC | 789 E EISENHOWER PKY | PO BOX 1346 | ANN ARBOR | MI | 48106-1346 | |
| PSEG LONG ISLAND | PO BOX 9050 | | HICKSVILLE | NY | 11802 | |
| PSEGLI | 175 E OLD COUNTRY RD | | HICKSVILLE | NY | 11801 | |
| RALPH S CERULLO | 23 CANTERBURY COURT | | EAST SETAUKET | NY | 11733 | |
| RANDI KNEPPER | 33 ONEIDA AVE | | SOUTH SETAUKET | NY | 11720 | |
| REBECCA E DELORFANO | 41 GLENWOOD PL | | FARMINGVILLE | NY | 11738 | |
| REINALDO BLANCO | 200 STONELEIGH DR | | RIVERHEAD | NY | 11901 | |
| RESTORE ONE INC | C/O DBA SERVPRO OF GREATER SMITHTOWN | 620 JOHNSON AVENUE SUITE 8 | BOHEMIA | NY | 11716 | |
| RHODA MILLER | PO BOX 58 | | BABYLON | NY | 11702 | |
| RICHARD WILKENS | 27648 BELGIAN WAY | | SALISBURY | MD | 21801-2558 | |
| RICHARD WOLFF | 114 MARKS ROAD APT 4 | | VALPARAISO | IN | 46383 | |
| RICHARD WRIGHT | 67-50 164TH STREET | | FLUSHING | NY | 11365 | |
| ROBERT BERCHMAN | 13 BLOWING FRESH DRIVE | | SALEM | SC | 29676 | |
| ROBERT CAMPBELL | 265 CEDAR AVENUE | | ISLIP | NY | 11751 | |
| ROBERT DOUGHERTY | 122 NORWALK AVENUE | | MEDFORD | NY | 11763 | |
| ROBERT GROSS | 1 WOODSTONE COURT | | SOUTH HUNTINGTON | NY | 11746 | |
| ROBERT LANDHAUSER JR | 48 MEADOW LN | | HICKSVILLE | NY | 11801-5304 | |
| ROBERT MANLEY | 151 LAKE DRIVE S. | | WEST ISLIP | NY | 11795 | |
| ROBERT TOTA | 2868 LINDALE STREET | | WANTAGH | NY | 11793 | |
| ROGERS & TAYLOR APPRAISE | 300 WHEELER ROAD | | HAUPPAUGE | NY | 11788 | |
| ROMANELLI & SON, INC | 94 EAST HOFFMAN AVENUE | | LINDENHURST | NY | 11757 | |
| RONALD PARR | C/O HOWARD KLEINBERG/MEYER SUOZZI ENGLISH & KLEIN, P.C. | 990 STEWART AVE., STE. 300, PO BOX 9194 | GARDEN CITY | NY | 11530 | |
| RONALD ROSSO | 17 ANDERANO AVENUE | | PATCHOGUE | NY | 11772 | |
| RONALD TONEY | 1619 PACIFIC ST | | BROOKLYN | NY | 11213 | |
| RONALD VARGAS | 24 JAMES JUNIOR AVENUE | | DANIELSOM | CT | 6239 | |
| ROXANN HRISTOVSKY | PO BOX 748 | | WADING RIVER | NY | 11792 | |
| ROY EHRENSBERGER | 18 SHELDON AVENUE | | PATCHOGUE | NY | 11772 | |
| ROYAL STAR ASSOCIATES, INC. | C/O PHILLIPS, ARTURA & COX | 165 SOUTH WELLWOOD AVE | LINDENHURST | NY | 11757 | |
| RUBENSTEIN ASSOCIATES, INC. | WORLDWIDE PLAZA | 825 EIGHTH AVENUE | NEW YORK | NY | 10019-7416 | |
| RUSSELL HUBER | 46 PEACH TREE LANE | | HUNTINGTON STATION | NY | 11746 | |
| S. MARSHALL PERRY | 4363 NELSON DR | | RICHMOND | CA | 94803-2302 | |
| SAFEWAY FIRE AND PROTECTION CO. | 115 BROAD HOLLOW RD STE LL15 | | MELVILLE | NY | 11747-4998 | |
| SANITECH SERVICES, INC | 110 LAKE AVE SOUTH | SUITE 40 | NESCONSET | NY | 11767 | |
| SANS TECHNOLOGY, INC | 9140 GUILFORD ROAD | SUITE A | COLUMBIA | MD | 21046 | |
| SCHOOL COUNSELORS OF ROC | PO BOX 41 | | WEST NYACK | NY | 10994-0041 | |
| SCHOOL HEALTH CORP. | 6764 EAGLE WAY | | CHICAGO | IL | 60678 | |
| SCOPE | PUBLICATIONS ORDER DEPARTMENT | 100 LAWRENCE AVENUE | SMITHTOWN | NY | 11787 | |

In re: Dowling College Inc., et al.
