

U.S. Department of Justice
Office of the United States Trustee
Region 2

Eastern District of New York

| | | |
|---|---|---|
| IN RE: DOWLING COLLEGE, | } | CHAPTER 11 |
| f/d/b/a DOWLING INSTITUTE, | } | |
| f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION, | } | CASE NO. 16-75545-REG |
| f/d/b/a CECOM, | } | JUDGE: HON. ROBERT E. GROSSMAN |
| a/k/a DOWLING COLLEGE, INC., | } | |
| | } | |
| DEBTOR. | } | |

## DEBTOR'S POST-CONFIRMATION QUARTERLY OPERATING REPORT FOR THE PERIOD

FROM  7/1/2019  TO  9/30/2019

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.

Signed:: _____        Date: 10/8/19

Robert S. Rosenfeld
Print Name

Plan Administrator
Title

Debtor's Address and Phone Number:
Dowling College
PO Box 470
Massapequa, NY 11762
Tel. (212) 658-0300

Attorney's Address and Phone Number:
Sean Southard
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor, NY, NY 10036
Tel. (212) 679-5320

**QUARTERLY OPERATING REPORT**  
**POST CONFIRMATION**

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

Note: Prior to 12/31/18, the Debtor sold almost all of its real estate and personal assets.  The Debtor still maintains ownership in 5 unimproved small parcels of property in Oakdale, NY and 1 small island located in Narrows Bay, adjacent to Mastic Beach, NY. In connection with these properties, the Debtor maintains general liability and umbrella coverage, which it is in full force.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY     and     CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| General Liability - Philadelphia Indemnity Ins. Company | 10/1/18 to 9/30/19 | Annual | N/A |
| Umbrella - Continental Insurance Company | 10/1/18 to 9/30/19 | Annual | N/A |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

**Estimated Date of Filing the Application for Final Decree: 12/31/21.**

**CHAPTER 11 POST-CONFIRMATION**  
**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

Attachment No. 2

**Case Name:** Dowling College  
**Case Number:** 16-75545-REG  
**Date of Plan Confirmation:** 12/20/18  
**Plan Effective Date:** 1/14/19

All items must be answered. Any which do not apply should be answered "none" or "N/A".

|   |   | Post - Confirmation Date Period ||| Cumulative |
|---|---|---|---|---|---|
|   |   | **July 2019** | **August 2019** | **September 2019** | **July - September 2019** |
| 1. | **CASH (Beginning of Period)** | 523,949.11 | 493,303.44 | 468,118.28 | 523,949.11 |
| 2. | **INCOME or RECEIPTS during the Period** | 1,202.79 | 4,105.55 | 2,395.07 | 7,703.41 |
| 3. | **DISBURSEMENTS** | | | | |
|   | a. **Operating Expenses (Fees/Taxes):** | | | | |
|   |   (i) U.S. Trustee Quarterly Fees | - | - |   | - |
|   |   (ii) Federal Taxes | 4,875.00 | - |   | 4,875.00 |
|   |   (iii) State Taxes | - | - |   | - |
|   |   (iv) Other Taxes | - | - |   | - |
|   |   *Total - Operating Expenses (Fees/Taxes)* | 4,875.00 | - | - | 4,875.00 |
|   | b. **All Other Operating Expenses:** | 26,973.46 | 29,290.71 | 17,232.68 | 73,496.85 |
|   | c. **Plan Payments:*** | | | | |
|   |   (i) Administrative Claims- excluding retained professionals | - | - | - | - |
|   |   (ii) Administrative Claims - retained professionals | - | - | 132,144.73 | 132,144.73 |
|   |   (iii) DIP Financing repayments | - | - | - | - |
|   |   (iv) Secured Claims | - | - | - | - |
|   |   (v) Priority Claims - wage based claims | - | - | - | - |
|   |   (vi) Priority Claims - non- wage based claims | - | - | - | - |
|   |   (vii) Creditor Trust Payment | - | - | - | - |
|   |   (viii) Costs associated with WARN Settlement | - | - | - | - |
|   |   *Total - Plan Payments* | - | - | 132,144.73 | 132,144.73 |
|   | **Total Disbursements (Operating & Plan)** | 31,848.46 | 29,290.71 | 149,377.41 | 210,516.58 |
| 4. | **CASH (End of Period)** | 493,303.44 | 468,118.28 | 321,135.94 | 321,135.94 |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

