**S**ILVERMAN**A**CAMPORA **LLP**
Attorneys for the Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Anthony C. Acampora
Brian Powers

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

DOWLING COLLEGE f/d/b/a DOWLING
INSTITUTE f/d/b/a DOWLING COLLEGE
ALUMNI ASSOCIATION f/d/b/a CECOM
a/k/a DOWLING COLLEGE, INC.,

          Post-Confirmation Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 16-75545 (REG)

## NOTICE OF WITHDRAWAL OF OBJECTION TO PROOFS OF CLAIM
## NO. 9 FILED BY BONNIE NOHS AND NO. 53 FILED BY DEANNA OCAMPO

**PLEASE TAKE NOTICE**, that Ronald J. Friedman, Esq. (the "**Trustee**"), the Trustee of the Dowling College Unsecured Creditor Trust (the "**Trust**"), hereby withdraws the Trust's objection to Claim No. 9 filed by Bonnie Nohs for Michelle T. Nohs (deceased) and Claim No. 53 filed by Deanna Ocampo for Michelle T. Nohs (deceased) as contained in the *Dowling College Unsecured Creditor Trust's Second Omnibus Objection to Claims (*Reduction or Disallowance of Claims*)* (ECF Doc. No. 726).

Dated: Jericho, New York
      November 15, 2019

                   **S**ILVERMAN**A**CAMPORA **LLP**
                   Attorneys for Trustee

             By:    *s/ Anthony Acampora*
                   Anthony C. Acampora
                   Member of the Firm
                   100 Jericho Quadrangle, Suite 300
                   Jericho, New York 11753
                   (516) 479-6300