

U.S. Department of Justice
Office of the United States Trustee
Region 2

Eastern District of New York

| | |
|---|---|
| IN RE: DOWLING COLLEGE,<br>f/d/b/a DOWLING INSTITUTE,<br>f/d/b/a DOWLING COLLEGE ALUMNI<br>   ASSOCIATION,<br>f/d/b/a CECOM,<br>a/k/a DOWLING COLLEGE, INC.,<br><br>DEBTOR. | CHAPTER 11<br><br>CASE NO. 16-75545-REG<br><br>JUDGE: HON. ROBERT E. GROSSMAN |

## DEBTOR'S POST-CONFIRMATION
## QUARTERLY OPERATING REPORT
## FOR THE PERIOD
### FROM   10/1/2019   TO   12/31/2019

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.

Signed: _____   Date: 1/14/20

Robert S. Rosenfeld
Print Name

Plan Administrator
Title

Debtor's Address
and Phone Number:
Dowling College
PO Box 470
Massapequa, NY  11762
Tel. (212) 658-0300

Attorney's Address
and Phone Number:
Sean Southard
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor, NY, NY 10036
Tel. (212) 679-5320

**QUARTERLY OPERATING REPORT**  
**POST CONFIRMATION**

**ATTACHMENT NO. 1**

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

Note: Prior to 12/31/18, the Debtor sold almost all of its real estate and personal assets.  The Debtor still maintains ownership in 5 unimproved small parcels of property in Oakdale, NY and 1 small island located in Narrows Bay, adjacent to Mastic Beach, NY. In connection with these properties, the Debtor maintains general liability and umbrella coverage, which it is in full force.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| General Liability - Philiadelphia Indemnity Ins. Company | 10/1/19 to 9/30/20 | Annual | N/A |
| Umbrella - Continental Insurance Company | 10/1/19 to 9/30/20 | Annual | N/A |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

**Estimated Date of Filing the Application for Final Decree: 12/31/21.**

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Attachment No. 2

**Case Name:** Dowling College
**Case Number:** 16-75545-REG
**Date of Plan Confirmation:** 12/20/18
**Plan Effective Date:** 1/14/19

All items must be answered. Any which do not apply should be answered "none" or "N/A".

|   |   |   | Post - Confirmation Date Period | | | Cumulative |
|---|---|---|---|---|---|---|
|   |   |   | October 2019 | November 2019 | December 2019 | October - December 2019 |
| 1. | **CASH (Beginning of Period)** | | 321,135.94 | 302,471.89 | 270,933.00 | 321,135.94 |
| 2. | **INCOME or RECEIPTS during the Period** | | 3,841.48 | 8.38 | 16,144.63 | 19,994.49 |
| 3. | **DISBURSEMENTS** | | | | | |
|   | a. **Operating Expenses (Fees/Taxes):** | | | | | |
|   |   | (i) U.S. Trustee Quarterly Fees | - | - | | - |
|   |   | (ii) Federal Taxes | 1,625.00 | - | | 1,625.00 |
|   |   | (iii) State Taxes | - | - | | - |
|   |   | (iv) Other Taxes | - | - | | - |
|   |   | *Total - Operating Expenses (Fees/Taxes)* | 1,625.00 | - | - | 1,625.00 |
|   | b. **All Other Operating Expenses:** | | 20,880.53 | 31,547.27 | 33,902.87 | 86,330.67 |
|   | c. **Plan Payments:*** | | | | | |
|   |   | (i) Administrative Claims- excluding retained professionals | - | - | - | - |
|   |   | (ii) Administrative Claims - retained professionals | - | - | - | - |
|   |   | (iii) DIP Financing repayments | - | - | - | - |
|   |   | (iv) Secured Claims | - | - | - | - |
|   |   | (v) Priority Claims - wage based claims | - | - | - | - |
|   |   | (vi) Priority Claims - non- wage based claims | - | - | - | - |
|   |   | (vii) Creditor Trust Payment | - | - | - | - |
|   |   | (viii) Costs associated with WARN Settlement | - | - | - | - |
|   |   | *Total - Plan Payments* | - | - | - | - |
|   | **Total Disbursements (Operating & Plan)** | | 22,505.53 | 31,547.27 | 33,902.87 | 87,955.67 |
| 4. | **CASH (End of Period)** | | 302,471.89 | 270,933.00 | 253,174.76 | 253,174.76 |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course
  of the reorganized debtor's post-confirmation business, whether the disbursements are made
  through a trust, by a third party, or by the reorganized debtor.

