

U.S. Department of Justice
Office of the United States Trustee
Region 2

Eastern District of New York

IN RE: DOWLING COLLEGE,
f/d/b/a DOWLING INSTITUTE,
f/d/b/a DOWLING COLLEGE ALUMNI
ASSOCIATION,
f/d/b/a CECOM,
a/k/a DOWLING COLLEGE, INC.,

DEBTOR.

CHAPTER 11

CASE NO. 16-75545-REG

JUDGE: HON. ROBERT E. GROSSMAN

**DEBTOR'S POST-CONFIRMATION
QUARTERLY OPERATING REPORT
FOR THE PERIOD
FROM    1/1/2020    TO    3/31/2020**

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.

Signed: _____    Date: 4/8/20

Robert S. Rosenfeld
Print Name

Plan Administrator
Title

Debtor's Address
and Phone Number:
Dowling College
PO Box 470
Massapequa, NY 11762
Tel. (212) 658-0300

Attorney's Address
and Phone Number:
Sean Southard
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor, NY, NY 10036
Tel. (212) 679-5320

**QUARTERLY OPERATING REPORT**  
**POST CONFIRMATION**                                                                                                                                   **ATTACHMENT NO. 1**

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? |  | X |
| 2. Are any post-confirmation sales or payroll taxes past due? |  | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | (see (1) below) |  |
| 4. Is the Debtor current on all post-confirmation plan payments? | X |  |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

(1) The Debtor is in receipt of a real estate tax bill received from Suffolk County relating for tax year 2019 and relating to an uninabitable parcel of land located on New Made Island in Moriches Bay near Floyds Point, NY.  The Debtor is in the process of determining how to maximize value on this property by selling, donating it to another insitution or abandoning the property.  The Debtor has been discussing donating the property to Suffolk County.  If the land can be donated to the County, then it will be the Debtor's intent to request that all unpaid property taxes be forgiven as part of the donation.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X |  |
| 2. Are all premium payments current? | X |  |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

Note: Prior to 12/31/18, the Debtor sold almost all of its real estate and personal assets.  The Debtor still maintains ownership in 5 unimproved small parcels of property in Oakdale, NY and 1 small island located in Narrows Bay, adjacent to Mastic Beach, NY. In connection with these properties, the Debtor maintains general liability and umbrella coverage, which it is in full force.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| General Liability - Philiadelphia Indemnity Ins. Company | 10/1/19 to 9/30/20 | Annual | N/A |
| Umbrella - Continental Insurance Company | 10/1/19 to 9/30/20 | Annual | N/A |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

**Estimated Date of Filing the Application for Final Decree: 12/31/21.**

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Attachment No. 2

**Case Name:** Dowling College
**Case Number:** 16-75545-REG
**Date of Plan Confirmation:** 12/20/18
**Plan Effective Date:** 1/14/19

All items must be answered. Any which do not apply should be answered "none" or "N/A".

|   |   |   | Post - Confirmation Date Period |   |   | Cumulative |
|---|---|---|---|---|---|---|
|   |   |   | January 2020 | February 2020 | March 2020 | January - March 2020 |
| 1. | **CASH (Beginning of Period)** |   | 253,174.76 | 232,467.67 | 225,299.55 | 253,174.76 |
| 2. | **INCOME or RECEIPTS during the Period** |   | 3,350.17 | 2,330.02 | 4,548.99 | 10,229.18 |
| 3. | **DISBURSEMENTS** |   |   |   |   |   |
|   | a. **Operating Expenses (Fees/Taxes):** |   |   |   |   |   |
|   |   | (i) U.S. Trustee Quarterly Fees | - | - |   | - |
|   |   | (ii) Federal Taxes | 975.00 | - |   | 975.00 |
|   |   | (iii) State Taxes | - | - |   | - |
|   |   | (iv) Other Taxes | - | - |   | - |
|   |   | *Total - Operating Expenses (Fees/Taxes)* | 975.00 | - | - | 975.00 |
|   | b. **All Other Operating Expenses:** | 23,082.26 | 9,498.14 | 5,402.73 | 37,983.13 |
|   | c. **Plan Payments:*** |   |   |   |   |
|   |   | (i) Administrative Claims- excluding retained professionals | - | - | - | - |
|   |   | (ii) Administrative Claims - retained professionals | - | - | - | - |
|   |   | (iii) DIP Financing repayments | - | - | - | - |
|   |   | (iv) Secured Claims | - | - | - | - |
|   |   | (v) Priority Claims - wage based claims | - | - | - | - |
|   |   | (vi) Priority Claims - non- wage based claims | - | - | - | - |
|   |   | (vii) Creditor Trust Payment | - | - | - | - |
|   |   | (viii) Costs associated with WARN Settlement | - | - | - | - |
|   |   | *Total - Plan Payments* | - | - | - | - |
|   | **Total Disbursements (Operating & Plan)** | 24,057.26 | 9,498.14 | 5,402.73 | 38,958.13 |
| 4. | **CASH (End of Period)** |   | 232,467.67 | 225,299.55 | 224,445.81 | 224,445.81 |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course
   of the reorganized debtor's post-confirmation business, whether the disbursements are made
   through a trust, by a third party, or by the reorganized debtor.

