

U.S. Department of Justice
Office of the United States Trustee
Region 2

Eastern District of New York

**IN RE:** **DOWLING COLLEGE,**                      }      **CHAPTER 11**
**f/d/b/a DOWLING INSTITUTE,**          }
**f/d/b/a DOWLING COLLEGE ALUMNI**  }      **CASE NO. 16-75545-REG**
  **ASSOCIATION,**                                }
**f/d/b/a CECOM,**                                     }      **JUDGE: HON. ROBERT E. GROSSMAN**
**a/k/a DOWLING COLLEGE, INC.,**       }
                                                         }
**DEBTOR.**                                           }

---

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD
**FROM**     **7/1/2020**     **TO**     **9/30/2020**

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the

Guidelines established by the United States Trustee and FRBP 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed:: _____       Date: _____ 10/6/20 _____

       **Robert S. Rosenfeld**
       Print Name

       **Plan Administrator**
       Title

Debtor's Address
and Phone Number:
Dowling College
PO Box 470
Massapequa, NY  11762
Tel. (212) 658-0300

Attorney's Address
and Phone Number:
Sean Southard
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor, NY, NY 10036
Tel. (212) 679-5320

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**ATTACHMENT NO. 1**

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period?  *(1)* | X | |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent?  *(2),(3)* | X | |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |
| | | | |

**If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.*

(1)  The Debtor sold 1 parcel of unimproved land that it maintained post effective date of the Plan of Liquidation during September 2020

(2) As of the date of this report, the Debtor owes unpaid amounts due for professional fees to the Plan Administrator and his firm (RSR Consulting, LLC); Klestadt, Winters, Jureller, Southard &
   Stevens, LLP (counsel to the Plan Administrator); and storage due to Iron Mountain.

(3) The Debtor is in receipt of a real estate tax bill received from Suffolk County relating for tax year 2019 and relating to an uninhabitable parcel of land located
   on New Made Island in Moriches Bay near Floyds Point, NY.  The Debtor has attempted to donate the land to Suffolk County, but to date has been unsuccessful.
   Since the land has been deemed minimal to no value to the estate, Suffolk County will most likely execute on its tax deed at or around December 6, 2020 and take
   over ownership of the property.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | X |
| 2. | Are all premium payments current? | | X |

**If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.*

* Certain unimproved small parcels of property given their neglible to no value are currently uninsured.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY      and      CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| **Estimated Date of Filing the Application for Final Decree: 4/30/21.** |

**CHAPTER 11 POST-CONFIRMATION**
**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

Attachment No. 2

| Case Name: **Dowling College** |
| Case Number: **16-75545-REG** |
| Date of Plan Confirmation: **12/20/18** |
| Plan Effective Date: **1/14/19** |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | | Post - Confirmation Date Period | | Cumulative |
|---|---|---|---|---|
| | | **July 2020** | **August 2020** | **September 2020** | **July - September 2020** |
| 1. | **CASH (Beginning of Period)** | 234,968.94 | 227,681.92 | 230,435.67 | 234,968.94 |
| | | | | | |
| 2. | **INCOME or RECEIPTS during the Period** | 14,413.21 | 3,012.79 | 153,256.51 | 170,682.51 |
| | | | | | |
| 3. | **DISBURSEMENTS** | | | | |
| a. | **Operating Expenses (Fees/Taxes):** | | | | |
| (i) | U.S. Trustee Quarterly Fees | - | - | | - |
| (ii) | Federal Taxes | - | - | | - |
| (iii) | State Taxes | - | - | | - |
| (iv) | Other Taxes | - | - | | - |
| | Total - Operating Expenses (Fees/Taxes) | - | - | - | - |
| | | | | | |
| b. | **All Other Operating Expenses:** | 21,700.23 | 259.04 | 54.31 | 22,013.58 |
| | | | | | |
| c. | **Plan Payments:*** | | | | |
| (i) | Administrative Claims- excluding retained professionals | - | - | - | - |
| (ii) | Administrative Claims - retained professionals | - | - | - | - |
| (iii) | DIP Financing repayments | - | - | - | - |
| (iv) | Secured Claims | - | - | - | - |
| (v) | Priority Claims - wage based claims | - | - | - | - |
| (vi) | Priority Claims - non- wage based claims | - | - | - | - |
| (vii) | Creditor Trust Payment | - | - | - | - |
| (viii) | Costs associated with WARN Settlement | - | - | - | - |
| | Total - Plan Payments | - | - | - | - |
| | | | | | |
| | **Total Disbursements (Operating & Plan)** | 21,700.23 | 259.04 | 54.31 | 22,013.58 |
| | | | | | |
| 4. | **CASH (End of Period)** | 227,681.92 | 230,435.67 | 383,637.87 | 383,637.87 |

