

U.S. Department of Justice
Office of the United States Trustee
Region 2

Eastern District of New York

| | |
|---|---|
| IN RE: DOWLING COLLEGE,<br>f/d/b/a DOWLING INSTITUTE,<br>f/d/b/a DOWLING COLLEGE ALUMNI ASSOCIATION,<br>f/d/b/a CECOM,<br>a/k/a DOWLING COLLEGE, INC.,<br><br>DEBTOR. | CHAPTER 11<br><br>CASE NO. 16-75545-REG<br><br>JUDGE: HON. ROBERT E. GROSSMAN |

## DEBTOR'S POST-CONFIRMATION QUARTERLY OPERATING REPORT FOR THE PERIOD
FROM  10/1/2020  TO  12/31/2020

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.

Signed: _____   Date: 1/8/20

Robert S. Rosenfeld
Print Name

Plan Administrator
Title

Debtor's Address and Phone Number:
Dowling College
PO Box 470
Massapequa, NY 11762
Tel. (212) 658-0300

Attorney's Address and Phone Number:
Sean Southard
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor, NY, NY 10036
Tel. (212) 679-5320

**QUARTERLY OPERATING REPORT**  
**POST CONFIRMATION**

**ATTACHMENT NO. 1**

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | *(1)* | X | |
| 2. Are any post-confirmation sales or payroll taxes past due? | | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | *(2),(3)* | X | |
| 4. Is the Debtor current on all post-confirmation plan payments? | | X | |

***If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

(1) The Debtor sold 1 parcel of unimproved land that it maintained post effective date of the Plan of Liquidation during September 2020

(2) As of the date of this report, the Debtor owes unpaid amounts due for professional fees to the Plan Administrator and his firm (RSR Consulting, LLC); Klestadt, Winters, Jureller, Southard & Stevens, LLP (counsel to the Plan Administrator); and storage due to Iron Mountain.

(3) The Debtor is in receipt of a real estate tax bill received from Suffolk County relating for tax year 2019 and relating to an uninhabitable parcel of land located on New Made Island in Moriches Bay near Floyds Point, NY.  The Debtor has attempted to donate the land to Suffolk County, but to date has been unsuccessful. Since the land has been deemed minimal to no value to the estate, Suffolk County will most likely execute on its tax deed at or around December 6, 2020 and take over ownership of the property.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | X |
| 2. Are all premium payments current? | | X |

***If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

* Certain unimproved small parcels of property given their neglible to no value are currently uninsured.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |
| **Estimated Date of Filing the Application for Final Decree: 4/30/21.** |

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Attachment No. 2

**Case Name:** Dowling College
**Case Number:** 16-75545-REG
**Date of Plan Confirmation:** 12/20/18
**Plan Effective Date:** 1/14/19

All items must be answered. Any which do not apply should be answered "none" or "N/A".

