UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

In re: DOWLING COLLEGE § § § § Debtor(s)

Case No. 16-75545

☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2021

Petition Date: 11/29/2016

Plan Confirmed Date: 12/20/2018

Plan Effective Date: 01/14/2019

This Post-confirmation Report relates to:  ◯ Reorganized Debtor

⦿ Other Authorized Party or Entity: Robert S. Rosenfeld, Plan Administrator

Name of Authorized Party or Entity

/s/ Robert S. Rosenfeld
Signature of Responsible Party

10/05/2021
Date

Robert S. Rosenfeld, Plan Administrator
Printed Name of Responsible Party

49 Roy Avenue, Massapequa, NY 11758
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name DOWLING COLLEGE                                   Case No.  16-75545

## Part 1: Summary of Post-confirmation Transfers

|   | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $624 | $18,601,145 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $624 | $18,601,145 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | $0 | $4,762,456 | $0 | $4,762,456 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Klestadt Winters Jureller Southa | Lead Counsel | $0 | $2,671,028 | $0 | $2,671,028 |
| ii | Garden City Group, LLC | Other | $0 | $26,268 | $0 | $26,268 |
| iii | Receivable Collection Services | Other | $0 | $30,318 | $0 | $30,318 |
| iv | CBRE, Inc. | Other | $0 | $145,000 | $0 | $145,000 |
| v | Douglas Elliman | Other | $0 | $335,640 | $0 | $335,640 |
| vi | A&G Realty Partners, LLC & M | Other | $0 | $1,382,460 | $0 | $1,382,460 |
| vii | Hilco | Other | $0 | $51,118 | $0 | $51,118 |
| viii | FPM Group, Ltd. | Other | $0 | $90,599 | $0 | $90,599 |
| ix | Farrell Fritz P.C. | Other | $0 | $30,024 | $0 | $30,024 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | $0 | $195,990 | $0 | $195,990 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Baker Tilly Virchow Krause, LL | Financial Professional | $0 | $39,481 | $0 | $39,481 |
| ii | Ingerman Smith, L.L.P. | Special Counsel | $0 | $60,974 | $0 | $60,974 |
| iii | Eichen & DiMeglio, P.C. | Financial Professional | $0 | $80,221 | $0 | $80,221 |
| iv | Smith & Downey P.A. | Special Counsel | $0 | $15,314 | $0 | $15,314 |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $8,020,371 | $0 | $8,020,371 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $1,729,318 | $0 | $1,729,318 | $1,729,318 | 100% |
| b. Secured claims | $41,754,052 | $0 | $41,754,052 | $61,104,266 | 68% |
| c. Priority claims | $2,934,533 | $0 | $2,934,533 | $2,934,533 | 100% |
| d. General unsecured claims | $2,600,000 | $0 | $2,600,000 | $18,691,589 | 14% |
| e. Equity interests | $0 | $0 | $0 | | |

Debtor's Name DOWLING COLLEGE                                    Case No. 16-75545

**Part 4: Questionnaire**

a. Is this a final report?                                                                    Yes ○   No ◉
    If yes, give date Final Decree was entered: _____
    If no, give date when the application for Final Decree is anticipated:   12/31/2021

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉   No ○

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Robert S. Rosenfeld                                          Robert S. Rosenfeld
Signature of Responsible Party                                   Printed Name of Responsible Party

Plan Administrator                                               10/05/2021
Title                                                            Date