# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

In re: DOWLING COLLEGE                    §    Case No. 16-75545
                                          §
                                          §
              Debtor(s)                   §    ☐ Jointly Administered

## Post-confirmation Report                                    Chapter 11

Quarter Ending Date: 03/31/2022                    Petition Date: 11/29/2016

Plan Confirmed Date: 12/20/2018                    Plan Effective Date: 01/14/2019

This Post-confirmation Report relates to:   ○ Reorganized Debtor

                                            ● Other Authorized Party or Entity: Robert S. Rosenfeld, Plan Administrator
                                                                                  Name of Authorized Party or Entity

/s/ Robert S. Rosenfeld                    Robert S. Rosenfeld, Plan Administrator
Signature of Responsible Party              Printed Name of Responsible Party

04/12/2022
Date

                                           49 Roy Avenue, Massapequa, NY 11758
                                            Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)                  1

Debtor's Name DOWLING COLLEGE          Case No. 16-75545

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $131,742 | $18,733,303 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $131,742 | $18,733,303 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | $0 | $4,762,456 | $0 | $4,762,456 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Klestadt Winters Jureller Southa | Lead Counsel | $0 | $2,671,028 | $0 | $2,671,028 |
| ii | Garden City Group, LLC | Other | $0 | $26,268 | $0 | $26,268 |
| iii | Receivable Collection Services | Other | $0 | $30,318 | $0 | $30,318 |
| iv | CBRE, Inc. | Other | $0 | $145,000 | $0 | $145,000 |
| v | Douglas Elliman | Other | $0 | $335,640 | $0 | $335,640 |
| vi | A&G Realty Partners, LLC & M | Other | $0 | $1,382,460 | $0 | $1,382,460 |
| vii | Hilco | Other | $0 | $51,118 | $0 | $51,118 |
| viii | FPM Group, Ltd. | Other | $0 | $90,599 | $0 | $90,599 |
| ix | Farrell Fritz P.C. | Other | $0 | $30,024 | $0 | $30,024 |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name DOWLING COLLEGE                                    Case No. 16-75545

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name DOWLING COLLEGE                                                                 Case No. 16-75545

|   |         |   |   |   |   |   |
|---|---------|---|---|---|---|---|
|   | lxxii   |   |   |   |   |   |
|   | lxxiii  |   |   |   |   |   |
|   | lxxiv   |   |   |   |   |   |
|   | lxxv    |   |   |   |   |   |
|   | lxxvi   |   |   |   |   |   |
|   | lxxvii  |   |   |   |   |   |
|   | lxxviii |   |   |   |   |   |
|   | lxxix   |   |   |   |   |   |
|   | lxxx    |   |   |   |   |   |
|   | lxxxi   |   |   |   |   |   |
|   | lxxxii  |   |   |   |   |   |
|   | lxxxiii |   |   |   |   |   |
|   | lxxxiv  |   |   |   |   |   |
|   | lxxxv   |   |   |   |   |   |
|   | lxxxvi  |   |   |   |   |   |
|   | lxxxvi  |   |   |   |   |   |
|   | lxxxvi  |   |   |   |   |   |
|   | lxxxix  |   |   |   |   |   |
|   | xc      |   |   |   |   |   |
|   | xci     |   |   |   |   |   |
|   | xcii    |   |   |   |   |   |
|   | xciii   |   |   |   |   |   |
|   | xciv    |   |   |   |   |   |
|   | xcv     |   |   |   |   |   |
|   | xcvi    |   |   |   |   |   |
|   | xcvii   |   |   |   |   |   |
|   | xcviii  |   |   |   |   |   |
|   | xcix    |   |   |   |   |   |
|   | c       |   |   |   |   |   |
|   | ci      |   |   |   |   |   |

|      |                                                                                     |                       |                 | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|------|-------------------------------------------------------------------------------------|-----------------------|-----------------|--------------------------|---------------------|----------------------|-----------------|
| b.   | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | *Aggregate Total*     |                 | $0                       | $195,990            | $0                   | $195,990        |
|      | *Itemized Breakdown by Firm*                                                        |                       |                 |                          |                     |                      |                 |
|      |                                                                                     | Firm Name             | Role            |                          |                     |                      |                 |
|      | i                                                                                   | Baker Tilly Virchow Krause, LLP | Financial Professional | $0                       | $39,481             | $0                   | $39,481         |
|      | ii                                                                                  | Ingerman Smith, L.L.P. | Special Counsel | $0                       | $60,974             | $0                   | $60,974         |
|      | iii                                                                                 | Eichen & DiMeglio, P.C. | Financial Professional | $0                       | $80,221             | $0                   | $80,221         |
|      | iv                                                                                  | Smith & Downey P.A.   | Special Counsel | $0                       | $15,314             | $0                   | $15,314         |
|      | v                                                                                   |                       |                 |                          |                     |                      |                 |
|      | vi                                                                                  |                       |                 |                          |                     |                      |                 |

Debtor's Name DOWLING COLLEGE                                            Case No.  16-75545

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

Debtor's Name DOWLING COLLEGE                                                      Case No.  16-75545

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |

Debtor's Name DOWLING COLLEGE                                              Case No. 16-75545

|   | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $7,991,182 | $0 | $7,991,182 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

|  | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $11,452,137 | $0 | $11,452,137 | $11,452,137 | 100% |
| b. Secured claims | $36,907,706 | $0 | $36,907,706 | $64,250,047 | 57% |
| c. Priority claims | $2,934,533 | $0 | $2,934,533 | $2,934,533 | 100% |
| d. General unsecured claims | $2,600,000 | $0 | $2,600,000 | $18,691,589 | 14% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                      Yes ○   No ⦿

    If yes, give date Final Decree was entered:                              _____

    If no, give date when the application for Final Decree is anticipated:    05/31/2022

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⦿   No ○

Debtor's Name DOWLING COLLEGE    Case No. 16-75545

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Robert S. Rosenfeld    Robert S. Rosenfeld
Signature of Responsible Party    Printed Name of Responsible Party

Plan Administrator    04/12/2022
Title    Date

Debtor's Name DOWLING COLLEGE  Case No. 16-75545


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)    9

Debtor's Name DOWLING COLLEGE                                  Case No. 16-75545


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                10