**KLESTADT WINTERS JURELLER**      Abandonment Date: July 11, 2022
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to Robert S. Rosenfeld, in his capacity*
  *as Plan Administrator of Dowling College*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING INSTITUTE, | : | |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |

----------------------------------------------------------------x

**PLAN ADMINISTRATOR'S NOTICE OF PROPOSED ABANDONMENT**
**OF PROPERTY PURSUANT TO 11 U.S.C. § 554, FED. R. BANKR.**
**P. 6007 AND LOCAL BANKRUPTCY RULE 6007-1**

TO THE UNITED STATES TRUSTEE, ALL CREDITORS AND PARTIES IN INTEREST IN THE DEBTOR'S CASE, AND ALL PARTIES HAVING FILED NOTICES OF APPEARANCE IN THE DEBTOR'S CASE:

    **PLEASE TAKE NOTICE** that Robert S. Rosenfeld, in his capacity as Plan Administrator for Dowling College ("Dowling" or the "Debtor"), pursuant to 11 U.S.C. § 554, Fed. R. Bankr. P. 6007 and Local Bankruptcy Rule 6007-1, hereby provides notice of his intent to abandon certain property of the Debtor and its bankruptcy estate (the "Proposed Abandonment") as follows:

| **Property to be Abandoned:** | New Made Island in Moriches Bay (the "Island") The Island was donated to Dowling in 1972 and is a three-acre low-lying marshy island located off the south shore of |
|---|---|

|  | Long Island in Narrow Bay between Mastic Beach and Smith Point County Park.<br>Tax ID Lot: 0200-988.30-02.00-001.000[1] |
|---|---|
| **Reason for Abandonment:** | The Island is zoned "0-wetlands." Multiple officials from New York State, Suffolk County and the Town of Brookhaven have informed the Plan Administrator of their view that the Island is not developable and none of the aforementioned governmental entities had an interest in purchasing the Island. Accordingly, the Island is of inconsequential value and benefit to the estate. |
| **Entity that the Property is to be Abandoned to:** | Suffolk County |

| **Property to be Abandoned:** | 0 Montauk Highway, Oakdale, New York 11769<br>South side of Montauk Highway, West of Idle Hour Blvd. (along curve from Sunrise Highway)<br>Tax Lot ID: 0500-32500-0200-012.001 |
|---|---|
| **Reason for Abandonment:** | Due to high traffic level and low visibility relating to the blind curve on Montauk Highway, Suffolk County will not permit curb access to this lot from Montauk Highway for safety reasons. The owners of adjoining lots were approached but none were willing or able to close on a sale of the property. Accordingly, the property is of inconsequential value and benefit to the estate. |
| **Entity that the Property is to be Abandoned to:** | Suffolk County |

**PLEASE TAKE FURTHER NOTICE** that objections to the Proposed Abandonment, if any, shall be made in writing, filed with the Court by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, Eastern District of New York, Alfonse D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York, 11722, on a 3.5 inch floppy disc or compact disc, preferably in portable document format (PDF), Microsoft Word, or any other Windows Based word processing format, and served upon Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036-7203, Attn: Sean C. Southard and Lauren C. Kiss, counsel to the Plan Administrator, Email: ssouthard@klestadt.com and lkiss@klestadt.com so as to be actually received no later than **5:00 p.m. (EST) on July 11, 2022** (the "Objection Deadline"). If no timely objections to the Proposed Abandonment are filed and received by the Objection

---

[1] The Plan Administrator recently received a tax bill, dated May 23, 2022, from the Office of the Comptroller of Suffolk County seeking taxes from Dowling on account of an island identified in the tax bill as Pattasquash Island in Mastic Beach with a Tax Lot ID: 0200.00000.0008.515075.0000. Dowling has no ownership interest in Pattasquash Island and, accordingly, there is nothing for Dowling to abandon with respect to Pattasquash Island. Pattasquash Island is being identified herein to give notice to Suffolk County that Dowling owns New Made Island, not Pattasquash Island, and it is seeking to abandon all interests in New Made Island.

<mark>2</mark>

Deadline, the Proposed Abandonment will be deemed effective on the Objection Deadline without further action or Order of the Court.

Dated: New York, New York
June 27, 2022

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Lauren C. Kiss*
Sean C. Southard
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, New York 10036-7203
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: ssouthard@klestadt.com
lkiss@klestadt.com

*Counsel to Robert S. Rosenfeld, in his capacity as Plan Administrator of Dowling College*