| | |
|---|---|
| **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP** | Hearing Date: August 22, 2022 at 10:00 a.m. (EST) |
| 200 West 41st Street, 17th Floor | |
| New York, NY 10036-7203 | Objection Deadline: August 15, 2022 |
| Telephone: (212) 972-3000 | at 5:00 p.m. (EST) |
| Facsimile: (212) 972-2245 | |
| Sean C. Southard | |
| Lauren C. Kiss | |

*Counsel to Robert S. Rosenfeld, in his capacity as Plan Administrator of Dowling College*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING INSTITUTE, | : | |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |

----------------------------------------------------------------x

**NOTICE OF HEARING ON PLAN ADMINISTRATOR'S MOTION SEEKING ENTRY OF AN ORDER (I) DISCHARGING THE PLAN ADMINISTRATOR AND HIS PROFESSIONALS OF ANY FURTHER DUTIES IN THE CHAPTER 11 CASE AND (II) CLOSING THE CHAPTER 11 CASE AND ENTERING A FINAL DECREE**

**PLEASE TAKE NOTICE** that a telephonic hearing will be held on **August 22, 2022 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing") before the Honorable Robert E. Grossman, United States Bankruptcy Judge for the Eastern District of New York, at the United States Bankruptcy Court, Eastern District of New York (the "Bankruptcy Court"), Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, to consider the *Plan Administrator's Motion Seeking Entry of an Order (I) Discharging the Plan Administrator and his Professionals of any Further Duties in the Chapter 11 Case and (II) Closing the Chapter 11 Case and Entering a Final Decree* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the telephonic Hearing will be conducted in accordance with the rules set forth below.

All attorneys and unrepresented parties are required to register for hearing(s) at least two (2) business days in advance of the scheduled hearing by using the Court's eCourt Appearances platform: https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion shall be made in writing, filed with the Court by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, on a 3.5 inch floppy disc or compact disc, preferably in portable document Format (PDF), Microsoft Word, or any other Windows Based word processing format, with a hard copy served upon (i) The Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, New York 11722, Attn: Christine H. Black, Assistant United States Trustee (Email: Christine.H.Black@usdoj.gov); and (ii) counsel to the Plan Administrator: Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036, Attn: Sean C. Southard, Esq (Email: ssouthard@klestadt.com) **so as to be received no later than 5:00 p.m. (EST) on August 15, 2022.**

**PLEASE TAKE FURTHER NOTICE** that if no responses or objections are timely filed and served with respect to the Motion, the Plan Administrator may submit to the Court an order substantially in the form annexed as **Exhibit A** to the Motion, which order the Court may enter without further notice or opportunity to be heard.

Dated: New York, New York
July 22, 2022

        **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Sean C. Southard*
Sean C. Southard
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, New York 10036-7203
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: ssouthard@klestadt.com
      lkiss@klestadt.com

*Counsel to Robert S. Rosenfeld, in his capacity as Plan Administrator of Dowling College*