**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                                               :   Chapter 11
                                                                                         :
DOWLING COLLEGE,                                                       :   Case No. 16-75545 (REG)
f/d/b/a DOWLING INSTITUTE,                                        :
f/d/b/a DOWLING COLLEGE ALUMNI                           :
ASSOCIATION,                                                                :
f/d/b/a CECOM,                                                               :
a/k/a DOWLING COLLEGE, INC.,                                  :
                                                                                         :
                                              Debtor.                         :
---------------------------------------------------------------x

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 22nd day of July 2022, I served copies of:

    - Plan Administrator's Motion Seeking Entry of an Order (I) Discharging the Plan Administrator and His Professionals of Any Further Duties in the Chapter 11 Case and (II) Closing the Chapter 11 Case and Entering a Final Decree, along with exhibit referenced therein [Docket No. 779]; and

    - Notice Of Hearing on Plan Administrator's Motion Seeking Entry of an Order (I) Discharging the Plan Administrator and His Professionals of Any Further Duties in the Chapter 11 Case and (II) Closing the Chapter 11 Case and Entering a Final Decree [Docket No. 779-2].

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon these parties listed on **Schedule A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: July 22, 2022

*/s/Aldijana Redzic*
Aldijana Redzic

## Schedule A

ACA FINANCIAL GUARANTY CORP
555 THEODORE FREMD AVENUE,
SUITE C-205
RYE, NY 10580
ATTN: CARL MCCARTHY, ESQ.

ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK
610 FEDERAL PLAZA, 5TH FL
CENTRAL ISLIP, NY 11722
ATTN: BRIDGET M ROHDE AND JAMES H KNAPP

ADVOCATES FOR JUSTICE,
CHARTERED ATTORNEYS
225 BROADWAY, SUITE 1902
NEW YORK, NY 10007
ATTN LAINE A ARMSTRONG

ADVOCATES FOR JUSTICE,
CHARTERED ATTORNEYS
225 BROADWAY, SUITE 1902
NEW YORK, NY 10007
ATTN ARTHUR Z SCHWARTZ

BRADY MCGUIRE & STEINBERG, P.C.
303 SOUTH BROADWAY, SUITE 234
TARRYTOWN, NY 10591
ATTN JAMES M STEINBERG ESQ

CERTILMAN BALIN ADLER & HYMAN, LLP
90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
ATTN RICHARD J MCCORD, ESQ

CERTILMAN BALIN ADLER
& HYMAN, LLP
90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
ATTN THOMAS J MCNAMARA, ESQ

CULLEN AND DYKMAN, LLP
100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NY 11530
ATTN ELIZABETH M ABOULAFIA, ESQ

CULLEN AND DYKMAN, LLP
100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NY 11530
ATTN MATTHEW G ROSEMAN, ESQ

CULLEN AND DYKMAN, LLP
100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NY 11530
ATTN BONNIE POLLACK, ESQ.

FOLEY HOAG LLP
SEAPORT WORLD TRADE CENTER WEST
155 SEAPORT BOULEVARD
BOSTON, MA 02210
ATTN EURIPIDES D DALMANIERAS

GARFUNKEL WILD PC
111 GREAT NECK ROAD
GREAT NECK, NY 11021
ATTN ADAM T BERKOWITZ ESQ

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101

IRON MOUNTAIN INFORMATION
MANAGEMENT LLC
ONE FEDERAL STREET 7TH FLOOR
BOSTON, MA 02110
ATTN JOSEPH CORRIGAN

LONG TUMINELLO, LLP
120 FOURTH AVENUE
BAY SHORE, NY 11706
ATTN HAROLD SELIGMAN, ESQ

MEYER SUOZZI ENGLISH & KLEIN PC
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530
ATTN HOWARD B KLEINBERG ESQ

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, PC
ONE FINANCIAL CENTER
BOSTON, MA 02111
ATTN: ERIC R. BLYTHE, ESQ

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC
ONE FINANCIAL CENTER
BOSTON, MA 02111
ATTN: IAN A. HAMMEL, ESQ

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC
ONE FINANCIAL CENTER
BOSTON, MA 02111
ATTN: P. MIYOKO SATO, ESQ.

NEW YORK STATE DEPARTMENT OF EDUCATION
89 WASHINGTON AVENUE
ALBANY, NY 12234
ATTN: ALISON B. BIANCHI

NEW YORK STATE DEPARTMENT OF EDUCATION
89 WASHINGTON AVENUE
, NY 12234
ATTN:  AARON M. BALDWIN

NEW YORK STATE DEPARTMENT OF EDUCATION
89 WASHINGTON AVENUE
ALBANY, NY 12234
ATTN:DR. JOHN D'AGATI, DEPUTY COMMISSIONER

NEW YORK STATE DEPT OF TAXATION AND FINANCE
BANKRUPTCY UNIT – TCD
BUILDING 8, ROOM 455 W.A. HARRIMAN STATE CAMPUS
ALBANY, NY 12227

