**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Lauren C. Kiss

*Counsel to Robert S. Rosenfeld, in his capacity*
  *as Plan Administrator of Dowling College*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DOWLING COLLEGE, | : | Case No. 16-75545 (REG) |
| f/d/b/a DOWLING INSTITUTE, | : | |
| f/d/b/a DOWLING COLLEGE ALUMNI | : | |
| ASSOCIATION, | : | |
| f/d/b/a CECOM, | : | |
| a/k/a DOWLING COLLEGE, INC., | : | |
| | : | |
| Debtor. | : | |

----------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE PLAN**
**ADMINISTRATOR'S MOTION SEEKING ENTRY OF AN ORDER**
**(I) DISCHARGING THE PLAN ADMINISTRATOR AND HIS PROFESSIONALS OF**
**ANY FURTHER DUTIES IN THE CHAPTER 11 CASE AND (II) CLOSING**
**THE CHAPTER 11 CASE AND ENTERING A FINAL DECREE**

Pursuant to Rule 9075-2 of the Local Bankruptcy Rules for the Eastern District of New York, the undersigned hereby certifies as follows:

1.  On July 22, 2022, Robert S. Rosenfeld, in his capacity as Plan Administrator for Dowling College ("Dowling" or the "Debtor") filed the *Plan Administrator's Motion Seeking Entry of an Order (I) Discharging the Plan Administrator and His Professionals of any Further Duties in the Chapter 11 Case and (II) Closing the Chapter 11 Case and Entering a Final Decree*

(the "Motion") [Docket No. 779] and *Notice of Hearing on Plan Administrator's Motion Seeking Entry of an Order (I) Discharging the Plan Administrator and His Professionals of any Further Duties in the Chapter 11 Case and (II) Closing the Chapter 11 Case and Entering a Final Decree* (the "Notice of Hearing") [Docket No. 779-2].

2. Pursuant to the Notice of Hearing, any responses to the Motion were to be filed no later than August 15, 2022 at 5:00 p.m. (EST) (the "Objection Deadline").

3. The Plan Administrator caused the Motion and Notice of Hearing to be served on July 22, 2022, as reflected in the declaration of service filed with the Court [Docket No. 780].

4. As of the date hereof, which is more than forty-eight (48) hours after the Objection Deadline, no objection or responsive pleading has been served upon the undersigned. Additionally, the undersigned has reviewed the Court's docket in this case and no objection or responsive pleading has been filed with the Court. Lastly, the undersigned is unaware of any objection, respective pleading or request for a hearing with respect to the Motion.

[*Continued on Next Page*]

Based on the foregoing, the Plan Administrator respectfully request that the Court enter the proposed order, attached to the Motion as <u>Exhibit A</u>, without a hearing.

Dated: New York, New York
        August 17, 2022

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:   <u>/s/ Lauren C. Kiss</u>
Sean C. Southard
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, New York 10036-7203
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: ssouthard@klestadt.com
       lkiss@klestadt.com

*Counsel to Robert S. Rosenfeld, in his capacity as Plan Administrator of Dowling College*