**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                              :        Chapter 11
                                                                   :
DOWLING COLLEGE,                                                   :        Case No. 16-75545 (REG)
f/d/b/a DOWLING INSTITUTE,                                         :
f/d/b/a DOWLING COLLEGE ALUMNI                                     :
ASSOCIATION,                                                       :
f/d/b/a CECOM,                                                     :
a/k/a DOWLING COLLEGE, INC.,                                       :
                                                                   :
                                          Debtor.                  :
-----------------------------------------------------------------x

### ORDER RELIEVING, DISCHARGING, AND RELEASING THE PLAN ADMINISTRATOR AND HIS PROFESSIONALS OF ANY FURTHER DUTIES IN THE CHAPTER 11 CASE OF DOWLING COLLEGE AND FINAL DECREE CLOSING CHAPTER 11 CASE OF DOWLING COLLEGE

Upon consideration of the motion, dated July 22, 2022, of Robert S. Rosenfeld, in his capacity as Plan Administrator for Dowling College ("Dowling" or the "Debtor"), by his attorneys, Klestadt Winters Jureller Southard & Stevens, LLP, pursuant to section 350(a) of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order (i) discharging the Plan Administrator and his professionals from further duties in the above-captioned chapter 11 case (the "Chapter 11 Case"), and (ii) closing the Chapter 11 Case and entering a final decree (the "Motion")[1]; and upon the notice scheduling a hearing for August 22, 2022 to consider the relief sought in the Motion; and a certificate of no objection having been filed on August 17, 2022, by counsel to the Plan Administrator stating that no objection or responsive pleading to the Motion has been filed with the Court; and no additional or further notice need be

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

given; and the Court having jurisdiction to consider the Motion; and sufficient notice of the Motion having been given; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted.

2.      Immediately upon entry of this Order, and consistent with the terms of the Plan and Plan Administrator Agreement, the Plan Administrator and his professionals are hereby relieved, discharged and released of any further duties in the Chapter 11 Case.  The Plan Administrator and his professionals shall be released from all liability relating to the Chapter 11 Case, such that thereafter, no entity or governmental unit shall have any claim against the Plan Administrator, his professionals, or the Debtor's estate; provided however, there shall be no release of liability for such actions or omissions as a result of willful misconduct, gross negligence or fraud as determined by Final Order of the Bankruptcy Court.

3.      Pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, the Debtor's Chapter 11 Case is closed.

4.      The clerk of the Court is directed to mark the Chapter 11 Case as "closed.

5.      To the extent not already paid, the fees required to be paid to the U.S. Trustee pursuant to 28 U.S.C. § 1930(a)(6) shall be paid within 45 days after the date of entry of this Order.

6.      For the avoidance of doubt, as of August 15, 2019, in accordance with Section 5.14(a) of the Plan, the Debtor and its charter as an education corporation were deemed dissolved in accordance with the applicable Sections of the Education Law of the State of New York.

7.    The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.



**Dated: Central Islip, New York**
**August 22, 2022**

**Robert E. Grossman**
**United States Bankruptcy Judge**