Case No. 16-75545 (REG)

Page 9  of 11

**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|------|-------|-----|---------|
| SCOTT J. PASSANESI | 4015 MUDDY CREEK ROAD | | VIRGINIA BEACH | VA | 23457 | |
| SCOTT MAKOSIEJ | 2519 27TH STREET | APT.5C | ASTORIA | NY | 11102 | |
| SCPOES PIPE BAND | PO BOX 1116 | | SMITHTOWN | NY | 11787 | |
| SCWA | PO BOX 3147 | | HICKSVILLE | NY | 11802 | |
| SEAN LYONS | 74 BRAND DRIVE | | HUNTINGTON | NY | 11743 | |
| SELECT OFFICE SYSTEMS INC. | PO BOX 11777 | | BURBANK | CA | 91510 | |
| SEYED RAJI | 24 PLEASANT LANE | | SOUTHAMPTON | NY | 11968 | |
| SHARON DINAPOLI | 589 PULASKI ROAD | | KINGS PARK | NY | 11754 | |
| SHERYL JOHNSON | 23 GILBERT STREET | | PATCHOGUE | NY | 11772 | |
| SHI CORP | PO BOX 952121 | | DALLAS | TX | 75395-2121 | |
| SHRED-IT USA LLC | 7734 S 133RD ST | | OMAHA | NE | 68138 | |
| SIDEARM SPORTS LLC | PO BOX 843038 | | KANSAS CITY | MO | 64184-3038 | |
| SIGMA-ALDRICH INC | 3050 SPRUCE ST | | ST LOUIS | MO | 63103 | |
| SKYRUSH MARKETING | PO BOX 354 | | YAPHANK | NY | 11980 | |
| SMART POWER INC | 829 LINCOLN AVE | | BOHEMIA | NY | 11716 | |
| SOUTHERN NEW HAMPSHIRE UNIVERSITY | ATTN RAY PROUTY | 2500 N. RIVER ROAD | MANCHESTER | NH | 3106 | |
| SPENCER ROBINSON | 20 OAK HILL AVENUE | | NORWALK | CT | 6854 | |
| ST. ANTHONY'S HIGH SCHOOL | ATTN MRS. KIM HEARNEY, DIRECTOR OF COLLEGE CO | 275 WOLF HILL ROAD | SOUTH HUNTINGTON | NY | 11747-1394 | |
| ST. JOHN THE BAPTIST DIOCESAN HS | 1170 MONTAUK HWY | | WEST ISLIP | NY | 11795-4959 | |
| ST. JOHNS UNIVERSITY | BERNADETTE LAVIN-MACDONALD CTR | 8000 UTOPIA PKWY | JAMAICA | NY | 11439 | |
| ST. JOSEPH'S COLLEGE | 155 W ROE BLVD. | | PATCHOGUE | NY | 11772 | |
| STATEWIDE ROOFING INC. | 2120 FIFTH AVENUE | | RONKONKOMA | NY | 11779-6906 | |
| STEPHANIE TATUM | 4 MCFARLAND AVENUE | | CENTRAL ISLIP | NY | 11722 | |
| STEPHEN ANGELELLA | 2788 MARION STREET | | BELLMORE | NY | 11710 | |
| STEPHEN LAMIA | 315 E68TH AT APT 5B | | NEW YORK | NY | 10065-5603 | |
| STEVEN R STECHER | 225 HILLSIDE AVENUE | | LIVINGSTON | NJ | 7039 | |