**Attachment 2-a**
**January 2019**

**Dowling College**
**Quarterly Operating Report**
**Quarter Ended 9/30/19**
**Summary of Cash Flow by Month**
**July 2019**

| | | | Bank Account | | | | |
|---|---|---|---|---|---|---|---|
| | | | Signature Bank | | | | |
| | | | 419 | 427 | 435 | 6057 | US Bank | Total |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | | $193,796.28 | $28,418.16 | $287,393.66 | $13,930.32 | $410.69 | $523,949.11 |
| 2. | **INCOME or RECEIPTS during the Period** | | - | - | - | 1,202.78 | 0.01 | 1,202.79 |
| 3. | **DISBURSEMENTS** | | | | | | | |
| | a. | **Operating Expenses (Fees/Taxes):** | | | | | | |
| | | (i) U.S. Trustee Quarterly Fees | - | - | 4,875.00 | | | 4,875.00 |
| | | (ii) Federal Taxes | - | - | - | | | - |
| | | (iii) State Taxes | - | - | - | | | - |
| | | (iv) Other Taxes | - | - | - | | | - |
| | | *Total - Operating Expenses (Fees/Taxes)* | - | - | 4,875.00 | - | - | 4,875.00 |
| | b. | **All Other Operating Expenses:** | 1,350.00 | - | 25,608.75 | | 14.71 | 26,973.46 |
| | c. | **Plan Payments:*** | | | | | | |
| | | (i) Administrative Claims- excluding retained professionals | - | - | - | | | - |
| | | (ii) Administrative Claims - retained professionals | - | - | - | | | - |
| | | (iii) DIP Financing repayments | - | - | - | | | - |
| | | (iv) Secured Claims | - | - | - | | | - |
| | | (v) Priority Claims - wage based claims | - | - | - | | | - |
| | | (vi) Priority Claims - non- wage based claims | - | - | - | | | - |
| | | (vii) Creditor Trust Payment | | | | | | - |
| | | (viii) Costs associated with WARN Settlement | - | - | - | | | - |
| | | *Total - Plan Payments* | - | - | - | - | - | - |
| | **Total Disbursements (Operating & Plan)** | | 1,350.00 | - | 30,483.75 | - | 14.71 | 31,848.46 |
| 4 | **Bank Transfers** | | 2,700.00 | - | (2,700.00) | - | | - |
| 5 | **CASH (End of Period)** | | $195,146.28 | $28,418.16 | $254,209.91 | $15,133.10 | $395.99 | $493,303.44 |

**Attachment 2-b**
**February 2019**

**Dowling College**
**Quarterly Operating Report**
**Quarter Ended 9/30/19**
**Summary of Cash Flow by Month**
**August 2019**

|   |   |   | Signature Bank | | | Bank Account | | |
|---|---|---|---|---|---|---|---|---|
|   |   |   | 419 | 427 | 435 | 6057 | US Bank | Total |
| 1. | **CASH (Beginning of Period)** | | $ 195,146.28 | $ 28,418.16 | $ 254,209.91 | $ 15,133.10 | $ 395.99 | $ 493,303.44 |
| 2. | **INCOME or RECEIPTS during the Period** | | - | - | - | 4,105.54 | 0.01 | 4,105.55 |
| 3. | **DISBURSEMENTS** | | | | | | | |
| | a. | **Operating Expenses (Fees/Taxes):** | | | | | | - |
| | | (i) U.S. Trustee Quarterly Fees | | | | | | - |
| | | (ii) Federal Taxes | | | | | | - |
| | | (iii) State Taxes | - | - | - | | | - |
| | | (iv) Other Taxes | - | - | - | | | - |
| | | *Total - Operating Expenses (Fees/Taxes)* | - | - | - | - | - | - |
| | b. | **All Other Operating Expenses:** | 1,350.00 | | 27,926.00 | | 14.71 | 29,290.71 |
| | c. | **Plan Payments:*** | | | | | | |
| | | (i) Administrative Claims- excluding retained professionals | - | - | - | | | - |
| | | (ii) Administrative Claims - retained professionals | - | - | - | | | - |
| | | (iii) DIP Financing repayments | - | - | - | | | - |
| | | (iv) Secured Claims | - | - | - | | | - |
| | | (v) Priority Claims - wage based claims | - | - | - | | | - |
| | | (vi) Priority Claims - non- wage based claims | - | - | - | | | - |
| | | (vii) Creditor Trust Payment | - | | | | | - |
| | | (viii) Costs associated with WARN Settlement | - | - | - | | | - |
| | | *Total - Plan Payments* | - | - | - | - | - | - |
| | **Total Disbursements (Operating & Plan)** | | 1,350.00 | - | 27,926.00 | - | 14.71 | 29,290.71 |
| 4 | **Bank Transfers** | | | - | - | | | - |
| 5 | **CASH (End of Period)** | | $ 193,796.28 | $ 28,418.16 | $ 226,283.91 | $ 19,238.64 | $ 381.29 | $ 468,118.28 |