**Attachment 2-a**
**October 2019**

**Dowling College**
**Quarterly Operating Report**
**Quarter Ended 12/31/19**
**Summary of Cash Flow by Month**
**October 2019**

| | | | Bank Account | | | | |
|---|---|---|---|---|---|---|---|
| | | | Signature Bank | | | | |
| | | 419 | 427 | 435 | 6057 | US Bank | Total |
| 1. | **CASH (Beginning of Period)** | $ 61,676.55 | $ 28,418.16 | $ 209,065.94 | $ 21,608.70 | $ 366.59 | $ 321,135.94 |
| 2. | **INCOME or RECEIPTS during the Period** | - | - | - | 3,841.47 | 0.01 | 3,841.48 |
| 3. | **DISBURSEMENTS** | | | | | | |
| a. | **Operating Expenses (Fees/Taxes):** | | | | | | |
| (i) | U.S. Trustee Quarterly Fees | - | - | 1,625.00 | | | 1,625.00 |
| (ii) | Federal Taxes | - | - | - | | | - |
| (iii) | State Taxes | - | - | - | | | - |
| (iv) | Other Taxes | - | - | - | | | - |
| | *Total - Operating Expenses (Fees/Taxes)* | - | - | 1,625.00 | - | - | 1,625.00 |
| b. | **All Other Operating Expenses:** | 1,350.00 | - | 19,515.63 | | 14.90 | 20,880.53 |
| c. | **Plan Payments:*** | | | | | | |
| (i) | Administrative Claims- excluding retained professionals | - | - | - | | | - |
| (ii) | Administrative Claims - retained professionals | - | - | - | | | - |
| (iii) | DIP Financing repayments | - | - | - | | | - |
| (iv) | Secured Claims | - | - | - | | | - |
| (v) | Priority Claims - wage based claims | - | - | - | | | - |
| (vi) | Priority Claims - non- wage based claims | - | - | - | | | - |
| (vii) | Creditor Trust Payment | | | | | | - |
| (viii) | Costs associated with WARN Settlement | - | - | - | | | - |
| | *Total - Plan Payments* | - | - | - | - | - | - |
| | **Total Disbursements (Operating & Plan)** | 1,350.00 | - | 21,140.63 | - | 14.90 | 22,505.53 |
| 4 | **Bank Transfers** | 1,350.00 | - | (1,350.00) | - | | - |
| 5 | **CASH (End of Period)** | $ 61,676.55 | $ 28,418.16 | $ 186,575.31 | $ 25,450.17 | $ 351.70 | $ 302,471.89 |

**Attachment 2-b**
**November 2019**

**Dowling College**
**Quarterly Operating Report**
**Quarter Ended 12/31/19**
**Summary of Cash Flow by Month**
**November 2019**

| | | | Bank Account | | | | |
|---|---|---|---|---|---|---|---|
| | | | Signature Bank | | | | |
| | | 419 | 427 | 435 | 6057 | US Bank | Total |
| 1. | **CASH (Beginning of Period)** | $ 61,676.55 | $ 28,418.16 | $ 186,575.31 | $ 25,450.17 | $ 351.70 | $ 302,471.89 |
| 2. | **INCOME or RECEIPTS during the Period** | - | - | - | 8.37 | 0.01 | 8.38 |
| 3. | **DISBURSEMENTS** | | | | | | |
| a. | **Operating Expenses (Fees/Taxes):** | | | | | | - |
| | (i) U.S. Trustee Quarterly Fees | | | | | | - |
| | (ii) Federal Taxes | | | | | | - |
| | (iii) State Taxes | - | - | - | | | - |
| | (iv) Other Taxes | - | - | - | | | - |
| | *Total - Operating Expenses (Fees/Taxes)* | - | - | - | - | - | - |
| b. | **All Other Operating Expenses:** | 1,350.00 | | 30,182.57 | | 14.70 | 31,547.27 |
| c. | **Plan Payments:*** | | | | | | |
| | (i) Administrative Claims- excluding retained professionals | - | - | - | | | - |
| | (ii) Administrative Claims - retained professionals | - | - | - | | | - |
| | (iii) DIP Financing repayments | - | - | - | | | - |
| | (iv) Secured Claims | - | - | - | | | - |
| | (v) Priority Claims - wage based claims | - | - | - | | | - |
| | (vi) Priority Claims - non- wage based claims | - | - | - | | | - |
| | (vii) Creditor Trust Payment | - | | | | | - |
| | (viii) Costs associated with WARN Settlement | - | - | - | | | - |
| | *Total - Plan Payments* | - | - | - | - | - | - |
| | **Total Disbursements (Operating & Plan)** | 1,350.00 | - | 30,182.57 | - | 14.70 | 31,547.27 |
| 4 | **Bank Transfers** | 1,350.00 | - | (1,350.00) | | | - |
| 5 | **CASH (End of Period)** | $ 61,676.55 | $ 28,418.16 | $ 155,042.74 | $ 25,458.54 | $ 337.01 | $ 270,933.00 |