**Attachment 2-a**
**January 2020**

**Dowling College**
**Quarterly Operating Report**
**Quarter Ended 12/31/19**
**Summary of Cash Flow by Month**
**January 2020**

|   |   |   | Bank Account | | | | | |
|---|---|---|---|---|---|---|---|---|
|   |   |   | Signature Bank | | | | | |
|   |   |   | 419 | 427 | 435 | 6057 | US Bank | Total |
| 1. | **CASH (Beginning of Period)** | | $ 76,239.38 | $ 28,418.16 | $ 133,445.11 | $ 14,749.79 | $ 322.32 | $ 253,174.76 |
| 2. | **INCOME or RECEIPTS during the Period** | | - | - | - | 3,350.16 | 0.01 | 3,350.17 |
| 3. | **DISBURSEMENTS** | | | | | | | |
|    | a. | **Operating Expenses (Fees/Taxes):** | | | | | | |
|    |    | (i) U.S. Trustee Quarterly Fees | - | - | 975.00 | | | 975.00 |
|    |    | (ii) Federal Taxes | - | - | - | | | - |
|    |    | (iii) State Taxes | - | - | - | | | - |
|    |    | (iv) Other Taxes | - | - | - | | | - |
|    |    | *Total - Operating Expenses (Fees/Taxes)* | - | - | 975.00 | - | - | 975.00 |
|    | b. | **All Other Operating Expenses:** | 10,517.47 | - | 12,550.08 | | 14.71 | 23,082.26 |
|    | c. | **Plan Payments:*** | | | | | | |
|    |    | (i) Administrative Claims- excluding retained professionals | - | - | - | | | - |
|    |    | (ii) Administrative Claims - retained professionals | - | - | - | | | - |
|    |    | (iii) DIP Financing repayments | - | - | - | | | - |
|    |    | (iv) Secured Claims | - | - | - | | | - |
|    |    | (v) Priority Claims - wage based claims | - | - | - | | | - |
|    |    | (vi) Priority Claims - non- wage based claims | - | - | - | | | - |
|    |    | (vii) Creditor Trust Payment | | | | | | - |
|    |    | (viii) Costs associated with WARN Settlement | - | - | - | | | - |
|    |    | *Total - Plan Payments* | - | - | - | - | - | - |
|    | **Total Disbursements (Operating & Plan)** | | 10,517.47 | - | 13,525.08 | - | 14.71 | 24,057.26 |
| 4 | **Bank Transfers** | | 10,640.47 | - | (10,640.47) | - | | - |
| 5 | **CASH (End of Period)** | | $ 76,362.38 | $ 28,418.16 | $ 109,279.56 | $ 18,099.95 | $ 307.62 | $ 232,467.67 |

**Attachment 2-b**
**February 2020**

**Dowling College**
**Quarterly Operating Report**
**Quarter Ended 12/31/19**
**Summary of Cash Flow by Month**
**February 2020**