**\*  This includes any and all disbursements made under the plan of reorganization or in the ordinary course**
   **of the reorganized debtor's post-confirmation business, whether the disbursements are made**
   **through a trust, by a third party, or by the reorganized debtor.**

**Dowling College**
**Quarterly Operating Report**
**Quarter Ended 9/30/20**
**Summary of Cash Flow by Month**
**July 2020**

|  |  |  | Bank Account | | | |  |
|---|---|---|---|---|---|---|---|
|  |  |  | Signature Bank | | | |  |
|  |  |  | 419 | 427 | 435 | 6057 | Total |
| 1. | **CASH (Beginning of Period)** |  | $ 76,284.58 | $ 28,418.16 | $ 78,895.18 | $ 51,371.02 | $    234,968.94 |
| 2. | **INCOME or RECEIPTS during the Period** |  | 74.44 | - | - | 14,338.77 | 14,413.21 |
| 3. | **DISBURSEMENTS** |  |  |  |  |  |  |
|  | a. | **Operating Expenses (Fees/Taxes):** |  |  |  |  |  |
|  |  | (i)    U.S. Trustee Quarterly Fees | - | - | - |  | - |
|  |  | (ii)   Federal Taxes | - | - | - |  | - |
|  |  | (iii)  State Taxes | - | - | - |  | - |
|  |  | (iv)  Other Taxes | - | - | - |  | - |
|  |  | *Total - Operating Expenses (Fees/Taxes)* | - | - | - | - | - |
|  | b. | **All Other Operating Expenses:** | 20,996.99 | - | 703.24 | - | 21,700.23 |
|  | c. | **Plan Payments:*** |  |  |  |  |  |
|  |  | (i)    Administrative Claims- excluding retained professionals | - | - | - |  | - |
|  |  | (ii)   Administrative Claims - retained professionals | - | - | - |  | - |
|  |  | (iii)  DIP Financing repayments | - | - | - |  | - |
|  |  | (iv)  Secured Claims | - | - | - |  | - |
|  |  | (v)   Priority Claims - wage based claims | - | - | - |  | - |
|  |  | (vi)  Priority Claims - non- wage based claims | - | - | - |  | - |
|  |  | (vii) Creditor Trust Payment |  |  |  |  | - |
|  |  | (viii) Costs associated with WARN Settlement | - | - | - |  | - |
|  |  | *Total - Plan Payments* | - | - | - | - | - |
|  | **Total Disbursements (Operating & Plan)** |  | 20,996.99 | - | 703.24 | - | 21,700.23 |
| 4 | **Bank Transfers** |  | 32,352.19 | - | - | (32,352.19) | - |
| 5 | **CASH (End of Period)** |  | $  87,714.22 | $ 28,418.16 | $ 78,191.94 | $ 33,357.60 | $    227,681.92 |

**Dowling College**
**Quarterly Operating Report**
**Quarter Ended 9/30/20**
**Summary of Cash Flow by Month**
**August 2020**

| | | | Bank Account | | | | |
|---|---|---|---|---|---|---|---|
| | | | Signature Bank | | | | |
| | | 419 | 427 | 435 | 6057 | | Total |
| 1. | **CASH (Beginning of Period)** | $ 87,714.22 | $28,418.16 | $ 78,191.94 | $ 33,357.60 | $ | 227,681.92 |
| 2. | **INCOME or RECEIPTS during the Period** | - | - | - | 3,012.79 | | 3,012.79 |
| 3. | **DISBURSEMENTS** | | | | | | |
| a. | **Operating Expenses (Fees/Taxes):** | | | | | | - |
| (i) | U.S. Trustee Quarterly Fees | | | | | | - |
| (ii) | Federal Taxes | | | | | | - |
| (iii) | State Taxes | - | - | - | | | - |
| (iv) | Other Taxes | - | - | - | | | - |
| | *Total - Operating Expenses (Fees/Taxes)* | - | - | - | - | | - |
| b. | **All Other Operating Expenses:** | - | - | 259.04 | | | 259.04 |
| c. | **Plan Payments:*** | | | | | | |
| (i) | Administrative Claims- excluding retained professionals | - | - | - | | | - |
| (ii) | Administrative Claims - retained professionals | - | - | - | | | - |
| (iii) | DIP Financing repayments | - | - | - | | | - |
| (iv) | Secured Claims | - | - | - | | | - |
| (v) | Priority Claims - wage based claims | - | - | - | | | - |
| (vi) | Priority Claims - non- wage based claims | - | - | - | | | - |
| (vii) | Creditor Trust Payment | - | | | | | - |
| (viii) | Costs associated with WARN Settlement | - | - | - | | | - |
| | *Total - Plan Payments* | - | - | - | - | | - |
| | **Total Disbursements (Operating & Plan)** | - | - | 259.04 | - | | 259.04 |
| 4 | **Bank Transfers** | - | - | - | | | - |
| 5 | **CASH (End of Period)** | $ 87,714.22 | $28,418.16 | $ 77,932.90 | $ 36,370.39 | $ | 230,435.67 |