|   |   |   | Post - Confirmation Date Period ||| Cumulative |
|---|---|---|---|---|---|---|
|   |   |   | **October 2020** | **November 2020** | **December 2020** | **October - December 2020** |
| 1. | **CASH (Beginning of Period)** | | 383,637.87 | 369,551.05 | 369,582.54 | 383,637.87 |
| 2. | **INCOME or RECEIPTS during the Period** | | 5,819.27 | 85.80 | 5,004.05 | 10,909.12 |
| 3. | **DISBURSEMENTS** | | | | | |
|   | a. **Operating Expenses (Fees/Taxes):** | | | | | |
|   |   | (i) U.S. Trustee Quarterly Fees | - | - | | - |
|   |   | (ii) Federal Taxes | 650.00 | - | | 650.00 |
|   |   | (iii) State Taxes | - | - | | - |
|   |   | (iv) Other Taxes | - | - | | - |
|   |   | *Total - Operating Expenses (Fees/Taxes)* | 650.00 | - | - | 650.00 |
|   | b. **All Other Operating Expenses:** | | 19,256.09 | 54.31 | 2,720.18 | 22,030.58 |
|   | c. **Plan Payments:*** | | | | | |
|   |   | (i) Administrative Claims- excluding retained professionals | - | - | - | - |
|   |   | (ii) Administrative Claims - retained professionals | - | - | - | - |
|   |   | (iii) DIP Financing repayments | - | - | - | - |
|   |   | (iv) Secured Claims | - | - | - | - |
|   |   | (v) Priority Claims - wage based claims | - | - | - | - |
|   |   | (vi) Priority Claims - non- wage based claims | - | - | - | - |
|   |   | (vii) Creditor Trust Payment | - | - | - | - |
|   |   | (viii) Costs associated with WARN Settlement | - | - | - | - |
|   |   | *Total - Plan Payments* | - | - | - | - |
|   | **Total Disbursements (Operating & Plan)** | | 19,906.09 | 54.31 | 2,720.18 | 22,680.58 |
| 4. | **CASH (End of Period)** | | 369,551.05 | 369,582.54 | 371,866.41 | 371,866.41 |

* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

**Attachment 2-a**
**October**
**2020**

**Dowling College**
**Quarterly Operating Report**
**Quarter Ended 12/31/20**
**Summary of Cash Flow by Month**
**October 2020**

| | | | Bank Account Signature Bank | | | | |
|---|---|---|---|---|---|---|---|
| | | | 419 | 427 | 435 | 6057 | Total |
| 1. | **CASH (Beginning of Period)** | | $228,059.22 | $28,418.16 | $77,878.59 | $49,281.90 | $383,637.87 |
| 2. | **INCOME or RECEIPTS during the Period** | | - | - | - | 5,819.27 | 5,819.27 |
| 3. | **DISBURSEMENTS** | | | | | | |
| | a. | **Operating Expenses (Fees/Taxes):** | | | | | |
| | | (i) U.S. Trustee Quarterly Fees | - | - | 650.00 | | 650.00 |
| | | (ii) Federal Taxes | - | - | - | | - |
| | | (iii) State Taxes | - | - | - | | - |
| | | (iv) Other Taxes | - | - | - | | - |
| | | *Total - Operating Expenses (Fees/Taxes)* | - | - | 650.00 | - | 650.00 |
| | b. | **All Other Operating Expenses:** | 15,201.78 | - | 4,054.31 | - | 19,256.09 |
| | c. | **Plan Payments:*** | | | | | |
| | | (i) Administrative Claims- excluding retained professionals | - | - | - | | - |
| | | (ii) Administrative Claims - retained professionals | - | - | - | | - |
| | | (iii) DIP Financing repayments | - | - | - | | - |
| | | (iv) Secured Claims | - | - | - | | - |
| | | (v) Priority Claims - wage based claims | - | - | - | | - |
| | | (vi) Priority Claims - non- wage based claims | - | - | - | | - |
| | | (vii) Creditor Trust Payment | | | | | - |
| | | (viii) Costs associated with WARN Settlement | - | - | - | | - |
| | | *Total - Plan Payments* | - | - | - | - | - |
| | **Total Disbursements (Operating & Plan)** | | 15,201.78 | - | 4,704.31 | - | 19,906.09 |
| 4 | **Bank Transfers** | | 27,255.03 | - | - | (27,255.03) | - |
| 5 | **CASH (End of Period)** | | $240,112.47 | $28,418.16 | $73,174.28 | $27,846.14 | $369,551.05 |