NEW YORK STATE DEPT OF TAXATION AND FINANCE
BANKRUPTCY UNIT
P.O. BOX 5300
ALBANY, NY 12205

OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
ERIC T SCHNEIDERMAN, ATTORNEY GENERAL
28 LIBERTY ST FL 15
NEW YORK,  NY 10005
ATTN: PEGGY FARBER

OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
ATTN:LORETTA E. LYNCH, ATTORNEY GENERAL

OFFICE OF THE UNITED STATES TRUSTEE
FOR THE EASTERN DISTRICT OF NEW YORK
ALFONSE D'AMATO FED. COURTHOUSE
560 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722
ATTN: CHRISTINE BLACK

SAUL EWING LLP
1037 RAYMOND BLVD, STE 1520
NEWARK, NJ 07102
ATTN SHARON L LEVINE

SAUL EWING LLP
1037 RAYMOND BLVD, STE 1520
NEWARK, NJ 07102
ATTN DIPESH PATEL

SCHULTE ROTH & ZABEL LLP
919 THIRD AVENUE
NEW YORK, NY 10022
ATTN: NEIL S. BEGLEY, ESQ.

SECURITIES AND EXCHANGE COMMISSION
100 F ST NE
WASHINGTON, DC 20549
ATTN GENERAL COUNSEL

SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY ST, STE 400
NEW YORK, NY 10281
ATTN ANDREW CALAMARI, REGIONAL DIRECTOR

SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
100 PEARL STREET, SUITE 20-100
NEW YORK, NY  10004
ATTN ANDREW CALAMARI, REGIONAL DIRECTOR

SILVERBERG P.C.
320 CARLETON AVENUE, SUITE 6400
CENTRAL ISLIP, NY 11722
ATTN KARL SILVERBERG

SILVERMANACAMPORA LLP
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753
ATTN RONALD J FRIEDMAN ESQ

SILVERMANACAMPORA LLP
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753
ATTN GERARD R LUCKMAN, ESQ

SILVERMANACAMPORA LLP
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753
ATTN KENNETH P SILVERMAN ESQ

STIM & WARMUTH PC
2 EIGHTH ST
FARMINGVILLE, NY 11738
ATTN GLENN P WARMUTH ESQ

STIM & WARMUTH PC
2 EIGHTH ST
FARMINGVILLE, NY 11738
ATTN PAULA J WARMUTH ESQ

SYNCHRONY BANK
C/O PRA RECEIVABLES MANAGEMENT, LLC
PO BOX 41021
NORFOLK, VA 23541

THALER LAW FIRM PLLC
675 OLD COUNTRY ROAD
WESTBURY, NY 11590
ATTN ANDREW M THALER, ESQ

THE UNITED STATES ATTORNEY'S OFFICE
EASTERN DISTRICT OF NEW YORK
610 FEDERAL PLAZA, 5TH FLOOR
CENTRAL ISLIP, NY 11722
ATTN LONG ISLAND BANKRUPTCY PROCESSING

UMB BANK, NA
2 SOUTH BROADWAY, SUITE 600
ST. LOUIS, MO 63102
ATTN: LAURA ROBERSON, SENIOR VICE PRESIDENT

UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK
610 FEDERAL PLAZA, 5TH FL
CENTRAL ISLIP, NY 11722
ATTN JAMES H KNAPP

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF GENERAL COUNSEL
400 MARYLAND AVE., SW ROOM 6E353
WASHINGTON, DC 20202

UNITED STATES DEPARTMENT OF EDUCATION
BANKRUPTCY LITIGATION SUPPORT
50 UNITED NATIONS PLZ STE 1200
SAN FRANCISCO, CA 94102

UNITED STATES DEPARTMENT OF EDUCATION
FINANCIAL SQUARE
32 OLD SLIP, 25TH FLOOR
NEW YORK, NY 10005
ATTN CHRISTOPHER CURRY

UNITED STATES DEPARTMENT OF EDUCATION
550 12TH STREET, SW
WASHINGTON, DC 20202
ATTN RAY SANTIAGO

UNITED STATES DEPARTMENT OF EDUCATION
400 MARYLAND AVE., SW
WASHINGTON, DC 20202
ATTN NATASHA VARNOVITSKY

WHITE & CASE LLP
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
ATTN JOHN J RAMIREZ

WHITE & CASE LLP
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
ATTN: BRIAN D. PFEIFFER

WILMINGTON TRUST, NA
25 SOUTH CHARLES STREET,
11TH FLOOR
MAIL CODE: MD2-CS58
BALTIMORE, MD 21201
ATTN: JAY SMITH

ATTORNEY GENERAL OF THE STATE OF
NEW YORK
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224
ATTN: LETITIA JAMES

OPPENHEIMER FUNDS,
ROCHESTER DIVISION
350 LINDEN OAKS
ROCHESTER, NEW YORK 14625
ATTN: ROBERT J. BERTUCCI, CFA