| STEVEN TELLERIAS | 448 OCEAN AVENUE | | CENTRAL ISLIP | NY | 11722-1828 | |
| STORR TRACTOR COMPANY | 175 13TH AVENUE | | RONKONKOMA | NY | 11779 | |
| STRATEGIC VALUE MEDIA | 8700 INDIAN CREEK PARKWAY | SUITE 300 | OVELOOK PARK | KS | 66210 | |
| SUFFOLK COUNTY LOCKSMITH | 944 MONTAUK HWY | SUITE C | SHIRLEY | NY | 11967 | |
| SUFFOLK COUNTY NEWS | PO BOX 782 | | PATCHOGUE | NY | 11772 | |
| SUFFOLK ZONE N.Y.S.A.H.P | C/O JOANNE HAMILTON, SUFFOLK ZONE | 7 GLEN HOLLOW DRIVE, APT B33 | HOLTSVILLE | NY | 11742 | |
| SUSAN CARTER | 131 N COUNTRY RD | | MILLER PLACE | NY | 11764 | |
| SUSAN VOORHEES | 43 BAYWAY AVE | | BAY SHORE | NY | 11706 | |
| SUSANNE BLEIBERG-SEPERSON | 17 MELENY ROAD | | LOCUST VALLEY | NY | 11560 | |
| SUZANNE FREGOSI | 81 HAWTHORNE AVE | | WEST BABYLON | NY | 11704 | |
| THE ALLEN J FLOOD COMPANY | TWO MADISON AVENUE | | LARCHMONT | NY | 10538 | |
| THE BANK OF NEW YORK MELLON | 101 BARCLAY STREET | 21 W. | NEW YORK | NY | 10286 | |
| THE PROPHET CORPORATION | C/O GOPHER SPORT | PO BOX 998 | OWATONNA | MN | 55060 | |
| THERESA DOMENICHELLO | 77 WAVERLY AVE APT 417 | | PATCHOGUE | NY | 11772-8301 | |
| THERESA TALMAGE | 83 EAST MORICHES BLVD | | EASTPORT | NY | 11941 | |
| THOMAS CAPUTO | 20 HEIDI COURT | | BOHEMIA | NY | 11716 | |
| THOMAS DALY | 115 ROXBURY ROAD | | GARDEN CITY | NY | 11530 | |
| THOMAS F KELLY | 5960 AMHERST DRIVE | APT. B 101 | NAPLES | FL | 34112 | |
| THOMAS SCIENTIFIC | 3501 MARKET STREET | | PHILADELPHIA | PA | 19104 | |
| THOMSON REUTERS-WEST | PAYMENT CENTER | PO BOX 6292 | CAROL STREAM | IL | 60197-6292 | |
| TIMOTHY BOYLE | 3905 FAITH CHURCH RD | | INDIAN TRAIL | NC | 28079-9301 | |
| TIMOTHY GOING | 111 GENEVA STREET | | BAY SHORE | NY | 11706 | |
| TIMOTHY H KELLY | 36 DALE DR | | OAKDALE | NY | 11769 | |
| TODD A ROONEY | 51 OAKDALE AVENUE | | SELDEN | NY | 11784 | |
| TOTAL FUNDS BY HASLER | PO BOX 30193 | | TAMPA | FL | 33630 | |
| TRACY J. DIMARCO | 426 WADING RIVER | | MANORVILLE | NY | 11949 | |

In re: Dowling College Inc., et al.