**Attachment 2-c**
**March 2019**

**Dowling College**
**Quarterly Operating Report**
**Quarter Ended 9/30/19**
**Summary of Cash Flow by Month**
**September 2019**

| | | | | | Bank Account | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Signature Bank | | | | |
| | | | | **419** | **427** | **435** | **6057** | **US Bank** | **Total** |
| 1. | **CASH (Beginning of Period)** | | | $ 193,796.28 | $ 28,418.16 | $ 226,283.91 | $ 19,238.64 | $ 381.29 | $ 468,118.28 |
| 2. | **INCOME or RECEIPTS during the Period** | | | 25.00 | - | - | 2,370.06 | 0.01 | 2,395.07 |
| 3. | **DISBURSEMENTS** | | | | | | | | |
| | a. | **Operating Expenses (Fees/Taxes):** | | - | - | - | | | - |
| | | (i) | U.S. Trustee Quarterly Fees | - | - | - | | | - |
| | | (ii) | Federal Taxes | - | - | - | | | - |
| | | (iii) | State Taxes | - | - | - | | | - |
| | | (iv) | Other Taxes | - | - | - | | | - |
| | | *Total - Operating Expenses (Fees/Taxes)* | | - | - | - | - | - | - |
| | b. | **All Other Operating Expenses:** | | 1,350.00 | | 15,867.97 | | 14.71 | 17,232.68 |
| | c. | **Plan Payments:*** | | | | | | | |
| | | (i) | Administrative Claims- excluding retained professionals | - | - | - | | | - |
| | | (ii) | Administrative Claims - retained professionals | 132,144.73 | - | - | | | 132,144.73 |
| | | (iii) | DIP Financing repayments | - | - | - | | | - |
| | | (iv) | Secured Claims | - | - | - | | | - |
| | | (v) | Priority Claims - wage based claims | | - | - | | | - |
| | | (vi) | Priority Claims - non- wage based claims | - | - | - | | | - |
| | | (vii) | Creditor Trust Payment | | | | | | - |
| | | (viii) | Costs associated with WARN Settlement | - | - | - | | | - |
| | | *Total - Plan Payments* | | 132,144.73 | - | - | - | - | 132,144.73 |
| | **Total Disbursements (Operating & Plan)** | | | 133,494.73 | - | 15,867.97 | - | 14.71 | 149,377.41 |
| 4 | **Bank Transfers** | | | 1,350.00 | | (1,350.00) | | | - |
| 5 | **CASH (End of Period)** | | | $ 61,676.55 | $ 28,418.16 | $ 209,065.94 | $ 21,608.70 | $ 366.59 | $ 321,135.94 |