5

**Attachment 2-c**
**December 2019**

**Dowling College**
**Quarterly Operating Report**
**Quarter Ended 12/31/19**
**Summary of Cash Flow by Month**
**Deember 2019**

|   |   |   | Bank Account | | | | | |
|---|---|---|---|---|---|---|---|---|
|   |   |   | Signature Bank | | | | | |
|   |   |   | 419 | 427 | 435 | 6057 | US Bank | Total |
| 1. | **CASH (Beginning of Period)** | $ | 61,676.55 | $ 28,418.16 | $ 155,042.74 | $ 25,458.54 | $ 337.01 | $ 270,933.00 |
| 2. | **INCOME or RECEIPTS during the Period** |  | - | - | - | 16,144.62 | 0.01 | 16,144.63 |
| 3. | **DISBURSEMENTS** | | | | | | | |
| a. | **Operating Expenses (Fees/Taxes):** |  | - | - | - |  |  | - |
|  | (i) U.S. Trustee Quarterly Fees |  | - | - | - |  |  | - |
|  | (ii) Federal Taxes |  | - | - | - |  |  | - |
|  | (iii) State Taxes |  | - | - | - |  |  | - |
|  | (iv) Other Taxes |  | - | - | - |  |  | - |
|  | *Total - Operating Expenses (Fees/Taxes)* |  | - | - | - | - | - | - |
| b. | **All Other Operating Expenses:** |  | 13,640.54 |  | 20,247.63 |  | 14.70 | 33,902.87 |
| c. | **Plan Payments:*** | | | | | | | |
|  | (i) Administrative Claims- excluding retained professionals |  | - | - | - |  |  | - |
|  | (ii) Administrative Claims - retained professionals |  | - | - | - |  |  | - |
|  | (iii) DIP Financing repayments |  | - | - | - |  |  | - |
|  | (iv) Secured Claims |  | - | - | - |  |  | - |
|  | (v) Priority Claims - wage based claims |  |  | - | - |  |  | - |
|  | (vi) Priority Claims - non- wage based claims |  | - | - | - |  |  | - |
|  | (vii) Creditor Trust Payment |  |  |  |  |  |  | - |
|  | (viii) Costs associated with WARN Settlement |  | - | - | - |  |  | - |
|  | *Total - Plan Payments* |  | - | - | - | - | - | - |
|  | **Total Disbursements (Operating & Plan)** |  | 13,640.54 | - | 20,247.63 | - | 14.70 | 33,902.87 |
| 4 | **Bank Transfers** |  | 28,203.37 |  | (1,350.00) | (26,853.37) |  | - |
| 5 | **CASH (End of Period)** | $ | 76,239.38 | $ 28,418.16 | $ 133,445.11 | $ 14,749.79 | $ 322.32 | $ 253,174.76 |