|   |   |   | Signature Bank | | | |
|---|---|---|---|---|---|---|---|---|
|   |   |   | **419** | **427** | **435** | **6057** | **US Bank** | **Total** |
| 1. | **CASH (Beginning of Period)** | | $ 76,362.38 | $ 28,418.16 | $ 109,279.56 | $ 18,099.95 | $ 307.62 | $ 232,467.67 |
| 2. | **INCOME or RECEIPTS during the Period** | | - | - | - | 2,330.01 | 0.01 | 2,330.02 |
| 3. | **DISBURSEMENTS** | | | | | | | |
|   | a. | **Operating Expenses (Fees/Taxes):** | | | | | | - |
|   |   | (i)  U.S. Trustee Quarterly Fees | | | | | | - |
|   |   | (ii) Federal Taxes | | | | | | - |
|   |   | (iii) State Taxes | - | - | - | | | - |
|   |   | (iv) Other Taxes | - | - | - | | | - |
|   |   | *Total - Operating Expenses (Fees/Taxes)* | - | - | - | - | - | - |
|   | b. | **All Other Operating Expenses:** | 1,350.00 | | 8,133.43 | | 14.71 | 9,498.14 |
|   | c. | **Plan Payments:*** | | | | | | |
|   |   | (i)   Administrative Claims- excluding retained professionals | - | - | - | | | - |
|   |   | (ii)  Administrative Claims - retained professionals | - | - | - | | | - |
|   |   | (iii) DIP Financing repayments | - | - | - | | | - |
|   |   | (iv)  Secured Claims | - | - | - | | | - |
|   |   | (v)   Priority Claims - wage based claims | - | - | - | | | - |
|   |   | (vi)  Priority Claims - non- wage based claims | - | - | - | | | - |
|   |   | (vii) Creditor Trust Payment | - | | | | | - |
|   |   | (viii) Costs associated with WARN Settlement | - | - | - | | | - |
|   |   | *Total - Plan Payments* | - | - | - | - | - | - |
|   | **Total Disbursements (Operating & Plan)** | | 1,350.00 | - | 8,133.43 | - | 14.71 | 9,498.14 |
| 4 | **Bank Transfers** | | - | - | - | | | - |
| 5 | **CASH (End of Period)** | | $ 75,012.38 | $ 28,418.16 | $ 101,146.13 | $ 20,429.96 | $ 292.92 | $ 225,299.55 |

**Attachment 2-c**
**March 2020**

**Dowling College**
**Quarterly Operating Report**
**Quarter Ended 12/31/19**
**Summary of Cash Flow by Month**
**March 2020**

|  |  |  | Bank Account | | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | Signature Bank | | | | | |
|  |  |  | 419 | 427 | 435 | 6057 | US Bank | Total |
| 1. | **CASH (Beginning of Period)** | | $ 75,012.38 | $ 28,418.16 | $ 101,146.13 | $ 20,429.96 | $ 292.92 | $ 225,299.55 |
| 2. | **INCOME or RECEIPTS during the Period** | | - | - | - | 4,525.95 | 23.04 | 4,548.99 |
| 3. | **DISBURSEMENTS** | | | | | | | |
|  | a. | **Operating Expenses (Fees/Taxes):** | - | - | - | | | - |
|  |  | (i) U.S. Trustee Quarterly Fees | - | - | - | | | - |
|  |  | (ii) Federal Taxes | - | - | - | | | - |
|  |  | (iii) State Taxes | - | - | - | | | - |
|  |  | (iv) Other Taxes | - | - | - | | | - |
|  |  | *Total - Operating Expenses (Fees/Taxes)* | - | - | - | - | - | - |
|  | b. | **All Other Operating Expenses:** | 1,350.00 | - | 4,038.02 | - | 14.71 | 5,402.73 |
|  | c. | **Plan Payments:\*** | | | | | | |
|  |  | (i) Administrative Claims- excluding retained professionals | - | - | - | | | - |
|  |  | (ii) Administrative Claims - retained professionals | - | - | - | | | - |
|  |  | (iii) DIP Financing repayments | - | - | - | | | - |
|  |  | (iv) Secured Claims | - | - | - | | | - |
|  |  | (v) Priority Claims - wage based claims | | - | - | | | - |
|  |  | (vi) Priority Claims - non- wage based claims | - | - | - | | | - |
|  |  | (vii) Creditor Trust Payment | | | | | | - |
|  |  | (viii) Costs associated with WARN Settlement | - | - | - | | | - |
|  |  | *Total - Plan Payments* | - | - | - | - | - | - |
|  | **Total Disbursements (Operating & Plan)** | | 1,350.00 | - | 4,038.02 | - | 14.71 | 5,402.73 |
| 4 | **Bank Transfers** | | 1,350.00 | | (1,350.00) | - | | - |
| 5 | **CASH (End of Period)** | | $ 75,012.38 | $ 28,418.16 | $ 95,758.11 | $ 24,955.91 | $ 301.25 | $ 224,445.81 |