**Dowling College**
**Quarterly Operating Report**
**Quarter Ended 9/30/20**
**Summary of Cash Flow by Month**
**September 2020**

| | | | Bank Account | | | | |
|---|---|---|---|---|---|---|---|
| | | | Signature Bank | | | | |
| | | 419 | 427 | 435 | 6057 | | Total |
| 1. | **CASH (Beginning of Period)** | $ 87,714.22 | $ 28,418.16 | $ 77,932.90 | $ 36,370.39 | $ | 230,435.67 |
| 2. | **INCOME or RECEIPTS during the Period** | 140,345.00 | - | - | 12,911.51 | $ | 153,256.51 |
| 3. | **DISBURSEMENTS** | | | | | | |
| a. | **Operating Expenses (Fees/Taxes):** | - | - | - | | | - |
| | (i) U.S. Trustee Quarterly Fees | - | - | - | | | - |
| | (ii) Federal Taxes | - | - | - | | | - |
| | (iii) State Taxes | - | - | - | | | - |
| | (iv) Other Taxes | - | - | - | | | - |
| | *Total - Operating Expenses (Fees/Taxes)* | - | - | - | - | | - |
| b. | **All Other Operating Expenses:** | - | - | 54.31 | - | | 54.31 |
| c. | **Plan Payments:*** | | | | | | |
| | (i) Administrative Claims- excluding retained professionals | - | - | - | | | - |
| | (ii) Administrative Claims - retained professionals | - | - | - | | | - |
| | (iii) DIP Financing repayments | - | - | - | | | - |
| | (iv) Secured Claims | - | - | - | | | - |
| | (v) Priority Claims - wage based claims | | - | - | | | - |
| | (vi) Priority Claims - non- wage based claims | - | - | - | | | - |
| | (vii) Creditor Trust Payment | | | | | | - |
| | (viii) Costs associated with WARN Settlement | - | - | - | | | - |
| | *Total - Plan Payments* | - | - | - | - | | - |
| | **Total Disbursements (Operating & Plan)** | - | - | 54.31 | - | | 54.31 |
| 4 | **Bank Transfers** | - | | - | - | | |
| 5 | **CASH (End of Period)** | $ 228,059.22 | $ 28,418.16 | $ 77,878.59 | $ 49,281.90 | $ | 383,637.87 |

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**July 2020**

| Bank Account Information - July 2020 | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Signature Bank | Signature Bank | Signature Bank | Signature Bank |
| Account Name: | Plan Consummation Account | Plan Disputed Claim Reserve Account | Plan Administrative Expense Account | Student Collections Account |
| Account Number: | xx419 | xx427 | xx435 | xx6057 |
| Purpose of Account (Operating/Payroll/Tax) | Plan Distributions | Disputed Claims | Post Effective Date Operating Expenses | Student Receivables Collection Account |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Money Market |
|  |  |  |  |  |
| 1.  **Balance per Bank Statement** | $          87,714.22 | $          28,418.16 | $          78,191.94 | $          33,357.60 |
| 2.  **ADD**:  Deposits not credited | - | - | - | - |
| 3.  **SUBTRACT**:  Outstanding Checks | - | - | - | - |
| 4.  Other Reconciling Items | - | - | - | - |
| 5.  **Month End Balance** (Must Agree with Books) | $          87,714.22 | $          28,418.16 | $          78,191.94 | $          33,357.60 |

*Note (A) - Account closed in April 2020.*
*Bank statements are available upon request.*

**ATTACHMENT NO. 3a-1**

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**July 2020**

| Investment Account Information (1) Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| TD Wealth/Dowling Clg Cust./x5014 | | Money Market | | $ 1,461,435.20 |
| TD Wealth/Dowling Italian Studies Cust./x6012 | | Money Market | | $   114,604.01 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**
**Bank statements are available upon request.**
*(1) The TD Wealth Management accounts are maintained for Dowling College's endowment funds and*
*       are not property of the Debtor's estate.*