4

**Attachment 2-b**
**November 2020**

**Dowling College**
**Quarterly Operating Report**
**Quarter Ended 12/31/20**
**Summary of Cash Flow by Month**
**November 2020**

| | | | Bank Account — Signature Bank | | | | |
|---|---|---|---|---|---|---|---|
| | | | 419 | 427 | 435 | 6057 | Total |
| 1. | **CASH (Beginning of Period)** | | $ 240,112.47 | $ 28,418.16 | $ 73,174.28 | $ 27,846.14 | $ 369,551.05 |
| 2. | **INCOME or RECEIPTS during the Period** | | 81.22 | - | - | 4.58 | 85.80 |
| 3. | **DISBURSEMENTS** | | | | | | |
| | a. | **Operating Expenses (Fees/Taxes):** | | | | | - |
| | | (i) U.S. Trustee Quarterly Fees | | | | | - |
| | | (ii) Federal Taxes | | | | | - |
| | | (iii) State Taxes | - | - | - | | - |
| | | (iv) Other Taxes | - | - | - | | - |
| | | *Total - Operating Expenses (Fees/Taxes)* | - | - | - | - | - |
| | b. | **All Other Operating Expenses:** | - | - | 54.31 | | 54.31 |
| | c. | **Plan Payments:*** | | | | | |
| | | (i) Administrative Claims- excluding retained professionals | - | - | - | | - |
| | | (ii) Administrative Claims - retained professionals | - | - | - | | - |
| | | (iii) DIP Financing repayments | - | - | - | | - |
| | | (iv) Secured Claims | - | - | - | | - |
| | | (v) Priority Claims - wage based claims | - | - | - | | - |
| | | (vi) Priority Claims - non- wage based claims | - | - | - | | - |
| | | (vii) Creditor Trust Payment | - | | | | - |
| | | (viii) Costs associated with WARN Settlement | - | - | - | | - |
| | | *Total - Plan Payments* | - | - | - | - | - |
| | **Total Disbursements (Operating & Plan)** | | - | - | 54.31 | - | 54.31 |
| 4 | **Bank Transfers** | | - | - | - | | - |
| 5 | **CASH (End of Period)** | | $ 240,193.69 | $ 28,418.16 | $ 73,119.97 | $ 27,850.72 | $ 369,582.54 |

**Attachment 2-c**
**December 2020**

**Dowling College**
**Quarterly Operating Report**
**Quarter Ended 12/31/20**
**Summary of Cash Flow by Month**
**December 2020**

|     |     |     | Bank Account | | | | |
|     |     |     | Signature Bank | | | | |
|     |     |     | 419 | 427 | 435 | 6057 | Total |
|-----|-----|-----|-----|-----|-----|------|-------|
| 1.  | **CASH (Beginning of Period)** | | $ 240,193.69 | $ 28,418.16 | $ 73,119.97 | $ 27,850.72 | $ 369,582.54 |
| 2.  | **INCOME or RECEIPTS during the Period** | | 5,000.00 | - | - | 4.05 | $ 5,004.05 |
| 3.  | **DISBURSEMENTS** | | | | | | |
|     | a.  | **Operating Expenses (Fees/Taxes):** | - | - | - | | - |
|     |     | (i) U.S. Trustee Quarterly Fees | - | - | - | | - |
|     |     | (ii) Federal Taxes | - | - | - | | - |
|     |     | (iii) State Taxes | - | - | - | | - |
|     |     | (iv) Other Taxes | - | - | - | | - |
|     |     | *Total - Operating Expenses (Fees/Taxes)* | - | - | - | - | - |
|     | b.  | **All Other Operating Expenses:** | 2,665.87 | - | 54.31 | - | 2,720.18 |
|     | c.  | **Plan Payments:*** | | | | | |
|     |     | (i) Administrative Claims- excluding retained professionals | - | - | - | | - |
|     |     | (ii) Administrative Claims - retained professionals | - | - | - | | - |
|     |     | (iii) DIP Financing repayments | - | - | - | | - |
|     |     | (iv) Secured Claims | - | - | - | | - |
|     |     | (v) Priority Claims - wage based claims | | - | - | | - |
|     |     | (vi) Priority Claims - non- wage based claims | - | - | - | | - |
|     |     | (vii) Creditor Trust Payment | | | | | - |
|     |     | (viii) Costs associated with WARN Settlement | - | - | - | | - |
|     |     | *Total - Plan Payments* | - | - | - | - | - |
|     | **Total Disbursements (Operating & Plan)** | | 2,665.87 | - | 54.31 | - | 2,720.18 |
| 4   | **Bank Transfers** | | 5,194.59 | | - | (5,194.59) | - |
| 5   | **CASH (End of Period)** | | $ 247,722.41 | $ 28,418.16 | $ 73,065.66 | $ 22,660.18 | $ 371,866.41 |