Case No. 16-75545 (REG)

Page 10  of 11

## Exhibit A
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| TRADE INDUSTRY NETWORK | 163 STERLING ROAD | | TORONTO | ON | | CANADA |
| TRAVIS EVANS | 518 W. 111TH STREET | | NEW YORK | NY | 10025 | |
| TROY BOHLANDER | RESIDENCE LIFE - OAKDALE | 150 IDLE HOUR BLVD. | OAKDALE | NY | 11769 | |
| TROY DEAN BOHLANDER | 12934 W SHADOW HILLS DRIVE | | SUN CITY WEST | AZ | 85375 | |
| ULTIMATE POWER, INC. | 45 NANCY STREET | | WEST BABYLON | NY | 11704 | |
| UNION LEASING INC. | 425 NORTH MARTINGDALE ROAD | 6TH FLOOR | SCHAUMBURG | IL | 60173 | |
| UNITED STATES DEPARTMENT OF EDUCATION | ATTN NATASHA VARNOVITSKY | 400 MARYLAND AVE SW STE 6E215 | WASHINGTON | DC | 20202 | |
| UNITED STATES TREASURY FOR SEAN FLECKENSTEIN | PO BOX 1363 | | STONY BROOK | NY | 11790 | |
| UNIVERSAL TEMPERATURE CO. | 1749 JULIA GOLDBACH AVENUE | | RONKONKOMA | NY | 11779 | |
| UNIVERSITY OF BRIDGEPORT | WOMEN'S SOCCER | 120 WALDMERE AVENUE | BRIDGEPORT | CT | 6601 | |
| UNIVERSITY OF NEW HAVEN | CHARGER GYMNASIUM | 300 BOSTON POST ROAD | WEST HAVEN | CT | 6516 | |
| UNIVERSITY OF WISCONSIN | LUNAR SCHOOL OF BUSINESS ATTN ANDREA ZW | PO BOX 742 | MILWAUKEE | WI | 53201 | |
| UNIVEST | 3220 TILLMAN DR STE 503 | | BENSALEM | PA | 19020-2049 | |
| US DEPARTMENT OF VETERAN AFFAIRS (VA) | VA DEBT MANAGEMENT CENTER (DMC) | PO BOX 11930 | ST PAUL | MN | 55111 | |
| VALERO | PO BOX 300 | | AMARILLO | TX | 79105-0300 | |
| VALUE LINE PUBLISHING LLC | 551 5TH AVE RM 300 | | NEW YORK | NY | 10176-0399 | |
| VERIZON | PO BOX 15124 | | ALBANY | NY | 12212-5124 | |
| VERIZON WIRELESS | PO BOX 15023 | | WORCESTER | MA | 01615-0023 | |
| VERONA SAFETY SUPPLY INC. | 913 WATSON AVENUE | | MADISON | WI | 53713 | |
| VICTORIA HERRMANN | 118 EASY STREET | | WEST SAYVILLE | NY | 11796 | |
| WALTER BENKA | 166-69 20TH AVENUE | | WHITESTONE | NY | 11357 | |
| WB MASON CO INC. | PO BOX 981101 | | BOSTON | MA | 02298-1101 | |
| WEDRIVEU, INC. | 700 AIRPORT BLVD | SUITE 250 | BURLINGAME | CA | 94010 | |
| WELLS FARGO VENDOR FINANCIAL SERVICES | 1010 THOMAS EDISON BLVD SW | | CEDAR RAPIDS | IA | 52404 | |
| WEST GROUP | PAYMENT CENTER | PO BOX 6292 | CAROL STREAM | IL | 60197-6292 | |
| WESTERN SUFFOLK COUNSELORS | 595 NY-25A # 18 | | MILLER PLACE | NY | 11764 | |
| WHITNEY STARK | 1250 BALDWIN ROAD | | YORKTOWN HEIGHTS | NY | 10598 | |
| WILLIAM INDICK | 125 MAPLE STREET | | ISLIP | NY | 11751 | |
| WILLIAM SCHMOEGNER | 5 PADDOCK ROAD | | EAST LYME | CT | 6333 | |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES | 25 SOUTH CHARLES STREET, 11TH FLOOR | BALTIMORE | MD | 21201 | |
| WOODBURN PRESS | 405 LITTELL AVE | | DAYTON | OH | 45419 | |
| WSCA SPRING CONFERENCE | 595 RTE 25A | SUITE 18 | MILLER PLACE | NY | 11764 | |
| XEROX EDUCATION SERVICES | PO BOX 201322 | | DALLAS | TX | 75320-1322 | |
| XEROX FINANCIAL SERVICES | PO BOX3147 | | HICKSVILLE | NY | 11802-3147 | |
| YAIR COHEN | 80-62 188TH STREET | | HOLLIS | NY | 11423 | |
| YANEK MIECZKOWSKI | 640 S BREVARD AVE APT 1231 | | COCOA BEACH | FL | 32931-4470 | |
| YENKO INC. | 150 GRANT STREET | 2ND FLOOR | BROOKLYN | NY | 11201 | |
| YOUSUF KHAN ASLAM | 138 PRINCESS STREET | | HICKSVILLE | NY | 11801 | |
| ZEKLERS INC. | 1061 N.SHEPARD STREET | SUITE L | ANAHEIM | CA | 92806 | |