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**JULY 2019**

| Bank Account Information - July 2019 | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 |
|---|---|---|---|---|---|
| Name of Bank: | Signature Bank | Signature Bank | Signature Bank | Signature Bank | US Bank |
| Account Name: | Plan Consummation Account | Plan Disputed Claim Reserve Account | Plan Administrative Expense Account | Student Collections Account | Federal Perkins Loan Account |
| Account Number: | xx419 | xx427 | xx435 | xx6057 | xx1467 |
| Purpose of Account (Operating/Payroll/Tax) | Plan Distributions | Disputed Claims | Post Effective Date Operating Expenses | Student Receivables Collection Account | Perkins Loan Account |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Money Market | Checking |
| 1. **Balance per Bank Statement** | $ 202,473.84 | $ 28,418.16 | $ 254,209.91 | $ 15,133.10 | $ 460.69 |
| 2. **ADD**: Deposits not credited | - | - | - | - | - |
| 3. **SUBTRACT**: Outstanding Checks | (7,327.56) | - | - | - | (64.70) |
| 4. Other Reconciling Items | - | - | - | - | - |
| 5. **Month End Balance** (Must Agree with Books) | $ 195,146.28 | $ 28,418.16 | $ 254,209.91 | $ 15,133.10 | $ 395.99 |

**Note:** Attach copy of each bank statement and bank reconciliation.
**Bank statements are available upon request.**

ATTACHMENT NO. 3a-1

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**JULY 2019**

| Investment Account Information (1) Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| TD Wealth/Dowling Clg Cust./x5014 | | Money Market | | $ 1,557,519.39 |
| TD Wealth/Dowling Italian Studies Cust./x6012 | | Money Market | | $ 113,599.67 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**
**Bank statements are available upon request.**

*(1) The TD Wealth Management accounts are maintained for Dowling College's endowment funds and are not property of the Debtor's estate.*

**ATTACHMENT NO. 3b**
**February 2019**

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**AUGUST 2019**

| Bank Account Information - August 2019 | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 |
|---|---|---|---|---|---|
| Name of Bank: | Signature Bank | Signature Bank | Signature Bank | Signature Bank | US Bank |
| Account Name: | Plan Consummation Account | Plan Disputed Claim Reserve Account | Plan Administrative Expense Account | Student Collections Account | Federal Perkins Loan Account |
| Account Number: | xx419 | xx427 | xx435 | xx6057 | xx1467 |
| Purpose of Account (Operating/Payroll/Tax) | Plan Distributions | Disputed Claims | Post Effective Date Operating Expenses | Student Receivables Collection Account | Perkins Loan Account |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Money Market | Checking |
| 1. **Balance per Bank Statement** | $ 201,123.84 | $ 28,418.16 | $ 226,283.91 | $ 19,238.64 | $ 445.99 |
| 2. **ADD**: Deposits not credited | - | - | - | - | - |
| 3. **SUBTRACT**: Outstanding Checks | (7,327.56) | - | - | - | (64.70) |
| 4. Other Reconciling Items | - | - | - | - | - |
| 5. **Month End Balance** (Must Agree with Books) | $ 193,796.28 | $ 28,418.16 | $ 226,283.91 | $ 19,238.64 | $ 381.29 |

**Note:  Attach copy of each bank statement and bank reconciliation.**
**Bank statements are available upon request.**

8

**QUARTERLY OPERATING REPORT**  **ATTACHMENT NO. 3b-1**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**AUGUST 2019**

| Investment Account Information (1) Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| TD Wealth/Dowling Clg Cust./x5014 | | Money Market | | $ 1,559,335.45 |
| TD Wealth/Dowling Italian Studies Cust./x6012 | | Money Market | | $ 113,758.35 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**
**Bank statements are available upon request.**
*(1) The TD Wealth Management accounts are maintained for Dowling College's endowment funds and are not property of the Debtor's estate.*

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**SEPTEMBER 2019**

| Bank Account Information - September 2019 | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 |
|---|---|---|---|---|---|
| **Name of Bank:** | Signature Bank | Signature Bank | Signature Bank | Signature Bank | US Bank |
| **Account Name:** | Plan Consummation Account | Plan Disputed Claim Reserve Account | Plan Administrative Expense Account | Student Collections Account | Federal Perkins Loan Account |
| **Account Number:** | xx419 | xx427 | xx435 | xx6057 | xx1467 |
| **Purpose of Account (Operating/Payroll/Tax)** | Plan Distributions | Disputed Claims | Post Effective Date Operating Expenses | Student Receivables Collection Account | Perkins Loan Account |
| **Type of Account (e.g. checking)** | Checking | Checking | Checking | Money Market | Checking |
| 1. **Balance per Bank Statement** | $ 63,596.36 | $ 28,418.16 | $ 209,065.94 | $ 21,608.70 | $ 389.62 |
| 2. **ADD**: Deposits not credited | - | - | - | - | - |
| 3. **SUBTRACT**: Outstanding Checks | (1,919.81) | - | - | - | (23.03) |
| 4. Other Reconciling Items | - | - | - | | - |
| 5. **Month End Balance** (Must Agree with Books) | $ 61,676.55 | $ 28,418.16 | $ 209,065.94 | $ 21,608.70 | $ 366.59 |