**ATTACHMENT NO. 3a**
**October 2019**

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**OCTOBER 2019**

| Bank Account Information - October 2019 | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 |
|---|---|---|---|---|---|
| Name of Bank: | Signature Bank | Signature Bank | Signature Bank | Signature Bank | US Bank |
| Account Name: | Plan Consummation Account | Plan Disputed Claim Reserve Account | Plan Administrative Expense Account | Student Collections Account | Federal Perkins Loan Account |
| Account Number: | xx419 | xx427 | xx435 | xx6057 | xx1467 |
| Purpose of Account (Operating/Payroll/Tax) | Plan Distributions | Disputed Claims | Post Effective Date Operating Expenses | Student Receivables Collection Account | Perkins Loan Account |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Money Market | Checking |
| 1. **Balance per Bank Statement** | $ 62,056.21 | $ 28,418.16 | $ 186,575.31 | $ 25,450.17 | $ 374.73 |
| 2. **ADD**: Deposits not credited | - | - | - | - | - |
| 3. **SUBTRACT**: Outstanding Checks | (379.66) | - | - | - | (23.03) |
| 4. Other Reconciling Items | - | - | - | - | - |
| 5. **Month End Balance** (Must Agree with Books) | $ 61,676.55 | $ 28,418.16 | $ 186,575.31 | $ 25,450.17 | $ 351.70 |

**Note: Attach copy of each bank statement and bank reconciliation.**
**Bank statements are available upon request.**

7

ATTACHMENT NO. 3a-1

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**OCTOBER 2019**

| Investment Account Information (1) Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| TD Wealth/Dowling Clg Cust./x5014 | | Money Market | | $ 1,562,794.98 |
| TD Wealth/Dowling Italian Studies Cust./x6012 | | Money Market | | $ 114,048.68 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**
**Bank statements are available upon request.**
*(1) The TD Wealth Management accounts are maintained for Dowling College's endowment funds and are not property of the Debtor's estate.*

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**NOVEMBER 2019**

| Bank Account Information - November 2019 | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 |
|---|---|---|---|---|---|
| Name of Bank: | Signature Bank | Signature Bank | Signature Bank | Signature Bank | US Bank |
| Account Name: | Plan Consummation Account | Plan Disputed Claim Reserve Account | Plan Administrative Expense Account | Student Collections Account | Federal Perkins Loan Account |
| Account Number: | xx419 | xx427 | xx435 | xx6057 | xx1467 |
| Purpose of Account (Operating/Payroll/Tax) | Plan Distributions | Disputed Claims | Post Effective Date Operating Expenses | Student Receivables Collection Account | Perkins Loan Account |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Money Market | Checking |
| 1. **Balance per Bank Statement** | $ 62,056.21 | $ 28,418.16 | $ 160,567.74 | $ 25,458.54 | $ 360.04 |
| 2. **ADD**: Deposits not credited | - | - | - | - | - |
| 3. **SUBTRACT**: Outstanding Checks | (379.66) | - | (5,525.00) | - | (23.03) |
| 4. Other Reconciling Items | - | - | - | - | - |
| 5. **Month End Balance** (Must Agree with Books) | $ 61,676.55 | $ 28,418.16 | $ 155,042.74 | $ 25,458.54 | $ 337.01 |

**Note:  Attach copy of each bank statement and bank reconciliation.**
**Bank statements are available upon request.**

**QUARTERLY OPERATING REPORT**  **ATTACHMENT NO. 3b-1**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**NOVEMBER 2019**

| Investment Account Information (1) Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| TD Wealth/Dowling Clg Cust./x5014 | | Money Market | | $ 1,564,171.07 |
| TD Wealth/Dowling Italian Studies Cust./x6012 | | Money Market | | $ 114,168.10 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**
**Bank statements are available upon request.**

*(1) The TD Wealth Management accounts are maintained for Dowling College's endowment funds and are not property of the Debtor's estate.*

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**DECEMBER 2019**

| Bank Account Information - December 2019 | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 |
|---|---|---|---|---|---|
| Name of Bank: | Signature Bank | Signature Bank | Signature Bank | Signature Bank | US Bank |
| Account Name: | Plan Consummation Account | Plan Disputed Claim Reserve Account | Plan Administrative Expense Account | Student Collections Account | Federal Perkins Loan Account |
| Account Number: | xx419 | xx427 | xx435 | xx6057 | xx1467 |
| Purpose of Account (Operating/Payroll/Tax) | Plan Distributions | Disputed Claims | Post Effective Date Operating Expenses | Student Receivables Collection Account | Perkins Loan Account |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Money Market | Checking |
| 1. **Balance per Bank Statement** | $ 76,619.04 | $ 28,418.16 | $ 133,445.11 | $ 14,749.79 | $ 345.35 |
| 2. **ADD**: Deposits not credited | - | - | - | - | - |
| 3. **SUBTRACT**: Outstanding Checks | (379.66) | - | - | - | (23.03) |
| 4. Other Reconciling Items | - | - | - |  | - |
| 5. **Month End Balance** (Must Agree with Books) | $ 76,239.38 | $ 28,418.16 | $ 133,445.11 | $ 14,749.79 | $ 322.32 |