6

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**JANUARY 2020**

| Bank Account Information - January 2020 | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 |
|---|---|---|---|---|---|
| Name of Bank: | Signature Bank | Signature Bank | Signature Bank | Signature Bank | US Bank |
| Account Name: | Plan Consummation Account | Plan Disputed Claim Reserve Account | Plan Administrative Expense Account | Student Collections Account | Federal Perkins Loan Account |
| Account Number: | xx419 | xx427 | xx435 | xx6057 | xx1467 |
| Purpose of Account (Operating/Payroll/Tax) | Plan Distributions | Disputed Claims | Post Effective Date Operating Expenses | Student Receivables Collection Account | Perkins Loan Account |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Money Market | Checking |
| 1. **Balance per Bank Statement** | $ 76,742.04 | $ 28,418.16 | $ 110,254.56 | $ 18,099.95 | $ 330.65 |
| 2. **ADD**: Deposits not credited | - | - | - | - | - |
| 3. **SUBTRACT**: Outstanding Checks | (379.66) | - | (975.00) | - | (23.03) |
| 4. Other Reconciling Items | - | - | - | | - |
| 5. **Month End Balance** (Must Agree with Books) | $ 76,362.38 | $ 28,418.16 | $ 109,279.56 | $ 18,099.95 | $ 307.62 |

**Note: Attach copy of each bank statement and bank reconciliation.**
**Bank statements are available upon request.**

ATTACHMENT NO. 3a-1

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**JANUARY 2020**

| Investment Account Information (1) Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| TD Wealth/Dowling Clg Cust./x5014 | | Money Market | | $ 1,566,808.32 |
| TD Wealth/Dowling Italian Studies Cust./x6012 | | Money Market | | $ 114,398.66 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**
**Bank statements are available upon request.**
*(1) The TD Wealth Management accounts are maintained for Dowling College's endowment funds and are not property of the Debtor's estate.*

**ATTACHMENT NO. 3b**
**FEBRUARY 2020**

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**FEBRUARY 2020**

| Bank Account Information - February 2020 | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 |
|---|---|---|---|---|---|
| Name of Bank: | Signature Bank | Signature Bank | Signature Bank | Signature Bank | US Bank |
| Account Name: | Plan Consummation Account | Plan Disputed Claim Reserve Account | Plan Administrative Expense Account | Student Collections Account | Federal Perkins Loan Account |
| Account Number: | xx419 | xx427 | xx435 | xx6057 | xx1467 |
| Purpose of Account (Operating/Payroll/Tax) | Plan Distributions | Disputed Claims | Post Effective Date Operating Expenses | Student Receivables Collection Account | Perkins Loan Account |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Money Market | Checking |
| 1. **Balance per Bank Statement** | $ 75,392.04 | $ 28,418.16 | $ 101,146.13 | $ 20,429.96 | $ 315.95 |
| 2. **ADD**: Deposits not credited | - | - | - | - | - |
| 3. **SUBTRACT**: Outstanding Checks | (379.66) | - | - | - | (23.03) |
| 4. Other Reconciling Items | - | - | - | - | - |
| 5. **Month End Balance** (Must Agree with Books) | $ 75,012.38 | $ 28,418.16 | $ 101,146.13 | $ 20,429.96 | $ 292.92 |

**Note:  Attach copy of each bank statement and bank reconciliation.**
**Bank statements are available upon request.**

9

**QUARTERLY OPERATING REPORT**  ATTACHMENT NO. 3b-1
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**FEBRUARY 2020**

| Investment Account Information (1) Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| TD Wealth/Dowling Clg Cust./x5014 | | Money Market | | $ 1,568,027.66 |
| TD Wealth/Dowling Italian Studies Cust./x6012 | | Money Market | | $ 114,506.75 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**
**Bank statements are available upon request.**
(1) The TD Wealth Management accounts are maintained for Dowling College's endowment funds and are not property of the Debtor's estate.