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**AUGUST 2020**

| Bank Account Information - August 2020 | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Signature Bank | Signature Bank | Signature Bank | Signature Bank |
| Account Name: | Plan Consummation Account | Plan Disputed Claim Reserve Account | Plan Administrative Expense Account | Student Collections Account |
| Account Number: | xx419 | xx427 | xx435 | xx6057 |
| Purpose of Account (Operating/Payroll/Tax) | Plan Distributions | Disputed Claims | Post Effective Date Operating Expenses | Student Receivables Collection Account |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Money Market |
| | | | | |
| 1. **Balance per Bank Statement** | $ 87,714.22 | $ 28,418.16 | $ 77,932.90 | $ 36,370.39 |
| 2. **ADD**: Deposits not credited | - | - | - | - |
| 3. **SUBTRACT**: Outstanding Checks | - | - | - | - |
| 4. Other Reconciling Items | - | - | - | |
| 5. **Month End Balance** (Must Agree with Books) | $ 87,714.22 | $ 28,418.16 | $ 77,932.90 | $ 36,370.39 |
| | | | | |

**Note: Attach copy of each bank statement and bank reconciliation.**
**Bank statements are available upon request.**

**QUARTERLY OPERATING REPORT**                    **ATTACHMENT NO. 3b-1**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**AUGUST 2020**

| Investment Account Information (1)<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
|  |  |  |  |  |
| TD Wealth/Dowling Clg Cust./x5014 |  | Money Market |  | $ 1,461,228.78 |
| TD Wealth/Dowling Italian Studies Cust./x6012 |  | Money Market |  | $    114,606.92 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Note:  Attach copy of each investment account statement.**
**Bank statements are available upon request.**
*(1) The TD Wealth Management accounts are maintained for Dowling College's endowment funds and*
      *are not property of the Debtor's estate.*

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**SEPTEMBER 2020**

| Bank Account Information - September 2020 | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Signature Bank | Signature Bank | Signature Bank | Signature Bank |
| Account Name: | Plan Consummation Account | Plan Disputed Claim Reserve Account | Plan Administrative Expense Account | Student Collections Account |
| Account Number: | xx419 | xx427 | xx435 | xx6057 |
| Purpose of Account (Operating/Payroll/Tax) | Plan Distributions | Disputed Claims | Post Effective Date Operating Expenses | Student Receivables Collection Account |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Money Market |
| | | | | |
| 1.  **Balance per Bank Statement** | $        228,059.22 | $        28,418.16 | $        77,878.59 | $        49,281.90 |
| 2.  **ADD**:  Deposits not credited | - | - | - | - |
| 3.  **SUBTRACT**:  Outstanding Checks | - | - | - | - |
| 4.  Other Reconciling Items | - | - | - | |
| 5.  **Month End Balance** (Must Agree with Books) | $        228,059.22 | $        28,418.16 | $        77,878.59 | $        49,281.90 |

**Note:  Attach copy of each bank statement and bank reconciliation.**
**Bank statements are available upon request.**

**CHAPTER 11 POST-CONFIRMATION
BANK ACCOUNT RECONCILIATIONS
SEPTEMBER 2020**

| Investment Account Information (1)<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
|  |  |  |  |  |
| TD Wealth/Dowling Clg Cust./x5014 |  | Money Market |  | $ 1,461,021.18 |
| TD Wealth/Dowling Italian Studies Cust./x6012 |  | Money Market |  | $     114,609.74 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Note:  Attach copy of each investment account statement.**
**Bank statements are available upon request.**
*(1) The TD Wealth Management accounts are maintained for Dowling College's endowment funds and are not property of
   the Debtor's estate.*

**CHAPTER 11 POST-CONFIRMATION**                                                                    **Attachment No. 4**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xx419 |
| Purpose of Account (Operating-Plan Distributions) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | | Purpose or Description | | | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Wire Trf | 7/31/20 | Receivable Collection Service, LLC | | Receivable Collection Fees | | | 15,325.31 |
| Wire Trf | 7/31/20 | Receivable Collection Service, LLC | | Receivable Collection firm expenses | | | 5,671.68 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | 20,996.99 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

**CHAPTER 11 POST-CONFIRMATION**                                                                    Attachment No. 4
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xx435 |
| Purpose of Account (Operating) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| 1069 | 7/1/20 | National Archives, Inc. | Post effective date storage of documents | 54.31 |
| ACH | 7/27/20 | U.S. Trustee | Quarterly U.S. Trustee Fee | 648.93 |
| 1070 | 8/4/20 | National Archives, Inc. | Post effective date storage of documents | 76.04 |
| 1071 | 8/10/20 | U.S. Postal Service | PO Box renewal for Debtor | 183.00 |
| 1072 | 9/3/20 | National Archives, Inc. | Post effective date storage of documents | 54.31 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 1,016.59 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.