6

**ATTACHMENT NO. 3a**
**OCTOBER 2020**

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**OCTOBER 2020**

| Bank Account Information - October 2020 | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Signature Bank | Signature Bank | Signature Bank | Signature Bank |
| Account Name: | Plan Consummation Account | Plan Disputed Claim Reserve Account | Plan Administrative Expense Account | Student Collections Account |
| Account Number: | xx419 | xx427 | xx435 | xx6057 |
| Purpose of Account (Operating/Payroll/Tax) | Plan Distributions | Disputed Claims | Post Effective Date Operating Expenses | Student Receivables Collection Account |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Money Market |
| 1. **Balance per Bank Statement** | $ 240,112.47 | $ 28,418.16 | $ 77,174.28 | $ 27,846.14 |
| 2. **ADD**: Deposits not credited | - | - | - | - |
| 3. **SUBTRACT**: Outstanding Checks | - | - | (4,000.00) | - |
| 4. Other Reconciling Items | - | - | - | |
| 5. **Month End Balance** (Must Agree with Books) | $ 240,112.47 | $ 28,418.16 | $ 73,174.28 | $ 27,846.14 |

*Note (A) - Account closed in April 2020.*
*Bank statements are available upon request.*

ATTACHMENT NO. 3a-1

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**OCTOBER 2020**

| Investment Account Information (1) Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| TD Wealth/Dowling Clg Cust./x5014 | | Money Market | | $ 1,460,814.81 |
| TD Wealth/Dowling Italian Studies Cust./x6012 | | Money Market | | $ 114,612.65 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**
**Bank statements are available upon request.**
*(1) The TD Wealth Management accounts are maintained for Dowling College's endowment funds and are not property of the Debtor's estate.*

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**NOVEMBER 2020**

| Bank Account Information - November 2020 | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Signature Bank | Signature Bank | Signature Bank | Signature Bank |
| Account Name: | Plan Consummation Account | Plan Disputed Claim Reserve Account | Plan Administrative Expense Account | Student Collections Account |
| Account Number: | xx419 | xx427 | xx435 | xx6057 |
| Purpose of Account (Operating/Payroll/Tax) | Plan Distributions | Disputed Claims | Post Effective Date Operating Expenses | Student Receivables Collection Account |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Money Market |
| 1. **Balance per Bank Statement** | $ 240,193.69 | $ 28,418.16 | $ 73,119.97 | $ 27,850.72 |
| 2. **ADD**: Deposits not credited | - | - | - | - |
| 3. **SUBTRACT**: Outstanding Checks | - | - | - | - |
| 4. Other Reconciling Items | - | - | - | |
| 5. **Month End Balance** (Must Agree with Books) | $ 240,193.69 | $ 28,418.16 | $ 73,119.97 | $ 27,850.72 |

**Note:** Attach copy of each bank statement and bank reconciliation.
**Bank statements are available upon request.**

**QUARTERLY OPERATING REPORT**          **ATTACHMENT NO. 3b-1**
**POST CONFIRMATION**

CHAPTER 11 POST-CONFIRMATION
BANK ACCOUNT RECONCILIATIONS
NOVEMBER 2020

| Investment Account Information (1) Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| TD Wealth/Dowling Clg Cust./x5014 | | Money Market | | $ 1,460,607.32 |
| TD Wealth/Dowling Italian Studies Cust./x6012 | | Money Market | | $ 114,615.47 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**
**Bank statements are available upon request.**
(1) The TD Wealth Management accounts are maintained for Dowling College's endowment funds and are not property of the Debtor's estate.