**Note:** Attach copy of each bank statement and bank reconciliation.
**Bank statements are available upon request.**

QUARTERLY OPERATING REPORT                ATTACHMENT NO. 3c-1
POST CONFIRMATION

CHAPTER 11 POST-CONFIRMATION
BANK ACCOUNT RECONCILIATIONS
JUNE 2019

| Investment Account Information (1) Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| TD Wealth/Dowling Clg Cust./x5014 | | Money Market | | $ 1,561,142.93 |
| TD Wealth/Dowling Italian Studies Cust./x6012 | | Money Market | | $ 113,909.16 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**
**Bank statements are available upon request.**
*(1) The TD Wealth Management accounts are maintained for Dowling College's endowment funds and are not property of the Debtor's estate.*

**CHAPTER 11 POST-CONFIRMATION**  **Attachment No. 4**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xx419 |
| Purpose of Account (Operating-Plan Distributions) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 07/03/2019 | Walter Benka | IT Services - post effective date | 1,350.00 |
| ACH | 08/01/2019 | Walter Benka | IT Services - post effective date | 1,350.00 |
| ACH | 09/04/2019 | Walter Benka | IT Services - post effective date | 1,350.00 |
| Wire Trf | 09/19/2019 | Silverman Acampora LLP | Administrative Claim - Professional Fees | 132,144.73 |
| | | | TOTAL | 136,194.73 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

**CHAPTER 11 POST-CONFIRMATION**  **Attachment No. 4**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xx435 |
| Purpose of Account (Operating) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 07/02/2019 | ADP, LLC- post petition | Payroll processing charges | 47.20 |
| | 07/02/2019 | GT Software Inc.-Post Petition | Post effectie date - operating expenses | 792.00 |
| | 07/16/2019 | U.S. Trustee | Q2 2019 US Trustee Fees | 4,875.00 |
| | 07/25/2019 | Klestadt Winters Jureller Southard & Stev | Post effective date legal fees | 10,371.14 |
| | 07/25/2019 | RSR Consulting LLC | Post effective date Plan Administrator fees | 14,398.41 |
| | 08/01/2019 | Educause-Post | Post effectie date - operating expenses | 77.00 |
| | 08/01/2019 | National Archives, Inc. | Post effective date - storage fees | 38.02 |
| | 08/06/2019 | U.S. Postal Service | Post effectie date - operating expenses | 366.00 |
| | 08/15/2019 | RSR Consulting LLC | Post effective date Plan Administrator fees | 9,903.60 |
| | 08/15/2019 | Klestadt Winters Jureller Southard & Stev | Post effective date legal fees | 3,642.50 |
| | 08/15/2019 | Garden City Group, LLC | Post effective date professional fees | 1,807.28 |
| | 08/15/2019 | Computer Integrated Services-Post | Remote data storage- per Court Order | 3,500.00 |
| | 08/15/2019 | Denise Scalzo | Post effectie date - operating expenses | 400.00 |
| | 08/19/2019 | NYS Unemployment Insuance | Post effective date - State Unemployment Insurance | 8,138.07 |
| | 08/19/2019 | National Archives, Inc. | Post effective date - storage fees | 53.53 |
| | 09/03/2019 | National Archives, Inc. | Post effective date - storage fees | 38.02 |
| | 09/13/2019 | Computer Integrated Services-Post | Remote data storage- per Court Order | 3,500.00 |
| | 09/13/2019 | Computer Integrated Services-Post | Remote data storage- per Court Order | 3,500.00 |
| | 09/13/2019 | Klestadt Winters Jureller Southard & Stev | Post effective date legal fees | 1,982.80 |
| | 09/13/2019 | RSR Consulting LLC | Post effective date Plan Administrator fees | 6,847.15 |
| | | | **TOTAL** | **74,277.72** |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.