Note: Attach copy of each bank statement and bank reconciliation.
**Bank statements are available upon request.**

11

**QUARTERLY OPERATING REPORT**  ATTACHMENT NO. 3c-1
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**DECEMBER 2019**

| Investment Account Information (1) Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| TD Wealth/Dowling Clg Cust./x5014 | | Money Market | | $ 1,565,485.45 |
| TD Wealth/Dowling Italian Studies Cust./x6012 | | Money Market | | $ 114,283.05 |

**Note:  Attach copy of each investment account statement.**
**Bank statements are available upon request.**
*(1) The TD Wealth Management accounts are maintained for Dowling College's endowment funds and are not property of the Debtor's estate.*

**CHAPTER 11 POST-CONFIRMATION**  **Attachment No. 4**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xx419 |
| Purpose of Account (Operating-Plan Distributions) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 10/02/2019 | Walter Benka | IT Services - post effective date | 1,350.00 |
| ACH | 11/05/2019 | Walter Benka | IT Services - post effective date | 1,350.00 |
| ACH | 12/12/2019 | Walter Benka | IT Services - post effective date | 1,350.00 |
| Wire Trf | 12/27/2019 | Receivable Collection Service, LLC | Receivable collection fees | 12,290.54 |
|  |  |  |  |  |
|  |  |  | TOTAL | 16,340.54 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**CHAPTER 11 POST-CONFIRMATION**  **Attachment No. 4**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xx435 |
| Purpose of Account (Operating) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1033 | 10/01/2019 | SterlingRisk | Post effective date insurance coverage | 924.51 |
| 1034 | 10/01/2019 | SterlingRisk | Post effective date insurance coverage | 2,973.96 |
| 1035 | 10/03/2019 | National Archives, Inc. | Post effective date storage of documents | 38.02 |
| 1036 | 10/15/2019 | U.S. Trustee | Quarterly UST fees | 1,625.00 |
| 1037 | 10/22/2019 | Computer Integrated Services | Remote data storage- per Court Order | 3,500.00 |
| 1038 | 10/22/2019 | Computer Integrated Services | Remote data storage- per Court Order | 272.19 |
| 1039 | 10/22/2019 | Skyrush Marketing | Domain name renewal | 250.00 |
| Wire Trf | 10/23/2019 | RSR Consulting LLC | Post effective date Plan Administrator fees | 7,506.95 |
| Wire Trf | 10/23/2019 | Klestadt Winters Jureller Southard & Stev | Post effective date legal fees | 4,050.00 |
| 1040 | 11/03/2019 | National Archives, Inc. | Post effective date storage of documents | 38.02 |
| 1041 | 11/21/2019 | NYS Unemployment Insuance | Post effective date - State Unemployment Insurance | 2,025.00 |
| 1042 | 11/25/2019 | Computer Integrated Services | Remote data storage- per Court Order | 3,500.00 |
| Wire Trf | 11/25/2019 | Klestadt Winters Jureller Southard & Stev | Post effective date legal fees | 17,105.00 |
| Wire Trf | 11/25/2019 | RSR Consulting LLC | Post effective date Plan Administrator fees | 7,514.55 |
| 1043 | 12/02/2019 | National Archives, Inc. | Post effective date storage of documents | 38.02 |
| 1044 | 12/13/2019 | Computer Integrated Services | Remote data storage- per Court Order | 3,500.00 |
| 1045 | 12/19/2019 | ADP, LLC | Payroll procressing fees for final distributions | 2,912.40 |
| 1048 | 12/19/2019 | Iron Mountain | Post effective date document destruction | 468.65 |
| Wire Trf | 12/20/2019 | Klestadt Winters Jureller Southard & Stev | Post effective date legal fees | 7,858.85 |
| Wire Trf | 12/20/2019 | RSR Consulting LLC | Post effective date Plan Administrator fees | 5,469.71 |
| | | | | **71,570.83** |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.