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**MARCH 2020**

| Bank Account Information - March 2020 | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 |
|---|---|---|---|---|---|
| **Name of Bank:** | Signature Bank | Signature Bank | Signature Bank | Signature Bank | US Bank |
| **Account Name:** | Plan Consummation Account | Plan Disputed Claim Reserve Account | Plan Administrative Expense Account | Student Collections Account | Federal Perkins Loan Account |
| **Account Number:** | xx419 | xx427 | xx435 | xx6057 | xx1467 |
| **Purpose of Account (Operating/Payroll/Tax)** | Plan Distributions | Disputed Claims | Post Effective Date Operating Expenses | Student Receivables Collection Account | Perkins Loan Account |
| **Type of Account (e.g. checking)** | Checking | Checking | Checking | Money Market | Checking |
| 1. **Balance per Bank Statement** | $ 75,392.04 | $ 28,418.16 | $ 95,758.11 | $ 24,955.91 | $ 301.25 |
| 2. **ADD**: Deposits not credited | - | - | - | - | - |
| 3. **SUBTRACT**: Outstanding Checks | (379.66) | - | - | - | - |
| 4. Other Reconciling Items | - | - | - | | - |
| 5. **Month End Balance** (Must Agree with Books) | $ 75,012.38 | $ 28,418.16 | $ 95,758.11 | $ 24,955.91 | $ 301.25 |

**Note:** Attach copy of each bank statement and bank reconciliation.
**Bank statements are available upon request.**

**QUARTERLY OPERATING REPORT**  **ATTACHMENT NO. 3c-1**
**POST CONFIRMATION**

CHAPTER 11 POST-CONFIRMATION
BANK ACCOUNT RECONCILIATIONS
MARCH 2020

| Investment Account Information (1)<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| TD Wealth/Dowling Clg Cust./x5014 | | Money Market | | $ 1,568,649.57 |
| TD Wealth/Dowling Italian Studies Cust./x6012 | | Money Market | | $   114,571.23 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**
**Bank statements are available upon request.**
*(1) The TD Wealth Management accounts are maintained for Dowling College's endowment funds and are not property of the Debtor's estate.*

**CHAPTER 11 POST-CONFIRMATION**  **Attachment No. 4**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xx419 |
| Purpose of Account (Operating-Plan Distributions) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 01/03/20 | Walter Benka | IT Services - Post Effective Date | 1,350.00 |
| Wire Trf | 01/03/20 | Receivable Collection Service, LLC | Receivable Collection Fees | 1,227.00 |
| Wire Trf | 01/31/20 | RSR Consulting, LLC | Post effective date Plan Administrator fees | 7,940.47 |
| ACH | 02/03/20 | Walter Benka | IT Services - Post Effective Date | 1,350.00 |
| ACH | 03/03/20 | Walter Benka | IT Services - Post Effective Date | 1,350.00 |
| | | | TOTAL | 13,217.47 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

**CHAPTER 11 POST-CONFIRMATION**  **Attachment No. 4**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xx435 |
| Purpose of Account (Operating) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1049 | 01/02/2020 | Diane Impagliazzo | Post effective date - student certification/records | 504.00 |
| 1050 | 01/02/2020 | National Archives, Inc. | Post effective date storage of documents | 38.02 |
| 1051 | 01/04/2020 | Iron Mountain | Post effective date document destruction | 95.41 |
| 1052 | 01/17/2020 | Computer Integrated Services-Post | Remote data storage- per Court Order | 4,000.00 |
| 1053 | 01/24/2020 | U.S. Trustee | Quarterly UST fees | 975.00 |
| Wire Trf | 01/31/2020 | Klestadt Winters Jureller Southard & Stev | Post effective date legal fees | 7,429.65 |
| 1054 | 02/04/2020 | National Archives, Inc. | Post effective date storage of documents | 38.02 |
| 1055 | 02/06/2020 | Iron Mountain | Post effective date document destruction | 95.41 |
| 1056 | 02/09/2020 | Baker Tilly | Post effective Tax Return Preparation Fees | 4,000.00 |
| 1057 | 02/20/2020 | Computer Integrated Services | Remote data storage- per Court Order | 4,000.00 |
| 1059 | 03/04/2020 | National Archives, Inc. | Post effective date storage of documents | 38.02 |
| 1061 | 03/11/2020 | Computer Integrated Services | Remote data storage- per Court Order | 4,000.00 |
|  |  |  |  | **25,213.53** |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.