**QUARTERLY OPERATING REPORT**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
**DECEMBER 2020**

| Bank Account Information - December 2020 | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | Signature Bank | Signature Bank | Signature Bank | Signature Bank |
| **Account Name:** | Plan Consummation Account | Plan Disputed Claim Reserve Account | Plan Administrative Expense Account | Student Collections Account |
| **Account Number:** | xx419 | xx427 | xx435 | xx6057 |
| **Purpose of Account (Operating/Payroll/Tax)** | Plan Distributions | Disputed Claims | Post Effective Date Operating Expenses | Student Receivables Collection Account |
| **Type of Account (e.g. checking)** | Checking | Checking | Checking | Money Market |
| 1. **Balance per Bank Statement** | $ 247,722.41 | $ 28,418.16 | $ 73,065.66 | $ 22,660.18 |
| 2. **ADD**: Deposits not credited | - | - | - | - |
| 3. **SUBTRACT**: Outstanding Checks | - | - | - | - |
| 4. Other Reconciling Items | - | - | - | |
| 5. **Month End Balance** (Must Agree with Books) | $ 247,722.41 | $ 28,418.16 | $ 73,065.66 | $ 22,660.18 |

**Note: Attach copy of each bank statement and bank reconciliation.**
**Bank statements are available upon request.**

QUARTERLY OPERATING REPORT                                ATTACHMENT NO. 3c-1
POST CONFIRMATION

CHAPTER 11 POST-CONFIRMATION
BANK ACCOUNT RECONCILIATIONS
DECEMBER 2020

| Investment Account Information (1) Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| TD Wealth/Dowling Clg Cust./x5014 | | Money Market | | $ 1,460,401.07 |
| TD Wealth/Dowling Italian Studies Cust./x6012 | | Money Market | | $ 114,618.39 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**
**Bank statements are available upon request.**
*(1) The TD Wealth Management accounts are maintained for Dowling College's endowment funds and are not property of the Debtor's estate.*

**CHAPTER 11 POST-CONFIRMATION**  **Attachment No. 4**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xx419 |
| Purpose of Account (Operating-Plan Distributions) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 409 | 10/21/2020 | Receivable Collection Service, LLC | Payment of RCS collection fees | 12,419.78 |
| 413 | 10/21/2020 | Receivable Collection Service, LLC | Out of pocket expenses for collection | 2,782.00 |
| 417 | 12/8/2020 | Receivable Collection Service, LLC | Payment of outstanding court costs for RCS | 206.00 |
| 418 | 12/8/2020 | Receivable Collection Service, LLC | Payment of outstanding fees due to RCS | 2,459.87 |
| | | | | |
| | | | | |
| | | | TOTAL | 17,867.65 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

**CHAPTER 11 POST-CONFIRMATION**  **Attachment No. 4**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Signature Bank |
|---|---|
| Account Number | xx435 |
| Purpose of Account (Operating) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1073 | 10/6/2020 | National Archives, Inc. | Dowling College; Inv#78159; October 2020 | 54.31 |
| 408 | 10/20/2020 | U.S. Trustee | ACH for payment to UST quarterly fees for Q3 2020 | 650.00 |
| 1074 | 10/30/2020 | Baker Tilly Virchow Krause, LLP | Dowling College; inv#BT1703004; FYE 6/30/20 Tax Return Prep | 4,000.00 |
| 1075 | 11/4/2020 | National Archives, Inc. | Dowling College; Inv#78524; November 2020 storage | 54.31 |
| 1076 | 12/1/2020 | National Archives, Inc. | Dowling College; Inv#78883; December 2020 storage | 54.31 |
|  |  |  |  | **4,812.93** |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.